# Exhibit 1

**DOMAIN NAME REGISTRATION AGREEMENT**

**1. Introduction**
This Registration Agreement ("Agreement") sets forth the terms and conditions of your use of the domain name registration services of OnlineNIC to register an Internet domain name , as well as your registration of that domain name. To complete the registration process, you must acknowledge that you have read, understood, and agree to be bound by all terms and conditions of this Agreement, the accompanying fee schedule, dispute policy and any rules or policies that are or may become effective when published by OnlineNIC. This Agreement will become effective if accepted by OnlineNIC. OnlineNIC is an accredited registrar with the Internet Corporation for Assigned Names and Numbers ("ICANN") under an agreement between OnlineNIC and ICANN ("ICANN Agreement"). You acknowledge that OnlineNIC may modify this Agreement if necessary to comply with its ICANN Agreement, or otherwise.

**2. Selection of a Domain Name**
We do not check to see whether the domain name you select, or the use you make of the domain name, infringes legal rights of others. We urge you to investigate to see whether the domain name you select or its use infringes legal rights of others, and in particular we suggest you seek advice of competent counsel. You may wish to consider seeking one or more trademark registrations in connection with your domain name. You should be aware that there is the possibility we might be ordered by a court to cancel, modify, or transfer your domain name. You should be aware that if we are sued or threatened with lawsuit in connection with your domain name, we may turn to you to hold us harmless and indemnify us, pursuant to the indemnification provision below.

**3. Fees and Payment**
As consideration for the domain name registration services provided by OnlineNIC to you, you agree to pay OnlineNIC, at the time of submitting your application for registration, all applicable initial registration fees and renewal fees in accordance with OnlineNIC's fee schedule published at OnlineNIC's website. All fees are non-refundable, in whole or in part, even if your domain name registration is suspended, cancelled or transferred prior to the end of the registration term. You will be notified when renewal fees are due, and it shall be your responsibility to ensure that such fees are paid. Should these fees go unpaid by the time specified in the renewal notice, your registration will be cancelled. You agree that OnlineNIC shall have no liability whatsoever with respect to any such cancellation.

**4. After Expiration of The Term of Domain Name Registration.**
You agree that we may, but are not obligated to, allow you to renew your domain name after its expiration date has passed. After expiration of the term of a domain name registration services and before deletion of the domain name in the applicable registry's database, you acknowledge that we may direct the domain name to name-servers and IP address(es) designated by us, including, without limitation, to no IP address or to IP address(es) which host a parking page or a commercial search engine that may display advertisements, and you acknowledge that we may either leave your WHOIS information intact or that we may change the contact information in the WHOIS output for the expired domain name so that you are no longer the listed registrant of the expired domain name.

After expiration of the term of domain name registration services, you acknowledge that certain registry administrators may provide procedures or grace periods during which expired domain name registrations may be renewed. You acknowledge that you assume all risks and all consequences if you wait until close to or after the end of a domain name registration term to attempt to renew the registration. You acknowledge that we, for any reason and in our sole discretion, may choose not to participate in a post-expiration renewal of a domain name and that we shall not be liable therefore. You acknowledge that post-expiration renewal or redemption processes, if any, involve additional fees which we and your Primary Service Provider may determine. You acknowledge and agree that expired domain name(s) may be made available to be registered or re-registered to any party at any time.

ANNOUNCEMENTS: You agree that we may distribute information to you that is pertinent to the quality or operation of our Service(s) and the services of your Primary Service Provider which utilize our Service(s). These announcements will be predominately informative in nature and may include notices describing changes, upgrades, new products or other information to add security or to enhance your identity on the Internet and/or they may include information or announcements which ICANN, the registries, or others may require us to distribute.

**5.Charge Backs**
You agree that you will lose all rights upon the selected domain name in case of a charge back by your credit card company,

credit card fraud or any other reserved payment. OnlineNIC will decide at his sole discretion whether to hold the name in his own portfolio or to release it for use by others.

#### 6. Dispute Policy

You agree to be bound by the current Uniform Domain Name Dispute Resolution Policy ("Dispute Policy") which is incorporated into this Agreement by reference and made a part of this Agreement. Any disputes regarding the right to use your domain name will be subject to the Dispute Policy provisions in effect at the time your domain name registration is disputed by a third party, in the event such a dispute arises. You also agree that, in the event a domain name dispute arises with any third party, you will indemnify and hold OnlineNIC harmless pursuant to the terms and conditions contained in the Dispute Policy. OnlineNIC may modify the Dispute Policy with the permission of ICANN at any time. Your continued registration of your domain name after modification to the Dispute Policy becomes effective constitutes your acceptance of those modifications. If you do not agree to such a modification, you may request that your domain name be deleted.

#### 7. Use of Your Information

As part of the registration process, you are required to provide certain information and to update this information to keep it current, complete and accurate. This information includes (i) your full name, postal address, e-mail address, voice telephone number, and fax number if available; (ii) the name of an authorized person for contact purposes in the case of a registrant that is an organization, association, or corporation; (iii) the IP addresses of the primary nameserver and any secondary nameservers for the domain name; (iv) the corresponding names of those nameservers; (v) the full name, postal address, e-mail address, voice telephone number, and fax number if available of the technical contact for the domain name; (vi) the full name, postal address, e-mail address, voice telephone number, and fax number if available of the administrative contact for the domain name; (vii) the name, postal address, e-mail address, voice telephone number, and fax number if available of the zone contact for the domain name; and (viii) any remark concerning the registered domain name that should appear in the Whois data. You agree and acknowledge that when you renew your domain name registration, the type of information you are required to provide may have changed. If you do not wish to provide the new required information, your registration may not be renewed. You acknowledge that willfully providing inaccurate information or willfully failing to update information promptly will constitute a material breach of this Agreement and will be a basis for cancellation of your domain name. If you license use of a domain name to a third party, you are nonetheless the holder of record of the domain name and are responsible for providing your own full contact information and for providing and updating accurate technical, administrative, and zone contact information. You further agree that your failure to respond for over fifteen (15) calendar days to inquiries by OnlineNIC concerning the accuracy of contact details associated with your registration shall constitute a material breach of this Agreement and will be sufficient basis for cancellation of your domain name registration. You acknowledge that OnlineNIC will make some of the information that you provide during the registration process publicly available as required by ICANN. Additionally, you acknowledge that ICANN may impose guidelines, limits and/or requirements that relate to the amount and type of information that OnlineNIC may or must make available to the public or to private entities. OnlineNIC will not otherwise disclose your information to any third party unless it is required to maintain your domain name. You may request a copy of your information in OnlineNIC's possession to review, modify or update such information.

#### 8. Use Policies

OnlineNIC, Inc. will suspend or stop the use of the domain name including (but not limited to) modifying DNS, modifying registration information or delete domain name without further notice, no refund of the registration fee or renewal fee if(1)a registered domain name is purposely used to send out mass spams like mass unsolicited, commercial advertising or solicitations and so on, (2)or used to send out retroactive, pornographic or other harmful emails that violate the country laws and rules, (3)or used to receive the returned emails of the above emails, (4)or used to resolve, point or forward to the website with harmful information that violate the country laws and rules, (5)or used to do other illegal actions.

#### 9. Agents and Licenses

You agree that, if your domain name is registered on your behalf by anyone acting as your agent (e.g., an Internet Service Provider, employee, etc.), you are nonetheless bound as a principal by all terms and conditions provided herein, including the Dispute Policy. You agree that if you license the use of your domain name to a third party, you remain the domain name holder, and remain responsible for all obligations under this Agreement.

#### 10. Limitation of Liability

YOU AGREE THAT ONLINENIC WILL NOT BE LIABLE TO YOU OR ANY OTHER PERSON FOR ANY LOSS THAT MAY OCCUR DUE TO (a) ANY LOSS OF REGISTRATION OF A DOMAIN NAME, (b) THE USE OF YOUR DOMAIN NAME, (c) ACCESS DELAYS OR ACCESS INTERRUPTIONS TO ONLINENIC'S REGISTRATION SYSTEM; (d) THE NON-DELIVERY OR MISDELIVERY OF DATA BETWEEN YOU AND ONLINENIC; (e) EVENTS BEYOND ONLINENIC'S REASONABLE CONTROL; (f) THE PROCESSING OF THIS APPLICATION; (g) THE

PROCESSING OF ANY MODIFICATION TO THE RECORD ASSOCIATED WITH YOUR DOMAIN NAME, (h) THE FAILURE OF YOU OR YOUR AGENT TO PAY ANY FEES HEREUNDER; OR (i) THE APPLICATION OF THE DISPUTE POLICY. FURTHER, ONLINENIC WILL NOT BE LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES OF ANY KIND (INCLUDING LOST PROFITS) REGARDLESS OF THE FORM OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE), OR OTHERWISE, EVEN IF ONLINENIC HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT SHALL ONLINENIC'S MAXIMUM LIABILITY EXCEED THE TOTAL AMOUNT PAID BY YOU TO ONLINENIC FOR REGISTRATION OF YOUR DOMAIN NAME DURING THE PRIOR 3 YEARS UNDER THE TERMS OF THIS AGREEMENT. BECAUSE SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, IN SUCH STATES, OUR LIABILITY IS LIMITED TO THE EXTENT PERMITTED BY LAW.

**11. Indemnification**
You agree to defend, indemnify and hold harmless OnlineNIC and any applicable domain name Registry, including ONlineNIC Inc.,and the directors, officers, employees and agents of each of them, for any loss, damages or costs, including reasonable attorneys' fees, resulting from any third party claim, action, or demand related to your domain name or the use thereof. This indemnification is in addition to any indemnification required under the Dispute Policy.

**12. Representations and Warranties**
You represent and warrant that, to the best of your knowledge and belief, neither the registration of the domain name nor the manner in which it is directly or indirectly used infringes the legal rights of a third party. You further represent and warrant that all information provided by you in connection with your registration is complete and accurate. OnlineNIC makes no representations or warranties of any kind that registration or use of a domain name under this Agreement will protect you either from challenges to your domain name registration or from suspension, cancellation or transfer of the domain name registered to you.

**13. Breach and Revocation**
Any breach by you of this Agreement or the Dispute Policy must be remedied by you within 30 days of notice by OnlineNIC. If you fail to cure the breach, OnlineNIC may suspend, cancel, transfer or modify your registration of the domain name. You further acknowledge and agree that your registration of a domain name is subject to suspension, cancellation or transfer by any ICANN procedure, by any registrar (including OnlineNIC) or registry administrator procedures approved by an ICANN-adopted policy, or by any other TLD registry administrator procedures as the case may be, (a) to correct mistakes by OnlineNIC, another registrar or the registry administrator in administering the name or (b) for the resolution of disputes concerning the domain name. You also agree that OnlineNIC shall have the right in its sole discretion to suspend, cancel, transfer, or otherwise modify a domain name registration upon seven (7) calendar days prior written notice, or at such time as OnlineNIC receives a properly authenticated order from a court of competent jurisdiction, or arbitration award, requiring the suspension, cancellation transfer or modification of the domain name registration.

**14. EXPORT RESTRICTIONS**
You agree and acknowledge to comply with the export, re-export, and import laws and regulations of the United States and other applicable countries where you operate or do business. Reseller agrees that Reseller is prohibited by law from exporting to certain countries, and shall comply with all export regulations if shipping to another country, including licensing requirements.

**15. Change in Registrar**
OnlineNIC policy permits Registrant to change its Registrar for an existing domain name. You agree that you can change the Registrar only in accordance with the policy or other policy from time to time provided by ICANN. The policy provides: (a). Each change of Registrar requires you to enter into a new two year Registration Agreement and to pay the appropriate registration fee;(b). You obtains no refund of any part of the fee paid to existing Registrar.

You agree that OnlineNIC may transfer your domain to another Registrar as a part of an asset and/or stock sale of OnlineNIC's domain name portfolio pursuant to applicable ICANN rules.

**16. Notices**
You agree that any notices required to be given under this Agreement by OnlineNIC will be deemed to have been given if delivered in accordance with the contact information you have provided.

**17. Severability**
You agree that the terms of this Agreement are severable. If any term or provision is declared invalid or unenforceable, it shall

not affect the remaining terms or provisions, which shall continue to be binding.

**18. Governing Law**

This Agreement, your rights and obligations and all actions contemplated by this Agreement shall be governed by the laws of the United States of America and the State of California, except as may be set forth in the Dispute Policy. Except as otherwise set forth in the Dispute Policy with respect to disputes, any action to enforce this Agreement or any matter relating to your use of the OnlineNIC site shall be brought exclusively in the United State District Court for the District of California.

Notwithstanding the foregoing, for the adjudication of disputes concerning or arising from use of domain names registered hereunder, you acknowledge and agree that you shall submit, without prejudice to other potentially applicable jurisdictions, to the jurisdiction of the courts (a) of the domain name holder's domicile, and (b) where OnlineNIC, Inc. is located.

**19. Registrant Rights and Responsibilities Under the 2009 Registrar Accreditation Agreement**

ICANN published a webpage that identifies available registrant rights and responsibilities. The Registrant Rights and Responsibilities document is posted on ICANN's website at: http://www.icann.org/en/registrars/registrant-rights-responsibilities-en.htm.

**20. General**

This Agreement, the OnlineNIC fee schedule and the Dispute Policy, Privacy Policy, together with all amendments or modifications to any of them, constitute the complete and exclusive agreement between you and OnlineNIC, and supersede and govern all prior proposals, agreements, or other communications. Nothing contained in this Policy shall be construed as creating any agency, partnership, or other form of joint enterprise between the parties. The failure of OnlineNIC to require your performance of any provision hereof shall not affect the full right to require such performance at any time thereafter; nor shall the waiver by OnlineNIC of a breach of any provision hereof be taken or held to be a waiver of the provision itself. In the event that any provision of this Agreement shall be unenforceable or invalid under any applicable law or be so held by applicable court decision, such unenforceability or invalidity shall not render this Agreement unenforceable or invalid as a whole. OnlineNIC will amend or replace such provision with one that is valid and enforceable and which achieves, to the extent possible, the original objectives and intent of OnlineNIC as reflected in the original provision. No provision of this Agreement, including the OnlineNIC fee schedule and the Dispute Policy, may not be amended or modified by you except by means of a written document signed by OnlineNIC.