Exhibit 11

```
Domain Name: facebook-fans-buy.com
Registry Domain ID: 1863867793_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2019-06-25T19:04:39Z
Creation Date: 2014-06-22T04:00:00Z
Registrar Registration Expiration Date: 2019-06-22T04:00:00Z
Registrar: Onlinenic Inc
Registrar IANA ID: 82
Registrar Abuse Contact Email: onlinenic-enduser@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Domain ID Shield Service
Registrant Organization: Domain ID Shield Service CO., Limited
Registrant Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Registrant City: Hong Kong
Registrant State/Province: Hong Kong
Registrant Postal Code: 999077
Registrant Country: HK
Registrant Phone: +852.21581835
Registrant Phone Ext:
Registrant Fax: +852.30197491
Registrant Fax Ext:
Registrant Email: whoisprivacy@domainidshield.com
Registry Admin ID: Not Available From Registry
Admin Name: Domain ID Shield Service
Admin Organization: Domain ID Shield Service CO., Limited
Admin Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Admin City: Hong Kong
Admin State/Province: Hong Kong
Admin Postal Code: 999077
Admin Country: HK
Admin Phone: +852.21581835
Admin Phone Ext:
Admin Fax: +852.30197491
Admin Fax Ext:
Admin Email: whoisprivacy@domainidshield.com
Registry Tech ID: Not Available From Registry
Tech Name: Domain ID Shield Service
Tech Organization: Domain ID Shield Service CO., Limited
Tech Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Tech City: Hong Kong
Tech State/Province: Hong Kong
Tech Postal Code: 999077
Tech Country: HK
Tech Phone: +852.21581835
Tech Phone Ext:
Tech Fax: +852.30197491
Tech Fax Ext:
Tech Email: whoisprivacy@domainidshield.com
Name Server: ns1.redmonddc.com
Name Server: ns2.redmonddc.com
```

```
Domain Name: facebook-mails.com
Registry Domain ID: 2105895135_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2019-02-03T16:51:56Z
Creation Date: 2017-03-17T20:28:48Z
Registry Expiry Date: 2020-03-17T20:28:48Z
Registrar: OnlineNIC, Inc.
Registrar IANA ID: 82
Registrar Abuse Contact Email: abuse@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Domain ID: 2105895135_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2019-02-03T11:51:52Z
Creation Date: 2017-03-17T04:00:00Z
Registrar Registration Expiration Date: 2020-03-17T04:00:00Z
Registrar: Onlinenic Inc
Registrar IANA ID: 82
Registrar Abuse Contact Email: onlinenic-enduser@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Domain ID Shield Service
Registrant Organization: Domain ID Shield Service CO., Limited
Registrant Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Registrant City: Hong Kong
Registrant State/Province: Hong Kong
Registrant Postal Code: 999077
Registrant Country: HK
Registrant Phone: +852.21581835
Registrant Phone Ext:
Registrant Fax: +852.30197491
Registrant Fax Ext:
Registrant Email: whoisprivacy@domainidshield.com
Registry Admin ID: Not Available From Registry
Admin Name: Domain ID Shield Service
Admin Organization: Domain ID Shield Service CO., Limited
Admin Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Admin City: Hong Kong
Admin State/Province: Hong Kong
Admin Postal Code: 999077
Admin Country: HK
Admin Phone: +852.21581835
Admin Phone Ext:
Admin Fax: +852.30197491
Admin Fax Ext:
Admin Email: whoisprivacy@domainidshield.com
Registry Tech ID: Not Available From Registry
Tech Name: Domain ID Shield Service
Tech Organization: Domain ID Shield Service CO., Limited
Tech Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Tech City: Hong Kong
Tech State/Province: Hong Kong
Tech Postal Code: 999077
Tech Country: HK
Tech Phone: +852.21581835
Tech Phone Ext:
Tech Fax: +852.30197491
Tech Fax Ext:
Tech Email: whoisprivacy@domainidshield.com
Name Server: ns1.dns-diy.net
Name Server: ns2.dns-diy.net
```

```
Domain Name: facebook-pass.com
Registry Domain ID: 2343501714_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2019-01-28T02:56:28Z
Creation Date: 2018-12-15T16:11:36Z
Registry Expiry Date: 2019-12-15T16:11:36Z
Registrar: OnlineNIC, Inc.
Registrar IANA ID: 82
Registrar Abuse Contact Email: abuse@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: ok https://icann.org/epp#ok
Domain Name: facebook-pass.com
Registry Domain ID: 2343501714_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2018-12-15T04:00:00Z
Creation Date: 2018-12-15T04:00:00Z
Registrar Registration Expiration Date: 2019-12-14T04:00:00Z
Registrar: Onlinenic Inc
Registrar IANA ID: 82
Registrar Abuse Contact Email: onlinenic-enduser@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: Not Available From Registry
Registrant Name: Domain ID Shield Service
Registrant Organization: Domain ID Shield Service CO., Limited
Registrant Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Registrant City: Hong Kong
Registrant State/Province: Hong Kong
Registrant Postal Code: 999077
Registrant Country: HK
Registrant Phone: +852.21581835
Registrant Phone Ext:
Registrant Fax: +852.30197491
Registrant Fax Ext:
Registrant Email: whoisprivacy@domainidshield.com
Registry Admin ID: Not Available From Registry
Admin Name: Domain ID Shield Service
Admin Organization: Domain ID Shield Service CO., Limited
Admin Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Admin City: Hong Kong
Admin State/Province: Hong Kong
Admin Postal Code: 999077
Admin Country: HK
Admin Phone: +852.21581835
Admin Phone Ext:
Admin Fax: +852.30197491
Admin Fax Ext:
Admin Email: whoisprivacy@domainidshield.com
Registry Tech ID: Not Available From Registry
Tech Name: Domain ID Shield Service
Tech Organization: Domain ID Shield Service CO., Limited
Tech Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Tech City: Hong Kong
Tech State/Province: Hong Kong
Tech Postal Code: 999077
Tech Country: HK
Tech Phone: +852.21581835
Tech Phone Ext:
Tech Fax: +852.30197491
Tech Fax Ext:
Tech Email: whoisprivacy@domainidshield.com
Name Server: vps56-ns1.bitmaxim.net
Name Server: vps56-ns2.bitmaxim.net
```

```
Domain Name: facebook-pw.com
Registry Domain ID: 2085837509_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2019-01-28T02:56:29Z
Creation Date: 2016-12-29T15:36:40Z
Registry Expiry Date: 2019-12-29T15:36:40Z
Registrar: OnlineNIC, Inc.
Registrar IANA ID: 82
Registrar Abuse Contact Email: abuse@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Domain ID: 2085837509_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2018-12-27T01:33:26Z
Creation Date: 2016-12-29T04:00:00Z
Registrar Registration Expiration Date: 2019-12-28T04:00:00Z
Registrar: Onlinenic Inc
Registrar IANA ID: 82
Registrar Abuse Contact Email: onlinenic-enduser@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Domain ID Shield Service
Registrant Organization: Domain ID Shield Service CO., Limited
Registrant Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Registrant City: Hong Kong
Registrant State/Province: Hong Kong
Registrant Postal Code: 999077
Registrant Country: HK
Registrant Phone: +852.21581835
Registrant Phone Ext:
Registrant Fax: +852.30197491
Registrant Fax Ext:
Registrant Email: whoisprivacy@domainidshield.com
Registry Admin ID: Not Available From Registry
Admin Name: Domain ID Shield Service
Admin Organization: Domain ID Shield Service CO., Limited
Admin Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Admin City: Hong Kong
Admin State/Province: Hong Kong
Admin Postal Code: 999077
Admin Country: HK
Admin Phone: +852.21581835
Admin Phone Ext:
Admin Fax: +852.30197491
Admin Fax Ext:
Admin Email: whoisprivacy@domainidshield.com
Registry Tech ID: Not Available From Registry
Tech Name: Domain ID Shield Service
Tech Organization: Domain ID Shield Service CO., Limited
Tech Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Tech City: Hong Kong
Tech State/Province: Hong Kong
Tech Postal Code: 999077
Tech Country: HK
Tech Phone: +852.21581835
Tech Phone Ext:
Tech Fax: +852.30197491
Tech Fax Ext:
Tech Email: whoisprivacy@domainidshield.com
Name Server: vps56-ns1.bitmaxim.net
Name Server: vps56-ns2.bitmaxim.net
```

```
Domain Name: facebookphysician.com
Registry Domain ID: 2030506409_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2019-05-26T19:04:55Z
Creation Date: 2016-05-23T04:00:00Z
Registrar Registration Expiration Date: 2019-05-23T04:00:00Z
Registrar: Onlinenic Inc
Registrar IANA ID: 82
Registrar Abuse Contact Email: onlinenic-enduser@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Domain ID Shield Service
Registrant Organization: Domain ID Shield Service CO., Limited
Registrant Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Registrant City: Hong Kong
Registrant State/Province: Hong Kong
Registrant Postal Code: 999077
Registrant Country: HK
Registrant Phone: +852.21581835
Registrant Phone Ext:
Registrant Fax: +852.30197491
Registrant Fax Ext:
Registrant Email: whoisprivacy@domainidshield.com
Registry Admin ID: Not Available From Registry
Admin Name: Domain ID Shield Service
Admin Organization: Domain ID Shield Service CO., Limited
Admin Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Admin City: Hong Kong
Admin State/Province: Hong Kong
Admin Postal Code: 999077
Admin Country: HK
Admin Phone: +852.21581835
Admin Phone Ext:
Admin Fax: +852.30197491
Admin Fax Ext:
Admin Email: whoisprivacy@domainidshield.com
Registry Tech ID: Not Available From Registry
Tech Name: Domain ID Shield Service
Tech Organization: Domain ID Shield Service CO., Limited
Tech Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Tech City: Hong Kong
Tech State/Province: Hong Kong
Tech Postal Code: 999077
Tech Country: HK
Tech Phone: +852.21581835
Tech Phone Ext:
Tech Fax: +852.30197491
Tech Fax Ext:
Tech Email: whoisprivacy@domainidshield.com
Name Server: ns1.redmonddc.com
Name Server: ns2.redmonddc.com
```

```
Domain Name: facebookvideodownload.net
Registry Domain ID: 2040296966_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2019-07-08T23:16:45Z
Creation Date: 2016-07-05T18:50:24Z
Registry Expiry Date: 2020-07-05T18:50:24Z
Registrar: OnlineNIC, Inc.
Registrar IANA ID: 82
Registrar Abuse Contact Email: abuse@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Domain ID: 2040296966_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2019-07-08T19:16:38Z
Creation Date: 2016-07-05T04:00:00Z
Registrar Registration Expiration Date: 2019-07-05T04:00:00Z
Registrar: Onlinenic Inc
Registrar IANA ID: 82
Registrar Abuse Contact Email: onlinenic-enduser@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Domain ID Shield Service
Registrant Organization: Domain ID Shield Service CO., Limited
Registrant Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Registrant City: Hong Kong
Registrant State/Province: Hong Kong
Registrant Postal Code: 999077
Registrant Country: HK
Registrant Phone: +852.21581835
Registrant Phone Ext:
Registrant Fax: +852.30197491
Registrant Fax Ext:
Registrant Email: whoisprivacy@domainidshield.com
Registry Admin ID: Not Available From Registry
Admin Name: Domain ID Shield Service
Admin Organization: Domain ID Shield Service CO., Limited
Admin Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Admin City: Hong Kong
Admin State/Province: Hong Kong
Admin Postal Code: 999077
Admin Country: HK
Admin Phone: +852.21581835
Admin Phone Ext:
Admin Fax: +852.30197491
Admin Fax Ext:
Admin Email: whoisprivacy@domainidshield.com
Registry Tech ID: Not Available From Registry
Tech Name: Domain ID Shield Service
Tech Organization: Domain ID Shield Service CO., Limited
Tech Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Tech City: Hong Kong
Tech State/Province: Hong Kong
Tech Postal Code: 999077
Tech Country: HK
Tech Phone: +852.21581835
Tech Phone Ext:
Tech Fax: +852.30197491
Tech Fax Ext:
Tech Email: whoisprivacy@domainidshield.com
Name Server: ns1.redmonddc.com
Name Server: ns2.redmonddc.com
```

```
Domain Name: findfacebookid.com
Registry Domain ID: 1736162198_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2019-07-21T12:43:20Z
Creation Date: 2012-07-28T17:20:33Z
Registry Expiry Date: 2020-07-28T17:20:33Z
Registrar: OnlineNIC, Inc.
Registrar IANA ID: 82
Registrar Abuse Contact Email: abuse@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2019-07-21T08:42:55Z
Creation Date: 2012-07-28T04:00:00Z
Registrar Registration Expiration Date: 2020-07-28T04:00:00Z
Registrar: Onlinenic Inc
Registrar IANA ID: 82
Registrar Abuse Contact Email: onlinenic-enduser@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Domain ID Shield Service
Registrant Organization: Domain ID Shield Service CO., Limited
Registrant Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Registrant City: Hong Kong
Registrant State/Province: Hong Kong
Registrant Postal Code: 999077
Registrant Country: HK
Registrant Phone: +852.21581835
Registrant Phone Ext:
Registrant Fax: +852.30197491
Registrant Fax Ext:
Registrant Email: whoisprivacy@domainidshield.com
Registry Admin ID: Not Available From Registry
Admin Name: Domain ID Shield Service
Admin Organization: Domain ID Shield Service CO., Limited
Admin Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Admin City: Hong Kong
Admin State/Province: Hong Kong
Admin Postal Code: 999077
Admin Country: HK
Admin Phone: +852.21581835
Admin Phone Ext:
Admin Fax: +852.30197491
Admin Fax Ext:
Admin Email: whoisprivacy@domainidshield.com
Registry Tech ID: Not Available From Registry
Tech Name: Domain ID Shield Service
Tech Organization: Domain ID Shield Service CO., Limited
Tech Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Tech City: Hong Kong
Tech State/Province: Hong Kong
Tech Postal Code: 999077
Tech Country: HK
Tech Phone: +852.21581835
Tech Phone Ext:
Tech Fax: +852.30197491
Tech Fax Ext:
Tech Email: whoisprivacy@domainidshield.com
Name Server: jake.ns.cloudflare.com
Name Server: lisa.ns.cloudflare.com
```

```
Domain Name: hackingfacebook.net
Registry Domain ID: 1585163364_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2019-02-03T16:51:57Z
Creation Date: 2010-02-12T04:26:34Z
Registry Expiry Date: 2020-02-12T04:26:34Z
Registrar: OnlineNIC, Inc.
Registrar IANA ID: 82
Registrar Abuse Contact Email: abuse@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Domain ID: 1585163364_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2019-02-03T11:51:53Z
Creation Date: 2010-02-11T04:00:00Z
Registrar Registration Expiration Date: 2020-02-11T04:00:00Z
Registrar: Onlinenic Inc
Registrar IANA ID: 82
Registrar Abuse Contact Email: onlinenic-enduser@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Domain ID Shield Service
Registrant Organization: Domain ID Shield Service CO., Limited
Registrant Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Registrant City: Hong Kong
Registrant State/Province: Hong Kong
Registrant Postal Code: 999077
Registrant Country: HK
Registrant Phone: +852.21581835
Registrant Phone Ext:
Registrant Fax: +852.30197491
Registrant Fax Ext:
Registrant Email: whoisprivacy@domainidshield.com
Registry Admin ID: Not Available From Registry
Admin Name: Domain ID Shield Service
Admin Organization: Domain ID Shield Service CO., Limited
Admin Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Admin City: Hong Kong
Admin State/Province: Hong Kong
Admin Postal Code: 999077
Admin Country: HK
Admin Phone: +852.21581835
Admin Phone Ext:
Admin Fax: +852.30197491
Admin Fax Ext:
Admin Email: whoisprivacy@domainidshield.com
Registry Tech ID: Not Available From Registry
Tech Name: Domain ID Shield Service
Tech Organization: Domain ID Shield Service CO., Limited
Tech Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Tech City: Hong Kong
Tech State/Province: Hong Kong
Tech Postal Code: 999077
Tech Country: HK
Tech Phone: +852.21581835
Tech Phone Ext:
Tech Fax: +852.30197491
Tech Fax Ext:
Tech Email: whoisprivacy@domainidshield.com
Name Server: jean.ns.cloudflare.com
Name Server: tom.ns.cloudflare.com
```

```
Domain Name: hacksomeonesfacebook.com
Registry Domain ID: 1892446690_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2018-11-21T04:35:06Z
Creation Date: 2014-12-26T03:16:40Z
Registry Expiry Date: 2019-12-26T03:16:40Z
Registrar: OnlineNIC, Inc.
Registrar IANA ID: 82
Registrar Abuse Contact Email: abuse@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Name: hacksomeonesfacebook.com
Registry Domain ID: 1892446690_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2018-11-20T23:34:57Z
Creation Date: 2014-12-26T04:00:00Z
Registrar Registration Expiration Date: 2019-12-25T04:00:00Z
Registrar: Onlinenic Inc
Registrar IANA ID: 82
Registrar Abuse Contact Email: onlinenic-enduser@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Domain ID Shield Service
Registrant Organization: Domain ID Shield Service CO., Limited
Registrant Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Registrant City: Hong Kong
Registrant State/Province: Hong Kong
Registrant Postal Code: 999077
Registrant Country: HK
Registrant Phone: +852.21581835
Registrant Phone Ext:
Registrant Fax: +852.30197491
Registrant Fax Ext:
Registrant Email: whoisprivacy@domainidshield.com
Registry Admin ID: Not Available From Registry
Admin Name: Domain ID Shield Service
Admin Organization: Domain ID Shield Service CO., Limited
Admin Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Admin City: Hong Kong
Admin State/Province: Hong Kong
Admin Postal Code: 999077
Admin Country: HK
Admin Phone: +852.21581835
Admin Phone Ext:
Admin Fax: +852.30197491
Admin Fax Ext:
Admin Email: whoisprivacy@domainidshield.com
Registry Tech ID: Not Available From Registry
Tech Name: Domain ID Shield Service
Tech Organization: Domain ID Shield Service CO., Limited
Tech Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Tech City: Hong Kong
Tech State/Province: Hong Kong
Tech Postal Code: 999077
Tech Country: HK
Tech Phone: +852.21581835
Tech Phone Ext:
Tech Fax: +852.30197491
Tech Fax Ext:
Tech Email: whoisprivacy@domainidshield.com
Name Server: kim.ns.cloudflare.com
Name Server: tom.ns.cloudflare.com
```

```
Domain Name: lamsocialfacebook.net
Registry Domain ID: 1984232143_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2018-10-05T07:20:35Z
Creation Date: 2015-11-27T09:21:52Z
Registry Expiry Date: 2019-11-27T09:21:52Z
Registrar: OnlineNIC, Inc.
Registrar IANA ID: 82
Registrar Abuse Contact Email: abuse@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Domain ID: 1984232143_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2018-10-05T03:20:13Z
Creation Date: 2015-11-27T04:00:00Z
Registrar Registration Expiration Date: 2019-11-26T04:00:00Z
Registrar: Onlinenic Inc
Registrar IANA ID: 82
Registrar Abuse Contact Email: onlinenic-enduser@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Domain ID Shield Service
Registrant Organization: Domain ID Shield Service CO., Limited
Registrant Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Registrant City: Hong Kong
Registrant State/Province: Hong Kong
Registrant Postal Code: 999077
Registrant Country: HK
Registrant Phone: +852.21581835
Registrant Phone Ext:
Registrant Fax: +852.30197491
Registrant Fax Ext:
Registrant Email: whoisprivacy@domainidshield.com
Registry Admin ID: Not Available From Registry
Admin Name: Domain ID Shield Service
Admin Organization: Domain ID Shield Service CO., Limited
Admin Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Admin City: Hong Kong
Admin State/Province: Hong Kong
Admin Postal Code: 999077
Admin Country: HK
Admin Phone: +852.21581835
Admin Phone Ext:
Admin Fax: +852.30197491
Admin Fax Ext:
Admin Email: whoisprivacy@domainidshield.com
Registry Tech ID: Not Available From Registry
Tech Name: Domain ID Shield Service
Tech Organization: Domain ID Shield Service CO., Limited
Tech Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Tech City: Hong Kong
Tech State/Province: Hong Kong
Tech Postal Code: 999077
Tech Country: HK
Tech Phone: +852.21581835
Tech Phone Ext:
Tech Fax: +852.30197491
Tech Fax Ext:
Tech Email: whoisprivacy@domainidshield.com
Name Server: ns1.inet.vn
Name Server: ns2.inet.vn
```

```
Domain Name: trollfacebook.com
Registry Domain ID: 2065754132_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2018-08-25T08:10:45Z
Creation Date: 2016-10-12T18:56:02Z
Registry Expiry Date: 2019-10-12T18:56:02Z
Registrar: OnlineNIC, Inc.
Registrar IANA ID: 82
Registrar Abuse Contact Email: abuse@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Domain ID: 2065754132_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2018-08-25T04:10:33Z
Creation Date: 2016-10-12T04:00:00Z
Registrar Registration Expiration Date: 2019-10-12T04:00:00Z
Registrar: Onlinenic Inc
Registrar IANA ID: 82
Registrar Abuse Contact Email: onlinenic-enduser@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Domain ID Shield Service
Registrant Organization: Domain ID Shield Service CO., Limited
Registrant Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Registrant City: Hong Kong
Registrant State/Province: Hong Kong
Registrant Postal Code: 999077
Registrant Country: HK
Registrant Phone: +852.21581835
Registrant Phone Ext:
Registrant Fax: +852.30197491
Registrant Fax Ext:
Registrant Email: whoisprivacy@domainidshield.com
Registry Admin ID: Not Available From Registry
Admin Name: Domain ID Shield Service
Admin Organization: Domain ID Shield Service CO., Limited
Admin Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Admin City: Hong Kong
Admin State/Province: Hong Kong
Admin Postal Code: 999077
Admin Country: HK
Admin Phone: +852.21581835
Admin Phone Ext:
Admin Fax: +852.30197491
Admin Fax Ext:
Admin Email: whoisprivacy@domainidshield.com
Registry Tech ID: Not Available From Registry
Tech Name: Domain ID Shield Service
Tech Organization: Domain ID Shield Service CO., Limited
Tech Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Tech City: Hong Kong
Tech State/Province: Hong Kong
Tech Postal Code: 999077
Tech Country: HK
Tech Phone: +852.21581835
Tech Phone Ext:
Tech Fax: +852.30197491
Tech Fax Ext:
Tech Email: whoisprivacy@domainidshield.com
Name Server: ns1.dns-diy.net
Name Server: ns2.dns-diy.net
```

```
Domain Name: www-facebook-login.com
Registry Domain ID: 2343501756_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2019-01-28T02:57:01Z
Creation Date: 2018-12-15T16:12:34Z
Registry Expiry Date: 2019-12-15T16:12:34Z
Registrar: OnlineNIC, Inc.
Registrar IANA ID: 82
Registrar Abuse Contact Email: abuse@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: ok https://icann.org/epp#ok
Name Server: VPS56-NS1.BITMAXIM.NET
Name Server: VPS56-NS2.BITMAXIM.NET

Domain Name: www-facebook-login.com
Registry Domain ID: 2343501756_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2018-12-15T04:00:00Z
Creation Date: 2018-12-15T04:00:00Z
Registrar Registration Expiration Date: 2019-12-14T04:00:00Z
Registrar: Onlinenic Inc
Registrar IANA ID: 82
Registrar Abuse Contact Email: onlinenic-enduser@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: Not Available From Registry
Registrant Name: Domain ID Shield Service
Registrant Organization: Domain ID Shield Service CO., Limited
Registrant Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Registrant City: Hong Kong
Registrant State/Province: Hong Kong
Registrant Postal Code: 999077
Registrant Country: HK
Registrant Phone: +852.21581835
Registrant Phone Ext:
Registrant Fax: +852.30197491
Registrant Fax Ext:
Registrant Email: whoisprivacy@domainidshield.com
Registry Admin ID: Not Available From Registry
Admin Name: Domain ID Shield Service
Admin Organization: Domain ID Shield Service CO., Limited
Admin Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Admin City: Hong Kong
Admin State/Province: Hong Kong
Admin Postal Code: 999077
Admin Country: HK
Admin Phone: +852.21581835
Admin Phone Ext:
Admin Fax: +852.30197491
Admin Fax Ext:
Admin Email: whoisprivacy@domainidshield.com
Registry Tech ID: Not Available From Registry
Tech Name: Domain ID Shield Service
Tech Organization: Domain ID Shield Service CO., Limited
Tech Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Tech City: Hong Kong
Tech State/Province: Hong Kong
Tech Postal Code: 999077
Tech Country: HK
Tech Phone: +852.21581835
Tech Phone Ext:
Tech Fax: +852.30197491
Tech Fax Ext:
Tech Email: whoisprivacy@domainidshield.com
Name Server: vps56-ns1.bitmaxim.net
Name Server: vps56-ns2.bitmaxim.net
```

```
Domain Name: www-facebook-pages.com
Registry Domain ID: 2343778665_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2019-01-28T02:59:39Z
Creation Date: 2018-12-16T17:47:53Z
Registry Expiry Date: 2019-12-16T17:47:53Z
Registrar: OnlineNIC, Inc.
Registrar IANA ID: 82
Registrar Abuse Contact Email: abuse@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: ok https://icann.org/epp#ok
Registry Domain ID: 2343778665_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2018-12-16T04:00:00Z
Creation Date: 2018-12-16T04:00:00Z
Registrar Registration Expiration Date: 2019-12-15T04:00:00Z
Registrar: Onlinenic Inc
Registrar IANA ID: 82
Registrar Abuse Contact Email: onlinenic-enduser@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: Not Available From Registry
Registrant Name: Domain ID Shield Service
Registrant Organization: Domain ID Shield Service CO., Limited
Registrant Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Registrant City: Hong Kong
Registrant State/Province: Hong Kong
Registrant Postal Code: 999077
Registrant Country: HK
Registrant Phone: +852.21581835
Registrant Phone Ext:
Registrant Fax: +852.30197491
Registrant Fax Ext:
Registrant Email: whoisprivacy@domainidshield.com
Registry Admin ID: Not Available From Registry
Admin Name: Domain ID Shield Service
Admin Organization: Domain ID Shield Service CO., Limited
Admin Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Admin City: Hong Kong
Admin State/Province: Hong Kong
Admin Postal Code: 999077
Admin Country: HK
Admin Phone: +852.21581835
Admin Phone Ext:
Admin Fax: +852.30197491
Admin Fax Ext:
Admin Email: whoisprivacy@domainidshield.com
Registry Tech ID: Not Available From Registry
Tech Name: Domain ID Shield Service
Tech Organization: Domain ID Shield Service CO., Limited
Tech Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Tech City: Hong Kong
Tech State/Province: Hong Kong
Tech Postal Code: 999077
Tech Country: HK
Tech Phone: +852.21581835
Tech Phone Ext:
Tech Fax: +852.30197491
Tech Fax Ext:
Tech Email: whoisprivacy@domainidshield.com
Name Server: vps60-ns1.bitmaxim.net
Name Server: vps60-ns2.bitmaxim.net
```

```
Domain Name: buyinstagramfans.com
Registry Domain ID: 2252849448_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2019-04-19T19:05:09Z
Creation Date: 2018-04-16T04:00:00Z
Registrar Registration Expiration Date: 2019-04-16T04:00:00Z
Registrar: Onlinenic Inc
Registrar IANA ID: 82
Registrar Abuse Contact Email: onlinenic-enduser@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Domain ID Shield Service
Registrant Organization: Domain ID Shield Service CO., Limited
Registrant Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Registrant City: Hong Kong
Registrant State/Province: Hong Kong
Registrant Postal Code: 999077
Registrant Country: HK
Registrant Phone: +852.21581835
Registrant Phone Ext:
Registrant Fax: +852.30197491
Registrant Fax Ext:
Registrant Email: whoisprivacy@domainidshield.com
Registry Admin ID: Not Available From Registry
Admin Name: Domain ID Shield Service
Admin Organization: Domain ID Shield Service CO., Limited
Admin Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Admin City: Hong Kong
Admin State/Province: Hong Kong
Admin Postal Code: 999077
Admin Country: HK
Admin Phone: +852.21581835
Admin Phone Ext:
Admin Fax: +852.30197491
Admin Fax Ext:
Admin Email: whoisprivacy@domainidshield.com
Registry Tech ID: Not Available From Registry
Tech Name: Domain ID Shield Service
Tech Organization: Domain ID Shield Service CO., Limited
Tech Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Tech City: Hong Kong
Tech State/Province: Hong Kong
Tech Postal Code: 999077
Tech Country: HK
Tech Phone: +852.21581835
Tech Phone Ext:
Tech Fax: +852.30197491
Tech Fax Ext:
Tech Email: whoisprivacy@domainidshield.com
Name Server: ns1.redmonddc.com
Name Server: ns2.redmonddc.com
```

```
Domain Name: INSTAFACE.ORG
Registry Domain ID: D402200000005641972-LROR
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: https://www.onlinenic.com
Updated Date: 2019-02-12T00:38:15Z
Creation Date: 2018-03-28T07:00:20Z
Registry Expiry Date: 2020-03-28T07:00:20Z
Registrar Registration Expiration Date:
Registrar: OnlineNIC Inc.
Registrar IANA ID: 82
Registrar Abuse Contact Email: onlinenic-enduser@onlinenic.com
Registrar Abuse Contact Phone: +510.7698487
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: Domain ID Shield Service CO., Limited
Registrant State/Province: Hong Kong
Registrant Country: HK
Registrar Abuse Contact Email: onlinenic-enduser@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: ok
Registry Registration ID:
Registration Name: Domain ID Shield Service
Registration Organization: Domain ID Shield Service CO., Limited
Registration Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Registration City: Hong Kong
Registration State/Province: Hong Kong
Registration Postal Code: 999077
Registration Country: HK
Registration Phone: +852.21581835
Registration Phone Ext:
Registration Fax: +852.30197491
Registration Fax Ext:
Registration Email: whoisprivacy@domainidshield.com
Registry Registration ID:
Admin Name: Domain ID Shield Service
Admin Organization: Domain ID Shield Service CO., Limited
Admin Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Admin City: Hong Kong
Admin State/Province: Hong Kong
Admin Postal Code: 999077
Admin Country: HK
Admin Phone: +852.21581835
Admin Phone Ext:
Admin Fax: +852.30197491
Admin Fax Ext:
Admin Email: whoisprivacy@domainidshield.com
Registry Registration ID:
Tech Name: Domain ID Shield Service
Tech Organization: Domain ID Shield Service CO., Limited
Tech Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Tech City: Hong Kong
Tech State/Province: Hong Kong
Tech Postal Code: 999077
Tech Country: HK
Tech Phone: +852.21581835
Tech Phone Ext:
Tech Fax: +852.30197491
Tech Fax Ext:
Tech Email: whoisprivacy@domainidshield.com
Name Server: ns1.sprinthost.ru
Name Server: ns2.sprinthost.ru
```

```
Domain Name: instagram01.com
Registry Domain ID: 2265435881_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2019-05-23T19:03:41Z
Creation Date: 2018-05-20T04:00:00Z
Registrar Registration Expiration Date: 2019-05-20T04:00:00Z
Registrar: Onlinenic Inc
Registrar IANA ID: 82
Registrar Abuse Contact Email: onlinenic-enduser@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Domain ID Shield Service
Registrant Organization: Domain ID Shield Service CO., Limited
Registrant Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Registrant City: Hong Kong
Registrant State/Province: Hong Kong
Registrant Postal Code: 999077
Registrant Country: HK
Registrant Phone: +852.21581835
Registrant Phone Ext:
Registrant Fax: +852.30197491
Registrant Fax Ext:
Registrant Email: whoisprivacy@domainidshield.com
Registry Admin ID: Not Available From Registry
Admin Name: Domain ID Shield Service
Admin Organization: Domain ID Shield Service CO., Limited
Admin Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Admin City: Hong Kong
Admin State/Province: Hong Kong
Admin Postal Code: 999077
Admin Country: HK
Admin Phone: +852.21581835
Admin Phone Ext:
Admin Fax: +852.30197491
Admin Fax Ext:
Admin Email: whoisprivacy@domainidshield.com
Registry Tech ID: Not Available From Registry
Tech Name: Domain ID Shield Service
Tech Organization: Domain ID Shield Service CO., Limited
Tech Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Tech City: Hong Kong
Tech State/Province: Hong Kong
Tech Postal Code: 999077
Tech Country: HK
Tech Phone: +852.21581835
Tech Phone Ext:
Tech Fax: +852.30197491
Tech Fax Ext:
Tech Email: whoisprivacy@domainidshield.com
Name Server: ns1.redmonddc.com
Name Server: ns2.redmonddc.com
```

```
Domain Name: iiinstagram.com
Registry Domain ID: 1954351780_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2019-06-26T05:20:49Z
Creation Date: 2015-08-20T21:39:06Z
Registry Expiry Date: 2020-08-20T21:39:06Z
Registrar: OnlineNIC, Inc.
Registrar IANA ID: 82
Registrar Abuse Contact Email: abuse@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Domain ID: 1954351780_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2019-06-26T01:20:16Z
Creation Date: 2015-08-20T04:00:00Z
Registrar Registration Expiration Date: 2020-08-20T04:00:00Z
Registrar: Onlinenic Inc
Registrar IANA ID: 82
Registrar Abuse Contact Email: onlinenic-enduser@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Domain ID Shield Service
Registrant Organization: Domain ID Shield Service CO., Limited
Registrant Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Registrant City: Hong Kong
Registrant State/Province: Hong Kong
Registrant Postal Code: 999077
Registrant Country: HK
Registrant Phone: +852.21581835
Registrant Phone Ext:
Registrant Fax: +852.30197491
Registrant Fax Ext:
Registrant Email: whoisprivacy@domainidshield.com
Registry Admin ID: Not Available From Registry
Admin Name: Domain ID Shield Service
Admin Organization: Domain ID Shield Service CO., Limited
Admin Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Admin City: Hong Kong
Admin State/Province: Hong Kong
Admin Postal Code: 999077
Admin Country: HK
Admin Phone: +852.21581835
Admin Phone Ext:
Admin Fax: +852.30197491
Admin Fax Ext:
Admin Email: whoisprivacy@domainidshield.com
Registry Tech ID: Not Available From Registry
Tech Name: Domain ID Shield Service
Tech Organization: Domain ID Shield Service CO., Limited
Tech Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Tech City: Hong Kong
Tech State/Province: Hong Kong
Tech Postal Code: 999077
Tech Country: HK
Tech Phone: +852.21581835
Tech Phone Ext:
Tech Fax: +852.30197491
Tech Fax Ext:
Tech Email: whoisprivacy@domainidshield.com
Name Server: ns1.jino.ru
Name Server: ns2.jino.ru
```

```
Domain Name: login-lnstargram.com
Registry Domain ID: 2354223425_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2019-01-21T04:00:00Z
Creation Date: 2019-01-21T04:00:00Z
Registrar Registration Expiration Date: 2020-01-21T04:00:00Z
Registrar: Onlinenic Inc
Registrar IANA ID: 82
Registrar Abuse Contact Email: onlinenic-enduser@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: Not Available From Registry
Registrant Name: Domain ID Shield Service
Registrant Organization: Domain ID Shield Service CO., Limited
Registrant Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD,
MONGKOK, KOWLOON, HONG KONG
Registrant City: Hong Kong
Registrant State/Province: Hong Kong
Registrant Postal Code: 999077
Registrant Country: HK
Registrant Phone: +852.21581835
Registrant Phone Ext:
Registrant Fax: +852.30197491
Registrant Fax Ext:
Registrant Email: whoisprivacy@domainidshield.com
Registry Admin ID: Not Available From Registry
Admin Name: Domain ID Shield Service
Admin Organization: Domain ID Shield Service CO., Limited
Admin Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Admin City: Hong Kong
Admin State/Province: Hong Kong
Admin Postal Code: 999077
Admin Country: HK
Admin Phone: +852.21581835
Admin Phone Ext:
Admin Fax: +852.30197491
Admin Fax Ext:
Admin Email: whoisprivacy@domainidshield.com
Registry Tech ID: Not Available From Registry
Tech Name: Domain ID Shield Service
Tech Organization: Domain ID Shield Service CO., Limited
Tech Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Tech City: Hong Kong
Tech State/Province: Hong Kong
Tech Postal Code: 999077
Tech Country: HK
Tech Phone: +852.21581835
Tech Phone Ext:
Tech Fax: +852.30197491
Tech Fax Ext:
Tech Email: whoisprivacy@domainidshield.com
Name Server: vps56-ns1.bitmaxim.net
Name Server: vps56-ns2.bitmaxim.net
```

```
Domain Name: m-facebook-login.com
Registry Domain ID: 2343501735_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2019-01-28T02:56:43Z
Creation Date: 2018-12-15T16:12:06Z
Registry Expiry Date: 2019-12-15T16:12:06Z
Registrar: OnlineNIC, Inc.
Registrar IANA ID: 82
Registrar Abuse Contact Email: abuse@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientHold https://icann.org/epp#clientHold
Registry Domain ID: 2343501735_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2018-12-15T04:00:00Z
Creation Date: 2018-12-15T04:00:00Z
Registrar Registration Expiration Date: 2019-12-14T04:00:00Z
Registrar: Onlinenic Inc
Registrar IANA ID: 82
Registrar Abuse Contact Email: onlinenic-enduser@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientHold https://icann.org/epp#clientHold
Registry Registrant ID: Not Available From Registry
Registrant Name: Domain ID Shield Service
Registrant Organization: Domain ID Shield Service CO., Limited
Registrant Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Registrant City: Hong Kong
Registrant State/Province: Hong Kong
Registrant Postal Code: 999077
Registrant Country: HK
Registrant Phone: +852.21581835
Registrant Phone Ext:
Registrant Fax: +852.30197491
Registrant Fax Ext:
Registrant Email: whoisprivacy@domainidshield.com
Registry Admin ID: Not Available From Registry
Admin Name: Domain ID Shield Service
Admin Organization: Domain ID Shield Service CO., Limited
Admin Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Admin City: Hong Kong
Admin State/Province: Hong Kong
Admin Postal Code: 999077
Admin Country: HK
Admin Phone: +852.21581835
Admin Phone Ext:
Admin Fax: +852.30197491
Admin Fax Ext:
Admin Email: whoisprivacy@domainidshield.com
Registry Tech ID: Not Available From Registry
Tech Name: Domain ID Shield Service
Tech Organization: Domain ID Shield Service CO., Limited
Tech Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Tech City: Hong Kong
Tech State/Province: Hong Kong
Tech Postal Code: 999077
Tech Country: HK
Tech Phone: +852.21581835
Tech Phone Ext:
Tech Fax: +852.30197491
Tech Fax Ext:
Tech Email: whoisprivacy@domainidshield.com
Name Server: vps56-ns1.bitmaxim.net
Name Server: vps56-ns2.bitmaxim.net
```

```
Domain Name: SINGIN-LNSTARGRAM.COM
Registry Domain ID: 2354223445_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2019-01-28T02:56:54Z
Creation Date: 2019-01-21T17:03:05Z
Registry Expiry Date: 2020-01-21T17:03:05Z
Registrar: OnlineNIC, Inc.
Registrar IANA ID: 82
Registrar Abuse Contact Email: abuse@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: ok https://icann.org/epp#ok
Name Server: VPS56-NS1.BITMAXIM.NET
Name Server: VPS56-NS2.BITMAXIM.NET

Domain Name: singin-lnstargram.com
Registry Domain ID: 2354223445_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2019-01-21T04:00:00Z
Creation Date: 2019-01-21T04:00:00Z
Registrar Registration Expiration Date: 2020-01-20T04:00:00Z
Registrar: Onlinenic Inc
Registrar IANA ID: 82
Registrar Abuse Contact Email: onlinenic-enduser@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: Not Available From Registry
Registrant Name: Domain ID Shield Service
Registrant Organization: Domain ID Shield Service CO., Limited
Registrant Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Registrant City: Hong Kong
Registrant State/Province: Hong Kong
Registrant Postal Code: 999077
Registrant Country: HK
Registrant Phone: +852.21581835
Registrant Phone Ext:
Registrant Fax: +852.30197491
Registrant Fax Ext:
Registrant Email: whoisprivacy@domainidshield.com
Registry Admin ID: Not Available From Registry
Admin Name: Domain ID Shield Service
Admin Organization: Domain ID Shield Service CO., Limited
Admin Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Admin City: Hong Kong
Admin State/Province: Hong Kong
Admin Postal Code: 999077
Admin Country: HK
Admin Phone: +852.21581835
Admin Phone Ext:
Admin Fax: +852.30197491
Admin Fax Ext:
Admin Email: whoisprivacy@domainidshield.com
Registry Tech ID: Not Available From Registry
Tech Name: Domain ID Shield Service
Tech Organization: Domain ID Shield Service CO., Limited
Tech Street: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK,
KOWLOON, HONG KONG
Tech City: Hong Kong
Tech State/Province: Hong Kong
Tech Postal Code: 999077
Tech Country: HK
Tech Phone: +852.21581835
Tech Phone Ext:
Tech Fax: +852.30197491
Tech Fax Ext:
Tech Email: whoisprivacy@domainidshield.com
Name Server: vps56-ns1.bitmaxim.net
Name Server: vps56-ns2.bitmaxim.net
```