# Exhibit 13

| Domain Name | Mark |
| --- | --- |
| apple-airpods.net | APPLE |
| bmwdecal.com | BMW |
| ciscodevices.com | CISCO |
| disnemovies.com | DISNEY |
| electroluxprofessionalparts.com | ELECTROLUX |
| hacksomeonesfacebook.com | FACEBOOK |
| phonegoogle.com | GOOGLE |
| hpsoft.co | HP |
| instagram-pass.com | INSTAGRAM |
| jeep-renegade.info | JEEP |
| kate-spade-outlet.net | KATE SPADE |
| baohanhlenovo.com | LENOVO |
| freemicrosoftpointscodeslist.com | MICROSOFT |
| best-nokia.net | NOKIA |
| oracle-forex.com | ORACLE |
| payday-loans-superstore.com | PAYDAY LOANS |
| poloralphlaurenmens.com | RALPH LAUREN |
| sonycorporations.com | SONY |
| toyotareplacementparts.com | TOYOTA |
| uggsboots-onsale.com | UGG |
| viagra-withoutadoctor.net | VIAGRA |
| download-whatsappplus.net | WHATSAPP |
| yelp.pro | YELP |