TUCKER ELLIS LLP
David J. Steele - SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen - SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:      213.430.3400
Facsimile:      213.430.3409

Attorneys for Plaintiffs,
FACEBOOK, INC., and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC., DOMAIN ID SHIELD SERVICE CO., LIMITED, and DOES 1-20,<br><br>Defendants. | Case No. 3:19-cv-7071<br><br>**FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF FACEBOOK, INC.** |

Pursuant to Federal Rule of Civil Procedure 7.1, Facebook, Inc. states that it has no parent corporation and that, to its knowledge, no publicly held corporation owns 10% or more of its stock.

DATED: October 28, 2019                             Tucker Ellis LLP


By: /s/David J. Steele
     David J. Steele
     Howard A. Kroll
     Steven E. Lauridsen

     Attorneys for Plaintiffs,
     FACEBOOK, INC. and INSTAGRAM, LLC