AO 120 (Rev. 08/10) (CAND version 7/18)

| TO: ~~Mail Stop 8~~<br>~~Director of the U.S. Patent and Trademark Office~~<br>~~P.O. Box 1450~~<br>~~Alexandria, VA 22313-1450~~<br>**Do not mail; see e-filing instructions at bottom of page.** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court   for the Northern District of California   on the following ...

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>3:19-cv-7071 | DATE FILED<br>10/28/2019 | U.S. DISTRICT COURT<br>Northern District of California |
|---|---|---|
| PLAINTIFF<br>FACEBOOK, INC., and INSTAGRAM, LLC | | DEFENDANT<br>ONLINENIC INC., DOMAIN ID SHIELD SERVICE CO., LIMITED, and DOES 1-20 |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | see attached | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK<br>Susan Y. Soong | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**E-filing instructions: Please save and e-file in CM/ECF under  Other Filings > Other Documents > Patent/Trademark Report.**

## **ATTACHMENT TO AO 120**

| PATENT OR TRADEMARK NUMBER | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 3,122,052 | July 25, 2006 | FACEBOOK, INC. |
| 3,881,770 | November 23, 2010 | FACEBOOK, INC. |
| 4,795,634 | August 18, 2015 | INSTAGRAM, LLC |
| 4,146,057 | May 22, 2012 | INSTAGRAM, LLC |
| 4,756,754 | June 16, 2015 | INSTAGRAM, LLC |
| 5,566,030 | September 18, 2018 | INSTAGRAM, LLC |
| 4,170,675 | July 10, 2012 | INSTAGRAM, LLC |
| 4,856,047 | November 17, 2015 | INSTAGRAM, LLC |
| 4,822,600 | September 29, 2015 | INSTAGRAM, LLC |
| 4,827,509 | October 6, 2015 | INSTAGRAM, LLC |
| 4,863,595 | December 1, 2015 | INSTAGRAM, LLC |
| 5,019,151 | August 9, 2016 | INSTAGRAM, LLC |