AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| FACEBOOK, INC., et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 5:19-cv-07071-SVK |
| ONLINENIC INC., et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs FACEBOOK, INC. and INSTAGRAM, LLC.

Date: 11/11/2019

/s/Steven E. Lauridsen
*Attorney's signature*

Steven E. Lauridsen - CA Bar No. 246364
*Printed name and bar number*
Tucker Ellis LLP
515 South Flower Street, 42nd Floor
Los Angeles, CA 90071

*Address*

steven.lauridsen@tuckerellis.com
*E-mail address*

(213) 430-3400
*Telephone number*

(213) 430-3409
*FAX number*