AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| FACEBOOK, INC., et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 5:19-cv-07071-SVK |
| ONLINENIC INC., et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs FACEBOOK, INC. and INSTAGRAM, LLC                                                                  .

Date:   11/11/2019                                                   /s/Howard A. Kroll
                                                                    *Attorney's signature*

                                                    Howard A. Kroll - CA Bar No. 100981
                                                    *Printed name and bar number*
                                                    Tucker Ellis LLP
                                                    515 South Flower Street, 42nd Floor
                                                    Los Angeles, CA 90071

                                                    *Address*

                                                    howard.kroll@tuckerellis.com
                                                    *E-mail address*

                                                    (213) 430-3400
                                                    *Telephone number*

                                                    (213) 430-3409
                                                    *FAX number*