**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>David J. Steele - SBN 209797 / Howard A. Kroll - SBN 100981 /<br>Steven E. Lauridsen - SBN 246364<br>**TUCKER ELLIS LLP**<br>515 South Flower Street, 42nd Floor<br>Los Angeles, CA 90071<br>TELEPHONE NO.: 213.430.3400    FAX NO. *(Optional):* 213.430.3409<br>E-MAIL ADDRESS *(Optional):* david.steele@tuckerellis.com / howard.kroll@tuckerellis.com /<br>steven.lauridsen@tuckerellis.com<br>ATTORNEY FOR *(Name):* Plaintiff | **FOR COURT USE ONLY** |
|---|---|

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| PLAINTIFF/PETITIONER: FACEBOOK, INC. and INSTAGRAM, LLC<br><br>DEFENDANT/RESPONDENT: ONLINENIC INC., et al. | CASE NUMBER:<br><br>5:19-cv-07071-SVK |
|---|---|
| **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** | Ref. No. or File No.:<br>Tucel-0134788.cc |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ Summons
   b. ☒ Complaint
   c. ☒ Civil Cover Sheet
   d. ☒ Other *(specify documents):* *SEE ATTACHED FOR LIST OF ADDITIONAL DOCUMENTS SERVED*
   e. ☐ First amended complaint
   f. ☐ Second amended complaint
   g. ☐ Third amended complaint
3. a. Party served *(specify name of party as shown on documents served):*
      ONLINENIC INC.
   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      REX WEIXUN LIU, Agent for Service of Process
4. Address where the party was served: 2251 Mosley Avenue, Alameda, CA 94501
5. I served the party (check proper box)
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **11/11/2019**   (2) at *(time):* **9:18AM**
   b. ☐ **by substituted service.** On *(date):*    at *(time):*    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3a):*
      (1) ☐ **(Business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(Home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(Physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*    from *(city):*    or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

FACEBOOK, INC. and INSTAGRAM, LLC

*vs.*

ONLINENIC INC., et al.

5:19-cv-07071-SVK

### *"ADDITIONAL DOCUMENTS SERVED"*

- Plaintiff's Certification of Interested Entities or Persons;
- Federal Rule of Civil Procedure 7.1 Corporate Disclosure Statement of Plaintiff Facebook, Inc.;
- Federal Rule of Civil Procedure 7.1 Corporate Disclosure Statement of Plaintiff Instagram, LLC;
- Report on the Filing or Determination of an Action Regarding a Patent or Trademark;
- Order Setting Initial Case Management Conference and ADR Deadlines;
- Civil Pretrial Standing Order Magistrate Judge Susan van Keulen;
- ECF Registration Information;
- Settlement Conference Standing Order Magistrate Judge Susan van Keulen;
- Notice of Assignment of Case to a United States Magistrate Judge for Trial;
- Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement;
- Civil Scheduling and Discovery Standing Order – Magistrate Judge Susan van Keulen

Tucel-0134788.cc

| PLAINTIFF/PETITIONER: FACEBOOK, INC. and INSTAGRAM, LLC<br>DEFENDANT/RESPONDENT: ONLINENIC INC., et al. | CASE NUMBER:<br>5:19-cv-07071-SVK |
|---|---|

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:                (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **By other means** *(specify means of service and authorizing code section):*

  e. ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify):*
    Under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)         ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                ☐ 415.46 (occupant)
                                                       ☐ Other:

7. **Person who served papers**
  a. Name: RAUL DELEON
  b. Address: 1605 W. Olympic Blvd., 8th Floor, Los Angeles, CA 90015
  c. Telephone number: (213) 975-9850
  d. **The fee** for service was: $ 388.08
  e. I am:
    (1) ☐ Not a registered California process server.
    (2) ☐ Exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ a Registered California process server:
      (i)  ☐ Owner  ☐ Employee  ☒ Independent contractor.
      (ii) Registration No.: 1202
      (iii) County: SANTA CLARA

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 11/13/2019

                RAUL DELEON            ▶
    (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        (SIGNATURE)