TUCKER ELLIS LLP
David J. Steele - SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen - SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC., DOMAIN ID SHIELD SERVICE CO., LIMITED, and DOES 1-20,<br><br>Defendants. | Case No. 5:19-cv-07071-SVK<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER APPOINTING INTERNATIONAL PROCESS SERVER**<br><br>Date:         January 7, 2020<br>Time:        10:00 a.m.<br>Courtroom:  6 – 4th Floor<br><br>Hon. Susan van Keulen |

**MOTION TO APPOINT INTERNATIONAL PROCESS SERVER**
Case No. 5:19-cv-07071-SVK

## NOTICE OF MOTION AND STATEMENT OF RELIEF SOUGHT

PLEASE TAKE NOTICE that on January 7, 2020 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 6 – 4th Floor of this Court located at 280 South 1st Street, San Jose, CA 95113, Plaintiffs Facebook, Inc. and Instagram, LLC will move, and hereby do move, this Court for an order pursuant to Rule 4(f)(1) of the Federal Rules of Civil Procedure appointing Celeste Ingalls, 1020 SW Taylor Street, Suite 240, Portland, Oregon 97205 as an authority and judicial officer competent under the jurisdiction of this Court to forward to the Central Authority in the Hong Kong Special Administrative Region of the People's Republic of China ("Hong Kong") any and all documents to be served in this case and to effect service on Domain ID Shield Service Co., Limited ("Domain ID Shield"). Appointing such an authority and judicial officer is a particular requirement to Hong Kong. No parties other than Plaintiffs have appeared in this case. Pursuant to Civil Local Rule 7-1(b), Plaintiffs respectfully request the Court deem this motion appropriate for determination without oral argument.

Plaintiffs respectfully request that the Court enter the order concurrently lodged with this motion and appoint Celeste Ingalls as an authority and judicial officer competent under the jurisdiction of this Court to forward documents to the Central Authority in Hong Kong.

## MEMORANDUM OF POINTS AND AUTHORITIES

Domain ID Shield is a Hong Kong company having a principal place of business in Hong Kong. Federal Rule of Civil Procedure 4(h) provides that a foreign corporation must be served "in any manner prescribed by Rule 4(f) for serving an individual, except personal delivery under (f)(2)(C)(i)." Federal Rule 4(f) states that an individual in a foreign country may be served outside of a U.S. judicial district "by any internationally agreed means of service that is reasonably calculated to give notice, such as those authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents." Fed. R. Civ. P. 4(f)(1). Hong Kong is a member of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters, Nov. 15, 1965, 20 U.S.T. 361, 658 U.N.T.S. 163 (the "Hague Service Convention").. *See* Hague Conference: China, People's Republic of, http://www.hcch.net/index_en.php?act=states.details&sid=30 (last visited October 31, 2019); Hague Conference: China (Hong Kong) - Other Authority (Art. 18) & practical information, http://www.hcch.net/index_en.php?act=authorities.details&aid=393 (last visited October 31, 2019).

Service in Hong Kong pursuant to the Hague Service Convention is, therefore, proper service.

The Hague Service Convention states that, "The authority or judicial officer competent under the law of the State in which the documents originate shall forward to the Central Authority of the State addressed a request" for international service. Hague Service Convention, at art. 3. Plaintiffs understand that the Office of the Chief Secretary of Administration of Hong Kong, which is the designated Central Authority by the Hong Kong Special Administrative Region Government, considers the United States Courts to be "the authorized entity" to forward a request for service through the Hague Service Convention. Declaration of Celeste Ingalls ¶ 8. To properly request service, an individual must be authorized by the forum court as a competent officer of the court for the purpose of requesting service in accordance with the Hague Service Convention. *Id.* at ¶ 9. Accordingly, Plaintiffs respectfully request that the Court appoint Celeste Ingalls, a foreign service expert retained by Plaintiffs, an authority and competent officer of the Court for the purpose of requesting service by the Central Authority in Hong Kong in accordance with the Hague Service Convention. Following that appointment, Ms. Ingalls will forward an appropriate request to the Central Authority in Hong Kong to effect service on Domain ID Shield under the Hague Service Convention.

DATED: November 19, 2019                Tucker Ellis LLP


By:  /s/David J. Steele
         David J. Steele
         Howard A. Kroll
         Steven E. Lauridsen

         Attorneys for Plaintiffs,
         FACEBOOK, INC. and INSTAGRAM, LLC

## CERTIFICATE OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Tucker Ellis LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles, California 90071-2223.

On **November 19, 2019,** I served the following: **NOTICE OF MOTION AND MOTION FOR ORDER APPOINTING INTERNATIONAL PROCESS SERVER** on the interested parties in this action as follows:

| | |
|---|---|
| **ONLINENIC INC.**<br>c/o REX WEIXUN LIU<br>3027 TEAGARDEN STREET<br>SAN LEANDRO, CA 94577<br>complaints@onlinenic.com | **DOMAIN ID SHIELD SERVICE CO., LIMITED**<br>FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER<br>707-713 NATHAN ROAD, MONGKOK KOWLOON, HONG KONG<br>whoisprivacy@domainidshield.com |

**DEFENDANTS**

(X)  **BY EMAIL:** the above-entitled document to be served electronically by email.

(X)  **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the below indicated day following the ordinary business practices at Tucker Ellis LLP. I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

(X)  **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **November 19, 2019**, at Los Angeles, California.

_Deborah DeLuna_

PROOF OF SERVICE OF MOTION TO APPOINT INTERNATIONAL PROCESS SERVER
Case No. 5:19-cv-07071-SVK