1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC., DOMAIN ID SHIELD SERVICE CO., LIMITED, and DOES 1-20,<br><br>Defendants. | Case No. 5:19-cv-07071-SVK<br><br>**[PROPOSED] ORDER APPOINTING INTERNATIONAL PROCESS SERVER**<br><br>Date:          January 7, 2020<br>Time:         10:00 a.m.<br>Courtroom:  6 – 4th Floor<br><br>Hon. Susan van Keulen |

In accordance with the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters, Nov. 15, 1965, 20 U.S.T. 361, 658 U.N.T.S. 163 (the "Hague Service Convention"), and for good cause shown, the Court hereby appoints Celeste Ingalls, 1020 SW Taylor Street, Suite 240, Portland, Oregon 97205, as an authority and judicial officer competent under the jurisdiction of this Court to forward to the Central Authority in the Hong Kong Special Administrative Region of the People's Republic of China ("Hong Kong") any and all documents to be served in this case and to request service by the Central Authority in Hong Kong in accordance with the Hague Service Convention.

**IT IS SO ORDERED.**

DATED: _____           _____
                                                                                          Susan van Keulen
                                                                                          U.S. Magistrate Judge

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Tucker Ellis LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles, California 90071-2223.

On **November 19, 2019,** I served the following: **[PROPOSED] ORDER APPOINTING INTERNATIONAL PROCESS SERVER** on the interested parties in this action as follows:

| ONLINENIC INC. | DOMAIN ID SHIELD SERVICE CO., LIMITED |
|---|---|
| c/o REX WEIXUN LIU | FLAT/RM A, 9/F SILVERCORP |
| 3027 TEAGARDEN STREET | INTERNATIONAL TOWER |
| SAN LEANDRO, CA 94577 | 707-713 NATHAN ROAD, MONGKOK |
| complaints@onlinenic.com | KOWLOON, HONG KONG |
| | whoisprivacy@domainidshield.com |

**DEFENDANTS**

(X) **BY EMAIL:** the above-entitled document to be served electronically by email.

(X) **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the below indicated day following the ordinary business practices at Tucker Ellis LLP. I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

(X) **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **November 19, 2019,** at Los Angeles, California.

_____
Deborah DeLuna