TUCKER ELLIS LLP
David J. Steele - SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen - SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:　　213.430.3400
Facsimile:　　213.430.3409

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ONLINENIC INC., DOMAIN ID SHIELD SERVICE CO., LIMITED, and DOES 1-20,<br><br>　　　　　Defendants. | Case No. 5:19-cv-07071-SVK<br><br>**DECLARATION OF CELESTE INGALLS IN SUPPORT OF MOTION TO APPOINT INTERNATIONAL PROCESS SERVER**<br><br>Date:　　　　January 7, 2020<br>Time:　　　　10:00 a.m.<br>Courtroom:　6 – 4th Floor<br><br>Hon. Susan van Keulen |

I, Celeste Ingalls, declare as follows:

1. I specialize in the service of civil process in foreign countries. I am a resident of Oregon, a citizen of the United States, over the age of twenty-one, and neither a party nor an attorney for any party in this action.

2. I have been retained by Plaintiffs' counsel, Tucker Ellis LLP, to properly effect service of process in the above-captioned case upon Domain ID Shield Service Co., Limited in the Hong Kong Special Administrative Region of the People's Republic of China ("Hong Kong").

3. The United States and Hong Kong are signatories to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters, Nov. 15, 1965, 20 U.S.T. 361, 658 U.N.T.S. 163 (the "Hague Service Convention").

4. I have successfully, on a frequent and regular basis for more than twenty-three years, prepared, signed, and forwarded requests for service of process in Hong Kong in accordance with the Hague Service Convention from various United States federal and state courts, as well as from courts in Canada and other territories.

5. I have lectured to state and county bar, and other professional, associations on the mechanics and requirements of service of process in foreign countries.

6. I attended, at special invitation as a private expert, the Special Administrative Sessions of the Hague Conference in The Hague, Netherlands since 2003, at which each signatory country discussed the practical mechanics of, and problems in dealing with, the Hague Service Convention in their respective jurisdictions.

7. Each signatory country has the discretion to interpret the Hague Service Convention articles in a way that conforms to its internal law.

8. Article 3 of the Hague Service Convention states "[t]he Authority or Judicial officer competent under the law of the state in which the documents originate shall forward to the Central Authority of the State addressed a request . . . ." The Office of the Chief Secretary of Administration of Hong Kong (the Central Authority designated by the Hong Kong Special Administrative Region

2

**DECLARATION OF CELESTE INGALLS**
**ISO MOTION TO APPOINT INTERNATIONAL PROCESS SERVER**
Case No. 5:19-cv-07071-SVK

Government) has informed me that its interpretation of Article 3 only permits officers of United States courts to request service through the Hague Service Convention.

9. The Hong Kong Special Administrative Region Government requires that an individual requesting service be specifically authorized by the forum court as a competent officer of the court for the purpose of requesting service in accordance with the Hague Service Convention.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on November 18, 2019 at Portland, Oregon.

_____
CELESTE INGALLS

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Tucker Ellis LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles, California 90071-2223.

On **November 19, 2019**, I served the following: **DECLARATION OF CELESTE INGALLS IN SUPPORT OF MOTION TO APPOINT INTERNATIONAL PROCESS SERVER** on the interested parties in this action as follows:

| | |
|---|---|
| **ONLINENIC INC.**<br>c/o REX WEIXUN LIU<br>3027 TEAGARDEN STREET<br>SAN LEANDRO, CA 94577<br>complaints@onlinenic.com | **DOMAIN ID SHIELD SERVICE CO., LIMITED**<br>FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER<br>707-713 NATHAN ROAD, MONGKOK KOWLOON, HONG KONG<br>whoisprivacy@domainidshield.com |

**DEFENDANTS**

(X) **BY EMAIL:** the above-entitled document to be served electronically by email.

(X) **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the below indicated day following the ordinary business practices at Tucker Ellis LLP. I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

(X) **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **November 19, 2019**, at Los Angeles, California.

_/s/ Deborah DeLuna_
Deborah DeLuna

PROOF OF SERVICE OF INGALLS DECLARATION
Case No. 5:19-cv-07071-SVK