1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC., DOMAIN ID SHIELD SERVICE CO., LIMITED, and DOES 1-20,<br><br>Defendants. | Case No. 5:19-cv-07071-SVK<br><br>**[PROPOSED] ORDER APPOINTING INTERNATIONAL PROCESS SERVER**<br><br>Date:        January 7, 2020<br>Time:        10:00 a.m.<br>Courtroom:  6 – 4th Floor<br><br>Hon. Susan van Keulen |

In accordance with the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters, Nov. 15, 1965, 20 U.S.T. 361, 658 U.N.T.S. 163 (the "Hague Service Convention"), and for good cause shown, the Court hereby appoints Celeste Ingalls, 1020 SW Taylor Street, Suite 240, Portland, Oregon 97205, as an authority and judicial officer competent under the jurisdiction of this Court to forward to the Central Authority in the Hong Kong Special Administrative Region of the People's Republic of China ("Hong Kong") any and all documents to be served in this case and to request service by the Central Authority in Hong Kong in accordance with the Hague Service Convention.

**IT IS SO ORDERED.**

DATED: <u>November 25, 2019</u>

*/s/ Susan van Keulen*
Susan van Keulen
U.S. Magistrate Judge