Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
2225 E. Bayshore Road, Suite 200
Palo Alto, CA 94303
www.lexanalytica.com
pjn@lexnalytica.com
Tel: 650-655-2800

Attorneys for All Defendants
ONLINENIC, INC. and DOMAIN ID SHIELD SERVICES CO., LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC. | CASE NO. 5:19-CV-7071-SVK |
| Plaintiffs, | |
| v. | STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |
| ONLINENIC, INC. and DOMAIN ID SHIELD SERVICES CO., LIMITED. | |
| Defendants. | |

Pursuant to Civil Local Rule 6-1, the parties in this case, Facebook, Inc. and Instagram, LLC ("Plaintiffs") and OnlineNIC, Inc. and Domain ID Shield Services Co., Limited ("Defendants") stipulate as follows:

WHEREAS the complaint in this action was served upon OnlineNIC, Inc. on November 11, 2019, making its response due December 2, 2019;

WHEREAS Defendants' counsel accepted service on behalf of Domain ID Shield Services, Co., on November 26, 2019, making it response otherwise due on December 18, 2019;

1

WHEREAS the parties agree that it would be more efficient to have both Defendants' responses filed at the same time, and have agreed on a response date of January 6, 2020 ("New Response Date"); and

WHEREAS the New Response Date will not alter the date of any event or any deadline already fixed by Court order.

NOW THEREFORE, the parties stipulate that the time for Defendants to respond to Plaintiffs' complaint is extended through January 6, 2020.

IT IS SO STIPULATED.

Dated: December 3, 2019

/s/ Perry J. Narancic

Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
2225 E. Bayshore Road, Suite 200
Palo Alto, CA  94303
www.lexanalytica.com
pjn@lexnalytica.com
Tel: 650-655-2800

Attorney for all Defendants
ONLINENIC, INC. and DOMAIN ID SHIELD SERVICES CO., LIMITED

/s/ David J. Steele

David J. Steele, SBN 209797
TUCKER ELLIS LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA  90071
david.steele@tuckerellis.com
Tel: 213-430-3400

Attorney for Plaintiffs
FACEBOOK, INC. and INSTAGRAM, LLC

## ATTESTATION

I, Perry J. Narancic, am the ECF user whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto have concurred in this filing.

Dated: December 3, 2019

/s/ Perry J. Narancic

Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
2225 E. Bayshore Road, Suite 200
Palo Alto, CA 94303
www.lexanalytica.com
pjn@lexnalytica.com
Tel: 650-655-2800