1  Perry J. Narancic, SBN 206820
   LEXANALYTICA, PC
2  2225 E. Bayshore Road, Suite 200
   Palo Alto, CA  94303
3  www.lexanalytica.com
   pjn@lexanalytica.com
4  Tel: 650-655-2800

5  Attorneys for Defendants
   ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE
6  CO., LIMITED

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11 FACEBOOK, INC. and INSTAGRAM,          Case No. 19-CV-07071-SVK
   LLC
12                                         **ANSWER**
              Plaintiffs,
13
        v.
14
   ONLINENIC, INC. and DOMAIN ID
15 SHIELD SERVICE CO., LIMITED.

16            Defendants.

17

18

19      Defendants OnlineNIC, Inc. ("OnlineNIC") and Domain ID Shield Service Co., Limited

20 ("ID Shield") (together, the "Defendants") hereby answer the Complaint by Facebook, Inc. and

   Instagram, LLC (together, the "Plaintiffs") and assert affirmative defenses as follows:
21

22      1.      Defendants lack knowledge or information sufficient to form a belief as to the truth

23 of the allegations set forth in Paragraph 1.

24      2.      Defendants lack knowledge or information sufficient to form a belief as to the truth

25 of the allegations set forth in Paragraph 2.

26      3.      Admitted that OnlineNIC is an ICANN-accredited domain name registrar; the

27 remaining allegations are denied.

28      4.      Denied.

                              - 1 -

5.      Denied.

6.      The allegations in Paragraph 6 are characterizations of the Complaint, which speaks for itself, and accordingly no response is required.

7.      Admitted.

8.      Admitted.

9.      The allegations of the last sentence are admitted; the remainder is denied.

10.     Denied that "ID Shield is OnlineNIC's domain name privacy service"; the remaining allegations are admitted.

11.     Denied.

12.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 12.

13.     Admitted.

14.     Denied.

15.     Denied.

16.     Denied.

17.     Denied.

18.     The allegations of Paragraph 18 are legal conclusions to which no response is required.

19.     Admitted.

20.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 20.

21.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 21.

22.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 22.

23.     Admitted.

24.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 24.

1    25.    Defendants lack knowledge or information sufficient to form a belief as to the truth
2    of the allegations set forth in Paragraph 25.

3    26.    Defendants lack knowledge or information sufficient to form a belief as to the truth
4    of the allegations set forth in Paragraph 26.

5    27.    Admitted.

6    28.    Admitted.

7    29.    Admitted that Exhibit 5 is a genuine screen capture as alleged; the remaining
8    allegations are denied.

9    30.    Admitted.

10    31.    Admitted.

11    32.    Denied.

12    33.    Admitted.

13    34.    Admitted that Exhibit 10 states the information as alleged; the remaining allegations
14    are denied.

15    35.    Admitted.

16    36.    Denied.

17    37.    Denied.

18    38.    Admitted.

19    39.    Denied.

20    40.    Denied.

21    41.    Denied.

22    42.    The allegations in the second sentence are admitted; the remaining allegations are
23    denied.

24    43.    Admitted.

25    44.    Admitted.

26    45.    Admitted that OnlineNIC has been named in administrative complaints; the
27    remaining allegations are denied.

28    46.    Denied.

47.   Denied.

48.   Denied.

49.   Denied.

50.   Denied.

51.   Denied.

52.   Exhibit 4 speaks for itself, and no further response is necessary.

53.   Denied.

54.   Denied.

55.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 55.

56.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 56.

57.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 57.

58.   Defendants incorporate by reference their responses as set forth above.

59.   Denied.

60.   Denied.

61.   Denied.

62.   Denied.

63.   Admitted.

64.   Admitted.

65.   Admitted.

66.   Denied.

67.   Denied.

68.   Denied.

69.   Denied.

70.   Denied.

71.   Denied.

72.     Defendants incorporate by reference their responses as set forth above.

73.     Denied.

74.     Denied.

75.     Denied.

76.     Denied.

77.     Denied.

78.     Denied.

79.     Denied.

80.     Denied.

81.     Denied.

82.     Defendants incorporate by reference their responses as set forth above.

83.     Denied.

84.     Denied.

85.     Denied.

86.     Denied.

87.     Denied.

88.     Denied.

89.     Denied.

90.     Denied.

91.     Denied.

92.     Denied.

93.     Defendants incorporate by reference their responses as set forth above.

94.     Denied.

95.     Denied.

96.     Denied.

97.     Denied.

98.     Denied.

99.     Denied.

Facebook, Inc. v. OnlineNIC, Inc.                                      Case No. 19-cv-7071-SVK
Answer

100.   Denied.

101.   Denied.

## AFFIRMATIVE DEFENSES

Defendants assert the following defenses and reserve the right to assert additional defenses upon discovery of relevant facts.

### First Defense

Plaintiffs are not entitled to any of the relief requested because this Court lacks personal jurisdiction over the Defendants.

### Second Defense

Plaintiffs' Complaint fails to state claims upon which relief may be granted.

### Third Defense

Plaintiffs' claims are barred in whole or in part because there is no trademark infringement.

### Fourth Defense

Plaintiffs' claims are barred in whole or in part because Plaintiffs have not suffered any injury caused by Defendants.

### Fifth Defense

Plaintiffs' claims are barred in whole or in part by the doctrine of unclean hands.

### Sixth Defense

Plaintiffs' claims are barred by the doctrines of laches and/or estoppel.

### Seventh Defense

Plaintiffs' claims are barred in whole or in part because Defendants lacked the requisite knowledge or intent.

### Eighth Defense

Plaintiffs' claims are barred in whole or in part because Defendants' alleged conduct was not willful.

### Ninth Defense

Plaintiffs' claims are barred in whole or part by the principle of territoriality.

1

2
## DEFENDANTS' PRAYER FOR RELIEF

3
WHEREFORE, Defendants request that the Court enter judgement:

4
a.      dismissing all of Plaintiffs' claims in the Complaint with prejudice in favor of

5
Defendants;

6
b.      that Plaintiffs are not entitled to any damages or equitable relief;

7
c.      that Plaintiffs' bringing of and conduct in this case was exceptional pursuant to 15

8
U.S.C. §1117(a);

9
d.      awarding Defendants' reasonable attorneys' fees and costs, and

10
e.      for such other and further relief as shall be deemed proper.

11

12
Respectfully Submitted,

DATED:  January 6, 2020              LEXANALYTICA, PC
13

14
By:

15

16
Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHEILD
SERVICE CO., LIMITED
17

18

19

20

21

22

23

24

25

26

27

28