1  Perry J. Narancic, SBN 206820
   LEXANALYTICA, PC
2  2225 E. Bayshore Road, Suite 200
   Palo Alto, CA  94303
3  www.lexanalytica.com
   pjn@lexanalytica.com
4  Tel: 650-655-2800

5  Attorneys for Defendants
   ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE
6  CO., LIMITED

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11  FACEBOOK, INC. and INSTAGRAM, LLC

12                  Plaintiffs,

13         v.

14  ONLINENIC, INC. and DOMAIN ID
15  SHIELD SERVICE CO., LIMITED.

16                  Defendants.

Case No. 19-CV-07071-SVK

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT (Fed. R. Civ. P. 7.1)**

17

18

19

20         Pursuant to Federal Rule of Civil Procedure 7.1, Defendants state that: (a) OnlineNIC, Inc.

21  is the parent of Domain ID Shield Services Co., Limited, and (b) no publicly held corporation

22  owns more than 10% of either Defendants' stock.

23  //

24  //

25  //

26  //

27

28

|     |     |     |
| --- | --- | --- |
| 1   |     | Respectfully Submitted, |
| 2   | DATED:  January 21, 2020 | LEXANALYTICA, PC |
| 3   |     |     |
| 4   |     | By: _/s/ Perry Narancic_ |
| 5   |     |     |
| 6   |     | Attorneys for Defendants<br>ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE CO., LIMITED |

- 2-