UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>ONLINENIC INC, et al.,<br><br>   Defendants. | Case No. 19-cv-07071-SVK<br><br>**CASE MANAGEMENT ORDER** |

The Court held an initial case management conference on January 28, 2020. A further case management conference is set for **June 16, 2020 at 9:30 a.m**. The parties must file a joint case management conference statement by **June 9, 2020**. The parties are ordered, as the case progresses, to further meet and confer regarding an efficient and effective means of alternative dispute resolution and are to inform the Court of the parties' views in their June 9, 2020 joint case management conference statement.

The discovery limits of the Federal Rules of Civil Procedure shall apply in this case. A party may seek to enlarge the limits only upon a showing of good cause identifying the specific additional discovery requests or depositions the party seeks and the reasons therefor.

| Scheduled Event | Date |
|---|---|
| Parties to submit stipulated ESI order with redline showing any changes from Court's model ESI order (if such an order is necessary) | February 14, 2020 |
| Parties to submit stipulated protective order with redline showing any changes from Court's model protective order (if such an order is necessary) | February 14, 2020 |
| Last Day to Amend Pleadings | May 27, 2020 |

| Further Case Management Conference | June 16, 2020 at 9:30 a.m. |
| --- | --- |
|  | Statement due: June 9, 2020 |
| Close of Fact Discovery | September 4, 2020 |
| Opening Expert Disclosures | September 21, 2020 |
| Last Day to Complete Private Mediation | September 30, 2020 |
| Rebuttal Expert Disclosures | October 12, 2020 |
| Close of Expert Discovery | November 6, 2020 |
| Dispositive Motion Filing Deadline | November 20, 2020 |
| Last Day to Hear Dispositive Motions | January 12, 2021 |
| Final Pretrial Conference | March 4, 2021 |
|  | Filing dates: February 18, 2021 |
|  | February 25, 2021 |
| Trial | March 15, 2021 |

**SO ORDERED.**

Dated: January 28, 2020

_____

SUSAN VAN KEULEN
United States Magistrate Judge