TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:      213.430.3400
Facsimile:      213.430.3409

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

LEXANALYTICA, PC
Perry J. Narancic – SBN 206820
pjn@lexanalytica.com
2225 E. Bayshore Road
Suite 200
Palo Alto, CA 94303
Telephone:   650.655.2800

Attorneys for Defendants,
ONLINENIC, INC. AND DOMAIN ID SHIELD
SERVICES CO., LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>           Plaintiffs,<br><br>  v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and DOES 1-20,<br><br>           Defendants. | Case No. 5:19-cv-07071-SVK<br><br>**STIPULATION TO CONTINUE DEADLINE TO AMEND PLEADINGS [CIVIL L.R. 6-2]**<br><br>CURRENT DATE:   May 27, 2020<br>PROPOSED DATE: July 1, 2020<br><br>Hon. Susan van Keulen |

The parties, by and through their counsel of record, hereby stipulate to continue the deadline to amend pleadings in this action from May 27, 2020 to July 1, 2020 and hereby request that the Court grant this stipulation and enter an order to that effect. This stipulation is based on the following facts:

1. On January 28, 2020, the Court entered the Case Management Order in this action. ECF No. 31.

2. In that Order, the Court set the deadline to amend pleadings as May 27, 2020. *Id.*

3. Plaintiffs subsequently served their first sets of requests for production of documents and things on each Defendant. Declaration of David J. Steele ("Steele Decl.") ¶ 2.

4. The parties have worked diligently and cooperatively with respect to Defendants responding to this discovery and producing documents. In fact, Defendants have made a number of rolling productions in response to Plaintiffs' discovery. *Id.* ¶ 3.

5. Despite the parties' diligence, Defendants have requested several extensions of time to respond to the written discovery and to complete their document productions. These requests were based on issues in collecting and producing the information due to the COVID-19 pandemic. *Id.* ¶ 4.

6. Plaintiffs may need to amend their complaint to add additional parties or otherwise revise their claims based on the information being produced by Defendants; however, at this stage, that production—and thus the decision as to whether amendment may be necessary—will not be complete before the current May 27, 2020 deadline to amend the pleadings. *Id.* ¶ 5.

7. Apart from a previous stipulation to extend and align the deadlines for Defendants to respond to the Complaint pursuant to Civil Local Rule 6-1 (ECF. No. 19), this is the first request for an extension of a deadline in this action. Steele Decl. ¶ 6.

8. The parties do not believe that this proposed schedule modification will have an impact on the overall schedule in this case. *Id.* ¶ 7.

NOW THEREFORE, based on the foregoing facts, the parties respectfully request that the Court grant this stipulation and enter an order continuing the deadline to amend pleadings to July 1, 2020.

//
//
//

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: May 26, 2020                                Tucker Ellis LLP


By: /s/David J. Steele
    David J. Steele
    Howard A. Kroll
    Steven E. Lauridsen

    Attorneys for Plaintiffs,
    FACEBOOK, INC. and INSTAGRAM, LLC

DATED: May 26, 2020                                LexAnalytica, PC


By: /s/Perry J. Narancic
    Perry J. Narancic

    Attorneys for Defendants,
    ONLINENIC, INC. and DOMAIN ID
    SHIELD SERVICES CO., LIMITED

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all other signatories listed and on whose behalf this filing is made concur in the filing of this document and have granted permission to use an electronic signature.


                                                    /s/David J. Steele


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: _____

                                                    Susan van Keulen
                                                    United States Magistrate Judge