TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:      213.430.3400
Facsimile:      213.430.3409

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| FACEBOOK, INC. and INSTAGRAM, LLC, | Case No. 5:19-cv-07071-SVK |
|---|---|
| Plaintiffs, | **DECLARATION OF DAVID J. STEELE IN SUPPORT OF STIPULATION TO CONTINUE DEADLINE TO AMEND PLEADINGS [CIVIL L.R. 6-2]** |
| v. | |
| ONLINENIC, INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and DOES 1-20, | CURRENT DATE: May 27, 2020<br>PROPOSED DATE: July 1, 2020 |
| Defendants. | Hon. Susan van Keulen |

DECLARATION OF DAVID J. STEELE
CASE NO. 5:19-CV-07071-SVK

I, David J. Steele, declare as follows:

1. I am a partner at Tucker Ellis LLP, attorneys of record for Plaintiffs in this action. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2. Following the Case Management Conference in this action, I caused to be served Plaintiffs' first sets of requests for production of documents and things on each Defendant.

3. The parties have worked diligently and cooperatively with respect to Defendants responding to this discovery and producing documents. In fact, Defendants have made a number of rolling productions in response to Plaintiffs' discovery.

4. Despite the parties' diligence, Defendants have requested several extensions of time to respond to the written discovery and to complete their document productions. These requests were based on issues in collecting and producing the information due to the COVID-19 pandemic.

5. Plaintiffs may need to amend their complaint to add additional parties or otherwise revise their claims based on the information being produced by Defendants; however, at this stage, that production—and thus the decision as to whether amendment may be necessary—will not be complete before the current May 27, 2020 deadline to amend the pleadings.

6. Apart from a previous stipulation to extend and align the deadlines for Defendants to respond to the Complaint pursuant to Civil Local Rule 6-1 (ECF. No. 19), this is the first request for an extension of a deadline in this action.

7. Neither counsel for Defendants nor I believe that this proposed schedule modification will have an impact on the overall schedule in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on May 26 , 2020 in Fullerton, California.

/s/David J. Steele