TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:	213.430.3400
Facsimile:	213.430.3409

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

LEXANALYTICA, PC
Perry J. Narancic – SBN 206820
pjn@lexanalytica.com
2225 E. Bayshore Road
Suite 200
Palo Alto, CA 94303
Telephone:	650.655.2800

Attorneys for Defendants,
ONLINENIC, INC. and DOMAIN ID SHIELD
SERVICES CO., LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>            Plaintiffs,<br><br>     v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and DOES 1-20,<br><br>            Defendants. | Case No. 5:19-cv-07071-SVK<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT**<br><br>DATE:     June 16, 2020<br>TIME:     9:30 a.m.<br>CTRM:    6 – 4th Floor<br><br>Hon. Susan van Keulen |

Pursuant to Civil Local Rule 16-10 and the Case Management Order previously entered in this case (ECF No. 31), the parties submit this supplemental case management statement.

## I. CURRENT SCHEDULE

| Event | Date |
| --- | --- |
| Deadline to Complete Private Mediation | September 30, 2020 |
| Last Day To Add Parties and Amend Pleadings | July 1, 2020 |
| Fact Discovery Cut-off | September 4, 2020 |
| Opening of Expert Disclosures | September 21, 2020 |
| Rebuttal Expert Disclosures | October 12, 2020 |
| Close of Expert Discovery | November 6, 2020 |
| Dispositive Motion Filing Deadline | November 20, 2020 |
| Last Day to Hear Dispositive Motions | January 12, 2021 |
| Final Pretrial Conference | March 4, 2021<br><br>Filing Dates:   February 18, 2021<br><br>February 25, 2021 |
| Trial | March 15, 2021 |

## II. STATUS OF SCHEDULING PRIVATE MEDIATION

As ordered by the Court, the parties have continued to meet and confer concerning private mediation. Plaintiffs proposed that a private mediation be scheduled before Hesha Abrams of Hesha Abrams Mediation, LLC during the April 2020 International Trademark Association annual meeting in Singapore. Defendants rejected this proposal.[1] During their most recent conference of counsel on June 3, 2020, the parties agreed to exchange a list of five proposed mediators each. During this conference, Defendants' counsel also confirmed that Defendants' principals are unwilling to travel to the United States for mediation due to concerns over COVID-19. Defendants propose that the mediation be conducted by video with a mutually agreed private mediator. The parties are therefore attempting to work

---

[1] After Defendants rejected this proposal, this annual meeting was canceled due to the COVID-19 pandemic, thus mooting further discussion.

2

SUPPLEMENTAL CASE MANAGEMENT STATEMENT
Case No. 5:19-cv-07071-SVK

cooperatively concerning how the mediation may be conducted in light of this limitation.

## III. STATUS OF DISCOVERY

The parties have exchanged initial disclosures per Rule 26(a)(1). The parties also stipulated to—and the Court entered—a protective order, an order governing Electronically Stored Information ("ESI"), and a Federal Rule of Evidence 502(d) clawback order. Plaintiffs have also propounded an initial set of discovery requests and have provided Defendants with an initial set of ESI search terms. Defendants have begun a rolling document production in response to Plaintiffs' discovery requests. However, due to delays resulting from the COVID-19 pandemic, Defendants served their initial production and written responses on June 9, 2020. The parties expect to meet-and-confer regarding any discovery disputes arising from the initial responses.

## IV. STATUS OF CASE SCHEDULE

As mentioned above, the COVID-19 pandemic has hampered the parties' discovery efforts. The parties continue to work diligently to complete fact discovery by the September 4, 2020 deadline. If the delays caused by COVID-19 make it impracticable to complete discovery by this date, the parties will provide the Court with the relevant discovery still to be completed and a proposed schedule to complete that discovery per the local rules and this Court's Case Management Order (ECF No. 31).

## V. STATUS OF MOTION PRACTICE

Apart from stipulations to extend the time to answer the complaint and to continue the deadline to amend pleadings, the parties have not engaged in any motion practice. Depending on the information learned in discovery, Plaintiffs may file a motion to amend the complaint to add additional parties. Both parties anticipate filing motions for summary judgment, presuming the information learned in discovery makes such motions appropriate.

DATED: June 9, 2020                                  Tucker Ellis LLP

                                                     By: /s/David J. Steele
                                                         David J. Steele
                                                         Howard A. Kroll
                                                         Steven E. Lauridsen

                                                         Attorneys for Plaintiffs,
                                                         FACEBOOK, INC. and INSTAGRAM, LLC

DATED: June 9, 2020                                  LexAnalytica, PC


                                                     By: /s/Perry J. Narancic
                                                         Perry J. Narancic

                                                         Attorneys for Defendants,
                                                         ONLINENIC, INC. and DOMAIN ID
                                                         SHIELD SERVICES CO., LIMITED

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all other signatories listed and on whose behalf this filing is made concur in the filing of this document and have granted permission to use an electronic signature.

                                                         /s/David J. Steele