TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:         213.430.3400
Facsimile:         213.430.3409

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| FACEBOOK, INC. and INSTAGRAM, LLC, | Case No. 5:19-cv-07071-SVK |
|---|---|
| Plaintiffs, | **DECLARATION OF DAVID J. STEELE IN SUPPORT OF STIPULATION TO CONTINUE ALL CASE DEADLINES [CIVIL L.R. 6-2]** |
| v. | |
| ONLINENIC, INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and DOES 1-20, | |
| Defendants. | Hon. Susan van Keulen |

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis

I, David J. Steele, declare as follows:

1.      I am a partner at Tucker Ellis LLP, attorneys of record for Plaintiffs in this action. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2.      Following the Case Management Conference in this action, I caused to be served Plaintiffs' first sets of requests for production of documents and things on each Defendant.

3.      The parties have worked cooperatively with respect to Defendants responding to this discovery and producing documents. In fact, Defendants have made several rolling productions in response to Plaintiffs' discovery.

4.      Defendants have requested several extensions of time to respond to the written discovery and to complete their document productions. These requests were based on issues in collecting and producing the information due to the COVID-19 pandemic and due to communications issues with Defendants' counsel having to coordinate with Defendants' principals in China.

5.      Although Defendants have made an initial production, Plaintiffs contend that the production remains deficient. The parties have therefore been meeting and conferring in an effort to narrow their disputes and to avoid needing judicial intervention. Although these efforts continue to be hampered by the COVID-19 pandemic and Defendants' communication issues, Defendants have agreed to make a supplemental production on or before July 21, 2020.

6.      Apart from a previous stipulation to extend and align the deadlines for Defendants to respond to the Complaint pursuant to Civil Local Rule 6-1 (ECF. No. 19), this is the second request for an extension of a deadline in this action. The first request was to continue the deadline to amend the pleadings from May 27, 2020 to July 1, 2020, which the Court granted (ECF No. 39).

7.      The proposed schedule modification will extend the overall schedule in this case by approximately three months.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 15, 2020 in Fullerton, California.

/s/David J. Steele

2

DECLARATION OF DAVID J. STEELE
CASE NO. 5:19-CV-07071-SVK

TUCKER ELLIS LLP
Chicago ◆ Cleveland ◆ Columbus ◆ Houston ◆ Los Angeles ◆ San Francisco ◆ St. Louis