TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

LEXANALYTICA, PC
Perry J. Narancic – SBN 206820
pjn@lexanalytica.com
2225 E. Bayshore Road
Suite 200
Palo Alto, CA 94303
Telephone:    650.655.2800

Attorneys for Defendants,
ONLINENIC, INC. AND DOMAIN ID SHIELD
SERVICES CO., LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and DOES 1-20,<br><br>　　　　　　Defendants. | Case No. 5:19-cv-07071-SVK<br><br>**STIPULATION TO CONTINUE ALL CASE DEADLINES [CIVIL L.R. 6-2]**<br><br>Hon. Susan van Keulen |

The parties, by and through their counsel of record, hereby stipulate to continue all deadlines in this action by approximately three months and hereby request that the Court grant this stipulation and enter an order to that effect. The current and proposed dates are as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline to Complete Private Mediation | September 30, 2020 | December 30, 2020 |
| Fact Discovery Cut-off | September 4, 2020 | December 4, 2020 |
| Opening of Expert Disclosures | September 21, 2020 | December 21, 2020 |
| Rebuttal Expert Disclosures | October 12, 2020 | January 11, 2021 |
| Close of Expert Discovery | November 6, 2020 | February 5, 2021 |
| Last Day to Hear Dispositive Motions | January 12, 2021 | April 13, 2021 |
| Final Pretrial Conference | March 4<br>Filing Dates: February 18, 2021<br>February 25, 2021 | June 3, 2021<br>Filing Dates: May 20, 2021<br>May 27, 2021 |
| Trial | March 15, 2021 | June 14, 2021 |

This stipulation is based on the following facts:

1. On January 28, 2020, the Court entered the Case Management Order in this action. ECF No. 31.

2. Plaintiffs subsequently served their first sets of requests for production of documents and things on each Defendant. Declaration of David J. Steele ("Steele Decl.") ¶ 2.

3. The parties have worked cooperatively with respect to Defendants responding to this discovery and producing documents. In fact, Defendants have made several rolling productions in response to Plaintiffs' discovery. *Id.* ¶ 3.

4. Defendants have requested several extensions of time to respond to the written discovery and to complete their document productions. These requests were based on issues in collecting and producing the information due to the COVID-19 pandemic and due to communications issues with Defendants' counsel having to coordinate with Defendants' principals in China. *Id.* ¶ 4.

5.	Although Defendants have made an initial production, Plaintiffs contend that the production remains deficient. The parties have therefore been meeting and conferring in an effort to narrow their disputes and to avoid needing judicial intervention. Although these efforts continue to be hampered by the COVID-19 pandemic and Defendants' communication issues, Defendants have agreed to make a supplemental production on or before July 21, 2020. *Id.* ¶ 5.

6.	Plaintiffs anticipate the need to conduct follow-up written discovery and to take Defendants' depositions once Defendants have completed their document production. Therefore, the parties seek an extension of all deadlines by approximately three months.

7.	Apart from a previous stipulation to extend and align the deadlines for Defendants to respond to the Complaint pursuant to Civil Local Rule 6-1 (ECF. No. 19), this is the second request for an extension of a deadline in this action. The first request was to continue the deadline to amend the pleadings from May 27, 2020 to July 1, 2020, which the Court granted (ECF No. 39). Steele Decl. ¶ 6.

8.	The proposed schedule modification will extend the overall schedule in this case by approximately three months. *Id.* ¶ 7.

NOW THEREFORE, based on the foregoing facts, the parties respectfully request that the Court grant this stipulation and enter an order continuing the deadlines in this action by approximately three months.

///
///
///

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: July 15, 2020                          Tucker Ellis LLP

By: /s/David J. Steele
    David J. Steele
    Howard A. Kroll
    Steven E. Lauridsen

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

DATED: July 15, 2020                          LexAnalytica, PC

By: /s/Perry J. Narancic
    Perry J. Narancic

Attorneys for Defendants,
ONLINENIC, INC. and DOMAIN ID
SHIELD SERVICES CO., LIMITED

## **ATTESTATION**

    Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all other signatories listed and on whose behalf this filing is made concur in the filing of this document and have granted permission to use an electronic signature.

/s/David J. Steele

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 16, 2020

Susan van Keulen
United States Magistrate Judge