TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:   213.430.3400
Facsimile:    213.430.3409

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

LEXANALYTICA, PC
Perry J. Narancic – SBN 206820
pjn@lexanalytica.com
2225 E. Bayshore Road
Suite 200
Palo Alto, CA 94303
Telephone:   650.655.2800

Attorneys for Defendants,
ONLINENIC, INC. AND DOMAIN ID SHIELD SERVICES CO., LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>          Plaintiffs,<br><br>     v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and DOES 1-20,<br><br>          Defendants. | Case No. 5:19-cv-07071-SVK<br><br>**STIPULATION TO CONTINUE ALL CASE DEADLINES BY APPROXIMATELY THREE MONTHS [CIVIL L.R. 6-2]**<br><br>Hon. Susan van Keulen |

The parties, by and through their counsel of record, hereby stipulate to continue all deadlines in this action by approximately three months and hereby request that the Court grant this stipulation and enter an order to that effect. The current and proposed dates are as follows:

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Deadline to Complete Private Mediation | December 30, 2020 | March 31, 2021 |
| Fact Discovery Cut-off | December 4, 2020 | March 5, 2021 |
| Opening of Expert Disclosures | December 21, 2020 | March 22, 2021 |
| Rebuttal Expert Disclosures | January 11, 2021 | April 12, 2021 |
| Close of Expert Discovery | February 5, 2021 | May 7, 2021 |
| Dispositive Motion Filing Deadline | February 19, 2021 | May 21, 2021 |
| Last Day to Hear Dispositive Motions | April 13, 2021 | July 13, 2021 |
| Final Pretrial Conference | June 3, 2021<br>Filing Dates: May 20, 2021<br>May 27, 2021 | September 2, 2021<br>Filing Dates: August 19, 2021<br>August 26, 2021 |
| Trial | June 14, 2020 | September 13, 2021 |

This stipulation is based on the following facts:

1. On January 28, 2020, the Court entered the Case Management Order in this action. ECF No. 31.

2. Plaintiffs subsequently served their first sets of requests for production of documents and things on each Defendant and provided a set of ESI search terms to enable Defendants to more efficiently search for documents. Declaration of David J. Steele ("Steele Decl.") ¶ 2.

3. The parties have worked cooperatively with respect to Defendants responding to this discovery and producing documents. Defendants have made several rolling productions in response to Plaintiffs' discovery. *Id.* ¶ 3.

4. Defendants requested several extensions of time to respond to the written discovery and to

complete their document productions. These requests were based on Defense counsel's representations concerning issues in collecting and producing the information due to the COVID-19 pandemic and due to communications issues with Defendants' counsel having to coordinate with Defendants' principals in China. *Id.* ¶ 4.

5. After Defendants completed their initial rolling document production, the parties extensively met and conferred concerning a number of open issues with Defendants' production. Defendants have since served supplemental responses and have taken the position that they have completed their production. Plaintiffs, however, assert that a number of disputes remain concerning Defendants' production—including with respect to confidentiality designations, the lack of a privilege log, and the overall completeness of the production—and the parties are meeting and conferring in an effort to work through their positions. *Id.*¶ 5.

6. Plaintiffs have also served follow-up written discovery on Defendants in the form of requests for admission. Defendants have served their first sets of interrogatories and requests for production on Plaintiffs. Defendants have provided a thirty days' extension to Plaintiffs for them to respond, and Plaintiffs' responses are now due October 20, 2020. *Id.* ¶ 6.

7. Plaintiffs anticipate the need to conduct additional follow-up written discovery and to take Defendants' depositions once Defendants have completed their document production and have responded to all current outstanding discovery. Defendants expect that they will continue to experience delays with respect to that discovery due to COVID-19 and communication issues caused by Defendants being located abroad. Therefore, the parties seek an extension of all deadlines by approximately three months. *Id.* ¶ 7.

8. Not including the previous stipulation to extend and align the deadlines for Defendants to respond to the Complaint pursuant to Civil Local Rule 6-1 (ECF. No. 19), this is the third request for an extension of a deadline in this action. The first request was to continue the deadline to amend the pleadings from May 27, 2020 to July 1, 2020, which the Court granted (ECF No. 39), and the second request was to continue all deadlines by approximately three months, which the Court also granted (ECF No. 43). Steele Decl. ¶ 8.

9. The proposed schedule modification will extend the overall schedule in this case by approximately three months. *Id.* ¶ 9.

NOW THEREFORE, based on the foregoing facts, the parties respectfully request that the Court grant this stipulation and enter an order continuing the deadlines in this action by approximately three months.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: October 13, 2020                    Tucker Ellis LLP

By: /s/David J. Steele
    David J. Steele
    Howard A. Kroll
    Steven E. Lauridsen

    Attorneys for Plaintiffs,
    FACEBOOK, INC. and INSTAGRAM, LLC

DATED: October 13, 2020                    LexAnalytica, PC

By: /s/Perry J. Narancic
    Perry J. Narancic

    Attorneys for Defendants,
    ONLINENIC, INC. and DOMAIN ID
    SHIELD SERVICES CO., LIMITED

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all other signatories listed and on whose behalf this filing is made concur in the filing of this document and have granted permission to use an electronic signature.

/s/David J. Steele

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____      _____
                                      Susan van Keulen
                                      United States Magistrate Judge

4
STIPULATION TO CONTINUE ALL CASE DEADLINES [CIVIL L.R. 6-2]
Case No. 5:19-cv-07071-SVK