TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC, INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and DOES 1-20,<br><br>Defendants. | Case No. 5:19-cv-07071-SVK<br><br>**DECLARATION OF DAVID J. STEELE IN SUPPORT OF STIPULATION TO CONTINUE ALL CASE DEADLINES [CIVIL L.R. 6-2]**<br><br>Hon. Susan van Keulen |

DECLARATION OF DAVID J. STEELE
CASE NO. 5:19-CV-07071-SVK

I, David J. Steele, declare as follows:

1. I am a partner at Tucker Ellis LLP, attorneys of record for Plaintiffs in this action. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2. Following the Case Management Conference in this action, I caused to be served Plaintiffs' first sets of requests for production of documents and things on each Defendant, and I provided a set of ESI search terms to enable Defendants to more efficiently search for documents.

3. The parties have worked cooperatively with respect to Defendants responding to this discovery and producing documents. Defendants have made several rolling productions in response to Plaintiffs' discovery.

4. Defendants requested several extensions of time to respond to the written discovery and to complete their document productions. These requests were based on Defense counsel's representations concerning issues in collecting and producing the information due to the COVID-19 pandemic and due to communications issues with Defendants' counsel having to coordinate with Defendants' principals in China.

5. After Defendants completed their initial rolling document production, the parties extensively met and conferred concerning a number of open issues with Defendants' production. Defendants have since served supplemental responses and have taken the position that they have completed their production. Plaintiffs, however, assert that a number of disputes remain concerning Defendants' production—including with respect to confidentiality designations, the lack of a privilege log, and the overall completeness of the production—and the parties are meeting and conferring in an effort to work through their positions.

6. Plaintiffs have also served follow-up written discovery on Defendants in the form of requests for admission. Defendants have served their first sets of interrogatories and requests for production on Plaintiffs. Defendants have provided a thirty days' extension to Plaintiffs for them to respond, and Plaintiffs' responses are now due October 20, 2020

7. Plaintiffs anticipate the need to conduct additional follow-up written discovery and to take Defendants' depositions once Defendants have completed their document production and have responded

DECLARATION OF DAVID J. STEELE
CASE NO. 5:19-CV-07071-SVK

to all current outstanding discovery. Defendants' counsel states they expect that they will continue to experience delays with respect to that discovery due to COVID-19 and communication issues caused by Defendants being located abroad. Therefore, the parties seek an extension of all deadlines by approximately three months.

8. Not including the previous stipulation to extend and align the deadlines for Defendants to respond to the Complaint pursuant to Civil Local Rule 6-1 (ECF. No. 19), this is the third request for an extension of a deadline in this action. The first request was to continue the deadline to amend the pleadings from May 27, 2020 to July 1, 2020, which the Court granted (ECF No. 39), and the second request was to continue all deadlines by approximately three months, which the Court also granted (ECF No. 43).

9. The proposed schedule modification will extend the overall schedule in this case by approximately three months.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on October 13, 2020 in Fullerton, California.

                                                /s/David J. Steele