UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC., et al.,

    Plaintiffs,

v.

ONLINENIC INC, et al.,

    Defendants.

Case No. 19-cv-07071-SVK

**ORDER REGARDING STIPULATION TO CONTINUE ALL CASE DEADLINES**

Re: Dkt. No. 45

On July 15, 2020, the Parties filed a stipulation to continue all case deadlines by approximately three months. Dkt. 42. The Court granted the stipulation to continue all case deadlines. Dkt. 43. On October 13, 2020, the Parties filed a stipulation to continue all case deadlines by approximately another three months. Dkt. 45. The Court will grant an extension of the current case schedule to the following:

| Scheduled Event | Old Date | New Date |
| --- | --- | --- |
| Deadline to Complete Private Mediation | December 30, 2020 | March 1, 2021 |
| Close of Fact Discovery | December 4, 2020 | February 2, 2021 |
| Opening of Expert Disclosures | December 21, 2020 | February 19, 2021 |
| Rebuttal Expert Disclosures | January 11, 2021 | March 12, 2021 |
| Close of Expert Discovery | February 5, 2021 | April 6, 2021 |
| Dispositive Motion Filing Deadline | February 19, 2021 | April 20, 2021 |
| Last Day to Hear Dispositive Motions | April 13, 2021 | June 15, 2021 |

| Final Pretrial Conference | June 3, 2021 | August 5, 2021 |
|---|---|---|
| | Filing Dates: May 20, 2021 | Filing Dates: July 22, 2021 |
| | May 27, 2021 | July 29, 2021 |
| Trial | June 14, 2021 | August 16, 2021 |

The Court is not inclined to grant any further extensions. All litigants must, and most are, managing case schedules notwithstanding public health restrictions. Any further requests for extensions would have to be supported by a declaration providing evidence of good cause, other than a general reference to the pandemic.

**SO ORDERED.**

Dated: October 19, 2020

_____

SUSAN VAN KEULEN
United States Magistrate Judge