EXHIBIT A

TUCKER ELLIS LLP
David J. Steele - SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen – SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:     213-430-3400
Facsimile:      213-430-3409

Attorneys for Plaintiffs
FACEBOOK, INC. and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC., DOMAIN ID SHIELD SERVICE CO., LIMITED, and DOES 1-20,<br><br>Defendants. | Case No. 5:19-CV-07071-SVK<br><br>**PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT ONLINENIC, INC.**<br><br>Hon. Susan van Keulen |

TUCKER ELLIS LLP

Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

Plaintiffs Facebook, Inc. and Instagram, LLC (collectively "Plaintiffs") request that Defendant OnlineNIC Inc. provide a written response and produce for inspection and copying each DOCUMENT and tangible thing in its possession, custody, or control requested below, in accordance with Rule 34 of the Federal Rules of Civil Procedure. Plaintiffs request that the DOCUMENTS and things be made available for inspection and copying at the offices of Tucker Ellis, LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles, California 90071, or at another location mutually agreeable to the parties, within thirty days after the service of these requests.

## **DEFINITIONS**

Unless specifically indicated, or otherwise required by the context in which the terms and names are used the following definitions shall apply:

A.    "DOCUMENT(S)" shall have the broadest possible meaning permissible by Rules 26 and 34(a)(1) of the Federal Rules of Civil Procedure, and shall include both documents or electronically stored information, including but not limited to writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations—stored in any medium from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form.

B.    "ONLINENIC" shall mean Defendant OnlineNIC Inc., and includes any and all past and present domestic or foreign parent, subsidiary, division, department, sister or affiliate, partner or partnership, predecessor- or successor-in-interest, corporate subunit or other business entity (including joint ventures with other natural persons, corporations, partnerships, or other business entities), and shall further include present and former officials, executives, officers, directors, employees, managing agents, agents and/or all other persons or entities purporting to act on behalf of or in concert with, or who are subject to the direction or control of any of the foregoing, to the extent that they are or have been involved in any manner with the subject matter of the requests herein.

C.    "DOMAIN ID SHIELD" shall mean Defendant Domain ID Shield Service Co., Limited and includes any and all past and present domestic or foreign parent, subsidiary, division, department, sister or affiliate, partner or partnership, predecessor- or successor-in-interest, corporate subunit or other business entity (including joint ventures with other natural persons, corporations, partnerships, or other

Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

TUCKER ELLIS LLP

business entities), and shall further include present and former officials, executives, officers, directors, employees, managing agents, agents and/or all other persons or entities purporting to act on behalf of or in concert with, or who are subject to the direction or control of any of the foregoing, to the extent that they are or have been involved in any manner with the subject matter of the requests herein.

D.    "DEFENDANTS" shall mean ONLINENIC and DOMAIN ID SHIELD, collectively and individually.

E.    "REGISTRATION" shall mean the registration or renewal of domain name, or any other act that entitles a party to the exclusive control and use of a domain name, for any length of time.

F.    "TRAFFICKING IN" shall have the meaning provided for in the Lanham Act.

G.    "USE" or "USES" shall mean using a domain name to provide a website accessible at that domain name, or configuring the domain name to redirect visitors to any other domain name or website, using a domain name to send or receive any electronic communication, or authorizing any third party to do any of the above actions.

H.    "USED" shall mean the past tense of USE.

I.    "MONETIZATION" shall mean using the domain name to provide a website accessible at that domain name that displays links to advertisements, or that displays advertisements, or that displays pop-up and pop-under advertisements.

J.    "IDENTIFY" shall mean provide information about a person or entity, or thing or place, including but not limited to the name, address, IP address, telephone number, email address, banking information, payment information, credit card information, and any other information about the identity of the person or entity, or the thing or place.

K.    "PARTY" or "PARTIES" shall mean any individual or entity regardless of his, her, or its affiliation (or lack thereof) with DEFENDANTS.

L.    "REGISTRANT(S)" shall mean any PARTY who has the control of, or USES, a domain name for any length of time.

M.    "ICANN" shall mean the Internet Corporation of Assigned Names and Numbers.

N.    "RAA" shall mean the ICANN Registrar Accreditation Agreement.

O.    "DOMAIN NAME ABUSE" shall mean registering, trafficking, and/or using in any

-2-

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

manner whatsoever any domain name in connection with any type of illegal activity or online abuse, including, but not limited to, trademark or service mark infringement, false designation of origin, cybersquatting, fraud or misleading activity, phishing, malware, spam, and/or botnets.

## **INSTRUCTIONS**

The following instructions apply to the discovery requests below and should be considered as part of each such request:

1.    ONLINENIC shall produce requested DOCUMENTS stored information, including writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations stored in any medium from which information can be obtained.

2.    As required by Rule 34(b) of the Federal Rules of Civil Procedure, all requested DOCUMENTS shall be produced as they are kept in the usual course of business or organized and labeled to correspond to the categories in this request.

3.    For those produced DOCUMENTS that require other DOCUMENTS to render the produced DOCUMENTS either comprehensible or not misleading, produce all such other DOCUMENTS.

4.    If ONLINENIC withholds from production any of the requested DOCUMENTS or things on the grounds that it is privileged or subject to protection as trial preparation material, then, in accordance with Rule 26(b)(5) of the Federal Rules of Civil Procedure, please provide, within thirty days of service of this request, the following information as to each of the DOCUMENTS and things withheld.

    a)  the name and title or capacity of its author or originator;

    b)  the name and title of capacity of every person who received it;

    c)  the relationship between the author or originator and each person who received the withheld DOCUMENT or thing;

    d)  whether the primary purpose of the withheld DOCUMENT or thing or any underlying communication was to seek or provide legal advice or services;

    e)  the date of the withheld DOCUMENT or things;

    f)  each subject matter addressed in it;

    g)  whether the withheld DOCUMENT or thing was transmitted in confidence; and

    h)  all privileges or other objections asserted as to the withheld DOCUMENT or thing.

-3-

TUCKER ELLIS LLP
Cleveland ◆ Columbus ◆ Denver ◆ Los Angeles ◆ San Francisco

5.    Unless ONLINENIC claims that the entirety of a DOCUMENT is privileged or protected from discovery by an immunity or the work product doctrine, ONLINENIC shall produce the portions of the DOCUMENT that it does not claim are privileged or protected from discovery by an immunity or the work product doctrine and log the redactions in accordance with the provisions of paragraph 4 above.

6.    All DOCUMENTS requested are to be produced in the same file or other organizational environment in which they are maintained. For example a DOCUMENT that is part of a file, docket, or other grouping, should be physically produced together with all other DOCUMENTS from said file, docket or grouping, in the same order or manner of arrangement as the original. Alternatively, as to each DOCUMENT and thing produced in response hereto, identify the request for production in response to which the DOCUMENT or thing is being produced.

7.    Electronic DOCUMENTS produced pursuant to these Requests are to be produced in their native electronic format.

8.    These requests seek all responsive DOCUMENTS in their original language and, if such original language is not English, these requests also seek all English-language translations that may exist for such DOCUMENTS.

9.    If ONLINENIC objects to any subpart or portion of a request for production or objects to providing certain information requested, ONLINENIC shall state the objection and supply the unobjectionable information requested.

10.    If any of the following requests for information cannot be responded to in full and after exercising reasonable diligence to secure the information, ONLINENIC shall so state, supply the information for those portions it is able to, and supply whatever information it has concerning the portion of the request that cannot be answered in full. If ONLINENIC's response is qualified in any particular respect, set forth the details of such qualification.

11.    No request for a particular item or category should be construed as a limitation on any other part of this request.

## REQUESTS FOR PRODUCTION

### REQUEST FOR PRODUCTION NO. 1:

For each domain name listed on Exhibit 1, all DOCUMENTS that IDENTIFY the ONLINENIC

-4-

TUCKER ELLIS LLP
Cleveland ◆ Columbus ◆ Denver ◆ Los Angeles ◆ San Francisco

account or accounts used to register the domain name.

**REQUEST FOR PRODUCTION NO. 2:**

For each account identified in Request for Production No. 1, all DOCUMENTS relating to the account.

**REQUEST FOR PRODUCTION NO. 3:**

For each account identified in Request for Production No. 2, all DOCUMENTS that IDENTIFY every domain name registered in or associated with the account.

**REQUEST FOR PRODUCTION NO. 4:**

For each domain name listed on Exhibit 1, all DOCUMENTS related to the REGISTRATION of the domain name.

**REQUEST FOR PRODUCTION NO. 5:**

For each domain name listed on Exhibit 1, all DOCUMENTS that IDENTIFY the REGISTRANT of the domain name.

**REQUEST FOR PRODUCTION NO. 6:**

For each domain name listed on Exhibit 1, all DOCUMENTS related to the TRAFFICKING IN of the domain name.

**REQUEST FOR PRODUCTION NO. 7:**

For each domain name listed on Exhibit 1, all DOCUMENTS that IDENTIFY any person or entity TRAFFICKING IN the domain name.

**REQUEST FOR PRODUCTION NO. 8:**

For each domain name listed on Exhibit 1, all DOCUMENTS related to the USE of the domain name.

**REQUEST FOR PRODUCTION NO. 9:**

For each domain name listed on Exhibit 1, all DOCUMENTS that IDENTIFY any person or entity that USES or USED the domain name.

**REQUEST FOR PRODUCTION NO. 10:**

For each domain name listed on Exhibit 1, all DOCUMENTS related to the MONETIZATION of the domain name.

PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION
Case No. 5:19-cv-07071-SVK

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

**REQUEST FOR PRODUCTION NO. 11:**

For each domain name listed on Exhibit 1, all DOCUMENTS that IDENTIFY any person or entity involved in the MONETIZATION of the domain name.

**REQUEST FOR PRODUCTION NO. 12:**

For each domain name listed on Exhibit 1, all DOCUMENTS related to DOMAIN ID SHIELD's privacy service for the domain name.

**REQUEST FOR PRODUCTION NO. 13:**

For each domain name listed on Exhibit 1, all DOCUMENTS that IDENTIFY any person or entity involved in the provision of DOMAIN ID SHIELD's privacy service for the domain name.

**REQUEST FOR PRODUCTION NO. 14:**

All contracts, agreements, and/or any other written understanding between ONLINENIC and DOMAIN ID SHIELD.

**REQUEST FOR PRODUCTION NO. 15:**

All contracts, agreements, and/or any other written understanding between DOMAIN ID SHIELD and any United States entity.

**REQUEST FOR PRODUCTION NO. 16:**

All DOCUMENTS relating to the relationship between DOMAIN ID SHIELD and any California entity.

**REQUEST FOR PRODUCTION NO. 17:**

All DOCUMENTS relating to any travel by a DOMAIN ID SHIELD officer, employee or agent to the United States.

**REQUEST FOR PRODUCTION NO. 18:**

All DOCUMENTS relating to any prior actions or complaints concerning any intellectual property claims filed against or by DOMAIN ID SHIELD in a United States Federal or State Court or before any administrative tribunal.

**REQUEST FOR PRODUCTION NO. 19:**

All DOCUMENTS relating to any prior actions or complaints concerning any DOMAIN NAME ABUSE claims filed against or by DOMAIN ID SHIELD in a United States Federal or State Court or

-6-

before any administrative tribunal.

**REQUEST FOR PRODUCTION NO. 20:**

All DOCUMENTS relating to any prior actions or complaints concerning any intellectual property claims filed against or by ONLINENIC in a United States Federal or State Court or before any administrative tribunal.

**REQUEST FOR PRODUCTION NO. 21:**

All DOCUMENTS relating to any prior actions or complaints concerning any DOMAIN NAME ABUSE claims filed against or by ONLINENIC in a United States Federal or State Court or before any administrative tribunal.

**REQUEST FOR PRODUCTION NO. 22:**

All DOCUMENTS related to any communications between DOMAIN ID SHIELD and any person or entity in the United States concerning domain name registration. This includes, but is not limited to, emails, phone records, letters, any form of electronic communication, and any materials sent through those means.

**REQUEST FOR PRODUCTION NO. 23:**

All DOCUMENTS relating to the corporate relationship between DOMAIN ID SHIELD and ONLINENIC.

**REQUEST FOR PRODUCTION NO. 24:**

All DOCUMENTS relating to the corporate formation and maintenance of DOMAIN ID SHIELD.

**REQUEST FOR PRODUCTION NO. 25:**

All DOCUMENTS relating to the corporate formation and maintenance of ONLINENIC.

**REQUEST FOR PRODUCTION NO. 26:**

All DOCUMENTS that IDENTIFY officers and/or directors of ONLINENIC.

**REQUEST FOR PRODUCTION NO. 27:**

All DOCUMENTS that IDENTIFY officers and/or directors of DOMAIN ID SHIELD.

**REQUEST FOR PRODUCTION NO. 28:**

All DOCUMENTS s that IDENITFY all locations for the transaction of DOMAIN ID SHIELD's business.

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

**REQUEST FOR PRODUCTION NO. 29:**

A representative sampling of DOCUMENTS sufficient to IDENTIFY all locations where ONLINENIC conducts or has conducted business.

**REQUEST FOR PRODUCTION NO. 30:**

A representative sampling of DOCUMENTS sufficient to IDENTIFY ONLINENIC's principal place of business.

**REQUEST FOR PRODUCTION NO. 31:**

A representative sampling of DOCUMENTS sufficient to IDENTIFY DOMAIN ID SHIELD's principal place of business.

**REQUEST FOR PRODUCTION NO. 32:**

All DOCUMENTS that show federal, state, and local taxes paid by DOMAIN ID SHIELD in the last 5 years.

**REQUEST FOR PRODUCTION NO. 33:**

All DOCUMENTS that show federal, state, and local taxes paid by ONLINENIC in the last 5 years.

**REQUEST FOR PRODUCTION NO. 34:**

All contracts entered into by ONLINENIC that specify California as the governing jurisdiction.

**REQUEST FOR PRODUCTION NO. 35:**

All contracts entered into by DOMAIN ID SHIELD that specify California as the governing jurisdiction.

**REQUEST FOR PRODUCTION NO. 36:**

All contracts entered into by ONLINENIC with a California domiciled citizen.

**REQUEST FOR PRODUCTION NO. 37:**

All contracts entered into by DOMAIN ID SHIELD with a California domiciled citizen.

**REQUEST FOR PRODUCTION NO. 38:**

A representative sampling of DOCUMENTS sufficient to IDENTIFY the location of any post office box used by DOMAIN ID SHIELD.

**REQUEST FOR PRODUCTION NO. 39:**

All agreements or contracts between ICANN and ONLINENIC.

**REQUEST FOR PRODUCTION NO. 40:**

All agreements or contracts between ICANN and DOMAIN ID SHIELD.

**REQUEST FOR PRODUCTION NO. 41:**

All DOCUMENTS related to agreements or contracts between ICANN and ONLINENIC.

**REQUEST FOR PRODUCTION NO. 42:**

All DOCUMENTS related to agreements or contracts between ICANN and DOMAIN ID SHIELD.

**REQUEST FOR PRODUCTION NO. 43:**

All annual or monthly reports prepared by ONLINEINC or DOMAIN ID SHIELD that contain information related to the activities of either entity.

**REQUEST FOR PRODUCTION NO. 44:**

All DOCUMENTS relating to any marketing of services by DOMAIN ID SHIELD including any advertising or marketing materials on the Internet.

**REQUEST FOR PRODUCTION NO. 45:**

All DOCUMENTS relating to any website operated or USED by DOMAIN ID SHIELD, including, but not limited to, all current and prior versions of any webpages ever accessible on or from that website and any agreements of any kind ever entered into with respect to the website or the domain name through which that website is or was accessible.

**REQUEST FOR PRODUCTION NO. 46:**

All DOCUMENTS identifying each domain name for which ONLINENIC was the REGISTRANT.

**REQUEST FOR PRODUCTION NO. 47:**

All DOCUMENTS identifying each domain name for which DOMAIN ID SHIELD was the REGISTRANT.

**REQUEST FOR PRODUCTION NO. 48:**

All DOCUMENTS that IDENTIFY the ONLINENIC account or accounts used to register the

-9-

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

domainidshield.com domain name.

**REQUEST FOR PRODUCTION NO. 49:**

All DOCUMENTS relating to payments for the registration and maintenance of the domainidshield.com domain name.

**REQUEST FOR PRODUCTION NO. 50:**

All DOCUMENTS relating to the hosting of the website available at the domainidshield.com domain name.

**REQUEST FOR PRODUCTION NO. 51:**

All DOCUMENTS relating to payments for hosting the website available at the domainidshield.com domain name.

**REQUEST FOR PRODUCTION NO. 52:**

All DOCUMENTS that IDENTIFY every domain name registered in or associated with the ONLINENIC account or accounts used to register the domainidshield.com domain name.

**REQUEST FOR PRODUCTION NO. 53:**

All DOCUMENTS relating to any website operated or used by ONLINENIC.

**REQUEST FOR PRODUCTION NO. 54:**

All DOCUMENTS that IDENTIFY the ONLINENIC account or accounts used to register the onlinenic.com domain name.

**REQUEST FOR PRODUCTION NO. 55:**

All DOCUMENTS relating to payments for the registration and maintenance of the onlinenic.com domain name.

**REQUEST FOR PRODUCTION NO. 56:**

All DOCUMENTS relating to the hosting of the website available at the onlinenic.com domain name.

**REQUEST FOR PRODUCTION NO. 57:**

All DOCUMENTS relating to payments for hosting the website available at the onlinenic.com domain name.

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

1   **REQUEST FOR PRODUCTION NO. 58:**

2       All DOCUMENTS that IDENTIFY every domain name registered in or associated with the

3   ONLINENIC account or accounts used to register the onlinenic.com domain name.

4   **REQUEST FOR PRODUCTION NO. 59:**

5       All DOCUMENTS that IDENTIFY individuals involved with, or having knowledge of,

6   ONLINENIC'S relationship with DOMAIN ID SHIELD.

7   **REQUEST FOR PRODUCTION NO. 60:**

8       All DOCUMENTS that IDENTIFY individuals involved in or having knowledge of

9   ONLINENIC'S business transactions with DOMAIN ID SHIELD.

10  **REQUEST FOR PRODUCTION NO. 61:**

11      All DOCUMENTS that identify all or part of the corporate structure of ONLINENIC, including,

12  but not limited to, DOCUMENTS that IDENTIFY any principals, officers, directors, shareholders,

13  partners, joint venturers, employees, executives, managing agents, parents, divisions, departments,

14  corporate subunits, subsidiaries, or affiliates of ONLINENIC.

15  **REQUEST FOR PRODUCTION NO. 62:**

16      All DOCUMENTS that identify all or part of the corporate structure of DOMAIN ID SHIELD,

17  including, but not limited to, DOCUMENTS that IDENTIFY any past or present principals, officers,

18  directors, shareholders, partners, joint venturers, employees, executives, managing agents, parents,

19  divisions, departments, corporate subunits, subsidiaries, or affiliates of DOMAIN ID SHIELD.

20  **REQUEST FOR PRODUCTION NO. 63:**

21      All DOCUMENTS that identify the managers and executives of ONLINENIC.

22  **REQUEST FOR PRODUCTION NO. 64:**

23      All DOCUMENTS that identify the managers and executives of DOMAIN ID SHIELD.

24  **REQUEST FOR PRODUCTION NO. 65:**

25      All DOCUMENTS that describe the business and/or purpose of ONLINENIC.

26  **REQUEST FOR PRODUCTION NO. 66:**

27      All DOCUMENTS that describe the business and/or purpose of DOMAIN ID SHIELD.

28

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

**REQUEST FOR PRODUCTION NO. 67:**

All DOCUMENTS that IDENTIFY the employees of ONLINENIC.

**REQUEST FOR PRODUCTION NO. 68:**

All DOCUMENTS that IDENTIFY the employees of DOMAIN ID SHIELD.

**REQUEST FOR PRODUCTION NO. 69:**

All DOCUMENTS that IDENTIFY the responsibilities of the employees, managers and executives of DOMAIN ID SHIELD.

**REQUEST FOR PRODUCTION NO. 70:**

All DOCUMENTS that IDENTIFY the responsibilities of the employees, managers, and executives of ONLINENIC.

**REQUEST FOR PRODUCTION NO. 71:**

All DOCUMENTS that IDENTIFY the source of funds used to pay employees of DOMAIN ID SHIELD.

**REQUEST FOR PRODUCTION NO. 72:**

All DOCUMENTS that IDENTIFY the source of funds used to pay employees of ONLINENIC.

**REQUEST FOR PRODUCTION NO. 73:**

All DOCUMENTS that IDENTIFY the source of funds used to form ONLINENIC.

**REQUEST FOR PRODUCTION NO. 74:**

All DOCUMENTS that IDENTIFY the amount of capitalization of ONLINENIC.

**REQUEST FOR PRODUCTION NO. 75:**

All DOCUMENTS that IDENTIFY the amount of capitalization of DOMAIN ID SHIELD.

**REQUEST FOR PRODUCTION NO. 76:**

All DOCUMENTS that IDENTIFY the source of funds used to form DOMAIN ID SHIELD.

**REQUEST FOR PRODUCTION NO. 77:**

All DOCUMENTS relating to ONLINENIC's annual shareholder meetings including lists of invitees and attendees, minutes of the meetings, and notes taken.

**REQUEST FOR PRODUCTION NO. 78:**

All DOCUMENTS relating to meetings of ONLINENIC's board of directors, including lists of

-12-

TUCKER ELLIS LLP
Cleveland ◆ Columbus ◆ Denver ◆ Los Angeles ◆ San Francisco

invitees and attendees, minutes of the meetings, and notes taken.

**REQUEST FOR PRODUCTION NO. 79:**

All DOCUMENTS relating to meetings of ONLINENIC's executives, including lists of invitees and attendees, minutes of the meetings, and notes taken.

**REQUEST FOR PRODUCTION NO. 80:**

All DOCUMENTS relating to DOMAIN ID SHIELD's annual shareholder meetings including lists of invitees and attendees, minutes of the meetings, and notes taken.

**REQUEST FOR PRODUCTION NO. 81:**

All DOCUMENTS relating to meetings of DOMAIN ID SHIELD's board of directors, including lists of invitees and attendees, minutes of the meetings, and notes taken.

**REQUEST FOR PRODUCTION NO. 82:**

All DOCUMENTS relating to meetings of DOMAIN ID SHIELD's executives, including lists of invitees and attendees, minutes of the meetings, and notes taken.

**REQUEST FOR PRODUCTION NO. 83:**

All DOCUMENTS relating to ONLINENIC's Articles of Incorporation.

**REQUEST FOR PRODUCTION NO. 84:**

All DOCUMENTS relating to ONLINENIC's Bylaws.

**REQUEST FOR PRODUCTION NO. 85:**

All DOCUMENTS relating to DOMAIN ID SHIELD's Articles of Incorporation.

**REQUEST FOR PRODUCTION NO. 86:**

All DOCUMENTS relating to DOMAIN ID SHIELD's Bylaws.

**REQUEST FOR PRODUCTION NO. 87:**

All DOCUMENTS that IDENTIFY all bank accounts owned or maintained by ONLINENIC and the individuals with access to such bank accounts.

**REQUEST FOR PRODUCTION NO. 88:**

All DOCUMENTS that IDENTIFY all bank accounts owned or maintained by DOMAIN ID SHIELD and the individuals with access to such bank accounts.

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

**REQUEST FOR PRODUCTION NO. 89:**

All DOCUMENTS that IDENTIFY the PARTY or PARTIES responsible for ONLINENIC's financial liabilities, including any insurance carrier.

**REQUEST FOR PRODUCTION NO. 90:**

All DOCUMENTS that IDENTIFY the PARTY or PARTIES responsible for DOMAIN ID SHIELD's financial liabilities, including any insurance carrier.

**REQUEST FOR PRODUCTION NO. 91:**

All DOCUMENTS that IDENTIFY real property owned or leased by ONLINENIC in California at any time.

**REQUEST FOR PRODUCTION NO. 92:**

All DOCUMENTS that IDENTIFY real property owned or leased by DOMAIN ID SHIELD in California at any time.

**REQUEST FOR PRODUCTION NO. 93:**

All DOCUMENTS reflecting or referring to utility bills directed to, or payments made by or on behalf of ONLINENIC.

**REQUEST FOR PRODUCTION NO. 94:**

All DOCUMENTS reflecting or referring to utility bills directed to, or payments made by or on behalf of DOMAIN ID SHIELD.

**REQUEST FOR PRODUCTION NO. 95:**

All DOCUMENTS reflecting funds transferred between ONLINENIC and DOMAIN ID SHIELD at any time.

**REQUEST FOR PRODUCTION NO. 96:**

All DOCUMENTS reflecting payments made by ONLINENIC for the benefit of DOMAIN ID SHIELD at any time.

**REQUEST FOR PRODUCTION NO. 97:**

All DOCUMENTS reflecting payments made by DOMAIN ID SHIELD for the benefit of ONLINENIC at any time.

-14-

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

**REQUEST FOR PRODUCTION NO. 98:**

All DOCUMENTS that IDENTIFY the PARTIES responsible for online security at DOMAIN ID SHIELD.

**REQUEST FOR PRODUCTION NO. 99:**

All DOCUMENTS that IDENTIFY the PARTIES responsible for online security at ONLINENIC.

**REQUEST FOR PRODUCTION NO. 100:**

All DOCUMENTS that IDENTIFY the person(s) at ONLINENIC responsible for responding to requests for contact information for any domain name REGISTRANT.

**REQUEST FOR PRODUCTION NO. 101:**

All DOCUMENTS that IDENTIFY the processes and procedures followed at ONLINENIC upon receipt of requests for contact information for any domain name REGISTRANT.

**REQUEST FOR PRODUCTION NO. 102:**

All DOCUMENTS that IDENTIFY the person(s) at DOMAIN ID SHIELD responsible for responding to requests for contact information for any domain name REGISTRANT.

**REQUEST FOR PRODUCTION NO. 103:**

All DOCUMENTS that IDENTIFY the processes and procedures followed at DOMAIN ID SHIELD upon receipt of requests for contact information for any domain name REGISTRANT.

**REQUEST FOR PRODUCTION NO. 104:**

All DOCUMENTS that IDENTIFY any requests for contact information for any domain name REGISTRANT received by ONLINENIC in the past 5 years.

**REQUEST FOR PRODUCTION NO. 105:**

All DOCUMENTS that IDENTIFY any requests for contact information for any domain name REGISTRANT received by DOMAIN ID SHIELD in the past 5 years.

**REQUEST FOR PRODUCTION NO. 106:**

All DOCUMENTS that reflect or demonstrate ONLINENIC's receiving a request for contact information for any domain name REGISTRANT in the past 5 years.

**REQUEST FOR PRODUCTION NO. 107:**

All DOCUMENTS that reflect or demonstrate ONLINENIC's responding to a request for contact

-15-

information for any domain name REGISTRANT received by ONLINENIC in the past 5 years.

**REQUEST FOR PRODUCTION NO. 108:**

All DOCUMENTS that reflect or demonstrate DOMAIN ID SHIELD's receiving a request for contact information for any domain name REGISTRANT in the past 5 years.

**REQUEST FOR PRODUCTION NO. 109:**

All DOCUMENTS that reflect or demonstrate DOMAIN ID SHIELD's responding to a request for contact information for any domain name REGISTRANT received by DOMAIN ID SHIELD in the past 5 years.

**REQUEST FOR PRODUCTION NO. 110:**

All communications between DOMAIN ID SHIELD and persons or entities whose contact information was requested by a third party in the past 5 years.

**REQUEST FOR PRODUCTION NO. 111:**

All communications between ONLINENIC and persons or entities whose contact information was requested by a third-party in the past 5 years.

**REQUEST FOR PRODUCTION NO. 112:**

All communications between ONLINENIC and DOMAIN ID SHIELD concerning domain name REGISTRANTS whose contact information was requested by a third party in the past 5 years.

**REQUEST FOR PRODUCTION NO. 113:**

All registration agreements signed or agreed upon in the last 5 years between DOMAIN ID SHIELD and a California resident.

**REQUEST FOR PRODUCTION NO. 114:**

All registration agreements between ONLINENIC and a third party signed or agreed upon in the last 5 years that mention DOMAIN ID SHIELD.

**REQUEST FOR PRODUCTION NO. 115:**

All DOCUMENTS referencing or relating to measures, steps, policies, or procedures taken, enacted, followed, or engaged in by ONLINENIC to protect the identity of REGISTRANTS.

**REQUEST FOR PRODUCTION NO. 116:**

All DOCUMENTS referencing or relating to privacy measures taken by DOMAIN ID SHIELD to

-16-

TUCKER ELLIS LLP
Cleveland ◆ Columbus ◆ Denver ◆ Los Angeles ◆ San Francisco

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

1    protect the identity of REGISTRANTS.

2    **REQUEST FOR PRODUCTION NO. 117:**

3    All DOCUMENTS relating to privacy policies enacted by DOMAIN ID SHIELD to protect the

4    identity of REGISTRANTS.

5    **REQUEST FOR PRODUCTION NO. 118:**

6    All DOCUMENTS used for training staff of ONLINENIC in relation to privacy policies at

7    ONLINENIC.

8    **REQUEST FOR PRODUCTION NO. 119:**

9    All DOCUMENTS used for training staff of ONLINENIC in relation to privacy policies at

10    DOMAIN ID SHIELD.

11    **REQUEST FOR PRODUCTION NO. 120:**

12    All DOCUMENTS related to trademarks or service marks applied for or registered by

13    ONLINENIC.

14    **REQUEST FOR PRODUCTION NO. 121:**

15    All DOCUMENTS related to trademarks or service marks applied for or registered by DOMAIN

16    ID SHIELD.

17    **REQUEST FOR PRODUCTION NO. 122:**

18    All DOCUMENTS related to trademarks or service marks applied for or registered by

19    ONLINENIC's principals, employees, managers, or executives.

20    **REQUEST FOR PRODUCTION NO. 123:**

21    All DOCUMENTS related to domain names registered to ONLINENIC's principals, employees,

22    managers, or executives.

23    **REQUEST FOR PRODUCTION NO. 124:**

24    All DOCUMENTS related to trademarks or service marks applied for or registered by DOMAIN

25    ID SHIELD's principals, employees, managers, or executives.

26    **REQUEST FOR PRODUCTION NO. 125:**

27    All DOCUMENTS related to any domain name for which DOMAIN ID SHIELD is or was entitled

28    to the exclusive control and use of that domain name, for any length of time.

-17-

**REQUEST FOR PRODUCTION NO. 126:**

All DOCUMENTS related to any domain name for which any DOMAIN ID SHIELD principal, employee, manager, or executive is or was the REGISTRANT.

**REQUEST FOR PRODUCTION NO. 127:**

All DOCUMENTS related to any domain name for which ONLINENIC is or was entitled to the exclusive control and use of that domain name, for any length of time.

**REQUEST FOR PRODUCTION NO. 128:**

All DOCUMENTS related to any domain name for which any ONLINENIC principal, employee, manager, or executive is or was the REGISTRANT.

**REQUEST FOR PRODUCTION NO. 129:**

All DOCUMENTS that IDENTIFY the business entities under which the principals, employees, managers, and/or executives of DOMAIN ID SHIELD operated in the last 5 years.

**REQUEST FOR PRODUCTION NO. 130:**

All DOCUMENTS that IDENTIFY the business entities under which the principals, employees, managers, and/or executives of ONLINENIC operated in the last 5 years.

**REQUEST FOR PRODUCTION NO. 131:**

All DOCUMENTS that IDENTIFY claims of trademark infringement asserted against ONLINENIC.

**REQUEST FOR PRODUCTION NO. 132:**

All DOCUMENTS that IDENTIFY claims against ONLINENIC that a registered domain name is or was identical or confusingly similar to a trademark or service mark and either that it was registered and/or used in bad faith or that ONLINENIC had a bad faith intent to profit from the trademark or service mark at issue.

**REQUEST FOR PRODUCTION NO. 133:**

For all claims identified in the immediately preceding request, all DOCUMENTS related to such claims, including, but not limited to, settlement documents, judgments, and documents concerning any satisfaction of a judgment.

-18-

PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION
Case No. 5:19-cv-07071-SVK

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

**REQUEST FOR PRODUCTION NO. 134:**

All DOCUMENTS that IDENTIFY claims of trademark infringement asserted against DOMAIN ID SHIELD.

**REQUEST FOR PRODUCTION NO. 135:**

All DOCUMENTS that IDENTIFY claims against DOMAIN ID SHIELD that a registered domain name is or was identical or confusingly similar to a trademark or service mark and either that it was registered and/or used in bad faith or that DOMAIN ID SHIELD had a bad faith intent to profit from the trademark or service mark at issue.

**REQUEST FOR PRODUCTION NO. 136:**

For all claims identified in the immediately preceding request, all DOCUMENTS related to such claims, including, but not limited to, settlement documents, judgments, and documents concerning any satisfaction of a judgment.

**REQUEST FOR PRODUCTION NO. 137:**

All DOCUMENTS that IDENTIFY claims of trademark infringement asserted against any entity associated with ONLINENIC'S principals, employees, managers and/or executives.

**REQUEST FOR PRODUCTION NO. 138:**

All DOCUMENTS that IDENTIFY claims asserted against any business entity associated with ONLINENIC's principals, employees, managers and/or executives that a registered domain name is or was identical or confusingly similar to a trademark or service mark and either that it was registered and/or used in bad faith or that the entity against whom the claim was asserted had a bad faith intent to profit from the trademark or service mark at issue.

**REQUEST FOR PRODUCTION NO. 139:**

All DOCUMENTS that IDENTIFY claims of trademark infringement asserted against any business entity associated with DOMAIN ID SHIELD's principals, employees, managers and/or executives.

**REQUEST FOR PRODUCTION NO. 140:**

All DOCUMENTS that IDENTIFY claims asserted against any business entity associated with DOMAIN ID SHIELD'S principals, employees, managers and/or executives that a registered domain

-19-

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

name is or was identical or confusingly similar to a trademark or service mark and either that it was registered and/or used in bad faith or that the entity against whom the claim was asserted had a bad faith intent to profit from the trademark or service mark at issue.

**REQUEST FOR PRODUCTION NO. 141:**

All DOCUMENTS pertaining to enforcement of contracted terms against ONLINENIC by ICANN for failure to comply with any user agreement.

**REQUEST FOR PRODUCTION NO. 142:**

All DOCUMENTS pertaining to enforcement of contracted terms against DOMAIN ID SHIELD by ICANN for failure to comply with any user agreement.

**REQUEST FOR PRODUCTION NO. 143:**

All DOCUMENTS pertaining to enforcement of contracted terms against any business entity associated with ONLINENIC's principals, employees, managers and/or executives by ICANN for failure to comply with any user agreement.

**REQUEST FOR PRODUCTION NO. 144:**

All DOCUMENTS pertaining to enforcement of contracted terms against any business entity associated with DOMAIN ID SHIELD's principals, employees, managers and/or executives by ICANN for failure to comply with any user agreement.

**REQUEST FOR PRODUCTION NO. 145:**

All DOCUMENTS pertaining to compliance matters directed to ONLINENIC by ICANN.

**REQUEST FOR PRODUCTION NO. 146:**

All DOCUMENTS pertaining to compliance matters directed to DOMAIN ID SHIELD by ICANN.

**REQUEST FOR PRODUCTION NO. 147:**

All DOCUMENTS pertaining to lawsuits or legal actions filed by third parties against ONLINENIC in any jurisdiction for the past 10 years.

**REQUEST FOR PRODUCTION NO. 148:**

All DOCUMENTS pertaining to lawsuits or legal actions filed by third parties against DOMAIN ID SHIELD in any jurisdiction for the past 10 years.

1  **REQUEST FOR PRODUCTION NO. 149:**

2      All DOCUMENTS that IDENTIFY claims of DOMAIN NAME ABUSE submitted to

3  ONLINENIC in last 5 years.

4  **REQUEST FOR PRODUCTION NO. 150:**

5      All DOCUMENTS that IDENTIFY claims of DOMAIN NAME ABUSE submitted to DOMAIN

6  ID SHIELD.

7  **REQUEST FOR PRODUCTION NO. 151:**

8      All DOCUMENTS that IDENTIFY internal or external policies, procedures, or best practices to

9  deter cybersquatting by ONLINENIC since 2010.

10  **REQUEST FOR PRODUCTION NO. 152:**

11      All DOCUMENTS that IDENTIFY internal or external policies, procedures, or best practices to

12  deter cybersquatting by DOMAIN ID SHIELD since 2010.

13

14

15

16  Dated: March 20, 2020                     Tucker Ellis LLP

17                                             By: /s/David J. Steele

18                                             David J. Steele
                                               Howard Kroll

19                                             Steven E. Lauridsen
                                               Attorneys for Facebook, Inc. and Instagram, LLC

20

21

22

23

24

25

26

27

28

-21-

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

## CERTIFICATE OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Tucker Ellis LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles, California 90071-2223.

    On **March 20, 2020,** I served the following: **PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT ONLINENIC, INC.** on the interested parties in this action as follows:

LEXANALYTICA, PC
Perry J. Narancic
pjn@lexanalytica.com
2225 E. Bayshore Road
Suite 200
Palo Alto, CA 94303
Telephone:     650.655.2800

Attorneys for Defendants,
ONLINENIC, INC. and DOMAIN ID SHIELD
SERVICES CO., LIMITED

(X)   **BY EMAIL:** the above-entitled document to be served electronically by email by written agreement of the parties.

(  )   **BY MAIL:**  By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the below indicated day following the ordinary business practices at Tucker Ellis LLP.  I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

(X)   **FEDERAL:**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **March 20, 2020**, at Los Angeles, California.

    /s/Steven E. Lauridsen
    Steven E. Lauridsen

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION
Case No. 5:19-cv-07071-SVK