# EXHIBIT B

# M Gmail

**Perry Narancic <pjn@lexanalytica.com>**

---

## RE: Additional Info
1 message

---

**Steele, David J.** <David.Steele@tuckerellis.com>                    Thu, Jun 4, 2020 at 9:05 PM
To: "Perry J. Narancic" <pjn@lexanalytica.com>
Cc: "Kroll, Howard A." <Howard.Kroll@tuckerellis.com>, "Lauridsen, Steven E." <Steven.Lauridsen@tuckerellis.com>

Perry,

First – thank you for the plain text email. We did not receive tables 24 and 25; we'll check if they're up on the server now (I don't recall seeing them in the first batch, so perhaps they were added later?)

We're working a letter detailing the issues with the production. Expect that tomorrow.

Lastly, regarding the list of search terms, we created the below (it's common terms we'd expect to see in a letter to a registrar / privacy company, combined with identifying information from the 8 accounts OnlineNIC previously identified.

Thank you,

David



Abuse

ACPA

Actionable

admin@sprinthost.ru

Aleksandr Ivanov

Anti-cybersquatting consumer protection act

Anticybersquatting consumer protection act

Avguro Technologies

businessmedia@gmail.com

COOP NIX Co.,Ltd

Counterfeit

Cybersquatting

dilution

Disclose

domain@inet.vn

Eugene Magdesiev

Fraud

iczcorporaz@gmail.com

Identifies

Identify

Identity

iNET Corporation

info@jino.ru

Infringement

Infringing

Jenry Haris

Jenry Haris

jenryhas@gmail.com

Krisztian Lukacs

Lanham Act

Lockspin UK

onlinenic@lockspin.com

Phishing

Proxy

Redact

Redacted

Reveal

Service mark

SPRINTHOST.RU LLC

Takashi Yamaguchi

Tanannop Juntima

Thu Nguyen Anh

Trademark

Tran Kien

UDRP

Uniform Domain Name Dispute Resolution Policy

yamaguchi.takashi8@gmail.com


**From:** Perry J. Narancic <pjn@lexanalytica.com>
**Sent:** Thursday, June 4, 2020 3:16 PM
**To:** Steele, David J. <David.Steele@tuckerellis.com>
**Cc:** Kroll, Howard A. <Howard.Kroll@tuckerellis.com>; Lauridsen, Steven E. <Steven.Lauridsen@tuckerellis.com>
**Subject:** Additional Info


**<<< EXTERNAL EMAIL >>>**

---

ALL


Further to our call last night, you were going to get me a letter that helps describe some of the things in our production so far that you think are deficient.   You don't need to address items for which we have not yet responded.  Please send soonest so that I can get my client working on it.


In the meantime,  attached is a further production in response to RFPD 149. (This should be a physical attachment, not a link).


I am also told that the database should have been updated with Tables 24 and 25, which should include the historical data that we discussed last night.


I am also working on the questions you had re tables 3 and 6.


Regards,

P


_


**Perry J. Narancic**
LexAnalytica, PC  |  Attorneys at Law

San Francisco | Silicon Valley
Direct:  650-655-2800
www.lexanalytica.com | Bio | LinkedIn