# EXHIBIT C

1
2
3
4

Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
2225 E. Bayshore Road, Suite 200
Palo Alto, CA 94303
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

5
6

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE
CO., LIMITED

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

11
12
13
14
15
16
17

FACEBOOK, INC. and INSTAGRAM,
LLC

                    Plaintiffs,

        v.

ONLINENIC, INC. and DOMAIN ID
SHIELD SERVICE CO., LIMITED.

                    Defendants.

Case No. 19-CV-07071-SVK

**FIRST SUPPLEMENTAL
RESPONSE OF ONLINENIC, INC.
TO REQUESTS FOR PRODUCTION
OF DOCUMENTS PROPUNDED BY
FACEBOOK, INC. AND
INSTAGRAM, LLC.**

18
19
20
21

PROPOUNDING PARTY:        Facebook, Inc. and Instagram, LLC

RESPONDING PARTY:        OnlineNIC, Inc.

SET NO.:        One (1)

22
23
24
25

        Defendant OnlineNIC, Inc. ("OnlineNIC") hereby responds to the Request for Production

of Documents propounded by Facebook, Inc. and Instagram, LLC (together, the "Plaintiffs") as

follows:

26

PRELIMINARY STATEMENT

27
28

        A.        The specific responses as set forth below are for the purposes of discovery only and

OnlineNIC does not intend to waive, but expressly reserves, any and all objections and may have

- 1-

to the relevance, competence, materiality, admissibility or use at trial of any information, documents or writings produced, identified or referred to herein. All such objections may be made at any time up to and including the time of trial.

B.     The following responses are based on information reasonably available to OnlineNIC as of the date of these responses, and upon documents that are in the possession, custody or control of OnlineNIC. OnlineNIC has conducted a diligent search and believes that the document production is substantially complete, except where expressly noted herein. However, due to its limited resources and current pandemic conditions, OnlineNIC's investigation and search for documents and things responsive to these requests are ongoing. Pursuant to Federal Rule of Civil Procedure 26, OnlineNIC specifically reserves the right to revise, supplement and/or amend these responses and, if necessary, to assert additional objections arising from further investigation.

C.     By agreement of the parties, the parties do not seek privilege logs for materials covered by the attorney-client privilege or the attorney work product doctrine where such materials arose after the original complaint was filed in this action.

D.     OnlineNIC expressly reserves its right to rely, at any time during trial, upon subsequently discovered information or information omitted from the specific responses set forth below as a result of mistake, oversight, or inadvertence.

E.     OnlineNIC objects to each and every request to the extent that it seeks information that may be prohibited from disclosure under the General Data Protection Regulation, and OnlineNIC reserves the right to "claw-back" such information if it determines that such "claw-back" is required by applicable law.

F.     References to the "Database Records" refers to OnlineNIC's database records delivered on July 23, 2020, as may be supplemented. Since it is not practicable to legend such database records (as they have been provided in native format) OnlineNIC designates the Database Records as CONFIDENTIAL under the protective order at ECF 37, which applies to all information therein except publicly available WHOIS information.  Database Records exclude: (a) account password, (b) login authenticator keys, and (c) API and allowed-IP, on the grounds that such information is not relevant and increase the risk of a security breach. To the extent that any

Database Records have been previously produced without a confidentiality designation, this response serves as notice under Section 5.3 of ECF 37 that such production was inadvertent and that the Database Records pursuant to these responses supplant and replace those database records that were previously provided.

G.    References to "Keyword Dataset" refers to the results of a search conducted by OnlineNIC using search terms provided by Plaintiffs, which search was conducted on OnlineNIC's and Domain ID Shield's emails and support tickets. The Keyword Dataset is provided at Bates numbers  ONLINENIC18278 – ONLINENIC222221.

H.    OnlineNIC has attempted to categorize documents in response to specific Requests based upon its reasonable interpretation of those requests. Any failure to specify a document in response to a particular Request should not be construed as an admission that no documents exists, or that such omitted documents (which are otherwise provided in the production) are not responsive.

## REQUESTS FOR PRODUCTION

### REQUEST FOR PRODUCTION NO. 1:

For each domain name listed on Exhibit 1, all DOCUMENTS that IDENTIFY the ONLINENIC account or accounts used to register the domain name.

### RESPONSE TO REQUEST FOR PRODUCTION NO. 1

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case.  Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files.  The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records.  Subject to these objections, Defendant has produced Database Records. Defendant has also conducted a search in emails and support tickets which are produced at Bates numbers

ONLINENIC222222 – ONLINENIC225763. Additional responsive documents may exist in the Keyword Dataset, which has been produced in searchable format. OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 2:**

For each account identified in Request for Production No. 1, all DOCUMENTS relating to the account.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records. Subject to these objections, Defendant has conducted a search in the Database Records and responsive material has been produced. Defendant has also conducted a search in emails and support tickets which are produced at Bates numbers ONLINENIC222222 – ONLINENIC225763. Additional responsive documents may exist in the Keyword Dataset, which has been produced in searchable format. OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 3:**

For each account identified in Request for Production No. 2, all DOCUMENTS that IDENTIFY every domain name registered in or associated with the account.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the

years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files.  The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records.  Subject to these objections, Defendant has conducted a diligent search in the Database Records and responsive material has been produced. Defendant has also conducted a diligent search in emails and support tickets which are produced at Bates numbers ONLINENIC222222 – ONLINENIC225763.   Additional responsive documents may exist in the Keyword Dataset, which has been produced in searchable format. OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 4:**

For each domain name listed on Exhibit 1, all DOCUMENTS related to the REGISTRATION of the domain name.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case.  Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files.  The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records.  Subject to these objections, Defendant has conducted a diligent search in the Database Records and responsive material has been produced. Defendant has also conducted a diligent search in emails and support tickets which are produced at Bates numbers ONLINENIC222222 – ONLINENIC225763 and ONLINENIC258437- ONLINENIC260023. Additional responsive documents may exist in the Keyword Dataset, which has been produced in

searchable format. OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 5:**

For each domain name listed on Exhibit 1, all DOCUMENTS that IDENTIFY the REGISTRANT of the domain name.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records. Subject to these objections, Defendant has conducted a diligent search in the Database Records and responsive material has been produced. Defendant has also conducted a search in emails and support tickets which are produced at Bates numbers ONLINENIC222222 – ONLINENIC225763 and ONLINENIC258437- ONLINENIC260023. Additional responsive documents may exist in the Keyword Dataset, which has been produced in searchable format. OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 6:**

For each domain name listed on Exhibit 1, all DOCUMENTS related to the TRAFFICKING IN of the domain name.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million

emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files.  The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records.  Subject to these objections, Defendant has conducted a search in the Database Records and responsive material has been produced. Additional responsive documents may exist in the Keyword Dataset, which has been produced in searchable format. OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 7:**

For each domain name listed on Exhibit 1, all DOCUMENTS that IDENTIFY any person or entity TRAFFICKING IN the domain name.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case.  Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files.  The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records.  Subject to these objections, Defendant has conducted a search in the Database Records and responsive material has been produced. Additional responsive documents may exist in the Keyword Dataset, as well as Bates numbers ONLINENIC222222 - ONLINENIC258330 and ONLINENIC018142 – ONLINENIC018277. OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 8:**

For each domain name listed on Exhibit 1, all DOCUMENTS related to the USE of the domain name.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case.  Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files.  The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records.  Subject to these objections, Defendant has conducted a search in the Database Records and responsive material has been produced. Additional responsive documents may exist in the Keyword Dataset, as well as Bates numbers ONLINENIC222222 - ONLINENIC258330 and ONLINENIC018142 – ONLINENIC018277.  OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 9:**

For each domain name listed on Exhibit 1, all DOCUMENTS that IDENTIFY any person or entity that USES or USED the domain name.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case.  Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files.  The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records.  Subject to these objections, Defendant has conducted a search in the Database Records and responsive material has been produced. Additional responsive documents may exist in the Keyword Dataset, as well as Bates numbers ONLINENIC222222 - ONLINENIC258330 and ONLINENIC018142 – ONLINENIC018277.  OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 10:**

For each domain name listed on Exhibit 1, all DOCUMENTS related to the MONETIZATION of the domain name.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records. Subject to these objections, Defendant has conducted a search in the Database Records and responsive material has been produced. Additional responsive documents may exist in the Keyword Dataset, as well as Bates numbers ONLINENIC222222 - ONLINENIC258330 and ONLINENIC018142 – ONLINENIC018277. OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 11:**

For each domain name listed on Exhibit 1, all DOCUMENTS that IDENTIFY any person or entity involved in the MONETIZATION of the domain name.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 11**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records. Subject to these objections, Defendant has conducted a diligent search in the

Database Records and responsive material has been produced. Additional responsive documents may exist in the Keyword Dataset, as well as Bates numbers ONLINENIC222222 - ONLINENIC258330 and ONLINENIC018142 – ONLINENIC018277.   OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 12:**

For each domain name listed on Exhibit 1, all DOCUMENTS related to DOMAIN ID SHIELD's privacy service for the domain name.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 12**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case.  Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files.  The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records.  Subject to these objections, Defendant has conducted a search in the Database Records and responsive material has been produced. Additional responsive material may exist at Bates numbers ONLINENIC266948 – ONLINENIC266955, the Keyword Dataset, as well as Bates numbers ONLINENIC225791 - ONLINENIC258330. OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 13:**

For each domain name listed on Exhibit 1, all DOCUMENTS that IDENTIFY any person or entity involved in the provision of DOMAIN ID SHIELD's privacy service for the domain name.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 13**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case.  Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records, and tens of thousands of emails and support tickets.   The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records.  Subject to these objections, Defendant has conducted a search in the Database Records, and in emails and support tickets, and at Bates OnlineNIC252186-OnlineNIC258330,  OnlineNIC000001-70, OnlineNIC266918-266947, OnlineNIC268299 – 268773, OnlineNIC267164-OnlineNIC267167. Additional responsive documents exist in the Keyword Dataset, which has been produced in searchable format OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 14:**

All contracts, agreements, and/or any other written understanding between ONLINENIC and DOMAIN ID SHIELD.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 15:**

All contracts, agreements, and/or any other written understanding between DOMAIN ID SHIELD and any United States entity.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 15**

Responsive documents are located in the Database Records, and at OnlineNic266948 – 266955.

**REQUEST FOR PRODUCTION NO. 16:**

All DOCUMENTS relating to the relationship between DOMAIN ID SHIELD and any California entity.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16**

Responsive documents are located in the Database Records, and at ONLINENIC266948 –

ONLINENIC266955.

**REQUEST FOR PRODUCTION NO. 17:**

All DOCUMENTS relating to any travel by a DOMAIN ID SHIELD officer, employee or agent to the United States.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 17**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records. The request is also overbroad because it includes personal travel, and OnlineNIC objects to providing such documents, and has no right to do so. Subject to these objections, Defendant has provided a passport extract at Bates number 268788, which evidences the only business trip of a Doman ID Shield officer to the United States. OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 18:**

All DOCUMENTS relating to any prior actions or complaints concerning any intellectual property claims filed against or by DOMAIN ID SHIELD in a United States Federal or State Court or before any administrative tribunal.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other

business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records. Subject to these objections, OnlineNIC has searched reasonably ascertainable locations and has produced the Keyword Dataset and other responsive documents at Bates numbers OnlineNIC225791-OnlineNIC252185. OnlineNIC is not aware of any responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 19:**

All DOCUMENTS relating to any prior actions or complaints concerning any DOMAIN NAME ABUSE claims filed against or by DOMAIN ID SHIELD in a United States Federal or State Court or before any administrative tribunal.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

See the Keyword Dataset and Bates numbers OnlineNIC225791-OnlineNIC252185.

**REQUEST FOR PRODUCTION NO. 20:**

All DOCUMENTS relating to any prior actions or complaints concerning any intellectual property claims filed against or by ONLINENIC in a United States Federal or State Court or before any administrative tribunal.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 20**

See Keyword Dataset. See also Bates numbers OnlineNIC258331- OnlineNIC258369 and OnlineNIC252186-OnlineNIC258330. Filings in Federal cases are equally available to Plaintiffs using PACER, and Defendants object to producing those filings on those grounds. Identification of those cases is located at Bates numbers OnlineNIC268774. See also Bates numbers OnlineNIC258331-OnlineNIC258369. OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 21:**

All DOCUMENTS relating to any prior actions or complaints concerning any DOMAIN NAME ABUSE claims filed against or by ONLINENIC in a United States Federal or State Court or before any administrative tribunal.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 21**

See Keyword Dataset. See also Bates numbers OnlineNIC225764 – 225778, 225791 – OnlineNIC258369.  Filings in Federal cases are equally available to Plaintiffs using PACER, and Defendants object to producing those filings on those grounds.  Identification of those cases is located at Bates OnlineNIC268774 .  See also Bates numbers OnlineNIC258331-OnlineNIC258369. OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 22:**

All DOCUMENTS related to any communications between DOMAIN ID SHIELD and any person or entity in the United States concerning domain name registration. This includes, but is not limited to, emails, phone records, letters, any form of electronic communication, and any materials sent through those means.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 22**

Responsive materials are located in the Keyword Dataset, and Bates numbers OnlineNIC225764 – OnlineNIC 225778, OnlineNIC225791 – OnlineNIC258330.

**REQUEST FOR PRODUCTION NO. 23:**

All DOCUMENTS relating to the corporate relationship between DOMAIN ID SHIELD and ONLINENIC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 23**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case.  Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files.  The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records.  Subject to these objections, OnlineNIC has searched reasonably ascertainable locations and has produced records at ONLINENIC266918 – ONLINENIC266947, ONLINENIC266956-ONLINENIC266988,                   ONLINENIC000001-ONLINENIC000070,

ONLINENIC000075). OnlineNIC is not aware of any responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 24:**

All DOCUMENTS relating to the corporate formation and maintenance of DOMAIN ID SHIELD.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 24**

ONLINENIC objects to this request as vague, ambiguous, overbroad, irrelevant and unduly burdensome to the extent that it seeks "all" documents for an unrestricted period of time. Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case.  Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files.  The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records, particularly because OnlineNIC states that it controls Domain ID Shield and runs its operations and pays its expenses. Accordingly, OnlineNIC has not searched its financial records to determine what expenses were paid for Domain ID Shield's formation and maintenance going back indefinitely, as demanded by Plaintiffs. Subject to the foregoing, *see* ONLINENIC266956-ONLINENIC266988, ONLINENIC000001-ONLINENIC000070, ONLINENIC000075), ONLINENIC258370-ONLINENIC258436.  OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 25:**

All DOCUMENTS relating to the corporate formation and maintenance of ONLINENIC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 25**

OnlineNIC objects to this request as vague, ambiguous, overbroad, irrelevant and unduly burdensome to the extent that it: (a) seeks "all" documents for an unrestricted period of time and, (b) seeks information not relevant to Plaintiffs' intellectual property claims. Specifically,

- 15-

Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files.  The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records, particularly because OnlineNIC states that it controls Domain ID Shield and runs its operations and pays its expenses. Accordingly, OnlineNIC has not searched its financial records to determine what formation and maintenance expenses were paid and when going back indefinitely, as demanded by Plaintiffs. Subject to the foregoing, *see* Bates number ONLINENIC000071-ONLINENIC000074. OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 26:**

All DOCUMENTS that IDENTIFY officers and/or directors of ONLINENIC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 26**

OnlineNIC objects to this request as vague, ambiguous, overbroad, irrelevant and unduly burdensome to the extent that it: (a) seeks "all" documents for an unrestricted period of time and, (b) seeks information not relevant to Plaintiffs' intellectual property claims. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files.  The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records, particularly because OnlineNIC states that it controls Domain ID Shield and runs its operations and pays its expenses. Accordingly, OnlineNIC has not searched its financial records to determine what formation and maintenance expenses were paid going back indefinitely, as demanded by Plaintiffs. Subject to the foregoing, *see* Bates numbers ONLINENIC268777-ONLINENIC268778 and ONLINENIC266989 – ONLINENIC267162.

OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 27:**

All DOCUMENTS that IDENTIFY officers and/or directors of DOMAIN ID SHIELD.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 27**

*See* ONLINENIC266956-ONLINENIC266988, ONLINENIC000001-ONLINENIC000070, ONLINENIC000075).

**REQUEST FOR PRODUCTION NO. 28:**

All DOCUMENTS that IDENITFY all locations for the transaction of DOMAIN ID SHIELD's business.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 28**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. Domain ID Shield was formed more than 10 years ago. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records. Subject to these objections, produced records at Bates numbers OnlineNIC268779-OnlineNIC268781, OnlineNIC268782, and OnlineNIC268787. OnlineNIC is not aware of any responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 29:**

A representative sampling of DOCUMENTS sufficient to IDENTIFY all locations where ONLINENIC conducts or has conducted business.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 29**

*See* Bates Number ONLINENIC225779-225790, ONLINENIC000076-ONLINENIC000164, and ONLINENIC000165.

**REQUEST FOR PRODUCTION NO. 30:**

A representative sampling of DOCUMENTS sufficient to IDENTIFY ONLINENIC's principal place of business.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 30**

*See* Bates Number ONLINENIC225779-225790, ONLINENIC000076-ONLINENIC000164, and ONLINENIC000165.

**REQUEST FOR PRODUCTION NO. 31:**

A representative sampling of DOCUMENTS sufficient to IDENTIFY DOMAIN ID SHIELD's principal place of business.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 31**

*See* Bates numbers OnlineNIC268779-OnlineNIC268781, OnlineNIC268782, and OnlineNIC268787.

**REQUEST FOR PRODUCTION NO. 32:**

All DOCUMENTS that show federal, state, and local taxes paid by DOMAIN ID SHIELD in the last 5 years.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 32**

Defendant objects to this request, tax returns and related tax information are not relevant to the subject matter of the pending action. The Ninth Circuit recognizes a public policy against unnecessary public disclosure of tax returns. *Premium Serv. Corp. v. Sperry & Hutchinson Co., 511 F.2d 225, 229 (9th Cir. 1975)*. The Court may only order their production if they are relevant and where the requesting party shows there is a compelling need for them because the information sought is not otherwise available. *Flores v. Albertsons, Inc., 2002 U.S. Dist. LEXIS 6171, 2002 WL 1163623 at *3 (C.D.Cal. 2002)*. Subject to and without waiving this objection, Domain ID Shield has not filed tax returns since 2015 and will produce a redacted form of that 2015 document on or before July 28, 2020.

**REQUEST FOR PRODUCTION NO. 33:**

All DOCUMENTS that show federal, state, and local taxes paid by ONLINENIC in the last 5 years.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 33**

Defendant objects to this request, as OnlineNIC's tax returns and tax information are not relevant to the subject matter of the pending action. The Ninth Circuit recognizes a public policy against unnecessary public disclosure of tax returns. *Premium Serv. Corp. v. Sperry & Hutchinson Co., 511 F.2d 225, 229 (9th Cir. 1975).* The Court may only order their production if they are relevant and where the requesting party shows there is a compelling need for them because the information sought is not otherwise available. *Flores v. Albertsons, Inc., 2002 U.S. Dist. LEXIS 6171, 2002 WL 1163623 at *3 (C.D.Cal. 2002).* Subject to and without waiving this objection, Defendant has produced redacted tax returns at Bates numbers OnlineNIC 266989 – 267162., since Plaintiffs have been unable to state a reason why they need the full tax return.

**REQUEST FOR PRODUCTION NO. 34:**

All contracts entered into by ONLINENIC that specify California as the governing jurisdiction.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 34**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records. Subject to these objections, OnlineNIC has searched reasonably ascertainable contracts and has produced the OnlineNIC268789 – OnlineNIC268789, OnlineNIC268814 – OnlineNIC268826, OnlineNIC268841 – OnlineNIC268844. OnlineNIC is not aware of any responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 35:**

All contracts entered into by DOMAIN ID SHIELD that specify California as the

governing jurisdiction.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 35**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 36:**

All contracts entered into by ONLINENIC with a California domiciled citizen.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 36**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record (such as counsel's engagement agreement and other service provider agreements) to ensure that "All Documents" have been produced outweighs any potential relevancy of such records. Subject to these objections, OnlineNIC has searched reasonably ascertainable contracts and has produced hereunder the Bates numbers OnlineNIC268789 – OnlineNIC268844. OnlineNIC is not aware of any responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 37:**

All contracts entered into by DOMAIN ID SHIELD with a California domiciled citizen.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 37**

*See* Bates numbers OnlineNIC266948 – OnlineNIC266955.

**REQUEST FOR PRODUCTION NO. 38:**

A representative sampling of DOCUMENTS sufficient to IDENTIFY the location of any post office box used by DOMAIN ID SHIELD.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 38**

OnlineNIC objects to this request as vague, ambiguous, overbroad, irrelevant and unduly burdensome to the extent that it: (a) seeks documents to identify "any post office box" (e.g. one

operated by a governmental postal service?) for an unrestricted period of time and, (b) seeks information not relevant to Plaintiffs' intellectual property claims. Subject to the foregoing, *see* documents Bates Numbered ONLINENIC000075 ONlineNIC268779-268781 for possibly responsive documents. OnlineNIC is not aware of any responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 39:**

All agreements or contracts between ICANN and ONLINENIC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 39**

*See* Bates Number ONLINENIC225779-225790, ONLINENIC000076-ONLINENIC000164, and ONLINENIC000165.

**REQUEST FOR PRODUCTION NO. 40:**

All agreements or contracts between ICANN and DOMAIN ID SHIELD.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 40**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 41:**

All DOCUMENTS related to agreements or contracts between ICANN and ONLINENIC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 41**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records. Subject to these objections, OnlineNIC has searched reasonably ascertainable contracts and documents in its emails and contract folders and produced documents Bates Numbered ONLINENIC012051-ONLINENIC018141, ONLINENIC267174-ONLINENIC267194, ONLINENIC260457-ONLINENIC266917. OnlineNIC is not aware of any responsive records

within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 42:**

All DOCUMENTS related to agreements or contracts between ICANN and DOMAIN ID SHIELD.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 42**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 43:**

All annual or monthly reports prepared by ONLINEINC or DOMAIN ID SHIELD that contain formation related to the activities of either entity.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 43**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records.". OnlineNIC does prepare periodic reports that discuss profitability, but OnlineNIC will not produce such reports on the grounds that they constitute competitively sensitive information and such information (like tax records) are not relevant to the case at bar.

**REQUEST FOR PRODUCTION NO. 44:**

All DOCUMENTS relating to any marketing of services by DOMAIN ID SHIELD including any advertising or marketing materials on the Internet.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 44**

*See* Bates numbers OnlineNIC268779-OnlineNIC268781, OnlineNIC268782, OnlineNIC268787, OnlineNIC268845-268847.

**REQUEST FOR PRODUCTION NO. 45:**

All DOCUMENTS relating to any website operated or USED by DOMAIN ID SHIELD,

including, but not limited to, all current and prior versions of any webpages ever accessible on or from that website and any agreements of any kind ever entered into with respect to the website or the domain name through which that website is or was accessible.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 45

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records. Subject to these objections, OnlineNIC has searched reasonably ascertainable contracts and documents in its emails and has produced records at Bates numbers OnlineNIC268779-OnlineNIC268781, OnlineNIC268782, OnlineNIC268787, OnlineNIC268845-268847.. OnlineNIC is not aware of any responsive records within its possession, custody or control being withheld on the basis of any objection herein.

## REQUEST FOR PRODUCTION NO. 46:

All DOCUMENTS identifying each domain name for which ONLINENIC was the REGISTRANT.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 46

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records. Subject to these objections, OnlineNIC has searched reasonably ascertainable

contracts and documents in its emails and has produced records at ONLINENIC267169-ONLINENIC267173. OnlineNIC is not aware of any responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 47:**

All DOCUMENTS identifying each domain name for which DOMAIN ID SHIELD was the REGISTRANT.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 47**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 48:**

All DOCUMENTS that IDENTIFY the ONLINENIC account or accounts used to register the domainidshield.com domain name.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 48**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records, particularly because OnlineNIC states that it controls Domain ID Shield and runs its operations and pays its expenses. Subject to these objections, OnlineNIC has searched reasonably ascertainable database records and has produced documents Bates Numbered ONLINENIC268848-ONLINENIC269034. OnlineNIC is not aware of any responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 49:**

All DOCUMENTS relating to payments for the registration and maintenance of the domainidshield.com domain name.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 49**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case.  Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files.  The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records, particularly because OnlineNIC states that it controls Domain ID Shield and runs its operations and pays its expenses. Accordingly, OnlineNIC has not searched its financial records to determine what expenses were paid, as demanded by Plaintiffs.

## REQUEST FOR PRODUCTION NO. 50:

All DOCUMENTS relating to the hosting of the website available at the domainidshield.com domain name.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 50

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case.  Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files.  The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records, particularly because OnlineNIC states that it controls Domain ID Shield and runs its operations and pays its expenses. Accordingly, OnlineNIC has not searched its voluminous financial and email records for the requested information. Subject to the foregoing, see Bates numbers ONLINENIC267207-ONLINENIC268298 .OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 51:**

All DOCUMENTS relating to payments for hosting the website available at the domainidshield.com domain name.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 51**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records, particularly because OnlineNIC states that it controls Domain ID Shield and runs its operations and pays its expenses. Accordingly, OnlineNIC has not searched its voluminous financial and email records for the requested information.

**REQUEST FOR PRODUCTION NO. 52:**

All DOCUMENTS that IDENTIFY every domain name registered in or associated with the ONLINENIC account or accounts used to register the domainidshield.com domain name.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 52**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records, particularly because OnlineNIC states that it controls Domain ID Shield and runs its operations and pays its expenses. Accordingly, OnlineNIC has not searched its voluminous financial and email records for "All Documents". Subject to the foregoing, *see* documents Bates

Numbered ONLINENIC267163. OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 53:**

All DOCUMENTS relating to any website operated or used by ONLINENIC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 53**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records, particularly because OnlineNIC states that it controls Domain ID Shield and runs its operations and pays its expenses. Accordingly, OnlineNIC has not searched its voluminous financial and email records for the requested information. Subject to the foregoing, see Bates numbers ONLINENIC269035-ONLINENIC272093 and ONLINENIC269035-ONLINENIC272093. OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 54:**

All DOCUMENTS that IDENTIFY the ONLINENIC account or accounts used to register the onlinenic.com domain name.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 54**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every

- 27-

record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records, particularly because OnlineNIC states that it controls Domain ID Shield and runs its operations and pays its expenses. Accordingly, OnlineNIC has not searched its voluminous financial and email records for the requested information. Subject to the foregoing, see documents Bates Numbered ONLINENIC267163 and ONLINENIC268848 -269034 is sufficient to "identify" the account. OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 55:**

All DOCUMENTS relating to payments for the registration and maintenance of the onlinenic.com domain name.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 55**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case.  Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files.  The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records. Accordingly, OnlineNIC has not searched its voluminous financial and email records for the requested information.

**REQUEST FOR PRODUCTION NO. 56:**

All DOCUMENTS relating to the hosting of the website available at the onlinenic.com domain name.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 56**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case.  Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million

- 28-

emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records, particularly because OnlineNIC states that it controls Domain ID Shield and runs its operations and pays its expenses. Accordingly, OnlineNIC has not searched its voluminous financial and email records for "All Documents". Subject to the foregoing, see Bates numbers ONLINENIC269035-ONLINENIC272093 and ONLINENIC269035-ONLINENIC272093. OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 57:**

All DOCUMENTS relating to payments for hosting the website available at the onlinenic.com domain name.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 57**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records. Accordingly, OnlineNIC has not searched its voluminous financial and email records for "All Documents".

**REQUEST FOR PRODUCTION NO. 58:**

All DOCUMENTS that IDENTIFY every domain name registered in or associated with the ONLINENIC account or accounts used to register the onlinenic.com domain name.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 58**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant

has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records, particularly because OnlineNIC states that it controls Domain ID Shield and runs its operations and pays its expenses. Accordingly, OnlineNIC has not searched its voluminous financial and email records for "All Documents". Subject to the foregoing, see documents Bates Numbered ONLINENIC267163. OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 59:**

All DOCUMENTS that IDENTIFY individuals involved with, or having knowledge of ONLINENIC'S relationship with DOMAIN ID SHIELD.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 59**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records, particularly because OnlineNIC states that it controls Domain ID Shield and runs its operations and pays its expenses. Subject to the foregoing, see Bates numbers ONLINENIC000001-ONLINENIC000075,          ONLINENIC266956-ONLINENIC267162, ONLINENIC268775-268776,   ONLINENIC252186-258330,   and   ONLINENIC266918   – ONLINENIC266947. OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 60:**

All DOCUMENTS that IDENTIFY individuals involved in or having knowledge of ONLINENIC'S business transactions with DOMAIN ID SHIELD.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 60**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records, particularly because OnlineNIC states that it controls Domain ID Shield and runs its operations and pays its expenses. Subject to the foregoing, see Bates numbers ONLINENIC000001-ONLINENIC000075, ONLINENIC266956-ONLINENIC267162, ONLINENIC268775-268776, ONLINENIC252186-258330, ONLINENIC266918 – ONLINENIC266947. OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 61:**

All DOCUMENTS that identify all or part of the corporate structure of ONLINENIC, including, but not limited to, DOCUMENTS that IDENTIFY any principals, officers, directors, shareholders, partners, joint venturers, employees, executives, managing agents, parents, divisions, departments, corporate subunits, subsidiaries, or affiliates of ONLINENIC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 61**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other

business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records, particularly because OnlineNIC states that it controls Domain ID Shield and runs its operations and pays its expenses. Subject to the foregoing, see Bates numbers ONLINENIC000001-ONLINENIC000075, ONLINENIC266956-ONLINENIC267162, ONLINENIC268775-268776, ONLINENIC252186-258330, ONLINENIC266918 – ONLINENIC266947. OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 62:**

All DOCUMENTS that identify all or part of the corporate structure of DOMAIN ID SHIELD, including, but not limited to, DOCUMENTS that IDENTIFY any past or present principals, officers, directors, shareholders, partners, joint venturers, employees, executives, managing agents, parents, divisions, departments, corporate subunits, subsidiaries, or affiliates of DOMAIN ID SHIELD.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 62**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records, particularly because OnlineNIC states that it controls Domain ID Shield and runs its operations and pays its expenses. OnlineNIC does not interpret this request as seeking all documents on all business operations, as proposed by Plaintiffs. Subject to the foregoing, see Bates numbers ONLINENIC000001-ONLINENIC000075, ONLINENIC266956-ONLINENIC267162, ONLINENIC268775-268776, ONLINENIC252186-258330, and ONLINENIC268777-ONLINENIC268778. OnlineNIC is not aware of other responsive records within its possession,

- 32-

custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 63:**

All DOCUMENTS that identify the managers and executives of ONLINENIC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 63**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records, particularly because OnlineNIC states that it controls Domain ID Shield and runs its operations and pays its expenses. Subject to the foregoing, see Bates numbers ONLINENIC000001-ONLINENIC000075, ONLINENIC266956-ONLINENIC267162, ONLINENIC268775-268776, ONLINENIC252186-258330, and ONLINENIC268777-ONLINENIC268778. OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 64:**

All DOCUMENTS that identify the managers and executives of DOMAIN ID SHIELD.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 64**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records, particularly because OnlineNIC states that it controls Domain ID Shield and runs its

operations and pays its expenses. Subject to the foregoing, see Bates numbers ONLINENIC000001-ONLINENIC000075, ONLINENIC266956-ONLINENIC267162, ONLINENIC268775-268776, ONLINENIC252186-258330, and ONLINENIC268777-ONLINENIC268778.  .OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 65:**

All DOCUMENTS that describe the business and/or purpose of ONLINENIC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 65**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case.  Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files.  The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records. Subject to the foregoing, see Bates numbers ONLINENIC260024-ONLINENIC260456 and ONLINENIC269035-ONLINENIC272093.. OnlineNIC is not aware of other responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 66:**

All DOCUMENTS that describe the business and/or purpose of DOMAIN ID SHIELD.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 66**

See Bates numbers OnlineNIC268782, OnlineNIC268787, OnlineNIC268779-268781, and OnlineNIC266948-OnlineNIC266955.

**REQUEST FOR PRODUCTION NO. 67:**

All DOCUMENTS that IDENTIFY the employees of ONLINENIC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 67**

The parties agree that this request should be limited to documents "sufficient" to identify

the employees of OnlineNIC. *See* Bates numbers ONLINENIC266989-ONLINENIC267162, ONLINENIC000073- ONLINENIC000074. .

**REQUEST FOR PRODUCTION NO. 68:**

All DOCUMENTS that IDENTIFY the employees of DOMAIN ID SHIELD.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 68**

The parties agree that this request should be limited to documents "sufficient to identify the employees of OnlineNIC. *See* Bates numbers ONLINENIC000017- ONLINENIC000038.

**REQUEST FOR PRODUCTION NO. 69:**

All DOCUMENTS that IDENTIFY the responsibilities of the employees, managers and executives of DOMAIN ID SHIELD.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 69**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 70:**

All DOCUMENTS that IDENTIFY the responsibilities of the employees, managers, and executives of ONLINENIC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 70**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 71:**

All DOCUMENTS that IDENTIFY the source of funds used to pay employees of DOMAIN ID SHIELD.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 71**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 72:**

All DOCUMENTS that IDENTIFY the source of funds used to pay employees of ONLINENIC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 72**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case.  Specifically, Defendant

has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records. Subject to these objections, OnlineNIC has provided a redacted version of its most recent corporate bank account statement at Bates number OnlineNIC272094 – OnlineNIC272097. Except for all other bank statements from 1999 onward, OnlineNIC is not aware of any responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 73:**

All DOCUMENTS that IDENTIFY the source of funds used to form ONLINENIC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 73**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 74:**

All DOCUMENTS that IDENTIFY the amount of capitalization of ONLINENIC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 74**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 75:**

All DOCUMENTS that IDENTIFY the amount of capitalization of DOMAIN ID SHIELD.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 75**

*See* Bates numbers OnlineNIC266968-OnlineNIC266974, OnlineNIC266987-OnlineNIC266988.

**REQUEST FOR PRODUCTION NO. 76:**

All DOCUMENTS that IDENTIFY the source of funds used to form DOMAIN ID SHIELD.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 76**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records, particularly because OnlineNIC states that it controls Domain ID Shield and runs its operations and pays its expenses. Accordingly, OnlineNIC has not searched its voluminous financial and email records for the requested information.

**REQUEST FOR PRODUCTION NO. 77:**

All DOCUMENTS relating to ONLINENIC's annual shareholder meetings including lists of invitees and attendees, minutes of the meetings, and notes taken.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 77**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 78:**

All DOCUMENTS relating to meetings of ONLINENIC's board of directors, including lists of invitees and attendees, minutes of the meetings, and notes taken.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 78**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 79:**

All DOCUMENTS relating to meetings of ONLINENIC's executives, including lists of invitees and attendees, minutes of the meetings, and notes taken.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 79**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 80:**

All DOCUMENTS relating to DOMAIN ID SHIELD's annual shareholder meetings including lists of invitees and attendees, minutes of the meetings, and notes taken.

- 37 -

**RESPONSE TO REQUEST FOR PRODUCTION NO. 80**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 81:**

All DOCUMENTS relating to meetings of DOMAIN ID SHIELD's board of directors, including lists of invitees and attendees, minutes of the meetings, and notes taken.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 81**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 82:**

All DOCUMENTS relating to meetings of DOMAIN ID SHIELD's executives, including lists of invitees and attendees, minutes of the meetings, and notes taken.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 82**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 83:**

All DOCUMENTS relating to ONLINENIC's Articles of Incorporation.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 83**

*See* Bates numbers OnlineNIC000071-OnlineNIC000074.

**REQUEST FOR PRODUCTION NO. 84:**

All DOCUMENTS relating to ONLINENIC's Bylaws.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 84**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 85:**

All DOCUMENTS relating to DOMAIN ID SHIELD's Articles of Incorporation.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 85**

*See* Bates numbers OnlineNIC266956 - OnlineNIC266988.

**REQUEST FOR PRODUCTION NO. 86:**

All DOCUMENTS relating to DOMAIN ID SHIELD's Bylaws.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 86**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 87:**

All DOCUMENTS that IDENTIFY all bank accounts owned or maintained by ONLINENIC and the individuals with access to such bank accounts.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 87**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records. Subject to these objections, OnlineNIC has provided a redacted version of its most recent corporate bank account statement for its two bank accounts at Bates number OnlineNIC272094 – OnlineNIC272097 . As to individuals with access to such accounts see Bates numbers OnlineNIC266989-OnlineNIC267162. With respect to identification of bank accounts, except for all other bank statements from 1999 onward, OnlineNIC is not aware of any responsive records within its possession, custody or control being withheld on the basis of any objection herein. With respect to individuals with access to bank accounts, OnlineNIC interprets the Request as seeking only documents sufficient to identify all such individuals, and accordingly, OnlineNIC is not aware of any responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 88:**

All DOCUMENTS that IDENTIFY all bank accounts owned or maintained by DOMAIN ID SHIELD and the individuals with access to such bank accounts.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 88**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 89:**

All DOCUMENTS that IDENTIFY the PARTY or PARTIES responsible for

- 39 -

ONLINENIC's financial liabilities, including any insurance carrier.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 89**

No responsive documents, except for insurance policies, which will be produced by July 28, 2020.

**REQUEST FOR PRODUCTION NO. 90:**

All DOCUMENTS that IDENTIFY the PARTY or PARTIES responsible for DOMAIN ID SHIELD's financial liabilities, including any insurance carrier.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 90**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 91:**

All DOCUMENTS that IDENTIFY real property owned or leased by ONLINENIC in California at any time.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 91**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 92:**

All DOCUMENTS that IDENTIFY real property owned or leased by DOMAIN ID SHIELD in California at any time.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 92**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 93:**

All DOCUMENTS reflecting or referring to utility bills directed to, or payments made by or on behalf of ONLINENIC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 93**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 94:**

All DOCUMENTS reflecting or referring to utility bills directed to, or payments made by or on behalf of DOMAIN ID SHIELD.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 94**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 95:**

All DOCUMENTS reflecting funds transferred between ONLINENIC and DOMAIN ID SHIELD at any time.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 95**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records, particularly because OnlineNIC states that it controls Domain ID Shield and runs its operations and pays its expenses. Accordingly, OnlineNIC has not searched its voluminous financial and email records for the requested information.

**REQUEST FOR PRODUCTION NO. 96:**

All DOCUMENTS reflecting payments made by ONLINENIC for the benefit of DOMAIN ID SHIELD at any time.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 96**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records, particularly because OnlineNIC states that it controls Domain ID Shield and runs its

operations and pays its expenses. Accordingly, OnlineNIC has not searched its voluminous financial and email records for the requested information.

**REQUEST FOR PRODUCTION NO. 97:**

All DOCUMENTS reflecting payments made by DOMAIN ID SHIELD for the benefit of ONLINENIC at any time.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 97**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 98:**

All DOCUMENTS that IDENTIFY the PARTIES responsible for online security at DOMAIN ID SHIELD.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 98**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 99:**

All DOCUMENTS that IDENTIFY the PARTIES responsible for online security at ONLINENIC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 99**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records. Accordingly, OnlineNIC has produced a business email that sufficiently identifies the relevant individual, who is the CTO. *See* Bates number OnlineNIC272098.

**REQUEST FOR PRODUCTION NO. 100:**

All DOCUMENTS that IDENTIFY the person(s) at ONLINENIC responsible for responding to requests for contact information for any domain name REGISTRANT.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 100**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case.  Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files.  The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records.  Subject to these objections, documents sufficient to identify persons responsible for responding to contact information can be obtained from the Keyword Dataset, and at Bates Numbered          ONLINENIC012051-ONLINENIC0181277,          ONLINENIC267174-ONLINENIC267194, ONLINENIC260457-ONLINENIC266917. OnlineNIC is not aware of any responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 101:**

All DOCUMENTS that IDENTIFY the processes and procedures followed at ONLINENIC upon receipt of requests for contact information for any domain name REGISTRANT.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 101**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case.  Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files.  The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records.  Subject to these objections, OnlineNIC has provided documents sufficient to provide the requested information in the Keyword Dataset and at Bates numbers OnlineNIC267164 – OnlineNIC267167. OnlineNIC is not aware of any responsive records within its possession, custody or control being withheld on the basis of any objection herein.

- 43-

**REQUEST FOR PRODUCTION NO. 102:**

All DOCUMENTS that IDENTIFY the person(s) at DOMAIN ID SHIELD responsible for responding to requests for contact information for any domain name REGISTRANT.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 102**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 103:**

All DOCUMENTS that IDENTIFY the processes and procedures followed at DOMAIN ID SHIELD upon receipt of requests for contact information for any domain name REGISTRANT.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 103**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 104:**

All DOCUMENTS that IDENTIFY any requests for contact information for any domain name REGISTRANT received by ONLINENIC in the past 5 years.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 104**

The parties have agreed that the Keyword Dataset satisfies this request, which has been produced.

**REQUEST FOR PRODUCTION NO. 105:**

All DOCUMENTS that IDENTIFY any requests for contact information for any domain name REGISTRANT received by DOMAIN ID SHIELD in the past 5 years.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 105**

The parties have agreed that the Keyword Dataset satisfies this request, which has been produced.

**REQUEST FOR PRODUCTION NO. 106:**

All DOCUMENTS that reflect or demonstrate ONLINENIC's receiving a request for contact information for any domain name REGISTRANT in the past 5 years.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 106**

The parties have agreed that the Keyword Dataset satisfies this request, which has been produced.

**REQUEST FOR PRODUCTION NO. 107:**

All DOCUMENTS that reflect or demonstrate ONLINENIC's responding to a request for contact information for any domain name REGISTRANT received by ONLINENIC in the past 5 years.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 107**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records. Subject to these objections, OnlineNIC has provided documents sufficient to provide the requested information in the Keyword Dataset, as well as documents at Bates numbers OnlineNIC225764 – OnlineNIC225778, OnlineNIC225791 – OnlineNIC252185, and OnlineNIC018142 – OnlineNIC018277. OnlineNIC is not aware of any responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 108:**

All DOCUMENTS that reflect or demonstrate DOMAIN ID SHIELD's receiving a request for contact information for any domain name REGISTRANT in the past 5 years.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 108**

The parties have agreed that the Keyword Dataset satisfies this request, which has been produced.

**REQUEST FOR PRODUCTION NO. 109:**

All DOCUMENTS that reflect or demonstrate DOMAIN ID SHIELD's responding to a request for contact information for any domain name REGISTRANT received by DOMAIN ID SHIELD in the past 5 years.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 109**

The parties have agreed that the Keyword Dataset satisfies this request, which has been

- 45-

produced.

**REQUEST FOR PRODUCTION NO. 110:**

All communications between DOMAIN ID SHIELD and persons or entities whose contact information was requested by a third party in the past 5 years.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 110**

The parties have agreed that the Keyword Dataset satisfies this request, which has been produced.

**REQUEST FOR PRODUCTION NO. 111:**

All communications between ONLINENIC and persons or entities whose contact information was requested by a third-party in the past 5 years.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 111**

The parties have agreed that the Keyword Dataset satisfies this request, which has been produced.

**REQUEST FOR PRODUCTION NO. 112:**

All communications between ONLINENIC and DOMAIN ID SHIELD concerning domain name REGISTRANTS whose contact information was requested by a third party in the past 5 years.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 112**

The parties have agreed that the Keyword Dataset satisfies this request, which has been produced.

**REQUEST FOR PRODUCTION NO. 113:**

All registration agreements signed or agreed upon in the last 5 years between DOMAIN ID SHIELD and a California resident.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 113.**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 114:**

All registration agreements between ONLINENIC and a third party signed or agreed upon in the last 5 years that mention DOMAIN ID SHIELD.

- 46-

**RESPONSE TO REQUEST FOR PRODUCTION NO. 114**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 115:**

All DOCUMENTS referencing or relating to measures, steps, policies, or procedures taken, enacted, followed, or engaged in by ONLINENIC to protect the identity of REGISTRANTS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 115**

*See* Bates number OnlineNIC267195 – OnlineNIC267201.

**REQUEST FOR PRODUCTION NO. 116:**

All DOCUMENTS referencing or relating to privacy measures taken by DOMAIN ID SHIELD to protect the identity of REGISTRANTS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 116**

*See* Keyword Dataset and Bates number OnlineNIC267168, and OnlineNIC266948 – OnlineNIC266955, OnlineNIC268779-268781, and OnlineNIC269035-OnlineNIC272093.

**REQUEST FOR PRODUCTION NO. 117:**

All DOCUMENTS relating to privacy policies enacted by DOMAIN ID SHIELD to protect the identity of REGISTRANTS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 117**

*See* Keyword Dataset and Bates number OnlineNIC267168, and OnlineNIC266948 – OnlineNIC266955, OnlineNIC268779-268781, and OnlineNIC269035-OnlineNIC272093..

**REQUEST FOR PRODUCTION NO. 118:**

All DOCUMENTS used for training staff of ONLINENIC in relation to privacy policies at ONLINENIC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 118**

OnlineNIC will produce the responsive documents by July 28, 2020.

**REQUEST FOR PRODUCTION NO. 119:**

All DOCUMENTS used for training staff of ONLINENIC in relation to privacy policies at DOMAIN ID SHIELD.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 119**

OnlineNIC will produce the responsive documents by July 28, 2020.

**REQUEST FOR PRODUCTION NO. 120:**

All DOCUMENTS related to trademarks or service marks applied for or registered by ONLINENIC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 120**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 121:**

All DOCUMENTS related to trademarks or service marks applied for or registered by DOMAIN ID SHIELD.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 121**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 122:**

All DOCUMENTS related to trademarks or service marks applied for or registered by ONLINENIC's principals, employees, managers, or executives.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 122**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 123:**

All DOCUMENTS related to domain names registered to ONLINENIC's principals, employees, managers, or executives.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 123**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 124:**

All DOCUMENTS related to trademarks or service marks applied for or registered by DOMAIN ID SHIELD's principals, employees, managers, or executives.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 124**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 125:**

All DOCUMENTS related to any domain name for which DOMAIN ID SHIELD is or was

- 48 -

entitled to the exclusive control and use of that domain name, for any length of time.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 125**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 126:**

All DOCUMENTS related to any domain name for which any DOMAIN ID SHIELD principal, employee, manager, or executive is or was the REGISTRANT.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 126**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 127:**

All DOCUMENTS related to any domain name for which ONLINENIC is or was entitled to the exclusive control and use of that domain name, for any length of time.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 127**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records. There are monetization records for some of the domains in question, but these are are not relevant to the case at bar. Subject to these objections, OnlineNIC has searched its databases and produced responsive records in the Database Records. OnlineNIC will produce further responsive documents by July 28, 2020.

**REQUEST FOR PRODUCTION NO. 128:**

All DOCUMENTS related to any domain name for which any ONLINENIC principal, employee, manager, or executive is or was the REGISTRANT.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 128**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 129:**

All DOCUMENTS that IDENTIFY the business entities under which the principals, employees, managers, and/or executives of DOMAIN ID SHIELD operated in the last 5 years.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 129**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records. The definition of IDENTIFY is also over-broad because it potentially includes every detail concerning an entity, which is not the ordinary meaning of "identify". Accordingly, OnlineNIC interprets this request as seeking documents sufficient to identify the name and address of the entity in question. Since Domain ID Shield has only one "executive", who also performs services for OnlineNIC, Bates number 268775 – 268776 is sufficient to identify that entity.

**REQUEST FOR PRODUCTION NO. 130:**

All DOCUMENTS that IDENTIFY the business entities under which the principals, employees, managers, and/or executives of ONLINENIC operated in the last 5 years.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 130**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records. The definition of IDENTIFY is also over-broad because it potentially includes every detail concerning an entity, which is not the ordinary meaning of "identify". Accordingly,

- 50-

OnlineNIC interprets this request as seeking documents sufficient to identify the name and address of the entity in question. In relevant part, OnlineNIC has only one "executive", who also performs services for Xiamen 35.com Technology Co. Ltd, and the documents at Bates number 266918 – 266947 are sufficient to identify that entity. Rex Liu is also involved in an auto parts business, which is unrelated to domain names – and accordingly identification of that business is not relevant.

**REQUEST FOR PRODUCTION NO. 131:**

All DOCUMENTS that IDENTIFY claims of trademark infringement asserted against ONLINENIC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 131**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records. Subject to these objections, OnlineNIC has produced records the Keyword Dataset, and the documents at Bates numbers OnlineNIC258331 – OnlineNIC258369. OnlineNIC is not aware of any responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 132:**

All DOCUMENTS that IDENTIFY claims against ONLINENIC that a registered domain name is or was identical or confusingly similar to a trademark or service mark and either that it was registered and/or used in bad faith or that ONLINENIC had a bad faith intent to profit from the trademark or service mark at issue.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 132**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited

in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records. Subject to these objections, OnlineNIC has produced records the Keyword Dataset, and the documents at Bates numbers OnlineNIC258331 – OnlineNIC258369. OnlineNIC is not aware of any responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 133:**

For all claims identified in the immediately preceding request, all DOCUMENTS related to such claims, including, but not limited to, settlement documents, judgments, and documents concerning any satisfaction of a judgment.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 133**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 134:**

All DOCUMENTS that IDENTIFY claims of trademark infringement asserted against DOMAIN ID SHIELD.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 134**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 135:**

All DOCUMENTS that IDENTIFY claims against DOMAIN ID SHIELD that a registered domain name is or was identical or confusingly similar to a trademark or service mark and either that it was registered and/or used in bad faith or that DOMAIN ID SHIELD had a bad faith intent to profit from the trademark or service mark at issue.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 135**

See Keyword Dataset.

**REQUEST FOR PRODUCTION NO. 136:**

For all claims identified in the immediately preceding request, all DOCUMENTS related to such claims, including, but not limited to, settlement documents, judgments, and documents concerning any satisfaction of a judgment.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 136**

See Keyword Dataset.

**REQUEST FOR PRODUCTION NO. 137:**

All DOCUMENTS that IDENTIFY claims of trademark infringement asserted against any entity associated with ONLINENIC'S principals, employees, managers and/or executives.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 137**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 138:**

All DOCUMENTS that IDENTIFY claims asserted against any business entity associated with ONLINENIC's principals, employees, managers and/or executives that a registered domain name is or was identical or confusingly similar to a trademark or service mark and either that it was registered and/or used in bad faith or that the entity against whom the claim was asserted had a bad faith intent to profit from the trademark or service mark at issue.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 138**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 139:**

All DOCUMENTS that IDENTIFY claims of trademark infringement asserted against any business entity associated with DOMAIN ID SHIELD's principals, employees, managers and/or executives.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 139**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 140:**

All DOCUMENTS that IDENTIFY claims asserted against any business entity associated with DOMAIN ID SHIELD'S principals, employees, managers and/or executives that a registered

domain name is or was identical or confusingly similar to a trademark or service mark and either that it was registered and/or used in bad faith or that the entity against whom the claim was asserted had a bad faith intent to profit from the trademark or service mark at issue.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 140**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 141:**

All DOCUMENTS pertaining to enforcement of contracted terms against ONLINENIC by ICANN for failure to comply with any user agreement.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 141**

*See* Bates numbers OnlineNIC000076 – OnlineNIC000165, OnlineNIC267174 - OnlineNIC267194.

**REQUEST FOR PRODUCTION NO. 142:**

All DOCUMENTS pertaining to enforcement of contracted terms against DOMAIN ID SHIELD by ICANN for failure to comply with any user agreement.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 142**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 143:**

All DOCUMENTS pertaining to enforcement of contracted terms against any business entity associated with ONLINENIC's principals, employees, managers and/or executives by ICANN for failure to comply with any user agreement.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 143**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 144:**

All DOCUMENTS pertaining to enforcement of contracted terms against any business entity associated with DOMAIN ID SHIELD's principals, employees, managers and/or executives by ICANN for failure to comply with any user agreement.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 144**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 145:**

All DOCUMENTS pertaining to compliance matters directed to ONLINENIC by ICANN.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 145**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records. Subject to these objections, OnlineNIC has searched reasonably ascertainable emails aliases such as icann@onlinenic.com, and has produced records at Bates numbers OnlineNIC012051 – OnlineNIC018141, and OnlineNIC267174 - OnlineNIC267194, and in the Keyword Dataset. OnlineNIC is not aware of any responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 146:**

All DOCUMENTS pertaining to compliance matters directed to DOMAIN ID SHIELD by ICANN.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 146**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 147:**

All DOCUMENTS pertaining to lawsuits or legal actions filed by third parties against ONLINENIC in any jurisdiction for the past 10 years.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 147**

Defendant objects to this Request as overbroad and unduly burdensome, as it is not limited in time or scope, and thus it is not proportional to the needs of the case. Specifically, Defendant has been in business for over 20 years, and as such, has collected millions of records over the years, including a database with millions of records and hundreds of tables, more than 1 million

emails and support tickets, and thousands of bank statements, financial records, invoices and other business documents, including loose files. The burden and expense of having to review every record to ensure that "All Documents" have been produced outweighs any potential relevancy of such records. OnlineNIC has been a party to the legal actions set forth at Bates number OnlineNIC268774 – OnlineNIC268774. Filings in Federal cases are equally available to Plaintiffs using PACER, and Defendants object to producing those filings on those grounds. OnlineNIC was also a party to the case identified at Bates number OnlineNIC267202 – OnlineNIC267206. All communications related to that case are not being produced on the grounds of the attorney-client privilege, as set forth in the privilege log at Bates number OnlineNIC272099 – OnlineNIC272100. *See also* Bates numbers OnlineNIC258331-OnlineNIC258369. OnlineNIC is not aware of any responsive records within its possession, custody or control being withheld on the basis of any objection herein.

**REQUEST FOR PRODUCTION NO. 148:**

All DOCUMENTS pertaining to lawsuits or legal actions filed by third parties against DOMAIN ID SHIELD in any jurisdiction for the past 10 years.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 148**

No responsive documents.

**REQUEST FOR PRODUCTION NO. 149:**

All DOCUMENTS that IDENTIFY claims of DOMAIN NAME ABUSE submitted to ONLINENIC in last 5 years.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 149**

The parties have agreed that the Keyword Dataset satisfies this Request, which has been produced.

**REQUEST FOR PRODUCTION NO. 150:**

All DOCUMENTS that IDENTIFY claims of DOMAIN NAME ABUSE submitted to DOMAIN ID SHIELD.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 150**

The parties have agreed that the Keyword Dataset satisfies this Request, which has been

produced.

**REQUEST FOR PRODUCTION NO. 151:**

All DOCUMENTS that IDENTIFY internal or external policies, procedures, or best practices to deter cybersquatting by ONLINENIC since 2010.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 151**

*See* Bates numbers OnlineNIC267195 – OnlineNIC267201, as well as the policies and procedures that are evidenced in the business operations set forth in the Keyword Dataset.

**REQUEST FOR PRODUCTION NO. 152:**

All DOCUMENTS that IDENTIFY internal or external policies, procedures, or best practices to deter cybersquatting by DOMAIN ID SHIELD since 2010.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 152**

No responsive documents.

As to Objections.

Respectfully Submitted,

DATED:  July 23, 2020                    LEXANALYTICA, PC

By: _____

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHEILD
SERVICE CO., LIMITED

- 57 -

VERIFICATION

I, YU HONGXIA, am an officer of OnlineNIC, Inc.. and am authorized to sign this verification. I believe, based on reasonable inquiry, that the foregoing First Supplementary Responses of OnlineNIC, Inc. to Plaintiffs' Requests for Production of Documents, Set 1 – are true and correct to the best of my knowledge, information and belief.

I verify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  July 23, 2020 at Xiamen,          By:  _____
China                                              Yu Hongxia