UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>            Plaintiffs,<br>    v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED.<br><br>            Defendants. | Case No. 19-CV-07071-SVK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO RETAIN CONFDENTIALITY DESIGNATIONS UNDER PROTECIVE ORDER (ECF 35) AND MOTION FOR PROTECTIVE ORDER UNDER FED. R. CIV. PROC. 26(c)** |

This matter is before the Court on Defendants' Motion to Retain Confidentiality Designations Under Protective Order (ECF 35) and Motion for Protective Order Under Fed. R. Civ. Proc. 26(c). The Court having considered all papers filed in support of and in opposition to the Motion, oral arguments of counsel, and all other pleadings and papers on file herein,

IT IS HEREBY ORDERED THAT:

1. Defendants' Motion to Retain Confidentiality Designations Under Protective Order (ECF 35) and Motion for Protective Order Under Fed. R. Civ. Proc. 26(c) is GRANTED.

2. Defendants' designations are retained.

- 2-

3. Plaintiffs have failed to comply with the Protective Order (Dkt. No. 35) by not listing (1) specific bates numbers and (2) reasons for challenging designations. Should the Plaintiffs wish to make challenges in the future, Plaintiffs will have the burden of making the motion, per footnote 1 of the Protective Order.

SO ORDERED this _____ day of _____, 2020

By: _____
HONORABLE SUSAN VAN KEULEN