TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:   213.430.3400
Facsimile:   213.430.3409

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

LEXANALYTICA, PC
Perry J. Narancic – SBN 206820
pjn@lexanalytica.com
2225 E. Bayshore Road
Suite 200
Palo Alto, CA 94303
Telephone:   650.655.2800

Attorneys for Defendants,
ONLINENIC, INC. and DOMAIN ID SHIELD
SERVICES CO., LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>            Plaintiffs,<br><br>   v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and DOES 1-20,<br><br>            Defendants. | Case No. 5:19-cv-07071-SVK<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT**<br><br>DATE:       November 10, 2020<br>TIME:        9:30 a.m.<br>CTRM:      6 – 4th Floor<br><br>Hon. Susan van Keulen |

Pursuant to Civil Local Rule 16-10 and the Case Management Order previously entered in this case (ECF No. 31), the parties submit this supplemental case management statement.

## I. CURRENT SCHEDULE

| Event | Date |
|---|---|
| Deadline to Complete Private Mediation | March 1, 2021 |
| Fact Discovery Cut-off | February 2, 2021 |
| Opening of Expert Disclosures | February 19, 2021 |
| Rebuttal Expert Disclosures | March 12, 2021 |
| Close of Expert Discovery | April 6, 2021 |
| Dispositive Motion Filing Deadline | April 20, 2021 |
| Last Day to Hear Dispositive Motions | June 15, 2021 |
| Final Pretrial Conference | August 5, 2021<br><br>Filing Dates:  July 22, 2021<br>July 29, 2021 |
| Trial | August 16, 2021 |

## II. STATUS OF SCHEDULING PRIVATE MEDIATION

As ordered by the Court, the parties have continued to meet and confer concerning private mediation. The parties have agreed that Hon. Elizabeth D. Laporte (Ret.) at JAMS will serve as the mediator in this action. The parties are currently working to schedule the mediation; however, the parties believe that fact discovery needs to be substantially completed for a successful mediation.

## III. STATUS OF DISCOVERY

The parties have exchanged initial disclosures per Rule 26(a)(1). The parties also stipulated to—and the Court entered—a protective order, an order governing Electronically Stored Information ("ESI"), and a Federal Rule of Evidence 502(d) clawback order.

Plaintiffs have propounded discovery requests and have provided Defendants with a set of ESI search terms to enable Defendants to more efficiently search for documents. After, Defendants completed their initial rolling document production, the parties extensively met and conferred concerning a number

of open issues with Defendants' production. Defendants have since served supplemental responses and completed their production. Plaintiffs believe that a number of disputes remain concerning Defendants' production, and the parties are meeting and conferring in an effort to narrow those disputes. At this juncture, Plaintiffs anticipate filing a motion to compel the further production of documents.

Plaintiffs have also propounded follow-up written discovery in the form of requests for admission to which Defendants have responded. The parties are meeting and conferring in anticipation of Plaintiffs moving to test the sufficiency of some of Defendants' responses.

Defendants have propounded requests for production and interrogatories to which Plaintiffs have responded. Plaintiffs have also begun their responsive rolling document production.

The parties intend to propound additional written discovery, and they intend to schedule depositions once written discovery is completed.

## IV.  STATUS OF CASE SCHEDULE

The Court recently entered an order continuing all dates by approximately two months. ECF No. 46. While Plaintiffs have concerns about the ability to complete discovery given the delays and issues they have experienced concerning Defendants' responses and document production, if the parties anticipate additional time is necessary to complete discovery, the parties will provide the Court with the relevant discovery still to be completed and a proposed schedule to complete that discovery per the local rules and this Court's Case Management Order (ECF No. 31) as well as a declaration providing good cause for the extension (ECF No. 46).

## V.  STATUS OF MOTION PRACTICE

On October 22, 2020, Defendants filed a motion to maintain the confidentiality designations for their document production (ECF 49). The motion hearing is set for December 1, 2020, and Plaintiffs' response papers are due November 5, 2020.

Plaintiffs allege that recent discovery produced by Defendants suggests that an additional party, 35 Technology Co., Ltd., may also be responsible for some of the harm alleged in the Complaint. Plaintiffs are propounding additional discovery directed toward this issue. Based on the responses to this discovery, Plaintiffs may move to amend the Complaint to add 35 Technology Co., Ltd. as a party defendant.

Both parties anticipate filing motions for summary judgment, presuming the information learned

in discovery makes such motions appropriate. The parties have been meeting and conferring extensively concerning Plaintiffs' discovery requests to Defendants. However, Plaintiffs expect at this juncture to seek relief from the Court in the form of a motion to compel.

DATED: November 3, 2020                     Tucker Ellis LLP


By:  /s/David J. Steele
    David J. Steele
    Howard A. Kroll
    Steven E. Lauridsen

    Attorneys for Plaintiffs,
    FACEBOOK, INC. and INSTAGRAM, LLC

DATED: November 3, 2020                     LexAnalytica, PC


By:  /s/Perry J. Narancic
    Perry J. Narancic

    Attorneys for Defendants,
    ONLINENIC, INC. and DOMAIN ID
    SHIELD SERVICES CO., LIMITED

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all other signatories listed and on whose behalf this filing is made concur in the filing of this document and have granted permission to use an electronic signature.

                                               /s/David J. Steele