UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ONLINENIC INC, et al.,<br><br>    Defendants. | Case No. 19-cv-07071-SVK<br><br>**ORDER RE STATUS CONFERENCE AND DEFENDANTS' MOTION TO RETAIN CONFIDENTIALITY DESIGNATIONS**<br><br>Re: Dkt. Nos. 47, 48, 49, 51, 52, 53 |

This matter came on for a further status conference on November 10, 2020. There was a pending motion to retain confidentiality designations that was still in briefing and set for a hearing on December 1, 2020. Dkt. 47. The Court and the Parties were ready to address the motion. For the reasons discussed on the record, the Court vacates the December 1, 2020 hearing date and ORDERS as follows:

By **December 15, 2020**, Defendants are ORDERED to file a status report supported by a declaration as to the steps taken to address its confidentiality designations. In particular, Defendants are to search for any public documents, identify these documents, and de-designate them as confidential. Further, Defendants must make a robust, good faith effort to deduplicate its production.

**SO ORDERED.**

Dated: November 10, 2020

SUSAN VAN KEULEN
United States Magistrate Judge