TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:  213.430.3400
Facsimile:  213.430.3409

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and DOES 1-20,<br><br>Defendants. | Case No. 5:19-cv-07071-SVK<br><br>**DECLARATION OF DAVID J. STEELE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' RESPONSE TO DEFENDANTS' STATUS REPORT AND SUPPORTING DECLARATION OF PERRY J. NARANCIC (Dkt. No. 55)**<br><br>Hon. Susan van Keulen |

I, David J. Steele, declare as follows:

1. I am an attorney at Tucker Ellis LLP, counsel of record for Plaintiffs in this action. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2. Plaintiffs seek leave to file under seal the following portions of Plaintiffs' Response to Defendants' Status Report and Supporting Declaration of Perry J. Narancic (Dkt. No. 55):

| Document | Text to be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| Plaintiffs' Response to Defendants' Status Report and Supporting Declaration of Perry J. Narancic (Dkt. No. 55) | Portions of Page 6, Lines 24-27 containing customer name. | Designated by Defendants. |
| *Id.* | Portions of Page 7, Line 1 containing customer name. | Designated by Defendants. |
| *Id.* | Portions of Page 7 n.4 containing customer ID number and customer pseudonym. | Designated by Defendants. |

3. This customer information was designated as "CONFIDENTIAL" by Defendants pursuant to the terms of the protective order entered in this action, and Defendants reaffirmed that the information as confidential in their filing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 5, 2021.

    /s/David J. Steele
    DAVID J. STEELE