1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| FACEBOOK, INC. and INSTAGRAM, LLC, | Case No. 5:19-cv-07071-SVK |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' RESPONSE TO DEFENDANTS' STATUS REPORT AND SUPPORTING DECLARATION OF PERRY J. NARANCIC (Dkt. No. 55)** |
| v. | |
| ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and DOES 1-20, | |
| Defendants. | Hon. Susan van Keulen |

The Court, having read and considered Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Response to Defendants' Status Report and Supporting Declaration of Perry J. Narancic (Dkt. No. 55), as well as the motion's supporting papers, and good cause appearing, **ORDERS** that the motion is **GRANTED**.

It if further **ORDERED** that the following documents are to be sealed:

| Document | Text to be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| Plaintiffs' Response to Defendants' Status Report and Supporting Declaration of Perry J. Narancic (Dkt. No. 55) | Portions of Page 6, Lines 24-27 containing customer name. | |
| *Id.* | Portions of Page 7, Line 1 containing customer name. | |
| *Id.* | Portions of Page 7 n.4 containing customer ID number and customer pseudonym. | |

**IT IS SO ORDERED.**

DATED: _____   _____

Susan van Keulen
U.S. Magistrate Judge