Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
2225 E. Bayshore Road, Suite 200
Palo Alto, CA 94303
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE
CO., LIMITED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>               Plaintiffs,<br><br>v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED.<br><br>           Defendants. | Case No. 19-CV-07071-SVK<br><br>**DECLARATION OF PERRY J. NARANCIC IN SUPPORT OF DEFENDANTS' REPORT UNDER ECF 54** |

I, Perry Narancic, declare as follows:

1.      I am counsel of record for OnlineNIC, Inc. and Domain ID Shield Service Co., Limited ("Defendants") in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, and if called as a witness I would testify to the facts contained in this declaration.

2.      On January 8, 2020, all the parties to this action participated in a mediation conducted through JAMS, which was led by former Magistrate Judge (Hon.) Elizabeth Laporte. As defense counsel, I agree that substantial progress was made during that session.

3.      At mediation, it was agreed that defendants would conduct certain additional actions which would help facilitate a possible settlement. In my judgement, it will take a relatively

1    considerable amount of time to complete these tasks. In the meantime, there is a massive amount

2    of work to do between now and the party depositions which are scheduled for the end of January

3    2021 – including resolving a number of substantial discovery disputes on both sides.

4         4.    In order to facilitate a possible settlement, the parties and the mediator agreed that a

5    short suspension of the case, and a 3-month continuance granted by the Court, would both help

6    contain legal fees and assist in reaching a possible settlement.

7

8         I declare under penalty of perjury under the laws of the State of California that the foregoing

9    is true and correct.  Executed at Atherton, CA on January 11, 2021.

10

11

12         By: _____

           /s/ Perry J. Narancic

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2-