1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FACEBOOK, INC., and INSTAGRAM, LLC, <br><br>    Plaintiffs, <br><br>    v. <br><br> ONLINENIC INC., DOMAIN ID SHIELD SERVICE CO., LIMITED, and DOES 1-20, <br><br>    Defendants. | Case No. 5:19-CV-07071-SVK <br><br> **[PROPOSED] ORDER APPOINTING SPECIAL DISCOVERY MASTER** <br><br> Hon. Susan van Keulen |

Pursuant to Rule 53, Federal Rules of Civil Procedure, and for good cause shown, the Court hereby Orders that a Special Discovery Master shall be appointed in this case to supervise Defendants' production of ESI as defined in the ESI Order (Dkt. No. 34).

The Court finds that there is no viable alternative to appointment of a Special Discovery Master at this time. While a technical adviser or court-appointed expert could assist the Court with some of the technical aspects of the discovery in the case, in view of the technical disputes that center around database files and domain name registrar operations data, appointment of a Special Discovery Master is warranted.

It is further Ordered that the Parties shall meet and confer to identify and recommend to the Court within 15 days, a Special Discovery Master acceptable to all Parties with the appropriate technical skills to review and supervise Defendants' production of ESI. Should the Parties fail to agree regarding the Special Discovery Master to appoint, all Parties shall submit the name of a proposed Special Discovery Master to the Court within 15 days.

It is further Ordered that upon appointment, the Special Discovery Master shall undertake a review, in consultation with the Parties, of Defendants' ESI production, including the searching, selection, filtering, collection and production of ESI to date, and prepare and file a report with the Court within 30 days of the appointment regarding the status of Defendants' ESI production.

It is further Ordered that upon appointment, Defendants shall grant the Special Discovery Master access to all servers, computers, and data, so as to enable the Special Discovery Master to prepare its report, and to ensure Defendants' future searching, selection, filtering, collection and production of Defendants' ESI comply with Defendants' obligations under the Federal Rules of Civil Procedure, Local Rules, and the ESI Order.

It is further Ordered that Defendants shall bear the cost of the Special Discovery Master.

**IT IS SO ORDERED.**

DATED: _____

_____
Susan van Keulen
U.S. Magistrate Judge