TUCKER ELLIS LLP
Chicago ◆ Cleveland ◆ Columbus ◆ Houston ◆ Los Angeles ◆ San Francisco ◆ St. Louis

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>ONLINENIC INC., DOMAIN ID SHIELD SERVICE CO., LIMITED, and DOES 1-20,<br><br>    Defendants. | Case No. 5:19-cv-07071-SVK<br><br>**[PROPOSED] ORDER APPOINTING SPECIAL DISCOVERY MASTER**<br><br>Hon. Susan van Keulen |

Pursuant to Rule 53, Federal Rules of Civil Procedure, and for good cause shown, the Court hereby Orders that a Special Discovery Master shall be appointed in this case to investigate if any material information was intentionally deleted in the production of Defendants' support ticket database ("Support Ticket Database").

It is further Ordered that the Parties shall meet and confer to identify and recommend to the Court, within 15 days, a Special Discovery Master acceptable to all Parties with the appropriate technical skills to review the Support Ticket Database. Should the Parties fail to agree on a Special Discovery Master, all Parties shall submit the name of a proposed Special Discovery Master to the Court within 15 days.

It is further Ordered that upon appointment, Defendants shall provide access to the Support Ticket Database to the Special Discovery Master, who shall undertake a review and provide the parties with a report on whether any material information was intentionally deleted from Defendants' production of the Support Ticket Database.

It is further Ordered that the Parties shall equally bear the cost of the Special Discovery Master; provided however, that either party may move the Court for an order shifting the costs if so warranted by the Special Master's Report.

**IT IS SO ORDERED.**

DATED: _____         _____
                                              Susan van Keulen
                                              U.S. Magistrate Judge