TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:       213.430.3400
Facsimile:       213.430.3409

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

LEXANALYTICA, PC
Perry J. Narancic – SBN 206820
pjn@lexanalytica.com
2225 E. Bayshore Road
Suite 200
Palo Alto, CA 94303
Telephone:      650.655.2800

Attorneys for Defendants,
ONLINENIC, INC. AND DOMAIN ID SHIELD
SERVICES CO., LIMITED

Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis

TUCKER ELLIS LLP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and DOES 1-20,<br><br>Defendants. | Case No. 5:19-cv-07071-SVK<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER APPOINTING SPECIAL DISCOVERY MASTER**<br><br>Hon. Susan van Keulen |
|---|---|

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to this Court's February 16, 2021 order (ECF No. 66), the parties hereby lodge the attached Proposed Order Appointing a Special Discovery Master. To aid the Court in determining whether to appoint the Special Master proposed by the parties, the proposed Special Master's C.V. and list of prior cases are attached to this notice as Exhibit 1.

DATED: February 19, 2021                    Tucker Ellis LLP


By: /s/David J. Steele
    David J. Steele
    Howard A. Kroll
    Steven E. Lauridsen

    Attorneys for Plaintiffs,
    FACEBOOK, INC. and INSTAGRAM, LLC

DATED: February 19, 2021                    LexAnalytica, PC


By: /s/Perry J. Narancic
    Perry J. Narancic

    Attorneys for Defendants,
    ONLINENIC, INC. and DOMAIN ID
    SHIELD SERVICES CO., LIMITED

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all other signatories listed and on whose behalf this filing is made concur in the filing of this document and have granted permission to use an electronic signature.

/s/David J. Steele