# Exhibit 1

# Thomas P. Howe, Esq

503.227.6660
Howe@HoweLawFirm.com

*Electronic Discovery ~ Computer and Mobile Forensics ~ Special Master*

## E-DISCOVERY LAWYER

With over 30 years' experience combining law and technology, Tom Howe is a leading e-discovery lawyer licensed in Oregon and Washington and certified in computer and mobile forensics. Provides eDiscovery expert witness services to: United States Government, State and County Governments, School Districts, Fortune 500 Corporations, Law Firms, and e-discovery Service Providers. Frequently appointed by Federal and State Courts as a Special Master, and has presented keynotes, conference sessions, and CLEs to lawyers throughout the United States and Canada. With extensive experience in litigation and with the forensic tools and custom applications and database to provide the following services.

- Special Master
- Expert Witness
- Joint (Neutral) Expert
- Smartphone Evidence Productions
- Email Evidence Productions
- Computer Evidence Productions
- Social Media Evidence
- Discovery Protocols
- Computer Forensics

## COMPUTER AND MOBILE FORENSICS

Extensive experience with the leading computer and mobile phone forensic tools: AccessData FTK Toolkit (ACE Certified); Encase; X-Way Forensics; Cellebrite (CMFF); Katana Forensics (First Responder and Laboratory Certification); Deft; and other forensic software and tools.

Formally trained at the Washington State Criminal Justice Training Commission in Burien, Washington in computer forensics techniques and software by Katana Forensics.

Provides advanced digital data analysis and prevents security and data breaches caused by surveillance with the following certifications:
- First-Responder Certification
- Forensic Laboratory Certification
- ACE AccessData Computer Forensics Certification
- Cellebrite (CMFF)
- Technical Surveillance Counter Measures (TSCM) Certification

## CAREER ACCOMPLISHMENTS

- Nationally recognized e-discovery expert. Has provided keynotes and presentations at legal conferences in the US and Canada, CLE's and bar associations across the country, as well as to over 50 software-programming conferences worldwide on matters concerning technology and electronic discovery.
- Industry recognition for creating a "Black Box" remote collection solution for mobile phone and computer remote collections (saving the parties considerable e-discovery costs).
- Author/Co-Author of six books that provide expertise and insights on Electronic Discovery, computer programming, database development, and law-related topics. Also authored numerous magazine and journal articles in law and technology journals and magazines.
- Over 30 years of legal practice, building successful law firm, legal consulting firm, and providing expert witness services.

## PROFESSIONAL EXPERIENCE

**HOWE & ASSOCIATES, Portland, OR/Seattle, WA**                                              **1982 - Present**
Electronic Discovery Lawyer

- Assists law firms, corporate clients, school districts, and county, state, and federal governments with the collection of smartphone, computer, and email evidence in a legally defensible way.
- Provides law firms with smartphone, email, computer, and social media evidence in a cost-effective reviewable format.

- Creates Litigation Response Plans for Government and Corporate clients and frequently works as an expert witness, joint expert for both parties, and as Special Master through court appointment.

**FIOS, INC., Portland, OR**                                                                                                          1999 - 2002
CHIEF TECHNOLOGY OFFICER

Managed the 22-person software and database programming team to create state of the art e-discovery software, for the leading national electronic discovery vendor.

## EDUCATION

NORTHWESTERN SCHOOL OF LAW
*Juris Doctor,* 1982

PORTLAND STATE UNIVERSITY
*Bachelor of Science, 1978*

## BAR AFFILATIONS

*Oregon State Bar,* 1982 - Present
*Washington State Bar,* 2002 - Present

## PUBLICATIONS

"**The Ultimate Law Firm Website,** (Create Space 2018)
"**Memory Skills for Lawyers**", (Create Space 2018)
"**Access 2002 Development Unleashed**", (SAMS Publishing)
"**Access 2000 Development Unleashed**", (SAMS Publishing)
"**Outlook 2000/Exchange 5.5 Development**", (Keystone)
"**Outlook Development 1998**", (Keystone)

## COMMUNITY INVOLVEMENT

**Mentor, SCORE,** Non-profit organization aimed at providing education and mentorship to small businesses.
**Speaker/Mentor, Mercy Corps,** Non-profit organization providing mentorship and micro-loans to assist new ventures and small businesses.

## PERSONAL INTERESTS

Spending time with his family, and bicycling and hiking. He has ridden his bicycle across the United States twice, and has trekked to Mt. Everest Base Camp.

Thomas P. Howe, Esq

503.227.6660
Howe@HoweLawFirm.com

# Representative Court Cases & Client List

Below is a sample of cases where Tom Howe served as an eDiscovery expert in varying capacities as a party's expert, Joint Expert, and Special Master. Cases do not include where appointed with Protective and Non-Disclosure Order.

| Case Title | State | Role |
|---|---|---|
| Sears Authorized Hometown Stores LLC v. Six and Two LLC; Heidi Lee Wood; et al, U.S. District Court of Oregon | OR | Special Master |
| Jordan Harris Sigmund v. Katherine Anne Oden, Case No. 19DR23510 | OR | Joint Expert and Court Appointed |
| Konell v. Sayles, Clackamas County, Case No. 16CV11094 | OR | Special Master |
| Christopher Alexander Knauss v. Lillian Knauss, Case No. 17DR05940 | OR | Special Master |
| Robert L Walter v. Crystal L. Poole, Case No.  17DR11110 | OR | Special Master |
| Arild Dietrichson v. Monine Kolze, Case No. 14DR04417 | OR | Special Master |
| Gracon LLC v. Toshiba International Corporation, 2:15-CV-178-JLQ U.S. District Court, Eastern District of Washington (retained on behalf of Toshiba Corporation) | WA | Expert |
| Kingsley et al v. Lawrence County, Missouri et al, Case No. 17-cv-05007-SRB | MO | Expert |
| Michelle Embree Roberts v. Matthew Montgomery Nye, Case No. 20PO02903 | OR | Expert |
| Stewart Alexander Williams v. Anna E. Bowers, Case No. 19DR19717 | OR | Expert |
| Defendants Michael F. Suh and HOS, LLC | OR | Expert |
| Documart, LLC v. Julie Tone and Print Source, Inc., dba B&B Print Source, Multnomah County, Case No. 15CV3391 | OR | Expert |
| Jennnifer Betz v. Harlan Howard, Case No. 10P2031 | OR | Expert |
| Lindsay Stevens v. Shaun Stevens, Case No. 18PO07629 | OR | Expert |
| Pacific Northwest National Laboratory (PNNL) – Retained by U.S. Department of Energy to develop a Litigation Response Plan. | WA | Expert |
| Pacificare – eDiscovery Services for their Corporate Legal Department. | CA | Expert |
| Commonweath Legal (Toronto) – eDiscovery Vendor Services | Canada | Expert |
| Fios (Portland) – CTO eDiscovery Technology Services | OR | Expert |

# Database Experience

| Title | Type |
|---|---|
| Access 2000 Development Unleashed, (SAMS Publishing) | Book |
| Access 2002 Development Unleashed, (SAMS Publishing) | Book |
| Keystone Learning System | Video Training |
| Microsoft TechEd Conferences, 6 years giving presentations on database programming | Conference |
| Advisor Conferences, 10 years giving database programming presentations | Conference |
| AppDev, 8 years conducting weeklong SQL database training throughout USA | Training |
| Application and database development of hundreds of applications, including LOT, the Legal Operation Tracking System used to manage the corporate legal department matters for Pacificare in Los Angeles, California. | Development |