UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>                    Plaintiffs,<br><br>     v.<br><br>ONLINENIC, INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and DOES 1-20,<br><br>                    Defendants. | Case No. 5:19-cv-07071-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Date:     April 6, 2021<br>Time:    10:00 a.m.<br>Court:   Courtroom 6, 4th Floor<br>Judge:  Hon. Susan van Keulen |

The Court, having reviewed Facebook, Inc. and Instagram LLC's Motion for Leave to File a First Amended Complaint and to Modify the Scheduling Order to Allow Amendment of The Complaint and good cause appearing,

IT IS HEREBY ORDERED that Facebook, Inc. and Instagram LLC's Motion for Leave to File a First Amended Complaint and to Modify the Scheduling Order to Allow Amendment of the Complaint is granted.

IT IS FURTHER ORDERED that Facebook, Inc. and Instagram LLC shall file their Amended Complaint forthwith.

IT IS SO ORDERED.

DATED: _____          _____
                                                                              Susan van Keulen
                                                                              United States Magistrate Judge