UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ONLINENIC INC, et al.,<br><br>    Defendants. | Case No. 19-cv-07071-SVK<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO SEAL**<br><br>Re: Dkt. Nos. 56, 58 |

On January 5, 2021, Plaintiffs Facebook, Inc. and Instagram, LLC ("Plaintiffs") filed an administrative motion to file under seal portions of Plaintiffs' response to Defendants' status report and supporting declaration of Perry J. Narancic. Dkt. 56. Plaintiffs seek to seal information on the grounds that the other party has designated the information as confidential under the protective order in this case. The designating party has failed to file a declaration demonstrating that the material is sealable, as required under Civil Local Rule 79-5(e). There is therefore no basis upon which to seal the material that is the subject of this motion. Accordingly, the sealing motion is therefore **DENIED WITHOUT PREJUDICE**. The designating party seeking to seal the information that is the subject of this motion must submit the declaration required under Civil Local Rule 79-5(e) no later than **March 5, 2021**. Failure to submit the required declaration may result in denial of the motion to seal.

**SO ORDERED.**

Dated: February 26, 2021

SUSAN VAN KEULEN
United States Magistrate Judge