United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ONLINENIC INC, et al.,<br><br>   Defendants. | Case No. 19-cv-07071-SVK<br><br>**ORDER REGARDING PROPOSED ORDER APPOINTING SPECIAL MASTER**<br><br>Re: Dkt. No. 67 |

On February 19, 2021, the parties submitted a Proposed Order Appointing Special Discovery Master. Dkt. 67-1. The Court has edited the proposed order to reflect its own changes as well as edits received from the Special Master which the Court has approved. The revised order reflecting these changes is attached as **Exhibit A**. Defense counsel is **ORDERED** to finalize and re-submit the Proposed Order to the Court for signature by **Wednesday, March 3, 2021**.

**SO ORDERED.**

Dated: March 1, 2021

*Susan van Keulen*

SUSAN VAN KEULEN
United States Magistrate Judge