

Thomas P. Howe, Attorney at Law
Howe@HoweLawFirm.com
Direct: (503) 227-6660

519 SW Park Avenue, Suite 418
Portland, OR 97205
www.HoweLawFirm.com

March 9, 2021

Magistrate Judge Susan van Keulen
U.S. District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

<u>**Via CM/ECF**</u>

Re:   *Facebook Inc. et al. v. OnlineNIC Inc., et al.*
      *No. 5:19-cv-07071-SKV*
      *Order Appointing Special Discovery Master*

## AFFIDAVIT OF THOMAS P. HOWE
## NO GROUNDS FOR DISQUALIFICATION UNDER 28 USC SECTION 455

Dear Magistrate Judge van Keulen,

I, Thomas P. Howe declare as follows:

1.   I am a lawyer and digital forensic expert of Howe Law Firm with our main office located in Portland, Oregon.

2.   Pursuant to Fed. R. Civ. P. 53(a)(2), I have reviewed information provided to me related to the matter and to the best of my knowledge and belief I have no known relationship to the parties, attorneys, action, or Court and know of no reasons or grounds for disqualification under 28 U.S.C. Section 455.

I certify, under the penalty of perjury, that the foregoing statements herein are true and accurate to the best of my knowledge.

/s/ Thomas P. Howe
Thomas P. Howe