UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ONLINENIC INC, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-07071-SVK<br><br>**ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 56, 58, 69 |

On January 5, 2021, Plaintiffs Facebook, Inc. and Instagram, LLC ("Plaintiffs") filed an administrative motion to file under seal portions of Plaintiffs' response to Defendants' status report and supporting declaration of Perry J. Narancic. Dkt. 56. Plaintiffs seek to seal information on the grounds that the other party has designated the information as confidential under the protective order in this case. On February 26, 2021, the Court ordered the designating party seeking to seal the information that is the subject of this motion to submit the declaration required under Civil Local Rule 79-5(e) no later than March 5, 2021. Dkt. 69. As of the date of this order, the designating party has failed to do so. There is therefore no basis upon which to seal the material that is the subject of this motion. Accordingly, the sealing motion is **DENIED**. Plaintiffs shall file the unredacted version in the public record in accordance with Civil Local Rule 79-5(e)(2).

**SO ORDERED.**

Dated: March 9, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge