Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
2225 E. Bayshore Road, Suite 200
Palo Alto, CA 94303
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE
CO., LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>                Plaintiffs,<br>         v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED.<br><br>                Defendants. | Case No. 19-CV-07071-SVK<br><br>**DECLARATION OF PERRY J. NARANCIC IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT AND MODIFY THE SCHEDIING ORDER** |

I, Perry Narancic, declare as follows:

1.       I am counsel of record for OnlineNIC, Inc. and Domain ID Shield Service Co., Limited ("Defendants") in the above-captioned action.  I have personal knowledge of the facts set forth in this declaration, and if called as a witness I would testify to the facts contained in this declaration.

2.       Attached as Exhibit A hereto is copy of the original 1999 articles of incorporation for OnlineNIC, showing "Shaohui Gong" as the incorporator. This document is publicly available on the California Secretary of State website.

- 1-

Facebook, Inc. v. OnlineNIC, Inc.                                                                                  Case No. 19-cv-7071-SVK
Decl. of Perry J. Narancic ISO Opposition to Motion for Leave to File FAC

- 2 -

3. I conducted an Internet search for "Shaohui Gong" and the results showed a Bloomberg profile showing him as an executive at Xiamen 35.com Technology Co. The bio is attached as <u>Exhibit B</u> hereto. Notably, the address shown for 35 is Guanri Road, Software Park, Xiamen, China – which is the same address as show for OnlineNIC in its ICANN renewal – which is attached as <u>Exhibit C</u>. OnlineNIC produced its ICANN renewal to Plaintiffs in July 2020.

4. Attached as <u>Exhibit D</u> is the 2018 Outsourcing Agreement between 35.CN and OnlineNIC. All Outsourcing Agreements from 2014 forward were produced by OnlineNIC to Plaintiffs in July 2020.

5. Attached as <u>Exhibit E</u> is a copy of the Affidavit of Celeste Ingalls in *Koninklijke KPN NV, v. Oneplus Technology (Shenzhen) Co.*, Case No. 17-cv-89-LPS-CJB (D. Del.) at Dkt. No. 16-1.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Atherton, CA on March 11, 2021

DATED: March 11, 2021        By:   /s/ Perry J. Narancic
                                    _____
                                    Perry J. Narancic

- 2 -

Facebook, Inc. v. OnlineNIC, Inc.                                    Case No. 19-cv-7071-SVK
Decl. of Perry J. Narancic ISO Opposition to Motion for Leave to File FAC