ARTICLES OF INCORPORATION

1939078

FILED
In the office of the Secretary of State
of the State of California

OCT 0 6 1999

BILL JONES, Secretary of State

I

The name of this corporation is: Online NIC Inc.

II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the GENERAL CORPORATION LAW Of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporation Code.

III

The name and address in the State of California of this corporation's initial agent for the service of process is: Shaohui Gong, 3435 Wilshire Blvd., Los Angeles, CA 90010.

V

This corporation is authorized to issue only one class of shares of stock; and the total number of shares which this corporation is authorized to issue is 60,000,000.

Date: October 6, 1999

_____
Shaohui Gong, Incorporator