RECENTLY VIEWED COMPANIES



# Gong Shaohui

Former Chairman/President, Xiamen 35.Com Technology Co

**CURRENT POSITION**
Former Chairman/President, Xiamen 35.Co...

**TENURE AT CURRENT POSITION**
--

**PREVIOUS POSITION**
Chairman/President, Xiamen 35.Com Techn...

**EDUCATION**
Xiamen University
ShanghaiTech University

**BOARD MEMBERSHIPS**
Binary Digital Tech Co Ltd
Xiamen 35.Com Technology Co

**INDUSTRY**
Media

**CURRENT PRICE**
300051:CH  4.38 CNY  ▼ -0.32  -6.81%   AS OF 12:07 AM EST 02/01/2021   SEE QUOTE

## Board Memberships

TITLE                COMPANY                TENURE



# Gong Shaohui

Former Chairman/President, Xiamen 35.Com Technology Co

**CURRENT POSITION**

Former Chairman/President, Xiamen 35.Com Technology Co

**TENURE AT CURRENT POSITION**

--

**PREVIOUS POSITION**

Chairman/President, Xiamen 35.Com Technology Co

**EDUCATION**

Xiamen University
ShanghaiTech University

**BOARD MEMBERSHIPS**

Binary Digital Tech Co Ltd
Xiamen 35.Com Technology Co

**INDUSTRY**

Media

CURRENT PRICE

300051:CH 4.36 CNY
-0.34 -7.23%

AS OF 01:04 AM EST 02/01/2021

SEE QUOTE

## Board Memberships

TITLE
COMPANY
TENURE
Chairman
Binary Digital Tech Co Ltd
PRESENT
Chairman
Xiamen 35.Com Technology Co
08/2007–08/2019

## Other Memberships

TITLE
COMPANY
TRUSTEE
Internet Society of China
TRUSTEE
Xiamen General Chamber of Commerce
VICE CHAIRMAN
Xiamen Software Industry Assn

## Career History

TITLE
COMPANY
TENURE
Chairman/Founder/IR
Binary Digital Tech Co Ltd
PRESENT
Chairman/President
Xiamen 35.Com Technology Co
08/2007–08/2019

## Education

DEGREE
INSTITUTION

MBA
Xiamen University
GRADUATED
ShanghaiTech University

## About Xiamen 35.com Technology Co Ltd

Xiamen 35.com Technology Co., Ltd. researches and develops application software, provides corporate email hosting services, electronic business homepage building services. The Company also provides domain name, office automation system (OA), and customer relationship management system (CRM).

SECTOR
Communications
INDUSTRY
Media
SUB-INDUSTRY
Internet Media & Services
FOUNDED
04/01/2004
ADDRESS
1F,8 Guanri Rd, Software Park Huoju High-Tech District Xiamen, 361008 China
PHONE
86-592-295-0819
WEBSITE
www.35.com
NO. OF EMPLOYEES
660
MORE INFO