DocuSign Envelope ID: E46D669A-D97B-4F74-8105-C6DB39F00EBD



**Los Angeles Headquarters**

12025 Waterfront Drive, Suite 300
Los Angeles, CA 90094-2536
USA

+1 310 301 5800
+1 310 823 8649

18 March 2019

OnlineNIC, Inc.
35.COM BLDG, 8th Guanri Rd, Software Park
Xiamen Fujian 361008
China

RE: Your Registrar Accreditation Agreement (RAA)

Dear OnlineNIC, Inc.,

An ICANN registrar accreditation is granted for a term of five (5) years under the 2013 Registration Accreditation Agreement (RAA). To maintain an accreditation, each registrar must renew its RAA prior to the expiration of the five-year term. An RAA may be renewed once ICANN determines that a registrar meets the requirements of Section 5.2 of the RAA.

This letter is to confirm that OnlineNIC, Inc., IANA 82 has met the renewal criteria and its accreditation has been renewed through the 2013 Registrar Accreditation Agreement auto-renewal process.

The new expiration date is:

    9 April 2024

Thank you for your continued partnership. Please contact globalsupport@icann.org for any additional questions.

Sincerely,

*Cyrus Namazi*
—DocuSigned by:
77F5AE8D69C3489...

Cyrus Namazi
SVP, Global Domains Division