Service Outsourcing Contract

This Service Outsourcing Contract（the "Contract"） is dated as of 2018-01-01 by and between OnlineNic, Inc, a California Corporation located at 3027 Teagarden St, San Leandro, CA 94577, United States ("Party A") and Xiamen 35.com Technology Co. Ltd., an internet technology limited liability company located in Xiamen, Fujian Province, China ("Party B").  Each of the parties hereto is referred to individually as a "Party" and collectively as the "Parties".

WHEREAS, Party A is an accredited registrar of the Internet Corporation for Assigned Names and Numbers;

WHEREAS, Party A desires to engage Party B to provide certain fee-based domain registration related oursourcing services;

WHEREAS, Party B desires to provide such services to Party A;

NOW, THEREFORE, in consideration of their mutual undertakings, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereto agree as follows:

1. <u>Outsourcing Service Provided</u>

(a) Subject to the terms and conditions of this Contract, Party A hereby retains Party B to perform certain outsourcing services, and Party B agrees, subject to the terms and conditions of this Contract, to render such services during the term of this Contract.  The Outsourcing service (collectively, the "Outsourcing") shall include:

    (i)   Website design;
    (ii)  New product research and development;
    (iii) System maintenance;

(iv) Technical support and technical consultation;

(v) Marketing,Sales,Support service;

(vi) Other services which two parties agree;

(b) Party A shall comply with Party B's requests for information and provide Party B access to all documents and files necessary to the performance of Party B's duties under this Contract.

2. Compensation and reimbursement

(a) In consideration of the Services to be provided by Party B to Party A, Party A shall make a monthly payment ▮▮▮▮▮▮▮▮▮▮ (the "Payment") for the term of this Contract. The Payment shall be made within thirty (30) days following the invoice date.

(b) The Payment shall be made by wire or other mutually agreed means to Party A's bank account as follows:



| Intermediary Bank | ▮▮▮▮▮▮▮▮▮▮ |
| --- | --- |
| Beneficiary Bank | ▮▮▮▮▮▮▮▮▮▮ |
| Account No: | ▮▮▮▮▮▮▮▮▮▮ |
| Address: | 1F-4, Technical Service Building Software Park, Torch Hi-Tech Zone, Xiamen Fujian CN 361012 |

3. Term: This Contract shall remain in force for a period of one (1) year commencing on the date first written above, unless sooner terminated as

hereinafter provided, or unless extended by Contract of the Parties.

4. <u>Termination of Contract</u>: This Contract may be terminated by either Party, with or without cause, upon thirty (30) days prior written notice to the other Party.

5. <u>Indemnification</u>: Party A agrees to indemnify, defend and hold harmless Party B as well as its employees, directors, officers from and against any and all demands, claims, and loss or threatened loss by reason of the liability or potential liability of Party A arising out of or in connection with this Contract.

6. <u>Modification</u>: No alteration or modification of this Contract shall be valid unless made in writing and executed by the Parties.

7. <u>Arbitration</u>: The Parties agree that any dispute arising out of or in connection with this Contract shall be resolved through good faith negotiations. If the Parties are unable to settle the dispute, either Party is entitled to initiate arbitration at the XIAMEN Arbitration Commission (the Arbitration Commission") in accordance with the arbitration rules of the Arbitration Commission in force at the time the arbitration is initiated. There shall be three arbitrators, with the first two appointed by each Party and the third arbitrator appointed by the Arbitration Commission. All fees and expenses of the arbitrators and other related arbitration costs and expenses shall be divided evenly between the Parties.

8. <u>Counterparts</u>: This Contract shall be executed in two (2) counterparts.

9. <u>Governing Laws</u>: This Contract shall be governed by and construed in accordance with the laws of the People's Republic of China, without reference to any choice of law or conflicts of law provisions or rule that would

call for the application of the law of any other jurisdiction.

10.     Severability:   If any provision of this Contract is held unenforceable, then such provision will be modified to reflect the Parties' intention. All remaining provisions of this Contract shall remain in full force and effect.

IN WITNESS WHEREOF, the Parties have caused this Contract to be duly executed on the day and year first above written.

(Signatures begin on next page)

Party A: OnlineNic, Inc          Party B: Xiamen 35.com Technology Co. Ltd.

Signature: Carrie Yu             Signature: Kevin

Date: Jan. 1st. 2018.            Date: 2018. 1. 12