1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., and INSTAGRAM, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ONLINENIC INC., DOMAIN ID SHIELD SERVICE CO., LIMITED, and DOES 1-20,<br><br>　　　　　Defendants. | Case No. 5:19-CV-07071-SVK<br><br>**[PROPOSED] ORDER**<br><br>Hon. Susan van Keulen |

Defendants OnlineNIC Inc. and Domain are hereby ORDERED to produce documents responsive to Request No 153 without objection.

**IT IS SO ORDERED.**

DATED: _____

Susan van Keulen
U.S. Magistrate Judge