1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FACEBOOK, INC., and INSTAGRAM, LLC, | Case No. 5:19-CV-07071-SVK |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | Hon. Susan van Keulen |
| ONLINENIC INC., DOMAIN ID SHIELD SERVICE CO., LIMITED, and DOES 1-20, | |
| Defendants. | |

1    Defendant OnlineNIC Inc. is hereby ORDERED to produce documents responsive to Request
2 Nos. 169- 173 without objection, and
3    Defendant Domain ID Shield is hereby ORDERED to produce documents responsive to Request
4 Nos. 164-168 without objection.

6    **IT IS SO ORDERED.**

8 DATED: _____

                                Susan van Keulen
                                U.S. Magistrate Judge