Thomas Howe, OSB 822847
Howe Law Firm
519 SW Park Avenue, Suite 418
Portland, OR 97205
www.HoweLawFirm.com
Howe@HoweLawFirm.com
Tel: (503) 227-6660
Fax: (844) 332-3912

Special Discovery Master

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FACEBOOK, INC., and INSTAGRAM, LLC, | Case No.: 5:19-cv-07071-SVK |
| Plaintiffs, | |
| v. | **SPECIAL DISCOVERY MASTER'S STATUS REPORT** |
| ONLINENIC INC, DOMAIN ID SHIELD SERVICE CO., LIMITED AND DOES 1-20 | Hon. Susan van Keulen |
| Defendants. | |

Thomas P. Howe was appointed as Special Discovery Master in this matter, pursuant to the court's Order Appointing Special Discovery Master (the "Order") on March 3, 2021.

Mr. Howe submits this first status report to the court per the following mandate of the Order, "IT IS FURTHER ORDERED that the Special Master shall, with the parties' input, file an initial report with the Court within twenty-one calendar days of the date of this Order, detailing the Special Master's initial efforts and a timeline for completion."

**A. Review Pleadings; Plaintiffs' Requests for Productions, Defendants' Discovery Responses; Protocols, and/or Agreements relating to the Support Ticket Database discovery.**

1

Completed.

B. **Collect the Ticketing System Database, Backups, and Ticket Attachment Files from Defendants.**

Ongoing.

The parties will likely require additional discovery, and the goal is to have a complete collection of all ESI within the next few days. I have had numerous phone calls and Skype meetings, and remote screen-sharing with Defendants' IT in China (under Defendants' counsel observation) to obtain requisite passwords, database files, backup files, attachment files, and other ESI verification information. However, Defendants are still producing information through the evening of March 23, 2021, and continuing March 24, 2021.

C. **Verify the Integrity and Completeness of the Collections Provided by Defendants.**

Ongoing.

I have spent considerable time reviewing the collections provided by Defendants of the current database, database backups, and attachment files. I have found multiple issues with the productions provided so far, resulting in multiple requests for additional collections from Defendants. The latest collections were provided on the evening of March 23, 2021, I am reviewing those now.

D. **Learn the Database Structure and Schema to Assist the Parties with Negotiating the Discovery Protocol.**

Completed.

I have thoroughly reviewed the database structure and schema, including creating and executing queries to verify the collections. In addition, I have created a .NET application which will speed up processing of the data when the parties complete the Discovery Protocol.

E. **Review the Sufficiency and Defensibility of the Productions Provided by Defendants to Plaintiffs. Determine whether Data was Destroyed or Withheld from Support Ticket Database.**

Pending.

I have expended significant time and effort towards these evaluations. Final conclusions are pending my receipt of complete collections from the Defendants.

**F. Assist the Parties to Establish a Database Discovery Protocol.**

Pending.

Plaintiffs and Defendants' counsel will participate in a Zoom meeting with the me today, March 24, 2021 at 4 PM to discuss the Database Discovery Protocol.

**G. Query and Cull the Database to Create a Production to Include the Responsive Database Records and Ticketing Attachment Files.**

Pending.

To be done after the parties agree on a Database Discovery Protocol.

**H. Produce the Production Database to the Parties.**

Pending.

To be done after the parties agree on a Database Discovery Protocol and after the database is processed and culled for production.

**I. Perform other Duties Ordered by the Court and Requested by the Parties.**

Pending.

I provided this status report to Plaintiffs and Defendants, by and through their respective counsel, for an opportunity to provide input on this report before submission the afternoon of March 24, 2021[1].

Today, March 24, 2021, at 4:00 PM, Plaintiffs and Defendants' counsel will participate in a Zoom meeting with the Special Master to discuss this status report and pursue agreement on a Database Discovery Protocol.

---

[1] Plaintiffs' counsel, by email, requested additional details about work done thus far. I will provide a detailed report after the ESI collection is completed.

Thomas P Howe expects to complete his duties as Special Discovery Master on or before the discovery deadline. On or before March 31, 2021, Thomas Howe will provide a second status report to the court consistent with the provisions of the Order to explain the "Special Master's progress, intended completion date, and any impediments posed, whether they be technical in nature or caused by one or more of the parties."

DATED: March 24, 2021                                  Howe Law Firm


                                                       By:   /s/ Thomas P. Howe
                                                             Thomas P. Howe,
                                                             Special Discovery Master