# Exhibit 5



# Domain Privacy

**Protect your WHOIS with ID Shield!**

ID Shield keeps you away from spam and telemarketing. Why wait? Kick spamming and phishing Now!



**How does ID Shield work?**

→ OnlineNIC ID Shield act as a firewall between you and outside world, instead of your personal information being available to public, the eyes of information prier will target at OnlineNIC ID Shield.

- We replace your registrant, technical, admin and billing information.
- Although the whois information shows our information, you retain full ownership of the domain.
- You have complete control over the domain, you can manage all facets of the domain via your control panel like domains without ID Shield service.
- Email address listed in each contact will be changed constantly to avoid being bombarded by spammers.

**Note: ID Shield can not be applied to .US domain**

| Whois unprotected Completely exposed to public |  | Whois Protected Hide behind ID Shield |
|---|---|---|
| Name: John Doe<br>Org: HYhosting Technology Co.,Ltd.<br>Country/Region: US<br>Province: NY<br>City: NY<br>Address: 78# HD AV.<br>Postalcode: 361012<br>Telephone: +001.10125865<br>Fax: +001.10125865<br>E-mail: Johndoe@HYhosting.com | | Name: Domain ID Shield Service<br>Org: Domain ID Shield Service CO., Limited<br>Country/Region: HK<br>Province: Hong Kong<br>City: Hong Kong<br>Address: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK, KOWLOON, HONG KONG<br>Postalcode: 999077<br>Telephone: +852. 21581835<br>Fax: +852.30197491<br>E-mail: whoisprivacy@domainidshield.com |

**Note:* The line is open in HK working time.**

**Service provider identity:**

Org: Domain ID Shield Service CO., Limited
Country/Region: HK
Province: Hong Kong
City: Hong Kong
Address: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK, KOWLOON, HONG KONG
Postal code: 999077
*Telephone: +852. 21581835
Fax: +852.30197491
Abuse/Infringement Point of Contact: Fax: +852.30197491



**OnlineNIC's mission is to help you grow business, no matter you are small or big.**