Thomas Howe, OSB 822847
Howe Law Firm
519 SW Park Avenue, Suite 418
Portland, OR 97205
www.HoweLawFirm.com
Howe@HoweLawFirm.com
Tel: (503) 227-6660
Fax: (844) 332-3912

Special Discovery Master

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., and INSTAGRAM, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>ONLINENIC INC, DOMAIN ID SHIELD SERVICE CO., LIMITED AND DOES 1-20<br><br>    Defendants. | Case No.: 5:19-cv-07071-SVK<br><br>**SPECIAL DISCOVERY MASTER'S SECOND STATUS REPORT**<br><br>Hon. Susan van Keulen |

Thomas P. Howe, Special Discovery Master, submits this thirty-day status report as per the Order: "If the Result Set has not been produced to the Parties within thirty days of the appointment of the Special Master, the Special Master shall file a status report with the Court explaining the Special Master's progress, intended completion date, and any impediments posed, whether they be technical in nature or caused by one or more of the parties."

    **A. Review Pleadings; Plaintiffs' Requests for Productions, Defendants' Discovery Responses; Protocols, and/or Agreements relating to the Support Ticket Database discovery.**

Completed.

**B. Learn the Kayako Database Structure and Schema.**

Completed.

**C. Collect from the Defendants the Kayako Support System Database, Backups, Ticket Attachment Files, and Requested Data Destruction Information.**

Completed.

I have collections of all data relating to the Kayako Support Database discovery and the data destruction inquiry that Defendants have told me still exists. For all information I requested, the Defendants either provided the information or stated that it does not exist. The latest information I received from the Defendants was on the evening of March 29, 2021.

**D. Data Destruction Report - Review the Sufficiency and Defensibility of the Productions Provided by Defendants to Plaintiffs. Determine whether Data was Destroyed or Withheld from Support Ticket Database.**

Ongoing.

During a Zoom meeting on March 30, 2021, counsel for both parties recommended completing the Data Destruction Report first, before the discovery production.

With this goal in mind, I will focus on the forensic analysis and cross-referencing of the data from all database backups, attachment folder files, earlier productions, and other technical information collected from the Defendants.

My findings from the forensic analysis will be provided to the parties in a Data Destruction Report. I expect to complete the report and submit it to both parties to review on or before April 14, 2021. After an opportunity for input by the parties, I will submit the Data Destruction Report to the court.

**E. Assist the Parties with Negotiating the Discovery Protocol.**

Ongoing.

During two Zoom meetings with counsel for both parties, we discussed the Discovery Protocol Agreements I have prepared. The parties are still negotiating a

final agreement (e.g., search terms and search methodology). I will continue to assist the parties to complete a final Discovery Protocol Agreement.

**F. Query and Cull the Database to Create a Production to Include the Responsive Database Records and Ticketing Attachment Files.**

Pending.

To be done after the parties agree on a Discovery Protocol.

**G. Produce the Production Database to the Parties.**

Pending.

To be produced after the parties agree on a Discovery Protocol and after the database is processed and culled for production.

The recent completion date of data collection from Defendants (March 29, 2021), and still pending agreement on a Discovery Protocol, have caused the delay in production to the parties.

**H. Perform other Duties Ordered by the Court and Requested by the Parties.**

Pending.

I provided this status report on March 31, 2021, to Plaintiffs and Defendants, by and through their respective counsel, for an opportunity to provide input on this report before submission to the court on April 2, 2021. Each party recommended a single small change that has been updated in this order.

//

//

//

//

//

Thomas P Howe expects to complete the Data Destruction Report on or before April 14, 2021. Counsel for both parties will then have an opportunity to review the Data Destruction Report before it is submitted to the court. After all counsel agree on a final Discovery Protocol Agreement, I expect to deliver the productions to both parties within 14 days.

DATED: April 2, 2021                                          Howe Law Firm

                                                              By:   /s/ Thomas P. Howe
                                                                    Thomas P. Howe,
                                                                    Special Discovery Master