Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
2225 E. Bayshore Road, Suite 200
Palo Alto, CA 94303
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE
CO., LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>Plaintiffs,<br>v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.<br><br>Defendants. | Case No. 19-CV-07071-SVK<br><br>**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANTS ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED** |

Defendants OnlineNIC, Inc. ("OnlineNIC") and Domain ID Shield Service Co., Limited ("ID Shield") (together, the "Defendants") hereby respond to the allegations in the numbered paragraphs the First Amended Complaint by Facebook, Inc. and Instagram, LLC (together, the "Plaintiffs"), and assert affirmative defenses, as follows:

1.  Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 1.

2.  Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 2.

3.  Admitted that OnlineNIC and 35.CN are separate ICANN-accredited domain name

registrar; the remaining allegations are denied.

4. Denied.

5. Denied.

6. The allegations in Paragraph 6 are characterizations of the Complaint, which speaks for itself, and accordingly no response is required.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted that ID Shield is a Hong Kong limited company; the remainder is denied.

11. Admitted, except for the last sentence – which is denied.

12. Denied.

13. Admitted.

14. Denied.

15. Denied.

16. Denied.

17. The allegations of Paragraph 17 are legal conclusions to which no response is required.

18. Admitted.

19. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 19.

20. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 20.

21. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 21.

22. Admitted.

23. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 23.

24. Defendants lack knowledge or information sufficient to form a belief as to the truth

1 of the allegations set forth in Paragraph 24.

2  25. Defendants lack knowledge or information sufficient to form a belief as to the truth
3 of the allegations set forth in Paragraph 25.

4  26. Admitted.

5  27. Denied; except it is admitted that ID Shield "is listed as the registrant in the WHOIS
6 directory".

7  28. Admitted that Exhibit 5 is a genuine screen capture as alleged; the remaining
8 allegations are denied.

9  29. Admitted.

10  30. Denied.

11  31. Admitted, except to the extent that ID Shield officers are considered employees.

12  32. Admitted.

13  33. Admitted.

14  34. Admitted.

15  35. Admitted.

16  36. Admitted.

17  37. Admitted.

18  38. Admitted.

19  39. Admitted.

20  40. Admitted.

21  41. Admitted.

22  42. Denied.

23  43. Denied.

24  44. Admitted.

25  45. Admitted.

26  46. Admitted.

27  47. Denied.

28  48. Denied.

| | |
|---|---|
| 1 | 49.   Admitted. |
| 2 | 50.   Admitted. |
| 3 | 51.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 51. |
| 5 | 52.   Denied. |
| 6 | 53.   Denied. |
| 7 | 54.   Denied. |
| 8 | 55.   Denied. |
| 9 | 56.   Denied. |
| 10 | 57.   Denied. |
| 11 | 58.   Denied. |
| 12 | 59.   Denied. |
| 13 | 60.   Denied. |
| 14 | 61.   Denied, except the last sentence is admitted. |
| 15 | 62.   Admitted. |
| 16 | 63.   Admitted. |
| 17 | 64.   Admitted that OnlineNIC has been named in administrative complaints; the remaining allegations are denied. |
| 19 | 65.   Denied. |
| 20 | 66.   Denied. |
| 21 | 67.   Denied. |
| 22 | 68.   Denied. |
| 23 | 69.   Denied. |
| 24 | 70.   Denied. |
| 25 | 71.   Denied. |
| 26 | 72.   Denied. |
| 27 | 73.   Exhibit 6 speaks for itself, and no further response is necessary. |
| 28 | 74.   Defendants lack knowledge or information sufficient to form a belief as to the truth |

- 4-

- 5 -

1 | of the allegations set forth in Paragraph 74.
2 |     75.    Denied.
3 |     76.    Defendants incorporate by reference their responses as set forth above.
4 |     77.    Denied.
5 |     78.    Denied.
6 |     79.    Denied.
7 |     80.    Denied.
8 |     81.    Denied.
9 |     82.    Admitted.
10 |     83.    Admitted.
11 |     84.    Admitted.
12 |     85.    Admitted.
13 |     86.    Denied.
14 |     87.    Denied.
15 |     88.    Denied.
16 |     89.    Denied.
17 |     90.    Denied.
18 |     91.    Denied.
19 |     92.    Denied.
20 |     93.    Denied.
21 |     94.    Denied.
22 |     95.    Denied.
23 |     96.    Denied.
24 |     97.    Denied.
25 |     98.    Denied.
26 |     99.    Denied.
27 |     100.    Denied.
28 |     101.    Denied.

102. Denied.
103. Defendants incorporate by reference their responses as set forth above.
104. Denied.
105. Denied.
106. Denied.
107. Denied.
108. Denied.
109. Denied.
110. Denied.
111. Denied.
112. Denied.
113. Denied.
114. Defendants incorporate by reference their responses as set forth above.
115. Denied.
116. Denied.
117. Denied.
118. Denied.
119. Denied.
120. Denied.
121. Denied.
122. Denied.
123. Denied.
124. Denied.
125. Denied.
126. Defendants incorporate by reference their responses as set forth above.
127. Denied.
128. Denied
129. Denied.

130. Denied.

131. Denied.

132. Denied.

133. Denied.

134. Denied.

135. Denied.

136. Denied.

137. Denied.

## **AFFIRMATIVE DEFENSES**

Defendants assert the following defenses and reserve the right to assert additional defenses upon discovery of relevant facts.

### **First Defense**

Plaintiffs are not entitled to any of the relief requested because this Court lacks personal jurisdiction over the Defendants.

### **Second Defense**

Plaintiffs' Complaint fails to state claims upon which relief may be granted.

### **Third Defense**

Plaintiffs' claims are barred in whole or in part because there is no trademark infringement, contributory or otherwise.

### **Fourth Defense**

Plaintiffs' claims are barred in whole or in part because Plaintiffs have not suffered any injury caused by Defendants.

### **Fifth Defense**

Plaintiffs' claims are barred in whole or in part by the doctrine of unclean hands.

### **Sixth Defense**

Plaintiffs' claims are barred by the doctrines of laches and/or estoppel.

Facebook, Inc. v. OnlineNIC, Inc.                                                         Case No. 19-cv-7071-SVK
Answer to First Amended Complaint

### Seventh Defense

Plaintiffs' claims are barred by the doctrine of trademark misuse.

### Eighth Defense

Plaintiffs' claims are barred by the doctrine of trademark misuse.

### Ninth Defense

Plaintiffs' claims are barred because Defendants' actions were and are privileged under the First Amendment to the United States Constitution.

### Tenth Defense

Plaintiffs' claims are barred in whole or in part because Defendants lacked the requisite knowledge or intent.

### Eleventh Defense

Plaintiffs' claims are barred in whole or in part because Defendants' alleged conduct was not willful.

### Twelfth Defense

Plaintiffs' claims are barred in whole or part by the principle of territoriality.

### Thirteenth Defense

Plaintiffs' claims are barred in whole or part because Plaintiffs have not joined parties necessary or otherwise proper for the equitable adjudication of this action.

### DEFENDANTS' PRAYER FOR RELIEF

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendants assert a general denial as to the allegations contained in the First Amended Complaint that are not specifically admitted herein. The remainder of the First Amended Complaint sets forth Plaintiffs' prayer for relief to which no response is required. To the extent a response is deemed required, Defendants deny that Plaintiffs are entitled to the relief for which Plaintiffs pray, or to any other relief.

WHEREFORE, Defendants request that the Court enter judgement:

a. dismissing all of Plaintiffs' claims in the First Amended Complaint with prejudice in favor of Defendants;

b.  that Plaintiffs are not entitled to any damages or equitable relief;

c.  that Plaintiffs' bringing of and conduct in this case was exceptional pursuant to 15 U.S.C. §1117(a);

d.  awarding Defendants' reasonable attorneys' fees and costs, and

e.  for such other and further relief as shall be deemed proper.

Respectfully Submitted,

DATED:  April 16, 2021        LEXANALYTICA, PC

By:  /s/ Perry J. Narancic

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED

- 9 -

Facebook, Inc. v. OnlineNIC, Inc.                                                                    Case No. 19-cv-7071-SVK
Answer to First Amended Complaint