Thomas Howe, OSB 822847
Howe Law Firm
519 SW Park Avenue, Suite 418
Portland, OR 97205
www.HoweLawFirm.com
Howe@HoweLawFirm.com
Tel: (503) 227-6660
Fax: (844) 332-3912

Special Discovery Master

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., and INSTAGRAM, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ONLINENIC INC, DOMAIN ID SHIELD SERVICE CO., LIMITED AND DOES 1-20 <br><br> Defendants. | Case No.: 5:19-cv-07071-SVK <br><br><br> **SPECIAL DISCOVERY MASTER'S THIRD STATUS REPORT** <br><br> Hon. Susan van Keulen |

Thomas P. Howe, Special Discovery Master, submits this status report with the Court as per the Order to explain: "the Special Master's progress, intended completion date, and any impediments posed, whether they be technical in nature or caused by one or more of the parties."

**A. Data Destruction Report - Review the Sufficiency and Defensibility of the Productions Provided by Defendants to Plaintiffs. Determine whether Data was Destroyed or Withheld from Support Ticket Database.**

Ongoing. Per the Order, the Special Master "shall also report, if able, on whether data was destroyed or withheld from Defendants' previous productions."

1

To review the sufficiency and defensibility of Defendants' past productions, I requested the parties complete discovery protocol agreement. The parties did not have a written discovery protocol in place for the past productions. I requested Mr. Steele and Mr. Narancic to provide any protocol terms they had agreed to, based upon on their prior emails and communications. The parties' lawyers provided their agreed discovery protocol terms for past productions to me on on Friday, April 16, 2021, and final details were confirmed by emails on Monday, April 19, 2021.

I have completed substantial work towards an analysis of defendants' past productions regarding allegations of data destruction. My analysis may require the defendants to provide additional information. Assuming no newly discovered data is found, I expect to complete the Data Destruction Report and provide it to the parties on or before May 5, 2021. Counsel for both parties will have an opportunity to review the Report before I submit it to the Court.

**B. Assist the Parties with Negotiating the Discovery Protocol for the New Production.**

Ongoing.

**C. Query and Cull the Database to Create a Production to Include the Responsive Database Records and Ticketing Attachment Files.**

Pending.

To be done after the parties agree on a the new Discovery Protocol.

**D. Produce the Production Database to the Parties.**

Pending.

To be produced after the parties agree on a new Discovery Protocol and after processing and culling the database for production.

**E. Perform other Duties Ordered by the Court and Requested by the Parties.**

Pending.

I provided this status report on April 20, 2021, to Plaintiffs and Defendants, by and through their respective counsel, for an opportunity to provide input on this report before submission to the court on April 21, 2021.

DATED: April 21, 2021                                    Howe Law Firm

                                                         By:   /s/ Thomas P. Howe
                                                               Thomas P. Howe,
                                                               Special Discovery Master