TUCKER ELLIS LLP
David J. Steele (SBN 209797)
david.steele@tuckerellis.com
Howard A. Kroll (SBN 100981)
howard.kroll@tuckerellis.com
Steven E. Lauridsen (SBN 246364)
steven.lauridsen@tuckerellis.com
515 South Flower Street, 42nd Floor
Los Angeles, California 90071
Telephone:    (213) 430-3400
Facsimile:    (213) 430-3409

DAVIS POLK & WARDWELL LLP
Ashok Ramani (SBN 200020)
ashok.ramani@davispolk.com
Micah G. Block (SBN 270712)
micah.block@davispolk.com
1600 El Camino Real
Menlo Park, California 94025
Telephone:    (650) 752-2000
Facsimile:    (650) 752-2111

*Counsel for Plaintiffs*
*Facebook, Inc. and Instagram, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ONLINENIC, INC. DOMAIN ID SHIELD SERVICE CO., LIMITED and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 5:19-cv-07071-SVK<br><br>**NOTICE OF APPEARANCE OF MICAH G. BLOCK** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Micah G. Block of the law firm of Davis Polk & Wardwell LLP hereby appears in this action as counsel on behalf of Plaintiffs Facebook, Inc. and Instagram, LLC.  Plaintiffs respectfully request that all pleadings and other documents be addressed to and served upon Micah G. Block using the contact information set forth below.

>Micah G. Block
>DAVIS POLK & WARDWELL LLP
>1600 El Camino Real
>Menlo Park, California 94025
>Telephone: (650) 752-2000
>Facsimile: (650) 752-2111
>Email: micah.block@davispolk.com

Date: April 23, 2021

Respectfully submitted,
DAVIS POLK & WARDWELL LLP

/s/ Micah G. Block
Ashok Ramani (SBN 200020)
ashok.ramani@davispolk.com
Micah G. Block (SBN 270712)
micah.block@davispolk.com
1600 El Camino Real
Menlo Park, California 94025
Telephone:   (650) 752-2000
Facsimile:    (650) 752-2111

TUCKER ELLIS LLP
David J. Steele (SBN 209797)
david.steele@tuckerellis.com
Howard A. Kroll (SBN 100981)
howard.kroll@tuckerellis.com
Steven E. Lauridsen (SBN 246364)
steven.lauridsen@tuckerellis.com
515 South Flower Street, 42nd Floor
Los Angeles, California 90071
Telephone:   (213) 430-3400
Facsimile:    (213) 430-3409

*Counsel for Plaintiffs*
*Facebook, Inc. and Instagram, LLC*