UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br>           Plaintiffs,<br>    v.<br>ONLINENIC INC, et al.,<br>           Defendants. | Case No. 19-cv-07071-SVK<br><br>**ORDER DENYING PRO HAC VICE APPLICATION**<br><br>Re: Dkt. No. 92 |

On April 24, 2021, attorney Cristina Rincon filed a motion for leave to appear in pro hac vice. Dkt. 92. Pursuant to Local Rule 11-3(a), a true and correct copy of a certificate of good standing or equivalent official document from said bar must be attached to the application. Accordingly, the Court **DENIES** the motion for leave to appear in pro hac vice without prejudice.

**SO ORDERED.**

Dated: April 26, 2021

SUSAN VAN KEULEN
United States Magistrate Judge