1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., and INSTAGRAM, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>ONLINENIC INC., DOMAIN ID SHIELD SERVICE CO., LIMITED, and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>    Defendants. | Case No. 5:19-CV-07071-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL AND FOR SANCTIONS**<br><br>Hon. Susan van Keulen |

The Court, having read and considered the April 28, 2021 Joint Discovery Letter Brief filed by the parties, hereby **ORDERS** that Plaintiffs' motion is **GRANTED**.

Accordingly, it is **ORDERED** that OnlineNIC, Inc. ("OnlineNIC") will produce all financial records contained in its "internal systems" within **three days** of this order. OnlineNIC is further **ORDERED** to show cause, within **seven days**, why it should not be sanctioned for its discovery abuse such that Plaintiffs would be entitled to their fees and costs associated with bringing their motion.

It is further **ORDERED** that, given Domain ID Shield Service Co., Limited's ("ID Shield") willful violation of this Court's order compelling the production of documents (ECF No. 81), the Court enters an issue sanction finding that ID Shield and OnlineNIC are alter egos and operate as a single business enterprise, that OnlineNIC is a direct participant in the actions of ID Shield, and that each defendant is liable for the acts and conduct of the other as alleged in the First Amended Complaint.

**IT IS SO ORDERED.**

DATED: _____          _____
                                        Susan van Keulen
                                        U.S. Magistrate Judge