1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>        Defendants. | Case No. 5:19-cv-07071-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE ALL CASE DEADLINES BY APPROXIMATELY THREE MONTHS [CIVIL L.R. 6-3]**<br><br>DATE:    June 8, 2021<br>TIME:    10:00 a.m.<br>CTRM:   6 – 4th Floor<br><br>Hon. Susan van Keulen |

The Court, having read and considered the papers supporting and opposing Plaintiffs' Motion to Continue All Case Deadlines by Approximately Three Months, and good cause appearing, **ORDERS** that the motion is **GRANTED.**

Accordingly, it is **ORDERED** that the pretrial schedule in this action is amended as follows:

| Event | Current Date | New Date |
|---|---|---|
| Fact Discovery Cut-off | June 3, 2021 | September 2, 2021 |
| Opening of Expert Disclosures | May 21, 2021 | August 20, 2021 |
| Rebuttal Expert Disclosures | June 11, 2021 | September 10, 2021 |
| Close of Expert Discovery | July 6, 2021 | October 5, 2021 |
| Dispositive Motion Filing Deadline | July 20, 2021 | October 19, 2021 |
| Last Day to Hear Dispositive Motions | September 14, 2021 | December 14, 2021 |
| Final Pretrial Conference | November 4, 2021<br>Filing Dates: October 21, 2021<br>October 28, 2021 | February 3, 2022<br>Filing Dates: January 20, 2022<br>January 27, 2022 |
| Trial | November 15, 2021 | February 14, 2022 |

**IT IS SO ORDERED.**

DATED: _____

                                                      Susan van Keulen
                                                      United States Magistrate Judge