TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:     213.430.3400
Facsimile:      213.430.3409

DAVIS POLK & WARDWELL LLP
Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
Micah G. Block SBN 270712
micah.block@davispolk.com
Cristina M. Rincon *Pro Hac Vice*
Cristina.rincon@davispolk.com
1600 El Camino Real
Menlo Park, CA 94025
Telephone:     650.752.2000
Facsimile:      650.752.2111

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

[*add'l counsel listed on signature page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>                    Plaintiffs,<br><br>     v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>                    Defendants. | Case No. 5:19-cv-07071-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME ON PLAINTIFFS' MOTION TO CONTINUE ALL CASE DEADLINES BY APPROXIMATELY THREE MONTHS**<br>**[L.R. 6-2]**<br><br>Hon. Susan van Keulen |

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiffs Facebook, Inc. and Instagram, LLC and Defendants OnlineNIC, Inc. and Domain ID Shield Service Co., Limited (collectively, the "Parties") stipulate to and request that the Court enter and order shortening time on Plaintiffs' Motion to Continue All Case Deadlines by Approximately Three Months. The current and proposed schedule is as follows:

| **Event** | **Current Date** | **Proposed Date** |
| --- | --- | --- |
| Defendants' Opposition to Plaintiffs' Motion | May 18 2021 | May 11, 2021 |
| Plaintiffs' Reply | May 25, 2021 | Waived |
| Hearing | June 8, 2021 | May 18, 2021 |

This stipulation is based on the following facts:

1. Fact discovery in this action is set to close on June 3, 2021. ECF No. 81.

2. On May 3, 2021, Plaintiffs filed their Motion to Continue All Case Deadlines by Approximately Three Months. ECF No. 98.

3. That motion is set to be heard on June 8, 2021, which was the earliest motion date available at the time of filing. *Id.* That hearing date is after the June 3, 2021 fact discovery cutoff. As a result, under the current schedule, the Parties will not know whether fact discovery will be extended until after it closes.

4. As set forth in the motion to continue, Plaintiffs contend that Defendants OnlineNIC and ID Shield have engaged in discovery abuses that will prevent Plaintiffs from being able to complete discovery under the current schedule and that three additional months of discovery are warranted and necessary. *Id.*; Declaration of David J. Steele ("Steele Decl.") ¶ 2. Although Plaintiffs assert they cannot complete fact discovery in the time allotted based on the abuses described, Plaintiffs will revise their discovery strategy accordingly if the Court is not inclined to grant the extension requested in the pending motion. *Id.* ¶ 3. To revise their strategy in a timely fashion, however, Plaintiffs would need to know how their motion is decided as soon as possible before the current fact discovery cutoff. *Id.* ¶ 4.

5. Defendants OnlineNIC and ID Shield dispute these allegations and intend to oppose the motion, but they agree with Plaintiffs that it would be beneficial to have the issue of whether discovery will close on June 3, 2021 decided with time left to complete discovery if the motion is denied.

6. In exchange for an accelerated briefing schedule, Plaintiffs have agreed to waive their right to file a reply. Steele Decl. ¶ 5.

7. Not including the previous stipulation to extend and align the deadlines for Defendants to respond to the Complaint pursuant to Civil Local Rule 6-1 (ECF No. 19) or Plaintiffs' pending motion to continue all deadlines (ECF No. 98), this is the fifth request for an extension of a deadline in this action. The first request was to continue the deadline to amend the pleadings from May 27, 2020 to July 1, 2020, which the Court granted (ECF No. 39), the second request was to continue all deadlines by approximately three months, which the Court also granted (ECF No. 43), the third request was to continue all deadlines by an additional three months, which the Court partially granted (ECF No. 46), and the fourth request was to continue all deadlines by three months, which the Court granted (ECF No. 60). The Court also extended the close of fact discovery by thirty days when granting Plaintiffs leave to file the First Amended Complaint (ECF No. 81). Steele Decl. ¶ 6.

8. The Parties do not believe that granting this motion will affect the overall schedule in this case as any scheduling order modification will be addressed through Plaintiffs' motion to continue regardless of when it is decided. *Id.* ¶ 7.

9. Based on the foregoing, the parties respectfully request that the Court enter this stipulation and order shortening time on the motion to continue.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: May 3, 2021                                  Tucker Ellis LLP


                                                    By:  /s/David J. Steele
                                                         David J. Steele
                                                         Howard A. Kroll
                                                         Steven E. Lauridsen

                                                    Davis Polk & Wardwell, LLP
                                                         Ashok Ramani
                                                         Micah G. Block
                                                         Cristina M. Rincon

                                                         Attorneys for Plaintiffs,
                                                         FACEBOOK, INC. and INSTAGRAM, LLC

DATED: May 3, 2021                              LexAnalytica, PC


                                                By:  /s/Perry J. Narancic
                                                     Perry J. Narancic
                                                     pjn@lexanalytica.com
                                                     2225 E. Bayshore Road
                                                     Suite 200
                                                     Palo Alto, CA 94303
                                                     Telephone:    650.655.2800

                                                     Attorneys for Defendants,
                                                     ONLINENIC, INC. and DOMAIN ID
                                                     SHIELD SERVICES CO., LIMITED


### **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all other signatories listed and on whose behalf this filing is made concur in the filing of this document and have granted permission to use an electronic signature.


                                                      /s/David J. Steele


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: _____         _____
                                                Susan van Keulen
                                                United States Magistrate Judge