TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

DAVIS POLK & WARDWELL LLP
Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
Micah G. Block SBN 270712
micah.block@davispolk.com
Cristina M. Rincon *Pro Hac Vice*
cristina.rincon@davispolk.com
1600 El Camino Real
Menlo Park, CA 94025
Telephone:   650.752.2000
Facsimile:   650.752.2111

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 5:19-cv-07071-SVK<br><br>**DECLARATION OF DAVID J. STEELE IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME ON PLAINTIFFS' MOTION TO CONTINUE ALL CASE DEADLINES BY APPROXIMATELY THREE MONTHS [L.R. 6-2]**<br><br>Hon. Susan van Keulen |

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis

I, David J. Steele, declare:

1. I am a partner at Tucker Ellis LLP, counsel of record for Plaintiffs Facebook, Inc. and Instagram, LLC (collectively, "Plaintiffs"). I make this declaration based on personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2. As set forth in Plaintiffs' pending motion to continue, Plaintiffs contend that Defendants OnlineNIC and ID Shield have engaged in discovery abuses that will prevent Plaintiffs from being able to complete discovery under the current schedule and that three additional months of discovery are warranted and necessary.

3. Although Plaintiffs assert they cannot complete fact discovery in the time allotted, Plaintiffs will revise their discovery strategy accordingly if the Court is not inclined to grant the extension requested in the pending motion.

4. To revise their strategy in a timely fashion, however, Plaintiffs would need to know how their motion is decided as soon as possible before the current fact discovery cutoff.

5. In exchange for an accelerated briefing schedule, Plaintiffs have agreed to waive their right to file a reply.

6. Not including the previous stipulation to extend and align the deadlines for Defendants to respond to the Complaint pursuant to Civil Local Rule 6-1 (ECF No. 19) or Plaintiffs' pending motion to continue all deadlines (ECF No. 98), this is the fifth request for an extension of a deadline in this action. The first request was to continue the deadline to amend the pleadings from May 27, 2020 to July 1, 2020, which the Court granted (ECF No. 39), the second request was to continue all deadlines by approximately three months, which the Court also granted (ECF No. 43), the third request was to continue all deadlines by an additional three months, which the Court partially granted (ECF No. 46), and the fourth request was to continue all deadlines by three months, which the Court granted (ECF No. 60). The Court also extended the close of fact discovery by thirty days when granting Plaintiffs leave to file the First Amended Complaint (ECF No. 81).

7. I do not believe that granting this motion will affect the overall schedule in this case as any scheduling order modification will be achieved by Plaintiffs' motion to continue regardless of when it is decided.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on May 4, 2021 in Fullerton, California.

   /s/David J. Steele
   DAVID J. STEELE