# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ONLINENIC INC, et al.,<br><br>   Defendants. | Case No. 19-cv-07071-SVK<br><br>**ORDER RE PENDING DISPUTES**<br><br>Re: Dkt. Nos. 96, 98 |

Before the Court are the Parties' joint discovery letter brief (Dkt. 96) and Plaintiffs' Motion to Continue All Case Deadlines by Approximately Three Months (Dkt. 98). To facilitate resolution of these matters, the Court **ORDERS** as follows:

1. The parties are to file, jointly and under seal, the documents produced by Defendants pursuant to this Court's March 24, 2021 order (Dkt. 81), along with a one-page index of such documents. Each side may include a one page, double-spaced, 12-point font, statement with the documents. The submission is to be filed by **4:00 p.m. on May 6, 2021**.

2. The Court will take up the pending discovery dispute (Dkt. 96) and the pending request for a continuance (Dkt. 98) at a hearing on **May 11, 2021 at 11:00 a.m.** As for the discovery dispute, the Court will not address the requests for sanctions at the hearing.

////
////
////
////

As for the motion to continue, the Court has only reviewed the notice of motion, it has not reviewed the points and authorities and does not intend to do so, therefore no additional briefing on the motion to continue will be accepted prior to the hearing.

**SO ORDERED.**

Dated: May 5, 2021

                                                  *Susan van Keulen*
SUSAN VAN KEULEN
United States Magistrate Judge