UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ONLINENIC INC, et al.,<br><br>    Defendants. | Case No. 19-cv-07071-SVK<br><br>**ORDER RE DISCOVERY DISPUTE AND GRANTING REQUEST FOR CONTINUANCE OF ALL CASE DEADLINES**<br><br>Re: Dkt. Nos. 96, 98, 100 |

On May 11, 2021, this matter came on for a hearing to take up the pending discovery dispute (Dkt. 96) and the pending request for a continuance (Dkt. 98). As stated on the record, the Court **DENIES** the motion to compel access to internal financial systems because Defendants have, finally, responded to the RFPs. However, the Court will allow an additional 20 special interrogatories regarding the financials produced, to be responded to with verifications, within 14 days of service. The Court will also allow a special 30(b)6 deposition on topics arising out of the financials and the relationship between 35.CN and the other defendants. The deposition is to take place within **45 days** of the date of this order. However, if following the responses to the special interrogatories, Plaintiffs determine that more time is needed to prepare for deposition, the Parties may stipulate to an extension. The Court will not permit the deposition of the tax preparer at this time. Additionally, the Court **DENIES WITHOUT PREJUDICE** Plaintiffs' request for sanctions at this time.

////

////

////

The Court also **GRANTS** the request for a continuance of all deadlines by approximately three months. Accordingly, the new dates are below:

| Event | Date |
|---|---|
| Opening of Expert Disclosures | August 20, 2021 |
| Close of Fact Discovery | September 2, 2021 |
| Rebuttal Expert Disclosures | September 10, 2021 |
| Close of Expert Discovery | October 5, 2021 |
| Dispositive Motion Filing Deadline | October 19, 2021 |
| Last Day to Hear Dispositive Motions | December 14, 2021 |
| Final Pretrial Conference | February 3, 2022<br><br>Filing Dates: January 20, 2022;<br>January 27, 2022 |
| Trial | February 14, 2022 |

**SO ORDERED.**

Dated: May 11, 2021

SUSAN VAN KEULEN
United States Magistrate Judge