Thomas Howe, OSB 822847
Howe Law Firm
519 SW Park Avenue, Suite 418
Portland, OR 97205
www.HoweLawFirm.com
Howe@HoweLawFirm.com
Tel: (503) 227-6660
Fax: (844) 332-3912

Special Discovery Master

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., et al., | Case No.: 5:19-cv-07071-SVK |
| Plaintiffs, | |
| v. | **SPECIAL DISCOVERY MASTER'S FOURTH STATUS REPORT** |
| ONLINENIC INC, et al., | |
| Defendants. | Hon. Susan van Keulen |

Thomas P. Howe, Special Discovery Master, submits this status report with the Court as per the Order to explain: "the Special Master's progress, intended completion date, and any impediments posed, whether they be technical in nature or caused by one or more of the parties."

> **A. Data Destroyed or Withheld Report (the "Report"). Determine whether data was destroyed or withheld from Defendants' Support Ticket Database, and evaluate the adequacy of Defendants' past productions to Plaintiffs.**

Hon. Susan van Keulen has approved the following schedule for completion and delivery of the "Data Destroyed or Withheld Report."

1

- June 2, 2021 - Deliver the "Data Destroyed or Withheld Report" and a database with all the pertinent information to the Defendants. The Defendants shall have 24 hours to review the information for privilege and confidential information.

- June 3, 2021 - Deliver the "Data Destroyed or Withheld Report" to the Plaintiffs. Both parties will then have five business days to review the report and suggest changes before it is filed with the Court.

- June 11, 2021 - "Data Destroyed or Withheld Report" will be filed with the court.

**B. Assist the Parties with Negotiating the Discovery Protocol for the New Production.**

A draft discovery protocol for the new production has been agreed to by the parties. The Special Discovery Master will continue to work with the parties to achieve a final discovery protocol for the new production.

**C. Query and Cull the Database to Create a Production to Include the Responsive Database Records and Ticketing Attachment Files.**

Pending. This will be done once the Special Discovery Master receives the final discovery protocol from the parties for the new production.

**D. Produce the Production Database to the Parties.**

Pending. This will be done once the Special Discovery Master receives the final discovery protocol for the new production.

**E. Perform other Duties Ordered by the Court and Requested by the Parties.**

Pending.

I provided this status report on May 24, 2021, to Plaintiffs and Defendants, by and through their respective counsel, for an opportunity to provide input on this report before submission to the court on May 25, 2021.

SPECIAL DISCOVERY MASTER'S FOURTH STATUS REPORT
Case No.: 5:19-cv-07071-SVK

1

DATED: May 25, 2021                                        Howe Law Firm

2

3                                                          By:    /s/ Thomas P. Howe
                                                                  Thomas P. Howe,
4                                                                 Special Discovery Master

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SPECIAL DISCOVERY MASTER'S FOURTH STATUS REPORT
Case No.: 5:19-cv-07071-SVK