TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:     213.430.3400
Facsimile:     213.430.3409

DAVIS POLK & WARDWELL LLP
Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
Micah G. Block SBN 270712
micah.block@davispolk.com
Cristina M. Rincon *Pro Have Vice*
Cristina.rincon@davispolk.com
1600 El Camino Real
Menlo Park, CA 94025
Telephone:     650.752.2000
Facsimile:     650.752.2111

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

LEXANALYTICA, PC
Perry J. Narancic – SBN 206820
pjn@lexanalytica.com
2225 E. Bayshore Road
Suite 200
Palo Alto, CA 94303
Telephone:     650.655.2800

Attorneys for Defendants,
ONLINENIC, INC. AND DOMAIN ID SHIELD
SERVICES CO., LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>             Plaintiffs,<br><br>      v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>             Defendants. | Case No. 5:19-cv-07071-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT AND TO DEEM DEFENDANT'S ANSWER TO THE FIRST AMENDED COMPLAINT AS THEIR OPERATIVE RESPONSIVE PLEADING**<br><br>Hon. Susan van Keulen |

Plaintiffs Facebook, Inc. and Instagram, LLC ("Plaintiffs") and Defendants OnlineNIC, Inc. and Domain ID Shield Service Co., Limited ("Defendants" and, collectively with Plaintiffs, the "Parties") stipulate to and request that the Court grant Plaintiffs leave to file a Second Amended Complaint and enter an order to that effect. This stipulation is based on the following facts:

1. On March 24, 2021, the Court entered an order granting Plaintiffs leave to file the First Amended Complaint ("FAC"). ECF No. 81.

2. On March 31, 2021, Plaintiffs filed their FAC. ECF No. 84.

3. On April 16, 2021 Defendants filed their answer to the FAC. ECF No. 88.

4. Because newly added Defendant, Xiamen 35.com Internet Technology Co., Ltd. ("35.cn") is located in the People's Republic of China ("China"), Plaintiffs promptly began the process of translating the FAC and other pertinent filings into Chinese for service in China via the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters, Nov. 15, 1965, 20 U.S.T. 361, 658 U.N.T.S. 163 (the "Hague Convention").

5. To facilitate service via the Hague Convention, Plaintiffs have retained an international service of process expert. This expert recently informed Plaintiffs that the Central Authority in China will reject the FAC and will thus not effect service on 35.cn via the Hague Convention because Paragraph 10 of the FAC refers to "Hong Kong" and not to "Hong Kong, China."

The Parties therefore stipulate to allow Plaintiffs to file a Second Amended Complaint ("SAC"), which is attached as Exhibit A, to make this revision as well as to correct a typographical error in Paragraph 56 to reflect the correct number of domain names at issue in the action. A redline comparing Plaintiffs' Second Amended Complaint to Plaintiffs' First Amended Complaint is attached to this stipulation as Exhibit B.

The Parties further stipulate that Defendants' Answer to the FAC shall be their operative responsive pleading to the SAC without Defendants needing to refile their answer.

**SO STIPULATED THROUGH COUNSEL OF RECORD:**

DATED: May 28, 2021                              Tucker Ellis LLP


                                                 By:  /s/David J. Steele
                                                      David J. Steele
                                                      Howard A. Kroll
                                                      Steven E. Lauridsen

                                                 Davis Polk & Wardwell, LLP
                                                      Ashok Ramani
                                                      Micah G. Block
                                                      Cristina M. Rincon

                                                 Attorneys for Plaintiffs,
                                                 FACEBOOK, INC. and INSTAGRAM, LLC

DATED: May 28, 2021                              LexAnalytica, PC


                                                 By:  /s/Perry J. Narancic
                                                      Perry J. Narancic

                                                 Attorneys for Defendants,
                                                 ONLINENIC, INC. and DOMAIN ID
                                                 SHIELD SERVICES CO., LIMITED

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all other signatories listed and on whose behalf this filing is made concur in the filing of this document and have granted permission to use an electronic signature.

                                                  /s/David J. Steele


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED:  June 1, 2021                             _____
                                                 Susan van Keulen
                                                 United States Magistrate Judge