# Exhibit 5



## Domain Privacy

**Protect your WHOIS with ID Shield!**
ID Shield keeps you away from spam and telemarketing. Why wait? Kick spamming and phishing Now!



**How does ID Shield work?**
OnlineNIC ID Shield act as a firewall between you and outside world, instead of your personal information being available to public, the eyes of information prier will target at OnlineNIC ID Shield.
- We replace your registrant, technical, admin and billing information.
- Although the whois information shows our information, you retain full ownership of the domain.
- You have complete control over the domain, you can manage all facets of the domain via your control panel like domains without ID Shield service.
- Email address listed in each contact will be changed constantly to avoid being bombarded by spammers.

**Note:ID Shield can not be applied to .US domain**

### Whois unprotected Completely exposed to public

Name: John Doe
Org: HYhosting Technology Co..Ltd.
Country/Region: US
Province: NY
City: NY
Address: 78# HD AV.
Postalcode: 361012
Telephone: +001.10125865
Fax: +001.10125865
E-mail: Johndoe@HYhosting.com




### Whois Protected Hide behind ID Shield

Name: Domain ID Shield Service
Org: Domain ID Shield Service CO., Limited
Country/Region: HK
Province: Hong Kong
City: Hong Kong
Address: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK, KOWLOON, HONG KONG
Postalcode: 999077
Telephone: +852. 21581835
Fax: +852.30197491
E-mail: whoisprivacy@domainidshield.com



**Note:* The line is open in HK working time.**

**Service provider identity:**
Org: Domain ID Shield Service CO., Limited
Country/Region: HK
Province: Hong Kong
City: Hong Kong
Address: FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK, KOWLOON, HONG KONG
Postal code: 999077
*Telephone: +852. 21581835
Fax: +852.30197491
Abuse/Infringement Point of Contact: Fax: +852.30197491

**OnlineNIC's mission is to help you grow business, no matter you are small or big.**