# Exhibit 8

Screen capture for facebook-pass.com



Screen capture for facebookphysician.com (1 of 3)



Screen capture for facebook-pw.com



Screen capture for findfacebookid.com (1 of 2)



Screen capture for findfacebookid.com (1 of 2)



Screen capture for hackingfacebook.net



Screen capture for iiinstagram.com (1 of 2)



Screen capture for iiinstagram.com (2 of 2)





Screen capture for instaface.org



Screen capture for instagram01.com (1 of 2)



Screen capture for instagram01.com (2 of 2)



Screen capture for m-facebook-login.com (1 of 2)



Screen capture for m-facebook-login.com (2 of 2)



Screen capture for singin-lnstargram.com



Screen capture for www-facebook-login.com (1 of 2)



Screen capture for www-facebook-login.com (2 of 2)

