Thomas Howe, OSB 822847
Howe Law Firm
519 SW Park Avenue, Suite 418
Portland, OR 97205
www.HoweLawFirm.com
Howe@HoweLawFirm.com
Tel: (503) 227-6660
Fax: (844) 332-3912

Special Discovery Master

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FACEBOOK, INC., et al., | Case No.: 5:19-cv-07071-SVK |
| Plaintiffs, | |
| v. | **SPECIAL DISCOVERY MASTER'S FIFTH STATUS REPORT** |
| ONLINENIC INC, et al., | |
| Defendants. | Hon. Susan van Keulen |

Thomas P. Howe, Special Discovery Master, submits this status report with the Court as per the Order to explain: "the Special Master's progress, intended completion date, and any impediments posed, whether they be technical in nature or caused by one or more of the parties."

    **A. Data Destroyed or Withheld Report (the "Report"). Determine whether data was destroyed or withheld from Defendants' Support Ticket Database, and evaluate the adequacy of Defendants' past productions to Plaintiffs.**

On Wednesday June 9th, 2021, Special Discovery Master produced to Defendants the "Data Destroyed or Withheld Report" with accompanying exhibits, a MySQL database of responsive records only, analytics Excel spreadsheets, and Excel spreadsheets (and PDF and text files) with data from the database tables. Plaintiffs received the same

1

"Data Destroyed or Withheld Report," MySQL database of responsive records only, and analytics spreadsheets on June 10, 2021. Because of an FTP upload issue, the Excel spreadsheets, PDF and text files of the database tables was produced on June 11, 2021.

On Thursday, June 17th, 2021, Special Discovery Master will file the Report and accompanying exhibits the Court.

### B. Assist the Parties with Negotiating the Discovery Protocol for the New Production.

The Special Discovery Master continues to work with the parties to achieve a final discovery protocol for the new production.

### C. Query and Cull the Database to Create a Production to Include the Responsive Database Records and Ticketing Attachment Files.

Pending. This will be done once the Special Discovery Master receives the final discovery protocol from the parties for the new production.

### D. Produce the Production Database to the Parties.

Pending. This will be done once the Special Discovery Master receives the final discovery protocol for the new production.

### E. Perform other Duties Ordered by the Court and Requested by the Parties.

Pending.

I provided this status report on June 15, 2021, at 11:10 a.m., to Plaintiffs and Defendants, by and through their respective counsel, for an opportunity to provide input on this report before submission to the court. Both counsel have consented to this status report.

DATED: June 15, 2021                                Howe Law Firm

                                                By:   /s/ Thomas P. Howe
                                                      Thomas P. Howe,
                                                      Special Discovery Master