UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ONLINENIC INC, et al.,<br><br>　　　　Defendants. | Case No.  19-cv-07071-SVK<br><br>**ORDER CONTINUING THE STATUS CONFERENCE AND DATA DESTROYED OR WITHHELD REPORT SUBMISSION DATE** |

In light of recent developments in Special Master Howe's analysis of document productions, the Court continues the Status Conference from June 22, 2021 to **July 20, 2021 at 9:30 a.m.**  Parties are to file an updated joint status report by **July 13, 2021**.  At the conference, the Parties will be prepared to discuss Special Master Howe's report and its impact on the litigation.  The Court will address the case schedule at the hearing.

Special Master Howe shall file the file the Data Destroyed or Withheld Report with the court on or before **July 12, 2021**.  The Parties shall deliver to the Special Master an agreed discovery protocol for the new production from the Ticketing database on or before **July 9, 2021**.

**SO ORDERED.**

Dated: June 17, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Susan van Keulen
SUSAN VAN KEULEN
United States Magistrate Judge