Thomas Howe, OSB 822847
Howe Law Firm
519 SW Park Avenue, Suite 418
Portland, OR 97205
www.HoweLawFirm.com
Howe@HoweLawFirm.com
Tel: (503) 227-6660
Fax: (844) 332-3912

Special Discovery Master

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., et al., | Case No.: 5:19-cv-07071-SVK |
| Plaintiffs, | |
| v. | **SPECIAL DISCOVERY MASTER'S SIXTH STATUS REPORT** |
| ONLINENIC INC, et al., | |
| Defendants. | Hon. Susan van Keulen |

Thomas P. Howe, Special Discovery Master, submits this status report with the Court as per the Order to explain: "the Special Master's progress, intended completion date, and any impediments posed, whether they be technical in nature or caused by one or more of the parties."

**A. Data Destroyed or Withheld Report (the "Report"). Determine whether data was destroyed or withheld from Defendants' Support Ticket Database, and evaluate the adequacy of Defendants' past productions to Plaintiffs.**

Completed.

The final Report was filed with the Court on July 12, 2021.

**B. Assist the Parties with Negotiating the Discovery Protocol for the New Production.**

Completed.

The parties submitted a final discovery protocol to Special Master on July 2, 2021.

**C. The Special Master shall also file status reports with the Court upon the successful collection and production of the Result Set.**

Completed.

Special Master delivered the database production of the Kayako Ticket Database to both parties on July 16, 2021.

In addition to the Kayako Ticket Database, the parties included in their discovery protocol the much smaller Zoho Ticket Database, which Defendants began using around October 2020. The Special Master is still working with Defendants on accessing and forensically collecting the Zoho Ticket Database.

**D. Perform other Duties Ordered by the Court and Requested by the Parties.**

Pending.

I provided this status report on July 19, 2021, at 12:30 p.m., to Plaintiffs and Defendants, by and through their respective counsel, for an opportunity to provide input on this report before submission to the court.

DATED: July 19, 2021                                    Howe Law Firm

By:  /s/ Thomas P. Howe
     Thomas P. Howe,
     Special Discovery Master