Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
3000 El Camino Real
Bldg. 4, Suite 200
Palo Alto, CA  94306
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE
CO., LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>            Plaintiffs,<br>    v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED.<br><br>            Defendants. | Case No. 19-CV-07071-SVK<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION**<br><br>Date: Aug. 17, 2021<br>Time: 10:00 am<br>Judge: Hon. Susan van Keulen<br>Crt. Room: 6, 4th Floor |

NOTICE IS HEREBY GIVEN that Defendants OnlineNIC, Inc. and Domain ID Shield Service Co., Limited ("Defendants") shall not file an opposition to Plaintiffs' Motion to Strike Defendants' Answer and for Default Judgment (Dkt. No. 117).

|  | Respectfully Submitted, |
|---|---|
| DATED:  July 20, 2021 | LEXANALYTICA, PC |
|  | By:  /s/ Perry J. Narancic |
|  | Attorneys for Defendants<br>ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE CO., LIMITED |

- 1-