1  Perry J. Narancic, SBN 206820
   LEXANALYTICA, PC
2  3000 El Camino Real
   Bldg. 4, Suite 200
3  Palo Alto, CA  94306
   www.lexanalytica.com
4  pjn@lexanalytica.com
   Tel: 650-655-2800

5

6  Attorneys for Defendants
   ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE
7  CO., LIMITED

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>        Plaintiffs,<br>    v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED.<br><br>        Defendants. | Case No. 19-CV-07071-SVK<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW BY DEFENDANTS' COUNSEL**<br><br>Date: Aug. 31, 2021<br>Time: 10:00 am<br>Judge: Hon. Susan van Keulen<br>Crt. Room: 6, 4th Floor |

**NOTICE OF MOTION**

To the parties and their attorneys of record:

Please take notice that on August 31, 2021, or as soon thereafter as the matter may be heard before the Hon. Susan van Keulen, United States District Judge, at courtroom 6, 4th floor, of the United States Court for the Northern District of California, San Jose Division, 280 South 1st Street, San Jose, CA 95113, Perry J. Narancic of LexAnalytica, PC shall and hereby does respectfully seek leave of this Court, pursuant to Civ. L.R. 11-5(a) and in compliance with California Rules of Prof. Conduct 3-700, to withdraw as counsel for defendants OnlineNIC, Inc. and Domain ID Shield Service Co., Limited ("Defendants").

- 1-

## MOTION TO WITHDRAW AS COUNSEL

In their operative complaint, Plaintiffs allege that Defendants, *inter alia*, are liable for cybersquatting on Plaintiffs' trademarks. (Dkt. No. 109). As a result of the high cost of defense, Defendants advised the Court that they could no longer afford to defend the case and that they intend to cease business operations on July 25, 2021. (Dkt. No. 118). For the reasons set forth below, Defendants' counsel respectfully seeks leave to withdraw as counsel in this case.

In this District, the withdrawal of counsel is governed by the standards of professional conduct required of members of the State Bar of California. Civ. L.R. 11-4(a)(1); see *Nehad v. Mukasey*, 535 F.3d 962, 970 (9th Cir. 2008) (applying California Rules of Professional Conduct to attorney withdrawal). California Rule of Professional Conduct 3-700 provides several enumerated grounds pursuant to which counsel may properly seek to withdraw from a representation. The decision to permit counsel to withdraw is within the sound discretion of the trial court. *United States v. Carter*, 560 F.3d 1107, 1113 (9th Cir. 2009). "Courts consider several factors when considering a motion for withdrawal, including: (1) the reasons counsel seeks to withdraw; (2) the possible prejudice that withdrawal may cause to other litigants; (3) the harm that withdrawal might cause to the administration of justice; and (4) the extent to which withdrawal will delay resolution of the case". *Deal v. Countrywide Home Loans*, 2010 U.S. Dist. LEXIS 101701, 2010 WL 3702459, at *2 (N.D. Cal. Sept. 15, 2010).

In this case, the accompanying declarations of counsel, and Carrie Yu (an officer for each of the Defendants) establish good cause for granting this withdrawal motion.

First, as to the reasons for withdrawal, Defendants are no longer defending the case and will cease business operations on July 26, 2021. Decl. of Carrie Yu, ¶ 3. As a result, continued defense of the case is meaningless. In addition, there was at least one response to a deposition question put to defendant OnlineNIC, Inc. on July 13, 2021 that appeared to be at variance with Defendants' verified interrogatory responses – which was sufficiently concerning so as to bring into question the relationship between client and attorney for purposes of Rule of Professional Conduct 3-700. Decl. of Perry J. Narancic in Support of Motion to Withdraw as Counsel, ¶ 3.

Finally, Defendants have consented to the withdrawal of counsel (Decl. of Carrie Yu, ¶ 4) and have instructed counsel not to make further filings on their behalf. Narancic Decl., ¶ 4.

As to the second, third and fourth factors governing a withdrawal motion, Defendants have decided to cease operations and not defend the case. Decl. of Carrie Yu, ¶ 3. Together with this motion, Defendants have filed a Statement of Non-Opposition to the pending Motion for Sanctions at Dkt. No. 117. For these reasons, Defendants will not be prejudiced by the withdrawal of counsel; nor will the case be delayed. Moreover, counsel agrees to accept service of any papers and forward them to Defendants for a period of 15 days. Narancic Decl., ¶ 6.

Finally, counsel has certified that he has complied with California Rules of Professional Conduct 3-700(A)(2), including giving due notice to Defendants, allowing time for employment of other counsel, and complying with applicable laws and rules. Narancic Decl., ¶ 7.

For all the foregoing reasons, this motion should be granted on the terms set forth in the accompanying proposed order.

DATED:  July 20, 2021

Respectfully Submitted,

LEXANALYTICA, PC

By:   /s/ Perry J. Narancic

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE CO., LIMITED