Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
3000 El Camino Real
Bldg. 4, Suite 200
Palo Alto, CA 94306
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>                Plaintiffs,<br>        v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED.<br><br>                Defendants. | Case No. 19-CV-07071-SVK<br><br>**DECLARATION OF PERRY J. NARANCIC IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** |

I, Perry J. Narancic, declare as follows:

1. I am counsel for OnlineNIC, Inc. and Domain ID Shield Service Co., Limited ("Defendants"). I have personal knowledge of the facts set forth in this declaration, and if called as a witness I would testify to the facts contained in this declaration.

2. Defendants have advised me that they do not have the financial resources to continue to defend the instant litigation, and accordingly no longer intend to mount a defense.

3. During the deposition of OnlineNIC, Inc., on July 13, 2021, there was at least one response to a deposition question put to defendant OnlineNIC, Inc. that appeared to be at variance with Defendants' verified interrogatory responses – which was sufficiently concerning so as to

- 1-

- 2 -

bring into question the relationship between client and attorney for purposes of Rule of Professional Conduct 3-700.

4. Defendants have advised me they do not intend to file any opposition to any pending filing, and have instructed me not to make any further filings in this case on their behalf.

5. Defendants have consented to my withdrawal as their counsel in this case.

6. I am willing to accept service of any papers in this case for a period of 15 days and forward same to Defendants.

7. I certify that I have complied with California Rules of Professional Conduct 3-700(A)(2), including giving due notice to Defendants, allowing time for employment of other counsel and complying with applicable laws and rules.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Atherton, CA on July 19, 2021.

                                                                    /s/ Perry J. Narancic

- 2 -

Facebook, Inc. v. OnlineNIC, Inc.                                                      Case No. 19-cv-7071-SVK
Declaration of Perry J. Narancic in Support of Motion to Withdraw as Counsel