Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
3000 El Camino Real
Bldg. 4, Suite 200
Palo Alto, CA  94306
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>Plaintiffs,<br>v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED.<br><br>Defendants. | Case No. 19-CV-07071-SVK<br><br>**DECLARATION OF CARRIE YU** |

I, Carrie Yu, declare as follows:

1. I am an officer of OnlineNIC, Inc. and Domain ID Shield Service Co., Limited ("Defendants"), and I am authorized to make this declaration. I have personal knowledge of the facts set forth in this declaration, and if called as a witness I would testify to the facts contained in this declaration.

2. Defendants do not have the financial resources to continue to defend the instant litigation, and accordingly no longer intend to mount a defense. Defendants do not intend to file any oppositions to any pending filing.

3. Subject to any requirements of ICANN, Defendants intend to cease business operations on July 26, 2021.

- 1-

4. Defendants consent to the withdrawal of their counsel in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Xiamen, China on July 19, 2021.

              /s/ Carrie Yu

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all other signatories listed and on whose behalf this filing is made concur in the filing of this document and have granted permission to use an electronic signature.

              /s/ Perry J. Narancic

Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
3000 El Camino Real
Bldg. 4, Suite 200
Palo Alto, CA  94306
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

- 2 -