1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
3000 El Camino Real
Bldg. 4, Suite 200
Palo Alto, CA  94306
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE
CO., LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>                    Plaintiffs,<br><br>        v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED.<br><br>        Defendants. | Case No. 19-CV-07071-SVK<br><br>**[PROPOSED] ORDER ON MOTION TO WITHDRAW BY DEFENDANTS' COUNSEL** |

Having considered the papers in this case, and good cause appearing  therefore, IT IS

HEREBY ORDERED THAT:

1.      The Motion to Withdraw by Defendants' Counsel is GRANTED.  The law firm of

LexAnalytica, PC and its attorneys are terminated as counsel of record.

2.      For a period of 15 days from the date of this order, counsel shall accept service of

any papers in this case on behalf of Defendants, and shall forward same to Defendants.

1    **IT IS SO ORDERED.**

2

3    DATED: _____         _____

4                                         Susan van Keulen
                                          United States Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Facebook, Inc. v. OnlineNIC, Inc.                                    Case No. 19-cv-7071-SVK
[Proposed] Order on Motion to Withdraw by Defendants' Counsel