UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ONLINENIC INC, et al.,<br><br>    Defendants. | Case No. 19-cv-07071-SVK<br><br>**ORDER FOLLOWING STATUS CONFERENCE**<br><br>Re: Dkt. Nos. 115, 117, 120, 121 |

On July 20, 2021, the Court held a status conference regarding several recent developments in this matter, including the Special Discovery Master's Data Destroyed or Withheld Report (Dkt. 115), Plaintiffs Facebook, Inc. and Instagram, LLC's ("Plaintiffs") motion to strike Defendants' answer and for default judgment (Dkt. 117), Defendants OnlineNic, Inc. and Domain ID Shield Service Co., Limited's ("Defendants") statement of non-opposition to Plaintiffs' motion (Dkt. 120), and defense counsel's motion to withdraw as Defendants' counsel (Dkt. 121). The primary issue addressed by the Court at the conference is the nonpayment of Special Discovery Master's invoices. As discussed on the record, the Parties are **ORDERED** to submit proposed payment plans by **July 27, 2021.** The Parties are notified that failure to submit reasonable payment plans will result in an order to show cause why the failing party and/or counsel should not be held in civil contempt.

As to the Special Discovery Master's Data Destroyed or Withheld Report (Dkt. 115), all Parties indicated that they have no objections to the report. Accordingly, the Parties are **ORDERED** to file a document stating that they have no objections to the report **by close of business July 21, 2021.**

////

1  All other pending items will be continued until resolution of payment to the Special
2  Discovery Master.
3  **SO ORDERED.**
4  Dated: July 20, 2021

_Susan van Keulen_
SUSAN VAN KEULEN
United States Magistrate Judge