TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:       213.430.3400
Facsimile:       213.430.3409

DAVIS POLK & WARDWELL LLP
Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
Micah G. Block SBN 270712
micah.block@davispolk.com
Cristina M. Rincon *Pro Have Vice*
Cristina.rincon@davispolk.com
1600 El Camino Real
Menlo Park, CA 94025
Telephone:    650.752.2000
Facsimile:    650.752.2111

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 5:19-cv-07071-SVK<br><br>**PLAINTIFFS' NOTICE OF NO OBJECTIONS TO AND MOTION TO ADOPT THE SPECIAL MASTER'S DATA DESTROYED OR WITHHELD REPORT**<br><br>Hon. Susan van Keulen |

Tucker Ellis LLP — Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis

On March 3, 2021, the Court appointed a Special Discovery Master to "supervise and complete, with all reasonable diligence, Defendants' collection, search, and production to Plaintiffs' counsel of Defendants' support ticket database." ECF No. 72. On July 7, 2021, the Special Discovery Master filed his Data Destroyed or Withheld Report (the "Report") detailing his findings. ECF No. 115.

Plaintiffs do not object to the Report, and respectfully move the Court to adopt the Report as filed.

| | |
|---|---|
| DATED: July 20, 2021 | Tucker Ellis LLP |
| | By: /s/David J. Steele |
| | David J. Steele |
| | Howard A. Kroll |
| | Steven E. Lauridsen |
| | |
| | Davis Polk & Wardwell, LLP |
| | Ashok Ramani |
| | Micah G. Block |
| | Cristina M. Rincon |
| | |
| | Attorneys for Plaintiffs, |
| | FACEBOOK, INC. and INSTAGRAM, LLC |