Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
3000 El Camino Real
Bldg. 4, Suite 200
Palo Alto, CA 94306
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE
CO., LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>    Plaintiffs,<br>  v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED.<br><br>    Defendants. | Case No. 19-CV-07071-SVK<br><br>**DEFENDANTS' NOTICE RE OBJECTIONS TO THE SPECIAL MASTER'S DATA DESTROYED OR WITHHELD REPORT.** |

NOTICE IS HEREBY GIVEN that Defendants OnlineNIC, Inc. and Domain ID Shield Service Co., Limited ("Defendants") shall not file formal objections to the Special Discovery Master's "Data Destroyed or Withheld Report" (Dkt. No. 115).

Respectfully Submitted,

DATED: July 20, 2021        LEXANALYTICA, PC

By: /s/ Perry J. Narancic
_____

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE CO., LIMITED

- 1-