```
                    UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
                            SAN JOSE DIVISION


    FACEBOOK, INC., AND INSTAGRAM,
    LLC,
                                          CASE NO.  CV-19-7071-SVK
              PLAINTIFFS,
                                          SAN JOSE, CALIFORNIA
       VS.
                                          JULY 20 2021
    ONLINENIC INC.; DOMAIN ID
    SHIELD SERVICE CO., LIMITED;          PAGES 1 - 19
    AND XIAMEN 35.COM INTERNET
    TECHNOLOGY CO., LTD.,

              DEFENDANTS.


                    TRANSCRIPT OF ZOOM PROCEEDINGS
                BEFORE THE HONORABLE SUSAN VAN KEULEN
                     UNITED STATES DISTRICT JUDGE



    A-P-P-E-A-R-A-N-C-E-S


    FOR THE PLAINTIFF:     TUCKER ELLIS LLP
                           BY:  HOWARD A. KROLL
                                DAVID J. STEELE
                           515 SOUTH FLOWER STREET
                           FORTY-SECOND FLOOR
                           LOS ANGELES, CALIFORNIA 90071


    FOR THE DEFENDANT:     LEXANALYTICA, PC
                           BY:  PERRY J. NARANCIC
                           2225 E. BAYSHORE ROAD, SUITE 200
                           PALO ALTO, CALIFORNIA 94303


             (APPEARANCES CONTINUED ON THE NEXT PAGE.)

    OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                CERTIFICATE NUMBER 8074

      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
                         PRODUCED WITH COMPUTER.
```

```
 1      A P P E A R A N C E S:  (CONT'D)

 2
        SPECIAL MASTER:         HOWE LAW FIRM
 3                              BY:  THOMAS P. HOWE
                                519 SW PARK AVENUE, SUITE 418
 4                              PORTLAND, OREGON 97205
```

```
           1    SAN JOSE, CALIFORNIA                          JULY 20, 2021
           2                      P R O C E E D I N G S
           3
09:31AM    4           (COURT CONVENED AT 9:30 A.M.)
09:31AM    5              THE CLERK:  CALLING 19-CV-7071, FACEBOOK INC., ET
09:31AM    6    AL, VERSUS ONLINENIC, ET AL.
09:31AM    7        COUNSEL, PLEASE IDENTIFY YOURSELVES FOR THE RECORD
09:31AM    8    BEGINNING WITH THE PLAINTIFF.
09:31AM    9              MR. KROLL:  GOOD MORNING, YOUR HONOR.
09:31AM   10        HOWARD KROLL AND DAVID STEELE ON BEHALF OF THE PLAINTIFFS.
09:31AM   11              THE COURT:  GOOD MORNING, MR. KROLL.
09:31AM   12              MR. NARANCIC:  GOOD MORNING, YOUR HONOR.
09:31AM   13        PERRY NARANCIC FOR THE DEFENDANTS.
09:31AM   14              THE COURT:  MR. NARANCIC, GOOD MORNING.
09:31AM   15        AND FROM OUR SPECIAL MASTER TODAY?
09:31AM   16              MR. HOWE:  THOMAS HOWE, SPECIAL MASTER.
09:31AM   17              THE COURT:  MR. HOWE, THANK YOU FOR JOINING US.
09:31AM   18        ALL RIGHT.  I HAD TODAY'S SET FOR A STATUS CONFERENCE.
09:31AM   19    THERE HAS BEEN A LOT OF ACTIVITY IN THE CASE OVER RECENT WEEKS
09:31AM   20    UP TO AND INCLUDING LAST NIGHT OR POSSIBLY THIS MORNING.
09:31AM   21        SO LET ME TELL YOU WHAT I SEE AS THE LANDSCAPE AND WHERE
09:32AM   22    WE ARE GOING FROM HERE.
09:32AM   23        WHAT I HAVE IN FRONT OF ME IS THE SPECIAL MASTER'S REPORT
09:32AM   24    AND RECOMMENDATION; I HAVE THE SPECIAL MASTER'S INVOICES; I
09:32AM   25    HAVE FACEBOOK'S MOTION FOR DEFAULT; I HAVE ONLINENIC'S
```

```
09:32AM  1   STATEMENT OF NONOPPOSITION TO THAT MOTION; AND I HAVE
09:32AM  2   ONLINENIC'S, MR. NARANCIC'S, MOTION TO WITHDRAW AS COUNSEL.
09:32AM  3         IS THERE ANY OPEN PENDING MATTER THAT YOU'RE AWARE OF THAT
09:32AM  4   I'VE OVERLOOKED?  I KNOW THERE'S A LOT OF UNDERLYING ISSUES
09:32AM  5   HERE, BUT ARE THERE OTHER THINGS THAT HAVE BEEN FILED THAT I
09:32AM  6   NEED TO KNOW ABOUT?
09:32AM  7         MR. KROLL?
09:32AM  8               MR. KROLL:  NO, YOUR HONOR.
09:32AM  9               THE COURT:  MR. NARANCIC?
09:32AM 10               MR. NARANCIC:  NOTHING HERE, YOUR HONOR.
09:32AM 11               THE COURT:  SPECIAL MASTER HOWE?
09:32AM 12               MR. KROLL:  NO, YOUR HONOR.
09:32AM 13               THE COURT:  EXCELLENT.  THANK YOU.
09:32AM 14         ALL RIGHT.  THEN LET'S TAKE THIS IN -- WELL, LET'S TAKE
09:33AM 15   THIS IN THAT ORDER.  I HAVE A NUMBER OF HOUSEKEEPING ISSUES I
09:33AM 16   WANT TO RUN THROUGH, AND THEN WE'LL TURN TO A COUPLE OF MORE
09:33AM 17   SUBSTANTIVE TOPICS.
09:33AM 18         FIRST, WITH REGARDS TO THE SPECIAL MASTER'S REPORT AND
09:33AM 19   RECOMMENDATION, FIRST, THANK YOU, SPECIAL MASTER HOWE, FOR THE
09:33AM 20   EFFORT AND WORK THAT YOU HAVE PUT INTO THIS.  I WILL REMIND THE
09:33AM 21   PARTIES THAT THE PROPOSAL FOR A SPECIAL MASTER INITIALLY CAME
09:33AM 22   AS A REQUEST FROM FACEBOOK AND THEN BOTH PARTIES JOINED IN AN
09:33AM 23   AGREEMENT THAT A SPECIAL MASTER REALLY AS A TECHNICAL FORENSIC
09:33AM 24   PERSON TO ADDRESS A NUMBER OF THE DATABASE ISSUES THAT HAVE
09:33AM 25   BEEN IN DISPUTE IN THIS CASE NOW FOR AT LEAST A YEAR.  THE
```

```
09:33AM   1    PARTIES AGREED THAT THAT WOULD BE A GOOD PATH TO GO AND
09:34AM   2    MR. HOWE WAS SELECTED AND APPOINTED BY THIS COURT.
09:34AM   3         MR. HOWE HAS DONE A VERY DILIGENT JOB OF KEEPING THE
09:34AM   4    PARTIES AND THE COURT INFORMED OF HIS PROGRESS AND TASKS AS
09:34AM   5    WELL AS, AT LEAST FOR THE COURT, SOME OF HIS PRELIMINARY
09:34AM   6    FINDINGS, AND THE COURT GREATLY APPRECIATES THAT.
09:34AM   7         AS FAR AS THE TECHNICAL FORENSICS, THAT IS WORK THAT I
09:34AM   8    WOULD NOT HAVE BEEN ABLE TO DO, AND I KNOW THAT THERE WAS A LOT
09:34AM   9    OF FRUSTRATION ON BOTH SIDES, PLAINTIFFS' AND DEFENDANTS', WITH
09:34AM  10    VARIOUS CHARGES AND ALLEGATIONS AND DEFENSES BEING ASSERTED
09:34AM  11    BACK AND FORTH, WHICH WERE EXEMPLIFIED IN THE INCONSISTENT
09:34AM  12    PRODUCTIONS AND INCONSISTENT RESULTS, WHAT PEOPLE WERE SEEING,
09:34AM  13    WHAT PEOPLE THOUGHT THEY WERE SEEING.
09:34AM  14         AND THAT IS A TASK THAT MR. HOWE WAS UNIQUELY -- IS
09:34AM  15    UNIQUELY QUALIFIED FOR AND HAS PERFORMED IN AN EXEMPLARY
09:35AM  16    FASHION TO THE BENEFIT OF BOTH PARTIES AND TO THE COURT.
09:35AM  17         I HAVE READ CAREFULLY THE EXECUTIVE SUMMARY, AND I'M
09:35AM  18    WORKING MY WAY THROUGH IN MORE DETAIL THE MORE SUBSTANTIVE
09:35AM  19    REPORT.  I HAVE NOT COMPLETELY UNPACKED IT YET.
09:35AM  20         I DO APPRECIATE SOME OF THE DISPUTES THAT HAVE ARISEN AND
09:35AM  21    INCLUDING ONLINENIC'S CURRENT POSITION WHICH APPEARS TO BE TO
09:35AM  22    NO LONGER DEFEND THIS ACTION AND SO, SPECIAL MASTER HOWE,
09:35AM  23    WHATEVER TASKS MAY BE CONTINUING AT THIS TIME WILL COME TO A
09:35AM  24    STOP AND I WANT TO MAKE IT VERY CLEAR --
09:35AM  25              MR. HOWE:  OKAY.
```

```
09:35AM   1              THE COURT:  -- I WANT TO MAKE IT VERY CLEAR THAT YOU
09:35AM   2   ARE TO STOP WORK AT THIS TIME IF YOU HAVE NOT ALREADY.
09:35AM   3              MR. HOWE:  YES, YOUR HONOR.
09:35AM   4              THE COURT:  THEN THAT TAKES US TO THE FORMALITIES OF
09:36AM   5   THE REPORT IN ACCORDANCE WITH RULE 53, AND MY PRACTICE IS TO
09:36AM   6   BRING THE PARTIES TOGETHER ONCE I RECEIVE THE REPORT AND
09:36AM   7   RECOMMENDATION AND TO INQUIRE OF EACH SIDE IF THEY INTEND TO
09:36AM   8   FILE A RESPONSE TO THE REPORT.  THOSE MIGHT BE IN THE FORM OF
09:36AM   9   OBJECTIONS, THEY MIGHT BE IN THE FORM OF CLARIFICATIONS OR
09:36AM  10   REQUESTS FOR CLARIFICATIONS.  OFTEN PARTIES WANT TO BE HEARD IN
09:36AM  11   RESPONSE TO THE REPORT.  SO THAT IS MY FIRST QUESTION.
09:36AM  12       AND I WILL START WITH YOU, MR. KROLL.  DOES FACEBOOK WANT
09:36AM  13   AN OPPORTUNITY TO RESPOND, AND, IF SO, HOW MUCH TIME DOES
09:36AM  14   FACEBOOK FEEL LIKE THEY NEED TO DO THAT?
09:36AM  15              MR. KROLL:  NO, YOUR HONOR, THERE IS NO NEED FOR
09:36AM  16   FACEBOOK TO RESPOND.
09:36AM  17              THE COURT:  OKAY.
09:36AM  18              MR. KROLL:  WE ADOPT THE FINDINGS OF THE SPECIAL
09:36AM  19   MASTER.
09:36AM  20              THE COURT:  WELL, THAT'S ACTUALLY MY CALL.  I CONCUR
09:36AM  21   WITH THE FINDINGS.  I'LL TAKE IT.
09:37AM  22              MR. KROLL:  BETTER PHRASED.  THANK YOU, YOUR HONOR.
09:37AM  23              THE COURT:  YOU'RE WELCOME.
09:37AM  24       MR. NARANCIC, ONLINENIC, DO THEY WISH AN OPPORTUNITY TO
09:37AM  25   RESPOND?  DO YOU WANT SOME TIME TO CONFER WITH YOUR CLIENT AS
```

| | | |
|---|---|---|
| 09:37AM | 1 | TO WHETHER OR NOT THEY WANT TO LODGE OBJECTIONS?  TELL ME WHAT |
| 09:37AM | 2 | YOUR THINKING IS, PLEASE. |
| 09:37AM | 3 | MR. NARANCIC:  ONLINENIC DID -- I SENT A LETTER TO |
| 09:37AM | 4 | SPECIAL MASTER HOWE ASKING QUESTIONS AND MAKING COMMENTS ON THE |
| 09:37AM | 5 | DRAFT, WHICH MR. HOWE KINDLY ATTACHED AS AN EXHIBIT TO HIS |
| 09:37AM | 6 | REPORT, AND, UNFORTUNATELY, THAT IS THE EXTENT OF THE COMMENTS |
| 09:37AM | 7 | AND QUESTIONS AND OBJECTIONS THAT ONLINENIC HAS AND ONLINENIC |
| 09:37AM | 8 | HAS INSTRUCTED ME NOT TO MAKE ANY FURTHER FILINGS ON ITS BEHALF |
| 09:37AM | 9 | IN THIS CASE. |
| 09:37AM | 10 | THE COURT:  OKAY. |
| 09:37AM | 11 | WELL, I NEED TO HEAR FROM BOTH PARTIES AND A STATEMENT |
| 09:37AM | 12 | WHICH YOU WILL REQUIRE AS A FILING OF NONOPPOSITION, NO |
| 09:38AM | 13 | OBJECTION, NO OBJECTION TO THE SPECIAL MASTER REPORT. |
| 09:38AM | 14 | AND SINCE IT SOUNDS LIKE BOTH PARTIES HAVE VETTED THAT |
| 09:38AM | 15 | ISSUE AND COME TO A CONCLUSION, I WOULD LIKE YOU TO GET THAT ON |
| 09:38AM | 16 | FILE BY CLOSE OF BUSINESS TOMORROW.  THAT WILL BE WEDNESDAY, |
| 09:38AM | 17 | THE 21ST. |
| 09:38AM | 18 | LET ME JUST MAKE A NOTE HERE, NONOPPOSITION -- |
| 09:38AM | 19 | NONOBJECTION -- NO OBJECTION STATEMENT ON FILE BY 7-21. |
| 09:38AM | 20 | THEN THAT BRINGS US TO THE SPECIAL MASTER'S INVOICES AND |
| 09:38AM | 21 | THE OUTSTANDING BALANCES.  THERE ARE NOT WORDS TO CAPTURE THE |
| 09:38AM | 22 | COURT'S GRAVE CONCERN AND DISMAY AT THIS SITUATION AND AT THE |
| 09:38AM | 23 | POSITION OF WHAT APPEARS TO BE ONLINENIC IN PARTICULAR BUT, |
| 09:39AM | 24 | AGAIN, I HAVE NOT SEEN A LOT OF PAPER AROUND IT, WITH REGARDS |
| 09:39AM | 25 | TO NOT -- WELL, WITH REGARDS TO UNPAID INVOICES. |

```
09:39AM   1            LET ME BE VERY, VERY CLEAR.  NOTHING ELSE HAPPENS IN THIS
09:39AM   2    CASE, THERE IS NO WITHDRAWAL OF COUNSEL, NOTHING HAPPENS IN
09:39AM   3    THIS CASE UNTIL THE SPECIAL MASTER HAS BEEN PAID IN FULL.
09:39AM   4            I WOULD LIKE, MR. NARANCIC, WELL, ACTUALLY FROM BOTH
09:39AM   5    PARTIES, I WANT A PAYMENT PLAN TO ZERO OUT YOUR BALANCES, YOUR
09:39AM   6    RESPECTIVE SHARES, AND A, A -- YOU KNOW, IF YOU CAN'T BE ALL
09:40AM   7    PAID AT ONCE, THEN HOW MUCH IS GOING TO BE PAID?  WHEN IS IT,
09:40AM   8    GOING TO BE PAID?  WHEN WILL THE SPECIAL MASTER'S BALANCE -- I
09:40AM   9    WANT A PROPOSED PAYMENT PLAN FROM BOTH SIDES.  I WILL GIVE YOU
09:40AM  10    ONE WEEK TO PUT THAT TOGETHER.  THAT WILL BE DUE ON JULY 27TH.
09:40AM  11            FAILURE TO SUBMIT A -- SUCH A PROPOSAL, WHICH THE COURT
09:40AM  12    WILL REVIEW AND CONSIDER, FAILURE TO SUBMIT SUCH A PROPOSAL BY
09:40AM  13    EITHER SIDE, I WILL HOLD YOU IN CIVIL CONTEMPT.  THAT WILL BE
09:40AM  14    BOTH THE PARTY AND COUNSEL.
09:40AM  15            AND THIS IS YOUR NOTICE.  I'M REQUIRED TO GIVE YOU NOTICE
09:40AM  16    AND AN OPPORTUNITY TO BE HEARD.  SO IF I DO NOT RECEIVE A
09:40AM  17    PROPOSED PAYMENT PLAN BY JULY 27TH, THEN I WILL ISSUE AN ORDER
09:41AM  18    TO SHOW CAUSE AS TO WHY I SHOULD NOT FIND BOTH PARTY AND
09:41AM  19    COUNSEL IN CIVIL CONTEMPT.
09:41AM  20            I THINK EVERYONE IS FAMILIAR ENOUGH WITH CIVIL PROCEDURE
09:41AM  21    IN THIS DISTRICT TO KNOW THAT A FINDING OF CIVIL CONTEMPT BY A
09:41AM  22    JUDGE IN THE NORTHERN DISTRICT OF CALIFORNIA WILL FOLLOW YOU
09:41AM  23    THROUGHOUT ANY CLAIMS THAT YOU EVER BRING OR DEFEND IN THIS
09:41AM  24    COURT.
09:41AM  25            I WOULD ENCOURAGE COUNSEL ON BOTH SIDES TO ROLL UP YOUR
```

|         |    |                                                                          |
|---------|----|--------------------------------------------------------------------------|
| 09:41AM | 1  | SLEEVES, TALK WITH YOUR CLIENTS, EXPLORE AND UNDERSTAND THE              |
| 09:41AM | 2  | CONSEQUENCES AND THE SERIOUSNESS OF THIS POSITION.                       |
| 09:41AM | 3  | I WOULD ENCOURAGE COUNSEL TO SPEAK WITH THOSE WITH WHOM                  |
| 09:42AM | 4  | YOU SHARE FINANCIAL RESPONSIBILITY BECAUSE I WILL FIND CLIENTS           |
| 09:42AM | 5  | AND COUNSEL IN CIVIL CONTEMPT IF THE SPECIAL MASTER'S INVOICES           |
| 09:42AM | 6  | GO UNPAID.                                                               |
| 09:42AM | 7  | AGAIN, THE PARTIES AGREED TO THIS PROCESS.  THIS WAS A                   |
| 09:42AM | 8  | MUTUALLY ACCEPTABLE PROCESS AND SPECIAL MASTER.  THE PARTIES             |
| 09:42AM | 9  | AGREED TO THIS.  FROM THE EXECUTIVE FINDINGS THERE IS GROSS AND          |
| 09:42AM | 10 | EXTREME, APPEAR TO BE, AND I HAVE NOT AGAIN UNPACKED IT                  |
| 09:42AM | 11 | THOROUGHLY, BUT WE ALL HAVE SEEN THE REPORT AND RECOMMENDATION,          |
| 09:42AM | 12 | THERE ARE FINDINGS OF GROSS MISCONDUCT, SPOLIATION OF EVIDENCE           |
| 09:42AM | 13 | BY THE DEFENDANTS.                                                       |
| 09:42AM | 14 | THIS IS NOT A SITUATION WHERE YOU IF YOU DON'T LIKE THE                  |
| 09:43AM | 15 | RESULT YOU PICK UP YOUR TOYS AND GO HOME.  IF YOU DON'T LIKE             |
| 09:43AM | 16 | THE RESULT, FINE, YOU JUST HUNKER DOWN AND YOU TRY TO LEAVE THE          |
| 09:43AM | 17 | LAWSUIT.  THAT'S NOT THE WAY IT WORKS.                                   |
| 09:43AM | 18 | KEEP IN MIND THE FUTURE OF BRINGING CLAIMS OR DEFENDING                  |
| 09:43AM | 19 | CLAIMS IN THIS DISTRICT AND DISCUSS THAT WITH GREAT CARE WITH            |
| 09:43AM | 20 | YOUR CLIENTS.  THE SPECIAL MASTER WILL BE PAID IN FULL, AND I            |
| 09:43AM | 21 | LOOK FORWARD TO THOSE PAYMENT PROPOSALS NO LATER THAN                    |
| 09:43AM | 22 | JULY 27TH.  THAT WILL PUT -- THAT ISSUE TAKES PRECEDENT OVER             |
| 09:43AM | 23 | THE MOTION BY ONLINENIC FOR WITHDRAWAL OF COUNSEL AND OVER               |
| 09:43AM | 24 | FACEBOOK'S MOTION FOR ENTRY OF DEFAULT.                                  |
| 09:43AM | 25 | WHAT I WILL DO IS, AGAIN, I WILL REVIEW THOSE PROPOSALS.                 |

```
09:44AM   1    IF EITHER PARTY WANTS TO BE HEARD IN RESPONSE TO THOSE
09:44AM   2    PROPOSALS, I WILL SET YOU FOR A HEARING.  I WILL -- WE WILL
09:44AM   3    MOVE FROM THERE.
09:44AM   4        IF THE PROPOSALS ARE ACCEPTABLE AND WE CAN GET THE PAYMENT
09:44AM   5    ISSUE RESOLVED, THEN WE WILL TURN BACK TO THE OTHER PENDING
09:44AM   6    MOTIONS.
09:44AM   7        ANY QUESTIONS WITH REGARD TO NEXT STEPS?
09:44AM   8        MR. KROLL.
09:44AM   9            MR. KROLL:  YES, YOUR HONOR.  I'M A TAD CONFUSED,
09:44AM  10    YOUR HONOR.
09:44AM  11            THE COURT:  MR. KROLL, YOU'VE FROZEN UP ON ME.
09:44AM  12            MR. KROLL:  YOUR HONOR, FACEBOOK HAS -- CAN YOU --
09:44AM  13    AM I THERE?
09:44AM  14            THE COURT:  YOU ARE NOW.  YOU ARE NOW.  YOU WERE A
09:44AM  15    TAD CONFUSED AND THEN YOU FROZE.  GO AHEAD.
09:44AM  16            MR. KROLL:  HOPEFULLY THAT'S NOT SYMBOLIC HERE,
09:45AM  17    YOUR HONOR.
09:45AM  18        I'M CONFUSED BECAUSE FACEBOOK HAS PAID THE SPECIAL MASTER
09:45AM  19    EVERY TIME IT HAS RECEIVED THE INVOICE.  THE MOST RECENT
09:45AM  20    INVOICE, WHICH WAS SENT YESTERDAY, I BELIEVE, YOU KNOW, IS FOR
09:45AM  21    $23,375 THAT FACEBOOK OWES, AND I'M CONFUSED AS TO WHETHER THE
09:45AM  22    COURT IS DESIROUS OF FACEBOOK NOT ONLY TAKING CARE OF THE
09:45AM  23    $23,375 THAT IT OWES, BUT ALSO WITH RESPECT TO THE MONEY THAT
09:45AM  24    IS OWED BY THE DEFENDANTS.
09:45AM  25        AND IN ADDITION TO THAT, AS PART OF OUR MOTION FOR DEFAULT
```

09:45AM 1   JUDGMENT, WE RAISED THE ISSUE THAT BECAUSE OF THE SPOLIATION OF
09:45AM 2   EVIDENCE BY THE DEFENDANTS AND THE OTHER ACTIVITIES THAT THE
09:46AM 3   SPECIAL MASTER NOTED, THAT, IN FACT, THE COSTS OF THE SPECIAL
09:46AM 4   MASTER SHOULD NOT BE SPLIT 50/50 BETWEEN THE PLAINTIFFS AND THE
09:46AM 5   DEFENDANTS AND SHOULD ALL BE BORNE BY THE DEFENDANTS.
09:46AM 6       SO I'M CONFUSED ABOUT HOW THAT ALL PLAYS INTO THE COURT'S
09:46AM 7   THINKING AS WELL AS THE FACT THAT WE HAVE A DECLARATION BY AN
09:46AM 8   OFFICER OF THE DEFENDANTS' SAYING THAT THEY'RE GOING OUT OF
09:46AM 9   BUSINESS SUBJECT TO ICAHN'S REQUIREMENTS ON SUNDAY.
09:46AM 10          THE COURT:  ALL GOOD QUESTIONS, MR. KROLL, AND EACH
09:46AM 11  ONE OF THOSE A BIT PREMATURE FOR TODAY.
09:46AM 12      AT THIS TIME WE HAVE THE OBLIGATIONS OF FACEBOOK TO BRING
09:46AM 13  ITS BALANCE, CLEAR ITS BALANCE WITH THE SPECIAL MASTER, AND WE
09:46AM 14  HAVE THE OBLIGATIONS OF ONLINENIC.  NEITHER SIDE HAS BEEN
09:47AM 15  RELIEVED OF THOSE OBLIGATIONS.  THE 50/50 SPLIT REMAINS IN
09:47AM 16  PLACE AND THAT WE'RE TAKING THIS ONE STEP AT A TIME.
09:47AM 17      SO WHAT I EXPECT TO SEE FROM FACEBOOK IS EITHER PAYMENT OF
09:47AM 18  OR A PROPOSED PAYMENT PLAN FOR ITS SHARE, ITS CURRENT SHARE OF
09:47AM 19  THE BALANCE WITH REGARDS TO BRINGING MR. HOWE CURRENT.
09:47AM 20          MR. KROLL:  ALL RIGHT.  THANK YOU, YOUR HONOR.
09:47AM 21          THE COURT:  THOSE ARE GOOD QUESTIONS, AND THEY ARE
09:47AM 22  ALSO A LITTLE FURTHER DOWN ON MY -- WHERE WE GO FROM HERE, BUT
09:47AM 23  WE'RE TAKING THIS ONE STEP AT A TIME.  BUT NOTED.
09:47AM 24      MR. NARANCIC, ARE NEXT STEPS VERY CLEAR?
09:47AM 25          MR. NARANCIC:  THEY ARE CLEAR.  MAY I JUST TAKE A

```
09:47AM   1    MOMENT TO OFFER SOME THOUGHTS?
09:47AM   2           THE COURT:  OF COURSE.
09:48AM   3           MR. NARANCIC:  OF COURSE THE COURT WILL GET A
09:48AM   4    PAYMENT PLAN FROM ME.  THE -- IT'S A DIFFICULT SITUATION, AS
09:48AM   5    YOU KNOW, AND I'M FORTUNATE AND THANKFUL TO MR. HOWE FOR
09:48AM   6    INCLUDING SOME HELPFUL LANGUAGE IN HIS REPORT ABOUT MY EFFORTS
09:48AM   7    TO MAKE SURE THAT ONLINENIC WAS FULLY COOPERATIVE DURING THE
09:48AM   8    EVIDENCE COLLECTION PROCESS.  IT WAS A DIFFICULT CHALLENGE, AND
09:48AM   9    AS THE COURT KNOWS FROM MY MOTION TO WITHDRAW, THERE HAVE BEEN
09:48AM  10    OTHER CHALLENGES THAT IN MY VIEW ARE GOOD CAUSE FOR GETTING
09:48AM  11    OUT, IN OTHER WORDS, SOME PROBLEMS WITH THE CLIENT.
09:48AM  12        I WILL, OF COURSE, FULLY COMPLY WITH THE COURT'S ORDERS,
09:48AM  13    BUT I DO, I DO, OF COURSE, WANT TO NOTE THAT MY ABILITY TO
09:49AM  14    CONTROL A CLIENT IS NOT ONLY LIMITED BUT NONEXISTENT.  SO I DID
09:49AM  15    WANT TO PUT THAT ON THE RECORD, BUT, OF COURSE, EMPHASIZE THAT
09:49AM  16    I'LL DO WHATEVER I CAN TO ENSURE THAT MR. HOWE IS FULLY PAID.
09:49AM  17           THE COURT:  I APPRECIATE THAT, MR. NARANCIC.  AS I
09:49AM  18    SAY, RIGHT NOW WHAT I HAVE BEFORE ME IS COUNSEL OF RECORD.
09:49AM  19           MR. NARANCIC:  I UNDERSTAND.
09:49AM  20           THE COURT:  I APPRECIATE IT, AND YOUR COMMENTS ARE
09:49AM  21    NOTED, AND I WILL BE SURE YOU HAVE A FULL AND FAIR OPPORTUNITY
09:49AM  22    TO BE HEARD ON WHATEVER REMEDIES THE COURT FEELS IT NEEDS TO
09:49AM  23    TURN TO, TO RECTIFY THE SITUATION.
09:49AM  24        LET ME ASK A QUESTION.  I DID SEE COMMUNICATIONS -- I
09:50AM  25    CAN'T REMEMBER IF THEY APPEARED IN A STATUS REPORT.  I BELIEVE
```

```
09:50AM   1    THEY APPEARED IN A STATUS REPORT BEFORE THE COURT.  I KNOW IT
09:50AM   2    WAS REPORTED TO THE COURT FROM SPECIAL MASTER HOWE WHEN THE
09:50AM   3    INITIAL FINDINGS BEGAN TO COME TO THE SURFACE, COME TO LIGHT,
09:50AM   4    THAT THE DEFENDANT WAS RETAINING ITS OWN EXPERT TO TAKE A LOOK
09:50AM   5    AT AND CHALLENGE.
09:50AM   6         DID THAT IN FACT HAPPEN, MR. NARANCIC?
09:50AM   7              MR. NARANCIC:  THERE WAS AN ENGAGEMENT, A LIMITED
09:50AM   8    ENGAGEMENT AND THAT, THAT FIRM HAS BEEN PARTIALLY PAID, BUT
09:50AM   9    THAT ENGAGEMENT IS NO LONGER ALIVE.
09:50AM  10              THE COURT:  WHAT CONCERNS ME ABOUT THAT IS
09:50AM  11    THROUGHOUT THE LITIGATION ONLINENIC HAS TAKEN THE POSITION OF
09:50AM  12    WE'RE SMALL, WE HAVE LIMITED FUNDS, WE CAN'T AFFORD TO FIGHT
09:50AM  13    FACEBOOK, WE CAN'T AFFORD TO CHALLENGE FACEBOOK'S DISCOVERY, WE
09:50AM  14    CAN'T -- YOU KNOW, WE'VE HAD THIS RUNNING THEME, AND YET AGAIN,
09:51AM  15    AS SOON AS THEY GOT A RESULT THAT THEY DIDN'T LIKE, SUDDENLY
09:51AM  16    THERE WAS SUFFICIENT FUNDS TO RETAIN THEIR OWN EXPERT.  I FOUND
09:51AM  17    THAT EXTREMELY TROUBLING, AND, AGAIN, I'M LOOKING TO ONLINENIC.
09:51AM  18    I UNDERSTAND TO A CERTAIN EXTENT THAT YOU MAY BE THE MESSENGER,
09:51AM  19    BUT IT'S THAT KIND OF BEHAVIOR THAT IS VERY DISTURBING TO THE
09:51AM  20    COURT, AND THEN NOT TO COMPLETE ITS FINANCIAL OBLIGATIONS TO
09:51AM  21    THE SPECIAL MASTER HERE.
09:51AM  22              MR. NARANCIC:  I CAN ASSURE THE COURT I'VE
09:51AM  23    EXPRESSED -- I APPRECIATE AND UNDERSTAND THE COURT'S
09:51AM  24    FRUSTRATION AND CONCERN AND THEY'RE SHARED BY ME.
09:51AM  25         IT WAS A VERY LIMITED ENGAGEMENT, BUT I UNDERSTAND THE
```

| | | |
|---|---|---|
| 09:51AM | 1 | COURT'S CONCERN. |
| 09:51AM | 2 | THE COURT: ALL RIGHT. ALL RIGHT. I WILL LOOK |
| 09:51AM | 3 | FORWARD TO THE PARTIES' SUBMISSIONS NO LATER THAN THE 27TH, AND |
| 09:51AM | 4 | THEN I WILL MOVE ON WITH NEXT STEPS, AND WE WILL CONTINUE TO |
| 09:52AM | 5 | WORK THROUGH THIS PROCESS AND GET ALL OF THE OPEN ISSUES |
| 09:52AM | 6 | ADDRESSED. THE FIRST ISSUE WILL BE MR. HOWE'S INVOICES. |
| 09:52AM | 7 | ALL RIGHT. THAT IS WHERE I INTEND TO BRING THIS -- THIS |
| 09:52AM | 8 | IS WHAT I INTEND FOR US TO ACCOMPLISH FOR TODAY. |
| 09:52AM | 9 | ANY FINAL COMMENTS OR QUESTIONS? MR. KROLL? |
| 09:52AM | 10 | MR. KROLL: YES, YOUR HONOR. SO WE'RE ON THE HORNS |
| 09:52AM | 11 | OF A DILEMMA HERE, WHICH IS THE DESIRE OF THE COURT TO HAVE A |
| 09:52AM | 12 | SPECIAL MASTER PAID AND THE STATEMENT BY AN OFFICER OF |
| 09:52AM | 13 | ONLINENIC THAT THEY INTEND TO CEASE DOING BUSINESS ON SUNDAY. |
| 09:52AM | 14 | AND OUR FEAR BASED ON PAST EXPERIENCE WITH ONLINENIC IN |
| 09:53AM | 15 | THE VERIZON CASE, AND, YOU KNOW, AS SHAKESPEARE SAID "PAST IS |
| 09:53AM | 16 | PROLOGUE," THAT ONLINENIC MAY BE IN THE PROCESS OF DISSIPATING |
| 09:53AM | 17 | THEIR ASSETS. AND ASSUMING THAT'S THE CASE, WHAT WE WOULD ASK |
| 09:53AM | 18 | THE COURT TO DO TO ENSURE THAT ASSETS HAVE NOT ALREADY BEEN |
| 09:53AM | 19 | DISSIPATED, IS TO IMPOSE SOME TYPE OF RESTRAINING ORDER ON THE |
| 09:53AM | 20 | DEFENDANTS TO ENSURE THAT EVEN AFTER SUNDAY THAT WHATEVER FUNDS |
| 09:53AM | 21 | ONLINENIC HAS WILL BE AVAILABLE TO PAY THE SPECIAL MASTER, AND, |
| 09:53AM | 22 | OF COURSE, IF THERE'S MONEY LEFT OVER AND IF THE COURT DECIDES |
| 09:53AM | 23 | TO CHANGE THE PAYMENT PLAN TO SPECIAL MASTER HOWE SO THAT |
| 09:53AM | 24 | FACEBOOK NO LONGER HAS TO BEAR THE BURDEN OF HALF OF THE |
| 09:54AM | 25 | PAYMENT, AS WELL AS A POTENTIAL JUDGMENT, WE THINK IT'S IN THE |

|          |    |                                                                      |
|----------|----|----------------------------------------------------------------------|
| 09:54AM  | 1  | INTEREST OF THE COURT AS WELL AS THE SPECIAL MASTER TO HAVE          |
| 09:54AM  | 2  | SOME TYPE OF RESTRAINING ORDER FREEZING ASSETS TO AVOID              |
| 09:54AM  | 3  | DISSIPATION.                                                         |
| 09:54AM  | 4  |         THE COURT:  AND I WOULD ACCEPT A MOTION IN THAT              |
| 09:54AM  | 5  | REGARD.  IF YOU WANT TO SUBMIT AN APPLICATION FOR A RESTRAINING      |
| 09:54AM  | 6  | ORDER, A TEMPORARY RESTRAINING ORDER FOR JUST THAT PURPOSE, YOU      |
| 09:54AM  | 7  | CAN DO THAT.                                                         |
| 09:54AM  | 8  |      MR. NARANCIC.                                                   |
| 09:54AM  | 9  |         MR. NARANCIC:  YES.  YOUR HONOR, I THINK THIS IS AN          |
| 09:54AM  | 10 | IMPORTANT POINT.  I DID DISCUSS WITH PLAINTIFFS THE PROPOSAL         |
| 09:54AM  | 11 | FROM ONLINENIC THAT ONLINENIC CONTINUE BUSINESS OPERATIONS AND       |
| 09:54AM  | 12 | I JUST PREVIEW THIS ISSUE, YOUR HONOR.  I'LL ADDRESS IT MORE         |
| 09:55AM  | 13 | CAREFULLY IN WRITTEN SUBMISSIONS, BUT I DID ASK PLAINTIFFS           |
| 09:55AM  | 14 | ABOUT A PROPOSAL WHERE ONLINENIC WOULD HAVE CONTINUED BUSINESS       |
| 09:55AM  | 15 | OPERATIONS FOR SOME PERIOD OF TIME BECAUSE IT IS CASH FLOW           |
| 09:55AM  | 16 | POSITIVE, IT IS GENERATING CASH, EXPRESSLY FOR TWO PURPOSES.         |
| 09:55AM  | 17 |     ONE, TO MAKE SURE THAT THE SPECIAL MASTER WAS PAID FROM          |
| 09:55AM  | 18 | THOSE PROCEEDS, AND I THINK THERE'S -- I MAKE REFERENCE TO THAT      |
| 09:55AM  | 19 | IN I THINK THE CASE MANAGEMENT STATEMENT, BUT ALSO TO ENSURE         |
| 09:55AM  | 20 | THAT ONLINENIC IS SOLD AS A GOING CONCERN BECAUSE THE VALUE OF       |
| 09:55AM  | 21 | THE ENTERPRISE AS A GOING CONCERN IS MUCH, MUCH HIGHER THAN          |
| 09:55AM  | 22 | SELLING A DATABASE.  THOSE TWO THINGS TOGETHER WOULD HAVE            |
| 09:56AM  | 23 | ENSURED NOT ONLY THAT MR. HOWE IS FULLY PAID BY ONLINENIC FOR        |
| 09:56AM  | 24 | ITS PORTION, BUT ALSO THAT THE ESTATE, THE ASSETS OF ONLINENIC       |
| 09:56AM  | 25 | WOULD BE MAXIMIZED FOR SALE TO THE BENEFIT OF EVERYONE.              |

```
09:56AM   1          SO I WILL REVISIT THAT ISSUE WITH OPPOSING COUNSEL, BUT
09:56AM   2    I'M HOPEFUL THAT THAT IS AN APPROACH THAT MIGHT BE HELPFUL.
09:56AM   3              THE COURT:  AND THAT IS EXACTLY THE KIND OF, YOU
09:56AM   4    KNOW, PERHAPS BUSINESS SOLUTION OR IN PART BUSINESS SOLUTION
09:56AM   5    THAT MAY ENABLE BOTH PARTIES TO KEEP MOVING FORWARD TO THEIR
09:56AM   6    RESPECTIVE OBJECTIVES.
09:56AM   7          I DON'T KNOW WHAT THE -- AND THE PARTIES CAN MEET AND
09:56AM   8    CONFER AND ATTEMPT TO DISCUSS THAT.
09:56AM   9          I THINK THAT FACEBOOK'S POINT ABOUT AVOIDING DISSIPATION
09:56AM  10    OF ASSETS IS, YOU KNOW, IS WELL TAKEN.  THAT'S A VERY REAL
09:57AM  11    CONCERN, ESPECIALLY GIVEN THAT THE NONPAYMENT OF THE INVOICES,
09:57AM  12    THE IMPACT IT HAS ON THE LITIGATION.
09:57AM  13          BUT IT MAY VERY WELL MAKE SENSE FOR THE PARTIES TO TRY TO
09:57AM  14    WORK OUT SOME TYPE OF COMPROMISE OR AT LEAST FOR SOME PERIOD OF
09:57AM  15    TIME TO SEE IF, IN FACT, ONLINENIC IS PARTICIPATING IN THAT
09:57AM  16    COMPROMISE IN GOOD FAITH.  AND, YOU KNOW, THAT WOULD BE WITH
09:57AM  17    SOME OPERATION, AND SOME PAYMENTS MADE, AND SOME DEMONSTRATION
09:57AM  18    THAT WOULD SEEM TO MAKE GOOD SENSE, BUT THE PARTIES WILL HAVE
09:57AM  19    TO ADDRESS AND WORK THAT OUT, AND THAT'S WHY I'LL TAKE, YOU
09:57AM  20    KNOW, AS I SAY, I'LL TAKE THE PAPER ON AN APPLICATION FOR A TRO
09:57AM  21    OR, YOU KNOW, IT WOULD -- I HEAR WHAT YOU'RE SAYING,
09:58AM  22    MR. NARANCIC, AND IT SOUNDS SENSIBLE IF THERE'S ENOUGH BETWEEN
09:58AM  23    THE PARTIES THAT THEY FEEL LIKE THAT THEY CAN ENGAGE IN SOME
09:58AM  24    KIND OF AN AGREEMENT THAT WILL BE UPHELD, BUT WE'RE HERE
09:58AM  25    BECAUSE OF BREACHED AGREEMENTS CERTAINLY VIS-A-VIS THE SPECIAL
```

```
09:58AM   1    MASTER.
09:58AM   2         SO ONLINENIC I THINK WOULD CERTAINLY NEED TO MAKE A
09:58AM   3    SHOWING OF GOOD FAITH THAT IT INTENDED TO PARTICIPATE IN GOOD
09:58AM   4    FAITH IN ANY KIND OF COMPROMISE, BUT THE COURT WOULD CONSIDER
09:58AM   5    THAT AS A GOOD FAITH SHOWING OF A WILLINGNESS AND AN ABILITY TO
09:58AM   6    PARTICIPATE IN SOME KIND OF COMPROMISE CAN CERTAINLY COME INTO
09:58AM   7    ANY BALANCING IN AN EVALUATION OF EQUITIES THAT WOULD BE BEFORE
09:58AM   8    THE COURT AND WHETHER OR NOT IT SHOULD ISSUE A TRO ON ANY
09:58AM   9    ASSETS.
09:58AM  10         MR. NARANCIC:  THANK YOU.
09:58AM  11         THE COURT:  OKAY.  I THINK EVERYONE UNDERSTANDS NEXT
09:59AM  12    STEPS, AND I LOOK FORWARD TO RECEIVING MORE INFORMATION FROM
09:59AM  13    THE PARTIES AND THEN WE WILL GO FROM THERE.
09:59AM  14       MR. KROLL?
09:59AM  15         MR. KROLL:  YES, YOUR HONOR.  DOES THE COURT INTEND
09:59AM  16    TO SCHEDULE A NEW CONFERENCE AFTER JULY 27TH OR WAIT UNTIL
09:59AM  17    AFTER RECEIPT OF DOCUMENTS TO SCHEDULE A NEW CONFERENCE?
09:59AM  18         THE COURT:  NO, NO, NO, NO.  I WANT TO SEE IF THE
09:59AM  19    PARTIES ARE ABLE TO -- IF WE HAVE A PROPOSAL, IF WE GET
09:59AM  20    PROPOSALS ON THE 27TH THAT ARE MEANINGFUL, IF EVEN BEFORE THEN
09:59AM  21    IF I HAVE A TRO IN HAND AND/OR REPRESENTATIONS OF EXPERTS THAT
09:59AM  22    COMPROMISE, I APPRECIATE THE REACH FOR CERTAINTY, MR. KROLL,
09:59AM  23    BUT I'M GOING TO SEE WHAT IS BROUGHT BEFORE ME.
09:59AM  24       BUT, YEAH, I HAVE YOU ON A SHORT LEASH, AND I MAY BE
10:00AM  25    CALLING YOU IN ON VERY SHORT ORDER.  THAT IS ONE OF THE
```

```
10:00AM   1    ADVANTAGES OF THE ZOOM PLATFORM FOR HEARINGS IS PUT ON YOUR TIE
10:00AM   2    AND JACKET AND PICK THE RIGHT BACKGROUND AND WE'RE GOOD TO GO.
10:00AM   3         I SAY THAT SOMEWHAT FACETIOUSLY.  I KNOW HOW BUSY EVERYONE
10:00AM   4    IS, BUT I'M KEEPING THIS ON A SHORT LEASH.  BUT I WANT TO SEE
10:00AM   5    WHAT WE HAVE IN FRONT OF US, AND THEN I'LL GET YOU BACK IN
10:00AM   6    FRONT OF ME.
10:00AM   7              MR. KROLL:  ALL RIGHT.  THANK YOU, YOUR HONOR.
10:00AM   8              THE COURT:  FAIR QUESTION.  THAT'S WHAT WE'RE GOING
10:00AM   9    TO DO.
10:00AM  10         SPECIAL MASTER HOWE, ANYTHING ELSE FOR THE COURT TODAY?
10:00AM  11              MR. HOWE:  NO, YOUR HONOR.
10:00AM  12              THE COURT:  DO THE PARTIES HAVE YOUR FULL AND FINAL
10:00AM  13    INVOICES IN LIGHT OF THE STOP WORK ORDER?
10:00AM  14              MR. HOWE:  YES, TO DATE.  YES.
10:00AM  15              THE COURT:  ALL RIGHT.  THANK YOU.
10:00AM  16         SPECIAL MASTER HOWE, THANK YOU FOR YOUR TIME AND EFFORT.
10:01AM  17    I WILL EXPECT TO SEE YOU AT FUTURE PROCEEDINGS AS WE WORK
10:01AM  18    THROUGH THIS DILEMMA TO A RESOLUTION AND AFTER YOU GET PAID FOR
10:01AM  19    YOUR HARD WORK.
10:01AM  20              MR. HOWE:  THANK YOU.  WILL DO.
10:01AM  21              THE COURT:  COUNSEL.  THANK YOU.  THAT CONCLUDES
10:01AM  22    THIS MATTER.
10:01AM  23              MR. KROLL:  THANK YOU, YOUR HONOR.
10:01AM  24              MR. NARANCIC:  THANK YOU, YOUR HONOR.
10:01AM  25              MR. HOWE:  THANK YOU, YOUR HONOR.
```

10:01AM   1        (COURT CONCLUDED AT 10:01 A.M.)

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

*Irene Rodriguez*

IRENE RODRIGUEZ, CSR, RMR, CRR
CERTIFICATE NUMBER 8074

DATED: JULY 21, 2021