TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:      213.430.3400
Facsimile:       213.430.3409

DAVIS POLK & WARDWELL LLP
Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
Micah G. Block SBN 270712
micah.block@davispolk.com
Cristina M. Rincon *Pro Have Vice*
Cristina.rincon@davispolk.com
1600 El Camino Real
Menlo Park, CA 94025
Telephone:    650.752.2000
Facsimile:      650.752.2111

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC, | Case No. 5:19-cv-07071-SVK |
| Plaintiffs, | **PLAINTIFFS' STATEMENT REGARDING PAYMENT OF SPECIAL DISCOVERY MASTER'S INVOICES** |
| v. | |
| ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., | Hon. Susan van Keulen |
| Defendants. | |

On July 20, 2021, the Court ordered the parties to each submit proposed payment plans in connection with the Special Discovery Master's Invoices. ECF No. 124. Plaintiffs submit the following statement in response to the Court's Order:

On March 3, 2021, the Court appointed a Special Discovery Master to "supervise and complete, with all reasonable diligence, Defendants' collection, search, and production to Plaintiffs' counsel of Defendants' support ticket database." ECF No. 72. The Order appointing the Special Discovery Master requires the parties to divide the Special Discovery Master's costs and fees equally.[1] *Id*.

The Special Discovery Master has sent several invoices to the parties, and Plaintiffs have promptly paid their half of each invoice. Plaintiffs received the first invoice from the Special Discovery Master on March 7, 2021, and paid their half on March 11, 2021. Plaintiffs received the second invoice from the Special Discovery Master on June 23, 2021, and paid their half on July 2, 2021. Plaintiffs received the third and final invoice from the Special Discovery Master on July 19, 2021, and paid their half on July 20, 2021. Accordingly, Plaintiffs have fulfilled their obligations to pay half of the costs of the Special Discovery Master.

---

[1] When the Court appointed the Special Master, it ordered, as an interim allocation of costs, that Plaintiffs and Defendants would each pay half of the Special Master's fees. ECF No. 72 at 4. The Court, however, noted during the hearing on Plaintiffs' motion to appoint the Special Master that Plaintiffs could return at the appropriate time to request that all of the Special Master's fees be borne by Defendants. Given the Special Master's findings that Defendants intentionally destroyed and obfuscated vast amounts of responsive ESI, and that the need for the Special Master's diligence (and extra diligence) was necessitated by Defendants' discovery malfeasance, Plaintiffs requested that the Court order Defendants to reimburse Plaintiffs all monies Plaintiffs paid the Special Discovery Master. ECF No. 117 at 24-25.

DATED: July 21, 2021

Tucker Ellis LLP

By: /s/David J. Steele
David J. Steele
Howard A. Kroll
Steven E. Lauridsen

Davis Polk & Wardwell, LLP
Ashok Ramani
Micah G. Block
Cristina M. Rincon

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC