# Exhibit 1

03415.com
100crochetnecklaces.com
17kingmvi.info
1nafare.com
1on.com
1serialmarket.com
1subtime.xyz
2-ee.com
47e.net
4g4fun.com
7dt.com
98dl.org
996ll.com
abbcenter.com
abileneszechuanrest.com
abilitygroup.com
access-tosuccess.com
ad4cd.com
adaletkizyurdu.com
ads2tech.com
adsnl.com
advanceddermaa.com
afm-rayan.com
aidsthai.org
air-cleaner-systems.com
ajbms.org
ajegmebeljogja.com
albassair.org
albtvlive.com
al-clothe.com
al-fadjr.com
alkds.com
allelectrotrade.com
amn-jeans.com
andis-travel.com
ankochan.net
anthan68.com
apexhotelpattaya.com
appcustom.com
arabrunners.com
ariankhoshnevis.com
artpc.org
aryaahora.com
ascij.com
asemanbooking.com
asfh.com
asianamenu.com
asianbamboohouse.com
asianbistro27106.com
asianhibachiexpress.com
asianwordnet.org
asosindex.com
astrokarma.org
astroupload.com
attips.com
autobmwreview.com
auto-knigi.com
autoprigon.com
avisnca.com
avmovie.com
awaji-info.com
axrizan.com
azadimath.com
azaleasacademy.com
baankonkoh.com
baansiri.com
babybearonline.com
bagsatoshi.com
bajacafedeerfield.com
bandekubon.com
banker99.net
bare-family.net
bare-girls.com
batiantalyatur.net
bazneshaste.com
behhf.com
bessieblegardamf.org
beverlynailsgreensboro.com
biomatecs.com
biruzaclub.com
bitex360.com
bluesky-resort.com
bmwredesign.com
bollyzik.com
boostyoursurf.com
bovoss.com
boxmk.com
bpihospital.com
brandcloset.com
breastcrawl.org
bridgescore.com
brusselairline.com
buffetkinghouston.com
buzziran.com

```
caffetakroman.com                cracksarchive.com
caili-wj.com                     crewsociety.com
cambrigeenglish.org              crossfithaven.com
campinglabanera.com              crosstheworld.com
campriviera.com                  cusmaker.com
cansa.com                        custompinoyrides.com
canthoinfo.com                   cvbesaz.com
car2sure.com                     cvpk.com
card-generator.com               dadafalv.com
careerfairs-eastcoast.com        dancingtiger.net
catrumahminimalis.com            daneshju-club.com
cccamperland.com                 darksidefabrications.com
ccnacertificationguide.com       darrylsstainedglasspatterns.com
cebudirect.com                   dasradiatoridiarredo.com
celalagakonagihotel.com          daychuyendavay.com
centerfurnit.com                 dcvprogram.org
cfni.com                         delfinobeach.com
cgmls.com                        deltabroadcastingsystem.net
charekar.com                     depotaccount.com
charming-angels.net              designvog.com
cheatha.com                      detailenglish.com
chengmingmag.com                 diallerplugin.com
cherdo.com                       diamondsandgoldireland.com
cherlove.net                     dighousedesign.com
chic2sweet.com                   dinodanesh.com
chinaexpressef.com               dirmug.com
chinakingil.com                  divingfinder.com
chinakingmoberly.com             dlllspeed1.xyz
chinastardinner.com              dlllspeed2.xyz
chinastarharlingen.com           dmvexam.org
chinawok8.net                    docmartin.org
chornakorn.com                   dogtasuk.com
christopherwong.com              dolphinsandscabins.com
cimonebikepark.com               doma-nn.com
classicquotes.com                donrearic.com
cleverlimo.com                   downcafe.net
closeupenglishform3.com          downloadler.com
clouddeck.net                    dralisafari.com
c-m-m.net                        dramafire.net
coco-stream.com                  drazarakhshmokri.com
coloradotikiboat.com             drborworn.com
communichat.net                  dreamtone.org
cookbim.com                      drinkzone.net
cookjino.com                     drkhatir.com
cortas.com                       dsrh.com
cpj.net                          dutoantsc.com
cps3anderson.com                 ecole-coiffure-pluralis.com
```

eiiff.com
elkhabarerriadhi.com
emballage-packaging.com
emspeeding.com
enfong-waco.com
eprogramy.org
eramhome.com
esl-skilled-academy.com
exirpakat.com
extendmypoolseason.com
ezmovinginla.com
faraswan.com
fardecor.com
farsituts.com
farspal.net
farvardinclinic.com
feiz.com
felezyabkord.com
fieldofbitcoin.com
fih.net
filekeen.com
filmstreamingfr.net
filmsubito.org
filmycz.com
finanslinker.net
finesseflorist.com
flatearthfarsi.com
food-to-taste.com
frankiecihi.com
free-bitcoin.org
freehandmades.com
freejoomlatemplatez.com
free-keno-games.com
freevpnproxy.org
frenchpopcorn.com
freshfieldsfarmboxes.com
frive.com
frogfaucet.com
furoro.com
gafrecruitment.com
gamehacknow.com
gamekiller.com
genzu.com
gideapps.com
glassexpertllc.com
gmnw.com
goahub.com
goldcoastpcyc.com
goldenmanoromaha.com
goldenpalace15east.com
goldenvalleylendinglogin.com
goldsday.com
goluckypalace.com
gomainmoon.com
gosing.com
gozzo.com
grcity.com
greatwallwa.com
gsb-pracharat.com
h4846.com
haftestan.com
haichuoi.com
happyhouseoh.com
happypandatn.com
hartaudio.com
hastiland.com
hatyaismiletour.com
hayespharmacy.com
hdwallpaperbackgrounds.net
healthandhappinessfoundation.com
herasmassagebkk.com
hexupload.com
hiddenitegems.com
his-hotel.com
hjtb.com
hkdimsumcity.com
hoaphatonline.com
holioplugin.com
hongkongchineserestaurant.net
hongpaklakroi.com
hongsong.com
hoteldellevittorie.com
hoteldorange.com
hotel-hertelendy.com
hotwifecuckolds.com
hrvinet.com
hunanchineseshawano.com
hunanwok8.com
hunanwokjax.com
hundunpi.com
hykd.com
iaaa.com
iclasscenter.com
idd100.com

```
ieltsexam.net                      kontrolauma.org
imanmaleki.com                     kooliptv.com
imxdata.com                        kpopseries.com
indiagiftsportal.com               krujongrak.com
infohowler.com                     krupongsak.net
inmobiliaria-torrox.com            krylov.org
insightin.com                      kwongchowrestaurant.com
intermusicthailand.com             kyu-syu-kaihatu.com
intrader.com                       l2-news.com
ioksp.com                          labelle-entertainment.net
iranitalyapply.com                 ladyhealthfirst.com
islamicdreamsolutions.com          lak21.com
iwant2go2korea.com                 lakeforkmarina.net
jabbarsteel.com                    laketappsmontessori.com
jack-siamamulet.com                latexdisposableglove.com
jadoyezehn.com                     latribune-online.com
jamestown-ca.com                   lawandsea.net
janyaresort.com                    laysol.com
jaquette-online.com                ldgseoul.com
javadpay.com                       ledrononline.com
jetphotosoft.com                   lekkoo.com
jetzaban.com                       lembaz.com
jewgle.com                         lensagaul.com
jirocomputer.com                   lifeupmusic.com
jjasianbistro.com                  like-tv.org
jjchinadiner.com                   linkcik.com
jlnx.com                           littletreegarden.com
joomavatar.com                     liwahotel.net
judiangka3.com                     lmtstore.com
junse.com                          lolita-playground.com
jwscar.com                         love-teen.net
k2camping.com                      lpcasinoblu.com
kanbikai.com                       lpkt.com
kandabisoft.com                    lq293.com
kawnafurniture.com                 lsyf.com
kcdt.com                           lumpysshakeshop.com
kengschowmein.com                  machoomcar.com
kennyschinese.com                  madx.com
khaosanimmjai.com                  magiksex.com
kharid123.com                      magnumtattooshop.com
kidsanookplaza.com                 maisoncubenkit.com
kingbuffetwa.com                   manfaattanamanobatherbal.com
kishaway.com                       maplebankfarm.com
klubochek.com                      marifetlimuallim.com
kmkw.com                           marvelhotelbangkok.com
knigitxt.com                       marvelousimpex.com
kohngaithanyaresort.com            medikamente-rezeptfrei.net
```

```
meeetme.com                         newaltisclubthailand.com
meishi-studio.com                   newchinabuffetmargate.com
mess-prive.com                      newheavenkohtao.com
metier.net                          newhibachicafe.com
milgafas.com                        new-sex-up.com
minds-online.com                    ngms.com
minhsrestaurant.com                 nightdreambabes.com
misamshop.com                       ninit.com
mizu-softphone.com                  njspellingbee.net
mjacksong.com                       nlpvas.com
mobile4free24.com                   nnimages.net
modjeskaranchrescue.org             noblemotorsports.net
mogomovies.com                      novaset.net
mojazdl.com                         novoair.com
mondial-lift.com                    novotemporh.com
monika-clinic.com                   nt-boys.com
moorenissan.net                     nubianplugin.com
moroccosong.com                     nudecreatives.com
morvarewards.com                    nudismtop.com
movie21.com                         nudist-pics.org
moviefisher.org                     numberyab.com
mrhoagie.com                        nyha.com
mrlongtoeic.com                     nytc.com
mrsmkbtsua.com                      omvn.com
mtf-online.com                      onedayclub.com
mtrd.com                            onewaystreetwear.com
muabanon.com                        onlinenic.club
museumfurniture.com                 optraclub.com
musicatotal.org                     orangesbkk.com
mxcgoods.com                        ozonegame.com
myanimepedia.com                    p30it.com
myanmartourism.org                  p30updl.com
mylend.com                          pacontrol.com
my-personal-finder.com              padisamorong.com
mzvf.com                            pantyhoseinnylons.com
mzvk.com                            parikramarestaurant.com
nails1kokomo.com                    parisciel.com
nakhathaimassagewyong.com           parspan.com
nakhonphanom.net                    parttimejobone.com
namoodar.com                        peakmanagementservices.com
nampadhospital.org                  peggingblackmen.com
natureviewpattaya.com               pelicula1.com
navatractor.com                     persiantarh.com
naylavip.com                        pes-ukraine.com
nbdndenimsupply.com                 pezeshkeonline.com
negahetazehco.com                   pfgx.com
newactorsworkshop.com               phil-job.net
```

```
phimsd.org
phoenixmassagect.com
photosinhouse.com
pintasloan.com
pippin-style.com
pix2pix.org
pklivetvchannels.com
plearnkid.com
pleasuresnowboards.com
pnkk.com
pointclickcare-login.com
polarisspa.net
pollockstoys.com
pom-puppies.com
pornoxide.org
postgah.com
ppyoon.com
pradid.com
pratunampavilion.com
presidentusa.net
preteen-angels.net
prettynailsmn.com
prokredit.net
ps-thai.org
puribambu.com
pushemstation.com
pztk.com
qingtong5.com
qualitysimulations.com
queenslandcatering.com
qukuaiwei.com
ra1ra.net
radioruraledekayes.net
radompon.com
ramapatholab.net
ramenbones.com
redrock-beach.com
restaurantvittorios.com
revistaklan.com
ricocashdocument.com
ristorantesangiorgio.net
ritapateroni.com
rohm-labs-uk.com
rolbx.com
romaji.org
romanbaz.com
romankhoni.com
rongbachkim888.com
roninsushioh.com
rottourthai.net
routepointe.com
rpjs.com
rprestaurant.com
rsbikers.com
ruay226.com
runnersleader.com
rylaconference.com
sahatoys.com
saintmed-cpap.com
samdecorator.com
sanayefannavaran.com
sandhmotors.com
sangcharernbike.com
santapaula-motel.com
saunawell.com
saveyoufile.com
sgex.com
shaigle.com
shenzem.com
shikfilm.com
shoplyra.com
shoptung.com
sibdownload.com
singlenew.com
sino-hotel.com
skselectric.com
smileplus-dentalclinic.com
smilethaitour.com
smokymountainflyguide.com
sontel.com
soulkitchenhostel.com
southbaycommunityservices.org
spillo54.org
spoletina.com
spozami.com
springhillmanor.net
srcpanel.com
sshcommic.com
stagelinecosmetics.com
steamaccs.com
strabiliardo.com
streamvff.com
stripemania.com
strowberry.net
```

```
sub-titles.net                    traceyshome.com
sues668899.com                    trangvangraovat.com
suhanhotel.com                    trochoitruyenhinh.com
sumannvshen.com                   truemove.com
sunfirebeach.net                  truewifi.net
sunnypet3.com                     tunesway.com
superpinger.com                   tvprogram4u.com
suppliergreenworld.com            tvti.net
surfsitmoney.com                  twcartuner.com
sushijapanmenu.com                tyeyo.com
sutanaryan.com                    tysoffka.net
sweetasianjudy.com                ukplugin.com
syrschool.net                     umbria.org
tahrirgar.com                     uploadfa.net
tamalehouse.com                   usaplugin.com
taptarinha.com                    utggold.com
tatjawaher.com                    vanthaitour.com
teamtailnut.com                   vectorartbox.com
tehranbuy.com                     vectorengineer.com
tehrangold.net                    vendomicoche.com
telcoplugin.com                   venetiannailsspacalgary.com
teledidar.com                     vipcarrentegypt.com
telemaniak.org                    vivid-media.net
templatesquare.com                vngg.com
thaiantialcohol.com               vnif.com
thailottowin.com                  vnmb.com
thaivbd.org                       vnyf.com
thaliwalla.com                    vob2.com
thcr.com                          voceck.com
thebandcall.com                   vos-films.com
thebankmassage.com                vpf.net
thefoodsearch.com                 walkoutwear.com
theonebbshop.com                  warz44z.com
thhthh.com                        watchestour.com
tianshunchengye.com               watchmovhd.com
tinydl.com                        wbut.net
tire-fitter.com                   wdis.com
tjinus281.com                     webdedatos.com
tklm.com                          wehp.com
top3da2.com                       wel-come.com
topdownloadebooks.com             welcometosulmona.com
topfreebookdownload.com           wellcaretv.com
topless-beach.net                 wikalenda.com
topniko.com                       wikifile.net
topsolar.org                      williamsburghousefurnishings.com
topvs1.com                        winapi-database.com
tp-link.net                       wlmp-project.net
```

```
worktshirt.com
world-lymph.com
wtkgolds.com
wyandotteministorage.com
xajaxproject.org
xes7.com
xfhdpcb.com
xn--12cn9bh6bk7b7c0h.com
xn--22ckh8be0a3due8af4fvdj7hua.com
xqhq.com
xrussianteens.com
xtremetutor.com
xutd.com
xx11x.com
yamahaexciter.com
yamasushiva.com
yanscuisineri.com
yekp.com
yfil.com
yokosojapan.org
zabanamoozan.com
zagcafe.com
zakustom.com
zamilshipyard.com
zbed.com
zekr.org
zibaweblog.com
```