TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:     213.430.3400
Facsimile:     213.430.3409

DAVIS POLK & WARDWELL LLP
Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
Micah G. Block SBN 270712
micah.block@davispolk.com
Cristina M. Rincon *Pro Hac Vice*
Cristina.rincon@davispolk.com
1600 El Camino Real
Menlo Park, CA 94025
Telephone:     650.752.2000
Facsimile:     650.752.2111

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 5:19-cv-07071-SVK<br><br>**DECLARATION OF DAVID J. STEELE IN SUPPORT OF PLAINTIFFS' EMERGENCY EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER FREEZING DEFENDANTS' ASSETS**<br><br>Hon. Susan van Keulen |

I, David J. Steele, declare as follows:

1. I am a partner at Tucker Ellis LLP, attorneys of record for Plaintiffs in this action. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2. On March 20, 2020, Plaintiffs served their First Set of Requests for Production of Documents and Things to Defendant OnlineNIC, Inc., as well as their First Set of Requests for Production of Documents and Things to Defendant Domain ID Shield Service Co., Limited (collectively "Plaintiffs' Requests").

3. Within Plaintiffs' Requests were requests for production of documents identifying each domain name for which either Defendant OnlineNIC, Inc. or Defendant Domain ID Shield Service Co., Limited (collectively "Defendants") was the registrant.

4. In response to Plaintiffs' Requests, Defendants produced a database table comprising Defendants' domain name portfolio. On July 21, 2021, Defendants' counsel provided Plaintiffs' counsel a currently list of 685 domain names for which Defendants are the registrant ("Defendant's Domain Names"). The list of Defendant's Domain Names is attached as Exhibit 1.

5. Through their own investigation and due diligence conducted on July 20, 2021, Plaintiffs discovered that Defendants have initiated the transfer of hundreds of Defendant's Domain Names on July 19 and 20, 2021 away from OnlineNIC, Inc. to another registrar.

6. Several representative samples of marked-up whois records are attached as Exhibit 2 show the that Defendants began transferring Defendant's Domain Names. The "Domain Status" listed on each whois record shows a transfer to another registrar is currently pending, and the "Updated Date" shows the date the transfer was initiated.

7. A domain name portfolio represents tremendous value. The value of these domain names, if sold by an independent domain name broker, could be used to satisfy Defendants' obligation to satisfy the Special Master's invoices.

8. Following a late-night call between the parties' respective counsel on July 20, 2021, once Plaintiffs discovered these transfers, Defendants' counsel stated he had just learned about the transfers at 6:00 p.m. that evening and had instructed his clients to cease all such transfers.

DECLARATION OF DAVID J. STEELE
CASE NO. 5:19-CV-07071-SVK

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 21, 2021 in Fullerton, California.

/s/ David J. Steele