

3000 EL CAMINO REAL
BLDG. 4, SUITE 200
PALO ALTO, CA  94306
WWW.LEXANALYTICA.COM
T://         650.655.2800
E://   PJN@LEXANALYTICA.COM

July 21, 2021

Howard A. Kroll [ Howard.Kroll@tuckerellis.com]
David J. Steele [David.Steele@tuckerellis.com]

**Re: Facebook, Inc. v. OnlineNIC, Inc.
Case No., 19-cv-7071**

Dear David,

　　Further to our call yesterday, Defendants will stipulate to an asset freeze order. We just need to make sure that we have reasonable language that allows Defendants to spend on ordinary business operations and/or wind-up expenses. Please send me some proposed language.

　　I remind you that there is still an outstanding request to Plaintiffs as to whether they will accept Defendants proposal on carrying on business operations until the court makes a further determination. While Defendants previously intended to cease business operations on July 26, given the developments yesterday, Defendants intend to carry on business operations at least through July 30 - and beyond if possible, in order for the court to receive and consider the payment plans.

　　Also, as discussed, Defendants will agree to deliver control over domain names that it controls to a neutral third-party, so that they can be sold and the proceeds used to pay the Special Master. If you have a proposal on such a neutral third-party, please let me know. For your reference, I attach a spreadsheet with the domain names that are currently registered to "Anthonny".

　　My understanding is that Plaintiffs may file their asset freeze application without first providing it to me. If that is the case, I would expect that this letter would be referenced, and that it be attached be attached as an exhibit to such an application. As to the domains that were transferred to another registrar, those pending transfers have been canceled, or the transferred domains are in the process of being moved back - as shown by the attached supporting documentation.



Feel free to contact me with any questions.

Yours very truly,

LexAnalytica, P.C.

By: Perry J. Narancic