

3000 EL CAMINO REAL
BLDG. 4, SUITE 200
PALO ALTO, CA 94306
WWW.LEXANALYTICA.COM
T://          650.655.2800
E://   PJN@LEXANALYTICA.COM

July 7, 2021

Howard A. Kroll [ Howard.Kroll@tuckerellis.com]
David J. Steele [David.Steele@tuckerellis.com]

Re: Facebook, Inc. v. OnlineNIC, Inc.
Case No., 19-cv-7071

Dear Howard and David,

     Further to today's case management conference, I write to you to revisit Defendants' proposal about continuing business operations, which we previously discussed. As you recall, Defendants sought Facebook's consent to continue business operations until its business could be sold as a going concern. This would solve a lot of problems, including getting the Special Master paid and maximizing any recovery for Plaintiffs. I have not yet re-connected with my clients, but I believe that 6 months would be sufficient to find a buyer.

     It may well be too late for this proposal, since a transition letter has already been sent to ICANN. So I urge Plaintiffs to get back to me as soon as possible as to whether they would agree to such a proposal.

Yours very truly,

LEXANALYTICA, P.C.

By:  Perry J. Narancic