Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
3000 El Camino Real
Bldg. 4, Suite 200
Palo Alto, CA 94306
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED

GRANTED
/s/ Susan van Keulen
Judge Susan van Keulen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>Plaintiffs,<br>v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED.<br><br>Defendants. | Case No. 19-CV-07071-SVK<br><br>**COVER FOR FILING UNDER SEAL PURSUANT TO THE COURT'S ORDER AT DKT. NO. 132.** |

Pursuant to the Court's order at Dkt. No. 132, the accompanying Defendants' Statement re Dkt. No. 132 is filed under seal.

Respectfully Submitted,

DATED: July 23, 2021          LEXANALYTICA, PC

By:  /s/ Perry J. Narancic
_____

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE CO., LIMITED

- 1 -