Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
3000 El Camino Real
Bldg. 4, Suite 200
Palo Alto, CA 94306
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED

**GRANTED**
/s/ Susan van Keulen
Judge Susan van Keulen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>  Plaintiffs,<br>  v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED.<br><br>  Defendants. | Case No. 19-CV-07071-SVK<br><br>**MOTION FOR FILING DEFENDANTS' AMENDED STATEMENT OF ASSETS UNDER SEAL PURSUANT TO ORDER AT DKT. NO. 132.** |

Pursuant to the Court's order at Dkt. No. 132, the accompanying Amended Defendants' Statement of Assets is requested to be filed under seal.

Respectfully Submitted,

DATED: July 23, 2021                LEXANALYTICA, PC

By:  /s/ Perry J. Narancic
_____

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE CO., LIMITED