TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:	213.430.3400
Facsimile:	213.430.3409

DAVIS POLK & WARDWELL LLP
Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
Micah G. Block SBN 270712
micah.block@davispolk.com
Cristina M. Rincon *Pro Hac Vice*
Cristina.rincon@davispolk.com
1600 El Camino Real
Menlo Park, CA 94025
Telephone:	650.752.2000
Facsimile:	650.752.2111

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 5:19-cv-07071-SVK<br><br>**DECLARATION OF DAVID J. STEELE IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF PRELIMINARY INJUNCTION**<br><br>Hon. Susan van Keulen |

I, David J. Steele, declare as follows:

1. I am a partner at Tucker Ellis LLP, attorneys of record for Plaintiffs in this action. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2. It is not necessary for a domain name holder to transfer a domain name to another registrar in order to sell it. Domain name brokers and auction sites routinely sell domain names registered with multiple registrars; the seller merely transfers the domain names to the buyer at the current registrar. Defendants could more easily sell their portfolio of domain names without transferring any domain names to another registrar.

3. On July 25, 2021, I reviewed the cost to transfer .com domain names to Ename, and converted the posted amount into U.S. dollars. The cost to transfer each .com domain name was approximately $10.00.

4. At my direction, an analysis of the valuation of twenty-seven domain names from Defendants' Domain Names was conducted using two online domain name valuation tools. The first valuation tools was available at Estibot.com and the second at GoDaddy.com. The twenty-seven domain names reviewed were: 1on.com, abilitygroup.com, asfh.com, avmovie.com, bridgescore.com, cansa.com, cfni.com, cortas.com, cvpk.com, feiz.com, fih.net, frive.com, gozzo.com, iaaa.com, jewgle.com, kcdt.com, madx.com, mtrd.com, ngms.com, nyha.com, nytc.com, omvn.com, rpjs.com, sgex.com, thcr.com, tklm.com, wdis.com.

5. The valuation tool available at Estibot.com valued the selected twenty-seven domain at $128,170. Screen captures of the valuation of each domain name are attached to this Declaration as Exhibit 1.

6. The valuation tool available at GoDaddy.com valued the selected twenty-seven domain at to $164,256. Screen captures of the valuation of each domain name are attached to this Declaration as Exhibit 2.

7. Through continued investigation conducted on July 24 and July 25, 2021, my colleagues and I discovered numerous additional domain names that appear to be owned by Defendants but not listed by Defendants on their Second Amended Statement of Assets.

8. Some of these domain names were also transferred to Ename on or about July 19 or July 20, 2021.

9. The domain name carrie.club was disclosed by Defendants in discovery as one of the domain names owned by Defendants.

10. The data from the whois record for this domain name, captured on July 19, 2021, shows the domain name registered with OnlineNIC, and the listed owner was "Network Service" – a known alias used by Defendants. The whois record also shows the status "pendingTransfer" indicating that the domain name was, as of July 19, 2021, being transferred away from OnlineNIC. A copy of the whois record is attached to this Declaration as Exhibit 3.

11. The transfer of carrie.club was canceled, and the domain name remains at OnlineNIC.

12. This domain name was not listed on Defendants' Amended Statement of Assets.

13. The domain name dns-diy.net was not disclosed by Defendants in discovery; however, the data from a historic whois record shows the domain name registered with OnlineNIC, listing one of OnlineNIC's business addresses (3027 Teagarden St., San Leandro, CA), and the associated email addresses sumxmut@gmail.com, an email address associated with Defendants. A copy of the historic whois record is attached to this Declaration as Exhibit 4.

14. The current whois record shows that the domain name was transferred away from OnlineNIC to Ename on or about July 20, 2021. A copy of the current whois record is attached to this Declaration as Exhibit 5

15. This domain name was not listed on Defendants' Amended Statement of Assets.

16. The domain names domain-reminder.com and domainwhois-verification.com were not disclosed by Defendants in discovery while idc-internet.com was disclosed by Defendants in discovery. The data from historic whois records shows these domain names were registered with OnlineNIC, and the associated email addresses sumxmut@gmail.com, an email address associated with Defendants. Copy of the historic whois records are attached to this Declaration as Exhibit 6.

17. The current whois records show that each of the domain names was transferred away from OnlineNIC to Ename on or about July 20, 2021. A copy of the current whois record is attached to this Declaration as Exhibit 7.

18. These domain names were not listed on Defendants' Amended Statement of Assets.

19. Additionally, at least thirty-nine other domain names disclosed by Defendants in discovery as owned by Defendants were transferred from OnlineNIC to Ename on or about July 20, 2021. A copy of the current whois record is attached to this Declaration as Exhibit 8.

20. These domain names were not listed on Defendants' Amended Statement of Assets.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 27, 2021 in Fullerton, California.

   /s/ David J. Steele

DECLARATION OF DAVID J. STEELE
CASE NO. 5:19-CV-07071-SVK