# Exhibit 1





















































