Exhibit 2





















































