# Exhibit 4

```
Domain Name: dns-diy.net
Registry Domain ID: 96127421_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2021-03-15T03:12:57Z
Creation Date: 2003-03-25T04:00:00Z
Registrar Registration Expiration Date: 2022-03-25T04:00:00Z
Registrar: Onlinenic Inc
Registrar IANA ID: 82
Registrar Abuse Contact Email: abuse@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Online
Registrant Organization: Online
Registrant Street: 3027 Teagarden St.
Registrant City: San Leandro
Registrant State/Province: CA
Registrant Postal Code: 94577
Registrant Country: US
Registrant Phone: +1.5107698492
Registrant Phone Ext:
Registrant Fax: +1.5107698492
Registrant Fax Ext:
Registrant Email: sumxmut@gmail.com
```