# Exhibit 5

```
Domain Name: DNS-DIY.NET
Registry Domain ID: 96127421_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.ename.com
Registrar URL: http://www.ename.net
Updated Date: 2021-07-20T03:31:11Z
Creation Date: 2003-03-25T08:12:39Z
Registry Expiry Date: 2023-03-25T07:12:39Z
Registrar: eName Technology Co., Ltd
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: 86.4000044400
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Name Server: NS1.DNS-DIY.COM
Name Server: NS2.DNS-DIY.COM
Name Server: NS3.DNS-DIY.COM
Name Server: NS4.DNS-DIY.COM
```