# Exhibit 6

```
Domain Name: domain-reminder.com
Registry Domain ID: 2311420619_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2020-01-07T01:57:21Z
Creation Date: 2018-09-18T02:34:16Z
Registrar Registration Expiration Date: 2021-09-18T02:34:16Z
Registrar: Onlinenic Inc
Registrar IANA ID: 82
Registrar Abuse Contact Email: abuse@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Reseller Org:
Registry Registration ID:
Registration Name: Luke Wayne
Registration Organization: Luke
Registration Street: 351 Embarcadero 232 Embarcadero, 444 Embarcadero
Registration City: E Oakland
Registration State/Province: Alaska
Registration Postal Code: 92620
Registration Country: US
Registration Phone: +86.1585931383
Registration Phone Ext:
Registration Fax: +86.1585931383
Registration Fax Ext:
Registration Email: sumxmut@gmail.com
```

```
Domain Name: domainwhois-verification.com
Registry Domain ID: 2104536248_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2021-03-14T07:05:51Z
Creation Date: 2017-03-13T07:19:57Z
Registrar Registration Expiration Date: 2022-03-13T07:19:57Z
Registrar: Onlinenic Inc
Registrar IANA ID: 82
Registrar Abuse Contact Email: abuse@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Reseller Org:
Registry Registration ID:
Registration Name: OL
Registration Organization: OL
Registration Street: 909 Marina Village Pkwy #236
Registration City: Alameda
Registration State/Province: CA
Registration Postal Code: 94501
Registration Country: US
Registration Phone: +1.5107698492
Registration Phone Ext:
Registration Fax: +1.5107698492
Registration Fax Ext:
Registration Email: sumxmut@gmail.com
```

```
Domain Name: idc-internet.com
Registry Domain ID: 2105104156_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2021-03-16T07:09:03Z
Creation Date: 2017-03-15T09:28:24Z
Registrar Registration Expiration Date: 2022-03-15T09:28:24Z
Registrar: Onlinenic Inc
Registrar IANA ID: 82
Registrar Abuse Contact Email: abuse@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Reseller Org:
Registry Registration ID:
Registration Name: Luke Wayne
Registration Organization: Michael Hartman
Registration Street: 205 Lockridge Lane
Registration City: Alburtis
Registration State/Province: PA
Registration Postal Code: 18011
Registration Country: US
Registration Phone: +1.6102955469
Registration Phone Ext:
Registration Fax: +1.6102955469
Registration Fax Ext:
Registration Email: sumxmut@gmail.com
```