# Exhibit 7

```
Domain Name: DOMAIN-REMINDER.COM
Registry Domain ID: 2311420619_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.ename.com
Registrar URL: http://www.ename.net
Updated Date: 2021-07-20T03:31:24Z
Creation Date: 2018-09-18T02:34:16Z
Registry Expiry Date: 2022-09-18T02:34:16Z
Registrar: eName Technology Co., Ltd
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: 86.4000044400
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Name Server: NS1.DNS-DIY.NET
Name Server: NS2.DNS-DIY.NET
```

```
Domain Name: DOMAINWHOIS-VERIFICATION.COM
Registry Domain ID: 2104536248_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.ename.com
Registrar URL: http://www.ename.net
Updated Date: 2021-07-20T03:31:49Z
Creation Date: 2017-03-13T07:19:57Z
Registry Expiry Date: 2023-03-13T07:19:57Z
Registrar: eName Technology Co., Ltd
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: 86.4000044400
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Name Server: NS1.DNS-DIY.NET
Name Server: NS2.DNS-DIY.NET
```

```
Domain Name: IDC-INTERNET.COM
Registry Domain ID: 2105104156_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.ename.com
Registrar URL: http://www.ename.net
Updated Date: 2021-07-20T03:30:43Z
Creation Date: 2017-03-15T09:28:24Z
Registry Expiry Date: 2023-03-15T09:28:24Z
Registrar: eName Technology Co., Ltd
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: 86.4000044400
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Name Server: NS1.DNS-DIY.NET
Name Server: NS2.DNS-DIY.NET
```