# Exhibit 8

```
Domain Name: 1666.co
Registry Domain ID: D1247608-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:02:43Z
Creation Date: 2010-07-20T18:53:08Z
Registry Expiry Date: 2023-07-19T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: nop.co
Registry Domain ID: D1253046-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:02:45Z
Creation Date: 2010-07-20T19:07:09Z
Registry Expiry Date: 2023-07-19T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: 2666.co
Registry Domain ID: D1269134-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:02:12Z
Creation Date: 2010-07-20T19:55:15Z
Registry Expiry Date: 2023-07-19T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: 9090.co
Registry Domain ID: D1271671-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:02:38Z
Creation Date: 2010-07-20T20:06:35Z
Registry Expiry Date: 2023-07-19T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: 8080.co
Registry Domain ID: D1271696-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:02:09Z
Creation Date: 2010-07-20T20:06:37Z
Registry Expiry Date: 2023-07-19T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: 4455.co
Registry Domain ID: D1271709-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:02:40Z
Creation Date: 2010-07-20T20:06:40Z
Registry Expiry Date: 2023-07-19T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: 0909.co
Registry Domain ID: D1271776-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:02:33Z
Creation Date: 2010-07-20T20:06:54Z
Registry Expiry Date: 2023-07-19T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: yut.co
Registry Domain ID: D1410508-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:02:06Z
Creation Date: 2010-07-21T02:02:43Z
Registry Expiry Date: 2023-07-20T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: qaa.co
Registry Domain ID: D1410624-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:02:53Z
Creation Date: 2010-07-21T02:02:53Z
Registry Expiry Date: 2023-07-20T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: rew.co
Registry Domain ID: D1410658-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:02:35Z
Creation Date: 2010-07-21T02:02:59Z
Registry Expiry Date: 2023-07-20T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: jop.co
Registry Domain ID: D1411659-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:02:30Z
Creation Date: 2010-07-21T02:09:22Z
Registry Expiry Date: 2023-07-20T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: xui.co
Registry Domain ID: D1411729-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:02:14Z
Creation Date: 2010-07-21T02:09:31Z
Registry Expiry Date: 2023-07-20T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: zza.co
Registry Domain ID: D1413979-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:03:23Z
Creation Date: 2010-07-21T02:24:48Z
Registry Expiry Date: 2023-07-20T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: waa.co
Registry Domain ID: D1414018-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:02:17Z
Creation Date: 2010-07-21T02:24:53Z
Registry Expiry Date: 2023-07-20T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: jea.co
Registry Domain ID: D1445164-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:02:22Z
Creation Date: 2010-07-21T06:55:23Z
Registry Expiry Date: 2023-07-20T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: zea.co
Registry Domain ID: D1445169-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:02:27Z
Creation Date: 2010-07-21T06:55:25Z
Registry Expiry Date: 2023-07-20T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: mea.co
Registry Domain ID: D1445179-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:01:53Z
Creation Date: 2010-07-21T06:55:28Z
Registry Expiry Date: 2023-07-20T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: absence.co
Registry Domain ID: D1505718-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:02:01Z
Creation Date: 2010-07-21T13:18:09Z
Registry Expiry Date: 2023-07-20T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: accommodate.co
Registry Domain ID: D1505545-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:02:56Z
Creation Date: 2010-07-21T13:17:58Z
Registry Expiry Date: 2023-07-20T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: accompany.co
Registry Domain ID: D1505551-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:01:23Z
Creation Date: 2010-07-21T13:18:00Z
Registry Expiry Date: 2023-07-20T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: accomplish.co
Registry Domain ID: D1505557-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:01:56Z
Creation Date: 2010-07-21T13:18:02Z
Registry Expiry Date: 2023-07-20T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: accordance.co
Registry Domain ID: D1505579-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:01:20Z
Creation Date: 2010-07-21T13:18:05Z
Registry Expiry Date: 2023-07-20T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: accordingly.co
Registry Domain ID: D1505701-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:02:04Z
Creation Date: 2010-07-21T13:18:07Z
Registry Expiry Date: 2023-07-20T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: creditors.co
Registry Domain ID: D1799589-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:01:43Z
Creation Date: 2010-07-22T05:43:01Z
Registry Expiry Date: 2023-07-21T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: immediate.co
Registry Domain ID: D1500739-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:02:51Z
Creation Date: 2010-07-21T12:59:53Z
Registry Expiry Date: 2023-07-20T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: incident.co
Registry Domain ID: D1500745-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:01:48Z
Creation Date: 2010-07-21T12:59:55Z
Registry Expiry Date: 2023-07-20T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: playtennis.co
Registry Domain ID: D1490260-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:01:46Z
Creation Date: 2010-07-21T11:58:42Z
Registry Expiry Date: 2023-07-20T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: tempt.co
Registry Domain ID: D1508254-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:01:32Z
Creation Date: 2010-07-21T13:27:43Z
Registry Expiry Date: 2023-07-20T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: tendency.co
Registry Domain ID: D1508259-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:01:51Z
Creation Date: 2010-07-21T13:27:45Z
Registry Expiry Date: 2023-07-20T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: tense.co
Registry Domain ID: D1508266-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:01:40Z
Creation Date: 2010-07-21T13:27:47Z
Registry Expiry Date: 2023-07-20T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: tenth.co
Registry Domain ID: D1508307-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:01:38Z
Creation Date: 2010-07-21T13:27:49Z
Registry Expiry Date: 2023-07-20T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: terrific.co
Registry Domain ID: D1509346-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:01:28Z
Creation Date: 2010-07-21T13:33:11Z
Registry Expiry Date: 2023-07-20T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: traitor.co
Registry Domain ID: D1799578-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:01:25Z
Creation Date: 2010-07-22T05:42:57Z
Registry Expiry Date: 2023-07-21T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: troop.co
Registry Domain ID: D1512675-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:02:25Z
Creation Date: 2010-07-21T13:56:48Z
Registry Expiry Date: 2023-07-20T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: update.co
Registry Domain ID: D1159208-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:01:35Z
Creation Date: 2010-07-20T18:03:50Z
Registry Expiry Date: 2023-07-19T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: valid.co
Registry Domain ID: D1159999-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:02:20Z
Creation Date: 2010-07-20T18:03:57Z
Registry Expiry Date: 2023-07-19T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: vao.co
Registry Domain ID: D1446186-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:01:59Z
Creation Date: 2010-07-21T07:10:24Z
Registry Expiry Date: 2023-07-20T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: wrong.co
Registry Domain ID: D1166681-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:02:48Z
Creation Date: 2010-07-20T18:04:53Z
Registry Expiry Date: 2023-07-19T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```

```
Domain Name: zay.co
Registry Domain ID: D1445771-CO
Registrar-Reseller Name: ONLINENIC, INC.
Registrar WHOIS Server: whois.ename.com
Registrar URL: www.ename.net
Updated Date: 2021-07-21T07:01:30Z
Creation Date: 2010-07-21T07:04:54Z
Registry Expiry Date: 2023-07-20T23:59:59Z
Registrar: eName Technology Co., Ltd.
Registrar IANA ID: 1331
Registrar Abuse Contact Email: abuse@ename.com
Registrar Abuse Contact Phone: +86.4000044400
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: transferPeriod
https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Lin Ping
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: FuJian
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar
of Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
```

```
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of
Record identified in this output for information on how to
contact the Registrant, Admin, or Tech contact of the queried
domain name.
Name Server: ns1.sedoparking.com
Name Server: ns2.sedoparking.com
```