# Exhibit 1

```
03415.com
100crochetnecklaces.com
17kingmvi.info
1nafare.com
1on.com
1serialmarket.com
1subtime.xyz
2-ee.com
47e.net
4g4fun.com
7dt.com
98dl.org
996ll.com
abbcenter.com
abileneszechuanrest.com
abilitygroup.com
access-tosuccess.com
ad4cd.com
adaletkizyurdu.com
ads2tech.com
adsnl.com
advanceddermaa.com
afm-rayan.com
aidsthai.org
air-cleaner-systems.com
ajbms.org
ajegmebeljogja.com
albassair.org
albtvlive.com
al-clothe.com
al-fadjr.com
alkds.com
allelectrotrade.com
amn-jeans.com
andis-travel.com
ankochan.net
anthan68.com
apexhotelpattaya.com
appcustom.com
arabrunners.com
ariankhoshnevis.com
artpc.org
aryaahora.com
ascij.com
asemanbooking.com
asfh.com
asianamenu.com
asianbamboohouse.com
asianbistro27106.com
asianhibachiexpress.com
asianwordnet.org
asosindex.com
astrokarma.org
astroupload.com
attips.com
autobmwreview.com
auto-knigi.com
autoprigon.com
avisnca.com
avmovie.com
awaji-info.com
axrizan.com
azadimath.com
azaleasacademy.com
baankonkoh.com
baansiri.com
babybearonline.com
bagsatoshi.com
bajacafedeerfield.com
bandekubon.com
banker99.net
bare-family.net
bare-girls.com
batiantalyatur.net
bazneshaste.com
behhf.com
bessieblegardamf.org
beverlynailsgreensboro.com
biomatecs.com
biruzaclub.com
bitex360.com
bluesky-resort.com
bmwredesign.com
bollyzik.com
boostyoursurf.com
bovoss.com
boxmk.com
bpihospital.com
brandcloset.com
breastcrawl.org
bridgescore.com
brusselairline.com
buffetkinghouston.com
buzziran.com
```

```
caffetakroman.com                cracksarchive.com
caili-wj.com                     crewsociety.com
cambrigeenglish.org              crossfithaven.com
campinglabanera.com              crosstheworld.com
campriviera.com                  cusmaker.com
cansa.com                        custompinoyrides.com
canthoinfo.com                   cvbesaz.com
car2sure.com                     cvpk.com
card-generator.com               dadafalv.com
careerfairs-eastcoast.com        dancingtiger.net
catrumahminimalis.com            daneshju-club.com
cccamperland.com                 darksidefabrications.com
ccnacertificationguide.com       darrylsstainedglasspatterns.com
cebudirect.com                   dasradiatoridiarredo.com
celalagakonagihotel.com          daychuyendavay.com
centerfurnit.com                 dcvprogram.org
cfni.com                         delfinobeach.com
cgmls.com                        deltabroadcastingsystem.net
charekar.com                     depotaccount.com
charming-angels.net              designvog.com
cheatha.com                      detailenglish.com
chengmingmag.com                 diallerplugin.com
cherdo.com                       diamondsandgoldireland.com
cherlove.net                     dighousedesign.com
chic2sweet.com                   dinodanesh.com
chinaexpressef.com               dirmug.com
chinakingil.com                  divingfinder.com
chinakingmoberly.com             dlllspeed1.xyz
chinastardinner.com              dlllspeed2.xyz
chinastarharlingen.com           dmvexam.org
chinawok8.net                    docmartin.org
chornakorn.com                   dogtasuk.com
christopherwong.com              dolphinsandscabins.com
cimonebikepark.com               doma-nn.com
classicquotes.com                donrearic.com
cleverlimo.com                   downcafe.net
closeupenglishform3.com          downloadler.com
clouddeck.net                    dralisafari.com
c-m-m.net                        dramafire.net
coco-stream.com                  drazarakhshmokri.com
coloradotikiboat.com             drborworn.com
communichat.net                  dreamtone.org
cookbim.com                      drinkzone.net
cookjino.com                     drkhatir.com
cortas.com                       dsrh.com
cpj.net                          dutoantsc.com
cps3anderson.com                 ecole-coiffure-pluralis.com
```

eiiff.com
elkhabarerriadhi.com
emballage-packaging.com
emspeeding.com
enfong-waco.com
eprogramy.org
eramhome.com
esl-skilled-academy.com
exirpakat.com
extendmypoolseason.com
ezmovinginla.com
faraswan.com
fardecor.com
farsituts.com
farspal.net
farvardinclinic.com
feiz.com
felezyabkord.com
fieldofbitcoin.com
fih.net
filekeen.com
filmstreamingfr.net
filmsubito.org
filmycz.com
finanslinker.net
finesseflorist.com
flatearthfarsi.com
food-to-taste.com
frankiecihi.com
free-bitcoin.org
freehandmades.com
freejoomlatemplatez.com
free-keno-games.com
freevpnproxy.org
frenchpopcorn.com
freshfieldsfarmboxes.com
frive.com
frogfaucet.com
furoro.com
gafrecruitment.com
gamehacknow.com
gamekiller.com
genzu.com
gideapps.com
glassexpertllc.com
gmnw.com
goahub.com
goldcoastpcyc.com
goldenmanoromaha.com
goldenpalace15east.com
goldenvalleylendinglogin.com
goldsday.com
goluckypalace.com
gomainmoon.com
gosing.com
gozzo.com
grcity.com
greatwallwa.com
gsb-pracharat.com
h4846.com
haftestan.com
haichuoi.com
happyhouseoh.com
happypandatn.com
hartaudio.com
hastiland.com
hatyaismiletour.com
hayespharmacy.com
hdwallpaperbackgrounds.net
healthandhappinessfoundation.com
herasmassagebkk.com
hexupload.com
hiddenitegems.com
his-hotel.com
hjtb.com
hkdimsumcity.com
hoaphatonline.com
holioplugin.com
hongkongchineserestaurant.net
hongpaklakroi.com
hongsong.com
hoteldellevittorie.com
hoteldorange.com
hotel-hertelendy.com
hotwifecuckolds.com
hrvinet.com
hunanchineseshawano.com
hunanwok8.com
hunanwokjax.com
hundunpi.com
hykd.com
iaaa.com
iclasscenter.com
idd100.com

```
ieltsexam.net                          kontrolauma.org
imanmaleki.com                         kooliptv.com
imxdata.com                            kpopseries.com
indiagiftsportal.com                   krujongrak.com
infohowler.com                         krupongsak.net
inmobiliaria-torrox.com                krylov.org
insightin.com                          kwongchowrestaurant.com
intermusicthailand.com                 kyu-syu-kaihatu.com
intrader.com                           l2-news.com
ioksp.com                              labelle-entertainment.net
iranitalyapply.com                     ladyhealthfirst.com
islamicdreamsolutions.com              lak21.com
iwant2go2korea.com                     lakeforkmarina.net
jabbarsteel.com                        laketappsmontessori.com
jack-siamamulet.com                    latexdisposableglove.com
jadoyezehn.com                         latribune-online.com
jamestown-ca.com                       lawandsea.net
janyaresort.com                        laysol.com
jaquette-online.com                    ldgseoul.com
javadpay.com                           ledrononline.com
jetphotosoft.com                       lekkoo.com
jetzaban.com                           lembaz.com
jewgle.com                             lensagaul.com
jirocomputer.com                       lifeupmusic.com
jjasianbistro.com                      like-tv.org
jjchinadiner.com                       linkcik.com
jlnx.com                               littletreegarden.com
joomavatar.com                         liwahotel.net
judiangka3.com                         lmtstore.com
junse.com                              lolita-playground.com
jwscar.com                             love-teen.net
k2camping.com                          lpcasinoblu.com
kanbikai.com                           lpkt.com
kandabisoft.com                        lq293.com
kawnafurniture.com                     lsyf.com
kcdt.com                               lumpysshakeshop.com
kengschowmein.com                      machoomcar.com
kennyschinese.com                      madx.com
khaosanimmjai.com                      magiksex.com
kharid123.com                          magnumtattooshop.com
kidsanookplaza.com                     maisoncubenkit.com
kingbuffetwa.com                       manfaattanamanobatherbal.com
kishaway.com                           maplebankfarm.com
klubochek.com                          marifetlimuallim.com
kmkw.com                               marvelhotelbangkok.com
knigitxt.com                           marvelousimpex.com
kohngaithanyaresort.com                medikamente-rezeptfrei.net
```

```
meeetme.com
meishi-studio.com
mess-prive.com
metier.net
milgafas.com
minds-online.com
minhsrestaurant.com
misamshop.com
mizu-softphone.com
mjacksong.com
mobile4free24.com
modjeskaranchrescue.org
mogomovies.com
mojazdl.com
mondial-lift.com
monika-clinic.com
moorenissan.net
moroccosong.com
morvarewards.com
movie21.com
moviefisher.org
mrhoagie.com
mrlongtoeic.com
mrsmkbtsua.com
mtf-online.com
mtrd.com
muabanon.com
museumfurniture.com
musicatotal.org
mxcgoods.com
myanimepedia.com
myanmartourism.org
mylend.com
my-personal-finder.com
mzvf.com
mzvk.com
nails1kokomo.com
nakhathaimassagewyong.com
nakhonphanom.net
namoodar.com
nampadhospital.org
natureviewpattaya.com
navatractor.com
naylavip.com
nbdndenimsupply.com
negahetazehco.com
newactorsworkshop.com
newaltisclubthailand.com
newchinabuffetmargate.com
newheavenkohtao.com
newhibachicafe.com
new-sex-up.com
ngms.com
nightdreambabes.com
ninit.com
njspellingbee.net
nlpvas.com
nnimages.net
noblemotorsports.net
novaset.net
novoair.com
novotemporh.com
nt-boys.com
nubianplugin.com
nudecreatives.com
nudismtop.com
nudist-pics.org
numberyab.com
nyha.com
nytc.com
omvn.com
onedayclub.com
onewaystreetwear.com
onlinenic.club
optraclub.com
orangesbkk.com
ozonegame.com
p30it.com
p30updl.com
pacontrol.com
padisamorong.com
pantyhoseinnylons.com
parikramarestaurant.com
parisciel.com
parspan.com
parttimejobone.com
peakmanagementservices.com
peggingblackmen.com
pelicula1.com
persiantarh.com
pes-ukraine.com
pezeshkeonline.com
pfgx.com
phil-job.net
```

```
phimsd.org                          rongbachkim888.com
phoenixmassagect.com                roninsushioh.com
photosinhouse.com                   rottourthai.net
pintasloan.com                      routepointe.com
pippin-style.com                    rpjs.com
pix2pix.org                         rprestaurant.com
pklivetvchannels.com                rsbikers.com
plearnkid.com                       ruay226.com
pleasuresnowboards.com              runnersleader.com
pnkk.com                            rylaconference.com
pointclickcare-login.com            sahatoys.com
polarisspa.net                      saintmed-cpap.com
pollockstoys.com                    samdecorator.com
pom-puppies.com                     sanayefannavaran.com
pornoxide.org                       sandhmotors.com
postgah.com                         sangcharernbike.com
ppyoon.com                          santapaula-motel.com
pradid.com                          saunawell.com
pratunampavilion.com                saveyoufile.com
presidentusa.net                    sgex.com
preteen-angels.net                  shaigle.com
prettynailsmn.com                   shenzem.com
prokredit.net                       shikfilm.com
ps-thai.org                         shoplyra.com
puribambu.com                       shoptung.com
pushemstation.com                   sibdownload.com
pztk.com                            singlenew.com
qingtong5.com                       sino-hotel.com
qualitysimulations.com              skselectric.com
queenslandcatering.com              smileplus-dentalclinic.com
qukuaiwei.com                       smilethaitour.com
ra1ra.net                           smokymountainflyguide.com
radioruraledekayes.net              sontel.com
radompon.com                        soulkitchenhostel.com
ramapatholab.net                    southbaycommunityservices.org
ramenbones.com                      spillo54.org
redrock-beach.com                   spoletina.com
restaurantvittorios.com             spozami.com
revistaklan.com                     springhillmanor.net
ricocashdocument.com                srcpanel.com
ristorantesangiorgio.net            sshcommic.com
ritapateroni.com                    stagelinecosmetics.com
rohm-labs-uk.com                    steamaccs.com
rolbx.com                           strabiliardo.com
romaji.org                          streamvff.com
romanbaz.com                        stripemania.com
romankhoni.com                      strowberry.net
```

```
sub-titles.net                    traceyshome.com
sues668899.com                    trangvangraovat.com
suhanhotel.com                    trochoitruyenhinh.com
sumannvshen.com                   truemove.com
sunfirebeach.net                  truewifi.net
sunnypet3.com                     tunesway.com
superpinger.com                   tvprogram4u.com
suppliergreenworld.com            tvti.net
surfsitmoney.com                  twcartuner.com
sushijapanmenu.com                tyeyo.com
sutanaryan.com                    tysoffka.net
sweetasianjudy.com                ukplugin.com
syrschool.net                     umbria.org
tahrirgar.com                     uploadfa.net
tamalehouse.com                   usaplugin.com
taptarinha.com                    utggold.com
tatjawaher.com                    vanthaitour.com
teamtailnut.com                   vectorartbox.com
tehranbuy.com                     vectorengineer.com
tehrangold.net                    vendomicoche.com
telcoplugin.com                   venetiannailsspacalgary.com
teledidar.com                     vipcarrentegypt.com
telemaniak.org                    vivid-media.net
templatesquare.com                vngg.com
thaiantialcohol.com               vnif.com
thailottowin.com                  vnmb.com
thaivbd.org                       vnyf.com
thaliwalla.com                    vob2.com
thcr.com                          voceck.com
thebandcall.com                   vos-films.com
thebankmassage.com                vpf.net
thefoodsearch.com                 walkoutwear.com
theonebbshop.com                  warz44z.com
thhthh.com                        watchestour.com
tianshunchengye.com               watchmovhd.com
tinydl.com                        wbut.net
tire-fitter.com                   wdis.com
tjinus281.com                     webdedatos.com
tklm.com                          wehp.com
top3da2.com                       wel-come.com
topdownloadebooks.com             welcometosulmona.com
topfreebookdownload.com           wellcaretv.com
topless-beach.net                 wikalenda.com
topniko.com                       wikifile.net
topsolar.org                      williamsburghousefurnishings.com
topvs1.com                        winapi-database.com
tp-link.net                       wlmp-project.net
```

```
worktshirt.com
world-lymph.com
wtkgolds.com
wyandotteministorage.com
xajaxproject.org
xes7.com
xfhdpcb.com
xn--12cn9bh6bk7b7c0h.com
xn--22ckh8be0a3due8af4fvdj7hua.com
xqhq.com
xrussianteens.com
xtremetutor.com
xutd.com
xx11x.com
yamahaexciter.com
yamasushiva.com
yanscuisineri.com
yekp.com
yfil.com
yokosojapan.org
zabanamoozan.com
zagcafe.com
zakustom.com
zamilshipyard.com
zbed.com
zekr.org
zibaweblog.com
```