| | |
|---|---|
| 1 | Perry J. Narancic, SBN 206820 |
| | LEXANALYTICA, PC |
| 2 | 3000 El Camino Real |
| | Bldg. 4, Suite 200 |
| 3 | Palo Alto, CA  94306 |
| | www.lexanalytica.com |
| 4 | pjn@lexanalytica.com |
| | Tel: 650-655-2800 |

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC | Case No. 19-CV-07071-SVK |
| Plaintiffs, | **PAYMENT PLAN** |
| v. | |
| ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED. | |
| Defendants. | |

Pursuant to the Court's order at Dkt. No. 124, Defendants OnlineNIC, Inc. and Domain ID Shield Service Co., Limited ("Defendants") provide a payment plan as set forth below:

Pursuant to the stipulation by and between Plaintiffs and Defendants, which is filed concurrently herewith at Dkt. No. 141 ("Stipulation"), Plaintiffs shall pay the outstanding Special Master fees in exchange for the consideration provided by Defendants as set forth in the Stipulation.  The parties request that the Court issue an order, in the form proposed, adopting the Stipulation. The parties believe that the transactions contemplated in the Stipulation (including payment of the Special Master) will be completed within 7-10 days of the date of such an order.

Respectfully Submitted,

DATED: July 27, 2021

LEXANALYTICA, PC

By:  /s/ Perry J. Narancic
_____

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE CO., LIMITED

- 2-

Facebook, Inc. v. OnlineNIC, Inc.
Payment Plan

Case No. 19-cv-7071-SVK