# Exhibit 1

03415.com
100crochetnecklaces.com
17kingmvi.info
1nafare.com
1on.com
1serialmarket.com
1subtime.xyz
2-ee.com
47e.net
4g4fun.com
7dt.com
98dl.org
996ll.com
abbcenter.com
abileneszechuanrest.com
abilitygroup.com
access-tosuccess.com
ad4cd.com
adaletkizyurdu.com
ads2tech.com
adsnl.com
advanceddermaa.com
afm-rayan.com
aidsthai.org
air-cleaner-systems.com
ajbms.org
ajegmebeljogja.com
albassair.org
albtvlive.com
al-clothe.com
al-fadjr.com
alkds.com
allelectrotrade.com
amn-jeans.com
andis-travel.com
ankochan.net
anthan68.com
apexhotelpattaya.com
appcustom.com
arabrunners.com
ariankhoshnevis.com
artpc.org
aryaahora.com
ascij.com
asemanbooking.com
asfh.com
asianamenu.com

asianbamboohouse.com
asianbistro27106.com
asianhibachiexpress.com
asianwordnet.org
asosindex.com
astrokarma.org
astroupload.com
attips.com
autobmwreview.com
auto-knigi.com
autoprigon.com
avisnca.com
avmovie.com
awaji-info.com
axrizan.com
azadimath.com
azaleasacademy.com
baankonkoh.com
baansiri.com
babybearonline.com
bagsatoshi.com
bajacafedeerfield.com
bandekubon.com
banker99.net
bare-family.net
bare-girls.com
batiantalyatur.net
bazneshaste.com
behhf.com
bessieblegardamf.org
beverlynailsgreensboro.com
biomatecs.com
biruzaclub.com
bitex360.com
bluesky-resort.com
bmwredesign.com
bollyzik.com
boostyoursurf.com
bovoss.com
boxmk.com
bpihospital.com
brandcloset.com
breastcrawl.org
bridgescore.com
brusselairline.com
buffetkinghouston.com
buzziran.com

caffetakroman.com
caili-wj.com
cambrigeenglish.org
campinglabanera.com
campriviera.com
cansa.com
canthoinfo.com
car2sure.com
card-generator.com
careerfairs-eastcoast.com
catrumahminimalis.com
cccamperland.com
ccnacertificationguide.com
cebudirect.com
celalagakonagihotel.com
centerfurnit.com
cfni.com
cgmls.com
charekar.com
charming-angels.net
cheatha.com
chengmingmag.com
cherdo.com
cherlove.net
chic2sweet.com
chinaexpressef.com
chinakingil.com
chinakingmoberly.com
chinastardinner.com
chinastarharlingen.com
chinawok8.net
chornakorn.com
christopherwong.com
cimonebikepark.com
classicquotes.com
cleverlimo.com
closeupenglishform3.com
clouddeck.net
c-m-m.net
coco-stream.com
coloradotikiboat.com
communichat.net
cookbim.com
cookjino.com
cortas.com
cpj.net
cps3anderson.com

cracksarchive.com
crewsociety.com
crossfithaven.com
crosstheworld.com
cusmaker.com
custompinoyrides.com
cvbesaz.com
cvpk.com
dadafalv.com
dancingtiger.net
daneshju-club.com
darksidefabrications.com
darrylsstainedglasspatterns.com
dasradiatoridiarredo.com
daychuyendavay.com
dcvprogram.org
delfinobeach.com
deltabroadcastingsystem.net
depotaccount.com
designvog.com
detailenglish.com
diallerplugin.com
diamondsandgoldireland.com
dighousedesign.com
dinodanesh.com
dirmug.com
divingfinder.com
dlllspeed1.xyz
dlllspeed2.xyz
dmvexam.org
docmartin.org
dogtasuk.com
dolphinsandscabins.com
doma-nn.com
donrearic.com
downcafe.net
downloadler.com
dralisafari.com
dramafire.net
drazarakhshmokri.com
drborworn.com
dreamtone.org
drinkzone.net
drkhatir.com
dsrh.com
dutoantsc.com
ecole-coiffure-pluralis.com

eiiff.com
elkhabarerriadhi.com
emballage-packaging.com
emspeeding.com
enfong-waco.com
eprogramy.org
eramhome.com
esl-skilled-academy.com
exirpakat.com
extendmypoolseason.com
ezmovinginla.com
faraswan.com
fardecor.com
farsituts.com
farspal.net
farvardinclinic.com
feiz.com
felezyabkord.com
fieldofbitcoin.com
fih.net
filekeen.com
filmstreamingfr.net
filmsubito.org
filmycz.com
finanslinker.net
finesseflorist.com
flatearthfarsi.com
food-to-taste.com
frankiecihi.com
free-bitcoin.org
freehandmades.com
freejoomlatemplatez.com
free-keno-games.com
freevpnproxy.org
frenchpopcorn.com
freshfieldsfarmboxes.com
frive.com
frogfaucet.com
furoro.com
gafrecruitment.com
gamehacknow.com
gamekiller.com
genzu.com
gideapps.com
glassexpertllc.com
gmnw.com
goahub.com

goldcoastpcyc.com
goldenmanoromaha.com
goldenpalace15east.com
goldenvalleylendinglogin.com
goldsday.com
goluckypalace.com
gomainmoon.com
gosing.com
gozzo.com
grcity.com
greatwallwa.com
gsb-pracharat.com
h4846.com
haftestan.com
haichuoi.com
happyhouseoh.com
happypandatn.com
hartaudio.com
hastiland.com
hatyaismiletour.com
hayespharmacy.com
hdwallpaperbackgrounds.net
healthandhappinessfoundation.com
herasmassagebkk.com
hexupload.com
hiddenitegems.com
his-hotel.com
hjtb.com
hkdimsumcity.com
hoaphatonline.com
holioplugin.com
hongkongchineserestaurant.net
hongpaklakroi.com
hongsong.com
hoteldellevittorie.com
hoteldorange.com
hotel-hertelendy.com
hotwifecuckolds.com
hrvinet.com
hunanchineseshawano.com
hunanwok8.com
hunanwokjax.com
hundunpi.com
hykd.com
iaaa.com
iclasscenter.com
idd100.com

ieltsexam.net
imanmaleki.com
imxdata.com
indiagiftsportal.com
infohowler.com
inmobiliaria-torrox.com
insightin.com
intermusicthailand.com
intrader.com
ioksp.com
iranitalyapply.com
islamicdreamsolutions.com
iwant2go2korea.com
jabbarsteel.com
jack-siamamulet.com
jadoyezehn.com
jamestown-ca.com
janyaresort.com
jaquette-online.com
javadpay.com
jetphotosoft.com
jetzaban.com
jewgle.com
jirocomputer.com
jjasianbistro.com
jjchinadiner.com
jlnx.com
joomavatar.com
judiangka3.com
junse.com
jwscar.com
k2camping.com
kanbikai.com
kandabisoft.com
kawnafurniture.com
kcdt.com
kengschowmein.com
kennyschinese.com
khaosanimmjai.com
kharid123.com
kidsanookplaza.com
kingbuffetwa.com
kishaway.com
klubochek.com
kmkw.com
knigitxt.com
kohngaithanyaresort.com

kontrolauma.org
kooliptv.com
kpopseries.com
krujongrak.com
krupongsak.net
krylov.org
kwongchowrestaurant.com
kyu-syu-kaihatu.com
l2-news.com
labelle-entertainment.net
ladyhealthfirst.com
lak21.com
lakeforkmarina.net
laketappsmontessori.com
latexdisposableglove.com
latribune-online.com
lawandsea.net
laysol.com
ldgseoul.com
ledrononline.com
lekkoo.com
lembaz.com
lensagaul.com
lifeupmusic.com
like-tv.org
linkcik.com
littletreegarden.com
liwahotel.net
lmtstore.com
lolita-playground.com
love-teen.net
lpcasinoblu.com
lpkt.com
lq293.com
lsyf.com
lumpysshakeshop.com
machoomcar.com
madx.com
magiksex.com
magnumtattooshop.com
maisoncubenkit.com
manfaattanamanobatherbal.com
maplebankfarm.com
marifetlimuallim.com
marvelhotelbangkok.com
marvelousimpex.com
medikamente-rezeptfrei.net

meeetme.com
meishi-studio.com
mess-prive.com
metier.net
milgafas.com
minds-online.com
minhsrestaurant.com
misamshop.com
mizu-softphone.com
mjacksong.com
mobile4free24.com
modjeskaranchrescue.org
mogomovies.com
mojazdl.com
mondial-lift.com
monika-clinic.com
moorenissan.net
moroccosong.com
morvarewards.com
movie21.com
moviefisher.org
mrhoagie.com
mrlongtoeic.com
mrsmkbtsua.com
mtf-online.com
mtrd.com
muabanon.com
museumfurniture.com
musicatotal.org
mxcgoods.com
myanimepedia.com
myanmartourism.org
mylend.com
my-personal-finder.com
mzvf.com
mzvk.com
nails1kokomo.com
nakhathaimassagewyong.com
nakhonphanom.net
namoodar.com
nampadhospital.org
natureviewpattaya.com
navatractor.com
naylavip.com
nbdndenimsupply.com
negahetazehco.com
newactorsworkshop.com

newaltisclubthailand.com
newchinabuffetmargate.com
newheavenkohtao.com
newhibachicafe.com
new-sex-up.com
ngms.com
nightdreambabes.com
ninit.com
njspellingbee.net
nlpvas.com
nnimages.net
noblemotorsports.net
novaset.net
novoair.com
novotemporh.com
nt-boys.com
nubianplugin.com
nudecreatives.com
nudismtop.com
nudist-pics.org
numberyab.com
nyha.com
nytc.com
omvn.com
onedayclub.com
onewaystreetwear.com
onlinenic.club
optraclub.com
orangesbkk.com
ozonegame.com
p30it.com
p30updl.com
pacontrol.com
padisamorong.com
pantyhoseinnylons.com
parikramarestaurant.com
parisciel.com
parspan.com
parttimejobone.com
peakmanagementservices.com
peggingblackmen.com
pelicula1.com
persiantarh.com
pes-ukraine.com
pezeshkeonline.com
pfgx.com
phil-job.net

phimsd.org
phoenixmassagect.com
photosinhouse.com
pintasloan.com
pippin-style.com
pix2pix.org
pklivetvchannels.com
plearnkid.com
pleasuresnowboards.com
pnkk.com
pointclickcare-login.com
polarisspa.net
pollockstoys.com
pom-puppies.com
pornoxide.org
postgah.com
ppyoon.com
pradid.com
pratunampavilion.com
presidentusa.net
preteen-angels.net
prettynailsmn.com
prokredit.net
ps-thai.org
puribambu.com
pushemstation.com
pztk.com
qingtong5.com
qualitysimulations.com
queenslandcatering.com
qukuaiwei.com
ra1ra.net
radioruraledekayes.net
radompon.com
ramapatholab.net
ramenbones.com
redrock-beach.com
restaurantvittorios.com
revistaklan.com
ricocashdocument.com
ristorantesangiorgio.net
ritapateroni.com
rohm-labs-uk.com
rolbx.com
romaji.org
romanbaz.com
romankhoni.com

rongbachkim888.com
roninsushioh.com
rottourthai.net
routepointe.com
rpjs.com
rprestaurant.com
rsbikers.com
ruay226.com
runnersleader.com
rylaconference.com
sahatoys.com
saintmed-cpap.com
samdecorator.com
sanayefannavaran.com
sandhmotors.com
sangcharernbike.com
santapaula-motel.com
saunawell.com
saveyoufile.com
sgex.com
shaigle.com
shenzem.com
shikfilm.com
shoplyra.com
shoptung.com
sibdownload.com
singlenew.com
sino-hotel.com
skselectric.com
smileplus-dentalclinic.com
smilethaitour.com
smokymountainflyguide.com
sontel.com
soulkitchenhostel.com
southbaycommunityservices.org
spillo54.org
spoletina.com
spozami.com
springhillmanor.net
srcpanel.com
sshcommic.com
stagelinecosmetics.com
steamaccs.com
strabiliardo.com
streamvff.com
stripemania.com
strowberry.net

sub-titles.net
sues668899.com
suhanhotel.com
sumannvshen.com
sunfirebeach.net
sunnypet3.com
superpinger.com
suppliergreenworld.com
surfsitmoney.com
sushijapanmenu.com
sutanaryan.com
sweetasianjudy.com
syrschool.net
tahrirgar.com
tamalehouse.com
taptarinha.com
tatjawaher.com
teamtailnut.com
tehranbuy.com
tehrangold.net
telcoplugin.com
teledidar.com
telemaniak.org
templatesquare.com
thaiantialcohol.com
thailottowin.com
thaivbd.org
thaliwalla.com
thcr.com
thebandcall.com
thebankmassage.com
thefoodsearch.com
theonebbshop.com
thhthh.com
tianshunchengye.com
tinydl.com
tire-fitter.com
tjinus281.com
tklm.com
top3da2.com
topdownloadebooks.com
topfreebookdownload.com
topless-beach.net
topniko.com
topsolar.org
topvs1.com
tp-link.net

traceyshome.com
trangvangraovat.com
trochoitruyenhinh.com
truemove.com
truewifi.net
tunesway.com
tvprogram4u.com
tvti.net
twcartuner.com
tyeyo.com
tysoffka.net
ukplugin.com
umbria.org
uploadfa.net
usaplugin.com
utggold.com
vanthaitour.com
vectorartbox.com
vectorengineer.com
vendomicoche.com
venetiannailsspacalgary.com
vipcarrentegypt.com
vivid-media.net
vngg.com
vnif.com
vnmb.com
vnyf.com
vob2.com
voceck.com
vos-films.com
vpf.net
walkoutwear.com
warz44z.com
watchestour.com
watchmovhd.com
wbut.net
wdis.com
webdedatos.com
wehp.com
wel-come.com
welcometosulmona.com
wellcaretv.com
wikalenda.com
wikifile.net
williamsburghousefurnishings.com
winapi-database.com
wlmp-project.net

```
worktshirt.com
world-lymph.com
wtkgolds.com
wyandotteministorage.com
xajaxproject.org
xes7.com
xfhdpcb.com
xn--12cn9bh6bk7b7c0h.com
xn--22ckh8be0a3due8af4fvdj7hua.com
xqhq.com
xrussianteens.com
xtremetutor.com
xutd.com
xx11x.com
yamahaexciter.com
yamasushiva.com
yanscuisineri.com
yekp.com
yfil.com
yokosojapan.org
zabanamoozan.com
zagcafe.com
zakustom.com
zamilshipyard.com
zbed.com
zekr.org
zibaweblog.com
```