1

2

3

4                            UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    FACEBOOK, INC., et al.,                      Case No.  19-cv-07071-SVK

8                  Plaintiffs,

9          v.                                     **ORDER VACATING PRELIMINARY
                                                  INJUNCTION HEARING AND
10   ONLINENIC INC, et al.,                       SETTING STATUS CONFERENCE**

11                 Defendants.                    Re: Dkt. Nos. 117, 121, 124, 129, 132, 141,

12                                                143

13

14         On July 21, 2021, Plaintiffs Facebook, Inc. and Instagram, LLC's ("Plaintiffs") moved for

15   a temporary restraining order.  Dkt. 129.  The Court granted in part and denied in part Plaintiffs'

16   ex parte application and set it for a preliminary injunction hearing.  Dkt. 132.  The Court also

17   ordered the Parties to submit proposed payment plans for the Special Master by July 27, 2021.

18   Dkt. 124.  On July 27, 2021, Parties filed a stipulation regarding Defendants' payments owed to

19   the Special Master and terms of a preliminary injunction.  Dkt. 141.  The Court has approved the

20   stipulation.  Dkt. 143.  Accordingly, the preliminary injunction hearing set for August 5, 2021 is

21   **TAKEN OFF CALENDAR** and the Court **VACATES** any further briefing on the preliminary

22   injunction.

23   ////

24   ////

25   ////

26   ////

27   ////

28   ////

United States District Court
Northern District of California

<div style="writing-mode: vertical-lr">United States District Court
Northern District of California</div>

1    The Court sets this matter for a status conference on **August 10, 2021 at 10:00 a.m.**  At

2    this status conference, the Parties should be prepared to address the status of any pending motions,

3    including Plaintiffs' motion to strike Defendants' answer and for default judgment (Dkt. 117) and

4    defense counsel's motion to withdraw as Defendants' counsel (Dkt. 121).  Parties should also be

5    prepared to address the status of the preliminary injunction and a proposed timeline for resolution

6    of this action.

7    **SO ORDERED.**

8    Dated: July 28, 2021

9

10

11    SUSAN VAN KEULEN
      United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28