Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
3000 El Camino Real
Bldg. 4, Suite 200
Palo Alto, CA  94306
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE
CO., LIMITED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>                    Plaintiffs,<br><br>        v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED.<br><br>            Defendants. | Case No. 19-CV-07071-SVK<br><br>**DECLARATION OF PERRY J. NARANCIC IN SUPPORT OF SUPPORT OF DEFENDANTS' NON-OPPOSITION TO PLAINTIFFS' EMERGENCY EX PARTE APPLICATION FOR A TEMPORARY RESTRATING ORDER FREEZING DEFENDANTS' ASSETS.** |

I, Perry J. Narancic, declare as follows:

1.    I am counsel for OnlineNIC, Inc. and Domain ID Shield Service Co., Limited ("Defendants").  I have personal knowledge of the facts set forth in this declaration, and if called as a witness I would testify to the facts contained in this declaration.

2.    Since Defendants' decided to no longer defend this case, and while my Motion to Withdraw has been pending, I have continued to discharge my duty to my clients as their counsel. In that capacity, I have engaged with Plaintiffs to negotiate a sale of assets and a possible acquisition of the Company to allow the Company to continue operations.  One of the issues discussed was that an acquisition would allow company obligations to be honored, and would maximize potential recovery for Defendants and any other creditors.

3.      Attached hereto as Exhibit A is a copy of a document produced in discovery at ONLINENIC 267163 which shows domains in the OnlineNIC corporate account, including dns-diy.net.

4.      Based on its discovery responses, OnlineNIC controls domains in two buckets: (a) a corporate account, 574849, and, (b)  a separate account, 363972 (also known as the "Anthonny" account). The corporate account contains accounts used for OnlineNIC's business, including onlinenic.com .

5.      As part of its defense, OnlineNIC locked (but did not seize) certain domains of those customers who were responsible for allegedly cybersquatting on Plaintiffs' domains.  Once of these was a company called Lockspin, and I wrote an indemnification demand to Lockspin – a copy of which is attached hereto as Exhibit B.

6.       Attached hereto as Exhibit C is a copy of an email I received from Lockspin which establishes that Lockspin was responsible for registering one of the allegedly infringing domains, trollfacebook.com.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed at Atherton, CA on July 30, 2021.

                                                              /s/ Perry J. Narancic

Facebook, Inc. v. OnlineNIC, Inc.                                                      Case No. 19-cv-7071-SVK
Declaration of Perry J. Narancic