| Domain | DNS1 | DNS2 | DNS-DIY | Registration Date | Expiration Date |
|---|---|---|---|---|---|
| modulesky.com | ns1.dns-diy.net | ns2.dns-di… | enter | 2020-03-10 | 2021-03-10 |
| domain-reminder.com | ns1.dns-diy.net | ns2.dns-di… | enter | 2018-09-18 | 2021-09-18 |
| onlinenicssl.com | ns1.dns-diy.net | ns2.dns-di… | enter | 2018-03-02 | 2021-03-02 |
| ssls.top | ns1.dns-diy.net | ns2.dns-di… | enter | 2018-03-02 | 2021-03-02 |
| idc-internet.com | ns1.dns-diy.net | ns2.dns-di… | enter | 2017-03-15 | 2021-03-15 |
| domainwhois-verification.com | ns1.dns-diy.net | ns2.dns-di… | enter | 2017-03-13 | 2021-03-13 |
| 4mail.science | ns1.redmonddc.com | ns2.redmon… | --- | 2016-10-14 | 2026-10-14 |
| sekas.net | ns1.dns-diy.net | ns2.dns-di… | enter | 2016-08-31 | 2021-08-31 |
| domainidshield.com | ns1.dns-diy.net | ns2.dns-di… | enter | 2009-10-26 | 2020-10-25 |
| dns-diy.net | ns2.dns-diy.com | ns3.dns-di… | --- | 2003-03-25 | 2021-03-25 |
| onlinenic.us | ns1.dns-diy.com | ns2.dns-di… | --- | 2002-04-18 | 2021-04-17 |
| intra.com | a.dnspod.com | b.dnspod.com | --- | 2001-06-11 | 2021-06-11 |
| olnic.com | ns-n1.onlinenic.com | ns-s1.onli… | --- | 2000-04-05 | 2021-04-05 |
| olnic.net | ns2.dns-diy.com | ns3.dns-di… | --- | 2000-04-05 | 2021-04-05 |
| onlinenic.com | ns1.onlinenic.net | ns5.online… | --- | 1999-08-26 | 2021-08-26 |
| onlinenic.net | ns2.dns-diy.com | ns3.dns-di… | --- | 1999-08-26 | 2021-08-26 |

ONLINENIC  267163