

2225 E. BAYSHORE ROAD, SUITE 200
PALO ALTO, CA  94303
WWW.LEXANALYTICA.COM
T://            650.655.2800
E://   PJN@LEXANALYTICA.COM

March 24, 2021

Marton Molnar
Lockspin UK Ltd.
[info@lockspin.com]

Dear Mr. Molnar:

I am legal counsel to OnlineNIC, Inc. ("OnlineNIC") and Domain ID Shield Service Co., Ltd. (together, the "Claimants").

OnlineNIC and Domain ID Shield value your business, but we also respect the intellectual property rights of others.  On October 28, 2019, Claimants were sued by Facebook, Inc. and Instagram, LLC  ("Plaintiffs") for cybersquatting, trademark infringement and other causes of actions relating to the domains listed on page 7 of the attached Complaint (the "Accused Domains").

The Accused Domains may infringe Plaintiffs' trademark rights.  Claimants' records show that you registered certain of these domains.  Accordingly, you are liable to OnlineNIC and Domain ID Shield for injury caused by your registration of the Accused Domains.

This letter serves as a claim for indemnification under (1) the OnlineNIC Reseller Agreement ("Reseller Agreement"), (2) the OnlineNIC Domain Name Registration Agreement ("Registration Agreement") and (3) the Domain ID Shield Service Agreement ("Domain ID Shield Service Agreement").  This letter also serves as notice of actions taken by Claimants pursuant to these agreements with respect to your account. Copies of these agreements can be found on OnlineNIC's website at  https://onlinenic.com/en/Content/content/118.html.

Among other things, section 2 of the Registration Agreement advised you to "investigate to see whether the domain name you select or its use infringes legal right of others, and in particular we suggest you seek advice of competent counsel."  Section 2 goes on to state, "[y]ou should be aware that if we are sued or threatened with lawsuit in connection with your domain name, we may turn to you to hold us harmless and indemnify us, pursuant to the indemnification provision below."  Section 11 then further outlines the indemnification policy.

To the extent you used the Domain ID Shield privacy service, the Doman ID Shield Service Agreement contains the following section:



In the event of any of the following: **If the IDS Domain(s) is (are) alleged to violate or infringe a third party's trademark, trade name, copyright interests or other legal rights of third parties**; If you breach any provision of this Agreement or an anti-Spam policy of either Service Provider; If you breach any provision of Your registrar's Registration Agreement; If necessary to protect the integrity and stability of the applicable domain name registry; If necessary to comply with any applicable laws, government rules or requirements, subpoenas, court orders or requests of law enforcement; If Backend Service provider is named as a defendant in, or investigated in anticipation of, any legal or administrative proceeding arising out of Your use of the IDS Services or an IDS Domain; If necessary to comply with ICANN's Dispute Resolution Policy or other policies promulgated by ICANN (including policies which may preclude use a service such as ID Shield); If necessary to avoid any financial loss or legal liability (civil or criminal) on the part of Backend Service Provider, its parent companies, subsidiaries, affiliates, shareholders, agents, officers, directors and employees; OR if it comes to Backend Service Provider's attention that You are alleged to be using the IDS Services for purposes of engaging in, participating in, sponsoring or hiding Your involvement in illegal or morally objectionable activities, including but not limited to, activities which are designed, intended to or otherwise: (i) appeal primarily to prurient interests; (ii) defame, embarrass, harm, abuse, threaten, or harass; (iii) violate state or federal laws of the United States and/or foreign territories; (iv) involve hate crimes, terrorism or child pornography; (v) are tortious, vulgar, obscene, invasive of a third party's privacy, race, ethnicity, or are otherwise objectionable; (vi) impersonate the identity of a third party; (vii) harm minors in any way; or (viii) relate to or transmit viruses, Trojan Horses, access codes, backdoors, worms, timebombs or any other code, routine, mechanism, device or item that corrupts, damages, impairs, interferes with, intercepts or misappropriates any software, hardware, firmware, network, system, data or personally identifiable information, **THEN You understand and agree that Backend Service Provider has the absolute right and power, in its sole discretion and without any liability to You whatsoever,** to suspend the IDS Services, close Your Account, terminate provisionment of the IDS Services, list the information You provided in section 2 in the Whois output or provide the information You provided in section 2 to a claimant, resolve any and all third party claims, whether threatened or made, arising out of Your use of IDS Domain, **or take any other action which Backend Service Provider deems necessary**.(emphasis added).

The Domain ID Shield Service Agreement also contains an indemnity clause.

To the extent you are an OnlineNIC reseller, the Reseller Agreement provides as follows:



**Indemnity.**
You agree to defend, indemnify and hold us harmless and any applicable TLD name registry, including OnlineNIC, Inc., and the shareholders, directors, officers, employees, affiliates and agents of us and them, from and against any loss, damages or costs, including reasonable attorneys' fees, resulting from any claim, action, proceeding, suit or demand arising out of or related to:

- Any TLD name registered by you or the transfer or use thereof,

- Any dispute concerning a TLD name,

- Your breach (or the breach by any of your officers, agents, employees or other representatives) of any agreement contained in this Agreement, or

- Any cancellation, suspension (e.g. registrar lock or hold) or transfer of any TLD name in accordance with this Agreement.

Pursuant to the foregoing agreements, OnlineNIC is locking all of the domains which you registered as "registrant", including those listed in the attachment hereto, and is moving those to a secure account (the "Subject Domains"). This action does not prevent you (or your customers) from using the domains; locking only prevents you from transferring the domain to someone else.

If you object to any of the foregoing actions, please contact me by April 9, 2021. If you fail to respond to this letter by April 9, 2021, Claimants may: (a) seize and/or sell the Subject Domains, (b) transfer the Accused Domains to Plaintiffs, and/or (c) take other actions to enforce the indemnity provisions.

Claimants will be in further contact with you concerning this matter as the Facebook litigation continues. If you have any questions concerning this matter, please contact me directly. Please do not contact my clients.

Respectfully,

LEXANALYTICA, P.C.

By: Perry J. Narancic