| | |
|---|---|
| **From:** | Lockspin UK <info@lockspin.com> |
| **Sent:** | Wednesday, March 31, 2021 8:07:07 AM |
| **To:** | Perry J. Narancic <pjn@lexanalytica.com> |
| **Subject:** | Re: Indemnification Demand from OnlineNIC |

Dear Mr. Narancic,
Thank you for finally contacting me about the matter of missing domain names. I only wish that Onlinenic had contacted me first, back in 2019, before Facebook sued your client for allowing criminals to use the Onlinenic services for registering phishing domains and domain names suggesting a promise to provide hacking services against Facebook. Had they responded to Facebook's emails or forwarded their original complaint, I could have explained the misunderstanding and if they still insisted on an allegation of "dilution" I could have worked with them. Instead of going into further details about how Trollface (from the domain TrollfaceBook.com) is an internet meme in the public domain and has nothing to do with Facebook other than the assumptions of their lawyers, or presenting examples like MiniKeys not being a trademark infringement on Nike, AppLexicon not being a trademark infingement on Apple, and so on, I will cut to the chase.
I appreciate that the T&C says "take any other action which Backend Service Provider deems necessary" but that does not extend to breaking the law. That one sentence ("with emphasis") does not provide for unilaterally changing ownership of domain names which belong to third parties who have never even seen the ID Shield T&C. Trying to take away and liquidate domain names from actual fraudsters is fair game. So is enforcing the indemnity clause, to an extent. However, here you have a different situation as the owners of some domain names have no contractual agreement with OnlineNIC or ID Shield.

To alleviate your concerns, I am not trying to take back all domains for the company. There are some 44 domain names you have seized (including potentially high-value ones that we also wish to be returned) and I am open to having a discussion about most of them going forward. For example, bitbargain.com, which likely holds the highest value and is of key importance. There is no question about that one.
However, Onlinenic have also seized some older domain names which belong to our clients, a fact of matter backed by agreements and various historical evidence connecting our clients to their use of these domain names. Selling or giving away these innocent, third party owned domains would be a mistake. All of the owners are likely to litigate separately to get back their ownership. The domain names will be tainted if taken away by force. Selling such domain names would open up your client to further legal issues.
Specifically:

- roserotella.com: This belongs to Barbara Rose Rotella, a US citizen from New Jersey. The domain name was even registered in her name.
- mygigabit.com: This domain is owned by Krisztian Lukacs, the WHOIS information confirms this. He is not our employee and never was.
- lolfile.com: This belongs to Krisztian Lukacs as well. Also confirmed by the WHOIS information.

ONLINENIC 284318

- beatcoder.com: The owner of this domain is Zoltan Haar and is used for his personal purposes. He also owns coinosis.com+.net but asked us to register these domains on his behalf, without his name making it into the public dot-com registry.
- torvpn.com: The owner is Krisztian Lukacs. He bought this domain name back in 2010 and moved it under our control after our company was incorporated in 2011. Mr. Lukacs retains ownership of the domain as it was his idea to start a VPN service over 10 years ago. He's also asked us buy vpntor.com (the variation of the same domain name).

- pip.pet: This is in the possession of my family, specifically my mother. We are using it for family matters (self-hosted cloud for family images and videos). Since most people mistype it as 'pip.net' the domain has essentially zero value in the public. But losing it would mean that I would have to reach out to the wider family, have them bookmark the new domain, change the URL on their phone, etc.
If you need contact information for the above persons, sworn statements, identification documents or anything reasonable to prove that the above listed domain names belong to them, we are open to asking our clients to provide the requested information. I do hope that seeing the small number and low value of these domains, you will save us both the trouble of running circles around this. Even the dentist-related domains and some other ones belong to clients, but they have not shown interest (or paid) in years and so I have excluded them from the list. The sooner we can get this matter resolved (our clients are #1 priority), the sooner we can move on to the other clauses and our company's own domain names. I understand it's not your job to care about the misunderstanding, the fact that the domain was never used by us or put up for auction, squatted or abused in any way. On a human level, I hope you can see that our domain name is not like the others ("hackfacebook" or "facebook-login"). I kindly request that you consider that all of this happened because of the other dodgy domain names and the subject domain was just caught up in this mess when Facebook's lawyers did a search for the character series 'facebook', trying to inflict as much pain on your client as possible. Please don't let innocent people lose their rightful domain names over something that they have nothing to do with. Especially when doing so would only pose a legal risk and no financial benefit to your client.
Based on the above information, I am kindly requesting that you instruct Onlinenic support personnel to return the list of attached domain names under the control of our account ID #572271 as soon as possible and notify us when the process is complete.
Respectfully,
Marton Molnar
Lockspin UK Ltd.

roserotella.com
beatcoder.com
pip.pet
mygigabit.com
torvpn.com
vpntor.com
seqred.com
seqred.net

lolfile.com

On 2021-03-24 20:20, Perry J. Narancic wrote:
> Dear Mr. Molnar,
>
> I am responding to your inquiries to OnlineNIC. Please see the
> attached
> correspondence and please have your legal counsel contact me as soon as
> possible.
>
> Thank you.

ONLINENIC 284320