
TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:   213.430.3400
Facsimile:    213.430.3409

DAVIS POLK & WARDWELL LLP
Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
Micah G. Block SBN 270712
micah.block@davispolk.com
Cristina M. Rincon *Pro Hac Vice*
Cristina.rincon@davispolk.com
1600 El Camino Real
Menlo Park, CA 94025
Telephone:   650.752.2000
Facsimile:    650.752.2111

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., <br><br> Defendants. | Case No. 5:19-cv-07071-SVK <br><br> **PLAINTIFFS' STATEMENT REGARDING PAYMENT OF SPECIAL DISCOVERY MASTER** <br><br> Hon. Susan van Keulen |

On July 28, 2021, the Court ordered Plaintiffs to file a statement informing the Court once the Special Master has been paid in full. ECF No. 143 ¶ 5. Plaintiffs wired the funds to the Special Master on July 30, 2021. The Special Master has since confirmed receipt of the funds and informed the parties that all balances have been paid in full.

DATED: August 3, 2021                   Tucker Ellis LLP


                                        By:  /s/David J. Steele
                                            David J. Steele
                                            Howard A. Kroll
                                            Steven E. Lauridsen

                                        Davis Polk & Wardwell, LLP
                                            Ashok Ramani
                                            Micah G. Block
                                            Cristina M. Rincon

                                            Attorneys for Plaintiffs,
                                            FACEBOOK, INC. and INSTAGRAM, LLC