UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ONLINENIC INC, et al.,<br><br>    Defendants. | Case No. 19-cv-07071-SVK<br><br>**ORDER ADOPTING SPECIAL MASTER'S REPORT**<br><br>Re: Dkt. Nos. 115, 125, 126 |

    The Parties having had an opportunity to raise objections to and to be heard regarding the Special Master's Report filed July 12, 2021 (Dkt. 115) and no objections being received (Dkts. 125, 126), the Court hereby **ADOPTS** the findings of the Special Master pursuant to Fed. R. Civ. P. 53(f).

    **SO ORDERED.**

Dated: August 10, 2021

*[Signature]*

SUSAN VAN KEULEN
United States Magistrate Judge