United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al., | Case No. 19-cv-07071-SVK |
| Plaintiffs, | |
| v. | **ORDER FOLLOWING STATUS CONFERENCE** |
| ONLINENIC INC, et al., | Re: Dkt. Nos. 115, 117, 121, 143, 145, 151 |
| Defendants. | |

On August 10, 2021, the Court held a status conference to discuss (1) the formal adoption of the Special Master's Report (Dkt. 115); (2) the status of the preliminary injunction (Dkt. 143); (3) the pending motion for default judgment (Dkt. 117); and (4) the pending motion to withdraw as counsel (Dkt. 121).

**1. Special Master's Report**

The Court has formally adopted the Special Master's Report. Dkt. 151.

**2. Status of the Preliminary Injunction**

On July 28, 2021, the Court granted the Parties' stipulation concerning Defendants' payments owed to the Special Master and the conversion of the temporary restraining order into a preliminary injunction with revised terms. Dkt. 143. At the status conference, the Parties raised some issues regarding some additional domain names. Dkt. 145 at 3. The Court **ORDERS** as follows:

  a. Defendants are to submit a declaration establishing which, if any, of the identified domain names at Dkt. 145 are used for day-to-day operations by **August 17, 2021**.

  b. Plaintiffs may challenge the declaration, not to exceed eight pages, if they believe Defendants are in violation of the preliminary injunction by **August 27, 2021**.

  c. Defendants may reply to Plaintiffs' challenge, not to exceed eight pages, by **September 3, 2021**.

Additionally, the Parties represented that they would like to submit a new proposed order regarding the preliminary injunction. The proposed amended order, approved by both Parties, to be filed by **August 17, 2021**.

**3. Pending Motion for Default Judgment (Dkt. 117)**

The Court has **VACATED** the motion hearing scheduled for August 17, 2021 and all pretrial deadlines. Defendants are **ORDERED** to provide a status regarding unserved Defendant 35.CN by no later than **August 17, 2021**.

**4. Pending Motion to Withdraw as Counsel (Dkt. 121)**

Defendants represented at the hearing that they waive their reply, which was due August 10, 2021. This motion is now fully briefed. The hearing for this motion is continued to **September 28, 2021 at 10:00 a.m.** to give Defendants an opportunity to retain new counsel.

**SO ORDERED.**

Dated: August 11, 2021

SUSAN VAN KEULEN
United States Magistrate Judge