TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:        213.430.3400
Facsimile:        213.430.3409

DAVIS POLK & WARDWELL LLP
Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
Micah G. Block SBN 270712
micah.block@davispolk.com
Cristina M. Rincon *Pro Hac Vice*
cristina.rincon@davispolk.com
1600 El Camino Real
Menlo Park, CA 94025
Telephone:     650.752.2000
Facsimile:     650.752.2111

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC, | Case No. 5:19-cv-07071-SVK |
| Plaintiffs, | **PLAINTIFFS' STATEMENT REGARDING XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD. A/K/A 35.CN** |
| v. | |
| ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., | Hon. Susan van Keulen |
| Defendants. | |

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis

1

1    During an August 10, 2021 Status Conference, the Court explained that, because Defendant

2  Xiamen 35.com Technology Co., Ltd. ("35.CN") has not yet consented to the jurisdiction of a

3  United States Magistrate Judge in this action, the Court intended to issue a report and recommendation

4  concerning Plaintiffs' Motion to Strike Defendants' Answer and for Default Judgment Against Defendants

5  OnlineNIC and Domain ID Shield (ECF No. 117) and to enter an order directing the Clerk to reassign this

6  action to a United States District Judge. Hr'g Tr. 20:8-21:9 (ECF No. 154). The Court therefore directed

7  Plaintiffs to advise whether they intend to dismiss or otherwise sever 35.CN from this action and to inform

8  the Court of their position by August 17, 2021. *Id.* 28:18-29:5.

9    Plaintiffs respectfully submit that they do not presently intend to seek to sever or dismiss 35.CN

10  from this action, and Plaintiffs therefore request that the Court issue its report and recommendation

11  coupled with an order directing the Clerk to reassign this action to a United States District Judge.

12

13  DATED: August 16, 2021                     Respectfully submitted,

14                                             Tucker Ellis LLP

15

16

17                                             By:  /s/David J. Steele
                                                    David J. Steele

18                                                  Howard A. Kroll
                                                    Steven E. Lauridsen

19
                                               Davis Polk & Wardwell LLP
20                                                  Ashok Ramani
                                                    Micah G. Block
21                                                  Cristina M. Rincon

22                                                  Attorneys for Plaintiffs,
23                                                  FACEBOOK, INC. and INSTAGRAM, LLC

24

25

26

27

28

TUCKER ELLIS LLP
Chicago ◆ Cleveland ◆ Columbus ◆ Houston ◆ Los Angeles ◆ San Francisco ◆ St. Louis

2