Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
3000 El Camino Real
Bldg. 4, Suite 200
Palo Alto, CA  94306
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE
CO., LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>                    Plaintiffs,<br><br>        v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED.<br><br>        Defendants. | Case No. 19-CV-07071-SVK<br><br>**DECLARATION OF PERRY J. NARANCIC IN SUPPORT OF DEFENDANTS' STATEMENT RE DKT. NO. 153.** |

I, Perry J. Narancic, declare as follows:

1.      I am counsel for OnlineNIC, Inc. and Domain ID Shield Service Co., Limited ("Defendants").  I have personal knowledge of the facts set forth in this declaration, and if called as a witness I would testify to the facts contained in this declaration.

2.      Attached hereto as Exhibit A is a copy of a letter I drafted and sent to opposing counsel on July 21, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed at Atherton, CA on August 17, 2021.

                                                            /s/ Perry J. Narancic