Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
3000 El Camino Real
Bldg. 4, Suite 200
Palo Alto, CA 94306
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>         Plaintiffs,<br>   v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED.<br><br>         Defendants. | Case No. 19-CV-07071-SVK<br><br>**SUPPLEMENTAL DEFENDANTS' STATEMENT RE DKT. NO. 153.** |

    As a supplement to the filing at Dkt No. 157 made by OnlineNIC, Inc. and Domain ID Shield Service Co., Limited ("Defendants"), Defendants advise the Court that 35.CN was purportedly served with the complaint in this matter on or around August 18, 2021.

                                                         Respectfully Submitted,

DATED: August 24, 2021                LEXANALYTICA, PC

                                                         By:  /s/ Perry J. Narancic
                                                         _____

|   |   |
|---|---|
| 1 | Attorneys for Defendants |
| 2 | ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE CO., LIMITED |

- 2-