UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ONLINENIC INC, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-07071-SVK<br><br>**ORDER FOR STATUS RE SERVICE ON 35.CN** |

The Court is in receipt of Dkt. No. 160 where Defendants advise the Court that "35.CN was purportedly served . . . on or around August 18, 2021." Accordingly, the Court **ORDERS** Plaintiffs to:

1. By August 31, provide the Court with a best estimate as to when Plaintiffs will receive confirmation of service on 35.CN;

2. Promptly notify the Court by email to SVKCRD@cand.uscourts.gov within 48 hours of receiving confirmation of service on 35.CN and provide the date a responsive pleading is due from 35.CN.

**SO ORDERED.**

Dated: August 25, 2021

SUSAN VAN KEULEN
United States Magistrate Judge