TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:        213.430.3400
Facsimile:        213.430.3409

DAVIS POLK & WARDWELL LLP
Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
Micah G. Block SBN 270712
micah.block@davispolk.com
Cristina M. Rincon *Pro Hac Vice*
cristina.rincon@davispolk.com
1600 El Camino Real
Menlo Park, CA 94025
Telephone:   650.752.2000
Facsimile:   650.752.2111

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

LEXANALYTICA, PC
Perry J. Narancic – SBN 206820
pjn@lexanalytica.com
2225 E. Bayshore Road
Suite 200
Palo Alto, CA 94303
Telephone:   650.655.2800

Attorneys for Defendants,
ONLINENIC, INC. and DOMAIN ID SHIELD
SERVICES CO., LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>     Plaintiffs,<br> v.<br><br>ONLINENIC, INC., DOMAIN ID SHIELD SERVICE CO., LIMITED, and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>     Defendants. | Case No. 5:19-cv-07071-SVK<br><br>**STIPULATION CONCERNING DEFENDANTS' DOMAIN NAMES**<br><br>Hon. Susan van Keulen |

Plaintiffs Facebook, Inc. and Instagram, LLC (collectively, "Plaintiffs") and Defendants OnlineNIC, Inc. and Domain ID Shield Service Co., Limited (collectively, "Defendants"), through their respective counsel of record, hereby stipulate as follows:

1. Pursuant to the parties' Stipulation Concerning Defendants' Payments Owed to the Special Master, ECF No. 141, Defendants agreed to assign certain domain names to Plaintiffs.

2. A dispute arose whether the parties' Stipulation Concerning Defendants' Payments Owed to the Special Master included assigning sixteen domain names Defendants identify as a "Corporate Domains" in ECF No. 157 at 3-4 and Yu Decl. ¶ 7 (ECF No. 158).

3. To resolve this dispute the parties stipulate as follows:

    a. Within 2 business days of Plaintiffs providing the required transfer information referenced below, Defendants shall assign the registration of intra.com to Plaintiffs. To facilitate this assignment Defendants shall change the ownership information to information provided by Plaintiffs, update and remove all registry locks and provide Plaintiffs the transfer authorization code; and

    b. Plaintiffs shall not seek the assignment from Defendants of any other Corporate Domains pursuant to the Stipulation Concerning Defendants' Payments Owed to the Special Master.

4. Nothing in this stipulation relates to, excuses, or satisfies the assignment of any other domain names other than the Corporate Domains.

5. Nothing in this stipulation relates to, excuses, or satisfies any judgment the Court may later issue in this action.

**SO STIPULATED THROUGH COUNSEL OF RECORD:**

| | |
|---|---|
| DATED: August 27, 2021 | Tucker Ellis LLP |
| | By: /s/David J. Steele |
| | David J. Steele |
| | Howard A. Kroll |
| | Steven E. Lauridsen |
| | |
| | Davis Polk & Wardwell, LLP |
| | Ashok Ramani |
| | Micah G. Block |
| | Cristina M. Rincon |
| | |
| | Attorneys for Plaintiffs, |
| | FACEBOOK, INC. and INSTAGRAM, LLC |
| DATED: August 27, 2021 | LexAnalytica, PC |
| | |
| | By: /s/Perry J. Narancic |
| | Perry J. Narancic |
| | |
| | Attorneys for Defendants, |
| | ONLINENIC, INC. and DOMAIN ID |
| | SHIELD SERVICES CO., LIMITED |

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all other signatories listed and on whose behalf this filing is made concur in the filing of this document and have granted permission to use an electronic signature.

/s/David J. Steele