TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:      213.430.3400
Facsimile:       213.430.3409

DAVIS POLK & WARDWELL LLP
Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
Micah G. Block SBN 270712
micah.block@davispolk.com
Cristina M. Rincon *Pro Hac Vice*
cristina.rincon@davispolk.com
1600 El Camino Real
Menlo Park, CA 94025
Telephone:     650.752.2000
Facsimile:      650.752.2111

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., <br><br> Defendants. | Case No. 5:19-cv-07071-SVK <br><br> **PLAINTIFFS' RESPONSE TO DEFENDANTS' STATEMENT REGARDING DEFENDANTS' USE AND OWNERSHIP OF CERTAIN DOMAIN NAMES** <br><br> Hon. Susan van Keulen |

On August 11, 2021, the Court ordered the parties to file papers concerning their positions regarding their dispute as to whether the parties' Stipulation Concerning Defendants Payments Owed to the Special Master included assigning to Plaintiffs sixteen domain names Defendants identity as "Corporate Domain." ECF No. 153; *see also* ECF No. 157 (identifying "Corporate Domains"). On August 27, 2021, the parties filed a stipulation resolving this dispute. ECF No. 162.

DATED: August 27, 2021

Respectfully submitted,

Tucker Ellis LLP

By: /s/David J. Steele
    David J. Steele
    Howard A. Kroll
    Steven E. Lauridsen

Davis Polk & Wardwell LLP
    Ashok Ramani
    Micah G. Block
    Cristina M. Rincon

    Attorneys for Plaintiffs,
    FACEBOOK, INC. and
    INSTAGRAM, LLC