TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:     213.430.3409

DAVIS POLK & WARDWELL LLP
Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
Micah G. Block SBN 270712
micah.block@davispolk.com
Cristina M. Rincon *Pro Hac Vice*
cristina.rincon@davispolk.com
1600 El Camino Real
Menlo Park, CA 94025
Telephone:    650.752.2000
Facsimile:     650.752.2111

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| FACEBOOK, INC. and INSTAGRAM, LLC, | Case No. 5:19-cv-07071-SVK |
|---|---|
| Plaintiffs, | **PLAINTIFFS' STATEMENT REGARDING SERVICE OF XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD. A/K/A 35.CN** |
| v. | |
| ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., | Hon. Susan van Keulen |
| Defendants. | |

On August 25, 2021, the Court ordered Plaintiffs to file a statement advising the Court of Plaintiffs' best estimate of when Plaintiffs will receive confirmation of service on Defendant Xiamen 35.com Technology Co., Ltd. ("35.CN") (ECF No. 161).

Plaintiffs respectfully submit that their international service of process expert retained by Plaintiffs to assist with service of 35.NC estimates that Plaintiffs will receive confirmation of service of 35.CN from the Chinese Central Authority approximately thirty days after service was made. OnlineNIC's counsel represents that 35.CN was served on or around August 18, 2021 (ECF No. 160). Accordingly, Plaintiffs best estimate, as of this filing, is September 19, 2021.

Plaintiffs will notify the Court by email within 48 hours of receiving confirmation of service on 35.CN and will provide the date by which 35.CN must file a responsive pleading.

DATED: August 30, 2021

Respectfully submitted,

Tucker Ellis LLP

By:  /s/David J. Steele
    David J. Steele
    Howard A. Kroll
    Steven E. Lauridsen

Davis Polk & Wardwell LLP
    Ashok Ramani
    Micah G. Block
    Cristina M. Rincon

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC