**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Ruben Peña (Bar No. 328106)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
liana@KRInternetLaw.com
ruben@KRInternetLaw.com

Specially Appearing as Attorneys for
Defendant Xiamen 35.com Internet Technology Co., Ltd.

**IT IS SO ORDERED AS MODIFIED**
*Susan van Keulen*
Judge Susan van Keulen

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**FACEBOOK, INC.**, et al.,

　　　　Plaintiffs,

　　v.

**ONLINENIC INC.**, et al.,

　　　　Defendants.

Case No. 5:19-cv-07071-SVK

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD. TO RESPOND TO THE SECOND AMENDED COMPLAINT AS MODIFIED**

Case No. 5:19-cv-07071-SVK

**STIP. TO EXTEND TIME FOR DEFENDANT TO RESPOND TO SAC AS MODIFIED**

Pursuant to Civil L.R. 6-1, Plaintiffs Facebook, Inc. and Instagram, LLC and Defendant Xiamen 35.com Internet Technology Co., Ltd. ("35.CN"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Second Amended Complaint (the "SAC") on June 1, 2021 [D.E. 109];

WHEREAS, Plaintiffs served the SAC on 35.CN on or around August 17, 2021 with the exact date of service still unknown at this time;

WHEREAS, the parties have agreed on an extension of time to **September 28, 2021** (i.e., 21 days from the date of the parties' agreement to this stipulation) for 35.CN to respond to the SAC;

WHEREAS, the parties agree that this stipulation does not constitute consent by 35.CN to personal or other jurisdiction in this case or a waiver of any of 35.CN's rights or defenses; and

WHEREAS, this stipulation will not alter the date of any event or any deadline already fixed by Court order.

IT IS HEREBY STIPULATED between Plaintiffs and Defendant 35.CN, by and through their undersigned counsel, that Defendant 35.CN's deadline to respond to the SAC shall be extended until **September 28, 2021**.

Respectfully Submitted,

DATED: September 7, 2021         **KRONENBERGER ROSENFELD, LLP**

By:      s/Karl S. Kronenberger
         Karl S. Kronenberger

Specially Appearing as Attorneys for Defendant Xiamen 35.com Internet Technology Co., Ltd.

DATED: September 7, 2021

**TUCKER ELLIS LLP**

By: _____s/David J. Steele_____
          David J. Steele

Attorney for Plaintiffs Facebook, Inc. and Instagram, LLC

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

                                                        _____s/Karl S. Kronenberger_____
                                                          Karl S. Kronenberger

<span style="color:red">The Court notes that this will be the **only** extension that the Court will approve.</span>

**SO ORDERED.**

**Date:** September 7, 2021

                                                          _/s/ Susan van Keulen_____
                                                          SUSAN VAN KEULEN
                                                          United States Magistrate Judge