**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Ruben Peña (Bar No. 328106)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
liana@KRInternetLaw.com
ruben@KRInternetLaw.com

Specially Appearing as Attorneys for
Defendant Xiamen 35.com Internet Technology Co., Ltd.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **FACEBOOK, INC.**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **ONLINENIC INC.**, et al., <br><br> Defendants. | Case No. 5:19-cv-07071-SVK <br><br> **DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.'S CERTIFICATE OF INTERESTED ENTITIES** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that, as of this date, other than the named parties and the shareholders of the parties,[1] there is no such interest to report.

Respectfully Submitted,

DATED: September 22, 2021

**KRONENBERGER ROSENFELD, LLP**

By:    s/ Karl S. Kronenberger
       Karl S. Kronenberger

Specially Appearing as Attorneys for Defendant Xiamen 35.com Internet Technology Co., Ltd.

---

[1] Defendant is not identifying shareholders given that it is a public company.