**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Ruben Peña (Bar No. 328106)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
liana@KRInternetLaw.com
ruben@KRInternetLaw.com

Specially Appearing as Attorneys for
Defendant Xiamen 35.com Internet Technology Co., Ltd.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **FACEBOOK, INC.**, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**ONLINENIC INC.**, et al.,<br><br>　　　　Defendants. | Case No. 5:19-cv-07071-SVK<br><br>**DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.'S RULE 7.1 DISCLOSURE** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Xiamen 35.com Internet Technology Co., Ltd. states that there is no parent corporation or any publicly held corporation owning 10% or more of Defendant's stock.

Respectfully Submitted,

DATED: September 22, 2021

**KRONENBERGER ROSENFELD, LLP**

By: _____s/ Karl S. Kronenberger_____
Karl S. Kronenberger

Specially Appearing as Attorneys for Defendant Xiamen 35.com Internet Technology Co., Ltd.