1   **KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
2   Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
3   Ruben Peña (Bar No. 328106)
150 Post Street, Suite 520
4   San Francisco, CA 94108
Telephone: (415) 955-1155
5   Facsimile: (415) 955-1158
karl@KRInternetLaw.com
6   jeff@KRInternetLaw.com
liana@KRInternetLaw.com
7   ruben@KRInternetLaw.com
8
9   Specially Appearing as Attorneys for
Defendant Xiamen 35.com Technology Co., Ltd.
10  (erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)
11
12
13              **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
14               **SAN FRANCISCO DIVISION**
15
16  **FACEBOOK, INC.**, et al.,              Case No. 3:19-cv-07071-SI
17              Plaintiffs,
18      v.                                  **DECLARATION OF ZHANG WEIWEI
                                            IN SUPPORT OF DEFENDANT
19  **ONLINENIC INC.**, et al.,             XIAMEN 35.COM TECHNOLOGY
                                            CO., LTD.'S MOTION TO DISMISS
20              Defendants.                 THE SECOND AMENDED
                                            COMPLAINT PURSUANT TO FRCP
21                                          12(b)(6) AND 12(b)(2)**
22
23
24
25
26
27
28
    Case No. 3:19-cv-07071-SI              **ZHANG WEIWEI DECL ISO MOTION TO
                                           DISMISS SECOND AMENDED COMPLAINT**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

I, Zhang Weiwei, declare as follows:

1.    I am the General Manager of Defendant Xiamen 35.com Technology Co., Ltd. ("35.CN"). Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration.

2.    35.CN is a public company in Xiamen, Fujian Province in China that is registered in China and organized under the laws of China. Specifically, 35.CN was established in 2004 and provides cloud computing, application software, email hosting, and business homepage building services. The company also provides domain name and customer relationship management system ("CRM") services.

3.    As part of its services, 35.CN is an ICANN-accredited registrar and assists customers with registering domain names. Customers use 35.CN's system and services in Chinese and make payment with Chinese currency.

4.    35.CN lacks contacts in California and the United States. In particular, 35.CN does not have any offices, employees, owners, directors, agents, accounts, assets, servers, or business in California or even the United States. While 35.CN is a party to a Registrar Accreditation Agreement ("RAA") with ICANN, that agreement is just with ICANN and facilitates 35.CN's business outside of the United States.

5.    35.CN does not control, manage, or run the operations or decisions of OnlineNIC or ID Shield, and 35.CN did not participate in the actions of OnlineNIC or ID Shield as alleged in the SAC. Further, neither OnlineNIC nor ID Shield control the decisions or agreements of 35.CN.

6.    35.CN did not register the Domain Names as outlined in Paragraph 56 of the Second Amended Complaint, nor did 35.CN serve as the registrar for those Domain Names.

7.    35.CN observes corporate formalities, such as through ordinary business filings of public companies in China, and it is adequately capitalized.

**ZHANG WEIWEI DECL ISO MOTION TO DISMISS SECOND AMENDED COMPLAINT**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

8.    35.CN and OnlineNIC do not share the same domain name registration database. 35.CN's registration database is located in China, and, on information and belief, OnlineNIC's registration database is located in Texas.

9.    35.CN's office space is in the same building as OnlineNIC, along with multiple different companies. However, OnlineNIC's offices are on a different floor from the 35.CN offices.

10.    35.CN would spend considerable resources in traveling and defending a case before this Court and would require ongoing translation services.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that this Declaration was executed on September 28, 2021, in Xiamen, China, and that I understand the contents of this declaration.

_Zhang Weiwei_
Zhang Weiwei

Case No. 3: 19-cv-07071 -SI                    2                    ZHANG WEIWEI DECL ISO MOTION TO
DISMISS SECOND AMENDED COMPLAINT

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108