**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Ruben Peña (Bar No. 328106)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
liana@KRInternetLaw.com
ruben@KRInternetLaw.com

Specially Appearing as Attorneys for
Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **FACEBOOK, INC.**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**ONLINENIC INC.**, et al.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI<br><br><br>**DECLARATION OF PERRY J. NARANCIC IN SUPPORT OF DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6) AND 12(b)(2)** |

NARANCIC DECL ISO MOTION TO DISMISS
SECOND AMENDED COMPLAINT

I, Perry Narancic, declare as follows:

1.    I am counsel of record for OnlineNIC, Inc. ("OnlineNIC") and DomainID Shield Service Co., Limited ("ID Shield") in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, and if called as a witness I would testify to the facts contained in this declaration.

2.    As outlined in prior declarations and filings in this case, Plaintiffs and OnlineNIC and ID Shield have already engaged in written discovery, depositions, and document production, including the production of over 28,000 documents (amounting to over 270,000 pages) by OnlineNIC and ID Shield.

3.    Attached as **Exhibit A** is a true and correct copy of Defendant OnlineNIC, Inc.'s First Amended Responses to Plaintiff Facebook, Inc.'s First Set of Interrogatories.[1]

4.    Attached as **Exhibit B** is a true and correct copy of the transcript of the July 13, 2021 deposition of the Person Most Qualified of OnlineNIC, Inc. (Carrie Yu) ("PMQ Deposition"), which has two volumes.

5.    Attached as **Exhibit C** is a true and correct copy of the Exhibit 15 to the PMQ Deposition, which is the Initial Public Offering (Chinese Version) of Defendant Xiamen 35.Com Technology Co., Ltd.

6.    Attached as **Exhibit D** is a true and correct copy of the Exhibit 16 to the PMQ Deposition, which is the Translated Version of the foregoing Initial Public Offering.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Atherton, CA on September 28, 2021.

*Perry J. Narancic*
Perry J. Narancic (Sep 28, 2021 11:36 PDT)

_____
Perry J. Narancic

---

[1] The Exhibits to this Declaration are highlighted for ease of reference for the Court.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

Exhibit A

Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
2225 E. Bayshore Road, Suite 200
Palo Alto, CA  94303
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800


Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE
CO., LIMITED


# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA


FACEBOOK, INC. and INSTAGRAM, LLC

          Plaintiffs,

    v.

ONLINENIC, INC. and DOMAIN ID
SHIELD SERVICE CO., LIMITED.

        Defendants.

Case No. 19-CV-07071-SVK

**ONLINENIC, INC.'S FIRST AMENDED RESPONSES TO PLAINTIFF FACEBOOK, INC.'S FIRST SET OF INTERROGATORIES.**


PROPOUNDING PARTY:       Facebook, Inc.

RESPONDING PARTY:        OnlineNIC, Inc.

SET NO.:               One (1)


      Defendant OnlineNIC, Inc. ("Defendant") hereby responds to the Request for Production of Documents propounded by Facebook, Inc. ( "Plaintiff") as follows:

PRELIMINARY STATEMENT

      A.     The specific responses as set forth below are for the purposes of discovery only and OnlineNIC does not intend to waive, but expressly reserves, any and all objections and may have to the relevance, competence, materiality, admissibility or use at trial of any information,

- 1 -

Facebook, Inc. v. OnlineNIC, Inc.                                    Case No. 19-cv-7071-SVK
OnlineNIC, Inc.'s First Amended Responses to Facebook, Inc.'s Interrogatories  – Set 1

documents or writings produced, identified or referred to herein. All such objections may be made at any time up to and including the time of trial.

B.      The following responses are based on information reasonably available to OnlineNIC as of the date of these responses, and upon documents that are in the possession, custody or control of OnlineNIC. OnlineNIC's investigation and search for documents and things responsive to these requests are ongoing. Pursuant to Federal Rule of Civil Procedure 26, OnlineNIC specifically reserves the right to revise, supplement and/or amend these responses and, if necessary, to assert additional objections arising from further investigation.

C.      By agreement of the parties, the parties do not seek privilege logs for materials covered by the attorney-client privilege or the attorney work product doctrine where such materials arose after the original complaint was filed in this action.

D.      OnlineNIC expressly reserves its right to rely, at any time during trial, upon subsequently discovered information or information omitted from the specific responses set forth below as a result of mistake, oversight, or inadvertence.

E.      Capitalized terms, unless otherwise defined herein, have the same meaning as set forth in Plaintiff's Interrogatories.

Zhippo Chen and Shaohui Gong. Chen has no business relationship with 35.CN or DOMAIN ID SHIELD. Shaohui Gong is a shareholder in 35 and has no business relationship with DOMAIN ID SHIELD. Their identifying information, to the extent available, is provided separately and is designated as CONFIDENTIAL.

**INTERROGATORY NO. 6:**

IDENTIFY all directors of ONLINENIC since 2009, and their business relationship, if any, with 35.CN and DOMAIN ID SHIELD.

**RESPONSE TO INTERROGATORY NO. 6**

Based on records available to OnlineNIC, Carrie Yu.  Defendant will seek to obtain records from the Secretary of State to determine additional information. Her identifying information, to the extent available, is provided separately and is designated as CONFIDENTIAL.

**INTERROGATORY NO. 7:**

IDENTIFY all employees of ONLINENIC since 2009, and their business relationship, if any, with 35.CN and DOMAIN ID SHIELD.

**RESPONSE TO INTERROGATORY NO. 7**

Rex Liu and Minghe Wang. In addition, Carrie Yu acts as VP, Business Development, and Zhippo Chen is the President. Their identifying information, to the extent available, is provided separately and is designated as CONFIDENTIAL.

**INTERROGATORY NO. 8:**

IDENTIFY all independent contractors, including technical support staff, of ONLINENIC since 2009, and their business relationship, if any, with 35.CN and DOMAIN ID SHIELD.

**RESPONSE TO INTERROGATORY NO. 8**

35.CN.

**INTERROGATORY NO. 9:**

Describe the business, corporate, working or other relationship between ONLINENIC and 35.CN, including the services which 35.CN performs for or on behalf of ONLINENIC, and any monetary payment which 35.CN receives for those services.

**RESPONSE TO INTERROGATORY NO. 9**

35.CN provides facilities and services to OnlineNIC pursuant to the Outsourcing Agreement dated Jan. 1, 2014 (ONLINENIC 266918). In addition to the services listed therein, as part of the Outsourcing Agreement, 35.CN provides an office for OnlineNIC in a building where 35.CN has separate offices.

**INTERROGATORY NO. 10:**

Describe the business, corporate, working or other relationship between ONLINENIC and DOMAIN ID SHIELD, including the services which ONLINENIC performs for or on behalf of DOMAIN ID SHIELD, and any monetary payment which ONLINENIC receives for those services.

**RESPONSE TO INTERROGATORY NO. 10**

DOMAIN ID SHIELD provides privacy services for persons who use the registration services of OnlineNIC. OnlineNIC controls Domain ID Shield and runs its operations and pays its expenses. OnlineNIC runs the Domain ID Shield website and pays administrative expenses such as corporate fees and virtual office fees and provides technical support. Domain ID Shield charges $1 per year for each privacy subscription, which fees are paid to Defendant and which are used to defray costs.

**INTERROGATORY NO. 11:**

Explain in detail all facts supporting your denial of Request For Admission No. 83 that "ONLINENIC profits from services provided by DOMAIN ID SHIELD."

**RESPONSE TO INTERROGATORY NO. 11**

The fees obtained by OnlineNIC through Domain ID Shield are not sufficient to cover expenses of Domain ID Shield.

**INTERROGATORY NO. 12:**

Explain in detail how YOU ensure that YOU and YOUR resellers comply with YOUR obligations under 3.12 of the RAA, including IDENTIFYING the individuals responsible for that compliance, and describing any standard operating procedures, training, documentation or other information used by ONLINENIC to comply with YOUR obligations under the RAA.

**RESPONSE TO INTERROGATORY NO. 12**

1  As to Objections.

2
                                        Respectfully Submitted,
3
   DATED:  February 1, 2021              LEXANALYTICA, PC
4

5                                        By: _____

6
                                        Attorneys for Defendants
7                                        ONLINENIC, INC. and DOMAIN ID SHEILD
                                        SERVICE CO., LIMITED
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## VERIFICATION

I, YU HONGXIA, am an officer of OnlineNIC, Inc. and am authorized to sign this verification. I believe, based on reasonable inquiry, that the foregoing First Amended Responses of OnlineNIC, Inc. to Plaintiffs' Interrogatories, Set 1 – are true and correct to the best of my knowledge, information and belief.

I verify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: February 1, 2021 at Xiamen, China

By: _____
Yu Hongxia

Exhibit B

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3
 4    FACEBOOK, INC. AND INSTAGRAM, )
      LLC,                          )
 5                                  )
              PLAINTIFFS,           )
 6                                  )    CASE NO.
         V.                         )    5:19-CV-07071-SVK
 7                                  )
      ONLINENIC, INC.; DOMAIN ID    )
 8    SHIELD SERVICES CO., LIMITED; )
      AND DOES 1-20,                )
 9                                  )
              DEFENDANTS.           )
10    _____)
11
12
13
                  VIDEOTAPED DEPOSITION OF THE PERSON
14
                  MOST QUALIFIED OF ONLINENIC, INC.,
15
                           CARRIE YU
16
17               TUESDAY, JULY 13, 2021
18               CHINA STANDARD TIME
19
20                       VOLUME I
21
22
23
      JOB NO. CA 4690900
24    REPORTED BY  MARK McCLURE, CRR
      CAL CSR 12203
25    PAGES 1 - 83
```

Page 1

1  VIDEOTAPED DEPOSITION OF CARRIE YU, PMQ, VOLUME I, TAKEN
2  AT 7:09 A.M., TUESDAY, JULY 13, 2021, CHINA STANDARD
3  TIME, VIA VERITEXT REMOTE TECHNOLOGY, BEFORE MARK
4  McCLURE, C.S.R. #12203, CERTIFIED SHORTHAND REPORTER IN
5  AND FOR THE STATE OF CALIFORNIA.
6
7  APPEARANCES OF COUNSEL:
8  FOR THE PLAINTIFFS FACEBOOK, INC. AND INSTAGRAM:
9      (APPEARING BY VIDEOCONFERENCE)
        TUCKER ELLIS LLP
10     BY:  HOWARD A. KROLL, ESQ.
        515 SOUTH FLOWER STREET
11     FORTY-SECOND FLOOR
        LOS ANGELES, CALIFORNIA 90071
12     213.430.3400
        HOWARD.KROLL@TUCKERELLIS.COM
13
14  FOR THE DEFENDANTS ONLINENIC, INC. AND DOMAIN ID SHIELD
        SERVICES CO., LIMITED:
15
        (APPEARING BY VIDEOCONFERENCE)
16     LEXANALYTICA, PC
        BY:  PERRY J. NARANCIC, ESQ.
17     2225 E. BAYSHORE ROAD, SUITE 200
        PALO ALTO, CALIFORNIA 94303
18     650.655.2800
        PJN@LEXANALYTICA.COM
19
20  ALSO PRESENT:
21     DAVID STEELE, TUCKER ELLIS
22     HELENA GUYE, TUCKER ELLIS
23     BART KESSEL, TUCKER ELLIS
24     STACY CHEN, ATTORNEY, FACEBOOK
25     OLIVIA GONZALEZ, ATTORNEY, FACEBOOK

1              I N D E X
2  WITNESS      EXAMINATION        PAGE
3  CARRIE YU
4          BY MR. KROLL            7
5
6
7          E X H I B I T S
8  NUMBER        DESCRIPTION        PAGE
9  EXHIBIT 1   PLAINTIFFS' SPECIAL COURT ORDERED   25
            NOTICE OF DEPOSITION OF
10          ONLINENIC, INC. PURSUANT TO FED.
            R. CIV. P. 30(B)(6) - 7 PAGES
11
        EXHIBIT 2   ONLINENIC, INC.'S RESPONSES TO   42
12          PLAINTIFFS' FIRST SET OF REQUESTS
            FOR ADMISSION - 28 PAGES
13
        EXHIBIT 3   ONLINENIC, INC.'S FIRST AMENDED   45
14          RESPONSES TO PLAINTIFFS' FIRST
            SET OF REQUESTS FOR ADMISSION -
15          26 PAGES
16  EXHIBIT 4   ONLINENIC, INC.'S FIRST AMENDED   46
            RESPONSES TO PLAINTIFF FACEBOOK,
17          INC.'S FIRST SET OF
            INTERROGATORIES - 12 PAGES
18
        EXHIBIT 5   RESPONSES OF ONLINENIC, INC. AND   48
19          DOMAIN ID SHIELD TO PLAINTIFF
            FACEBOOK, INC.'S SPECIAL COURT
20          ORDERED INTERROGATORIES - 25
            PAGES
21
        EXHIBIT 6   2013 REGISTRAR ACCREDITATION   71
22          AGREEMENT - ICANNFB-000052 -
            ICANNFB-000117 - 66 PAGES
23
24
25

1  ALSO PRESENT:  - CONTINUED
2      AMANDA LIN, CHINESE INTERPRETER
3      DREW DORSEY, VIDEOGRAPHER
4      CRAIG JONES, VERITEXT CONCIERGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1          TUESDAY, JULY 13, 2021, 7:09 A.M.
2          CHINA STANDARD TIME
3
4          VIDEOGRAPHER:  Good morning.
5          We are going on the record at 7:09 a.m. on
6  July 13, 2021.
7          Please note that the microphones are
8  sensitive, may pick up whispering, private conversations
9  and cellular interference.
10          Please turn off all cell phones, place them
11  away from the microphones as they can interfere with the
12  deposition audio.
13          Audio and video recording will continue to
14  take place unless all parties agree to go off the
15  record.
16          This is Media Unit 1 of the videorecorded
17  deposition of Carrie Yu taken by counsel for plaintiff
18  in the matter of Facebook, Inc., et al. versus
19  OnlineNIC, Inc., et al., filed in the United States
20  District Court, Northern District of California, case
21  No. 519-cv-07071-SVK.
22          This deposition is being held remotely using
23  Veritext Virtual technology and the witness is located
24  in Xiamen, China.
25          My name is Drew Dorsey, from the firm Veritext

1 Legal Solutions, and I'm the videographer.
2      The court reporter is Mark McClure, from the
3 firm Veritext Legal Solutions.
4      I'm not related to any party in this action,
5 nor am I financially interested in the outcome.
6      Counsel and everyone attending remotely will
7 now state their appearances and affiliations for the
8 record.
9      If there are any objections to proceeding,
10 please state them at the time of your appearance,
11 beginning with the noticing attorney.
12      MR. KROLL:  Good afternoon.  Howard Kroll,
13 with Tucker Ellis, on behalf of the plaintiffs in this
14 case.
15      I think, just for ease, I will announce the
16 other members of Tucker Ellis who are on this
17 deposition, which is David Steele and Helena Guye and
18 Bart Kessel.
19      In addition, we have two attorneys from
20 Facebook, Stacy Chen and Olivia Gonzalez.
21      MR. NARANCIC:  And this is Perry Narancic for
22 the defendants.
23      INTERPRETER:  Amanda Lin, the interpreter.
24      MR. NARANCIC:  Ms. Lin, you're a certified
25 translator, correct?

Page 6

1 A.  Hello.
2 Q.  Please state your full name for the record.
3 A.  Yu Hongxia.
4      INTERPRETER:  Yu, family name; Hongxia,
5 H-o-n-g-x-i-a, first name.
6 BY MR. KROLL:
7 Q.  Ms. Yu, have you ever had your deposition
8 taken before?
9 A.  No.
10 Q.  Let me give you a brief recap of what is going
11 to be happening today and for the rest of the week at
12 your deposition.
13      You have just taken an oath to tell the truth,
14 and even though we are located outside of a courtroom,
15 it has the same force and effect as if you were
16 testifying in a court of law.
17      Do you understand that?
18 A.  Yes.
19 Q.  Actually, let me step back and make sure that
20 you understand what the translator is saying.
21      MR. NARANCIC:  What was the question?
22 BY MR. KROLL:
23 Q.  Do you understand the language and dialect
24 being spoken by translator?
25 A.  Yes.

Page 8

1      INTERPRETER:  Yes.
2      MR. NARANCIC:  Are you certified in the state
3 of California?
4      INTERPRETER:  No.
5      MR. NARANCIC:  Where are you certified?
6      INTERPRETER:  In China.
7      MR. NARANCIC:  Do you have a certification
8 number?
9      INTERPRETER:  Not offhand.  I can put it on
10 the record after a break.
11      MR. NARANCIC:  Thank you.
12
13      AMANDA LIN
14 was sworn to interpret the Chinese language.
15
16      CARRIE YU,
17      having been sworn, was examined
18      and testified as follows:
19
20
21      EXAMINATION
22 BY MR. KROLL:
23 Q.  Good morning, Ms. Yu.
24      My name is Howard Kroll, and I'm the attorney
25 representing the plaintiffs in this case.

Page 7

1 Q.  I would ask you to listen carefully to the
2 questions that I am asking you, and if you don't
3 understand a question, please ask me to clarify.
4      Do you understand that?
5 A.  Yes.
6 Q.  If you answer one of the questions that I ask,
7 I will assume that you have heard and understood the
8 question.
9      Do you agree to that?
10 A.  I agree.
11 Q.  I would ask you also not to guess or speculate
12 with an answer.
13      Is that acceptable?
14 A.  Yes.
15 Q.  There's a court reporter who is taking down
16 everything that you and I say, and therefore, it is
17 important for you to give audible and verbal responses
18 to my questions.  For that reason, it's important to let
19 me finish asking my question before you respond, and I
20 will let you finish your answer before I ask the next
21 question.
22      Is that acceptable to you?
23 A.  Yes.
24 Q.  For that reason, it's important for you to
25 listen carefully to my questions and answer each one as

Page 9

3 (Pages 6 - 9)

1    A.  Yes.
2    Q.  Was this document translated into Chinese for
3 you?
4    A.  No.
5    Q.  Did you understand what this notice of
6 deposition is?
7    A.  Yes.
8    Q.  In preparing for this deposition, other than
9 talking with Mr. Narancic, did you talk with anyone
10 else?
11   A.  Yes.
12   Q.  Who did you talk with?
13   A.  Employees of OnlineNIC, the financial staff of
14 OnlineNIC, the CEO of OnlineNIC, Shaohui Gong.
15       INTERPRETER: G-o-n-g, family name;
16 S-h-a-o-h-u-i, first name.
17 BY MR. KROLL:
18   Q.  Are there any other individuals that you spoke
19 with?
20   A.  No.
21   Q.  How many employees of OnlineNIC did you speak
22 with?
23   A.  One.
24   Q.  What was the name of that individual?
25   A.  Rex Liu.

Page 26

---

1        INTERPRETER: L-i-u.
2 BY MR. KROLL:
3    Q.  How many members of the financial staff of
4 OnlineNIC did you speak to?
5    A.  One.
6    Q.  And what was the name of that individual?
7    A.  Sily Chen, S-i-l-y C-h-e-n.
8    Q.  Who is the CEO of OnlineNIC that you spoke to?
9    A.  Chen Zhibo.
10       INTERPRETER:  C-h-e-n, family name; Z-h-i-p-o,
11 first name.
12 BY MR. KROLL:
13   Q.  How many times did you speak with Mr. Liu
14 about this deposition?
15   A.  About two to three times.
16   Q.  What were the topics of your conversation?
17   A.  It was mainly about 11 and 12, regarding
18 OnlineNIC's loan to Rex.
19       INTERPRETER: Correction by the witness:  It
20 was mainly about 10, regarding OnlineNIC's loan to Rex.
21 BY MR. KROLL:
22   Q.  What is Mr. Liu's position at OnlineNIC?
23   A.  Mr. Liu is just a common employee.
24   Q.  Is he an officer of OnlineNIC?
25   A.  No.

Page 27

---

1    Q.  Sily Chen is an officer of OnlineNIC, is that
2 correct?
3    A.  Yes.
4    Q.  Is Sily Chen a man or a woman?
5    A.  A lady.
6    Q.  Is she the chief financial officer of
7 OnlineNIC?
8    A.  She's in charge of the financial matters of
9 OnlineNIC, but we do not give her the title of the CFO.
10   Q.  Is she related to Zhipo Chen?
11       INTERPRETER:  Counsel, can you repeat that
12 name, please?
13       MR. KROLL:  The CEO of OnlineNIC is Zhipo
14 Chen.  And my question is whether or not Sily Chen is
15 related to him.
16       THE WITNESS:  No.
17 BY MR. KROLL:
18   Q.  What did you discuss with Sily Chen in
19 preparation for this deposition?
20   A.  Information related to financial data.
21   Q.  Where is Sily Chen located?
22   A.  Xiamen.
23   Q.  Where is Rex Liu located?
24   A.  United States.
25   Q.  Where in the United States?

Page 28

---

1    A.  California.
2    Q.  Do you know what city he lives in?
3    A.  San Francisco, is it?
4    Q.  Did you speak to Mr. Liu in Chinese or
5 English?
6    A.  Chinese.
7    Q.  How many times did you speak with Zhipo Chen
8 in preparation for this deposition?
9    A.  Twice.
10   Q.  What did you discuss?
11   A.  One was to confirm that Rex Liu had already
12 repaid all of his loans he borrowed from OnlineNIC.
13       The second thing was to confirm the purchase
14 of OnlineNIC at the end of 2009 by Zhipo Chen and
15 Shaohui Gong.
16   Q.  Did both Zhipo Chen and Shaohui Gong purchase
17 OnlineNIC at the end of 2009?
18   A.  I would like to confirm the question with
19 counsel again.
20       Did you ask that Zhipo Chen and Shaohui Gong
21 together purchased OnlineNIC at the end of 2009?
22   Q.  Yes.
23   A.  No.
24   Q.  Who purchased OnlineNIC in 2009?
25   A.  In the end of 2009, Zhipo Chen purchased

Page 29

---

8 (Pages 26 - 29)

1 OnlineNIC from Shaohui Gong.
2    Q.   Did you discuss anything else with Mr. Chen in
3 preparation for your deposition?
4    A.   More or less.
5    Q.   What else did you discuss?
6    A.   We mainly discussed these two things.
7    Q.   I understand that you mainly discussed those
8 two things. I'm curious as to what other items you
9 discussed.
10    A.   Other things we discussed were not related to
11 the deposition. They were related to work. Perhaps I
12 misunderstood the question. I thought you were asking
13 me if that was all we discussed.
14    Q.   Please describe for me the other discussions
15 related to work that you had with Mr. Chen.
16    A.   I reported to him the situation of OnlineNIC
17 for the first half of the year.
18    Q.   What was your report?
19    A.   I reported to him the situation of OnlineNIC's
20 business for the months of January through June. For
21 example, report and situation of the revenue, the profit
22 and expenses.
23    Q.   Did you also discuss with him this lawsuit?
24    A.   Yes.
25    Q.   And what did you discuss?

Page 30

1    Q.   And Mr. Shaohui Gong is the individual who
2 sold OnlineNIC to Zhipo Chen in 2009, correct?
3    A.   Yes.
4    Q.   How many times did you speak with Shaohui Gong
5 in preparation for this deposition?
6    A.   One time.
7    Q.   When was that?
8    A.   I'm not sure about the exact date, but it was
9 probably during the process I was preparing for my
10 deposition.
11    Q.   How long was your conversation with
12 Mr. Shaohui Gong?
13    A.   About ten minutes.
14    Q.   What did you discuss?
15    A.   One thing was to confirm that he did sell
16 OnlineNIC in 2009. I would like to verify that for the
17 record again.
18    The second thing was that we discussed one of
19 the deposition topics, and I think it was Topic 16.
20    Q.   And that refers to the assets of 35.CN located
21 in the United States?
22    A.   Yes.
23    Q.   What did Mr. Shaohui Gong tell you about the
24 assets of 35.CN located in the United States?
25    A.   35.CN only has RAA in the United States.

Page 32

1    A.   I told him the current progress of the
2 lawsuit.
3    Q.   And what was that?
4    A.   According to my understanding, and since I am
5 not familiar with the judicial proceeding in the United
6 States, my understanding is that we are currently in the
7 discovery process, the process to give oral testimony,
8 and in a few days, I will have to give oral testimony in
9 something called a hearing.
10    Q.   Is there anything else you discussed with
11 Mr. Chen about this case?
12    A.   Not for now.
13    Q.   What does that mean, not for now?
14    A.   It means that that was the only issue we
15 discussed in that conversation. We did not discuss
16 anything else in that conversation.
17    Q.   And you spoke with Mr. Chen twice.
18    Did you discuss this case in the other
19 conversation?
20    A.   No.
21    Q.   Where does Mr. Zhipo Chen live?
22    A.   Xiamen.
23    Q.   You also indicated you spoke to Shaohui Gong,
24 is that correct?
25    A.   Yes.

Page 31

1    Q.   What is RAA?
2    A.   It is an agreement signed between a registrar
3 and ICANN.
4    Q.   Do you know what RAA stands for?
5    A.   I know.
6    Q.   And what does it stand for?
7    A.   Can I say it in English?
8    Q.   Yes.
9    A.   (In English) Registrar Accreditation
10 Agreement.
11    Q.   Thank you.
12    What is Mr. Shaohui Gong's relation with
13 OnlineNIC, currently?
14    A.   No relationship.
15    Q.   Did you review any documents in preparation
16 for this deposition?
17    A.   Yes.
18    Q.   What documents did you review?
19    A.   Mostly documents related to financial data,
20 and some contracts.
21    Q.   What contracts did you review?
22    A.   For example, the contract regarding the
23 purchase of OnlineNIC between Shaohui Gong and Zhipo
24 Chen. And also the contract for Rex Liu's borrowing
25 from OnlineNIC. And also the outsourcing service

Page 33

9 (Pages 30 - 33)

| | |
|---|---|
| 1   Q. What is the address of his office in Xiamen? | 1   deposition? |
| 2   A. So, it was located in the same software park | 2   A. In the office -- in my office. |
| 3   as we are in. | 3   Q. What floor is your office located? |
| 4   Q. Who is the "we" that you are referring to? | 4   A. The third floor. |
| 5   A. The office address of OnlineNIC in China. | 5   Q. What companies are located on the first floor? |
| 6   Q. And it's -- the address of OnlineNIC is in the | 6   A. The first floor? |
| 7   same software park as what other company? | 7   Q. Yes. |
| 8   A. I'm not sure what your question is because | 8   A. According to what I know, there is no company |
| 9   there are many companies within the software park. | 9   located on the first floor. What's on the first floor |
| 10   Q. What is the address of OnlineNIC's company in | 10   is a restaurant and a kindergarten. |
| 11   China? | 11   Q. What companies are located on the second |
| 12   A. No. 8, Guanri Road, Software Park Phase 2, | 12   floor? |
| 13   Xiamen, China. | 13   A. I do not remember their names. If you need |
| 14   INTERPRETER: The phonetic spelling is -- of | 14   them, I can go have a look and write them down and give |
| 15   the road is Guanri Road, G-u-a-n-r-i Road. | 15   them to you next time. |
| 16   BY MR. KROLL: | 16   Q. Yes, I would appreciate if you were to write |
| 17   Q. Are there other companies located at 8 Guanri | 17   down the other companies located on the second floor and |
| 18   Road, Software Park Phase 2, Xiamen, China? | 18   third floor. |
| 19   A. Yes. | 19   Where's Sily Chen's office located? |
| 20   Q. Is one of those companies 35 Technology | 20   A. She's in another location, not in this |
| 21   Company Limited? | 21   building. |
| 22   A. Yes. | 22   Q. What location is she in? |
| 23   Q. Are there other companies located at 8 Guanri | 23   A. It's in one of the buildings, also in this |
| 24   Road, Software Park Phase 2, Xiamen, China? | 24   software park, because she's also responsible for other |
| 25   A. Yes. | 25   work as well. |
|          Page 50 |          Page 52 |
| 1   Q. Where is OnlineNIC's office located, as | 1   Q. What other work is she responsible for? |
| 2   compared to 35 Technology Company Limited? | 2   A. According to what I know, she's an independent |
| 3   A. The location of the address of OnlineNIC is on | 3   financial expert and professional. She can provide |
| 4   the third floor of this building, whereas 35.CN is on | 4   financial services to many other companies at the same |
| 5   the fourth and fifth floors. | 5   time. |
| 6   Q. How many floors does this building have? | 6   Q. Does she provide independent financial expert |
| 7   A. Five. | 7   and professional advice to 35 Technology Company |
| 8   Q. Are there any other companies located on the | 8   Limited? |
| 9   third floor? | 9   A. No, no. |
| 10   A. Yes. | 10   Q. Where is Mr. Shaohui Gong's office? |
| 11   Q. What are the names of the other companies on | 11   A. At No. 8 Guanri Road. |
| 12   the third floor? | 12   Q. What floor is Mr. Shaohui Gong on? |
| 13   A. Right now, I do not have those names. If you | 13   A. The fifth floor. |
| 14   want those names, I can go and have a look at them and | 14   Q. Earlier, in this deposition, you indicated |
| 15   write them down and provide them to you next time. I do | 15   that the loan contract between Rex Liu and OnlineNIC was |
| 16   not have those names right now because they are not | 16   attached to Exhibit 5. |
| 17   related to our company. | 17   Can you show me what you were referring to? |
| 18   Q. Where are you located now? | 18   A. Give me a minute. |
| 19   A. Are you talking about where I am for this | 19   It's in the response to Special Interrogatory |
| 20   deposition? | 20   No. 3. |
| 21   Q. Yes. | 21   Q. Response to Interrogatory No. 3 is located on |
| 22   A. Yes. | 22   page 3 and it says: "Responsive information is located |
| 23   Q. I don't know if I understood your answer so | 23   at Exhibit 3." |
| 24   let me ask you again. | 24   Do you see that? |
| 25   Right now, where are you located for this | 25   A. Where are you pointing to? You're referring |
|          Page 51 |          Page 53 |

1 are asking.

2    MR. KROLL:  That's fine.  It's past 9:00

3 o'clock, so we should end the deposition, although it

4 will continue tomorrow at the same time as we started

5 today.

6    With respect to the court reporter and the

7 videographer, do we need anything else?

8    Or, Perry, do we need anything else?

9    MR. NARANCIC:  No, not for me, thank you.

10    MR. KROLL:  Rough draft.

11    MR. NARANCIC:  Yes.

12    VIDEOGRAPHER:  We are off the record at 12:05

13 p.m.  This concludes today's testimony given by Carrie

14 Yu.  The total number of media units was five, and will

15 be retained by Veritext Legal Solutions.

16    (The deposition concluded at 12:05 p.m. CST)

17         --oOo--

18

19

20

21

22

23

24

25

Page 78

---

1         DEPONENT'S DECLARATION

2

3    I, CARRIE YU, PMQ, hereby declare:

4    I have read the foregoing deposition

5 transcript and identify it as my own and approve same.

6    I declare under penalty of perjury under the

7 laws of the State of California that the foregoing

8 testimony is true and correct.

9    Dated this _____ day of _____, 2021,

10 at _____, California.

11

12

13    _____

14    CARRIE YU, PMQ

15

16

17

18

19

20

21

22

23

24

25

Page 80

---

1 STATE OF CALIFORNIA    )

2 COUNTY OF LOS ANGELES) ss.

3

4

5    Certificate of Person Reading

6    Deposition to Deponent

7

8    I, _____, whose address is

9 _____,

10 a person who speaks the language of the deponent,

11 namely, _____, do hereby certify that on

12 the _____ day of _____,

13 2021, I did translate the within deposition from English

14 into the _____ language, reading same

15 to the deponent in his/her native tongue to the best of my

16 ability; that all corrections and changes requested by

17 the deponent were made and initialed by the deponent;

18 That upon completion of said reading the

19 deponent did confirm to me that he/she had understood

20 the reading.

21

22    _____

23    Reader/Interpreter

24

25

Page 79

---

1 STATE OF CALIFORNIA      )

2 COUNTY OF SANTA BARBARA  )  ss.

3    I, Mark McClure, C.S.R. No. 12203, in and for

4 the State of California, do hereby certify:

5    That prior to being examined, the witness

6 named in the foregoing deposition was by me duly sworn

7 to testify to the truth, the whole truth, and nothing

8 but the truth;

9    That said deposition was taken down by me in

10 shorthand at the time and place therein named and

11 thereafter reduced to typewriting under my direction,

12 and the same is a true, correct, and complete transcript

13 of said proceedings;

14    That if the foregoing pertains to the original

15 transcript of a deposition in a Federal Case, before

16 completion of the proceedings, review of the transcript

17 { } was { } was not required.

18    I further certify that I am not interested in

19 the event of the action.

20    Witness my hand this 20th day of July, 2021

21

22

23

24    Certified Shorthand Reporter

      State of California

25    CSR No. 12203

Page 81

21 (Pages 78 - 81)

1  MR. HOWARD A. KROLL, ESQ.

2  HOWARD.KROLL@TUCKERELLIS.COM

3                   July 20, 2021

4  RE: FACEBOOK, INC. AND INSTAGRAM, LLC V. ONLINENIC, INC.

5  7/13/2021, PMQ, CARRIE YU, JOB NO. 4690900

6  The above-referenced transcript has been

7  completed by Veritext Legal Solutions and

8  review of the transcript is being handled as follows:

9  __ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext

10   to schedule a time to review the original transcript at

11   a Veritext office.

12  __ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF

13   Transcript - The witness should review the transcript and

14   make any necessary corrections on the errata pages included

15   below, notating the page and line number of the corrections.

16   The witness should then sign and date the errata and penalty

17   of perjury pages and return the completed pages to all

18   appearing counsel within the period of time determined at

19   the deposition or provided by the Code of Civil Procedure.

20  __ Waiving the CA Code of Civil Procedure per Stipulation of

21   Counsel - Original transcript to be released for signature

22   as determined at the deposition.

23  __ Signature Waived – Reading & Signature was waived at the

24   time of the deposition.

25

                                                    Page 82

1  __ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2   Transcript - The witness should review the transcript and

3   make any necessary corrections on the errata pages included

4   below, notating the page and line number of the corrections.

5   The witness should then sign and date the errata and penalty

6   of perjury pages and return the completed pages to all

7   appearing counsel within the period of time determined at

8   the deposition or provided by the Federal Rules.

9  _x_ Federal R&S Not Requested - Reading & Signature was not

10   requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                    Page 83

22 (Pages 82 - 83)

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

Exhibit C



**Exhibit
0015**

ChinaNIC XXX(45) - Hongxia Xu - V2

[The body of this page is too faded and low-resolution to read reliably.]

The body text of this page is illegible/too faded to transcribe reliably.

[Page content is too faded/blurred to reliably transcribe.]

[The body of this page is too faded and low-resolution to reliably transcribe the text content.]

(The body text of this page is too faded and low-resolution to read reliably.)

[The body text of this page is too faded and low-resolution to read reliably.]

(page content illegible)

[The body text of this page is too faded and low-resolution to read reliably.]

The body text on this page is too faded and low-resolution to read reliably.

[Page content is too faded and low-resolution to read reliably.]

The body text on this page is too faded and low-resolution to read reliably.

[Page content too faded/low-resolution to read reliably]

The body text of this page is too faded and low-resolution to read reliably.



Exhibit D

Xiamen three to five interconnected Technology Co., Ltd.

XIAMEN 35.COM TECHNOLOGY CO., LTD..

(Xiamen Torch Hi-tech Industrial Development Zone Software Park View Day Road, 8th floor)

initial public offering and listing on the GEM

prospectus

Sponsor (lead underwriter)

38-45th Floor, Jiangsu Building, Yitian Road, Futian District , Shenzhen.

GEM investment risk reminder: After this stock issuance, it is planned to be listed on the GEM market, which has high investment

risks. GEM companies have the characteristics of unstable performance, high operating risk, and high risk of delisting, and investors face greater

market risks. Investors should fully understand the investment risks of the ChiNext market and the risk factors disclosed by the company, and

make investment decisions prudently . Xiamen 35 Internet Technology Co., Ltd. Prospectus Issuer Statement

1-1

Xiamen 35 Internet Technology Co., Ltd.

Initial Public Offering and Listing on the Growth Enterprise Market Prospectus

This Issuance Overview

Issuance Types of RMB Ordinary Shares (A Shares) Issuance the number of shares 1,350 shares of

par value of 1.00 yuan per share expected release date February 2, 2010

after the stock exchange to be listed on the Shenzhen Stock exchange, 5,350 shares total issued share capital

issue price per share determined in accordance with the results of the inquiry to the inquiry objects

Restricted circulation of shares and voluntary

lock-in commitments

The Company's controlling shareholder Gong Shaohui, the second largest shareholder of Xiamen network Xing Management Consulting Co., Ltd.

and individual shareholders Zhangmei Wen, Gong Guangzu, Yang Guiying, Yang Xiaofeng, Huang date Jun, Huang Yanhong, Chen

Exhibit
0016

OnlineNIC 30(b)(6) - Hongxia Yu - V2

Chun Ru, Chen soil-commitment: from the date of the issuer of the stock market three Within 16 months, neither transfer nor

entrust others to manage the issuer's shares held by me or the company before this issuance, nor shall the

issuer repurchase such shares.

The company's natural person shareholder Gong Hanyuan promises that within 60 months from the date of listing of the issuer's shares, he

will not transfer or entrust others (except the guardian) to manage the

issuer's shares he already held before the issuance, nor will the issuer return it to him. Purchase this part of the shares.

The company's natural person shareholder Wang Haitao held a total of 1.55 million shares of the company before the issuance, of

which 550,000 shares (hereinafter referred to as "new shares") were acquired from Zhongke Hongyi on December 16, 2008. Wang

Haitao promised : (1) Within twelve months from the date of listing of the issuer's stocks,

neither transfer nor entrust others to manage the issuer's shares held by the company prior to the issuance, nor will the

issuer repurchase such shares; ( 2)

Within 24 months from the date of listing of the issuer's shares , the transfer of the above-mentioned new shares shall not exceed 50% of the total amount of the new shares held by the issuer.

Shareholders of the Company Shenzhen Branch Wang Yi Venture Capital Co., Ltd., Shenzhen Rainbow Venture Investment

capital Group Co., Ltd., Shen Wenzel, Peng Yong, Lu Wang, Xue Hongbin, Li Yunfei are committed: the issue

date of the stock market pedestrian twelve During the month, neither transfer nor entrust others to manage

the issuer's shares held by the company before this issuance, nor will the issuer repurchase such shares.

Shareholders of the Company in Xiamen Jintai company limited by guarantee commitments: (1) spontaneous pedestrians stock

Futsukaichi within twelve months, not to transfer or entrust others to manage this issue prior to the Company hold

any shares of the issuer, or The issuer shall not repurchase this part of the shares; (2)

Within 24 months from the date of listing of the issuer's stock, the total amount of the issuer's shares held before the issuance

shall not exceed 50% of the total amount of the shares of this part. .

The company's directors, supervisors and senior executives Gong Shaohui, Peng Yong, Li Yunfei, Shen

Wence, Wang Haitao, Chen Tubao, Lu Hong and Zhang Meiwen promised that, in addition to the aforementioned lock-up period, the

number of shares transferred each year during their tenure will not exceed their direct or indirect holdings. 25% of the total number of shares of the issuer; and

within half a year after leaving the company, the issuer's shares held directly or indirectly will not be transferred.

Sponsor (lead underwriter) China Merchants Securities Co., Ltd.

Prospectus signing date January 22, 2010. Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Issuer Statement

1-2

Issuer Statement

Issuer and all directors, supervisors and senior The manager promises that there are no false records,

misleading statements or major omissions in the prospectus , and assumes individual and joint legal

responsibilities for its authenticity, accuracy, and completeness .

The person in charge of the company, the person in charge of accounting work, and the person in charge of the accounting institution guarantee that the financial

and accounting information in the prospectus is true and complete.

Any decision or opinion made by the China Securities Regulatory Commission and other government departments on this issuance does not indicate its

Make substantive judgments or guarantees on the value of the issuer's stock or the investor's income. Any

statement to the contrary is false and misrepresentation.

According to the "Securities Law", after the issuance of stocks in accordance with the law, the issuer is

solely responsible for changes in the operation and income of the issuer, and investors are solely responsible for the investment risks caused by such changes. Technology Co., Ltd. Xiamen three to five interconnected prospectus Tips on major issues

1-3

major issues prompted

a company's main business

of the Company for a through SaaS model, application software systems rely on independent research and development, the focus for Zhong

Guo SME customers, providing

Professional providers of software products and services, such as corporate mailboxes, e-commerce website construction, network domain names, office automation systems (OA), and customer relationship management systems (CRM), belong to the

software operation service (SaaS) industry. SaaS is the abbreviation of Software as a Service in English. It

is a new software application and service model that has emerged with the development of the Internet and the maturity of application software. It

represents the future development direction of the software industry. It is currently experiencing rapid growth in the world. Popularization and rapid growth stage. In

this mode, the software operating service provider unified application software deployed on the server, according to real customer

order software products and services they need to inter-provider needs, according to their order of product categories and the deadline to mention

provider Pay fees and obtain corresponding software products and services through the Internet.

The company is the most domestically providing software applications and services for the informatization construction of small and medium-sized enterprises through the SaaS model.

One of the main providers, the company's business has achieved rapid growth in the past three years. In the future, the company will

further improve and extend the company's products and services based on the gradual increase in the degree of informatization of

Chinese small and medium-sized enterprises, and provide comprehensive one-stop software applications and services for Chinese small and medium-sized enterprises based on the SaaS business model.

2. The company's 2008 net profit growth rate slowed down. The

company's operating income in 2008 increased by 18.42% over 2007. Compared with the increase in 2007 operating income

by 22% over 2006 , the growth rate has slowed down relatively. Mainly due to the impact of the global financial crisis, as the company's

major customers most of the domestic small and medium enterprises reduced investment in information technology, so the company's product and service

demand reduction service, while the company to further explore the market, increase marketing efforts , Sales expenses rose,

resulting in the company's 2008 net profit increased by only 8.79% compared to 2007.

In the first half of 2009, the overall domestic economic environment began to stabilize and rebound. The company realized a net profit of RMB 15.3072

million, a year-on-year increase of 23.12%, and the growth rate has recovered.

3. Commitment of restricted circulation of shares and voluntary lock-up.

The total share capital before the issuance is 40 million shares. This time it is planned to issue 13.5 million shares. After the issuance, the total share capital is 53.5

million shares. The above-mentioned shares are all tradable shares.

The company's controlling shareholder Gong Shaohui, the second largest shareholder Xiamen China

NetXing Management Consulting Co., Ltd. and natural person shareholders Zhang Meiwen, Gong Guangzu, Yang Guiying, Yang Xiaofeng, Huang Rijun, Huang Yanhong, Chen Junru, Chen Tubao promised:

36 from the date of listing of the issuer's stock Within months, do not transfer or entrust others to manage myself or the company

The issuer's shares held before this issuance shall not be repurchased by the issuer.

Individual shareholders of the Company Gong with far committed: within 60 months from the date of the issuer of the stock market, do not turn

allow or authorize others (except guardian) I manage this issue prior to the holding of the shares of the issuer, and Xiamen thirty-five The major issues in the prospectus of Internet Technology Co., Ltd. reminded

1-4 that the

issuer should not repurchase this part of the shares.

The company's natural person shareholder Wang Haitao held a total of 1.55 million shares of the company before the issuance, of which 550,000

shares (hereinafter referred to as the "new shares") were acquired from Zhongke Hongyi on December 16, 2008. Wang

Haitao promised : (1) spontaneous day of the stock market within twelve months from the pedestrian, not to transfer or entrust others to manage and

management of the issuer shares of the company issued before the holding of such shares repurchased by the issuer; ( 2)

Within 24 months from the date of listing of the issuer's shares, the transfer of the above-mentioned new shares shall not exceed

50% of the total amount of the new shares held by the issuer.

Shareholders of the Company Shenzhen Branch Wang Yi Venture Capital Co., Ltd., Shenzhen Rainbow Venture Capital Group has

limited company, Shen Wenzel, Wang Haitao, Peng Yong, Lu Wang, Xue Hongbin, Li Yunfei are committed: the issuer's stock

listing date within ten Within two months, neither transfer nor entrust others to manage the issuer's

shares held by the company prior to the issuance , nor will the issuer repurchase such shares.

The company's shareholder Xiamen Zhongjintai Guarantee Co., Ltd. promises: (1)

Within twelve months from the date of listing of the issuer's shares, it will not transfer or entrust others to manage the issuer's shares held by the company before the issuance, and

The issuer shall not repurchase this part of the shares; (2) Within 24 months from the date of listing of

the issuer's stock, the total amount of the issuer's shares held before the issuance shall not exceed 50% of the total amount of the shares of this part. .

The company's directors, supervisors and senior executives Gong Shaohui, Peng Yong, Li Yunfei, Shen Wence,

Wang Haitao, Chen Tubao, Lu Hong and Zhang Meiwen promised that, in addition to the aforementioned lock-up period, the number of shares transferred each year during their tenure will not

exceed their direct or indirect holdings. 25% of the total number of shares of the issuer; and within half a year after leaving the company,

the issuer's shares held directly or indirectly will not be transferred .

Fourth, the issue before the allocation of accumulated profits

according to the 2008 Annual General Assembly resolutions, not the company as of December 31, 2008 the

distributable profits of 10 million yuan by the old shareholders before the public offering in proportion to the existing shareholdings Xiangyou

, this profit distribution plan has been implemented on June 30, 2009.

According to the relevant resolutions of the company's second extraordinary general meeting of shareholders in 2009, the company

's remaining undistributed profit as of December 31, 2008 and the newly added net profit from January 1, 2009 to the current public issuance will

all be released from this public offering. After the issuance, the old and new shareholders share the shares according to their shareholding ratio after the issuance. As of

June 30, 2009, the company's undistributed profit was RMB 27,756,564.96 (after deducting the cash

dividend of RMB 10 million distributed in 2008 ), the company no longer distributes profits before the initial public offering, and the undistributed profits are

rolled over before the issuance. Profit; if the company's stock issuance is completed before December 31, 2009,

The accumulated profits before the issuance will be shared by the new and old shareholders after the issuance in proportion to their shareholding.

V. The company will implement the new accounting standards

on January 1, 2007. According to the relevant provisions of the China Securities Regulatory Commission Zheng Jian Accounting Zi [2007] No. 10, the

financial statements declared in this prospectus are based on the company's continuing operations and in accordance with the "Enterprise Accounting Standards"; and based on the actual

transactions and events that occurred in the major issues

1-5

in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd. and the company's accounting policies, the accounting standards for enterprises involved in the "Accounting Standards for Business Enterprises No. 38-First

Implementation of Enterprise Accounting The economic matters of Articles 5 to 19 of the Guidelines have been adjusted retrospectively. At the same time, this prospectus is

accompanied by

a pro forma profit statement based on the assumption of the "Zheng Jian Accounting Zi [2007] No. 10" document, which is based on the full implementation of the new accounting standards since the beginning of the reporting period.

6. Change of accounting firm

The company's reporting accountant for this issuance is Tianjian Guanghua (Beijing) Certified Public Accountants Co., Ltd.

In late 2009, Tianjian Guanghua (Beijing) Certified Public Accountants and the Certified Public Accountants

Co., Ltd. to implement the merger, changed its name to "Tianjian are Certified Public Accountants Co., Ltd.", Ascenda (North

Limited Beijing) Certified Public Accountants The company terminated its audit-related business on December 31, 2009.

Tianjian Zhengxin Certified Public Accountants Co., Ltd. and its handling certified public accountants have stated that they have

reviewed all reports issued by Tianjian Guanghua (Beijing) Certified Public Accountants Co., Ltd. for the issuer's issuance, confirming that

the issuance of these reports complies with the "China Registration The relevant provisions of the "Code of Practice for Accountants".

At the same time, Tianjian Zhengxin Certified Public Accountants Co., Ltd. promised to continue to be entrusted by Xiamen Sanwu Internet Technology Co., Ltd. to

issue relevant audit reports and assume all the responsibilities of Tianjian Guanghua (Beijing) Certified Public Accountants

Co., Ltd. for the previous report.

7. The company specially reminds investors to pay attention to the following characteristics and risks of the company and this IPO

(1) Benefits and risks of fund-raising investment projects: One of the company's fund-raising investment projects is a customer

relationship management system (CRM) project. At the end of 2006, the company began to develop CRM

software under the SaaS model . At present, it has mastered relevant key technologies and has formed a 1.03 trial version. From foreign experience,

based on CRM software applications SaaS model is in the rapidly growing popularity and rapid growth stage, but the domestic

-based CRM software application mode SaaS model is still in its infancy, based on the good of the Chinese future market

good expectations, many Software vendors have begun to intervene in this field. Due to the

lack of understanding and understanding of CRM software applications based on the SaaS model among domestic users ,

there is a certain degree of uncertainty when the market starts and enters a stage of rapid growth . Therefore, there is a certain investment benefit risk in this project.

Risk (b) investment projects development and implementation of uncertainty: the base project uses all the

foundation technologies are mature technologies, the company only for application development on the basis of mature technology, the raised capital

gold investment projects in addition to " In addition to the "35.35 Internet CRM Management Software Project" as a new product development

project, the "35.05 Internet

Enterprise Post Office Upgrade Project" and "the 35 Internet Technical Support and Marketing Center Promotion Project" are all upgrade projects.

There is no risk of development failure.

The "Three-Five Interconnected CRM Management Software Project" has passed a detailed technical feasibility demonstration,

and entered the development project only after conducting detailed preliminary research and considering that the technology is sufficiently feasible. At present, the issuer has mastered

the relevant key technology and has formed it. 1.03 Trial version, this version already has the basis for customers to use, in the

future, customers will continue to improve the performance and functions of the product. If the issuer raises a major issue in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd. in the future, it is suggested that

1-6

funds are not available in time or the basic technology on which CRM research and development is based undergoes a fundamental and major change, the issuer

's CRM management software project is facing development Uncertain risks with implementation.

(3) Risks controlled by the actual controller: Before the issuance, Gong Shaohui directly controlled 60.63% of the company's

equity and was the actual controller of the company. In addition, Gong Shaohui indirectly holds 7.13% of the company's

equity through China NetXing . If Gong Shaohui uses his control position to control the company's personnel, development strategy,

business decision-making and other major matters by exercising voting rights , it may harm the interests of the company and other shareholders, so there is

a risk of actual controller control.

(4) Internet, system, and data security risks: As a professional provider of software operation services,

the stability of computer systems and the security of data play a vital role in the normal operation of the company. In the

event of equipment and computer room failures, software vulnerabilities, misoperation or unauthorized operation, network attacks, power supply,

natural disasters, terrorist acts, military operations and other accidents, it may still result in the loss of company business data or system

The crash, which causes service interruption, seriously affects the company's reputation, and may even cause the company's business to stop.

The company has established a complete information security prevention, monitoring and emergency response system, and adopted disaster backup, security

assessment and other mechanisms to improve the quality of information security management and prevent Internet, system, and data security risks.

Investors are requested to carefully read the "Section 3 Risk Factors" and other relevant information in other chapters of this prospectus

, and pay special attention to the description of the above risks. Technology Co., Ltd. Xiamen three to five interconnected prospectus directory

1-7

directory

Interpretation ................................................................................. ...10

Section I Overview ... .......................................................................... ...16

Section 2 Overview of this issuance ... ...................................................... ............24

Section III Risk Factors............................................. ................................................ ....28

1. Benefits and risks of investment projects with raised funds... ...28

2. Uncertain risks in the development and implementation of raised capital investment projects......... ... 28

3. The actual controller controls the risk... ...................................................... ............ 28

IV. Internet, system, and data security risks............ ................................................. ...29

5. The risk of the impact of the depreciation of new fixed assets and amortization of R&D investment on the issuer's future operating results...29

6. The risk of uncertainty in the continuous and rapid growth of the enterprise mailbox business... ...................................... 30

Seven    Technology development risk................. ................................................30

8. Rely on core technical personnel and the risk of core technical personnel loss....................................... .... 30

Nine, the risk of changes in income tax rate... ...30

X. Domain name business policy risks... ............................................... ...31

11. Risks caused by the capitalization of development costs... ................................................ ..... 31

12. Market competition risk...................................... ......................................31

Ten 3. Management risks brought about by the rapid growth of business scale............................. ...............31

14. The risk of the difference between the actual net amount of funds raised and the amount required for the fundraising project............... ....... 32

Section 4 Basic Information of the Issuer ... ...................................... 33

I. Basic information of the issuer... ......................................... ...................................... 33

2. The issuer's restructuring and reorganization... ....................... 33

III. Issuer's major asset restructuring.. ............................................................. ....................... 38

IV. Issuer's shareholders... ............................................... ...41

V. The issuer's major shareholders and wholly-owned, holding, and shareholding companies.............. .............48

VI. The issuer's organizational structure............ ........................................... ...73

7. The issuer's share capital... ........................................... ..............76

8. The issuer's internal employee shares........................... ............................................... .. 79

IX. Trade union shareholding, employee shareholding association shareholding, trust holdings, entrusted holdings, etc.......................... 79

X. The issuer's employees and their social security situation......................... ............. 79

11. Important commitments made by major shareholders, directors, supervisors, and senior managers holding more than 5% of the shares ........ 81

Section 5 Business and Technology ... .........................................83

1. Overview of the company's industry and main business........................................ ..... 83

2. The basic situation of the industry ... ...................................................... ........................84

III. The competitive environment and main competitive conditions faced by the company........... .......................................... 105

IV. The company's main business situation. ...................................................... ..........111

V. Main fixed assets and intangible assets.............. .................................................. ......... 150

VI. Franchising and qualifications... .............. 154

Seven, the company's core technology............ ...................................................... ...... 156 Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Catalog

1-8

8. The company's independent innovation capability....... ...................................................... ............... 157

Nine, the company's technology research and development.............. ...................................................... ............. 170

X. Core technical personnel and R&D personnel............................. ............................ 176

Eleven, the company's main Quality control of products and services............................................. ..... 179

XII. Overseas operations.................................... ............................................. 183

Section 6 Horizontal Competition and Related Party Transactions................................. ........................184

I. Competition in the same industry... .................................................. ...... 184

2. About related parties and related relationships ... ................................................. ....... 184

III. The nature and content of related party transactions....................... .......................... 190

IV. Related party transaction decision-making rule arrangements.......................................... ..... 196

V. The issuer's implementation of the related party transaction system during the reporting period and the opinions of independent directors... 199

VI. Measures to regulate and reduce related party transactions................................. ......................................... 199

Section VII Directors, supervisors, senior management and other core personnel...201

1. Brief introduction of directors, supervisors, senior management and other core personnel... .. 201

2. Shareholding of directors, supervisors, senior managers, other core personnel and their close relatives... 205

3. Directors, supervisors, senior managers and other core personnel Status of external investment before the issuance...206

IV. Compensation status of directors, supervisors, senior management and other core personnel... ........... 207

V. Part-time positions of directors, supervisors, senior managers and other core personnel....................... ....... 209

6. The kinship between directors, supervisors, senior management and other core personnel... 210

7. Directors, supervisors, and senior management The relevant agreements or commitments of other core personnel... 210

8. Qualifications of Directors, Supervisors and Senior Management... ...................................... 210

IX. Company Directors, Supervisors and Senior Management Changes in the past three years ... 210

Section VIII Corporate Governance Structure ... ............................................. ...212

1. The establishment and operation of the issuer's three committees, independent directors, and board secretary systems... ............. 212

2. The company has no major violations of laws and regulations in the past three years........... ....................... 220

III. The company's capital occupation and external guarantees in the past three years........... ............................................... 220

IV. The company's internal control system ... ........... 221

V. The company's policies on foreign investment and guarantees and rule arrangements............................................... ... 221

VI. The protection of the rights and interests of the company's investors ... .......................................223

Section 9 Financial Accounting Information and Management Layer analysis....................................... .......226

1. Types of Audit Opinions.......................
................................................. .... 226

2. Audited financial statements of the past three years and the first
period ... .............................. 226

Three, pro forma profit statement...........................
............................................... 249

IV. The basis for the preparation of financial statements, the scope of
consolidated statements and changes ... ... 250

V. Main accounting policies and accounting estimates adopted during the
reporting period ... ............... 252

VI. Major acquisitions and mergers in the past
year....................................... ...............................................
260

7. Taxation ...............................................
............................................... ..... 260

8. Non-recurring gains and losses.....................................
............................................... ... 261

IX. Main Financial Indicators.........................................
............................................... 263

X. Asset evaluation at the time of establishment of the issuer and during
the reporting period... ............... 268 Catalogue

1-9 of the Prospectus of Xiamen Three Five Internet Technology Co., Ltd.

11. Issuer's establishment and previous capital verifications during the
reporting period and the sponsor's input at the time of establishment
Measurement of assets

Attributes 268

12. Analysis of financial status.......................................
............................. 270

13. Profit Capability analysis ... ............... 290

Fourteen. Analysis of Capital Expenditure......
............................................................... .........................
309

15. The issuer's cash flow analysis during the reporting
period.......................... ............................................... 309

ten 6. Comparative Analysis of Financial Indicators of Comparable Listed
Companies... ...............311

Seventeen. Analysis of the future trend of the company's financial status
and profitability... .................... 313

18. Analysis of contingent events, commitments and subsequent events... .............314

Nineteen. The impact of tax incentives on the company's net profit... ...315

Twenty. Dividend distribution policy.......... ...................................................... ........................ 315

Section X Use of Raised Funds ... ...................................................... ........317

1. The total amount of funds to be raised from the issuance and its basis... ................ 317

2. Arrangements when the actual raised funds are insufficient for fund-raising projects... ....................................... 318

III. The use of raised funds affects the company's financial status and The impact of operating results............. 318

IV. Introduction to the investment project of the raised funds ...................................................... ........................ 321

Section 11 Future Development and Planning ... ...............368

I. Company Development Plan............. ...................................................... ............. 368

2. The assumptions on which the above-mentioned plan is based.......... ...................................................... .. 371

III. The main difficulties that may be faced in the implementation of the above-mentioned plan... ............ 371

IV. The relationship between the business development plan and the existing business..... ...................................................... .....372

Five. The role of this stock issuance............................ ................ 372

VI. Future Development and Planning Information Disclosure Statement... ...................................................... ............ 372

Section 12 Other Important Matters............................. ...................................................... .......373

1. Important contract............................ ...................................................... .. 373

2. External guarantee matters........................................ ..................................................376

3. Major litigation or arbitration matters... ............................. 376

IV. Directors, supervisors, senior managers and other core members Personnel involved in criminal proceedings.............376

V. Other explanations.........................
.................................................. ......376

Section XIII Relevant Statement..........................
.................................................. .......386

Section Fourteen Annex.............................
.................................................. ...394

1. Attachment.........................................
.................................................. ........ 394

2. Check the time and address ...
................................................. ... 394 Xiamen Sanwu
Internet Technology Co., Ltd. Prospectus Interpretation

1-10

Interpretation In

this prospectus, unless the context requires otherwise, the following words or abbreviations have the following meanings:

1. Interpretation of commonly used words

the company, the company, Joint-stock company,

issuer, and Sanwu Internet

refer to Xiamen Sanwu Internet Technology Co., Ltd.

Sanwu Technology refers to Xiamen Sanwu Internet Technology Co., Ltd., which is the predecessor of the company. The company

refers to Xiamen Jingtong Technology Industrial Co., Ltd., which is wholly-owned by the company. subsidiary

thirty-five refers to three to five interconnected Hong Kong international Technology Co., Ltd., a wholly-owned subsidiary of

thirty-five Beijing refers to three to five interconnected (Beijing) Technology Co., Ltd., a wholly owned subsidiary of the company

thirty-five refers Tianjin Tianjin three to five interconnected Technology Co., Ltd., a wholly-owned subsidiary of the company

35 Qingdao refers to Qingdao 35 Internet Technology Co., Ltd., a wholly-owned subsidiary of the company

35 Suzhou refers to Suzhou 35 Internet Information Technology Co., Ltd., a wholly-owned subsidiary of the company

Sanwu Information refers to Xiamen Sanwu Internet Information Technology Co., Ltd., which is

a related party of the company and controlled by Gong Shaohui .

Binary refers to Xiamen Binary Digital Technology Co., Ltd., which is

a related party of the company and controlled by Gong Shaohui .

OnlineNIC refers to OnlineNIC Inc., once It is an affiliate of the company

. Zhongke Hongyi refers to Shenzhen Zhongke Hongyi Venture Capital Co., Ltd. (formerly known as Shenzhen Zhongke Hongyi

Investment Development Co., Ltd.), one of the company's sponsors

Rainbow Ventures refers to Shenzhen Rainbow Ventures Venture Capital Group Co., Ltd., one

of the sponsors of the company.

China Netsteel refers to Xiamen China Netsteel Management Consulting Co., Ltd., one of the promoters of the company . Zhongjintai refers to Xiamen Zhongjintai Guarantee Co., Ltd., a social legal person of the company one of the shareholders

torch venture capital refers Xiamen torch venture Capital Group Co., Ltd., the company's shareholders in net Hing shares of

one of the East

gold line refers to Fujian gold online network Co., Ltd., the related parties of the company

Ai sports action refers to Fuzhou Aidong Sports Marketing Co., Ltd. is a related party of the company.

Xiamen Zhongke Hongyi refers to Xiamen Zhongke Hongyi Investment Management Co., Ltd., is a related party of the company.

Xiamen Zhongke Venture Capital refers to Xiamen Zhongke Hongyi Venture Capital Partnership (Limited) Partnership), which is a related

party of the company

. Zhongke Hongyi Management Company refers to Shenzhen Zhongke Hongyi Venture Capital Management Co., Ltd., which is a related party of the company.

Yueyuan Investment refers to Shanghai Yuyuan Investment Management Co., Ltd., which is a related party of the company.

CCID refers to CCID Consulting Co., Ltd., one of China's well-known consulting service providers

iResearch refers to iResearch, one of China's well-known consulting service providers, Xiamen Sanwu Internet Technology Co., Ltd. Interpretation

1-11

Research and Markets refers to www.researchandmarkets.com, one of the world's well-known online consulting service

providers, focusing on providing international market research and marketing data.

AMR Research refers to www.amrresearch.com, one of the well-known global market research institutions,

headquartered in Boston

Tencent and Tencent refer to Tencent Holdings Co., Ltd.

Zhong Lun Law Firm, and the issuer's

lawyers

refer to Beijing Zhong Lun Law Firm, which is the issuer's lawyer of this issuance.

China Merchants Securities refers to China Merchants Securities Co., Ltd. which is the sponsor of this issuance. Institutions, lead underwriters,

public shares, and A shares

refer to the company's public offering of RMB ordinary shares with a par value of 1.00 per share. This issuance refers to the company's public offering of RMB common stocks to the public this time.

Listing index capital The act of listing and trading of stocks on the stock exchange for the second time

China Securities Regulatory Commission and the China Securities Regulatory Commission refer to the China Securities Regulatory Commission. The

Shenzhen Stock Exchange refers to the Shenzhen Stock Exchange. The

sponsor and lead underwriter refer to the

Ministry of Industry and Information Technology and the Ministry of Industry and Information Technology of China Merchants Securities Co., Ltd. Refers to the Ministry of Industry and Information Technology of the People's Republic of China

"Company Law" refers to the "Company Law of the People's Republic of China" (revised in 2005)

"Securities Law" refers to the "Securities Law of the People's Republic of China" (revised in 2005)

"Articles of Association" refers to the company's "Articles of Association (Draft)"

reporting period , The last three years and the first period refer to 2006, 2007, 2008 and January-June

2009,

RMB/10,000/ 100 million refers to RMB/10,000/ 100 million.

2. Interpretation of special technical terms

SaaS refers to

that Software as a Service refers to

a software application and service model that has emerged with the development of the Internet and the maturity of application software . In this mode, the

provider of unified application software deployed on the server, according to the actual needs of the user

ordering software applications and services needed to providers, according to their order of product class

type and duration of payments to providers, and Obtain corresponding software

applications and services through the Internet .

Enterprise mailbox refers

to the product concept for users. Refers to the email address that ends with the corporate domain name and is used for sending and receiving emails

. For example, the corporate domain name is www.35.com, and the format

of the corporate email address is user@35.com. The enterprise mailbox is opened, managed

and deleted by the manager of the enterprise post office .

Enterprise post office refers

to the product concept for enterprises. Refers to the systematic collection of all mailboxes within the enterprise.

It uses the mail server as the hardware carrier and runs the post office software system to realize
a series of functions such as mailbox

management, mailbox opening and deletion, domain management, spam filtering, anti-virus, and
mail sending and receiving. Interpretation

1-12 in the Prospectus of Xiamen Three-Five Internet Technology Co., Ltd.

Domain name refers

to

a hierarchical character identifier similar to a house number on the Internet, which is used to identify and locate a computer on the Internet, which corresponds to the Internet Protocol (IP)

address of the computer. correspond. But compared to IP address, it is easier for users to understand and

remember. Domain name is a basic service on the Internet, based on the domain name can provide

WWW, EMAIL, FTP and other application services.

Domain parking refers to

a technical system that automatically generates web pages from domain names. The web pages usually contain

links to advertising sponsors. Advertising sponsors pay for visitors' clicks, and domain

owners get income from them.

35EQ refers to

an enterprise-level integrated communication service platform independently developed by the company, which integrates instant

messaging, file transfer, email management, data management, RSS subscription, notes

and other services. It improves office efficiency while reducing corporate communication costs.

Improve business productivity.

Office Automation (OA) refers to

Office Automation, which is

a new type of office method that combines modern office and computer networks , and is a product of an information society. via Internet,

People in the organization can work together across time and place.

The exchange network application implemented by the OA system makes the transmission of information faster and more convenient

, which greatly expands the office methods and realizes the high efficiency of the office.

LM refers to Log Microscope, or website analyst, which is a set of website traffic access analysis

system that provides users with real-time and accurate online analysis data.

Customer Relationship Management (CRM) refers to

Customer Relationship Management, is a management software,

which in accordance with customer segmentation and effective organizational enterprise resource situation, customer training in

business activities center and the implementation of customer-centric business processes, and Use this as a

means to improve the company's profitability, revenue, and customer satisfaction.

IDC refers to the

Internet Data Center, that the Internet data center, is settled

hosted sites (Hosting) business, business or web server group; various mode

e-commerce rely on the safe operation of the infrastructure, but also to support enterprise and its business

sector A platform for alliances, distributors, suppliers, customers, etc. to implement value chain management.

Supply Chain Management System (SCM) refers to

Supply Chain Management, that is, enterprise supply chain management software, which is the management of

supply, demand, raw material procurement, market, production, inventory, order, distribution and

delivery, including the management from production to delivery , From the supplier's supplier to

Every aspect of customer's customer.

Human Resource Management (HRM) refers to

Human Resource Management, which collects, organizes, and analyzes human

resource management data for the acquisition (selection), development (education

), maintenance (retention) and use (employment) of human resources for an enterprise

A

management software that provides planning, organization, command, control, and coordination guarantees to achieve the ultimate goal of enterprise development .

Project Management (PM) refers to

Project Management, which refers to the

application of various knowledge, skills , methods, and techniques to the project to meet or exceed the requirements and

expectations of the project, and to guide the project from start, execution to termination the process of.

Service Level Agreement Terms (SLA) refers to

Service Level Agreements, which are

formal contracts negotiated between service providers and users to state the quality

, priority, and responsibilities of the service.

OS refers to Operating System, the operating system, which is

a program that manages computer hardware and software resources , and is also the core and cornerstone of a computer system. Interpretation of the prospectus of Xiamen 35 Internet Technology Co., Ltd.

1-13

Enterprise Resource Planning (ERP) refers to

Enterprise Resource Planning, which is a kind of enterprise management software.

Fully allocate and balance the resources of all aspects of the enterprise, provide multiple solutions for the enterprise

, and enable the enterprise to gain a competitive advantage in the fierce market competition.

SOA refers to

Service-Oriented Architecture, which is an

architectural model that connects different functional units of an application through

well-defined interfaces and contracts between these services .

CMMI refers to

Capability Maturity Model Integration, that is, the software capability maturity

model, which is

researched and formulated by the Software Engineering Institute (SEI) of Carnegie Mellon University in the United States . It is currently recognized as a software production process standard and software enterprise

maturity level in the industry . Certification standards.

Cross-border mash-up (mash-up) refers to

a new

song that originated from popular music and mixed two records to produce a new song. In SaaS applications, it refers to

the integration of multiple different online application software services into a new type of integrated service. Users usually only need to log in once

to use the integrated application software portfolio.

Multi-tenancy (Multi-tenancy) refers

to multiple companies hosting their data and business processes on

the same server group of the SaaS service provider , and the service provider is responsible for operation and maintenance, that is, the service

provider leases a set of online software to the same server group at the same time. Multiple companies, each company can only see

With their own data and using their own processes, multiple companies log in to the same website,

but after logging in, they see their own personalized interface and private data.

Vertical

applications refer

to the establishment of a

dedicated SaaS platform by service providers specifically for a certain field (such as banking, medicine, etc.) . This SaaS application can combine

the characteristics of the user's industry to form a more appropriate software service. Compared with SaaS

services for all industries , it is more in line with user habits.

SMTP stands for

Simple Mail Transfer Protocol, which is a protocol that

provides reliable and effective email transmission. SMTP is

a mail service modeled on the FTP file transfer service. It is mainly used to transfer

mail information between systems and provide notifications about incoming letters.

POP3 means the

Post Office Protocol 3, mailbox protocol version 3, which stipulates how

samples will be connected to a personal computer to the Internet mail server and download e-

mail electronic agreement, is the first Internet e-mail off-line protocol standard

quasi, POP3 Users are allowed to store mails from the server to the local host (ie

their own computer) and delete the mails stored on the mail server at the same time.

SSL means

Secure Sockets Layer, a set of

Internet data security protocols developed by Netscape . It has been widely used for

identity authentication and encrypted data transmission between Web browsers and servers. The SSL protocol is located between the

TCP/IP protocol and various application layer protocols to provide security

support for data communication .

ICANN refers to the

Internet Corporation for Assigned Names and Numbers,

that is , the Internet Corporation for Assigned Names and Numbers . Established in October 1998, it

is a non-

profit international organization that gathers experts in the business, technology, and academic fields of the global network community . It is responsible for the space allocation of Internet Protocol (IP) addresses, the assignment of

protocol identifiers, and gTLDs ( gTLD) and the management of the national and

regional top-level domain name (ccTLD) system, and the management of the root server system. Interpretation of the Prospectus of Xiamen 35 Internet Technology Co., Ltd.

1-14

CNNIC refers to

China Internet Network Information Center, which

is the domain name registry and domain name root server operating

organization in China.

SAN refers to

Storage Area Network, which is a kind of

A high-speed storage network of a local area network, which

establishes a direct connection with servers and disk arrays through dedicated hubs, switches, and gateways .

ISP refers to Internet Service Provider, which is an

operator that provides comprehensive Internet access services, information services, and value-added services to users.

35 Instant mail refers to the first domestic enterprise mailbox with enterprise-level instant messaging functions, creating a

convenient, manageable, instant and efficient enterprise integrated communication platform.

Long tail refers to the

traditional belief that a large number of unpopular products have no sales force and cannot be profitable.

However, the long-tail theory believes that the rise of the Internet has broken this concept, allowing 99%

of products to have sales opportunities, and the cumulative market size of long-tail products can even

compete with best-selling products. Google is a typical "long tail" company.

Millions of small businesses and individuals have never advertised because of the high barriers to entry.

Google has created

a huge search engine advertising market by providing them with low-cost and affordable advertising services .

Stickiness refers to features such as ease of use, versatility, and practicality that enable users to

form dependence on related software products after users use them .

Industry scale refers to the scale of the software operation service industry counted from the user side, and refers

to the total cost paid by end users to purchase products.

The market size refers to the actual sales revenue of the software operation service provider: it includes the revenue of the service provider's own

direct sales and the revenue of sales through agents calculated at the settlement price.

Self-destructive mail refers to

a new type of mail service in which the sender can control the recipient's reading times,

expiration time, and even destroy the mail. The self-destructive post is not allowed to be saved, copied and

printed, and the business secrets of the enterprise are thoroughly protected.

FM refers to Financial Management, that is, financial management software, which is used to manage

daily financial tasks such as enterprise receivables and payables, statement entries, costs and expenses.

BI refers to Business Intelligence, which is

a software system used to collect, integrate, and analyze business information to help companies make decisions.

M Mail refers to a series of enterprise mailboxes whose space capacity of a single user mailbox is M as the unit.

G-mail refers to a series of corporate mailboxes in which the space capacity of a single-user mailbox is G as the unit.

Coupling refers to the closeness of connections between modules.

Link interruption refers to the interruption of a physical line from a node to an adjacent node.

Middleware refers to an independent system software or service program. Distributed application software uses this

software to share resources among different technologies.

Distributed data storage means that data is stored on multiple servers to expand storage capacity and fault tolerance.

Mass data processing refers to the ability to process huge and unprecedented amounts of data.

Large-capacity concurrent access means that users perform operations at the same time, and the number of concurrent requests is huge. Interpretation of the Prospectus of Xiamen 35 Internet Technology Co., Ltd.

1-15

Cloud Computing Index

Obtain the required resources (hardware,

platform, software) through the network in an on-demand and easily expandable manner . The network that provides resources is called "cloud". The resources

in the "cloud" are infinitely expandable from the user's point of view, and can be obtained at any time,

used on demand , and paid for.

Ajax refers to Asynchronous JavaScript and XML, that is, asynchronous JavaScript and

XML, and refers to a web development technology for creating interactive web applications.

B/S refers to the

Browser/Server structure, that is, the browser and server structure. It is a

structure that changes or improves the C/S structure with the rise of Internet technology

. Under this structure, the user interface is implemented through the WWW browser,

and very few transaction logic is implemented on the front end (Browser), but the main

transaction logic is implemented on the server side (Server), forming a so-called three-tier 3-tier

structure. . This greatly simplifies the client computer load, reduces the

cost and workload of system maintenance and upgrades, and reduces the overall cost of users.

Granular processing unit refers to

minimizing business processing logic to ensure that the smallest processing unit "particles" can

be reused and referenced by related business modules. Through "particles" aggregation, a

complete business processing plug-in that can realize business functions is formed .

The visual workflow engine refers to an engine that displays and sets the workflow in a graphical way.

The interface event mechanism refers to the mechanism that responds to the user's operation on the interface.

It refers to API

Application Programming Interface, i.e., an application programming interface,

a function of a number of predefined object is to provide application developers with the group

to the ability to access a certain set of software routines or hardware, but without access to the source

code, Or understand the details of the internal working mechanism.

SQL Server 2005 refers to a relational database management system.

ARPU value refers to Average Revenue Per User, that is, average revenue per user, which refers to the revenue that

software operation service providers receive from each user.

Note: If the value in this prospectus does not match the sum of the total and the mantissa of each sub-item value, it is

caused by rounding . Overview of Xiamen Three-Five Internet Technology Co., Ltd. Prospectus

1-16

Section 1 Overview

Important Reminders

This overview only briefly reminds the full text of the prospectus. Investors should carefully read the

full text of the prospectus before making investment decisions .

1. Basic information of the issuer

(1) Overview

Issuer

name: Xiamen 35.com Technology Co., Ltd. English name: Xiamen 35.com Technology Co., Ltd.

Type of company: company limited by shares

Registered address: 1st floor, No. 8, Guanri Road, Phase II, Software Park, Torch High-tech Industrial Development Zone, Xiamen.

Registered capital: 40 million yuan.

Paid-in capital: 40 million yuan.

Legal representative: Gong Shaohui

Date of establishment: Co., Ltd. was established in 2004 On the 1st, the joint-stock company was established on August

29, 2007

(2) Establishment situation

The company is a joint stock limited company established by the overall change of Sanwu Technology. On August 29

, 2007, the company obtained the "Corporate Legal Person

Business License" with the registration number 350200200003939 from the Xiamen Administration for Industry and Commerce .

(C) Business Overview

The Company is a through SaaS model, application software systems rely on independent research and development, the focus for Zhong

Guo SME customers, providing enterprise-mail, e-commerce site construction, network domain, office automation system

system (OA), customers Professional providers of software products and services such as relationship management systems (CRM) belong to the

software operation service (SaaS) industry. SaaS is the abbreviation of Software as a Service in English. It

is a new software application and service model that has emerged with the development of the Internet and the maturity of application software. It

represents the future development direction of the software industry. It is currently experiencing rapid growth in the world. Popularization and rapid growth stage. In

this mode, the software operation service provider deploys the application software on the server uniformly, and the customer

orders the required software products and services from the provider according to the actual needs, and provides them according to the ordered product category and deadline.

Suppliers pay fees and obtain corresponding software products and services through the Internet. At present, the company's main products, Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Overview

1-17

Enterprise mailboxes, e-commerce websites, and network domain names are all SaaS tool software products, which are

currently more mature types of software operation services. .

The company's business has shown rapid growth in the past three years, and the scale of its corporate mailbox business has taken the lead in the industry

. According to iResearch released "2008-2009 China E-mail Industry Development Report" and "2008

China Enterprise Mailbox Report", the market share of corporate mail service for two consecutive years of similar enterprises located in

the first sector, where the market for 2008 The share reached 19.90%. At present, the company has a number of new products in the

development stage, and some of the new products have entered the stage of trial marketing and development. In the next three years,

business management applications such as OA and CRM based on the SaaS model will become the company's new business focus. The

company's management is confident that it will bring new profits to the company through the successful development and sales of new products in the future. by

a long point.

The company has a number of products with independent intellectual property rights, product quality by the majority of users and the number of

recognized authorities, such as enterprise instant messaging system (35EQ), 35 interconnected intelligent mail system, 35 cross-

linked 64-bit anti-spam gateway . The company has strong R&D and innovation capabilities, and has a relatively complete

product development system and quality certification system. The company successfully passed the ISO9001: 2000 certification in 2004

It passed the three-level evaluation of software maturity (CMMI3) in 2006, and is the

first company in the domestic SaaS industry to have both ISO and CMMI3 certifications. On September 27, 2008, the company was jointly identified as a "high-tech enterprise" by the Xiamen Science

and Technology Bureau, Xiamen Finance Bureau, Xiamen National Taxation Bureau of Fujian Province, and Xiamen Local Taxation Bureau of Fujian Province (Certificate Number: GR200835100014) .

In recent years, the company received a number of honors, in 2009 was named the Xiamen Municipal Government as "excellent information network single

bit" and "Credible Enterprise", won the 2008 China Internet Network Information Center "five-star Chinese

Internet address registration services "Institution", won the "Industry Self-discipline Contribution Award" and

"E-mail Industry Development Innovation Award" by the Internet Association of China in 2007 , and was awarded the 2007 "Excellent E-commerce Service

Provider" and "Excellent E-commerce IDC Service Provider" by CCW Information title. The company's corporate email products won the "

Excellent Brand Award" and "Excellent Function Award

" in the first horizontal evaluation of the "China Computer News" corporate email system; the virtual host product was awarded "Characteristic Value-Added Services" in the first horizontal evaluation of the "China Computer News" virtual host system Award", "

Excellent Performance Award for Virtual Hosts Above 500M " and "Comprehensive Winning Award".

(4) Core competitive advantages

1. Effective marketing model

The company is currently one of the few software operation service providers in the industry that focuses on direct sales. Aiming at the

rapid technological upgrade of the software operation service industry, large differences in customer demand, and high product requirements for technical support and service

Characteristics: The company has established a direct sales team of more than 800 people, and initially established a

marketing service network based on the company 's headquarters and radiating to major first-tier cities across the country, which has played a

significant role in promoting the company's business expansion . Xiamen 35 Internet Technology Co., Ltd. Prospectus Overview

1-18

The biggest advantage of the direct sales model is to enable the company's brand to reach customers directly, build closer customer relationships, increase

customer loyalty; reduce intermediary links, and significantly improve the company's profitability. In addition, through the direct sales model, the

company can obtain feedback from end users in a timely manner, understand and grasp changes in customer needs at any time, and

improve and develop more products and services that meet customer needs. This is important for emerging software operation services.

The industry is particularly important.

2. First-mover advantage

The company is one of the earliest enterprise-level software operation service providers established in China. The company has seized the opportunity of the

informatization of domestic SMEs, using the Internet domain name business as the entry point, after years of unremitting efforts, while

accumulating a large number of loyal SME customers, it has gradually developed into a trustworthy SME customer.

Informatization provides a package solution provider. After years of effort and improvement, the Company has accumulated

have a domain name customers nearly 300 000, E-mail client of nearly 70,000, the company's products and services have been numerous

multi-user acceptance and trust, as the company's new product launch And the development of the business has laid a good foundation.

3. Complete product line and innovative business promotion model.

After years of development, the company's product line now includes everything from entry-level software application services to management

The various products of physics software application services can meet the various needs of Chinese SME customers at different stages of informatization

.

The company's business promotion model innovation is mainly reflected in the company's latest enterprise-level instant messaging software-

35EQ. While having instant messaging capabilities, this software is also an integrated enterprise-level software

operation service platform. 35EQ is developed based on the corporate organizational structure, which can

bring great convenience to the internal and external communication of the company while ensuring the security of the corporate information , and is highly "sticky" to customers. 35EQ

adopts a free use model and has a large user market. The company's corporate mailbox product is provided as a

plug-in product on the tool , which can quickly be promoted among the 35EQ user groups. The company will 35EQ as the carrier

body, and further enhance the corporate mail 35EQ integration advantages in terms of information transfer through the depth of the development, to

35EQ drive mailbox, the mailbox drive linkage way 35EQ the rapid increases in the number of E-mail users, in order to drive

moving company E-mail business Future development.

4. Technical innovation and integration advantages

The company has established a relatively complete R&D system, formed strong product R&D and integration capabilities,

has sufficient senior R&D personnel, and has accumulated rich experience in new product R&D and operation and maintenance. This

company has nearly 200 people in the professional R & D team in .Net, Java, C and other development platforms, as well as windows

on linux system and has plenty of high-level R & D personnel, research and development capabilities and more system so that the Company may from market

needs and field Starting from the product strategy, choosing the appropriate technical system will make the company's technical decision-making more scientific and

Autonomous and flexible, and enhanced the ability to deal with technical risks.

The company passed the ISO9001: 2000 certification in 2004 and the third level of software maturity in 2006. Xiamen Three-Five Internet Technology Co., Ltd. Prospectus Overview

1-19

Evaluation (CMMI3) is the first in the domestic SaaS industry to pass the ISO and CMMI3 dual certification The enterprise possesses the

ability of continuous independent technological innovation.

At present, the company has successfully solved

many technical problems such as large -scale concurrent applications, distributed computing, massive data storage, data security, north-south interconnection, etc., and has developed many practical and innovative products:

the first set of real-time domain names in China Registration system; the first corporate email system with instant messaging function; the first

self-destructive email system; the first 64-bit corporate email system, corporate email with corporate calendar function

and attachment preview function, and web2.0-based E-mail technology; proprietary

anti-spam anti-virus gateway system; take the lead in offline browsing technologies used in web applications, create these

new functions are unified layout on the company's SaaS platform, so that the platform has become the industry-leading SaaS integrated

application platform.

5. Deep understanding of the needs of corporate customers. The

company has established technical support and marketing centers in major regions of the country, so that the company can always

respond to changes in customer needs in a timely manner and apply them to the company's product development, sales and after-sales service.

The whole process. In terms of software ease of use, based on a deep understanding of customer needs, the company has continuously introduced and

The software products that are compatible with the customer's network application operation level and usage habits minimize the

difficulty of the customer's operation and effectively improve the customer's loyalty and satisfaction with the company's products.

6, brand and reputation

since its inception in 2004, the company has been engaged in E-mail, e-commerce website construction, domain

name and other software operations, accumulated a large number of customers, the majority of users gradually formed a professional, superior

quality, integrity The corporate image of the company has established a good market reputation.

(5) The company's future development goals

Through the innovation of technology and business models, we will comprehensively promote the informatization process of China's small and medium-sized enterprises, and strive to become

China's leading provider of Internet software applications and operation services.

Second, the issuer's controlling shareholders, actual controllers brief cases

as of the signing date of the company prospectus, the company's shareholding structure is as follows:

the ratio of the number of properties Name of shareholder equity (shares) of the total share capital of the shares

Gong Shaohui natural person shares 2,425.08 60.63%

of the social network Xing Legal person shares 400.00 10.00%

Zhongke Hongyi social legal person shares 245.00 6.13%

Shen Wence natural person shares 230.60 5.77%

Rainbow Ventures social legal person shares 200.00 5.00% Zhongjintai

social legal person shares 175.00 4.38% Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Overview

1-20

Wang Haitao Natural person shares 155.00 3.88%

Peng Yong natural person shares 50.00 1.25%

Lu Hong natural person shares 33.00 0.83%

Gong

Hanyuan natural person shares 21.80 0.54% Xue Hongbin natural person shares 16.20 0.41%

Li Yunfei natural person shares 12.00 0.30%

Zhang

Meiwen natural person shares 8.00 0.20% Gong Guangzu natural person shares 7.27 0.18%

Yang Guiying natural person shares 7.27 0.18 %
Yang Xiaofeng natural

person shares 4.80 0.12%

Huang

Rijun natural person shares 3.00 0.08% Chen Junru natural person shares 2.00 0.05 % Huang Yanhong natural

person shares 2.00 0.05%

Chen Tubao natural person shares 2.00 0.05%

Total 4,000.00 100.00%

The controlling shareholder and actual controller of the company is Mr. Gong Shaohui. As of the signing date of this prospectus,

Mr. Gong Shaohui directly holds 24,250,800 shares of the company, accounting for 60.63% of the company's total share capital, and

indirectly holds 2.85 million shares of the company through China NetXing , accounting for the total share capital. It was 7.13%. Gong Shaohui

also serves as the chairman and general manager of the company. For basic information, please refer to

the relevant content of "V. Issuer's major shareholders and wholly-owned, holding, and share-holding enterprises" in "Section IV Basic Information of the Issuer" in this prospectus .

3. Main financial data of the issuer

According to the Tianjian Guanghua Audit (2009)

GF Zi No. 020109 Audit Report issued by Tianjian Guanghua (Beijing) Certified Public Accountants Co., Ltd. , the company's main financial data for the last three years and the first period are as follows:

(1) Main consolidated balance sheet Data

Unit:
Ten Thousand Yuan

Item 2009-06-30 2008-12-31 2007-12-31 2006-12-31
Total current assets 4,685.28 5,114.62 5,038.76 2,574.83

Total fixed assets 6,543.76 6,537.84 6,551.95 999.15 Total

intangible assets and other assets 1,008.01 794.01 339.41-

Total assets 12,237.05 12,446.48 11,930.12 3,573.99

Total current liabilities 2,452.50 2,281.44 4,231.50 3,042.94

non-current liabilities Total 1,407.27 2,318.47 2,713.31 69.00 Technology
Co., Ltd. Xiamen three to five interconnected prospectus Overview

1-21

Total liabilities 3,859.77 4,599.91 6,944.80 3,111.94

Total shareholders' equity 8,377.29 7,846.57 4,985.32 462.05

liabilities And shareholders' equity total 12,237.05 12,446.48 11,930.12
3,573.99

(2) Main data of the consolidated income statement

Unit: ten thousand yuan

Item January to June 2009 2008 2007 2006

Operating income 5,778.76 11,559.95 9,761.82 8,001.23

1,807.41 3,094.18 2,732.99 923.98 Operating profit

total profit 1,824.08 3,174.34 2,820.09 870.66

Net profit 1,530.72 2,831.25 2,602.52 801.11

attributable to parent company

owners net profit 1,530.72 2,831.25 2,615.04 867.35

(3) The main data of the consolidated cash flow statement

Unit: 10,000 yuan

Item 2009 January to June 2008 2007 2007 2006

Net cash flow from operating activities 2,249.63 2,159.49 4,547.54 857.33
Net cash flow from

investment activities -467.59 -1,175.69 -5,066.84 -1,189.72

net cash flow from financing activities -2,048.59 -1,304.96 3,857.37
982.92

in cash and cash equivalents -266.62 -310.90 3,335.98 658.89

(d) Key financial indicators

project January to June 2009 2006 2008 2007

Current ratio 1.91 2.24 1.19 0.85

Quick ratio 1.91 2.24 1.19 0.85

Asset-liability ratio 31.54% 36.96% 58.21% 87.07%

Asset-liability ratio (parent company) 19.73% 17.62% 28.38% 53.78%

Accounts receivable turnover rate (times) 76.65 155.83 336.35 153.03

interest, taxes, depreciation and amortization profit (ten thousand dollars) 2,146.52 3,873.01 3,267.53 1,218.91

net profit attributable to shareholders of the issuer's profit (million) 1,530.72 2,831.25 2,615.04 867.35

attributable to shareholders of the issuer after deducting non-profit after-recurring gains and losses (ten thousand Yuan )

1,517.46 2,758.85 2,530.25 800.55 Overview of the Prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-22

Interest Protection Multiple 112.44 25.46 19.88 51.83

Cash

flow from operating activities per share (yuan) 0.56 0.54 1.14 0.86

Net cash flow per share (yuan)- 0.07 -0.08 0.83 0.66

Basic earnings per share (yuan) 0.38 0.71 0.73 0.22

Diluted earnings per share (yuan) 0.38 0.71 0.73 0.22

Net assets
per share attributable to the issuer's shareholders (yuan)

2.09 1.96 1.25 0.60

Return on net assets (fully diluted) 18.27% 36.08% 52.45% 144.83%

Return on net assets (weighted average) 17.77% 44.23% 88.51% 304.84%

Intangible Proportion of assets to net assets 11.04% 9.38% 6.02% 0.00%

IV. Overview of the issuance

1 Types of shares RMB ordinary shares (A shares)

2 Par value of each share 1.00 yuan

3 Number of issued shares of 13.5 million shares, accounting for the total share capital after the issuance ratio of 25.23%

4 issue price per share issue price per share determined in accordance with the securities regulatory authorities approved of the way the inquiry

5 distribution methods and the use of placing funds purchase online pricing issue under the net to the inquiry objects relative to knot

together the way or China Securities regulatory Commission approved Other methods

6 Issuance target

The requirements of the

"Interim Provisions on the Management of Investor Suitability for the Growth Enterprise Market" and the "

Implementation Measures for the Management of Investor Suitability for the Growth Enterprise Market of Shenzhen Stock Exchange" recognized by the China Securities Regulatory Commission and the Shenzhen Stock Exchange

Of investors

7 Underwriting method balance underwriting

8 Listing location and sector Shenzhen Stock Exchange Growth Enterprise Market

5. Use of raised funds

If this stock issuance is successful, the raised funds will be used to invest in the following projects:

Serial number Project name

Estimated investment

(ten thousand yuan)

Approval number

1 Three-five Internet Enterprise Post Office Upgrade Project 5,904 Xiamen Development and Reform High-Tech [2009] Letter 24

2 Three-five Internet CRM Management Software Project 4,229 Xiamen Development and New High-Tech [2009] Han 25 No.

3

Three-Five Internet Technology Support and Marketing Center Upgrade

Project

4,588

Xiamen Development and Reform High-tech [2009] Letter 26,

27 No.

4 Other working capital related to the main business 26,249.325

Total 40,970.325 Xiamen Three Five Internet Technology Co., Ltd. IPO instructions Overview

1-23

use the raised funds will enhance the company's R & D capabilities, improve the product structure, improve the company's business

sales and service capabilities to meet existing and potential customers of SaaS software products and services to the growing needs

demand, and Bring new profit growth to the company and enhance the company's comprehensive competitiveness.

If the actual raised funds cannot meet the investment needs of all the above-mentioned projects, the funding gap will be

resolved through the company's self-raised funds . Xiamen Three-Five Internet Technology Co., Ltd. Prospectus Overview of this issuance

1-24

Section 2 Overview of this issuance

1. Basic information of the

issuer Issuer name: Xiamen Three-Five Internet Technology Co., Ltd.

English name: Xiamen 35.com Technology Co., Ltd.

Registered capital: 40 million yuan

Legal representative: Gong Shaohui

Date of establishment: The limited company was established on April 1, 2004, and the joint-stock company was established on August

29, 2007.

Registered address : Xiamen torch Hi-tech industrial Development Zone software Park view Day Road, 8th floor

Postal Code: 361008

Secretary of the Board: Miss Wang

Tel: 0592-5397222,5391849

Fax: 0592-5392104

website: www.35.com

electronic Email: zqb@35.com

2. Basic information of this issuance Basic information of

serial number items

1 Type of shares RMB ordinary shares (A shares)

2 Par value of each share is 1.00 yuan

3 Number of issued shares is 13.5 million shares, accounting for 25.23% of the total share capital after the issuance

4 Issuance price per share is 34 yuan

5 Earnings per share before issuance is 0.69 yuan per share (

calculated by dividing the company's audited net profit before and after the non- recurring gains and losses before and after the issuance by the total equity before the

issuance ) 6 after the issuance Earnings per share is RMB 0.52 per share (

calculated by dividing the company's audited net profit before and after deduction of non- recurring gains and losses by the total share capital after the issuance)

7 Issuance P/E ratio of 1 49.28 times (calculated based on pre-

issuance earnings per share) 8 Issuance P/E ratio of 2 65.38 times (calculated based on earnings per share after issuance)

9 Net assets per share before the issuance of RMB 2.09 (according to the company's June 30, 2009 The audited net assets

divided by the total share capital before the issuance) Xiamen 35 Internet Technology Co., Ltd. Prospectus This issuance overview

1-25

10

Net assets per share after the issuance (fully

diluted)

9.22 yuan (based on the company's 2009 The audited net assets on June 30, 2015

plus the net proceeds divided by the total equity after the issuance)

11 Issuance price-to-book ratio1 16.27 times (calculated based on the net assets per share before the issuance)

12 Issuance price-to-book ratio2 3.69 (Calculated on the basis of net assets per share after issuance)

13 The issuance method adopts a combination of offline allotment to inquiry targets and online fund subscription pricing issuance

or other methods approved by the China Securities Regulatory Commission.

14 Issuance targets

China Securities Regulatory Commission and Shenzhen

Investors recognized by the stock exchange that meet the requirements of the "Interim Provisions on the Management of Investor

Suitability for the Growth Enterprise Market " and the " Implementation Measures for the Management of Investor Suitability for the Shenzhen Stock Exchange's Growth Enterprise Market

"

15 Underwriting method balance underwriting

16 Listing location and Sector

17 Growth Enterprise Market of Shenzhen Stock Exchange. Estimated issuance cost: RMB 49,296,750

18 Total funds raised and net funds Total and net funds raised were

459 million yuan and 409,703,25 million yuan respectively.

3. Issuance expenses

Project amount (10,000 yuan)

Sponsorship and underwriting fees 3,950

Attorney fees 141.5

Audit evaluation fees 234

Information disclosure and roadshow promotion fees 600

IPO registration fee 2.675

initial listing fee 1.5

total 4,929.675

4. Relevant parties involved in this issuance

Sponsor (lead underwriter): China Merchants Securities Co., Ltd.

Address:

Legal representative, Floor 38-45, Building A, Jiangsu Building, Yitian Road, Futian District, Shenzhen Person: Gong Shaolin

Sponsor representative: Xie Jijun, Zhang Lili

Project co-organizer: Zhu Yonghua

Project team members: Wang Xinlei, Bian Biao, Cui Wei, Liang Taifu, Jiao Jinjun, Zhang Dekun, Yang Bailing

Tel: 0755-82943666

1

Fax: 0755-82943121

2 Issuer's lawyer Beijing Zhonglun Law Firm Xiamen Sanwu Internet Technology Co., Ltd. Prospectus

1-26 Overview of this issuance

Address: 36-37 Floors, SK Building, No. A6, Jianguomenwai Street, Beijing, China

. Person in charge: Zhang Xuebing

Handling Lawyers: Lai Jihong, Zou Yunjian

Shenzhen Branch Tel: 0755-33206999

Shenzhen Branch Fax: 0755-33206888

Accounting Firm: Tianjian Guanghua (Beijing) Accounting Firm Co., Ltd.

Address: Investment Plaza, No. 27, Financial Street, Xicheng District, Beijing Room 1201-1204, Floor A12

Legal representative: Zhou Jie

Accountant: Liu Wei, Zhang Lingwen

Tel: 010-58256699

3

Fax: 010-58256633

Assets appraisal agency: Beijing Zhongsheng Alliance Assets Appraisal Co., Ltd.

Address: Xicheng District Finance, Beijing No. 16 Main Street, Jinyang Building, A206

Legal Representative: Guo Chunyang Management

Appraisers: Guo Chunyang, Guo Qi

Tel: 010-51692595

4

Fax: 010-64157688

Stock Registrar: China Securities Depository and Clearing Corporation Shenzhen Branch

Address: Guangdong Province 18th Floor, CITIC Building, No. 1093, Shennan Middle Road, Shenzhen

Tel: 0755-25938000

5

Fax: 0755-25988122

Proposed listing Stock Exchange: Shenzhen Stock Exchange

Address: No. 5045, Shennan East Road, Shenzhen

Tel: 0755-82083333

6

Fax: 0755-82083190

Sponsor (lead underwriter) Beneficiary Bank: China Merchants Bank Shenzhen Branch, Shenfang Building Sub-branch

Address: 1st Floor, Block B, Shenfang Building, No. 3 Huaqiang North Road, Shenzhen Account

Name: China Merchants Securities Co., Ltd.

7

819,589,015,710,001: account

V. issuer and this offering relevant agencies of the relationship between

the issuer and this offering relevant sponsors, underwriters, securities service institutions and their leaders, high

among not-level management personnel, handling personnel There is a direct or indirect equity relationship or other equity relationship.

6. Estimated timetable for the issuance Prospectus of Xiamen Sanwu Internet Technology Co., Ltd. Overview of this issuance

1-27

1
Date of

publication of preliminary inquiry and promotion announcement
January 25, 2010

2 Date of preliminary inquiry and promotion January 2010 26 to January 28

3 Date of publication of the issuance announcement February 1, 2010

4 Subscription date and payment date February 2, 2010

5 Expected stock listing date 2010 [] month [] day

, investors should pay attention to the issue Announcement disclosed by
the sponsor and the sponsor (lead underwriter) in the relevant media. Risk
Factors

1-28 of the Prospectus of Xiamen 35 Internet Technology Co., Ltd.

Section 3 Risk Factors

When evaluating the issuer's current stock issuance, in addition to other
information provided in this prospectus, investors

should particularly carefully consider the following risk factors. The
following risk factors are

sorted and ranked according to the principle of importance or the degree
to which they may affect investors' decision-making, but this ranking does not
mean that risk factors will occur in sequence

.

1. Benefits and risks of

fund-raising investment projects One of the company's fund-raising
investment projects is a customer relationship management system (CRM)
project. At the end of 2006,

the company began to develop CRM software under the SaaS model, and has
now mastered relevant key technologies and has

formed a 1.03 trial version. According to foreign experience, CRM software
applications based on the SaaS model are in

a stage of rapid popularization and rapid growth. However, the current
domestic CRM software application models based on the SaaS model are still

in their infancy. Based on the good expectations of the Chinese future
market, many software applications Business has begun to intervene in this
field.

Due to the current lack of knowledge and understanding of CRM software
applications based on the SaaS model among domestic users,

there is a certain degree of uncertainty when the market starts and enters a stage of rapid growth. Therefore, there is

a certain investment benefit risk in this project .

2. Uncertain risks in the development and implementation of fund-raising investment projects

. The basic technologies adopted by all the company's projects are mature technologies. The company only needs

to develop applications on the basis of mature technologies. "Management software project" is a new

product research and development project, "Three-Five Internet Enterprise Post Office Upgrade Project", "Three-Five Internet Technology Support and Marketing Center"

"Upgrading projects" are all upgrade projects, and there is no risk of development failure.

"Three-five-five interconnected CRM management software project" has passed a detailed technical feasibility demonstration,

and entered the development after detailed preliminary investigations and the belief that the technology is sufficiently feasible. project, currently issuer has mastered

the key technologies and has formed a 1.03 trial version, which already have the basis for customer use, not

to will continue to carry out performance and functional products at customers in the process. If the issuer's future If the raised

funds are not available in time or the basic technology on which CRM R&D is based undergoes a fundamental and major change, the issuer

's CRM management software project faces the risk of uncertainty in development and implementation.

3. The actual controller controls the risk.

Before this issuance, Gong Shaohui Directly controls 60.63% of the company's equity and is the actual controller of the company.

In addition, Gong Shaohui indirectly holds 7.13% of the company's equity through China NetXing . If Gong Shaohui uses his control

position, he can exercise voting rights on the company's personnel, development strategy, and operation major decision-making control,

may damage the interests of the company and other shareholders, and therefore the risk of actual controller of existence. Technology Co., Ltd. Xiamen three to five interconnected prospectus risk factors

1-29

Fourth, the Internet, systems, data security risks

as provides software operation service provider of professional, stable and secure computer data system for

the company's normal operations plays a vital role. If the equipment room and failures, software bugs, misuse

operation or unauthorized operations, cyber attacks, power Accidents such as supply, natural disasters, terrorist acts, military operations, etc.

Matters, may still cause the company's business data to be lost or the system to crash, thereby causing service interruption, seriously affecting the

company's reputation, and possibly even the company's business suspension. The company has established a complete information security prevention

, monitoring and emergency system, and adopted disaster backup, security assessment and other mechanisms to improve the

quality of information security management and prevent risks such as Internet, system, and data security.

However, if the aforementioned emergencies occur, they will inevitably have an impact on the company's operations. Therefore, the

company has risks in terms of Internet, system, and data security.

5. The risk of the depreciation of new fixed assets and the amortization of R&D investment on the issuer's future operating results

As of June 30, 2009, the company's total assets amounted to RMB 122,370,500 and fixed assets

amounted to RMB 65,437,600, accounting for The ratio is 53.47%. The investment project with raised funds will add

72.89 million yuan in fixed assets.

The newly-added fixed assets in the investment project with raised funds are mainly electronic equipment, and part of it is office

equipment. According to the company's depreciation policy, the depreciation period of electronic equipment and office equipment is 5 years, and the net residual value rate is

5%.

According to the company's plan, if stocks can be successfully issued to raise funds in 2009, the fundraising project will start as soon as possible

. The expected depreciation and amortization in the next few years are as follows:

Forecast

Base Period

(2010)

2011 2012 2013 2014 2015 year

Fund-raising equipment depreciation-308.25 433.01 547.00 904.22 1,391.04

R&D investment amortization

and depreciation

-1,004.80 1,285.80 1,414.60 1,414.60 1,414.60

Total depreciation and amortization-1,313.05 1,718.81 1,961.60 2,318.82 2,805.64

According to the fundraising project feasibility study report and the company's investment project investment, after the fundraising project is invested In the second year

(2012), the raised capital investment project itself can generate income. In the first year (2011) due to raise

funds raised investment projects, depreciation and amortization amount produced is 1,313 yuan, according to the first half of 2009 thirty-five mutual

calculated with the sales margin of 26%, above the new digest, depreciation and amortization The issuer needs to increase its business income by

50.5 million yuan. In 2011, the fund-raising project is expected to generate business income of RMB 23.42 million,

and the increase in income of 35.08 million on the basis of existing business can absorb the new depreciation and amortization. Assuming that in the next three

years, the current operating income of 35.net will increase by no less than 10%. In 2011, the operating income will reach

154 million yuan. The issuer can absorb the newly added depreciation and amortization of the fundraising project to the issuer's operation. The impact of performance. Technology Co., Ltd. Xiamen three to five interconnected prospectus risk factors

1-30

if investment projects did not quickly produce the expected benefits, the net impact of the company to some extent,

profit and return on net assets, the company will face new The depreciation of fixed assets affects the company's profitability.

risk.

6. Uncertain risk of continuous and rapid growth of enterprise mailbox business

In recent years, the number of customers and revenues formed by the company's various businesses have maintained rapid growth, especially the enterprise

mailbox business. From 2006 to 2008, the corporate mailbox business revenue accounted

for 28.39%, 41.32%, and 43.85% of the company's annual operating revenue, respectively. The compound growth rate during the period was 49.39%. The corporate mailbox business has

become the company's most important source of income and business growth. point. At present, the company's E-mail business development trend of good

is good, but because of market competition, new technology, changes in customer demand, produce alternative products, and many other uncertain

given factors, there is some uncertainty continued rapid growth of the company's future business mail service Sex.

7. Technology development risk The

company's main business is to

provide a package of software applications and services to Chinese small and medium- sized enterprise customers through the SaaS model and relying on self-developed application software systems . The research and development of related application software involves

multiple technologies such as operating systems, databases, network platforms, and system integration. Since its establishment, the company has successively introduced a series

of new technologies leading the development of the industry, such as real-time domain name registration system, intelligent 64-bit enterprise mail system,

self-destructive mail system, intelligent anti-spam and anti-virus gateway, instant mail system, etc. such high-tech products

generally have the characteristics of fast technology update, user demand for products continues to improve or expand upon the company for

improper grasp of relevant technologies, products and market trends in terms of key technologies, new product development out

now Mistakes will lead to the wrong direction of technological development and the failure of new product development, which in turn will lead to the company's competition

Decrease in power and business performance.

8. Relying on the risk of core technical personnel and the loss of core technical personnel

As a knowledge-intensive company, technology R&D and innovation work inevitably relies on professional

talents, especially core technical personnel. At present, the company has passed the three-level phased assessment of software maturity (CMMI3) and has

established a mature and scientific technology research and development system, which has significantly reduced the risk of individual technical personnel loss.

However, one of the core companies in the information technology industry competition is the talent competition, once the core technology has undergone

a large number of staff departures, and the company can not arrange a suitable candidate to replace or replenish the company's life will

cause some production operations influences.

9. Risks of changes in income tax rate

According to Caishuizi (2000) No. 25, the company meets the

conditions of "two exemptions and three halvings" for newly established software companies . The company entered the profitable year in 2004 and enjoyed the reduction from 2006 to 2008.

The preferential policy of semi-levying corporate income tax , the applicable income tax rates from 2006 to 2008 were 7.5%, 7.5%, and 9% respectively. Since the

company is recognized as a high-tech enterprise, the applicable corporate income tax rate in 2009 was 15%. According to

Article 12 of the "Administrative Measures for the Recognition of High-tech Enterprises ": "The validity period of high-tech enterprise qualifications from the date of issuance of the certificate is

1-31

years from the risk factors of the prospectus of Sanxia Sanwu Internet Technology Co., Ltd. If a re-examination application is filed within three months before the

expiration, if the re-examination application is not filed or the re-examination is unqualified, its high-tech enterprise qualification expires automatically." If the company fails to pass the high-tech enterprise after three years

Upon approval of the re-examination of the enterprise identification, the enterprise income tax will be paid at a tax rate of 25%.

Ten, domain name business risk policy

of the Company is the leading Internet domain name service provider, authorized for international domain name management bodies of international

domain name registrar and top each domain name registrar accredited domain name registrars, the Company and these institutions insurance

holding Good business relationship.

The company's domain name business is the agent of such nature, such business operations required to obtain each domain name registrar

authorized and qualified institutions to accept its management, if the international domain name management or other domain name registrars for domain

requirements and the name of the agent's policy Changes that are not conducive to the company will

have a certain impact on the company's domain name business .

11. Risks caused by the capitalization of development costs

The company is a

professional provider that provides a package of software applications and services to Chinese small and medium-sized enterprise customers through the SaaS model and relying on self-developed application software systems . The products that the company has launched

have a good reputation in the market , and the products in trial sales have also received good feedback from customers. From January 1, 2007,

Japanese companies began to implement the new corporate accounting standards. Expenditures in the development stage of internal research and development projects

will be capitalized and recognized as intangible assets if certain conditions are met . If

the intangible assets generated by the capitalization of the development expenses are not expected to bring economic benefits to the

company in the future , the intangible assets will be scrapped and written off, and their book value will be transferred to the book profit and loss, which will reduce the company's future net profit accordingly. Therefore, the company has

financial risks caused by the capitalization of development costs.

12. Market competition risk

At present, China's software operation service industry for enterprise-level customers is in the market introduction period, and the market size is

growing rapidly. According to the statistics of the China Association of Small and Medium Enterprises, the number of small and medium enterprises in China currently exceeds 42

million, and the market has huge room for development. With the rapid development of China's software operation service industry in recent years,

many software companies and Internet companies are entering this market and expanding related businesses. The company

will face greater market competition pressure in the future , and there will be certain market competition risks. .

13. Management Risks Brought by the Rapid Growth of Business Scale The

company has continued to develop rapidly in recent years, and its main business income has increased from RMB 79,022,200 in 2006 to RMB 113,787,200 in

2008; the number of employees has also expanded rapidly from 758 at the end of 2006

1,018 people by the end of 2008 . After the issuance and listing of expected business volume and scale of the company's higher level,

personnel structure and management systems will become increasingly complex, which requires companies to continuously improve their management capabilities and root

according to business needs in a timely manner to adjust the existing The organization model and management system of the company, otherwise, it will hinder

the healthy development of the company's business . Risk factors

1-32 in the prospectus of Xiamen 35 Internet Technology Co., Ltd.

14. The risk of

the difference between the actual net funds raised and the amount required for the fundraising project The company's current issuance of stocks and the actual net funds raised on the ChiNext The amount may be lower than the

amount required for the fundraising project of this issuance . If the actual net amount of funds raised is lower than the amount required for the fundraising project, the company will

face certain financial risks. Basic situation of the issuer in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-33

Section 4

Basic Information of the Issuer 1. Basic Information of the Issuer

Company

name: Xiamen 35.Com Technology Co., Ltd. English name: Xiamen 35.Com Technology Co., Ltd.

Chinese abbreviation: 35.Com Technology Co., Ltd.

Legal representative: Gong Shaohui

Registered capital: 40 million yuan

Date of establishment: Co., Ltd. was established on April 1, 2004, and a joint-stock company was established on August

29, 2007.

Registered address: No. 8, Guanri Road, Software Park, Torch High-tech Industrial Development Zone, Xiamen City No one

registration Authority: Xiamen City administration for Industry and

business: network engineering, information systems engineering, computer software and other electronic products, open technology

development, technical services, technical advice and technology transfer; wholesale and retail computer software, hardware, Electronic equipment,

office equipment; server space rental; web page production and maintenance; information consultation; Internet information service business

(excluding news, publishing, services, medical care, medicine and medical equipment and other content and electronic bulletin services)

(valid until 2010 January 5); self-support and agency for the import and export of various commodities and technologies, except for commodities and technologies that are

restricted or prohibited by the state . (If the above business scope involves licensed business items, you

should obtain permission from the relevant department before operating.)

Postal code: 361008

Contact person: Lu Hong

Telephone number: 0592-5397222, 5391849

fax number: 0592-5392104

Internet address: www.35.com

E-mail: zqb@35.com

2. Issuer's restructuring and reorganization

(1) Issuer's establishment situation

The company is changed as a whole The predecessor of the company

is Sanwu Technology , which was established on April 1, 2004 . Technology Co., Ltd. Xiamen three to five interconnected basic situation of the issuer prospectus

1-34

, 2007 July 31, the shareholders' meeting thirty-five technology, all shareholders signed a "co-sponsor

discussion", each sponsor has agreed to thirty-five

The audit report of Tianjian Huazheng Zhongzhoushen (2007) NZ Zi No. 020526 issued by Tianjian Huazheng Zhongzhou (Beijing) Certified Public Accountants Co., Ltd. will be as of

June 30, 2007. The audited net assets will be 43,353,444.21 The yuan is converted into the share capital of the joint-stock company 40 million yuan.

The promoters hold corresponding shares in accordance with their respective capital contributions in Sanwu Technology, and the remaining 3,353,444.21 yuan is included in the capital reserve. 2007 August 10, Ascenda Certified (Beijing) will be

Certified Public Accountants Co., Ltd. issued a "Ascenda Certified test (2007) NZ Zi No. 020 029," "test

-funded report" on the above mentioned investment was verification. On August 29, 2007, the joint-stock company

received the "Corporate Legal Person Business License" from Xiamen Administration for Industry and Commerce , the registration number is 350200200003939, and the registration number is 350200200003939.

The capital is 40 million yuan, and the paid-in capital is 40 million yuan.

(2) Promoters

The promoters of the company are Gong Shaohui, Shen Wence, Xue Hongbin, Wang Haitao, Gong Shaofeng, Peng Yong, Lu Hong, and

Li Yunfei, including 8 natural-person shareholders, and 3 social legal persons including China NetXing, Zhongke Hongyi, and Rainbow Venture Capital. shareholder.

The number of shares and the proportion of shares subscribed by the promoters when the joint-stock company was established: the

name of the shareholder The number of equity shares (

10,000 shares) The proportion of the total share capital (%) Gong Shaohui natural person shares 2,425.08 60.63

China NetXing social legal person shares 400.00 10.00

Shen Wence natural person shares 305.60 7.64

Branch Wang Yi social legal person shares 300.00 7.50

rainbow venture Capital legal Person shares 200.00 5.00

Xue Hongbin natural person shares 116.20 2.91

Wang Haitao natural person shares 100.00 2.50

Gong Shaofeng natural person shares 58.12 1.45

Peng Yong natural person shares 50.00 1.25

Lu Wang natural person shares 33.00 0.83

Li Yunfei natural person shares 12.00 0.30

total - -4,000.00 100.00

(3) Before and after the establishment of the issuer, the main assets owned by the main promoters and the main business actually engaged in. When

the company was established, Mr. Gong Shaohui directly held 60.63% of the company's shares through China Net Xingjian

He then holds 9.5% of the company's shares and is the company's main promoter.

Before the establishment of the company, Mr. Gong Shaohui's main assets and main businesses are as follows: Basic information about the issuer of the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-35

60.627% 95% 100%

83.48%

10% 60%

99%

1 , Directly holds 60.63% of the company's predecessor, Sanwu Technology, and Sanwu Technology holds

99% of Jingtong Technology ; Sanwu Technology mainly provides enterprise mailboxes, domain names,

websites and other software applications and services through the Internet for small and medium-sized enterprises. , Jingtong Technology is mainly engaged in network domain name business.

2. It holds 95% of the equity of China NetXing, and China NetXing holds 10% of the equity of Sanwu Technology; China NetXing's business

scope is enterprise management consulting, enterprise investment consulting, and has no actual operation since its establishment.

3. Holds 83.48% equity of Sanwu Information, and Sanwu Information holds 60% equity of Binary. 35

Information and Binary is mainly engaged in the production, development and operation of online games.

4. Holding 100% equity of OnlineNIC, OnlineNIC is mainly engaged in overseas domain name registration business.

The company was established by the overall change of its predecessor, Sanwu Technology. At the time of establishment, the company undertook the assets

, liabilities and all businesses of Sanwu Technology . After the establishment of the company, due to the introduction of a new shareholder, Torch Ventures, the

shares held by Mr. Gong Shaohui were diluted to 71.25%. At the end of 2007, Mr. Gong Shaohui held his

The entire equity of OnlineNIC was transferred to an overseas unrelated third party. Except for the above circumstances, as of the

signing date of this prospectus , other major assets owned by Mr. Gong Shaohui and major businesses engaged in have not undergone major changes

.

(4) The main assets owned by the issuer at the time of establishment and the main business actually engaged in.

The company undertook all the assets, liabilities and business operations of Sanwu Technology at the time of the overall change and establishment. It did not conduct

asset divestiture and valuation adjustments. The main assets owned are :

Electronic equipment, office equipment, transportation tools, long-term equity investment, monetary funds, other

receivables, etc. related to software applications and services such as corporate mailboxes, domain names, and websites .

The company has a complete R&D, production, and sales assets and business system at the time of establishment, the

main business it is engaged in has not changed, and the continuity and integrity of assets and business have been maintained.

Shaohui Gong Zhongwangxing

35 Information OnlineNIC

35 Technology

Proficient in technology

Binary Xiamen 35 Internet Technology Co., Ltd. Prospectus Issuer Basic information

1-36

The company's main business is to provide enterprise mailboxes and e-commerce networks for Chinese small and medium-sized enterprises through the Internet

Software operation services such as station construction and network domain name.

The company's main assets and actual main businesses are detailed in "Section 5 Business

and Technology" in this prospectus .

(5) The company's business process The

company is set up by Sanwu Technology as a whole, and the company's business process has not changed before and after the establishment. specific

For details of the business process, please refer to "4. The Company's Main Business

Situation" in "Section 5 Business and Technology" of this prospectus .

(6) The relationship and evolution of the

issuer with the main sponsors in terms of production and operation since the establishment of the issuer The relationship and evolution of the relationship with the main sponsors in terms of production and operation since the establishment of the issuer and the evolution are as

follows:

1. Since the establishment of the company , The main sponsor, Mr. Gong Shaohui, has been the chairman and general manager of the company.

2,2005 On March 28, a few technology and Gong Shaohui signed a share transfer agreement to transfer price of

300,000 yuan transferee Gong Shaohui holds a 60% stake in binary; February 25, 2007, three to five science and technology and Three

Wu Information Signed an equity transfer agreement to transfer 60% of the equity held by Binary to Sanwu Information.

3. On December 26, 2006, Gong Shaohui signed the "Equity Transfer Agreement" with Sanwu Technology, and transferred

his 93.04% equity of Jingtong Technology to Sanwu Technology at a price of RMB 2.7912 million; 4.

July 2007 On 16th, Sanwu Technology and Gong Shaohui signed the "Trademark Application Right Transfer Agreement".

Gong Shaohui transferred the trademark application rights of 24 trademarks related to the company's business to Sanwu

Technology for free , and the batch of trademark application rights was changed. apply in addition to registration application No. 5099850 trademark change request because the

devoid of any distinctive characteristic was rejected, the other trademark application right change applications are already SAIC tube

management trademark Office approved the sub-free transfer of trademark application right does not exist obstacle. Follow-up business at the Trademark Office

During the review of the trademark

registration, the trademarks with registration application numbers of 5099830, 5099840, 5099852, 5099835 have been registered, and the company has obtained the trademark registration certificates for the above four trademarks.

May 1, 2008, three to five interconnected with Gong Shaohui signed a "Trademark Transfer Agreement" Gong Shaohui

will 3856045,3856046 two trademarks related to the business of the Company which owns the trademark free transfer

to give three to five interconnected, countries The Trademark Office of the State Administration for Industry and Commerce has approved the trademark

transfer applications for the above two trademarks , and the company has obtained the trademark registration certificates for the above two trademarks.

5. Since the establishment of the company, the relationship

and evolution between the issuer and other companies controlled by Mr. Gong Shaohui are detailed in the relevant content of "Section VI Horizontal Competition and Related Party Transactions" in this prospectus.

(7) Change of property rights of the assets contributed by the promoters.

The company was established by the overall change of Sanwu Technology. All the assets, liabilities, businesses, institutions of the original Sanwu Technology, and the basic situation of the issuer of the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-37

All personnel are inherited by the issuer. The assets that need to be registered for the change of ownership have been registered

for the change of ownership, and all the assets that do not need to be registered for the change of ownership have been transferred, and have been occupied and used by the company. According to the "Capital Verification Report" of Tianjian Huazheng

Zhongzhou (Beijing) Certified Public Accountants Co., Ltd. "Tianjian Huazheng Zhongzhou Yan (2007) NZ Zi No. 020029 ", all the promoters paid up their subscribed shares.

(8) The company's independent operation.

The company strictly complies with the "Company Law" and "Articles of Association" and other laws and regulations and related rules and regulations.

It has established a sound corporate governance structure,

independent of shareholders in terms of assets, business, personnel, finance, and institutions , has an independent and complete business system and the ability to operate independently in the market, and has an independent and

complete service operation system. The details are as follows:

1. Business independence

The company independently engages in software operation service business in accordance with the law. The company has an independent technology research and development system, customer

service system, technical support system and marketing system, and does not rely on controlling shareholders, actual controllers and

other enterprises controlled by them. The company's controlling shareholder, actual controller and other companies under its control are currently not

engaged in related businesses. Shareholders holding more than 5% of the company's shares have issued a "

Letter of Commitment to Avoid Horizontal Competition " to the company , promising not to engage in The company's business related to the formation of a competitive relationship has effectively maintained the company's

business independence.

2, assets independent

company set up by the overall change mode, inherited all the assets thirty -five technology, relevant information has been handled in

the change of ownership and transfer procedures produced by Ascenda Certified (Beijing) Certified Public Accountants Co., Ltd. " Tianjian

Huazheng Zhongzhou Yan (2007) NZ Zi No. 020029" "Capital Verification Report" verified that all shareholders' capital contributions

were in place in time, and the ownership relationship was clear. The company has complete control and control over all assets, and there is no situation in which

assets and funds are occupied by shareholders to harm the company's interests. The company also did not

provide guarantees for related party debts with assets, equity or reputation .

3. Independence of personnel

. Senior management personnel such as the general manager, deputy general managers, chief financial officer, and secretary of the board of directors of the company are full-time

Working in the company and receiving remuneration, there is no such thing as a shareholder unit holding more than 5% of the company's shares and its

affiliated companies as other administrative positions other than directors and supervisors, and there is no situation in which the company's business is the same

or similar to that of the company's business . The employment status of other companies.

The directors, supervisors and senior management of the company are elected or appointed in accordance with legal procedures, and there is no situation in which shareholders exceed

the company's board of directors and the general meeting of shareholders to make personnel appointment and removal decisions.

The company has established an independent personnel file, personnel employment, appointment and dismissal system, and an independent salary management

system. According to the "Labor Law" and the company's labor management system and other relevant regulations, the company signs labor contracts with company employees. Xiamen Sanwu Internet Technology Co., Ltd. the basic situation of the issuer prospectus

1-38

shall be appointed by the company's human resources department employees, assessment and rewards and punishments, the company has been in the Xiamen Municipal labor and Social

handled independent of the social security of a registered Security Bureau, the company's employees in Social Security, It is completely

independent in terms of salary and remuneration .

4. Institutional independence

After years of operation, the company has established an organizational structure suitable for the company's development needs, and there is no conflation with controlling

shareholders, actual controllers and other enterprises controlled by them. The company's production, operation and office

premises are completely separated from other enterprises controlled by shareholders, and there is no mixed operation or joint office. The company's

institutional

setup plan is free from intervention by shareholders and any other units or individuals. In accordance with the requirements of the "Company Law"

, the company has established and improved the organizational structure system of the shareholders' meeting, board of directors, board of supervisors and management,

and is completely independent from the affiliated companies in terms of organization. Shareholders nominate directors in accordance with the "Company Law" and the company's articles of association

Participating in the company's management does not directly interfere with the company's production and operation activities.

5. Financial independence The

company has an independent financial accounting department, equipped with full-time financial personnel, and has formulated an independent, complete and

standardized financial accounting system and financial management system, and established a corresponding internal control system to independently conduct

financial accounting and decision-making , There is no part-time job for financial staff. The company opens a separate bank account. The basic bank account

is the Xiamen Xiangjiang Branch of Industrial and Commercial Bank of China, with the account number 4100024519200012656.

Taxes are paid independently in accordance with the law , and the tax registration certificate number is

350203751642792 approved by the Xiamen Municipal State Taxation Bureau and Xiamen Local Taxation Bureau . The company does not use assets, equity or reputation to provide debt guarantees for related parties

, and there is no situation where assets are occupied by related parties to harm the company's interests.

In accordance with relevant laws, regulations and "Accounting Standards for Business Enterprises", the company

has formulated various internal financial accounting systems based on the characteristics of the company's production, operation, and management , implemented strict and unified financial supervision and management for subsidiaries, and

formed a complete and independent set of Financial management system.

3. The issuer's major asset restructuring

(1) Regarding the withdrawal of online game business

1. Overview of the withdrawal of online game business

Since its establishment, Binary's main business has always been around the field of online game research and development.

On March 28, 2005, Sanwu Technology and Gong Shaohui signed the "Equity Transfer Agreement", based on the original capital contribution

, the transferee Gong Shaohui holds 60% of Binary's equity, and the total transfer price is 300,000 yuan. This transfer

Let Gong Shaohui no longer hold binary equity. Binary's total assets as of the end of 2005

were 430,200 yuan, net assets were -1.7646 million yuan, main business income was 201,900 yuan, and net profit was -157.83 million yuan.

On February 25, 2007, Sanwu Technology and Sanwu Information signed the "Equity Transfer Agreement".

Based on the original capital contribution, Sanwu Technology transferred 60% of Binary's equity to Sanwu Information. The total transfer price was Xiamen Sanwu. The basic situation of the issuer of the prospectus of Wulian Technology Co., Ltd. is
    RMB

    1-39,300,000
. After the transfer, Sanwu Technology no longer holds binary equity. As of the end of 2006, Binary's total

assets were 443,400 yuan, net assets were -3.4209 million yuan, main business income was 429,700 yuan, and net

profit was 1,656,200 yuan.

April 15, 2007, three to five information technology with a few signed the "Asset Transfer Agreement", will thirty-five Branch

related equipment technology for proxy gaming operators carrying value of January 31, 2007, assigned to the letter thirty-five

information , The total transfer price is 1,823,395.30 yuan, and both parties in the transaction have received and paid twice.

2.
Details of withdrawal from online game business

(1) The company is engaged in the formation and development of online game business and related assets and equipment, and
the details of the transfer of online game operating equipment. The

company acquired Binary in March 2005 and began to engage in the network developed by Binary. For game operation

, Binary Company specializes in the research and development of online games. The company

's business and related assets and equipment formation and development during the period of online game operation business are as follows:

Unit: Yuan

Project 2005, 2006, 2007 Total

operating income 891,000 343,320.18 1,234,320.18

Operating cost 4,769,046.98 4,839,128.34 292,270.75 9,900,446.07

Operating profit -3,878,046.98 -4,495,808.16 -292,270.75 -8,666,125.89 2,347 The company engaged in the online game business of

1,078,01
April 4, 2007 Assets and equipment are

transferred to Sanwu Information according to their net book value on January 31 , 2007 , totaling 1,823,395.30 yuan, and the specific details are as follows:

Unit: yuan The

original value of the category fixed assets cumulative depreciation net fixed assets

computer 215,963.00 55,833.33 160,129.67

server 2,108,150.01 459,362.90 1,648,787.11

Office equipment 23,290.00 8,811.48 14,478.52

Total 2,347,403.01 524,007.71 1,823,395.30

(2) Reasons for the company's buying and selling of binary equity and the partial transfer of online game operating equipment and binary equity

. Basic information of the issuer in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-40

In early 2005, the company's actual controller Gong Shaohui controlled companies, including thirty-five technology, tech-savvy and

binary, to expand the overall size, centralized management, Gong Shaohui thirty-five plans to integrate its technology into a holding company

controlled by the company, the same year in March, the three Wu Technology invested 300,000 yuan to acquire

60% of Binary's equity held by Gong Shaohui (Binary's registered capital is 500,000 yuan). In 2006 the company began planning in the domestic market,

intermediaries in the process for the company's services, the assets and business of its careful re-assessment that net

travel business and the company's main business email, website building and network domain name business is no correlation In order to concentrate resources to

develop the main business, it is recommended that the company withdraw from the online game business. For this reason, the company decided

to transfer all the research and development of online game business and the operation of online game business to Sanwu Information, and the company completely withdrew from the online game business. The specific operations are as follows:

1) Withdraw from the online game business research and development: In February 2007, the company

transferred its 60% stake in Binary to Sanwu Information at the original purchase price of 300,000 yuan , and has since exited the online game business research and development ;

2) to exit the online business operations: in April 2007, the company in order to ensure each other's operational independence, reduce off

-linked transactions, the company will be online games business related assets and equipment in accordance with the net book value of 2007 January 31, the

total of 1,823,395.30 yuan for sale Give Sanwu Information, since then withdraw from the operation of the online game business.

As the R&D and operation of online games were carried out independently by Binary and Three-Five Internet, they were

also withdrawn separately when they withdrew. Therefore, the

situation of selling online game operating equipment and Binary equity in stages occurred.

(3) The progress of Binary Cancellation

On July 25, 2008, Binary passed the resolution of the shareholders' meeting to dissolve the company, and reported the members of the liquidation team to the

Xiamen Administration for Industry and Commerce; on August 2, 2008, Binary Bulletin issued a liquidation Announcement; as of now

, the cancellation procedures for Binary are in the process of being processed.

(2) Regarding the acquisition of Jingtong Technology

On December 26, 2006, Gong Shaohui and Sanwu Technology signed the "Equity Transfer Agreement", and

Gong Shaohui agreed to transfer the 93.04% equity of Jingtong Technology held by him to Sanwu Technology for RMB 2.7912 million. On the same day,

Xue Hongbin and Sanwu Technology signed the "Equity Transfer Agreement", agreeing that Xue Hongbin would transfer his

5.96% equity of Jingtong Technology to Sanwu Technology for RMB 178,800 . On December 29, 2006, Jingtong Technology completed the

registration of the industrial and commercial change of equity transfer. After the equity transfer is completed, Sanwu Technology holds 99% of Jingtong Technology

.

On November 15, 2007, Xue

Hongbin and Sanwu Internet signed the "Equity Transfer Agreement", agreeing that Xue Hongbin would transfer his 1% equity of Jingtong Technology to Sanwu Internet for RMB 80,000. On November 22

, 2007, Jingtong Technology completed the registration of industrial and commercial change of equity transfer. After the completion of the transfer, Sanwu Internet holds

100% of Jingtong Technology 's equity.

In addition to the above disclosure of equity and asset transfers, as well as

the capital increase and change of company form disclosed in Appendix (2) "Issuer's Share Capital Evolution Since the Establishment of the Company " in this prospectus , the company established Xiamen Sanwu Internet Technology Co., Ltd. Basic information about the issuer of the prospectus

After 1-41

, there are no other major asset reorganizations, mergers, divisions, capital increase and share expansion, reduction of registered capital, acquisition or

sale of assets, etc. At the same time, the company currently has no other proposed asset replacements, asset divestitures, asset

sales or acquisitions.

For details of binary and technological proficiency, please refer to the

relevant content of "V. Issuer's Major Shareholders and Wholly-owned, Holding, and Participating Enterprises" in this section .

The company's business, management, the actual controller and through (c) of the company since the establishment of all the major asset restructuring

affect the business performance of

the binary main business of online game development, through the sale of equity and gaming operators related binary-owned

production company completely stripped The online game business enables the company to focus more on the

main business operations such as corporate mailboxes, e-commerce websites, domain names, etc., and achieves the purpose of central business integration. In addition, due to the small scale of Binary, the transferred

assets are dedicated equipment for operating online games. The transfer of Binary equity and related online game assets will

not have a significant impact on the company's main business .

The main business of Jingtong Technology includes domain names and related businesses. By acquiring 100% of the shares

of Jingtong Technology , the company has effectively avoided the problem of horizontal competition with Jingtong Technology. In addition, the company has

improved its own industrial chain by integrating the domain name registration business that is proficient in science and technology, expanded its business scale, and produced a certain degree of business synergy

.

IV. Issuer's shareholders

(1) The capital contributions of relevant shareholders of the

previous capital increase and equity transfer since the establishment of the company are as follows:

Shareholders' capital contribution background payment amount. The

company was established on April 1, 2004, with a registered capital of 3 million, and Gong Shaohui held

79.96% of 2,398,800

. On February 24, 2005, the company increased its capital by 2 million yuan, and Gong Shaohui increased its

capital by 1,599,200 year-on -

year June 30, 2006. The company increased its capital by 5 million yuan, and Gong Shaohui increased its

capital by 3,998,000 year-on-year.

On January 10, 2007, Xue Hongbin transferred 3.52%

of the equity to Gong Shaohui at a price of 352,000 yuan. 352,000

1 Gong Shaohui

total 8,348,000

2 China NetXing

Corporation increased its capital on April 29, 2007 3,769,300 yuan, China NetXing premium

subscription of 10% of the equity (the ratio here is calculated based on the registered capital after the capital increase

)

3,000,000 Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Issuer Basic Information

1-42

3 Zhongke Hongyi

On April 29, 2007, the company increased its capital by 3,769,300 yuan, and Zhongke Hongyi

subscribed for 7.5% of the equity at a premium (the ratio here is calculated based on the registered capital after the capital increase

)

6,000,000. The

company was established and registered on April 1, 2004 Capital 3 million, supported by Shen Wen

Share 3% 90,000

On February 24, 2005, the company increased its capital by 2 million yuan, and Shen Wence increased its

capital by 60,000 year-on-year.

On August 8, 2005, Zhu Meifang and Huangshi transferred their inherited 7.52% equity

to Shen Wence. The total transfer price was 376,000 376,000 yuan

, 2006 June 30, the company's capital increase of 500 million, up by Shen Wenzel

owned 526,000

4 Shen Wenzel

total of 1,052,000

5 rainbow venture

2007 April 29, the company's capital increase 3.7693 million yuan, the rainbow venture overflow

price Subscribing to 5% of the equity (the ratio here is calculated based on the registered capital after the capital increase

)

4,000,000

6 Zhongjintai

On March 2, 2009, Shen

Wence transferred 750,000 shares of the company to Zhongjintai at a price of 6 million yuan , and Xue Hongbin

1 million shares of the
company were transferred to Zhongjintai

14,000,000 at a price of 8 million yuan.
On April 29, 2007, the company increased its capital by 3,769,300 yuan, and Wang Haitao

subscribed for 2.5% of the equity at a premium (the ratio here is calculated based on the registered capital after the capital increase

)

2,000,000

On December 16, 2008, Zhongke Hongyi transferred 550,000 shares to Wang

Haitao, with a total price of 1.265 million RMB 1,265,000

7 Wang Haitao

total 3,265,000

8 Peng Yong

On April 29, 2007, the company increased its capital by RMB 3,769,300. Yong premium recognize

purchased 1.25% of the equity (ratio here is calculated according to the registered capital after the capital increase

proceeds)

379,000

9 Lu Wang

, 2007 April 29, the company's capital increase 3.7693 million yuan, Lu Wang premium recognize

purchased 0.825 percent of the shares (this The percentage is calculated based on the registered capital after the capital increase

)

251,000

10 Gong Hanyuan 's equity in the company is inherited and donated free of

charge. 0 The company was established on April 1, 2004, with a registered capital of 3 million. Xue Hongbin holds

11 Xue Hongbin shares 7.52 % 225,600

On February 24, 2005, the company increased its capital by 2 million yuan, and Xue Hongbin increased its capital by 150,400 year-on-year

. Basic information about the issuer of the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-43

On June 30, 2006, the company increased its capital by 5 million yuan. Xue Hongbin increased

capital by 376,000 year-on-year,

totaling 752,000

12 Li Yunfei

On April 29, 2007, the company increased its capital by 3,769,300 yuan, and Li Yunfei

subscribed for a 0.3% stake of 90,000 at a premium.

13 Zhang

Meiwen transferred 80,000 shares of 640,000 shares from Yu Jianhong on June 13, 2009. 14 Gong Guangzu's equity in the company was inherited Income 0

15 Yang Guiying's equity in the company is inherited. 0

16 Yang Xiaofeng

On June 13, 2009, he transferred 47,950 shares from Yu Jianhong 383,600 17 Huang Rijun On June 13, 2009, he transferred 30,000 shares from Yu Jianhong 240,000 shares

18
Huang Yanhong received

160,000 shares from Yu Jianhong on June 13, 2009 19 Chen Tubao received 160,000 shares from Yu Jianhong on June 13, 2009 20 Chen Junru received 160,000 shares from Yu Jianhong on June 13, 2009 2 160,000 million shares

based on the shareholders (Gong with far, except Gong Guangzu, Yang Guiying) issued a written statement, which won three

Wu interconnection of shares (including shares acquired thirty-five Technology) of its sources of funds are self-financing.

(2) The relationship between the

company's existing shareholders and the company, controlling shareholders, directors, supervisors, and senior managers The relationship between the company's existing shareholders and the company, controlling shareholders, directors, supervisors, and senior managers is as follows: The

proportion of shares held by the company's existing shareholders (%)

Relationship with the company, controlling shareholders, directors, supervisors, and

senior management

1 Gong Shaohui 60.627 company's controlling shareholder, chairman and general manager

of the network Xing Gong Shaohui 10.00 holding firm 2

3 Branch Wang Yi 6.125

Branch Wang Yi is the legal representative Wang Ping, deputy director of the company's

long

4 Chairman of the Supervisory Board Shen Wenzel 5.765

5 Rainbow Ventures 5.00 None

6 Zhongjintai 4.375 None

7 Wang Haitao 3.875 Company Supervisor

8 Peng Yong 1.25 Director, Deputy General Manager, and Chief Financial Officer of Xiamen Sanwu Internet Technology Co., Ltd. Basic information about the issuer of the prospectus

1-44

9 Lu Hong 0.825 Deputy General Manager and Secretary of the Board of Directors

10 Gong Hanyuan 0.5448 Nephew of the controlling shareholder, chairman and general manager Gong Shaohui

11 Xue Hongbin 0.405 None

12 Li Yunfei 0.30 Company Director and Deputy General Manager

13 Zhang

Meiwen 0.20 Company Deputy General Manager 14 Gong Guangzu 0.1816 Controlling Shareholder, Director Father and General Manager Gong Shaohui

15 Yang Guiying 0.1816 Mother of Controlling Shareholder, Chairman and General Manager Gong Shaohui

16 Yang Xiaofeng 0.12 Company Core Technical Staff

17 Huang Rijun 0.075 None

18 Huang Yanhong 0.05

Company employee, not a related

party defined by existing laws and regulations

19 Chen soil protection 0.05 Supervisors

20 Chenjun Ru 0.05 No

Total 100.00

(c) existing shares held by shareholders entrust shareholding situation does not exist

according to a written statement of shareholders issued by the company, held by the issuer of the shares ago, currently no behalf of the holders, letter

tray or any Similar arrangements.

(4) There are no disputes or potential disputes in the shares held by existing shareholders

According to the written statement issued by the company's shareholders, there are no disputes or potential disputes in the shares of the company held by them

.

(5) The issuer's new shareholders in the last year

1. The equity change of 35.net in March

2009 On March 2, 2009, the company's shareholders Xue Hongbin and Shen Wence signed the "Share Transfer

Agreement" with Zhongjintai. Xue Hongbin and Shen Wence transferred 2.5% (1 million shares) and 1.875% (750,000

shares) of its total share capital to Zhongjintai at a price of 8 million yuan and 6 million yuan respectively.

The transfer situation is as follows: the

transferor transferee transfers shares (ten thousand shares) transfer price (ten thousand yuan) as a

percentage of the total share capital

(%) Basic information about the issuer of the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-45

Xue Hongbin 100.00 800.00 2.50%

Shen

Wence

Zhongjintai 75.00 600.00 1.88%

After the completion of this equity transfer, the shareholding structure of Sanwu Internet is as follows:

before the change and after the change

Serial number shareholders

Number of shares

(10,000

shares)

Shareholding ratio (%) Number of shares (10,000 shares) Shareholding ratio (%)

1 Gong Shaohui 2,425.08 60.63 2,425.08 60.63

2 Zhongwangxing 400.00 10.00 400.00 10.00

3 Zhongke Hongyi 245.00 6.13 245.00 6.13

4 Shen Wence 305.60 7.64 230.60 5.77

5 Rainbow Ventures 200.00 5.00 200.00 5.00

6 Zhongjintai -175.00 4.38

7

Wang Haitao 155.00 3.88 155.00 3.88 8 Gong Shaofeng 58.12 1.45 58.12 1.45

9 Peng Yong 50.00 1.25 50.00 1.25

10 Lu Hong 33.00 0.83 33.00 0.83

11 Xue Hongbin 116.20 2.91 16.20 0.41

12 Li Yunfei 12.00 0.30 12.00 0.30

Total 4,000.00 100.00 4,000.00 100.00

This equity transfer belongs to the equity transfer to the new shareholder that occurred in the most recent year behavior.

(1) The newly added shareholder Zhongjintai is a social legal person. The company's equity is dispersed and has no actual controller. Its equity

control structure is as follows:

Xiao Jiangming and other 25

natural person shareholders

Zheng Jinquan Zheng Mingcong Xu Guofeng Cai Lizhen Chen Huiguang Yinghua

Xiamen Fengrong Investment

Co., Ltd.

Xiamen aviation development

Co., Ltd.

Xiamen sea Australia Group

Limited

Xiamen Huaihai Group

Co., Ltd.

Xiamen Fuhai real

Co., Ltd.

in Jintai

100%

46% 18% 18% 18%

95% 5%

63.34% 33.33% 3.33%

90% 10% 87.19% 12.81% Basic information of the issuer of the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-46

Note: Among the 25 natural-person shareholders of Xiamen Aviation Development Co., Ltd., Xiao Jiangming holds the highest shareholding ratio, with a shareholding ratio

of 5.45%.

For other basic information of Zhongjintai, please refer to the

relevant content of "V. Issuer's Major Shareholders and Wholly- Owned , Holding, and Participating Enterprises" in this section .

(2) The equity transfer price is 8 yuan/share, and the price is based on the audited 2008

The annual net profit of 12 times the price-earnings ratio is determined after negotiation by both parties of the transfer.

2. In June 2009, the shareholding of Sanwu Internet was changed.

On December 18, 2008, Gong Shaofeng passed away. His 581,200 shares of Sanwu Internet are the joint

property of his husband and his spouse Yu Jianhong, of which Gong Shaofeng's share (29.06)

Ten thousand shares of the three-five joint stocks) are its inheritance, which is

jointly inherited by its father Gong Guangzu, mother Yang Guiying, spouse Yu Jianhong and son Gong Hanyuan. The number of shares inherited by the four of them is 72,650 shares. On June 11, 2009, Xiamen

Lujiang Notary Office issued a "

Notary Certificate" numbered (2009) Xia Lu Zheng Min Zi No. 493 to notarize this matter . After that, Yu Jianhong voluntarily

donated 145,300 shares of Sanwu Internet shares he held and inherited to his son Gong Hanyuan for free . On June 11, 2009, Xiamen Lujiang Notary Office issued a number (2009)

Xia Lu Zhengmin No. 494 "Notarization" notarized this matter.

Yu Jianhong take into account the uncertainty of future revenue increases, and mortgage repayment, children's education they need a lot of

money, it was decided to hold 21.795 million shares were transferred to Huang Yanhong 6 people to reduce

less short-term cash flow and pressure Future financial pressures. June 13, 2009, Yu Jianhong, respectively, and Huang

signed the "Share Transfer Agreement" red, Chenjun Ru, Chen soil protection, Wong Yat Jun, Yang Xiaofeng, Zhang Meiwen, about

given Yu Jianhong will be held three to five interconnected shares were transferred to Huang Yanhong 20000 Shares, 20,000 shares of Chen Junru, 20,000 shares of Chen

Land Protection, 30,000 shares of Huang Rijun, 47,950 shares of Yang Xiaofeng, and 80,000 shares of Zhang Meiwen. The transfer price is divided into

It is 160,000 yuan, 160,000 yuan, 160,000 yuan, 240,000 yuan, 383,600 yuan, and 640,000 yuan.

The shares of inheritance are as follows:

the original shareholders heirs inherit shares (shares) the total capital ratio (%)

Yu Jianhong 7.265 0.18%

Gong Guangzu 7.265 0.18%

Yang Guiying 7.265 0.18%

Gongshao Feng

Gong with far 7.265 0.18%

of the share free given as follows:

a gift Shares donated by the transferee (ten thousand shares) Percentage of total share capital (%)

Yu Jianhong, Gong Hanyuan 14.53 0.36%

This share transfer is as follows: Xiamen Three Five Internet Technology Co., Ltd. Prospectus Issuer Basic Information

1-47

Transferor transferee transfer of shares (million) transfer price (million)

total capital ratio

(%)

Huang Yanhong 2.00 16.00 0.05%

Chenjun Ru 2.00 16.00 0.05%

soil Chen Bao 2.00 16.00 0.05%

yellow Sun Jun 3.00 24.00 0.08%

Yangxiaofeng 4.795 38.36 0.12%

Yu Jianhong

Zhang Meiwen 8.00 64.00 0.20%

After the completion of the equity transfer, the equity structure of Sanwu Internet is as follows:

After the change before the change

Serial number shareholder name

Number of shares (

10,000 shares) Percentage of shares (%) Number of shares ( 10,000 shares) Percentage of shares (%) 1 Gong Shaohui 2,425.08 60.63 2,425.08 60.63

2 China NetXing 400.00 10.00 400.00 10.00

3 Zhongke Hongyi 245.00 6.13 245.00 6.13

4 Shen Wence 230.60 5.77 230.60 5.77

5 Rainbow Ventures 200.00 5.00 200.00 5.00

6 Zhongjintai 175.00 4.38 175.00 4.38

7

Wang Haitao 155.00 3.88 155.00 3.88 Gong Shaofeng 58.12 1.45

8 Peng Yong 50.00 1.25 50.00 1.25

9 Lu Hong 33.00 0.83 33.00 0.83

10 Gong

Hanyuan --21.80 0.55 11 Xue Hongbin 16.20 0.41 16.20 0.41

12 Li Yunfei 12.00 0.30 12.00 0.30

13 Zhang

Meiwen-- 8.00 0.20 14 Gong Guangzu--7.27 0.18

15 Yang Guiying--7.27 0.18

16 Yang Xiaofeng --4.80 0.12

17 Huang
Rijun --3.00 0.08

18 Huang
Yanhong --2.00 0.05 19 Chen Junru--2.00 0.05

20 Chen Tubao-- 2.00 0.05

Total 4,000.00 100.00 4,000.00 100.00 Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Issuer Basic Information

1-48

September 2009 On the 6th, Gong Hanyuan and his guardian Yu Jianhong signed the "Share Escrow Agreement", stipulating that

Yu Jianhong will manage the 217,950 shares of 35 Internet held by Gong Hanyuan on behalf of Gong Hanyuan, and the escrow period will be until (1)

If the shares of 35 Internet are successfully issued and listed. , Five years after the date of stock listing; and Gong Hanyuan is 18

years old. (2) If the shares of 35.com are not listed, Gong Hanyuan will be 18 years old.

This equity transfer is an act of equity transfer to newly-increased shareholders that occurred within the most recent year.

(1) The new shareholders Gong Hanyuan, Zhang Meiwen, Gong Guangzu, Yang Guiying, Yang Xiaofeng, Huang

Rijun , Huang Yanhong, Chen Junru, Chen Tubao, etc. are all natural persons, and their basic information is as follows:

serial number, nationality, and whether they have permanent overseas residency ID number

1 Gong Hanyuan China No 350102199610231930

2 Zhang Meiwen China No 350103196402170216

3 Gong Guangzu China No 352122193710281038

4 Yang Guiying China No 352122194007031023

5 Yang Xiaofeng China No 352122197610280511

6 Huang Rijun China No 310107196906021239

7 Chen Junru China No 350211197008170015

8 Huang Yanhong China No 352122197209272427

9 Chen Tubao China No 352622197708230413

For the resume of new natural person shareholders above 352622197708230413, please refer to the "V. Issuer's major shareholders and wholly-owned, controlled, and

shareholding companies Situation" related content.

(2) The price of this equity transfer is 8 yuan per share, and the pricing refers to the price of the company's most recent equity transfer and is

negotiated and determined by the parties to the transfer.

Since the establishment of the company, the controlling shareholder and actual controller of the company have not changed, and the management of the company has not

changed significantly.

Since the establishment of the joint-stock company, the company has not increased capital or shares, bonus shares, and capitalization of public reserves, and the share capital has not

changed.

V. The issuer's main shareholders and wholly-owned, holding, and shareholding companies

(1) The issuer's equity structure

as of June 30, 2009, the company's equity structure is shown in the following figure: Prospectus of Xiamen Sanwu Internet Technology Co., Ltd. Basic information of the issuer

1-49

1

71.25% 3.75%

25%

60.627%

10%

0.405% 6.125% 5.765% 5% 4.375% 3.875% 1.25% 0.825% 0.30% 1.45%

Note: Other natural person shareholders include: (1) Gong Hanyuan holds 0.54% of the company's shares; (2) Zhang Meiwen holds

0.20% of the company of the shares; (3) Gong Guangzu holds 0.18% of the shares; (4) Yang Guiying holds 0.18% of the shares in

part; (5) Yangxiaofeng holds 0.12% of the shares; (6) yellow Sun Jun holds 0.08% Shares; (7) Chen Junru

holds 0.05% of the company's shares; (8) Chen Tu holds 0.05% of the company's shares; (9 ) Huang Yanhong holds 0.05% of the company

's shares.

(B) The issue before the respective shareholding relationship between shareholders and associated shareholders

shareholders Gong Guangzu, Yang Guiying and controlling shareholder Gong Shaohui father-son, mother-child relationship, the company's controlling

shareholders and shareholders Gong Gong Shaohui with far is the nephew relationship. Before the issuance, Gong Shaohui directly held

60.63% of the company 's shares, and Gong Guangzu, Yang Guiying and Gong Hanyuan held 0.18%, 0.18% and

0.54% of the company's shares, respectively.

The company's controlling shareholder Gong Shaohui holds 71.25% of the company's legal person shareholder

Zhongwangxing , Torch Ventures holds 25% of Zhongwangxing's equity, and company shareholder Xue Hongbin holds 3.75% of the company's shareholder Zhongwangxing; Zhongwangxing

holds 10% of the company's shares:

71.25% 25% 3.75%

60.627% 10% 0.405% 38.968%

The company shareholder Wang Haitao is currently the director and executive president of Xiamen Zhongke Hongyi, and the chairman of Xiamen Zhongke Hongyi

Gong Shaohui Torch Venture Capital Xue Hongbin

China NetXing

Sanwu Internet

Other Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Issuers Basic Information

1- 50

Wang Ping concurrently serves as the chairman of the company's shareholder Zhongke Hongyi and the vice chairman of the company. Before the issuance, Wang

Haitao held 3.875% of the company's shares, and Zhongke Hongyi held 6.125% of the company's shares.

Except for the aforementioned relationships, there is no associated relationship among the company's shareholders.

(3) Basic situation of the company's shareholders

1. Brief introduction of the issuer's controlling shareholder and actual controller

Gong Shaohui, male, Chinese nationality, no permanent overseas residency, ID number:

35010319680114XXXX, domicile: Siming District, Xiamen City, Fujian Province XXXXX; 1968 Born in

1988, bachelor degree, graduated from the Department of Computer Science and Technology of Shanghai University of Science and Technology in 1988; from 2007 to present, he has

studied for an MBA degree at Xiamen University EMBA Center. Once worked in Fujian Electronic Computer Company, engaged in computer technology

and sales work; later founded Proficiency in Technology, Binary, Three-Five Information, Three-Five Technology and served as chairman and general

manager. Current Chairman of Binary and Sanwu Information; Executive Director of China NetXing; Director of Sanwu Hong Kong;

Chairman and General Manager of Proficiency Technology; Executive Director and General Manager of Sanwu Beijing, Sanwu Tianjin, Sanwu Qingdao, Sanwu

Suzhou;

China Director of the Internet Society; Executive Vice President of Xiamen Software Industry Association; Taipei Digital Technology Industry Association

Director of the League; Executive Director of Xiamen General Chamber of Commerce; Chairman and General Manager of the company.

Mr. Gong Shaohui is the controlling shareholder and actual controller of the company.

Prior to the issuance, he directly held 60.63% of the company 's shares and indirectly held 7.13% of the company's shares through China NetXing. As of the

signing date of this prospectus , the company's stock held by Mr. Gong Shaohui has not been pledged or otherwise disputed.

2. Brief introduction of the company controlled by the controlling shareholder and actual controller of the issuer

(1) Xiamen Sanwu Internet Information Technology Co., Ltd.

Company name Xiamen Sanwu Internet Information Technology Co., Ltd.

Founded on February 5, 2007 Legal representative Gong Shaohui

Registered capital RMB 10 million. Paid-in capital RMB 10 million.

Address No. 912, Zone B, Innovation Building, Software Park, Torch High-tech Zone, Xiamen. Business address: Software Park View Day Road,

No. 22 C zone 105-5 unit

's main business operations online game

business scope of animation production; game software development, production and sales (more than cover the operating license management projects

should be made in the relevant departments (Operation is allowed only after permission)

As of December 31, 2008, the total assets of Sanwu Information were 39,219,700 yuan, and the net assets

were 3.459 million yuan. In 2008, the net profit was -3.6499 million yuan. (Financial data has been

audited by Xiamen Xinzhou Certified Public Accountants)

Financial data

As of June 30, 2009, the total assets of Sanwu Information were 40,348,800 yuan, and the net assets were

RMB 1,168,400, and realized a net profit of RMB 2,290,600 from January to June 2009. (Financial data has not

been audited) Basic information of the issuer in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-51

Shareholder composition Gong Shaohui holds 83.48%, Shen Wence holds 10.52%, Xue Hongbin holds 4%, and Gong Shaofeng holds

2% .

Remarks None

(2) Xiamen Binary Digital Technology Co., Ltd.

Company name Xiamen Binary Digital Technology Co., Ltd.

Founded on April 8, 2004 Legal representative Gong Shaohui

Registered capital of RMB 500,000, paid-in capital of RMB 500,000,

residence Siming District 1005-6, 10th Floor, Huiyuan Building, No. 267, Jiahe Road

Main business online game research and development

Business scope

Computer software development and sales, computer technical services, network construction and maintenance, computer network

technical consulting services; animation production, graphic design, interior decoration design ; Brand planning, cultural event

planning. (If the above business scope involves a licensed business project,

it can only operate after obtaining the permit from the relevant department. )

As of December 31, 2008, Binary's total assets were 4,144,100 yuan, and its net assets were

-3.4107 million yuan. In 2008, it achieved net assets . The profit is 0 million yuan. (Financial data has been audited by Xiamen Xinzhouhui

Financial Data Accounting Firm)

As of June 30, 2009, Binary's total assets were 4,121,300 yuan, and its net assets were -3.4107

million yuan. From January to June 2009, it realized a net profit of 0 yuan. (Financial data is unaudited)

Shareholders constitute 60% of the shares of Sanwu Information, Yu Jianhong holds 28%, Huang Mei insists on 6%, and Jiang Guozhong holds 6%.

Remarks Binary is in the process of deregistration

(3) Xiamen Zhongwangxing Management Consulting Co., Ltd.

Company name Xiamen Zhongwangxing Management Consulting Co., Ltd.

Date of establishment: April 24, 2007 Legal representative Gong Shaohui

Registered capital RMB 10 million Paid-in capital RMB $ 10 million

residence in Xiamen torch Hi-tech industrial Development zone software Park innovation Building a compartment 907

business enterprise management consulting, investment advisory companies (more than cover the operating license management projects, should be

before the operation to obtain permission departments)

as of As of December 31, 2008, China NetXing had total assets of RMB 13,507,400, and net assets of

RMB 10,487,400. In 2008, it achieved net profit of RMB -10,400. (Financial data has been

audited by Xiamen Xinzhou Certified Public Accountants Co., Ltd.)

Financial data

As of June 30, 2009, China NetXing's total assets were 14.5065 million yuan, and its net assets were

11.48665 million yuan. From January to June 2009, it achieved net assets. The profit is 99.91 million yuan. (Financial data has not

been audited)

Shareholder composition Gong Shaohui holds 71.25%, Torch Ventures holds 25%, and Xue Hongbin holds 3.75%. Xiamen 35 Internet Technology Co., Ltd. Prospectus Issuer Basic Information

1-52

Remarks

1. China NetXing currently has no actual business.

2. Xiamen Torch Group Venture Capital Co., Ltd. was established in April 2004 with the

approval of the Torch High-tech Zone Management Committee with a registered capital of RMB 100 million. It specializes in venture capital and venture capital-related

derivative businesses and value-added services.

3, three to five information with the issuer of the relationship

(1) thirty-five information on the relevance of the company's business

at present, the business scope thirty-five information as: animation production; game software development, production and sale (to

the Business Those involved in a licensed operation project shall not be allowed to operate until the permission of the relevant department is obtained); its main

business is the Internet game business.

The company's main business is through a SaaS model, application software systems rely on independent research and development, the focus

for Chinese SME customers, providing enterprise-mail, e-commerce site construction, network domain, since the office

automation system (OA), customer relationship management System (CRM) and other software products and services.

Therefore, Sanwu Information and the company are independent of each other in terms of business, and there is no mutual dependence or competition

.

(2) Sanwu Information and the company's assets, businesses and personnel are mutually independent.

Sanwu Information and the company legally own their own production and operation equipment, and both lease office premises independently

. There is no mixed use of assets.

In addition to the independence of business and assets, both Sanwu Information and the company have independent organizational structures, independent

workforces, and independent financial settlement systems. Both have independent and complete business systems and

the ability to operate independently in the market . Complete service operation system.

(3) Gong Shaohui's diligence and due diligence explanation

during the reporting period, Gong Shaohui has served as the chairman of the company and Sanwu Information at the same time. During his tenure in the company

, Gong Shaohui, in accordance with the "Company Law", "Articles of Association" and other provisions, effectively performed the relevant duties of the chairman of the board,

such as presiding over the previous shareholders' meetings and board meetings during the reporting period. At the same time, as the company's general manager

and core technical staff , Gong Shaohui not only presides over the company's daily production and operation management, but also leads the company

's research and development of new products and technologies. Because of his outstanding work performance, he led the company to achieve healthy, rapid and sustainable growth.

As the chairman and general manager of the company , Gong Shaohui was awarded the "Top Ten Growth CEOs" of China Times in 2007 and the

"Second Xiamen Economic Development" in 2008. "Top Ten Influential People" and other awards.

Since Sanwu Information has its own independent operation and management team, Gong

Shaohui only served as the chairman of the board during Sanwu Information's tenure, and did not participate in the daily operation and management of Sanwu Information.

Therefore, although Gong Shaohui serves as the chairman of the company and Sanwu Information at the same time, it did not affect his

duty of diligence and due diligence to the company. Basic information about the issuer of the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-53

(4) Arrangements to ensure that there is no conflict of interest with the company and the independence of the company

The company has established a sound corporate governance structure, the party assets, business, personnel, finance, organization and other

surfaces with the controlling shareholders, actual controllers are independent, independent and integrated business system, market-oriented independent

ability to operate with independent complete The service operation system and strict financial internal control system.

In addition, to ensure that no conflict of interest with the Company or the occurrence of benefits transfer, affect the company's independence,

Gong Shaohui issued a legally binding "to avoid competition with the commitment letter" to the company, "to reduce and regulate capital

commitments gold dealings Letter" and "Letter of Commitment to Reduce and Regulate Related Party Transactions", and strictly fulfill these commitments.

(5) Reasons for the similarity of the company name of Sanwu Information to the company and related arrangements.

The predecessor of Sanwu Technology was established on April 1, 2004, and Sanwu Information was established on February

5, 2007. Since its establishment, The company and Sanwu Information are both controlled by Gong Shaohui. Many enterprises under the same control are

named with the same brand name, which is very common among Chinese enterprises. It does not violate the relevant regulations of industrial and commercial registration and will not

adversely affect the future development of the company.

Since its establishment, Sanwu Information has been engaged in the operation of the Internet game business, and the company is committed to

the development of the software operation service industry. For this reason, on February 25, 2007, the company will hold its holdings to engage in the online game

research and development business. 60% of the equity of Binary, a subsidiary of the company, was transferred to Sanwu Information. On April 15th of the same year, the company

transferred the relevant equipment used for online game operations to Sanwu Information and withdrew from the online game business since then. Since then, Sanwu

Information and the company's business are independent of each other, and there is no mutual dependence or competition.

4. Brief introduction of the issuer's other natural person shareholders

(1) Shen

Wence, male, Chinese nationality, no permanent right of abode, ID number: 41010319680418XXXX, domicile: XXXXXX, Gulou District, Fuzhou City, Fujian Province. Born in 1968,

postgraduate degree, graduated from Xiamen University with a master's degree in economics. Served as

Chairman of Fujian Tianxin Investment Consulting Co., Ltd. He is currently the Chairman and General Manager of CICC Online, a

member of the 11th CPPCC of Fuzhou City, Fujian Province ; Chairman of the Supervisory Board of the Company. Before the issuance, Shen Wence held 5.77% of the company's shares. Cut

to the signing date of this prospectus, Shen Wenzel-held pledge or other controversial and some shares of the company there is no

case.

(2) Xue Hongbin, male, Chinese nationality, no permanent overseas residency, ID number:

3502021968121 7XXXX, domicile: XXXXXX, Siming District, Xiamen City, Fujian Province. Born in 1968,

postgraduate, graduated from the Department of Computer Science, Xiamen University with a bachelor's

degree in computer software in 1990, and graduated with a master's degree in EMBA from the School of Management of Xiamen University in 2005. Served as

Manager of Network Engineering Department of Xiamen Deyuan Software System Engineering Company, Manager of Development Department of American Computer Information (Xiamen) Co., Ltd.,

Manager of Proficient Technology Department, Director of Technical Support Department, Chief Financial Officer, Deputy General Manager,

Director and Deputy General Manager of Sanwu Technology manager. The current director of Sanwu Information, Technology and Binary. Prior to this issuance, Xue Hongbin directly

held 0.41% of the company's shares, and indirectly held 0.38% of the company's shares through China NetXing. The direct shareholding of Xiamen 35 Internet Technology Co., Ltd. Prospectus Issuer Basic Information

1-54

Hejian Joint holds 0.79% of the company's shares. As of the signing date of this prospectus, Xue Hongbin

's shares of the company are not pledged or otherwise disputed.

(3)

Wang Haitao , male, Chinese nationality, no permanent right of abode, ID number: 35020419660925XXXX, domicile: XXXXXX, Xiamen City, Fujian Province. Born in 1966, graduate

student, non-practising member of the Chinese Institute of Certified Public Accountants. He graduated from the University of Science and Technology of China in 1998 with a

master's degree. Since 2006, he has participated in the EMBA autumn class of Xiamen University. Former Xiamen Special Economic Zone finance

company loan officer; Xiamen International Trust and Investment Corporation, vice president of sales, manager, financial planning manager, card

deputy general manager of ticket management headquarters, deputy general manager; Tiantongzhengquan Deputy General Manager of Xiamen management headquarters ,

deputy general manager, general manager of Shenzhen management headquarters; guarantee investment Co., Ltd. Deputy General Manager of Xiamen; Xiamen

, Vice president of aspect Group; Vice president now Ren Hongyi international Group; Xiamen Branch Wang Yi Dong

things, CEO ; Supervisor of the company. Before the issuance, Wang Haitao held 3.88% of the company's shares. As of

the signing date of this prospectus, the company's stock held by Wang Haitao has not been pledged or otherwise disputed

.

(4) Peng Yong, male, Chinese nationality, no permanent right of abode abroad, ID number:

41302519731211XXXX, domicile: XXXXXX, Xiamen City, Fujian Province. Born in 1973, postgraduate

degree, graduated from Xiamen University with a bachelor's degree in finance majoring in Finance and Economics in 1995; graduated in 2007

He received a master's degree in business administration from the School of Business Administration of Xiamen University. Served as

accountant of Xiamen Airport Group Co., Ltd.; Finance Manager of Xiamen Powerlong Group Co., Ltd.; Finance Director of Sanwu Technology. He is currently a

director, deputy general manager and chief financial officer of the company. Prior to this issuance, Peng Yong held 1.25% of the company's shares.

As of the signing date of this prospectus, there are no pledges or other disputes

in the company's stock held by Peng Yong .

(5) Lu Hong, male, Chinese nationality, no permanent right of abode abroad, ID number:

35020419750614XXXX, domicile: Shanghai XXXXXX. Born in 1975, postgraduate

, graduated from the Department of Management of Fuzhou University with a bachelor's degree in 1998; graduated from the New York Institute of Technology

with a master's degree in business administration in 2006 . Served as a reporter in the News Department of Shanghai Securities News, the head of Xiamen Station

, a reporter in Fujian and Jiangsu provinces, a correspondent in charge of Fujian News Station, and the chief reporter of Shanghai Securities News;

deputy general manager of Sanwu Technology. He is currently Secretary of Sanwu Hong Kong, Deputy General Manager and Secretary of the Board of the Company.

Before the issuance , Lu Hong held 0.83% of the company's shares. As of the signing date of this prospectus,

there are no pledges or other disputes in the company's stock held by Lu Hong .

(6) Li Yunfei, male, Chinese nationality, no permanent right of abode abroad, ID number:

31011219750223XXXX, domicile: Kunming XXXXXX, Yunnan Province. Born in 1975,

bachelor degree, graduated from the Electrical Engineering Department of Shanghai Jiaotong University in 1995 with a bachelor's degree. Served as Shanghai Geoscience Instrument

Software Engineer, Taiwan Huayi Group; Technical Manager of Shanghai Ship Instrument Research Institute;

Technical Software Engineer; Technical Director of Xiamen Xiamen University Information Technology Co., Ltd.; Technical Director of Sanwu Technology, Xiamen Sanwu Internet Technology Co., Ltd. Basic Information of the Prospectus Issuer

1-55

Technical Vice President. He is currently a director, deputy general manager and technical director of the company. Before this issuance, Li Yunfei held

0.30% of the company's shares. As of the signing date of this prospectus, the company's stock held by Li Yunfei has not

been pledged or otherwise disputed.

(7) Gong Hanyuan, male, Chinese nationality, no permanent right of abode, student at school. Before the issuance,

Gong Hanyuan held 0.54% of the company's shares. As of the signing date of this prospectus,

there are no pledges or other disputes in the company's stock held by Gong Hanyuan .

(8) Zhang Meiwen, male, Chinese nationality, no permanent overseas residency, ID number:

35010319640217XXXX, domicile: Fuzhou XXXXXX. Born in 1964,

bachelor degree, economist, graduated from the Chinese Language and Literature Department of Sichuan University in 1985 with a Bachelor of Arts degree

. Served as Deputy Director of the Office of Fujian Electronic Computer Company, Director of Beijing Office, General

Manager of Northern Sales Company , Deputy General Manager of Computer Division; Chairman and General Manager of Fuzhou Feiqi Information Technology Development Co., Ltd.; Deputy General Manager of

Beijing Zhide Company; Fujian Assistant General Manager, Chief Executive Officer, and Chief

Marketing Officer of Newland Computer Co., Ltd .; he is currently the deputy general manager of the company. Before this issuance, Zhang Meiwen held 0.20% of the company's shares.

As of the signing date of this prospectus, the company's stock held by Zhang Meiwen has not been pledged or otherwise disputed

.

(9) Gong Guangzu, male, Chinese nationality, no permanent right of abode abroad, ID number:

3521219371028XXXX, domicile: XXXXXX, Jianyang City, Fujian Province. Born in 1937, college

degree, retired cadre of Agricultural Machinery Management Station in Jianyang City, Fujian Province. Before the issuance, Gong Guangzu held

0.18% of the company 's shares. As of the signing date of this prospectus, there are no

pledges or other disputes in the company's stock held by Gong Guangzu .

(10) Yang Guiying, female, Chinese nationality, no permanent right of abode abroad, ID number:

3521219400703XXXX, domicile: XXXXXX, Jianyang City, Fujian Province. In 1940, graduated from

technical secondary school, retired teacher of kindergarten in Jianyang City , Fujian Province. Before the issuance, Yang Guiying held 0.18% of the company's shares

. As of the signing date of this prospectus, there are no pledges or other

disputes in the company's stock held by Yang Guiying .

(11)

Yang Xiaofeng , male, Chinese nationality, no permanent right of abode abroad, ID number: 3521219761028XXXX, domicile: Xiamen XXXXXX. Born in 1976, with a doctoral degree.

In 2006, he graduated from the Department of Computer Science, National University of Singapore with a doctorate degree. Served as a

researcher in the Computer Department of the National University of Singapore and a researcher at the Singapore Institute of Science and Technology. The current manager of the company's software development department.

Before the issuance, Yang Xiaofeng held 0.12% of the company's shares. As of the signing date of this prospectus, Yang Xiaofeng

There are no pledges or other disputes in the company's shares held.

(12) days Huang Jun, male, Han nationality, Chinese nationality, no permanent residence abroad, ID number:

31010719690602XXXX; Address: Xiamen City, Fujian XXXXXX; 1969 was born, the scientific

calendar, July 1990, graduated from East China Normal University Department of Electronics ,Bachelor's degree. Former Electronic Technology Co., Ltd. Xiamen three to five interconnected prospectus of the issuer base in Fujian Province

1-56

Computer Inc. Northwest Regional Manager, Beijing Branch Vice President; Fujian Fujitsu Communication company Fu Fu Information City

field manager; Fujitsu (China) Information Co., Ltd. Fujian District Manager; currently the Deputy General Manager of Sanwu Information.

Before the issuance, Huang Rijun held 0.08% of the company's shares; as of the date of signing this prospectus, Huang

Rijun's stocks of the company were not pledged or otherwise disputed.

(13) Chen Junru, male, Chinese nationality, no permanent right of abode abroad, ID number:

35021119700817XXXX, domicile: Xiamen XXXXXX. Born in 1970, postgraduate

, graduated from Chengdu University of Electronic Science and Technology in 2003 with a master's degree. Served as

Technical Manager of Communication Design Department of Amoi Electronics Co. , Ltd., General Manager and Technical Director of Kuanda Communication Technology (Xiamen) Co., Ltd. He is currently the

general manager of the Mobile Terminal Business Unit of the 35th Five-Year Plan. Before the issuance, Chen Junru held 0.05% of the company's shares. Cut

to the signing date of this prospectus, Chenjun Ru-held pledge or other controversial and some shares of the company there is no

case.

(14)

Huang Yanhong , female, Chinese nationality, no permanent right of abode abroad, ID number: 35212219720927XXXX, domicile: Xiamen XXXXXX. Born in 1972, bachelor degree,

graduated from Hangzhou University of Commerce majoring in international trade with a bachelor's degree in 1997. Served as a

clerk and translator of Shida Group Fujie Machinery and Electricity Company, Manager of Quality Control Department, Manager of Sales Department, Manager of

Sales Management Department, and Manager of Customer Service Department of Xiamen 35 Internet Technology Co., Ltd. The current manager of the company's quality control department. Before the issuance, Huang Yanhong

held 0.05% of the company's shares. As of the signing date of this prospectus, Huang Yanhong's shares of the company are

not pledged or otherwise disputed.

(15) Chen

Tubao, male, Chinese nationality, no permanent right of abode abroad, ID number: 3526221977082 3XXXX, domicile: XXXXXX, Xiamen City, Fujian Province. Born in 1977, college

degree, graduated from Harbin University of Science and Technology in 1997, majoring in computer information management. Served as a

web designer, domain name registration specialist, webmaster, and deputy manager of the technical support department of Xiamen Jingtong Technology Industrial Co., Ltd. Now he is the

network manager and supervisor of the company. Before the issuance, Chen Tu retained 0.05% of the company's shares. As of the

signing date of this prospectus , there are no pledges or other disputes in the company's stock held by Chen Tubao.

5. Brief introduction of the issuer's legal person shareholders The

company has four legal person shareholders. The basic information is as follows:

(1) Shenzhen Zhongke Hongyi Venture Capital Co., Ltd.

Company name Shenzhen Zhongke Hongyi Venture Capital Co., Ltd.

Date of establishment: March 20, 2007 Legal representative Wang Ping

Registered capital RMB 50 million Paid-in capital RMB 50 million

Address 1802, Shenzhen International Chamber of Commerce Building, East Xinzhou Road, Futian District, Shenzhen, Xiamen Three Five Internet Technology Co., Ltd. Prospectus Basic Information of the Issuer

1-57

Business Scope

Venture capital business; agent for other venture capital enterprises, institutions or individuals in venture capital business;

venture investment consulting business; provide venture management services for venture enterprises; participate in the establishment of venture capital

enterprises and venture capital Management consulting agency

As of December 31, 2008, the total assets of Zhongke Hongyi were RMB 176,635,300, and the net assets

were RMB 53.258 million. In 2008, the net profit was RMB 1,323,600. (Financial data has been

audited by Shenzhen Huangjia Certified Public Accountants.)

Financial data

As of June 30, 2009, the total assets of Zhongke Hongyi were RMB 160,801,300, and the net assets

were RMB 53,635,300. From January to June 2009, the company achieved net assets. The profit is 379,500 yuan. (Financial data

unaudited)

Shareholders constitute 80.50% of Wang Feng's shares and Wu Yunfeng 19.50%

(2) Shenzhen Rainbow Venture Capital Group Co., Ltd.

Company name Shenzhen Rainbow Venture Capital Group Co., Ltd.

was established on December 12, 1995. Legal representative Shen Shaoling

Registered capital of RMB 70.8 million. Paid-in capital of RMB 70.8 million.

Address Unit 8, 28th Floor, Duty Free Business Building, No. 6, Fuhua 1st Road, Futian District, Shenzhen.

Business scope

Direct investment in high-tech industries and other technological innovation industries; entrusted management and operation of other entrepreneurial businesses investment

capital company venture capital; investment advisory business; direct investment or participation in the construction business incubators;

domestic business, material supply and marketing industry (excluding franchise, the control and monopoly of goods); economic information consultation (not

including restricted items)

by 2008 On December 31, Rainbow Ventures' total assets were 336,939,600 yuan, and its net assets

were 237,345,700 yuan. In 2008, it realized a net profit of 2,464,800 yuan. (Financial data has been

audited by Zhonglian Certified Public Accountants)

Financial data

As of June 30, 2009, Rainbow Ventures' total assets were 461,985,500 yuan, and its net assets

were 229,319,900 yuan. The net profit from January to June 2009 was -811.67. Ten thousand yuan. (Financial

data has been audited by Zhonglian Certified Public Accountants)

Shareholders constitute 52% of the shares by Chen Yongdi and 48% by Shen Shaoling.

(3) Xiamen Zhongwangxing Management Consulting Co., Ltd. Zhongwangxing

was established on April 24, 2007, with business scope For corporate management consulting and corporate investment

consulting, please refer to the preceding content in this section for details.

(4) Xiamen Zhongjintai Guarantee Co., Ltd.

Company name Xiamen Zhongjintai Guarantee Co., Ltd.

Established on January 22, 2008 Legal representative Kuang Xiaoping

Registered capital RMB 99.99 million Paid-in capital RMB 99.99 million

Domicile Room 705, Aviation Development Building, No. 220 Gaoqi South 5th Road, Huli District, Xiamen City

Business Scope Specializing in various guarantees , Investment and derivative business of Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Issuer Basic Information

1-58

As of December 31, 2008, Zhongjintai's total assets were RMB 108,773,500 and net assets were

RMB 105,829,400. Realized a net profit of RMB 5,839,400. (Financial data has been

audited by Xiamen
Lihui Certified Public Accountants Co., Ltd.)

Financial data
As of June 30, 2009, Zhongjintai's total assets were RMB 108,446,700, and its net assets were

RMB 106,543,400. It achieved net assets from January to June 2009. The profit is 893,600 yuan. (Financial data

unaudited)

Shareholders constitute Xiamen Aviation Development Co., Ltd. to hold 46%, Xiamen Haiao Group Co., Ltd. holds 18%,

Xiamen Fengrong Investment Co., Ltd. holds 18%, and Xiamen Huaihai Holding Group Co., Ltd. holds shares. 18%

(4) Brief introduction of

the company 's holding and shareholding companies The company has 6 subsidiaries: Jingtong Technology, 35 Hong Kong, 35 Beijing, 35

Tianjin, 35 Qingdao, and 35 Suzhou, all of which are the company's wholly-owned subsidiary. Among the subsidiaries, 35 Beijing is undergoing

cancellation procedures, and there are 7 branches in Beijing, Shanghai, Shenzhen, Guangzhou, Fuzhou, Hangzhou, and Quanzhou.

The company's subsidiaries are as follows:

1. Xiamen Jingtong Technology Industrial Co., Ltd.

Company name Xiamen Jingtong Technology Industrial Co., Ltd.

Founded on February 5, 1996 Legal representative Gong Shaohui

Registered capital 8 million yuan paid-in capital 8 million yuan

domicile Siming District 8th Floor, Huiyuan Building, No. 267, Jiahe Road

Business Scope

1) Network engineering, information system engineering, technology development,

technical services, technical consultation and technology transfer of computer software and other electronic products ; 2) Wholesale and retail computer software, hardware, and electronics

Sub-equipment, office equipment; 3) domain name registration, virtual hosting, hosting, hosting, web

page production, website construction (not involved in news publishing, education, healthcare, medicines and medical equipment

and other Internet information services and electronic bulletin services); 4) Self-support and agency for the import and

export of various commodities and technologies , except for commodities and technologies that are restricted by the state or prohibited from import and export.

Main business

Jingtong Technology is a
professional provider of

software products and services based on the SaaS model and mainly relying
on agency sales channels to provide software products and services such as
network domain names, host computers, and corporate mailboxes to SME customers
and individuals in China
.

As of December 31, 2008, Jingtong Technology's total assets were
93,242,600 yuan, net assets

were 8,522,400 yuan, and net profit in 2008 was 6,377,900 yuan. (Financial
data has been

audited by Tianjian Financial Data Guanghua (Beijing) Certified Public
Accountants Co., Ltd.)

As of June 30, 2009, Jingtong's total assets were 63,984,300 yuan, and its
net assets were

9,691.9 million yuan. From January to June 2009, it realized a net profit
of 1,169,500 yuan.

Shareholders constitute 100% of shares held by Sanwu.com.

Remarks

1. The main business of Sanwu.com is domain names and related businesses,
which is different from Sanwu.com's direct sales

marketing model. The main marketing model of Sanwu.com is agency sales.

2. Before December 31, 2006, Jingtong Technology and the company were
controlled by Gong Shaohui, the same actual controller

. The company acquired 99.00% equity of Jingtong Technology on December
31, 2006 and was included in the

scope of consolidation ; acquired the remaining 1.00% equity of Jingtong
Technology on November 30, 2007, making Jingtong Technology a

wholly-owned subsidiary of the company. Basic information about the issuer
of the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-59

(1) The historical evolution of Proficiency in Science and Technology

1) In February 1996, Proficiency in Technology was established.

Proficiency in Technology was established on February 5, 1996. The type of
enterprise is limited liability. the company. According to

the "Business License of Enterprise Legal Person" issued by the Xiamen
Administration for Industry and Commerce on February 5, 1996, the

establishment of Proficient Technology

is as follows:

Registration Number: 26015306-2 Xiamen 001343

Registered Capital: 3 million yuan

Legal Representative: Gong Shaohui

Residence: Unit 4, 21st Floor, Huicheng Commercial Center, 839 Xiahe Road, Xiamen

Business: 1, the wholesale, retail, computer software and office equipment, hardware, machinery, electronic

equipment, medical equipment, metal materials, motorcycles, auto parts, building materials, daily necessities, food and beverage

materials, tobacco (limit Retail), bamboo and wood products; 2. decoration and decoration; 3. electronic technical services and information consulting services

.

The shareholders and shareholdings of Jingtong Technology at the time of establishment are as follows:

Name of shareholder Capital contribution Capital contribution (yuan) Capital contribution ratio

Gong Shaohui cash 1,800,000 60.00%

Gong Shaowen cash 750,000 25.00%

Xiamen Haizhongyang Economic

Development Co., Ltd.

Cash 450,000 15.00%

Total 3,000,000 100.00%

Xiamen Zhong Min CPA Ltd. entrusted, invested into during the tech-savvy set up

the line check verification, and in 1996 issued January 10 <test "Ha Min Yan Zi [1996] No. 018

owned reports> "Xia Min Hui Yan Zi [1996] No. 018 <Capital Verification Report>" stated: Proficiency in Science and Technology declared a registered

capital of 3 million yuan, and as of January 6, 1996, all shareholders had paid up their registered capital.

2) In July 1999, the shareholding of Jingtong Technology was changed.

On July 22, 1999, Xiamen Haizhongyang Economic Development Co., Ltd., Xue Hongbin, Yang Guiying, and Gong Shaowen

signed the "Equity Transfer Agreement", and Gong Shaowen took 25% of Jingtong Technology held by him. Transferred to Yang Gui

Ying, Xiamen Haizhongyang Economic Development Co., Ltd. transferred its 10% equity of Jingtong Technology to Xue Hongbin, and

transferred its 5% equity of Jingtong Technology to Yang Guiying. On the same day, Jingtong Technology went through the relevant industrial and

commercial change registration procedures. The basic situation of the issuer in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-60

The changes in the shareholding structure are as follows:

before the change, after the change, the

method

of shareholder capital contribution, the amount of capital

(10,000 yuan), the

proportion of capital contribution,

the amount of capital

(10,000 yuan), the

proportion of capital

Gong Shaohui Cash 180.00 60.00% Cash 180.00 60.00%

Gong Shaowen Cash 75.00 25.00%---

Xiamen
Haizhongyang Economic

Development Co., Ltd.

Cash 45. 00 15.00%---
Yang Guiying----Cash 90.00 30.00%

Xue Hongbin----Cash 30.00 10.00%

Total 300.00 100.00% 300.00 100.00%

3) Change of equity

in March 2000 On March 3, 2000, Ge Fusheng, Huang Bailin, Gong Shaohui, Yang Guiying and Xue Hongbin signed the "Equity

"Transfer Agreement", Yang Guiying transferred his 15% equity of Jingtong Technology to Ge Fusheng, transferred his

8% equity of Jingtong Technology to Huang Bailin, and transferred his 7% equity of Jingtong Technology. To Gong

Shaohui. Xue Hongbin transferred his 2% stake in Jingtong Technology to Gong Shaohui. On March 7, Jingtong Technology completed

the relevant procedures for the registration of industrial and commercial changes.

The changes in the shareholding structure are as follows:

before the change, after the change, the

method

of shareholder capital contribution, capital contribution

(10,000 yuan),

capital contribution ratio, capital contribution method,

capital contribution

(10,000 yuan),

capital contribution ratio

Gong Shaohui Cash 180.00 60.00% Cash 207.00 69.00%

Yang Guiying Cash 90.00 30.00%---

Xue Hongbin Cash 30.00 10.00% Cash 24.00 8.00%

Ge Fusheng---Cash 45.00 15.00%

Huang Berlin--- Cash 24.00 8.00%

Total 300.00 100.00% 300.00 100.00%

4) Change of equity in September 2000 Xiamen Sanwu Internet Technology Co., Ltd. Basic information about the issuer of the prospectus

1-61

On September 28, 2000, Master Technology held a shareholder meeting and decided to accept Zhuang Daohuo, Xiao Zhizhong and Yao Jin

Cheng, Beijing Quantong Technology Co., Ltd., and China Guangya Broadcasting Information Network Co., Ltd. are the new shareholders of the company.

On September 29, Jingtong Technology went through the relevant registration procedures for the industrial and commercial change of equity transfer.

The changes in the shareholding structure are as follows:

before the change, after the change,

shareholders' capital contribution method,

capital contribution

(10,000 yuan),

capital contribution ratio, capital contribution method,

capital contribution

(10,000 yuan),

capital contribution ratio,

Gong Shaohui cash 207.00 69.00% cash 160.29 53.43%

Xue Hongbin cash 24.00 8.00% cash 18.18 6.06 %

Ge Fusheng Cash 45.00 15.00% Cash 34.35 11.45%

Huang Berlin Cash 24.00 8.00% Cash 18.18 6.06%

Zhuang

Daohuo--- Cash 12.45 4.15% Xiao Zhizhong---Cash 24.00 8.00%

Yao Jincheng----Cash 2.55 0.85%

Beijing Quantong Technology has

Limited

- - - 15.00 cash 5.00%

in Guangya broadcast information

network Co., Ltd.

- - - 15.00 cash 5.00%

Total 300.00 300.00 100.00% 100.00%

5) February 2001 tech-savvy change of equity

, 2000 December 20, Beijing full-Technology Co., Ltd., Guangdong Information Network Co., Asia Broadcast

Division and Gong Shaohui, Ge Fusheng, Xue Hongbin, Huang Bolin Signing the "Equity Transfer Agreement", Beijing

Quantong Technology Co., Ltd. transferred 5% of Jingtong Technology's equity held by it to Gong Shaohui, Ge Fusheng, Huang

Bailin and Xue Hongbin. Zhongguangya Broadcasting Information Network Co., Ltd. transferred its 5% equity interest in Jingtong Technology

to Gong Shaohui, Ge Fusheng, Huang Bailin and Xue Hongbin. On February 9, 2001, Jingtong Technology went through the relevant

procedures of industrial and commercial change registration.

The changes in the shareholding structure are as follows: Basic information of the issuer of Xiamen Sanwu Internet Technology Co., Ltd. prospectus

1-62

before the change After the change

Shareholders' capital

contribution amount

(10,000 yuan)

capital contribution method

capital contribution amount

(10,000 yuan)

capital contribution ratio

Gong Shaohui Cash 160.29 53.43% Cash 180.09 60.03%

Xue Hongbin Cash 18.18 6.06% Cash 20.88 6.96%

Ge Fusheng Cash 34.35 11.45% Cash 39.15 13.05%

Huang Berlin Cash 18.18 6.06% Cash 20.88 6.96%

Zhuang

Daohuo Cash 12.45 4.15% Cash 12.45 4.15% Xiao Zhizhong Cash 24.00 8.00% Cash 24.00 8.00%

Yao Jincheng Cash 2.55 0.85% Cash 2.55 0.85%

Beijing Quantong Technology

Co., Ltd.

Cash 15.00 5.00% - - -

in Guangya broadcast information

network Co., Ltd.

cash 15.00 5.00% - - -

Total 300.00 300.00 100.00% 100.00%

6) in may 2006 the share transfer tech-savvy

, 2006 may 25, tech-savvy meeting of shareholders passed a resolution, Ge Fusheng shareholders agreed to hold

some 13.05% stake in all transferred to Gong Shaohui, Xiao Zhizhong shareholders agreed to hold 8% of all shares turn

give Gong Shaohui, agreed 6.96% stake heir Zhumei Fang and Huang Bolin Yellowstone will hold its All transfer

to Gong Shaohui, agreeing that shareholder Zhuang

Daohuo will transfer all the 4.15% equity held by him to Gong Shaohui, agreeing that shareholder Yao Jincheng will transfer all the 0.85% equity held by him to Gong Shaohui. All shareholders participating in the meeting signed the resolution. Will be

after, tech-savvy to handle the relevant change of business registration. On June 9, the Xiamen Administration for Industry and Commerce

issued the "Notice of Approval of Change Registration" to Jingtong Technology, and issued the changed corporate business executive.

Photo.

The changes in the shareholding structure are as follows:

before the change, after the change, the

shareholder's capital contribution method,

capital contribution

(10,000 yuan),

capital contribution ratio, capital contribution,

capital contribution

(10,000 yuan),

capital contribution ratio,

Gong Shaohui cash 258.24 86.08% cash 279.12 93.04% Xiamen Sanwu Internet Technology Co., Ltd. Basic Information of the Issuer of the Prospectus

1-63

Xue Hongbin Cash 20.88 6.96% Cash 20.88 6.96%

Huang Berlin Cash 20.88 6.96% Cash 20.88 6.96%

Total 300.00 100.00% 300.00 100.00%

7) December 2006 Jingtong Technology Equity Transfer

December 26, 2006 , Gong Shaohui signed the "Equity Transfer Agreement" with Sanwu Technology, and transferred his

93.04% equity of Jingtong Technology to Sanwu Technology. On the same day, Xue Hongbin signed an equity

transfer agreement with Sanwu Technology and transferred his 5.96% equity interest in Jingtong Technology to Sanwu Technology. On December 29

, 2006, Jingtong Technology completed the industrial and commercial change registration at Xiamen Administration for Industry and Commerce and received the changed corporate legal

person business license.

The changes in the shareholding structure is as follows:

after the change before the change

of shareholders of contribution

Capital
contribution

(10,000 yuan)
Capital contribution method Capital

contribution

(10,000 yuan)

Capital contribution

Gong Shaohui Cash 279.12 93.04%---

Xue Hongbin Cash 20.88 6.96% Cash 3.00 1.00%

Sanwu Technology---Cash 297.00 99.00%

Total 300.00 100.00% 300.00 100.00%

8) January 2007 tech-savvy capital increase to 8 million yuan

, 2006 December 30 tech-savvy shareholders' meeting passed a resolution, tech-savvy registered capital of 3 million from

the capital increase yuan to 800 million yuan, shareholders thirty-five technology and recognize each Xue Hongbin Payment of 4.95 million yuan and 50,000 yuan were

verified by Xiamen Xinzhou Certified Public Accountants Co., Ltd. Xiaxinzhou Yanzi (2007) No. 001 "Capital Verification Report". As of

December 31, 2006, the company's accumulated registered capital has actually been changed. The collected amount is 8 million yuan. On January

5, 2007, Jingtong Technology completed the registration of the industrial and commercial change of the capital increase and received the business license after the capital increase.

After this capital increase, the shareholding structure of Jingtong Technology is as follows:

before the capital increase, after the capital increase, the

method

of shareholder capital contribution, the amount of capital contribution

(10,000 yuan), the

proportion of capital contribution, the method

of capital contribution, the amount of capital contribution

(10,000 yuan)

Capital contribution ratio

Xue Hongbin Cash 3.00 1.00% Cash 8.00 1.00%

Sanwu Technology Cash 297.00 99.00% Cash 792.00 99.00%

Total 300.00 100.00% 800.00 100.00% Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Issuer Basic Information

1-64

9) 2007 November Jingtong Technology Equity Change

On November 15, 2007, Xue Hongbin signed the "Equity Transfer Agreement" with Sanwu Internet, and transferred his

1.00% equity of Jingtong Technology to Sanwu Internet. On November 16, 2007, Jingtong Technology Resolution of the shareholders

meeting: the company type is changed to a one-person limited liability company (sole proprietorship), and there is no shareholders meeting. On November

22, 2007, Jingtong Technology completed the industrial and commercial change registration at Xiamen Administration for Industry and Commerce and obtained the changed

business license of the enterprise legal person.

The changes in the shareholding structure are as follows:

before the change, after the change, the

method

of shareholder capital contribution, the amount of capital contribution

(10,000 yuan), the

proportion of capital contribution,

the amount of capital contribution

(10,000 yuan), the

proportion of capital contribution

Xue Hongbin cash 8.00 1.00%---

Sanwu Technology cash 792.00 99.00% cash 800.00 100.00 %

Total 800.00 800.00 100.00% 100.00%

(2) Proficient actually engaged in science and technology during the
reporting period the main business and the progress of

the company after the acquisition of tech-savvy, the two companies will
conduct business in accordance with the overall planning of the proper end of
2006

when integration, the tech-savvy positioning It is the first-level agent
of the issuer (herein refers to the parent company)

and sells to the second-level agent . Therefore, it needs to integrate its
direct sales business and branches into the parent company.

The main business and progress actually engaged in during the reporting
period of Jingtong Technology are as follows:

Unit: Yuan

Project 2006, 2007, 2008, January to June 2009

Sales of main products

Domain name, host and

corporate post office

domain name, host and corporate

post

domain name, host and

business offices

domain name, host corporate offices and

sales

headquarters of the agent,

branch do direct marketing

special agent, open

start cancellation Branch

special agent,

branch complete write-off

completion

specialize in agency

sales 39,315,929.91 48,734,833.24 40,645,774.26 13,502,541.88

(3) The relationship and difference between the main business of Mastery Technology and the company, the main financial data of each period during the reporting period

1) The relationship and difference between the main business of Mastery Technology and the company and the difference between

Mastery Technology 's main business and the company , its main business The relationship and differences with the company are as

follows: Basic information about the issuer of Xiamen Three-Five Internet Technology Co., Ltd. Prospectus

1-65

Differences in the

main business categories

The company is proficient in technology,

network domain names

1, direct sales mainly,

supplemented by agency sales

2. Responsible for the development and

maintenance of the domain name registration system ;

3. Establish a unified technical support and customer

center to provide domain name technical support and

services;

4. Responsible for the unified procurement of domain names,

agent sales,

website construction

1. Direct sales

2. Provide website design And host business

3. Establish a unified technical support and customer

center to provide host technical support and

services;

4. Responsible for product development and product provision.

1. Agent sales

2. Only provide host

business

business mailbox.

Proficient in technology as the company's direct

To effectively supplement the sales business, through

regional differentiation and price differentiation

, the

issuer's

products are sold only on the sales platform for agents , and the issuer's

products

are effectively covered in major large and medium-sized cities across the
country .

1. Direct sales

2. Establish a unified technical support and customer

center to provide technical support and services for mailboxes

;

3. Responsible for product development and product provision.

Sales agency

2) The process of providing email, domain name and other agency services

for the issuer by Jingtong Technology The process of providing email, domain name and other agency services for the issuer by Jingtong Technology is as follows:

developing agents,

signing agency agreements,

prepayments,

consumer products,

and the parent company are settled on a monthly basis The basic information of the issuer in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-66

3) Business settlement model between the issuer and Jingtong Technology

As a wholly-owned subsidiary of the issuer, the business settlement is internal settlement, and the issuer is

The products and services provided by Master Technology are settled on a monthly basis at the internal settlement price negotiated by both parties. The details are as

follows:

Product category provides product and service settlement methods. The

host product issuer provides products for Master Technology afterwards.

Renewal services are

charged at 20% of revenue. The

domain name product issuer provides products and subsequent

services for Jingtong Technology. The products

are settled at the issuer's actual purchase cost

, and services are charged at 5% of revenue.

Post office product issuers provide products and subsequent

services for Jingtong Technology.

Products and services are uniformly settled at 50% of revenue.

4) Reasons for being proficient in technology development agents

①Direct sales model is difficult to achieve coverage of the national

market in a short time, and it is easier to develop agents to achieve

rapid coverage of the national market.


②Domain names are low-end products in the informatization process of small

and medium-sized enterprises, with low gross profit and low technical content.

For some economically underdeveloped areas, the cost of using the agency
sales model is lower than that of the direct sales model.


③ consignment model development mainly to the company's direct sales model

for effective supplement, the domain name, host

and other high market acceptance, low-margin, high-tech products sold
through consignment model, you can fast

-speed mode temporarily cover the company through direct sales For areas
that cannot be covered, product differentiation and regional differentiation
are used to

realize the company's products nationwide coverage and sales.

5) Tech-savvy agents currently have more than 10,000 agents in the
formation process and the main types

of agents. Tech-savvy agents have been gradually formed since they engaged
in domain name registration business.

Because this industry has low barriers to entry and low gross profit for
agents, most agents are individuals

Or a small online company, with unstable sales volume and continuous sales
ability. Although the company has more than 10,000

agents, the number of active agents that can generate a certain amount of
sales per month is only maintained at 3,000-4,000.

6) The main financial data of each period in the report period of Mastery
Technology The main financial data of the

last three years and the first period of Mastery Technology are as
follows:

①The main data of the balance sheet

unit: 10,000 yuan

project 2009-6-30 2008-12-31 2007-12 -31 2006-12-31 Basic information of the issuer in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-67

Total current assets 801.15 3,749.16 2,683.70 1,620.13

Total fixed assets 5,581.15 5,556.70 5,794.63 275.84 Total

intangible assets and other

assets 16.13 18.4 16.19-

Total assets 6,398.43 9,324.26 8,494.52 1,895.97

Total current liabilities 4,089.65 6,193.86 5,628.79 2,085.47

Total non-current liabilities 1,339.59 2,278.16 2,651.28 51

Total liabilities 5,429.24 8,472.02 8,280.07 2,136.47

Total owners' equity 969.19 852.24 214.45 -240.5

Liabilities and shareholders' equity

Total 6,398.43 9,324.26 8,494.52 1,895.97

②The main data of the income statement

Unit: ten thousand yuan

Item 2009-June-2008 2007 2006

operating income 1,350.25 4,064.58 4,873.48 3,931.59

operating profit 138.91 773.81 395.84 164.97

total

net profit 1461.55 116.495 119.495.76 46.79 119.82

③The main data of the cash flow statement

Unit: 10,000 yuan

Item 2009 January to June 2008 2007 2007

Net cash flow from operating activities-1,561.63 1,693.17 4,604.97 381.01 Net cash flow from

investment activities-160.62 -255.26- 5,004.35 -422.16

net cash flow from financing activities -998.59 -555.53 1,959.04 708.77

in cash and cash equivalents 909.49 1,593.28 676.51 -2,720.34

④ proficient reasons dropped significantly in recent years science and

technology revenue and profit margin volatility of

tech-savvy nearly two The annual operating income, net profit and net sales margin are as follows: Basic information of the issuer of the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-68

Unit: million

project January to June 2009 2008 2007 2006

Operating income 1,350.25 4064.58 4873.48 3931.59

Net profit 116.95 637.79 454.95 119.82

sales margin 8.66% 15.69% 9.34% 3.05%

tech-savvy past two years, revenue The reason for the sharp decline and the substantial fluctuation of profit margins is that after the

company acquired the technology-proficient in 2006, starting from the second half of 2007, the company

adjusted its technology- proficient business in accordance with the overall strategic plan , mainly including the following two aspects:

1. tech-savvy direct sales to gradually incorporate three to five interconnected, affected by this factor, tech-savvy 2008

annual revenue decline appears over 2007; 2006 to 2008 tech-savvy marketing expenses as a percentage of business revenue

proportion from the 2006 34.27% Decrease to 7.84% in 2008, which caused the

sales net profit margin of Jingtong Technology to rise from 3.05% in 2006 to 15.69% in 2008;

2. In order to improve the stability of the agency business, the company decided to treat VIP customers who were proficient in technology agents

Manage the same as direct sales customers and provide specialist services to them. Since 2009, the company has

gradually merged VIP customers who are proficient in technology into the 35 Internet. This part of the VIP business income was 6.94 million yuan, which led to the business income of the proficient technology in the

first half of 2009 There has been a decline; due to the decline in business income, the amount of expenses during the period is relatively stable, resulting in

In the first half of 2009, the net profit margin of Jingtong Technology declined compared with that in 2008.

(4) cancellation of tech-savvy branch and the reasons for

the company in the acquisition of tech-savvy, tech-savvy company engaged in the business are basically the same, but proficient Branch

technology itself is mainly for sales agents, its affiliated subsidiaries are facing direct customers Sales, and the company

mainly sells to direct customers. After the company acquired Jingtong Technology, it positioned Jingtong Technology as

a business platform for agent sales. Therefore, it was necessary to integrate technology-savvy branches into the company's direct sales platform.

According to the relevant regulations of the business administration, the branch can only be cancelled but not transferred, so the

branch company must be cancelled for the proficient science and technology .

Date of cancellation of branch location

Beijing 2007.12.20

Shanghai 2008.03.12

Fuzhou 2008.06.12

Hangzhou 2007.03 Xiamen Three Five Internet Technology Co., Ltd. Prospectus Issuer Basic Information

1-69

Quanzhou 2006.09

Guangzhou 2008.03

(5) The transfer of the company is 100% proficient in technology The basis for the pricing of the equity, the fairness of the transaction, and the statutory procedures performed, the

transfer of 5.96% equity of Jingtong Technology in December 2006 and the transfer of 1% equity of Jingtong Technology in November 2007 are

priced at the original capital contribution but the transfer price does not match the reason And the reasonableness of pricing

1) On December 26, 2006, Gong Shaohui transferred all of his 93.04% equity in Jingtong Technology for three to five years.

Science and technology, the consideration is RMB 2,791,200; Xue Hongbin

transferred 5.96% of the 6.96% equity of Jingtong Technology held by him to Sanwu Technology for a consideration of RMB 178,800 . The equity transfer was

priced with the registered capital of 3 million yuan and the corresponding equity ratio at that time . The equity transfer was

approved by a shareholder meeting proficient in technology and three or five technologies. The Xiamen Administration for Industry and Commerce issued the revised

"Business License of Enterprise Legal Person" on December 29, 2006 .

2) On November 15, 2007, Xue Hongbin transferred his 1% equity of Jingtong Technology to Sanwu Internet for a

consideration of 80,000 yuan. The equity transfer was

priced at 8 million yuan in the registered capital of Proficiency Technology at that time and the corresponding equity ratio. The equity transfer was approved by the shareholders meeting of Jingtong Technology and Sanwu Technology (

December 26, 2006, Sanwu Technology's shareholders meeting deliberated and decided that Sanwu Technology would eventually acquire 100% of Jingtong Technology).

The Xiamen Administration for Industry and Commerce issued the revised "Business License for Enterprise Legal Person" on November 22, 2007

.

3) thirty-five Technology, 2006 December 26 from 5.96% stake Xue Hongbin transferee proficient technology, proficient

registered capital of 300 million science and technology, calculated as 5.96% of registered capital of 300 million drawn Wan 17.88

Yuan as the transfer price ; On November 15, 2007, when Sanwu Internet acquired 1% equity of Jingtong Technology from Xue Hongbin,

the registered capital of Jingtong Technology had increased to 8 million yuan. According to the calculation of 1% of the registered capital of 8 million yuan, 80,000

yuan was calculated as the transfer price.

2. Three Five Internet International Technology Co., Ltd. The

company name Three Five Internet International Technology Co., Ltd.

was established on August 16, 2007, with a

registered capital of 700,000

Hong Kong dollars. Address: Room 1203, 12th Floor, Shanghai Industrial Building, 60 Hennessy Road, Wanchai, Hong Kong.

Business scope E-commerce , Online information exchange platform and other network information value-added services

As of December 31, 2008, Sanwu Hong Kong's total assets were RMB 80,000, net assets were

RMB -10,000 , and net profit in 2008 was RMB -10,000. (Financial data has been audited by Tianjian Guanghua (Beijing)

Financial Data Accounting Firm Co., Ltd.)

As of June 30, 2009, the total assets of Sanwu Hong Kong were 0.034 million yuan, and the net assets were 0.14

million yuan. In 2009, 1-6 The monthly net profit is -0.04 million yuan. Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Issuer Basic Information

1-70

Shareholder Composition Sanwu Internet holds 100% shares.

Remarks Sanwu Hong Kong has not carried out business since its establishment.

3. Three Five Internet (Beijing) Technology Co., Ltd.

Company name Three Five Internet (Beijing) Technology Co., Ltd.

Founded on December 1, 2008 Legal representative Gong Shaohui

Registered capital 1 million yuan paid-in capital 1 million yuan

domicile Haidian District, Beijing Suzhou Street No. 79 A 12-storey building Jinzhou chamber

operating range

No business is allowed if prohibited by laws, administrative regulations, or decisions of the State Council; if the laws, administrative regulations, and

decisions of the State Council require permission,

they can only be operated after approval by the examination and approval authority and registration by the administrative agency for industry and commerce ; laws, administrative regulations, and decisions of the State Council If the license is not specified, the business

project shall be independently selected to carry out business activities.

As of December 31, 2008, Sanwu Beijing's total assets were 1.003 million yuan, and the net assets were

997,200 yuan. In 2008, the net profit was -0.2800 yuan. (Financial data has been audited by Tianjian Guanghua

(Beijing) Certified Public Accountants Co., Ltd.)

Financial data

As of June 30, 2009, the total assets of Three Five Beijing was 996,700 yuan, and the net assets were 996,700

yuan. The monthly net profit is -0.046 million yuan. (Financial data has been audited by Tianjian

Guanghua (Beijing) Certified Public Accountants Co., Ltd.)

Shareholder composition Sanwu Internet holds 100%

Remarks Sanwu Beijing has entered the cancellation procedure

4. Tianjin Sanwu Internet Technology Co., Ltd.

company name Tianjin Sanwu Internet Technology Co., Ltd.

established in 2008 August 22 legal representative Gong Shaohui

registered capital of 100 million paid-up capital of 100 million

homes Anshan West Road, Nankai District, Nan Fung Road junction with the Prudential Building 1-2707 (Science Park)

business Scope

Software, electronic information technology and product development, consulting, service, and transfer; computer, software and

Wholesale and retail of auxiliary equipment, electronic equipment and office equipment; computer network equipment installation and maintenance;

computer information consultation. (The state has special franchise regulations in accordance with the special franchise regulations)

As of December 31, 2008, the total assets of Three Five-Year Tianjin were

1.134 million yuan, and the net assets were 1.034 million yuan. In 2008, the net profit was 0.34 million yuan. (Financial data has been Tianjian Guanghua

(Beijing) Certified Public Accountants audited)

financial data

as of June 30, 2009, total assets thirty-five Tianjin is 881,700 yuan and net assets of 77.61

million yuan, 2009 1-6 The monthly net profit is 227,300 yuan. (Financial data has been audited by Tianjian

Guanghua (Beijing) Certified Public Accountants Co., Ltd.)

Shareholder composition Sanwu Internet holds 100%

Remarks No

5. Qingdao Sanwu Internet Technology Co., Ltd. Xiamen Sanwu Internet Technology Co., Ltd. prospectus issuer Basic Information

1-71

Company Name Qingdao Three-Five Internet Technology Co., Ltd.

Founded on June 18, 2008 Legal Representative Gong Shaohui

Registered capital 1 million yuan Paid-in capital 1 million yuan

Address Unit 2, No. 2, Minjiang Road, Shinan District, Qingdao 2002

Business Scope

General business items: computer network engineering, computer software and other electronic product technology development,

technical services; wholesale: computer software, hardware, electronic equipment, office equipment; computer information

advisory. (The above scope needs to be operated with a license.)

As of December 31, 2008, the total assets of Sanwu Qingdao were 1,274,300 yuan, and the net assets were

1,081,300 yuan. In 2008, the net profit was 81,300 yuan. (Financial data has been audited by Tianjian Guanghua

(Beijing) Certified Public Accountants Co., Ltd.)

Financial data

As of June 30, 2009, Sanwu Qingdao's total assets were RMB 1,197,400, and net assets were

RMB 884,600. For the year 2009, 1-6 The monthly net profit was 196,700 yuan. (Financial data has been audited by

Tianjian Guanghua (Beijing) Certified Public Accountants Co., Ltd.)

Shareholder composition Sanwu Internet holds 100%

Remarks None

6. Suzhou Sanwu Internet Information Technology Co., Ltd.

Company name Suzhou Sanwu Internet Information Technology Co., Ltd.

Date of establishment On June 11, 2008, the legal representative Gong Shaohui,

registered capital of 1 million yuan, paid-in capital of 1 million yuan,

domiciled at Room 601, North Building, Runjie Plaza, No. 9 Dengwei Road, Suzhou High-tech Zone.

Business scope

General business items: network engineering, computer software and electronic products Technology development, technical service,

technical consultation and technology transfer; sales of computer software and hardware, electronic equipment, office supplies; computer

technical consultation.

As of December 31, 2008, Sanwu Suzhou's total assets were RMB 1,484,800, and the net assets were

RMB 995,300, and realized net profit of RMB 4,700 in 2008. (Financial data has been audited by Tianjian Guanghua

(Beijing) Certified Public Accountants Co., Ltd.)

Financial data

As of June 30, 2009, the total assets of Sanwu Suzhou were 1.4159 million yuan, and the net assets were

711,900 yuan. The year 2009 was 1-6. The monthly net profit is -28.34 million yuan. (Financial data has been audited by

Tianjian Guanghua (Beijing) Certified Public Accountants Co., Ltd.)

Shareholder composition Sanwu Internet holds 100%

Remarks None

7. The main business, business evolution and progress actually engaged by each subsidiary and branch

(1) The main business and business evolution actually engaged by each subsidiary and branch The main business and business evolution

actually engaged by each subsidiary and branch are as follows:

Company name establishment/Acquisition time The main business actually engaged in business evolution Xiamen Sanwu Internet Technology Limited basic situation of the issuer prospectus

1-72

tech-savvy December 2006

sale of domain names, hosts, and mail

and other software and services

before the end of December 2006, sales agent and direct

sales simultaneously, after the acquisition by the issuer, the only

thing agents promotion of.

Thirty-five Suzhou in June 2008

sales of domain names, website building,

post office and CRM software and service

business

Since its establishment, they have been engaged in direct selling business

35 Qingdao June 2008 Same as above

35 Tianjin August 2008 Same as above

Shanghai Branch September 2006 Same as above

Beijing Branch June 2007 Same as above

Fuzhou branch July 2007 Same as above Same as above

Guangzhou branch August 2007 Same as above

Quanzhou branch December 2007 same as above

Shenzhen branch December 2007 Same as above Same as above

Hangzhou branch April 2008 Same as above Same as above

Binary March 2005 Online game development

Acquisition in March 2005 It is a subsidiary,

and ceased to be a

subsidiary of the company after the equity transfer in February 2007.

35 Internet (

Beijing) Technology Co.,

Ltd.

December 2008

No business since its establishment

.

Cancellation process.

35 Internet

International Technology

Co., Ltd.

August 2007

since its inception did not carry out business

service

(2) the subsidiary, branch business progress

From the perspective of operating income, the company's existing subsidiaries and branch companies are progressing well. The

details are as follows:

Unit: Yuan

Company Name 2009 1-6 Month 2008 2007 2006

Three Five Qingdao 591,866.00 1,337,369.00

Three Five 1,101,807.00 1,239,553.00 Technology Co., Ltd. Xiamen three to five interconnected basic situation of the issuer prospectus Suzhou

1-73

thirty-five Tianjin 580,550.00 442,594.00

tech-savvy 13,502,541.88 40,645,774.26 48,734,833.24 39,315,929.91

Beijing Branch 5,360,507.05 10,203,257.10 611,135.00

Shanghai Branch 3,416,383.00 7,038,158.00 2,123,222.30

Guangzhou Branch 2,301,530.00 3,452,844.00

Shenzhen Branch Company 1,524,771.00 1,912,082.00

Fuzhou branch 1,074,878.00 1,962,016.51 34,316.00

Quanzhou branch 1,011,978.00 1,561,339.00

Hangzhou branch 1,023,201.00 631,365.00

8. The relationship between the Beijing branch and the Beijing branch, the reason and progress of the cancellation of the Beijing branch

35 Beijing and Beijing Branch are two independent institutions of the issuer, and they have no business relationship with each other. San

Wu Beijing was established in December 2008 is mainly due to: the implementation of the new enterprise income tax law, the company each quarter to be

50% of the total aggregate profits of the company, in accordance with the applicable tax rate of 25% offices (and headquarters of the applicable tax rate is 9%)

The company was worried that it would greatly increase the overall tax burden of the company when the prepayment was made at the location of the branch. Therefore, it decided to gradually

cancel each branch and set up a corresponding subsidiary to undertake the business of the branch. Thus, the establishment of Sanwu Beijing.

Since then, with the gradual clarification of the implementation regulations and execution procedures of the new corporate income tax law, it is clear that the

tax rate applicable to the headquarters will be 9% at the end of the year , and the tax rate applicable to subsidiaries will be 25%. After the implementation of the new tax law, the company will be affected

. In other words, the tax burden of opening a branch is lower than opening a subsidiary. Therefore, it was decided to cancel the 35th

Beijing branch and still conduct business with the Beijing branch.

35 Beijing has now completed the cancellation procedures of the national tax and local tax, and is currently handling the cancellation procedures for industry and commerce.

VI. Organizational structure of the

issuer (1) Organizational structure of the issuer

1-74 Basic information of the issuer in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

(2) The company's internal organization is set up

in accordance with the modern corporate system to achieve high efficiency Established the company's organizational structure for principles. The company's

authority is the general meeting of shareholders. The board of directors is elected by the general meeting of shareholders. It is a permanent decision-making and management body. The

company's board of directors has a strategy committee, a nomination, remuneration and appraisal committee, and an audit committee.

The main responsibility of the committee is to conduct research and make recommendations on the company's long-term development strategy and major investment decisions.

Nomination, Remuneration and Appraisal Committee's primary responsibility is the directors, supervisors and senior management of the selection criteria

proposals and procedures, extensive search for qualified directors, supervisors and senior management candidates, for director supervisor

things, the candidates senior management Conduct reviews and make recommendations; study

the evaluation criteria for directors, supervisors, and senior managers , conduct evaluations and make recommendations; study and review the

remuneration policies and plans for directors, supervisors, and senior managers . The main duties of the audit committee are to review the company's internal audit system and supervise its

implementation, review the company's financial information and its disclosure, and propose to hire or replace an external audit agency. The company has

established an operating team consisting of the general manager, deputy general managers, chief financial officer, and secretary of the board of directors. Under the

leadership of the board of directors , it is responsible for leading the company's daily operations and management. The Board of Supervisors is a supervisory authority, mainly responsible for supervising the

company's finances and the legal compliance of the company's directors, managers and other senior management personnel in performing their duties

, and safeguarding the legal rights and interests of the company and shareholders.

The various departments under the company are operating well, and their specific functions are as follows: The

main functions of the serial number department The basic information of the issuer of the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-75

1 The audit department

is responsible for formulating and implementing the company's internal audit work plan, and establishing and improving Internal control system and

audit and supervision of implementation; assist the board of supervisors and audit committee to inspect and audit

related matters, and provide them with the required information and basis; cooperate with the audit agency hired by the company to complete

Annual and special audit; responsible for internal audit of the company and its branch (subsidiary) company investment projects; internal

audit of the company and its branch (subsidiary) company's financial income and expenditure, other economic activities,

and the legality and authenticity of accounting data Audit; submit the company's annual internal

audit work report to the board of directors , and perform other special audits decided by the board of directors.

2 Securities Department

is responsible for collecting the state's macroeconomic policy and stock market information; assist the Secretary of the Board completed

into the company, "Three Meetings" (including the general meeting of shareholders, board of directors, board of supervisors) preparation, information disclosure

dew, investor relations management, financial planning and approval, The management of securities files and materials,

the custody and registration of equity affairs, the consultation of securities market laws and regulations, and other securities affairs; to do a good job

in contact and

communication with securities regulatory agencies, intermediaries, stock exchanges, registration and settlement companies, etc.

3 Legal

Department Responsible for assisting the company's management to correctly implement national laws and regulations, and to

provide legal opinions on the company's major business decisions ; drafting and reviewing various company contracts and agreements, participating in

the negotiation and signing of major business activities; participating in company mergers and divisions
Handle

important economic activities involving the company's rights and interests such as acquisition, investment, leasing, asset transfer, bidding, and company restructuring
; handle related legal affairs; handle company litigation, appeals, mediation, arbitration and other affairs; be

responsible for trademarks, patents, and trade secrets Protection and other related legal affairs; assist the company's external lawyers

to jointly deal with the company-related legal affairs.

4 Quality Control Department

Responsible for organizing the establishment, evaluation and improvement of the company's various management standards, management systems, and work

processes; organizing the establishment of the company's quality management system and ensuring its effectiveness; monitoring the company's product

quality and safety, investigating and handling the causes of problems, and proposing corrective measures and treatments Suggestions; organize

quality selection and quality certification activities.

5 of Personnel Administration Center

is responsible for human resources management strategy, the implementation of human resource planning, human resources recruitment and

deployment, salaries and benefits, performance management, employee development and training of human resources-by

-step to improve human resource management system to ensure the company's strategic goals Realization; Responsible for

the daily service work of the company's management, coordinating the internal and external relations of the company, responsible for

logistics support such as vehicles, office supplies, property, reception, etc.; responsible for the company's corporate culture construction work, and

promote the implementation in each subsidiary (branch) company, Cooperate with the organization and planning of internal activities. There are administrative

departments and human resources departments.

6 Financial Management Center

is responsible for supporting the financial management system of the company's business objectives to achieve the proposed financial analysis for

decision-making reference; in accordance with relevant laws and regulations "Accounting Law", "Securities Law" and other combined group public

reality Division, to develop the company's financial management Responsible for the

company's financial budget and final accounts, accounting, financial analysis, fund management and financial monitoring and other financial

management work, improve the efficiency and effectiveness of fund operation and daily management; be responsible for the

company's Guidance, management and supervision of project financial management.

7 Product Technology Center

Responsible for the planning, R&D, testing, release

and maintenance of the company's Internet application products and operational products ; responsible for the product management and project management of the entire life cycle of R&D products

; as the core technical department, it provides services to the market, business and operation departments Necessary

product and technical support. The center consists of product management department, software development department, operation development department,

interface design department, software testing department, and quality management department. Xiamen 35 Internet Technology Co., Ltd. Prospectus Issuer Basic Information

1-76

8 Marketing Center

Responsible for formulating the company's marketing strategy plan,

conducting effective market forecasts through the collection and analysis of market information ; responsible for marketing activities and brand management , In order to improve customer

satisfaction and product visibility; responsible for the company's domestic marketing network construction and improvement,

market development, product sales, customer relationship management; responsible for sales

management, support and guidance to the subsidiary (branch) company for better To accomplish the

dual goals of sales targets and management targets issued by the headquarters . There are marketing department, rename department, web design department, customer development department, and

sales department.

9 Operations Center

is responsible for managing and maintaining business servers, IDC (Internet Network Information Center) computer room with

and internal information network; by phone, live chat, e-mail and other communication tools, will be

on understanding of customer needs, suggestions and comments; responsible for handling customer

Provide after-sales service issues and provide technical support for after-sales issues. There are two sub-centers, technical support sub-center and customer service sub-

center.

10 The Software Outsourcing Center is responsible for the development, maintenance and service of outsourcing businesses such as overseas software development, technical support and services

. There are marketing department, business development department, and customer service department.

VII. Issuer's share capital

(1) The total share capital before the issuance, the shares issued this time, and

the proportion of the shares issued this time in the total share capital after the issuance. After the

establishment of a joint-stock company by Sanwu Technology as a whole, the company The total share capital is 40 million shares. Since the

establishment of the joint-stock company, the company has not increased capital, bonus shares, or capital reserve, and the share capital has not changed.

The company plans to issue 13.5 million shares this time. The equity structure before and after the issuance is as follows:

Equity structure before issuance Equity structure after issuance

Name of shareholders

Number of shares (10,000 shares) Proportion (%) Number of shares (10,000 shares) Proportion (%)

Lock-in restrictions

And deadline

Gong Shaohui 2,425.08 60.63 2,425.08 45.33

China Net Xing 400.00 10.00 400.00 7.48

Zhang

Meiwen 8.00 0.20 8.00 0.15 Gong Guangzu 7.265 0.18 7.265 0.14

Yang Guiying 7.265 0.18 7.265 0.14 Yang Xiaofeng

4.795 0.12 4.795 0.09

Huang Rijun 3.00 0.08 3.00 0.06 Huang Yanhong

2.00 0.05 2.00 0.04

Chenjun Ru 2.00 0.05 2.00 0.04

Chen soil protection 2.00 0.05 2.00 0.04

date of listing

Lock 36 months

has

limited

the sale of

strip

pieces

of

shares

part

Gong with far 21.795 0.55 21.795 0.41

date of listing

Lock 60 months Xiamen three to five interconnected Technology Co., Ltd. prospectus issued Human Basic Information

1-77

Shen Wence 230.60 5.77 230.60 4.31

Zhongke Hongyi 245.00 6.13 245.00 4.58

Rainbow Ventures 200.00 5.00 200.00 3.74

Xue Hongbin 16.20 0.41 16.20 0.30 Zhongjintai

175.00 4.38 175.00 3.27 Wang Haitao

155.00 3.88 155.00 2.90

Peng Yong 50.00 1.25 50.00 0.94

Lu Macro 33.00 0.83 33.00 0.62

Li Yunfei 12.00 0.30 12.00 0.22

From the date of listing

Lock 12 months

the shares of this issue - - 1,350.00 25.23 -

Total 4,000.00 100.00 5350.00 100.00 -

Note: In addition to the shareholding commitment, served as company directors, supervisors and senior executives Gong Shaohui, Wang Ping, Pang

Yong, Li Yunfei, Chen Shaohua, Han Hualin, Zeng Huaqun, Shen Wence, Wang Haitao, Chen Tubao, Lu Hong and Zhang Meiwen all promised

that the shares transferred each year during their tenure shall not exceed 25% of the total shares of the company held by them; within half a year after resignation

, Do not transfer the company's shares held by it.

(2) Top ten shareholders

Serial number shareholder name Number of shares held ( 10,000 shares) Shareholding ratio (%) Nature of equity

1 Gong Shaohui 2,425.08 60.627 Natural person shares
2 China NetXing 400.00 10.000 Social legal person shares

3 Zhongke Hongyi 245.00 6.125 Social legal person shares

4 Shen Wence 230.60 5.765 Natural person shares

5 Rainbow Ventures 200.00 5.000 Social legal person shares

6 Zhongjintai 175.00 4.375 Social legal person shares

7
Wang
Haitao 155.00 3.875 Natural person shares

8 Peng Yong 50.00 1.250 Natural person shares
9 Lu Hong 33.00 0.825 Natural person shares
10 Gong Hanyuan 21.795 0.545 Natural person shares

Total 3,935.48 98.39-Basic information of issuers in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-78

(3) The top 10 natural person shareholders of the company before the issuance and their positions in the company

(4) Shareholders before the issuance Circulation restrictions on shares held and commitments to voluntarily lock up shares

The company's controlling shareholder Gong Shaohui, the second largest shareholder Xiamen

Zhongwangxing Management Consulting Co., Ltd. and natural person shareholders Zhang Meiwen, Gong Guangzu, Yang Guiying, Yang Xiaofeng, Huang Rijun, Huang Yanhong, Chen Junru, and Chen Tubao promised:

Within 36 months from the date of listing of

the issuer's shares, the issuer's shares held by himself or the company prior to the issuance shall not be transferred or entrusted to others to manage the issuer's shares, nor shall the issuer repurchase such shares.

Individual shareholders of the Company Gong with far committed: in the issuer's stock market within 60 months from the date, do not turn

allow or authorize others (except guardian) to manage my shares of the issuer held by this issue before, and

not by the issuer Repurchase this part of the shares.

The company's natural person shareholder Wang Haitao held a total of 1.55 million shares of the company before the issuance, of which 550,000

shares (hereinafter referred to as the "new shares") were acquired from Zhongke Hongyi on December 16, 2008. Wang

Haitao promised : (1) spontaneous day of the stock market within twelve months from the pedestrian, not to transfer or entrust others to manage and

management of the issuer shares of the company issued before the holding of such shares repurchased by the issuer; ( 2)

Name of serial number shareholder

Number of

shares held (10,000 shares)

Percentage of shareholding (%) Serving in the company

1 Gong Shaohui 2,425.08 60.63 chairman, general manager of

the Chairman 2 Board of Supervisors Shen Wenzel 230.60 5.77

3 3.88 155.00 supervisor Wang Haitao

4 50.00 1.25 Peng Yong,

Director, Vice President and Chief Financial

person in charge

5 33.00 0.83 Lu Wang

Vice President and Secretary of the Board

book

6 Gong with far 21.795 0.55

7 Xue Hongbin 16.20 0.41

8 Li Yunfei 12.00 0.30

Director, Deputy General Manager and Technical

Director

9 Zhang

Meiwen 8.00 0.20 Deputy General Manager 10 Gong Guangzu 7.265 0.18

 Total 2,958.94 73.97 Basic Information of the Issuer of Xiamen Three Five Internet Technology Co., Ltd. Prospectus

1-79 Within

24 months from the date of listing of the issuer's shares, the transfer of the above-mentioned new shares shall not exceed

50% of the total amount of the new shares held by the issuer.

Shareholders of the Company Shenzhen Branch Wang Yi Venture Capital Co., Ltd., Shenzhen Rainbow Venture Capital Group has

limited company, Shen Wenzel, Wang Haitao, Peng Yong, Lu Wang, Xue Hongbin, Li Yunfei are committed: the issuer's stock

listing date within ten Within two months, do not transfer or entrust others to manage the company's holdings before the issuance

Pedestrian shares will not be repurchased by the issuer.

Shareholders of the Company in Xiamen Jintai company limited by guarantee commitments: (1) spontaneous day of the stock market within ten pedestrians

within months, not to transfer or entrust others to manage the shares of the issuer prior to the issuance of the Company held, also

could not help The issuer repurchases this part of the shares; (2) Within 24 months from the date of listing of

the issuer's shares, the total amount of the issuer's shares held before the issuance shall not exceed 50% of the total amount of the shares of this part.

The company's directors, supervisors and senior executives Gong Shaohui, Peng Yong, Li Yunfei, Shen Wence,

Wang Haitao, Chen Tubao, Lu Hong and Zhang Meiwen promised that, in addition to the aforementioned lock-up period, the number of shares transferred each year during their tenure will not

exceed their direct or indirect holdings. 25% of the total number of shares of the issuer; and within half a year after leaving the company,

the issuer's shares held directly or indirectly will not be transferred .

8. The issuer's internal employee shares Since the

establishment of the issuer, no internal employee shares have been issued.

Nine, trade unions holding, ESOP shares, trust holdings, holdings, etc. commissioned by

the issuer has been established, there is no union ownership, ESOP shares, trusts and trust holdings hold

shares, etc. .

10. The issuer's employees and their social security

(1) The issuer's employee structure The

number of employees (including subsidiaries) and the changes are as follows:

As of June 30, 2009, the company's employee composition is as follows:

1. By employee The division of professional structure The

proportion of the number of employees in the total number of employees (%)

Technical and R&D personnel 190 16.96% of the

time 2009-6-30 2008-12-31 2007-12-31 2006-12-31

Number of employees 1,120 1,018 773 758 Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Issuer Basic Information

1- 80

Management staff 67 5.98%

Finance staff 17 1.52%

Customer service staff 35 3.13%

Sales staff 805 71.88%

Others 6 0.54%

Total 1,120 100.00%

2. Divided by the level of education received by

employees The number of employees in the category of employees as a percentage of the total number of employees (%)

Graduate students Graduate and above 9 0.80%

Bachelor 307 27.41%

Associate 594 53.04%

Technical secondary school and below 210 18.75%

Total 1,120 100.00%

3. According to the age

of employees The proportion of the number of employees in the total number of employees (%)

25 years and under 690 61.61%

26-30 years old 366 32.68%

31-40 years old 55 4.91%

41 years old and above 9 0.80%

Total 1,120 100.00%

(2) Company employee management system

1. Labor contract management system

The company

implements a full-staff labor contract system in accordance with the "Labor Law of the People's Republic of China", "Labor Contract Law of the People's Republic of China" and other relevant laws and regulations. As of June 30, 2009,

all employees of the company have signed labor contracts with the company, and have

filed employee employment and labor contracts with Xiamen Labor and Social Security Bureau . Technology Co., Ltd. Xiamen three to five interconnected basic situation of the issuer prospectus

1-81

2. Social insurance and welfare management system

the Company has in accordance with national and provincial and municipal laws, regulations and policies, according to "social insurance

premiums levy pay Provisional Regulations "and" Xiamen foreign workers social insurance Interim Measures, "and other requirements, according to the law as a member of the

workers handle to pay the basic old-age insurance, basic medical insurance, unemployment insurance, industrial injury insurance and maternity insurance and live

formalities housing fund of the company and The Social Security Bureau of each branch has issued relevant certificates for the company

.

11. Important commitments made by major shareholders, directors, supervisors, and senior management personnel holding more than 5%

of the shares. In addition to the aforementioned commitments regarding the lock-up of shares, prior to the issuance, the company's major shareholders,

directors, supervisors, and senior management holding more than 5% of the shares The important commitments of the personnel are as follows:

(1) Commitment

to avoid horizontal competition In order to avoid the possibility of horizontal competition with the company in the future, the controlling shareholder, actual controller and

major shareholders holding more than 5% of the shares of the company have issued the "Avoiding Horizontal Competition Commitment Letter" ",committed to:

"During the period when I or my company holds more than 5% (inclusive) of your company's shares, there is no future nor

in any way (including but not limited to separate operations, through joint ventures, or owning

shares of another company or enterprise and other equity) directly or indirectly, any business or participate in any activities that compete with your company, not to

engage in or participate in any way with the production of any of your products or services identical or similar products can replace your company

business activities or services.

I Or the company will

urge me or the company or enterprise directly and indirectly controlled by the company to perform the

same obligations as me or the company through the dispatched agencies and personnel (including but not limited to directors and general managers) and holding positions , and commitment as any business opportunity with your company run obtained from any third party

business competition or possible competition, the person or the company will immediately notify your company, the business machine and try to

make to your company. "

the company all directors, senior management also issued "to avoid competition with the commitment letter" and promised:

"as a director during your company / senior management, I am not currently and will not in any way

type (including, but not limited to business alone, or through joint ventures and other shares owned by another company or business

interests), directly or indirectly, any business or participate in any activities that compete with your company, not in any way from

something or your company involved in the production of any goods or services identical, or similar can replace your company's product or service industry

business activities.

I would (but not limited to the directors, including the general manager) and promote the holding position by the agency and staff

to make himself and indirect holding companies or enterprises to fulfill these commitments directly with I have the same obligations and promise

If any business opportunity obtained from any third party competes with or may compete with the business operated by

your company, I will notify your company immediately and try my best to transfer the business opportunity to your company. "Xiamen 35 Internet Technology Co., Ltd. prospectus issuer's basic information

1-82

(2) Reduction and standardization of capital transactions commitments In

order to avoid possible future capital transactions with the company other than normal business, the company's controlling shareholder,

actual control People and major shareholders holding more than 5% of the shares issued a "Letter of Commitment", promising:

"I, or the company, or other enterprises controlled by the company, will not use borrowing, debt repayment,

advance payment or other means The funds of your company and its subsidiaries will strictly abide

by the relevant regulations of the China Securities Regulatory Commission on the corporate governance of listed companies, and avoid all capital

transactions except normal business with Sanwu.com . " (C)

reduce and regulate trade association committed

to avoid, reduce related party transactions with the Company, the Company's controlling shareholder, actual controller and hold

shares more than 5% of the major shareholders are issued a" letter of commitment to reduce and regulate related party transactions " , Promise:

"I or the company and the company controlled by me or the company will try to avoid and reduce

related transactions with your company . As related transactions can not be avoided, you and I will strictly abide by the China Securities Regulatory Commission and your company's

articles of association, determine the transaction price and other trading conditions in accordance with normal commercial criteria, and in accordance with the related transaction

approval formalities are fair and easy decision-making procedures, be fair . "Xiamen Three Five Internet Technology Co., Ltd. Prospectus Business and Technology

1-83

Section 5 Business and Technology

First, the company's industry and outlined the main business

of the Company for a through SaaS model, application software systems rely on independent research and development, the focus for Zhong

Guo SME customers, providing enterprise-mail, e-commerce site construction, network domain, office automation Department

system (OA), the professional provider of customer relationship management (CRM) system and other software products and services, belongs to

the software operating service (SaaS) industry. SaaS is the abbreviation of Software as a Service in English. It

is a new software application and service model that has emerged with the development of the Internet and the maturity of application software. It

represents the future development direction of the software industry. It is currently experiencing rapid growth in the world. Popularization and rapid growth stage. In

this mode, the software operating service provider unified application software deployed on the server, according to real customer

order software products and services they need to inter-provider needs, according to their order of product categories and the deadline to mention

provider Pay fees and obtain corresponding software products and services through the Internet.

The company is one of the major domestic

providers of software applications and services for the informatization construction of small and medium-sized enterprises through the SaaS model . The company's business has achieved rapid growth in the past three years. In

the future, the company will

further improve and extend the company's products and services based on the gradual increase in the degree of informatization of

Chinese small and medium-sized enterprises, and provide comprehensive one-stop software applications and services for Chinese small and medium-sized enterprises based on the SaaS business model.

(1) Overview

of the industry. For small and medium-sized enterprises, the SaaS model is a better way to use lower costs to promote enterprise informatization.

The first domestic software operation service (SaaS) strategic research report published by CCW News

The report-"The Next Decade of the Software Industry-China Software Operation Service (SaaS) Development Status and Trends Research

Report" pointed out: At present, three relatively mature software operation service types have been formed in the SaaS market,

namely:

1 , Tool software operation business: This type of business is typically represented by e-mail, etc. The

feature of this type of business is based on tool software and provides software products for enterprises and individuals through the Internet. Domain name is

an earlier type of business that appeared in the software market. In the later development process, similar businesses continued to emerge, such as

e-mail, websites, hosting, online antivirus, and online games.

2. Management software operation business: This type of business is typically

represented by online customer relationship management software (CRM) , which is characterized by enterprise management software as a blueprint and provides enterprise management-oriented

software products through the Internet . Similar businesses include: online purchase, sales and inventory software, office automation system, HRM (human resource

management system), SCM (supply chain management system), etc.

3. Application development software operation business: This type of business is characterized by the use of application system development tools as a model

, and provides software products mainly for software developers via the Internet. This type of business mainly includes:

database, middleware, development tools, storage backup, etc. Xiamen 35 Internet Technology Co., Ltd. Prospectus Business and Technology

1-84

Typical well-known software operators at home and abroad currently engaged in various software operation services are as follows:

Software operation business types Typical software operators For

personal Shanda, Giant Network, Tencent, etc.

Tools

For enterprises Google, Baidu, Alibaba, 35 Internet, 263 network communications, etc.

Management SAP, SalesForce, Rightnow, UFIDA, Kingdee, etc.

Application development Microsoft, Oracle, etc.

(2) Overview of

the company's main business The company's main business belong to the software operation services industry, mainly through the SaaS model, relying on independent

application software system development, the focus for Chinese SME customers, providing enterprise-mail, e-commerce network

station construction, network domain, office automation system (OA), customer relationship management System (CRM) and other software

products and services. The company's current main products, corporate mailboxes, e-commerce website construction, and network domain names,

all belong to the enterprise-oriented SaaS tool software business, which is a relatively mature

type of software operation service . E-mail service is available to SMBs Internet e-mail product related business;

e-commerce website building services to provide e-commerce website construction and related services to users; domain name service packages

include domain name registration, domain parking, domain name and domain name transaction technology services Waiting for business.

The company's business has initially met the relevant needs in the early stages of the informatization process of small and medium-sized enterprises, and can

provide one-stop and packaged software applications and services for small and medium-sized enterprises to a certain extent. The three types of business are inherently

related, which is reflected in certain types of Corporate customers with business needs often have the needs of the other two types of business at the same time

, and the company's three types of business have a certain degree of linkage.

(3) Changes in main products and services

Since the establishment of the company and its predecessor, Sanwu Technology, the business has been mainly centered on the

operation of information software for small and medium-sized enterprises . During the reporting period, the company's main business includes

three categories of network domain names, website construction and corporate mailboxes, which are products and services at the introductory application phase and business-driven phase of enterprise informatization. The next

few years, the company will build on the existing business, relying on investment projects, focusing on the development of OA, CRM

and other enterprise information management driven stage and even high-end products and integrated business application stage, to further enhance the public

sector of the Division, Committed to becoming a leading provider of Internet software applications and operational services in China.

2. Basic situation of the industry

(1) Industry management system, main laws, regulations and policies

1. Industry management system

The industry in which the company operates is an emerging software operation service industry.

The administrative department in this industry is the Ministry of Industry and Information Technology. Its main responsibilities are: formulating and organizing the

implementation of development plans for industry, communications, and informatization, and promoting the strategic adjustment and optimization and upgrading of the industrial structure. Xiamen Sanwu Internet Technology Co., Ltd. Limited prospectus business and technical

1-85

to promote information technology and industrialization; formulate and implement industrial, communications industry sector planning, programming and production

industry policy, proposed to optimize the industrial layout, the structure of the policy recommendations, the drafting of relevant draft laws and regulations , Formulate regulations

, draft industry technical specifications and standards and organize their implementation, guide industry quality management work, etc.

The software operation service industry is an emerging industry derived from the integration of the software industry and the Internet industry.

Industry self-regulatory organizations include China Software Industry Association and China Internet Association. China Software Industry Association is OK

The main function of the guidance and coordination agency within the industry is to engage in software industry and market research,

public services to member units , industry self-discipline management, and industry development suggestions to government departments on behalf of members.

The main functions of the China Internet Association are to organize the formulation of conventions and regulations, safeguard the overall interests of the industry, and realize industry self-discipline; and

coordinate the exchanges and communication between the industry and the competent government departments.

The industry in which the company is located has achieved market-oriented competition. Each enterprise operates independently from the market, government functional departments

conduct industrial macro-control, and industry associations conduct self-regulation.

2. Major laws, regulations and policies

of the industry As the software operation service provided by the company is a product of the combination of software applications and the Internet, it

is managed and regulated by laws, regulations and policies of both the Internet industry and the software industry.

(1) For the main laws, regulations and policies in the field of Internet

for the main laws, regulations and policies in the field of Internet include: "Article People's Republic of China Telecom

cases", "Telecommunications business classification", "telecommunications business license management approach" "telecommunications service

norms", "Internet information services", "Internet e-mail service management approach" and the "

Guo Internet domain Name Regulations", "the Ministry of industry and information technology implementation of administrative licensing", "Chinese mutual

networking The Association's Internet Public E-mail Service Regulations, the "Internet Association of China's Anti-Spam Regulations", the

"Regulations on the Administration of Foreign-Invested Telecommunications Enterprises", and the "Electronic Information Industry Adjustment and Revitalization Plan".

From the legal point of view, the business type of the company is mainly as a value-added telecommunications

The "Telecommunications Regulations" and the "Administrative Measures for Internet Information Services" are basic laws and regulations that need to be complied with.

According to the provisions of the "People's Republic of China Telecommunications Regulations" and the "Administrative Measures for Telecommunications Business Licenses" (

Order No. 5 of the Ministry of Industry and Information Technology, March 5, 2009), the state

classifies telecommunications business operations in accordance with telecommunications business, Implement a licensing system. To operate telecommunications business, one must obtain

a telecommunications business license issued by the Ministry of Industry and Information Technology or the Communications Administration of a province, autonomous region, or municipality directly under the Central Government in accordance with regulations . The

specific requirements for the registered capital of the applicant enterprise at the time of approval of the telecommunications business license are: the

minimum amount of registered capital for business types;

national or trans-regional basic telecommunications services: 1 billion yuan;

basic telecommunications services in the province: 100 million yuan;

national or cross-regional value-added telecommunications services 10 million yuan in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd. Business and technology

1-86

local value-added telecommunications services 1 million yuan

The company has obtained the cross-regional "Value-added telecommunications business license of the People's Republic of China" in accordance with the law.

(2) the main laws, regulations and policies for e-mail services

for the establishment of mechanisms for e-mail services specifications to promote the operators and users of e-mails healthy development

development, Internet Society of China in 2003 and 2004 successively promulgated the "China The Internet Society Anti-

Spam Regulations and the Internet Public E-mail Service Regulations of the Internet Society of China protect

the legitimate rights and interests of Chinese e -mail users and promote the healthy development of the e-mail service industry.

E-mail service specification various subjects, November 7, 2005, the former Ministry of Information Industry (now

is the Ministry of Industry and Information Technology) Fifteenth ministerial meeting examined and adopted the "Internet E-mail Service Management Office

Act" This approach mainly focuses on the issue of spam, and is an important

administrative regulation on Internet e-mail services in China .

In order to cooperate with the implementation of the "Administrative Measures for Internet E-mail Services," the Internet Society of China has set up an anti-

spam work committee and formulated e-mail whitelist rules. This rule includes

e-mail software operators with strong spam filtering capabilities into the whitelist, allowing free

sending and receiving of e-mails between e-mail boxes in the whitelist ; while for non-whitelisted e-mail mailboxes with poor spam filtering capabilities, the There

are strict restrictions when sending and receiving emails to and from the whitelisted email box.

(3) For the main laws, regulations and policies in the domain name business of

the provisions on the domain of China's major policies and regulations related to the two files: one is the former National Information

Industry to develop the "China Internet Domain Name Regulations"; the other is by the China Internet network information

developed by Center "China Internet network information Center domain Name registration Rules for the implementation." These two documents

established basic norms for domain- related businesses.

(4) For the main laws, regulations and policies in the field of software

major laws and regulations of the software industry in China has a "Computer Software Protection Regulations", "computer software with

copyright registration", "software product registration management approach", "software companies that Standards and Management Measures"

etc. At the same time, my country has listed the software industry as a strategic industry that encourages development. For this reason, the State Council and various ministries

The Commission has successively promulgated important policy documents to encourage and support the development of this industry, the main policies of which are:

1) " Policies for Encouraging the Development of the Software Industry and Integrated Circuit Industry" (Guo Fa [2000] No. 18);

2) "Regarding Encouragement Notice on Taxation Policy Issues Concerning the Development of the Software Industry and the Integrated Circuit Industry (Cai

Shui [2000] No. 25);

3) The Action Plan for the Revitalization of the Software Industry (Guo Ban Fa [2002] No. 47);

4) The Electronic Information Industry Adjustment and Revitalization Plan" (Guo Fa [2009] No. 7). Xiamen 35 Internet Technology Co., Ltd. Prospectus Business and Technology

1-87

(2) Software operation services and their characteristics in the process of enterprise informatization

1. Introduction to the software operation service (SaaS) model

SaaS is the development and application of the Internet A new software application

and service model arising from the maturity of software . Through the SaaS model, users can obtain

application software products and services provided by the provider through the Internet anytime and anywhere , and apply them to the company's own business management activities.

The SaaS model is the result of a combination of corporate user needs, Internet technology and business model changes.

At present, this new software application and service model is in a stage of rapid popularization and rapid growth around the world, representing the

future development direction of the software industry. More and more software companies are

transforming from the traditional software model to the SaaS model. The transformation of this business model is mainly reflected in:

(1) The responsibility for the software application technology infrastructure and management is borne by the provider;

(2) Providers reduce the threshold for users to use software through specialization, standardization and economies of scale;

(3) SaaS's "long tail" market for small and medium-sized enterprises can explode new business opportunities.

In recent years, with the rapid development of software operation services industry, not only have more and more software companies began to pass

through the Internet to provide software services operations, as well as a growing number of Internet companies also added to the software shipped

camp services industry in the past , Thereby accelerating the integration of the software industry and the Internet industry.

2. Introduction to

enterprise informatization Enterprise informatization, that is, using computer technology, network technology and database technology,

to control and integrate all information in the production and operation activities of the enterprise to a certain depth and breadth, so as to realize the

sharing and effective internal and external information of the enterprise Use to improve the economic efficiency and market competitiveness of enterprises.

For most Chinese small and medium enterprises, based on enterprise information technology application level and drivers of

different enterprise information can generally be divided into four phases: phase entry application, business-driven stage, tube

management driver stage and the application stage integration, As shown in the figure below:

Schematic diagram of the process of enterprise informatization. Business and Technology

1-88 in the Prospectus of Xiamen Three Five Internet Technology Co., Ltd.

(1) The entry application stage The

entry application stage is the initial stage of the enterprise informatization process. At this stage, The enterprise first

registers its exclusive domain name through a domain name registrar, then establishes its own website based on this domain name and connects it to the Internet

. At this stage, the company's website is mainly used to introduce the basic situation of the company, publicize and display its products or services.

Service. Such corporate websites generally do not have many functions and do not require high technical skills for website maintainers. At present,

most small and medium-sized enterprises in China are in this stage of informatization.

(2) Business-driven stage

The fundamental purpose of an enterprise to connect itself with the Internet is to improve its business through the development of the Internet

. Therefore, all informatization applications in the business-driven stage are driven by business needs. In this

stage, the increase in the original basic business website on e-commerce modules, such as online store, in

line payment, and website promotion through network marketing, and online sales; at the same time, by enterprise email

boxes, instant messaging Tools, etc. realize effective communication with customers, promote enterprise e-commerce and business activities,

and establish a new type of business and business development model that is more convenient, fast, and low-cost. Through certain

efforts of enterprises , informatization at this stage is relatively easy to achieve.

(3) Management-driven stage

With the development of enterprise business and the expansion of scale, the importance of internal management to the enterprise is increasing,

thereby driving the application of informatization in enterprise management. The basic characteristics of this stage are: to

facilitate enterprise management and improve work efficiency and management efficiency through informatization methods and tools. This stage involves

all aspects of business management , with a wide range of applications, including office automation (OA), customer relationship management

(CRM), supply chain management (SCM), financial management (FM), human resource management (HRM),

etc. Management software system. At present, many large-scale enterprises have carried out a certain degree of information construction and

Investment, the most common of which are office automation software and financial management software. At this stage, on the one hand, the business and technology

1-89 of the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

requires the company to invest in corresponding funds and infrastructure; on the other hand, the company needs to have a professional IT supervisor

to plan its information Develop a construction plan and put forward specific requirements. Therefore, this stage is

a higher stage of enterprise informatization development, and enterprises need to invest relatively large capital and manpower.

(4) Integration and application stage

When enterprise management software is applied to a certain stage in the enterprise, there will be

problems such as compatibility between different software and database sharing. It is necessary to effectively integrate different management software to build a comprehensive enterprise information.

The business support system is optimized to realize the effective integration of logistics, capital flow, and information flow, thereby improving the efficiency

of enterprise operations . The integrated application stage can be based on the actual

situation of the company's own funds, management level, and information application level to achieve integrated development on the basis of various original management software applications to achieve the effect of ERP,

or directly purchase and use a complete set of ERP systems.

3. Enterprise informatization and SaaS model software application

According to the statistics of China Association of Small and Medium Enterprises, as of the end of 2008, the number of small and medium enterprises in China has exceeded

42 million (data source: China Enterprise Guide, Issue 5, 2009), one scale A huge

SaaS model consumer group has been formed. For many small and medium-sized enterprises in China, on the one hand, due to

problems such as small IT budgets, lack of professional and technical personnel, and long decision-making time, the penetration rate of enterprise informatization is one

Straight is not high. On the other hand, small and medium-sized enterprises are characterized by their flexibility and rapid development, and they urgently need professional application

software systems and services to help them improve work efficiency, improve management quality, and reduce operating costs to enhance

their core competitiveness.

The SaaS model is a better way to solve this contradiction. SME users can

order corresponding application software products and services from service providers according to their application needs, and can

adjust the service content they order according to changes in the development of the enterprise so that the SaaS model of software services has a strong

flexibility and scalability, and application software needed to run the system hardware, and system upgrades, professional maintenance

care and professional technical support borne by the SaaS provider can greatly reduce the user's Operating costs.

4, features and advantages of the software operation service

(1) for small and medium users in

small and medium customers in the use of SaaS model, as opposed to using traditional software, companies no

need to build the engine room, the purchase of hardware, software and IT staff recruitment, and It is a professional provider that builds

all the network infrastructure and software and hardware operation platforms needed for enterprise informatization , and is responsible for the early implementation and post-maintenance.

Enterprises only need to pay for the software applications and services ordered, and they can get them through the Internet. It is better than

the use effect under the traditional software model, thus greatly reducing the threshold and risk of SME informatization. Compared with traditional

software and SaaS model software, the main features and relative advantages are as follows:

1) The payment model is less risky for users, thus greatly reducing users' overall cost of use and ownership

Cost; Technology Co., Ltd. Xiamen three to five interconnected business and technology prospectus

1-90

2) due to weak small and medium enterprises of its own technology, compared to the user's own management and maintenance of application software system

integration, security and stability in the SaaS model more Guaranteed;

3) Users do not need to add additional IT technical capabilities, allowing users to focus more on their own business development;

4) Users can flexibly activate and suspend, and can be used anytime and anywhere;

5) Users can flexibly select functional modules and order on demand;

6 ) Software update speed is accelerated;

7) Users can enjoy all-weather software use and services.

(2) Targeted at software providers

For professional providers of software operation services, compared with traditional software, the

main features and relative advantages of SaaS software are as follows:

1) Providers can obtain a wider user base

due to the great SaaS model. It reduces the user's IT technology threshold, usage cost and risk, so that a large number

of small and medium-sized enterprises can and have the ability to enter the process of enterprise informatization, thereby bringing

a wider user group to software operation service providers and making full use of application software services Potential "long tail" benefits in the industry.

2) Providers can obtain more stable and continuous income.

As there are a large number of small and medium-sized enterprises users and some of them have good growth, as they enter a higher stage of development

, they will purchase higher-level software operation services. Providers can obtain stable and continuous income.

3) The provider's technical support and service costs are greatly reduced

In the SaaS model, the provider's products and services are directly realized through the Internet, which greatly reduces the

cost of the provider's products and services.

4) It is more conducive to the launch of new products and realizes the in-depth development of the product value chain. The

needs of users are often diversified, and users with certain types of business needs often have other

types of business needs at the same time . Under the SaaS model, various products are inherently related, and providers can rely on some

core products as compatible and expanded platforms to continuously launch new products and achieve in-depth

development of the product value chain .

5) Effectively reduce software piracy.

Traditional software uses the software provider to deliver the software product and password to the user, and then the user

installs and uses it on the computer or server. The user is separated from the software provider to a certain extent.

control. Due to the existence of artificial password cracking, the possibility of software piracy is greatly increased. In the SaaS

mode, there is no need to install software on the user side. The software is installed on the provider's server. The user uses the

1-91
line of business and technology in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd. in real time, which can significantly reduce software piracy. Possibility.

(3) The market scale and forecast of the software operation service industry 1. The scale and forecast

of the global SaaS industry development (narrow data)

In the context of continuous technological upgrading and continuous expansion of Internet applications, the software operation service model has achieved

rapid development. According to the latest statistics published by CCID in 2009: By 2008, despite the

Affected by the global financial crisis, the global software operation service market still reached USD 9 billion

, an increase of 17.40% compared to 2007 . In the same period, the growth rate of the global software market was only 3.2%, and the software operation service model

has become a major driving force for the growth of the software market. The global SaaS market size is expected to maintain rapid growth,

and the market size will reach approximately US$16.09 billion by 2011.

2007-2011 Global SaaS Market Sales and Growth Forecast

Annual 2007 2008 2009 E 2010 E 2011 E

Sales (100 million USD) 77.1 90.5 106.9 130.1 160.9 Year-

on-year growth rate 24.80% 17.40% 18.1% 21.7% 23.7%

77.1

90.5

106.9

130.1

160.9

24.80%

17.40% 18.10%

21.70% 23.70%

0.00%

5.00%

10.00%

15.00%

20.00%

25.00%

0

20

40

60

80

100

120

140

160

180

200

2007 2008 2009 E 2010 E 2011 E

2007-2011 Global SaaS market sales and growth forecast

Sales (100 million US dollars)

Year-on- year growth rate Data source: CCID April 2009

Note : The above global SaaS market scale and forecast data are CCID's narrow data, which only includes global security

software, application software and basic software three types of SaaS software. Security software includes network antivirus, security monitoring, and terminal

security management software; Application software includes office collaboration, CRM, HR, FM, SCM, ERP, BI, translation, education

and design software, etc.; basic software includes databases, middleware, development tools, enterprise information portals, storage backup software, etc.

The above categories do not include the company's domain names, corporate mailboxes and other products. Xiamen 35 Internet Technology Co., Ltd. Prospectus Business and Technology

1-92

As more and more companies increase the application of SaaS, providers represented by SalesForce have

achieved rapid development. SalesForce is a representative American

company in the software operation service industry , focusing on CRM business. SalesForce was listed on the New York Stock Exchange in 2004, and the securities

The code is CRM. According to its 2008 annual report, in the 2008 fiscal year (as of

January 31, 2009), despite the impact of the global economic crisis, it still achieved operating income of US$1.077 billion, an

increase of 43.79% compared to the same period last year. There were 55,400 paying users, an increase of 35.12% over the previous year.

The success of SalesForce has allowed some traditional IT companies to see the prospects of the SaaS model. In recent years, IBM,

Oracle, SAP, and Google have all begun to enter the SaaS field. The Live strategy implemented by Microsoft in recent years

is also an attempt to get involved in the SaaS field.

2. Development scale and forecast of China's SaaS industry (broad data)

In recent years, with the rapid development of China's economy and the rapid popularization of Internet applications, the

demand for software operation services in China's small and medium-sized enterprises has continued to grow rapidly. At the same time, large enterprises have become more obsessed with the SaaS model. The degree of recognition has also

been continuously improved, which has enabled China's software operation service market to achieve sustained and rapid growth in recent years. According to CCID

latest statistics published in 2009, SaaS market in 2007 and 2008 for enterprise customers in China

grew steadily and maintained a rapid growth of over 25%, which in 2008 despite the global economic downturn situation shadow

ring, a slight growth rate Decline, but the market size still reached 16.060 billion yuan.

In the next three years, with the continuous rapid growth of China's software market and the large-scale expansion of Internet applications,

according to CCID predictions, China's software operation service market will maintain a momentum of rapid growth, from 2009 to 2011

In the past three years, China's enterprise-level SaaS market will continue to maintain a high growth rate of more than 30%. By 2011, the

market size will reach 37.621 billion yuan.

2007-2011 China's enterprise-level SaaS market sales and growth forecast

Annual 2007 2008 2009 E 2010 E 2011 E

sales (
100 million yuan) 11.59 14.61 19.38 26.45 34.99

Large enterprises
year-on-year growth rate 28.50% 26.06% 32.65% 36.48% 32.29%

Sales (100 million yuan) 114.36 145.99 195.97 261.06 341.22

SMEs with a

year-on-year growth rate of 30.70% 27.66% 34.24% 33.21% 30.71%

Sales (100 million yuan) 125.95 160.6 215.35 287.51 376.21

Total

year-on-year growth rate of 30.49% 27.51% 34.09 % 33.51% 30.85% Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Business and Technology

1-93

0

50

100

150

200

250

300

350

400

2007 2008 2009E 2010E 2011E

2007-2011 China's enterprise-level SaaS market sales and growth forecasts

Small and medium-sized enterprises

Large enterprises

Data source: CCID April 2009

Note: The above Chinese SaaS market size and forecast data are CCID broad data, including consumer-level data , SMEs

and large enterprise markets. The consumer market includes software such as mobile TV, mobile games, online games and digital music; the

SME market includes Internet anti-virus/security monitoring, corporate SMS/corporate ringtones, corporate mailboxes, search engines,

CRM / FM / OA / ERP, business establishment / domain name registration / web hosting / web design, hosting / server rental and e-

commerce platform and other software; large enterprise markets include network antivirus / security monitoring, enterprise messaging / enterprise ring tones, E-mail ,

Search engine, CRM/FM/HR, enterprise website building/domain name registration/virtual hosting/web design and e-commerce platform software.

The above classification includes all the products of the company to be developed at present and in the future.

3. There is a huge market space for SaaS software applications in China's small and medium-sized enterprises

. The rapid development of Internet technology provides good development opportunities for enterprise informatization. According to CNNIC's

"23rd National Internet Development Report" statistics, by the end of 2008, the number of Chinese Internet users had reached

298 million, ranking first in the world, an increase of 41.9% over 2007, and the Internet penetration rate reached 22.6%,

slightly higher than that. The global average (21.9%). The number of websites of Chinese domain name registrants in China (including

Domestic access and overseas access) reached 2.878 million, an increase of 91.4% over 2007, the

fastest growth year since 2000 .

Internet penetration rate in some countries, Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Business and Technology

1-94

Source: CNNIC "The 23rd National Internet Development Report"

Since the 1980s, with the continuous rapid growth of China's economy , The

number of SMEs in China has also increased rapidly year by year. According to statistics from the China Association of Small and Medium Enterprises, by the end of 2008, the

number of small and medium enterprises in China had exceeded 42 million.

In recent years, although the informatization level of China's SMEs has been continuously improved, there is still a

large gap compared with developed countries . At present, the informatization level of China's SMEs is still in the initial stage of development, and there is still a large

room for development . Therefore, the informatization process of China's SMEs will bring good development opportunities for information service providers.

According to current estimates the number of SMEs in China, Chinese SMEs information penetration rate increase of 1 percentage

point, will bring more than 420,000 enterprise customers, means that at least 420 000 E-mail, domain

name, e The needs of business websites and other services can bring a potential industry scale of hundreds of millions of yuan. At present, the traditional soft-

part application and service model higher threshold for financial capacity is weak, in terms of smaller SMEs to make

use higher costs and risks, the emergence of SaaS model software to cater to a large number of SMEs in information technology Demand

represents the main development direction of software applications for small and medium enterprises in the future and has broad market prospects.

4. SaaS management software will be the focus of future SaaS software development

According to CCID research, the market scale of SaaS management software operation products in China is still very

small, and the market size in 2008 was only about 591 million yuan. It is estimated that it will reach about 1.412 billion yuan in 2011, with a

three-year compound growth rate of about 26.90%, and the growth rate will continue to increase year by year. Experience from abroad,

based on the application of SaaS in the enterprise management software category is becoming increasingly popular, representative of the United States

provider

SalesForce SaaS companies rely on to provide management software products have gained rapid business users worldwide

fast growth, its Revenue growth in 2007 reached 50%. Although affected by the global economic crisis in 2008, the

growth still exceeded 40%. At present, domestic CRM software operations and

services that adopt the SaaS model are still in their infancy. With the informatization process of Chinese small and medium-sized enterprises and the deepening of user education, SaaS

management software has a broad space for development in the future. Xiamen 35 Internet Technology Co., Ltd. Prospectus Business and Technology

1-95

2007-2011 China's SaaS management software market sales and growth forecast

Annual 2007 2008 2009 E 2010 E 2011 E

China SaaS management sales (

100 million yuan) 5.99 6.91 8.4 10.81 14.12 Physics software year-on-year growth rate-15.36% 21.56% 28.69% 30.62%

5.99

6.91

8.4

10.81

14.12

15.36%

21.56%

28.69% 30.62%

-3.00%

2.00%

7.00%

12.00%

17.00%

22.00%

27.00%

32.00%

0

2

4

6

8

10

12

14

16

18

2007 2008 2009E 2010E 2011E

2007-2011 China's SaaS management Sales and growth forecast of the software market Sales

(100 million yuan) Sales growth rate

Data source: CCID April 2009

At present, the focus of China's SaaS management software development is mainly on CRM software and OA software.

(4) Development status and development trend of the software operation service industry

1. Development status

(1) The SaaS concept is continuously promoted, and the product types are becoming more abundant

With the continuous promotion of the SaaS concept and the continuous advancement of user education, the SaaS model has gradually been

accepted by many enterprise-level users and regarded as a new business growth point by many service providers.

The Company and 263 early entry into the SaaS industry enterprises in the same time improve the existing product line,

has introduced 35EQ, 35OA, 263EM other products, and platform integration to begin by mentioning to SMEs

for enterprise information package solution ; SaaS software platform operator Alibaba Software launched the "software supermarket

" concept and established a software interconnection platform, which attracted many small and medium software product developers to settle in; Shenma Online

launched anti-virus software, online web conferences, online ERP and other services; China Telecom, etc. Operators have also further

strengthened the promotion of their SaaS products; traditional software vendors such as UFIDA and Jindie have also launched Weiku.com

and Youshang.com, and promoted them by leveraging the overall advantages of the group. At present, traditional software vendors, system integrators, Internet

service providers, telecom operators and other industry chain entities are all testing the SaaS market, which has greatly promoted the business and technology of the entire Xiamen Sanwu Internet Technology Co., Ltd. prospectus

1-96

SaaS market Pioneering.

At present, relying on the long-term brand accumulation of established software application service providers,

the brand recognition accumulated by the old traditional software providers who have newly entered the SaaS field under the traditional model and

the market recognition of some foreign SaaS providers abroad, the Chinese market is very enthusiastic about SaaS services. The recognition level of

SaaS providers has made preliminary progress, and SaaS providers' service levels, marketing and public relations, channel laying, product innovation, etc. have all been further improved.

Rise. When users choose the SaaS model based on their trust in the brand, their worries are declining, and

the number of SaaS users is in a rapid growth stage.

(2) The industry chain ecology is basically formed, and users are still dominated by small and medium-sized enterprises.

China's SaaS industry chain has basically been formed.

A relatively complete industry chain system is formed by software vendors, hardware suppliers, system integrators, telecom operators, and users. . The SaaS provider is

the core link of the software industry chain . They are the actual providers of software operation services. They cooperate with software and hardware vendors and system integrators

to provide users with various services using the network bridges of telecom operators.

Software vendors are the basic link in the SaaS model. The software they provide includes platform software, management

software, middleware, and some development tools. Currently, traditional software vendors are not willing to act as a soft underlying

character parts suppliers, and began the transition to a SaaS service providers, such as the most representative of traditional software giant

head Microsoft has launched its S + S (Software + Services) strategy , Began an attempt in this field.

In the enterprise-level market, most of the current users are concentrated in small and medium-sized enterprises, and the users of large enterprises are mainly foreign companies

. The application of this model by large domestic enterprises is still mainly concentrated at the departmental level.

(3) the promotion of the concept of increasing depth, there is software operation services industry a huge market space

in recent years, with the rapid popularization of China's rapid economic development and Internet applications, China SME

software operation services industry, the rapid growth of demand, while large enterprises The recognition of software operation services is also

increasing, and China's software operation service market has achieved rapid growth.

Under the vigorous promotion of manufacturers and the influence of public opinion, the concept of software as a service has been

recognized by the majority of users . After they understand the cost savings brought by the SaaS model, and are not restricted by access locations,

they have turned to SaaS services. The vendors put forward trial requirements and became potential paying customers of SaaS vendors.

Meanwhile, the domestic SME customers majority of the information is still in the level of independence of the mail system plus a simple

local area network stage, less of their IT expenditure, weak, but it will bring fierce competition and rapid development of tube

management needs to make them feel increasingly The necessity of information systems. The SaaS model is adapted to the

characteristics of SME IT construction . Millions of SME customers in China have provided a huge customer

demand foundation for the large-scale popularization of SaaS . According to CCID statistics, as of 2008, the

scale of China's SME software operation service market has reached 14.6 billion yuan.

2. Development Trends Business and Technology

1-97 in the Prospectus of Xiamen Three-Five Internet Technology Co., Ltd.

(1) Popularization trend

China's small and medium-sized enterprises are plagued by problems such as small IT budgets and lack of professional technical support personnel

. Informatization of enterprises The penetration rate has not been high. On the other hand, small and medium-sized enterprises have the characteristics of flexibility and rapid development

, and they urgently need professional IT systems and services to help them improve work efficiency, reduce operating costs, and

strengthen their core competitiveness. In the SaaS mode, users can

order the corresponding software applications and services from the provider according to their application needs , and can adjust the used software according to changes in the development of the enterprise.

The service content has strong flexibility and scalability, and users do not need to consider the follow-up professional

maintenance and technical support of these software . In 2007, according to

a survey of 530 CIOs and IT managers in India, ASEAN, China, Australia, and New Zealand on the Research and Markets website , it was found that

the understanding and acceptance of the SaaS model by companies in the Asia-Pacific region has reached the highest level in history. Research and Markets

predicts that the market capacity of the SaaS business in the Asia-Pacific region will maintain a compound annual growth

rate of 50% from 2007 to 2011 . With the continuous and rapid development of China's economy, SaaS model software will gain more and more widespread recognition

and popularity.

(2) The trend of centralization The

software operation service industry is currently in a stage of introduction in China. Many industry participants have

made the industry less concentrated. However, with the further development of the industry, the SaaS industry will gradually move towards

centralization.

This is mainly caused by the following two reasons:

on the one hand, SaaS model requires providers must have a strong research and development, a good marketing platform

and improve service capabilities, should also have these three companies have enough capacity needs Financial strength and operational

management capabilities are the internal driving force for industry concentration.

On the other hand, since all products are used via the Internet in the SaaS model, customers

often choose providers from the following aspects: first, whether they can provide high-quality products and services;

second, whether they can be available 24/7 Provide; the third is whether the data is safe; the fourth is whether the provider has continuous operations

ability. Therefore, those providers with brand influence and strong comprehensive strength can win the recognition of customers.

This is the external driving force of industry concentration.

(3) Integration trend

With the continuous increase in the number of SaaS users and the diversification of user types, the needs of some corporate users

have moved from a single corporate mailbox, OA, CRM and other needs to integrated office needs, which will promote software

operation services Providers must provide customers with one-stop

services and products through cooperation or expansion and integration of their own product functions .

(5) The main obstacles to entering the industry

1. Technical R&D strength Xiamen Three-Five Internet Technology Co., Ltd. Prospectus Business and Technology

1-98

provides software products and services in the SaaS model. The technical problems to be solved include multi-tenant application architecture,

Configurability, scalability, integration of multiple services, distributed data storage, massive data processing, data security

, large-capacity concurrent access, cloud computing, failure recovery, Internet interconnection, 7×24 uninterrupted

operation, etc. Therefore, software operation service providers can only provide

users with real-time, safe and stable software

products and services that can be continuously upgraded according to their needs if they have strong technical research and development capabilities and their own core technologies .

2. Full-process customer service capability

Full-process customer service capability refers to the ability of software operation service providers to use the Internet to provide enterprise users with services from

pre-sales consultation to after-sales service. The target objects of software operation services are mainly used by many small and medium-sized enterprises.

Users, software operation service providers must strengthen their own service system construction to better pay attention to customer experience and

understand their real needs, so as to provide them with targeted product service solutions.

3. Marketing ability

The prerequisite for software operation service providers to obtain high returns is to have a sufficient scale of paying users, which requires

them to have sufficient resources or channels to quickly gather popularity through the Internet, and continue to provide

good Products and services increase user "stickiness" and thus have more paying users.

4. Enterprise brand and reputation

Based on the characteristics of the software operation service model, user data is stored on the provider's server. Therefore, the

provider's protection of user data security is particularly important. Therefore, the user is choosing a software operation

service provider At times, the provider's brand and reputation are often considered as an important factor, and users

' recognition and reliance on well- known brands will increase. Some small providers that only win at low prices will find it more and

more difficult to survive in the market, and those branded software operation providers with strong capabilities and a large user base

will increasingly gain the trust of users.

5. Market entry barriers

The software operation service industry in which the company is engaged is

managed and regulated by laws, regulations and policies in both the Internet industry and the software industry . Among them, businesses such as e-mail addresses involve a special business licensing system. Root

According to the "Telecommunications Regulations" and (Ministry of Information Industry Order No. 19) in the "telecommunications business license management approach"

the relevant provisions, the application will run validity of the enterprise, corporate reputation, a registered capital of scale, professional

Comprehensive consideration should be given to equipment, business and technical planning, tariff standards, measures to provide users with long-term services and quality assurance, and communication and information security management systems.

(6) Favorable and unfavorable factors affecting the development of the industry

1. Favorable factors

(1) The state encourages the development of the electronic information industry. Business and technology

1-99 in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

In 2000, the State Council issued the "Encourage Software Several Policies for the Development of Industry and Integrated Circuit Industry" (Guo

Fa [2000] No. 18), issued a series

of policies to support the software industry from the perspectives of import and export, investment and financing, talents and technology .

In 2002, the General Office of the State Council issued the "Action Program for the Revitalization of the Software Industry (2002-2005

)" (Guobanfa [2002] No. 47), which detailed the contents of Document 18.

Since 2006, the former Ministry of Information Industry (now the Industry and Information Technology) has issued a "support the country

a number of policy electronics information industry base and industrial park development" (Ministry regulation [2006] No. 542), "on

accelerating guidance information industry to promote independent innovation "," information industry Science and Technology development "Eleventh five-Year" plan and

2020 long-term plan "for the development of national software industry has played an important role in supporting and promoting

into the software operating service Rapid development.

On April 10, 2009, the Ministry of Industry and Information Technology issued the "Electronic Information Industry Adjustment and Revitalization Plan", which planned to

implement the relevant policies and measures of finance to promote economic development and increase credit support for the electronic information industry.

(2) China's small and medium-sized enterprises SaaS model software application market space is huge

At present, the target customers of domestic software operation services are mainly Chinese small and medium-sized enterprises. In recent years,

the sustained and rapid development of China 's economy , the continuous increase in the number of Chinese SMEs,

and the gradual improvement of the current level of informatization of China's SMEs have brought huge market space for the development of the software operation service industry. According to CCID hair

cloth "2008-2009 Annual Report on the Development of information technology SMEs in China," 2008 China in

the small business IT investment reached 2,121.9 billion yuan, an increase of 10.97 percent year on year, but still is a hard

piece of software investment is greater than And IT services. Of which infrastructure investment 1,357.7 billion yuan, the total investment of 64.00%;

applications to invest 25.29 billion yuan, 11.91 percent of the total investment; information security investment 1.63 billion yuan, the total investment

capital of 0.77%; IT management 49.5 billion yuan, Accounted for 23.32% of the total investment. The data shows that the

informatization construction of Chinese SMEs is still in the early stage, hardware investment still dominates, and software investment is showing a trend of rapid growth

.

Although the informatization level of China's SMEs has been continuously improved in recent years, there is still a big

gap compared with developed countries . Research and Markets predicts that the market capacity of the SaaS business in the Asia-Pacific region

will maintain a compound annual growth rate of 50% from 2007 to 2011.

In addition, according to

a survey report aimed at users in the United States published by AMR Research in November 2005 , more than 78% of the major vertical industries and enterprises of different sizes in the United States

Of companies currently use or consider using SaaS mode services, and only 18% of companies have no

plans to use SaaS mode services for the time being . However, in China, taking enterprise mailboxes as an example, according to rough estimates,

the proportion of domestic small and medium- sized enterprises purchasing and using SaaS enterprise mailboxes is less than 5%, and the SaaS market has huge room for growth

.

(3) The continuous improvement of Internet infrastructure and the increasing technological advancement of Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Business and Technology

1-100

Infrastructure construction and key technology research and application of China's Internet have entered a

period of rapid development since the end of the 20th century , Internet basic resources such as domain names and websites have shown sustained and rapid growth in recent years.

At present, China has built the world's largest basic telecommunications network, and its capacity, transmission speed, and advanced equipment technology

rank among the top in the world. Under the vigorous guidance and promotion of the government, the R&D

application of the government, research institutions and enterprises has begun to take shape. The research and development of high-performance routers, mobile IP technology research, network management

technology research and system development, network security, and large-scale multicast video technology research and application as well as the next generation of cross-

network trial network construction and achieved a series of significant results, breaking the monopoly of Western developed countries, the technology

off, providing a complete infrastructure platform for the development of China's software operating service And strong technical guarantee

.

(4) Sufficient software talent pool

In recent years, based on the country's strong support for the information industry, many domestic universities have opened software-

related majors, such as the School of Software of Tsinghua University, the Department of Computer Science of Xiamen University, and the Department of Computer Science of Fuzhou University.

After several years of cultivation, China has now accumulated a relatively sufficient talent pool in the field of application software research and development, and can

continue to supply relevant specialized talents to enterprises. In addition, many software parks have been opened up throughout the country in recent years.

While cultivating local software companies, they have also cultivated a large number of application software talents. At present, with the exception of some high-end

talents, there is basically no shortage of R&D personnel in the software operation service industry.

2. Disadvantages

(1) Users' awareness and acceptance of

software operation services needs to be further improved. Although software operation services have been widely recognized abroad, they are

still in the introduction stage as a new software application model in China . Many companies Level users are still relatively unfamiliar with software operation services, and their understanding

and acceptance needs to be further improved.

(2) Customers still have concerns about data security under the

software operation service model. For users who adopt the software operation service model, their corporate data must be stored centrally on the SaaS service provider

's server, and the provider will ensure data security. Compared with local storage, customers often have

concerns about the security of this third-party storage model. Therefore, as an emerging model, some companies will need

some time to finally accept the SaaS model.

(7) Technical features of SaaS software

Software operation service is a brand-new mode for users to obtain software applications and services. It does not require users

to install software products on their own computers or servers, but in accordance with the corresponding service level agreement (SLA),

directly through the Internet to pay special providers or operators to obtain the corresponding software applications

and services they need .

Its software operations by the on-demand applications composition, compared to traditional software package, its infrastructure must be more Technology Co., Ltd. Xiamen three to five interconnected business and technology prospectus

1-101

is safe, reliable, easier to use, extend and integrate , has the following technical characteristics:

1, SaaS software technology features

(1) series licensing model and differentiated service under the standard environment

current software application service operators to use more series-many licensing model, a set of software that is more than

a Customer use. The serial licensing model greatly enhances the reliability and scalability of the software, reduces maintenance

and upgrade costs, but this requires that the system must have very strong configurability, and configurable metadata must be used to

provide different users. Unique user experience and feature set, and strict authorization and security policies

ensure that the data of different customers are distinguished from each other.

(2) Large-scale applications

Software operation service applications are based on the Internet. The application architecture must be able to support

large-scale users and deployments brought about by a series of licensing models , and the system must be able to support ultra-large-scale concurrent access and dynamic

interaction.

(3) configurable

software application operations service, all users are based on the same code implemented in order to meet the user

to distinguish between the different needs and capabilities of the system in the foreground and the background must be able to provide detailed configuration options, mention

for Both vendors and users can perform simple configurations according to their needs to change the appearance and behavior of the application. Compared

with traditional software, this will require more architecture design work.

(4) Scalability

Compared with traditional software, scalable software application service operators need stronger, able to adapt to large-scale

customer needs, without the need to be applied according to the needs flexibility to increase or decrease in the case of additional architectural design of

the number of terminal servers, No matter how many users there are, application modifications can be implemented as easily as for a single user.

(5) Parameter application

In the traditional software mode, if the function of the software needs to be changed, the corresponding code also needs to be rewritten

, or a programming interface is set aside for users to carry out secondary development.

In the software operation service mode, users can

easily start a new application by entering new parameter variables or formulating some data association rules. This mode is also called "parameter application".

The more flexible way is to customize the control, and users can also insert code into the software operation service software to

achieve function expansion.

(6) custom

custom licensing model under the series architecture or software customization nuclear operator service software

one heart technology, by adding a set of related database extension layer in the software architecture, presentation layer and open Xiamen 35 Internet Technology Co., Ltd. prospectus business and technology

1-102

tool to achieve. Customers can customize fields, menus, reports,

formulas, permissions, views, workflows, and approval flows according to their company's business processes, and use software operation service software

to customize them under standard applications , and no programming knowledge is required. At present, only a few manufacturers in the world possess this

core technology.

(7) Online development platform

The industrial chain of traditional software is composed of operating system suppliers, programming tool suppliers and application software

developers

. The online development platform provides an Internet-based operating system and development tools. Users can

add additional tools, functions,

data models and user interfaces according to their needs through the online platform provided by the software operation service .

(8) Integrator

Connector is a software program. Users can read data from one application and

then transfer it to the software operation service solution (it can also be used to send data back to another application).

in). This kind of data transmission is usually used in real-time or batch transmission. After the enterprise completes the import

or export of the initial data, the data can be updated regularly as needed.

2. The technical characteristics of SaaS and traditional software applications and services are different.

SaaS provides users with software applications and services through the Internet, making SaaS applications have typical

Internet technical characteristics. Compared with traditional software products, they have the following technical characteristics:

SaaS model software and traditional software Comparison list

Project traditional software SaaS model software

scalability can generally be customized to meet the individual needs of the enterprise

, but often the cost of customization is higher. There are more

large-scale and standardized architectures, and

the software customized by different vendors is less

convenient and requires specialization. Equipment and dedicated personnel maintenance,

high barriers to use , relatively poor convenience,

unlimited time and location can be directly used through the Internet

Use, access flexibility, and use more convenient

Controllability It is difficult for providers to understand and control the

use of products in real time, and it is difficult to achieve real-time after-sales service.

Providers can understand the use of all products in

real time, and guarantee the normal

use of all products in real time

Reliability It

has higher requirements on customers' IT capabilities,

and users with weaker IT capabilities are more

difficult to use and maintain products normally. The

provider provides special personnel, special equipment and other professional

configurations to monitor and solve customer problems in real time to make

product use more reliable.

Data security The storage of user data is the responsibility of the user. The storage of user data is the responsibility of a professional provider. The

anti-piracy capability is relatively weak and the degree of

dependence on the Internet

is

relatively low.

(8) The cyclical, regional or seasonal characteristics of the industry Xiamen III Five Internet Technology Co., Ltd. Prospectus Business and Technology

1-103

Software operation services are the product of the combination of software applications and the Internet. The Internet is an important

carrier of software operation services . Therefore, when expanding business, the degree of development of the Internet in different regions affects the business. Expansion has a certain

impact. At the same time, the main customer groups for software operation services are small and medium-sized enterprises, and the customer groups have a certain

regionality, that is, they are relatively concentrated in coastal areas and inland centers and secondary cities.

Software operation services generally do not have obvious periodic characteristics. Seasonal characteristics are mainly reflected

in the low sales season during the Spring Festival every year due to the influence of the Spring Festival. Therefore, the performance of the company in the first half of the year will generally be slightly

lower than the performance of the second half.

(9) Industry structure, upstream and downstream relationships and their impact on the industry in which the company is located. The

software operation service industry chain consists of software developers, hardware suppliers, system integrators, software operation

service providers, sales channels, telecommunications operators, users, etc. Constitute a system. Technology Co., Ltd. Xiamen three to five interconnected business and technology prospectus

1-104

software operation services industry chain schematic diagram

1, software developers

software developers is the basic link software operating service mode, they provide the software platform include soft

parts, management Software, middleware and some development tools. Some SaaS providers are also software developers themselves.

At present, the development of the domestic software industry has become increasingly mature, with sufficient technology and talent reserves, which have

formed a strong support for the development of China's software operation and service industry.

2. Hardware suppliers

Hardware suppliers mainly provide software operators with related hardware equipment, such as servers, storage, network

equipment and other hardware and network facilities. At present, China's computer hardware equipment has sufficient production capacity and a complete industrial chain, which fully

guarantees the development of China's software operation service industry.

3. System integrator

Due to the diversity of customer needs, some relatively complex software operation services require system integrators

Assistance to complete project consultation, software and hardware configuration, data migration, personnel training, and

application integration of enterprise internal systems . Some SaaS providers are also system integrators themselves. At present, China's system integration

industry is booming, which has strongly promoted the development and product innovation of China's software operation service industry.

Sales channels

Hardware suppliers, system integrators, software developers,

telecom operators,

SaaS providers,

customers (governments, enterprises, institutions, individuals) to

provide SaaS products and services,

direct sales agency, Xiamen 35 Internet Technology Co., Ltd. prospectus business and technology

1- 105

4. SaaS provider The

SaaS provider is the actual provider of software operation services. On the one hand, they

provide users with various services through the Internet ; on the other hand, they need to let users know and understand the various services they operate,

and help them apply and maintain them.

5. Telecom operators

Telecom operators are the intermediate link between software operation service providers and customers. Software operation services must

be realized through network bridges, and the providers of this infrastructure are telecommunication operators. In addition, telecom

operators also provide services such as system disaster backup and recovery, load balancing and equipment cluster management, software upgrades and updates, and call-

center services. At present, China's telecommunications infrastructure is complete and the technology is mature, which is suitable for the

widespread popularization of the software operation industry.

6.

Sales channel providers The role of sales channel providers is to sell the products of software operation service providers to end customers. Their sales

models mainly include agency sales, telephone sales, online sales, and partner sales. At present, most domestic

software operation service providers adopt the marketing model of agency sales, which has promoted the popularization of products in the software operation industry

and the cultivation of customers.

7. End customer

Users are the end of the SaaS industry chain and the ultimate consumers of products and services. In the enterprise market,

most of the current users are concentrated in small and medium-sized enterprises, and large enterprises are gradually accepting this model and becoming new consumers

. According to data from the China Association of Small and Medium Enterprises, there are currently more than 42 million SMEs

in China . With the continuous informatization of Chinese enterprises, there is huge room for the development of the software operation industry.

3. The competitive environment and main competition conditions the company faces

(1) Market positioning of

the company 's business The company is currently one of the main providers of domestic enterprise information software operation services, and can initially

provide one-stop informatization for small and medium-sized enterprises Development solutions.

First, the company established by small and medium enterprises to provide network domain, construction sites and other products and services to help

industry website, the basic situation of enterprises through most corporate website presentation, product promotion and exhibition of enterprise information

basic functionality; Subsequently, the company by providing electronic Products such as business website construction and corporate mailboxes assist companies to

use their own websites to achieve e-commerce functions, through corporate mailboxes, instant messaging, website promotion, and online

Sales and other services enable the company to communicate with customers and complete some business and business activities; finally, based

on an in-depth understanding of customer needs, the company provides office automation systems (OA) and the upcoming

customer relationship management system (CRM) And other software products and services to meet the needs of enterprise internal management informatization

, and deep integration through the 35EQ platform to achieve instant intercommunication and integration of multiple applications, based on the business and technology of Xiamen Three-Five Internet Technology Co., Ltd. Prospectus

1- 106

greatly enhance the immediacy, ease of use, integration and scalability of related applications.

After recent years of experimentation and continuous improvement, the company's business model has been recognized by many SME users

, and the market has performed well.

(2) The main competitive environment and competitive position faced by the company

1. Online domain name competition

(1) Market competition The

online domain name industry chain is composed of domain name registration management agencies, domain name registration service agencies and domain name registration users

. CNNIC, ICANN and other domain name registration bureaus are responsible for authorizing domain name registration service agencies, and domain name

registration service agencies directly accept domain name applications from users. At present, there

are more than 50 .cn domain name registrars certified by the China Internet Network Information Center (CNNIC) , and

more than ten international domain name registrars certified by the Internet Corporation for Assigned Names and Numbers (ICANN). Since the domain

name business of registrars is a product of the agency domain name registry, the products are of high homogeneity, and market competition is mainly reflected in service

quality, marketing capabilities and prices.

The company is one of the earliest domain name registrars in China and has obtained both ICANN and CNNIC certifications. It

enjoys a high reputation in the industry and has obvious competitive advantages. The company has a complete range of domain names and complete domain name services

. Through the first domestic domain name real-time automatic online registration management system developed by ourselves and 24/7 customer

support

services, it satisfies the needs of customers for convenient and fast domain name registration. In terms of marketing capabilities, the company not only has a

complete agency system, but also has a direct sales service team of more than 800 people, which can provide

door-to-door services to direct customers , breaking the industry's marketing limitations that rely too much on agents for price wars. In addition, as a

leading SaaS service provider in the country , the company has a relatively complete product line covering the four

stages of SME informatization . Enterprise users who choose our company's domain name products can easily get

other supporting products and services such as website construction, enterprise mailboxes, and OA .

(2) market share and market ranking

according to China Internet Network Information Center released the "24th China Internet Development Statistics Report

Report", as of June 2009, the total number of Chinese domain names (including international domain names and domain names .cn) to 1,626 Ten thousand

.

Since domain name registration belongs to the market segment industry, only iResearch is engaged in sub-vendor research in this field

, and its latest report is the "2007-2008 China Domain Name Hosting Development Research Report". According to statistics, in

2007, Beijing Xinwang Digital Information Technology Co., Ltd. held a share of China's international domain name market.

20.9%, ranking first; Beijing Wanwangzhicheng Technology Co., Ltd. has a share of 20.2%, ranking second; 35.net

has a share of 8.7%, ranking fourth. The report did not disclose the market share and ranking data of .cn domain names by vendors

. Xiamen 35 Internet Technology Co., Ltd. Prospectus Business and Technology

1-107

As of June 30, 2009, the company's total number of domain names including international domain names and .cn domain names is 578,200

. According to the data on the total number of Chinese domain names from the China Internet Network Information Center, the number

of shares in the Chinese domain name market is 3.56%.

2. Website construction competition

(1) Market competition The

website construction business includes customized website construction, intelligent website construction and host services. The market is a completely open

competitive market. There are seven major types of manufacturers in this market. The focus of competition lies in the design level of the manufacturers, the

ability to grasp customer needs, service capabilities, and popularity. Among them, national service providers have obvious competitive advantages.

Type design company on behalf of the company the ability to grasp the level of customer demand for service capacity-known

brand design

Anrui Soth, Douglas.Ryan,

new ru

high school in the

local service provider

Skynet, households, rushed,

net long

in the high school

national service Business 35 Interconnection, China Enterprise Momentum Mid-High School High School High High

Small Network Company Low Low Low Small

Small studio in the high school low

advertising agency Ogilvy & Mather, frontline High School High School small

software company wriggle small

company provides comprehensive large-scale e-commerce sites and DIY custom smart establishment of support and service, covering

the lid from large corporations to individual entrepreneurs of each Class website construction needs. The company has a

website construction service team including excellent pre-sales engineers, web designers, web programmers, and software engineers. The design level

is at the forefront of the same type of manufacturers. As a leading domestic SaaS service provider, the company deeply understands

the different needs of different customers, and independently develops an intelligent website building system for small businesses and individual entrepreneurs. Customers can

flexibly choose and use functional modules and change website themes from time to time. Customers not only greatly reduce the cost of ownership , And

you can enjoy richer website templates and functions. The company services customers include China Everbright Bank, a small tail

sheep, Loop liquor, Fulong Group, Anne Paper Co., North Lake Nine, Hengan Group, Double-Crane Pharmaceutical, building workers set

group, Xiamen Airlines, Dunhill Hotel, the first domestic futures Well-known enterprises, while accumulating service

experience in many industries , enjoy a high reputation and reputation in the industry, and have strong competitiveness.

(2) Market share and ranking

The company's website construction business revenue in 2008 was RMB 24,998,600. According to

the "24th Statistical Report on Internet Development in China" issued by the China Internet Network Information Center, as of June 2009, China Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Business and Technology

1-108

The number of websites in the country reached 3.06 million. Due to the industry a lot of local service providers, small Internet companies,

it is difficult statistics to the studio and other service providers, manufacturers reported no separate third-party research institutions, so I can not mention

for competitors and our market share and market position data.

3, E-mail competition

(1) market competition in

the domestic mail market is currently in the brand increasingly focused on the development stage, the top four business mail service

service providers account for more than 10% market share; the top five vendors accounted for nearly 70 % Market share. The

market participants are divided into two categories: one is companies that professionally provide corporate mailboxes, such companies include our

company,

263 Network Communications Co., Ltd., etc.; the other is portal sites, such companies include Shangyi and Century Dragon Information

Network. Limited liability company (21CN), etc. Direct sales or agency sales are mainly adopted in the industry, and the

focus of competition includes basic performance, mailbox functions, and popularity.

The company has many years of independent research and development and market experience in the field of corporate mailboxes, and has a deep

understanding and understanding of customer needs . The company's corporate mailbox products are the earliest products that have been certified by the Ministry of Public Security in China

, and have won the "E-mail Industry Contribution Award", "Top Ten Corporate Mailbox Recommended

Brands", and "Excellent Enterprise Mailbox Service" in a series of authoritative evaluations. And other honorary titles. The basic performance and mailbox functions of the company's products have always been

in the forefront of the industry: the company launched the first domestic corporate email system with instant messaging capabilities; the first

self-destructive email system; the first to launch a 64-bit corporate email system with enterprise Calendar function

Enterprise mailboxes with attachment preview function and enterprise mailboxes based on web2.0 technology;

anti-spam and anti-virus gateway system with independent intellectual property rights ; take the lead in using offline browsing technology in web applications, etc. Therefore,

the market share of the company's corporate mailbox business has been ranked first among similar companies in China for two consecutive years, with a

market share of 19.90% in 2008 , making it the number one brand of corporate mailboxes, with a high reputation and reputation in the industry

.

(2) market share and ranked

according to iResearch of "2008-2009 China E-mail Industry Development Report", in 2008

companies in the domestic business mail market share of 19.9%, the industry ranked first; 263 Network Communications shares have

limited company With a market share of 15.4%, it ranks second; Shangyi e-commerce company has a market share of 13.4%,

ranking third.

(3) Competitive advantages and disadvantages of the company

1. Competitive advantages

(1) Effective marketing model

The company is currently one of the few software operation service providers in the industry that focuses on direct sales. Aiming at the

rapid technological upgrade of the software operation service industry, the large differences in customer demand, and the high product requirements for technical support and service, the business and technical

1-109

characteristics of the prospectus of Xiamen Three-Five Internet Technology Co., Ltd. , the company has established a team of more than 800 The human direct sales team has initially established a

marketing service network based on the company 's headquarters and radiating to major first-tier cities across the country, which has played a

significant role in promoting the expansion of the company's business .

The biggest advantage of the direct sales model is to enable the company's brand to reach customers directly, build closer customer relationships, and increase

customer loyalty; reduce intermediary links and significantly improve the company's profitability. In addition, through the direct sales model, the

company can obtain feedback from end users in a timely manner, understand and grasp changes in customer needs at any time, and

improve and develop more products and services that meet customer needs. This is important for emerging software operation services.

The industry is particularly important.

(2) First-mover advantage

The company is one of the earliest enterprise-level software operation service providers established in China. The company has seized the opportunity of the

informatization of domestic SMEs, using the Internet domain name business as the entry point, after years of unremitting efforts, while

accumulating a large number of loyal SME customers, it has gradually developed into a trustworthy SME customer.

Informatization provides a package solution provider. After years of effort and improvement, the Company has accumulated

have a domain name customers nearly 300 000, E-mail client of nearly 70,000, the company's products and services have been numerous

multi-user acceptance and trust, as the company's new product launch And the development of the business has laid a good foundation.

(3) complete product line and innovative business promotion model

after years of development, the company's product line has been included from entry-level software applications and services to the tube

a variety of products like software application management services to meet Chinese SME customers Various

needs at different stages of informatization . Specifically, the company's product line has the following characteristics and advantages:

1) There are inherent correlations among various businesses on the product line, which are reflected in corporate customers with certain types of business needs.

Users often have other types of business needs at the same time, which can enable all types of businesses to share customer resources and reduce the company's

customer expansion costs.

2) Occupy customers' daily office environment through a complete product line, which makes customers

highly dependent on the company's products .

3) Customers can customize one or several services on the product line according to their own needs to meet the

individual needs of customers and realize the on-demand customized software operation service function.

The company's business promotion model innovation is mainly reflected in the company's latest enterprise-level instant messaging software-

35EQ. While having instant messaging capabilities, this software is also an integrated enterprise-level software

operation service platform. 35EQ is developed based on the corporate organizational structure, which can

bring great convenience to the internal and external communication of the company while ensuring the security of the corporate information , and is highly "sticky" to customers. 35EQ

adopts a free use model and has a large user market. The company's corporate mailbox product is provided as a

plug-in product on the tool , which can quickly be promoted among the 35EQ user groups. The company will use 35EQ as the carrier to

further enhance the integration advantages of corporate mailboxes and 35EQ in information transmission through in-depth development. The business and technology

1-110

35EQ in the prospectus of Xiamen Three-Five Internet Technology Co., Ltd. will drive mailboxes and mailboxes to drive 35EQ. The linkage method rapidly increased the number of corporate mailbox users to drive

the future development of the company's corporate mailbox business.

(4) Technological innovation and integration advantages

The company has established a relatively complete R&D system and formed strong product R&D and integration capabilities.

It has sufficient senior research and development personnel and has accumulated rich experience in new product research and development and operation and maintenance. This

company has nearly 200 people in the professional R & D team in .Net, Java, C and other development platforms, as well as windows

on linux system and has plenty of high-level R & D personnel, research and development capabilities and more system so that the Company may from market

needs and field Starting from the product strategy and selecting the appropriate technical system, the company's technical decision-making is more scientific,

independent and flexible, and the ability to deal with technical risks has been enhanced.

The company passed the ISO9001: 2000 certification in 2004, and passed the three-level software maturity

assessment (CMMI3) in 2006. It is the first company in the domestic SaaS industry to pass the ISO and CMMI3 certification, and has the

ability to continue technological innovation.

At present, the company has successfully solved

many technical problems such as large -scale concurrent applications, distributed computing, massive data storage, data security, north-south interconnection, etc., and has developed many practical and innovative products:

the first set of real-time domain names in China Registration system; the first corporate email system with instant messaging function; the first

self-destructing email system; the first to launch a 64-bit corporate email system, corporate email with corporate calendar function and

attachment preview function, and web2.0-based technology Enterprise mailboxes;

anti-spam and anti-virus gateway system with independent intellectual property rights ; offline browsing technology first used in web applications, etc. These innovative

functions are unified on the company's SaaS platform, making this platform the industry's leading SaaS Integrated

application platform.

The company's current product design concept is: anytime, anywhere, real-time communication and work. Based on this philosophy, the

company break through the lack of real-time software operation service defects, the first in China to achieve the E-mail and instant messaging

in conjunction with the hearing, the first in China to launch E-mail --35 instant email with instant messaging and from

the main R & D 35EQ, the first domestic enterprise-level instant messaging software based on enterprise management architecture, has

its outstanding advantages in terms of immediacy , ease of use, integration and scalability. 35EQ using "Push" in the information transmission

mode, is about to client receives instant information "pushed" to the client computer desktop, users do not need to constantly visit

ask the appropriate Web site to obtain information, allowing customers to receive and process information more proactive , fast, thereby realizing

now immediatelization, greatly improving the efficiency of the office; 35EQ addition has been integrated into the E-mail, instant messaging, online

network OA meetings and other functions, the future of the company will gradually CRM, HRM and other enterprise management software integrated into

35EQ , In order to achieve customer communication and work anytime, anywhere, and improve customer office efficiency.

(5) for enterprise customers demand a deep understanding of

the software operation services industry due to the rapid escalation of technology, wide dissemination and information industry value chain is not

broken restructuring, so that customer demand is always in rapid change, rapid response capabilities for enterprise development success Xiamen 35 Internet Technology Co., Ltd. prospectus business and technology

1-111 are

essential. The company has established technical support and marketing centers in major regions across the country to

provide door-to-door, one-stop, convenient, fast and professional technical support and marketing services for the informatization of small and

medium-sized enterprises .

The company is always able to respond in a timely manner to changes in customer needs.

For a long time, the company attaches great importance to the tracking and research of customer needs, and is committed to deeply understanding

the various needs of customers for products, and it runs through the entire process of the company's product development, sales and after-sales service.

In terms of software ease of use, based on a deep understanding of customer needs, the company continues to introduce

software products that are compatible with customers' network application operation level and usage habits, minimizing the difficulty of customers' operations, and effectively

improving customers' understanding of the company. Product loyalty and satisfaction.

(6) brand and reputation

since its inception in 2004, the company has been engaged in E-mail, e-commerce website construction, domain

name and other software operations, accumulated a large number of customers, the majority of users gradually formed a professional, superior

quality, The credible corporate image has established a good market reputation.

For the main honors the company has received in recent years, please refer to the relevant

content of the "Section 1 Overview" of this prospectus .

2. Competitive disadvantages

With the rapid development of the company's business, the company's hardware facilities, R&D capabilities, and marketing capabilities need

to be further improved. The company's demand for funds is increasing. At present, the company's funding sources are relatively

limited and Singleness restricts the company's sustained and rapid development to a certain extent. Compared with

well-known companies in the software operation service industry , the company's current business scale and financial strength are still at a relatively low level, and cannot yet fully

meet the company's needs for providing comprehensive, one-stop information development solutions for small and medium-sized enterprises.

4. The company's main business

(1) Company business model The

company is a company that adopts a SaaS model and relies on self-developed application software systems, focusing on Chinese

small and medium-sized enterprises customers, providing enterprise mailboxes, e-commerce website construction, network domain names, office automation systems

(OA), and customer relationship management Professional provider of software products and services such as system (CRM). In this mode

, the software operation service provider deploys the application software on the server uniformly, and the customer

orders the required software products and services from the provider according to the actual needs, and pays the provider according to the product category and time limit ordered.

Pay, and obtain corresponding software products and services through the Internet. This business model is different from the business model of the traditional industry and

has obvious characteristics. The specific performance is as follows:

1. Procurement model The

company adopts a centralized procurement model for procurement, mainly as follows:

(1) Domain name procurement: Domain name procurement is from the registry Purchasing behaviors of specific objects such as those of Xiamen Sanwu Internet Technology Co., Ltd. are required to obtain the business and technical

1-112

registrar qualification in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd. before they can directly sign a domain name procurement agreement with the registry to purchase domain names. The registry has a

strong ability to control prices and policies, the price is relatively stable, and the price flexibility and bargaining space are small; when

registering a domain name, the registrar must ensure that it has sufficient funds in the registry's account to realize the online timely Register,

charge money and complete transactions. Specifically, it is divided into domestic domain name procurement and international domain name procurement: international domain name procurement: mainly

purchases from Verisign. Through the domain name registration framework agreement between the two parties, the domain name transaction behavior of both parties is agreed upon.

The price is basically stable, and there is little room for price discounts; domestic domain names are mainly purchased from CINNIC, and the two parties

agree on the domain name transaction behavior of the two parties through the domain name registration business agreement, and the price will be appropriately

discounted according to the number of registrations .

(2) Procurement of host, mailbox, and website construction services: all purchase servers and lease cabinets. Therefore, the

company adopts centralized procurement to obtain more favorable prices.

The procurement situation of the company during the reporting period is as follows:

Unit: 10,000 yuan

2006, 2007, 2008, January-June, 2009

Project

Proportion of Amount (%) Proportion of Amount (%) Proportion of Amount (%) Proportion of Amount (%)

mining server

purchase at cost

366.24 12.25 30.5 1.37 262.19 9.21 117.68 8.84

IDC cost 222.83 7.45 305.35 13.70 382.61 13.44 246.54 18.51

domain name costs 2,401.68 80.30 1,893.70 84.94 2,201.45 77.35 967.72 72.65

total 2,990.75 100.00 2,229.55 100.00 2,846.25 100.00 1,331.94 100.00

2, R & D model

product research and development mode It is a matrix management model with product management as the mainstay and administrative management as the supplement. product

The technology center consists of

five resource departments: software development department, product management department, interface design department, quality management department, and technical maintenance department. Each department assigns personnel to form a product development project team. The project is

organized and implemented in accordance with the product development process of the Product Technology Center .

In the research and development of a single product, due to the characteristics of the SaaS model software, the company adopts the

research and development model of "always a Beta board". According to customer needs, it continuously in-depth research and development upgrades, adding and improving product functions;

in the integrated research and development of the overall product , The company adopts the "one-stop research and development model" to

integrate the four-stage products of small and medium-sized enterprises informatization on 35EQ, and only need to log in to 35EQ to use the complete office management

software, which is convenient for customers to use.

3. Marketing model The

software operation service industry has the characteristics of fast technology upgrades, large differences in customer demand, and high product requirements for technical support and

services. In response to this, the company adopts direct sales as its main business and agent sales as a supplement to its business and technology

1-113

model in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd. The advantages of the direct sales model are mainly reflected in the reduction of intermediate links, the ability to build closer customer relationships,

in-depth understanding of customer needs, create higher customer value, and enhance the company's profitability;

the advantage of the agency sales model is that it can quickly expand market share And market influence.

The company mainly chooses sales methods based on product attributes, that is,

direct sales or agency sales based on the technical complexity of the product and the added value of the product . Generally speaking, for products with higher technical complexity and product added value,

Companies generally choose direct sales methods, such as corporate mailbox, OA, CRM, etc.; otherwise, they choose agency sales

methods, such as domain names. The sales revenue ratio of the company's direct sales model and agency sales model in 2008 was approximately 6:4.

(1) Direct sales model The

company started to build a direct sales team in 2004, and has developed a direct sales team with more than 800 people in more

than a dozen large and medium-sized cities across the country. The company's direct sales team is mainly

based on the marketing concepts of "product- centric" and "customer-centric".

The company's sales method is based on the direct sales model, mainly based on the following considerations:

1) The direct sales model has a short service path for customers and strong management capabilities for core customers, which can quickly

increase customers' awareness of the company.

2) The direct sales model is a typical "customer-centric" sales model. Through the direct sales model, the company

can fully understand customer needs and product opinions in a timely manner. After sorting and summarizing, it can be applied to the

company's new product research and development. The improvement and upgrade of existing products and services

are of great significance to the formulation of future product development strategies and the expansion of product lines.

3) The direct selling model can establish a personalized service system for different types of customers to better meet

customer needs, gradually establish a relationship of mutual trust with customers, and lay the foundation for customers' continuous consumption.

4) The direct sales team is more resolute in the implementation of the company's marketing policies, and can

communicate the advantages of the company's products and related policies to the customers to the greatest extent , so as to develop customer needs.

5) The direct sales model directly establishes the relationship between customers and suppliers, and the company brand can reach customers directly.

Thereby strengthening customer loyalty and satisfaction.

The specific process of the company's direct sales model is as follows:

First, obtain customer resources through online advertising, industry recommendations, media advertisements, etc., to

develop corporate customers, and at the same time to expand corporate customers among the company's existing customers.

Second, communicate with customers who may have potential needs via telephone.

Finally, we adopted door-to-door visits to recommend the company's products to target customers to improve sales success

.

In order to cope with the company's direct sales model, the company has initially established a business and technology centered in Xiamen, Xiamen Three-Five Internet Technology Co., Ltd. prospectus business and technology

1-114

covering Beijing, Shanghai, Guangzhou, Shenzhen, Tianjin, Qingdao, The relatively complete

technical support and marketing network in Suzhou, Fuzhou, Quanzhou and other places are mainly engaged in the technical support and marketing services of the company's related products, effectively improving

the company's marketing service level.

The company's establishment of a technical support and marketing center is mainly based on the following considerations:

1) From the perspective of product attributes, software operation services are used to meet customer

demand for software products through the Internet , and to understand customer needs through telephone sales, and then dispatch professional technical personnel On-site

demonstrations and technical guidance are carried out to customers, and customer training and problem handling are carried out after sales. Therefore, this model

requires a relatively complete technical support and marketing service network as support.

2) From the perspective of customer attributes, the company's service targets are mainly small and medium-sized users. Small and medium-sized enterprises have

the characteristics of regional dispersion. By establishing a platform for technical support and marketing centers, the company can maximize

Satisfy customer needs to the limit.

3) From the perspective of service quality, compared with individual users, corporate users generally have

higher requirements for after-sales products . The company established technical support and marketing center, the company's technical staff involved in product sales

in the sale and after-sales service, is conducive to better tap the customer needs, while helping organizations accurately and efficiently in the real

application of enterprise information technology strategy, and there are It helps to quickly understand and master the use characteristics of the

company's products , enhance customers ' recognition of the company's products and services, and further enhance the company's market position.

4) From the perspective of product complexity,

the complexity of products and services such as e-commerce website construction and customer relationship management systems (CRM) is relatively high. Adopting the company's original telephone marketing model will lead to a prolonged transaction cycle

. By establishing a technical support and marketing center, on-site demonstrations and technical guidance can be carried out to solve this

problem.

(2) Agent sales model

After more than 10 years of operation, Jingtong Technology has established a relatively complete and

loyal agent sales network across the country; the company can use the agent sales network to achieve a lower

The cost is rapid, large-scale product sales and market coverage, stable cash flow, and

pre-education work for the company's subsequent product sales. Products suitable for agency sales generally have the

characteristics of high market acceptance , standardization, and low marketing difficulty.

Therefore, the company adopts the sales strategy of direct sales as the mainstay and agency sales as the supplement, positioning agency sales as

an effective supplement to the company's direct sales system. Through product differentiation and regional differentiation, the company's products are fully promoted throughout the world.

Fast coverage within the country.

In view of the management and control characteristics of agency sales, the company conducts hierarchical management of various agents, and all agents must

abide by the relevant price system, market supervision regulations, and operation guarantee regulations stipulated by the company. For a long time,

the company has established a good cooperative relationship with many agents, and currently there are

more than 3,000 active agents . Xiamen 35 Internet Technology Co., Ltd. Prospectus Business and Technology

1-115

(3) The specific situation of

the company 's various businesses adopting direct sales and agency sales. The company adopts a sales model of direct sales as the main and agency sales as a supplement. During the reporting period, the company's direct sales

The ratio of revenue to total sales revenue is on an upward trend, from 45.55% in 2006 to

63.19% from January to June 2009. Among them:

the ratio of direct sales revenue of corporate mailboxes to total mailbox sales revenue is on the rise, from 2006

From 70.06% to 82.44% from January to June 2009;

the ratio of website construction direct sales revenue to total e-commerce website construction sales revenue is on an upward trend,

rising from 58.09% in 2006 to 73.56% from January to June 2009 ;

The ratio of the revenue from direct sales of Internet domain name business to the total revenue from domain name sales declined slightly, from

26.87% in 2006 to 22.62% in the first six months of 2009.

The specific analysis is as follows:

1) The business income and development trend of direct sales and agency sales for corporate mailbox business

Unit: 10,000 yuan

Project 2006 2007 2008 2009 January-June

Direct sales 1,591.16 3,257.66 3,818.25 2,249.31

Agency 680.00 776.21 1250.51 479.17

Total 2,271.16 4,033.88 5,068.75 2,728.48 The

company's corporate mailbox sales/direct sales revenue trend chart in the past three years

0.00

1000.00

2000.00

3000.00

4000.00

5000.00

2006 2007 2008

Direct sales agency The

company's corporate mailbox business achieved rapid growth during the reporting period, from

RMB 22.71 million in 2006 to RMB 50,687,500 in 2008, an increase of 123.18%. Among them: direct sales revenue increased from

15.9116 million yuan in 2006 to 38,182,500 yuan in 2008, an increase of 139.97%; agency revenue

increased from 6.8 million yuan in 2006 to 12,505,100 yuan in 2008, an increase of 83.90%.

2) The business income and development trend of direct sales and agency sales used in website construction. Business and technology of Xiamen Sanwu Internet Technology Co., Ltd. Prospectus

1-116

Unit: 10,000 yuan

Project 2006 2007 2008 2009 January-June 2009

Direct sales 830.02 879.11 1455.09 974.61

Agency 598.75 715.98 1044.76 350.37

Total 1428.77 1595.09 2499.86 1324.98 The

company's website construction agency sales/direct sales revenue trend chart in the past three years

0.00

500.00

1000.00

1500.00

2000.00

2006 2007 2008

Direct sales The agency

's website business achieved rapid growth in revenue during the reporting period, from RMB 14,287,700 in 2006 to RMB 24,998,600

in 2008, an increase of 74.97%. Among them: direct sales revenue increased from 8.302

million yuan in 2006 to 14.5509 million yuan in 2008, an increase of 75.31%; agency revenue increased from

5.9875 million yuan in 2006 to 10.447.6 million yuan in 2008, an increase of 74.49%.

3) The revenue and development trend of direct sales and agency sales for the Internet domain name business

Unit: 10,000 yuan

Project 2006 2007 2008 2009 January-June 2009

Direct sales 1,042.55 1,350.68 1,135.64 353.50

Agent 2,772.03 2,334.55 2,343.86 1,127.11

Other 64.80 93.60 172.32 82.20

Total 3,879.38 3,778.83 3,651.82 1,562.81

Note: Other refers to the income of domain name technology service business of Xiamen Sanwu Internet Technology Co., Ltd. prospectus business and technology

1-117

company's Internet domain name agency/direct sales income in recent three years Situation trend chart

0.00

500.00

1000.00

1500.00

2000.00

2500.00

3000.00

2006 2007 2008

Direct sales agency The

company's domain name business revenue declined slightly during the reporting period, from 38,145,800 in 2006 to 34,795,500

in 2008, a decrease of 8.78%. Among them: direct sales revenue increased from

RMB 10,425,500 in 2006 to RMB 11,356,400 in 2008, an increase of 8.93%; agency revenue

dropped from RMB 27,720,300 in 2006 to RMB 23,438,600 in 2008, a decrease of 8.46%.

(4) The number of agents and the period of the agency during the reporting period The number of agents and the

period of the agency during the reporting period are as follows:

Project 2006, 2007, 2008,
January-June ,

2009
Agency period
1.
Number of agents at the beginning of the period
8,643 9,499 10,116 10,360
2. New net
addition of agents in this period
856 617 244 369
3. The
number of agents at the end of the period 3 =
1+2
9,499 10,116 10,360 10,729 The
agency period is 1
year and 1 sign. During the
reporting period, the number of the company's agents increased steadily,
and the number of active agents in each period basically remained at
more than 3,000.
Before each period (5) During the reporting period the top ten agents case
before each of the top ten agencies during the reporting period as
follows:
Year
of
Number Customer Name Sales Products Amount (yuan)
accounted for operating income
ratio (%)
20 061 Beijing in search Network Technology Co., Ltd. domain name,
mailbox, website, etc. 2,760,165.00 3.45
years

2 Shanghai Beirui Information Technology Co., Ltd. domain name, email address, website, etc. 428,266.00 0.54 Xiamen Sanwu Internet Technology Co., Ltd. prospectus business and technology

1-118

3 Wuxi Litong Technology Service Co., Ltd. domain name, email address, website, etc. 346,292.20 0.43

4 Quanzhou Domain name, mailbox, website, etc. of Cityxun.com Computer Network Co., Ltd. 322,221.00 0.40

5 Lin Zansong domain name, mailbox, website, etc. 253,853.00 0.32

6 Domain name, mailbox, website, etc. of Hefei Wall E-commerce Co., Ltd. 244,799.90 0.31

7 Nanjing Aiheng Network Technology Co., Ltd. , Mailbox, website, etc. 235,805.00 0.29

8 Chen Daocai domain name, mailbox, website, etc. 208,341.00 0.26

9 Huang Xinguo domain name, mailbox, website, etc. 187,355.00 0.23

10 Beijing Wanwei Tonggang Technology Co., Ltd. domain name, mailbox, website, etc. 168,975.00 0.21

Total 5,156,073.10 6.44

1 Shanghai Enterprise Torch Advertising Media Co., Ltd. domain name, email address, website, etc. 409,869.00 0.42

2 Wuxi Litong Technology Service Co., Ltd. domain name, email address, website, etc. 383,883.00 0.39

3 Beijing Wangku Intercom Information Technology Co., Ltd. domain name, email address, website, etc. 376,329.00 0.39

4 Shanghai Beirui Information Technology Co., Ltd. domain name, email, website, etc. 311,394.00 0.32

5 Gao Yunwu domain name, email, website, etc. 291,553.00 0.30

6 Chen Daocai domain name, mailbox, website, etc. 262,981.00 0.27

7 Zheng Junming domain name, mailbox, website, etc. 258,128.00 0.26

8 Zheng Xiaoling domain name, mailbox, website, etc. 253,611.00 0.26

9 Lin Zansong domain name, mailbox, website, etc. 228,869.00 0.23

10 Hefei Huaer E-commerce Co., Ltd. domain name , email, website and other 210,683.00 0.22

2007

Nian

total 2,987,300.00 3.06

1 Wuxi Li Technology services Limited domain name, email, website and other 488,655.45 0.42

2 Information Technology Co., Ltd. Shenzhen World Wide Web domain name, email, website and other 278,201.00 0.24

3 Chen Zunyi domain name, email , websites and other 238,202.00 0.21

4 Dao fiscal domain, email, website and other 210,983.00 0.18

5 Gao Yun Wu domain name, email, website and other 200,733.00 0.17

2008

Nian

6 Lin Chan pine domain name, email, website and other 146,958.00 0.13 Xiamen three to five interconnected technology Co., Ltd. prospectus business and technology

1-119

7 Domain name, mailbox, website, etc. of Shanghai Hotline Information Network Co., Ltd. 103,008.00 0.09

8 Domain name, mailbox, website, etc. of Xiamen Youtong Internet Technology Development Co., Ltd. 102,957.00 0.09

9 Nantong Runxing Computer Technology Co., Ltd. domain name, mailbox, website, etc. 102,244.38 0.09

10 Shanghai Boming Network Technology Service Co., Ltd. domain name, mailbox, website, etc. 101,700.00 0.09

Total 1,973,641.83 1.71

1 Shanghai Qiju Advertising Media Co., Ltd. domain name, mailbox, website, etc. 457,770.00 0.79

2 Wuxi Litong Technology Services Co., Ltd. domain name, email, website, etc. 204,401.90 0.35

3 Zheng Junming domain name, email, website, etc. 151,366.00 0.26

4 Xianyifei domain name, email, website, etc. 150,660.00 0.26

5 Lin Zansong domain name, email, website, etc. 103,714.00 0.18

6 Chen Daocai domain name, mailbox, website, etc. 102,516.00 0.18

7 Wenzhou Lianke Technology Co., Ltd. domain name, mailbox, website, etc. 102,374.00 0.18

8 Jindie Digital Technology (Zhuhai) Co., Ltd. domain name, mailbox, website, etc. 98,747.50 0.17

9 Shenzhen Junbo Science and Technology development Co., Ltd. domain name, email, website, etc. 98,345.07 0.17

10 Zhuhai Golden bridge network Technology Co., letter domain name, email, website, etc. 93,329.00 0.16

2009

Nian

(1-6

months)

total 1,563,223.47 2.71

(b) business development

In the development process of the Internet, the business enclosure, expansion, and integration of Internet companies run through it.

In the business enclosure phase, leading companies in various segments of the industry quickly grab customer resources and gradually establish

their leading position in the industry. In the business expansion stage, these leading companies have

begun to expand into other related business areas while ensuring the leading position of their main businesses . When the business of each leading enterprise expands to a certain extent,

a high degree of integration of the business is achieved through platform integration to form a high degree of coverage in certain business areas.

1, the first stage - the stage enclosure business

of the Company is one of the earliest providers of domain name services business in the domain name business areas

field has accumulated a large customer resources, the company relies on the resources quickly into the E-mail business field. After

several years of accumulation, the company has gradually developed

into a leading enterprise in the field of domestic corporate mailbox business by relying on product technology innovation and integration advantages and a direct sales-oriented marketing model . According to the "2008-2009 Xiamen Three-Five Internet Technology Co., Ltd. Prospectus Business and Technology

1-120

China Enterprise Mailbox Industry Development Report" and "2008 China Enterprise Mailbox Report" released by iResearch , the company's corporate mailbox

business has a continuous market share It has ranked first among similar domestic companies in the

past two years, and its market share in 2008 reached 19.90%.

2, the second stage - the business expansion phase

after the company achieved a leading position in the mail business, while companies use the first-mover advantage

potential, technological innovation and integration advantages, a good brand and reputation in the market and strong marketing capabilities continue Consolidate

Leading position in this business field. On the other hand, as its own understanding of the informatization needs of small and medium-sized enterprises

continues to deepen and its ability to use the Internet to provide software services continues to improve, the company has begun to extend its product

chain and enter the construction of e-commerce websites , Office automation (OA) and other business areas, forming new profit growth

points.

3, the third stage - integration phase of business

the company has formed from the network domain name business to produce a more complete office automation (OA) services such as

product line to meet the basic needs of SME customers at different stages of information technology, and amassed considerable Customer

resources. On this basis, the company officially launched "35EQ" in May 2008. "35EQ" is an

enterprise-level instant messaging product and a platform for the company to integrate its various products and services in the future. The company will

continue to introduce new products to users through the upgrade of the platform, so that users can experience and apply the company's new

products through the platform , enhance user stickiness, and promote product sales.

Schematic diagram of the company's business development history and future development plans

At present, in the field of personal instant messaging, some Internet companies have achieved certain

success through this model . They rely on a "sticky" great personal
instant messaging product platform, and gradually integrate online games,

information, interactive, personal e-commerce and many other products and
services, thereby helping to create a personal-based instant messaging

communication tools multi-purpose platform, and On this basis, the number
of users and business revenue continued to grow. Xiamen 35 Internet Technology
Co., Ltd. Prospectus Business and Technology

1-121

In the field of enterprise-level instant messaging products, the company
has first-mover

advantages in terms of technology accumulation and customer resources .
The 35EQ product launched by the company is a true enterprise-level instant
messaging tool and

an integrated enterprise-level software operation service platform that
the company has built. The company will be the company's existing production
capacity by 35EQ

conduct product (E-mail, OA, conference calls, video conferencing, etc.)
fully integrated, and relying on 35EQ flat

stage introduction of new products (such as CRM, HRM, SCM, etc.) to better
Meet the needs of SMEs informatization

. By 35EQ, enterprise customers can build instant messaging system truly
their own manageable,

and direct access to all business systems and management systems within
the enterprise through the system, enhance internal communication can

force, information security, improve office efficiency, reduce operating
cost.

Comparing instant messaging software for individual users with the
company's 35EQ

OA

35EQ, as an instant messaging tool based on a desktop client, has greater
advantages in resource integration

. Users only need to log in to 35EQ to directly use the company's other
products and services, improve user experience

, make 35EQ itself more systematic and powerful on the basis of meeting
user needs and experience, and

promote other products of the company on this platform And business, and
finally make 35EQ this platform cover

all areas of the daily office of small and medium-sized enterprises . Xiamen 35 Internet Technology Co., Ltd. Prospectus Business and Technology

1-122

35EQ Platform Integration Company Product Effect Schematic Diagram

OA

(3) Overview of the company's main products and services

Since its establishment, the company's main products and services have been centered on serving the informatization

process of small and medium-sized enterprises . In the future, the company will further improve and

extend the company's products and services in conjunction with the gradual increase in the degree of informatization of Chinese SMEs, and provide comprehensive one-stop software

operation services for Chinese SMEs through the SaaS model .

The company's software operation service business for the informatization of small and medium-sized enterprises. Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Business and Technology

1-123 Since

2006, the company's overall business has grown steadily. The income of each business is as follows:

Unit: 10,000 yuan

2009

January-June 2008 2007 2006

business

amount amount amount up investment increased by

E-mail 2,728.48 5,068.75 4,033.88 25.65% 77.61% 2,271.16

website 1,324.98 2,499.86 1,595.09 56.72% 11.64% 1,428.77

domain name 1,562.81 3,651.82 3,778.83 -3.36% - 2.59% 3,879.38

OA 39.65 -----

Other 122.84 339.52 -4.10% 354.03 -16.09% 421.93

Total 5,778.76 9,761.82 11,559.95 18.42% 22.00% 8,001.23

1, E-mail business conditions

(1) The main function of

mail belonging to a category of e-mail, and general portal provides personal e-mail with

than the most intuitive difference is independent The domain name is used as the suffix of the email address. The user's use of corporate

mailbox products can not only reflect the company's brand image, but also facilitate the unified management of employee mailboxes by the company,

and enable better and safer management of business correspondence. This is essential

information for companies in the Internet era. One of the exchange tools.

Through the establishment of a professional e-mail system platform, the company provides a safe

, stable, high-speed, and reliable enterprise with anti-spam, anti-virus, self-destructive, monitorable, instant messaging,

global sending and other functions to the majority of small and medium-sized enterprise users . Mailbox software operation service.

The main functional characteristics of the company's corporate mailbox products are shown in the following table: The

main functions are three-to-five interconnection of new-generation corporate mailboxes. Other domestic corporate mailboxes.

Anti-spam and anti-

virus.

While improving mail filtering speed and reducing network delays, it

combines intelligent judgment with manual work. In this way, it can avoid the

inevitable high false positive rate problem of content filtering technology . At present, the

company has certain advantages in the industry's mail anti-spam and anti-virus technology.

Most of them are not up to the processing capacity and spam

recognition rate

Such a high level. Xiamen 35 Internet Technology Co., Ltd. prospectus business and technology

1-124

overseas forwarding

(1) Set up overseas servers to build a green channel to

ensure 100% arrival rate of overseas mail.

(2) A smarter forwarding judgment method, when the domestic delivery fails, it

will be automatically forwarded through an overseas server.

Some do not provide overseas forwarding

services, or cannot realize intelligent

judgment.

Multi-line access

completely solves the problem of north-south intercommunication, multiple international G-level optical fiber access,

send and receive mail more smoothly.

Some do not provide multi-line access

services, or only provide dual-

line access services.
Combining

with instant messaging
is the first domestic instant corporate email
service for corporate users . 35EQ is not only an instant messaging tool, it makes up
for the shortcomings of the instant function of corporate mailboxes, it will also become a corporate office
platform. It not only integrates with corporate mailbox services, but also integrates with other products such as the company's OA, CRM, corporate calendar, etc.,
and can integrate with other corporate applications through API interfaces. 35EQ
will become a platform for centralized display and processing of enterprise application data.
Most of them don't have this function.

Self-destroyed mail

This is a new type

of mail service that has not been launched by other domestic mailbox operators . It can enable customers to

destroy the wrong mails remotely and online immediately after discovering that they have been sent by mistake to protect business secrets.

Most of them don't have this function.

Mobile mailbox The

functions of mobile mailbox mainly include: SMS notification service of mail arrival,

WAP mobile phone version and Pushmail service. The functions of the three applications

range from simple to complex, and technically easy to difficult. Users can

customize them according to their needs. At present, the above-mentioned functions have been implemented in some

areas in China , which can provide users with a complete set of mobile phone mailbox service

solutions, realize users' mobile office, and perform mail management anytime, anywhere

.

Now there are very few

corporate mailbox products that have a complete mobile mailbox service .

Archive mail folder

A function that fully considers the needs of users, enabling customers to realize

the archive management of mails .

Some do not have this feature.

Secure Mail

Encrypts the content of the mail, and only the recipient can

decrypt it. Even if the mail is intercepted by anyone else, the content cannot be read.

Most of them don't have this function.

(2) Relevant business data

In recent years, the company’s corporate mailbox business has achieved good development. During the reporting period, the company’s corporate mailbox

business

Service main business indicators are as follows:

During the reporting period the Company E-mail business the main business indicators Statistics

projects from January to June 2009 2008 2007 2006

1. Opening enterprises with

the number of households 71,085 65,911 56,193 44,194 Xiamen three to five interconnected Technology Co. Shares Company prospectus business and technology

1-125

2. The net increase in the

number of enterprise users in the current period- 5,129 5,174 9,718 11,999

3. The number of enterprise users at the end of the period

3=1+2 65,956 71,085 65,911 56,193

4. The number of boxes at the beginning of the period 831,011 779,963 664,758 472,724

5 Net increase in cases

during the period- 8,579 51,048 115,205 192,034

6. Number of cases at the end of the period

6=4+5 822,432 831,011 779,963 664,758

7. Total

number of new cases in the current period 162,758 329,079 384,293 287,907

8. Total

number of cases in the current period 241,159 555,847 523,765 484,556

9. The total

number of sales boxes in the current period 9=7+8 403,917 884,926 908,058 772,463

10. The current sales Post

box in box average selling

price (yuan)

67.98 58.06 45.65 30.46

Note: Final box number refers to the number as of the end point of the online mailbox users; current sales box refers to the number of years the company's current sales of postal

box number multiplied The total number of corresponding mailbox sales years; the average annual box selling price refers to the annual charge for a single mailbox.

During the reporting period, the company's corporate mailbox business revenue, the number of end mailbox users, and the average annual box selling price all

achieved good growth. The main reasons for the company's average annual box selling price increase year by year are: a)

the increase in product unit prices brought about by product upgrades; b) the increase in the proportion of direct sales volume.

(3) E-mail product business processes

business process diagrams Company E-mail is as follows:

(4) E-mail Business Market Forecasting Technology Co., Ltd. Xiamen three to five interconnected business and technology prospectus

1-126

With the domestic network domain, With the rapid growth of the number of corporate websites, the corporate mailbox market will continue to

maintain a rapid growth trend in the future . Statistics from iResearch show that the industrial scale of China's corporate mailboxes

was 610 million yuan in 2008, an increase of 19.1% from the 512 million yuan in 2007; by 2012, the enterprise mailbox

industry scale is expected to reach 1.530 billion yuan. The compound growth rate is 26.88%.

2007-2012 China's SaaS enterprise mailbox market industry scale and growth forecast

Annual 2007 2008 2009 2010 2011 2012

China's SaaS industry scale (

100 million yuan) 5.12 6.10 7.49 9.48 12.20 15.30 Year- on-year growth rate of the corporate mailbox market-19.14% 22.79% 26.57% 28.69% 25.41%

5.12

6.1

7.49

9.48

12.2

15.3

19.14%

22.79%

26.57% 28.69%

25.41%

-1.00 %

4.00%

9.00%

14.00%

19.00%

24.00%

29.00%

0

2

4

6

8

10

12

14

16

18

2007 2008 2009E 2010E 2011E 2012E

2007-2012 China's SaaS enterprise mailbox market industry scale and growth forecast

Sales (100 million yuan) Sales growth rate and growth rate

Source: iResearch "2008-2009 China Enterprise Mailbox Industry Development Report"

Note: Industry scale refers to the fees paid by end users for using enterprise mailbox products, including software operation service provision

All income of business and all levels of agents.

(5) business mail market share situation

according to iResearch released "2008-2009 China E-mail Industry Development Report" and the "2008

China Enterprise Mailbox Report", the market share of corporate mail service for two consecutive years is located in the same domestic enterprises

industry The market share in 2008 reached 19.90%.

Over the years, in addition to SME customers, the company's E-mail business enterprises, government

accumulated a number of large customers furniture representative institutions, social groups, such as: Sedrin, shares of Zhejiang Qianjiang Motorcycle

Co., Ltd., Zhuhai Municipal Finance Bureau, China Quality Association, etc. Xiamen 35 Internet Technology Co., Ltd. Prospectus Business and Technology

1-127

Xuejin Beer Enterprise Email Login Screen Screenshot of

Qianjiang Motorcycle Enterprise Email Login Interface Screenshot Xiamen 35 Internet Technology Co., Ltd. Prospectus Business and Technology

1-128

Zhuhai City Screenshot of the corporate mailbox login interface of the Bureau of Finance

(6) Future development strategy of corporate mailbox business

1) With 35EQ as the core platform, use the integrated advantages of EQ to promote corporate mailbox business. 35EQ

is an enterprise-level instant messaging tool and application integration platform that can provide information on the premise of ensuring information security.

The internal and external communication of the enterprise and the integration of various applications bring convenience and are highly "sticky" to customers.

The company's corporate mailbox product is provided as a plug-in product on the tool, which can quickly be

promoted among existing customer groups. The company will use 35EQ as a carrier to further enhance

the integration advantages of corporate mailboxes and EQ in information transmission through in-depth development, and conduct

business promotion in a linkage way that EQ drives mailboxes and mailbox drives EQ .

2) Continuously improve and perfect product functions. The company is one of the earliest domestic Internet application service providers to

conduct independent research and development of enterprise mailboxes. At present, it has established a mature research and development team, standardized research

and development process and effective management system, and has certain first-mover advantages. Based on a deep understanding of

the needs of corporate customers, the company will continue to develop mailbox products that are different from competitors and can meet the needs of SME customers.

3) Strengthen the conversion of Internet domain name customers to corporate mailbox customers. At present, the company has

about 600,000 domain name registrations , and has accumulated about 300,000 Internet domain name customers, a large part of which are

corporate customers with potential needs for corporate mailboxes. In the future, the company will increase its customer advocacy work, enhance customers' informatization

awareness, and encourage the company's Internet domain name customers to transform into corporate email customers.

4) Establish an efficient marketing model. The company will

establish a point-to-face technical support and marketing network based on the size of the corporate mailbox regional market, the concentration of target companies and the company's comparative advantage areas,

and use channel sales in areas that cannot be directly covered by the technical support and marketing center. So as to form a direct sales, channel

A marketing model supplemented by road marketing, telephone marketing as the mainstay, network display and door-to-door demonstration as the supplement. Xiamen 35 Internet Technology Co., Ltd. Prospectus Business and Technology

1-129

5) Further shape the professional brand image of corporate mailboxes. Since its establishment, the company has been committed to improving the

quality of products and services, implementing a complete quality assurance system, and establishing a professional, high-quality, and honest corporate brand

image.

2, the construction business e

(1) the Company's e-commerce website construction market business location

with the current level of information society increasing, companies create a site can establish a corporate image, full-

face presentation enterprises and their products in detail, to achieve E-commerce functions, real-time release of important information, provide customers with

various online services and maintain close contact, establish efficient and convenient investigation channels, etc. Among them, the simple

establishment of a website to establish a corporate image and promote corporate products belongs to the introductory application stage of the enterprise informatization process,

while the establishment of an enterprise's own e-commerce platform through the website belongs to the business-driven

stage of the enterprise informatization process .

At present, there are a large number of domestic companies engaged in website construction, and many companies often use price wars to compete for

customers, but there are many deficiencies in service quality. Common

problems in website construction services currently in the market include: design that does not meet customer needs,

inefficient functions, inconvenient maintenance, slow access, no website visits, not included in search engines, poor website security, lack of after-sales service, etc. Most of the website

construction services do not provide e-commerce functions, and can only meet the relevant requirements of the application stage of enterprise informatization

.

In response to the above situation, considering the needs of SMEs in different stages of informatization, the company divides the website construction business

into two categories, namely, the intelligent website construction category and the customized website construction category. Intelligent

website construction provides templated website construction for enterprise customers who are in the introductory stage of informatization , and customers can generate

standard websites that meet their needs with simple operations . This block of business has not yet started. Customized website construction is aimed at enterprise

customers in the information-driven stage , and provides overall e-commerce solutions. According to the customer's industry characteristics and company size, determine

the internal and external functions that their website needs to achieve. Through designing program functions and page styles, develop suitable Customized

website.

The company's e-commerce website construction business has entered a stage of rapid development in recent years. With

the continuous deepening of the informatization of small and medium-sized enterprises , this business has good room for growth and has a higher profit margin than the domain name business

. The company has regarded the e-commerce website construction business as one of the company's key development businesses in the future.

(2) the Company's e-commerce website construction business profile

company website design is divided into two categories, one is based on the company's strong design and integration capabilities, customer

households demand-based, to provide customers with special customized station; the second is through The online website management system provides customers

with a templated and unified intelligent website construction. The company's customized website building business mainly includes

services such as website design and host business , which is a package of e-commerce solutions based on the customer's industry background. For customers

in need, they first need a website design to load a series of website functions, and then a host space is needed to provide things Xiamen Sanwu Internet Technology Co., Ltd. prospectus business and technology

1-130

At the management level, the website needs to be promoted in order to attract the visits of target customers. The smart site construction business has

not yet been launched.

The website design business includes web design, web production, program development and other links to realize a series

of website functions.

The company's hosting business mainly includes virtual hosting, hosting and hosting rental services. Virtual host

uses special software and hardware technology to divide a server host running on the Internet into a "virtual

" host, and each virtual host has an independent domain name. Hosting means that customers provide their own

hardware servers, and can choose to provide their own software systems or provide them by suppliers, and enjoy professional

server hosting services. Host rental means that customers do not need to purchase servers themselves, but can directly use

the servers and software systems provided by the company .

In addition, the company is also engaged in website promotion business. The purpose of website promotion is to allow as many potential users as possible to

understand and visit customer websites, and to support and assist customers in realizing online or offline sales. Website promotion needs to

rely on certain network tools and resources. Commonly used website promotion tools and resources include search engines, e-

mails, website links, online yellow pages and classified ads, e-books, free software, and online advertising media.

The company's website promotion business is mainly to purchase the search

engine bidding advertising products of Beijing Baidu Netcom Technology Co., Ltd. on behalf of the company's customers .

(3) Relevant business data

In recent years, the company's website business has achieved good development. During the reporting period, the company's website business main

operating indicators are as follows:

During the reporting period, the company's website business main operating indicators statistical table

Items 2009 January to June 2008 2007 2006

website construction business revenue

(ten thousand yuan) 1,324.98 2,499.86 1,595.09 1,428.77 During the

reporting period, the company's e-commerce website construction business has been realized Good growth.

(4) E-commerce website construction business process

The company's customized website construction business is based on a series of standardized functional modules, based on user needs, to

provide users with personalized corporate website construction services. The basic structure of an enterprise website includes

modules such as the homepage, company introduction, product release system, and news system. Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Business and Technology

1-131

(5) Market prospects of e-commerce website construction business The

domestic website construction business has developed rapidly and the market scale is huge. The number of corporate websites is

growing steadily and rapidly . According to the 23rd Statistical Report on Internet Development in China issued by CNNIC,

by the end of 2008, the number of websites in China reached 2.878 million, an increase of 91.4% over 2007. It was the

fastest growing year since 2000 .

Data source: CNNIC January 2009

The company's website construction business has developed many

representative customers in trade, electronics, clothing, media, machinery and other industries , such as Galanz Group, Hengan Group, Mengniu Group, Xiamen Airlines, etc. Xiamen 35 Internet Technology Co., Ltd. prospectus business and technology

1-132

Galanz Group website homepage Hengan Group website homepage

Mengniu Group website homepage Xiamen Airlines website homepage

3. Internet domain name business

(1) Internet domain name registration management and service system The

current global Internet network complies with the IETF TCP/IP transmission protocol. Deploy

IP addresses in a tree structure . The domain name is also called "Top Level Domain (TLD: Top Level Domain)", which corresponds to an IP address and

is the name identification of an enterprise or organization on the Internet. As an electronic trademark of an enterprise, a domain name is

an indispensable identity certificate for an enterprise to enter the Internet, and it is also the first step for an enterprise to establish its own Internet site.

Top-level domains include two categories: one is the "generic top-level domain (gTLD)", according to IANA (Internet

Data Assigned Numbers Authority, the Internet Assigned Numbers Authority) published, there are packages

including .com, .net, including 21 There are two generic top-level domain names; the other is the "country and region code top-level domains

(ccTLD)". According to data published by IANA, there are currently 241 country and

region code top-level domains including .cn and .de . Under normal circumstances, the domain name by the letters az, digits 0-9 and the "-", and

can not be a space or other punctuation, head and tail can not be a "-"; includes at least three characters, most

multi Cannot exceed 63 characters.

(2) Market positioning of the company's network domain name business. Business and technology in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-133

1) The company is a well-known Internet domain name service provider in China. In recent years, along with medium-sized enterprises

to improve the level of demand, the company gradually adjust their business structure, develop higher-margin corporate email, electric

-commerce site building services, network domain name business in the company's share of revenue decline , But it still provides the

company with considerable cash inflows. In addition, compared with other businesses, the network domain name business has less risk

and relatively stable income, so this business will still be one of the company's core businesses in the future.

2) Internet domain name business has brought huge customer resources to the company. At present, the number of company domain name registrations is about

600,000, and the number of customers has reached about 300,000. In the introductory stage of the informatization of small and medium-sized enterprises, their needs are

concentrated in areas such as network domain names and website construction. Users must fill in detailed customer information when registering a domain name.

Therefore , the company has a large amount of customer information and has established a database to track it. With

the continuous escalation of enterprise customers' demand for informatization, the company will strive to transform them into customers for other businesses of the company.

(3) Overview of the

company 's network domain name business The company belongs to the domain name registration service organization in the Internet domain name registration management and service system,

and provides various network domain name services to users and agents. The company is an international domain name top-level registrar authorized by ICANN

and a CNNIC certified CN domain name registrar. The company maintains a good

business relationship with the above two organizations and completes the domain name business in a timely manner in accordance with the specific requirements of the two organizations.

At present, the company provides users with a variety of domain name registration services such as .COM, .NET, .CN, etc., which can satisfy

The multi-faceted needs of users for domain name registration.

The company's network domain name business includes domain name registration, domain name parking, domain name transactions, domain name technical services, etc. The

domain name registration business is the main one.

1) Domain name registration

Domain name registration means that users obtain the right to use the domain name for a certain period of time by paying the company. After the

user pays to the company to apply for a domain name, the company applies to VeriSign, Inc., CNNIC and other domain name registration

management agencies for the corresponding domain name and pays the domain name registration fee, and then provides the domain name to the user and obtains the difference

income from it.

2) Domain parking

Domain parking is a technical system that automatically generates web pages for domain names. The web pages usually contain

links to advertising sponsors. Advertising sponsors pay for visitors' clicks, and the company obtains corresponding income from it.

The company's domain name parking is mainly operated by agents, that is, the company uses the domain name parking business at the agent and

signs an agency agreement with the agent, and earns income in accordance with the agency agreement. Domain parking revenue is generally

calculated based on the number of clicks on the relevant domain name .

The company's e-name department is responsible for the registration of valuable domain names and the parking or trading of such domain names

. The company began to carry out the domain name parking business in 2006. In 2006, 2007, and 2008, the revenue from the prospectus business and technical

1-134

parking business of the domain name Xiamen Sanwu Internet Technology Co., Ltd. were 3,885,500 yuan, 6,495,200 yuan, respectively. 4.2574 million yuan.

3) Domain name transaction

Domain name transaction refers to

a business model in which the company provides intermediary services for domain name transactions through the domain name transaction network (www.domainpricing.cn) to obtain income. The main purpose of the company's launch of this business is to

provide convenience for customers ' domain name transactions, which is conducive to stabilizing and expanding customer resources, but the current

contribution of this business to the company's revenue is not high.

4) Domain name technical service The

domain name technical service business is related daily maintenance

and technical upgrade services provided by the company to the original affiliate OnlineNIC . OnlineNIC mainly provides domain name registration services for overseas customers. The company was

originally an affiliate of the company and controlled by Mr. Gong Shaohui, the actual controller of the company. Since the company

has focused on business expansion in recent years to provide domestic SME customers with higher value-added

products and services such as corporate mailboxes, e -commerce website construction, OA, and CRM, OnlineNIC

was approved by Gong Shaohui in November 2007. Mr. transferred to an overseas unrelated third party. Currently, the company

provides daily maintenance and upgrade technical services for OnlineNIC's domain name trading platform. In 2006, 2007, and 2008, the company

obtained revenues of US$

80,000, US$120,000 and US$240,000 through the provision of daily maintenance and upgrading technical services to OnlineNIC .

(4) Relevant business data

In recent years, the company's domain name business scale has remained stable. During the reporting period, the company's domain name registration business's main

operating indicators are as follows:

The company's domain name registration business main operating indicators during the reporting period

Note: The average annual selling price of a domain name refers to the annual fee for a single domain name.

The average annual sales price of domain names decreased year by year in 2007 and 2008. The main reason is that since March 2007, the .cn

domain name has been promoted by the .cn domain name. The average annual sales price increased in 2009 because the original

sale of the .cn domain name has been restored. price.

(5) network domain name business process

projects from January to June 2009 2008 2007 2006

Revenue Amount (million) 1,419.58 3,053.77 3,035.71 3,426.03

current sales domain

Total (million) 21.69 63.79 55.41 42.05 In

the current domain name sales

average annual sales price

(yuan)

65.46 47.87 54.79 81.47 technology Co., Ltd. Xiamen three to five interconnected business and technology prospectus

1-135

of the company's network domain name registration system of the company independent research and development platform for real-time registration, the customer can ensure

the real-time domain name registration of users . The system is divided into domain name real-time query module, domain name registration module, domain name resolution and

pointing module, etc. At the same time, the company also operates domain name parking, domain name

transactions, and domain name technical service businesses derived from online domain name registration services.

The company's network domain name business flow chart is as follows:

(6) The impact of the current regulatory authorities' new regulations on network domain name registration on the company's domain name business

China Internet Network Information Center on December 11, 2009 issued a "further strengthen the domain name

registration information audit announcement" provides "a user submits a domain name to the domain name registration services to register online application

please at the same time, it shall submit a written application materials. Application The materials include the domain name registration application form (original

) with official seal , business license or organization code certificate (copy), and the identity certificate of the registered contact person (copy)".

The regulations require that from the morning of December 14, 2009 It will be implemented at 9 o'clock. The regulations indicate that

individual users will no longer be allowed to register new .cn domain names and Chinese generic domain names starting at 9 a.m. on December 14, 2009 .

The main purpose of the new regulations is to further regulate the domain name registration industry, so as to establish a more orderly

market environment, which is conducive to the regular operation and long-term development of the domain name registration industry. The possible

impact of this regulation on the company's business is mainly reflected in the two

aspects of the company's newly registered .cn domain names and Chinese generic domain names . As of June 30, 2009, the number of individual registered .cn domain names and Chinese generic domain

names held by the company was 54,245, accounting for 9.38% of the company's total domain names. As of November 30, 2009, the

number of individual registered .cn domain names and Chinese generic domain names held by the company was 52,236, accounting for

8.97% of the company's total domain names . During the reporting period, the contribution of individual registration of .cn domain names and Chinese generic domain names to the company's sales revenue and gross profit

was: Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Business and Technology

1-136

Unit: RMB 10,000

From January to June 2009, from 2007 to 2006,

sales revenue 472,582 367,634 57,635 92,728

sales revenue accounted for 0.82% 0.32% 0.06% 0.12%

gross profit 105,388 93,448 14,570 22,879

gross profit accounted for 0.24% 0.11% 0.02% 0.05%

. Newly registered .cn by individual users and registration of Chinese generic domain names accounted for a

relatively small proportion of the company's business revenue and gross profit. Individual users are not the company's key customers. The company mainly focuses on providing software services to small and medium-sized enterprises

. Therefore, the introduction of the aforementioned new domain name regulations will not have a significant impact on the company's business.

In addition, the company always attaches great importance to the review of domain name registration information, regulates operations, and has been

repeatedly commended by provincial, municipal and national authorities. In response to the above new regulations, the company will further strictly follow the requirements of the competent authority,

strictly control, monitor in real time, and resolutely cancel domain names that do not meet the requirements.

(7) Forecast of the Internet Domain Name Business Market

According to iResearch's 2007-2008 China Domain Name Hosting Market Development Report, the Chinese domain

name market has maintained a rapid growth of more than 30% in recent years. In 2007, due to the rapid growth of the Chinese economy, the

country made great efforts. Promoting the process of informatization, the growth of China's domain name business market revenue reached 54.6%. From

2009 to 2011, the Chinese domain name market will still maintain a steady growth of about 30%, but the growth rate is

The degree will decrease year by year, and it is estimated that by 2011, the revenue of China's domain name-related service market will reach 2.19

billion yuan.

The revenue scale and growth forecast of China's domain name related service market from

2005 to 2011 Year 2005, 2006, 2007, 2008, 2009, 2010, 2011

China's domain name related revenue (100 million yuan) 3.1 4.1 6.3 9.0 12.4 16.7 21.9 Year-

on-year growth rate of service market 34.8% 32.3% 54.6% 41.3% 38.2% 34.7% 31.2% Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Business and

Technology

1-137

3.1

4.1

6.3

9

12.4

16.7

21.9

34.80%

32.30%

54.60%

41.30%

38.20%

34.70%

31.20 %

-5.00%

5.00%

15.00%

25.00%

35.00%

45.00%

55.00%

0

5

10

15

20

25

2005 2006 2007 2008E 2009E 2010E 2011E

2005-2011 China's domain name related service market revenue scale and growth forecast

Revenue scale ( 100 million yuan) year-on-year growth rate

Source: iResearch "2007-2008 China's domain name hosting market development report "

Over the years, the company's domain name service development in trade, software, clothing, counseling and other industrial users in

a large number of customers. Major customers include: Alibaba (China) Network Technology Co., Ltd., Anta

Group, and the Fifth Institute of Electronics of the Ministry of Information Industry.

(8) The future growth of the company's online domain name business During the

reporting period, the online domain name business has brought stable cash flow and performance to the company and is one of the company's main businesses

. More importantly, after years of accumulation, the network domain name business has accumulated huge customer

resources for the company and provided huge room for the secondary development and business expansion of other SaaS products. However, since

Internet domain names are not the company's own products, the gross profit margin is low, and it is not the main source of the company's profits. The company

's future positioning is to maintain a stable inventory and provide a stable source of customers for the company's other businesses.

1) China's domain name market maintains growth.

According to iResearch's 2007-2008 China Domain Name Hosting Market Development Report,

In 2011, although the growth rate of China's domain name market slowed down slightly, it will continue to grow steadily. It is estimated that by

2011, the revenue of China's domain name related service market will reach 2.19 billion yuan.

2) The company's domain name ownership kept growing During the

reporting period, the company's domain name ownership continued to grow steadily. In 2007 and 2008, affected by the

1 yuan promotion for the first year of registration of the China Internet Network Information Center (CNNIC).cn domain name, the increase in the number of domain names was

much larger than in normal years. The specific data is as follows: Xiamen Three Five Internet Technology Co., Ltd. Prospectus business and technical

1-138

3) analysis of future growth

, according to official information released by ICANN in June 2009, ICANN intends to pass a substantial increase in 2010,

with the kind of top-level domain, their number will be increased from the current more than twenty Hundreds of types, covering a wider range of

business and more subdivided service objects, such as the introduction of city domain names.paris, industrial domain names.sport,

etc. When the registry launches new domain names, it will hold large-scale promotion activities. The company is one of the major

top-level registrars of international domain names authorized by ICANN , and it will get more business promotion resources and better sales policies.

The company will take this opportunity to strengthen cooperation with the Registrar. On the one hand, the higher charging standards for new domain names

will increase the gross profit margin of the domain name business; on the other hand, the substantial increase in the types of domain names will rapidly increase the

number of domain names sold, thereby promoting the growth of the online domain name business.

4. Other business

(1) Office Automation System (OA)

The office automation system is an

overall online office solution for enterprises designed based on the strategy of enterprise collaborative workflow and cost control . The application of this system can enable internal personnel to share information conveniently and quickly,

work together efficiently, change the complicated and inefficient paper-based document-based office methods in the past, and achieve rapid,

comprehensive, and information collection and processing anytime, anywhere. The company's OA products can provide fast and safe process

approval, document management and other functions, providing a scientific basis for enterprise management and decision-making. This product is

independently developed by our company . The development work of version V3.04 has been completed, and the follow-up in-depth development of higher versions is still in progress

.

The product was officially put on the market in April 2009. As of the end of June 2009, it has achieved a trial sales revenue of RMB

393,500, which has been well received by customers. The early-stage trial sale of this product

is similar to the situation when the company's corporate mailbox product was first put on the market.

(2) Instant language

Instant language is an enterprise-level website real-time communication system. After installing this system, visitors to the corporate website

do not need to download any software or plug-ins. By clicking on the online customer service logo on the website, they can directly communicate with the website

customer service staff in real time. The "Instant Talk" online customer service system can discover more potential

customers for enterprises , increase the sales transaction rate, and reduce operating costs. The product is independently developed by the company.

(4) The company's pricing strategy

1. Combination pricing strategy

Project January-June 2009, 2008, 2007, 2006

Ending number of domain names (ten thousand) 57.82 69.80 63.49 39.58

Closing amount (million units buckle domain name

in addition to promotional impact CNNIC) 57.82 51.80 40.69 39.58 Technology Co., Ltd. Xiamen three to five interconnected business and technology prospectus

1-139

different companies to develop product attributes The combined pricing strategy includes standard pricing, optional pricing, and bundled pricing

. Standard pricing refers to a unified price standard for standardized products in accordance with the number of users and the annual limit.

Optional pricing refers to the additional pricing of additional functional modules on the basis of standardized products. Bundled pricing refers to the

combination of different products to form a unified pricing for product packages.

2. Benchmarking pricing The

company's main products all have similar products in the market. Therefore, for different products, the

corresponding market competition must be considered , and the product prices will be determined with reference to the prices of

similar products in the market . The company has a dedicated department responsible for the market for similar products. Price follow-up research and make relevant recommendations.

3. Penetrating pricing strategy

According to the company's long-term strategic plan, the company will

make trade-offs between short-term and long-term benefits, and between partial and overall benefits. For products in the market introduction stage, the company does not rule out adopting low-price strategies.

In order to attract a large number of customers and quickly increase consumer awareness.

(V) Operation of main products and services during the reporting period

1. Composition of operating income

Unit: 10,000 yuan

from January to June 2009, 2008, 2007, 2006

Main products

Operating income ratio (%) Operating income ratio (%) Operating income ratio (%) Operating income ratio (%)

Business mailbox 2,728.48 47.22 5,068.75 43.85 4,033.88 41.32 2,271.16 28.39

Internet domain name 1,562.81 27.04 3,651.82 31.59 3,778.83 38.71 3,879.38 48.48

Website construction 2,499.86 21.63 1,595.09 16.34 1,428.77 17.86

Others 162.49 2.81 339.52 2.94 354.03 3.63 421.93 5.27

Total 5,778.76 100.00 11,559.95 100.00 9,761.82 100.00 8,001.23 100.00

Note: The proportion in the table is the proportion of various business income to the total business income of the year.

2. Production capacity

The company's production capacity is mainly affected by three factors.

First of all, the company's capacity is limited by servers, bandwidth and network equipment. Servers, bandwidth, and network

equipment can all be obtained from the market in real time. Therefore, compared with traditional industries, the company can relatively easily

solve the impact of hardware facilities on the company's production capacity. At present, the company's infrastructure to meet our current business

basic needs of the business scale, and the company plans to use in the future to further raise investment in gold to purchase servers and

other network equipment, specializing in the construction of disaster recovery room, can greatly broaden the company's production capacity, Increase the company's business growth

space.

Secondly, the company's production capacity is affected by its research and development capabilities. To a large extent, the productivity of high-tech companies

depends on the business and technology of Xiamen Sanwu Internet Technology Co., Ltd. Prospectus

1-140

on the company's own technology R&D and integration capabilities. At present, the company has established a relatively complete R&D

system, formed strong product R&D capabilities, has sufficient senior R&D personnel, and has accumulated rich experience in new product R&D,

operation and maintenance. At present, the company's new product research and development capabilities can basically meet the company

's basic needs for current business development. The company plans to use the raised investment funds to further purchase R&D

equipment and recruit technical R&D personnel in order to broaden the company's business areas and ensure the company's continuous rapid growth.

Finally, the company's production capacity is affected by its marketing capabilities. Because SaaS industry in China is still in the import-order

segment, a large number of enterprise customers for software operation service is still relatively unknown, its understanding and acceptance to be into

further improved, so marketing ability, especially the ability to direct the company's production capacity will be greater influences. After

several years construction, the company has already developed a number of more than 800 people, all over the country more than a few large

cities in the direct sales team, significantly contributed to the rapid growth of our business. In addition, the company plans not

to use Raising investment funds to build a nationwide technical support and marketing network can greatly enhance the company's marketing and

technical service capabilities and further broaden the company's growth space.

3. Major customers

The company's current corporate mailbox, domain name and website business customers are relatively scattered, and there are no customers.

High concentration of households. The customers of the company's corporate mailbox and e-commerce website construction business are mainly domestic

small and medium-sized enterprises, and the customers of the domain name business are mainly enterprises, institutions and business people.

The company's sales to the top five customers during the reporting period

Unit: 10,000 yuan

Annual serial

number customer name Sales amount

of products as a percentage of operating

income

(%)

1 Beijing Zhongsou Network Technology Co., Ltd. domain name, mailbox, website, etc. 276.02 3.45

2 Shanghai Beirui Information Technology Co., Ltd. domain name, email, website, etc. 42.83 0.54

3 Wuxi Li Technology services Limited domain name, email, website, etc. 34.63 0.43

4 News network computer network Limited Quanzhou domain name, email, website, etc. 32.22 0.40

2006

Nian

5 praise pine forest domain, Mailbox, website, etc. 25.39 0.32

1 Shanghai Qiju Advertising Media Co., Ltd. domain name, mailbox, website, etc. 40.99 0.42

2 Wuxi Litong Technology Service Co., Ltd. domain name, mailbox, website, etc. 38.39 0.39

3 Beijing Wangku Intercom Information Technology Co., Ltd. domain name, mailbox , websites, etc. 37.63 0.39

31.14 0.32 4 seashells Rui information Technology Co., Ltd. domain name, email, website, etc.

2007

Nian

5 Gao Yunwu domain name, email, website, etc. 29.16 0.30 Xiamen 35 Internet Technology Co., Ltd. prospectus business and technology

1-141

1 Wuxi Litong Technology Service Co., Ltd. domain name, email, website, etc. 48.87 0.42

2 Fuqing Chuangtian Network Technology Co., Ltd. domain name, email, website, etc. 30.88 0.27

3 Information Technology Co., Ltd. Shenzhen World Wide web domain name, email, website, etc. 27.82 0.24

4 Fujian Finance News network Co., Ltd. domain name, email, website, etc. 24.10 0.21

2008

Nian

5 Chen Zunyi domain name, email, Website, etc. 23.82 0.21

1 Shanghai Qiju Advertising Media Co., Ltd. domain name, mailbox, website, etc. 45.78 0.79

2 Liaoning Zhongwang Group Co., Ltd. domain name, mailbox, website, etc. 24.00 0.42

3 Wuxi Litong Technology Service Co., Ltd. domain name, mailbox, website, etc. 20.44 0.35

4 Jinjiang economic newspaper domain name, email, website, etc. 17.13 0.30

2009

Nian

1-6

Yue

5 Zheng Junming domain name, email, website, etc. 15.14 0.26

in addition to the Chairman of the Supervisory Board of the company directly holds Shen Wenzel Fujian Finance News network Co., Ltd.

58.50% In addition to the shares of the company, the company's main related parties and shareholders holding more than 5% of the company's

Owning equity in sales customers. During the reporting period, the company did not have

a situation where the proportion of sales to a single customer exceeded 50% of the total amount or was heavily dependent on a small number of customers.

(6) Supply and procurement of raw materials and energy

The company, as a software application and service provider, needs to obtain basic telecommunications resources

(lease line (IDC), purchase bandwidth, etc.) from basic telecommunications operators for business development. As a domain name registrar, the company needs

to pay domain name related fees to the domain name management agency. In addition, the provision of value-added telecommunications services requires the purchase of a large number of

computer equipment and network equipment, which are directly used for business development, operation and management.

Unlike the traditional manufacturing industry, the company does not purchase raw materials.

1. The company's top five suppliers during the reporting period are as follows:

during the reporting period, the company's purchases from the top five suppliers

Unit: ten thousand yuan

Annual serial number supplier name purchase product amount to total purchase

ratio (%)

1 VeriSign, Inc, domain name 1,482.82 43.54

2

Computer

Network Information Center, Chinese Academy of Sciences

Domain name 820.00 24.08

3

Baidu Online Network Technology

(Beijing) Co., Ltd.

Search engine bidding

advertising products 114.98 3.38
April

2006


Xiamen Venus domain of computer

Limited

hardware 122.83 3.61 Technology Co., Ltd. Xiamen three to five
interconnected business and technology prospectus

1-142

5

Dell (China) Limited

Secretary

hardware 71.67 2.10

Subtotal 76.71 2,612.31

1 VeriSign, Inc, the domain name 1,227.28 40.21

2

computer Academy

network information Center domain Name 550.13 18.02

3

Baidu online network technology

(Beijing) Co.,

search engines competing

price advertising products 296.53 9.72

4

Dell (China) limited

145.80 4.78 Division hardware

5

Fujian Telecom limited

Division Xiamen Branch Office

Host Cabinet

Lease 60.76 1.99

2007

Subtotal 2,280.51 74.72

1 VeriSign, Inc, domain name 1,518.33 43.46

2 The
domain name of the

Computer
Network Information Center of the Chinese Academy of Sciences 575.97 16.48

3

Baidu Online Network Technology

(Beijing) Co., Ltd.

Search engine bidding

advertising products 166.00 4.75

4

Fujian Telecom Co., Ltd.

Xiamen Branch

Host Cabinet Rental

113.69 3.25

5

Dell (China) limited

Division hardware 109.64 3.14

2008

Subtotal 71.08 2,483.63

1 VeriSign, Inc, the domain name 507.23 37.52

2

computer network Chinese Academy of Sciences

network information Center domain Name 275.95 20.41

3

Fujian Telecom Co., Ltd.

Xiamen Branch

hosts rack rent

lease 74.78 5.53

4

Xiamen Hanlinhui Information Technology

Co., Ltd. hardware equipment 56.02 4.14

5

Baidu Online Network Technology

(Beijing) Co., Ltd.

Search engine bidding

advertising products 40.00 2.96
January-June

2009
Subtotal 953.98 70.56
The company's main related parties and shareholders holding more than 5%
of the company's shares do not have rights in the above-mentioned suppliers
beneficial.
2. Host/server hosting/storage contracts signed by the company and related
parties The host/server hosting/storage contracts signed by the company and related
signed by the company and related parties are as follows: Xiamen Sanwu
Internet Technology Co., Ltd. prospectus business and technology
1-143
serial number
Storage
location The
name of the saver's contract The main content of the contract signing time
The
saver sets the company's server in the
saver's computer room, and is responsible for
the normal connection of the server to the Internet. The
term of the agreement is one year, which will be extended for one year
after expiration,
and so on.
2008.7.14 The
saver provides the company with server storage
space, electricity and security services, and is
responsible for completing the connection between the server and the
Internet
. The term of the agreement is one year, and after the expiration, it will
be
extended for one year, and so on.
2009.3.17

The depositor provides the company with server storage

space, electricity and security services, and is

responsible for completing the connection between the server and the Internet

. The term of the agreement is one year, and after the expiration, it will be

extended for one year, and so on.

2009.4.15 The

saver provides the company with server storage

space, electricity and security services, and is

responsible for completing the connection between the server and the Internet

. The term of the agreement is one year, and after the expiration, it will be

extended for one year, and so on.

2009.6.6 The

saver provides the company with server storage

space, electricity and security services, and is

responsible for completing the connection between the server and the Internet

. The term of the agreement is one year, and after the expiration, it will be

extended for one year, and so on.

2009.7.16

1 Beijing

Beijing Telecom patency

of Information Co.,

Division

server hosting contract

Depositary for the company to provide server placement

space, power, and security services, and bear

responsibility for complete server and the Internet even

then. The term of the agreement is one year, and after the expiration, it will be

extended for one year, and so on.

2009.8.10

2 Beijing

Computer Network Information

Center of the

Chinese
Academy of Sciences China Science and Technology Network

Hosting Agreement The

depositor provides the company with server hosting

services and provides a shared port to connect the

company's equipment to the Internet. The

term of the agreement is one year, and it will be postponed for one year after the expiry

.

2006.9.20 Technology Co., Ltd. Xiamen three to five interconnected business and technology prospectus

1-144

3 Beijing

China Netcom (Set

Group) Co., Ltd. North

Jing City branch

IDC hosting together

with the

(tech-savvy signed

Department)

Depositary for the tech-savvy Provide

a standard computer

room environment and uninterrupted power supply for placing the proficient technology hosting equipment

to connect the proficient technology equipment to the

Internet. The term of the agreement is three years, and it

will be postponed after the expiration .

2007.11.16 The

depositor provided the company with server hosting

services and provided interfaces and legal

IP addresses to connect the company's equipment to the

Internet. The agreement period is one year.

After expiration, it will be postponed for one year, and so on.

2006.3.23

Server Hosting Contract The

saver provides the company with server hosting

services and provides interfaces and legal

IP addresses to connect the company's equipment to the

Internet. The term of the agreement is one year, one year

after the expiration, and so on.

4 Guangzhou 2006.4.21

Shanghai Wangsu Technology

Development Co., Ltd.

Guangzhou Branch

Cabinet Rental Contract The

saver provides the company with server hosting

services and provides interfaces and legal

IP addresses to connect the company's equipment to the

Internet. The agreement period is one year.

After expiration, it will be postponed for one year, and so on.

2006.8.10

5 Xiamen,

Fujian Telecom has

Limited Xiamen

Branch

, Xiamen Telecom IDC main

machine hosting business contracts

Depositary to provide placement services for corporate

computer room facilities and network environment's indeed

guarantee room facilities and network environment being

run properly, The term of the agreement is one year, which

will be extended for one year upon expiration.

2008.1.25

6 Xiamen,

China Network Communications

Group Corporation, Xiamen

City branch of

China Netcom, the Internet

data center (IDC)

technical standards of service combined

with

the Depositary for the company to provide a host

needed hosted China Netcom system

operation and maintenance, troubleshooting and other related groups

This service and other agreed services. The agreement

expires on June 29, 2010.

2006.6.30

7 Shanghai

Shanghai 21Vianet

Information System

Co., Ltd.

Shanghai 21Vianet Escrow

Service Agreement The

depositor provides the company with space lease,

bandwidth and IP address to connect the company's

equipment to the Internet. The term of the agreement is

one year. Postpone.

2008.9.1

8 Shanghai

Shanghai Telecom Technology

Development Co., Ltd.

Long-distance Telecom Technology

Development Branch

IDC hosting

business contract

The depositor provides the company with server hosting

, port and IP address services to

connect the company's host computer to the Internet. The agreement

period is one year. After the expiration date, if the company

continues to enjoy the above services, it will still
pay the corresponding amount in

accordance with the payment method and conditions agreed in the contract
.

2008.12.7 Technology Co., Ltd. Xiamen three to five interconnected
business and technology prospectus

1-145

9 Shanghai

Shanghai Red Alliance network

network Technology Co.,

Division of

server hosting contract

save for the company to provide a dedicated party room,

a standard rack, standard power supply, network end

port and IP address and other network resources to

connect the device to the Internet companies, the Association

proposed a period of one year after the expiration of renewal can

sign.

2008.12.3

10 Shanghai

Shanghai ChinaNetCenter

Development Co.,

rack rental contract

Depositary for the company to provide the cabinet, end

ports, IP addresses and electricity to the male

connector device to the Internet Division, the agreement period

limited to one year, after extended One year,

and so on.

2007.12.27

11 Jinhua

China Telecom Co.

, Ltd. Jinhua

Branch

Server Custody Contract The

depositor provides the company with server maintenance and

management services to connect the company's equipment

to the Internet. The term of the agreement is one

year.

2009.4.27

12 Xiamen

CLP, Qualcomm Communications

Co., Ltd., Xiamen

Branch

server hosting contract

Depositary to provide placement services to companies

required Standard room environment, to serve

traffic control maintenance and monitoring, in charge of set

equipment installation, commissioning networking , Domain name setting,

and provide 24/7 technical support. The

term of the agreement is one year, which will be postponed after expiration.

2008.2.27

Note: According to the characteristics of the SaaS industry, the host and server mainly

provide Internet access services and storage space for the company's corporate mailbox, domain name, OA, website construction, CRM and other businesses.

The execution of the above host/server hosting/storage contract during the reporting period is as follows:

Unit: Yuan

Company's full name from January to June 2009, 2008, 2007, 2006

Beijing Telecom patency of Information Co., Ltd. 48,785.00

Computer Network Information Center, Chinese Academy 591,110.22 781,718.29 500,708.29 110,833.31

China Netcom (Group) Co., Ltd. Beijing sub-

company 202,800.00 405,600.00 259,650.99 315,840.00

Shanghai ChinaNetCenter Development Co., Ltd. Guangzhou Branch Public

Secretary 56,486.64 200,600.41 212,749.99 115,100.00

Fujian Province Telecommunications Co., Ltd. Xiamen Branch 747,810.00 1,197,169.00 547,310.00 411,338.00

China Network Communications Corporation Xiamen Branch 102,500.00 21,700.00 177,300.00 216,500.00 Xiamen Three Five Internet Technology Co., Ltd. Prospectus Business and Technology

1-146

Shanghai Century Internet Information System Co., Ltd. 193,800.00 319,600.00 306,000.00 306,000.00

Shanghai Telecom Technology Development Co., Ltd. Long-distance Telecom

Technology Development Branch 46,666.66 173,333.67

Shanghai Red Alliance Network Technology Co., Ltd. 56,250.00 45,000.00

China Telecom Co., Ltd. Jinhua Branch 239,500.00 356,500.00 368,000.00 252,000.00

Shanghai Wangsu Technology Development Co., Ltd. 60,660.00 80,230.00

China Power Huatong Communication Co., Ltd. Xiamen Branch 2,624.97 78,500.00 31,333.34 7,166.66

3. Energy supply

The company's energy supply is mainly electric power, which is provided by the power department where the company operates.

(7) Operating cost composition

Different from the traditional manufacturing industry, the marginal cost of hardware facilities added by the company for new customers is very low.

The company's operating costs and details during the reporting period are as follows:

1. The company's operating cost structure

Unit: 10,000 yuan

from January to June 2009, 2008, and 2006, product

category,

operating cost ratio, operating cost ratio, operating cost ratio, operating cost ratio,

corporate mailbox 225.45 16.35% 300.08 9.91% 280.49 10.40% 251.29 8.25%

Internet domain name 967.72 70.16% 2,201.45 72.74% 1,893.70 70.21% 2,401.68 78.81%

Website construction 133.53 9.68% 292.89 9.68% 191.17 7.09% 128.87 4.23%

Other 52.59 3.81% 332.00 12.31% 7.6265 8.72%

Total 1,379.28 100.00% 3,026.56 100.00% 2,697.37 100.00% 3,047.61 100.00%

2. Changes in operating cost prices

The company's operating costs are mainly composed of hardware equipment depreciation costs, hardware equipment custody costs (IDC costs),

domain name costs, etc. The specific components are as follows: Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Business and Technology

1-147

Operating Cost Composition Table

Unit :
Ten thousand yuan

from January to June 2009, 2008, 2007, 2006

Project

Amount proportion Amount proportion Amount proportion Amount proportion
Custody fee (IDC fee) 246.54 17.87% 382.61 12.64% 305.35 11.32% 222.83 7.31%

Depreciation of operating equipment 112.44 8.15% 210.35 6.95 % 166.31 6.17% 157.33 5.16%

Domain name costs 967.72 70.16% 2,201.45 72.74% 1,893.70 70.21% 2,401.68 78.81%

Other business costs 52.59 3.81% 232.14 7.67% 332.00 12.31% 265.77 8.72%

Total 1,379.28 100.00% 3,026.56 100.00% 2,697.37 100.00%

Note : Other costs mainly include: website promotion agency fee; the proportion in the table is the proportion of each item in the operating cost of the year.

(8) Company safety production situation

1. Company safety production overview

The company's software operation service business is mainly carried out through the Internet, so the security of equipment and information

is the main content of safe production. The company mainly

strengthens safety production

measures from four aspects: the security of the internal information center computer room, the security of the operating server room, the data security of the operating server, and the network information security .

(1) The company's information center computer room security The

company's internal information center computer room is constructed in accordance with relevant national standards (GB50173-93 "

Code for Design of Electronic Computer Computer Rooms"; GB2887-89 "Technical Conditions for Computing Station Sites"; GB9361-88 "Calculation

Station Site Safety Requirements"; the technical requirements for the raised floor of the computer room "GB 6650-1986"; the

lightning protection device of the computer information system "GA 173-1998"; the computer room construction and acceptance specification "SJ/

30003-1993"), adopted Anti-static floor, grounding equipment, lightning protection equipment, fire-fighting equipment, computer room air

conditioning equipment, video monitoring equipment, and access control equipment are used to maintain the safe operation of the information center computer room.

(2) Operational server room security The

company's operation-related servers are all placed in China Telecom's Xiamen branch, Shanghai branch, Guangzhou branch

, China Netcom Beijing Yizhuang, Xiamen branch and other domestic data centers

(IDC) that are mainly engaged in server hosting , These data centers have a complete environment, power supply, air-conditioning system, and fire-fighting system.

(3) Operating server data security The

company pays great attention to the security of computer systems and data in its daily operations. The company has established

Developed and implemented a comprehensive operational processes and data security systems, the measures being taken are: Department of

key equipment system of choice internationally renowned hardware vendors mature models; a web server hosted on condition Xiamen three to five interconnected Technologies AG Co., Ltd. prospectus business and technology

1-148

better computer room; R & D and acquisition of mature database software, server-side anti-virus software and firewall software;

to achieve regular data backup and remote backup; to develop a strict data operation business process; The company's database

management personnel implement strict classification, carry out hierarchical management and hierarchical authorization.

(4) Network information security

The company has adopted measures such as unified identity verification, access control, auditing and monitoring, network anti-virus, dual firewalls

, and data backup systems to effectively maintain the company's network information security.

2, user information security measures

the company has taken the following measures to maintain user aspects of information security: establish a sound letter

information security organization system, standardize the management of information security, strengthen information security systems, standards and norms of the construction

design; Establish and improve the information security prevention and monitoring system; strengthen the emergency response mechanism, strengthen disaster backup construction;

establish a security assessment mechanism, improve the quality of information security management, and strengthen the management and application of password technology.

First of all, operating server data security is an important content of the company's information security control. The company uses measures

such as data backup management of the operating server, login authority management, operation log audit, server administrator job

rotation, emergency plan exercises and other measures to ensure that the operating server is on Safe operation of data. Among them, the company's

The data on the operation server adopts a combination of local backup and remote backup, and regularly checks

the validity of the backup data to ensure the physical security of the data to the greatest extent.

Secondly, the company clarified product development, server management, server operation log auditing

job responsibilities of personnel, mutual restraint between job done, or serve each other between the posts, and based on the post

-bit operating responsibility for any login server Strict approval authority is set for the

operation, and personnel who need approval can log in to the server to perform related operations. At the same time, a strict server key system has been formulated.

Third, the establishment of operational server operating system audit logs, the log violations occurring in operation, and

when the statistics and reporting, while developing a server management approach as well as violations of the leaders of

accountability of members, in violation of operation The required staff shall be restrained and held accountable, and server

managers and log reviewers shall be encouraged to expose illegal operations and cultivate a compliant corporate culture.

Fourth, implement a server administrator position rotation system within the department, regularly rotate

the management personnel of each operating server , and strengthen the restraint mechanism for server administrators through job checks and balances, and effectively control operational

risks.

Finally, an emergency response plan for operating server failures was formulated. Every year, the department conducts 1-2 emergency

plan drills, and continuously revises the emergency plan based on the experience and problems encountered during the drills to strengthen

the response strategy in the event of a disaster. .

Through the above-mentioned series of measures, the company can effectively maintain the security of user information. Xiamen 35 Internet Technology Co., Ltd. Prospectus Business and Technology

1-149

3. Network information security measures

In recent years, the state has paid more and more attention to network information security. The Ministry of Public Security and the Ministry of Industry and Information Technology have successively issued a number of policies

and regulations to regulate the network information security of enterprises, such as the "Internet Security Protection Technical Measures Regulations"

(December 2005). "Promulgated by the Ministry of Public Security on the 13th), "Administrative Measures for the Recordation of Non-profit Internet Information Services"

( issued by the Ministry of Industry and Information Technology on February 8, 2004), "Administrative Measures for the Recordation of Internet IP Addresses" (

issued by the Ministry of Industry and Information Technology on March 8, 2005 ), "Internet E-mail Service Management Measures (

promulgated by the Ministry of Industry and Information Technology on March 20 , 2006).

The launch of the national special action to rectify Internet vulgarity, which was launched on January 7, 2009 by the State Information Office, the Ministry of Public Security, and the Ministry of Culture and other 7 departments , has further elevated network information security to a

very important position.

In order to meet the national information security requirements and maintain Internet network information security, the company has continuously increased its investment

in human and material resources in recent years , and has continuously improved its internal control system and related business processes, strengthened

management, and achieved good results. The measures taken by the company mainly include: setting up the posts of filing specialists and security officers to be

responsible for the inspection of the filing status of the client's website on the company's operating server and the inspection and disposal of harmful information. Build and

operate the server's harmful information inspection system, and block the release of harmful information by setting keywords.

In March 2009, the company was

rated as an excellent information security unit in Xiamen by the Public Information Network Security Supervision Office of Xiamen Public Security Bureau due to its excellent work in network information security .

4. The company's future information security investment plan

With the concept of "trustworthy and controllable" as the core, the company

has established a new

intranet from four aspects : security and management of network boundaries, security of internal network segments, security of key hosts, network vulnerability detection and system evaluation . overall network security architecture, information security, increase investment, deepen the field of information security and domestic

cooperation service providers, internationally accepted reference standard BS7799 (British standards Institution (BSI) letter

information security management standard BS 7799) to build a new The information security management system guarantees the

smoother development of the company's business .

(9) The company's environmental protection situation The

company's main business is software operation, which has no impact or damage to the environment, and

has always selected equipment that has adopted environmental protection technology or existing environmental protection measures in the construction and procurement of operating equipment, infrastructure. For example

, all air-conditioning equipment in the computer room of the company's information center uses environmentally friendly and energy-saving fluorine-free refrigeration equipment. Meanwhile,

the company server hosting the selected carrier data center room (IDC) are made of environmentally friendly, energy-saving

of room for air-conditioning, having a higher than normal cooling and dehumidifying efficiency of the air conditioner, the power consumption is greatly reduced room

amount reaches The effect of energy saving and consumption reduction. Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Business and Technology

1-150

V. Main fixed assets and intangible assets

(1) Main fixed assets

The company's fixed assets include buildings, computer equipment, servers, vehicles, and corporate

Office and other equipment used by the company's business.

Unit: ten thousand yuan

June 30, 2009 December 31, 2008 December 31, 2007 December 31, 2006

Category

Net Book Value

Average

New Degree

Net Book Value

Average

New Degree

Net Book Value

Average

New Degree

Net Book Value

Average

New Degree

1 , Housing 5,111.59 95.87% 5,027.68 96.97% 5,135.11 99.37% 0 0.00%

2, Building 15.10 71.53% 17.11 81.04% 21.11 100.00% 0 0.00%

3. Transportation 144.92 51.45% 165.16 57.83% 54.15 36.58% 34.61 32.45%

4. Electronic equipment 803.64 41.77% 813.41 45.18% 744.6 50.59% 868.45 60.19%

5. Office equipment 468.51 68.44% 514.48 75.90% 596.99 91.33% 96.1 55.08%

Total 6,543.76 79.38% 6,537.84 82.15% 6,551.95 87.80% 999.15 57.96%

The houses and buildings mentioned in the above table are all maintained by each user unit of the company and

regularly inspected by specialized personnel. Regular and irregular maintenance is carried out according to the age and conditions. The current buildings and structures are in

normal use and maintenance.

On June 30, 2009, the company's operating equipment's main items, amount, and success rate were as follows:

Unit: 10,000 yuan

Original value of fixed asset name depreciation net value success rate

Office furniture 28.43 21.98 6.46 22.72%

Office equipment 94.65 37.54 57.12 60.35%

Housing 5,332.01 220.42 5,111.59 95.87%

Server 1,570.59 908.74 661.85 42.14%

Computer 404.10 223.16 171.84 42.52%

Transportation 281.69 136.76 144.92 51.45%

Network system equipment 45.00 17.06 27.94 22.72%

Intelligent system 209.89 72.59 137.30 60.35%

Land use rights Real estate situation

The housing land used by the company for production and operation is as follows:

1. The company's wholly-owned subsidiary, Jingtong Technology, signed the prospectus of Xiamen Sanwu Internet Technology Co., Ltd. Business and Technology

1 with Xiamen Land Development Corporation on March 9, 2007. -151

Signed the "Xiamen Software Park Phase II R&D Building Sales Contract", which agreed to

purchase the five floors of a six-story house at No. 8, Guanri Road, Software Park Phase II, Siming District, Xiamen City at a price of 41,808,572.4 yuan (excluding land).

Under the garage).

Jingtong Technology obtained

the "Xiamen Land and Housing Rights Certificate" (Xia Guo Tufang Certificate No. 00658919) issued by the Xiamen Municipal Bureau of Land Resources and Real Estate on the above-mentioned real estate on February 13, 2009 . The land use period is

limited to March 9, 2056. The house is for office use, and the surveyed construction area is 15,161.89 square meters.

2. On May 15, 2007, Sanwu Technology and Jingtong Technology signed the "Leasing

Contract for Residence (Business Place) ", stipulating that Jingtong Technology will purchase units 105-110 on the first floor, units 203-204 on the second floor, and units on the

fifth floor of the above-mentioned real estate. Units 501 and 503-504 on floors 501, 503-504, totaling 6,476.2 square meters are leased to Sanwu Technology as office space, and the

monthly rent is RMB 10 per square meter. The lease period is from June 1, 2007 to May 31, 2008.

3. On May 15, 2008, Sanwu Internet and Jingtong Technology renewed the "Leasing

Contract for Residence (Business Place) ", stipulating that the issuer will continue to rent the above-mentioned property at a monthly rent of 10 yuan per square meter, and the lease period will be from

June 2008. From 1st to May 31st, 2009.

4. On May 15, 2009, Sanwu Internet and Jingtong Technology renewed the "Leasing

Contract for Residence (Business Place) ", stipulating that the issuer will continue to rent the above-mentioned real estate at a monthly rent of 15 yuan per square meter.

From June 1, 2008 to May 31, 2010.

5, as of prior to the signing of this prospectus, the Company has subsidiaries in Shanghai, Guangzhou, Beijing, Fuzhou,

Shenzhen, Quanzhou, Hangzhou Branch and Beijing, Tianjin, Qingdao, Suzhou and their respective subsidiaries are signed lessor

booked a rental contract . The total monthly rent and management fees of the above-mentioned companies are approximately RMB 225,100.

(3) Trademarks, own domain names, etc.

1. Trademarks The

company's trademarks are as follows:

serial number registration/application number

trademark content

(pattern)

verification service

items

validity period/application time

(registered trademarks have been obtained)

1 5099835 Class 9 2009 1 From 14 to

January 13, 2019

2 3856045 Class 38 May 21, 2006 to May

20, 2016

3 3856046

Class 38 May 21, 2006 to May

20, 2016

4 5099830 No. 35 From April 21, 2009 to April

20, 2019 , Xiamen 35 Internet Technology Co., Ltd. Prospectus Business and Technology

1-152

5 5099840 Three-five category 35 April 21, 2009-April

20, 2019

6 5099852 35 Category 35 April 21, 2009-April

20, 2019

7 4045451 Category 9 June 2006 7 to June

6, 2016

8 4045452 Class 38 April 7, 2007 to April

6, 2017

9 4045453 Class 42 April 7, 2007 to April

6, 2017

(Trademarks in application )

10 6440194 Category 38 December 17, 2007

11 6440195 Category 41 December 17, 2007

12 6440196

Hedgehog

Category 42 December 17, 2007

13 6570336 Category 42 February 29, 2008

14 6570339 Number 38 Category February 29, 2008

15 6570340

Convenient navigation

Category 9 February 29, 2008

16 6570337 Category 42 February 29, 2008

17 6570338

Self-destructing Posts

Category 38 February 29, 2008

18 6734744 35EQ Category 38 May 21, 2008

19 6751226 Category 25 May 29, 2008

20 6751225 Category 28 May 29, 2008

21 6751224 Number 29 Class May 29, 2008

22 6751222 Class 30 May 29, 2008

23 6751223 Class 31 May 29, 2008

24 6751221 Class 32 May 29, 2008

25 6751220 Class 33 May 29, 2008 Date

26 5099813 Category 42 January 4, 2006

27 5099829 Category 9 January 4, 2006

28 5099831 Category 38 January 4, 2006

29 5099832 Category 41 January 4, 2006

30 6734745 Category 25 May 21, 2008

31 6734746 Category 28 May 21, 2008

32 6734747 Category 29 May 21, 2008

33 6734748 Category

31 May 21, 2008 Xiamen Sanwu Internet Technology Co., Ltd. prospectus business And technology

1-153

34 5099836 Class 38 January 4, 2006

35 5099837 Class 41 January 4, 2006

36 5099838 Class 42 January 4, 2006

37 6734749 Class 30 May 21, 2008

38 6734750 No. 32 categories May 21, 2008

39 6734751

category 33 May 21, 2008

40 5945372

category 35 March 16, 2007

41 5945373 instant language category 42 March 16, 2007

42 5099824 category 9 2006 January 4th

43 5099825 Category 35 January 4, 2006

44 5099826 Category 38 January 4, 2006

45 5099827 Category 41 January 4, 2006

46 5099828

35 Interconnection

Category 42 January 4, 2006

47 5099839 Category 9 January 4, 2006

48 5099841 Category 38 January 4, 2006

49 5099842 Category 41 January 4, 2006

50 5099823

35

Class 42 January 4, 2006

51 5099851 Class 38 January 4, 2006

52 5099833 Class 41 January 4, 2006

53 5099834

35

Class 42 January 4, 2006

2. Company Main

Domain Name Validity Period of Domain Name Validity Period of Domain Name

35.com 2018-09-21 35 Internet.com 2010-06-10

35chain.com 2010-04-06 Three Five Internet.com 2010-06-10

35.com.cn 2011- 2010-03-29 china-channel.net 11-13

35.net 2014-03-13 chinachannel.com 2010-06-14

35.net.cn 2011-09-11 2011-11-26 chinachannel.info

three to five interconnected .cc 2010-03-20 china-channel.info 2011-09-11

Three-five Internet.China2016-06-07 chinachannel.mobi 2009-09-26

35 Internet.China2016-06-07 china-channel.mobi 2009 -09-26

35center.cn 2009-12-22 china-channel.com 2013-03-08

35center.com 2010-12-21 China Channel.com 2011-03-09 Xiamen Three Five
Internet Technology Co., Ltd. Prospectus Business and Technology

1- 154

35center.net 2010-12-21 china-channel.asia 2013-03-21

domainpricing.com 2011-12-22 china-channel.tv 2012-12-23

Namenic.cn 2009-12-18

(4) Other pairs The issuer's operation of the resource elements that take effect

The company does not allow others to use the company's resource elements, or as a licensee to use other people's

resource elements.

VI. Franchising and qualifications

(1) The relevant business qualifications obtained by

the company and its subsidiaries and branches The relevant business qualifications obtained by the company and its subsidiaries and branches mainly include the following:

1. Fujian Province Communication Management The "Value-added Telecommunications Business License of the People's Republic of China

" (Min B2-20050004) issued by the Bureau to the company . The license is valid from December 17, 2007 to

January 5, 2010, permitting the company to engage in the second category The information service business in the value-added telecommunications business (excluding fixed-line telephone

information services); the business coverage is in Fujian Province (Internet information services do not include news, publishing, education, and medical services).

Content and electronic bulletin service). The company has completed

the 2008 annual inspection of the permit on April 9, 2009 .

2. Information Industry issued to the company's "People's Republic of China value-added telecommunications business license"

(B2-20070139), the license is valid from 23 October 2007 to May 9, 2012,

the license company engaged in the first The Internet access service business in the second type of value-added telecommunications business; covering

5 provinces (municipalities directly under the Central Government) including Beijing, Shanghai, Zhejiang, Fujian, and Guangdong. The company has completed

the 2008 annual inspection of the permit on May 20, 2009 .

3.

The "High-tech Enterprise Certificate"

(GR200835100014) jointly issued to the company by Xiamen Science and Technology Bureau, Xiamen Finance Bureau, Xiamen State Taxation Bureau, and Xiamen Local Taxation Bureau on September 27, 2008 . The certificate is valid for three years.

4. The Software Enterprise Certification Certificate

(Xia R-2005-0011) issued to the company by Xiamen Information Industry Bureau on April 30, 2005 . The certificate was re-

issued by Xiamen Software Industry Association on June 2, 2009, and the number remains unchanged. The company has gone through the annual inspection of the certificate from 2006 to 2009.

5. On July 1, 2005, the Ministry of Information Industry issued to the company the "Approval on Approving Xiamen Sanwu Internet

Technology Co., Ltd. to Become a Domain Name Registrar" (Xinbu Telefa [2005] No. 375), agreeing that the company

became a domain name Registrars provide domain name registration services in China.

6. The company signed the "Chinese Domain Name Registration Service Certification Agreement" and "CN

English Domain Name Registration Service Certification Agreement" with China Internet Network Information Center . The China Internet Network Information Center certification company is a domain name registration service

organization. The company has the right to provide users with the registration services of Xiamen Three-Five Internet Technology Co., Ltd. prospectus business and technical

1-155 of the national Chinese top-level domain name and the national top-level domain name CN English domain name

 .

7. The company and the International Domain Name Registry Management Center, VeriSign, Inc., VeriSign

Information Service, Inc., mTLD Top Level Domain, Ltd., The Global Name

Registry, Ltd., DotAsia Organization Limited, NeuStar, Inc., Public

Interest Registry, Afilias Limited, Global Domains International, Inc.

and Telnic Limited signed agreements to obtain certification from top-level international domain name registrars or

relevant qualifications to engage in domain name registration services.

8. The "Value-added Telecommunications Business

License of the People's Republic of China " (Min B2-20060025) issued by the Fujian Provincial Communications Administration to Proficiency in Science

and Technology . The license is valid from August 10, 2007 to

April 18, 2011 , Permit Jingtong Technology to engage in Internet access service business and

information service business (excluding fixed-line telephone information service) in the second type of value-added telecommunications business . Business coverage is Fujian Province (Internet letter

Information services do not include news, publishing, education, medical care, medicines, medical equipment and other content and electronic bulletin services

). Jingtong Technology has completed the 2008 annual inspection of the license on April 27, 2009.

Fujian (II) after "value-added telecommunications business license" is valid expiration once again about to get

approval department prerequisite

under "telecommunications business license management approach" (since April 10, 2009 implementation), and
When

the validity period of the "Value-added Telecommunications Business License of the People's Republic of China" held by the issuer expires, it shall
submit an application for renewal of the business license to the original issuing authority 90 days in advance.

According to the "Administrative Measures for Telecommunications Business Licenses", an application for operating value-added telecommunications services shall

meet the following conditions:

1. The operator is a company established in accordance with the law.

2. Have funds and professionals suitable for operating activities.

3. Have the reputation or ability to provide users with long-term services.

4. For operations within a province, autonomous region, or municipality directly under the

Central Government, the minimum registered capital is RMB 1 million ; for operations across the country or across provinces, autonomous regions, and municipalities, the minimum registered capital is

RMB 10 million.

5. There are necessary venues, facilities and technical solutions.

6. The company, its main investors and main management personnel have no

illegal records of violating the telecommunications supervision and management system within three years .

7. Other conditions stipulated by the state.

In addition, in accordance with the "Administrative License Projects and Conditions, Procedures, and Time Limits for Implementation of the Ministry of Information Industry

(First batch)" (implemented on January 10, 2005), "Telecom Business License Examination of Xiamen Three-Five Internet Technology Co., Ltd. Prospectus Business and Technology

Batch 1-156

" is an administrative licensing item one. Therefore, if an enterprise applies for operating value-added telecommunications services, if it meets the conditions, it

can obtain an operating license.

According to the above conditions one by one, the company meets the requirements, so the company only needs to apply

to the Fujian Provincial Communications

Administration 90 days before the expiration of the "Value-added Telecommunications Business License of the People's Republic of China " (Min B2-20050004) to renew the business license. The application will be approved again.

(3) Sponsor's and issuer's lawyers
' verification opinions on

whether the company's business scope change, shareholder change, and limited liability company's change to a company limited by shares during the reporting period have been
approved by the original issuing authority of the telecommunications business license

1. Sponsor's Verification Opinions

After verification, the sponsor believes that:

(1) The issuer's shareholder change and the overall change of the limited liability company to a joint stock limited company during the reporting period

have been approved by the Ministry of Industry and Information Technology and the Fujian Provincial Communications Administration.

The relevant provisions of the " License Management Measures ".

(2) The issuer increased its business scope on May 15, 2006, but did not involve changes in value-added telecommunications services, and does

not need to obtain the approval of the original issuing authority.

2. The issuer's lawyers' verification opinions

After verification, the issuer's lawyers believe that:

(1) During the reporting period, the issuer's shareholders changed and the limited liability company was changed to a joint stock limited company

It has been approved by the Ministry of Industry and Information Technology and the Fujian Provincial Communications Administration, and is in compliance with

the relevant provisions of the "Administrative Measures for Telecommunications Business License ."

(2) On May 15, 2006, the issuer increased its business scope and has

gone through the formalities for change registration with Xiamen Administration for Industry and Commerce . However, since the increased business scope does not involve

changes in value-added telecommunications services , it is not necessary Obtain the approval of the original issuing authority.

VII. The company's core technology The

company's core technology is as follows:

technology name, technology source, technology level, maturity,

an intelligent anti-spam and anti-

virus gateway and its filtering method,

original innovation, leading domestic large-scale application stage,

a workflow engine, original innovation, leading domestic Large-scale application stage
, a method

that can realize self-destruction of emails
,

original innovation, domestic leading large-scale application stage, business and technology of Xiamen Three-Five Internet Technology Co., Ltd. Prospectus

1-157,

a way to realize communication between smart mobile phones

and standard displays

The

original innovation of the domestic leading large-scale application stage

. The desktop

application method of smart mobile phones and

the adapter for realizing its desktop application. The

original innovation of the domestic leading large-scale application stage
is

a smart mobile phone based on smart mobile phones.

Telephony expansion wireless gateway

Original innovation domestic leading large-scale application stage

OlineNIC international domain name

real-time registration system V1.0

(
Original innovation of domain name registration system

(ODRRS)
domestic leading large-scale application stage

35 Internet intelligent mail

system V1.0

original innovation leading domestic Large-scale application stage

35 Internet DNS-DIY domain

name resolution system V2.0

original innovation domestic leading large-scale application stage

35 Internet Template4.0

system V4.0

original innovation domestic leading large-scale application stage

35 Internet site access

analysis system

original innovation Domestic leading large-scale application stage

35 Internet 64-bit anti-

spam gateway software

Original innovation Domestic leading large-scale application stage

Hedgehog virtual host management

system

Original innovation Domestic leading large-scale application stage

OnlineNIC International Domain Name

Real-time Registration System V2.0

Original Innovation Domestic Leading Large-scale application stage

Instant language online customer service system

V2.02

original innovation, domestic leading large-scale application stage

35EQ system v1.0 original innovation, domestic leading large-scale application stage

Most of the company's products and services are derived from the core technologies listed in the above table, and during the reporting period, they are derived from core

technologies The proportion of revenue from products and services of the company to the company's operating revenue is as follows:

Unit: 10,000 yuan

Project January-June 2009, 2008, 2007, 2006 Revenue

from products and services derived from core technologies 4,093.12 7,568.61 5,628.96 3,699.93 as a

percentage of operating revenue 70.83% 65.47% 57.66% 46.24%

8. the company independent innovation capability

(a) the ability of independent innovation technology Co., Ltd. Xiamen three to five interconnected business and technology prospectus

1-158

the company has a strong capability of independent innovation, mainly for business Model innovation, technological innovation,

marketing model innovation, and business promotion model innovation.

1. Business model innovation

The company is a

professional provider that provides enterprise-level customers with a package of application software and services for enterprise informatization through the SaaS model . The SaaS model is

a new software application and service model that has emerged with the development of the Internet and the maturity of application software . It represents the future development direction of the software industry. It is

currently in a stage of rapid popularization and rapid growth in the world. The company has adopted this innovation since its establishment

The development of the company's business model is

one of the earliest domestic providers of application software products and services that adopt the SaaS business model for enterprise-level users . In recent years, the company relies on the SaaS business

operational experience mode, continue to introduce new applications under the SaaS model software products to customers kimono

service to replace the old software licensing model to provide, not only to win new customers Acknowledged, and the

company's performance has maintained a sustained and high-speed growth. The future of the company will combine the degree of Chinese medium-sized enterprises

gradually increase to further improve and extend the company's products and services in the SaaS business model, reducing the

same time, small business threshold for application of information technology to provide comprehensive one-stop software Applications and services.

For the introduction and characteristics of the SaaS model, please refer to the relevant content of "II. Basic Industry Situation" in this section.

2. Technological innovation

(1) Three-

Five Interconnected Enterprise Mailbox System The related technology of thirty-five Interconnected Enterprise Mailbox system is independently developed by the company. Based on its own continuous R&D and

innovation, the company is the first to launch a 64-bit corporate email system in China, the first to use

offline browsing technology in web applications, and the first in the industry to launch corporate mailboxes based on Web2.0 technology and instant messaging

functions. , Mail self-destruct function, enterprise calendar function and attachment preview function enterprise mailbox products.

1) Analysis of technological innovation points (1)

Combination with instant messaging The

35 Internet instant mail product includes two parts

: enterprise mailbox and enterprise-level instant messaging tool 35EQ , which realizes the instant integration of mailbox services and instant messaging tools. The combination of the two can be useful

Users provide integrated applications such as email management, email reminders, communication services, and organizational structure management, which can significantly

improve the office efficiency of the enterprise. When new emails arrive, 35EQ will

notify you through multiple channels such as bubbling reminders, chat windows , and display a summary of the content. The sender can also immediately

discuss the content of the e-mail with the receiver by means of instant messaging , so that the transmission of information within the enterprise is timely and effective.

35EQ is enterprise-class communication tools, unlike personal communication tool, first it combined with enterprise email,

the application can control and clearly reflect the company's organizational structure; according to enterprise business group settings listserv

group and EQ groups, fully Reflects its corporate nature. In addition, integration and scalability is the main product of three to five interconnected Technology Co., Ltd. Xiamen prospectus business and technical

1-159

to features. In the future, the company will integrate independent products such as OA and CRM on the basis of 35EQ, making it

an integrated integrated application platform. 35EQ accounts are synchronized with corporate email accounts and other corporate application accounts

, and users can switch in this integrated platform.

② self-spam technology to destroy the

self-destroying function refers to the sender by limiting the number of recipients read the message, the message is set to the

period of time to achieve the mail will not be read after the fulfillment of the conditions, or the sender reached in conditions It was also

possible to actively destroy the mail before . Self-destructing emails cannot be downloaded, printed, or copied. This function will

help users protect confidential or sensitive information as much as possible .

③Anti-spam technology

At both the session level and the content level, through identification of false routes, keyword filtering, black and white lists,

Rule filtering, Hash algorithm to find emails with the same content, intelligent scoring and statistics based on a large number of email samples,

etc., so as to effectively identify spam. At the user level, behavior recognition technology and

machine learning-based algorithms are used to effectively identify spam.

④Web2.0 technology

Web2.0 technology can customize more personalized application forms that are closer to actual needs for

users , and provide users with a better experience.

⑤Mobile phone application

Combining with mobile phone application, it provides mobile phone application functions such as new email message reminder, WAP mobile phone version, mobile client,

pushmail, etc., to help customers realize mobile office.

⑥Security technology

For mail client users and Web users, it supports

128-bit SSL encrypted transmission of user accounts during the login authentication process . The secure transmission of email content can be decomposed into two aspects: anti-counterfeiting and

anti-reading. Anti-counterfeiting refers to the use of asymmetric key technology to digitally sign and verify email content.

The realization of anti-reading is to encrypt the full text of the email.

2) Major product honors

In 2008, he was awarded the "E-mail Industry Development and Innovation Award" by the

Internet Society of China ; in 2006, he was awarded the "Green Mailbox" for the corporate mailbox group

awarded by the Internet Society of China; "Top Ten Corporate Email Recommended Brands";

In 2005, it won the "

Best Function Award" awarded by the Internet Association of China in the corporate email service quality evaluation activity .

3) Intellectual property rights The business and technology of the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-160

"A Method to Realize Self-Destructing Mail" patent has been accepted by the Patent Office in 2008, and the patent

application number is 200810070436.2;

The patent right of "A Smart Anti-Spam and Anti-Virus Gateway and Its Filtering Method" was

accepted by the Patent Office in 2008, and the patent application number is 200810070435.8;

"35 Interconnected Smart Mail System V1.0" obtained the software copyright in 2005 (soft author) Dengzi No.

031818);

"35 Internet 64-bit Anti-Spam Gateway Software" obtained the software copyright in 2007 (Software Dengzi

No. 070510);

"35EQ System v1.0" obtained the software copyright in 2008 (software Dengzi No. 123805).

(2) 35.net real-time domain name registration system. The

35.net real-time domain name registration system is independently developed by the company and has complete

intellectual property rights. The system functions implemented include international domain name real-time registration; international domain name registration information (Whois

information) query; international domain name online management, including modifying domain name registration information and DNS / point, note

books / modify the domain name server (DNS), domain registrar transfer Business, domain name renewal; online payment, online

business, financial information management functions, etc.

1) Analysis of technological innovation points

①Real-time registration

The successful development and application of this system has realized the real-time registration of international domain names, real-time refresh of registration information, and

the Chinese cultural interface of international domain name registration, eliminating the

time difference and time delay encountered by Chinese users in international domain name registration, domain name management, and domain name renewal , Language and currency barriers, breaking the monopoly of foreign domain name registrars in

real-time domain name registration .

② real-time reconciliation

occurs when the system for customers to do business every piece of data is stored documented account, customers can directly

query their respective accounting data online, enabling customers to keep abreast of its capital account, the real customers do

to Knowing it in mind, eliminating the need for reconciliation.

③Security technology

The communication between the system and the client adopts the SSL communication protocol, and the communication with the registrar complies with the

technical specifications of the International Domain Name Registration Bureau and is recognized by it. It realizes functions such as real-time registration of international domain names and ensures the

security of communication information throughout the system . . This
system uses a membership number and membership password to authenticate the
user, and data transmission

using SSL encryption, to maximize the protection of customer data is not
illegal to steal, and to avoid the occurrence of some

of these registrars use the administrative contact email address to
authenticate users And there are phenomena such as domain name hijacking.
Xiamen 35 Internet Technology Co., Ltd. Prospectus Business and Technology

1-161

2) Main product honors

In 2009, it was awarded the title of "The Most Popular Domain Name Service
Provider" by the Annual Conference of Internet Webmasters;

December 2008, Won the "Five-star Internet Address Service Organization"
awarded by the Internet Society of China

Title (valid from December 26, 2008 to December 26, 2009);

In August 2008, he was awarded the title of "Five-star Internet Address
Service Organization"

by the Internet Society of China (valid from August 15, 2008 to August 15,
2008). December 31, 2008).

In 2007, it was awarded the title of "Domain Name Registration Star
Organization" by the Computer News Agency.

3) Product intellectual property rights

"OnlineNIC Real-time International Domain Name Registration System V1.0
(Domain Name Registration System (ODRRS))"

Obtained the software copyright in 2002 (Ranzhudengzi No. 000312);

"35 Internet DNS-DIY Domain Name Resolution System V2 .0" obtained
software copyright in 2005 (

RanZhuDengZi No. 031819);

"35 Internet Template4.0 System V4.0" obtained software copyright in 2005
(

RanZhuDengZi No. 032758);

"OnlineNIC International Domain Name Real-time Registration "System V2.0"
obtained the software copyright in 2007 (

Ran Zhu Deng Zi No. 076280).

(3) Hedgehog virtual host management system

35. The related technology of Hedgehog host management system is independently developed by the company. This system has been successfully used

in the management of the company's hedgehog virtual host.

1) Product innovation analysis.

Virtual host uses special software and hardware technology to divide a real physical computer host into multiple

A logical storage units each although no physical entity, but each physical unit can be like a true

real work on the same physical host network, can provide an independent domain name, IP address (or the IP sharing

address), Complete Internet server function. Since multiple virtual hosts share the resources of a real host,

the utilization rate of servers and communication lines is greatly increased, so that

multiple network IP addresses can be set on a server without conflict, and multiple network IP addresses with independent domain names can be set. The site is built on a server, and customers

no longer need to purchase a separate server and spend huge sums of money to apply for a dedicated line as a network information

export to build a site .

2) Main product honors

In 2009, it was awarded the title of "The Most Popular IDC Service Provider by Webmasters" by the Annual Conference of Internet Webmasters; in

2007, it was awarded the "Annual China Industry E-Commerce Outstanding IDC Service Provider"; Xiamen Sanwu Internet Technology Co., Ltd. prospectus business and technology

1-162

In 2004, won the "First Virtual Host Product Comprehensive Outstanding Award".

3) Product intellectual property rights

"Hedgehog Virtual Host Management System" obtained the software copyright in 2007 (Ranzhudengzi

No. 072840 ).

(4) Office automation system (OA)

1) Product innovation analysis

This project is a Web application system developed based on the J2EE platform. Aiming at the

characteristics of the OA requirements of small and medium-sized enterprises , it completely adopts INTERNET standard technology and uses a universal browser as the front end. WEBized

It is the latest generation of intelligent network office system with B/S architecture that is based on knowledge management.

The system architecture consists of MVC framework + Spring framework + ORM framework, supplemented by part of the mature common

toolkit for development. MVC framework in which the company developed together, for the major part of JSP + control

system is + Servlet; Spring Framework is an open source framework for industry-wide adoption, its purpose is to create understanding of

the complexity of enterprise application development decisions, the main framework The advantage lies in its layered architecture and excellent scalability

and maintainability. Under this framework, this project mainly establishes a business service layer and a data access layer; the ORM

framework is also independently developed by the company and can support multiple databases. Java's reflection mechanism

provides data support for the data layer in a simple and fast way. The main feature of this framework is simple, fast, high degree of its own,

for the IT industry staff turnover undisturbed, simple framework to reduce the technical barriers, just ordinary process

sequence developers to quickly develop, help reduce development costs , Improve development efficiency;

the rapid characteristics of the framework , can maximize the use of server performance, improve product cost-effective.

2) Product intellectual property

rights The patent right of the workflow engine in the company's office automation system (OA) has been

accepted by the Patent Office in 2008, and the patent application number is 200810070435.8.

(5) Instant language online customer service system

Instant language online customer service system is an enterprise-level website real-time communication system

produced by our company , and related technologies are independently developed by our company. The system allows visitors to the website without downloading any software or plug-ins.

By clicking on the online customer service logo on the website, you can directly communicate with the customer service staff of the website in real time.

Instant language online customer service system can find more potential customers for enterprises, increase visitor transaction rate, increase

enterprise income, reduce operating costs, improve work efficiency, and improve customer satisfaction. It is used by enterprises for online

marketing, online customer service, and online consulting. Powerful tool. The system is suitable for all kinds of websites and is

a good helper for enterprises to carry out online marketing.

1) Analysis of product innovation points. Business and technology

1-163 in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

① Human-computer interaction and fast online communication

do not need to install any software or plug-ins. Customers only need to operate with the mouse to communicate with customer service representatives Instant

communication greatly reduces the communication threshold for customers and increases the probability of transaction. Even if the customer service representative is not online, visitors

can leave messages so that corporate users do not miss any useful messages.

② Visitor intelligent identification The

customer service representative can clearly see the relevant information of the visiting customer.

③ Data analysis The

system records all conversation records for inquiries at any time; at the same time, it also provides

statistical information on the visitor's visit time and geographic location. Marketers can adjust sales manpower arrangements, sales area

strategies,

etc. based on these data , providing information for market decision-making. A strong basis to increase website sales and support future development.

④Intelligent Knowledge Base

Sorts and organizes frequently used conversation content and website addresses, which enables customer service representatives to

access relevant information through the database , respond quickly to different customers, and improve efficiency.

⑤Conversation transfer The

system can transfer ongoing online conversations to different customer service representatives or

personnel from different departments , so as to realize the transfer between sales staff-customer service representatives-technical support staff.

⑥Security settings

Managers have strong monitoring capabilities and can monitor the work of customer service representatives conveniently and in real time

, view real-time and historical conversation records, freeze and unfreeze relevant customer service representatives, and view customer

feedback on customer service representatives . For malicious visitors, the system can

reject malicious access by blacklisting, filtering IP and other functions .

(6) Independent completion of software development and system integration business The

company's software development and system integration business in the main business areas of the company are all independently completed, and the details are as

follows:

business area software name software development deployment integration

35 instant mail system

35 M mail system

Enterprise mailbox
35G

mail system

Independent development and independent integration deployment Xiamen 35 Internet Technology Co., Ltd. prospectus business and technology

1-164
35EQ system

35 Internet 64-bit anti-spam

mail gateway

Hedgehog website building system

35 Internet station access analysis

system

E-commerce website construction

Instant language online customer service system

Independent development, independent integration and deployment

35 Internet DNS-DIY domain name

resolution system,

domain name registration

OlineNIC international domain name real-

time registration system,

independent development, independent integration and deployment of

OA, boss approval system, independent development, independent integration and deployment,

CRM CRM system, independent development, independent integration and deployment

(7) owned by the company The application of products with independent intellectual property rights

1) The application fields and application conditions of

products with independent intellectual property rights owned by the company The application fields and application conditions of products with independent intellectual property rights owned by the company are as follows:

Application of intellectual property rights in the product application field

35 Internet 64 The anti-spam

gateway software is

used in the company's corporate mailbox business.

35 Interconnected Intelligent Mail System

V1.0

35 The corporate post office currently has nearly one million users,

ranking first in the national market share (19.9%).

An intelligent anti-spam and anti-

virus gateway and its filtering method are

applied to the company's corporate mailbox business.

A

method that can realize self-destruction of emails is

applied to the company's corporate mailbox business.

Enterprise mailbox

35EQ system v1.0

The company's self-developed enterprise-level instant communication platform can be

uniformly bound to the company's corporate mailbox and other products, and is widely used by corporate customers.

35 Interconnected Template4.0

system V4.0 is

applied to the company's agency business operation platform, facilitating partners to

conduct business online .

35 Internet site access analysis

system

At present, it has provided real-time,

accurate and professional access traffic analysis for nearly 20,000 corporate or individual sites .

E-commerce website construction The

instant language online customer service system

V2.02

currently has 1,200 user websites using this product. Now as the

company's promotion efforts increase, the number of users is constantly increasing.

Host The

Hedgehog virtual host management

system is

used in the company's website construction business.

35 Internet DNS-DIY domain name

resolution system V2.0

domain name registration currently supports the stable resolution of nearly one million domain names.

OlineNIC International Domain Name Real-

time Registration System V1.0 (domain name

company's domain name registration business is realized through this system for real-time

registration and management. Xiamen 35 Internet Technology Co., Ltd. prospectus business and technology

1-165

Registration System (ODRRS))

OnlineNIC International Domain Name Real-

time Registration System V2.0 The

company's domain name registration business is through this system to achieve real-time

registration and management.

Office Automation System

(OA),

a workflow engine,

currently has more than 1,000 OA customer groups. As the company's promotion

efforts increase, the customer base is also increasing.

2) Analysis of the advantages and disadvantages of similar products or services in the industry

Serial number Intellectual property advantage

1

35 Interconnected intelligent

mail system

V1.0

1. Combining technology with instant messaging-changing the traditional mail reading habits and actively pushing mail

to users Desktop;"

2. Self-destructing email technology-solving misoperations and keeping important information confidential;

3. Anti-spam technology-using behavior recognition

technology to effectively identify spam from two levels: session level and content level , creating a green environment Internet environment;

4. Offline applications-enable users to complete some functions on Webmail even when offline

;

5. Web2.0 technology-use RIA technology to better improve customer experience;

6. Mobile applications- Integrate with mobile terminal, provide mobile phone SMS reminder, WAP mobile phone version,

Application functions such as PUSHMAIL;

7. Various additional functions and technologies-resumable transmission, overseas transfer, large attachments, alias domains,

network security technologies, etc.

2

35 Interconnected

DNS-DIY domain name

resolution system

V2.0

1. New domain name resolution takes effect immediately;

2. Powerful: supports multiple types of resolution, supports hidden pointing, non-hidden pointing, pointing under construction

, pointing under sale, and mail forwarding Functions, etc.;

3. Supports pan-resolution;

4. The same user supports multiple domain name management;

5. Multi-point DNS server backup, safe, stable and efficient resolution;

6. Support 100 free analysis operations.

3

35 Interconnected

Template4.0

system V4.0

1. Strong system compatibility, supporting multiple mainstream operating systems (such as Windows 2000, Linux,

UNIX) and multiple mainstream databases (such as MS SQL Server, MySQL, Access); system operating

environment The requirements are simple, and it can run on a stand-alone server or on a virtual host rented by yourself

;

2. The entire installation process only takes up to 10 minutes without too many technical requirements;

3. Achieve independent and flexible product management functions .

4

35 Internet site

access analysis

system

1. No need to install any software, easy to use;

2. Real-time, accurate and professional traffic analysis;

3. Clear, easy-to-understand and beautiful graphic analysis;

4. The analysis speed is very fast; Xiamen 35 Internet Technology Co., Ltd. Prospectus Business and technology

1-166

5. Comprehensive integration, in-depth data mining;

6. Support OpenID, one-stop management;

5

35 Internet 64-bit

anti-spam

gateway software

1. Based on SMTP protocol A real-time protocol session-level filtering;

2. Build a mail rail before the mail enters the system to stop suspicious spam earlier;

3. Save bandwidth and processing time;

4. Use a filter model to release new filtering mechanisms faster ; Provide secondary development interface

MXAPI;

5. Built-in filtering script language MXScript, efficient application of filtering features for filtering programming;

6. Third-party filtering plug-in engine can be applied to facilitate the expansion of system filtering capabilities; combined with anti-virus

engine for real-time virus scanning and filtering ;

7, built-in mail tag, quarantine, report, forwarded a copy to the mail management control mechanism is more convenient

and statistics;

8, to provide filtering and application-level knowledge base feature multiple stages;

9. Provide mail quarantine report and query analysis;

10. Configurable active update knowledge base strategy.

6

Hedgehog main virtual

machine management system

1, the security and stability of the host operating environment;

2, powerful and easy to use administrative control panel;

3, WEB efficient file management functions;

4, the most efficient WEB-based database management functions;

5. Simple backup management function.

7

Instant
Talk Online

Customer Service System
V2.02

1. Independent monitoring account;

2. Comprehensive and accurate statistical information;

3. Enterprise custom knowledge base;

4. 24-hour software service.

8

35EQ system

v1.0

1. Perfectly integrated with 35 corporate post offices, through 35EQ, you can directly create, view, and email operations

, and send new email notifications to users in a variety of ways;

2. Combine with 35OA boss sign-and-approval system, users can instantly see things flow, announcements, tasks,

plans, etc.;

3, 35CRM closely integrated with customer relationship management system, users can instantly view a customer, contact

, tasks, calendar, the first time in close communication marketing, sales and after-sales service Ministries

The fit between the door;

4, to provide real-time text communication at the same time, also provide users with convenient voice calls;

5, compatible with other chat tools 35EQ binding by MSN, MSN can be with friends in the EQ in

dialogue friends, really It reduces the dependence of the office environment on multiple instant messaging software;

6.35EQ's unique and user-friendly operation interface, freely drag the size of the operation window, freely

change the background, etc., so that users can enjoy the joy of operation in the communication process;

7. Multi-chat tab chat window, convenient to switch multiple conversations; Xiamen 35 Internet Technology Co., Ltd. prospectus business and technology

1-167

8. It can realize single sign-on to each application software independently developed by our company.

9

OlineNIC country

the international real-time domain name

registration system

V1.0 (Note Domain Name

Registry System

(ODRRS))

1, the system to communicate with clients using SSL communication protocol to communicate with the central office registered in line with international

domain name registration bureau technical specifications and with their finds Real-time registration of international domain names and other functions,

while ensuring the security of communication information throughout the system;

2. Leading system technical indicators: the average response time of domain name, DNS, etc. registration is less than 5 seconds, and the

maximum response time is about 120 seconds (connected to the network)

Speed related), other operation time is less than 0.01

seconds (excluding network transmission time).

10

OnlineNIC country

the international real-time domain name

registration system

V2.0

with the first nine

11

an intelligent anti-

spam anti-virus

gateway and through

the filter method

with item 5 of

12

A to achieve

self-destruction of the mail

method

1, limiting recipients to read The number of times and expiration time are automatically destroyed after expiration;

2. It cannot be received through the mail client, but can only be viewed through the web, and the mail

can not be forwarded;

3. It is not allowed to save and print.

13

A workflow

engine

1. A full set of independently developed embedded workflow engine based on B/S architecture. Realize the

separation of process logic and business logic, visually analyze and define business processes and

assemble business units, and apply them to complex processes calmly;

2. Provide visual custom process tools, and users can simply drag and drop them. It can easily complete the

definition of the enterprise approval process, and various simple or complex workflows can be easily defined;

3. Provide flexible, WYSIWYG custom form tools, simple and easy to use, and develop

various forms for enterprise applications;

4. Extend the organization engine to support user-defined organizational relationships;

5. Support

rich workflow models such as sequence, branch (manual selection), rollback (previous step), loop, self-loop, and countersignature to improve the flexibility of the application system and adaptability;

6, strengthening process monitoring function, it can be seen each node (including: start flowchart / progress

node, the ordinary node, end node) form field / handling details roles;

7 with EQ Seamless integration to realize real-time chat and instant information reminding functions;

8. Enhance the function of business planning, so that daily affairs can be automatically initiated on a periodic basis.

Compared with similar products or services in the industry, the disadvantage of the company's products and services is relatively high pricing.

3) Business income generated by products with the above-mentioned independent intellectual property rights and its proportion in operating income. Business and technology

1-168 in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd. During the

reporting period, business income generated by products with the above-mentioned independent intellectual property rights And the proportion of operating income is

as follows:

Unit: 10,000 yuan

from January to June 2009, 2008, 2007, and 2006 total

business operating

income

percentage

(%)

operating

income

percentage

(%)

operating

income

percentage

(%)

Operating

income

share

(%)

Operating

income

accounted for

(%)

corporate

mail

2,728.48 47.21 5,068.75 43.85 4,033.88 41.32 2,271.16 28.39 14,102.26 40.18

website

design

649.47 11.24 1,028.27 2,688.05 8.89 585.85 6.00 424.46 7.66 5.3

host

business

675.52 11.69 1,471.59 12.73 1,009.24 10.34 1,004.31 4,160.65 11.85 12.55

OA 39.65 0.69 - 0 - 0 - 0 0.11 39.65

total 4,093.12 70.83 7,568.61 65.47 5,628.97 57.66 3,699.93 46.24 20,990.61 59.8

Note: the intellectual property rights applied to each of the above areas of business, intellectual property rights for individual statistics alone can not generate the business income

into . In addition, domain name products are agency products, and only the registration platform is independently developed.

3. Innovation of marketing model

According to the characteristics of the software operation service industry, the company's products have fast technology upgrades, strong operational expertise, strong customer

demand differences, products' high requirements for technical support and services, and the current situation in which domestic customers generally

lack understanding of the SaaS model. In terms of model, it adopts the model of direct sales as the mainstay and agent sales as the

supplement. It is one of the very few software

operation service providers in China that mainly rely on the direct sales model to promote the company's business and products .

The biggest advantage of the direct sales model is that it reduces the number of intermediaries, which can significantly improve the company's profitability,

allow potential customers to better understand the emerging SaaS application model, and enable the company's brand to reach customers directly, build

closer customer relationships, and increase customers' Loyalty and satisfaction. In addition, through the direct sales model, the company can

obtain timely feedback from end users, understand and grasp changes in customer needs at any time, and improve and

develop more products and services that meet customer needs based on this. This is for emerging software operation services. The industry is particularly

important.

The company started to build a direct sales team in 2004, and has developed a

mature direct sales team with more than 800 people in more than a dozen large and medium-sized cities across the country. In recent years, the direct sales model has played

a significant role in promoting the expansion of the company's business. For the relevant data, please refer to the relevant

content of "4. The company's main business" in this section. Xiamen 35 Internet Technology Co., Ltd. Prospectus Business and Technology

1- 169

4. Innovative business promotion model.

At present, the company has formed a series of comparative business ranging from network domain name business to office automation (OA) business.

The complete product line can meet the basic needs of SME customers at different stages of informatization, and has accumulated considerable

customer resources. On this basis, the company pioneered the launch of the "35EQ" product in May 2008

. "35EQ" is an enterprise-level instant messaging product and

a platform for the company to integrate its various products and services in the future . The company will continue to introduce new products to users through the upgrade of the platform, enabling users to

experience and apply the company's new products through the platform , enhance product attractiveness, and promote product sales.

At present, in the field of personal instant messaging, some Internet companies have achieved certain

success through this model . And the company relies on the instant messaging software for enterprise customers-35EQ, to build an enterprise

-level integrated communication service platform, on this basis, through the 35EQ instant messaging platform to integrate the company's other

application software products serving enterprise informatization And services, such as: corporate mailbox, OA, CRM, etc., can provide

customers with a number of value-added services.

(2) Continuous innovation ability

1. Mature technology research and development system CMMI

The company has a mature technology research and development and quality control system, and reserves sufficient senior research and development

personnel, which can effectively guarantee the company's continuous innovation ability.

The company successfully passed the ISO9001: 2000 certification in 2004, and then

passed the software maturity level three phased assessment (CMMI3) in 2006. It is the first company in the industry to have both ISO and CMMI3

certification, and it is also in China. One of the few companies moving towards CMMI4 certification. CMMI

That is, the integration of capability maturity models, representing the most advanced software engineering methods in the world, is

an authoritative standard for measuring the capability maturity and project management level of software companies, and is recognized as a passport for software companies to enter the international market

.

The company's product technology center started product development and improvement

activities based on the CMMI model in December 2004 and successfully passed CMMI Level 3 certification in June 2006. The maturity of the product development system has reached

CMMI Level 3, marking the company's presence in the enterprise. The management level, personnel quality, software process management ability,

product and service quality have reached the international advanced level.

Company management team attaches great importance to capacity-building companies, the future will continue to draw domestic and foreign software companies advanced

management methods, continue to focus on improving internal R & D system, improve the software features of the SaaS model for research

development management model to ensure the company's continued ability to innovate .

2. Sufficient innovative technical talents and perfect and effective talent incentive mechanism.

The company has a professional R&D team of nearly 200 people, and has multi-system R&D capabilities. The company attaches great importance to the

introduction and training of talents. In order to increase the introduction of talents, the company implements the national and even global "Falcon Xiamen 35 Internet Technology Co., Ltd. Prospectus Business and Technology

1-170

Plan", focusing on the introduction of high-level talents . And the shortage of talents to meet the needs of rapid development of the enterprise.

In the future, the company will establish technology R&D sub-centers scattered across the country with the help of its subsidiaries in

various regions to attract outstanding talents from all over the country to the greatest possible extent and provide them with convenient and complete R&D places.

In terms of employee compensation and incentives, the company has established a regionally leading compensation level to ensure

the stability of the company's employee team .

The company's talent incentive mechanism is detailed in the relevant content of "9. Company Technology Research and Development" in this section.

9. The company's technology research and development situation

The competition of modern enterprises depends to a large extent on the ability to rely on technological progress for product development and innovation

. The company attaches great importance to the research of new technologies and the development of new products.

(A) the company's R & D mechanism and organizational structure of

the Company's product development and applied research sector is the product technology center, with nearly 200 people professional research

development team, .Net, Java, C and other development platforms, as well as windows and linux systems All of them have sufficient

senior R&D personnel, and the multi-system R&D capabilities enable the company to

select the appropriate technical system based on market needs and product strategies, which makes the company's technical decision-making more scientific, independent and flexible, and enhances its response to

technical risks. Ability.

The product technology center consists of

six resource departments: product management department, software development department, operation development department, interface design department, software testing department, and quality management department. The personnel of each department form a product development project team to form

project management and administrative management The combined matrix management model is where the project manager is responsible for the quality

, cost and schedule control of product development . In addition, there are three important standing committees, namely the

Product Evaluation Committee and the Technology Evaluation Committee.

Committee) and the process of jury (Engineering Process Group), the product jury members to

the company's internal product experts, business experts, department managers based, is the highest decision product planning and product demand

making body; technical jury members with technical director, Mainly technical experts, focusing on the overall technical solutions,

is the highest decision-making body for the technical solutions of R&D products; the process jury members are mainly the center department managers

and main business leaders, and they are the developers of the R&D management system process and process improvement. Executor.

The company's technology development organization is set up as follows: Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Business and Technology

1-171

Product Technology Center

Product Management Department Software Development Department Operation Development Department Interface Design Department Software Testing Department Quality Management Department

Product Evaluation Committee Technology Judging

Committee Process Judging Committee A Product Project Group

B Product Project Group

C Product Project Group

(2) The company's talent introduction plan and incentive mechanism The

company attaches great importance to the introduction and training of talents, insists on the training of key talents, the training of outstanding talents, and the

shortage of talents. The training policy makes the company's technical team continue to grow.

In order to increase the introduction of talents, the company implements the national and even global "Falcon Plan" to fully

utilize the company's brand influence, broaden the channels for talent introduction, and take advantage of the advantages of the expert team and talent intermediaries to

aim at the leading level in the same industry in China , Focus on introducing high-level and in short supply talents to meet the needs of rapid development of enterprises.

In terms of employee remuneration and incentives, the company actively explores the establishment of incentive and training mechanisms

for technical personnel, and establishes a regionally leading salary level to ensure

the stability of the company's workforce by formulating a competitive remuneration and welfare mechanism for technical personnel .

(3) Products successfully developed by the company and won honors and awards

In recent years, the company has successfully developed a number of products, which have been

favored by customers after being introduced to the market , and have been praised by industry authorities and won many honors , Mainly include:

the main honors the company has obtained in recent years,

serial number honor or qualification name award department year

1 five-star Chinese Internet address registration service organization China Internet Information Center 2008

2 China Email Industry Development Innovation Award China Internet Association 2008 Xiamen Three-Five Internet Technology Co., Ltd. Prospectus Business and Technology

1-172

3 2007 Excellent E-commerce Service Provider CCW Information 2007

4 2007 China Industry E-Commerce Excellent IDC Service Provider CCW Information 2007

5 64-bit Smart Anti-Spam Corporate Mail The system was recommended as the

"green mailbox" of the corporate mailbox group. The Internet Society of China on

June 2006. The

"35 Intelligent Mail System V1.0" project won the

second prize of the Fifth Science and Technology Progress Award of Siming District, the People's Government of Siming District, 2006

7Won

the 2005 corporate mailbox service quality evaluation activity

"Best feature Award" China Internet Association, 2005

8 Ten-mail Recommended Brand China Internet Association, 2005

9

three to five interconnected won the first session of the China Computer Newspaper Mail product line

system function Excellence Award horizontal evaluation of the China Computer News 2005

10

three to five interconnected by the China computer newspaper first E-mail product line

system brand Excellence Award horizontal evaluation of the China computer News 2005

11

three to five interconnected won the first session of the China computer newspaper web hosting products

integrated Winner China computer News 2004

in addition to these honors In addition, in recent years, the company has been listed by China Internet Information Center as a

support unit for the investigation of China's Internet development status, CN domain name and Chinese domain name registration service organization, and Microsoft has been awarded the

honor and title of gold partner.

(4) Patent situation

The 6 patents that the company applied to the State Intellectual Property Office of the People's Republic of China

were officially accepted on January 10, 2008 and April 22, 2009, and are currently awaiting approval.

Serial number Patent application number Application time Patent name Patent type

1 200810070435.8 2008.01.10

A smart anti-spam and anti-virus gateway and its

filtering method

Invention

2 200810070436.2 2008.01.10 A workflow engine invention

3 200810070437.7 2008.01.10 Invention of a method that can realize self-destruction of mail

4 200920137897.7 2009.04.22

An

adapter for signal conversion between smart mobile phones and standard displays

Utility model

5 PCT/CN2009/071

410 2009.04.22

Smart mobile The desktop application method of the telephone

and the adapter to realize its desktop application

Invention

6 200920137896.2 2009.04.22

A wireless

gateway based on smart mobile phone expansion

Utility model Xiamen Three-Five Internet Technology Co., Ltd. Prospectus Business and Technology

1-173

( 5) Software copyright

The company currently owns 10 software copyrights.

Sequence

No. No. Name registration number of the software works

right people

get

way

right to

the scope of the certification date

1

soft Teng Zi first

No. 2002SR0312 000 312

OnlineNIC international real-time domain name registration

System V1.0 (domain name registration system

(ODRRS))

proficient

technology

original whole 2002.06.11

2

soft Teng Zi first

No. 031818 2005SR00317 35 interconnected intelligent mail system V1.0

thirty-five

interconnected

original 2005.01.10 All

3

soft Teng Zi first

No. 031819 2005SR00318 35 Interconnected DNS-DIY Domain Name Resolution

System V2.0

Three-Five

Interconnected

Original All 2005.01.10

4

Ruan

Zhu Dengzi No. 032758 2005SR01257 35 Interconnected Template4.0 System
V4.0

Three-Five

Interconnected

Original All 2005.01.28

5

soft Teng Zi first

No. 031817 2005SR00316 35 Internet site access analysis system

thirty-five

interconnected

original all 2005.01.10

6

soft Teng Zi first

No. 070510 2007SR04515 35 64 Internet gateway anti-spam

software

thirty-five

interconnected

original all 2007.03.23

7

soft Teng Zi first

No. 072840 2007SR06845 hedgehog virtual host management system

thirty-five

interconnected

original all 2007.05.15

8

soft Teng Zi first

No. 076280 2007SR10285 OnlineNIC international real-time domain name registration

system V2.0

proficient

technology

original whole 2007.07.12

9

soft Teng Zi first

No. 092146 2008SR04967 language instant online customer service system V2.02

thirty-five

interconnected

original 2008.03.06 all

10

soft Teng Zi first

No. 123805 2008SR36626 35EQ system v1.0

thirty-five

Internet

Original all 2008.12.22

Note: The original acquisition refers to the independent development and acquisition by the company.

(VI) R & D Strategy

R & D strategy includes two aspects: first, market-oriented, that is, to market demand as the goal

for product development to meet market needs; followed by technical guidance that is combined with the latest technology trends open

development of new Products to guide and create market demand. The specific research and development strategy is shown in the figure below: Xiamen Three-Five Internet Technology Co., Ltd. Prospectus Business and Technology

1-174

1. Product category innovation

Combining the informatization needs of China's small and medium-sized enterprises at different stages of the informatization process, the company

has targeted the types of products Innovate sexually to provide a one-stop solution suitable for the needs of small and medium-sized enterprises in all stages of informatization.

2. Product application model innovation The

company pays attention to the special needs of small and medium-sized enterprises, changes the traditional software delivery model, delivers

and uses software products through the Internet, and transforms the traditional software from the customer's internal operation model to the online use model.

The company will use the core Internet technology it has mastered to develop more products that fit the characteristics of SME informatization

and become a major provider of SME informatization solutions in the future.

3, the recent research and development of key technologies

in conjunction with the application of SaaS in China, the company will be mainly from the traditional combination of software and Internet technology

operation, networking products combine technology, large-scale data processing technology, network security technology, SaaS software applications

with the relevant The core technology of the company is researched and developed.

(7) The company's technological development

1. The company's investment in research and development

during the reporting period The company's investment in research and development during the reporting period is shown in the following table:

Unit: 10,000 yuan

Project January-June 2009, 2008, 2007, 2006

R&D expenditure 230.23 508.04 569.14 673.06

Operating income 5,778.76 11,559.95 9,761.82 8,001.23

ratio (%) 3.98% 4.39% 5.83% 8.41%

Management-driven stage

Entry application stage

Business-driven stage

Network domain name website construction

SaaS vertical expansion

SaaS horizontal expansion

Enterprise mailbox

CRM OA graphical workflow engine/SOA/view/authority control

counter garbage / network security / large-scale data processing

in each stage of the main products and application technology

enterprises to process information

distributed / cluster

IM technology Co., Ltd. Xiamen three to five interconnected business and technology prospectus

1-175

2, the R & D projects and progress of the

company The main research and development projects from January to June 2009 and 2008 are as follows:

Unit: Ten

Thousand Yuan Preface

No. Project name from January to June 2009, the

amount invested in

2008, the

amount invested in 2008, Remarks

1

Instant messaging system

(IM/35EQ) 113.69 394.07 The

development cycle is from November 2006 to October

2009. The product passed the test in June 2009 and

was put into trial operation in the market in July. At present, new functions are gradually being

opened.

2

Intelligent website building system

(WebDIY) 85.66-The

development cycle is from December 2008 to November

2009, and it can be put into market trial operation in December 2009.

3

Customer Relationship Management

System (CRM) 10.07 55.57 The

development cycle is from December 2006 to December

2009. The first generation of products has been basically completed and

entered the release test phase in October 2008.

4

anti-spam gateway software

pieces

- 18.41

program development cycle for the November 2006 to 2008

December, the product was in November 2008 by

Tested and put into market trial operation.

(1) The progress of the instant messaging system (35EQ) project.

The company's instant messaging system (35EQ) is an integrated communication platform for enterprises. Through this system, an

enterprise can establish an instant messaging platform centered on its own company, realizing that it truly belongs to itself instant

communication system, are free to open an account, and the perfect combination of business enterprise mail system, create new

office mode of communication, improve office efficiency, reduce communication costs, enhance internal communication ability, the highest

building new corporate culture of communication, improve Enterprise productivity.

The product development cycle is from November 2006 to October 2009. At present, the product has been introduced to the market, and

new functions are under development.

(2) The progress of the

intelligent website building system The intelligent website building system (WebDIY@35) is a self-service website building service system that can provide small and medium-sized

enterprises with fully functional and easy-to-use self-service website building services. With the help of this system, enterprise users can

tailor their corporate website according to their own needs in a short period of time , thereby obtaining application services such as e-commerce.

The product development cycle is from December 2008 to November 2009, and it can be put into market

trial operation in December 2009 .

(3) Customer relationship management system (CRM) project progress

Customer relationship management system (CRM) is based on customer relationship management theory as a guide, using information technology to

realize the enterprise customer resources of the SaaS model of SME customer-centric business strategy Plan (ECP,

Enterprise Customer Planning) system. It is the carrier of CRM theory, strategy and practice
. It can improve the business and technology

1-176 of the prospectus of Xiamen Three-Five Internet Technology Co., Ltd.
, improve the relationship between SMEs and customers, and understand and understand in time in the communication with customers. Influencing customer

behavior, improving customer recruitment rate, customer retention rate, customer loyalty and customer profitability.

The product development cycle is from December 2006 to December 2009. At present, the first-generation products have been basically

completed and are scheduled to be officially launched on the market at the end of 2009.

(4) Anti-gateway software project progress of

this product is based on 64-bit intelligent anti-anti-virus e-mail mail gateway developed, primarily for

a solution to the current spam mail systems based on 32-bit facing the widespread use of domestic problems . Its main

innovation is to use the high-speed computing power of the 64-bit CPU, combined with the filtering library of the client, to establish an effective

mail sender responsibility mechanism, and to achieve personalized filtering of spam. Compared with existing similar products on the market

, it has higher security, more concurrent server connections, higher throughput,

faster spam processing speed , higher anti-spam and anti-virus efficiency, and easier distributed or cluster applications, etc. advantage.

The product development cycle is from November 2006 to December 2008. The product has

passed the test in November 2008 and put into market trial operation.

X. Core technical personnel and R&D personnel

(1) Basic information of core technical personnel

As of June 30, 2009, the company has 7 core technical personnel, accounting

for 0.63% of the company's total number of employees . Since 2007, the company's core technical personnel has not changed.

The basic information of the core technical staff is as follows:

Mr. Gong Shaohui, director of the Internet Society of China; executive vice chairman of Xiamen Software Industry Association; director of Taiwan

Digital Technology Industry Alliance; executive director of Xiamen Chamber of Commerce. For the detailed resume of Gong Shaohui, please refer to the relevant content

of "V. Issuer's major shareholders and wholly-owned, holding, and share-holding enterprises"
in "Section IV Basic Information of the Issuer " of this prospectus .

Mr. Li Yunfei, male, Chinese nationality, no right of abode abroad, born in 1975, bachelor degree.

Graduated from the Electrical Engineering Department of Shanghai Jiaotong University in 1995 with a bachelor's degree. Former Shanghai Institute of Earth Science Instrument soft

pieces of Engineers; Honor Group Technical Manager, Taiwan; Shanghai Institute of Technical Manager ship equipment; Xiamen Branch proficient

Technology Industrial Co., Ltd. Software Engineer; Xiamen Xiamen Technical Director Information Technology Co., Ltd.; thirty-five Technology technology

art director ,Vice president of technology. He is currently a director, deputy general manager and technical director of the company. He has participated in

the software development of domestic large and medium-sized oilfields, the development of domestic ocean-going ship satellite C station, satellite B station, GMDSS shipwreck rescue system

, and the development of simulation real-life teaching systems for domestic maritime colleges. Participate in the optical fiber array driver

for the development of dual-computer fault-tolerant systems under windows for banking and securities systems, as well as the development of higher education education and class scheduling

systems. During the working period of the company, he presided over the development of virtual host system, website traffic analysis system,

Major projects such as openid login verification system, 35EQ, encryption and decryption mail. Xiamen 35 Internet Technology Co., Ltd. Prospectus Business and Technology

1-177

Mr. Lin Ting, male, Chinese nationality, no right of abode abroad, born in 1974. He graduated from

Jimei University in 1996 with a bachelor's degree. Cisco Certified Network Engineer (CCNA). Calendar

either Xiamen Commercial Group Commercial refrigeration company assistant engineer; Integrated Technology Co., Ltd. Xiamen Tsinghua inspiration system

manager, responsible for SMS platform to build the network and server systems, hot standby database implementation, DDN line

road construction, design and implement multiple wireless network Bridge and indoor coverage projects, including the long-

distance wireless bridge of the Xiamen Maritime Safety Administration , the wireless network coverage of Xiamen Mingfa Hotel, and the integration of CDMA1X remote video surveillance; the

director of the technical support center of the 35th technology and the current technical support center of the company Director, responsible for the establishment of the company's technical

support branch center, the reorganization of the network management department, the establishment of the system integration department, and the standardization of the center process

. He won the company's annual outstanding management award. In May 2007, he was responsible for designing and successfully completing

the network system construction of more than 1,400 information points in the company's new office building. In January 2008, as a project manager, he led the team to complete the company's customer

service department call center system project. In April 2008, he led the company's information management department to design and complete

the upgrade and transformation of the company's sales department telephone system from a simple virtual network to a PBX system, which improved the company's sales

telephone data statistics and information processing capabilities. In March 2009, instructed the Network Management Department to complete the "Mail Service

Server large-capacity hard disk failure warning and monitoring system", which has improved the

ability to deal with sudden failures of the mail server hard disk . Due to its outstanding performance in the national website filing work planned by the Ministry of Information Industry, it has

completed the network of Xiamen Public Security Bureau several times. The hazardous information processing work assigned by the Security Department has been

awarded

with a personal award for spiritual civilization in Siming District, Xiamen . Mr. Yang Xiaofeng, male, Chinese nationality, no right of abode abroad, born in 1976, PhD degree.

Graduated from the National University of Singapore in 2006 with a doctorate served as a computer researcher at the National University of Singapore,

the United States visiting scholar at Johns Hopkins University, Singapore Institute of Science researchers. The company is currently open software

development manager, Xiamen SMEs expert. participated in many international research projects : From 2007 to 2008

, he was responsible for the "High-Performance Entity Detection System" of the National Defense Science and Technology Development Agency of Singapore. The goal of this project is to design an

efficient and high-performance name disambiguation system for the information extraction system to automatically mine sensitive information such as disasters.

difficult, disease, terrorists, etc. .2006-2008 years, community participation in the EU sixth framework strategy Research project "this

with the term strategic research", built on years of .2007 semantic knowledge and content systems, participation in the United States Yue

Johns The Language Processing Center of Kings University has

developed a high-performance open source system for name disambiguation using term and encyclopedia sources for name disambiguation, which can be widely used in various text mining tasks.

2005-2008, participated The University of Tokyo's project of "Annotation

of References in Bioinformatics Texts", annotated the reference information of biological nouns in documents in the field of biology. In recent years, it has published internationally renowned names.

More than 10 journals and top conference papers, including Computational Linguistics (

SCI included, the most authoritative international natural language processing journal), and 6

Annual meeting of the Association for Computational Linguistics (Annual meeting of the Association for Computational Linguistics, The

highest level international academic conference on natural language processing ) and so on. He has served as a

reviewer for many well-known international information processing magazines and conferences .

Mr. Xie Yayi, male, Chinese nationality, no right of abode abroad, born in 1981, bachelor degree. 2003 Technology Co., Ltd. Xiamen three to five interconnected business and technology prospectus

1-178

graduated from Hunan University of Science and Technology, a bachelor's degree. Obtained Microsoft Certified System Engineer (MCSE) and

Database Engineer (MCDBA) certificates in 2002 . Since joining the company in July 2003, he has served as a

specialist in the information management department , a network security officer, and a maintenance network manager. He is currently the manager of the network support department. Cooperated with the company to set up a domain management

system to further standardize the company's domain management. During his tenure as a security officer, he was responsible for the information security

standard processing of the company's external operating servers , made corresponding assessments of information security and formulated relevant emergency response measures, and introduced advanced

information security processing systems to ensure that the operating servers have no major information security incidents for three consecutive years. During the maintenance of the network

manager, he was responsible for the maintenance of the mainframe, post office, domain name and other products, and

improved the server maintenance level through the application of various automated processing script modules, and increased the server online rate from the original 99.0% to 99.8%.

During his tenure Network Support Manager, responsible for managing the offer on one million domain name resolution of DNS server maintenance

and guarding work to ensure the DNS service online rate of 99.9%, while the Ministry responsible for the daily management of network support, pushing

into the operational deployment server password Management system, on-duty transaction management system, server monitoring system and

server failure warning system. In the first half of 2009 alone, the RAID monitoring items in the early warning system were used to eliminate

24 potential hardware failures, ensure the stability of the server, and improve the maintenance level of the department.

In order to cooperate with the state's implementation of the relevant policies for host filing management, it has promoted and participated in the development of the filing system on behalf of the company, which

has entered the testing phase.

Mr. Chen Qifang, male, Chinese nationality, no right of abode abroad, born in March 1980, bachelor degree.

In 2003, he graduated from Fujian Agriculture and Forestry University majoring in mathematics and applied mathematics with a bachelor's degree. Obtained the National Computer

Level Four Certificate; Intermediate Programmer Certificate. He used to be the website development and maintenance engineer of the Fujian website of Xiaoxiong online website.

Since joining the company in April 2003, he has served as the company's product development related work. He is currently an anti-spam

system project manager and a senior software architect in the software development department. Project participants and the development are: the 2003

period from 2004 as technical manager in intelligence establishment of the first version of the project; 2004 DNS-DIY domain

as technical manager name resolution system project; to 2007 2005 Hedgehog host project Served

as project manager and technical manager in China; in 2007 served as project manager and technical manager in VPS mainframe project; 2007

From 2008 to 2008, he worked as a technical manager in the post office system and Sofia project; from 2008 to present

, he worked as a project manager and technical manager in 64 mail anti-spam projects. Main research and development results: the

first version of the intelligent website building system ; DNS-DIY2.0 analysis system; Hedgehog host product system; exclusive host system; post office and anti-spam

gateway system.

Mr. Luo Lingong, male, Chinese nationality, no right of abode abroad, born in 1980, bachelor degree.

Graduated from Xiamen University in 2002 with a bachelor's degree. Served as a programmer in the Information Department of Xiamen Zhengxin Rubber Industry Co., Ltd.,

responsible for the development and maintenance of the company's financial subsystem based on the IBM AS400 system. Joined the

company in 2003 and served as a programmer and data analysis engineer in the operation and development department. He was responsible for the product launch of the company's operating business system

, the development of functional modules, and the establishment of data models. He was awarded the title of the company's outstanding employee of the year.

Since 2006, he has been the manager of the technical maintenance department. Under the guidance of CMMI, he established and improved the project development

process, established and improved the department training system and job responsibilities, established the department knowledge base system, and expanded and improved the

department's technical knowledge system. Since 2004, he has led and participated in
nearly 10 types of global domain names including EU, ASIA, ME, MOBI, Xiamen Three Five Internet Technology Co., Ltd. prospectus business and technology

1-179

IN, multilingual CC, multilingual BIZ, TEL, etc. Synchronously launch services. 2006

Beginning in October, led the technical team for business separation system, which lasted more than five months in 2007

Separated successfully in April. Beginning in October 2007, he concurrently served as the project manager, presided over the completion of the 35.com new

system development, and successfully launched it online in November. The project won

the honor of the company's best outstanding project team in 2008 . In the past three years, he has served as the senior manager of 5 projects at the same time, guiding and promoting the development of the projects.

(2) The stability of core technical personnel and major marketing personnel During the

reporting period, the company did not have any resignation of core technical personnel and major marketing personnel.

(3) The proportion

of R&D personnel to the total number of employees As of June 30, 2009, the company has 190 technical and R&D personnel, accounting

for 16.96% of the total number of employees .

XI, the quality of company products and services, control of

the company uphold the "scientific management, green service, continuous improvement, customer satisfaction," the quality, the beginning of

the end to provide quality and cheap products and good quality to users with scientific management methods The

company's first corporate value is to "focus on customer needs with enthusiasm ". The quality control of the company's main products and services

is as follows:

(1) ISO9001:2000 quality management system

The company has established a sound quality management system in accordance with ISO9001:2000 related requirements, and

implemented total quality management (TQM) throughout the company . On October 27, 2004, the company successfully passed

the ISO9001:2000 certification of the SGS international certification body.

(2) CMMI level 3 software development maturity

CMMI is the abbreviation of Capability Maturity Model Integration, which is
jointly developed

by the US Department of Defense, Carnegie Mellon University Software Engineering Institute (SEI) and the National Defense Industry Association . CMMI represents the most advanced software engineering method in the world. It is

an authoritative standard for measuring the maturity of software enterprises' capability and project management level, and is recognized as a passport for software enterprises to enter the international market.

Company management team attaches great importance to capacity-building companies, software companies from domestic and foreign advanced management side

method, sustained attention to internal process improvement, to establish a software development service provider operating software for the tube characteristics of

mathematical models, software and quality customer service has been the Fully praised.

The company's product R & D - Product Technology Center from December 2004 to start based on CMMI

product development activities to improve the model, in June 2006 successfully passed CMMI Level 3 certification, product research and development body

maturity system has reached CMMI level 3 . The company's CMMI level 3 evaluation indicates that the company's corporate

management level, personnel quality, software process management capabilities, product and service quality have been comprehensively improved,

reaching the international advanced level. Technology Co., Ltd. Xiamen three to five interconnected prospectus business and technical

1-180

(c) R & D Quality control system of

the company product development system covering product development life cycle, product planning, product launches, product maintenance

care and so on throughout the product development process, All have achieved standardized management. The system adopts product management as the main, administrative

The matrix management model supplemented by management, the product manager is responsible for the quality, cost and schedule control of product development.

1, the product development process

of our products technical center product development process diagram is as follows: Technology Co., Ltd. Xiamen three to five interconnected business and technology prospectus

1-181

term

projects

knot

key

stages of

the project

start

project proposal

the project in

product ideation

Interface Design Software Development Department

Operation Development Department

Quality Management Department

Software Testing Department

Product Management Department

Operation Development Department

Interactive Design Product Prototype

Interface Design Requirements Analysis Test Plan Manual Writing

Interactive Design Product Prototype

Requirements

Development

Analysis

Design

Coding

Implementation

System

Test

Case Design

Interactive Test Function Test

Manual Writing Interactive Test System test

Acceptance test

Product release

Project
closure

Realization of Xiamen Three-Five Internet Technology Co., Ltd. prospectus business and technology
1-182

company product research and development system combined with the most popular "V model" in the software industry to carry out

quality inspection and control at all stages of the product .

From left to right, the process in the V model describes the basic development process and testing behavior. The

value of the V model is that it clearly indicates the different levels that exist in the testing process, and clearly describes the

correspondence between these testing phases and the various phases during the development process.

2. Process control methods

The main quality control methods in the product development process are described as follows:

(1) Standardization of product development process The

company's product technology center adopts one of the industry standard

software maturity models (CMMI3) based on software engineering theory and project management system As a basis, combined with the company's human resources and resources, it independently developed the

Product Technology Center R&D Management System (OSSP), which incorporated the company's product development into the

track of standardized and process- based management, and greatly ensured the success of product development.

(2) Quality control of R&D activities In

software engineering, undetected errors lurking in products are at a later stage in the product life cycle, requiring a

lot of cost to monitor and repair defects. This is the main factor for most software product R&D failures.

To find and fix defects to the maximum in the early stage is the quality, schedule and cost control of modern software products.

Important method.

Product manager, technical manager, technical manager Software Engineer Software Engineer Software Engineer Test Engineer Product Manager

product

idea

needs

development

outline

design

detailed

design

compiled

code

unit

testing

integration

testing

system

testing

and acceptance

testing

Technical Manager Technology Co., Ltd. Xiamen three to five interconnected business and technology prospectus

1 -183

Company follows the above-mentioned methods. During the product development process, the R&D pre-stage, post-stage and product release

stages carry out strict quality control for each work product to ensure the R&D quality of the product.

(3) Quality control

of change activities Change activities in the software industry are generally divided into demand changes and defect changes. The quality control

methods used for demand changes are the same as those used for R&D activities. Defect change means that the follow-up work finds the problem that was missed in the previous stage,

and the retrospective work must be carried out in the opposite direction of the activity sequence until the source of the problem is found, and then the

relevant activities are carried out again in the sequence of activities to ensure the correctness and integrity of the relevant work products Sex.

(4) Product delivery quality control

Products must undergo system testing and customer acceptance before they are delivered to customers for use. Among them, the scope of system testing must

cover all materials delivered to customers (including software, hardware, documents, etc.). Products must pass system testing and meet

standards before they can be delivered to customers for acceptance. After the customer has passed the acceptance, the product can be delivered.

(5) Quality Assurance Group In

order to effectively ensure the standardization of the implementation of the product R&D system, the company has established a quality assurance group to be responsible for the

supervision, coordination and guidance of the product R&D process. The quality assurance team comprehensively supervises

the implementation of each process in the product research and development system, corrects and prevents non-conformities, and effectively guarantees the quality of process implementation, thereby

further ensuring product quality.

12. Overseas operations

The company established 35 Internet International Technology Co., Ltd. in Hong Kong on August 16, 2007, as

a platform for the company to quickly and easily obtain overseas technology and business resources. The company has not yet started business.

For details of the company, please refer to the

relevant content of "V. Issuer's main shareholders and wholly-owned, holding, and share-holding enterprises" in "Section IV Basic Information of the Issuer" in this prospectus . Xiamen 35 Internet Technology Co., Ltd. Prospectus

Horizontal Competition and Related Party Transactions 1-184

Section VI Horizontal Competition and Related Party Transactions 1. Horizontal

Competition

(1) Description of

Issuer's Horizontal Competition Situation The issuer's main business is through SaaS Mode, relying on self-developed application software system, focusing on

For Chinese SME customers, it provides

software products and services such as corporate mailboxes, e-commerce website construction, network domain names, office automation systems (OA), and customer relationship management systems (CRM). The issuer's controlling

shareholder and actual controller, Mr. Gong Shaohui, controls other companies such as Sanwu Information, Binary, and China NetXing. Binary

System and Sanwu Information are currently mainly engaged in the production, development and operation of online games. ZTE currently

does not engage in specific businesses.

After verification by the issuer's lawyers and sponsors,

there is no horizontal competition between the issuer and the issuer's controlling shareholder, actual controller, and the enterprise under its control .

(2) Commitments made by controlling shareholders and actual controllers to avoid horizontal competition In

order to avoid horizontal competition from damaging the interests of the company and other shareholders, the issuer's controlling shareholder and actual controller

Mr. Gong Shaohui, and other shareholders holding more than 5% of the company's shares were issued "to avoid the company with the industry to

competition commitment letter", reads as follows:

"I share in your company or the company holds more than 5% (inclusive) period, there is no and will not

be in any way (including but not Limited to operating alone, through a joint venture, or owning

shares and other rights and interests of another company or enterprise ) directly or indirectly participate in any business or activity that competes with your company, and does not

engage in or participate in the production of any products or products that compete with your company in any way. the same service, you can replace your products or similar

business activities or services.

I or the company through the agency and personnel (including, but not limited to directors, general manager) and controlling

shares of the company or the status prompt me to direct and indirect holding The company or enterprise fulfills the above commitments

Or the same obligations of the Company and promise as any business opportunity with your company run obtained from any third party

business competition or possible competition, the person or the company will notify you immediately and try the commercial machine

will Assign to your company. "

Second, with regard to related parties and relationships

in accordance with" Company Law "and" Enterprise Accounting Standards ", related parties and associated companies during the reporting period off existing

lines as follows: three to five interconnected Technology Co., Ltd. Xiamen prospectus with the competition and related party transactions

1-185 Names of

related parties Type of relationship

(1) Issuer's controlling shareholder and actual controller

Gong Shaohui's controlling shareholder and actual controller, with a direct shareholding ratio of

60.63%

(2) The issuer's controlling subsidiary,

Jingtong Technology Company, a wholly-owned controlling subsidiary Company

A wholly-owned subsidiary of the 35th Hong Kong Company, a wholly-owned subsidiary of the

35th Beijing Company, a wholly-owned subsidiary of the

35th Tianjin Company, a wholly-owned subsidiary of the

35th Suzhou Company, a wholly-owned subsidiary of the

35th Qingdao Company, a wholly-owned subsidiary of the Qingdao Company,

has a controlling

relationship

the related

parties

(three) shares of the issuer held by more than 5% of the major shareholders of

corporate shareholders - company network, a 10.00% stake

in Branch Wang Yi corporate shareholders, the shareholding ratio 6.13%

Rainbow venture capital company corporate shareholders, 5.00% stake

Shen Wenzel natural person shareholder equity ratio 5.77%

(4) The issuer controlling shareholder, actual controller of the company

thirty-five information of the same controlling shareholders, actual controllers

in the network Xing Same controlling shareholder, actual controller

Binary same actual controller

(5) Issuer's directors, supervisors, and senior managers (except for shareholders who hold more than 5% of the issuer's shares)

Wang Ping Company Vice Chairman

Peng Yong Company Director, Vice President Manager and Chief Financial Officer

Lu Hong Company Deputy General Manager and Secretary of the Board of Directors

Zhang Meiwen Company Deputy General Manager

Li Yunfei Company Director, Deputy General Manager and Technical Director

Chen Shaohua, Han Hualin, Zeng Huaqun Company Independent Director Wang Haitao

Company Supervisor

Chen Tubao Company Supervisor

(6) Issuer Director , Supervisors and senior management, and shareholders holding more than 5% of the issuer's shares (

except the issuer's controlling shareholder) control, joint control or significant influence companies

CICC Online's main investor, supervisor Shen Wence controlled company

Ai action sports company mainly individual investors, supervisors Shen Wenzel control of the company

in Xiamen Branch venture capital shareholders of the company Branch Wang Yi companies controlled by

the absence of

control shut

system off

parties of three to five interconnected Technology Co., Ltd. Xiamen prospectus Horizontal competition and related party transactions

1-186

Zhongke Hongyi Management Co., Ltd. A company controlled by Wang Ping, vice chairman of the company.

Xiamen Zhongke Hongyi, Wang Ping, vice chairman of the company, and Wang Haitao, a supervisor

of the company.

Yuyuan Investment, a company that exerts significant influence , Wang Ping, and supervisor of the company Wang Haitao

Companies that have all exerted significant influence

(7) The
same controlling shareholder and actual controller of the company and the natural person

OnlineNIC
that have had an associated relationship with the issuer . The company

was transferred to an independent third party in December 2007.

Previous

related parties

(1) Issuance The controlling shareholder and actual controller of

the Company is Mr. Gong Shaohui. For details of its holdings of the company's equity, please refer to
the relevant content

of "V. Issuer's Major Shareholders and Wholly Owned, Holding, and Participating Enterprises" in "Section IV Basic Information of the Issuer" in this prospectus .

(2) The issuer's holding subsidiaries

The six subsidiaries of the company, namely Jingtong Technology, Sanwu Hong Kong, Sanwu Beijing, Sanwu Tianjin,

Sanwu Qingdao and Sanwu Suzhou, are all wholly-owned subsidiaries of the company. For details of the relevant information, please refer to
the relevant content

of "V. Issuer's major shareholders and wholly-owned, holding, and share-holding enterprises"
in "Section IV Basic Information of the Issuer " of this prospectus .

(3) Other shareholders holding more than 5% of the issuer's shares. Other

major shareholders of the company holding more than 5% of the company's shares include China NetXing, Zhongke Hongyi, and Rainbow Innovation.

Investment and Shen Wence, the above-mentioned enterprises and natural persons, please refer to the

relevant content of "V. Issuer's major shareholders and wholly-owned, holding, and share-holding enterprises" in "Section IV Basic Information of the Issuer" in this prospectus .

(4) Companies controlled by the

issuer's controlling shareholder. Companies controlled by the issuer's controlling shareholder include Sanwu Information, Binary and China NetXing.

For details of the above-mentioned companies, please refer to "V. Issuance" in "Section IV Basic Information of the Issuer" in this prospectus.

The relevant content of the main shareholders and wholly-owned, holding, and shareholding companies.

(5) The issuer's directors, supervisors, and senior management personnel (except for shareholders holding more than 5% of the issuer's shares

)

issuer's directors, supervisors, and senior management personnel (except for shareholders holding more than 5% of the issuer's shares)

including Wang There are 10 equal persons. For the basic information, please refer to

the relevant content of "Section VII Directors, Supervisors, Senior Management and Other Core Personnel" in this prospectus .

(Vi) the issuer's directors, supervisors and senior management, shareholders holding more than 5% of the issuer's shares (issued

pedestrians except the controlling shareholder) control, joint control or significant influence over the company three to five interconnected Technology Co., Ltd. Xiamen prospectus

Horizontal competition and related party transactions 1-187

1. CICC Online

CICC Online was established on March 13, 2003, with a registered capital of 33.33 million yuan and a paid-in capital of 33.33

million yuan. The legal representative is Shen Wence and the residence is Gulou District, Fuzhou In

Building 25, Software Park Phase I, No. 89 Software Avenue , CICC Online is a comprehensive financial service platform provider whose main business is to provide financial professionals with full

Comprehensive, authoritative, objective and timely financial information. As of June 30, 2009,

Shen Wence , a shareholder of the company and chairman of the board of supervisors, directly held 58.50% of the shares of CICC Online and was the controlling shareholder and actual

controller of CICC Online .

2, Ai moving sports

Ai sports movement was established in May 22, 2009, the registered capital of 2 million, paid-up capital of 1 million

yuan, the legal representative of Min Zhong health, shelter for Gulou District of Fuzhou Hot Spring Blossom Street East road No. 36 Fortune

A-22F, the main business is the wholesale sales of sporting goods and brand marketing planning of sporting goods.

3. Zhongke Hongyi Management Co.

, Ltd. Zhongke Hongyi Management Co., Ltd. was established on March 20, 2008, with a registered capital of 10 million yuan and a paid-in

capital of 10 million yuan. The legal representative is Wang Ping and the residence is the International Chamber of Commerce in Futian District, Shenzhen. Room

1803, Building A , Business Scope: Provide startup management services for startups; startup investment business; agent for

other startup investment companies and other institutions or individuals in startup investment business; startup investment consulting business; participate in the establishment of

startup investment enterprises and startup investment management Advisory agency.

4. Xiamen Zhongke Venture Capital

Xiamen Zhongke Venture Capital was established on October 29, 2008 as a limited partnership. The executive partner is

Xiamen Zhongke Hongyi, and its residence is No. 8, Guanri Road, Software Park Phase 2, Siming District three to five interconnected buildings 302 single-

yuan, business: 1) the venture capital business; 2) Acting other venture capital companies and other institutions or individuals to create

industry investment business; 3) venture capital consulting business; 4) to start-ups providing management services Business; 5)

Participate in the establishment of venture capital enterprises and venture capital management consulting institutions. (If the above business scope involves a licensed operation

project, it can only operate after obtaining the permission of the relevant department.)

5. Xiamen Zhongke Hongyi

Xiamen Zhongke Hongyi was established on June 12, 2008, with a registered capital of 10 million yuan. Received capital of

4 million yuan, the legal representative is Wang Ping, and his residence is

Unit 501 , 35 Internet Building , No. 8, Guanri Road, Software Park, Siming District, Xiamen . Business scope: investment in high-tech industries and other technological innovation industries; entrusted

management And operating venture capital; investment consulting business; asset entrusted management; industrial investment, asset management within the system

, and corporate mergers and acquisitions. (Above management scope involves permission management projects, departments should obtain permission

before the operation.) (First phase invested 4 million yuan, the company set up prior to the registration to the capital; the second phase of the

capital six million yuan, and Capital will be received within two years from the date of establishment of the company). Technology Co., Ltd. Xiamen three to five interconnected prospectus with the competition and related party transactions

1-188

6 Yue Yuen investment

Windsor Investment was established in July 16, 2007, the registered capital of 1.4 million yuan, paid-up capital Wan 140

yuan, the legal representative The person is Wang Ping and his residence is No. 1, Lane 160, Nanlu Road, Huinan Town, Nanhui District, Shanghai. The

scope of business is investment management information.

7. The shareholding ratio of the

company 's shareholders or related parties in the above-mentioned companies The shareholding ratios of the company's shareholders or related parties in the above-mentioned companies are as follows:

(1) CICC Online

Shareholder Name Contribution Ratio (%)

Shen Wence 58.50

Shenzhen Zhongke Hongyi Venture Capital Co., Ltd. 10.00

(2) Fuzhou Aidong Sports Marketing Co., Ltd.

Shareholder Name Contribution Ratio (%)

Shen Wence 95.00

(3) Shenzhen Zhongke Hongyi Venture Capital Management Co., Ltd.

Shareholder Name Capital contribution ratio (%)

Wang Ping 63.00

(4) Xiamen Zhongke Hongyi Investment Management Co., Ltd.

Shareholder Name Capital contribution ratio (%)

Shenzhen Zhongke Hongyi Venture Capital Management Co., Ltd. 51.00 Wang Haitao 20.00

(5) Xiamen Zhongke Hongyi Venture Investment partnership

Shareholder name capital contribution ratio (%)

Xiamen Zhongke Hongyi Investment Management Co., Ltd. 1.20

(6) Shanghai Yuyuan Investment Management Co., Ltd.

shareholder name capital contribution ratio (%)

Wang Haitao 21.43

Shenzhen Rainbow Venture Capital Group Co., Ltd. 14.29 Xiamen III five Internet Technology Co., Ltd. prospectus with the competition and related party transactions

1-189

(seven) with the issuer existed affiliated companies

OnlineNIC established in 1999 October 6, registered in California by Gong less Fai 100 %hold.

Soon after its establishment, OnlineNIC has obtained the top-level certification of the International Domain Name Registration Management Center (ICANN)

Qualified as a domain name registrar, and began to engage in domain name registration for overseas customers. After that, Jingtong became

the domestic agent of OnlineNIC, engaged in domain name registration business for domestic customers. After the company obtained

the top

-level domain name registrar certified by the International Domain Name Registration Management Center (ICANN) and China Internet Network Information Center (CNNIC) , the company became the agent of the company and continued to engage in the domain name

registration business for domestic customers . Currently, OnlineNIC is still engaged in the domain name registration business for overseas customers.

After the establishment of the company, OnlineNIC became a related party under the control of the same actual controller of the company. In recent

years, as the company's business focus and the main source of revenue and profit from domain name registration into more high-end enterprise

business mail, e-commerce site construction SaaS business, customer base mainly for domestic SME customers,

therefore based on the Company To obtain relevant business qualifications, in order to achieve the company's business upgrade and focus on expanding the domestic

market for the higher-end needs of SME customers, Gong Shaohui and Rex W. Liu

signed the "Stock Purchase Agreement" on November 28, 2007, and agreed Gong Shaohui transferred the shares of the American company

to Rex W. Liu for a price of US$10,000 . According to the opinion issued by the American law firm Crone Rozynko LLP, the above

equity transfer procedures were completed on November 28, 2007. Rex W. Liu is a former senior

manager of OnlineNIC and has no relationship with the company.

(8) The holdings of directors, supervisors, senior management personnel, etc. in related party units

As of the signing date of this prospectus, the company's directors, supervisors and senior management personnel

hold positions in the company's affiliated companies as follows:

Name of the company's part-time company and job title related relationship

Mastery Technology Chairman and General

Manager A

wholly-owned subsidiary of the company

Wholly-owned subsidiary of 35 Hong Kong Directors Company

35 Beijing Executive Director and

General Manager

Wholly Owned Subsidiary of the Company

35 Tianjin Executive Director and

General Manager

Wholly Owned Subsidiary of the Company

35 Qingdao Executive Director and

General Manager

Wholly Owned Subsidiary of the Company

35 Suzhou Executive Director and

General Manager The

company's wholly-owned subsidiary

Gong Shaohui Chairman and General Manager

35 Information Chairman Same controlling shareholder and actual controller
Xiamen 35 Internet Technology Co., Ltd. Prospectus

Horizontal competition and related party transactions 1-190

China NetXing executive director of the shareholders, the same controlling
shareholder,

actual controller

binary chairman same actual controller

Branch Hung-yi, chairman of the shareholders of the company

Branch Wang Yi management company directors

do long

exercise significant influence over the company directors

company

Xiamen Zhongke Hongyi Chairman of the

Board of Directors and Supervisors

of the company with significant influence Companies of the

Chairman of Yue Yuen Investment Company Directors and Supervisors

of the Company with significant influence

Wang Ping, Vice Chairman

of the Board of Directors of CICC Online, Major Investors and Supervisors
of the Company exerting

significant influence companies

in the gold-line chairman and general Shen Wenzel Chairman of the Supervisory

managers

shareholder of the company, key management

company personnel control

Haitao supervisors Xiamen Branch Director Wang Yi,

CEO

of the company control of key management personnel

of the enterprise

LU Hong, deputy general manager and chief Secretary of the Board of Directors 35 Hong Kong Secretary A wholly-owned subsidiary of the company

Except as shown in the above table, the company's other directors, supervisors, and senior management are not in

legal entities controlled by the controlling shareholder (except the company), legal entities controlled by the company,

Positions held by other legal entities in the same industry .

Third, the nature of related party transactions and content

types of content from related parties related transaction

offers domain of technical services OnlineNIC regular

First, to provide products to related parties

and provide domain name services, E-mail

and other online gold-recurring

charge rents binary

2. Collecting house rent information from related parties for renting houses.

Collecting house rents. Xiamen Zhongke Venture Capital.

Recurring

3. Remuneration of key management personnel. Payment of remuneration to related parties.

Directors, supervisors, and senior managers

. Recurring

4. Funds exchanged with related parties. Contacts Gong Shaohui Incidental Xiamen Three-Five Internet Technology Co., Ltd. Prospectus

Horizontal competition and related party transactions 1-191

5. Accepting guarantees Accepting guarantees

Gong Shaohui, Binary, proficient in

technology,

incidental

6. Interest income Borrowing interest income Gong Shaohui, Binary incidental

acquisition proficient Technology Equity Gong Shaohui

Acquisition of Jingtong Technology Equity Xue Hongbin

7. Equity

transfer with related parties

Sale of binary equity 35 information

incidental

8. Asset

transfer with related parties 3

5 information incidental

9. Trademark rights with related parties Transfer

and

transfer of trademark application rights Transfer of trademark rights and trademark application

rights

Gong Shaohui Incidental

(1) Regular related party transactions

1. Provision of products and services

(1) Provision of domain name technical services to OnlineNIC:

Project January-June 2009, 2008, 2007 2006

Amount of related-party transactions (ten thousand yuan)--93.60 64.80 as a

percentage of operating income--0.96% 0.81% as a

percentage of similar transactions- 100% 100%

Relevant accounts receivable balance (RMB 10,000)    42.67 161.64

Related accounts payable balance (RMB 10,000)

Pricing is based on the cost plus of the technology provided by the company.

OnlineNIC is mainly engaged in domain name registration services , The company provides

daily maintenance and upgrading technical services for OnlineNIC's domain name trading platform . The above-mentioned related transactions occurred in 2007 and 2006 were

936 thousand yuan and 648 thousand yuan, respectively, accounting for 0.96% and 0.81% of the current operating income. In December

2007, OnlineNIC was transferred to an unrelated third party. The

domain name technical services provided by the company to OnlineNIC since 2008 do not constitute connected transactions. In the first half of 2009 and 2008, the amounts of these transactions

were RMB 822,200 and RMB 1,723,200, respectively, accounting for 1.42% and 1.49% of the current operating income, respectively. During the reporting

period, the transaction amount between the company and OnlineNIC was relatively small, accounting for a relatively low percentage of operating income,

and it did not have a significant impact on the company's financial status and operating results.

(2) Provide domain name, host, etc. to CICC Online

Item 2009 January to June 2008 2007 2006

Amount of related transactions (10 thousand yuan) 18.92 24.10 30.84 16.32 as a

percentage of operating income 0.33% 0.21% 0.32% 0.20% Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Horizontal Competition and Association Transaction

1-192

accounted for the proportion of similar transactions 0.33% 0.21% 0.32% 0.20%

Relevant accounts receivable balance (ten thousand yuan)

Pricing basis is determined according to market price

2. House leasing

unit: ten thousand yuan

name of related party 2009 From January to June, 2008, 2007, 2006

Binary-1.33 4.41-

Three and Five Information 4.09 6.23--

Xiamen Zhongke Venture Capital 1.21 1.35--

Total 5.30 8.92 4.41-

Percentage of operating income 0.09% 0.08% 0.05%

-Percentage The proportion of similar transactions is 100% 100% 100%-The

company's wholly-owned subsidiary, Jingtong Technology, leases the office building to related parties. The

unit price of the lease from 2006 to May 2009 is 10 yuan per square meter. The related transaction price refers to the fair market price determine. Starting from June

1, 2009 , the company adjusted the lease unit price to RMB 15 per square meter based on changes in the fair market price.

3. Payment of remuneration to key management personnel

The company has

not paid remuneration to other related parties except for the payment of labor remuneration to persons serving as directors, supervisors, senior management personnel and other core personnel of the company . The

total remuneration paid by the company to the above-mentioned personnel from January to June 2009, 2008, 2007, and 2006 were 731,900

yuan, 1,735,900 yuan, 1,272,800 yuan, and 839,400 yuan respectively. Please refer to this prospectus for details. Section VII Directors,

Supervisors, Senior Management and Other Core Personnel" "4. Remuneration of Company Directors, Supervisors, Senior Management

and Other Core Personnel".

(2) Incidental related party transactions

1. Fund transactions between related parties

Unit: 10,000 yuan

Name of related party 2009 January to June 2008 2007 2006

Gong Shaohui---120.00

In 2006, the company provided a loan of 1.2 million yuan to the controlling shareholder Gong Shaohui The loan period is

from June 1, 2006 to May 31, 2008. The loan has been recovered in 2007.

2. Accepted Guarantee

Unit:

Ten Thousand Yuan Xiamen Three-Five Internet Technology Co., Ltd. Prospectus Horizontal Competition and

Related Party Transactions 1-193 Names of Related Parties From January to June 2009, 2008, 2007, 2006,

Proficient in technology, binary

system, Gong Shaohui

    700.00

In June 2006, Proficiency in Science and Technology, Binary, Gong Shaohui

provided guarantee for the loan contract (RMB working capital loan) signed by Sanwu Technology and the Science and Technology Branch of Xiamen City Commercial Bank , with a total amount of RMB 7 million. The

loan was repaid in 2007, and the guarantee obligations of the related parties ceased.

3. Interest income

unit: 10,000 yuan

Name of related party 2009 January to June 2008 2007 2006

Gong Shaohui--8.00-

Xiamen Binary Digital

Technology Co., Ltd

.--8.21-

Total--16.21-

The company to the controlling shareholder Gong Shaohui provided a loan of 1.2 million yuan, which began to accrue interest on January 1, 2007, and

calculated interest income with reference to the 1-year bank loan interest rate.

The company provides in the period 2005 to 2006 to 3.054 million yuan loan binary (when its binary

system a subsidiary of the Company), since 1 January 2007, interest began, referring to the one-year lending bank

lending rates Calculating the interest income, the loan was recovered in July 2007. The 2007 interest income is

the interest income that occurred between March and July 2007 (the interest income from January to February 2007 has been combined and offset).

4. Equity transfer

(1) On December 26, 2006, Sanwu Technology and Gong Shaohui signed the "Equity Transfer Agreement", based on the original

The initial capital contribution was made, and the transferee Gong Shaohui held a 93.04% equity interest in Jingtong Technology, and the total transfer price was RMB

2.7912 million. After this transfer, Gong Shaohui no longer holds the equity of Jingtong Technology.

(2) On December 26, 2006, Sanwu Technology and Xue Hongbin signed the "Equity Transfer Agreement", based on the original

investment amount, the transferee Xue Hongbin holds 5.96% of Jingtong Technology's equity, and the total transfer price is 178,800

yuan.

(3) On February 25, 2007, Sanwu Technology and Sanwu Information signed the "Equity Transfer Agreement".

Based on the original capital contribution, Sanwu Technology transferred 60% of Binary's equity to Sanwu Information. The

total transfer price was 300,000 yuan. After the transfer, Sanwu Technology no longer holds binary equity.

(4) On November 15, 2007, the company and Xue Hongbin signed the "Equity Transfer Agreement", based on the original

capital contribution, the transferee Xue Hongbin holds 1% of Jingtong Technology's equity, and the total transfer price is 80,000 yuan. After this

transfer, Xue Hongbin no longer holds the equity of Jingtong Technology and becomes a wholly-owned subsidiary of the company. Xiamen 35 Internet Technology Co., Ltd. Prospectus

Horizontal Competition and Related Transactions 1-194

Both parties have received and paid for the above equity transfer transactions. Through the above equity transfer, the company has achieved the main

business integration and business integration purposes, and can improve It focuses on the

main business operations such as domain name registration, corporate email, virtual hosting and office automation , while effectively avoiding

potential horizontal competition.

5. Asset transfer

unit: ten thousand yuan

Name of related party 2009 January to June 2008 2007 2006

Sanwu Information--182.34-

In April 2007, Sanwu Technology transferred the servers and computer equipment related to the online game business

to Xiamen Sanwu Internet Information Technology Co., Ltd. according to the net book value of the assets. The net book value of the transferred assets was

1,823,400 yuan in total. , The equipment transfer payment was recovered in July 2007.

The impact of the above asset transfer on the company's current operating results: the above assets are

dedicated equipment for operating the "Sea of Music" online game, and the

storage data and related information of these equipment are related to the operation of the game.

The transfer of the equipment and data information does not have a significant impact on the company's main business.

6, trademark, trademark application right, transfer

(1) the transfer of trademarks, trademark applications right profile

, 2007 July 16, a few technology and Gong Shaohui signed a "trademark application right transfer agreement," Gong

less Hui with its own trademark application rights of the company's 24 business-related trademark free transfer to thirty-five Branch

technology revealed that the trademark application in addition to the right to change application for trademark registration application No. 5099850 change requests because of the business

marked lack of salient features have been dismissed, the rest All applications for alteration of trademark application rights have been

approved by the Trademark Office of the State Administration for Industry and Commerce , and there are no obstacles to the free transfer of trademark application rights. In the follow-up

review of trademark registration by the Trademark Office, the trademarks with registration application numbers 5099830, 5099840, 5099852, 5099835 have

been registered, and the company has obtained trademark registration
certificates for the above four trademarks.

Serial number trademark name category registration application number
country

1

42 5099813 China

2

9 5099829 China

3

35 5099830 China

4

38 5099831 China

5

41 5099832 China Xiamen Sanwu Internet Technology Co., Ltd. Prospectus

Horizontal Competition and Related Party Transactions 1-195

6 35 Internet 9 5099824 China

7 35 Internet 35 5099825 China

8 35 Interconnection 38 5099826 China

9 35 Interconnection 41 5099827 China

10 35 Interconnection 42 5099828 China

11 Three-five 9 5099839 China

12 Three-five 41 5099842 China

13 Three-five 35 5099840 China

14 Three-five 38 5099841 China

15 Three-five 42 5099823 China

16 35 9 5099850 China

17 35 35 5099852 China

18 35 38 5099851 China

19 35 41 5099833 China

20 35 42 5099834 China

21 9 5099835 China

22 38 5099836 China

23 41 5099837 China

24 42 5099838 China

On May 1, 2008, Sanwu Internet signed the "Trademark Transfer Agreement" with Gong Shaohui, and Gong Shaohui

took the 3856045, 3856046 The trademark rights of the two trademarks were transferred

to Sanwu Internet free of charge. The Trademark Office of the State Administration for Industry and Commerce has approved the trademark rights

assignment applications for the above two trademarks , and the company has obtained the trademark registration certificates for the above two trademarks.

Serial number Trademark name category Registration number Country

1 38 3856046 China

2

38 3856045 China

(2) Other circumstances concerning the transfer of

trademark rights and trademark application rights 1) The formation process of such trademark rights and trademark application rights Xiamen Sanwu Internet Technology Co., Ltd. Company Prospectus

Horizontal Competition and Related Party Transactions 1-196

On December 23, 2003, Gong Shaohui applied for 2 trademarks (2 categories in total), and

obtained the "Trademark Registration Certificate" (No. 3856045, 3856046 ) on May 21, 2006 ). At the time of application, the three or five

technologies had not yet been established, so Gong Shaohui first applied for trademark registration in his own name.

On May 1, 2008, the company and Gong Shaohui signed the "Trademark Transfer Agreement", agreeing that Gong Shaohui

The two registered trademarks were transferred to the company free of charge. The company obtained the

"Trademark Registration Certificate" for these two trademarks on April 21, 2009 .

After the establishment of the company, it planned to apply for 5 trademarks (24 categories in total), but at that time the trademark registration agency

believed that the 5 trademarks (24 categories in total) were the same as the 2 trademarks (2

categories in total ) applied for in December 2003 . Similarly, if the application subject is different, it is likely to be rejected. Therefore, it is recommended that

Gong Shaohui still apply for the 5 trademarks (24 categories in total ). So on January 4, 2006, Gong Shaohui applied for the registration of 5 trademarks (24 categories in total

) and was accepted by the National Trademark Office on April 28, 2006. On July 16, 2007, the

issuer and Gong Shaohui signed the "Trademark Application Right Assignment Agreement", stipulating that Gong Shaohui would transfer the application rights of the above 5 trademarks (

24 categories in total ) to the issuer free of charge. The issuer obtained one

"Trademark Registration Certificate" (No. 5099835) on January 14, 2009, and three "Trademark Registration Certificates" (No. 5099840, 5099852, 5099830) on April 21, 2009

. In addition, the trademark registration

application with the application number 5099850 was rejected, and the other 19 registration applications are being processed .

2 cases) before the transfer of trademark rights, company, Gong Shaohui and control of enterprise use of such trademark rights

in such transfer of trademark rights to the Company before, Gong Shaohui free licensing company exclusive use of the exclusive business

mark, Gong Shaohui and control No other companies may use the trademark.

Gong Shaohui issued a written statement confirming the above facts on

September 7, 2009: ① The above registered trademarks

were exclusively and exclusively

used by Gong Shaohui without compensation before Gong Shaohui was

transferred to the issuer . ②The above registered trademarks and trademark

application rights shall be transferred to the issuer by Gong Shaohui free of

charge. ③Gong Shaohui and

other enterprises under his control have not used the above registered

trademarks. ④ There is no situation where the issuer needs to pay Gong Shaohui

any transfer or use fees.

3) Gong Shaohui and its controlled companies own other assets and businesses.

Other assets owned by Gong Shaohui mainly include an 83.48% equity

interest in Sanwu Information, a 71.25% equity interest in China NetXing , and Sanwu Information owning a 60% equity interest in Binary. Sanwu Information and Binary is mainly engaged in online game business

, and China NetXing is mainly engaged in industrial investment business. The aforementioned assets and businesses have nothing to do with the company's operations, so they

will not affect the company's independence.

4. Institutional Arrangements

for Decision-making on Related Party Transactions In order to avoid and eliminate the possible use of controlling shareholders or other shareholders to influence the company's operations and financial decisions

, and harm the company's and other shareholders' interests in relevant commercial transactions, the company has listed in the "Company"

The Articles of Association, the "Related Transaction Decision System", the "Work System of Independent Directors" and other relevant regulations clearly stipulate that the prospectus of Xiamen Sanwu Internet Technology Co., Ltd. horizontal competition and related transactions

1-197

. The general meeting of shareholders and the board of directors are discussing related related transactions . When a transaction is voted on, related shareholders and related directors shall

avoid the relevant provisions for fair decision-making, mainly including:

(1) Relevant provisions of the "Articles of Association"

1. Regarding the fiduciary duty of controlling shareholders. Article 39 of the "Articles of Association" stipulates that the controlling shareholder

and actual controller of the company shall not use their associated relationship to harm the company's interests. Anyone who violates the foregoing regulations and causes losses to the company

shall be liable for compensation. The controlling shareholder and actual controller of the company

have an obligation of good faith to the company and shareholders of the company's public shares . Controlling shareholders shall strictly exercise the rights of investors in accordance with the law, and shall not use profit distribution,

asset restructuring, foreign investment, capital appropriation, loan guarantees, etc. to damage the

legal rights and interests of the company and public shareholders , and shall not use their controlling position to harm the company and the public The interests of shareholders.

2. Regarding the fiduciary duties of directors and supervisors. Article 98 of the "Articles of Association" stipulates that the directors of the company shall not

use their affiliated relationships to harm the interests of the company; the income earned by the directors in violation of the provisions of this Article shall belong to the company

; if losses are caused to the company, they shall be liable for compensation. Article 143 of the "Articles of Association" stipulates that the

company's supervisors shall not use their affiliated relationships to harm the company's interests, and shall be liable for compensation if they cause losses to the company

.

3. Regarding the decision-making power of connected transactions. Article 111 of the "Articles of Association" stipulates that: Except for the company and related

parties (except for the company's cash assets and the provision of guarantees), the amount is more than 10 million yuan, and it accounts for the

absolute amount of the company's most recent audited net assets. Related-party transactions with a value of more than 5% must be submitted to the general meeting of shareholders for deliberation. Other than related-party transactions

, transactions between the company and related natural persons are more than 300,000 yuan, and

transactions with related legal persons are more than 1 million yuan and account for the company's most recent transactions.

Related party transactions with an absolute value of more than 0.5% of the audited net assets in the first phase are reviewed by the board of directors.

4. Regarding the system of providing guarantees to related parties. Article 41 of the Articles of Association stipulates

that the guarantee provided by the company to shareholders , actual controllers and their related parties shall be approved by the general meeting of shareholders.

5. Regarding the withdrawal system of related shareholders. Article 79 of the "Articles of Association" stipulates that when the general meeting of shareholders considers

related transactions, related shareholders shall not participate in voting, and the

number of voting shares represented by them shall not be counted in the total number of valid votes; announcement of resolutions of the general meeting of shareholders The voting

status of non-associated shareholders should be fully disclosed .

6. Regarding the withdrawal system of related directors. Article 120 of the Articles of Association stipulates that if a director

has an associated relationship with the enterprise or individual involved in the resolutions of the

board of directors , he shall not exercise the right to vote on the resolution, nor shall he exercise the voting right on behalf of other directors. The board meeting

can be held when more than half of the unrelated directors are present , and the resolutions of the board meeting must be passed by more than half of the unrelated directors. If the

number of unrelated directors present at the board of directors is less than 3, the matter shall be submitted to the general meeting of shareholders for deliberation.

7. Regarding the election system of directors and supervisors. Article 56 of the "Articles of Association" stipulates that: if the general meeting of shareholders intends to

discuss the election of directors and supervisors, the notice of the general meeting shall fully disclose the details of the candidates for directors and supervisors. Transaction

1-198

detailed information, including at least the following: (1) Personal information such as education background, work experience, part-time job, etc.; (2)

Whether there is an associated relationship with the company or the company's controlling shareholder and actual controller; (3) Disclosure of holdings The

number of shares in the company ; (4) Whether it has been punished by the China Securities Regulatory Commission and other relevant departments and the stock exchange.

In addition to the cumulative voting system for electing directors and supervisors, each candidate for directors and supervisors shall make a single proposal

.

In accordance with the relevant provisions of the "Articles of Association", the company formulated and improved the "Related Transaction Decision System."

(2) The relevant provisions of the company's "Related Transaction Decision System"

1. Article 7 stipulates: The company's related transactions shall follow the following basic principles:

(1) The principle of good faith;

(2) The principle of fairness, justice and openness;

(3) ) If the related party has the right to vote at the company's general meeting of shareholders, it shall withdraw;

(4) Directors who have any interest in the related party shall withdraw when the board of directors vote on the matter

;

(5) The board of directors shall judge the related party based on objective criteria The principle of whether the transaction is beneficial to the company.

2. Article 15 stipulates that when an affiliate and a company sign an agreement involving affiliated transactions, the following

regulations shall be observed :

(1) Any individual can only sign the agreement on behalf of one party;

(2) Affiliated persons shall not interfere with the company's decision in any way.

3. Article 16 stipulates that when the company's board of directors deliberates on related transactions, related directors shall withdraw from

voting, and shall not act on behalf of other directors to exercise voting rights. When the company convenes the board of directors to review related transactions, the

convener of the meeting shall remind the related directors to avoid voting before voting at the meeting. If the related director does not voluntarily declare and

withdraw, the director who is aware of the situation shall request the related director to withdraw.

4. Article 17 stipulates: The board meeting can be held when more than half of the non-associated directors are present.

The resolutions of the board meeting must be passed by more than half of the non-associated directors. If the number of non-related directors present at the board of directors is less

than three, the company shall submit the transaction to the general meeting of shareholders for deliberation.

(3) Relevant provisions of the "Work System for

Independent Directors" In addition to the powers granted to directors by the Company Law and other relevant laws and regulations, independent directors also enjoy the following

special powers: the transaction

amount of 30 million or more, the transaction amount associated with the corporation's 30 million or more, or higher than the

market's recent related transactions audited net assets was 0.5% of the absolute value) shall be approved by the independent directors after ,

Submitted to the board of directors for discussion; before independent directors make a judgment, they can hire an intermediary to issue an independent financial advisory report, and Xiamen 35 Internet Technology Co., Ltd. prospectus

horizontal competition and related party transactions 1-199

as the basis for their judgment. (B) the accounting firm employed by the company or dismissal shall be independent directors approved after

tabled board of directors; (iii) the Board of Directors proposes hiring or dismissal of Certified Public Accountants; (d) to the Board

drew convene an extraordinary general meeting; (e) proposal Convene a board of directors; (6) independently hire an external audit agency and

consulting agency; (7) publicly solicit voting rights from shareholders before the general meeting of shareholders.

In addition to performing the above duties, independent directors shall also express

independent opinions on the following matters to the board of directors or the general meeting of shareholders : (1) Nomination, appointment and removal of directors; (2) Appointment or dismissal of senior management personnel; (3) Company

directors and senior management personnel (4) The company's shareholders, actual controllers and their affiliates

The company's existing or new borrowings

or other capital transactions with a total amount of more than 3 million yuan or more than 5% of the company's recent audited net asset value , and whether the company has taken effective measures to recover the arrears; (5) The independent directors believe

Matters that may damage the rights and interests of small and medium shareholders; (6) Other matters specified in the Articles of Association.

V. The issuer's implementation of the related-party transaction system during the reporting period and the opinions of independent directors. The

above-mentioned related-party transactions followed the principles of fairness, fairness, and openness. The "Articles of Association" and the "Related Transaction

Decision System" took place after institutional arrangements for related-party transactions were made. All related transactions have fulfilled the prescribed procedures.

The independent directors of the Company related transactions occurred since 2006 has been verified verified, Italy

see as follows:

"three to five interconnected its predecessor thirty-five technology and its related parties related party transactions are fair and followed, the public

level, the principle of public , The price is fair, and it

has no adverse impact on the financial status, operating performance and independence of production and operation of Sanwu. Since Sanwu.com has

made institutional arrangements for the decision-making power and procedures of connected transactions in the "Articles of Association" and formulated the "Related Transaction After the decision-making system, all related-party transactions that occurred have fulfilled

the necessary approval procedures in accordance with regulations , and the decision-making procedures are legal and effective."

VI. Measures to regulate and reduce related-party transactions The

company has taken and will take measures to reduce related-party transactions as follows:

1 In 2006 and 2007, the company acquired 99% and 1% of

Jingtong Technology 's equity, making Jingtong a wholly-owned subsidiary of the company, eliminating related transactions between the company and Jingtong Technology. Since then

It has an independent and complete business operation system, and the marketing, service, technology, financial, administrative and other systems are independent of the

shareholder units.

2. In 2007, the company completely cleaned up the fund exchanges with shareholders.

3. The company has established an independent corporate governance system. The "Articles of Association", "Rules of Procedures for the General Meeting of Shareholders",

"Rules of Procedures for the Board of Directors" and "Working System of Independent Directors" stipulate the

avoidance voting system for related directors and related shareholders. In order to ensure the fairness of the company's shareholders meeting and board of directors related transaction decisions.

The company has improved the institutional arrangements for regulating related transactions and formulated the "Related Transaction Decision System". For

normal related transactions that are beneficial to the company's development, the company follows the principles of open, fair and just market. Xiamen Sanwu Internet Technology Co., Ltd. The prospectus for horizontal competition and related party transactions

1-200

earnestly implement related party transaction decision-making procedures to ensure the fairness of transactions, and fully and timely disclose related party transactions. Directors, Supervisors, Senior Management and Other Core Personnel of Xiamen 35 Internet Technology Co., Ltd. Prospectus

1-201

Section 7 Directors, Supervisors, Senior Management and Other Core Personnel

1. Directors, Supervisors, Senior Management and Other Core Personnel Personnel Profile

(1) Board of Directors

As of the date of signing of the prospectus, the board of directors of the company consists of 7 members, including 3 independent directors

. The basic information is as follows: the

name and position nominator is

Gong Shaohui chairman and general manager of the company's general meeting of shareholders on July 15, 2007. -2010.8.14

Director Wang Ping, vice chairman of the shareholders 'meeting 2008.7.15-2010.8.14

Li Yunfei Director, Vice President and Chief Technology

art director of

the Shareholders' Meeting 2008.8.28-2010.8.14

Peng Yong, director, vice president and financial

affairs, head of

the company General Meeting of

Shareholders 2009.10-2010.8.14 Chen Shaohua Independent Directors Company General Meeting 2007.8.15-2010.8.14 Han

Hualin Independent Directors Company General Meeting 2007.8.15-2010.8.14

Zeng Huaqun Independent Directors Company General Meeting 2007.8.15-2010.8.14

Directors are made up of They are elected at the general meeting of shareholders and can be re-elected, but independent directors shall not be re-elected for more than 6 years. The

brief details of the directors are as follows:

Mr. Gong Shaohui, male, Chinese nationality, no right of abode abroad, born in 1968, college degree,

engineer. He graduated from the Computer Department of ShanghaiTech University in 1988; he has

studied for an MBA degree at the EMBA Center of Xiamen University since 2007 . He once worked in Fujian Electronics and Computer Company, engaged in computer technology and sales

; later founded Proficiency Technology, Binary, China NetXing, Sanwu Information, Sanwu Technology and served as chairman and general

manager. The current chairman of Binary and Sanwu Information; executive director of China NetXing; director of Sanwu Hongkong;

chairman and general manager of Proficient Technology; executive director and general manager of Sanwu Beijing, Sanwu Tianjin, Sanwu Qingdao, Sanwu Suzhou;

Director of the Internet Society of China; executive vice chairman of Xiamen Software Industry Association; director of Taipei Digital Technology Industry

Alliance; executive director of Xiamen Chamber of Commerce; chairman and general manager of the company.

Mr. Wang Ping, male, Chinese nationality, no right of abode abroad, born in 1969, doctor of accounting, senior

accountant, visiting professor of Xiamen University School of Management. Served as auditor of Xiamen Municipal Audit Bureau,

Chief Financial Officer of Xiamen Bailuzhou Construction and Development Company, Director and Deputy General Manager of Xiamen Water Treatment Investment Construction Co.,

Ltd., Executive Director of Xiamen Environmental Technology Development Co., Ltd., Executive President of China Merchants Education Industry Investment Company ,

Executive Vice President of China Merchants Venture Capital Management Co., Ltd. Current Chairman of Zhongke Hongyi; Chairman of Zhongke Hongyi Management

Company; Chairman of Zhongke Hongyi (Hong Kong) Investment Management Co., Ltd.; Chairman of Xiamen Zhongke Hongyi; Chairman of

Yuyuan Investment; Shenzhen Horizon Lianhua Venture Chairman of the Board of Investment Co., Ltd.; Hong Kong Horizon Lianhua Asset Management, Directors, Supervisors, Senior Management and Other Core Personnel in the Prospectus of Xiamen 35 Internet Technology Co.,

Ltd. Chairman of

1-202

Management Co., Ltd.; Head of Xiamen Zhongke Venture Capital Enterprise ;

Vice Chairman of Shenzhen Rainbow Fine Chemical Co., Ltd .; Vice Chairman of Shanghai Tongji Tongjie Technology Co., Ltd.; Vice Chairman of Shenzhen Ludizhou Electric Vehicle

Co., Ltd.; Vice Chairman of Beijing Zhongchuan Video Technology Co., Ltd.; Shenzhen City-Lai Sing shares

Limited; pioneer software Company Limited; Shenzhen Changhong mold Technology Co., Ltd.

Director; Shenzhen, China Science & Merchants investment management Limited; Ivey communications international Limited; Bei

Jing center Director of Guangxi Communication Co., Ltd.; Director of CICC Online; Director and Vice Chairman of the Company.

Mr. Li Yunfei, male, Chinese nationality, no right of abode abroad, born in 1975, bachelor degree.

Graduated from the Electrical Engineering Department of Shanghai Jiaotong University in 1995 with a bachelor's degree. Former Shanghai Institute of Earth Science Instrument soft

pieces of Engineers; Honor Group Technical Manager, Taiwan; Shanghai Institute of Technical Manager ship equipment; Xiamen Branch proficient

Technology Industrial Co., Ltd. Software Engineer; Xiamen Xiamen Technical Director Information Technology Co., Ltd.; thirty-five Technology technology

art director ,Vice president of technology. He is currently a director, deputy general manager and technical director of the company.

Mr. Peng Yong, male, Chinese nationality, no right of abode abroad, born in 1973, master degree, certified

public accountant and accountant. He graduated from the Department of Finance and Finance of Xiamen University in 1995 with a bachelor's degree; in 2007, he graduated

from the School of Business Administration of Xiamen University with a master's degree. Served as the accountant of

Xiamen Airport Group Co., Ltd., and the financial manager of Xiamen Powerlong Group Co., Ltd.; and the financial director of Sanwu Technology. He is currently a director, deputy general

manager and chief financial officer of the company.

Mr. Chen Shaohua, male, Chinese nationality, no right of abode, born in 1961,

PhD degree in Economics (Accounting ). He graduated from Xiamen University with a bachelor's degree in accounting in 1983; graduated from

Dalhousie University, Canada with a master's degree in business administration in 1987 ; and graduated from Xiamen University with a

doctorate in economics (accounting) in 1992 . Successively served as assistant professor, lecturer, and associate professor in the Accounting Department of Xiamen University;

visiting professor at the Federal University of Virginia in the United States ; and registered accountant at the accounting firm of Xiamen University and Xiamen Yongda Accounting Firm

. Currently a professor, master tutor, doctoral tutor, and deputy of the Accounting Development Research Center of Xiamen University

Director; Chairman of Xiamen Foreign-invested Enterprise Accounting Association; Independent Director of Shenzhen ZTE Corporation; Independent Director of

Fujian Nanfang Co., Ltd.; Independent Director of Fujian Senbao Food Group Co., Ltd.;

Independent Director of the Company.

Mr. Han Hualin, male, Chinese nationality, no right of abode abroad, born in 1948, graduate degree,

researcher of Shanghai Academy of Social Sciences. Graduated from the Economics Department of Fudan University in 1977. He once worked in the

Propaganda Department of Shanghai Normal University Branch; Independent Director of Shanghai Tunnel Engineering Co., Ltd. The current

deputy director of the Industrial Development Research Center of the Shanghai Academy of Social Sciences ; the deputy director of the Shanghai Institute of Circulation Economics; the deputy chairman of the Shanghai Modern

Enterprise Management Research

Association; the deputy chairman of the Shanghai Joint-Stock System and Securities Research Association; the professor of Macau University of Science and Technology; Shanghai Science

Expert in technical expert database; independent director of CICC Online; independent director of the company.

Mr. Zeng Huaqun, male, Chinese nationality, no right of abode abroad, born in 1952, doctorate degree. 1982

graduated from the History Department of History Professional Xiamen University, bachelor's degree; 1984 graduated from Xiamen University law

legal specializing in international law, a master's degree; 1990 graduated from the Faculty of Law specializing in international economic law, Xiamen University, Xiamen three to five interconnected Technology The directors, supervisors, senior management and other core personnel of the company's stock company prospectus
received Ph.D. degrees from

1-203
. He once went to the Law School of Willamette University in the United States, the Law School of the University of Hong Kong, the Swiss Institute of Comparative Law

, the Faculty of Law of the School of Oriental and African Studies, University of London, the East Asian Institute of the National University of Singapore, and the School of Law

of Soochow University in Taiwan . Served as lecturer, associate professor, and professor in the Law Department of Xiamen University; the 11th person in Xiamen

Deputy Chairman of the Legislative Affairs Committee of the National People's Congress; Deputy Chairman of the Internal Judicial Committee of the Twelfth National People's Congress of Xiamen

. The current doctoral tutor, a law professor at Xiamen University, Institute of International Economic Law Institute;

Chinese Society of International Law, executive vice president; executive director of the Chinese Society of International Law; International Law Higher Institute of Xiamen

First Hospital Board of Directors and Co-President of the study; Fujian Legal adviser to the Provincial People's Government;

Deputy Chairman of the Internal and Judicial Committee of the 13th Xiamen People's Congress; arbitrator of the China International Economic and Trade Arbitration Commission;

lawyer of Xiamen United Reliance Law Firm; independent director of the company.

(2) Members of the Board of Supervisors

As of the date of signing of the prospectus, the Board of Supervisors of the company consists of 3 members. The basic information is as follows:

Name and position nominator serves as

Chairman of the Board of Supervisors Shen Wence Chairman of the Board of Supervisors 2007.8.15-2010.8.14 Wang Haitao

Supervisors Company Shareholders' Meeting 2007.8 .15-2010.8.14

Chen Tubao Employee Supervisors Company Employee Representative Conference 2007.8.15-2010.8.14

According to the Articles of Association of the Company, the term of office of supervisors of the Company is 3 years.

The resumes of the supervisors are as follows:

Mr. Shen Wence, male, Chinese nationality, no right of abode abroad, born in 1968, postgraduate degree.

Graduated from Xiamen University with a master's degree in economics. He has served as the chairman of Fujian Tianxin Investment Consulting

Co., Ltd., and is currently the chairman of CICC Online and a member of the 11th CPPCC in Fuzhou City, Fujian Province; supervisor of the company

and chairman of the board of supervisors.

Mr. Wang Haitao, male, Chinese nationality, no right of abode abroad, born in 1966, master degree,

non-practising member of the Chinese Institute of Certified Public Accountants. He graduated from the University of Science and Technology of China in 1998 with a master's degree.

Since 2006, he has participated in the EMBA autumn class of Xiamen University. Former Xiamen Special Economic Zone finance company loan officer;

Xiamen International Trust and Investment Corporation, vice president of sales, manager, financial planning manager, securities management headquarters deputy

general manager, deputy general manager; Tiantongzhengquan Deputy General Manager of Xiamen management headquarters, Executive Deputy General

Manager, General Manager of Shenzhen Management Headquarters; Deputy General Manager of Xiamen Guaranty Investment Co., Ltd.;

Vice President of Xiamen Zongheng Group Co., Ltd.; Current Vice President of Hongyi International Group Co., Ltd.; Director and Executive General Manager of Xiamen Zhongke Hongyi

Arbitration; Supervisor of the company.

Mr. Chen Tubao, male, Chinese nationality, no right of abode abroad, born in 1977, college degree.

He graduated from Harbin University of Science and Technology in 1997 , majoring in computer information management. Served as a

web designer, domain name registration specialist, webmaster, and deputy manager of the technical support department of Xiamen Jingtong Technology Industrial Co., Ltd. , and was awarded the

title of outstanding employee of the Kaiyuan District Chamber of Commerce . Now he is the network manager and supervisor of the company. Directors, supervisors, senior management and other core personnel of Xiamen 35 Internet Technology Co., Ltd. Prospectus

1-204

(3) Senior Management

According to the company's articles of association, the company's senior management includes the company's general manager, deputy general managers, and financial controllers.

People and board secretary. As of the date of this prospectus, the company's senior executives situation

as follows:

Name Position office

Gong Shaohui General Manager 2007.8.15-2010.8.14

Zhang Meiwen

Deputy General Manager 2008.7.01-2010.8.14 Peng Yong Deputy General Manager and Chief Financial Officer 2007.8.15-2010.8.14

Lu Hong Deputy General Manager and Secretary of the Board of Directors 2007.8.15- 2010.8.14

Li Yunfei, deputy general manager and technical director, 2007.8.15-2010.8.14, the

general manager is appointed or dismissed by the board of directors for a term of 3 years. The

brief profiles of the senior management personnel are as follows: Mr. Gong Shaohui, the current chairman and general manager of the company, with the same resume.

Mr. Zhang Meiwen, male, Chinese nationality, no right of abode abroad, born in 1964, bachelor degree,

economist. In 1985, he graduated from the Chinese Language and Literature Department of Sichuan University with a Bachelor of Arts degree.

Served as Deputy Director of the Office of Fujian Electronic Computer Company, Director of Beijing Office, General Manager of Northern Sales Company,

Deputy General Manager of Computer Division; Chairman and General Manager of Fuzhou Feiqi Information Technology Development Co., Ltd.; Deputy General Manager of Beijing

Zhide Company; Fujian Assistant General Manager Newland computer Co., Ltd., Chief Executive Officer, the total market

supervision. The current deputy general manager of the company.

Mr. Peng Yong, the current director, deputy general manager and chief financial officer of the company, has the same resume.

Mr. Lu Hong, male, Chinese nationality, no right of abode abroad, born in 1975, master degree.

He graduated from the Department of Management of Fuzhou University in 1998 with a bachelor's degree; in 2006, he graduated from the New York Institute of Technology

with a master's degree in business management. Served as reporter of the news department of Shanghai Securities News, head of Xiamen Station,

Reporter from Fujian and Jiangsu provinces, reporter in charge of Fujian reporter station, chief reporter of Shanghai Securities News;

deputy general manager of Sanwu Technology. The current Secretary of Sanwu Hong Kong; Deputy General Manager and Secretary of the Board of Directors of the company.

Mr. Li Yunfei, the current director, deputy general manager and technical director of the company, has the same resume.

(4) Other core personnel

Except for the above-mentioned directors, supervisors, senior management personnel, and

the core technical personnel mentioned in "Section 5 Business and Technology " of this prospectus , the company has no other core personnel.

Company directors, supervisors, senior management personnel and other core personnel do not have spouse relationships,

direct and collateral relatives within three generations.

(5) Nomination and selection of the issuer's directors and supervisors

1-205 Directors, supervisors, senior management and other core personnel in the prospectus of Xiamen 35 Internet Technology Co., Ltd.

1. Nomination and selection of directors

August 2007 On the 15th, the company held a joint stock company establishment meeting and elected Mr. Gong Shaohui, Mr. Wang

Guangming, Mr. Xue Hongbin, Mr. Gong Shaofeng, Mr. Chen Shaohua, Mr. Han Hualin, and Mr. Zeng Huaqun as

members of the first board of directors. On the same day, the first meeting of the company's first board of directors elected Mr. Gong Shaohui as chairman and

Mr. Wang Guangming as vice chairman.

On June 20, 2008, Mr. Wang Guangming resigned as director and vice chairman of the board due to personal reasons. 2008

On 7 May 15, 2008, the Company held the third extraordinary general meeting to elect Mr. Wang Ping for the public

Division Director. On the same day, the seventh meeting of the company's first board of directors elected Mr. Wang Ping as the vice chairman.

On July 25, 2008, Mr. Xue Hongbin resigned as a director due to personal reasons. On August 28

, 2008, the company held the fourth extraordinary general meeting of shareholders in 2008, at which Mr. Li Yunfei was elected as a director of the company.

On December 18, 2008, Mr. Gong Shaofeng unfortunately passed away due to ineffective medical treatment. On May 10

, 2009, the company held the 2008 Annual General Meeting of Shareholders, at which Mr. Peng Yong was elected as a director of the company by-election.

2, supervisors nomination and hiring situation

, 2007 August 15, the company held shares of the company founding meeting elected Mr. Shen Wenzel, Wang Hai

Mr. Tao for the first members of the Supervisory Board, on the same day, the company held the first session of the General Assembly and representatives of the employees Supervisory Board At the first

meeting, Mr. Chen Tubao was elected as the supervisor of the company's first board of supervisors, and

Mr. Shen Wence was elected as the chairman of the company's board of supervisors.

Second, directors, supervisors, senior managers, other key personnel and their close relatives holdings

(a) the above persons directly held shares and underlying shares pledged situation frozen

shareholder Name Position / and directors, supervisors, high, The

number of shares held by the relationship with other core personnel ( 10,000 shares) as a

percentage of the company's shares before the issuance

(%)

Gong Shaohui Chairman and General Manager 2,425.08 60.63

Peng Yong Director, Deputy General Manager and Chief Financial Officer 50.00 1.25

Li Yunfei Director, Deputy General Manager Manager and Technical Director 12.00 0.30

Shen Wence Chairman of the Board of Supervisors 230.60 5.77

Wang
Haitao Supervisor 155.00 3.88

Chen
Tubao Employee Supervisor 2.00 0.05

Lu Hong Deputy General Manager and Secretary of the Board of Directors 33.00 0.83

Zhang Meiwen Deputy General Manager 8.00 0.20

Yang Xiaofeng Other Core Staff 4.795 0.12

Gong Guangzu Gong Shaohui Father 7.27 0.18

Yang Guiying Gong Shaohui Mother 7.27 0.18

Gong Hanyuan Gong Shaohui Nephew 21.80 0.55 Xiamen Sanwu Internet Technology Co., Ltd. prospectus directors, supervisors, senior managers and other key personnel

1-206

In addition to Mr. Gong Shaohui parents Gong Guangzu, Yang Guiying, and Mr. Gong Shaohui nephew Gong with far outside, the public

Division directors, supervisors and senior management personnel and other The close relatives of core personnel do not hold shares.

The above-mentioned shares are not pledged or frozen, nor are there any disputes.

(2) The above-mentioned personnel's indirect holding of the company's shares and the freezing of related share pledges

Mr. Gong Shaohui and Mr. Xue Hongbin hold 71.25% and 3.75% of China NetXing respectively, and China NetXing holds

10% of the company's shares before the issuance of shares Therefore, Mr. Gong Shaohui and Mr. Xue Hongbin

indirectly hold 7.13% and 0.38% of the company's shares through China NetXing .

The above-mentioned shares are not pledged or frozen, nor are there any disputes.

(3) Changes in the company's shares held by the above-mentioned persons in the past three years

2009 January to June 2008 2007 2006

Shareholders

Changes in shareholders holding ownership

stake increased or decreased

at the end of shareholding

stake increase or decrease in

year-end shareholding

stake increase or decrease in year-end shareholding

proportion

Gong Shaohui-neutral-neutral 60.63% 60.63% -19.33% 60.63% No increase Decrease 79.96%

Peng Yong No increase or decrease 1.25% No increase or decrease 1.25% +1.25% 1.25%

Li Yunfei No increase or decrease 0.30% No increase or decrease 0.30% +0.30% 0.30%

Shen Wence -1.87% 5.77% No increase or decrease 7.64% +0.12% 7.64% +4.52% 7.52%

Wang Haitao No increase or decrease 3.88% +1.33% 3.88% +2.50% 2.50% Chen Tubao

+0.05% 0.05%

Lu Hong No increase or decrease 0.83% No Increase or decrease 0.83% +0.83% 0.83%
Yang Xiaofeng +

0.12% 0.12%


Zhang Meiwen+ 0.20% 0.20%      Gong Guangzu +0.18% 0.18%

Yang Guiying+ 0.18% 0.18%

Gong Hanyuan +0.55% 0.55%

3. Directors, supervisors, senior executives and other core personnel prior to the issuance of foreign investment.

Among the company's directors, supervisors, senior executives and other core personnel,

Mr. Gong Shaohui, the chairman and general manager of the company , holds 83.48% of Sanwu Information equity and 71.25% equity interest in the net, where the net interest

-oriented corporate shareholders; Vice Chairman Mr. Wang Ping 63.00% of the shares held by the company management in the Division Wang Yi

right and Shenzhen, China Science & Merchants investment management Co., Ltd. 3.00% equity; Mr. Shen Wence, Chairman of the Board of Supervisors of the company

, holds 10.52% equity of Sanwu Information, 58.50% equity of CICC Online, 95.00%

equity of Aidong Sports ; Company supervisor Mr. Wang Haitao holds 20.00 of Xiamen Zhongke Hongyi % Of the equity and Yue Yuen invested 21.43%

of the equity. Directors, supervisors, senior management and other core personnel of Xiamen 35 Internet Technology Co., Ltd. Prospectus

1-207

Directors, supervisors, senior management and other core personnel of the company prior to the issuance of the specific external investment situation,

see the following table:

name company position Investment company name

Contribution amount (in ten thousand yuan) Shareholding ratio Sanwu Information 834.80 83.48%

Gong Shaohui

Chairman and General

Manager Zhongwangxing 712.50 71.25%

Zhongke Hongyi Management Company 630.00 63.00%

Wang Ping, Vice Chairman Shenzhen Zhongke China Merchants Investment Management

Limited Company 30.00 3.00%

Sanwu Information 105.20 10.52%

Shen Wenzel gold online 1,949.80 58.50%

Supervisory Board

Chairman

Ai action sports 190.00 95.00%

Xiamen Branch Wang Yi 80.00 20.00%

Haitao supervisors

Windsor Investment 30.00 21.43%

investee companies basic information and relationship with the Company as follows:

Investment Company Names capital (million) associated with the company

thirty-five 1,000 same information the actual control

in the net interest 1,000

shareholders

the same actual controller of

directors Branch Wang Yi management companies, 000 companies controlled enterprise

in Shenzhen City, China Science & Merchants investment management limited

Division 1,000 None

CICC Online 3,333 Companies controlled by the company's supervisors Aidong

Sports 200 Companies controlled by the company's supervisors

Xiamen Zhongke Hongyi 1,000

companies with significant influence

by the directors and supervisors of

Yuyuan Investment 140

companies with significant influence

by the directors and supervisors

Except for the above Except for the disclosures, other directors, supervisors, senior management and other core personnel of the company

have no other foreign investment. There is no conflict of interest between the above-mentioned personnel's foreign investment and the company.

4. Remuneration of directors, supervisors, senior management and other core personnel

(1) The income and remuneration of

directors, supervisors, senior management and other core personnel of the company Among the directors, supervisors, senior management and other core personnel of the company, Director Wang Ping, Supervisor Shen Wence, and Supervisor Wang

Haitao did not receive remuneration from the company, nor did they serve as directors or supervisors of the company in other units as directors, supervisors, senior executives and others in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd. The core personnel
receive compensation for

1-208
copies. Other directors, supervisors, senior managers, and other core personnel receive remuneration from the company.

The non-independent directors, supervisors, senior executives and other core personnel who receive remuneration from the company are

entitled to various benefits such as housing provident fund and medical security in accordance with the law . The company also

handles unemployment, unemployment and other benefits for them in accordance with relevant national and local regulations . Pension insurance, work injury insurance, etc., and regular payment of various

insurance funds to the social insurance coordinating department . Independent directors only receive independent director allowances from the company and do not enjoy benefits.

In 2008, the company paid remunerations to directors, supervisors, senior management personnel and other core personnel

as follows:

The remuneration received by the above-mentioned personnel from the company in 2008

Unit: 10,000 yuan

Name and title 2008 revenues

Gong Shaohui Chairman and General Manager 41.60

Peng Yong Director, Deputy General Manager and Chief Financial Officer 26.52

Li Yunfei Director, Deputy General Manager and Technical Director 24.32

Lu Hong Deputy General Manager, Secretary of the Board of Directors 20.67

Zhang Meiwen Deputy General Manager 14.61

Chen Tubao Staff Supervisor 6.75

Lin Ting Technical Support Branch Director 8.32
Yang Xiaofeng Software Development

Manager 7.49

Xie Yayi Network Support Manager 6.08
Chen Qifang Software Development Department Senior Software Architect 9.53

Luo Lingong Technical Maintenance Manager 7.70

(2) Independent Director remuneration, welfare policy

the company under the China Securities Regulatory Commission, "guiding opinions on establishing independent Director system in listed companies" with

relevant regulations "Articles of Association" and combined with the actual situation, the development of "three five each other on the consideration of Xiamen

Science and Technology shares The Proposal on

Allowances for

Directors of Limited Companies" was reviewed and approved at the first general meeting of shareholders in 2007, giving independent directors an annual allowance of 30,000 yuan (after tax) per person; the 2008 Annual General Meeting of Shareholders reviewed and approved the "Regarding Adjustments to the Allowance of Independent Directors "Proposal", agreed

to adjust the allowance of independent directors to RMB 40,000 per year (after tax) from September 2008 . In addition, independent directors'

travel expenses for attending the company's board of directors and general meetings and reasonable expenses required for exercising their powers in accordance with the Articles of Association shall be reimbursed according to the facts. Directors, supervisors, senior managers and other core personnel in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-209

V. Part-time jobs of directors, supervisors, senior managers and other core personnel

Name Jobs in other units of the company

Chairman Gong Shaohui , General

Manager

Chairman of Binary and Sanwu Information; Executive Director of China NetXing; Director of Sanwu Hong Kong;

Chairman and General Manager of Proficient Technology ; Executive Director and General Manager of Sanwu Beijing, Sanwu Tianjin, Sanwu Qingdao,

Sanwu Suzhou; China Internet Director of the Association;

Executive Vice President of Xiamen Software Industry Association; Director of Taipei Digital Technology Industry Alliance;

Executive Director of Xiamen Chamber of Commerce

Wang Ping, Vice Chairman

, Chairman of Zhongke Hongyi; Chairman of Zhongke Hongyi Management Company; Chairman of Zhongke Hong

Chairman of Yi (Hong Kong) Investment Management Co., Ltd.; Chairman of Xiamen Zhongke Hongyi; Chairman of Yuyuan Investment; Chairman of

Shenzhen Horizon Lianhua Venture Capital Co., Ltd.; Chairman of Hong Kong Horizon Lianhua

Asset Management Co., Ltd.; Xiamen Zhong Head of Science and Technology Venture Capital Enterprise;

Vice Chairman of Shenzhen Rainbow Fine Chemical Co., Ltd.; Vice Chairman of Shanghai Tongji Tongjie Technology Co.

, Ltd.; Vice Chairman of Shenzhen Ludizhou Electric Vehicle Co., Ltd.;

Beijing Zhongchuan Video Technology Co., Ltd. Vice Chairman;

Director of Shenzhen Tongchan Lixing Co., Ltd.; Director of Pioneer Software Co., Ltd.; Director of Shenzhen Changhong Mould

Technology Co., Ltd.; Director of Shenzhen Zhongke China Merchants Investment Management Co., Ltd.;

Ivy Communications International Limited; Beijing CNR video Limited; in

gold online director

Chen Shaohua independent directors

accounting professor at Xiamen University, master tutor, doctoral tutor, accounting, research development

, deputy director of the study center; accounting Association, president of Xiamen foreign-invested enterprises; Shenzhen ZTE

Independent Director, Fujian Nanfang Co., Ltd.; Independent Director,

Fujian Senbao Food Group Co., Ltd.

Han Hualin, Independent Director

, Deputy Director, Industrial Development Research Center, Shanghai Academy of Social Sciences; Deputy Director, Shanghai Institute of Circulation Economics

; Shanghai Vice President of Modern Enterprise Management Research Association; Vice President of Shanghai Joint-Stock System and Securities

Research Association; Professor of Macau University of Science and Technology; Expert of Shanghai Science and Technology Expert Database

; Independent Director of CICC Online Independent Director

Zeng Huaqun Independent Director of

Xiamen University Law Department Professor and PhD student Director, Institute of international Economic law tutor;

Chinese Society of international law, executive vice president; executive director of the Chinese Society of international law;

Xiamen Institute for Advanced Study of international law and Co-Director of the first Board president; Fujian Province,

China government legal adviser; Xiamen City

Deputy Chairman of the Internal and Judicial Committee of the 13th National People's Congress ; Arbitrator of the China International Economic and Trade Arbitration Commission;

Lawyer of Xiamen United Reliance Law Firm

Shen Wence Chairman of the Board of Supervisors Director of CICC Online; Member of the 11th CPPCC Fuzhou City, Fujian Province

Wang Haitao, Supervisor, Vice President of Hongyi International Group Co., Ltd.; Director and Executive President of Xiamen Zhongke Hongyi,

Deputy General Manager and

Secretary of the Board of Directors,

35 Hong Kong Secretary

Zhongwangxing and Zhongke Hongyi are shareholders of the company, proficient in technology, 35 Hong Kong is a wholly-owned subsidiary of the company;

Binary and Sanwu Information are controlled by Gong Shaohui together with the company.

The directors, supervisors, senior management and other core personnel of the company declare that, except

for the positions disclosed in this prospectus , they do not hold any part -time positions in the company's shareholders, units controlled by shareholders, or other units in the same industry. Directors, supervisors, senior executives and other core personnel in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-210

6. Relatives between

directors, supervisors, senior executives and other core personnel Directors, supervisors, and senior management of the company There is no spouse relationship between the personnel and other core personnel,

and the relationship between direct and collateral relatives within three generations.

VII. Directors, supervisors, senior management personnel and other core personnel's relevant agreements or commitments

(1) Agreements signed by the company and the above-mentioned personnel

Directors, supervisors, senior management personnel and other core personnel who serve and receive salaries in the company signed with the company

There are "Labor Contract" and "Intellectual Property Rights, Confidentiality and Competitive Restriction Agreement", which

stipulate the fiduciary obligations of the above-mentioned personnel, especially the obligations of intellectual property rights and business secrets in detail. As

of the date of signing this prospectus , the company did not sign loan or

guarantee agreements with the company's directors, supervisors, senior management and other core personnel .

(2) Important commitments

of directors, supervisors, and senior executives as the company's shareholders, the directors, supervisors, and senior executives Gong Shaohui, Li Yunfei, Peng Yong, Shen

Wence, Xue Hongbin, Wang Haitao, Lu Hong and Zhang Meiwen respectively made commitments and commitments to avoid horizontal competition.

Commitment to voluntarily lock up shares .

(3) Fulfillment of the above agreements and commitments

As of the signing date of this prospectus, the above agreements and commitments have been performed normally.

8. Qualifications

of Directors, Supervisors and Senior Management The qualifications of directors, supervisors and senior management of the company comply with the "Company Law" and relevant national

laws and regulations.

IX. Changes in the company's directors, supervisors and senior managers in the past three years

(1) Changes in the company's directors

On December 1, 2003, Sanwu Technology held a general meeting of shareholders to appoint Gong Shaohui, Gong Shaofeng, Xue Hongbin,

Huang Bailin, and Yang Guiying as the three five Technology director, as of August 14, 2007, the composition of the company's board of directors has not

changed.

On August 15, 2007, the company's first shareholders meeting in 2007 voted to elect Gong Shaohui, Gong Shaofeng,

Xue Hongbin, Wang Guangming, Chen Shaohua, Zeng Huaqun, and Han Hualin as members of the company's first board of directors.

On June 20, 2008, Mr. Wang Guangming resigned as director and vice chairman of the board due to personal reasons. 2008

On 7 May 15, 2008, the Company held the third extraordinary general meeting to elect Mr. Wang Ping for the public

Division Director. On the same day, the seventh meeting of the company's first board of directors elected Mr. Wang Ping as the vice chairman.

On July 25, 2008, Mr. Xue Hongbin resigned as a director due to personal reasons. On August 28

, 2008, the company held the fourth extraordinary general meeting of shareholders in 2008, at which Mr. Li Yunfei was elected as a director of the company. Directors, supervisors, senior management and other core personnel in the prospectus of Xiamen 35 Internet Technology Co., Ltd.

1-211

On December 18, 2008, Mr. Gong Shaofeng passed away due to ineffective medical treatment. May 10, 2009

On the same day, the company held the 2008 Annual General Meeting of Shareholders, at which Mr. Peng Yong was elected as a director of the company.

Time Board members

: April 1, 2004-August 14, 2007 Gong Shaohui, Gong Shaofeng, Xue Hongbin, Huang Bailin, Yang Guiying

August 15, 2007-July 14, 2008 Gong Shaohui, Wang Guangming, Gong Shaofeng, Xue Hongbin, Chen Shaohua,

Zeng Huaqun and Han Hualin

July 15, 2008-August 27, 2008 Gong Shaohui, Wang Ping, Gong Shaofeng, Xue Hongbin, Chen Shaohua,

Zeng Huaqun, Han Hualin

August 28, 2008-May 9, 2009 Gong Shaohui, Wang Ping, Gong Shaofeng, Li Yunfei, Chen Shaohua,

Zeng Huaqun, Han Hualin

May 10, 2009-to date Gong Shaohui, Wang Ping, Peng Yong, Li Yunfei, Chen Shaohua, Zeng

Huaqun, Han Hualin

(2) Changes in the company's supervisors

On December 1, 2003, Sanwu Technology held The general meeting of shareholders appointed Shen Wence as the supervisor of Sanwu Technology.

As of August 14, 2007, the composition of the company's board of supervisors remained unchanged.

On August 15, 2007, the company's first shareholders meeting in 2007 voted to elect Shen Wence, Wang Haitao, and

Chen Tubao as members of the company's first board of supervisors.

Time Supervisors

April 1, 2004-August 14, 2007 Shen Wence

August 15, 2007-present Shen Wence, Wang Haitao, Chen Tubao (employee supervisors)

(3) Changes in senior management personnel

On December 1, 2003, the board of directors of Sanwu Technology appointed Gong Shaohui as the general manager of Sanwu Technology.

As of August 14, 2007, the composition of the company's senior management remained unchanged.

On August 15, the first session of the first meeting of the Board of Directors approved the appointment of Gong Shaohui

Mr. General Manager; appointment of Mr. Gong Shaofeng, Xue Hongbin, Peng Yong, Wang Lu, Li Yunfei vice president for the company

manager; appointed Mr. Ren Pengyong He is the person in charge of the company's finance; hired Mr. Lu Hong as the secretary of the company's board of directors.

On July 1, 2008, the sixth meeting of the company's first board of directors reviewed and approved the appointment of Mr. Zhang Meiwen

as the company's deputy general manager.

On August 5, 2008, the eighth meeting of the company's first board of directors reviewed and approved Mr. Xue Hongbin's

resignation from the position of deputy general manager of the company due to personal reasons.

On December 18, 2008, Mr. Gong Shaofeng, the former deputy general manager of the company, unfortunately passed away due to ineffective medical treatment.

The changes of the above-mentioned directors, supervisors and senior management personnel of the company comply with relevant regulations and have fulfilled the necessary

legal procedures. In the past two years, the directors and senior management personnel of the company have not undergone major changes. Technology Co., Ltd. Xiamen three to five interconnected prospectus corporate governance

1-212

VIII corporate governance structure

of the Company set up in accordance with the provisions of the relevant policies and regulations of the "Company Law", "Securities Law", the system gradually

set up and improved The Articles of Association, the Rules of Procedure for the General Meeting of Shareholders, the Rules of Procedure for the Board of Directors, the Rules of Procedure for the Board of Supervisors

, the Working System of Independent Directors, the Working Rules of the Strategic Committee of the Board of Directors, and the Audit Committee of the Board of Directors

Rules and Regulations such as the Working Rules of the Committee, the Working Rules of the Nomination, Remuneration and Appraisal Committee of the Board of Directors, the Working Rules of the General Manager, and the

Working System of the Secretary of the Board of Directors. On this basis, the

company's governance in compliance with current laws and regulations has been formed structure. During the reporting period, the company's general meeting of shareholders, board of directors, and board of supervisors operated in accordance with the law, and there were no

major violations of laws and regulations.

1. The establishment and operation of the issuer's three committees, independent directors, and the board secretary system

(1) The establishment and operation of the shareholder meeting system

The company held its founding meeting on August 15, 2007, since August 2007 Since the 15th, the

company has held a total of 10 shareholder meetings. The procedures for the convening of the company's shareholders' meeting and the signing of resolution documents

meet the requirements of the Company Law and the company's articles of association, and the number of persons attending the meeting and possessing legal voting rights reaches

half or more than two-thirds of the voting shares that should attend the meeting. The resolution was voted and passed by these personnel

, and there was no infringement of the lawful rights and interests of the company and small and medium shareholders.

The Second Extraordinary General Meeting of Shareholders in 2007 reviewed and approved the "Rules of Procedures for the General Meeting of Shareholders", and the

Second Extraordinary General Meeting of Shareholders in 2009 reviewed and approved the "Rules of Procedures for the General Meeting of Shareholders (Revised Draft)".

1. The rights and obligations of company shareholders

According to the "Articles of Association", shareholders have the following rights: (1)

Obtain dividends and other forms of benefit distribution according to the share of shares they hold ; (2) Request, convene, and preside in accordance with the law , Participate in or

appoint shareholders' proxies to participate in the general meeting of shareholders and exercise the corresponding voting rights; (3) Carry out the management of the company

Supervise, put forward suggestions or inquiries; (4) Transfer, donate

or pledge the shares held by them in accordance with laws, administrative regulations and this Articles of Association ; (5) Check this Articles of Association, the register of shareholders, the stubs of corporate bonds, and the general

meeting of shareholders record, the board of directors meeting resolution, the board of supervisors meeting resolutions, financial and accounting reports; (VI)

upon termination or liquidation, according to the amount of shares held by the company to participate in the distribution of surplus property; (vii) of the shares of

the company's general meeting to merge, Shareholders who disagree with the resolution of the division shall require the company to purchase their shares; (8)

Other rights stipulated in laws, administrative regulations, departmental rules or these Articles of Association.

According to "Articles of Association", the shareholders of the company to fulfill the following obligations :( a) comply with the laws, administrative

regulations and the articles of association; (b) according to their shares and shares purchased by way of payment of capital stock; (c) In addition to laws,

regulations Except under the prescribed circumstances, no withdrawal of shares is allowed; (4) No abuse of shareholder rights to damage the

interests of the company or other shareholders ; no abuse of the independent status of the company as a legal person and limited liability of shareholders to damage the interests of the company's creditors; company

shareholders abuse of shareholder rights to the company or other shareholders If losses are caused, they shall be liable for compensation in accordance with the law;

if

shareholders of the company 's corporate governance structure 1-213 in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd. abuse the independent status of the company as a legal person and the limited liability of shareholders, evade debts, and seriously damage the

interests of the company's creditors , they shall Undertake joint and several liability for the company's debts; (5)

Other obligations that should be assumed in accordance with laws, administrative regulations and these Articles of Association .

2. Responsibilities of the general meeting of shareholders

According to the "Articles of Association", the general meeting of shareholders is the company's authority and exercises the following functions and powers in accordance with the law:

(1) Decide on the company's business policy and investment plan; (2) Election and change of directors and

supervisors not held by employee representatives , and decide on the remuneration of directors and supervisors; (3) Review and approve the report of the board of directors;

(4) Review report approved by the board of supervisors; (5) to examine and approve the annual financial budget and final accounts

program; (f) to consider and approve the profit distribution and recovery of losses; (vii) the company increase or

make a resolution by reducing its registered capital; ( h) make resolutions on the issue of corporate bonds; (ix) the merger of the company,

made a resolution division, dissolution, liquidation or change of corporate form; (x) amend this constitution; (xi) of the public

made a resolution Division hiring and dismissal of Certified public accountants (12) Review and approve

the guarantee matters stipulated in Article 41 of this Articles of Association ; (13) Review and approve the amount of the company and its related parties (

except for the company's donated cash assets and the provision of guarantees) of more than 10 million yuan, and representing the company's latest audited net assets of the absolute value of 5%

or more of related party transactions; (xiv) consideration and approval within a year to buy, sell major assets of more than recently

30% of the items one audited total assets; (xv) Deliberate and approve other major transactions of the company; (16)

Deliberate and approve changes in the use of raised funds; (17) Deliberate on equity incentive plans; (18) Deliberate on laws,

administrative regulations, departmental rules, and regulations or provisions of the Shenzhen Stock Exchange

Other matters stipulated in the articles of association that should be decided by the general meeting of shareholders . The above powers of the general meeting of shareholders shall not be

exercised by the board of directors or other institutions or individuals through authorization .

3. Rules of Procedure for the General Meeting of

Shareholders The general meeting of shareholders is divided into annual general meetings and extraordinary general meetings. The annual general meeting is held once a year,

Held within six months after the end of the previous fiscal year. The convener of

the shareholders' general meeting shall notify the shareholders by public announcement 20 days before the annual general meeting , and the extraordinary shareholders' general meeting shall

notify the shareholders by public announcement 15 days before the convening of the meeting. The resolutions of the general meeting are divided into ordinary resolutions and special resolutions. Ordinary

resolutions made by the general meeting of shareholders shall be passed

by more than 1/2 of the voting rights held by the shareholders (including proxies of shareholders) attending the general meeting . Special resolutions made by the general meeting of shareholders shall be

passed by more than two-thirds of the voting rights held by shareholders (including proxies of shareholders) attending the general meeting .

Establish a sound and operation (b) Board of Trustees

since 2007 August 15 date, the company total held 12 meetings of the Board of the company by the

consideration camp program, management appointments and other matters and to make decisions, to ensure that the Board of Directors Work efficiency

and scientific decision-making.

During the reporting period, the number of meetings of the board of directors complied with the relevant provisions of the "Articles of Association". According to the "Company Xiamen Three Five Internet Technology Co., Ltd. Prospectus Corporate Governance Structure

1-214

Articles of Association", the company's board of directors is composed of seven directors, including three independent directors and

one chairman .

Hiring and resignation of directors of the company are in line with "Articles of Association" and the relevant provisions; mining in the election of directors

by cumulative voting system; in accordance with the provisions of the procedures and decision-making power "Articles" and "Rules of Procedure of the Board of Directors'

limited to companies involved in major Interest matters shall be voted on; the "Work System for Independent Directors" has been established; the

second meeting of the company's first board of directors deliberated and approved the establishment of a strategy committee, an audit committee, nomination, and salary under the board of directors.

There are three special committees of the Remuneration and Evaluation Committee, and the corresponding "

Working Rules for the Strategic Committee of the Board of Directors ", "Working Rules for the Audit Committee of the Board of Directors", and "Working Rules for the Nomination, Remuneration and Evaluation Committee of the Board of Directors" have been formulated.

The Strategy Committee of the Board of Directors is composed of 3 directors, including 2 independent directors; the Audit Committee is composed of 3 directors

, including 2 independent directors; the Nomination, Remuneration and Appraisal Committee is composed of 3 directors, including

2 independent directors.

1. The powers of the

board of directors The board of directors exercises the following powers: (1) convene the general meeting of shareholders and report to the general meeting of shareholders; (2)

implement the resolutions of the general meeting of shareholders; (3) decide the company's business plan and investment plan; (4) formulate the company the

annual financial budget and final accounts; (5) to formulate the company's profit distribution and recovery of losses;

(vi) the development of the increase or decrease of registered capital, issue bonds or other securities and listing program; (vii)

the development of the company's major acquisitions , Purchase of the company's stock or plans for merger, division, dissolution and change of company form

; (8) within the scope of the company's articles of association and the scope of authorization of the general meeting of shareholders, determine the company's external guarantees, related transactions,

foreign investment, acquisition and sale of assets, asset mortgages, trust management and other matters; (ix) decide on the internal tube

set management institutions; (j) the appointment or dismissal of the general manager, board secretary; according to the general manager of mentioning

names, appointment or dismissal of deputy general manager in charge of finance and other senior management staff and determine their remuneration thing

item and incentive matters; (xi) the development of the company's basic management system; (xii) the development of this statute modification square

case; (xiii) management information disclosure matters; (xiv) Submit to the general meeting of shareholders to hire or change to the company

Audit accounting firm; (xv) hear reports and general manager of the company's general manager of inspections;

(xvi) laws, administrative regulations, departmental rules and regulations, the provisions of this Constitution or the Shenzhen Stock Exchange granted that

his mandate .

2. Rules of Procedure for

Board Meetings Board meetings are divided into regular meetings and ad hoc meetings. Regular meetings of the board of directors are held at least

once a year in the upper and lower half of the year. The board of directors considers and approves the meeting proposal and forms relevant resolutions, and more than

half of the company 's directors must vote for the proposal. Laws, regulations and the "Articles of Association" stipulate that when the

board of directors forms a resolution, the consent of more directors shall be obtained, the provisions shall be followed. In accordance

with the provisions of the Articles of Association of the Company , the board of directors shall make resolutions on guarantee matters within its

scope of authority. In addition to the consent

of more than half of all directors , the approval of more than two-thirds of the directors present at the meeting must also be obtained.

(3) The establishment, soundness and operation of the board of supervisors system. The company's corporate governance structure

1-215

Since August 15, 2007, the company has convened a total of 6 meetings of the board of supervisors

. The annual work report of the board of supervisors and other proposals were reviewed and the duties of the board of supervisors were fulfilled.

During the reporting period, the number of meetings of the board of supervisors complied with the relevant provisions of the "Articles of Association". According to the "

Articles of Association", the company's board of supervisors consists of three supervisors, and the board of supervisors has a chairman.

1. The functions and powers of the

board of supervisors

Written opinion; (b) Financial Inspection; (iii) directors, performing his duties senior management

conduct supervision, in violation of laws, administrative regulations, directors, high Assembly resolution of this Constitution or shareholder

level management personnel proposed to be removed recommendations; (d) when the acts of the directors and senior management personnel of the damage to the company's advantage

when interests, require directors to be corrected senior management; (v) propose the convening of an extraordinary general meeting in Dong

will not fulfill convene and preside over the shareholders' meeting responsibilities do when convene and preside over the shareholders' meeting; (f) to the shareholders meeting

a proposal; (vii) in accordance with the provisions of Article 22 of the "company Law" Article, the directors, senior management

staff to sue; (viii) discovery company If the situation is abnormal, an investigation may be conducted; when necessary,

professional institutions such as accounting firms and law firms may be hired to assist in their work, and the company shall bear the expenses.

2. Rules of Procedure for the

Board of Supervisors The Board of Supervisors is composed of 3 supervisors, of which one is the employee representative supervisor, and the

Board of Supervisors has a chairman. The

meetings of the board of supervisors are divided into regular meetings and ad hoc meetings. Regular meetings of the board of supervisors are held at least once every six months. The

meeting of the board of supervisors shall be held only when more than half of the supervisors are present. Voting at the meeting of the Board of Supervisors is one person, one vote, with a

show of hands. The resolution of the board of supervisors shall be approved by more than half of all supervisors.

(D) establish a sound independent director system and operation

in 2007 August 15, the company held a founding meeting and the first shareholders' meeting, elected three independent

stand director, was more than one-third of the total number of directors (7) of ; At present, the company has three independent directors,

namely Chen Shaohua, Han Hualin, and Zeng Huaqun. The number of independent directors exceeds one-third of the number of directors of the company

One is to meet the requirements of the relevant regulations.

The independent directors of the company are responsible for their duties, actively attend various board meetings,

provide professional and constructive opinions for the company's major decisions , carefully supervise the work of the management, and

play a positive role in the company's standardized operation in accordance with the corporate governance structure .

1, independent director system arrangement

in accordance with "Company Law", "Guiding Opinions on Establishing Independent Director System in Listed Companies" and other Policy Act

requirements of these regulations, the Company through the "Articles of Association", "Independent Directors" and other rules and regulations of the The independent director

system has been gradually established and improved. According to the requirements of the above-mentioned documents, independent directors shall have the obligation of

integrity and diligence for the company and all shareholders , earnestly perform their duties, and safeguard the overall interests of the company. In particular, they must pay attention to the corporate governance structure of the small and medium-sized shareholders in the Prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1- 216

legal rights are not impaired. Independent directors shall perform their duties independently and shall not be affected by the company's major shareholders, actual controllers or

other units or individuals that have an interest relationship with the company.

2. Powers of independent directors

According to the "Work System for Independent Directors" formulated by the company, in order to give full play to the role of

independent directors , independent directors shall have the

following special powers in addition to the powers granted to directors in the "Company Law" and "Articles of Association" powers :( a) companies involved in material related transactions (that the company intends to natural persons associated with the occurrence of

the transaction amount of 30 million or more, the transaction amount associated with the corporation's 30 million or more, or high

in the listed company recently audited 0.5% of the absolute value of the net assets of related transactions) should be approved by independent directors,

Submit to the board of directors for discussion; before independent directors make a judgment, they can hire an intermediary to issue an independent financial advisor's

report as the basis for their judgment. (2) When the company hires or dismisses an accounting firm, it shall be
    approved by independent directors

and submitted to the board of directors for discussion; (3) propose to the board of directors to hire or dismiss an accounting firm; (4) submit to the board of directors to convene an extraordinary general meeting of shareholders; (5) It is proposed to convene a board of directors; (6) to independently hire an external audit

agency and consulting agency; (7) to publicly solicit voting rights from shareholders before the general meeting of shareholders.

Independent directors shall express independent opinions on the following major issues of the company: (1) Nomination, appointment and removal of directors;

(2) Appointment or dismissal of senior management personnel; (3) Remuneration of company directors and senior management personnel; (4)

Company shareholders and actual The controller and its affiliated companies have existing or new

loans or other capital transactions with a total amount of more than 3 million yuan or more than 5% of the company's recent audited net asset value, and whether the company has

taken effective measures to recover the arrears; (5) Matters that the independent directors think may harm the rights and interests of small and medium shareholders; (6)

Other matters as stipulated in the Articles of Association.

And establish and improve the operation of the (five) Secretary of the Board system

in accordance with "Company Law", the company "Articles of Association" and the "Board secretary system" of the relevant provisions

given, the Company Secretary of the Board mainly perform the following duties :( a) preparation and submitted to the Board of Directors and shareholders

of reports and documents; (b) in accordance with legal procedures preparatory meeting of the board of directors and shareholders, the Board will attend the

meeting and for the record, and shall sign the minutes of the meeting, to ensure its accuracy; (iii) coordinate and organize the company

Information disclosure matters, including establishing an information disclosure system, receiving visits, answering inquiries, contacting shareholders, and providing

investors with the company's publicly disclosed information, urging the company to disclose information in a timely, legal, truthful and complete manner

; For the disclosed meetings, attend the general manager's office meeting as non-voting delegates. The relevant departments of the company

shall provide the secretary of the board of directors with the materials and information required for information disclosure.

Before the company makes a major decision , it shall seek the opinions of the secretary of the board of directors from the perspective of information disclosure; (5) be responsible for the confidentiality of information and

formulate confidentiality measures. When inside information leaked to take timely remedial measures to explain and clarify; (vi) negative

responsible for keeping information on the company register of shareholders, directors roster, major shareholders and directors of the board of directors and shareholders information Seal, Paul

meeting documents pipe Board of Directors and general meeting of shareholders and records; (vii) to help the company directors, supervisors and senior

managers understand the laws and regulations, "Articles of Association" responsibility for setting; (viii) assist the Board in line according to the law

the terms of reference, in violation of laws and regulations of the Board, "Articles of Association" and when the relevant provisions of the Shanghai Stock Exchange resolves three to five interconnected Technology Co., Ltd. Xiamen prospectus corporate governance

1-217

timely objection, as the board of directors insisted made the resolution, the situation should be recorded in the minutes of the meeting, and

the meeting minutes Immediately submit to all directors and supervisors of the company; (9) Provide consultation and

suggestions for major decisions of the company ; (10) Other duties assigned by the board of directors; (11) Other duties required by laws and regulations.

The secretary of the board of directors of the company carried out work in accordance with the relevant provisions of the "Articles of Association" and attended all the company's

board of directors and shareholders' meetings; and arranged and completed the minutes of all meetings in accordance with the relevant provisions of the "Articles of Association";

Prior to the convening of the previous board of directors and shareholders' meetings, the board secretary provided independent

directors and other directors with meeting materials, meeting notices and other relevant documents in accordance with the relevant provisions of the Articles of Association , and performed relevant duties well.

Set case (six) of the special committees

in accordance with "Company Law", China Securities Regulatory Commission "Guiding Opinions on Establishing Independent Director System in Listed Companies

see", "the Shenzhen Stock Exchange GEM Stock Listing Rules", "Articles of Association" and In other related regulations, the

company's board of directors has set up a strategy committee, an audit committee, a nomination, remuneration and assessment committee. The settings

are as follows:

1. The

strategy committee of the board of directors is a specialized work organization under the board of directors, which is mainly responsible for the long-term development of the company.

Research on strategies and major investment decisions and make recommendations. The strategy committee consists of 3 directors, the chairman:

Han Hualin, and the members: Zeng Huaqun and Gong Shaohui.

2. The

Audit Committee of the Board of Directors The Audit Committee is a specialized work organization under the Board of Directors, which is mainly responsible for the

communication, supervision and verification of the company's internal and external audits . The audit department established by the company is responsible to the audit committee and

reports to the audit committee . Currently, the audit committee consists of 3 directors, the chairman: Chen Shaohua, and the members: Han

Hualin and Li Yunfei.

(1) The establishment of the audit committee

On October 16, 2007, the company's second extraordinary general meeting of shareholders in 2007 passed the "

Proposal on Examining the Establishment of the Audit Committee of the Board of Directors" and the "Proposal on Examining the Working Rules of the Audit Committee of the Board of Directors".

The Audit Committee was established. On July 1, 2009, the Twelfth Meeting of the Company's First Board of Directors passed

the "Proposal on Revising the Working Rules of the Audit Committee of the Board of Directors".

(2) The main contents

of the "Work Rules for the Audit Committee of the Board of Directors " The main contents of the revised "Work Rules for the

Audit Committee of the Board of Directors " include: 1) Article 2 The Audit Committee of the Board of Directors is a specialized working organization of the Board of Directors. The audit committee

is accountable to the board of directors , and the committee's proposals are submitted to the board of directors for deliberation and decision. The audit committee shall cooperate with the audit

activities of the supervisors of the board of supervisors .

2) Article 3 The audit committee consists of 3 directors, of which 2 are independent directors. Members of the company's corporate governance structure

1-218

in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd. At least one independent director is a professional accountant.

3) Article 5 The Audit Committee shall have one chairman,

who shall be the independent director of the company and shall be responsible for presiding over the work of the committee . The chairman of the

committee is elected by the board of directors.

4) Article 8 The main duties and powers of the audit committee are:

①Proposing to hire or replace an external audit institution;

②Supervising the establishment and implementation of the company's

internal audit system;

③Communicating with external auditors on major issues when necessary;

④Auditing The company′s financial information and its disclosure;

⑤ review the company′s internal control system;

⑥ review and evaluate the company′s major related transactions;

⑦ other matters granted by the company′s board of directors.

5) Article 9 The person in charge of the company's internal audit and
financial departments shall provide the audit committee with

written information about the

company : ①The company′s relevant financial system;

②Internal major audit reports and external audit reports;

③Contracts and special projects of external audit institutions Audit and

related audit reports;

④The company's quarterly, interim and annual financial reports and related

interim reports;

⑤The company's major related-party transaction audit reports;

⑥Other related matters.

6) Article 10 The audit committee meeting reviewed the materials mentioned in Article 9 and formed relevant written

proposals, which were submitted to the board of directors for discussion:

①The work evaluation of external audit institutions, the appointment and

replacement of external audit institutions;

②Whether the company's internal audit system Has been effectively

implemented, whether the company's financial reports are comprehensive and true;

③Whether the company's disclosed financial reports and other information

are objective and true, and whether the company's major related-party transactions

comply with relevant laws and regulations;


④The company's audit department including the work evaluation of its

principals;


⑤Others related business.


7) Article 11 The audit committee meeting shall be convened and presided over by the chairman. A
meeting of the audit committee should be held before the company's interim financial report, Xiamen Sanwu Internet Technology Co., Ltd. prospectus

1-219
report on corporate governance structure and the announcement of the annual financial report, and all

members should be notified 5 days before the meeting . Committee members may propose to convene an ad hoc meeting, and the chairman shall convene an

ad hoc meeting within 10 days after receiving the proposal . When the chairman is unable to attend, he can entrust any other committee member to preside.

8) Article 12 The audit committee meeting shall be held only when more than 2/3 of the members are present.

Each member of the Audit Committee has one vote; resolutions made at the meeting must be passed by more than half of all members.

9) Article 13 The voting method of the Audit Committee meeting is a show of hands or a ballot; an ad hoc meeting

can be convened by means of communication voting.

10) Article 14 The secretary of the board of directors shall attend the audit committee meeting as non-voting delegates, and may invite other

directors, supervisors and senior management personnel of the company to attend the meeting as non-voting delegates when necessary .

11) Article 15 The members of the audit committee and those attending audit committee meetings

shall be obliged to keep confidential information that has not yet been made public , and shall not use inside information to seek benefits for themselves or others.

12) Article 16 The audit committee meeting shall be attended by the members of the audit committee in person. If a member is unable

to attend for some reason , he may entrust another member in writing to attend on his behalf. If a member fails to attend the audit committee meeting or appoint a

representative to attend, it shall be deemed to have waived the right to vote at that meeting.

13) Article 17 If necessary, the audit committee may hire an intermediary agency to provide opinions on its decision-making

, and the company shall pay for the expenses.

14) Article 18 The procedures for convening the audit committee meeting, the voting method and the resolutions passed at the meeting must

comply with the relevant laws, administrative regulations, the Articles of Association and these rules.

15) Article 19 The audit committee meeting shall have a record or memorandum, and the members attending the meeting shall

sign the meeting record or memorandum. The minutes of the meeting are kept by the secretary of the board of directors. The shelf life is at least 10

years.

16) Article 20 The resolutions and voting results passed at the audit committee meeting shall be reported to the

company's board of directors in written form .

(3) Operation of the Audit Committee of the Board of Directors The Audit Committee of the

Board of Directors of the Company operates strictly in accordance with the "Working Rules for the Audit Committee of the Board of Directors" and earnestly

performed its duties. As of the signing date of this prospectus, 4 meetings have been held.

1)

The first meeting in 2008 The first meeting of the Audit Committee in 2008 was held on July 1, 2008. The meeting reviewed and approved the

following matters:

①Proposal on the formulation of the "Company Internal Control System";

②Regarding the formulation of the "Company Internal Control System"

Proposal on Audit System; Proposal on Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Corporate Governance Structure

1-220

③ Proposal on the formulation of the internal control system for corporate

financial management.

2) The second meeting in 2008 The second meeting of the

Audit Committee in 2008 was held on August 5, 2008. The meeting reviewed and approved the

following matters: Proposal on changing the company's accounting policies.

3)

The first meeting in 2009 The first meeting of the Audit Committee in 2009 was held on April 15, 2009. The meeting reviewed and approved the

following matters:

①The company's 2008 financial report;

②The company's 2008 financial report;

③The company's 2009 Annual financial budget report.

4) The second meeting in 2009

The second meeting of the Audit Committee in 2009 was held on July 1, 2009. The meeting reviewed and approved the

following matters:

①Proposal on revising the "Company's Internal Audit System";

②Proposal on revising the "Company Financial Management Internal Control

System";

③ Proposal on revising the "Company Accounting Internal Control System".

3.

Nomination, Remuneration and Appraisal Committee of the Board of Directors The Nomination, Remuneration and Appraisal Committee is a special working organization under the Board of Directors, which is mainly responsible for

selecting the candidates, selection criteria and procedures of the company's directors and senior management personnel and making suggestions: formulating company directors

And conduct assessments for senior management personnel; responsible for formulating and reviewing

the remuneration policies and plans of the company's directors and senior management personnel, and responsible to the board of directors. The Nomination, Remuneration and Appraisal Committee consists of 3 directors

, the chairman: Zeng Huaqun, and the members: Han Hualin and Peng Yong.

2. The company has no major violations

of laws and regulations in the past three years

. The company clearly declares that the company strictly abides by relevant national laws and regulations and has no major violations of laws and regulations in the past three years .

3. The company's capital occupation and external guarantees in the past three years. During the

reporting period, the company and Gong Shaohui had fund transactions with related parties. Since 2007, the company, its controlling

shareholders, and actual controllers have strictly regulated their own behaviors, and in 2007 they have settled the financial

relationship between the two parties . Gong Shaohui issued the "Commitment on Avoiding and Regulating Related Party Transactions" to the company to avoid the

occurrence of related transactions in the future. Xiamen 35 Internet Technology Co., Ltd. Prospectus Corporate Governance Structure

1-221 In the

last three years and the first period, the company has not provided

guarantees for controlling shareholders, actual controllers and other enterprises controlled by them .

After the establishment of the joint-stock company, the "Articles of Association" and the "External Guarantee Management System" have clarified the

approval authority and review procedures for external guarantees, which guarantee the company's external guarantees from an institutional perspective.

Fourth, the internal control system of the case

(a) the company's management on internal control completeness, rationality and effectiveness of self-evaluation

Since its establishment, has been committed to develop and improve the internal control system, and gradually establish and improve law

person governance structure Established an

internal control system including financial management system, human resource management system, marketing management system, accounting management system, budget management system and internal audit system.

The management of the company believes that the company has

formulated an effective internal control system based on its own characteristics, combined with the company's business development and the company's operation and management experience, so that the company's various businesses have rules to follow and

ensure that the company's business Normal operation and continuous and efficient development. The company's existing internal control system covers all aspects of

business operations, safety production, financial management, etc., and has no

major defects in terms of completeness, effectiveness and rationality . At the same time, the management of the company will

continue to improve the internal control system in accordance with the actual needs of the company's development .

(2) Certified Public Accountants' Assurance Opinions on Internal Controls

Tianjian Guanghua (Beijing) Certified Public Accountants Co., Ltd. issued Tianjian Guanghuashen (2009)

Zanzi No. 020330 "Internal Control Assurance Report", which provides a detailed review of the issuer's internal control system. Validation

The concluding opinion is: "We believe that, in accordance with the "Internal Accounting Control

Standards—Basic Standards (Trial)" promulgated by the Ministry of Finance, and other control standards , Sanwu Internet

has maintained all major aspects as of June 30, 2009 . effective internal controls related to the preparation of financial statements. "

Fifth, the company's external investment, policy and institutional guarantee arrangements

in accordance with" company law "," Securities law "and other relevant laws, the company has formulated the" investment decision

-making The "Procedures and Rules" and the "External Guarantee Management System" were

reviewed and approved by the company's second extraordinary general meeting of shareholders in 2007 , and revised by the company's second extraordinary general meeting of shareholders in 2009.

(1) The company's foreign investment system

Investment projects are approved by the company's board of directors and the shareholders' meeting in accordance with their respective powers.

If the company's foreign investment meets one of the following criteria, in addition to timely disclosure, it should also be submitted to the general meeting of shareholders for

deliberation:

1. The total assets

involved in the transaction account for more than 50% of the company's most recent audited total assets, and the assets involved in the transaction If the total amount has both book value and appraisal value, the higher one shall be used as the calculation data; Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Corporate Governance Structure

1-222

2. Transaction subject matter (such as equity) related business in the most recent fiscal year Income accounts for

more than 50% of the company 's audited operating income in the most recent fiscal year, and the absolute amount exceeds RMB 30 million;

3. The relevant net profit of the transaction target (such as equity) in the most recent fiscal year accounts for the company's most recent

audited fiscal year. More than 50% of the net profit, and the absolute amount exceeds 3 million yuan;

4. The transaction amount (including the assumed debts and expenses) of the transaction accounted for

more than 50% of the company's most recent audited net assets , and the absolute amount exceeded 30 million yuan;

5. The profit generated by the transaction accounted for the company's most recent audited net asset for the fiscal year More than 50% of the profit, and the

absolute amount exceeds 3 million yuan.

If the data involved in the calculation of the above indicators is negative, take its absolute value for calculation.

If the above-mentioned investment involves the use of funds raised from the issuance of securities for investment, it shall be approved by the general meeting of shareholders.

If the company's foreign investment does not meet one of the above-listed standards, it shall be decided by the company's board of directors. The board of directors shall establish

strict review and decision-making procedures. Matters exceeding the decision-making authority of the board of directors must be reported to the general meeting of shareholders for approval; for

major investment projects, relevant experts and professionals shall be organized to conduct reviews.

If the foreign investment is a related party transaction, it shall be executed in accordance with the company's decision-making authority on related party transactions

.

(2) The company's external guarantee system The

company's external guarantee must be reviewed by the general meeting of shareholders or the board of directors.

External guarantees that should be approved by the general meeting of shareholders must be reviewed and approved by the board of directors before they can be submitted to the general meeting of shareholders for

approval. External guarantees subject to the approval of the general meeting of shareholders include but are not limited to the following situations:

1. A single guarantee amount exceeding 10% of the company's most recent audited net assets;

2. External guarantees provided by the company and its controlling subsidiaries The total amount exceeds

any guarantee provided after 50% of the company's most recent audited net assets;

3. Guarantees provided for guarantee objects with an asset-liability ratio exceeding 70%;

4. The amount of guarantee for twelve consecutive months exceeds 30% of the company's most recent audited total assets;

5. The amount of guarantee for twelve consecutive months exceeds 50% of the company's most recent audited net assets and the absolute

amount exceeds 3000 Ten thousand yuan;

6. Guarantees provided to shareholders, actual controllers and their affiliates;

7. Other guarantees provided by the Shenzhen Stock Exchange or the company's articles of association.

When the general meeting of shareholders considers the guarantee matters in item (4) of the preceding paragraph, it shall be approved by

more than two-thirds of the voting rights held by the shareholders attending the meeting . When the general meeting of shareholders considers the

1-223

guarantee proposal for the company's corporate governance structure in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd. provided for shareholders, actual controllers and their related parties , the shareholder or the shareholder controlled by the actual controller shall not Participate in this vote, which is

passed by more than half of the voting rights held by other shareholders attending the general meeting.

Except for external guarantees that must be submitted to the general meeting of shareholders for approval, other external guarantees must

be approved by the board of directors .

(3) The implementation of the company's foreign investment and guarantee-related systems in the

past three years. The company has no violations of foreign investment and foreign guarantees in the past three years.

6. Protection of the rights and interests of the company's investors.

According to the "Company Law", the "Securities Law" and other relevant laws, the company has

formulated the "Information Disclosure Affairs" at the second meeting of the first board of directors held on September 28 , 2007. Management System", "Investor Relations

Management System", and revised at the twelfth meeting of the first board of directors held on July 1, 2009

Order. If the company's shares can be successfully issued and listed, it will

further improve and strictly enforce the information disclosure system and investor relationship management plan in accordance with the relevant requirements of the China Securities Regulatory Commission and the Shenzhen Stock Exchange to better fulfill its information

disclosure obligations.

(A) the company's Information Disclosure Management System

Company and relevant information disclosure obligor shall in accordance with laws, administrative regulations, departmental rules and regulations, regulatory documents

pieces, "Listing Rules" and other relevant provisions of the Shenzhen Stock Exchange, timely and fair disclosure All

information that may have a significant impact on the trading prices of the company's stocks and derivatives, and to ensure that the disclosed information is

true, accurate and complete, and there must be no false records, misleading statements or major omissions.

The company and relevant information disclosure obligors shall

submit the announcement manuscripts and relevant reference documents to the Shenzhen Stock Exchange as soon as possible , and the submitted announcement manuscripts and relevant reference documents shall meet the requirements of the Shenzhen Stock Exchange

. If the Shenzhen Stock Exchange requires the company to make an explanation and make an announcement, the company shall follow its requirements.

The company's regular reports and interim reports shall be

disclosed on the website designated by the China Securities Regulatory Commission and the company's website after being registered with the Shenzhen Stock Exchange . The summary of the periodic report shall also be disclosed in the newspapers designated by the China Securities Regulatory Commission. The

company and relevant information disclosure obligors shall not release material information in other public media before the designated media

, and shall not disclose or

leak undisclosed material information through press releases or answering reporters' questions before the designated media announces the announcement .

The company's information disclosure work is under the unified leadership and management of the board of directors. The chairman of the board is the number one company in information disclosure

The person in charge, the secretary of the board of directors, is responsible for coordinating and organizing the specific matters of the company's information disclosure work, and is

the main person responsible for the information disclosure work; the company's securities department is the daily work department for the management of information disclosure affairs.

The secretary of the board of directors is the designated contact person between the company and the Shenzhen Stock Exchange, and its responsibilities for information disclosure

include contacting the China Securities Regulatory Commission, stock exchanges, relevant securities operating agencies, and information disclosure media, coordinating

and organizing company information disclosure affairs, and preparing information Disclosing documents, receiving visits, answering inquiries, contacting shareholders, Xiamen 35 Internet Technology Co., Ltd. prospectus, corporate governance structure

1-224,

and providing investors with publicly disclosed information of the company.

The securities affairs representative also performs the duties assigned by the secretary of the board of directors and the Shenzhen Stock Exchange, and assumes

corresponding responsibilities; the securities affairs representative is responsible for the collection of data reported by the company and assists the secretary of the board of directors in information disclosure

matters. When the secretary of the company's board of directors is unable to perform his duties, the securities affairs representative shall perform the duties of the secretary of the board of directors.

During this period, the secretary of the board of directors is not of course exempted from the responsibility of the company's information disclosure firm. In addition,

no individual may disclose information in the name of the company.

Company directors, supervisors, senior managers and other staff members who come into contact with information that should be disclosed due to their work

are obliged to keep confidential. Among them, the chairman and general manager are the first responsible persons for the company's confidentiality work, the

deputy general managers and other senior management personnel are the first responsible persons in charge of the confidentiality work of the business scope, and the heads of various departments

and subordinate companies are regarded as the departments and subordinate companies. The first person responsible for confidentiality work. All

members of the company's board of directors and other persons familiar with the matter shall take necessary measures to disclose the information before the company's information is publicly disclosed.

Those who are affected should be controlled within the minimum range; important information files should be submitted and kept by designated personnel.

Before disclosing the company's financial information , it shall implement the company's internal control system for financial management and accounting and relevant regulations of the company's confidentiality system to

ensure the authenticity and accuracy of the financial information and prevent the leakage of financial information.

(B) the company's investor relations management system

"Securities Times" newspaper designated for information disclosure of the Company, the Shenzhen Stock Exchange Web site for the specified network

station, the huge influx of information website (http://www.cninfo.com.cn) For the information disclosure website, the company will disclose the information

that should be disclosed in the above-mentioned media and company websites in the first time in accordance with laws, regulations and regulations of the Shenzhen Stock Exchange
.

1. The working objects of investor relations management are: investors (including registered investors and potential investors),

securities analysts, financial media and industry media and other communication media, regulatory agencies and other relevant government agencies.

2. The main content of investor relationship management:

(1) The company's development strategy;

(2) Statutory information disclosure and explanations, including periodic reports and temporary announcements;

(3) The company's legally disclosed business management information, including production Operating status, financial status,

research and development of new products or technologies, operating performance, dividend distribution, etc.;

(4) Major matters that the company can disclose in accordance with the law, including major company investments and changes, asset

restructuring, mergers and acquisitions, and foreign cooperation , Information on external guarantees, major contracts, connected transactions, major litigation or arbitration,

changes in management and changes in major shareholders;

(5) Corporate culture;

(6) Other company-related information that investors care about.

3. The methods of communication between the company and investors include, but are not limited to: announcements (including regular reports and interim reports on corporate governance structure

1-225

in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd. ), general meetings, briefing sessions, one-on-one Communication, telephone consultation, mailing of materials, advertisements, media, newspapers

or other promotional materials, road shows, site visits, company websites.

(C) of the Articles of Association of the investor enjoys safeguards assets

of the Company will implement an active policy of profit distribution, profit distribution policy to maintain the continuity and stability of the public

to the cumulative distribution of cash profits of listed companies after three consecutive fiscal years Not less than

30% of the annual distributable profit realized in the last three years ; under conditions, the company can make interim cash dividends.

If the company's board of directors fails to make a cash profit distribution plan, the reasons

shall be disclosed in the periodic report, and independent directors shall express independent opinions on this.

(IV) to ensure that shareholders exercise the right to participate in major decisions, choose managers and other aspects of the measures taken by

the Company formulated the "Rules for Shareholders' Meeting," Board Meeting Criteria "," Board of Directors nomination, salary

paid and Examination Committee Rules " Such systems will be strictly implemented to fully ensure the shareholders' right to participate in

major decision-making and select managers.

(5) Agency

responsible for information disclosure and investor relations management Agency in charge: Securities Department

Responsible person: Lu Hong (Secretary of the Board of Directors)

Address: 1st Floor, No. 8, Guanri Road, Phase II, Software Park, Torch High-tech Industrial Development Zone, Xiamen

Zip code: 361008

Tel: 0592-5397222, 5391849

Fax: 0592-5392104

Internet website: www.35.com

E-mail: zqb@35.com Xiamen Three Five Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1 -226

IX financial accounting and management information analysis

according to China Securities Regulatory Commission [2006] No. 136 text "on efforts related to new accounting standards financial will

notify meter information disclosure" and the Commission [2007] 10 No. "

Questions and Answers on Information Disclosure of Companies Publicly Issuing Securities No. 7-Compilation and Disclosure

Requirements for Comparative Financial Accounting Information During the Transition Period of the New and Old Accounting Standards ", the financial information contained in the financial statements in this section is based on the company's own characteristics and specific situation

situation to 2006, 2007, 2008, 2009 January-June financial report is based on the original, according to

- of 5 to 19, "accounting Standards for enterprises No. 38 for the first time the implementation of accounting Standards" and other relevant The regulations are

compiled.

The financial accounting information in this section reflects the company's audited financial status, operating

results and cash flow in the last three years and one period . Tianjian Guanghua (Beijing) Certified Public Accountants Co., Ltd.

issued the

"Audit Report" of Tianjian Guanghua Audit (2009) GF Zi No. 020109 standard unreserved opinions on the company 's financial statements for the most recent three years and the first period . The company reminds investors to carefully read the

full text of the company's financial report and audit report .

Unless otherwise specified, the financial data quoted below are all quoted from financial reports audited by a certified public accountant.

First, the type of audit opinion

of the Company has engaged Tianjian Guanghua (Beijing) Certified Public Accountants Co., Ltd. The company financial statements,

including the June 30, 2009 2008 December 31, 2007 December 31, 2006

12 The parent company and consolidated balance sheet as at 31st, the parent

company and consolidated income statement for January-June 2009, 2008, 2007, and 2006, and the parent company and consolidated income statement for January-June 2009, 2008, 2007,

2006 The parent company and consolidated shareholders' equity changes statement for the

year, the parent company and consolidated cash flow statement for the period from January to June 2009, 2008, 2007 , and 2006, and the notes to the financial statements were audited. Tianjian

Guanghua (Beijing) Certified Public Accountants Co., Ltd. issued a standard unqualified audit report (Tianjian

Guanghua Audit (2009) GF Zi No. 020109).

Tianjian Guanghua (Beijing) Certified Public Accountants Co., Ltd. believes that the financial statements of Sanwu Internet have been prepared

in accordance with the new "Accounting Standards for Business Enterprises", and they fairly reflect Sanwu Internet

on June 30, 2009 and 2008.

Financial status as of December 31, 2007, December 31, 2006, and operating results,

changes in shareholders' equity and cash flow from January to June 2009, 2008, 2007, and 2006 .

2. The audited financial statements of the past three years and the first period

(1) Consolidated statement

1. Consolidated balance sheet. Financial accounting information and management analysis of Xiamen Sanwu Internet Technology Co., Ltd. Prospectus

1-227

Unit: Yuan

Assets 2009-6-30 2008-12-31 2007-12-31 2006-12-31

Current assets:

money funds 41,237,019.92 43,903,262.14 47,012,305.45 13,652,527.53

trading financial assets

notes receivable

accounts receivable 564,044.80 943,739.40 539,885.43 40,566.00

prepayments 4,148,490.38 5,553,650.08 2,620,089.30 7,811,173.85

interest receivable

dividends receivable

other receivables 903,200.50 745,584.22 215,334.91 4,244,073.28

stock

Non-current

assets due within one year

Other current

assets Total current assets 46,852,755.60 51,146,235.84 50,387,615.09 25,748,340.66

Non-current assets:

available-for-sale financial assets

Held-to-maturity investment

Long-term receivables

Long-term equity investments

Investment properties

Fixed assets 65,437,625.20 65,378,429.99 65,519,549.14 9,991,548.71

in construction

engineering materials

disposal of fixed assets

productive biological assets

of oil and gas assets,

intangible assets 5,991,743.90 765,445.79 767,117.85

development expenses 3,254,238.50 6,591,944.98 2,231,974.52

Goodwill

Long-term deferred expenses 771,130.68 568,353.76 394,958.22

delivery extension of tax assets 63,028.27 14,375.14

non-current assets Total 75,517,766.55 73,318,549.66 68,913,599.73 9,991,548.71

Total assets 122,370,522.15 124,464,785.50 119,301,214.82 35,739,889.37 Technology Co., Ltd. Xiamen three to five interconnected prospectus financial accounting and management information analysis

1-228

2. consolidated balance sheet (continued)

unit: Yuan

Liabilities and Owners' Equity 2009-6-30 2008-12-31 2007-12-31 2006-12-31

Current liabilities:

Short-term borrowings - 7,200,000.00 8,200,000.00

trading financial liabilities

Notes payable

Accounts payable 82,902.85 58,530.35 4,504,475.51 645,574.20

Advances from customers 18,551,764.71 16,719,247.36 21,807,263.01 12,052,699.11

Employee benefits payable 3,264,474.27 3,130,835.44 4,540,272.17 5,395,478.23

taxes payable 1,622,117.78 1,884,338.87 184,153.82 1,020,001.63

Interest payable

Dividends payable

Other payables 1,003,735.01 1,021,477.55 4,078,821.97 3,115,624.43

non-current liabilities due within one year

other current liabilities

total current liabilities 24,524,994.62 22,814,429.57 42,314,986.48 30,429,377.60

non-current liabilities:

long-term loans 13,395,845.68 22,781,622.84 26,512,800.00

bonds payable

long-term payables

special payables

accrued liabilities

Deferred tax liabilities 376,815.67 403,060.33 620,251.78

Other non-current liabilities 300,000.00 690,000.00

non-current liabilities Total 14,072,661.35 23,184,683.17 27,133,051.78 690,000.00

Total Liabilities 38,597,655.97 45,999,112.74 69,448,038.26 31,119,377.60

owner's equity (or shareholders' equity):

Equity 40,000,000.00 40,000,000.00 40,000,000.00 10,000,000.00

capital reserves 3,594,889.24 3,594,889.24 3,294,889.24

surplus reserve 3,382,988.29 3,382,988.29 1,197,155.85 44,636.89

Retained earnings 36,794,988.65 31,487,795.23 5,361,131.47 -4,055,780.08

Currency translation differences

equity attributable to parent company

total 83,772,866.18 78,465,672.76 49,853,176.56 5,988,856.81

interests of minority shareholders -1,368,345.04

total owners' equity 83,772,866.18 78,465,672.76 49,853,176.56 4,620,511.77

Total liabilities and owners' equity 122,370,522.15 124,464,785.50 119,301,214.82 35,739,889.37 Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1-229

3. Consolidated Income Statement

Unit: Yuan

Project January-June 2009 2008 2007 2006 year

I. total operating income 57,787,646.74 115,599,525.02 97,618,206.20 80,012,313.51

Less: operating costs 13,792,847.88 30,265,595.39 26,973,657.64 30,476,084.65

business tax and surcharges 2,200,675.65 4,952,294.89 3,735,748.63 2,493,903.32

selling expenses 17,850,100.72 34,338,770.50 26,360,823.05 23,129,392.65

management fees 5,379,519.08 13,545,204.32 12,384,194.56 14,366,839.64

financial expenses 466,027.87 1,464,925.50 1,353,778.14 306,301.23

impairment losses 24,354.20 90,978.65

Add: Income

from changes in fair value Investment income 519,901.74

Including: for associates and joint ventures

Investment income

II Operating profit 18,074,121.34 30,941,755.77 27,329,905.92 9,239,792.02

Plus: Non-operating income 208,020.10 980,080.32 966,665.85 69,702.22

Less: Non-operating expenses 41,354.25 178,398.47 95,671.48 602,849.11

of which: non-current assets Loss on disposal of 2,534.62 41,096.17 37,058.98 -

Third, the total profit 18,240,787.19 31,743,437.62 28,200,900.29 8,706,645.13

Less: Income tax expenses 2,933,593.77 3,430,941.42 2,175,699.25 695,593.38

Fourth, the net profit 15,307,193.42 28,312,496.20 26,025,201.04 8,011,051.75

is merging parties before the merger to achieve a net profit of 1,198,285.30

attributable to equity holders of the net profit 15,307,193.42 28,312,496.20 26,150,357.17 8,673,546.08

minority interests -125,156.13 -662,494.33

V. earnings per share:

(1) Basic earnings per share 0.38 0.71 0.73 0.22

(2) Diluted earnings per share 0.38 0.71 0.73 0.22

6. Comprehensive income:

Other comprehensive income

Total comprehensive income 15,307,193.42 28,312,496.20 26,025,201.04 8,011,051.75 Total comprehensive income

attributable to owners of the parent company

15,307,193.42 28,312,496.20 26,150,357.17 8,673,546.08 Total comprehensive income

attributable to minority shareholders-125,156.13 -662,494.33 Prospectus of Xiamen Sanwu Internet Accounting Information Technology Co., Ltd. Management analysis

1-230

4. Consolidated cash flow statement

Unit: Yuan

Item 2009 January to June 2008 2007 2006

1. Cash

flow from operating activities :
cash

received from sales of goods and provision of labor services 59,944,876.93 109,590,971.09 107,910,171.11 77,089,199.20

tax refunds received 69,627.04

received from other operating activities

cash 572,976.05 1,979,335.59 5,593,612.85 3,750,283.16

operating cash inflows 60,517,852.98 111,570,306.68 113,503,783.96 80,909,109.40

for goods and services paid for

10,516,308.68 32,900,878.15 25,717,540.36 29,989,911.05 Cash

paid to employees and for employees to support

payment of cash 16,194,328.92 36,887,370.22 22,741,996.61 23,214,047.45

Payments of taxes 5,649,056.64 7,052,054.74 6,294,882.51 2,559,059.99

paid relating to other operating activities

Cash 5,661,906.95 13,135,067.71 13,273,991.25 16,572,771.93

operating cash outflows 38,021,601.19 89,975,370.82 68,028,410.73 72,335,790.42
Net

cash flow from operating activities 22,496,251.79 21,594,935.86 45,475,373.23 8,573,318.98

2. Cash

flow from investment activities :

Cash

received from investment recovery Cash received from investment income 196,452.63 Cash received from

disposal of fixed assets, intangible assets

and other long-term assets

Net gold

20,000.00 13,451.00 1,908,795.30

Disposal of subsidiaries and other business orders

Received net cash position of 209,809.74

received from other investing activities

Cash 390,422.00 175,846.00 4,254,000.00

total of cash inflows 410,422.00 189,297.00 6,569,057.67

acquisition of fixed assets, intangible assets,

current and other long-term assets to pay

gold

5,086,351.77 11,946,176.86 56,687,502.21 8,197,186.57

paid for investments Cash 550,000.00 in Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1-231
Net cash paid by

subsidiaries and other business units 2,500,000.00 Cash

paid for other investment activities

1,200,000.00

Cash outflow from investment activities Subtotal 5,086,351.77 11,946,176.86 57,237,502.21 11,897,186.57

Net

cash flow from investment activities -4,675,929.77 -11,756,879.86 -50,668,444.54 -11,897,186.57

3. Cash

flow from financing activities :

cash received from investment 00 15,720,000.00 5,050,000

Cash received from borrowings 38,200,000.00 8,200,000.00

received from other financing activities

Cash 300,000.00

total of cash inflows 300,000.00 53,920,000.00 13,250,000.00

repayment of debt paid in cash 3,000,000.00 9,385,776.92 10,931,177.16 12,687,200.00

distribution of dividends, profits or payment of interest

in cash interest payments 10,600,080.69 2,118,427.11 1,737,104.08 220,404.11

payments relating to other financing activities

cash 500,000.00 300,000.00 922,000.00 200,400.00

total of cash outflows 20,485,857.61 13,349,604.27 15,346,304.08 3,420,804.11

cash flows from financing activities

net -20,485,857.61 -13,049,604.27 38,573,695.92 9,829,195.89

Fourth, exchange rate changes on cash and cash

impact of gold equivalent - 706.63 102,504.96 -20,846.69 83,524.65

5. Net

increase in cash and cash equivalents- 2,666,242.22 -3,109,043.31 33,359,777.92 6,588,852.95

Plus: the beginning of the period cash and cash equivalents

balance 43,903,262.14 47,012,305.45 13,652,527.53 7,063,674.58

VI. The ending cash and cash equivalents

balance 41,237,019.92 43,903,262.14 47,012,305.45 13,652,527.53 Xiamen Three Five Internet Technology Co., Ltd. prospectus financial accounting information and management analysis

1-232

5. consolidated changes in equity

unit: RMB

2006

items attributable to equity holders 'equity

share capital capital reserve surplus reserve Retained earnings other

minority interest

owners' equity

Total

First, at the end of last year the balance of 5,000,000.00 11,266,500.00 42,143.99 -15,828,405.90 -705,850.71 -225,612.62

Plus: Accounting policy changes -42,143.99 -5,202,783.37 -5,244,927.36

Correction of previous errors-

2. The balance at the beginning of the year 5,000,000.00 11,266,500.00 -21,031,189.27 -705,850.71 -5,470,539.98

3. The amount of increase or decrease in this year (the decrease is listed with "-") 5,000,000.00 -11,266,500.00 44,636.89 16,975,409.19 -662,494.33 10,091,051.75

(1) Net profit 8,673,546.08 -662,494.33 8,011,051.75

(2) Gains and losses directly included in owner's equity -11,266,500.00 8,346,500.00 -2,920,000.00

1. Net change in fair value of available-for-sale financial assets

2.

The impact of changes in other owners' equity of the investee under the equity method

3. 3. Income tax impact related to items included in owners' equity

4. Others -11,266,500.00 8,346,500.00 -2,920,000.00 Subtotals

above (1) and (2) -11,266,500.00 17,020,046.08 -662,494.33 5,091,051.75

(3) Owner's investment and reduction of capital 5,000,000.00 5,000,000.00

1. The owner invested capital 5,000,000.00 5,000,000.00

2 The amount of share-based payment included in the owner's equity

1-233 financial accounting information and management analysis in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

3 Other

(4) Profit distribution 44,636.89 -44,636.89

1. Withdrawal of surplus reserve 44,636.89 -44,636.89

2. Distribution to owners (or shareholders)

3. Other

(5) Internal transfer of owners' equity

1. Conversion of capital reserve into share capital

2. Transfer of surplus reserves to share capital

3. Surplus reserves make up for losses

4. Others

4. Balance at the end of the year 10,000,000.00 44,636.89 -4,055,780.08 -1,368,345.04 4,620,511.77
Owners'
equity attributable to the parent company of the project in

2007 Undistributed profits of equity capital surplus reserves Other
minority shareholders'
equity
Total owner's equity
I. Balance at the end of the previous year 10,000,000.00 979,711.51 1,662,424.81 -1,339,885.05 11,302,251.27
Add: Accounting policy change -935,074.62 -5,718,204.89 -28,459.99 -6,681,739.50
Correction of prior period errors
2. The beginning of the year balance 10,000,000.00 44,636.89 -4,055,780.08 -1,368,345.04
, fill in the amount of changes in the current year 4,620,511 . )
30,000,000.00 3,294,889.24 1,152,518.96 9,416,911.55 1,368,345.04 45,232,664.79

(1) Net profit 26,150,357.17 -125,156.13 26,025,201.04 Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1-234

(2) Gains and losses directly included in owners' equity-58,554.97 2,052,517.55 1,493,501.17 3,487,463.75

1. Net change in fair value of available-for-sale financial assets

2.

The impact of changes in other owners' equity of the investee under the equity method

3. 3. Income tax impact related to items included in owners' equity

4. Others -58,554.97 2,052,517.55 1,493,501.17 3,487,463.75 Subtotals

above (1) and (2) -58,554.97 28,202,874.72 1,368,345.04 29,512,664.79

(3) Owner's investment and reduction of capital 3,769,300.00 11,950,700.00 15,720,000.00

1. Capital invested by the owner 3,769,300.00 11,950,700.00 15,720,000.00

2. The amount of share-based payment included in the owner's equity

3. Other

(4) Profit distribution 2,132,230.47 -2,132,230.47

1. Withdraw surplus reserve 2,132,230.47 -2,132,230.47

2. Distribution to owners (or shareholders)

3. other

(V) Internal transfer of owners' equity 26,230,700.00 -8,597,255.79 -979,711.51 -16,653,732.70

1. Converting capital reserve to share capital 8,597,255.79 -8,597,255.79

2 Transfer of surplus reserves to share capital 979,711.51 -979,711.51

3. Surplus reserves make up for losses

4. Other 16,653,732.70 -16,653,732.70-

IV. The year-end balance 40,000,000.00 3,294,889.24 1,197,155.85 5,361,131.47 -49,853,176.56 Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1-235

2008

Project Owner's Equity

Equity Capital Reserve of the Parent Company Surplus reserve undistributed profit Other

minority shareholders'

equity

Total owner's equity

1. The balance at the end of the previous year 40,000,000.00 3,342,157.77 2,331,342.95 12,328,400.32 58,001,901.04

Add: Accounting policy change -47,268.53 -1,134,187.10 -6,967,268.85 -8,148,724.48

-Correction of previous errors

2. The balance at the beginning of the year 40,000,000.00 3,294,889.24 1,197,155.85 5,361,131.47 49,853,176.56

3. The amount of changes in this year (decrease is listed with "-") 300,000.00 2,185,832.44 26,126,663.76 28,612,496.20

(1) Net profit

28 312 496 20

28,312,496.20

directly included in all The gains and losses of the interests of the owners 300,000.00 300,000.00

1. Net change in fair value of available-for-sale financial assets

2.

The impact of changes in other owners' equity of the investee under the equity method

3. 3. Income tax impact related to items included in owners' equity

4. Others

300,000.00 300,000.00 Subtotals above (1) and (2) 300,000.00 28,312,496.20 28,612,496.20

(3) Owner's investment and capital reduction

1. Capital invested by the owner

2. The amount of share-based payment included in the owner's equity

3. Other

(4) Profit distribution 2,185,832.44 -2,185,832.44

1. Withdrawal of surplus reserve 2,185,832.44 -2,185,832.44 Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1-236

2. Distribution to owners (or shareholders)

3. Other

(5) Internal transfer of owners' equity

1. Conversion of capital reserve into share capital

2. Transfer of surplus reserves to share capital

3. Surplus reserves make up for losses

4. Other

IV. Balance at the end of the period 40,000,000.00 3,594,889.24 3,382,988.29 31,487,795.23 78,465,672.76
Owners'
equity attributable to the parent company of the project

from January to June 2009 Undistributed profits of equity capital surplus surplus reserves Other
minority shareholders'
equity
Total owner's equity
I. Balance at the end of the previous year 40,000,000.00 3,594,889.24 3,382,988.29 31,487,795.23 78,465,672.76
plus: accounting policy change
error correction
Second, the beginning of the year the balance of 40,000,000.00 3,594,889.24 3,382,988.29 31,487,795.23 78,465,672.76
Third, increase or decrease the amount of change in the year (to reduce "-" for loss) 5,307,193.42 5,307,193.42
(a) net profit 15,307,193.42 15,307,193.42
(2) Gains and losses directly included in owners' equity

1. Net change in fair value of available-for-sale financial assets

2.

The impact of changes in other owners' equity of the investee under the equity method

3. The impact of income tax related to the items included in the owner's equity on the financial accounting information and management analysis of Xiamen Sanwu Internet Technology Co., Ltd. prospectus

1-237

4. Other

Subtotals (1) and (2) above 15,307,193.42 15,307,193.42

(3) Owner's investment and reduction of capital

1. Owner's investment of capital

2. The amount of share-based payment included in the owner's equity

3. Other

(4) Profit distribution -10,000,000.00 -10,000,000.00

1. Withdraw surplus reserve

2. Distribution to owners (or shareholders) -10,000,000.00 -10,000,000.00

3 Other

(5) Internal transfer of owners' equity

1. Conversion of capital reserve into share capital

2. Transfer of surplus reserves to share capital

3. Surplus reserves make up for losses

4. Other

IV. The ending balance of the current period 40,000,000.00 3,594,889.24 3,382,988.29 36,794,988.65 83,772,866.18 Xiamen Three Five Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1-238

(II) Parent Company Statement

1. Balance sheet of the parent company

Unit: Yuan

Assets 2009-6-30 2008-12-31 2007-12-31 2006-12-31

Current assets:

Monetary funds 33,282,297.48 7,729,680.18 21,148,046.67 3,648,082.84

Transactional financial assets

Notes

receivable paragraph 543,044.80 871,260.40 486,085.43

prepayments 3,778,353.44 2,880,643.81 2,813,726.70 3,218,042.43

interest receivable

dividends receivable

other receivables 32,316,941.09 52,164,517.85 31,391,118.52 8,673,366.73

inventory

due within one year of non-flow

current assets

other current assets

total current assets 69,920,636.81 63,646,102.24 55,838,977.32 15,539,492.00

non-current assets:

available Sale of financial assets

Held-to-maturity investment

Long-term receivables

Long-term equity investment 4,080,000.00 4,080,000.00 80,000.00

Real estate investment

in fixed assets 9,311,026.61 9,501,949.57 7,573,226.33 7,062,764.29

in construction

engineering materials

disposal of fixed assets

productive biological assets

of oil and gas assets,

intangible assets 5,991,743.90 765,445.79 767,117.85

development expenses 3,254,238.50 6,591,944.98 2,231,974.52

Goodwill

Long-term deferred expenses 562,332.39 313,355.77 233,056.22

Deferred tax assets 60,114.88 11,461.75

Non-current Total assets 23,259,456.28 21,264,157.86 10,885,374.92 7,062,764.29

Total assets 93,180,093.09 84,910,260.10 66,724,352.24 22,602,256.29
Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1-239

2. Parent Company Balance Sheet (Continued)

Unit: Yuan

liabilities and owner's equity 2009-6-30 2008-12-31 2007-12-31 2006-12-31

Current liabilities:

short-term loans 7,200,000.00 7,000,000.00

Trading financial liabilities

Notes payable

Accounts payable 82,902.85 58,530.35 606,040.00

Advances from customers 12,476,225.37 10,119,802.63 7,612,069.95 1,558,283.01

Employee benefits payable 2,679,175.76 2,627,018.81 2,184,702.18 1,547,692.16

taxes payable 1,554,019.53 1,656,448.77 681,052.80 968,782.95

Interest payable

Dividends payable

Other payables 1,081,129.26 917,956.45 98,401.27 31,561.96

non due within one year Current liabilities

Other current liabilities

Total current liabilities 17,710,279.96 14,560,201.83 18,315,426.89 12,155,887.38

Non-current liabilities:

Long-term loans

Bonds payable

Long-term payables

Special payables

Estimated liabilities

Deferred income tax liabilities 376,815.67 403,060.33 620,251.78

Other non-current liabilities

300,000.00.

Total liabilities 18,387,095.63 14,963,262.16 18,935,678.67 12,155,887.38

owner's equity (or shareholders' equity):

Equity 40,000,000.00 40,000,000.00 40,000,000.00 10,000,000.00

capital reserves 3,653,444.21 3,653,444.21 3,353,444.21

surplus reserves 3,382,988.29 3,382,988.29 1,197,155.85 44,636.89

Retained earnings 27,756,564.96 22,910,565.44 3,238,073.51 401,732.02

Currency translation differences

attributable to equity holders Total equity 74,792,997.46 69,946,997.94 47,788,673.57 10,446,368.91

minority interests

Total shareholders' equity 74,792,997.46 69,946,997.94 47,788,673.57 10,446,368.91

liabilities and equity Total 93,180,093.09 84,910,260.10 66,724,352.24 22,602,256.29 Technology Co., Ltd. Xiamen three to five interconnected prospectus financial accounting and management information analysis

1-240

3 mother Company profit statement

Unit: Yuan

Item 2009 January to June 2008 2007 2007 2006

I. Total operating income 46,473,384.73 85,467,174.27 62,322,553.81 41,448,498.60

Less: Operating costs 8,265,590.95 16,559,667.93 10,886,023.59 12,521,847.26

business tax and surcharges 1,757,065.08 3,681,825.88 2,338,709.80 1,383,221.30

Selling expenses 14,346,213.85 29,804,745.11 15,420,218.59 7,785,636.57

management fees 4,599,715.35 11,669,299.63 10,008,285.62 10,230,285.60

Financial expenses 100,116.07 568,698.49 451,552.91 276,781.50

impairment loss 24,354.20 76,411.68

plus : changes in fair value gains

investment income

Including: joint ventures and associated companies

of investment income industry

Second, the operating profit 17,380,329.23 23,106,525.55 23,217,763.30 9,250,726.37

plus: Non-operating income 117,422.82 913,507.24 251,550.70 38,405.95

Less: Non-operating expenses 26,813.70 124,290.13 32,361.35 124,870.36

Including: loss from disposal of non-current assets 2,534.62 2,992.64 28,333.27

3. Total profit 17,470,938.35 23,895,742.66 23,436,952.65 9,164,261.96

Less: income tax expense 2,624,938.83 2,037,418.29 2,114,647.99 695,259.70

, net
profit
attributable to the

former consolidated parent company 21,858. Net
profit of 14,845,999.52 21,858,324.37 21,322,304.66 8,469,002.26
Minority shareholders' profit and loss
5. Earnings per share:
(1) Basic earnings per share 0.37 0.55 0.59 0.21
(2) Diluted earnings per share 0.37 0.55 0.59 0.21
VI. Comprehensive income:
total comprehensive income of
other comprehensive income 14,845,999.52 21,858,324.37 21,322,304.66 8,469,002.26
Total
comprehensive income attributable to owners of the parent company 14,845,999.52 21,858,324.37 21,322,304.66 8,469,002.26
Comprehensive income attributable to minority shareholders

Financial accounting information and management analysis

1-241 in the prospectus of Xiamen Three-Five Internet Technology Co., Ltd.

4. Parent company cash flow statement

Unit: Yuan

Item Item 2009 January-June 2008 Year 2007 Year 2006

1. Occurrence of operating activities Cash

flow: cash

received from selling commodities and providing labor services

44,065,204.10 83,626,649.62 67,335,138.28 33,633,453.65

tax refund

received 69,627.04 received other

cash related to operating activities 43,407,803.17 24,192,723.12
20,371,060.26 8,729,198.87,42,107,819,706

inflow of

commodities

Cash paid for labor services 8,382,981.18 14,401,153.38 8,036,525.02
12,529,403.23 Cash

paid to and for employees

15,435,085.56 33,193,761.37 15,200,044.74 10,589,419.75 Taxes

paid 4,561,292.72 4,929,846.87 1,381,022,890.61 4,246,022890.61

Cash
paid for other operating activities 19,914,870.17 47,835,649.24
60,814,326.65 11,305,617.87 Subtotal of

cash outflows from operating activities 48,294,229.63 100,360,410.86
88,297,787.02 35,805,463.61 Cash flows from

operating activities

Net

cash

flows

received from investments 39,178,777.64 7,458,961.88 -591, 591 .

cash received from investment income 476,371.98

disposal of fixed assets, intangible assets

now and other long-term assets

net gold

20,000.00 300.00 1,845,245.30

disposal of subsidiaries and other business single

net cash position received 300,000.00

other investment activities related to

the 300,000.00 123,100.00 8,254,000.00 in cash

from investing activities cash inflow 10,875,617.28 320,000.00 123,400.00 Subtotal

acquisition of fixed assets, intangible assets

and other long-term assets to pay cash

gold

3,440,588.67 9,337,858.09 6,580,429.18 3,955,521.03

Cash paid for investment 4,000,000.00 550,000.00 7,450,000.00 Net cash paid for

acquiring subsidiaries and other business

units Paying

for other cash related to investment activities

7,111,000.00 Xiamen Three Five Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1-242 Sub-

total of cash outflows from investment activities 3,440,588.67 13,337,858.09 7,130,429.18 18,516,521.03 Net

cash flow from investment activities -3,120,588.67 -13,214,458.09 3,745,188.10 -18,516,521.03

3. Cash

flow from financing activities :

Cash

received from borrowings received 15,720,000.00 5 Cash 9,200,000.00 7,000,000.00

Received other

cash related to

financing activities 300,000.00 Cash inflow from financing activities Subtotal 300,000.00 24,920,000.00 12,000,000.00

Cash paid for debt repayment 7,200,000.00 9,000,000.00

Distribution of dividends, profits or repayment of profits

Cash paid for interest 10,000,000.00 294,307.50 294,600.50 108,091.04

Other cash paid for financing activities

500,000.00 300,000.00 922,000.00 200,400.00 Subtotal of

cash outflows from financing activities 10,500,000.00 7,794,307.50 10,216,600.50 308,703.04
Net

cash flows from changes in financing activities 1150 -10,399

. And cash

equivalents -5,571.67 -168,562.78 -357,035.29 -5,367.72

V. Net

increase in cash and cash equivalents 25,552,617.30 -13,418,366.49 17,499,963.83 -202,961.64

Plus: cash at the beginning of the period and cash equivalents at the end of the period

7,729,680.18 3,648,04
. Price

balance 33,282,297.48 7,729,680.18 21,148,046.67 3,648,082.84 Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1-243

5. Statement of Changes in Parent Company Owners' Equity

Unit: Yuan

2006

Project

Total Undistributed

Profit Owners' Equity of Equity Capital Reserve Surplus Reserve 1. Balance at the end of the previous year 5,000,000.00 42,143.99 379,295.86 5,421,439.85

Plus: Accounting policy change -42,143.99 -481,929.21

-524,073.20

Correction of previous errors

2. Balance at the beginning of the year 5,000,000.00 -102,633.35 4,897,366.65

3. The amount of change in this year (decrease is listed with "-") 5,000,000.00 44,636.89 504,365.37 5,549,002.26

(1) Net profit 8,469,002.26 8,469,002.26

(2) Gains and losses directly included in owner's equity -7,920,000.00 -7,920,000.00

1. Net change in fair value of available-for-sale financial assets

2. The impact of changes in other owners' equity of the invested entity under the equity method

3. 3. Income tax impact related to items included in owners' equity

4. Others -7,920,000.00 -7,920,000.00 Subtotals

above (1) and (2) 549,002.26 549,002.26

(3) Owner's investment and reduction of capital 5,000,000.00 5,000,000.00

1. The owner invested capital 5,000,000.00 5,000,000.00

2 The amount of share-based payment included in the owner's equity

3. Other Financial Accounting Information and Management Analysis of Xiamen Sanwu Internet Technology Co., Ltd. Prospectus

1-244

(4) Profit distribution 44,636.89 -44,636.89

1. Withdraw surplus reserve 44,636.89 -44,636.89

2 Distribution to owners (or shareholders)

3. Other

(5) Internal transfer of owners' equity

1. Conversion of capital reserve into share capital

2. Transfer of surplus reserves to share capital

3. Surplus reserves make up for losses

4. The other

four at the end of this year, the balance of 10,000,000.00 44,636.89 401,732.02 10,446,368.91

2007

project

capital Capital surplus Surplus reserves Retained profit Total owners' equity

I. Balance at the end of last year 10,000,000.00 979,711.51 3,714,942.36 14,694,653.87

Plus: changes in accounting policies -935,074.62 -3,313,210.34 -4,248,284.96

early Error correction

2. The balance at the beginning of the year 10,000,000.00 44,636.89 401,732.02 10,446,368.91

3. The amount of increase or decrease in this year (decrease is listed with "-") 30,000,000.00 3,353,444.21 1,152,518.96 2,836,341.49 37,342,304.66

(1) Net profit 21,322,304.66 21,322,304.66

(2) Gains and losses directly included in owner's equity 300,000.00 300,000.00

1. Net change in fair value of available-for-sale financial assets

2. The impact of changes in other owners' equity of the invested entity under the equity method

3. The impact of income tax related to items included in the owner's equity on the financial accounting information and management analysis of the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-245

4. Other

300,000.00 300,000.00 Subtotals above (1) and (2) 21,622,304.66 21,622,304.66

(3) Owner's investment and reduction of capital 3,769,300.00 11,950,700.00 15,720,000.00

1. Capital invested by the owner 3,769,300.00 11,950,700.00 15,720,000.00

2. The amount of share-based payment included in the owner's equity

3. Other

(4) Profit distribution 2,132,230.47 -2,132,230.47

1. Withdraw surplus reserve 2,132,230.47 -2,132,230.47

2. Distribution to owners (or shareholders)

3. other

(V) Internal transfer of owners' equity 26,230,700.00 -8,597,255.79 -979,711.51 -16,653,732.70

1. Converting capital reserve to share capital 8,597,255.79 -8,597,255.79

2 Transfer of surplus reserves to share capital 979,711.51 -979,711.51

3. Surplus reserves make up for losses

4. Other 16,653,732.70 -16,653,732.70

four year-end balance 40,000,000.00 3,353,444.21 1,197,155.85 3,238,073.51 47,788,673.57

Year 2008

Project

Share capital Capital reserve Surplus reserve Retained earnings Total owners' equity

I. Balance at the end of last year 40,000,000.00 3,353,444.21 2,331,342.95 8,343,296.16 54,028,083.32

Plus: changes in accounting policies -1,134,187.10 -5,105,222.65 -6,239,409.75

Earlier period error correction-

2. The balance at the beginning of the year 40,000,000.00 3,353,444.21 1,197,155.85 3,238,073.51 47,788,673.57 Xiamen Three Five Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1-246

3. The amount of increase or decrease in this year (the decrease is listed with "-") 300,000.00 2,185,832.44 19,672,491.93 22,158,324.37

(1) Net profit 21,858,324.37 21,858,324.37

(2) Gains and losses directly included in owner's equity 300,000.00 300,000.00

1. Net change in fair value of available-for-sale financial assets

2. The impact of changes in other owners' equity of the invested entity under the equity method

3. 3. Income tax impact related to items included in owners' equity

4. Others

300,000.00 300,000.00 Subtotal of (1) and (2) above 300,000.00 21,858,324.37 22,158,324.37

(3) Owner's investment and reduction of capital

1. Capital invested by the owner

2. The amount of share-based payment included in the owner's equity

3. Other

(4) Profit distribution 2,185,832.44 -2,185,832.44

1. Withdraw surplus reserve 2,185,832.44 -2,185,832.44

2. Distribution to owners (or shareholders)

3. Other

(5) Internal transfer of owners' equity

1. Conversion of capital reserve into share capital

2. Transfer of surplus reserves to share capital

3. Surplus reserves make up for losses

4. Other Technology Co., Ltd. Xiamen three to five interconnected prospectus financial accounting and management information analysis

1-247

Fourth, the period-end balance of 40,000,000.00 3,653,444.21 3,382,988.29 22,910,565.44 69,946,997.94

January to June 2009

Project

Share capital Capital reserve Surplus reserve Retained earnings all The total equity of the

previous year is 40,000,000.00 3,653,444.21 3,382,988.29 22,910,565.44 69,946,997.94

Add: Accounting policy changes and

correction of previous errors.

2. The balance at the beginning of the year 40,000,000.00 3,653,444.21 3,382,988.29 22,910,565.44 69

, decrease in the amount of change in the current year ) 4,845,999.52 4,845,999.52

(1) Net profit 14,845,999.52 14,845,999.52

(2) Gains and losses directly included in owners' equity

1. Net change in fair value of available-for-sale financial assets

2. The impact of changes in other owners' equity of the invested entity under the equity method

3. 3. Income tax impact related to items included in owners' equity

4. Other

Subtotals above (1) and (2) 14,845,999.52 14,845,999.52

(3) Owner's investment and reduction of capital

1. Owner's investment of capital

2. The amount of share-based payment included in the owner's equity

3. Other

(4) Profit distribution -10,000,000.00 -10,000,000.00

1. Withdrawal of surplus reserve--

Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1-248

2 Distribution to owners (or shareholders) -10,000,000.00 -10,000,000.00

3 Other

(5) Internal transfer of owners' equity

1. Conversion of capital reserve into share capital

2. Transfer of surplus reserves to share capital

3. Surplus reserves make up for losses

4. Other

four period-end balance of 40,000,000.00 3,653,444.21 3,382,988.29 27,756,564.96 74,792,997.46 Technology Co., Ltd. Xiamen three to five interconnected prospectus financial accounting and management information analysis

1-249

Third, the pro forma income statement

information according to the company China Securities Regulatory Commission, "public offering of securities Disclosure Specification Questions and Answers No. 7

-Compilation and Disclosure of Comparative Financial Accounting Information During the Transition Period of the New and Old Accounting Standards (Zheng Jian Accounting

[2007] No. 10), the issuer January-June 2009, the issuer 2008, 2007 ,

2006 pro forma consolidated income statement is as follows:

Unit: RMB

Item

2009

from January to June

2008 2007 2006

I. Operating income 57,787,646.74 115,599,525.02 97,618,206.20 80,012,313.51

Less: Operating costs 13,792,847.88 30,265,595.39 26,973,657.64 30,476,084.65

business tax and surcharges 2,200,675.65 4,952,294.89 3,735,748.63 2,493,903.32

selling expenses 17,849,980.72 34,338,770.50 26,360,823.05 21,652,509.82

Administrative expenses 5,893,614.03 14,573,154.23 13,412,144.47 10,703,972.92

Financial expenses 466,027.87 1,464,925.50 1,353,778.14 306,301.23

Asset impairment loss 24,354.20 90,978.65
fill
in gains ( listed as gains on changes in asset impairment) ( listed as gains on investment losses)

plus: 519,901.74
Including:
investment income from associates and joint ventures
2. Operating profit (losses are marked with "-"

For loss)

17,560,146.39 29,913,805.86 26,301,956.01 14,379,541.57

Add: Non-operating income 208,020.10 980,080.32 966,665.85 69,702.22

Less: Non-operating expenses 41,354.25 178,398.47 95,671.48 602,849.11

of which: loss from disposal of non-current assets 2,534.62 41,096.17 37,058.98

Third, the total profit (loss with "-"

for loss)

17,726,812.24 30,715,487.71 27,172,950.38 13,846,394.68

Less: income tax expenses 2,860,281.76 3,491,669.39 2,158,009.46 1,137,838.03

Fourth, the net profit (net loss "-" for

loss)

14,866,530.48 27,223,818.32 25,014,940.92 12,708,556.65

of which: the merging parties before the merger to achieve a

net profit of

1,841,604.16

attributable to equity holders Net profit of 14,866,530.48 27,223,818.32 25,141,565.33 13,371,050.98

Minority shareholders' profit and loss -126,624.41 -662,494.33

5. Earnings per share:

(1) Basic earnings per share 0.37 0.68 0.70 0.33

(2) Diluted earnings per share 0.37 0.68 0.70 0.33 Financial accounting information and management analysis of the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-250

IV. The basis for the preparation of financial statements, the scope of consolidated statements and the changes

(1) The basis for the preparation of financial statements

The company implemented the original accounting standards for business enterprises and the "Accounting System for Business Enterprises"

before January 1, 2007, and implemented them on January 1, 2007 The "Accounting Standards for Business Enterprises" ("Cai Kuai

[2006] No. 3") and its follow-up regulations promulgated by the Ministry of Finance on February 15, 2006. The financial statements are prepared in

accordance with the "Accounting Standards for Business Enterprises No. 38-First

Implementation of the Accounting Standards for Business Enterprises" and the China Securities Regulatory Commission "Regulations for Information Disclosure of Companies Offering Securities to the Public No.

7-Compilation of Comparative Financial Accounting Information During the Transition Period of the Old and New Accounting Standards" And Disclosure (Zheng Jian Accounting Zi

[2007] No. 10), etc., retrospective adjustments were made to items requiring retrospective adjustments in the relevant fiscal year

, and the financial statements were reformulated.

The company is based on continuous operations, based on actual transactions and events, in accordance with the "Accounting Standards for Business Enterprises

-Basic Standards" and other specific accounting standards, application guidelines and standards interpretation requirements for confirmation

and measurement, on this basis The preparation of financial statements. The preparation of financial statements that meet the requirements of the Accounting Standards for Business Enterprises requires the

use of estimates and assumptions. These estimates and assumptions will affect the assets, liabilities and contingent liabilities at the financial reporting date.

Disclosures, and the income and expenses during the reporting period.

(2) Accounting basis and pricing

The company uses the accrual system as the basis for accounting confirmation, measurement and reporting, and adopts the debit and credit accounting method for

accounting. The company generally uses historical costs when measuring accounting elements;

the

company will give special explanations for the use of replacement cost, net realizable value, present value or fair value and other attributes for measurement in accordance with the provisions of the standards .

(3) The scope of consolidated statements and its changes

1. As of June 30, 2009, the basic situation of the company's subsidiaries

(1) The

shareholding ratio of the registered place of the subsidiary company name obtained through a business combination under the same control Registered capital

Actual

investment at the end of the period

Whether the

main business scope of the merger is
100% owned by

Master Technology Xiamen,
8 million yuan, 8 million yuan is

Domain name registration, virtual

hosting, hosting, hosting, hosting

, web page production

, website construction

(2) Other subsidiaries Xiamen Three Five Internet Technology Co., Ltd.
Prospectus Financial Accounting Information and Management Analysis

1-251

Subsidiary Name Organization Code Registration Place Business Nature
Registered Capital Main Business Scope

Suzhou Three Five Internet Information

Information Technology Co., Ltd. 67700297-2 Suzhou Telecom's value-added

business 1 million yuan

Network engineering, computer software and electronic

product technology development, technical services

, technical consulting and technology transfer

Qingdao Three-Five Interconnection

Technology Co., Ltd. 67272227-4 Qingdao Telecom Value-added

Business 1 million yuan

Computer network engineering, computer software

and other electronic product technology

development, technical services

Tianjin 35 Interconnection

Technology Co., Ltd. 67941228-9 Tianjin Telecom's value-added

business 1 million yuan software, electronic information technology and product

development, consulting, services, transfer

three to five interconnected (Beijing)

Technology Co., Ltd. 68359351-0 Beijing value-added telecom

services one million yuan

laws, administrative regulations, the State Council decision

given not provided the license, choose the

projects carried out operational activities

three to five interconnected international scientific

technology Limited service HK Wan, Hong Kong 70

Yuan

e-commerce, online information exchange level

stations and other network information value-added services

shareholding

subsidiary name (full

Called) direct and indirect

enjoyed

voting rights

proportion of

the end of the actual

amount of investment

essentially constitute

subsidiaries

over the net investment

amount

if

the merger

Suzhou three to five interconnected Xin

Information Technology Co.,

directly holds

100% equity 100% 100 100,000 - is

Qingdao three five interconnected Branch

Technology Co., Ltd.

directly holds

100% equity 100% 100 100,000 - is

Tianjin three to five interconnected Branch

Technology Co., Ltd.

directly holds

100% equity 100% 100 100,000 - is

three to five interconnected (Beijing)

Technology Co., Ltd.

directly Hold 100

% of the equity 100% RMB 1 million-Yes

35 Internet International

Technology Co., Ltd.

Holds

100% of the 100 equity directly 0-Yes

2. Changes in the scope of consolidation during the reporting period

Reasons for the change of company name during the merger

1. New companies included in the merger scope

Xiamen Jingtong Technology Industrial Co., Ltd. 2006-June

30, 2009

The company acquired

99% of the company's equity on December 31, 2006 and is under the same control The

company 's business combination is deemed to

exist in a consolidated state at the beginning of the reporting period, and has been included in the

scope of consolidation since the beginning of the reporting period .

Three Five Internet International Technology Co., Ltd. 2007-June

30, 2009 Newly established subsidiary

Suzhou Three Five Internet Information Technology Co., Ltd. in 2007 From 2008 to June

30, 2009, the company established a new subsidiary, Xiamen Three-Five Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1-252

Qingdao Three-Five Internet Technology Co., Ltd. 2008-2009 On June

30, 2008, a new subsidiary was established.

Tianjin Three-Five Internet Technology Co., Ltd. 2008-June

30, 2009 A new subsidiary was established in 2008.

Three-Five Internet (Beijing) Technology Co., Ltd. 2008-June 2009

A new subsidiary was established in 2008.

2. A company that is no longer included in the scope of consolidation.

Xiamen Binary Digital Technology Co., Ltd. From January 1, 2006 to

On February 28,

2007, the company

transferred all 60% of the company 's equity held in February 2007 and no longer included

it in the scope of merger

5. The main accounting policies and accounting estimates adopted during the reporting period

(1) The main accounting policies and Accounting estimates

1. Principles of revenue recognition

(1) Principles of corporate mailbox business revenue recognition

The company's corporate mailbox business includes sales of corporate mailbox products and provision of follow-up services. Corporate mailbox revenue is

divided into mailbox sales revenue and subsequent space rental and service revenue.

Mailbox sales revenue is recognized when payment has been received or evidence of receipt is obtained, and the enterprise mailbox product is submitted to the customer

to confirm the realization of revenue; subsequent space rental and service revenue are recognized in installments during the subsequent service provision period

.

(2) Principles for

the recognition of website business revenue The company's website business mainly includes virtual hosting, hosting, hosting, and website construction business.

Virtual hosting, hosting, and hosting leases belong to the business of transferring the right to

use assets . During the period of transferring the right to use the assets, revenue is recognized in installments according to the charging time agreed in the relevant contract or agreement.

The website construction business belongs to the provision of labor services, and revenue is recognized according to the following principles:

labor services started and completed in the same fiscal year, revenue is recognized when the labor services are completed; if the start and completion of the labor services fall in different fiscal years, the labor services are

provided on the balance sheet date If the result of the transaction can be estimated reliably, the percentage of completion method shall

be adopted to confirm the income from the provision of labor services.

(3) Principles of domain name business income recognition

The company's domain name business mainly includes domain name sales and domain name technical service income.

In the domain sales business, as the company is purchased in accordance with customer requirements to the supplier domain name and domain name

submitted to the customer, namely the transfer of risks and rewards to the customer after the domain name submitted, the company is no longer the domain of the implementation of

management right and actual Control. Therefore, the company

confirms the realization of the domain name sales revenue when the relevant price has been received or the evidence of receipt has been obtained , and the domain name has been submitted to the customer. Xiamen 35 Internet Technology Co., Ltd. prospectus financial accounting information and management analysis

1-253

domain name technical services belong to the provision of labor services, and

the realization of revenue is recognized on a monthly basis according to the monthly service fee charged in the contract .

(4) Other business income recognition principles

The company's other business is mainly website promotion business, which is the agency of Baidu and other companies' website search promotion

business. In the website to promote business, the company submitted in accordance with the requirements of customers to the company's Web site Baidu and other search promotion

requirements, provide website promotion services provided by Baidu and other companies, the Company has received or made at the close price of the relevant

evidence paragraph, and in accordance with customer The realization of revenue is recognized when requesting the provision of website promotion agency services.

2. Financial assets

The company's financial assets are mainly accounts receivable. The company's accounts receivable (including accounts receivable and other

receivables) shall be the initial entry amount based on the contract or agreement price. Where the debtor is bankrupt and

cannot be recovered after it has been paid off in accordance with the legal settlement procedures; or because the debtor has died, there is neither an inheritance to pay off nor an obligation bearer,

It is indeed impossible to recover; or due to the debtor's overdue failure to perform its debt repayment obligations, such

accounts receivable are classified as bad debt losses upon review and approval of legal procedures .

Most of the company's sales use advance accounts. After excluding accounts receivable between parent and subsidiary companies in the consolidation scope, the

individual amounts of other accounts receivable are relatively small.

accounts receivable between subsidiaries with no provision outside the company for all accounts receivable individually minus

value tested and found to have been impaired, according to their present value of future cash flow and its book The difference in value shall

determine the impairment loss and make provision for bad debts; for accounts receivable that have not been impaired in a single item test, no provision for bad debts shall be made.

When the Company and other financing to banks and other financial institutions, transfer, pledge or a discount receivable credits, according to

the related contracts, when the debtor maturity debt outstanding, if the Company to financial institutions also bear the

responsibility of paragraph , The debt receivable shall be treated as a pledge loan; if the company is not responsible for repayment to the financial institution

, the debt receivable shall be treated as a transfer, and the transfer gains and losses of the credit shall be confirmed.

When the company collects the receivables, the difference between the obtained price and the book value of the receivables is included in the

current profit and loss.

3. Long-term equity investments

(1) Classification, confirmation and measurement

of long-term equity investments The company's long-term equity investments include investments in subsidiaries.

The company's investment in subsidiaries is priced at the initial investment cost.

For the initial measurement of the long-term equity investment formed by the merger of holdings, please refer to "(1) of "V. Major Accounting Policies and Accounting Estimates Used in the Reporting Period" of this section.

"Main Accounting Policies and Accounting Estimates" "12. Business Combination". Additional or recovery of investment adjusts

the cost of long-term equity investment.

Subsequent measurement is calculated using the cost method, and adjusted in accordance with the equity method when preparing consolidated financial statements. Was invested in Xiamen Sanwu Internet Technology Co., Ltd. prospectus financial accounting and management information analysis

1-254

-owned company declares cash dividends or profit distributions recognized as the current investment income. the company recognized investment income

benefits, only produced after the invested entity has accepted the investment of The amount of accumulated net profit distribution, the profit obtained or

the portion of cash dividends exceeding the above amount shall be regarded as the recovery of the initial investment cost.

(2) On the date of the impairment of long-term equity investment on the

balance sheet date, if the market price continues to fall or the invested entity operates When the situation deteriorates and

there are signs of impairment of long-term equity investment, the long-term equity investment is determined based on the higher of the fair value of the long-term equity investment minus the disposal expenses

and the present value of the expected future cash flow of the long-term equity investment. The

recoverable amount of the investment. When the recoverable amount of a long-term equity investment is lower than the book value, the book value of the asset is

written down to the recoverable amount, and the written down amount is recognized as an asset impairment loss, included in the current profit and loss, and withdrawn at the same time with

corresponding impairment of assets. long-term equity investment impairment loss is recognized in subsequent reporting periods.

4, fixed assets

fixed assets while meeting related to the fixed assets of the economic benefits are likely to flow into the enterprise and the solid

If the cost of a certain asset can be reliably measured,

tangible assets that are held for the purpose of producing commodities, providing labor services, leasing, or operating management have a useful life of more than one fiscal year.

The company's fixed assets are initially measured at cost. Among them, the cost of purchased fixed assets includes the purchase

price, value-added tax, import duties and other related taxes, as well as

other expenditures that can be directly attributable to the asset before the fixed asset reaches its intended use status . The cost of self-built fixed assets consists

of the necessary expenditures incurred before the construction of the asset reaches the intended useable state. The fixed assets invested by investors shall

be recorded at the value agreed in the investment contract or agreement, but if the value agreed in the contract or agreement is not fair, it shall be recorded at

fair value. For fixed assets leased by finance leases

, the lower of the fair value of the leased assets on the lease start date and the present value of the minimum lease payment shall be the entry value. If the payment for the purchase of fixed assets is

delayed beyond the normal credit conditions and is of financing nature, the cost of the fixed assets is determined on

the basis of the present value of the purchase price . The difference between the actual price paid and the present value of the purchase price shall be

included in the current profit and loss during the credit period , except that it should be capitalized .

Except for fixed assets that have been fully depreciated and are still in use, the company accrues depreciation for all fixed assets

. The depreciation method adopts the average life method.

The company determines the service life and estimated net

residual value of fixed assets based on the nature and usage of fixed assets . And at the end of the year, the useful life, estimated net residual value and depreciation method of the fixed assets are reviewed, and

if there is a difference with the original estimate, corresponding adjustments will be made.

The company's fixed asset category, estimated useful life, estimated net residual value rate and annual depreciation rate are as follows:

Asset category's estimated useful life (years) Estimated net residual value rate Annual depreciation rate

Housing 40 5% 2.375% Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1-255

Buildings 5-10 5% 9.5%-19%

Transportation Equipment 5 5% 19%

Computer Equipment 5 5% 19%

Office equipment 5 5% 19% On the

balance sheet date, fixed assets are priced according to the lower of the book value and the recoverable amount. If

the recoverable amount of a fixed asset is lower than the book value, the book value of the asset is written down to the recoverable amount, and the written down amount is

recognized as an asset impairment loss, included in the current profit and loss, and the corresponding asset impairment provision is made at the same time. Once a fixed asset

impairment loss is recognized, it will not be reversed in future accounting periods.

When a fixed asset is disposed of, or when it is expected that no economic benefits will be generated through use or disposal, the confirmation of

the fixed asset shall be terminated . The income from disposal of fixed assets sold, transferred, scrapped or destroyed after deducting its book value and

related taxes shall be included in the current profit and loss.

5. Construction in progress

The construction in progress built by the company is a house decoration project, which is priced at the actual cost. The actual cost consists

of the necessary expenditures incurred before the house decoration reaches the intended useable state.

For fixed assets that have reached the expected usable state but have not yet completed the final accounts,

the cost is determined according to the estimated value , and depreciation is accrued; after the final accounts are processed, the original temporary estimated value

is adjusted according to the actual cost, but the original estimated value is not adjusted. The amount of depreciation mentioned.

On the balance sheet date, the company measures the construction in progress at the lower of the book value and the recoverable amount.

For the difference between the recoverable amount of a single project and its book value, the provision for impairment of construction in progress shall be made and included in the current profit and loss

, and the corresponding asset impairment provision shall be made at the same time. Once the impairment loss of construction in progress is confirmed, it will

not be reversed in future accounting periods .

6. Intangible

assets Intangible assets refer to identifiable non-monetary assets with no physical form owned or controlled by the company.

Intangible assets are initially measured at cost. The actual cost of the purchased intangible assets shall be the actual price paid and

related expenditures. The

actual cost of the intangible assets invested by the investor shall be determined at the value agreed in the investment contract or agreement , but if the value agreed in the contract or agreement is not fair, the actual cost shall be determined at the fair value.

Expenditures in the research phase of internal research and development projects shall be included in the current profits and losses when they occur; expenditures in the

development phase of internal research and development projects shall be recognized as intangible assets if they meet the following conditions, otherwise they

shall be included in the current profits and losses when they occur : (1) Completion of the intangible assets It is technically feasible for the asset to be used or sold; (2) It

has the intention to complete the intangible asset and use or sell it; (3) The intangible asset generates economic benefits,

including the method that can prove the use of the intangible asset to produce product market or the intangible asset itself market, no

intangible assets will be used internally, it should prove its usefulness; (4) availability of adequate technical, financial and other resources technology Co., Ltd. Xiamen three to five interconnected prospectus financial information Analyze

1-256

other resource support with the management to complete the development of the intangible asset and have the ability to use or sell the intangible asset; (5)

The expenditure attributable to the development of the intangible asset can be reliably measured. Development expenditure that has been included in the profit and loss in the previous period

It is not recognized as an asset in subsequent periods. Expenditures in the development phase that have been capitalized are listed as development expenditures on the balance sheet, and are

converted to intangible assets from the day when the project reaches the expected usable state.

The company analyzes and judges the service life of intangible assets when it obtains them, and divides them into intangible assets with limited service life and

uncertain service life. Intangible assets with a limited useful life shall be amortized using the straight-line method during the useful life

, and at the end of the year, the useful life and amortization method of the intangible assets shall be reviewed. If

there is a difference with the original estimate , the corresponding adjustment shall be made. The amortization methods of intangible assets with limited service life are as follows:

category net residual value service life (years) Amortization method remarks

Office automation system (OA) 3 straight-line method

website analysis system (LM) 3 straight-line method

network U disk project 3 straight-line method

online Customer service system 3 Straight-line method

Anti-spam gateway software 3 Straight-line method
Intangible assets

formed by internal development
Intangible assets with

uncertain service life are not amortized. The company reviews the service life

of intangible assets with uncertain service life during each accounting period . When there is conclusive evidence that its service life is limited,

its service life is estimated and amortized according to the straight-line method.

On the balance sheet date, the company measures the intangible assets at the lower of their book value and the recoverable amount, and makes

provision for impairment of intangible assets based on the difference between the recoverable amount and the book value, and the corresponding asset impairment losses

are included in the current profit and loss. . Once the impairment loss of intangible assets is recognized, it will not be reversed in future accounting periods.

7. Long-term deferred expenses

The company's long-term deferred expenses mainly refer to expenses that have been paid but the benefit period is more than one year (excluding one year)

. The amortization method is as follows:

Type amortization method Amortization period (year)

Office decoration costs are amortized evenly between the remaining lease period and the remaining useful life of the leased assets

. The shorter period of the

IPO costs is written off from the issuance premium.

8. Borrowing costs Borrowing costs incurred by

the company can be directly attributable to those eligible for capitalization. The acquisition, construction or

production of assets shall be capitalized and included in the cost of the relevant assets; other borrowing costs

shall be recognized as expenses based on the amount incurred when incurred and included in the current profits and losses. Assets that meet the

conditions for capitalization refer to

fixed assets, investment houses, and investment properties that require a long period of construction or production activities to reach the intended usable or saleable state. Financial and accounting information and information in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd. The management analyzes

1-257

real estate and inventory and other assets.

When the following conditions are met at the same time, the borrowing costs begin to be capitalized: (1) Asset expenditures have been incurred. Asset

expenditures include payment of cash, transfer of non-cash assets,

or assumption of interest-bearing debts for the purchase, construction or production of assets that meet the capitalization conditions (2) Borrowing costs have been incurred; (3)

The purchase, construction or production activities necessary for the asset to reach the expected usable or saleable state have begun.

During the capitalization period, the amount of capitalization in each accounting period is for the purchase, construction or production in line with the capitalization

In case of borrowing special loans for assets subject to conditions, the amount of interest expenses actually incurred during the period of special borrowing shall be determined by subtracting

the interest income obtained by depositing unused borrowing funds in the bank or the investment income obtained by making temporary investments

. Where general borrowings are occupied for the purpose of purchasing, constructing or producing assets that meet the capitalization conditions, the

weighted average of the asset expenditures of the accumulated asset expenditure exceeding the portion of the special borrowings multiplied by

the capitalization rate of the general borrowings used is calculated to determine the general borrowings should be granted. The amount of interest capitalized. The amount of interest capitalized

shall not exceed the amount of interest actually incurred on the relevant borrowings in the current period.

If an asset that meets the capitalization conditions is abnormally interrupted during the acquisition, construction or production process, and the interruption lasts

for more than 3 months, the capitalization of borrowing costs shall be suspended. The borrowing costs incurred during the interruption period are recognized as

expenses and included in the current profit and loss until the acquisition, construction or production of the asset restarts. If the interruption is the process necessary for the acquisition,

construction or production of assets that meet the capitalization conditions to reach the intended usable or saleable state

, the borrowing costs continue to be capitalized.

When the acquisition, construction or production of assets that meet the capitalization conditions reaches the expected usable or saleable state, the

capitalization of borrowing costs shall be stopped .

9. Employee remuneration

The company's employee remuneration refers to various forms of remuneration and other

related expenses for obtaining services provided by employees . Mainly include wages, bonuses, allowances and subsidies, employee benefits, social insurance premiums and housing

provident fund, labor union funds, employee education funds, etc. During the accounting period when the employees provide services, the company

recognizes the employee remuneration payable as liabilities, and counts them into the corresponding product cost,

Labor service cost, asset cost and current profit and loss.

10. Government subsidies

Government subsidies refer to the monetary or non-monetary assets obtained by the company from the government free of charge, but do not

include the capital invested by the government as the owner of the business.

If a government subsidy is a monetary asset, it shall be measured at the amount received or receivable; if a government subsidy is a non-monetary

asset, it shall be measured at its fair value; if its fair value cannot be obtained reliably, it shall be measured at its nominal amount (

RMB 1).

Asset-related government subsidies are recognized by the company as deferred income, and within the useful life of the relevant assets, the financial accounting information in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd. and management analysis

1-258 are

evenly distributed and included in the current profit and loss. However, government subsidies measured at their nominal amounts are directly included in the current

profits and losses.

Government grants related to income, related expenses or losses for the period after the compensation of the Company, is indeed

recognized as deferred income, and during the related costs are recognized in profit or loss; for compensation of the Company issued

Health related Expenses or losses shall be directly included in the current profits and losses.

If the confirmed government subsidy needs to be returned, if there is relevant deferred income, the book

balance of the relevant deferred income shall be offset , and the excess part shall be included in the current profit and loss; if there is no relevant deferred income, it shall be directly included in the current profit and loss.

11. Income tax

The income tax of the company is calculated using the balance sheet debt method. If

there is a difference between the book value of assets and liabilities and their tax base, the resulting deferred income tax assets and deferred income tax liabilities shall be recognized in accordance with regulations.

On the balance sheet date, the current income tax liabilities (or assets) formed in the current and previous periods are

measured in accordance with the expected payable (or refunded) income tax amount calculated in accordance with the tax law; for deferred income tax

assets and deferred income tax liabilities, according to The tax law stipulates that it is

measured at the applicable tax rate during the period when the asset is expected to be recovered or the liability is settled .

The confirmation of deferred income tax assets

is limited to the amount of taxable income that the company is likely to obtain to deduct deductible temporary differences, deductible losses and tax deductions. Investments in subsidiaries related to taxable temporary differences

in deferred tax liabilities generated by different, be recognized, but at the same time be able to meet the control of taxable temporary differences turn

back time and the temporary differences in the foreseeable future will probably not turn back, are not recognized; in subsidiaries

deferred tax assets deductible temporary differences Division related to the investments, which deductible temporary differences with

time to meet likely to be reversed in the foreseeable future that is foreseeable If there is a clear plan to dispose of the investment in the future

, and it is expected that when disposing of the investment, in addition to sufficient taxable income, there is sufficient investment

income to deduct the deductible temporary difference. .

On the balance sheet date, the book value of deferred income tax assets is reviewed. Except

for the income tax arising from business mergers and transactions or events directly recognized in the owner's equity, the company

calculates the current income tax and deferred income tax as income tax expenses or income in the current profit and loss.

12. Business combination

For a business combination under the same control, the assets and liabilities acquired by the merging party in the business combination shall be

The book value of the merged party on the merger date is measured. The difference between the book value of the net assets obtained by the merging party and the book value of the combined

consideration paid shall be adjusted to the capital reserve; if the capital reserve is insufficient to offset, the retained earnings shall be adjusted.

13. Preparation method of consolidated financial statements

The company includes subsidiaries that have actual control rights into the scope of consolidated financial statements.

The company's consolidated financial statements are prepared in accordance with the "Accounting Standards for Business Enterprises No. 33-Consolidated Financial Statements" and the relevant
requirements in the financial accounting information and management analysis

1-259 of the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.
, and are within the scope of consolidation at the time of consolidation. All major internal transactions and dealings have been offset. The part

of the shareholder's equity of the subsidiary that is not owned by the parent company is

separately listed as minority shareholder's equity under the shareholder's equity in the consolidated financial statements .

If the accounting policy or accounting period adopted by the subsidiary and the company is inconsistent, when preparing the consolidated financial statements

, the subsidiary financial statements shall be adjusted as necessary in accordance with the company's accounting policy or accounting period.

(2) Explanation of changes in accounting policies, changes in accounting estimates and corrections of errors

1. The content, reasons and effects of changes in important accounting policies

(1) The application of new accounting standards and their effects are

issued by the China Securities Regulatory Commission [2006] 136 No. "Notice on Doing a Good

Job in the Disclosure of Financial and Accounting Information Related to the New Accounting Standards " and Zhengjian Accounting Zi [2007] No. 10 "

Regulations for Information Disclosure of Companies Offering Securities to the Public No. 7—Comparative Financial Accounting Information During the Transition Period of the Old and New Accounting Standards of

According to the relevant provisions of "Preparation and Disclosure", the company used

the "Accounting Standards for Business Enterprises" promulgated by the Ministry of Finance on February 15, 2006 to analyze the "Accounting

Standards for Business Enterprises No. 38 " when preparing the financial statements for the period from 2005 to 2006 . —The effect of the first implementation of Articles 5 to 19 of the Accounting Standards for Business Enterprises on the income statement of the comparable period and the

balance sheet at the beginning of the comparable period, in accordance with the principle of retrospective adjustment, the adjusted income statement

and balance sheet of the comparable period shall be regarded as the comparable period The major accounting policy changes and impacts are as

follows: the

debit balance of long-term equity investment arising from business combinations under the same control has been changed from amortization to full offset

. This accounting policy change adopts the retrospective adjustment method. The impact of this accounting policy change is:

the undistributed profit of the parent company in 2006 was

reduced by RMB 7,920,000.00, which resulted in a decrease of RMB 7,920,000.00 in the parent company's net assets on December 31, 2006 .

(2) Other changes in accounting policies

the Company's mail, host business revenue recognition principles changed:

① mail service by the press

distinguish the goods and sales follow-up services revenue of the sale of

goods changed the way revenue is recognized for confirmation; ② main

machine business From the recognition of income when the right to use the
asset is transferred, the income is recognized

in installments based on the period of the transfer of the right to use
the asset . The retrospective adjustment method is adopted for the accounting
treatment of this accounting policy change. The

impact of this accounting policy change on each year is as follows:

Unit: Yuan

Item 2008 Year 2007 Year 2006

Opening net assets -8,148,724.48 -6,681,739.50 -5,244,927.36

Net profit -1,411,001.80 -1,466,984.98 -1,436,812.14

closing net assets -9,559,726.28 -8,148,724.48 -6,681,739.50 Technology
Co., Ltd. Xiamen three to five interconnected prospectus financial accounting
and management information analysis

1-260

Including: attribution

The impact on the owner's equity of the parent company -9,559,726.28 -
8,148,724.48 -6,681,739.50

2. The company has no major accounting estimates changes or corrections of
errors in the current accounting period

VI. Major mergers and acquisitions in the

last year The issuer has no major mergers and acquisitions in the last
year .

7. Taxes

The main taxable
items of the company and its subsidiaries are listed as follows:

(1) Turnover tax and additional taxes,
tax item tax (fee) basic tax (fee) rate remarks

Labor service income 5%

business tax,

telecom value-added business income 3%

Note

Urban construction tax payable business tax 7%

education fee surcharge payable 3%

local education additional business tax payable 1%

Note: The company accrues business tax and surcharge based on the income recognized on the accrual basis, and provides product

Or pay business tax and surcharges on advance payments for services.

(Ii) corporate income tax

Company Name 2009

rate

2008

rate

and 2006

2007 tax

profit since

the beginning of the year Remarks

Xiamen three to five interconnected Technology Company Limited 15% 9% 7.5% Note 1 2004

Xiamen proficient Technology Industrial Co., Ltd. 20% 18% 15%, 33% Note 2

Suzhou 35 Internet Information Technology Co., Ltd. 25% 25%

Qingdao 35 Internet Technology Co., Ltd. 25% 25%

Tianjin 35 Internet Technology Co., Ltd. 25% 25%

35 Internet (Beijing) Technology Limited company 25% 25%

Xiamen Binary Digital Technology Co., Ltd. 15%

Note 3

Note 1: The company's headquarters is registered in the Xiamen Special Economic Zone, and the applicable corporate income tax rate before January 1,

2008

is 15%. According to the taxation word (2000) No. 25 article, the new Office software manufacturers or IC enterprises have been determined, since the opening

start profitable year, the first year and second year exemption from corporate income tax, the third to fifth year The corporate income tax is halved. The

company entered the profit-making year in 2004, and was approved by the State Taxation Bureau of Huli District, Xiamen, starting from the profit-making year in November 2005.

Enjoy the preferential tax policy of "two exemptions and three halves". The company's profitable year is 2004,

corporate income tax is exempted in 2004 and 2005, and corporate income tax levied by half from 2006 to 2008. In 2008, the company's tax rate levied by half was 9%.

In September 2008, the company was certified as a high-tech enterprise, and a preferential tax rate of 15% has been applied since 2009.
According to the new income tax law, all branches of the company are taxed at the head office, and the income tax rate of the headquarter is applicable to financial accounting information and management analysis of Xiamen Sanwu Internet Technology Co., Ltd. prospectus

1-261
.

Note 2: Xiamen Jingtong Technology Industrial Co., Ltd. is registered in the Xiamen Special Economic Zone, and the applicable

corporate income tax rate before January 1, 2008 is 15%. According to the new income tax law, the applicable corporate income tax rate in 2008 was 18%,

and the applicable income tax rate in 2009 was 20%.

From 2006 to 2007, the income tax rate of subsidiaries of Xiamen Jingtong Technology Industrial Co., Ltd. was 33%.

As of December 31, 2008, all branches have been cancelled.

Note 3: Xiamen Binary Digital Technology Co., Ltd. was registered in the Xiamen Special Economic Zone, and the applicable

corporate income tax rate from 2006 to 2007 was 15%. The company has transferred all 60% of the company's equity held in February 2007

.

(3) Real estate tax

Real estate tax is based on 75% of the original value of the real estate, and the tax rate is 1.2%, or based on rental income

, the tax rate is 12%.

(4) Personal income tax

The employee's personal income tax is withheld and paid by the company.

Eight non-recurring gains and losses

Tianjian Guanghua (Beijing) Certified Public Accountants Co., Ltd. for the past three years and a non-recurring loss of

benefits schedule was forensic and issued Ascenda trial (2009) designed the first word No. 020328 "

Special Attestation Report on Non-recurring Profits and Losses". According to the non-recurring gains and losses after verification of certified public accountants, company Three

specific content in and a non-recurring gains and losses, and the amount of net profit after deducting non-recurring gains and losses to

and non-recurring gains and losses net profit for the current period The impact is as follows:

Unit: Yuan

Item 2009 January-June 2008 2007 2006

Non-current asset disposal gains and losses,

including

the write-off part of the provision for asset impairment-

2,534.62 -41,608.47 -19,335.68 -492,783.29

ultra vires approval, or There is no formal approval

document, or occasional tax refunds

, reductions and exemptions

0.00 0.00 0.00 0.00

Government subsidies included in the current profit and loss

(closely related to the company's normal business operations

, consistent with national policies and regulations

, according to certain standard fixed or

quantitative continuous enjoyment

Except for government subsidies )

142,422.00 922,004.61 840,000.00 8,000.00 Technology Co., Ltd. Xiamen three to five interconnected prospectus financial accounting and management information analysis

1-262

of non-financial profit or loss of the

funds used to fees charged by companies 0.00 0.00 0.00 0.00

Enterprises to obtain subsidiaries, affiliated companies

industry The investment cost of the joint venture is

less than the gain from the
fair value of the

investee's identifiable net assets when the investment is obtained
0.00 0.00 0.00 0.00
Non-monetary asset exchange gains and losses 0.00 0.00 0.00 0.00 Gains and losses on
entrusting others to invest or manage assets
0.00 0.00 0.00 0.00
Due to force majeure factors, such as
natural disasters, provision for impairment of various assets is
accrued
0.00 0.00 0.00 0.00
Debt restructuring gains and losses 0.00 0.00 0.00 0.00
Corporate restructuring expenses, such as relocation
expenses, integration expenses, etc. 0.00 0.00 0.00 0.00
Transaction
The gains and losses of transactions in
which the price is clearly unfair
0.00 0.00 0.00 0.00

Companies under common control merger

of consolidated subsidiary from the beginning to date

net profit or loss

0.00 0.00 0.00 1,198,285.30

to the Company's operations unrelated to business

or matters arising or loss 0.00 0.00 0.00 0.00

In addition to normal business with the same company

effective hedging related In addition to the value-preserving business

, the
fair value gains and losses

arising from holding transactional financial assets and transactional
financial liabilities
, as well as
the investment income obtained from the
disposal

of transactional financial assets, transactional
financial liabilities and available-for-sale
financial assets

0.00 0.00 0.00 0.00

The

impairment provision of accounts receivable that has been individually
tested for impairment is reversed 0.00 0.00 0.00 0.00

Gains and losses obtained from external entrusted loans 0.00 0.00 0.00
0.00
Gains and losses arising from changes

in the fair value

of investment real estate that are subsequently measured using the fair
value model
0.00 0.00 0.00 0.00
According to the requirements of taxation, accounting and other laws and
regulations,
the impact of a
one-time adjustment to the current profit and loss on the current profit
and loss

0.00 0.00 0.00 0.00 Technology Co., Ltd. Xiamen three to five
interconnected prospectus financial accounting and management information
analysis

1-263

custodian fees entrusted operation of income

into 0.00 0.00 0.00 0.00

Other camps besides the above items of

business income and expenses 26,778.47 -78,714.29 50,330.05 -48,363.60

Other profit

and loss items that meet the definition of non-recurring gains and losses 0.00 0.00 0.00 0.00

Total non-recurring gains and losses (affecting

total profits) 166,665.85 801,681.85 870,994.37665.138.41

Less: Income tax impact 34,107.55 77,717.35 16,741.31 -4,701.31

Non-recurring gains and losses 16,741.31 -4,701.31 amount (affecting

net income) 132,558.30 723,964.50 854,253.06 669,839.59

of which: impact of minority interests 0.00 0.00 6,402.35 1,770.04

impact attributable to the Company's ordinary equity

shareholders net profit 132,558.30 723,964.50 847,850.71 668,069.55

deducted owned by non-recurring gains and losses

belong to ordinary shareholders net

profit

15,174,635.12 27,588,531.70 25,302,506.46 8,005,476.53

Net profit attributable to the parent company 15,307,193.02 28,312,496.20 26,150,357.17 8,673,546.08
Non-recurring net profit

attributable to ordinary
shareholders of the

parent company accounted for
2.56% of the

net profit attributable to ordinary shareholders of the parent company 3.24% 7.70%

9. Main financial indicators

(1) Main financial indicators

Except for the asset-liability ratio calculated based on the financial data of the parent company's financial report, the remaining indicators

are calculated based on the consolidated financial report data. The main financial indicators of each year are listed as follows:

Project

2009-09-30

January-June 2009

2008-12-31

2008

2007-12-31

2007

2006-12-31

2006

current ratio 1.91 2.24 1.19 0.85

quick move Ratio 1.91 2.24 1.19 0.85

Asset-liability ratio (consolidated) 31.54% 36.96% 58.21% 87.07%

Asset-liability ratio (parent company) 19.73% 17.62% 28.38% 53.78%

Accounts receivable turnover ratio (times) 76.65 155.83 336.35 153.03

interest, taxes, depreciation and amortization profit (ten thousand

dollars) 2,146.52 3,873.01 3,267.53 1,218.91 Xiamen three to five interconnected Technology Co. Shares the company prospectus financial accounting and management information analysis

1-264

net profit attributable to shareholders of the issuer's

profit (million) 1,530.72 2,831.25 2,615.04 867.35

attributable to shareholders of the issuer after deducting non-

profit (after extraordinary gain and loss Wan

yuan)

1,517.46 2,758.85 2,530.25 800.55

Interest protection multiple 112.44 25.46 19.88 51.83

Cash

flow from operating activities per share (yuan/share) 0.56 0.54 1.14 0.86

Net cash flow per share (yuan/share) -0.07 -0.08 0.83 0.66

Basic earnings per share (yuan/share) 0.38 0.71 0.73 0.22

Diluted earnings per share (yuan/share) 0.38 0.71 0.73 0.22
Net assets

per share attributable to the issuer's shareholders
(yuan/share) 2.09 1.96 1.25 0.60

Return on net assets 18.27% 36.08% 52.45% 144.83%

Intangible assets as a percentage of net assets 11.04% 9.38% 6.02% 0.00%

The calculation of the above indicators is based on the data in the
company's consolidated financial statements (

excluding the asset-liability ratio ). The calculation formula is as
follows:

(1) Current ratio = current assets / current liabilities

(2) Quick ratio = (current assets-inventory) / current liabilities

(3) Asset-liability ratio = (total liabilities / total assets) × 100%

(4 ) Accounts receivable turnover rate = main business income/average
balance of accounts receivable

(5) Profit before interest, tax, depreciation and amortization = total
profit + interest expense + depreciation + amortization

(6) interest protection multiple = ( Total profit + interest expense) /
interest expense

(7) Cash flow from operating activities
per share = Net cash flow from operating activities /

Total equity at the end of the period
(8) Net cash flow per share = Net cash flow / Equity at the end of the period
Total

(9) Net assets per share attributable to the issuer's shareholders = net
assets attributable to the issuer's shareholders /

total equity at the end of the period

(10) Intangible assets (excluding land use rights) as a percentage of net
assets = Intangible assets (land use

(Except for rights)/net assets

The calculation formulas of basic earnings per share, diluted earnings per
share, and return on net assets are detailed in the following section of this
section "(2)

Fully diluted and weighted average return on equity and earnings per share during the reporting period "The relevant content. Financial accounting information and management analysis in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-265

(2) Fully diluted and weighted average return on equity and earnings per share

during the

reporting period January-June 2009 Profit on net assets for the reporting period Earnings per share (yuan/share)

fully diluted weighted average basic earnings per share diluted earnings per share

attributable to common shareholders of the company 0.38 0.38 18.27% 17.77%

after deducting non-recurring gains and losses attributable to

common shareholders of the company

18.11% 17.62% 0.38 0.38

2008 annual

report profit net assets Earnings per share (yuan/share)

Fully diluted weighted average basic earnings per share Diluted earnings per share

Net profit attributable to the company's common shareholders 36.08% 44.23% 0.71 0.71

After deducting non-recurring gains and losses, attributable to the company's

common shareholders Net profit

35.16% 43.10% 0.69 0.69

2007

Reporting period net profit return on equity Earnings per share (yuan/share)

Fully diluted weighted average basic earnings per share Diluted earnings per share

Net profit attributable to common shareholders of the company 52.45% 88.51% 0.73 0.73

Net profit attributable to

ordinary shareholders of the company after deducting non-recurring gains and losses

50.75% 85.64% 0.71 0.71

2006

Reporting period profit and return on net assets Earnings per share (yuan/share)

Fully diluted weighted average basic earnings per share Diluted earnings per share

Net profit attributable to common shareholders of the company 144.83% 304.84% 0.22 0.22

After deducting non-recurring gains and losses,

the net profit attributable to ordinary shareholders of the company

133.67% 281.36% 0.20 0.20 The

specific calculation formula is as follows:

fully diluted return on net assets = reporting period profit ÷ end net assets

fully diluted earnings per share = reporting period profit ÷ Total number of shares at the end of the period. Financial accounting information and management analysis in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-266

0 0 0 2

ROE P

E NP EMMEMM iijj Toshiba Toshiba Toshiba Toshiba Toshiba

Weighted Average Net Asset Benefit Ratio () =

where: P is net profit attributable to ordinary shareholders of the company or attributable to the public after deducting non-recurring gains and losses

net profit of ordinary shareholders; NP is the net profit attributable to ordinary shareholders; E0 is the opening net assets

yield; Ei is the newly added net assets such as the issuance of new shares or debt-to-equity swaps during the reporting period; Ej is the

reduced net assets such as repurchases or cash dividends during the reporting period; M0 is the number of months in the reporting period;

Mi is the newly added net assets from the next month to the reporting period The number of months at the end of the period; Mj is the next

The number of months from the month to the end of the reporting period.

. 1 0 0 0

the EPS P

SSSMMSMM iijj Jun Jun do not Chan Chan Chan

weighted average EPS () =

where: P is the net profit attributable to common shareholders or after deducting non-profit attributable to

ordinary shareholders Net profit; S0 is the total number of shares at the beginning of the period; S1 is the number of shares increased due to the conversion of public reserve funds

or stock dividends during the reporting period; Si is the number of shares increased due to the issuance of new shares or debt-to-equity swaps

during the reporting period ; Sj is the repurchase during the reporting period Or reduce the number of shares, such as reducing shares; M0 is the number of months in the reporting period; Mi is the number of

months from the next month when shares are increased to the end of the reporting period; Mj is the number of months from the next month when shares are reduced to the end of the reporting period

.

(3) Analysis of the reasons for the rapid decline in the

rate of return on net assets during the reporting period The changes in the rate of return on net assets during the reporting period of the company are as follows:

Projects from January to June 2009, 2007, 2006,

fully diluted net assets,

return

18.27% 36.08 % 52.45% 144.83%

Weighted average

return on net assets

17.77% 44.23% 88.51% 304.84%

The decrease in return on net assets during the reporting period was mainly due to the increase in capital during the reporting period and the net profit during the reporting period

Profits have grown rapidly but no profit distribution has been made, and the accumulation of net assets has made the rate of return relatively lower.

Taking the fully diluted return on net assets as an example, the analysis is as follows:

Unit: 10,000 yuan

Project January-June 2009, 2008 2007, 2006
Initial
net assets

attributable to the company's ordinary shareholders 7,846.57 4,985.32 598.89 -476.46 Xiamen Sanwu Internet Technology Co., Ltd. Limited company prospectus financial accounting information and management analysis
1-267
Net profit
attributable to the company's common shareholders
1,530.72 2,831.25 2,615.04 867.35
Capital increase 1,572.00 500.00
Others (Note: See the following net asset
increase analysis for details )
30.00 199.39 -292.00
Profit Distribution of -1,000.00
Net assets
at the end of the period attributable to the company's common shareholders
8,377.29 7,846.57 4,985.32 598.89
Fully diluted return on net assets 18.27% 36.08% 52.45% 144.83%
Since the company's net assets in 2006 were small, the net assets return in 2006 was higher. With
the increase in capital and the accumulation of undistributed profits, the net assets increased year by year, and the rate of return on net assets decreased.

Net assets in 2007 increased by RMB 43,864,300 compared with 2006, and the details are as follows:

Unit: RMB RMB,

Project Amount Remarks
Net profit

attributable to common shareholders of the company
2,615.04

Capital increase of 1,572.00 Capital increase

in April 2007, increased paid-in capital of

RMB 3,769,300, capital The

purchase of 1% equity of Jingtong Technology to reduce the

capital reserve of 5.86 The

issuer purchased the

remaining 1% equity of the subsidiary Jingtong Technology on November 30,
2007, and the payment of

RMB 80,000.00 was determined as the investment cost. When preparing the

consolidated financial statements,
the difference between the

long-term equity investment newly acquired due to the purchase of minority
equity and the net asset share of the

subsidiary that has been
calculated continuously since the merger date calculated based on the newly
increased shareholding ratio is

-58,554.97 yuan, which is used to offset the capital

The transfer of binary equity in the reserve in 2007

increased retained earnings by 205.25
. The excess loss from the

beginning of the binary merger period to December 31, 2006 was
offset by the retained earnings at the time of the merger,

and the equity transfer in February 2007 was transferred from retained
earnings

.

A total of 4,386.43 Xiamen Sanwu Internet Technology Co., Ltd. Prospectus
Financial Accounting Information and Management Analysis

1-268

The net assets of 2008 increased by 28,612 million yuan compared with
2007, including the 2008 net profit of

28,325 million yuan, and included in the capital reserve The subsidy fund
of 300,000 yuan (according to Xiamen

Economic Development Bureau [2008] No. 443 , "Xiamen Economic Development Bureau, Xiamen Municipal Finance Bureau forwarded the Provincial Economic and Trade Commission, the Provincial Department of Finance on the issue of the 2008

Venture Capital Guidance Fund Subsidy" For investment guidance fund risk projects, the document stipulates that the

received subsidy funds should be treated as capital reserves).

It can be seen from the above that the decline in the return on net assets in 2007 and 2008 was mainly due to

the accumulation of undistributed profits . Assuming that the net profits realized in 2007 and 2008 were all distributed,

the net assets in 2007 and 2008 The rate of return rose to 110.33% and 117.95% respectively.

Since the return on net assets from January to June 2009 only includes the net profit from January to June, the return on net assets

is about half of that in 2008. If the net profit in the first half of the year is converted into net profit for the whole year and based on the above-mentioned net profit.

The hypothetical calculation of the full distribution of profits results in a return on net assets of 127.54% in 2009.

Therefore, if the cumulative impact of undistributed profits is excluded, the company's return on net assets in each period maintains a relatively high

ratio and shows an increasing trend.

X. Asset evaluation at the time of establishment of the issuer and during the reporting period.

Since the establishment of the company, the company has conducted an asset evaluation. The details are as follows:

Based on the purpose of providing a value reference basis for the conversion of net assets of joint-stock companies for the overall change of Sanwu Technology,

Beijing Zhongsheng Alliance Assets Appraisal Co., Ltd. was entrusted by Sanwu Technology to use June 30, 2007 as the evaluation

base date. According to relevant state The provisions of asset appraisal have assessed the overall assets of Sanwu Technology. Bei

Jing - Sheng Alliance Appraisal Co., Ltd. issued A commentary in the Super League (Beijing) reported that the word (2007) 016

number "asset appraisal report."

The basic method used in this assessment is the cost method. As of June 30, 2007, the

results of the assessed assets and liabilities are as follows:

As of June 30, 2007, Sanwu Technology's total book assets were

51,374,945.23 yuan, total liabilities were 8,021,501.02 yuan, and net assets were 43,353,444.21 yuan; inventory

adjustments After that, the total assets were 51,374,945.23 yuan, the total liabilities were 8,021,501.02 yuan, and the net assets were

43,353,444.21 yuan; after the assessment, the total assets were 52,672,836.93 yuan, the total liabilities were

8,020,564.80 yuan, and the net assets were 44,652,272.13 yuan. The appraised appreciation was 1,298,827.92 yuan, and the appreciation

rate was 3.00%.

11. The issuer's previous capital verifications at the time of establishment and the reporting period and the

measurement attributes of

the assets invested by the promoters at the time of establishment. The company has conducted 7 capital verifications since its establishment. The details are as follows: Xiamen Three-Five Internet Technology Co., Ltd. Prospectus Finance Accounting Information and Management Analysis

1-269

No. Time No major capital verification institution verification report content

1

2004 Year

3 Yue 9 Ri

Xiamen Nakasu accounting

Certified Public limited

company

Xiamen in Yan Zi [2004]

No. 030

as of March 8, 2004, a few Tech Shareholders

to pay monetary funds The first phase invested 450,000

yuan in capital , accounting for 15% of the registered capital.

2

, 2004

September 7

Xiamen Nakasu accounting

Certified Public limited

company

Xiamen in Yan Zi [2004]

No. 109

as of August 31, 2004, three to five Tech Shareholders

monetary funds to pay Wan second phase of investment capital of 55

million, The accumulated paid-in capital is 1 million yuan, accounting for

33.33% of the registered capital .

3

, 2005

January 5

Xiamen Nakasu accounting

Certified Public limited

company

Xiamen in Yan Zi [2005]

No. 007

As of December 28, 2004, the shareholders of Sanwu Technology had

paid the third-phase investment capital of 2

million yuan in monetary funds , and the accumulated paid-in capital was 3
million yuan, accounting for

100% of the registered capital.

4

, 2005

January 8

Xiamen Nakasu accounting

Certified Public limited

company

Xiamen in Yan Zi [2005]

No. 012

as of January 7, 2005, a few technology has received

the monetary funds to increase investment in new Wan capital of 2

million, The paid-in capital after the capital increase is 5 million yuan.

5

, 2006

June 24

Xiamen Yong Rui Hengxin

Certified Public Accountants

Co., Ltd.

Xiamen Yong Rui Hengxin test

[2006] No. Y590

As of June 24, 2006, before the change, along with the

capital, a few science and technology received a total pay of all
shareholders The

registered capital is 10 million yuan, of which Gong Shaohui contributed

7.96 million yuan, Shen Wence contributed 1.0520 million yuan,

Xue Hongbin contributed 752 thousand yuan, and Gong Shaofeng contributed
200,000

yuan, all in monetary funds.

6

, 2007

April 28

Xiamen welcomed the continents accounting

Certified Public Limited

Company

Xiamen Xin Zhou Yan Zi

[2007] No. 033

as of April 28, 2007, a few technology has received

the new registered capital of new shareholders paid a total of The

capital was RMB 3.7693 million, and the capital contributions were all monetary

funds. After the change, the accumulative registered capital was

RMB 13.7693 million, and the paid-in capital was

RMB 13.7693 million.

7

, 2007

August 12

Ascenda Certified

(Beijing) Accounting

Certified Public limited

company

Ascenda Certified trial

[2007] NZ Zi

No. 020 526

three to five interconnected (chip) technology has thirty-five ended 2007

June On the 30th of the month, 40

million yuan of the audited net assets was converted into share capital, with a par value of 1 yuan per share. All promoters

have paid up their subscribed shares. After the change, the

registered capital is 40 million yuan, and the paid-in capital

is RMB 40 million.

According to the

audit report of Tianjian Huazheng Zhongzhou (Beijing) Certified Public Accountants Co., Ltd. "Tianjian Huazheng Zhongzhou Review (2007) NZ Zi No. 020526", as of June 30, 2007, the total assets of Sanwu Technology were

RMB 51,374,945.23. , The total liabilities are 8,021,501.02 yuan, and the net assets are 43,353,444.21 yuan;

according to the "Zhongsheng Alliance (Beijing) A Ping Baozi (2007)

No. 016" "Asset Appraisal Report" issued by Beijing Zhongsheng Alliance Assets Appraisal Company , 35 On June 30, 2007, the

total assets assessed by Science and Technology were 52,672,836.93 yuan, liabilities were 8,020,564.80 yuan, net assets were 44,652,272.13

yuan, and the appraised appreciation was 1,298,827.92 yuan, and the appreciation rate was 3%.

On August 15, 2007, Sanwu Technology converted the audited book net assets

of RMB 40 million as of June 30, 2007 into 40 million shares, and the overall change was changed to Sanwu Internet. Tianjian Huazheng Zhongzhou (Beijing) Xiamen Three Five Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1-270

Certified Public Accountants Co., Ltd. accepted the commission to verify the capital invested by the promoters when the company was established,

and Issued "Tianjian Huazheng Zhongzhou Approval (2007) NZ Zi No. 020526 "Capital Verification Report"", according to the capital verification report

, as of August 1, 2007, the company's registered capital has been fully paid up, and the registered capital after the change is

4,000 Ten thousand yuan.

12. Financial status analysis

(1) Asset status analysis

1. Asset structure analysis During the

reporting period, the company's asset structure is shown in the following chart:

Unit: 10,000 yuan During the

reporting period, the company's assets grew rapidly, from 35,739,800 yuan at the end of 2006 to 122,370,500 yuan

at the end of June 2009. The increase was 242.39%, of which, 2007 was an increase of 233.80% over 2006

. The main reason for the increase in the company's asset scale is that with

the rapid development of the software operation service industry in recent years , the company has introduced financial investors, expanded its business scale, and its business volume has continued to grow. The corresponding

asset scale has increased substantially, which is mainly reflected in the Increase in monetary funds and fixed assets.

From the perspective of asset composition, current assets accounted for 72.04% of total assets at the end of 2006,

fell to 42.24% at the end of 2007 , 41.09% at the end of 2008, and 38.29% at June 30, 2009. From the

end of 2007 to June 30, 2009, the proportion of current assets in total assets did not change much. At the end of 2007, the

proportion of current assets in total assets changed significantly compared with that at the end of 2006, mainly due to the fact that the subsidiary Jingtong Technology purchased an office

building at the end of 2007 and increased fixed assets by RMB 51,678,700.

| | June 30, 2009 | | December 31, 2008 | | December 31, 2007 | | December 31, 2006 | |
|---|---|---|---|---|---|---|---|---|
| Asset | Amount | ratio | Amount | ratio | Amount | ratio | Amount | ratio |
| Current assets | 4,685.28 | 38.29% | 5,114.62 | 41.09% | 5,038.76 | 42.24% | 2,574.83 | 72.04% |
| Monetary funds | 4,123.70 | 33.70% | 4,390.33 | 35.27% | 4,701.23 | 39.41% | 1,365.25 | 38.20% |
| Accounts receivable | 56.40 | 0.46% | 94.37 | 0.76% | 53.32 | 0.45% | 4.06 | 0.11% |
| Other receivables | % | 74.56 | 0.60% | 21.53 | 0.18% | 424.41 | 11.87% |
| Prepayments | 414.85 | 3.39% | 555.37 | 4.46% | 262.01 | 2.20% | 781.12 | 21.86% |
| Non-current assets | 7,551.78 | 61.71% | 7,331.85 | 58.91% | 6,891.36 | 57.76% | 999.15 | 27.96% |
| Fixed assets | 6,543.76 | 53.47% | 6,551.84 | 54.7% | % | 999.15 | 27.96% |
| Intangible assets | 599.17 | 4.90% | 76.54 | 0.61% | 76.71 | 0.64% | 0.00 | 0 |
| Development expenditure | 325.42 | 2.66% | 659.19 | 5.30% | 223.2 | 1.87% | 0.00 | 0 |
| Long-term deferred expenses | 77.11 | 0.63% | 56.84 | 0.46% | 39.5 | 0.33% | 0.00 | 0 |
| Deferred income tax assets | 6.30 | 0.05% | 1.44 | 0.01% | 0.00 | 0 | 0.00 | 0 |
| Total assets | 12,237.05 | 100% | 12,446.48 | 100% | 11,930.12 | 100% | 3,573.99 | 100% |

Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1-271

2. Current Asset Analysis During the

reporting period, the company's current asset structure is as shown in the following chart Shown:

Unit: 10,000 yuan

June 30, 2009 December 31, 2008 December 31, 2007 December 31, 2006

Asset

Amount ratio Amount ratio Amount ratio Amount ratio Amount ratio

Monetary capital 4,123.70 88.01% 4,390.33 85.84% 4,701.23 93.30 % 1,365.25 53.02%

Accounts receivable 56.40 1.20% 94.37 1.85% 53.99 1.07% 4.06 0.16%

Other receivables 90.32 1.93% 74.56 1.46% 21.53 0.43% 424.41 16.48%

Prepayments 414.85 8.85% 555.37 10.86% 262.01 5.20% 781.12 30.34 %

total current assets 4,685.28 5,114.62 100.00% 100.00% 100.00% 2,574.83 5,038.76 100.00% of

the company's current assets by the monetary funds are closely related to the main business activities, accounts receivable, which

The composition of his accounts receivable and prepaid accounts. The company's business is basically to open related products or services after receiving the payment

, and the accounts receivable are very small. At the same time, the purchases for suppliers are mainly prepaid and then consumed. Therefore,

in the company's current asset composition, Monetary funds and prepaid accounts account for a larger proportion. In addition, since the company mainly relies on

the Internet to provide software operation services, there is no inventory item.

The company's current assets at the end of 2007 increased by RMB 24,639,300 over the end of 2006, an increase of 95.69%. The

main reason for the increase was the increase in monetary funds.

Company management's current assets in major assets are as follows:

(1) analysis of monetary funds

as of June 30, 2009, the balance of monetary fund company's 4,123.70 million, current assets accounted for

the proportion of production was 88.01%, including cash, bank Deposits and other monetary funds were

286,200 yuan , 40,655,000 yuan and 295,900 yuan respectively . Other monetary funds are mainly Alipay and postal savings deposits.

The balance of the company's monetary funds at the end of 2006, 2007, 2008 and June 2009

were RMB 13,652,500, RMB 47,012.3, RMB 43,903,300, and RMB 41,237,700, respectively. Among them,

there was a significant increase at the end of 2007, an increase

of RMB 33,359,800 from the balance of monetary funds at the end of 2006, an increase of 244.35%. The reason for the growth was, on the one hand, the expansion of the company's business scale, the increase in advance receipts from customers,

and the increase in the company's profitability; on the other hand, the company introduced financial investors in April 2007 to increase the company's profitability.

Increase the paid-in capital and bring in cash inflows.

At the end of 2006, at the end of 2007, at the end of 2008 and at June 30, 2009, the company's monetary capital accounted

for 53.02%, 93.30%, 85.84% and 88.01% of the current assets, respectively. As a light asset

-based software company, the company holds a large amount of currency and funds in line with the characteristics of the industry. On the one hand, the daily operation of enterprises

involves relatively more cash payments (and most of the expenditures are expense expenditures), which makes it necessary for enterprises to retain certain current financial accounting information and management analysis in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1 -272

gold holdings. On the other hand, sufficient cash reserves can reduce

market competition and operating risks brought about by the financial crisis and national macro-control . At the same time, it can also grasp market opportunities in a timely manner and carry out business expansion in a timely and rapid manner.

(2) Analysis of accounts receivable

Unit: 10,000 yuan

as of June 30, 2009 as of December 31, 2008

Item

Amount ratio%% Bad debt provision amount% Bad debt provision

within 1 year 58.84 100 2.44 94.37 100-At

the end of the reporting period The balance of accounts receivable is small. As of June 30, 2009, the company's

net accounts receivable was RMB 564,400, accounting for 0.46% of the company's total assets at the end of June

2009, and 0.98% of the company's sales revenue from January to June 2009. Under normal circumstances, the company's sales policy is pre-collection

sales, and only for individual long-term cooperation and relatively high reputation customers are given credit sales policy. In this pin

Under the sales model, the company has only a small amount of accounts receivable at the end of each period.

As of June 30, 2009, the payment handler

LLC domain name parking income of the company's accounts receivable balance was 243,500 yuan. After a single test, there is a certain impairment risk. According to its estimated future

cash flow, the present value is lower than its The difference in the book value is provided with a provision for bad debts of RMB 24,400; in addition, other

accounts receivable have no risk of being uncollectible after a single item test, and no provision for bad debts is made.

As of June 30, 2009, in the balance of accounts receivable, there is no amount due from shareholders who hold 5% (including 5%)

or more of the voting rights of the company; there is no amount due from other related parties.

(3) Analysis

of other accounts receivable The balance of other accounts receivable related to operations at the end of the reporting period was relatively small. As of June 30

, 2009, the balance of other receivables of the company was RMB 903,200, accounting for 1.93% of current assets,

which is at a relatively low level compared with the company's business scale . In the composition of other receivables as of June 30, 2009, they mainly consisted of

deposits receivable and employee reserve funds loans. Other receivables with an age of less than 1 year are RMB

646,400 , a ratio of 71.57%, and other receivables with an age of more than 3 years are RMB 5, 000, with a ratio of 0.55%, which are paid to Capital

Information Development Co., Ltd. For online banking margin, because the individual amount is small and there is no

risk of being uncollectible , no bad debt provision is made.

As of June 30, 2009, none of the other receivables held 5% (including 5%) of the company

The shareholders of the above voting shares owe arrears; the rent due from the related party Xiamen Zhongke Venture Capital is RMB 12,044.50,

accounting for 1.33% of the balance of other receivables at the end of the period.

(4) Analysis of prepaid accounts The

company's prepaid accounts mainly refer to the various operating-related

expenses paid for the purchase of domain names from the relevant domain name providers, which are the amount incurred by the company's normal operating activities. As of June 30, 2009, prepayments of more than three to five interconnected Technology Co., Ltd. Xiamen prospectus financial accounting and management information analysis

-273

amounted to 4.1485 million yuan, accounting for 8.85% of current assets. From the perspective of the aging structure of

prepaid accounts, the prepaid accounts on June 30 , 2009 are mainly within 1 year, as follows:

Amount of aging (ten thousand yuan)

Proportion within 1 year 319.62 77.05%

1-2 years (inclusive) 80.83 19.48%

2-3 years (inclusive) 14.40 3.47%

Total 414.85 100.00%

Note: The prepayments in this year's prepayments with an age of more than 1 year are mainly prepaid listing intermediary fees,

and current accounts are suspended before listing .

In 2006, 2007, the end of 2008, and June 30, 2009, the company's prepayment balances were

RMB 7,811,200, RMB 2,620,100, RMB 5,553,700, and RMB 4,148,500 respectively, accounting for

30.34%, 5.20%, and 10.86 of current assets . % And 8.85%. Except for 2007, there was little fluctuation in each period. 2009

The balance of prepaid accounts at the end of June of 2008 was 4,148,500 yuan, mainly for prepaid domain name providers and prepaid listing

intermediary fees.

As of June 30, 2009, the balance of advance payments did not include any

debts owed by shareholders holding more than 5% (including 5%) of the company's voting shares; nor did they prepay other related parties.

3. Analysis of non-current assets During the

reporting period, the company's non-current assets structure is shown in the following chart:

Unit: RMB 10,000

June 30, 2009 December 31, 2008 December 31, 2007 December 31, 2006

Assets

Amount ratio Amount ratio Amount ratio Amount ratio

Fixed assets 6,543.76 86.65% 6,537.84 89.17% 6,551.95 95.07% 999.15 100.00%

Intangible assets 599.17 7.93% 76.54 1.04% 76.71 1.11% 0.00 0

Development expenditure 325.42 4.31% 659.19 8.99% 223.2 3.24% 0.00 0

Long-term expectation Amortized expenses 77.11 1.02% 56.84 0.78% 39.5 0.57% 0.00 0

Deferred income tax assets 6.3 0.08% 1.44 0.02% 0.00 0.00% 0.00 0

Total non-current assets 7,551.78 100.00% 7,331.85 100.00% 6,891.36 100.00% 999.15 100.00%

During the reporting period, the proportion of the company's non-current assets increased gradually. As of June 30, 2009, the company's

non-current assets accounted for 61.71% of total assets.

The company's non-current assets are mainly composed of fixed assets, intangible assets and development expenditures, long-term deferred expenses, financial accounting information in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd. and management analysis

1-274

deferred income tax assets. The proportion is relatively high.

The proportions of fixed assets to non-current assets at the end of 2006, 2007, 2008, and June 30, 2009 were 100.00%, 95.07%,

89.17% and 86.65%, respectively.

Non-current assets at the end of 2007 the company increased 5,892.21 million compared with the end of 2006, an increase of

589.72%, the main reason for the growth is a subsidiary of tech-savvy buying office in late 2007 to increase the fixed capital

productivity due to 5,167.87 ten thousand yuan; In addition, because the company in 2007 The implementation of new accounting standards and

the capitalization of software development expenditures led to an increase in intangible assets and development expenditures.

(1) Analysis of Fixed Assets

Unit:
Ten Thousand Yuan

Item

December 31, 2008 The Japanese period increased, the current period decreased

June 30, 2009
1. The total original value of fixed assets 7,958.65 288.60 3.93 8,243.32

1. Housing 5,184.67 147.34-5,332.01

2. Building 21.11--21.11

3. Means of transportation 285.62-3.93 281.69

4. Electronic equipment 1,790.48 133.51-1,923.99

5. Office equipment 676.78 7.75-684.53

2. Total accumulated depreciation 1,411.71 280.42 1.68 1,690.46

1. Buildings 156.99 63.44-220.42

2. Buildings 4.00 2.00-6.00

3. Transportation 120.45 17.99 1.68 136.76

4. Electronic equipment 970.78 143.28-1,114.06

5. Office equipment 159.49 53.72-213.21

3. Total fixed asset impairment provision 9.10--9.10

1. House

2, building

3, transportation

4, electronic equipment 6.29 6.29

5. Office equipment 2.81 2.81

4. Total book value of fixed assets 6,537.84 6,543.76

1. Buildings 5,027.68 5,111.59

2. Buildings 17.11 15.10

3. Transportation tools 165.16 144.92

4. Electronic equipment 813.41 803.64 Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Finance Accounting Information and Management Analysis

1-275

5, office equipment 514.48 468.51

book value (million)

Type Depreciation Term (years)

2009 of

6 Yue 30 Ri

, 2008

December 31

, 2007

December 31

, 2006

December 31

houses 40 5,111.59 5,027.68 5,135.11

Building 5 ~10 15.10 17.11 21.11

Transportation 5 144.92 165.16 54.15

Electronic equipment 5 803.64 813.41 744.60

Office equipment 5 468.51 514.48 596.99

Total - 6,543.76 6,537.84 6,551.95 999.15

Increase - 0.09% -0.22% 555.75%-The

company's fixed assets are all the company's normal operations The required buildings, electronic equipment and transportation

equipment, etc., have no idle fixed assets. The actual use of fixed assets is relatively good. During the reporting period, some electronic

equipment and office equipment were aging and damaged, and an asset impairment provision of RMB 91 thousand was made.

The company's fixed assets increased significantly in 2007, mainly due to newly purchased houses and buildings in 2007

Caused by. The purchase of houses and buildings can better meet the needs of the company's development.

(2) Analysis of Intangible Assets

Unit:
Ten Thousand Yuan

Item

December 31, 2008 The Japanese period increased, the current period decreased

June 30, 2009
1. The total original price of intangible assets was 123.39 543.19 666.59

1. Office automation system (OA) 59.59 59.59

2. Website Analysis system (LM) 10.10 10.10

3. Network U disk project 10.86 10.86

4. Online customer service system 10.78 10.78

5. Anti-spam gateway software 32.06 32.06

6. Instant messaging system (IM) 543.19 543.19

2. Total amortization of intangible assets 46.85 20.57 67.41

1. Office Automation System (OA) 29.79 9.93 39.73

2. Website Analysis System (LM) 5.05 1.68 6.73

3. Network U Disk Project 5.13 1.81 6.94

4. Online Customer Service System 5.09 1.80 6.89

5. Anti-Spam Gateway Software 1.78 5.34 7.12 Xiamen 35 Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1-276

6. Instant Messaging System (IM)

3. Cumulative amount of provision for impairment of intangible assets

Total

1. Office automation system (OA)

2. Website analysis system (LM)

3. Network U disk project

4. Online customer service system

5. Anti-spam gateway software

6. Instant messaging system (IM )

Fourth, the total book value of intangible assets 76.54 599.17

1, office automation (OA) 29.79 19.86

2, site analysis system (LM) 5.05 3.37

3, U disk network project 5.73 3.92

4 5.69 3.89 online customer service system

5, anti-spam gateway software 30.28 24.93

6, 543.19 instant messaging system (IM)

book value (million)

category in 2009

6 Yue 30 Ri

, 2008

December 31

, 2007

December 31

, 2006

December 31

1, office automation system (OA ) 19.86 29.79 49.66 ——

2. Website Analysis System (LM) 3.37 5.05 8.42 ——

3. Network U Disk Project 3.92 5.73 9.35 ——

4. Online Customer Service System 3.89 5.69 9.28 ——

5. Anti-Spam Gateway Software 24.93 30.28 —— ——

6. Instant Messaging System (IM) 543.19 —— —— ——

Total 599.17 76.54 76.71 ——The

company's intangible assets are all independently developed and formed, and after reaching the intended useable state, the development expenditure is

carried over to intangible assets. The company's research and development expenses in 2006 have been included in the current profit and loss. On January 1, 2007, the

company began to implement the new accounting standards, and all related expenditures that meet the capitalization regulations are included in the development expenditure. As of

June 30, 2009, the company's cumulative total development expenditure capitalization amounted to 9,920,100 yuan, the cumulative

amount carried over from development expenditures to intangible assets was 6,665,900 yuan, and the balance of development expenditures still in the development stage was

3,254,200 yuan. .

The above six products have all been tested and achieved a small amount of sales revenue. The company will
further improve the above product functions based on the test marketing situation and the financial accounting information in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd. and management analysis

1-277
user feedback.

(3) Development expenditure analysis

Book value (10 thousand yuan)

category

June 30,

2009

December 31,

2007

December 31,

2006,

December 31, 2006

Customer Relationship Management System (CRM) 239.76 229.69 174.12

Instant Messaging System (IM) 429.50 16.48

Video Conference System 18.95

Anti-Spam Gateway Software 13.65

Smart Website Publishing Project 85.66

Total 325.42 659.19 223.20

Company Development Expenditure Project It contains five projects, customer relationship management (CRM)

program development cycle for the December 2006 to December 2009; instant messaging system (IM) plans to open a

development period of November 2006 to October 2009 In June 2009, it was put into market trial operation through testing in June 2009, and

transferred from development expenditure to intangible assets; the video conferencing system was

integrated with the instant messaging (IM) project on January 1, 2008, and video became a function point of the IM project. The capitalized amount of 189,500 yuan was transferred to

the development expenditure of the instant messaging project; the anti-spam gateway software was tested and put into the market for

trial operation in October 2008, and the development expenditure was transferred to intangible assets; the planned development cycle of the smart website publishing project is 2008

December to November 2009.

(4) Analysis of the capitalization of research and development expenses

1) The detailed composition of the specific items of the

company's capitalized development expenditure during the reporting period The detailed composition of the specific items of the company's capitalized development expenditure during the reporting period is as follows:

Unit:
Ten Thousand Yuan

Serial Number Project Name Salary and Social Security Project Software Fees Other Total
1 Instant Messaging System (IM) 506.57 0.59 36.04 543.20

2 Customer Relationship Management System (CRM) 135.10 86.66 18.00 239.76

3 Intelligent Website Publishing System 77.52 0.00 8.14 85.66

4 Office Automation System (OA) 49.60 2.13 7.86 59.59

5 Anti-Spam Gateway Software 28.72 0.19 3.15 32.06

6 Network U Disk Project 9.26 0.33 1.27 10.86

7 Online Customer Service System 9.14 0.39 1.25 10.78 Xiamen Three Five Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1-278

8 Website Analysis System (LM) 8.30 0.49 1.31 10.10

Total capitalization amount 824.21 90.78 77.02 992.01

2) Confirmation basis and timing of the capitalization of development costs of each project The

company's R&D activities are characterized by mature market demand and technology To rely on development. Through the preliminary

investigation and analysis of market demand and product competitiveness, the company

demonstrates the technical feasibility and maturity of the project, establishes the project that has completed the feasibility demonstration, and determines the project implementation plan. As

the R&D projects approved by the company have been proved by feasibility, they have a wide range of market needs and are based on technical feasibility.

Therefore, the development project

will enter the development stage after it has passed the preliminary market research and project feasibility demonstration, and has been approved by the company . It can meet the following five conditions of capitalization at the same time:

First, complete the intangible assets to enable Its ability to use or sell is technically feasible;

second, it has the intention to complete the intangible asset and use or sell it;

third, the way the intangible asset generates economic benefits, including the ability to prove that the

product produced by the intangible asset exists in the market Or the intangible asset itself exists in the market, and if the intangible asset will be used internally, its

usefulness should be proved ;

fourth, there are sufficient technical, financial resources and other resources to support the development of the intangible asset,

and the ability to use or sell it The intangible asset;

Fifth, the expenditure attributable to the development stage of the intangible asset can be reliably measured.

During the reporting period, the company has capitalized 8 development projects. Among them, the

total capitalization amount of the three projects of instant messaging system (IM), customer relationship management system (CRM), and smart website publishing system is 8,686,200

yuan, accounting for all of them. 87.56% of the capitalized amount. Take these three projects as examples to illustrate the basis

and timing of capitalization as follows:

① Instant messaging system (IM)

A. Basis for confirmation of capitalization

a. This project uses C++ as the development language, Qt as the development framework, and Qt as a development framework. Set

of mature class libraries based on C++ language , organized with object-oriented thinking, support multiple platforms, "write once, compile everywhere"

The compiled program can run under Win32, Linux, Solaris and Mac OS X.

Since 1996, Qt has officially entered the commercial field, becoming the

basis of thousands of successful applications worldwide , and the entire system technology is mature and stable.

b. Instant messaging system—35EQ is an enterprise-level instant messaging tool and a comprehensive application

platform for enterprise management . It will be widely used in corporate internal instant messaging and internal management. The company plans to integrate and promote the

company's corporate mailbox, OA, CRM, etc. through 35EQ product. Xiamen Three-Five Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1-279

c. In 2008, the number of end users in the Chinese enterprise instant messaging market reached 22.36 million, compared with 18.13 million in 2007,

a year-on-year increase of 23.3. %, the market is increasing rapidly and has good development potential.

d. The project has a budget of about 7.22 million yuan. With the company's financial capabilities, technical capabilities and overall integrated marketing

capabilities, it is sufficient to complete the development of the project and bring it to the market to achieve integrated sales of the company's products.

e. The company sets up a special R&D center to be responsible for product research and development, and independently calculates the expenses of each department, and the

development expenditure is accurately calculated according to the specific development project. The R&D investment in this project is mainly the salary,

welfare

and office expenses of the developers. According to the company's R&D control system and accounting system, it can be reliably measured

and independently accounted for.

B. The timing of capitalization confirmation

After the preliminary market research and project feasibility demonstration, the project was approved by the company and the project was approved in November 2006.

The project development is started, and the project development cycle is from November 2006 to June 2009.

The development costs incurred since January 1, 2007 are included in development expenditures in accordance with the new accounting standards and capitalized.

@Customer relationship management system (CRM)

A. Basis for capitalization confirmation

a. Project technology maturity: The core technology adopted by the CRM project includes

mainstream technologies such as asp.net 2.0, xml, xsl, WebServices, data warehouse and data mining. At the same time, it combines Ajax, SOA and other

popular technologies under the SaaS model, which are all mature technologies. While the CRM project has adopted mature

mainstream technologies, it has also appropriately adopted advanced technologies, and the progress is good. Generally speaking, the technology of the CRM project

is mature, and the main work is how to transform the traditional product development model to the SaaS development model.

b. The CRM project is

a strategic product developed by the company in contact with customers, understanding customer needs, and combined with the company's overall product strategy . After successful development, it will be put into the market immediately.

c, according to CCID research shows that, CRM products under the SaaS model in 2008, the market size of about 1.04

billion yuan, is expected in 2011 will reach about 249 million yuan, three -year compound growth rate of about 33.78%, and the growth

rate remained improve year by year With an average annual growth rate of 5.1 percentage points higher than the previous year, it has a good

market prospect.

d. The project investment budget is about 3.18 million yuan. According to the current project progress and the company's financial capabilities,

Technical ability, the company has enough ability to complete the development of the project and promote it to the market.

e. The company sets up a special R&D center to be responsible for product research and development, and independently calculates the expenses of each department, and the

development expenditure is accurately calculated according to the specific development project. The R&D investment in this project is mainly the salary, welfare

and office expenses of the developers. According to the company's R&D control system and accounting system, it can be reliably measured

and independently accounted for.

B. The

timing of capitalization confirmation. Financial accounting information and management analysis of Xiamen Sanwu Internet Technology Co., Ltd. Prospectus 1-280

After preliminary market research and project feasibility demonstration, the project was approved by the company, December 1

, 2006 The project development started, and the project development cycle is from December 1, 2006 to December 31, 2009. Since

development expenses since January 1, 2007 occurred under the new accounting standards included in development costs to be capitalized.


③Smart website publishing system


A. Basis for capitalization confirmation

a. The smart website publishing system uses the asp.net framework and the development language is C#. This technology is a

mature technology. The project is currently progressing smoothly without technical obstacles.

b. This project is a website DIY product launched on the basis of the company's website customization business, which can meet the needs

of customers who are more price-sensitive. It has been put into the market for trial sales.

c. The demand for corporate websites is huge, and the number is growing steadily and rapidly. According to

the "24th Statistical Report on Internet Development in China" issued by CNNIC , as of June 2009, Chinese websites

The number has reached 3.06 million, and the market development prospect is broad.

d, the company has specialized in web design centers and technical R & D centers, more than 40 professional web designers,

project budget of about 3.86 million, the company is currently technical capacity, financial resources and overall capacity, enough to complete the

purpose of development, and quickly Put it on the market.

e. The R&D investment of this project is mainly the salary, welfare and office expenses

of the developers, which can be reliably measured and independently calculated in accordance with the company's R&D control system and accounting system.

B.
Time point of capitalization confirmation

Through the preliminary market research and project feasibility demonstration, the project was approved by the company and the project development was started at the end of December 2008. The project development cycle is from January 2009 to November 2009.

Research expenses before January 2009 are included in the current profit and loss when incurred, and development expenses incurred since January 1, 2009 are included in

development expenditures and capitalized.

o4

Office Automation System (OA3.0)

A. Basis for capitalization confirmation

a. OA3.0 is based on OA2.0 based on optimized integration and new function development. The system adopts the J2EE

framework, uses the cross-platform programming language java, and combines Struts, Spring, Hibernate and other

popular J2EE development models in the industry, with high technical maturity.

b. The company's OA products are mainly sold to small and medium-sized enterprises that

have entered the management-driven stage, and they occupy the market through competitive functional modules and sales strategies.

c. OA is the focus of China's SaaS management software development. Before the project was established, our company had developed the OA2.0

version. With the development of China's economy and information industry and the improvement of the level of informatization application, the OA market space has

gradually expanded in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd. Financial Accounting Information and Management Analysis

1-281

.

d. The project has a budget of approximately 850,000. With the company's financial capabilities, technical capabilities and overall integrated marketing capabilities, it is

sufficient to complete the development of the project and bring it to the market.

e. The company sets up a special R&D center to be responsible for product research and development, and independently calculates the expenses of each department, and the

development expenditure is accurately calculated according to the specific development project. The R&D investment in this project is mainly the salary, welfare

and office expenses of the developers. According to the company's R&D control system and accounting system, it can be reliably measured

and independently accounted for.

B, a point confirmed capitalization

after market research and feasibility project pre-feasibility studies, reported by the company approved the project in October 2006, item

project development started, the project development cycle is October 2006 to June 2007, since 2007

The development costs incurred from January 1st are included in development expenditures in accordance with the new accounting standards and are capitalized. In June 2007, the

project had reached the pre-determined state, and the development expenditure was carried over to intangible assets.

o5

Anti-spam network management software

A. Basis for capitalization confirmation

a. The development platform of the anti-spam gateway is linux, and the development language is C. The company has successfully developed a variety of

For Internet service application software, in terms of software development, there are a group of technical

personnel with experience in software development and management, who can ensure the practicability and reliability of the developed products.

b. The company plans to use the company's corporate mailbox products for this project

to gain revenue by increasing the company's corporate mailbox sales.

c. In 2008, the industrial scale of Chinese corporate mailboxes was 610 million yuan. Anti-spam is an important

indicator of corporate mailboxes . This project has greatly improved the spam discrimination rate, thereby improving the market

competitiveness of the company's corporate mailboxes . market expectation.

d. The project budget is about 550,000. With the company's financial capabilities, technical capabilities and overall integrated marketing capabilities, it is

sufficient to complete the development of the project and integrate the company's corporate mailbox products.

e. The company sets up a special R&D center to be responsible for product research and development, and independently calculates the expenses of each department, and the

development expenditure is accurately calculated according to the specific development project. The R&D investment in this project is mainly the salary, welfare

and office expenses of the developers. According to the company's R&D control system and accounting system, it can be reliably measured

and independently accounted for.

B, a point confirmed capitalization

after market research and feasibility project pre-feasibility studies, reported by the company approved the project in November 2006 entry

project development started, the project development cycle is November 2006 to October 2008, since 2007 January 1, Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis The development expenses incurred from

January 1 to 282

are included in the development expenditure according to the new accounting standards and capitalized. October 2008

The project has reached the pre-determined ready state, and the development expenditure is carried forward to intangible assets.

o6

Network U Disk Project

A. Basis for Capitalization Confirmation

a. The technology of this project mainly adopts Microsoft's architecture, the development tool adopts Visual

studio.net 2003, the framework adopts .Net 1.1, the development language adopts c#, and the database adopts Sql

server2000 ; Use Webservice technology to provide common

methods for operating various physical disk files and directories , and use a three-tier structure to organize the entire system; use advanced Ajax and Xml technologies to provide

users with a friendly and easy-to-use software interface. The project as a whole has a fairly high technological maturity.

b. The product is mainly sold to enterprises or individuals with network storage needs to obtain sales revenue

.

c. According to the forecast of IResearch, the number of Internet users in 2006 will reach 130 million, and the demand for network storage

is also increasing. On the other hand, the capacity and speed of hardware storage devices are constantly improving, and costs are constantly

decreasing. These all create a good development opportunity for the network U disk market.

d. The project budget is about 320,000. With the company's financial capabilities, technical capabilities and overall integrated marketing capabilities, it is

sufficient to complete the development of the project and bring it to the market.

e. The company sets up a special R&D center to be responsible for product research and development, and independently calculates the expenses of each department, and the

development expenditure is accurately calculated according to the specific development project. The R&D investment of this project is mainly the salary and welfare of the developers.

Expenses such as profit and office expenses can be reliably measured

and independently accounted for in accordance with the company's R&D control system and accounting system .

B, a point confirmed capitalization

after market research and feasibility project pre-feasibility studies, reported by the company approved the project in November 2006 entry

project development started, the project development cycle is November 2006 to July 2007, since 2007

The development costs incurred from January 1st are included in development expenditures in accordance with the new accounting standards and are capitalized. In July 2007, the

project had reached the pre-determined state, and the development expenditure was carried over to intangible assets.

o7

Online customer service system

A. Basis for capitalization confirmation

a. Online customer service system, the server and web end adopt ASP.NET framework and use C# language; the client

end is .NET3.0+wpf framework and use C# language. As online customer service products, the above development models have

reached the leading level in the industry .

b. The target customer of online customer service is an enterprise with e-commerce awareness or an online shopping business of Xiamen Sanwu Internet Technology Co., Ltd. The prospectus financial accounting information and management analysis of

1-283

people, through sales to obtain sales revenue.

c. With the rapid development of the e-commerce market, more and more companies realize the

importance of online customer service tools , hoping to use this tool to convert every website visit into sales. Therefore, the online customer

service market is promising.

d. The project has a budget of about 280,000 yuan. Based on the company's financial capabilities, technical capabilities and overall integrated marketing capabilities,

Enough to complete the development of the project and bring it to the market.

e. The company sets up a special R&D center to be responsible for product research and development, and independently calculates the expenses of each department, and the

development expenditure is accurately calculated according to the specific development project. The R&D investment in this project is mainly the salary, welfare

and office expenses of the developers. According to the company's R&D control system and accounting system, it can be reliably measured

and independently accounted for.

B, a point confirmed capitalization

after market research and feasibility project pre-feasibility studies, reported by the company approved the project in January 2007 term

project development started, the project development cycle is January 2007 to July 2007, since 2007

The development costs incurred from January 1st are included in development expenditures in accordance with the new accounting standards and are capitalized. In July 2007, the

project had reached the pre-determined state, and the development expenditure was carried over to intangible assets.

o8

Website analysis system (LM)

A. Basis for capitalization confirmation

a. The development language used by the website analysis system LM is C language and assembly language, which has a relatively high technical maturity.

b. The product is integrated into the website construction business to enhance the market competitiveness of the company's website construction business.

c. With the improvement of the overall level of network marketing, professional website traffic analysis software is relatively

blank, and the market demand and market potential are huge.

d. The project has a budget of approximately 280,000 yuan. With the company's financial capabilities, technical capabilities and overall integrated marketing capabilities, it is

sufficient to complete the development of the project and bring it to the market.

e. The company sets up a special R&D center to be responsible for product research and development, and independently calculates the expenses of each department, and the

development expenditure is accurately calculated according to the specific development project. The R&D investment in this project is mainly the salary, welfare

and office expenses of the developers. According to the company's R&D control system and accounting system, it can be reliably measured

and independently accounted for.

B, a point confirmed capitalization

after market research and feasibility project pre-feasibility studies, reported by the company approved the project in January 2007 term

project development started, the project development cycle is January 2007 to June 2007, since 2007

The development costs incurred from January 1st are included in development expenditures in accordance with the new accounting standards and are capitalized. In June 2007, the financial accounting information and management analysis

1-284

items in the prospectus of Xiamen Three-Five Internet Technology Co., Ltd. have reached the pre-determined state, and the development expenditure has been carried over to intangible assets.

(5) Analysis of long-term deferred expenses

The company's long-term deferred expenses refer to the expenses that have been paid but the benefit period is more than one year (excluding one year)

. The balance of the company's long-term deferred expenses as of June 30, 2009 was 771,100 yuan, mainly for office

decoration expenses.

(6) Analysis of deferred income tax assets

Unit: ten thousand yuan

June 30, 2009 December 31, 2008

Item

Temporary differences Deferred income tax assets Temporary differences Deferred income tax assets

Asset impairment provision 11.53 1.80 9.10 1.44

Government grants 30.00 4.50 - -

Total 41.53 6.30 9.10 1.44

2008 because some electronic equipment and office equipment are aging and damaged phenomenon asset impairment quasi

prepare 91,000 yuan before tax can not, resulting in less than the book value of fixed assets tax basis The resulting deductible

temporary differences are recognized as deferred income tax assets.

On June 30, 2009, the company's partial accounts receivable depreciation provision was 24,400 yuan, and the government subsidy of

300,000 yuan was the vertical search research and development project subsidy that the company received from the Xiamen Science and Technology Bureau, which will be

carried forward after the project is completed . profit and loss.

Deductible temporary differences caused by asset book value less than the tax base and debt book value greater than the tax base are recognized as deferred income tax assets.

4.

Withdrawal of provision for impairment of major assets As of June 30, 2009, the company had made provision for impairment of assets of RMB 115,300. The reason for the provision was

that a batch of office equipment and electronic equipment in the fixed assets were aged and damaged, as well as part of the application. Receivables are provided

for impairment. In addition, other assets are in good condition, and no impairment provision has been made for other assets.

5. Evaluation of the company's management

during the reporting period on June 30, 2009, the company's current assets reached 38.29% of the total assets, of which

currency funds accounted for 33.70% of the total assets, and the company's assets were relatively liquid; the company's fixed assets accounted for Total assets are

53.47%, of which, houses account for 41.77% of total assets; intangible assets and development expenditure account for 7.56% of total assets.

The new products developed by the company will form a new profit growth point for the company in the future.

(2) Analysis of debt status 1. Analysis

of debt structure During the

reporting period, the company's debt structure is shown in the following chart: Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1-285

Unit: RMB 10,000

| liabilities | 2009 June 30 amount | Percentage | 2008 December 31 amount | Percentage | 2007 December 31 amount | Percentage | 2006 December 31 amount | Percentage |
|---|---|---|---|---|---|---|---|---|
| Current liabilities: | 2,452.50 | 63.54% | 2,281.44 | 49.60% | 4,231.50 | 60.93% | 3,042.94 | 97.78% |
| Short-term loans | 720.00 | 10.37 % | 820.00 | 26.35% | | | | |
| Accounts payable | 8.29 | 0.21% | 5.85 | 0.13% | 450.45 | 6.49% | 64.56 | 2.07% |
| Advance receipts | 1,855.18 | 48.06% | 1,671.92 | 36.35% | 2,180.73 | 31.40% | 1,205.27 | 38.73% |
| Employee compensation payable | 326.45 | 8.46% | 313.08 | 6.81% | 454.03 | 6.54% | 539.55 | 17.34% |
| payable Taxes | 162.21 | 4.20% | 188.43 | 4.10% | 18.42 | 0.27% | 102.00 | 3.28% |
| Other payables | 100.37 | 2.60% | 102.15 | 2.22% | 407.88 | 5.87% | 311.56 | 10.01% |
| Non-current liabilities: | 1,407.27 | 36.46% | 2,318.47 | 50.40% | 2,713.31 | 39.07% | 69.00 | 2.22% |
| Long-term loans | 1,339.58 | 34.71% | 2,278.16 | 49.53% | 2,651.28 | 38.18% | | |
| Special payables | 0.00% | | | | | | | |
| deferred income tax Liabilities | 37.68 | 0.98% | 40.31 | 0.88% | 62.03 | 0.89% | | |
| Other non-current liabilities | 30.00 | 0.78% | 69.00 | 2.22% | | | | |
| Total liabilities | 3,859.77 | 100.00% | 4,599.91 | 100.00% | 6,944.81 | 100.00% | 3,111.94 | 100.00% |

At the end of 2006, the total liabilities of the company were RMB 311.194 million. annual growth of

3,832.87 million, an increase of 123.17%, the main growth factors in current liabilities accounts payable and advances

receivable increased due to the acquisition of the office building and the increase of non-current liabilities and long-term borrowings; the end of 2008 the total debt

amount reduced to 4,599.91 ten thousand yuan , A decrease of 33.76% from the end of 2007. The main factors for the decrease were

short-term loans, accounts payable and advance receipts in current liabilities. In addition, the company repaid

part of its long-term loans in 2008 , which also reduced its liabilities at the end of 2008. lump sum. The

decrease in total liabilities as of June 30, 2009 compared with the end of 2008 was mainly due to the repayment of part of the long-term loans.

From the ratio of current liabilities and non-current liabilities, in 2006 to 2008 the company's non-current liabilities accounted for

total liabilities ratio increased year by year in the reporting period, the reason the one hand, the company in 2007 due to the purchase of

office buildings increased the long-term Borrowing; on the other hand, it is due to the increase in deferred income tax

due to the capitalization of development expenditure . As of June 30, 2009, the company's current liabilities and non-current liabilities accounted

for 63.54% and 36.46% of total liabilities, respectively, and the debt structure was in a relatively reasonable state.

2. Analysis of current liabilities During the

reporting period, the company's current liabilities structure is shown in the following chart:

Unit: RMB 10,000

June 30, 2009 December 31, 2008 December 31, 2007 December 31, 2006 Ratio of

debt
amount Amount ratio Amount ratio Amount ratio

Short-term loans 720.00 17.02% 820.00 26.95%

Accounts payable 8.29 0.34% 5.85 0.26% 450.45 10.65% 64.56 2.12%

Advance receipts 1,855.18 75.64% 1,671.92 73.28% 2,180.73 51.54% 1,205.27 39.61% Xiamen Sanwu Internet Technology Co., Ltd. Company prospectus financial accounting information and management analysis

1-286

payable employee compensation 326.45 13.31% 313.08 13.72% 454.03 10.73% 539.55 17.73%

Taxes payable 162.21 6.61% 188.43 8.26% 18.42 0.44% 102.00 3.35%

Other payables 100.37 4.09% 102.15 4.48% 407.88 9.64% 311.56 10.24%

Current liabilities: 2,452.50 100.00% 2,281.44 100.00% 4,231.50 100.00% 3,042.94 100.00%

Current liabilities of the company It consists of short-term loans, accounts payable, advance

receipts, employee salaries payable and other payables that are closely related to the main business operations . During the reporting period, advance payments and compensation payable to employees

in large proportion, as of June 30, 2009, the Company has short-term loans repaid, pre-payment

terms and remuneration payable to employees of the company's current liabilities ratio were 75.64% and 13.31 %.

(1) Short-term borrowings analysis

Since 2006, the company is due to expanding business growth needs to begin short-term financing from banks, in 2006

and 2007, the balance of short-term borrowings were 8.2 million yuan and 720 million yuan, the smaller scale of borrowing; 2008

year , Due to the company's good operating cash liquidity, the short-term borrowings have been paid off.

(2) Advances from customers analyze

the company's corporate email, online domain name and Web site building services are sold pre-payment, that is, customers pre-pay

models, the company after receipt of the money needed to provide a product or subscribe to a service according to the customer, without delivery capacity

product Previously, all payments were received in advance. As of June 30, 2009, the balance of the company's advance receipts

It is 18,551,800 yuan, and the aging is all within one year.

The balance of the company's advance receipts during the reporting period has shown an increasing trend year by year as the company's business scale expands. Among them, the

balance of advance receipts in 2007 compared with the balance of advance receipts at the end of 2006 increased substantially because the

company carried out an end-of-year event at the end of 2007. Due to large-scale promotional activities. The balance at the end of 2008

decreased by RMB 5.0881 million compared with the end of 2007. The main reason was that

due to the impact of the international financial crisis in 2008, customers ' willingness to reserve funds at the end of the year decreased, which resulted in a decrease in the company's balance of advance receipts.

As of June 30, 2009, the balance of advance receipts from the related party Fujian Zhongjin Online Network

Co., Ltd. was RMB 44,905.58, accounting for 0.24% of the advance receipts at the end of the period.

(3) Analysis of employee salaries payable

Unit: 10,000 yuan

Project

June 30, 2009 Ratio

December 31, 2008

Salary, bonuses, allowances and subsidies 289.82 88.78% 280.70 89.65%

Employee benefits -----

Social insurance premium 5.04 1.54% 5.79 1.85%

Housing Provident Fund 8.46 2.59% 3.46 1.11% Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1-287

Labor Union Expenses and Staff Education Expenses 23.13 7.09% 23.13 7.39%

Total 326.45 313.08 100.00% 100.00%

Ending Accrued payroll mainly consists of accrued payroll bonuses, allowances and subsidies, welfare, social

insurance, labor union funds, housing provident fund and employee education expenses constituted, mainly accrued payroll, award

gold, Allowances and subsidies, labor union funds, and employee education funds accounted for

88.78% and 7.09% of the total employee compensation payable at the end of the period, respectively .

(4) Other payables

as of June 30, 2009, the company's other payables amounted to 1.0037 million yuan, of which large amount of

other payables Xiamen superb Decoration Engineering Co. 104,000 yuan renovation project balance due, payable Sha

Men The telecommunications and telephone charges were 134,700 yuan, the property management fees payable were 165,800 yuan, and the legal consultant fees were 10

million yuan.

As of June 30, 2009, among the balance of other payables, the rental

deposit payable to the related party Xiamen Zhongke Venture Capital was RMB 2,000.00, accounting for 0.20% of the balance of other payables at the end of the period.

(5) Analysis of accounts payable

At the end of 2006, 2007, 2008 and June 2009, the company's accounts payable balances

were 645,600 yuan, 4.545 million yuan, 58,500 yuan and 82,900 yuan, respectively, accounting for

2.12 yuan in current liabilities. %, 10.65%, 0.26% and 0.34%. The balance of accounts payable in 2007 was relatively large, mainly due to domain

name management fees. The balance of accounts payable at the end of June 2009 was 82,900 yuan, mainly due to ICANN domain names

management fee. There is no amount due to shareholders who hold 5% (including 5%) or more of the voting rights of the company in the company's balance at the end of the reporting period

; there is also no accounts payable by related parties.

(6) Taxes payable analysis

at the end of 2006, the end of 2007, the end of 2008 and the end of June 2009, the balance of tax payable by the company points

respectively to 1.02 million yuan, 184,200 yuan, 1.8843 million yuan and 1.6221 million yuan, both the current period

Various taxes and fees related to the company's normal business activities that should be paid in the next year.

3, non-current liabilities analysis of

the reporting period, the company's non-current liabilities structure as shown in the following chart:

Unit: million

June 30, 2009 2008 December 31, 2007 December 31, 2006 December 31

liabilities

Amount ratio Amount ratio Amount ratio Amount ratio

Long-term borrowings 1,339.58 95.19% 2,278.16 98.26% 2,651.28 97.71% Special accounts

payable          Xiamen Three Five Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1 -288

Deferred income tax liabilities 37.68 2.68% 40.31 1.74% 62.03 2.29% Other

non-current liabilities 30.00 2.13%      69.00 100.00%

Non-current liabilities: 1,407.27 100.00% 2,318.47 100.00% 2,713.31 100.00% 69.00 100.00%

At the end of 2006, the company's non-current liabilities were other non-current liabilities. 690,000 yuan were all funded by the Science and Technology

Bureau of Xiamen City . In 2007, long-term borrowings were increased due to the purchase of office buildings. At the end of 2008 and at the end of

June 2009, the composition of non-current liabilities was also mainly long-term borrowings. In addition, in 2007, 2008, and the

end of June 2009, there were capitalization of development costs. Taxable temporary differences are recognized as deferred

income tax liabilities.

4. Evaluation of the

company 's management on the company's liability structure. The company's management believes that the company's liability structure is compatible with the company's production and operation conditions, and matches the asset structure

status, and the liability structure is more reasonable.

(3) Analysis of changes in shareholders' equity

June 30, 2009 December 31, 2008 December 31, 2007 December 31, 2006 Amount of

owners' equity
(ten thousand yuan) Amount (ten thousand yuan) Amount (ten thousand yuan) Amount (10,000 yuan)

Share capital (paid-in capital) 4,000.00 4,000.00 4,000.00 1,000.00

Capital reserve 359.49 359.49 329.49-

Surplus reserve 338.30 338.30 119.72 4.46

Undistributed profit 3,679.50 3,148.78 536.11 -405.58

Foreign currency statement translation difference

-----Total owner's equity attributable to the parent company 8,377.29 7,846.57 4,985.32 598.89

Minority shareholders' equity----136.83

Total owner's equity 8,377.29 7,846.57 4,985.32 462.05 The

company's shareholders' equity at the end of 2007 increased significantly compared with the end of 2006. This was

caused by the introduction of financial investors to increase capital and the company's 2007 profit. The

company's shareholders' equity continued to increase at the end of 2007, 2008, and at the end of June 2009 due to the cumulative increase in the company's earnings transferred to undistributed profits.

(IV) Solvency analysis

1. Solvency indicators

Item 2009-6-30 2008-12-31 2007-12-31 2006-12-31

Asset-liability ratio (parent company) 19.73% 17.62% 28.38% 53.78%

assets Debt ratio (consolidated) 31.54% 36.96% 58.21% 87.07% Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1-289

Current Ratio (times) 1.91 2.24 1.19 0.85

Quick Ratio (times) 1.91 2.24 1.19 0.85

Profit before interest, tax, depreciation and amortization

(10,000 yuan) 2,146.52 3,873.01 3,267.53 1,218.91

Interest protection multiples (times) 112.44 25.46 19.88 51.83

From the end of 2006 to the end of June 2009, the company's asset-liability ratio (parent company) was 53.78%,

28.38%, 17.62%, and 19.73% respectively, showing an overall downward trend and is now at a relatively low level. . Since 2007 the public

debt ratio Division drastic decline was primarily due to the capital increase in 2007 and the introduction of financial investment

by, and enhance the company's profitability led to increased undistributed profits, making the company the owner's equity large-scale

growth, asset-liability ratio The relative decline in the level; in 2008, the company's undistributed profits increased and short-term

borrowings were repaid , which further reduced the company's debt-to-asset ratio.

During the reporting period, the company's current ratio and quick ratio were maintained at a relatively high level, and it had good short-term debt repayment

capabilities. In the past three years, the company's profit before interest, tax, depreciation and amortization has continued to rise sharply, and the company's interest protection multiple has been

maintained at a relatively high level. At the end of June 2009 and 2008, the company's interest protection multiples were 112.44

and 25.46, respectively , reflecting the company's Very strong solvency. In addition, from the structure of the company's current assets, the

company has a large proportion of cash, which provides a reliable guarantee for the repayment of the company's short-term debt. From the perspective

of the structure of current liabilities, most of the current liabilities are receipts in advance, which will not create liability pressure on the company.

The company's management believes that the company's current asset-liability structure is reasonable and has strong solvency.

2. Comparison of cash flow from operating activities and liabilities

Item June 30, 2009 December 31, 2008 December 31, 2007 December 31, 2006

Net cash flow from operating activities (RMB 10,000) 2,249.63 2,159.49 4,547.54 857.33

Current liabilities (RMB 10,000) 2,452.50 2,281.44 4,231.50 3,042.94

Cash current debt ratio (times) 0.92 0.95 1.07 0.28

As of June 30, 2009, the company generated from operating activities The ratio

of net cash flow to current liabilities is 0.92, and the company has the ability to repay debts through normal operations.

3. Analysis of other factors of solvency The

company's bank credit status is good. All bank loans and bank bills are repaid on time without any bad

records. The company has no contingent liabilities, off-balance sheet financing and other matters that affect its solvency.

The management believes that the company's asset-liability level is suitable for the company's industry characteristics, and the current ratio and quick ratio

are at a relatively safe level; the profit before interest, tax, depreciation and amortization has increased significantly with the growth of the company's sales scale. Limited company prospectus financial accounting information and management analysis

1-290

company debt repayment provides sufficient income guarantee; the net cash flow and net profit generated by operating activities have

also grown rapidly with the company's business growth, and the cash flow generated by the company's operating activities The ratio of net amount to current liabilities and the ratio of

net cash flow from operating activities to net profit are at a relatively safe level, and there are no

other factors that affect the solvency. Therefore, from the perspective of various indicators, the company's debt solvency is relatively strong and the payment risk is relatively small.

(5) Analysis of asset turnover capacity

The company's account receivable turnover rate, current asset turnover rate and total asset turnover rate during the reporting period are as follows:

Financial indicators 2009-June 2008, 2007 2006,

account receivable turnover rate 76.65 155.83 336.35 153.03

inventory turnover rate- - - -

current asset 1.18 2.28 2.56 3.80

total 0.47 0.95 1.26 turnover 2.57

company because less amount of accounts receivable, accounts receivable single occurrence of a small amount of the finger will

mark a relatively large The turnover rate of accounts receivable was at a relatively good level during the reporting period. The

turnover rate of the company's current assets has been basically stable in the past three years . The total asset turnover rate decreased from 2.57 in 2006 to

0.95 in 2008 , mainly due to the substantial increase in total assets caused by the company's acquisition and construction of fixed assets in 2007.

The management of the company believes that: from the perspective of asset turnover ability index analysis, the overall asset operation

efficiency of the company's assets is very high, indicating that the company has good management capabilities.

(VI) Analysis of the

company 's transactional financial assets During the reporting period, the company did not have transactional financial assets, financial assets available for sale, loans to others,

or entrusted financial management.

13. Profitability analysis During the

reporting period, the company's operating performance grew rapidly. Operating income increased from RMB 80,012.3 in 2006 to RMB 115,599,500 in

2008, an increase of 44.48%. With the rapid growth of operating income, the company's

The profitability was further enhanced. Net profit increased from RMB 8,011,100 in 2006 to RMB 28,325,300 in 2008, an

increase of 253.42%, which exceeded the growth rate of operating income. The

operating results of the past three years and the first phase are as follows:

Unit: 10,000 yuan

Project January-June 2009, 2008 2007, 2006

Operating income 5,778.76 11,559.95 9,761.82 8,001.23

Operating profit 1,807.41 3,094.18 2,732.99 923.98 Shares of Xiamen Sanwu Internet Technology Co., Ltd. Brochure Financial Accounting Information and Management Analysis

1-291

Total Profit 1,824.08 3,174.34 2,820.09 870.66

Net Profit 1,530.72 2,831.25 2,602.52 801.11

0.00

2,000.00

4,000.00

6,000.00

8,000.00

10,000.00

12,000.00

2006, 2007, 2008, the

company's operating performance trend chart for the past three years, operating

income,

operating

profit, total profit

Net profit

(1) The composition of the company's operating income and its changing trend

1. The composition of operating income The composition of the

company's operating income during the reporting period is as follows:

Unit: 10,000 yuan

from January to June 2009, 2008, 2007, 2006,

category

income ratio, income ratio, income ratio the proportion of

main business income 11,378.72 5,690.32 98.47% 99.00% 98.43% 9,663.81 7,902.20 98.76%

other operating income 88.44 98.01 1.53% 181.23 1.57% 1.24% 1.00% 99.03

total 5,778.76 11,559.95 100.00% 100.00% 100.00% 8,001.23 9,761.82 100.00%

of operating income from the main The composition of operating income and other business income, of which the main business income accounted for

more than 98% during the reporting period.

2. The composition of operating income by product is as follows.

Unit: 10,000 yuan

from January to June 2009, 2008, 2007, 2006

Major products

Operating income ratio Operating income ratio Operating income ratio Operating income ratio

Business mailbox 2,728.48 47.22% 5,068.75 43.85% 4,033.88 41.32% 2,271.16 28.39%

Network domain name 1,562.81 27.04% 3,651.82 31.59% 3,778.83 38.71% 3,879.38 48.48%

Website construction 1,324.98 22.93% 2,499.86 21.63% 1,595.09 16.34% 1,428.77 17.86% Xiamen Three Five Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1-292

Others 162.49 2.81% 339.52 2.94% 354.03 3.63% 421.93 5.27%

total 5,778.76 100.00% 11,559.95 100.00% 9,761.82 100.00% 8,001.23 100.00%

(1) operating income reasons for the change

in operating income mainly include: E-mail business income, domain name business revenue, site revenue

and Other operating income. The company's operating income has maintained rapid growth in the past three years. The

reasons for the increase in operating income in the past three years are as follows:

1) Analysis of the company's operating income growth in

2007. The company's operating income in 2007 increased by RMB 17,605,900 compared with 2006, an increase of 22.00%. The main

reasons for the growth are as follows:


① The corporate mailbox business increased from RMB 22,711,600 in 2006 to

RMB 40,338,800 in 2007

, an increase of 77.61%. The main reason for the increase is that as the domestic mailbox market gradually matures, the company has

increased The marketing and sales efforts of enterprise mailboxes, especially the construction and sales of direct sales teams have been increased.

In terms of sales force, the number of corporate users of the company's corporate mailbox business increased from 56,200 at the end of 2006 to 65,900

at the end of 2007, and the number of corporate users increased by 17.26%.


②In 2007, the revenue of Internet domain names decreased by RMB 1,005,500

compared with 2006, a decrease of

2.59%. Although the number of the company's domain names has increased, due to the promotion of the 1 yuan CN domain name since March 2007

and the decline in the domain name price, related revenues have slightly decreased. As

the basic business of network application services , the network domain name business has maintained a stable business scale in each year.

③The revenue from website construction increased slightly compared with

2006, the growth rate was 11.64%. The main reason is that the

company expanded the scale and intensity of direct sales, which increased the company's website construction revenue accordingly.

④Other businesses mainly include website promotion business, OA, network U

disk, database and other businesses. In 2007, it

decreased by RMB 679,000 compared with 2006, which was mainly due to the decrease in website promotion business.

2) Analysis of the company's operating income growth in

2008 In 2008, the company's operating income increased by 17.981 million yuan compared with 2007, an increase of 18.42%. The

main reasons for the company's operating income growth in 2008 were:

①Corporate mailbox income increased from 40,338,800 yuan in 2007 to In

2008, it was 50.6875 million

yuan, an increase of 25.65%. With the continuous expansion of the company's business scale, the company has increased the construction

of its marketing and service network . In 2008, four new subsidiaries in Suzhou, Qingdao, Tianjin, and Beijing, as well as Hangzhou, were established.

State branch. The gradual improvement of the marketing service network has greatly promoted the company's business expansion.

②The sales of Internet domain name business in 2008 were RMB 36,518,200,

which was a slight

decrease compared with 2007, with a decrease rate of 3.36%. The main reason for the decrease was still the decrease in the sales price of domain names. In view of the fact that Internet

domain names belong to the basic business of the Internet industry, and the gross profit margin of this business is relatively low compared with other businesses, the company's Xiamen Sanwu Internet Technology Co., Ltd.

prospectus financial accounting information and management analysis

1-293

gradually slowed down in 2008 The strength of the development of the Internet domain name business.

@The 2008 annual sales of website construction business was RMB

24,998,600, an increase of

RMB 9,047,700 over 2007 , an increase of 56.72%. With the continuous deepening of the informatization process of domestic enterprises, more

enterprises have demanded website construction services. Therefore, the company's website construction revenue has increased significantly.

The company is planning to upgrade the research and development of enterprise mailbox products, accelerate the development of enterprise

management application software required for the informatization of small and medium-sized enterprises , improve the product line, and form a one-stop package of

software applications and services for the informatization of small and medium-sized enterprises in China , and enhance technical support And the marketing service network, increase advertising delivery methods and delivery volume,

so that the company's business continues to maintain rapid growth.

3) Analysis of the

company's operating income from January to June 2009. The company's operating income is seasonal. Due to the impact of the Spring Festival, the company's revenue in the first half of the year will be less than that in the second half of the year

. Taking into account the seasonality of revenue, the company's business in 2009 will continue to maintain Stable development momentum.

(2) Analysis of operating costs and their changing trends

The operating costs of the company during the reporting period are as follows:

Unit: 10,000 yuan

Project January-June 2009, 2008 2007

Main business cost 1,317.53 2,864.83 2,613.91 2,988.64

Other business cost 61.76 161.73 83.46 58.97

Total operating cost 1,379.28 3,026.56 2,697.37 3,047.61

Main business The business cost is classified by product as follows:

Unit: 10,000 yuan

Product 2009 1-6 2008 2007 2006

Category Operating cost ratio Operating cost ratio Operating cost ratio Operating cost ratio

Enterprise mailbox 225.45 16.35% 300.08 9.91% 280.49 10.40% 251.29 8.25 %

Internet domain name 967.72 70.16% 2,201.45 72.74% 1,893.70 70.21% 2,401.68 78.81%

Website construction 133.53 9.68% 292.89 9.68% 191.17 7.09% 128.87 4.23%

Others 52.59 3.81% 232.14 7.67% 332.00 12.31% 265.77 8.72%

Total 1,379,026.37 100.00% 3,379. 100.00% 3,047.61 100.00%

The company's operating costs mainly include server depreciation, IDC costs, and domain name purchase costs. Among them,

the operating costs of corporate mailbox services are mainly server depreciation and IDC costs; the operating costs of network domain name services are

mainly domain name procurement costs; the cost of website construction is mainly server depreciation and IDC costs. From the perspective

of the correlation between cost and revenue, in addition to the business cost of the Internet domain name will increase with the growth of the business volume, there will be a corresponding increase in the financial accounting information and management analysis

1-294

of the prospectus of Xiamen Sanwu Internet Technology Co., Ltd. And the cost of the website construction business is relatively fixed, and its operating

cost does not change much when there is a large-scale increase in business volume .

The company's operating costs were RMB 30,476,100,

RMB 26,973,700 and RMB 30,265,600 in 2006, 2007, and 2008, respectively. In 2007, it decreased by RMB 3.5024 million compared with 2006. In 2008, it

increased by RMB 3.2919 million compared with 2007.

Operating income for 2007 compared to 2006 growth of 22.00%, while operating costs in 2007

decreased 11.49% compared to fiscal 2006, the main factor is the substantial increase in revenue to E-mail

and Internet domain name Operating costs decreased compared to fiscal 2006 5079800 yuan. Internet domain name business mainly includes

domain name registration, domain name trading, and domain name parking services. Compared with 2006

, CNNIC promoted 1 yuan domain name promotion activities in 2007, and the cost of domestic domain names dropped significantly; while the company 2007

While the annual corporate mailbox business revenue increased by 77.33% (17.6272 million yuan) compared with that in 2006, its

operating cost only increased by 11.62% (292,000 yuan); the increase in corporate mailbox operating costs was much

smaller than the decline in the operating costs of network domain names Therefore,

while operating income increased in 2007 compared to 2006 , operating costs decreased.

The operating income in 2008 increased by 18.42% compared with that in 2007, and the operating cost increased by

12.20% compared with that in 2007 . From a business point of view classification, the main items of business cost growth is the network domain name business, the business

business fell by 3.36% in 2008 revenue, but costs increased by 16.25%, mainly due to: First

is because since October 2007 International The purchase price of domain names increased by 7%-10%, and the

business cost of domain name registration increased. On the other hand, due to the higher gross profit margin, the revenue of domain name parking in 2008

decreased by RMB 2,237,800 compared with 2007, which also affected Internet domain names. The increase in overall operating costs. The

increase in operating costs of the corporate mailbox business and website construction business was in line with the increase in revenue, increasing by

RMB 195,900 and RMB 1,117,200 respectively over the previous year .

(3) Product and service gross profit and gross profit analysis

1. Comprehensive gross profit analysis The

comprehensive gross profit and gross profit margin of the company's business operations during the reporting period are as follows:

Unit: 10,000 yuan

Project January-June 2009, 2008, 2007, 2006

Operating income 5,778.76 11,559.95 9,761.82 8,001.23

Operating costs 1,379.28 3,026.56 2,697.37 3,047.61

consolidated gross 4,399.48 8,533.39 7,064.45 4,953.62

consolidated gross profit margin 76.13% 73.82% 72.37% 61.91% Technology Co., Ltd. Xiamen three to five interconnected prospectus financial accounting and management information analysis

1-295

near Three-year revenue, gross profit, and gross profit trend graph

–

2,000.00

4,000.00

6,000.00

8,000.00

10,000.00

12,000.00

14,000.00

2006, 2007, 2008

0.00%

10.00%

20.00%

30.00%

40.00%

50.00%

60.00%

70.00%

80.00%

operating income

consolidated gross profit

consolidated gross profit margin

In the report period, the company's consolidated gross profit margin increased rapidly, mainly due to growth: Company business

industry costs in addition to the domain name business, cost of sales of other products mainly by IDC and server depreciation costs set

to, and the cost of the class Relatively fixed and relatively small, when revenue grows rapidly,

the growth rate of server and IDC costs will be much lower than that of revenue.

2. Analysis of gross profit of operating business by product classification

2009-June-2008-2007 2006

Major products

Gross profit ratio Gross profit ratio Gross profit ratio Gross profit ratio Gross profit ratio

Enterprise mailbox 91.74% 56.89% 94.08% 55.88% 93.05% 53.13 % 88.94% 40.78%

Internet domain name 38.08% 13.53% 39.72% 17.00% 49.89% 26.68% 38.09% 29.83%

Website construction 89.92% 27.08% 88.28% 25.86% 88.01% 19.87% 90.98% 26.24%

Other 67.63% 2.50% 31.63% 1.26% 6.22% 0.31% 37.01% 3.15%

Total 76.13% 100.00% 73.82% 100.00% 72.37% 100.00% 61.91% 100.00%

Unit: 10,000 yuan

January to June 2009, 2008, 2007, 2006

Main products

Gross profit ratio Gross profit ratio Gross profit ratio Gross profit ratio

Corporate email 2,503.03 56.89% 4,768.67 55.88% 3,753.39 53.13% 2,019.87 40.78%

Internet domain name 595.09 13.53% 1,450.37 17.00% 1,885.13 26.68% 1,477.70 29.83%

Website construction 1,191.46 27.08% 1,206.91 25.86%

Others 109.90 2.50% 107.37 1.26% 22.02 0.31% 156.16 3.15%

Total 4,399.48 100.00% 8,533.39 100.00% 7,064.45 100.00% 4,953.62 100.00%

As a company with a new economic model, the company's comprehensive gross profit margin for its business operations during the reporting period showed a higher than Xiamen's three-five The financial and accounting information and management analysis of Internet Technology Co., Ltd. prospectus is at a
high level of

1-296
, and it has increased from 61.91% in 2006 to 76.13% in January-June 2009. In terms of business

categories, corporate mailboxes have the highest gross profit margin, followed by website construction. The gross profit

rate of Internet domain names and other businesses is relatively low.

During the reporting period, the company's operating gross profit mainly came from corporate mailboxes, network domain names and website construction businesses. Among them

, corporate mailboxes contribute the highest percentage of gross profit, which is increasing year by year. 2006, 2007, 2008 and 2009

From January to June, the corporate mailbox business contributed gross profit of RMB 20,198,700,

RMB 37,533,900, RMB 47,686,700 and RMB 25,030,300 respectively. The contribution of website construction to gross profit during the reporting period also showed an upward trend. In 2006,

2007, 2008, and January-June 2009, gross profit was RMB 129.99

million, RMB 14,039,100, RMB 22,069,700 and RMB 11.1146 million, respectively. The proportion of gross profit contributed by Internet domain names has been declining year by year

.

The company's operating profit mainly comes from the corporate mailbox business. The gross profit margin contribution of corporate mailboxes accounted

for 40.78%, 53.13%

, 55.88% and 56.89% in 2006, 2007, 2008 and January-June 2009, respectively , showing an upward trend. The gross profit rate of corporate mailboxes has also been increasing.

The gross profit margins in the past three years have been 88.94%, 93.05% and 94.08% respectively. The continuous increase in gross profit margin is mainly due to

the continuous expansion of the company's business scale and the rapid growth of corporate mailbox revenue year by year. However,

the growth of server depreciation and IDC costs , which constitute the operating cost of corporate mailboxes , has been relatively slow.

The proportion of Internet domain names in the company's overall gross profit contribution showed a downward trend during the reporting period, and the proportion of gross profit in the

reporting period was 29.83%, 26.68%, 17.00% and 13.53%, respectively. Domain names are agency products and face

fierce market competition. Therefore, the company adopted the strategy of not pursuing sales but preserving gross profit.

The gross profit margins of online domain names during the reporting period were 38.09%, 49.89%, 39.72% and 38.08%, respectively. Of which 2007

The high level of annual gross profit margin was mainly due to the fact that the revenue from parking domain names with higher gross profit margin during the year was significantly greater than that in

2006 and 2008, which increased the overall gross profit margin of Internet domain names in 2007.

The

gross profit contribution of website construction in 2006, 2007, 2008 and January-June 2009 accounted for 26.24%, 19.87%, 25.86% and 27.08%, respectively, and the gross profit margin was 90.98%,

88.01%, 88.28%, respectively And 89.92%. The company's website construction business includes web design and hosting business.

For customers with website construction needs, on the one hand, web design is needed to enhance the corporate image, and on the other

hand, a host is also needed to provide space for storage and access. During the reporting period the company's construction business in government, business

development business units, colleges, business, media and other industry users in many typical large customers, such as: Meng

Niu, cultural exchanges Ltd. on the Hai Weibo, Tetra Pak China Co., Ltd. and Casio (Shanghai) Trading Co., Ltd.,

etc.

During the reporting period, other businesses accounted for a relatively small proportion of the company's overall main business gross profit, namely 3.15%,

0.31%, 1.26% and 2.50%. Other businesses mainly included website promotion, OA, instant messaging,

gateways, databases, etc. Business, as the company gradually matures in the research and development of new products such as OA and instant language and the market

demand continues to increase, the company's other business income will continue to grow in the future. Xiamen Three-Five Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1-297

From January to June 2009, the company's various businesses continued to maintain a momentum of stable development. Among them, the company's new products

Pin OA has started to market and has realized revenue of RMB 396,500. OA's gross profit margin is as high as 98.09%. It

will become one of the company's main products in the future, which will further improve the company's performance.

3. Analysis of the main factors affecting the continuity and stability of the company's profitability. The

company seized the opportunity of the information revolution of China's SMEs and provided software applications and services in the SaaS model, with

steady growth in performance. First, the company's revenue comes from tens of thousands of SME customers, and there is no

serious dependence on individual customers; second, customers need to continue to pay for the products and services they purchase.

Therefore, the main factors affecting the continuity and stability of the company's future profitability are the renewal and digging of old customers

, the growth of new customers, and the company's ability to control the growth of costs and expenses.

(1) Renewal of old customers and sales of new products: The company's customer renewal rate has been maintained at a high

level in the past three years , showing that the quality of the company's products and services has been recognized by customers. The company will continue to improve service

quality to further improve and increase the level of customer renewal, and while stabilizing the customer base, it will continue to launch new

products to achieve deep excavation of old customers, so as to increase customer loyalty and individual customer's revenue contribution to the company.

The renewal of old customers and the joint sales of new products are the basis for ensuring the continuity and stability of the company's profitability.

(2) The growth of new customers: At present, the domestic small and medium-sized enterprises informatization market has huge space. The company strengthens

brand building, intensifies the research and development of new functions and new products, improves and perfects the technical support and marketing service

network, and enhances marketing and promotion. Marketing ability, in the fast-growing SaaS market in China, at a faster rate

To develop new customers, stabilize and enhance the company's market leadership in this field.

(3) The company's ability to control the growth of costs and expenses: The company's main business costs are mainly server

depreciation and IDC expenses, and these relatively fixed expenses will grow lower than the

income growth ratio as the business grows. With the increase in the company's market procurement, the company's centralized procurement and technological

innovation and research and development can increase the space utilization rate and reduce the use cost of a single user. Therefore, the company has the ability

to control the increase in main business costs.

The company's period expenses are mainly labor expenses, telephone expenses and marketing expenses. From the

perspective of the department attributable to the expenses , marketing expenses and R&D expenses account for a relatively large proportion. As a high -tech R&D and marketing

company, the company has professional technical R&D talents. Marketing talents are the company's most precious resources. The company must establish a scientific and

reasonable salary and welfare system and training system to attract, retain and cultivate talents. Therefore, the company

with the rapid growth in business scale, the company's labor costs will rise fast, but the company plans to improve within the

department workflow, the use of information management tools and techniques, intensive training, improve work efficiency, the company can have

force during Reasonable cost control.

(4) Analysis of changes in expenses during the period. Analysis of financial accounting information and management in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-298

2009 January-June 2008 2007 2006

Project amount

(10,000 yuan)

ratio

(%)

Amount

(RMB 10,000)

Ratio

(%)

Amount

(RMB 10,000)

Ratio

(%)

Amount

(RMB 10,000)

Ratio

(%)

Sales expenses 1,785.01 30.89% 3,433.88 29.70% 2,636.08 27.00% 2,312.94 28.91%

Administrative expenses 537.95 9.31% 1,354.52 11.72% 1,238.42 12.69% 1,436.68 17.96%

Financial expenses 46.60 0.81% 146.49 1.27% 135.38 1.39% 30.63 0.38%

Total 2,369.56 41.00% 4,934.89 42.69% 4,009.88 41.08% 3,780.25 47.25%

Note: The "proportion" in the above table refers to the proportion of various expenses to operating income .

In 2006, 2007, 2008 and January-June 2009, the company's period expenses accounted

for 47.25%, 41.08%, 42.69% and 41% of operating income, respectively. Sales expenses accounted for the largest proportion and were

basically in the reporting period. Maintaining stability, the amount of administrative expenses incurred in 2007 and 2008 decreased slightly, and financial expenses

increased in 2007 and 2008 due to the company's long-term borrowing in 2007.

Management believes that the company's expenses during the reporting period, good control overall, although each of the three charges

varying degrees of change, but total expenses accounted for operating income basically stable, the public will not

sustainable profitability Division have a huge impact.

The specific items of the company's period expenses during the reporting period and the reasons for the changes are explained as follows:

1. Sales expenses During the

reporting period, along with the gradual increase in the company's sales revenue, sales expenses also showed an upward trend. In 2006

, 2007, 2008 and January-June 2009, the company's sales expenses were RMB

23,129,400, RMB 26,360,800, RMB 34,338,800, and RMB 17,850,100, accounting for

28.91%, 27%, and 29.70 of operating income, respectively . % And 30.89%.

Sales expenses for 2007 increased from RMB 23,129,400 in 2006 to RMB 26,360,800, an increase

of RMB 3.2314 million, a growth rate of 13.97%, which was basically the same as the company's business growth, and the sales expense ratio

remained basically stable.

Sales expenses in 2008 increased by RMB 7.9779 million compared with 2007, an increase of 30.26%, mainly

due to the increase in the company's direct sales team building, and the increase in the salaries, allowances and related expenses of direct sales personnel.

The breakdown of sales expenses during the reporting period is shown in the following table:

Unit: 10,000 yuan

from January to June 2009, 2008, 2007, and 2006

projects

Amount ratio Amount ratio Amount ratio Amount ratio

Salary and allowance 1,236.67 69.28% 2,095.08 61.01% 1,647.61 62.50% 1,251.65 54.12%

Advertising expenses 17.25 0.97% 355.83 10.36% 305.37 11.58% 170.69 7.38% Xiamen Three Five Internet Technology Co., Ltd. Prospectus Financial Accounting Information Analyze

1-299

telephone charges with management 133.36 7.47% 242.03 7.05% 193.31 7.33% 160.64 6.95%

Social security 116.34 6.52% 157.03 4.57% 79.81 3.03% 34.84 1.51%

Rent 131.86 7.39% 136.87 3.99% 73.12 2.77% 120.70 5.22%

Promotion fee 2.20 0.12% 16.16 0.47% 63.56 2.41% 134.93 5.83%

Depreciation 58.29 3.27% 116.91 3.40% 67.16 2.55% 92.79 4.01%

Office expenses 12.74 0.71% 25.93 0.76% 32.58 1.24% 38.09 1.65%

Vehicle and vessel usage fees 1.76 0.10% 1.89 0.06% 0.07 0.00%-0.00%

Postage fee 6.51 0.36% 15.55 0.45% 16.90 0.64% 62.12 2.69%

Water and electricity expenses 13.42 0.75% 18.30 0.53% 18.34 0.70% 38.76 1.68%

Low-value consumables 5.88 0.33% 19.74 0.57% 10.18 0.39% 2.55 0.11%

Travel expenses 8.46 0.47% 29.29 0.85% 7.71 0.29% 25.99 1.12%

Transportation expenses 6.40 0.36% 25.97 0.76% 6.92 0.26% 5.70 0.25%

Recruitment fee 3.13 0.18% 11.95 0.35% 6.07 0.23% 2.72 0.12%

Property management fee and others 6.83 0.38% 38.42 1.12% 42.21 1.60% 8.12 0.35%

Office decoration fee 7.90 0.44% 13.48 0.39% 4.95 0.19 % 3.06 0.13%

Other 16.02 0.90% 113.45 3.30% 60.23 2.28% 159.58 6.90%

Total 1,785.01 100.00% 3,433.88 100.00% 2,636.08 100.00% 2,312.94 100.00%

2. Management expenses

2006, 2007, 2008 and January-June 2009 company The administrative expenses were

RMB 14,366,800, RMB 12,384,200, RMB 13,545,200, and RMB 5.3795 million, accounting

for 17.96%, 12.69%, 11.72%, and 9.31% of operating income , respectively.

2007 annual management fees 1.9826 million yuan lower than in 2006, mainly due to: the 2006

administrative expenses included in the online game business cost 2.314 million yuan (the part of the R & D expenses reflected in the pipe

management costs of salaries and allowances, social security , Technology research and development, etc.), and this part of the business

does not have much relationship with the main business of the listing. The company divested its online game business in February 2007,

resulting in a decrease in management expenses in 2007 compared to 2006; if deducted As a result of this factor, the

administrative expenses in 2007 increased slightly compared with that in 2006.

The administrative expenses in 2008 increased by RMB 1.161 million compared with that in 2007, an increase of 9.37%, and the administrative

expenses rate remained basically stable and slightly decreased.

The details of the management expenses during the reporting period are shown in the following table:

Unit: 10,000 yuan

from January to June 2009, 2008, 2007, project

amount ratio, amount ratio, amount ratio, amount ratio,

wages and allowances 241.446 44.88% 673.72 49.74% 482.46 38.96% 805.68 56.08 %

Telephone charges 17.36 3.23% 51.19 3.78% 60.03 4.85% 51.34 3.57%

Social Security 22.27 4.14% 71.32 5.27% 53.07 4.29% 80.12 5.58% Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1-300

Depreciation expenses 100.38 18.66% 182.17 13.45% 64.97 5.25% 48.42 3.37%

Audit evaluation fee 1.54 0.29% 5.35 0.40% 20.94 1.69% 11.66 0.81%

Office miscellaneous expenses 4.36 0.81% 25.52 1.88% 38.76 3.13% 30.91 2.15%

Vehicle and vessel usage fees 11.57 2.15% 15.86 1.17% 19.06 1.54% 17.36 1.21%

Utilities 23.41 4.35% 98.10 7.24% 13.91 1.12% 29.64 2.06%

Low-value consumables 6.22 1.16% 33.01 2.44% 44.20 3.57% 56.60 3.94%

Tax 18.39 3.42% 37.80 2.79% 40.93 3.30% 0.51 0.04%

Travel expenses 2.39 0.44% 8.33 0.62% 17.92 1.45% 30.16 2.10%

Transportation expenses 1.79 0.33% 5.26 0.39% 4.47 0.36% 4.90 0.34%

Recruitment expenses 2.50 0.46% 18.91 1.40% 2.75 0.22% 6.54 0.46%

Hospitality expenses 4.99 0.93% 7.27 0.54 % 20.41 1.65% 23.36 1.63%

Property management fees and others 10.21 1.90% 27.27 2.01% 11.20 0.90% 8.70 0.61%

Consultancy fee 23.52 4.37% 10.06 0.74% 29.46 2.38% 51.65 3.59%

Maintenance fee 0.99 0.18% 3.99 0.29% 1.95 0.16% 1.82 0.13%

Welfare fee 3.20 0.60% 1.83 0.14%-0.00% 41.16 2.86%

Staff education expenditure 0.03 0.01% 3.35 0.25% 2.01 0.16% 0.72 0.05%

Technology research and development 20.81 3.87% 39.99 2.95% 254.61 20.56%-0.00%

Amortization of intangible assets 20.56 3.82% 32.23 2.38% 14.62 1.18% 2.02 0.14%

Others-0.00% 1.99 0.15% 40.69 3.28% 133.4 9.28 %

total 537.95 100.00% 100.00% 1,238.42 1,354.52 1,436.68 100.00% 100.00%

3 financial expenses

unit: million

item January to June 2009 2008 2007 2006

interest expense 22.04 60.01 211.84 122.79

Less: interest income 30.01 78.84 26.30 4.82

exchange Profit and loss 0.07 -10.25 2.08 -8.35

Fees and others 16.53 23.74 36.80 21.76

A total of 46.60 146.49 135.38 30.63 The

company's financial expenses for 2006, 2007, 2008 and January-June 2009 were

306,300 yuan, 1,353,800 yuan, 1,464,900 yuan, and 466,000 yuan, accounting for

0.38% of operating income, respectively . 1.39%, 1.27% and 0.81%.

Financial expenses in 2007 increased by RMB 1.0475 million compared to 2006, mainly because the company

borrowed long-term loans for the purchase of office buildings in 2007 , which increased interest expenses. 2008 financial expenses

and a slight increase compared to 2007, while interest expense increased by 890,500 yuan compared to 2007,

partly because the company's bank deposits have a certain interest income, interest and therefore break even after

the 2008 general This is a slight increase compared to 2007. Xiamen 35 Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1-301

(5) Analysis of changes in non-operating income and expenditure The changes

in the company's non-operating income and expenditure during the reporting period are as follows:

Unit: 10,000 yuan

project 2009 1 June 2008 2007 2006

Amount 20.80 98.01 96.67 6.97 Non-

operating income as a

proportion of total profit 1.14% 3.09% 3.43% 0.80%

Amount 4.14 17.84 9.57 60.28

Non-
operating expenses as a

percentage of total profit -0.23% -0.56% -0.34% -6.92% Amount 16.66 80.17 87.10 -53.31

Total

percentage of total profit 0.91% 2.53% 3.09% -6.12%

2006, 2007, 2008 and 2009 From January to June, the company's non-operating income was

69,700 yuan, 966,700 yuan, 980,100 yuan and 208,000 yuan, accounting for 0.80%,

3.43%, 3.09% and 1.14% of total profits, respectively . Among them, the amount incurred in 2007 increased by RMB 897,700 compared with that in 2006, which was

mainly due to the government subsidies and rewards of RMB 840 million obtained by the company in 2007. The

amount incurred in 2008 included government subsidies of RMB 922,000.

The non-operating expenses of the company in 2006, 2007, 2008 and January-June 2009 were

602,800 yuan, 95,700 yuan, 178,400 yuan, and 41,400 yuan, respectively, accounting for

-6.92% and -0.34 of the total profits in the same period . %, -0.56% and -0.23%. Among them, the amount incurred in 2006 was relatively large, mainly because

a batch of fixed assets was scrapped, amounting to RMB 492,800.

(6) Income tax expenses

The income tax payment of the company during the reporting period is shown in the following table:

Unit: Ten thousand yuan

| Item | 2009 January-June | 2008 | 2007 | 2006 |
|---|---|---|---|---|
| Current income tax expense | 300.85 | 366.25 | 155.54 | 69.56 |
| Deferred income tax expense | -7.49 | -23.16 | 62.03 | - |
| Total income tax expense | 293.36 | 343.09 | 217.57 | 69.56 |
| Total profit | 1,824.08 | 3,174.34 | 2,820.09 | 870.66 |
| Proportion of income tax expense to total profit | 16.08 % | 10.81% | 7.72% | 7.99% |

The current income tax expense is the corporate income tax payable in the current period based on the current taxable income; the

deferred income tax expense is the difference between the deferred income tax assets at the end of the period and the beginning of the period, that is, the balance

of the assets and liabilities at the end of each period The difference between the book value and its tax base is the difference between the end of the period and the beginning of the period. The financial accounting information and management analysis of the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-302

The change in the proportion of income tax expenses in the total profit of the company during the reporting period

is consistent with the change in the corporate income tax rate of the company and its subsidiaries . For the basic corporate income tax rate and

preferential income tax policies of the company and its subsidiaries during the reporting period, please refer to the relevant content of "VII. Taxation" in this section.

(VII) Analysis of changes in net profit

Unit: 10,000 yuan

| Project | 2009-June-June | 2008 | 2007-2006 |
|---|---|---|---|
| Net profit | 1,530.72 | 2,831.25 | 2,602.52 | 801.11 |

An increase of 23.12% 8.79% 224.86% -

the company in 2007 net profit surged 224.86 percent over 2006 (18.0141 million yuan), the former main

reason is: First, the beginning of 2007 the company applied the new accounting standard development costs have been capitalized, In 2006

, this part was directly expensed. In 2006, the actual development cost was 5,770,800 yuan. If this part is capitalized,

the amount that would affect the net profit is 5,338,800 yuan; second, the subsidiary Binary within the scope of consolidation in 2006 has

online game-related The R&D expenses totaled RMB 2,314,400, but the online game business did not bring revenue to the company

. In 2007, due to the separation of the binary system, the amount of this part affecting net profit was RMB 1,966,900

; third, the company's mailbox business income There was a substantial increase in 2007 compared to 2006, and the corresponding operating

costs only rose slightly.

The company's 2008 net profit increased by 8.79% (2.2873 million yuan) compared to 2007. The main

reason for the slowdown in growth was the impact of the global financial crisis.

From January to June 2009, the company realized a net profit of RMB 15,307,200, a year-on-year increase of 23.12%, reaching

54.07% of the net profit for the whole year of 2008. This is closely

related to the stabilization and recovery of the overall domestic economic environment in 2009 .

(VIII) Analysis of the reasons for the mismatch of revenue and profit growth in 2008 and 2007. In the

past three years, the changes in the main items of the company's profit statement are as follows:

Unit: 10,000 yuan

2008 2007 2006

Item

Amount

over the previous year

grew

over the previous year

growth rate of

the amount of

the previous year

grew

over the previous year increase

long rates

Amount

Revenue 11,559.95 1,798.13 9,761.82 1,760.59 18.42% 22.00% 8,001.23

Operating costs 3,026.56 2,697.37 329.19 12.20% - 350.24 -11.49% 3,047.61

Gross profit 8,533.39 1,468.94 20.79% 7,064.45 2,110.83 42.61% 4,953.62
Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Financial Accounting
Information and Management Analysis

1-303

Sales Expenses 3,433.88 797.80 30.26% 2,636.08 323.52 13.97%

2,312.94 116.10,354 9.37% 1,238.42 -198.26 -13.80% 1,436.68

Financial expenses 146.49 11.11 8.21% 135.38 104.75 341.98% 30.63

Total profit 3,174.34 354.25 12.56% 2,820.09 1,949.43 223.90% 870.66

Income tax 343.09 125.52 57.69% 217.57 148.01 212.78% 69.56

Net profit 2,831.25 228.73 8.79% 2,602.52 1,801.42 224.86% 801.10 The

company's 200722 net operating income increased by 22% year-on-year and
801.10 Mainly

due to the increase in the gross profit of the corporate mailbox and
network domain name business in 2007 and the change in the calculation method
of management expenses

; the operating income in 2008 increased by 18.42% year-on-year, while the
net profit only increased by 8.79% year-on-year, mainly

due to sales expenses and changes in 2008. Due to the increase in income
tax expenses.

1. Operating income in

2007 increased by 22% year-on-year, while net profit increased by 224.86%
year-on-year, mainly due to the increase in gross profit of corporate mailbox
and network domain name business in 2007 and the change in the calculation

method of management expenses

.

(1) In 2007, the gross profit of corporate mailboxes increased by 85.82%, the gross profit of Internet domain names increased by 27.57%, and the

overall gross profit increased by 42.61% year-on-year, which exceeded the growth rate of revenue. The changes in gross profit in 2007 are as

follows:

Unit: 10,000 yuan

2007 2006

business

category business

income

business

Cost

Gross profit

Operating

income

Operating

costs

Gross profit

and gross profit

variation than

the rate

E-mail 4,033.87 280.49 3,753.38 2,271.15 251.29 2,019.86 85.82%

network domain name 3,778.83 1,893.70 1,885.13 3,879.38 2,401.68 1,477.70 27.57%

Website 1,595.09 191.17 1,403.92 1,428.77 128.87 1,299.90 8.00%

Other 354.03 332.01 22.02 421.93 265.77 156.16 - 85.90%

Total 9,761.82 2,697.37 7,064.45 8,001.23 3,047.61 4,953.62 42.61% The

company is committed to the vigorous expansion of the corporate mailbox market. During the reporting period, the corporate mailbox business maintained

a relatively high growth

trend. In 2007, corporate mailbox revenue increased by 77.61% year-on-year. Since the cost of enterprise mailboxes is mainly

server depreciation fees and IDC costs, the company took into account the future

development of enterprise mailbox business in its business planning in 2006, and has reserved a certain amount of space for server investment. The characteristics of this type of cost are Relatively solid

In this way, when the revenue grows rapidly in 2007, the growth rate of server depreciation fee and IDC
will be much slower than the

1-304 financial accounting information and management analysis of the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.
Due to
the growth rate of revenue, the marginal contribution in 2007 increased significantly year-on-year, and the
gross profit of corporate mailboxes increased by RMB 17.3352 million year-on-year, accounting for 96.23% of the new net profit in 2007.

The company's online domain name business mainly includes domain name sales and domain name technical services.

The decrease in revenue from the online domain name business compared to 2006 was mainly due to the decrease in agency sales. Domain name agency sales revenue

in 2007 decreased by 15.78% compared to 2006. Due to the increase in direct sales customers, the selling price of direct sales customers was much higher than agency

business, which offset the decline in agency business revenue to a certain extent. Therefore, network domain name revenue The overall figure is

only 2.59% lower than that in 2006. The details of the changes in network domain name business income are as follows:

Unit: 10,000 yuan

Customer category 2007 2006 Change rate of change

Direct sales 1,350.68 1,042.55 308.13 29.56%

Agency sales 2,334.55 2,772.03 -437.48 -15.78%

Domain name technical services 93.60 64.80 28.80 44.44%

Total 3,778.83 3,879.38 -100.55 -2.59% The

decrease in the cost of Internet domain names in 2007 was due to the decrease in agency business, which led to the overall number of customers

On the other hand, since March 2007, CNNIC has promoted 1 yuan domain

name promotion activities, which has greatly reduced the cost of domain names. In 2007, the gross profit of Internet domain name business increased by 4.0743

million yuan, accounting for 22.62% of the new net profit in 2007.

The changes in the operating margins of the above two types of businesses were

the main reason that the net profit growth rate in 2007 was much higher than the revenue growth rate.

(2) The inconsistency of the cost accounting caliber caused the management cost in 2007 to drop by 13.80% compared with that in 2006.

1) The management expenses in 2006 included the expenses of the online game business of RMB 2.14 million (this part of the

expenses is reflected in the management expenses of wages and allowances, social security and other detailed items). The company

withdrew in February 2007 Online game business, which led to a decrease in management expenses in 2007 compared to 2006.

2) In 2007, according to the new standard, no welfare fees were accrued, which resulted in a decrease of 411,600

yuan in 2007 expenses compared with the previous year .

3) The research and development expenditures incurred in 2007 totaled 5.6914 million yuan, of which

the development expenditures capitalized according to the new standards were 3,145,300 yuan, and the R&D expenses included in administrative expenses were 2,546,100 yuan, while

the R&D expenditures incurred in 2006 A total of 5.5279 million yuan (this part of the R&D expenses is reflected in

various detailed items such as wages, allowances, and social security in the management expenses ), resulting

in a decrease of 2.9818 million yuan in R&D expenses in 2007 compared with 2006 .

The above-mentioned factors reduced the total administrative expenses in 2007 by RMB 5.7074 million. If the

influence of the above-mentioned factors is excluded , the administrative expenses will increase by RMB 3,724,800 from 2006, an increase of 25.93% year-on-year. Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1-305 2.

Operating income in 2008 increased by 18.42% year-on-year, while net profit only increased by 8.79% year-on-year, mainly

due to sales expenses and income tax in 2008 Due to the increase in costs.

(1) project in 2008 selling expenses mainly its changes are as follows:

Unit: million

2008 2007 Change in

Project

Amount

of total operating income

into the proportion of

the amount

of total operating income

into the proportion of

change rate of change in the amount of

wages and allowances 2,095.08 18.12% 1,647.61 16.87% 447.48 27.16%

Advertising expenses 355.83 3.08% 305.37 3.13% 50.46 16.52%

Telephone expenses 242.03 2.09% 193.31 1.98% 48.72 25.20%

Social security 157.03 1.36% 79.81 0.82% 77.22 96.75%

Rent 136.87 1.18% 73.12 0.75% 63.75 87.19%

Depreciation expenses 116.91 1.01% 67.16 0.69% 49.75 74.08%

Others 330.13 2.86% 269.71 2.76% 60.42 22.40%

Total 3,433.88 29.70% 2,636.08 27.00% 797.80 30.26%

Sales expenses in 2008 increased by RMB 7,978,800 compared with 2007, mainly due to the company's increased direct sales During the

team building, 10 new branches and subsidiaries were established from the second half of 2007 to the end of 2008

, and the salaries, allowances and related expenses of marketing staff increased.

(2) Another reason for the decrease in the growth rate of net profit in 2008 was the increase in income tax expenses.

The changes in the income tax expenses of Sanwu Mutual and its subsidiaries are as follows:

Unit: RMB 10,000 in

2008 and 2007

Project

Sanwu Interconnection Jingtong Technology Total

Change Rate of Total

Profit 2,389.57 774.76 3,164.33 2,343.70 461.05 2,804.75 12.82% for the

current period Income tax expenses 226.61 137.26 363.86 149.44 6.10 155.54 133.93%

Income tax rate 9.48% 17.72% 11.50% 6.38% 1.32% 5.55%

The income tax rate applicable to the three-five interconnection in 2007 was 7.5%. According to the Corporate Income Tax Law, in 2008

The applicable income tax rate has been adjusted to 9%, and the increase in the tax rate has led to an increase in the income tax expense of the Three-Five Interconnection. The

unrecovered losses of the proficient in science and technology in previous years were fully compensated in 2008, and the income tax expenses in 2008 increased significantly.

(IX) In the first half of 2009, the number of corporate mailbox users and mailboxes declined while operating income and profits maintained

growth reasons and analysis of the impact on future growth. Financial accounting information and management analysis of the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1 -306

1. Reasons for the decline in the number of corporate mailbox users and mailbox volume

in the first half of 2009 (1) In the first half of 2009, the company's corporate mailbox business specific situation

In the first half of 2009, the number of corporate mailbox users and mailbox volume dropped by 7.22 respectively % And 1.03% were mainly

due to the decline in the company's mailbox agency business data, but the mailbox data sold through direct sales still

increased significantly . Details are as follows:

at the end of 2009 the end of June 2008, increases and decreases in proportion decrease

Ending corporate subscribers 12,655 11,899 756 6.35%

direct

Ending number of mailboxes 340,163 311,106 29,057 9.34%

Ending corporate subscribers 53,301 59,186 -5,885 -9.94%

proxy

ending mailbox number 482,269 519,905 -37,636 -7.24%

period-end business users 65,956 71,085 -5,129 -7.22%

total

The number of mailboxes at the end of the period 822,432 831,011 -8,579 -1.03%

(2) The main reasons for the decrease in the number of mailbox users and mailboxes of the company's corporate mailbox agent business in 2009 are:

1) Seasonal factors affect

agent sales. The sales period is basically 1 year. Due to the impact of the long Spring Festival holiday, the number of new

and renewed customers in the month of the Spring Festival will be much lower than the normal month. Therefore, in the first half of each year,

the online data on June 30 will be lower than the data at the beginning of the year. See the following table for details:

Project

2009 The

first half of

2008 The

first half of

2007 The

first half of

2006 The

first half of 2006 The

number of enterprise users at the beginning of the period 59,186 56,031 47,847 37,238 The

number of enterprise users at the end of the period 53,301 55,510 47,050 36,770 The

number of containers at the beginning of the period 519,905 538,059 464,467 31,6907 The

number of containers at the end of the period 482,269 517,264 454,507 310,411

2) Company The impact of business development strategy and product upgrades

According to the company's marketing strategy, during the reporting period, the company continued to build a marketing team to increase investment in the direct sales business model

. Because direct sales have direct customer-facing capabilities, they can provide better services to customers and are easier to handle.

To grasp the advantages of customer information and control customer groups, especially for businesses with

high gross profit margins such as corporate mailboxes, OA and CRM , the company uses direct sales methods to promote; and the agency sales method is an

effective supplement to the company's direct sales methods through product Differentiation and regional differentiation realize the nationwide sales of corporate mailboxes. Technology Co., Ltd. Xiamen three to five interconnected prospectus financial accounting and management information analysis

1-307

in the strategic guidance of the company's development for the company's direct sales agents and more difficult to cover the economically underdeveloped town

city, its sales of the product M post the second half of 2008, the company has gradually upgrade to G-mail, product technology

postoperative upgrade the product price increases, which resulted in a slight decrease in the amount of business users within a certain time, but with the generation of

Factoring of the G-mail The acceptance is gradually increasing, and the number of enterprise users will gradually rise.

2. In the first half of 2009, the number of enterprise mailbox users and mailboxes declined, while operating income and profit growth reasons

(1) The enterprise mailbox business itself achieved good revenue and gross profit growth

. Mailboxes sold in different sales methods are in a single enterprise sales box. There is a big difference in terms of number and age

. Direct mail is a single enterprise Mean boxes 25-30 boxes, typically 2-5 years of age, Agent Mailbox

single mail box for the average number of boxes 5-10, life is usually one year; at the same time, direct mail and proxy-mail

box There are also large differences in annual fees. For example, a direct mail box with a term of 3 years generally earns

more than 8,000 yuan , while an agent mail box with a term of 1 year generally earns about 200 yuan. Therefore, simply using the

number of online users and the number of corporate mailboxes cannot directly reflect the company's business income growth.

The average unit price can more accurately reflect the growth of the company's business.

m,n

box years = ΣMiNj (M is the number of boxes in a single enterprise, N is the service life of a single mailbox)

i=1,j=1

The number of years and average unit price of the company's mailbox in the first half of 2009 is shown in the following table:

Mailbox revenue in 2009 1 The percentage of changes in the amount of change from June to June 2008

Number of box years 211,128 202,450 8,678 4.29%

Average unit price of direct sales (yuan) 108.23 92.36 15.87 17.18%

Recognized income for the period (10 thousand yuan) 2,249.31 1,878.40 370.91 19.75%

Number of box years 192,789 205,440 -12,651- 6.16%

Agency average unit price (RMB) 23.89 29.18 -5.29 -18.13%

Current confirmed income (RMB 10,000) 479.17 554.85 -75.68 -13.64%

Total income 2,728.48 2,433.25 295.23 12.13% The

issuer's mailbox business realized direct sales income from January to June 2009 2,249.31

Ten thousand yuan, the agency sales income was 4.9717 million yuan, a total of 27,284,800 yuan (annualized value of 54.56 million yuan). From January to June 2008, the issuer

realized a total mailbox business income of RMB 24,332,500, and a total mailbox business income of 5,068.75 throughout the year

Ten thousand yuan. January to June 2008 compared with the first half of 2009, growth in direct revenue to fully offset the generation of

decline factoring business income, and to analyze the annualized value from the year 2009, the issuer's business income will Xiamen mailboxes Five Internet Technology Co., Ltd. prospectus financial accounting information and management analysis

1-308

more than 2008.

(2) The income and gross profit of business such as network domain name and website construction remained relatively stable.

Total first half of 2009 to achieve business 3,050.28 million, gross profit of 1,896.45 million, an annualized value

were 6,100.56 million, 3,792.9 million, with 2008 full-year net domain name and Web site building business

business Total revenue and gross profit 6,491.2 million, Compared with RMB 37,647,200, it was basically the same.

(3) The period expenses have decreased to a certain extent.

In the first half of 2009, the issuer's period expenses were RMB 23,695,600, with an annualized value of RMB

47,391,200, a decrease of RMB 1,957,700 from 4,934.89 in 2008. The main reason for the decrease in expenses during the period was that the

advertising expenses in the first half of 2009 decreased by RMB 2,332,200 compared with the same period in 2008. The decrease in loans resulted in a year-on-year decrease of

RMB 874,800 in financial expenses .

In summary, because the agency business mailbox business has declined due to seasonal factors, resulting in a decline in the number of

online users and online mailboxes of the company's corporate mailbox as of the end of June 2009, but the

company's direct sales mailbox with higher marginal revenue in the first half of 2009 Both the number of box years and the average unit price have risen significantly, which not only effectively offsets

The decline in revenue from the agency mailbox business has also contributed to the overall increase in the company's corporate mailbox business revenue, which

laid the foundation for the company 's increase in operating income and profits in the first half of 2009.

3. Impact on future growth

Increasing the proportion of direct sales business with higher gross profit margin in operating income is one of the company's future development strategies

. The company has cultivated a direct sales team of more than 800 people, formed a pyramidal sales control structure,

and established an efficient incentive and training system. In 2008, the company

opened branches and subsidiaries in economically developed areas such as Tianjin, Qingdao, Suzhou and Hangzhou to expand the scale of direct sales. The newly established branches and the

increasing maturity of the subsidiary's marketing team not only ensure the company's product sales, but also through Fission and copy the marketing team to achieve

business expansion. In addition, through the investment of fundraising projects, the company will expand and improve the existing direct sales team and build

a technical support and marketing network covering major large and medium-sized cities across the country, and the proportion of direct sales business will be further increased.

Therefore, in the short term, the number of mailboxes sold on consignment will decrease, and the situation that leads to a short-term decline in overall mailbox sales will not

have a negative impact on the company's future growth.

(10) Analysis of the main sources of profit from

January to June 2009, 2008, 2007, 2006,

product amount

(ten thousand yuan)

ratio,

amount

(ten thousand yuan)

ratio,

amount

(ten thousand yuan)

increased

Proportion

Amount

(10,000 yuan)

Proportion

Operating profit 1,807.41 99.09% 3,094.18 97.47% 2,732.99 96.91% 923.98 106.12% Non-

operating income and expenditure 16.67 0.91% 80.17 2.53% 87.10 3.09% - 53.31 -6.12%

Total profit 1,824.08-3,174.34-2,820.09-Xiamen Three Five Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1-309

Net Profit 1,530.72-2,831.25-2,602.52-801.11-During the

reporting period, the company's total profit and net profit continued to grow. From the perspective of profit composition

, operating profit accounted

for 106.12%, 96.91%, 97.47% and 99.09% of total profit in 2006 , 2007, 2008, and January-June 2009, respectively , which was the main part of the company's profit. Source, non-operating

income and expenditure accounted for a small proportion of total profit.

(11) Analysis of non-recurring gains and losses

In 2006, 2007, 2008 and January-June 2009, the company's non-recurring gains and losses

accounted for 7.70 of the company's net profit attributable to shareholders of the parent company in the same period. %, 3.24%,

2.56%, 0.87%, non-recurring gains and losses do not have a significant impact on the company's overall operating results.

(12) Opinions of

the management The management of the company believes that: during the reporting period, the company's various profit indicators were at a good level and showed

a good trend of change. The huge development potential of the company's SME informatization market and the company's stable

and innovative SaaS business model effectively ensure the continuity and stability of the company's profitability. The company's

management is full of confidence in the company's future sustainable growth and steady development.

Fourth, capital expenditure analysis

(a) report on major capital expenditures

in 2006, 2007, 2008 and 2009 January-June the company to acquire fixed assets, no

intangible assets and other long-term assets expenditures were 8.1972 million yuan , 56.687 million yuan, 11,946,200 yuan

and 5.0864 million yuan. The company's major capital expenditures are mainly for the 2007 office building purchases and construction, capitalized

development expenditures, and machinery and equipment purchased due to the expansion of the scale of operations. The increase in fixed assets and intangible assets

will have a certain impact on the company's operating results, mainly due to the increase in depreciation and amortization, amortization of decoration expenses, and real estate taxes

.

(2) Foreseeable future major capital expenditure plans and capital requirements

As of the signing date of this prospectus, the company has no foreseeable

major capital expenditure plans except for the investment projects raised from the issuance . For details of the investment plan of the proceeds from the issuance, please refer to the

relevant content of Section 10 "Utilization of the proceeds ".

15. The issuer's cash flow analysis during the reporting period

Unit: 10,000 yuan

Item 2009 January to June 2008 2007 2006

Cash received from sales of goods and provision of labor services 5,994.49 10,959.10 10,791.02 7,708.92 Cash paid

for purchasing goods and receiving labor services 1,051.63 3,290.09 2,571.75 2,998.99

Net cash flow from operating activities 2,249.63 2,159.49 4,547.54 857.33 Technology Co., Ltd. Xiamen three to five interconnected prospectus financial accounting and management information analysis

1-310

investing activities cash outflow from 508.64 1,194.62 5,723.75 1,189.72

net cash flows from investing activities -467.59 -1,175.69 -5,066.84 - 1,189.72

financing activities net cash flow -2,048.59 -1,304.96 3,857.37 982.92

in cash and cash equivalents -266.62 -310.90 3,335.98 658.89

(a) the company's main business is the ability to get strong cash

items January to June 2009

(million)

2008

(Ten thousand yuan)

2007

(ten thousand yuan)

2006

(ten thousand yuan)

received from sales of goods and provision of labor services


Cash (million) ① 5,994.49 10,959.10 10,791.02 7,708.92


main business income (million) 5,690.32 11,378.72 9,663.81 7,902.20 ②


① / ② (%) 105.35% 96.31% 111.66% 97.55%


From the above table it can be seen, the report period "Sales The "cash received from commodities and services provided" accounted for

a higher proportion of the main business income, indicating that the company's main business has a strong ability to obtain cash.

(B) operating cash flow analysis

is now 2006, 2007, 2008 and 2009 January-June operating activities generated

net cash flow was 8.5733 million yuan, respectively, 4,547.54 million, 2,159.49 million and $ 2,249.63 Wan

Yuan , The cash content of net profit (ie, net cash flow from operating activities/net profit) were 1.07, 1.75,

0.76, and 1.47 , respectively . The company's sales are basically based on the cash sales model that only provides products after receiving the payment, and

there are few accounts receivable. Therefore, the company's cash flow from operating activities is basically the same as the net profit of the year, and the company

's profit will bring more to the company. Good cash flow. The main reason for the rapid increase in cash flow

in 2007 was that the company carried out a comprehensive clean-up of the accounts at the end of the year in 2007 and recovered the arrears at the end of the current period

.

(3) Cash flow analysis of investment activities

In 2006, 2007, 2008 and January-June 2009, the company's investment activities

The net cash flows were -11,897,200 yuan, -50,668,400 yuan, -11,756,900 yuan, and -4.6759

million yuan. The company's main investment activities during the reporting period were expenditures for the purchase and construction of fixed assets, resulting in

net cash flow from investment activities in the same period Presents a negative number. Among them, the

large negative number of cash flow from investment activities in 2007 was due to the purchase and construction of office buildings and capitalized development expenditures that year.

(4) Analysis of cash flow from financing activities

In 2006, 2007, 2008 and January-June 2009, the

net cash flows from the company's financing activities were 9,829,200 yuan, 38,573,700 yuan, -13,049.6 million yuan, and -20,485,900 yuan. Xiamen Sanwu Internet Technology Co., Ltd. prospectus financial accounting information and management analysis of

1-3,110,000

yuan. The cash flow from financing activities in 2006 was mainly due to short-term borrowings and the increase in registered capital

. The net cash flow from financing activities in 2007 increased by RMB 28,744,500 compared with 2006,

mainly due to the increase in long-term borrowings due to the purchase and construction of office buildings and the introduction of financial investors in 2007. The

negative cash flow from financing activities in 2008 was mainly because there was no cash

inflow from financing activities in that year and bank borrowings were fully repaid. The negative cash flow of financing activities from January to June 2009 was mainly due to the return of

long-term borrowings and the distribution of dividends.

(5) Comparative analysis of

cash flow and profit statement The comparison of cash flow and profit statement is as follows:

Project January-June 2009

(Million)

2008

(million)

2007

(million)

in 2006

(million)

Operating income 5,778.76 11,559.95 9,761.82 8,001.23

sales of goods services received in cash of 5,994.49 10,959.10 10,791.02 7,708.92

Net profit 1,530.72 2,831.25 2,602.52 801.11

from operating activities Net cash flow 2,249.63 2,159.49 4,547.54 857.33

Cash/

operating income received from sales of goods and services 103.73% 94.80% 110.54% 96.35%

As can be seen from the above table, the company's net profit cash flow is well realized and the company's main business

Achieve good cash flow.

The company's cash flow during the reporting period had no other abnormalities.

16. Comparative Analysis of Financial Indicators of Comparable Listed Companies

(1) Situation of Comparable Listed Companies

The company's main business belongs to the software operation service (SaaS) industry, mainly

providing software applications and services to enterprise-level customers through the Internet . Here are several listed companies that belong to the software operation service industry

for comparison. The comparable listed companies are as follows:

Comparable company listing location stock code SAAS type main business

Salesforce

New York Stock

Exchange

CRM

enterprise-oriented

management category
The global leader in

providing customer relationship management (CRM) services to customers via the Internet .

Google NASDAQ GOOG
Tools

for Enterprise The
world's largest search engine company.
Giant Network
New York Stock
Exchange
GA
tool
-oriented
online game operations for individuals .
Tencent Group Hong Kong HK1688
Personal-Oriented
Tools A
leading provider of Internet and mobile value-added services in
China, the Group owns the largest real-time communication community
in China. The Group's QQ-branded real-time communication platform,
financial accounting information and management analysis
1-312 in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.,
enables users to conduct
real-time communication between the Internet, mobile networks and fixed
networks through different terminal devices. Communication
        .

Alibaba Hong Kong HK0700

enterprise-oriented

tools like

the world's leading B2B e-commerce company.

(2) Comparison of main financial indicators

Select the data of the audited 2008 annual reports of comparable listed companies

to compare with the relevant data of the company in 2008 .

1. Comparison of solvency indicators

The main solvency indicators of the company and comparable listed companies are compared as follows:

comparable companies/indicators

asset-liability ratio

(parent company)

asset-liability ratio

(consolidated)

current ratio quick ratio

Salesforce N/A 54.60% 1.39 1.39

the Google N / A 11.11% 8.77 8.77

giant network N / A 10.48% 8.67 8.67

Tencent, 17.27% 27.76% 3.11 3.10

Alibaba 1.31% 37.05% 2.53 2.53

average 9.29% 28.20% 4.89 4.89

company 17.62% 36.96% 2.24 2.24

from As can be seen from the above table, the low asset-liability ratio is a characteristic of the software operation service industry; although in absolute

terms, the company's asset-liability ratio is relatively low, but it is still higher than the average of listed companies in the software operation service industry.

Level. Similarly, the current ratio and quick ratio of listed companies in the software business service industry are relatively high, and the company's

two indicators are lower than the industry average. Through this issuance of shares, the company's relevant solvency indicators

will be closer to the industry average.

2. Comparison of Accounts Receivable Turnover Rate and Inventory Turnover The comparison between

this company and comparable listed companies' account receivable turnover rate and inventory turnover rate is as follows:

Comparable company/indicator account receivable turnover rate Total asset turnover rate

Salesforce 4.43 0.84

Google 9.07 0.76

giant Interactive 3,867.70 0.23

Tencent Group 9.42 1.10

Alibaba 153.92 0.43 Technology Co., Ltd. Xiamen three to five interconnected prospectus financial accounting and management information analysis

1-313

average 808.91 0.67

the company 155.83 0.95

As the company operates mainly taken Due to the way of advance receipts, the company's accounts receivable turnover

rate is higher than that of most listed companies in the software business service industry. The company's total asset turnover rate index is better than the

industry average, indicating that the company has strong asset management capabilities.

3. Comparison of profitability indicators

The main profitability indicators of the company and comparable listed companies are as follows:

Comparable companies/indicator gross profit margin% net profit margin% return on net assets% (fully diluted)

Salesforce 79.52 4.46 7.15

Google 60.45 19.39 14.97

Giant Interactive 86.34 62.59 18.58

Tencent Group 69.66 39.35 39.66

Alibaba 87.09 40.16 24.26

Average 76.61 33.19 20.92

The Company 74.82 24.49 36.08

Gross margin, net profit margin, return on equity earnings related indicators are close to the industry average or superior

to The industry average indicates that the company has good profitability.

Since the company's main business is not completely consistent with the selected comparable listed companies,

and factors such as business model and asset scale are also different, the company's profitability indicators are somewhat different from the average

level of the corresponding indicators of comparable listed companies .

The company's gross profit margin is higher than that of Google and Tencent Group, and lower than that of Salesforce, Giant Network and Alibaba

. The average level of comparable listed companies is basically the same. The company's net profit margin is higher than Salesforce and

Google, lower than Giant Network, Tencent Group and Alibaba, and

nearly 9 percentage points lower than the average level of comparable listed companies . The main reason is that the above three companies have relatively mature businesses that have been operating for many years.

The company has entered the payback period, and the company is still in the business development period and has invested

relatively high in R&D and marketing . The company's return on equity is lower than Tencent Group, higher than Salesforce and other four companies, and significantly

surpasses the average level of comparable listed companies by nearly 16 percentage points.

17. Analysis of the future trend of the

company 's financial status and profitability The company's current financial structure is stable and the asset quality is in good condition. As operating cash flow continues to maintain a net

inflow, the company has sufficient cash reserves and financial risks are relatively small. The company's profitability is strong, the main business income has

maintained continuous growth, and the profit has grown rapidly. The management believes that whether the company can continue to maintain the current financial

status and profitability in the future mainly depends on the following important factors: Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Financial Accounting Information and Management Analysis

1-314

(1) SaaS The acceptance and development status of software and service business models in China

CCID "SaaS Business Model and Application Prospect Research" shows that by 2007, the global software operation

service market has reached approximately 368.681 billion yuan, and the market growth rate has reached approximately 28.20%. By

2011, the market size will reach approximately RMB 889.834 billion. The SaaS business model has been widely

recognized abroad and has been developing rapidly. However, the domestic SaaS business model is still a brand-new software application

model and business operation model. The scale of operators is relatively small, and enterprise users are still relatively

unfamiliar with this model . Therefore, the development of the SaaS business model in China It also depends on enterprise users' awareness

and acceptance of the model, as well as operators' operational capabilities and development status. Once enterprise users recognize the SaaS

business model, the company's profitability will be improved.

(2) New product development and market promotion The

company has always attached great importance to new product research and development, and products such as corporate mailboxes that have been developed and launched have all been awarded

Success, the company has also accumulated some experience in new product development and marketing. However, products are easily affected by

uncertain factors such as long research and development cycles , high technical difficulties, rapid market changes, and rapid technological updates, which make the research and

development and market promotion of new products have certain uncertainties and risks. At present, the company's key research and development of corporate mailbox upgrade projects

and CRM upgrade projects and the success of market promotion after product development will

have a significant impact on the company's future financial status and profitability.

(3) The process of informatization of

small and medium-sized enterprises. The number of small and medium-sized enterprises in China is huge, and they continue to maintain rapid growth every year. There is a relatively

strong demand for informatization. However, the current rate of informatization is very low, and the level of informatization is generally not high. The market space huge.

Our products are provided around the informatization of small and medium-sized enterprises. The informatization process of small and medium-sized enterprises will

have a significant impact on the company's future financial status and profitability.

(Iv) financial strength and financing

of this offering the company's success or failure will produce a significant impact on the financial strength, the relationship to the Company's ability to catch

live the opportunity to capture the market opportunities; ability to achieve "information technology SMEs with a A one-stop package of SaaS

software and services has become the development strategy of a strong SaaS brand; whether the company can achieve rapid development by leaps and bounds.

XVIII Contingencies, commitments and the matters of matters analyzed

in accordance with existing laws and regulations, the company's significant accounting policies and accounting estimates do not need to change, the company will not

estimate for the significant accounting policies or accounting changes or differences arising on company profits Tremendous influence.

As of June 30, 2009, the company has no major contingencies that need to be disclosed but not disclosed.

Xiamen Jingtong Technology Industrial Co., Ltd., a subsidiary of the company, purchased the office building at No. 8
Guanri Road, and borrowed RMB

9,600,000.00 from Xiamen Huli Sub-branch of Agricultural Bank of

China and RMB 19,400,000.00 from Xiamen Songbai Sub-branch of Industrial and Commercial Bank of China with the purchase of real estate as collateral . After the property rights certificate is completed, the bank will handle the mortgage registration of the financial accounting information in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd. and the management analysis of the

1-315

mortgagee, and transfer the relevant warrants to the bank for management. On February 13, 2009, he obtained the "Xia

Guo Tu Fang Zheng No. 00658919" land and housing right certificate. As of June 30, 2009, it has not been submitted to the

bank for mortgage registration. As of June 30, 2009, the loans from Xiamen Huli Sub-branch of Agricultural Bank of China have been

fully repaid. Except for this commitment, as of June 30, 2009, the company had no other

significant undisclosed commitments that should be disclosed.

As of July 20, 2009, the company has no

non-adjusting matters that need to be disclosed but not disclosed for major balance sheet events after the date.

As of June 30, 2009, the company has no other important matters that need to be disclosed but not disclosed.

19. The impact of tax incentives on the company's net profit

(1) The specific content and basis of various tax incentives during the reporting period

The company's headquarters was registered in the Xiamen Special Economic Zone, and the applicable corporate income tax

rate before January 1, 2008 was 15% . According to Caishuizi (2000) No. 25, newly established software production enterprises or integrated circuit enterprises

After being recognized, the first and second years will be exempted from corporate income tax from the profit-making year, and the corporate income tax will be

halved from the third to fifth year. The company entered the profit-making year in 2004. In November 2005, it was

approved by the State Taxation Bureau of Huli District, Xiamen to enjoy the preferential tax policy of "two exemptions and three-half reduction" from the profit-making year. The

company's profit-making year is 2004. Corporate income tax was exempted in 2004 and 2005, and corporate income tax

levied by half from 2006 to 2008 . In 2008, the company's tax rate levied by half was 9%.

In 2009, the company was recognized as a high-tech enterprise, and the applicable income tax rate was 15%.

(2) The impact of the company's enjoyment of preferential tax policies on net profit

Tax preferential policies from January to June 2009

(ten thousand yuan)

2008

(ten thousand yuan)

2007

(ten thousand yuan)

2006

(ten thousand yuan)

income tax preferential 182.04 383.78 160.38 76.96

Total 182.04 383.78 160.38 76.96

Total profit 1,824.08 3,174.34 2,820.09 870.66

accounted for 9.98% 12.09% 5.69% 8.84% The

company's tax incentives in 2006, 2007, 2008 and January-June 2009 accounted for the same

8.84%, 5.69%, 12.09% and 9.98% of the total profit for the period, the company does not

rely on tax incentives .

20. Dividend distribution policy

(1) General policy of

the company's dividend distribution The company's dividend distribution method is cash and stocks, and the dividend distribution follows the principle of same dividend and same profit.

According to the company's "Articles of Association": Xiamen Sanwu Internet Technology Co., Ltd. prospectus financial accounting information and management analysis

1-316 when the

company distributes after-tax profits for the year, 10% of the profits should be allocated to the company's statutory reserve fund. If the

accumulated amount of the company 's statutory common reserve fund is more than 50% of the company's registered capital, it can no longer be drawn.

If the company's statutory provident fund is not sufficient to make up for the losses of the previous year, the

current year's profits shall be used to make up the losses before the statutory provident fund is drawn in accordance with the provisions of the preceding paragraph .

After the company draws the statutory reserve fund from the after-tax profit, it can also

withdraw any reserve fund from the after-tax profit after the resolution of the general meeting of shareholders .

The remaining after-tax profits after the company makes up for losses and withdraws the provident fund shall be

distributed according to the proportion of the shares held by the shareholders .

If the general meeting of shareholders violates the provisions of the preceding paragraph and distributes

profits to shareholders before the company makes up for losses and withdraws the statutory common reserve fund , the shareholders must return the profits distributed in violation of the regulations to the company.

The company's shares held by the company do not participate in the distribution of profits.

The company should implement a proactive profit distribution policy, and the profit distribution policy should maintain continuity and stability. The company's

cumulative profit distribution in cash for the three consecutive fiscal years after listing should not be less than that achieved in the last three years.

30% of the distributable profit; under conditions, the company can carry out interim cash dividends.

If the company's board of directors fails to make a cash profit distribution plan, the reasons

shall be disclosed in the periodic report, and independent directors shall express independent opinions on this.

(2) Dividend distribution of the

company in the last three years The company did not distribute dividends in 2006 and 2007.

In 2008, according to the profit distribution plan approved by the company's 2008 annual general meeting of shareholders

, a cash dividend of RMB 0.25 (before tax) was distributed per share , and a total of RMB 10 million was distributed in cash.

The

company fulfilled the obligation of withholding and paying the personal income tax for all natural person shareholders on the record date due to this cash dividend .

After verification above individual shareholders' personal income tax return details inquiry form ", the sponsor that:

the issuer on the record date in all the natural person shareholders of record due to the 2008 cash dividend and involved a

personal income tax, the issuer has fulfilled withholding Obligation to pay.

(C) Prior to the issuance of retained earnings distribution policy

in 2009 Second Extraordinary General Meeting on July 16, 2009 meeting considered and adopted the "off

before the public offering of the accumulated profits shared by the old and new shareholders motion". The main content is that as of June

30, 2009, the company's profit available for distribution to shareholders was RMB 27,756,600. If the public issuance of shares to the public

is successfully completed in 2009, the undistributed rolling profits as of December 31, 2008 will be

The profits generated after June 30th, 2016 will be shared by new and old shareholders (including shareholders of public shares). The use of funds raised in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-317

Section 10 Use of funds raised

1. The total amount of funds raised from the issuance and its basis

The company's second extraordinary general meeting of shareholders in 2009 approved the company's current time The proposal of applying for a public offering of shares and

listing on the GEM, agrees to the company's application for a public offering of RMB ordinary shares (A shares) of no more than 13.5

million shares, and authorizes the company's board of directors to comply with national laws and regulations, relevant regulations and policies of the securities regulatory authority, and the

securities market Circumstances and the resolutions of the general meeting of shareholders, formulate and implement the specific plan for the public offering, and

determine the timing, quantity, target, method of issuance, and pricing of the public offering based on the situation

.

The company raised funds are carried out around the main business, will enhance the company's R & D capabilities, improve public

Division product structure, improve the company's marketing and service capabilities to meet existing and potential customers of SaaS software produced

goods and services, increasing demand , And bring new profit growth to the company and enhance the company's comprehensive competitiveness.

The company will manage the funds raised in

a special account and use the funds in strict accordance with the relevant regulations such as the "Management System of Raised Funds" formulated by the company .

The company intends to publicly issue 13.5 million ordinary shares of RMB to the public, accounting

for 25.23% of the total share capital after the issuance. The net amount of the actual raised funds after deducting the issuance expenses is 409.7325 million yuan, all of which will be used.

Working capital required for projects related to the company's main business and the development of the main business. The company's raised funds are deposited

in a special account determined by the board of directors for centralized management, so that the special funds are used exclusively. The bank accounts are: (1)

Xiamen Siming Branch of Industrial Bank Co., Ltd., with the account number: 129970100100058213; (2) China Construction

Bank Co., Ltd. Xiamen High-Tech Branch, with the account number: 351015 91001052 511298; (3)

Industrial and Commercial Bank of China Bank Co., Ltd. Xiamen Songbai Branch, the account is: 4100026429200017623.

The names of the above accounts are all Xiamen Sanwu Internet Technology Co., Ltd.

The raised funds, decided by the shareholders' meeting, the board of directors responsible for the implementation for:

Unit: million

Sequence

No. Project Name fixed assets

development and opening

to do promotion costs

with

working capital

gold total cases approved

a

three to five interconnected business offices Upgrade

project 3,085 2,319 500 5,904

Xiamen Development and Reform High-tech

(2009)

No. 24

2

Three-Five Interconnection CRM Management

Software Project 1,529 2,200 500 4,229

Xiamen Development and Reform High-tech

(2009)

No. 25 , Xiamen Three-Five Internet Technology Co., Ltd. Prospectus Raised
Funds Utilization

1-318

Three-

Five Internet Technology Support and

Marketing Center Upgrade Project 2,675 773 1,140 4,588

Xiamen Development and Reform High-Tech

(2009)

No. 26, 27

4

Other

working capital related to the main business 26,249.325

total 7,289 5,292 2,140 40,970.325 The

above-mentioned plan for the use of raised funds has been approved by the company's board of directors and the general meeting of shareholders.

The plan for using the funds raised this time is as follows:

Unit:
Ten Thousand Yuan

Serial Number Project Name The first year, the second year, and the third year, the total project investment

1

Three-Five Internet Enterprise Post Office Upgrade

Project
4,021.95 1,147.98 734.07 5,904.00

2

Three-Five Internet CRM Management

Software Project

2,437.28 1,075.86 715.86 4,229.00

3

Three-Five Interconnection Technical Support and

Marketing Center Promotion Project

2,390.00 1,830.80 367.20 4,588.00

4

Other

working capital related to the main business 26,249.325

total 8,849.23 4,054.64 1,817.13 40,970.325

2. Arrangements when the actual raised funds are insufficient to raise investment projects required by the

company's shareholders meeting resolutions passed, if the actual raised funds cannot meet the investment needs of all the above projects , The

funding gap is resolved through the company's self-financing.

3. The impact of

the use of raised funds on the company's financial status and operating results. The arrival and successful use of the raised funds will increase the

company's scale and efficiency, improve the company's capital

structure, and enhance the company's comprehensive competitiveness.

(1) Impact on the company's business development

1. In the past three years, the operating income of corporate mailboxes was 22.71 million yuan, 40.338 million yuan and

50.687 million yuan, respectively, accounting for 28.39%, 41.32%, and 43.85% of total revenue. With the domestic

mail market matures, the company increased business mail marketing efforts and sales efforts, in particular, plus

a large direct sales team building and sales efforts, the company's mail revenues are growing rapidly, and

in 2007 than in 2006 The annual increase was 77.61%, and in 2008 it was an increase of 25.65% over 2007.

At present, only about 500,000 SMEs out of the more than 42 million SMEs in the country use corporate email.

With the increase of the country's support for the information industry and the improvement of enterprise informatization,
the company's mailbox market is expected to be used as the standard configuration of

1-319
in the process of interest-based application of funds raised in the prospectus of Xiamen Three-Five Internet Technology Co., Ltd. Shows explosive growth. Through

the implementation of the enterprise mailbox upgrade project, the company will further maintain the company's technological leadership in the enterprise mailbox market and further

increase the company's market share in the enterprise mailbox market. At the same time, with the rapid expansion of

the company 's corporate mailbox business, the company can carry out secondary development for corporate mailbox customers, so as to promote

the sales of company's SaaS products such as CRM and OA that are necessary in the process of enterprise informatization .

2. Since its establishment, the company has been committed to the research and development of domestic SaaS products. It is one of the first

companies to enter the SaaS field in China, and has certain first-mover advantages in the market and technology. Based on the

judgment of the huge market potential of CRM, CRM will be the company's new business growth point in the next three years. The company as of 2006

end of last year to increase R & D investment for CRM SaaS model, the Company has acquired SaaS model

key technology CRM, forming a 1.03 version of CRM, and within the company and some customers at the commissioning

line nearly six months , And further modifications are currently being made to version 1.03. The implementation of the customer relationship management system (CRM) project

will further improve and expand the company's SaaS product line. At present, the company's main SaaS

products include corporate mailboxes, network domain names, e-commerce website construction, and OA. The funds raised this time are mainly

used to upgrade the existing CRM version 1.03 and then officially launch it on the market. When CRM is successfully introduced to the market

After the market, it will add new business growth points for the company and further expand the market

share of products under the SaaS model .

3. The technical support and marketing center improvement project can further enhance the company

's advantages in direct sales of products under the SaaS model; on the other hand, complete the national market layout of products under the SaaS model. Since

2007, the company's direct sales revenue has accounted for more than 50% of its operating revenue, and it has become the company's

main source of profits . Since its establishment, the company has realized that direct control of customer resources is related to the

future core competitiveness of SaaS companies . Therefore, since its establishment, it has been determined that the company's product sales under the SaaS model

are mainly direct sales. Over the years of building and managing the direct sales team, the company has formed a complete set

of direct sales marketing system construction and management systems for products under the SaaS model. Technical support and marketing center promotion

The implementation of the project will quickly replicate the existing direct sales model, and quickly complete the

construction and layout of the product direct sales network under the national SaaS model , so as to quickly realize the development of the local market and provide a

market for the company's business growth. Expand support.

4. The SaaS industry is developing with each passing day, and the technology upgrade cycle is relatively short. In order to maintain the company's leading

position in the industry, the company is objectively required to have sufficient working capital. Part of the company's raised funds will be used for other

working capital related to its main business, and strict management will ensure that this project will

have a positive impact on the company's financial status and operating results, and will play a positive role in enhancing the company's core competitiveness enhancement.

Through the use of funds raised this time, the market share of the company's products will be further expanded and the company's output will be increased.

The market competitiveness of products has consolidated the company's leading position under the SaaS model.

(2) Impact on operating results

In the near future, with the completion of the fund-raising project, the company will further strengthen its original business field, using the advantages of

1-320

in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd. , and explore new opportunities . In terms of business areas, extending product lines, expanding marketing coverage areas and service levels, and improving

comprehensive competitiveness, the company's main business income will increase significantly, and total profits will also increase significantly.

In the long run, the completion of the construction of the fund-raising project will greatly consolidate the company's leading

position in the SaaS field and gain a greater advantage in future market competition.

(C) the impact on the financial situation of

the stock issuance is successful, the company's total share capital will increase to 40,000,000 shares before the issuance Wan 5,350

shares; there will be a substantial increase in net assets, more substantial capital, asset-liability ratio greater degree The decline in the

company's risk management will further improve the company's ability to resist risks and promote the company's sustainable, healthy and stable development. Since it

takes time for the raised funds to be invested in the project and to generate benefits, the company's net profit may not be able to

grow at the same time as the company's net assets in the short term , resulting in a decline in the return on net assets. The

after-tax internal rate of return of the enterprise mailbox upgrade project and the CRM project reached 39.96% and 22.62% respectively, which have good profit prospects. At the same time, with the completion of

the company's national direct marketing network layout, the company's revenue and profits will grow rapidly Therefore,

as the project reaches production capacity, the company's return on equity will gradually increase.

(4) The impact of new fixed asset depreciation and R&D investment amortization on the issuer's future operating results

As of June 30, 2009, the company's total assets were RMB 122,370,500 and fixed assets were

RMB 65,437,600, accounting for The ratio is 53.47%. The investment project with raised funds will add

72.89 million yuan in fixed assets.

The newly-added fixed assets in the investment project with raised funds are mainly electronic equipment, and part of it is office

equipment. According to the company's depreciation policy, the depreciation period of electronic equipment and office equipment is 5 years, and the net residual value rate is

5%.

According to the calculations of 35 Internet, if the stocks can be successfully issued to raise funds in 2009, the fundraising projects will

start as soon as possible . The depreciation and amortization in the next few years are as follows:

Forecast

Base Period

(2010)

2011 2012 2013 2014 2015

raised investment equipment, turning

old

- 308.25 433.01 547.00 904.22 1,391.04

R & D investment share of

sales and depreciation

- 1,004.80 1,285.80 1,414.60 1,414.60 1,414.60

depreciation and amortization combined

Total

- 1,313.05 1,718.81 1,961.60 2,318.82 2,805.64

According to the feasibility study report of the fund-raising project, after the investment of the fund-raising investment project, the

amount of depreciation and amortization due to the investment of the fund-raising project was 13.13 million yuan in the first year (2011)

. Calculating the net sales margin of 26%, to digest the above-mentioned increase in depreciation and amortization, the issuer needs to increase

business income of RMB 50.5 million. Since in 2011, the fund-raising project is expected to generate 23.42 million yuan in business income by itself, using

RMB 1-321 to raise funds in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

, and the existing business of Sanwu Internet needs to generate income of 27.08 million yuan to absorb the new Increase depreciation and amortization. It is conservatively

estimated that in the next three years, the current operating income of 35.net is expected to increase by 10%. Therefore, the

operating income in 2011 is expected to reach 154 million yuan, which is enough to absorb the new depreciation and amortization due to fundraising projects. amount.

4. Brief introduction to the investment project of the raised funds

(1) 35 Interconnection enterprise post office upgrade project

1. Project overview

The company is one of the well-known SaaS enterprise mailbox service providers in China. The "35 Instant

Mail" launched by the company is in the leading position in the industry. According to the "2008-2009

China Enterprise Mailbox Industry Development Report" and "2008 China Enterprise Mailbox Report" released by iResearch , the company's corporate mailbox business

has ranked first in the market share of similar companies in China for two consecutive years. The share reached

19.90%. The company's corporate mailbox products have successively won the "Top Ten Brands of China's Corporate Post Office" and the "Best Service"

Able Award "," Outstanding Mail service provider "and" excellent anti-spam solution providers, "and many other awards.

The project is based on the existing products on the E-mail, carried out by market segments demand enterprise-mail

box Product upgrades. The upgraded enterprise mailbox products can meet the diverse use needs of different users

, improve the product quality of enterprise mailboxes as a whole, further stabilize the company's industry leader position, enhance the

company's enterprise mailbox business market competitiveness, and expand The market share of the company's corporate mailbox business.

The total investment of this project is 59.04 million yuan. Because this project is a functional

enhancement based on the existing corporate mailbox products , this project has strong anti-risk capabilities, relatively small risks, and Good market prospects

. At the same time, this project has good investment economic benefits, with an embedded rate of return of 39.96% and an investment profit

rate of 40.24%.

2. Necessity of the project

(1) The growing SaaS model corporate mailbox market Demand

Since 2008, the financial crisis in the United States has spread rapidly around the world, making small and medium-sized enterprises deeply aware of the importance of enterprise

informatization, cost control and improving work efficiency. The

enterprise mailbox, which is the standard configuration of enterprise informatization, has also become increasingly popular among small and medium-

sized enterprises. SMEs' requirements for corporate email products are to reduce

management and operating costs, improve work efficiency, and be fully functional and individualized. The SaaS model corporate

email products just meet the needs of small and medium-sized enterprises. Companies accept email services mainly Through self-built mail server

or purchase of enterprise mail service provided by SaaS model provider, the former has a huge one-time investment

And the cost performance is low, while the latter has greater advantages in cost performance and initial investment. SMEs do not

need to invest in fixed assets, do not need to be equipped with professional and technical personnel, and can terminate email services at any time,

which is very flexible . From the above analysis, it is not difficult to conclude that the market

potential of providing enterprise mailbox products through the SaaS model in the future is huge. The use of funds raised in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-322

(2) The need for product upgrades

With the deepening and popularization of economic globalization and enterprise informatization, e-mail has become

one of the standard configurations of enterprise informatization . After enterprises have extensively carried out e-commerce activities, the demand for corporate mailboxes has also begun to show a

diversified development trend. Companies will no longer just be satisfied with mail stability, less spam and other general

features, but need more personalization features, such as: real-time online chat, send and receive messages via mobile phone, to email

security parts, mail monitoring overseas forwarding, Unlimited space and attachments, interconnection, instant email,

real-time tools manageable, self-destructive, recoverable, etc. The funds raised by the company this time will be mainly used to invest in the research and

development of a new generation of enterprise mailbox products, and will realize the upgrade of the overall function of the enterprise mailbox products to meet

the individual needs of the market.

(3) The need to improve and upgrade the company's corporate mailbox technology infrastructure

At present, the company's corporate mailbox technology infrastructure has been unable to meet the requirements of the future corporate mailbox market

. In order to solve this problem, on the one hand, it is necessary to increase investment in research and development equipment; at the same time, it is necessary to invest in hardware

upgrades: one is investment in hardware system upgrades, and the other is investment in hardware platform expansion.

With the continuous improvement of the degree of informatization, the number of users of enterprise mailboxes as the standard configuration of

enterprise informatization will continue

to grow rapidly. Therefore, the company needs to continuously expand the relevant technical infrastructure to meet the increasing

demand.

(4) The need to enhance the market competitiveness of the company's corporate mailbox business. The competition of

corporate mailbox products does not rely much on price competition, but is more reflected in the competition of product features

. By segmenting market demand, forming product differentiation to meet market demand and expand market share

is conducive to further enhancing the core competitiveness of the company's corporate mailbox business.

(5) To meet the needs of the company's overall development strategy.

SMEs require different products at different stages of informatization development, and require

different functions for the same type of products . According to the company's overall development strategy plan, the company will

consolidate and enhance the company's current market leadership and competitive advantage from two aspects: product depth and market breadth .

Providing multi-functional professional mailboxes through the in-depth development of corporate mailboxes is one of the measures in line with the company's overall development strategy.

3. The feasibility of the project

1

1) National support for the electronic information industry policy

On April 10, 2009, the General Office of the State Council promulgated the "Electronic Information Industry Adjustment and Revitalization Plan",

pointing out that the electronic information industry is a strategic and fundamental part of the national economy. And leading pillar industries play

a very
important role in promoting social employment, stimulating economic growth, adjusting industrial structure, transforming development methods, and maintaining national security . The state's new investment is tilted towards software and information services to support independent innovation and technological transformation projects. Use of funds raised in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-323

mesh construction.

2) The improvement of the informatization of small and medium-sized enterprises will drive the rapid growth of the demand for SaaS enterprise mailboxes.

According to the 23rd "Statistical

Report on China's Internet Development Status" by the China Internet Network Information Center of the Ministry of Information Industry : As of December 31, 2008, Internet users in China amounting to 298 million people, more than the US

Internet users, ranking first in the world; the total number of domain names in China was 16.82 million, registered under CN domain in which

the total number of names to 13.57 million, accounting for 80% of the total number of Chinese domain names (80.66 %); Compared with the

number of top-level domain names in other countries , the number of top-level domain names in China is second only to Germany, ranking second in the world. Although in terms of inventory

, China's Internet industry has made brilliant achievements, from the perspective of the national enterprise informatization level, the

proportion of enterprises that use the Internet to carry out business activities in China is less than 20%. In contrast, 60% of small companies,

80% of medium-sized companies, and more than 90% of large companies in the United States have used the Internet to conduct extensive business activities. In summary

, while China's Internet industry is growing rapidly, it still has a vast potential user market and development space

.

According to a

survey conducted by the China Association of Small and Medium Enterprises (Supervisor: National Development and Reform Commission of the People's Republic of China) , by the end of 2008, there were more than 42 million SMEs in China.

Operators that can provide more thoughtful and safer enterprise mailbox products and services for small and medium-sized enterprises are equivalent to entering a

"blue ocean" of freedom . As the industry leader in SaaS enterprise mailboxes, the company will actively increase R&D investment,

Research and develop enterprise mailbox products that can meet market demand to further increase market share.

3) Forecast of the scale of China's enterprise mailbox industry The scale of the

enterprise mailbox industry refers to the market size of the enterprise mailbox industry calculated from the user end, that is

, the total cost paid by the end user to purchase the enterprise mailbox. According to iResearch survey, in 2008 China Enterprise Mail

industrial scale box of 610 million yuan, compared to 2007 growth rate of 19.1%, as the country

home to increase the IT industry support, is expected in 2009 to 2012 China E-mail Industry The compound annual

growth rate of scale is 26.88%, and the market size in 2012 will reach RMB 1.530 billion.

Forecast of the scale of China's enterprise mailbox industry in the next 4 years. The use of funds raised in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-324

4) The service provider market scale of

Chinese enterprise mailboxes and forecasts Compared with the scale of Chinese enterprise mailbox industry, Chinese enterprises in 2008 The market size

of the mailbox service provider is 260 million yuan. The size of the enterprise mailbox market refers to the actual sales revenue of the

enterprise mailbox service provider : it includes the revenue of the enterprise mailbox service provider's own direct sales and the income from sales through agents calculated at the settlement price

.

In 2008, the growth rate of the market size of Chinese corporate mailboxes reached 19.3%. With

the continuous increase in China's Internet penetration rate and the continuous rapid growth of the Chinese economy, the support of national industrial policies has increased,

and the process of corporate informatization will continue to accelerate. Email, as an important tool for information communication, will be more and more

More companies accept and use it. It is estimated that the compound annual growth

rate of China's corporate mailbox market from 2009 to 2012 is 26.85%, and the market size in 2012 will reach RMB 643 million.

Forecast of the service provider market size of China's corporate mailboxes in the next 4 years

1-325

5) Market competition and trend forecast There

are many industry players in the corporate mailbox market, mainly divided into two categories : First

, professional corporate emails provided by ISPs that provide services such as domain name hosting . Because they have a huge domain name resource and corporate customer base, they usually

sell corporate emails to users when they register a network domain name and open a website space without users.

purchased separately, these companies, including the company, Ltd. and other communications network 263; the second is the portal,

the portal take advantage of the brand, this advantage in the early stages of development of mail industry more obvious, tolerance

and easy to convert to sales Such companies include Shangyi, Century Dragon Information Network Co., Ltd.

(21CN) and so on. The company belongs to the first category of participants. In 2008, the company

accounted for more than 19.9% of the market share in the corporate mailbox

business , ranking first among similar companies in China for two consecutive years. The use of funds raised in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-326

China's corporate mailbox market share in 2008

As can be seen from the above figure, the top four corporate mailbox service providers all account for more than 10% of the market share,

but each provides The product strategy adopted by vendors is different. The company is mainly vertical in-depth, product

Be in-depth and thorough, and pay more attention to the development of product functions, such as self-destructive mail, instant mail, etc. 263 Network communication mainly

adopts the horizontal integration model to expand the market, and proposes the "three networks in one", that is, the integration of the Internet, mobile phone networks and fixed

telephone networks, highlighting the integration of communication.

In the next 5 years, corporate mailbox competition will intensify, but price is no longer the only means of competition.

Competitors in the industry that do not have R&D capabilities and rely solely on price competition will gradually lose the recognition of customers. The market

concentration of corporate mailboxes will be higher, and only industry competitors with R&D capabilities, a sound marketing network and service capability platform

can achieve greater development. Since enterprise mailbox products are closely connected with domain name products, those

companies that have accumulated a large number of domain name customer resources will gain time for development. The company has strong

competitiveness in the field of domain name products, has accumulated a large number of domain name customer resources, and provided a large number of potential customers for enterprise mailbox products.

As the SaaS industry is still a relatively new industry, customers choose SaaS class software applications and services

, the primary consideration is the brand and reputation, and therefore, the next-mail competition may intensify, the city

field will be those who have the R & D capabilities, customer domain With the

concentration of resources, sound marketing networks and service platforms , the industry concentration will gradually increase. Xiamen Three-Five Internet Technology Co., Ltd. Prospectus Raised Funds Use

1-327 Concentration of

China's Corporate Mailbox Industry

Source: According to iResearch data

6) Customer demand trend analysis

can be requested. Users are no longer satisfied with simple mail sending and receiving, anti-spam and anti-virus functions, due to industry differences

Of the mobile office needs, users began to focus on the confidentiality of e-mail, instant messaging, video requirements, and

mobile phones combine better with business functions such as demand-side coordination office, the future market will show the mailbox to be

seeking to diversify and The trend of personalization. The use of funds raised in the prospectus of Xiamen Three-Five Internet Technology Co., Ltd.

1-328

As shown in the above figure, companies especially put forward a comparison

of the personalized functions of corporate mailboxes such as "confidentiality", "network storage" and "sending multimedia mail" . High demands. Among them, the "confidentiality" function reached

60.9% of attention, ranking third in the email function most concerned by users. This also shows that with the

popularity of enterprise mailboxes , users are not only satisfied with the various basic functions currently provided by enterprise mailboxes.

(2) The technical basis of the

project 1) The source of project technology and intellectual property rights The

enterprise mailbox system is completely independently developed by the company and has independent intellectual property rights. The Company 2004

years successfully passed the ISO9001: 2000 certification, followed in 2006 by a software maturity stage

segment of the three assessments (CMMI3), earlier is ISO certified and CMMI3 double within the industry, also

is One of the few companies in China that are moving towards CMMI4 certification. Among them, the spam filtering system

passed the inspection of the Computer Information System Security Product Quality Supervision and Inspection Center of the Ministry of Public Security in 2004, and it complies

with the information technology anti-spam product safety evaluation specifications.

The core technology mail system, anti-spam gateway, and instant messaging platform involved in the project have been

Software copyrights were obtained in 2004 and 2008: "35 Internet Smart Mail System V1.0" (
No.

1-329
031818 in the Prospectus of Xiamen Sanwu Internet Technology Co., Ltd. ), "35 Internet 64-bit Anti-Spam Gateway Software" (Ranzhudengzi No. 070510),

"35EQ System v1.0" (Ranzhudengzi No. 123805). At the same time, 35 instant mail "A Smart

Anti-Spam and Anti-Virus Gateway and Its Filtering Method" (Patent Application Number: 200810070435.8) and "A

Method to Realize Self-Destructing Mail" (Patent Application Number: 200810070436.2) have been published in 2008 The

patent application was submitted to the State Intellectual Property Office on January 10 and has been accepted.

2) Technical reserves and technical feasibility

The company launched a 64-bit intelligent anti-spam enterprise mail system in 2004. In May 2009, the

product successfully passed the functional test conducted by the Fujian Electronic Products Supervision and Inspection Institute. In June 2009, it passed the

software technology achievement appraisal organized by Xiamen Science and Technology Bureau. The appraisal committee agreed that the research results have reached

the domestic leading level of similar products and have good promotion and application prospects. At present, the product has

nearly 1 million users, and its sales occupies a leading position in the domestic industry. It has successively won the "

Top Ten Brands of Chinese Enterprise Mailboxes ", "Best Function Award", "Excellent Enterprise Mailbox Service Provider" and "Excellent Anti-Corruption". "Spam solution

provider" and many other awards.

Through the development and maintenance process of the 64-bit intelligent anti-spam enterprise mail system, the company has accumulated

Rich technical achievements and successful experience have formed a certain degree of R&D and innovation capabilities. On this basis, in-depth

research and development are carried out to ensure that the project has good reliability and maturity.

3) Reserve of R&D personnel.

Through years of product development, the company has a stable and efficient team of professional and technical personnel,

with sufficient senior

R&D personnel on development platforms such as .Net, Java, and C, as well as windows and linux systems. , The multi-system R&D capability enables the company to select the appropriate

technical system based on market needs and product strategies , making the company's technical decision-making more scientific. Especially in the enterprise mailbox product, through

the successful development and implementation of the previous version of the product, relevant technical personnel have accumulated rich R&D experience.

At the same time, the project plans to strengthen the

introduction of technical experts, senior engineers and other talents needed by the project on the basis of existing personnel to enhance the overall R&D strength.

(3) The company's competitive advantage in

the field of enterprise mailboxes The company has many years of independent research and development and market experience in the field of enterprise mailboxes, and has a deep

understanding and understanding of customer needs . The company E-mail product is the earlier national Ministry of Public Security certification of production

goods, and access to "e-mail Industry Contribution Award" in a series of authoritative evaluation, "Ten-mail recommend product

brand", "excellent business mail service "And other honorary titles.

The company is currently a well-known domain name registrar in China and has a huge resource of domain name customers. Since

detailed customer information must be provided when registering a domain name, our company has also established a strong enterprise

Mailbox customers (including potential customers) database, and thus gained the trust of customers. These customers have

potential corporate mailbox product requirements, which has laid a good customer base for the development of corporate mailbox business. Xiamen Sanwu Internet Technology Co., Ltd. prospectus raised funds to use

1-330

company's corporate mailbox business market share for two consecutive years ranked first among similar companies in China, of which

the market share in 2008 reached 19.90%.

4. Project construction content and innovation

(1) Project location

The technology research and development and implementation of the project are located in the company's business location.

(2) Project construction content

In order to maintain the leading advantage of the existing enterprise mailbox business and further expand the

gap with other competitors , the company plans to carry out the enterprise mailbox upgrade research and development project. The project includes the following four aspects:

1) the system feature upgrades

to current full-featured E-mail product upgrades, including most of the 11 upgrade R & D: Anti refuse

rubbish antivirus, overseas forwarding, online chat, data signature feature , Enterprise display business card function

, self-destruction function, PDA mail function, voice function, fax function, video function, professional office function

.

2) Hardware platform expansion and upgrade. Expand

the existing system to improve system performance and reliability, and ensure the fast, safe

and stable mail service ; expansion and new content include the addition of server and other hardware, operating system, database and other software.

3) Marketing brand promotion

The purpose is to enable the three-five enterprise mailbox to continue to maintain the brand's lead and strengthen the brand's leading edge,

so as to attract more users to use the company's mailbox service; the input content is TV advertising, online advertising, print

media advertising and public relations evaluation.

The main technical content (3) items

1) an overview of the main technical content of

the new generation E-mail product from the perspective of the user's point of view, according to different users can be divided into system

integration platform administrator, domain administrator post office platform, common user platform Three parts: The use of funds raised in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.


1-331 ①System


administrator platform: The system administrator is an administrator from the mailbox operator, responsible for managing and monitoring the

operation of multiple mailboxes. The system administrator platform is a management and monitoring platform for system administrators.

③Post office domain administrator platform: The post office domain

administrator is the administrator from the enterprise mailbox user side. The post office

domain administrator platform is a management and monitoring platform for post office domain administrators.

④Ordinary user platform: Ordinary users are terminal users. The common

user platform is a platform for end users to use corporate

mailbox services.

If divided from the program architecture, it can be divided into three parts: mailbox bottom layer, Webmail, and EQ:

①Post office bottom layer: the part that provides basic support for mail

services, including the

basic implementation of the program parts such as mail sending and receiving, storage, and delivery.

②Webmail: The program part of all mail service applications provided to

users through a Web page.

Through the display of Webmail, users can perform service operations provided by corporate mailboxes.

③EQ: The company's new generation of enterprise-level instant messaging

part is closely integrated with corporate mailboxes, and uses

instant messaging tools to make up for the lack of timeliness of traditional e-mail services.

2) Main development technologies The

bottom layer of mailbox and mail gateway mainly include C language and dynamic scripting language; Web Mail

mainly includes Java language, RIA, Comet technology, WAP; EQ, mainly

developed by Microsoft Visual C++.

(4) Technological innovation points of the project

1) Behavior recognition technology

As the third generation of anti-spam technology, behavior recognition technology combines statistical principles and computer intelligent

pattern recognition technology, and intelligently recognizes and automatically recognizes the behavior characteristics of the mail sender. Defense, in order to improve the

resolution of spam, its effect and reliability have been recognized internationally. Many international and domestic mail operators

and security vendors have begun product development based on behavior recognition technology.

The 64-bit intelligent anti-spam enterprise mail system launched by the company in 2004 has initially applied behavior

recognition technology. E-mail a new generation of products will use behavior recognition technology to enhance garbage identify three to five interconnected Technology Co., Ltd. Xiamen prospectus to raise funds using the original system

1-332

ability. Behavior recognition technology is an

intelligent technology that improves the resolution of spam by analyzing the characteristics of the email sender , such as whether the sender keeps changing the subject, whether the sender is constantly changing, etc. to determine

whether it is spam. This can greatly increase the processing speed of spam and save a lot of system resources

And network bandwidth. Through this behavior recognition technology, the original transmission information and

outbreak information of the email can be traced in several layers ; for a large number of real-time outbreaks on the network, the sender and sender server are forged, the IP

address is constantly changed, and the sender address is constantly changing. In-

depth detection of possible spam sending behaviors such as the way of dictionary attacks, abnormal sending frequency, regular sending time, false SMTP routing information, etc.

, so as to accurately distinguish each spam.

In addition, the system will enhance the function of the intelligent spam filtering module. The new generation of enterprise mailbox products will

build a spam decision-making network model on the basis of the previous ones, so as to have a faster receiving speed and higher

stability.

The project strives to develop a smarter anti-spam engine and cooperate with actual operations to achieve

better anti-spam effects. Improve the overall recognition rate of spam and virus emails, and reduce the

misjudgment rate of normal emails . At the same time, it ensures the mail filtering speed, reduces network delays, and distinguishes virus mails and

junk mails more timely and comprehensively .

2) Combining with instant messaging technology

The company's new generation of enterprise email products are fully integrated with the enterprise-level instant messaging tool 35EQ,

and the shortcomings of traditional email services in terms of timeliness can be compensated through instant messaging tools. The combination of the two will provide

users with integrated and integrated

applications such as email management, email reminders, communication services, storage services, and organizational structure management , which greatly improves corporate office efficiency.

When new mail arrives, 35EQ will notify you through multiple channels such as bubbling reminders, chat windows, and

Show content summary. The sender can also immediately discuss the content of the email with the recipient via instant messaging

, which is timely and efficient. 35EQ accounts and corporate email accounts and other enterprise applications account synchronization with

traditional

SaaS mode

type

35EQ

platform

WEB-based

client software based on

user initiative

to obtain information

software initiative to

put the user

shows information

35EQ can

to make up for the pass

system SaaS

non-real-time service

service deficiencies The

1-333

households using the funds raised in the prospectus of Xiamen Sanwu
Internet Technology Co., Ltd. can be switched on this integrated platform.

3) Self-destructing email technology

The characteristic of self-destructing email is that it is a kind of email
that can be self-destructed after reading. The self-destructing mail

function is a new type of mail service, and the sender can control the
sent mail. Through simple settings

, the sent emails are destroyed, the recipient's reading times and
expiration time are limited, so that the sent emails

can no longer be read after the conditions arrive. Self-destructing emails
will not be taken away by the recipient, and can only be viewed through the
web

, and storage and printing are not allowed.

4) A variety of value-added service technologies The

new generation of enterprise mailboxes will provide a variety of value-
added services, all of which are distinctive and leading.

Multi-level management: the system supports an unlimited level of
organizational structure, especially suitable for group mailboxes, which is
conducive to

sharing an enterprise mailbox and domain name between the group
headquarters and its branches, but it can be managed separately,

and the scope of management and authority are all It can be set according
to the actual level.

Alias domain: It is convenient for enterprises with multiple domain names

to manage mailboxes, and users no longer have to

worry about which mailbox domain name to provide . No matter which domain name suffix of the email is sent to the user's mailbox, as long as the user name is the same, the email

will be uniformly received into the main domain mailbox. The previous traditional method may require operators to manually set up. The

company's new generation of corporate email supports users to set up by themselves.

Mobile email service: Mobile email includes SMS notification service of email arrival, WAP mobile phone version,

Pushmail service. The functions of the three applications range from simple to complex, and technically easy to difficult. Users

can customize them according to their needs. After the expectation is fully realized, it will provide users with a complete set of mobile phone mailbox

service solutions to realize users' mobile office and seize business opportunities.

Mobile phone applications are developing rapidly. With the popularization of 3G, the improvement of various supporting services, and the improvement of mobile terminals, mobile phones

will inevitably become the next generation of integrated office environment. In addition to providing the above three types of mail

services, mobile mailboxes will also be combined with office applications on mobile phones, such as the mobile

35EQ

platform that our company may launch .

35 Corporate

Post Office

A new generation of corporate

post offices

Through this combination, 35

corporate post offices are better than other corporate post offices

in terms of performance. Xiamen Three-Five Internet Technology Co., Ltd. prospectus raised funds
are combined with

1-334

machine application services to form a set Complete mobile phone service, truly mobile office.

5) Transmission of large attachments

In today's increasingly popular broadband applications, sending large files has become a common demand for users. Especially

in some industries, files such as drawings, videos, etc., which are often 100M, need to be transmitted over the network. However, traditional mail

is difficult to meet the requirements of sending more than 30M mail due to the limitation of the standard mail transmission protocol. In order to meet customer

needs and achieve technological breakthroughs, the company provides super-large attachment services, allowing customers to send super-large emails up to 300M,

and regardless of the size of the recipient's mailbox, they can receive and download super-large attachments.

5. Project business process and operation mode

For details of the project business process and operation mode, please refer to the

relevant content of "Section 5 Business and Technology" in this prospectus .

6. Project investment budget

The project plans to invest 59.04 million yuan in the next three years. The details are as follows:

Unit: 10,000 yuan

The fixed asset investment of this project is as follows:

Project name budget price (10,000 yuan)

1. R&D data center 1,050.00

R&D Data disaster recovery room 530.00

R&D storage equipment 120.00

Network security equipment 400.00

Construction period

Project

Year 1 Year 2 Year 3

Total

1.Fixed asset investment 2,442.95 347.98 294.07 3,085.00

1. R&D data center 1,050.00 1,050.00

2. R&D equipment 300.00 300.00

3. Hardware upgrade and operation 1,092.95 347.98 294.07 1,735.00

2. Research and development investment 779.00 300.00 240.00 1319.00

1. Research and development expenses 480.00 300.00 240.00 1020.00

2. Software license 299.00 299.00

3. Promotion expenses 500.00 300.00 200.00 1,000.00

4. Working capital 300.00 200.00 500.00

Total 4,021.95 1,147.98 734.07 5,904.00 Xiamen Sanwu Internet Technology Co., Ltd. prospectus raised funds use

1-335

project name budget price (ten thousand yuan)

2. R&D equipment 300.00

R&D computer 100.00

Enterprise-level server 42.00

Department-level server 68.00

Workgroup servers 90.00

3, upgrade the hardware and operating 1,735.00

hardware upgrades 801.00

hardware platform expansion 934.00

Total 3,085.00

7, project financial evaluation of

the project the main financial indicators

No. Index amounts Remarks

7,292.03 CNY sales of

1

total profit of 2,375.57 ten thousand yuan tax After-

tax internal return rate of 39.96%, after-tax

3 financial net present value of 68,200,400 yuan ic = 10%

4 investment profit rate 40.24% after-tax

5 static investment payback period 3.06 years including construction period

6 dynamic investment payback period 3.35 years including construction period

8. Project organization and implementation

(1) Project organization

The company's product development model is a matrix management model with product management as the mainstay and administrative management as the supplement. The

product technology center consists of

five resource departments: software development department, product management department, interface design department, quality management department, and technical maintenance department. Each department assigns personnel to form a product development project team. The project is

organized and implemented in accordance with the product development process of the Product Technology Center.

(2) Project implementation

The project will be implemented in three phases. The company plans to start the construction of this project from the year when the raised funds are in place.

Set up and complete within three years. The use of funds raised in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-336

Phase 1: Framework optimization and realization of advantageous functions.

Perform Webmail tuning and upgrade with the bottom layer. Improve mail service, mailbox management and other functions;

realize self-destructive mail, overseas forwarding, archive mail and other advantageous function upgrades; initially realize integration with

other enterprise products such as instant chat tools, calendar products, and CRM. To meet the needs of enterprises, improve and optimize the overall platform

and market promotion and application.

The second stage: further improvement of functions and in-depth research and development of core functions.

Optimize and integrate product lines, and continue to in-depth research and development of original core functions. Deepen

the integration with other enterprise products such as instant chat tools, calendar products, and CRM; realize

the development of new functions such as organizational structure, multi-level management, and alias services ; complete the realization of business product planning functions such as mobile phone mailboxes and office mailboxes. On this basis

, customer segmentation and market expansion are carried out to widen the gap with major competitors.

The third stage: perfect the product line and subdivide products.

Further improve the product features, the integration of enterprise application platform development; continue to root out mobile email services,

as well as mobile office integration; while optimizing storage structure, consider high-efficiency backup, migration and other operators can work of

lifting force; adjust the product line to suit Different industries and technologies develop to achieve product segmentation and high growth

.

The goals and time plan

for each stage of the project development are as follows: A summary of the goals of each stage of the project development

Development work in the development cycle of the development stage

The first phase of the first frame and tuning functions to achieve the advantages of

the second phase of the second year to further improve the function, the core functionality of in-depth research and development of

the third phase of the three-year complete product line, product segments

9, project marketing support program

of the project will be marketing It is carried out in three stages:

(1) Consolidation of the platform stage The

consolidation of the platform stage focuses on cultivating fine management capabilities and perfecting corresponding tools. The

focus of this stage of work is to establish what kind of sales team, how to conduct sales management, improve the customer service system,

establish a competition-based product pricing mechanism, establish brand communication methods and channels, and improve the customer service call

center system.

(2) High-profit growth stage

After the realization of a certain scale platform, the company's corporate mailbox will enter a stage of profitable growth. The order of three to five interconnected Technology Co., Ltd. Xiamen prospectus to raise funds

1-337

focus is to optimize product segment, industry and regional customers get wider coverage and further optimize sales flow

processes, thus establishing the company's core strengths , To form a solid customer relationship.

(3) Industry leader

At this stage, the company's corporate mailbox goal is to continue to widen the gap with the main competitors, and

through the summary of the previous sales, to re-segment customers and further improve product functions.

The marketing strategy of this project is based on direct sales, supplemented by channel marketing, telemarketing,

supplemented by online display and door-to-door demonstration; the promotion strategy is mainly based on the "high-altitude bombing, dense coverage of hollow space".

Report method. "High-altitude bombing" mainly refers to the CCTV, Focus Media elevator LCD TV and local radio stations

on the radio and other media advertising and marketing, "hollow intensive coverage" mainly refers to professional IT magazine plane widely

reported marketing, and online advertising (including search engines, Professional vertical websites, etc.) effectively cover target customer

groups; the pricing strategy will be based on the "standard mailbox + value-added package" idea for product portfolio pricing, and the

"number of users" pricing method will be adopted to win the competition.

(2) Three-five-five interconnected CRM management software project

1. Project overview

CRM is a product of enterprise informatization. It is an important

tool for enterprises to improve profitability and improve customer satisfaction , and it has received more and more attention from enterprises. SaaS CRM software is

suitable for the characteristics of small and medium-sized enterprises in China because it does not require companies to build data centers, low initial investment, no IT personnel, and low investment risk. It is suitable for the characteristics of small and medium-sized enterprises in China and has a

large market space in the future. China's SaaS CRM market is still in class introduction, industry concentration is low, the city

field is not mature enough, low customer awareness, all the major manufacturers is still in cultivation period the customer, who can be the first to release

CRM to better meet customer needs Products that are recognized by customers can seize the commanding heights of the market.

"Three to five interconnected CRM management software project" The main objective is to assist small and medium enterprises through the use of CRM-based

system to reduce the sales cycle and marketing costs, increase revenue, find new markets and channels needed to expand their business

and improve customer value, satisfaction . The company has mastered the key technologies of CRM under the SaaS model, and has

The 1.03 version of CRM has been formed and has been provided to some customers for trial. The CRM of this fundraising project is

further developed on the basis of version 1.03, and the research and development cycle is expected to last for three years.

The company's CRM project mainly uses mature mainstream technologies while also citing appropriate advanced technologies. The

current R&D progress is good, and no major technical obstacles have been encountered so far. In general, the technical research and development

route of CRM projects is mature, and the main work is how to transform the traditional software version development model to the SaaS development

model.

China's SME market is huge, and the SaaS model has attracted the attention of

many SME users with its advantages in price and service . In the international market, SaaS model vendors Salesforce, RightNow,

Netsuite, etc. have successfully listed in the United States, indicating that the model has basically been recognized by the international market. In 2008

, the growth rate of China's SaaS model software product market was 30.59%. CCID predicts that in 2011, China's SaaS Xiamen Sanwu Internet Technology Co., Ltd. will use

1-338

model CRM software to account for more than 30% of the CRM software in the prospectus to raise funds . CRM products represent the

future development direction of enterprise-level SaaS products and have broad market prospects.

The future market development of the CRM project will be based on making full use of existing customer resources and 35EQ stickiness

, adopting a direct sales model, supplemented by three-dimensional marketing of advertising, events, and public relations, in order to achieve

rapid growth in CRM revenue .

The difficulty and limitation of CRM project implementation mainly lies in the super-large-scale concurrent access and dynamic interaction problems.

Similar problems have been solved in the company's research and development of corporate mailboxes and office automation systems, which will help the CRM project research and

development team to solve this problem.

The total investment of this project is 42.29 million yuan, which has good market prospects. At the same time, the project has good

investment economic benefits, with an embedded rate of return of 22.62% and an investment profit rate of 22.95%. The

successful research and development of this project will help the company to extend its product chain. The management of the company is confident that the successful development

and sales of new products in the future will bring new profit growth points for the company.

2, necessity items

(1) to seize market opportunities, the need to create new profit growth point of the company's

level of information for SMEs has been improving quite a lot of SMEs have the Internet from the initial

door phase of the transition to management software requirements According to the CCID report, in recent years, user demand has been strong, and

CRM will continue to maintain a rapid growth trend in the next five years. The company believes that

the main customers of CRM management software under the SaaS model are small and medium-sized enterprises. With the improvement of the informatization of small and medium-sized enterprises,

the CRM management software under the SaaS model will have a broad market space in the future. The company

has strong R&D capabilities in the field of SaaS application software , and has successfully developed version 1.03 of CRM under the SaaS model,

and has provided it to some customers for trial. The company will actively modify it based on feedback from trial customers. The

company will firmly seize this market opportunity and turn CRM products under the SaaS model into the company's new profit

growth point.

(2) The need to improve the company's product chain, enhance the company's competitiveness and market position. In

combination with the information needs of China's small and medium-sized enterprises at different stages of the informatization process,

the CRM products under the SaaS model to be developed in this project deepen the concept of "customers" and focus on The comprehensive "corporate relationship management"

system is a new comprehensive

CRM service product with powerful analysis functions that combines with the actual application of the enterprise and integrates information . At the same time, it is compatible with the company's core product corporate mailbox, which enables corporate users

to communicate with customers in their favorite ways, which improves customer satisfaction, helps companies better attract

and retain customers, and creates greater value for corporate users. the value of. Compared with the existing traditional

software CRM products, the products developed in this project are low-cost, maintenance-free, and compatible with other products for users. The

market prospect is broad, which will drive other product markets while realizing its own market. The development of the company will extend the company's

product chain and enhance the company's profitability and competitiveness. The use of funds raised in the prospectus of Xiamen 35 Internet Technology Co., Ltd.

1-339

(3) The need to promote the improvement of the informatization level of Chinese SMEs The

current informatization level of domestic SMEs is generally low. With the fierce competition in the market and

the high degree of homogeneity of products and services , small and medium-sized enterprises have begun to pay attention to personalized services for their customers, and there is

a demand for CRM . Small and medium-sized enterprises are eager to have low implementation costs, high value-added, high-quality consulting services,

ready- to- use and immediate results, flexible use locations and carriers, and CRM that can be upgraded and expanded at any time in the future

Solutions, and these are the characteristics of SaaS. The company's development of CRM management software under the SaaS model

will strongly promote the improvement of the informatization level of Chinese SMEs.

(4) The improvement of CRM management software is an inherent requirement for Chinese SMEs to improve their management capabilities to respond to the financial crisis. The financial crisis in the

United States has spread rapidly around the world, making SMEs deeply aware of the importance of enterprise informatization and

customer relationship management. The CRM management software under the SaaS model can allow SMEs to use the most

economical capital investment to achieve customer relationship management, optimize the company's organizational structure, and

improve the customer relationship management of SMEs .

3, the feasibility of the project

market prospects (1) item

1) of SMEs information on the strongest demand CRM

SME demand for major information technology focused on the urgency of solving the immediate problem to the market as the guide

to the to the main line contract The demand

for CRM is strongest under the SaaS model with performance as the goal and network as the platform .

"2008-2009 China SME Informatization Development annual report" shows, according to the CCID

statistics of small businesses of various types of business systems investment structure in 2008, 43.9% of SMEs to invest in customer relationship

-based management system, located on higher The sales channel management of the second place is nearly 14%.

2) China's CRM market is in a period of rapid development.

CCID predicts that by 2011, the scale of China's CRM market will reach 946 million yuan, of which SaaS Xiamen Sanwu Internet Technology Co., Ltd. use of funds raised in the prospectus

The 1-340

model will reach a scale of 289 million yuan. The next three years compound annual growth rate CRM market will reach 20.6%,

which in due CRM SaaS model allows small and medium enterprises with the most money-saving investment to achieve customer relationship

system management, optimization of the organizational structure of the company, received a positive majority of SMEs Yes, its compound annual growth rate

will reach 37.6%. SaaS model products will also increase from 20.59% of the total market share in 2008

to 30.55% in 2011.

2007-2011 China CRM Market Scale Forecast

Unit: RMB

100 million Source: CCID 2008 CRM Market Report

3) The characteristics of SME informatization enable CRM under the SaaS model to achieve rapid growth.

China's SME market is huge, and the SaaS model is based on its The advantages of price and service have attracted the attention of

many small and medium-sized enterprises. In 2008, the growth rate of China's SaaS model software product market was 30.59%.

CCID predicts that in 2011, China's SaaS model software will account for more than 30% of CRM software.

In the international market, SaaS model vendors Salesforce, RightNow, Netsuite, etc. have

successfully listed in the United States, indicating that the model has basically been recognized by the international market. Traditional software vendors

have also tested the market under the pressure of the success of SaaS , following SAP's launch of ERP products with SaaS model for small and medium-sized enterprises

After "Business ByDesign", Microsoft also launched its SaaS model CRM software product "Titan", and

Oracle is also actively promoting Oracle on demand solutions.

In the domestic market, China's SaaS model software vendors 800 Ke and Walison have used their price and service advantages

, and in recent years, the number of customers and turnover have increased significantly.

CRM is a product of enterprise informatization, and it is an important

tool for enterprises to improve profitability and improve customer satisfaction . In the process of informatization implementation, small and medium-sized enterprises have high price sensitivity and are cautious in investing in IT. Xiamen Three-Five Internet Technology Co., Ltd. uses

1-341 of the funds raised in the prospectus

and has weaker risk tolerance than large enterprises. I hope to see Investment returns in the shortest time.

SaaS enterprise class CRM software because no self-built data center, low initial investment, without having to maintain IT staff,

low investment risk, etc., it was easier to get recognized by the majority of SMEs to solve business because the price of traditional software

grid high unenforceable information In the dilemma of globalization, this inherent demand of small and medium-sized enterprises has enabled SaaS-like CRM software to

achieve rapid growth.

4) Market environment analysis


①Industrial environment


In recent years, the state has successively promulgated the "Policies for Supporting the Development of National Electronic Information Industry Bases and Industrial Parks", "

Guiding Opinions on Accelerating the Promotion of Independent Innovation in the Information Industry" and "Electronic Information Industry Adjustment and Revitalization Plan".

Strengthen the development of the electronic information industry, and vigorously promote the informatization process of Chinese small and medium-sized enterprises, these are CRM

The future promotion in the Chinese market has laid a solid foundation.

China is in the process of industrialization. The rapid development of various industries in the national economy and

the acceleration of the informatization process of small and medium-sized enterprises have laid a good market foundation for CRM software. In 2008, affected by the financial crisis, companies'

IT expenditures decreased, and the growth trend slowed down. In 2009, with the full

recovery of the national economy , the CRM industry also ushered in new development opportunities.

The emergence of important technologies such as virtualization technology and cloud computing has brought new changes to the software industry. Through

the integration of data centers and service platforms, the technology upgrade of the software operation service industry has been promoted.

@Competitive environment

At present, CRM software based on the SaaS model in China is in the product introduction period, with rapid growth

and low industry concentration. According to the CCID report, in recent years, SME user demand has been strong, and CRM

will continue to maintain a rapid growth trend in the next five years. The main participants in the SaaS CRM field are divided into three categories: the

first category is foreign providers represented by SalesForce and SAP; the second category is

new providers represented by Xtools and 800 customers ; the third category Class is a traditional management software

provider represented by UFIDA and Kingdee . The focus of its competition includes service system, channels and ease of use.

5) Market development analysis

The company intends to develop CRM products under the SaaS model. The product deepens the concept of "customer",

focusing on the comprehensive "corporate relationship management" system, which is integrated with the actual application of the enterprise and integrates information

A new comprehensive CRM service product with powerful analysis functions. At the same time, the integration with the company's corporate mailbox

can enable corporate users to communicate with customers in their favorite ways, improve customer satisfaction,

help companies better attract and maintain customers, and create greater value for corporate users. The company's CRM

products emphasize the ease of use of the product, solve the main problems that occur in the daily operation of small and medium-sized enterprises, and

reduce the learning cost of users through a friendly and unified interface. The use of funds raised in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-342

6) Marketing strategy

① Make full use of existing customer resources

Currently, nearly 70,000 SME customers are using various enterprise information products provided by the company. They

have recognized the company's brand and accepted the company's products, and there is a general

demand for higher-level applications of enterprise informatization , so they are very easy to accept the company's CRM products based on the SaaS model. The company will

promote CRM products based on the SaaS model among existing customer groups through direct sales channels and 35EQ channels.

35EQ is an instant messaging product provided by the company for free to customers. As an enterprise-level instant messaging tool,

it has a high degree of "stickiness" to customers, and customers are prone to have a high degree of dependence after using this software. CRM is provided

as a plug-in product on this tool, which can quickly be promoted among 35EQ customer groups.

②Focus on target customers

The target customers of the company's CRM products are those who have urgent needs and special features for SaaS customer relationship management software.

Don't pay attention to product ease of use and practicality of SME customers. The company will carry

out customer market analysis in various aspects such as service system, product function, and price system to fully meet the needs of this type of customer, so as to

gain a higher market share in this large-scale SaaS-model CRM software market.

③The sales model with direct sales as the mainstay and agency as the

supplementary. The sales of

enterprise management software generally have the characteristics of more customer questions and longer negotiation cycles. To this end, the

company will adopt a sales model with direct sales as the mainstay and agency as the supplement. Use the face-to-face sales method of door-to-door visits to

demonstrate products to customers, explain product knowledge and usage skills, thereby shortening the sales cycle and increasing the rate of order.

④Three-dimensional, segmented audience marketing

The company will

conduct three-dimensional promotion to potential customers of the company's CRM products through the repeated coverage of three promotion modes: advertising, events, and public relations . During the promotion process, the company will implement the advertising strategy of segmenting audiences

, conduct video advertising marketing on Focus Media's elevator LCD TV and local radio broadcasts,

conduct print advertising marketing on professional IT magazines, and conduct advertising marketing on search engines and professional vertical websites. China conducts online advertising

marketing to effectively cover target customer groups. Hold small research meetings, face-to-face communication and interaction with customers, and

play more of their role as information management consultants, thereby enhancing customers' trust in the company. Public relations

emphasize the use of product evaluation reports, and use third-party expert evaluation to make customers understand the product more quickly.

7) Market trial operation of

the company 's CRM products. The target customers of the company's CRM project are Chinese small and medium-sized enterprises. Before the CRM project is approved and

R & D process, the Company's demand CRM products target customers to do a careful investigation and analysis, the survey

results show that most of the target customers want to configure the CRM system in order to optimize the management of customers, but small and medium

enterprises are small, limited financial resources, and therefore A mature CRM software based on the SaaS model is

very attractive to SME customers. Technology Co., Ltd. Xiamen three to five interconnected prospectus to raise funds

1-343

CRM in SaaS mode is suitable for application characteristics of SMEs: (1) the amount of the sales process is capable of

management; (2) for cost-effective for small and medium enterprises is relatively A simple and centralized business system requires a simple

and easy-to-understand CRM; (3) It meets the development trend of the e-commerce era and can realize

real-time communication between remote, mobile office and branch offices; (4) Those that require general products Personalized application; (5) It is

easy to implement and maintain. Small and medium-sized enterprises do not have dedicated system maintenance personnel. Therefore, "plug and play" CRM software

is the most welcome for small and medium-sized enterprises. The company's CRM project research and development team aims at the characteristics

and needs of SME customers, and at the same time designs and develops

CRM products based on the company's technological integration advantages under the SaaS model that have been formed over the years .

According to the relatively

high evaluation of some SME customers after using the company's 1.03 CRM product for free , the products designed by the company have initially reached the set goals.

(2) Project technical feasibility

1) Project main technical maturity

The 35 CRM project inherited the basic business model of the C/S version (traditional software model) and made a new

optimized design. Therefore, the technology applied in this project is not a completely innovative technology. The maturity

of the project technology has been initially verified by the market, and there is a certain user base.

35 The core technologies adopted by the CRM project include

mainstream technologies such as asp.net 2.0, xml, xsl, WebServices, data warehouse, and data mining, as well as technologies that are popular

under the SaaS model such as Ajax and SOA . The above-mentioned technologies are very mature technologies. For example, Ajax has been widely used in various high

-level B/S business applications, and SOA (Service Oriented Architecture) has been used in

the industrial and commercial application infrastructure of world-class companies such as Oracle and SAP . 35 The CRM project uses mature mainstream technologies while also

citing appropriate advanced technologies. The current R&D progress is good.

Through successful research and development in the field of corporate mailboxes, the company has mastered the

core technology of converting C/S software into SaaS software. Therefore, the core technology of the SaaS model software used in the 35CRM project

is mature and reliable.

In summary, the project SaaS software development process involved in three major aspects of the technology is

mature and reliable, the current good development progress, based on the development of sales automation management and development services from

automation CRM1 management module. Version 03 has been provided to customers for trial.

2) Project technical innovation points.

The project will carry out technical innovations in the following aspects: flexible configurability and scalability, total software affairs

Line and granular processing unit, human-computer interaction, visualized workflow engine, interface event mechanism, etc.

35CRM system platform includes software transaction bus, authority control, object circulation mechanism, process control

mechanism, organization management, parameter management, 360-degree view framework, data view, online submission engine, and instant fundraising in the prospectus of Xiamen Three-Five Internet Technology Co., Ltd. Using a series of common components such as

1-344

communication plug-in and general report analysis wizard, the software transaction bus is the core of the system

, and the instant messaging plug-in greatly expands the functions of 35CRM, making 35CRM a new comprehensive

CRM service product.

35CRM is integrated with 35EQ, sharing 35CRM and 35EQ user information, you can

log in to 35CRM directly from 35EQ, and you can use 35EQ's message mechanism to realize 35CRM application event reminders.

3) Reserve of R&D personnel

After years of product development, the company has a stable and efficient team of professional and technical personnel,

with senior R&D personnel in the three technical systems of .Net, Java, and C.

The project plans to strengthen the introduction of business experts, technical experts, senior

engineers and other talents required by the project on the basis of existing personnel to enhance the overall R&D strength.

(3) Competitive advantages of the company's CRM products

1) Service system

The company has many years of service experience in the SaaS industry and has 7*24 hour service capabilities to meet the needs of

small and medium- sized enterprise customers.

2) Sales channels

The company has nearly 70,000 SME customers who are already using various enterprise information

products provided by the company and are potential customers of SaaS model CRM. The company has trained more than 800 people from a team of technical

operation support and marketing team, established a telemarketing center as a base for the company's headquarters, and a large number of domestic

cities to set up branches or subsidiaries, initially covering CRM A

marketing service network for major customer groups and potential users .

3) ease of use

of the company's CRM products emphasize rapid implementation, fast to use, focus on solving practical questions of SMEs

problems, before and after will put into the market based on customer feedback on product features and ongoing customer friendliness finished

good, can Minimize the operation difficulty of customers and increase customer "stickiness".

4. Project construction content and innovation

(1) Project location

The technology research and development and implementation of the project are located in the company's business location.

(2) Project technical scheme

35CRM fully integrates the

three systems of CRM, ERM (employee relationship management) and PRM (partner relationship management). All applications are based on a unified Web structure, enabling enterprises to integrate customers, employees and

partners. Close electronically (Digitally Wired), enabling companies to establish
a customer care system that "unanimously use

1-345

of the funds raised in the prospectus of Xiamen Three-Five Internet Technology Co., Ltd. ".

The application environment of 35CRM system consists of the following three parts: 35CRM core database and 35CRM

File system-stores all kinds of enterprise data and documents; 35CRM client accesses enterprise data; 35CRM

server manages application business logic, and provides batch processing and interactive processing capabilities for 35CRM client.

The 35 CRM application engine is designed as a multi-layer structure, consisting of user interface, object manager, data manager

and data exchange layer. This structural system makes the system function modular, the lower layer directly serves the upper layer, and

the customization process of each layer is relatively independent.

35CRM provides a visual workflow management engine, which is mainly composed of

three application modules: business process process design, policy manager and state mode conversion. It is used to design various

business processes required by the enterprise .

35 CRM has a variety of logical servers, namely: a Gateway server, one or more

application servers, a database server, and a file system server. 35CRM can

deploy these logical servers on one physical server, or distribute them on multiple physical servers.

35CRM Tools is a system expansion and modification tool specially provided for enterprises. It has complete functions and is very

flexible. Using this tool, companies can directly modify the 35CRM object definition library to change

various behaviors of the application system , and companies can use it to modify all object definitions in the multi-tier application engine or create

new objects.

35CRM provides both a packaged sales version and a SaaS model service. The application operating environments

of the two are different. The two pictures provided below illustrate the application environments of the two models respectively.

If an enterprise purchases the 35CRM package version, the enterprise must build its own computer network,

install the 35CRM software on the server , and the user of the enterprise opens a browser to log in to the 35CRM software. The use of funds raised in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-346

Branch A

Branch B

In an application environment that provides services in the SaaS mode, the server-side equipment is provided

by the company , and the company's computer or computer network is connected. When accessing the Internet, enterprise users can log

in to 35CRM to handle their own business by opening a browser .

The client of each application of 35CRM is completely WEB-based, which enables the traceless installation of the client,

greatly reduces the cost of installation, training and support, and minimizes the total cost of ownership of the client.

(3) Technical features and advantages The use of funds raised in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-347 35

CRM has the following technical features and advantages:

1) Based on Microsoft .NET and SQL Server 2005, it has powerful functions and stable system.

2) The loosely coupled architecture design can easily expand the system in all aspects without changing the

existing code. It is even more convenient for business expansion.

3) Using Ajax technology, any operation in the same column will not refresh the page, and the frame of the interface will not refresh

at all, which comprehensively improves the user interface operation experience.

4) The page control elements designed in a new object-oriented way abstract loose HTML into an orderly manner

Clear controls. So that the logic of the entire interface layer is clear and the reliability is enhanced.

5) The unique interface event mechanism design makes the interaction between interface elements clear and reliable.

The operation of any element can immediately cause changes in all relevant elements on the interface.

6) With SOA (Service Oriented Architecture), the system is easier to maintain, has better scalability and

higher availability, and can support a variety of customer types, including new access channels such as PDAs and mobile phones.

7) Adopt "cloud computing" technology deployed by enterprises. The service delivery and usage model is more flexible, and users

can obtain the services they need through the network in an on-demand and easily expandable manner. This kind of service can be

related to IT, software, and the Internet, or any other service, enabling IT infrastructure to be used like water and electricity

.

5. Project business process and operation mode

(1) Business process

Traditional CRM products are usually in the form of software and installed in the customer's local area network or wide area network.

The company's CRM products are provided in the form of SaaS. Customers can focus on business development.

The construction, maintenance, upgrade, and training of CRM products are all done by the company's professionals. The

business flow chart of this project is as follows: The use of funds raised in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.
Figure

1-348
: CRM product business flow chart

(2) Project operation mode

The company's CRM operation mode mainly has the following characteristics:

Users interact with the software using a standard browser, easy to use; in addition to Internet access, no customer

households grasp or hosting infrastructure; users can use the software at any place on the Internet, in fact,

now the mobile office; with fast , Concise delivery, setup and training process; Adopting the "one-to-many" model, it

is a multi-subscriber system architecture that can support thousands of users at the same time.

The company's CRM ecosystem: It consists of on-demand applications, high-performance service hosts,

high-bandwidth network access, robust and reliable infrastructure, and easy integration of various applications.

6. Project investment budget

During the implementation of this project, it is planned to increase investment of 42.29 million yuan.

Project investment estimation table

Unit: ten thousand yuan

Construction period

Project

Year 1 Year 2 Year 3

Total

1. Fixed asset investment 977.28 275.86 275.86 1,529.00

1. R&D data center 329.00 329.00

2. R&D equipment 200.00 200.00

www.35.com

purchase management Application

Register

Member

Login

Customer

Self-Service

Center

Fill in the purchase

information

Admin Login

tube www.35.com

management

submitted

to confirm

the customer's user login through the WEB

using various functions

successfully

purchased three to five interconnected Technology Co., Ltd. Xiamen prospectus to raise funds

1-349

3. railroads 448.28 275.86 275.86 1,000.00

II. R&D investment 660.00 300.00 240.00 1,200.00

1. R&D expenses 360.00 300.00 240.00 900.00

2. Software license 300.00 300.00

3. Promotion expenses 500.00 300.00 200.00 1,000.00

4. Working capital 300.00 200.00 500.00

Total 2,437.28 1,075.86 715.86 4,229.00

The fixed asset investment of this project is as follows:

Project name Budget price (ten thousand yuan)

1. R&D data center 329.00

R&D data disaster recovery room 139.00

R&D storage equipment 100.00

Network security equipment 90.00

2. R&D equipment 200.00

R&D computer 75.00

Enterprise-level server 24.00

Department-level server 32.00

Workgroup-level server 69.00

3. Operating equipment 1,000.00

Host system 340.00

Network equipment and switching storage system 660.00

total 1,529.00

7. Project financial indicator evaluation

Project main financial indicators

Number of index units Remarks

Annual sales revenue of 34.73 million yuan

1

-year total profit of 9.7073 million yuan after tax

2 financial Internal Rate of Return 22.62%

3 financial net present value 1,861 ten thousand yuan ic = 10% Technology Co., Ltd. Xiamen three to five interconnected prospectus to raise funds

1-350

4 investment profitability 22.95%

5 The static investment payback period is 3.94 years including the construction period

6 The dynamic investment payback period is 4.29 years including the construction period

8. Project organization and implementation

(1) Project organization

The company's product research and development model is mainly product management, supplemented by administrative management Matrix management mode. The

product technology center consists of

five resource departments: software development department, product management department, interface design department, quality management department, and technical maintenance department. Each department assigns

personnel to form a product development project team. The project is in accordance with the product technology

Organization and implementation of product R&D process.

(2) Project research and development cycle.

This project arranges the research and development schedule according to the characteristics of the SaaS model software products. Generally, it is necessary to first push

the basic version for customers to use, and then continue to check the

performance of the product through online methods during the customer's use process. With perfect functions, the company has arranged a "basic version + three years" development cycle for this project

, which is specifically subdivided into six phases:

Phase 1: Development of sales automation management (SFA: Sales Force Automation/Sales

relationship management) . The main modules include sales target management, sales opportunity management, sales

quotation management, sales order management, customer management, contact management, competition information management, data management,

sales task management, time management, and sales expense management. The research and development at this stage was completed in early 2009

.

The second stage: Development of service automation management (SA: Service Automaion /Service

relationship management). The main modules include project management, service acceptance management, service return visit

management, service agreement management, customer asset management, product defect management, maintenance management, spare parts sales order

management, customer management, contact management, solution management, data management, and service tasks Management, time

management, service cost management and spare parts warehousing management, among which spare parts warehousing management itself is a complete

subsystem, involving a series of management modules such as spare parts procurement, inspection, sales, warehouse entry and exit, and warehouse operations.

The R&D at this stage is in the final testing stage.

The third stage: Development of marketing automation management (MA: Market Automation /Marketing

relationship management). The main modules include marketing plan management, marketing campaign management, market

promotion management, customer management, contact management, partner management, competition information management, data management,

marketing task management, time management, and marketing expense management.

The fourth stage: Development of partner relationship management (PRM: Partner relationship

management). The main modules include partner information management, price list management, price policy management, rebate

management, agency agreement management, market fund management, market fund application management, training course management, and use of funds raised in the prospectus of Xiamen 35 Internet Technology Co., Ltd.

1-351

training management and partner portal, etc.

The fifth stage: Develop employee relationship management (ERM: Employee relationship management).

The main modules include personnel management, enterprise objective management, information resource database, training management, performance management, etc.

The sixth stage: Development of 35CRM Tools configuration tool. The 35CRM Tools configuration tool itself is also

a product. It is integrated with 35CRM and is provided to issuer developers and enterprise administrators

for customers to customize and develop new applications.

(3) Project progress

At present, the issuer's CRM project is progressing smoothly, and the first and second phases of R&D work have been basically completed.

A basic version for trial has been formed, and the final test is now in progress. It is expected

to be available for sale by the end of September 2009 , and a trial sale will be carried out to customers in October. The specific progress is shown in the following table:

Project development schedule

First year, second year, third year

Stage

Q1 Q2 Q3 Q4 Q1 Q2 Q3 Q4 Q1 Q2 Q3 Q4

Sales automation SFA is basically completed

Service automation SA is basically completed

Marketing automation MA

partnership PRM

staff Relationship ERM

configuration tool It

is expected that after three years of research and development, the main business functions and services of the company's CRM products will

maintain an advanced level among similar domestic products. The timely arrival of the raised funds will strongly support the company's research and development of CRM products.

CRM was in the research and development stage during the reporting period, and no operating income was realized.

(4) Uncertainty, implementation difficulty and limitations of CRM projects

1) Uncertainty The

SaaS industry is a fast-growing industry, and the market demand for CRM projects has begun to show a steady growth

trend. When the CRM market under the SaaS model transitions from the introduction phase to the development phase, market demand will show rapid growth

. If the CRM project has insufficient funding or the funding source is interrupted, the

development of the CRM project will be delayed or even forced to be terminated. . The use of funds raised in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-352

2) Implementation difficulties and restrictions

. CRM product applications under the SaaS model are based on the Internet. The application architecture must be able to support

the large-scale users and deployments brought about by the serial licensing model, and the system must be able to support ultra-large-scale concurrent access

and dynamic interaction.

In the research and development of enterprise mailbox and office

automation (OA), the company successfully solved the super-large-scale concurrent access and dynamic interaction problems of enterprise mailbox and office automation (OA). The CRM project will

solve the problem of ultra-large-scale concurrent access and dynamic interaction on the basis of previous successful research and development.

9. Marketing strategy plan

The company will implement the CRM marketing strategy in four steps, as shown in the following figure:

(1) Business preparation stage (within the first year before the product is about to be

launched ) In this stage, business preparation is mainly for the promotion of CRM. Target market positioning, product positioning,

and the establishment of preliminary marketing strategies are expected to take 6 months to prepare.

(2) Realize a certain scale platform (the first year after the product is on the market). At

this stage, focus on cultivating fine management capabilities, focusing on the

conversion of original corporate mailbox customers to CRM customers, and perfecting the corresponding tools. The focus of this stage of work is to establish

what kind of sales team, how to conduct sales management, improve the customer service system, establish a product

pricing mechanism based on competition , and establish brand communication methods and channels. It is estimated that it will take 12 months to complete this phase of work

.

(3) High profit growth stage (the second year after the product is launched)

After the realization of a certain scale platform, the company's CRM will enter a stage of profitable growth. This stage three to five interconnected Technology Co., Ltd. Xiamen prospectus to raise funds

1-353

focus is to optimize the product, get the wider industry and customer coverage area, to further optimize sales flow

processes, thus establishing the company's core strengths, Form a solid customer relationship.

(4) Strive to enter the forefront of the industry (the third year after the product is on the market)

At this stage, the company aims to enter the forefront of the CRM market. And through the summary of the previous sales, the

customer segmentation is performed again, and the product functions are further improved.

The marketing strategy of this project mainly takes direct sales as the mainstay, supplemented by channel marketing, telephone marketing as the mainstay, network

display and door-to-door demonstration as the auxiliary mode.

In terms of promotion strategy, in order to better cooperate with the marketing model based on telephone sales and realize the project's

revenue as soon as possible , the company will first adopt the marketing promotion of existing mailboxes, domain names, OA and other product customers.

Due to the company's mailbox, OA and other SaaS products are integrated in 35EQ. 35EQ

's "sticky" characteristics for customers makes it easier to implement

35CRM marketing among existing customers. The module based on 35EQ's immediate management function can quickly achieve Respond to customer relationship management

to achieve seamless connection with customers. In addition, the company will also use

the advertising method of "high-altitude bombing, dense coverage of hollow space" .

In terms of pricing strategy, the "number of users" pricing method will be adopted to win the competition.

(3) Three-five Internet technology support and marketing center promotion project

1. Project overview

This project is based on the inherent requirements of the IT industry, based on the original technical support and marketing network,

with the convenience of SME information services as the fundamental starting point, according to the company's overall strategic needs, combined with the

company's product attributes, Based on the Call-center system, it is planned to establish technical support and

marketing centers in major regions of the country to provide door-to-door, one-stop, convenient, fast, and professional technical support

and marketing services for small and medium-sized enterprises across the country . Through this promotion project, the domestic market share and brand

influence nationwide will be further expanded , thereby enhancing the company's sustainable development ability, profitability and competitiveness.

The total investment of this project is 45.88 million yuan. The required investment of the project is planned to be raised through the issuance of stocks, and the

shortfall will be solved by the company's self-raised funds.

2. Necessity of the project

(1) The inherent nature of the IT industry determines that the technical support and marketing center must be upgraded.

From the perspective of the SaaS product model: SaaS services are used to meet customer

demand for software products through the Internet , and only rely on telephone sales will extend the talk about single-cycle, dispatch professional technical people in pre-sales and sales

staff for technical guidance and a live demonstration based on customer needs in the field, and after-sales customer training and ask

questions deal with, we can form a strong complement to telemarketing . Therefore, this model requires a relatively complete technical

support and marketing network as support. The use of funds raised in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-354

From the perspective of customer attributes: the company's service targets are mainly corporate users, and most of them are small and medium-sized enterprises

Industry users. Small and medium-sized enterprises have the characteristics of relatively dispersed regions. Therefore, the company needs to establish a technical support

and marketing center to meet the needs of customers as much as possible.

From the perspective of service quality: Compared with individual users, corporate users have higher requirements for services. Before the domestic

credit system is perfected, the establishment of technical support and marketing centers covering major large and medium-sized cities across the country

is conducive to narrowing the distance with customers and enhancing the recognition and trust of local customers. In addition,

the participation of engineers can ensure that the company's information needs are accurately implemented, and can promote the correct

use of the company's products , ultimately improve customer satisfaction, and enhance the company's corporate image.

From the perspective of product complexity: software products such as website construction and customer relationship management systems (strategic products)

are highly complex. The use of the company's original telephone marketing model will lead to a prolonged transaction cycle. By establishing a technical

support and marketing center, on-site demonstrations and technical guidance can be carried out to solve this problem.

(2) The need to improve the sales model to increase the success rate of sales.

Based on the characteristics of the SaaS software application model, the company adopts two sales methods

, direct sales and channel distribution , of which direct sales are the main method. At present mainly taken direct telephone sales model, the success rate is still relatively low, pass

through the establishment of technical support and marketing centers in major market areas, both to increase the channels of contact with customers, but also beneficial

to enhance the acceptance of the local area customers; In addition, engineers Participation can ensure that the company's information needs are

accurately implemented, and can promote the correct use of products, and ultimately increase the sales success rate.

(3) The trend of international industrial development requires that the technical support and marketing center must be upgraded

With the advancement of economic globalization and information networking, the development of international industries has gradually shown some new

trends. The production, marketing, capital operation, service, and research and development of international industries are all showing a

trend of global division of labor . Multinational companies follow the strategic deployment of "control the two ends and let go of the middle" to master

key links such as product design, core technology research and development, and final assembly. At the same time, it establishes a global marketing network, conducts product advertising and provides

after-sales service. The important role of R&D technology and marketing services is becoming increasingly prominent. In addition, with

the development of network technology and e-commerce, the trend of industrial service networking has been further strengthened. As a leading

software service provider in the industry , to achieve the goal of becoming a world-class software company, the company must follow

the trend of international industrial development and improve the level of R&D technology and marketing services as a whole. Therefore,

it is imperative to upgrade the technical support and marketing center.

3, the feasibility of the project

due the next five years, the company's main product is E-mail, customer relationship management system and

website building software and services, so this part for more than three product markets were regional sub-

analysis, In order to establish the site selection, positioning and construction order of the technical support and marketing centers.

(1) Analysis of the enterprise mailbox market. The use of funds raised in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-355

iResearch divides the distribution of Chinese enterprise mailboxes according to national administrative regions: East China

includes Shanghai, Jiangsu Province, Zhejiang Province, and Shandong Provinces, Anhui Province, Fujian Province and Jiangxi Province; North China includes

Including Hebei Province, Shanxi Province, Beijing City, Tianjin City and Inner Mongolia Autonomous Region; South China includes Guangdong Province, Hainan

Province and Guangxi Zhuang Autonomous Region; the remaining regions are relatively small, so they are defined as other regions. The results are

shown in the figure below . There may be

some differences in the regional division of mailbox service providers according to their marketing needs , so the data in the following figure is for reference.

2008 China E-mail Regional distribution

according to the figure can be seen in China business mail market, east, north, south to occupy the entire

92.4% body corporate email market share, so the company will advance these three areas as

The preferred area for marketing network construction .

(2) CRM regional market analysis

2008 China's CRM software regional market sales

unit: 100 million yuan

Market scale share

Regional

CRM market

in

2007 overall 2007

SaaS model

CRM in

2008

CRM market

overall in

2008

SaaS model

CRM

2007

CRM market

overall field

in 2007

SaaS model

CRM

2008
overall

CRM market
2008
SaaS model
CRM
Northeast 0.19 0.03 0.24 0.04 4.30% 3.53% 4.50% 3.60% Use of funds raised
in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.
1-356
North China 1.09 0.2 1.32 0.26 24.50% 23.53% 24.50% 23.42%
East China 1.47 0.27 1.8 0.37 33.10% 31.76% 33.40% 33.33%
South China 1 0.23 1.19 0.29 22.50% 27.06% 22.10% 26.13%
Central China 0.32 0.06 0.4 0.07 7.20% 7.06% 7.40% 6.31%
Northwest 0.1 0.01 0.12 0.02 2.30% 1.18% 2.20% 1.80%
Southwest 0.27 0.05 0.32 0.06 6.10% 5.88% 5.90% 5.41%

Total 4.44 0.85 5.39 1.11 100% 100.00% 100% 100.00%
Data source: CCID 2009, 01
CCID data shows: North China, The three regions of East China and South China account for the total CRM market capacity

At the same time, the SaaS model of CRM accounts for 82.88% of these three regions.

(3) Analysis of the regional market of e-commerce website construction in

2008 The number of provincial websites and the number of domain names The number of

provincial domain names (a) The percentage of the total number of domains The number of websites (a) The percentage of the total number of websites

Anhui 197,537 1.2% 33,117 1.2%

Beijing 3,600,797 21.4% 370,148 12.9%

Fujian 902,861 5.4% 128,949 4.5%

Gansu 41,037 0.2% 7,508 0.3%

Guangdong 1,895,269 11.3% 433,017 15.0%

Guangxi 155,304 0.9% 35,972 1.2%

Guizhou 90,123 0.5% 33,535 1.2%

Hainan 79,527 0.5% 6,071 0.2%

Hebei 261,328 1.6% 56,971 2.0 %

Henan 324,970 1.9% 68,880 2.4%

Heilongjiang 176,414 1.0% 26,193 0.9%

Hubei 382,873 2.3% 71,511 2.5%

Hunan 508,352 3.0% 121,713 4.2%

Jilin 105,099 0.6% 16,067 0.6%

Jiangsu 737,334 4.4% 163,739 5.7%

Jiangxi 149,836 0.9% 27,839 1.0%

Liaoning 364,082 2.2% 65,016 2.3%

Inner Mongolia 68,194 0.4% 11,518 0.4%

Ningxia 27,510 0.2% 3,730 0.1% Use of funds raised in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-357

Qinghai 14,832 0.1% 1,585 0.1 %

Shandong 690,963 4.1% 149,829 5.2%

Shanxi 129,223 0.8% 23,079 0.8%

Shaanxi 154,027 0.9% 30,816 1.1%

Shanghai 1,088,825 6.5% 178,762 6.2%

Sichuan 529,211 3.1% 76,508 2.7%

Tianjin 127,684 0.8% 26,039 0.9%

Tibet 14,332 0.1% 1,331 0.0%

Xinjiang 60,422 0.4% 8,607 0.3%

Yunnan 93,273 0.6% 16,149 0.6%

Zhejiang 1,089,032 6.5% 218,167 7.6%

Chongqing 189,348 1.1% 26,259 0.9%

Others 2,573,138 15.3% 439,428 15.3%

Total 16,822,757 100.0% 2,878,053 100.0%

according to the national situation CNNIC report shows that Internet development 23rd, north, east and south China three

large regions of the province website market, including Guangdong, Beijing, Zhejiang, Shanghai, Jiangsu, Shandong, Fujian

website The total accounted for 57.07% of the total number of national websites.

After the above analysis, the company will regard North China, East China and South China as key areas, and

select and arrange three-tier network cities based on the economic development and regional advantages of each city , and establish its own

technical support

and marketing centers. The total

market share of cities covered by the upgraded technical support and marketing service network can basically reach more than 90% of the national corporate mailbox market, more than 85% of

the market share of the collaborative customer relationship management system , and more than 80% of the market share of website construction .

4. Project site selection The

first stage: to achieve the strategic layout, the main task is to build points; the

second stage: to implement the strategic deployment, the main task is to realize the connection; the

third stage: the strategy is fully deployed, to achieve "points with lines, A comprehensive layout of "line with surface".

The specific construction goals are as follows:

technical support and marketing center construction schedule,

development phase construction cycle construction goals, the

first phase, the first year of the nationwide expansion of 6, the new construction of 2 first-level technical support and marketing centers, the

second phase of the second year of expansion, 1 Newly built 7 secondary technical support and marketing centers and expanded 4 Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Raised Funds Application

1-358

Newly build 6 three-level technical support and marketing centers.

Phase 3 Newly build 4 third -level technical support and marketing centers in the third year.

Phase 1: Realize the strategic layout. The main task is to build sites. Reasons for choosing to enter 8 key areas

As follows:

These regions have more than 70% of the national corporate mailbox market, more than 60% of the market share of customer relationship management systems,

and more than 50% of the market share of website construction.

For these 8 regions, the company will concentrate on building a customer base, and strive to occupy a certain market

share, and expand across the country through these 8 key regions.

Use the initial market establishment to run in and improve the sales model, optimize the management process, and accumulate experience to

cultivate talents who will further expand the market in the future.

In these 8 provinces, the customer service system structure is gradually built to meet the needs of future expansion.

The second stage: the implementation of the strategy, the selection of 18 cities for the layout, the reasons are as follows:

1) Through further expansion of these provinces, plus the key areas of the first stage, these areas will

occupy more than 85% of the national corporate mailbox market. , Collaborative customer relationship management system has

a market share of more than 75% , and website construction has a market share of more than 70%.

2) After the end of this phase, the company can effectively cover the market in all major regions of

the country , and lay the foundation for the comprehensive development of the national market.

The third stage: choose 4 city layouts with "points with lines and lines with faces".

After the third phase is completed, the company's upgraded technical support and marketing network covers the total market

The volume can basically reach more than 90% of the national corporate mailbox market, more than

85% of the market share of the collaborative customer relationship management system , and more than 80% of the market share of website construction.

5. The sales model to be adopted by the project

At present, the company adopts direct sales as the main sales model and agent sales as the supplementary model.

The advantages of the direct sales model are mainly reflected in the reduction of intermediate links, building closer customer relationships, in-depth

understanding of customer needs, creating higher customer value, realizing secondary development of customers, and enhancing customer loyalty

. Therefore, the company's fund-raising projects will complete the layout of direct sales across the country, thereby further strengthening the expansion of direct sales

.

The advantage of the agency sales model is that it can rapidly expand market share and market influence. Therefore,

the company will adopt an agency model where the technical support and marketing network cannot cover.

(1) Sales strategy based on direct sales, supplemented by channel sales. The use of funds raised in the prospectus of Xiamen 35 Internet Technology Co., Ltd.

1-359

Compared with channel distribution, the company's direct sales model has obvious advantages.

First of all, the direct sales model can reduce the profit diversion in the intermediate links, so that the company can

directly return the profits to the customers and obtain better product price advantages to participate in market competition. Secondly,

the advantage of the direct sales model is also reflected in the fact that the company can listen to users' opinions through its direct sales and service system, and directly

apply it to product design and improvement, so that scientific design, rigorous testing, and meticulous

Research and development and high-quality services form a complete closed loop, which promotes the continuous improvement of the company's product quality. At last,

Serving customers directly can directly listen to customers' opinions, establish a personalized service

system for different customers , and meet customer needs, so as to establish in-depth customer relationships and win opportunities for continuous consumption.

At the same time, using product differentiation and regional differentiation,

channel sales are adopted for products and regions that cannot be directly covered by the technical support and marketing center , so as to realize the nationwide sales of the company's products.

(2) telephone-based marketing, network marketing and home demonstration display mode network, supplemented by

telemarketers now also become an important form of sales, divided into single phone sales model and the whole

combination of telephone sales model, the company The

direct sales model adopted is mainly telemarketing, supplemented by online display and on-site demonstration, which is an integrated telemarketing model.

This direct sales model is linked by the Call-center system, which integrates telemarketing, e-commerce

, and direct sales, and combines the characteristics of SaaS products to make full use of their respective advantages. Therefore, it has the

following characteristics and advantages:

1) Passed Obtain customer information through multiple channels, low cost, and high efficiency, contact customers, and recommend company

products;

2) Provide customers with a full range

of product displays and understand customer needs through multiple channels such as telephone, website, online video, and door-to-door demonstrations , To meet customer needs and achieve product sales;

3) Integrate the company's sales, technology, and service resources to meet the specific needs of each customer as much as possible, and

improve customer satisfaction;

4) This sales model is particularly suitable for the attributes of SaaS products to achieve Low-cost, high-efficiency, high-satisfaction

technical support and sales.

6. The basis for the selection of call center equipment in the project

After comparative analysis, the company finally chose Avaya's call center equipment for the following reasons:

(1) Introduction to

Avaya Avaya's predecessor was the corporate network department of Lucent Technologies Co., Ltd., currently in A

leading

supplier of user switching systems, group telephone systems, voice processing systems, high-performance call center systems, high-speed data networks, integrated wiring systems and Internet business communication systems in the global market. In terms of PABX,

voice transmission, voice processing, dedicated voice networks and call centers, it has the largest share of the Xiamen Three-Five Internet Technology Co., Ltd. prospectus in the US market, using

1-360

amounts of funds .

(2) Avaya advantages

1) The industry-leading service representative and call selection standard

Avaya's patented software module-Avaya Business Advocate can minimize the arrival

time of random calls and improve the work efficiency of random service representatives. This software can greatly improve the

match between business representatives and customers , reduce call abandonment rate, reduce average response time, increase business representative occupancy rate, and reduce maximum

delay time.

2) Powerful and reliable call center function package

After more than 25 years of organic software development, this application software has more than 700 functions and has been applied

to the most challenging production call centers in the world. This software is currently used in more than 26,000 call

centers worldwide .

It

has good scalability for the multi-site call center provided by Avaya's integrated ACD/PBX and Avaya Communication Manager (ACM) . A single instance supports up to 5,200 business representatives

, 8,000 relays, 3,000 local notifications and announcements, 25,000 queue slots, and up to

300,000 busy call completion rates.

(3) Avaya successful application case The

following content is CCID's evaluation of Avaya call center system.

Ctrip's (NASDAQ: CTRP) 2007 second quarter report showed that Ctrip's net operating income

for the quarter was US$38 million, a year-on-year increase of 52%, and its net profit was US$12 million. The

second quarter report of e Dragon (NASDAQ: LONG) showed a performance loss. The company's total operating income for the quarter was 78.4 million yuan, a net loss

of 1.8 million yuan, and a net profit of 10.2 million yuan for the same period in 2006.

Ctrip's leading advantage is closely related to its high-quality and reliable call center.

Today, when the Internet is so developed, more than 70% of Ctrip's orders appearing as a "travel website" are

booked through telephone call centers. Ctrip moved into the new call center building in Hongqiao, Shanghai in 2007. The center

currently has 2,400 voice seats, which can be expanded to 5,000 in the future.

Through the use of predictive outbound calls, the efficiency of telemarketing will be greatly improved. It is expected that the

number of effective calls made by each agent per day will be increased by 3 to 5 times, thereby increasing the daily sales of each agent.

(4) Multimedia contact center system architecture The

Avaya multimedia contact center solution is powered by Avaya Interaction Center and Avaya

Operational Analyst. The comprehensive and complete solution

provides consistent and personalized routing,

management, and reporting functions for customers' interactions across multiple channels (including Web, email, and advanced telephone systems, etc.) . The multimedia contact center solution enables customers to provide consistent and standardized performance on the

1-361
channels through a variety of channels for the use of funds raised in the prospectus of Xiamen Three-Five Internet Technology Co., Ltd. through the following methods : consistent workflow and business rules, Share customer

introduction information, consistent cross-sell and up-sell strategies, view

the interaction of business representatives on multiple communication channels, and comprehensive operational and management reports.

Multimedia Contact Center Architecture

Hard ACD Reporting

eg-Avaya CMS &

Supervisor

Avaya Interaction Center (IC)

Avaya Operational Analyst (OA)

Agent

Desktop

Administrator Desktop

Reporting

Desktop

Data

Repository

IC

Workflow

RealTime and Historical

Reports

Web Browser

IC Agent

Data Management

and Summarization

Web

Reporting

Framework

Supervisor

Communication

Channel

Interfaces

Administrator

Agent

ACD

Supervisor Advocate

Predictive

Work Manager

 (optional)

Voice

IC

Designer

Fax

E-Mail Web

Customer Interaction Channels

Visual

Reports

IC Report

W izard

IC servers

(eDU, ADU, etc.)

Other

PBX

IVRS

IC Manager OA Admin

External

Systems

Cognos

Reports

CRM

Applications

dashboard

(future)

In summary, the company intends to adopt Avaya's multimedia contact center solutions with mature technology reliable.

7. Project construction content

The project plans to establish a technical support and marketing center covering 30 major large and medium-sized cities

across the country , which basically meets the informatization needs of domestic corporate customers and the development needs of the company.

The construction of the technical support and marketing center includes the construction of software and hardware facilities.

(1) Software facility construction The

software facility construction is mainly a customer relationship management information system. The company will use a self-developed customer

relationship management system to quickly and effectively manage customer information and effectively

monitor the sales operations of the entire company in a timely manner.

(2) Hardware facilities construction. The use of funds raised in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-362 The

construction of hardware facilities includes two major modules, one is the construction of multimedia contact centers (mainly call-center

call center construction), and the other is the construction of multimedia contact centers. It is planned to form a technical support and marketing

center covering 30 large and medium-sized cities across the country .

All-round, integrated multimedia contact management for the realization of the company and the customer, for the pre departments,

sales, after-sales work to provide a convenient, reliable, and efficient secondary platform to provide standardized, full

face, convenient, Economic diversified services improve the company's service image. The main

construction contents of the multimedia contact center system are as follows:


①Establish a unified, centralized acceptance, and customer-oriented

comprehensive service access platform. Access

via telephone, e-mail, etc. Acceptance methods provide users with

one-stop management such as business consultation, fault reporting, fee inquiry, complaint acceptance, suggestion acceptance, and business acceptance.

Broaden the channels for customer contact: Business acceptance has got rid of the constraints of time and space, providing

multiple channels such as telephone, fax, E-mail, short message, online business, etc., to provide customers with greater convenience and effectively reduce

operating costs.

Establish a foundation for a multi-channel information access platform: integrate voice, fax and other diversified information access and

outgoing methods, with multimedia access and outgoing capabilities, and the function of supporting multimedia data.

②Real-time monitoring of sales operations

Realize real-time data monitoring and historical report forecasting during system operation, which is convenient for relevant department heads

Supervise the work performance of customer service personnel, evaluate work performance, improve daily work processes and increase work

efficiency.

Use the data collected by the call center when the agents communicate with customers for statistical analysis, obtain valuable

statistical data, find out the trend of customer development, and provide a basis for various departments and leaders to make decisions.

The purpose of the construction of the technical support and marketing center is to

gradually complete the coverage of the regional market by taking the point as the center and radiating to the surrounding markets , thereby increasing market share and customer satisfaction. The

company plans to establish technical support and marketing centers in 30 cities across the country. The center adopts the lease method and is located in a

relatively concentrated area of commercial office buildings, and is

decorated and arranged according to a unified CI system to highlight the brand image.

Each center is equipped with air-conditioning, office equipment, network communication and other equipment.

Technical Support and Marketing Center Office Scale Planning Table

Level of City Office Area and Staff Scale

Level 1 Center

Beijing, Shanghai, Guangzhou, Chongqing, Hangzhou, Jinan,

Nanjing, Shenzhen 600m2 80

Level 2 Center

Shenyang, Zhengzhou, Xi'an, Wuhan, Changsha, Chengdu large

company, Tianjin 400m2 60 Technology Co., Ltd. Xiamen three to five interconnected prospectus to raise funds

1-363

three centers

Quanzhou, Wuxi, Suzhou, Shantou, Qingdao, Kunming, Nanjing

wave, Nanchang, Shijiazhuang, Changchun, Taiyuan, Harbin ,

Fuzhou, Wenzhou

300m2 40

8. Project organization The

technical support and marketing center implements the commercial director responsibility system. The commercial director is responsible for the company's vice president of sales

, exercises management power, and manages subordinate functional departments. The functional departments of each center include direct sales department (

responsible for business), administrative group (responsible for internal affairs management), finance group (responsible for related financial work), customer service

department (responsible for after-sales service), pre-sales technical support department (responsible for sales Technical support before and during sales) and the training team (

responsible for the training of the entire operating system), the organizational chart is as follows:

Technical support and marketing center organizational chart

Beijing, Shanghai, Guangzhou, Fuzhou, Shenzhen, Quanzhou, Suzhou, Nanjing, The

11 regional centers of Hangzhou, Tianjin, and Qingdao are expanded on the basis of existing centers, and the other 19 centers are newly established.

Center work flow chart is as follows: three to five interconnected Technology Co., Ltd. Xiamen prospectus to raise funds

1-364

9, the project implementation plan

of the Company to take the overall plan, step by step strategy for the entire project, project organization set up by the Ministry of

the form Organize and coordinate implementation. The project department implements centralized

management of the project quality, project progress, and fund use .

Each newly established center has been prepared at least half a year in advance. During this half a year, the selection of office

space, decoration, relevant necessary procedures, and personnel recruitment must be completed .

The company plans to open a total of 8 first-level technical support and marketing centers in the first year (including 6 expansion centers,

2 newly built); 18 centers will be opened in the second year, including 8 secondary centers (including 1 expansion and 7 new construction

), 10 third-level centers (including 4 expansion and 6 new construction); opening in the third year Of the 4 centers, 4

are all newly built tertiary centers.

The successful implementation of the above projects will further enhance the company's service quality and brand image, and enhance the

company's core competitiveness and sustained profitability.

The detailed opening plan is as follows: Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Raised Funds Use

1-365

Levels of Technical Support and Marketing Center Opening Plan The

first year

level January February March April May June July August September October November December

Expansion 2 2 2

First-level outlets

New 1 1

Expansion

Second-level outlets

Newly built

Expansion

Third-level outlets

Newly built

Year 2

Level January February March April May June July August September October November December

Expansion of

first-level outlets

Newly built

Expansion of 1

second-level outlets

Newly built 2 2 3

Expansion 2 2

Tertiary outlets

New 1 2 3

3rd year

Tier January, February, March, April, May, June, July, August, September, October, November, December

Expansion of the

first-level outlets

Newly built

Expansion of the

second-tier outlets

Newly built

Expansion

III

Second -level outlets Newly built 2 2

10. Project investment budget

Total investment estimation table

Unit: 10,000 yuan

Total of the first year, second year and third year of the project

Own

funds Source of funds Raised funds 4,588.00 4,588.00

Total 4,588.00 0.00 0.00 4,588.00 Xiamen Sanwu Internet Technology Co., Ltd. The company prospectus to raise funds

1-366

office equipment 1,235.00 164.00 745.00 326.00

Call-Center 1,380.00 60.00 1,440.00

solid

fixed

capital

productivity Subtotal 1,706.00 805.00 164.00 2,675.00

Rent 108.00 93.60 14.40 216.00

decoration 96.00 124.00 24.00 244.00

organizing expenses 80.00 188.20 44.80 313.00

open

office

expenses

Subtotal 284.00 405.80 83.20 773.00

working capital 400.00 620.00 120.00 1,140.00

funds

use

plan

Total 2,390.00 1,830.80 367.20 4,588.00

Call-Center Investment Estimation Table

Unit: million

first Year 2 Total

Item

Quantity Amount Quantity Amount Quantity Amount
Computer

Room Construction 150.00 150.00
Avaya S8720 (Unit: Door) 1500 50.00 1500 50.00

G650 Media Gateway 1 200.00 1 200.00

Telephone Recording System (Unit: Door) 500 50.00 500 50.00

IP Phone ( Unit: part) 600 120.00 300 60.00 900 180.00

PCS predictive outbound system line 100 160.00 100 160.00

Avaya line call center 100 200.00 100 200.00

Central access computer room construction 30 150.00 30 150.00

Central voice gateway server 30 150.00 30 150.00

System software integration development 150.00 150.00

Total 1,380.00 60 1,440.00

11. The impact of

the project on the company's future business results The company's target customers It has the characteristics of a large number and wide geographical distribution, and there is generally

a potential demand for SaaS products and services that serve the informatization of small and medium- sized enterprises. Therefore, the

characteristics of the large number of target customers of the company require the company to strengthen the construction of sales channels and service network; the characteristics of wide geographical distribution

require the company's marketing service network to be rationally arranged, taking into account short-term needs and long-term development; Xiamen Sanwu, which generally has potential needs The

1-367

characteristics of Internet Technology Co., Ltd.'s use of funds raised in the prospectus require the company's marketing to be closer to the market, to strengthen brand marketing, and to improve product service quality.

Based on the rapid technological upgrade of the software operation service industry, large differences in customer demand, and high product requirements for technical support and

services, the future growth of SaaS providers mainly depends on the in-depth development of direct sales customers.

After the implementation of this project, the company's direct sales scale will develop rapidly, thereby enhancing the company's

development scope and development efforts for direct customers , and further increasing the proportion of direct sales revenue to total revenue, so as to enhance the company's core competitiveness

and future growth.

(4) Other working capital related to main business

This project is used for other working capital related to the main business, with an amount of RMB 262,493,250.

The SaaS industry is developing with each passing day, and the technology upgrade cycle is relatively short. In order to maintain the company's industry leading position, the

company is objectively required to have sufficient working capital. The company will further increase investment in research and development and the establishment of marketing outlets

, and will conduct vertical or horizontal business expansion depending on market conditions to further enhance the company's market position and

core competitiveness.

The company will be in accordance with the relevant provisions "to raise funds management system", this project will be the funds deposited in the company DONG

accounts centralized management of Council decisions, to earmarking, and will strictly enforce the China Securities Regulatory Commission, Shenzhen Securities

relevant provisions of the Exchange , Do not use the project funds to carry out securities investment, entrusted financial management, derivative investment,

venture capital and other high-risk investments, and provide financial assistance to others.

The company will rationally use the funds of this project, fully demonstrate beforehand, strictly audit during the event

, and make a serious summary after the event to ensure that the project has a positive impact on the company's financial status and operating results, and will

positively promote the improvement of the company's core competitiveness effect. Xiamen Three-Five Internet Technology Co., Ltd. Prospectus Description of Future Development and Planning

1-368

Section 11 Future Development and Planning

1. Company Development Plan

(1) Strategic Goal

To comprehensively promote the informatization of Chinese SMEs through technological and business model innovation It is committed to becoming

a leading provider of Internet software applications and operational services in China.

(2) Strategic planning

In the context of sustained rapid economic growth in China, the informatization construction of China's small and medium-sized enterprises is

entering a rapid development stage from the initial stage . The demand for Internet and software application services is becoming stronger. Facing the huge market

space and development opportunities, the company has formulated The following strategic plans are as follows:

1. Enhancing the growth of the

company The rapid growth of the company is the key to quickly gaining market share in the SaaS industry. Through the implementation of this fundraising

project, the company will :

(1) Further establish the market and technology leadership of corporate mailboxes, and expand market share;

(2) Accelerate the marketization of CRM products, on the one hand, use existing customer resources to quickly Carry out

product promotion and realize income, on the other hand, use direct marketing model to rapidly develop potential customers;

(3) Statistics show that the reason why Microsoft, McDonald's and Dell can gain huge market share

is that they have changed the concept of customers and seized The commanding heights of the market. Microsoft changed the

concept of people using paper for office work , thus creating the Microsoft Empire; McDonald's changed cooking food to fast food or fast food, thus making its

chain stores all over the world; Dell abandoned the retail concept and became the world's largest personal computer manufacturer

Quotient. After the official implementation of the technical support and marketing center upgrade project, the company changed customers

' traditional concepts of management software through direct sales , so that the SaaS model was quickly accepted by small and medium-sized enterprises while establishing

the leading position of 35 brands in the SaaS market, thereby seizing The commanding heights of the SaaS market have achieved the company's rapid

growth.

2. Strengthen the independent technological innovation capabilities of enterprises

Innovation ability is one of the core competitiveness of SaaS providers. The company will enhance the independent innovation of enterprises

new capabilities, increase investment and development of new products in R & D, grasp the direction and development of SMEs information into the

process, closely linked to the needs of SMEs, innovative products and services in practical It meets customer

needs in terms of efficiency and convenience , lowers the threshold of SME informatization, creates value for customers, and further enhances the company's core competitiveness

. Xiamen Three-Five Internet Technology Co., Ltd. Prospectus Description of Future Development and Planning

1-369

3. Relying on the 35EQ platform, product chain

companies that integrate and improve SaaS management software will rely on the 35EQ platform, focusing on customer relationship management systems (CRM) and office

SaaS management software such as automation system (OA) has perfected the company's product chain in SaaS management software, and consolidated the

company's position as the most important SaaS software application and service provider in China.

4. Stabilize and enhance the market leadership and competitive advantage of the

company's existing products. The company has established a good market position and

reputation in the country in the business of corporate mailboxes, domain names and websites . The company will consolidate and enhance the company's current market leadership

and competitive advantage from two aspects: the depth of the product and the breadth of the market . In terms of product depth: through the in-depth development of enterprise mailboxes, we provide multi-functional professional

mailboxes; in terms of market breadth: improve the marketing service network and continue to expand sales.

5. Improve the revenue contribution of individual customers through the improvement of marketing services and product chains. The

company now has a huge customer base, and the number of customers is showing a trend of rapid growth. The company will add

The conversion of large domain name customers to corporate mailbox customers, and on the basis of further improvement of the company's product chain, strengthen

marketing services to promote customers from a single product user to a multi-product user, so as to increase

the revenue contribution of a single customer to the company and enhance the company Overall profitability.

6. Brand-enhancing strategy The

company has established a good market image in domestic SME information services. In the future, the

company will appropriately increase advertising investment depending on the financial situation and the company's financial strength to further establish and enhance the

company's brand.

(3) Specific business development plan

1. Independent innovation plan

Directly obtaining and using the network and software

applications required by the enterprise's own development and daily management through the Internet is the future development trend of the Internet economy and software industry. Through in-depth experience and

in-depth research on user needs , the company has formulated the following independent innovation plans:

(1) Network technology innovation The

Internet is the carrier of the SaaS model, and it is of great significance to improve its related technologies. The company's network

technology innovation is mainly focused on software development and Internet combined application technology,

seamless connection technology between products or tools such as the Internet and software , unlimited storage and transmission technology, Internet acceleration technology, Internet security technology, and

stable use of the Internet in unlimited hours Technology, Internet interconnection and overseas forwarding technology, etc.

(2) Innovation of new network products.

Small and medium-sized enterprises require different products at different stages of informatization development.

Industry information is gradually advancing to the network management promotion stage and the network resource integration stage. The company is focusing on the future development and planning of Xiamen Sanwu Internet Technology Co., Ltd.

1-370

R&D office automation system (OA), customer relationship management system (CRM) and other

new network products suitable for small and medium-sized enterprises , and plans to upgrade and replace corporate mailbox products.

(3) network products feature innovative

competitive networking products more competitive product features embodied in innovation, and therefore, the company has been very concerned about

network products feature innovative technology research and development, to outperform competitors compete on price, the company's future plans

for now Some product functions have been further improved, such as the addition and improvement of

anti-spam functions, instant mail and instant tool management functions, mail mobile digital certificate functions, self-

destruction functions, and retractable functions for the company's current main product enterprise mailboxes .

2. Team building plan The

company regards improving the quality of employees and introducing compound talents suitable for the development of the company as

an important strategy for the company's development . In order to meet the needs of business development, the company plans

to expand the company's business development team through school and market recruitment in the next three years , and formulate the "Young Eagle Plan" and "Eagle Plan" to form a complete

talent team. The company also plans to strengthen the education and training of existing employees: conduct

management training for middle-level managers , improve their own quality, and improve the company's overall management level; regular

technical and business ability training for ordinary employees to improve their quality. Strengthen the construction of corporate culture, introduce advanced human

resource management methods, improve the incentive and restraint mechanism, and maximize the value creation of all kinds of talents in the company.

Maximum spiritual enjoyment.

3. Technical support and marketing center promotion plan

In line with the business philosophy of "customer-oriented, sustainable innovation", in order to further strengthen the company's back-end support and

enhance the company's customer service capabilities and coverage, the company plans to expand and add new projects nationwide The 30 technical support

and marketing centers specifically include two aspects:

First, the technical support and marketing center software and hardware facilities construction. Software includes the construction of surface facilities

to use the service architecture and customer relationship management system by using two sets of software to achieve effective avoid duplication of

coverage for customers and customer information for quick, effective management of the entire company's sales operations carried out there are

effective Timely monitoring. The construction of hardware facilities includes the construction of multimedia contact centers (mainly Call-center call

centers) and the proposed opening of 30 marketing service outlets nationwide. The construction of the multimedia contact center can

realize the comprehensive management of all-round and multimedia contact between the company and customers,

and provide a convenient, reliable and efficient auxiliary platform for the pre-sales, in-sales and after-sales work of various departments, and provide customers with standardized, Comprehensive,

convenient and economical diversified services improve the company's service image and influence in the public.

Second, introduce high-level marketing talents, and at the same time strengthen the training of existing marketing personnel, in order to improve

the quality of the company's marketing personnel as a whole , and establish a marketing team composed of high, middle and low-level marketing personnel in an appropriate proportion

.

Through the construction of technical support and marketing center, gradually complete the coverage of the regional market, so as to improve the prospectus of Xiamen Sanwu Internet Technology Co., Ltd

..

The goal of market share and customer satisfaction.

4. M&A plan

According to the company's development strategy, there has been a clear M&A plan, but there is no clear acquisition target yet.

The company will actively seek potential acquisition targets.

5. Brand promotion plan.

At present, the understanding of the enterprise informatization process by small and medium-sized enterprises is still based

on the concept of self-built mainframes and purchasing professional management software. However, they have a serious lack of understanding of SaaS model products and their operation methods, which has caused a large number of

SaaS types to understand . The market demand for products cannot be released. Therefore, the company will appropriately increase

the promotion and promotion of the company's SaaS product concept and brand image in print media and TV media in the next three years ,

so as to seize the commanding heights of the SaaS industry to achieve The rapid growth of the company.

6. The financing plan

will, according to the actual needs of business development from financing efficiency, the cost of financing, capital structure, funds

were aspects of the operation cycle comprehensive analysis, select the appropriate combination of debt financing and equity financing to meet the public

Division for Sustainable Development The required funds will achieve the company's overall development goals while controlling the company's operational risks

.

2. The assumptions under which the above-mentioned plan was formulated

(1) The national macroeconomic environment develops continuously, stably, and healthily;

(2) The state's support policies for high-tech enterprises will not undergo major adverse changes;

(3) The issue of this issue The raised funds can be in place in time;

(4) The country's taxation, financial and other policies will not undergo major changes that are not conducive to the company;

(5) The state's industry policies on the Internet and software will not cause major changes to the company.

3. Major difficulties that may be faced in the implementation of the above plan

(1) Capital bottleneck The

implementation of the above plan and the realization of business objectives require timely and sufficient capital investment as a guarantee.

The

   company has always been operating steadily and independently with its own funds, so even during the Internet downturn, it still

   achieved sustained profitability. However, it is precisely because of the lack of external capital that the company's current business scale and capital

   strength are at a lower level than well-known Internet companies at home and abroad. As the company enters the

   SaaS industry in all its aspects, the company's large-scale capital is generated. There is a huge demand, so the company has a

   certain bottleneck in funding . Therefore, this issuance on the one hand quickly raised funds, on the other hand, enriched financing means and established

   a new financing platform, which is of key significance to the realization of the company's development goals. The IPO of Xiamen Sanwu Internet Technology Co., Ltd. explains the future development and planning

   1-372

   (2) The shortage of talents

   . The realization of the above-mentioned plan goals, the rapid expansion of the company's business scale, and the development and promotion of new products

   require various levels of technological research and development. Personnel and marketing talents, but Xiamen's talent pool

   has certain disadvantages compared with Beijing, Shanghai, and Shenzhen. To this end, the company will strengthen

   its investment in technical support and marketing centers in Beijing, Shanghai, and Shenzhen , and attract high-quality scientific research personnel to join to enhance the company's scientific

   research capabilities.

   4. The relationship between the business development plan and the existing business

   The aforementioned development plans and existing businesses are all based on the SaaS business model, centering on the informatization of small and medium-sized enterprises

   . It is formulated

   in accordance with the company's development strategy and business objectives on the basis of the company's existing main business . Therefore, the existing business is the foundation of the company's development plan in the next few years, and the development plan is closely

   related to the existing business and has strong continuity.

V. The role of

this stock issuance The funds raised this time will play a key role in the company's achievement of the aforementioned business goals. It is embodied in:

(1) The implementation of the fund-raising investment project will enhance the company's technological innovation capability, core competitiveness

and anti-risk ability, accelerate the company's development pace, lay a solid foundation for the company's future sustainable development,

and help maintain The company's leading position in the industry helps to realize the company's development strategy and

business goals as soon as possible .

(2) After the success of the stock issuance, the company will become a public company, subject to

the supervision of the public and regulatory agencies, which will encourage the company to further improve the corporate governance structure, improve the management level, and promote

the development of the company and the realization of business goals .

(C) The share issue will significantly improve social awareness and market the company's influence, enhancing customer

households confidence in the company, can significantly reduce the company's product sales threshold and marketing costs, in addition, also will increase

the strong company of professional The attractiveness of technical talents and excellent marketing talents, and enhance the company's talent competitive advantage, will

greatly promote the realization of the company's business goals.

Sixth, future development and planning information disclosure statement

After the company is listed, it will continue to announce the implementation of the plan and the realization of the goals through regular reports. Technology Co., Ltd. Xiamen three to five interconnected prospectus other important matters

1-373

Section XII Other Important

First, an important contract

was signed within the scope of the company's consolidated statements of the Company and to have signed this Prospectus, are fulfilling the

contract the company production and business activities, financial condition or future development has important implications as follows:

(a) loan contract

, 2007 April 11, wholly owned subsidiary of the issuer's tech-savvy and company limited and Commercial Bank of China

Division Xiamen Evergreen Branch signed No. 2007XX001 "Renminbi Loan Contract", the contract stipulates that the lender

will issue a loan of 19.4 million yuan to the issuer with a term of 84 months. From April 11, 2007

to April 10, 2014, for the purpose of purchasing the

real estate of Unit 301 and Unit 303 on the first, second, fifth and third floors of No. 8, Guanri Road , the annual interest rate is 7.11%. The contract is liable for breach of contract, There are clear

agreements on the application of law and dispute resolution .

(2) Business contract

1. On September 1, 2006, the company and ICANN signed the "Registrar

Accreditation Agreement" ("Registrar Accreditation Agreement"). The agreement stipulates that the company becomes

the international top-level domain registrar for .BIZ, .COM, .INFO, .NAME, .NET and .ORG. public

The company pays the certification fee to ICANN every year, and ICANN reserves the right to adjust it. The agreement is valid until

August 30, 2011.

2. On February 7, 2007, the company and VeriSign Inc. signed the

"Registry-Registrar Agreement". The agreement stipulates that the VeriSign Inc. certification company is the

registrar of the .com domain name, and provides relevant system licenses, as well as technical services and

technical support such as domain name registration, renewal, and deletion . The company pays the domain name fee in advance; in addition, the company also needs to pay other related fees

. The term of the agreement is 60 months, at which time the agreement will be

automatically extended for five years unless one of the parties to the agreement sends a written notice to terminate the agreement 30 days in advance .

3. On March 4, 2009, the company and CNNIC (China Internet Network Information Center) signed the "CN

English Domain Name Registration Service Certification Agreement" (No. 0903-0401). The agreement stipulates that CNNIC certification company

has the right to provide users with the registration service of the national top-level domain name CN English domain name. CNNIC provides domain name

registration, renewal, deletion and other services and technical support. The company pays the annual certification fee,

the domain name fee for each new registration and normal renewal. CNNIC will give certain preferential treatment according to the supplementary agreement. In addition, the company also needs to

pay certification deposits, domain name transfer fees, and so on. The agreement is valid from January 1, 2009 to

December 31, 2009.

4. On March 4, 2009, the company and CNNIC (China Internet Network Information Center) signed the "China

Wen Domain Name Registration Service Certification Agreement (No. 0903-0402). CNNIC certification agreement is three to five interconnected Technology Co., Ltd. Xiamen prospectus other important matters

1-374

agencies Chinese domain name registration services, the right to mention user-oriented Chinese .CN, Chinese company .CN, Chinese.

Network .CN , Chinese. China, Chinese. Company, Chinese. Network domain name registration services. CNNIC provides domain name

registration, renewal, deletion and other services and technical support. The company pays the annual certification fee and

the domain name fees for each new registration and regular renewal. CNNIC will give certain preferential treatment according to the supplementary agreement. In addition, the company also

needs to pay certification deposits, domain name transfer fees, and so on. The agreement is valid from January 1, 2009

to December 31, 2009.

5. On April 20, 2007, the company and VeriSign Inc. signed the

"Registry-Registrar Agreement". The agreement stipulates that the VeriSign Inc. certification company is the .net domain

name registrar, and provides relevant system licenses, as well as domain name registration, renewal, deletion and other technical services and

technical support. The company pays the domain name registration fees, extension fees, transfer fees,

and ICANN fees in advance . Companies that require VeriSign, Inc. to provide other services must also pay related fees.

The term of the agreement is 60 months, at which time the agreement will be

automatically extended for five years unless one party to the agreement issues a written notice to terminate the agreement in advance .

(3) The main terms of the standard business contract of enterprise mailbox

The main terms of the "Enterprise Post Office Business Agreement" signed by the company and the user are as follows: the

user shall ensure that he has the right to hold and legality of his bound domain name during the agreement period.

10% of the product payment involved in this agreement belongs to the company's after-sales service and technical support costs.

When using the products provided by the company, users must abide by relevant laws and regulations, administrative regulations and national

policies, abide by computer industry practices and social ethics, and abide by international Internet and e-mail agreements,

regulations, procedures and practices; they must not use the company Mail product provided by any law and discipline, breach of

anti-social morality activities; shall not interfere with the normal operation of company systems or equipment through certain procedures or equipment

line; the company shall not interfere with or disrupt network services or affect the normal use of a third party; Do not send mass mails; do

not send spam...Users understand that once a spam incident occurs, it will

cause irreparable and huge losses to the company and all its customers . Therefore, when the company finds that users are involved in spam, it will immediately

stop providing users with Any enterprise post office product, no matter whether the enterprise post office product opened by the company in the user is directly

related to the behavior of sending spam.

Users are not allowed to use the products provided by the company to conduct any illegal business activities, or any

behavior that violates the law and social morality (including but not limited to: hacking, infringement); not to use other

products beyond the scope of the product provided by the company, and everything may bring any adverse impact to the company's behavior; not

to store, publish, transmit (including but not limited to) the following information: violation of state laws and regulations, the government

of any of the information policy; violation of state regulations of political propaganda or news and information; Letters involving state secrets or security

Interest rates; feudal superstition, obscenity, pornography, obscene or abetting crime information; gaming prizes, gambling games; violation

information anti-national ethnic and religious policies; information impede the safe operation of the Internet; infringes upon the legitimate rights and interests Xiamen three to five interconnected Technologies AG Limited company prospectus other important matters

1-375

information or other information that is detrimental to social order, social security, and public morals. The user also promises not to

provide any convenience for others to store, publish, or disseminate the above-mentioned information content that does not comply with national regulations or the terms and conditions

.

If the user uses the products under this agreement to conduct operations and activities that must be

reported to the relevant state departments for approval and filing, the user shall obtain the relevant approval or filing. The user shall bear

any responsibilities arising from his unapproved or filing .

If the user in violation of its obligations under this paragraph, the company is entitled to require the user to be corrected or close the user's enterprise Post

Office and non-refundable user agreement amount already paid; user due to the above behavior to the company or other third parties made

into a loss (including in particular due The economic loss and reputation loss caused to the company due to judicial intervention should be

compensated.

Users are obliged to maintain the integrity and confidentiality of their own data, passwords or passwords

. Any leakage or loss that is not caused by the company is the responsibility of the user.

Due to force majeure or unexpected events that hinder, affect or delay any party's performance of all

or part of its obligations under this agreement and cause losses to the other party or both parties, both the user and the company shall not be liable

for each other's compensation.

"Force majeure" refers to an event that both parties cannot reasonably control, are unforeseeable or unavoidable even if foreseen.

Incidents include, but are not limited to: government actions, backbone communication line failures, client device failures, recipients

intentionally rejecting users' emails, recipient host server failures, client network connection quality problems causing inability

to send and receive emails, earthquakes , Typhoons, floods, fires and other natural disasters, natural disasters, wars or any similar events

. "Accident" means in view of the special nature of computers and the Internet, due to hacking, ISP telecommunications sector or

technical adjustments, line failure, power outage or government regulation, national policy adjustment, IP is blocked, equipment or system

loss system maintenance and other causes . However, the party where the force majeure or unexpected event occurs shall promptly notify the other party and

take reasonable measures to avoid the expansion of the loss, otherwise it shall be liable for the enlarged part of the loss.

If the company has notified users in advance to perform necessary maintenance through announcements, emails, telephones, etc.

, the company will not be liable for the losses caused during this process.

The

company does not assume any responsibility for any malfunctions, problems caused by the user's self-installation of the software or self-operation, and all impacts caused by the information released by the user .

The company is only responsible for the users who directly receive the services of this agreement, and the company is

not responsible for the losses of third parties who indirectly receive the company's services through the users .

In the performance of this agreement, the company

shall not be liable for losses caused to users or other parties due to the fault or delay of a third party .

(4) Other important contracts The

company signed the "Sponsorship Agreement" and "Main Underwriting Agreement" with China Merchants Securities on July 22, 2009, and other important matters

1-376 in the prospectus of Xiamen 35 Internet Technology Co., Ltd.

Hire China Merchants Securities as the sponsor and lead underwriter of this issuance.

2. External guarantees

As of the date of signing of the prospectus, the company has no external guarantees.

3. Major litigation or arbitration matters

As of the date of signing of the prospectus, the company has no

litigation or arbitration matters that may have a significant impact on the financial status, operating results, reputation, business activities, and future prospects.

As of the date of signing of the prospectus, the company's controlling shareholders or actual controllers, controlled subsidiaries, as well

as the company's directors, supervisors, senior managers and other core personnel have no major

litigation or arbitration as a party .

The controlling shareholder and actual controller of the company have not committed any major violations in the past three years.

As of the signing date of this prospectus, there has been no

criminal case involving the issuer's directors, supervisors, senior management and other core personnel.

4. Directors, supervisors, senior executives and other core personnel involved in criminal proceedings

As of the date of signing of the prospectus , the directors, supervisors, senior executives and other core personnel of the company

are not involved in criminal proceedings.

Except for the matters disclosed in this prospectus, the company has no other important matters that affect investors' investment judgments

.

V. Other explanations Other explanations of

the company are mainly related to OnlineNIC.

(1) Basic situation of OnlineNIC

OnlineNIC was established on October 6, 1999 and registered in California, USA.

Before November 28, 2007 , OnlineNIC was 100% owned by Gong Shaohui.

OnlineNIC is a top-level registrar of international domain names authorized by ICCAN. It is engaged in the business of international domain name registration

, mainly through sales agents. Its agents and markets are mainly outside mainland China. To 2005

in 2007, OnlineNIC's key financial data are as follows:

Unit: million US dollars

project

at the end of 2005/

2005

2006/

2006

2007/

2007

total assets 20.02 76.83 98.30

Net assets -5.47 7.68 10.72 Xiamen three to five interconnected Technologies AG Co., Ltd. prospectus and other important matters

1-377

operating income 496.81 584.89 659.98

gross profit 32.77 28.51 28.12

Net profit 2.43 12.58 2.57

(2) The situation of OnlineNIC equity transfer

On November 28, 2007, Gong Shaohui signed the "Stock Purchase Agreement, stipulating that Gong

Shaohui transferred the entire equity of OnlineNIC to Rex W. Liu at a price of USD 10,000. According to

the verification of the US law firm Crone Rozynko LLP, the above-mentioned equity transfer procedures were completed on November

28, 2007.

Background (iii) above transfer of shares

according to the original listing plan, three to five interconnected had planned in early 2008 for the first time submitted to the China Securities Regulatory Commission Public

Development Bank of shares and listing application documents (Shenzhen SME Board), due to its time three to five interconnected with OnlineNIC They are all

controlled by Gong Shaohui and are engaged in domain name registration business. In order to avoid potential competition in the industry, 35.net has to

clarify its relationship with OnlineNIC before the end of 2007.

For the following reasons, Mr. Gong Shaohui chose to transfer all of his equity in OnlineNIC to an unaffiliated third party

: (1) The U.S. market and the domestic market are completely different markets. OnlineNIC is

unlikely to replicate the issuer's business model. development space is limited; (2) OnlineNIC business for the domain name registration

business, customers mainly for foreign customers, with the issuer currently high value-added business-oriented E-mail through

business model synergies do not exist, if the acquisition by the issuer OnlineNIC the issuer's revenue structure, profit

profit model, profitability will have a major change; (3) "<initial public offering and listing on the Administration of

law" Article XII "issuer the last 3 years the main business is not major Opinions on the application of "changes" — Opinions on the Application of

Securities and Futures Law [2008] No. 3" has not been promulgated at the end of 2007. OnlineNIC's

The amount of operating income is relatively high, and the acquisition may cause certain risks in the continuous calculation of the issuer's performance.

Since Gong Shaohui has lived in China for a long time and does not understand the U.S. market situation, it is difficult to perform public inquiry

and other procedures in the U.S. Under the circumstances that OnlineNIC's equity transfer time requirements are high, Gong Shaohui chose

Rex W., who is willing to acquire and understands the company's situation. Liu as the acquirer.

(4) The basis for the

valuation of the above equity transfer As of the end of 2007, OnlineNIC's net assets were US$107,200, and the above equity transfer was valued

at US$10,000, taking into account the following factors:

1. Given that Sanwu Internet had obtained ICANN in February 2007 With certified domain name registrar qualifications,

OnlineNIC's future commercial value will be reduced;

2. OnlineNIC is only engaged in domain name registration business and its profitability is not strong;

3. When the equity is transferred, Rex W. Liu has just purchased a property and has limited short-term payment capabilities, so consider Xiamen 35 Internet Technology Co., Ltd. Prospectus Other important matters

1-378

to Rex W. Liu has served as the chief operating officer of OnlineNIC since 2000, has

contributed to the development of OnlineNIC , and has been low income, so when transfer pricing Gong Shaohui considered this factor

in his discretion and gave Rex W. Liu a certain discount on the transfer price;

4. Rex W. Liu managed OnlineNIC for a long time to understand the company's situation. Transfer of OnlineNIC equity

I Rex W. Liu, save the cost of agency share transfer process may be involved;

5, when the share transfer, Gong Shaohui and OnlineNIC agreement will last three to five interconnected to mention OnlineNIC

for domain name technology services, three to five interconnected services will continue to get benefits .

(V) Basic situation of the

transferee Rex W. Liu is an American. Since 2000, he has been the chief operating officer of OnlineNIC. Rex W.

Liu led a research project at Meiji University in Tokyo, Japan

, and served as a sales manager and regional coordinator in the US Job Corps government planning project , and successfully operated the Internet in the project.

According to the sponsor's verification, apart from his position at OnlineNIC, Gong Shaohui does

not have any relationship with Rex W. Liu and his main relatives .

On September 19, 2009, Rex W. Liu also issued a written statement as follows:

1. The above equity transfer is true. Rex W. Liu has paid Gong Shaohui US

$ 10,000 for the equity transfer . The price is self-raised by Rex W. Liu and the source is legal.

2. There is no relationship between Rex W. Liu and Gong Shaohui or his relatives or their main social relationship.

3. The equity of OnlineNIC held by Rex W. Liu is owned by Rex W. Liu in accordance with the law, and there is

no act of holding on behalf of or accepting trust from anyone.

4. After Rex W. Liu became a shareholder of OnlineNIC, he has assumed relevant shareholder responsibilities in accordance with the law.

(VI) OnlineNIC's business dealings and related relationships

with the issuer During the reporting period and at present OnlineNIC's business dealings and related relationships with the issuer are divided into the following

stages:

time period business dealings content related relationship

January 2006 to

2007 2 May

1, tech-savvy agents OnlineNIC international domain names in Chinese mainland market

business;

2, three to five Internet domain name provide technical services for the OnlineNIC.

The same actual control

on the people

March 2007 to

December 2007,

three to five interconnected to provide technical services for domain name OnlineNIC. The same actual control

on the people

in January 2008 to date three to five interconnected to provide technical services for domain name OnlineNIC. Non-affiliated

reporting period and at present, OnlineNIC transaction with the issuer as follows: three to five interconnected Technology Co., Ltd. Xiamen prospectus other important matters

1-379

the first half of 2006 2007 2008 2009

2009 7-8 The monthly

transaction amount involved was RMB 648,000, RMB 936,000, RMB 1,723,200, RMB 822,000, and RMB 274,000 , which is the proportion

of the issuer's current operating income

0.81% 0.96% 1.49% 1.42% 1.3%

Upon verification, the sponsor believes that:

1. Gong Shaohui and Rex W. Liu's equity transfer in relation to OnlineNIC is true, legal and effective;

2. Gong Shaohui and Rex W. Liu have no relationship or influence The issuer's other

relationships in this issuance and listing ;

3. The business between the issuer and OnlineNIC is independent of each other, and

the transaction amount of related services between the issuer and OnlineNIC is relatively small, which does not have a significant impact on the issuer's financial status and operating results.

(VII) The relationship between

OnlineNIC's domain name business and the issuer's main business The relationship between OnlineNIC's domain name business and the issuer's main business is as follows:

Issuer's OnlineNIC relationship

qualification 1. International domain name registrar qualification

2. Domestic domain name registrar qualification

International domain name registration

supplier qualification

OnlineNIC before the issuer

has made international domain registrar qualified

customer base of domestic customers overseas customers no

domain name international domain names and types of domestic domain only international domain names international domain name is basically the same kind

Note: international domain name mainly refers to the .com, .net, .org Such as international generic domain names; domestic domain names mainly refer to China's .cn

domain names.

In 1999, OnlineNIC obtained the ICANN-certified top-level domain name registrar qualification and began to engage in

International domain name registration business for overseas customers. Subsequently, Jingtong became the domestic agent of OnlineNIC

, engaging in the registration of international domain names for domestic customers.

In February 2007, after the issuer obtained the ICANN-certified top-level domain name registrar, Jingtong

became the issuer's international domain name agent and continued to engage in the business of international domain name registration for domestic customers. Currently,

OnlineNIC is only engaged in the registration of international domain names for overseas customers.

After verification, the sponsor believes that: There

is no dispute or dispute between Jingtong Technology and its clients when it is acting as an agent of OnlineNIC's domain name business .

(VIII) OnlineNIC's relevant litigation

1. Verizon sued OnlineNIC. Related information. Xiamen Sanwu Internet Technology Co., Ltd. prospectus and other important matters

1-380

(1) The cause of the litigation

On June 6, 2008, the plaintiff Verizon California Inc (." Verizon") believed that the defendant OnlineNIC

registered at least 663 domain names similar to the "Verizon" domain name on behalf of its clients, and

sued OnlineNIC in the U.S. District Court for the Northern District of California (hereinafter referred to as the "U.S. Court").

(2) Judgment situation

As the contact address of OnlineNIC shareholder and person-in-charge Rex W. Liu was not updated in a timely manner, no

subpoena was received . The U.S. court tried in absentia and made its judgment on December 19, 2008: (1) Press

Each domain name caused a loss of 50,000 US dollars, and OnlineNIC was ordered to compensate

Verizon US$33.15 million; (2) OnlineNIC transferred domain names similar to "Verizon" domain names to Verizon; (3) OnlineNIC was prohibited from

registering similar to "Verizon" domain names Domain name.

(3) Implementation of the judgment

According to the US lawyer's statement, the infringement was committed by the agent. According to the relevant regulations of the United States domain name management

and previous cases, the registrar is usually not liable for compensation as long as it can prove that the infringement was caused by the agent.

Verizon is the largest local telephone company and the second largest telecommunications service provider in the United States, with a turnover of 90

billion US dollars in 2006 . OnlineNIC operates on a small scale. The main purpose of Verizon's suing OnlineNIC is to

prevent domain name infringements in a timely manner and to recover the domain name, rather than obtaining a corresponding amount of financial compensation. As a result,

on October 4, 2009, OnlineNIC and Verizon signed a "Settlement Agreement" on the case. At the same time, Verizon

requested strict confidentiality of the amount of compensation.

Under "reconciliation agreement", OnlineNIC Verizon will pay a sum of money as a case

comply with the judgment, and Verizon will be exempt from OnlineNIC, its employees, shareholders and affiliated companies ( "avoid being

responsible party") relating to the 2009 case All the claimed items generated before October 4th.

On October 19, 2009, OnlineNIC paid Verizon to Verizon in accordance with the "Settlement Agreement".

Relevant payments and performance of related obligations, the "Settlement Agreement" was implemented. Due to the

confidentiality clause in the Settlement Agreement , the sponsor did not know the specific compensation amount and related obligations.

On November 2, 2009, the attorneys representing the plaintiffs Verizon, David J. Steele and Howard A. Kroll,

submitted the "Performance of the Judgment" to the U.S. court, stating that "Verizon has accepted OnlineNIC's payment or

performance, and has waived the rights granted by the aforementioned judgment. , The above-mentioned judgment has been fully implemented".

(4) The sponsor has verified the following documents/performed the following verification work

1) Statement issued by the US lawyer Perry J. Narancic

On November 23, 2009, the US lawyer Perry J. Narancic issued the "Perry J. Narancic

Statement", mainly The content is as follows:


①In the case of Verizon v. OnlineNIC, he was the lawyer of OnlineNIC

recorded in the court; Other important matters in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

1-381


②OnlineNIC and Verizon have signed the Settlement Agreement in this case

". According to the "Settlement Agreement"

, OnlineNIC will pay Verizon a sum of money as the performance of the judgment in this case, and Verizon

will exempt OnlineNIC, its employees, shareholders, and affiliates (the "exempted parties") from being involved in this case

in October 2009 All the claimed items generated before 4 days;


③ The "Settlement Agreement" stipulates a confidentiality clause, which

states that "Both parties shall strictly keep the terms of this agreement

confidential. If the "Settlement Agreement" needs to be issued, the party who needs to issue this "Settlement Agreement" shall receive the

"Compulsory Issuance" after receiving the "Compulsory Issuance Agreement". The notification shall be submitted to the other party within 3 days after the notification. In addition, the party making the disclosure shall try

to prevent the "Settlement Agreement" from being disclosed or restrict its disclosure to the relevant court or tribunal. Both parties can state that the

case has been settled, or The published records can be used". Under US law, only the United States out of the court

order with the issue before the forced "reconciliation agreement";

④OnlineNIC has fulfilled its obligations under the agreement "settlement

agreement", including the money paid the agreed

   term;

   ⑤ according to "settlement agreement" Verizon submitted the "Performance

of the Judgment" to the court. In

   the "Performance of the Judgment", Verizon stated that: i. Verizon has accepted the

   payment and performance of the obligations of OnlineNIC; ii. Verizon v. OnlineNIC has been judged All fulfilled. As a result,

   Verizon exempted OnlineNIC and the exempted party from all claims
   that occurred before October 4, 2009

   , including claims related to this case;

⑥ It confirmed that OnlineNIC had paid the settlement on October 19, 2009 by

itself;

   ⑦ It carefully reviewed the evidence related to the case, including

OnlineNIC's operational database.

   Based on this investigation, it concluded that the alleged infringement in this case was committed by OnlineNIC's agents.

   The above-mentioned statement by the American lawyer Perry J. Narancic and its attachments, namely the

   "Performance of the Judgment" filed by the U.S. District Court , have all gone through the corresponding notarization and certification procedures in the United States.

   2) Verification of the identity of Perry J. Narancic

   On October 21, 2009, the California State Bar Association issued the "Certificate of Identity" proving that Perry

   J. Narancic is a California lawyer. The certificate has already performed the corresponding notarization and certification procedures in the United

States

.

The sponsor has logged into the official website of the California State Bar Association for verification, which records that

Perry J. Narancic is a member of the California State Bar Association, member number 206820.

3) the United States District Court for the content of websites related to the verification

visit the official website of the United States District Court (https://ecf.cand.uscourts.gov) to sponsor this

case be verified and confirmed: ① the above "decision fulfillment" as the

plaintiff

Valid legal documents submitted to the U.S. court and approved and

archived by the U.S. court; ②The attorneys of the plaintiff Verizon are David

J. Xiamen Three-Five Internet Technology Co., Ltd. Prospectus Other Important Matters

1-382

Steele and Howard A. Kroll; ③ The defendant OnlineNIC's lawyer is Perry J.

Narancic;

④OnlineNIC has paid according to the "Settlement Agreement", and the

judgment of this case has been fulfilled.

4) Independent verification documents of unrelated American lawyers

The issuer's lawyer Beijing Zhonglun Law Firm hired American lawyer Anne-Marie Dinius to

conduct independent verification of the case. According to her

verification, Anne-Marie Dinius issued a statement confirming: ① The

"Settlement

   Agreement" stipulates a confidentiality clause, which states that "The parties shall keep the terms of this agreement strictly confidential. If you need to

   issue this "Settlement Agreement", you need to issue this "Settlement Agreement" "the party should receive a" pass issued by forced

   "to submit the notification to the other party within 3 days after the other, the party should be disclosed so that the" knowledge settlement agreement

   proposed "not to be disclosed or to limit the disclosure to the relevant court Or the Trial Chamber. Both parties can state that the case has been settled

   or use published records." ②According to US law, only an order issued by a

US court

   can force the issuance of the Settlement Agreement.

   American lawyer Anne-Marie Dinius said that the above statement has performed corresponding notarization and certification procedures in the United States

   .

   5) Payment of Settlement Funds

   According to the above statement of OnlineNIC's lawyers, OnlineNIC paid the above-mentioned settlement funds

   on its own on October 19, 2009 .

   According to the statement of the issuer and the issuer's controlling shareholder, Mr. Gong Shaohui, and the sponsor's verification,

   neither the issuer nor Gong Shaohui has overseas accounts, nor did they pay or assist OnlineNIC to pay the aforesaid settlement amount.

   The sponsor verified

   72 overseas payment records of the issuer and Jingtong Technology from January 1, 2009 to November 30, 2009 , all of which were paid to the domain name by the issuer and Jingtong Technology for normal business operations.

No other unidentified remittances or expenditures were found for the supplier's money.

Based on the above verification of Verizon v. OnlineNIC, the sponsor confirmed that:

1) The notarization and certification procedures for the English documents submitted by the issuer to the China Securities Regulatory Commission in the United States are complete and

comply with the notarization required for legal documents formed in foreign countries for use in China In accordance with the requirements of the certification procedure, the relevant documents are

true and valid;

2) The content of the Chinese translation of the English document submitted by the issuer to the China Securities Regulatory Commission is

consistent with the original English content ;

3) Perry J. Narancic's identity is the U.S. attorney for OnlineNIC in this case ;

4) in this case the two sides signed a "settlement agreement", OnlineNIC has been in accordance with the agreement in October 2009

Yue 19 Ri own full payment of the settlement sum is completed to Verizon, the issuer does not exist, tech-savvy Gong or

less Hui pay or help pay settlement The situation of the payment; other important matters

1-383 in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd.

5) Verizon has submitted the "Performance of the Judgment" to the court, stating that the judgment has been fully implemented, and the case

has been completely resolved and will not be OnlineNIC, its shareholders, and related parties have subsequent impacts and potential risks.

2. Yahoo! Inc. sued OnlineNIC.

(1) The cause of the lawsuit

On December 19, 2008, the plaintiff Yahoo! Inc ("Yahoo") believed that the defendant OnlineNIC

The agent client registered at least 544 domain names similar to the "yahoo" domain name, and sued

OnlineNIC in a US court , demanding that OnlineNIC transfer all suspected infringing domain names to Yahoo and pay compensation.

(2) Litigation settlement situation

After receiving the indictment, the US court notified OnlineNIC to answer the case . OnlineNIC

communicated with Yahoo in a timely manner and submitted relevant documents to Yahoo, proving that the infringement was mainly committed by its agents, and the certification document

was recognized by Yahoo. As a result, on October 4, 2009, Yahoo and OnlineNIC signed the "

Reconciliation Agreement." After OnlineNIC performed relevant obligations to Yahoo, the US court

issued a "Revocation of Judgment" on October 22 , 2009 , ordering Yahoo to v. OnlineNIC In one case, "the plaintiff's claims in this case have been withdrawn, and no

separate prosecution shall be required."

(3) The sponsor verified the following documents/ performed the following verification work

1) Statement issued by the

US lawyer Perry J. Narancic in this case, the US lawyer Perry J. Narancic China represented OnlineNIC, and it

issued a statement on November 23, 2009, with the main contents as follows:

①He acted as OnlineNIC's attorney in this case.

② Yahoo and OnlineNIC signed the "Reconciliation Agreement" on this case

on October 4, 2009.

According to the "Settlement Agreement", OnlineNIC will perform certain obligations to Yahoo, and Yahoo will

Nolle prosequi and no longer to re-prosecute the same matter, and eliminates OnlineNIC, its employees, shareholders and off

all associated companies ( "Released Parties") may be produced before October 4, 2009, the domain name registration has

closed all The claim items include the claim items in this case.

③ The "Reconciliation Agreement" stipulates a confidentiality clause,

which states that "The parties shall strictly

keep this agreement and its terms confidential. Both parties can only
state that the case has been settled. However, if the "Reconciliation
Agreement" is

required to be issued, this One party to the Settlement Agreement shall
notify the other party before the disclosure so as to allow the other party to
have the opportunity

to raise objections or objections to the relevant court or tribunal. The
party requiring disclosure shall try to keep the Settlement Agreement from
being

disclosed or restrict its disclosure To the relevant court or trial
court". According to U.S. law, only

an order issued by a U.S. court can force the issuance of the Settlement
Agreement.


④OnlineNIC has fulfilled its obligations to meet Yahoo's request for

withdrawal of the lawsuit.


⑤OnlineNIC has fulfilled its obligations in accordance with the

"Settlement Agreement". As a result, Yahoo
submitted a motion to withdraw the

lawsuit to the court for other important matters 1-384 in the prospectus
of Xiamen Sanwu Internet Technology Co., Ltd.
, and withdrew all its claims related to this case. On October 22, 2009, the
court issued an

order to withdraw Yahoo's prosecution without further prosecution.
According to US law, once the prosecution is

withdrawn and no further prosecution is allowed, Yahoo cannot sue
OnlineNIC for the same fact. Yahoo also exempts

OnlineNIC and the exempted party from all registrations related to domain
names that may have occurred before October 4, 2009.

All the claimed items related to the book, including the claims in this
case.

The aforementioned statement made by the American lawyer Perry J. Narancic has fulfilled the corresponding notarization and certification

procedures in the United States .

2) Check the relevant content of the U.S. District Court website. The

sponsor logs on the official website of the U.S. Court (https://ecf.cand.uscourts.gov) to

check the case and confirm that: ① The above-mentioned "Withdrawal of

Judgment" is filed by the U.S. court Valid

legal documents signed by the United States court ; ②Perry J. Narancic

represented OnlineNIC in this case; and ③The United States court has withdrawn the

plaintiff's claims in this case, and the plaintiff shall not sue separately.

3) Independent verification documents of unrelated US lawyers The

issuer's lawyer Beijing Zhonglun Law Firm hired US lawyer Anne-Marie Dinius to

conduct independent verification of the Yahoo v. OnlineNIC case. According to its verification, Anne-Marie Dinius indeed

recognized: ① "settlement agreement" agreed confidentiality clause, which

is expressed as "the two sides to deal with terms of this agreement is strictly

settlement agreement" need to produce this "settlement close if need to produce this." "the party shall receive

," "submit the notice to the other party within 3 days after the addition, the" mandatory notice issued by the settlement agreement "a

party should try to make the" settlement agreement "not to disclose or limit the disclosure to the The relevant court or tribunal. Both parties

can state that the case has been settled, and can also use published

records". @According to US law, only

the order issued by the US court can force the issuance of the Settlement Agreement.

The aforementioned statement of the American lawyer Anne-Marie Dinius has fulfilled the corresponding notarization and certification

procedures in the United States .

Based on the above verification of the Yahoo v. OnlineNIC case, the sponsor confirmed that:

1) The notarization and certification procedures for the English documents submitted by the issuer to the China Securities Regulatory Commission in the United States are complete and

comply with the notarization necessary for legal documents formed in foreign countries to be used in China In accordance with the requirements of the certification procedure, the relevant documents are

true and valid;

2) The content of the Chinese translation of the English document submitted by the issuer to the China Securities Regulatory Commission is

consistent with the content of the English original ;

3) In this case, Perry J. Narancic is the attorney of OnlineNIC;

4) Both parties in this case signed the "Reconciliation Agreement", OnlineNIC has

fulfilled

its obligations 1-385 in accordance with the "Reconciliation Agreement" to fulfill other important matters 1-385 in the prospectus of Xiamen Sanwu Internet Technology Co., Ltd. , and Yahoo's lawsuit has been withdrawn and no further lawsuits are allowed , The case has been completely resolved, and there will be no

subsequent impact and potential risks on OnlineNIC, its shareholders, and related parties.

3. Opinions of Sponsor and Lawyers

(1) Opinions of Sponsor

After comprehensively and prudently reviewing the above two lawsuits of OnlineNIC in the United States, the sponsor believes that:

1) Verizon v. OnlineNIC: ①OnlineNic is a limited liability company and its

shareholders

Rex bears limited liability; ②OnlineNIC has paid all settlement payments

and fulfilled relevant obligations by itself,

There is no situation in which the issuer, proficient in science and technology, or Gong Shaohui pays or assists in the payment of the settlement

payment; ③Verizon

has clearly waived its

rights to OnlineNIC due to the judgment of the US court on December 19, 2008, and the judgment in this case has been fulfilled. The case has been completely resolved, and there will be no

subsequent impact and potential risks on OnlineNIC, its shareholders , and related parties.

2) Yahoo v. OnlineNIC: ①OnlineNIC has fulfilled relevant obligations; ②

This case has been

withdrawn and no further litigation is allowed. The case has been completely resolved and will not

have subsequent impacts and potential risks on OnlineNIC, its shareholders, and related parties.

3) The issuer and its controlling shareholder Gong Shaohui have nothing to do with the aforesaid litigation, and will not be liable for any

compensation. Gong Shaohui's direct or indirect holding of the issuer's shares will not cause disputes or potential disputes

and other risks. The issuer Business operations and this issuance and listing will not be affected in any way.

(2) Opinions of the issuer's lawyers

1) Verizon v. OnlineNIC: ①OnlineNic is a limited liability company, and

its shareholder

Rex bears limited liability; ②OnlineNIC has paid all settlement payments

by itself and fulfilled relevant obligations. There

is no issuer, proficient in technology or The circumstances under which

Gong Shaohui paid or assisted in the payment of the settlement; ③Verizon

has clearly waived its rights to OnlineNIC as stipulated in the judgment
of the US court on December 19, 2008. The judgment in

this case has been fulfilled and the case has been completely resolved.
And its shareholders,

The joint parties have subsequent impacts and potential risks.

2) Yahoo v. OnlineNIC: ①OnlineNIC has fulfilled relevant obligations; ②

This case has been

withdrawn and no further litigation is allowed. The case has been
completely resolved and will not

have subsequent impacts and potential risks on OnlineNIC, its
shareholders, and related parties.

3) The issuer and its controlling shareholder Gong Shaohui have nothing to
do with the aforesaid litigation, and will not be liable for any

compensation. Gong Shaohui's direct or indirect holding of the issuer's
shares will not cause disputes or potential disputes

and other risks. The issuer Business operations and this issuance and
listing will not be affected in any way. The relevant statement of Xiamen 35
Internet Technology Co., Ltd. in the prospectus

1-386

related statement

. All directors, supervisors and senior management personnel of the issuer declare that all directors, supervisors and senior management personnel of

the company promise that there are no false records in this prospectus ,

Misleading statements or major omissions, and assume individual and joint legal

responsibilities for its truthfulness, accuracy, and completeness .

Director's signature:

Gong Shaohui, Wang Ping,

Li Yunfei, Peng Yong,

Chen Shaohua, Han Hualin,

Zeng Huaqun ,

Supervisor's signature:

Shen Wence, Wang Haitao, Chen Tubao,

Xiamen Three-Five Internet Technology Co., Ltd. Prospectus Statement

1-387

Other senior management signatures:

LU Hong Zhang Meiwen

Xiamen three to five interconnected Technology Co., Ltd.

2009 × month × day Technology Co., Ltd. Xiamen three to five interconnected prospectus relating to declaration

1-388 Technology Co., Ltd. Xiamen three to five interconnected prospectus relating to declaration

1-389

sponsor (The lead underwriter) declares that

the company has checked the prospectus, confirmed that there are no false records, misleading statements or

major omissions, and assumes corresponding legal responsibilities for its authenticity, accuracy and completeness.

Project co-organizer (signature):

Zhu Yonghua

Sponsor representative (signature):

Xie Jijun Zhang Lili

Legal representative or authorized representative (signature):

Gong Shaolin

China Merchants Securities Co., Ltd.

2009 × month × day Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Relevant Statement

1-390

Issuer's Lawyer Statement

The firm and the handling lawyer have read the prospectus and confirmed that there is

no contradiction between the prospectus and the legal opinion issued by the firm and the lawyer's work report. This reach of lawyers handling the issuer referenced in the prospectus

no objection to the content of the legal opinion and lawyer work report, confirming the prospectus not because of the above out

now false, misleading statements or material omissions, and its Corresponding

legal responsibilities shall be assumed for authenticity, accuracy and completeness .

Counsel (signature): Lai Jihong and Zou Yunjian

Head of the law firm (signature):

Zhang Xuebing

Beijing Zhonglun Law Firm,

2009 × month × day, Xiamen Sanwu Internet Technology Co., Ltd. prospectus statement

1-391

audit agency statement that

the firm and the signed certified accountant have read the prospectus The prospectus confirms that there is

no contradiction between the prospectus and the audit report, internal control verification report issued by the Exchange, and the non-recurring profit and loss schedule verified by the Exchange. This

reach of the signing of the CPA audit reporting issuer referenced in the prospectus, the internal control attestation report

report and the verification by this non-recurring gains and losses content without objection, would not confirm the prospectus due to the

above content appears False records, misleading statements or major omissions, and

shall bear corresponding legal responsibilities for their authenticity, accuracy and completeness .

Accountant in
charge (signature):

Liu Wei and Zhang Lingwen. Person in charge of the accounting firm (signature):

Chen Jianshen

Tianjian Guanghua (Beijing) Accounting Firm Co., Ltd.

2009 × month × day Xiamen Three Five Internet Technology Co., Ltd. prospectus Statement

1-392

Appraisal agency statement that

this institution and the signed registered asset appraiser have read the prospectus and confirmed that there is

no contradiction between the prospectus and the asset appraisal report issued by this institution . The institution and the signed registered asset appraiser are offering shares to the issuer

There is no objection to the content of the asset appraisal report quoted in the prospectus. It is confirmed that the prospectus will not

contain false records, misleading statements or major omissions due to the above content , and it shall bear the corresponding

legal responsibility for its authenticity, accuracy and completeness .

Accountant in
charge (signature):

Guo Chunyang Guo Qi
Person in charge of the accounting firm (signature):

Guo Chunyang

Beijing Zhongsheng Alliance Assets Appraisal Co.

, Ltd. Statement on the Prospectus of Xiamen Three-Five Internet Technology Co., Ltd.

1-393 Statement of the Capital

Verification Agency

This institution and the signed CPA have read the prospectus and confirmed that there is

no contradiction between the prospectus and the capital verification report issued by this institution . This body and the signature of the CPA issuer referenced in the prospectus

no objection to the content of the verification report, confirming the prospectus not because of the above and a false record, misleading

guide statements or material omissions, and its authenticity, accuracy And completeness assumes corresponding legal responsibilities.

Handling appraisers (signature):

XX XX

appraisal firm's principal (signature):

XX

Tianjian Guanghua (Beijing) Accounting Firm Co., Ltd.

2009 × month × day Annex

1 to the prospectus of Xiamen 35 Internet Technology Co., Ltd. -394

Section 14 Annex

I. Annex

Investors can consult all official legal documents related to this public offering, which are also

disclosed on designated websites, as follows:

(1) Issuance sponsorship letter (attached: issuer's special opinions on growth) and issuance sponsorship Report;

(2) The issuer's explanation on the evolution of the company's share capital since its establishment and

the confirmation opinions of its directors, supervisors and senior managers;

(3) The issuer's controlling shareholder and actual controller's confirmation opinions on the prospectus;

(4) Financial statements and audit reports;

(5) Internal control verification report;

(6) Non-recurring profit and loss schedule verified by certified public accountants;

(7) Legal opinions and lawyers' work reports;

(8) Articles of Association (Draft);

( 9. The letter of commitment from Tianjian Zhengxin Certified Public Accountants Co., Ltd. regarding the responsibility for the

audit report of Tianjian Guanghua (Beijing) Certified Public Accountants Co., Ltd.;

(10) Tianjian Zhengxin Certified Public Accountants Co., Ltd. regarding the accounting affairs of Tianjian Guanghua (Beijing) the

Limited review report of the statement;

(j) the China Securities Regulatory Commission approved the issuance of documents;

(11) other important documents related to this issue.

2. Check time and address

Investors can

check the above reference documents at the following locations from Monday to Friday from Monday to Friday from 9:00 to 11:00 am and from 3:00 to 5:00 pm :

1. Issuer: Xiamen III Five Internet Technology Co., Ltd.

Contact address: 1st floor, No. 8, Guanri Road, Phase II, Software Park, Torch High-tech Industrial Development Zone, Xiamen

Contact: Lu Hong Tel: 0592-5397222, 5391849

Fax: 0592-5392104

2. Sponsor (lead underwriter): China Merchants Securities Co., Ltd. Xiamen Sanwu Internet Technology Co., Ltd. Prospectus Annex

1-395

Contact Address: 38-45 Floor, Block A, Jiangsu Building, Yitian Road, Futian District, Shenzhen

Contact: Xie Jijun, Zhang Lili, Wang Xinlei, Bian Biao, Zhu Yonghua, Yang Bailing , Cui Wei, Liang Taifu

, Jiao Jinjun, Zhang Dekun

Tel: 0755-82943666

Fax: 0755-82943121

Investors can also check this prospectus and other electronic

documents on the website http://www.cninfo.com.cn .

Set Home    Site Map    Sogou   input method    payment center    Sohu   jobs    Advertising Services    Customer Service Center    Contact    Privacy    the About SOHU Company

Copyright © 2017 Sohu.com  Inc. All Rights Reserved    Sohu   company.   All rightsreserved

Sohu   bad   informationreportingtelephone: 010-62728061    Reporting email:jubao@contact.sohu.com