**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Ruben Peña (Bar No. 328106)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
liana@KRInternetLaw.com
ruben@KRInternetLaw.com

Specially Appearing as Attorneys for
Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **FACEBOOK, INC.**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **ONLINENIC INC.**, et al., <br><br> Defendants. | Case No. 3:19-cv-07071-SI <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6) AND 12(b)(2)** <br><br> Date: November 5, 2021 <br> Time: 10:00 a.m. <br> Ctrm.: 1 — 17th Floor <br> Before: Judge Susan Illston |

Case No. 3:19-cv-07071-SI    [PROP] ORDER GRANTING MOTION TO DISMISS SECOND AMENDED COMPLAINT

Defendant Xiamen 35.Com Technology Co., Ltd. ("35.CN")'s motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(b)(2) came on for a regular hearing before this Court in Courtroom 1 on November 5, 2021 at 10:00 a.m. Having reviewed and considered the motions and supporting documents, as well as the other related papers and pleadings on file herein, and finding good cause appearing, the Court hereby finds and orders as follows:

IT IS ORDERED THAT Defendant 35.CN's motion to dismiss is hereby GRANTED. In particular, the Second Amended Complaint ("SAC") fails to state a claim as to 35.CN, and the Court lacks personal jurisdiction over 35.CN, which is a Chinese company that is not the registrant or registrar for the domain names at issue in this case, and Plaintiffs have failed to make a prima facie showing of alter ego liability to support personal jurisdiction.

IT IS FURTHER ORDERED THAT Plaintiffs' suit, in its entirety, is dismissed. Because there is no likelihood of being able to cure the SAC's defects, and given the expansive discovery and record in this matter, the SAC is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: _____   _____
United States District Judge
for the Northern District of California