TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

DAVIS POLK & WARDWELL LLP
Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
Micah G. Block SBN 270712
micah.block@davispolk.com
Cristina M. Rincon *Pro Hac Vice*
cristina.rincon@davispolk.com
1600 El Camino Real
Menlo Park, CA 94025
Telephone:    650.752.2000
Facsimile:    650.752.2111

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC, <br><br> Plaintiffs, <br> v. <br> ONLINENIC, INC., DOMAIN ID SHIELD SERVICE CO., LIMITED, and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., <br><br> Defendants. | Case No. 5:19-cv-07071-SI <br><br> **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.'S MOTION TO DISMISS [174]** <br><br> Hon. Susan Illston |

Plaintiffs Facebook, Inc. and Instagram, LLC (collectively, "Plaintiffs") and Defendant Xiamen 35.com Internet Technology Co., Ltd. ("35.CN"), through their respective counsel of record, hereby stipulate as follows:

1.      On September 28, 2021, 35.CN filed a Motion to Dismiss the Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(2), setting the hearing for November 5, 2021. ECF No. 174.

2.      Plaintiffs' opposition to that motion is currently due October 12, 2021, and 35.CN's reply is currently due October 19, 2021. Civil L.R. 7-3(a), (c).

3.      The parties have agreed to continue the hearing date on the Motion to Dismiss, and they have also agreed upon the following briefing schedule:

| **Event** | **Current Date** | **Proposed Date** |
| --- | --- | --- |
| Plaintiffs' Opposition Due | October 12, 2021 | October 26, 2021 |
| 35.CN's Reply Due | October 17, 2021 | November 9, 2021 |
| Hearing | November 5, 2021 at 10:00 a.m. | December 3, 2021 at 10:00 a.m. |

4.      This stipulation will not alter the date of any other event or any other deadline already fixed by the Court.

5.      Plaintiffs and 35.CN therefore respectfully request that the Court enter an order approving this stipulation and adopting the schedule set forth above.

**SO STIPULATED THROUGH COUNSEL OF RECORD:**

Respectfully Submitted,

DATED: October 1, 2021                    Tucker Ellis LLP


                                          By: /s/David J. Steele
                                              David J. Steele
                                              Howard A. Kroll
                                              Steven E. Lauridsen

                                          Davis Polk & Wardwell, LLP
                                              Ashok Ramani
                                              Micah G. Block
                                              Cristina M. Rincon

                                              Attorneys for Plaintiffs,
                                              FACEBOOK, INC. and INSTAGRAM, LLC

DATED: October 1, 2021                    Kronenberger Rosenfeld, LLP


                                          By: /s/Karl S. Kronenberger
                                              Karl S. Kronenberger

                                              Specially Appearing as Attorneys for
                                              Defendant XIAMEN 35.COM INTERNET
                                              TECHNOLOGY CO., LTD.

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all other signatories listed and on whose behalf this filing is made concur in the filing of this document and have granted permission to use an electronic signature.

                                                   /s/David J. Steele


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATE: _____        _____
                                   Susan Illston
                                   United States District Judge