TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

DAVIS POLK & WARDWELL LLP
Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
Micah G. Block SBN 270712
micah.block@davispolk.com
Cristina M. Rincon *Pro Hac Vice*
Cristina.rincon@davispolk.com
1600 El Camino Real
Menlo Park, CA 94025
Telephone:    650.752.2000
Facsimile:    650.752.2111

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI<br><br>**DECLARATION OF DAVID J. STEELE IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' ANSWER AND FOR DEFAULT JUDGMENT**<br><br>DATE: November 19, 2021<br>TIME: 10:00 a.m.<br>CTRM: 1 – 17th Floor<br><br>Hon. Susan Illston |

I, David J. Steele, declare as follows:

1. I am a partner at Tucker Ellis LLP, attorneys of record for Plaintiffs in this action. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2. As of June 30, 2021, Plaintiffs incurred $2,057,782.17 in attorneys' fees charged by my firm in connection with this action. A table detailing these fees is presented below.

| Task | Amount |
| --- | --- |
| Investigation, strategy and trial preparation | $334,355.70 |
| Pleadings | $246,787.68 |
| Plaintiffs' discovery and related disputes | $946,692.31 |
| Defendants' discovery and expert testimony | $400,347.61 |
| Motions | $42,968.05 |
| Settlement and mediation | $86,630.82 |
| Total | $2,057,782.17 |

3. Twelve attorneys, two paralegals and one technical staff member billed in this litigation.

4. The vast majority of attorney time (3,448 hours) was billed by eight attorneys: David J. Steele, Steven E. Lauridsen, Howard A. Kroll, Bart L. Kessel, Helena M. Guye, Nicholas V. Janizeh, Stephanie A. Rzepka, and Faustina Lee. In total, these attorneys billed $2,010,789 in this matter with an overall effective rate of $586 per hour.

5. The paralegals were Anna M. Hayden and Stacey A. Sautter, with the majority of time billed by Ms. Hayden.

6. I graduated from Loyola Law School and have approximately 21 years of intellectual property litigation experience. For 20 years, I have been a Professor at Loyola Law School where I have taught Trademark Law and Internet Law. I billed 880 hours in this matter at an effective rate of $685 per hour.

7. Steven E. Lauridsen is Counsel at Tucker Ellis LLP. Mr. Lauridsen graduated from the

University of Southern California School of Law and has approximately 15 years of intellectual property litigation experience. Mr. Lauridsen billed 932 hours in this matter at an effective rate of $590 per hour.

8. Howard A. Kroll is a Partner at Tucker Ellis LLP. Mr. Kroll graduated from the University of Southern California School of Law and has approximately 40 years of litigation experience and over 25 years of intellectual property litigation experience. Mr. Kroll billed 651 hours in this matter at an effective rates of $715 per hour in 2019, $710 per hour in 2020, and $705 per hour in 2021.

9. Bart L. Kessel is a Partner at Tucker Ellis LLP. Mr. Kessel graduated from the University of California Davis School of Law and has approximately 35 years of litigation experience. Mr. Kessel billed 451 hours in this matter at an effective rates of $620 per hour in in 2020, and $600 per hour in 2021.

10. Helena M. Guye is an Associate at Tucker Ellis LLP. Ms. Guye graduated from the University of Missouri, Columbia School of Law and has approximately 1 years of litigation experience. Ms. Guye billed 339 hours in this matter at an effective rate of $175 per hour.

11. Nicholas V. Janizeh is an Associate at Tucker Ellis LLP. Mr. Janizeh graduated from the University of Southern California School of Law and has approximately 6 years of litigation experience. Mr. Janizeh billed 91 hours in this matter at an effective rate of $360 per hour.

12. Stephanie A. Rzepka is an Associate at Tucker Ellis LLP. Ms. Rzepka graduated from the University of Texas at Austin School of Law and has approximately 7 years of litigation experience. Ms. Rzepka billed 67 hours at an effective rate of $280 per hour.

13. Faustina Lee is Counsel at Tucker Ellis LLP. Ms. Lee graduated from University of Southern California School of Law and has approximately 11 years of litigation experience. Ms. Lee billed 37 hours for this matter at an effective rate of $540 per hour in in 2020, and $515 per hour in 2021.

14. Anna M. Hayden is a Paralegal at Tucker Ellis LLP. Ms. Hayden has 21 years of experience working as a paralegal. Ms. Hayden billed 45 hours in this action at an effective rate of $250 per hour.

15. Portions of the *AIPLA 2019 Report of the Economic Survey* published by the American Intellectual Property Law Association listing rates for intellectual property cases in the San Francisco area are attached as Exhibit 1.

16. Additionally, as of June 30, 2021, Plaintiffs have incurred costs in connection with this action. A table detailing these costs is presented below.

| Cost | Amount |
|---|---:|
| Court costs | $1,030.50 |
| Courier services | $3,252.67 |
| Expert services | $26,575.00 |
| Special Master services | $23,569.07 |
| Discovery services | $8,342.50 |
| Travel | $1,415.63 |
| Total | $153,122.37 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 13, 2021 in Fullerton, California.

    /s/ David J. Steele