TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:        213.430.3400
Facsimile:         213.430.3409

DAVIS POLK & WARDWELL LLP
Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
Micah G. Block SBN 270712
micah.block@davispolk.com
Cristina M. Rincon *Pro Hac Vice*
cristina.rincon@davispolk.com
1600 El Camino Real
Menlo Park, CA 94025
Telephone:    650.752.2000
Facsimile:     650.752.2111

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI<br><br>**PLAINTIFFS' STATEMENT REGARDING RENOTICING MOTION TO STRIKE DEFENDANTS' ANSWER AND FOR DEFAULT JUDGMENT AGAINST DEFENDANTS ONLINENIC AND DOMAIN ID SHIELD PURSUANT TO FED. R. CIV. P. 37 AND THE INHERENT POWER OF THE COURT**<br><br>DATE: November 19, 2021<br>TIME: 10:00 a.m.<br>CTRM: 1 – 17th Floor<br><br>Hon. Susan Illston |

On September 28, 2021, the Clerk of Court issued an order reassigning this action to the Honorable Susan Illston for all further proceedings. ECF No. 173. In that order, the parties were directed to renotice any pending motions. *Id.* The order further stated that the briefing schedules for any such motions would remain unchanged. *Id.* Plaintiffs therefore provide notice that they are renoticing their fully briefed Motion to Strike Defendants' Answer and for Default Judgment Against Defendants OnlineNIC and Domain Id Shield Pursuant to Fed. R. Civ. P. 37 and the Inherent Power of the Court (ECF No. 117) for November 19, 2021 and have thus refiled the following papers pertinent to that motion:

| **Document** | **Prior ECF No.** | **New ECF No.** |
| --- | --- | --- |
| Notice of Motion and Motion to Strike Defendants' Answer and for Default Judgment Against Defendants OnlineNIC and Domain Id Shield Pursuant to Fed. R. Civ. P. 37 and the Inherent Power Of The Court; Memorandum in Support | 117 | 176 |
| Declaration of David J. Steele in Support of Motion | 117-1 | 176-1 |
| Exhibit 1 – AIPLA Survey | 117-2 | 176-2 |
| Proposed Order | 117-3 | N/A[1] |
| Proposed Default Judgment | 117-4 | N/A |
| Defendants OnlineNIC and Domain ID Shield's Statement of Non-Opposition | 120 | 177 |
| Amended Proposed Order | 156 | 176-3 |
| Amended Proposed Judgment | 156-1 | 176-4 |

Because Defendants OnlineNIC and Domain ID Shield stated that they do not oppose the motion, Plaintiffs respectfully request that the Court grant the motion and enter judgment against them.

///

///

///

---

[1] Plaintiffs are not re-lodging their original proposed order and proposed default judgment because the Court granted leave to lodge amended versions of these documents. ECF No. 154 at 21:10-22:8.

DATED: October 1, 2021

Respectfully submitted,

Tucker Ellis LLP

By: /s/David J. Steele
    David J. Steele
    Howard A. Kroll
    Steven E. Lauridsen

Davis Polk & Wardwell LLP
    Ashok Ramani
    Micah G. Block
    Cristina M. Rincon

    Attorneys for Plaintiffs,
    FACEBOOK, INC. and INSTAGRAM, LLC