Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
3000 El Camino Real
Bldg. 4, Suite 200
Palo Alto, CA 94306
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE CO., LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>            Plaintiffs,<br>     v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.<br><br>            Defendants. | Case No. 19-CV-07071-SI<br><br>**DEFENDANTS ONLINENIC, INC. AND DOMAIN ID SHIELD SERVICE CO., LIMITED'S NOTICE OF JOINDER IN DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6) AND 12(b)(2)** |

Defendants OnlineNIC, Inc. and Domain ID Shield Service Co., Limited hereby join Defendant Xiamen 35.com Internet Technology Co., Ltd.'s Motion to Dismiss the Second Amended Complaint Pursuant to FRCP 12(b)(6) and 12(6)(2) (Dkt. No. 174), and the arguments and authorities found therein.

Facebook, Inc. and Instagram, LLC's allegations in the Second Amended Complaint against OnlineNIC, Inc. ("OnlineNIC") and Domain ID Shield Service Co., Limited ("ID Shield") are substantively identical to the allegations it has asserted against Xiamen 35.com Internet Technology Co., Ltd. ("35.CN"). In fact, the Second Amended Complaint alleges that all of the Defendants are *alter egos* of one another.

- 2-

Facebook, Inc. and Instagram, LLC have not adequately plead facts sufficient to support any claims against 35.CN, OnlineNIC or ID Shield for trademark infringement, cybersquatting, or any other legal claim. For this reason, and the reasons discussed in 35.CN's Motion to Dismiss, OnlineNIC and ID Shield join such Motion to Dismiss (Dkt. No. 174) and respectfully request that all claims against OnlineNIC and ID Shield be dismissed.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| DATED: October 15, 2021 | LEXANALYTICA, PC |
|  | By: *[signature]* |
|  | Attorneys for Defendants<br>ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE CO., LIMITED |