1  Perry J. Narancic, SBN 206820
   LEXANALYTICA, PC
2  2225 E. Bayshore Road, Suite 200
   Palo Alto, CA  94303
3  www.lexanalytica.com
   pjn@lexanalytica.com
4  Tel: 650-655-2800

5  Attorneys for Defendants
   ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE
6  CO., LIMITED

7

8                     **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11  FACEBOOK, INC. and INSTAGRAM,            Case No. 19-CV-07071-SI
    LLC
12                                           **DECLARATION OF PERRY J.**
                    Plaintiffs,              **NARANCIC**
13          v.

14

15  ONLINENIC, INC. and DOMAIN ID
    SHIELD SERVICE CO., LIMITED and
16  XIAMEN 35.COM INTERNET
    TECHNOLOGY CO., LTD.
17
                    Defendants.
18

19

20          I, Perry J. Narancic, declare as follows:

21          1.      I am over the age of 18, and I am counsel of record in the above-captioned case for

22  Defendants OnlineNIC, Inc. and Domain ID Shield Service Co., Limited.  I would and could

23  competently testify as set forth below in a court of law.

24          2.      Attached as Exhibit A is a true and correct copy of Defendants' Statement of Non-

25  Opposition Re: Plaintiffs' Motion For Preliminary Injunction, filed as Docket No. 145 in this case.

26          3.      Attached as Exhibit B is a true and correct copy of letter dated July 8, 2021 from

27  me to Thomas Howe.

28

                                               - 1-

    Facebook, Inc. v. OnlineNIC, Inc.                          Case No. 19-cv-7071-SVK
    Declaration of Perry J. Narancic

- 2-

1       4.      I declare under penalty of perjury under the laws of the United States of America

2   that the foregoing is true and correct.

3           Executed October 15, 2021 at Menlo Park, California.

4

5

6   DATED:  October 15, 2021

    By: _____

7

8                                          _____

9                                          Attorneys for Defendants
                                           ONLINENIC, INC. and DOMAIN ID SHEILD
                                           SERVICE CO., LIMITED

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2-