

3000 EL CAMINO REAL
BLDG. 4, SUITE 200
PALO ALTO, CA  94306
WWW.LEXANALYTICA.COM
T://          650.655.2800
E://   PJN@LEXANALYTICA.COM

July 8, 2021

Thomas Howe
Howe Law Firm
519 SW Park Avenue, Suite 418
Portland, OR  97205

*Re: Facebook, Inc. v. OnlineNIC, Inc.*
*Case No. 19-cv-7071*

Dear Mr. Howe,

The purpose of this letter is to seek your assistance in helping Defendants better understand the draft "Special Discovery Master's Data Destroyed or Withheld Report" that was delivered on July 6, 2021 (the "Draft Report"). For ease of reference, I present Defendants' questions and comments as enumerated below.

**1. Defendants' Search Methodology.**

It is not disputed that certain database records were deleted from the production Kayako Database after the complaint in this case was filed on October 28, 2019 (the "Complaint Date"). However, it is not clear that the Draft Report addressed Defendants' search methodology and the relevance of that methodology to investigating *when*, *how* and *why* the deletions were made.

As an initial matter, it is important to note that the Kayako support ticket database is a legacy product that is no longer supported. Over the course of years of operation, the database became unwieldy and stuffed with spam and voluminous, old support data  - resulting in a very slow database which was difficult to search and manage. To help address these issues, Defendants regularly deleted huge amounts of spam that had been sent through the support system, including the email address that as designated for support. The spam included content with unreadable characters, which would further slow down the database.  Thus, even before the Complaint Date, Defendants had the practice of deleting huge amounts of spam and old content from the Kayako Database.

As you know, Plaintiffs began propounding discovery in early 2020. In order to deliver responses to Plaintiffs' numerous discovery requests, which have been continuing throughout



this litigation, Defendants were conducting searches against their production Kayako Database. Defendants did not set up a parallel Kayako environment for conducting discovery due to the prohibitive cost, time and difficulty of doing so – particularly where the underlying Kayako software was no longer being supported.

In the course of preparing their discovery responses, Defendants had to increase database performance in order to execute queries efficiently. Consequently, Defendants created a temporary table for the purpose of replicating some records from the production database into a temporary location. This temporary table, called "temp_data" was created in March 2021, and is referenced at page 23 of the Draft Report. After the records were replicated, Defendants went back to optimize the production database by deleting some records. The records that were deleted from the production database included unreadable characters, or which otherwise caused inefficiency (the "Hang-up Records"). By replicating and deleting the Hang-up Records, Defendants were able to more efficiently conduct discovery searches in the production database. The screenshot below, taken from "temp_data", illustrates the problems with the Hang-up Records, including unreadable characters:

| isemailed | staffid | contents | contenthash | subjecthash |
|---|---|---|---|---|
| 1 | 0 |    Dear abuse@onlinenic.com  ä,»ç†Ÿé¦™æ¸¯æ¬å®¶è²¨é‹å°ºç·ši¼Œæä¾›é¦ | 6d3be21b8c71af2f46b6dl | bfcb598dc3a2ec51320a78 |
| 1 | 0 |   ä,-æ¸¯è¿è¾ "+é¦™æ¸¯ä» "å¸¨"+æ‹¼ç®±+èf...å¸æŸœæœœæåŠ¡ ä,-æ¸¯è¿è¾ "æœœæåŠ¡ä¸»è | bfcc98137986cf58cfd73b6 | 3e425810a25af81d7db07 |
| 1 | 0 | <table width="650" border="0" cellspacing="0" cellpadding="0" align="center">    <tr>    <td><div st | d4db8b11bd613743828b | 6d1408678287f6659212f8 |
| 1 | 0 | ä»£å¼€æ™®é€šä¸ "ç" "é«ªå 'ç¥¯è¯å¾®ä¿¡ï¼š15813845149    å' "è¯¢13:332020/2/1 | 460619a06cd3c7bd4e652 | 7f96a785653a36420a275 |
| 1 | 0 | <!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN"><html><head><meta name="GENE | f56a27e208e16fa420fc3d | 527a03e9710c1745164d1 |
| 1 | 0 | <!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN" "http://www.w3.org/TR/html4/loose | 46b198f92aa0f562842483 | 86bf6f62f07131c08fb7f02 |
| 1 | 0 | ä»£/å¼€€/å '/ç¥'/è¯åŠ å¾® ä¿¡ï¼š13129724725è‹åŠ å' "è¯¢4:192020/2/25 æ¯ŸæœŸäºŒ | | f34283ebad0ccccac6333d a3d2705c2c0af7fc50da3b |
| 1 | 0 |  æ¯å°ç" µè, 'æ—¥å '5-20ä¸é¸®ç®±æ•°ºæ®æ— éœ€å 'ä»¶ç®±çš¸é¸®ä»¶ç¾¤å 'è½â€¯ä»¶å¤–è´¸ | 23d6d3760308c2963cef17 | ab25747d6a67dc5aa7265 |

Given the foregoing, it is not surprising that there are differences between the first production of the Kayako Database on July 15, 2020 and subsequent productions. Moreover, when records were directly deleted in the Kayako Database (as opposed to using the Kayako Application interface), some so-called "orphan" records were created.

It is also important to note that when a ticket was deleted through the Kayako Application interface, all related records were automatically deleted as well. For example, if Ticket #123456 was deleted from the production database using the Kayako Application, all the posts associated with that ticket were automatically deleted as well. Thus, the huge numbers of files shown as having been deleted in the Draft Report are somewhat misleading because a single deletion command could result in the automatic deletion of many more records. The screenshot below shows the relevant scripts from the Kayako Application:



LexAnalytica, PC
ATTORNEYS AT LAW

```
require_once ("./modules/tickets/functions_search.php");
emptyTicketPostIndex($ticketpostidlist, $text);

// Delete all data related to this ticket
$dbCore->query("DELETE FROM `". TABLE_PREFIX ."tickets` WHERE `ticketid` IN (". $strticketidlist .");");
$dbCore->query("DELETE FROM `". TABLE_PREFIX ."ticketposts` WHERE `ticketpostid` IN (". buildIN($ticketpostidlist) .");");
$dbCore->query("DELETE FROM `". TABLE_PREFIX ."auditlogs` WHERE `ticketid` IN (". $strticketidlist .");");
$dbCore->query("DELETE FROM `". TABLE_PREFIX ."ticketnotes` WHERE `typeid` IN (". $strticketidlist .") AND `notetype` = '". NOTE_TICKET ."';");
$dbCore->query("DELETE FROM `". TABLE_PREFIX ."tickettimetrack` WHERE `ticketid` IN (". $strticketidlist .");");
$dbCore->query("DELETE FROM `". TABLE_PREFIX ."ticketmergelog` WHERE `ticketid` IN (". $strticketidlist .");");
$dbCore->query("DELETE FROM `". TABLE_PREFIX ."ticketmessageids` WHERE `ticketid` IN (". $strticketidlist .");");
$dbCore->query("DELETE FROM `". TABLE_PREFIX ."ticketlabellinks` WHERE `ticketid` IN (". $strticketidlist .");");
```

**2. Defendants' "Waterfall" Analysis**

Defendants engaged an independent expert to help understand the Draft Report. This independent expert conducted a "waterfall" analysis of missing tickets, based on information provided by Defendants, as follows:

*Table "swtickets" with support ticket data from July 1, 2015*

| | | |
|---|---|---:|
| A. | Starting "ticketid" value | 1,514,466 |
| B. | Ending "ticketid" value | 1,678,903 |
| C. | Total number of tickets created: *1+B-A* | 164,438 |
| D. | Number of tickets still present in the table | 135,571 |
| E. | Total number of missing tickets: *C-D* | 28,866 |

*Table "temp_data" created by Defendants*

| | | |
|---|---|---:|
| F. | Missing tickets from E found in "temp_data" | 18,180 |
| G. | Missing tickets from E **not found** in "temp_data": *E-F* | 10,686 |

*"swauditlogs" with data for tickets deleted through Kayako UI*

| | | |
|---|---|---:|
| H. | Missing tickets from G found in swauditlogs | 9,508 |
| I. | Missing tickets from G **not found** in swauditlogs: *G-H* | 1,178 |

*Table "swticketmergelog" with data for tickets merged via Kayako UI*



    J.  Missing tickets from I found in swticketmergelog    1134
    K.  Missing tickets from I **not found** in swticketmergelog: *I-J*    44

For the 44 tickets that are missing, Defendants' technical team was able to discover the estimated creation dates of those tickets as shown below in a ranked order.

- 12 tickets were created in 2019 (between March 31 & November 15):
- 9 tickets were created in 2018 (between August 17 & August 18)
- 8 tickets were created in 2015 (between September 9 & November 12)
- 8 tickets were created in 2020 (between February 12 & August 11)
- 3 tickets were created in 2017 (on May 16)
- 3 tickets were created in 2021 (on January 7)
- 1 ticket was created in 2016 (on February 24)

Defendant's technical team has some hypothesis about why these 44 tickets have disappeared and believe that this could be due to the poor implementation of Kayako database transaction processing. After looking at the Kayako software code, Defendants' technical team determined that these steps are taken when a ticket is selected for deletion through the Kayako user interface:

    a. The ticket ID for the selected ticket is determined and the record corresponding to that ticket ID is deleted in "swtickets" table
    b. All other records for posts, attachments, etc. associated with the deleted ticket ID are identified in various tables, e.g., "swticketposts" and "swattachments", and also deleted
    c. A record about the deletion of specific ticket ID is inserted into "swauditlogs" table and earlier log records associated with the deleted ticket ID are removed from "swauditlogs" table

Defendants think that in some rare cases the necessary deletion log record may not have been written into the "swauditlogs" table because of potential technical glitches in the system. Such glitches could be due to several concurrent deletion requests getting submitted to the system and the "swauditlogs" table getting locked by a single request, thus preventing other requests from writing into this table. If the Kayako transaction processing code was correctly implemented, failure to write the log data into "swauditlogs" table would force the system to roll back earlier changes in other tables and therefore the ticket ID would remain in the "swtickets" table.

**3.**    **Deleted audit logs.**



Can you kindly describe which audit logs were deleted, as stated at page 21 of the Draft Report, or the methodology used to arrive at this conclusion. Was the conclusion that audit logs were deleted based on a "gap" analysis? In any event, it appears that, when a ticket is deleted, the out-of-the-box Kayako Application deletes all log records except for the last deletion record for that ticket. Therefore, a deletion of *any* ticket would automatically cause a gap in the audit logs.

**4.    Back-ups**

The Draft Report, at page 19, states that Defendants hid back up files. However, it appears from creation dates in the screenshots below that the referenced files were actually created specifically for the Special Master – and that they were not regularly-generated "back-ups":

**5.    Use of PHP and SQL Deletion Scripts**

The Draft Report concludes that Defendants used PHP and SQL deletion scripts to delete records (p. 28). However, Defendants' expert was not able to verify that any of the 28 PHP scripts contained any deletion language. See command "findstr del *.*" result below:



![cmd.exe screenshot showing directory listing of D:\Facebook\29 domains\搜索用到的脚本和说明\script statement with files including zenghy_2017_until_now_abuse@onlinenic.com_tickets.php, zenghy_sql_statement.txt, and various zenghy_*_tickets.php files dated 2021/03/25, followed by findstr del *.* output showing delete from sw* SQL statements]

Moreover, these scripts were all created specifically for the purpose of responding to discovery in this case, as shown in the below creation dates:



| 名称 | 创建日期 |
|---|---|
| zenghy_sql_statement.txt | 2021/3/25 18:04 |
| zenghy_evgeny.rekling_tickets.php | 2020/10/21 10:18 |
| zenghy_tuananh1080_tickets.php | 2020/5/13 16:09 |
| zenghy_tickets_20201009.php | 2020/10/9 10:12 |
| zenghy_yamakuqi_tickets.php | 2020/5/12 15:41 |
| zenghy_2017_until_now_tickets.php | 2020/5/12 15:21 |
| zenghy_attachment_copy_file.php | 2020/9/13 16:18 |
| zenghy_all_domain_tickets.php | 2020/7/3 16:58 |
| zenghy_all_domain_tickets - v1.php | 2020/7/3 16:58 |
| zenghy_xKVRYEH.hfndY_tickets.php | 2020/6/12 21:58 |
| zenghy_2017_until_now_keyword_tickets1.php | 2020/6/12 21:59 |
| zenghy_2017_until_now_keyword_tickets2.php | 2020/6/12 21:58 |
| zenghy_2017_until_now_keyword_tickets6.php | 2020/6/12 21:59 |
| zenghy_2017_until_now_keyword_tickets7.php | 2020/6/12 21:58 |
| zenghy_tenmiendaduocdangky_tickets.php | 2020/6/20 15:32 |
| zenghy_2017_until_now_keyword_tickets5.php | 2020/6/12 21:58 |
| zenghy_2017_until_now_keyword_tickets4.php | 2020/6/12 21:58 |
| zenghy_2017_until_now_keyword_tickets3.php | 2020/6/12 17:51 |
| zenghy_2017_until_now_complaints@onlinenic.com_tickets.php | 2020/6/12 15:32 |
| zenghy_2017_until_now_abuse@onlinenic.com_tickets.php | 2020/6/12 15:27 |
| zenghy_admin_tickets.php | 2020/5/13 16:10 |
| zenghy_zvedenyuk.eugene_tickets.php | 2020/5/13 16:11 |
| zenghy_domain_tickets.php | 2020/5/13 16:10 |
| zenghy_clippoo18.xxx_tickets.php | 2020/5/13 16:07 |
| zenghy_yamaguchi.takashi8_tickets.php | 2020/5/13 16:12 |
| zenghy_jenryhas_tickets.php | 2020/5/13 16:04 |
| get_domain.php | 2020/1/28 15:45 |
| get_post_info.php | 2020/1/28 15:45 |

Likewise, the SQL deletion "script" referenced in the Draft Report was merely a summary of steps taken by Defendants' database operator in executing commands (through a database client application) to respond to discovery- which employed the following steps:

    a. Defendants' technician first imported an original ticket database into the database on server 173.255.221.136.

    b. Defendants used the search terms provided by Plaintiffs to search table swtickets, find the relevant ticketid, and then record the ticketid.

    c. Defendants used the ticketid to find its associating ticketmaskid, oldticketmaskid, ticketpostid.



d. Defendants then deleted ticket records that were not associated with ticketid, ticketmaskid, oldticketmaskid, ticketpostid generated in above 2 and 3.

e. The data after deletion was the responsive data that was shared with Plaintiffs.

**6.    Date Ranges**

The Draft Report references certain PHP scripts as evidence that defendants only performed a search of some records from 2017, instead of 2015 (See p. 30). During the discovery process, Defendants wrote numerous scripts for various purposes. However, the only relevant inquiry is what was *actually* produced. Therefore, can you please state whether the records that were actually produced went back to 2015, or not.

**Conclusion.**

Due to time and budget constraints, the above comments and questions are not complete or final. But it would be greatly appreciated if you could respond to them, or at least address them in the final report.

Yours very truly,

LEXANALYTICA, P.C.

By:  Perry J. Narancic