**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Ruben Peña (Bar No. 328106)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
liana@KRInternetLaw.com
ruben@KRInternetLaw.com

Specially Appearing as Attorneys for
Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **FACEBOOK, INC.**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **ONLINENIC INC.**, et al., <br><br> Defendants. | Case No. 3:19-cv-07071-SI <br><br> **ERRATA TO D.E. 174-2, DECLARATION OF PERRY J. NARANCIC IN SUPPORT OF DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6) AND 12(b)(2)** |

I, Perry Narancic, declare as follows:

1. I am counsel of record for OnlineNIC, Inc. ("OnlineNIC") and Domain ID Shield Service Co., Limited ("ID Shield") in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, and if called as a witness I would testify to the facts contained in this declaration.

2. I submitted a declaration [D.E. 174-2] in this case in support of Defendant Xiamen 35.com Technology Co., Ltd.'s Motion to Dismiss the Second Amended Complaint ("Original Declaration"). This Declaration clarifies that Exhibits A and B to the Original Declaration (interrogatory responses and deposition transcript) were <u>excerpts</u>, and not full copies of the referenced documents. Exhibits C and D (public filing document and translation) were provided in full due to the inability to extract provisions in Chinese.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Atherton, CA on October 20, 2021.


Perry J. Narancic (Oct 22, 2021 11:14 PDT)

Perry J. Narancic

Case No. 3:19-cv-07071-SI   1   ERRATA TO NARANCIC DECL ISO MOTION TO DISMISS SAC