TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:      213.430.3400
Facsimile:       213.430.3409

DAVIS POLK & WARDWELL LLP
Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
Micah G. Block SBN 270712
micah.block@davispolk.com
Cristina M. Rincon *Pro Hac Vice*
Cristina.rincon@davispolk.com
1600 El Camino Real
Menlo Park, CA 94025
Telephone:    650.752.2000
Facsimile:     650.752.2111

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI<br><br>**DECLARATION OF HOWARD A. KROLL IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS; AND JOINDER TO OPPOSITION BY ONLINENIC INC. AND DOMAIN ID SHIELD SERVICE CO. LIMITED (ECF NO. 183)**<br><br>DATE: December 3, 2021<br>TIME: 10:00 a.m.<br>CTRM: 1 – 17th Floor<br><br><br>Hon. Susan Illston |

I, Howard A. Kroll, declare as follows:

1. I am a partner at Tucker Ellis LLP, attorneys of record for Plaintiffs in this action. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2. Carrie Yu ("Ms. Yu") verified interrogatory responses for OnlineNIC, Inc. ("OnlineNIC") and Domain ID Shield Co. Limited ("ID Shield"). Copies of Ms. Yu's verifications are attached to this Declaration as Exhibit 1.

3. Ms. Yu also participated in the mediation of this case on their behalf and was OnlineNIC and ID Shield's designated 30(b)(6) witness.

4. Ms. Yu and OnlineNIC's entire management team work out of offices of Xiamen 35.com Internet Technology, Ltd. ("35.CN") in China, and 35.CN pays them. (July 13, 2021, Deposition of the Person Most Qualified of OnlineNIC, Inc., Carrie Yu, Vol. I at 50:10–22; July 14, 2021, Deposition of the Person Most Qualified of OnlineNIC, Inc., Carrie Yu, Vol. II at 22:15–24, 26:24–25, 30:20–31:2, 45:22–25, 46:7–12.) Excerpts of Ms. Yu's deposition transcripts are attached to this Declaration as Exhibit 2.

5. On July 14, 2021, Ms. Yu failed to appear for the deposition of ID Shield. A copy of the Certificate re Nonappearance of Carrie Yu is attached to this Declaration as Exhibit 3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on October 22, 2021 in Encino, California.

      /s/ Howard A. Kroll