# EXHIBIT 1

## VERIFICATION

I, YU HONGXIA, am an officer of OnlineNIC, Inc. and am authorized to sign this verification. I believe, based on reasonable inquiry, that the foregoing Responses of OnlineNIC, Inc. to Instagram, LLC's' Interrogatories, Set 1 – are true and correct to the best of my knowledge, information and belief.

I verify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: May 6, 2021 at Xiamen, China

By: *Yu Hongxia*
    _____
    Yu Hongxia

## VERIFICATION

I, YU HONGXIA, am an officer of Domain ID Shield Services Co., Limited. and am authorized to sign this verification. I believe, based on reasonable inquiry, that the foregoing Responses of Domain ID Shield Services Co., Limited to Plaintiffs' Interrogatories, Set 1 – are true and correct to the best of my knowledge, information and belief.

I verify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  December 18, 2020 at Xiamen, China

By:  *Yu Hongxia*

Yu Hongxia