# EXHIBIT 2

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3
 4     FACEBOOK, INC. AND INSTAGRAM, )
       LLC,                          )
 5                                   )
                 PLAINTIFFS,         )
 6                                   )   CASE NO.
          V.                         )   5:19-CV-07071-SVK
 7                                   )
       ONLINENIC, INC.; DOMAIN ID    )
 8     SHIELD SERVICES CO., LIMITED; )
       AND DOES 1-20,                )
 9                                   )
                 DEFENDANTS.         )
10     _____)
11
12
13
              VIDEOTAPED DEPOSITION OF THE PERSON
14
                MOST QUALIFIED OF ONLINENIC, INC.,
15
                           CARRIE YU
16
                   TUESDAY, JULY 13, 2021
17
                     CHINA STANDARD TIME
18
19
                          VOLUME I
20
21
22
23
       JOB NO. CA 4690900
24     REPORTED BY  MARK McCLURE, CRR
       CAL CSR 12203
25     PAGES 1 - 83
```

Page 1

```
 1        Q.   What is the address of his office in Xiamen?
 2        A.   So, it was located in the same software park
 3   as we are in.
 4        Q.   Who is the "we" that you are referring to?
 5        A.   The office address of OnlineNIC in China.
 6        Q.   And it's -- the address of OnlineNIC is in the
 7   same software park as what other company?
 8        A.   I'm not sure what your question is because
 9   there are many companies within the software park.
10        Q.   What is the address of OnlineNIC's company in
11   China?
12        A.   No. 8, Guanri Road, Software Park Phase 2,
13   Xiamen, China.
14             INTERPRETER:  The phonetic spelling is -- of
15   the road is Guanri Road, G-u-a-n-r-i Road.
16   BY MR. KROLL:
17        Q.   Are there other companies located at 8 Guanri
18   Road, Software Park Phase 2, Xiamen, China?
19        A.   Yes.
20        Q.   Is one of those companies 35 Technology
21   Company Limited?
22        A.   Yes.
23        Q.   Are there other companies located at 8 Guanri
24   Road, Software Park Phase 2, Xiamen, China?
25        A.   Yes.
```

Page 50

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4     FACEBOOK, INC. AND INSTAGRAM, )
       LLC,                          )
 5                                   )
                 PLAINTIFFS,         )
 6                                   )    CASE NO.
          v.                         )    5:19-CV-07071-SVK
 7                                   )
       ONLINENIC, INC.; DOMAIN ID    )
 8     SHIELD SERVICES CO., LIMITED; )
       AND DOES 1-20,                )
 9                                   )
                 DEFENDANTS.         )
10     _____)
11
12
13            VIDEOTAPED DEPOSITION OF THE PERSON
14
15            MOST QUALIFIED OF ONLINENIC, INC.,
16                         CARRIE YU
                    WEDNESDAY, JULY 14, 2021
17                     CHINA STANDARD TIME
18
19                         VOLUME II
20
21
22
23
       JOB NO. CA 4690907
24     REPORTED BY: MARK McCLURE, CRR
                 CAL CSR 12203
25     PAGES 84 - 168


                                                  Page 1
```

| | | |
|---|---|---|
| 1 | A. Based on what I know, it would be difficult | 07:59 |
| 2 | for him. | 07:59 |
| 3 | Q. Who is the current contact person for 35.CN | 07:59 |
| 4 | with respect to ICANN? | 07:59 |
| 5 | A. I do not have such information with me right | 08:00 |
| 6 | now. If you want to know such information, I can look | 08:00 |
| 7 | into it with other relevant people at 35.CN to find it | 08:00 |
| 8 | out and provide it to you tomorrow. | 08:00 |
| 9 | Q. Ms. Yu, are you looking at a document right | 08:00 |
| 10 | now? | 08:00 |
| 11 | A. I'm taking a piece of paper to write down the | 08:00 |
| 12 | information you asked me to find out. | 08:00 |
| 13 | May I do that? | 08:00 |
| 14 | Q. Yes. | 08:00 |
| 15 | You were listed as a director of 35.CN in | 08:00 |
| 16 | 2013, but you became a director in 2017, is that | 08:01 |
| 17 | correct? | 08:01 |
| 18 | A. I offered my explanation on this yesterday. | 08:01 |
| 19 | From the internal working process in the | 08:02 |
| 20 | company, I was not appointed as the director until the | 08:02 |
| 21 | end of 2017 or early 2018, but at that time we needed to | 08:02 |
| 22 | sign documents for ICANN and we needed the relevant or | 08:02 |
| 23 | corresponding level for the person signing on the | 08:02 |
| 24 | documents. A manager would not be permitted to sign | 08:02 |
| 25 | ICANN documents. I explained this yesterday, and that's | 08:02 |

Page 22

| | | |
|---|---|---|
| 1 | charge of the financial matters of OnlineNIC. | 08:24 |
| 2 | Do you recall that? | 08:24 |
| 3 | A.   Yes. | 08:24 |
| 4 | Q.   Do you know Sily Chen's English name? | 08:24 |
| 5 | A.   This is her English name. | 08:24 |
| 6 | Q.   What is her Chinese name? | 08:25 |
| 7 | A.   Lili Chen. | 08:25 |
| 8 | INTERPRETER:   L-i-l-i C-h-e-n. | 08:25 |
| 9 | BY MR. KROLL: | 08:25 |
| 10 | Q.   And how old is Ms. Chen? | 08:25 |
| 11 | A.   In her 30s. | 08:25 |
| 12 | Q.   You also testified that even though she is in | 08:25 |
| 13 | charge of the financial matters of OnlineNIC, that she's | 08:26 |
| 14 | not the chief financial officer, is that correct? | 08:26 |
| 15 | A.   At least, she was not given such a title or a | 08:26 |
| 16 | position among the management team of OnlineNIC. | 08:26 |
| 17 | Q.   Who's the management team of OnlineNIC? | 08:26 |
| 18 | A.   I'm not sure what you're asking about for this | 08:26 |
| 19 | question. | 08:27 |
| 20 | Are you asking about the number of people on | 08:27 |
| 21 | the team or the names of the people on the team? | 08:27 |
| 22 | Q.   The names of the people on the management team | 08:27 |
| 23 | of OnlineNIC. | 08:27 |
| 24 | A.   First of all, the CEO is Zhipo Chen.  The vice | 08:27 |
| 25 | president is me.  The support manager is Jack.  The last | 08:27 |

```
 1   BY MR. KROLL:
 2       Q.   What is the Chinese name of Leon Huang?           08:40
 3       A.   Huang Zhenxin.                                    08:40
 4            INTERPRETER:  H-u-a-n-g, family name;
 5   Z-h-e-n-x-i-n, first name.
 6   BY MR. KROLL:
 7       Q.   What is the first name of the technical           08:41
 8   manager, whose last name is Wang?                          08:41
 9       A.   Huidong Wang.                                     08:41
10            INTERPRETER:  H-u-i-d-o-n-g, first name;
11   W-a-n-g, last name.
12   BY MR. KROLL:
13       Q.   Does he have an English name?                     08:41
14       A.   Which one are you asking about?                   08:41
15       Q.   Huidong Wang.                                     08:41
16       A.   His English name is Evan.                         08:41
17            INTERPRETER:  E-v-a-n.                            08:41
18   BY MR. KROLL:
19       Q.   Let's see if I have this right.                   08:42
20            The CEO, the vice president, the support         08:42
21   manager, the marketing manager, the sales manager and     08:42
22   the technical manager are the management team of          08:42
23   OnlineNIC, is that correct?                               08:42
24       A.   Yes.                                              08:42
25       Q.   Do all of the managers report to you, as the     08:42
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | vice president? | 08:42 |
| 2 | A.   Yes. | 08:42 |
| 3 | Q.   I believe you testified that the management | 08:43 |
| 4 | team does not refer to Sily Chen or give her the title | 08:43 |
| 5 | of chief financial officer, is that correct? | 08:43 |
| 6 | A.   That's right. | 08:43 |
| 7 | MR. KROLL:  I'd like to mark as Exhibit 9 the | 08:43 |
| 8 | 2017 statement of information to the Secretary of State. | 08:43 |
| 9 | (Exhibit 9 marked for identification.) | 08:44 |
| 10 | BY MR. KROLL: | 08:44 |
| 11 | Q.   Ms. Yu, do you see that document? | 08:44 |
| 12 | A.   Which one, Exhibit 9? | 08:44 |
| 13 | Q.   9. | 08:44 |
| 14 | A.   Yes. | 08:45 |
| 15 | Q.   This is a document filed with the Secretary of | 08:45 |
| 16 | State for the State of California, filed by OnlineNIC on | 08:45 |
| 17 | July 24, 2017.  It is titled "Statement of Information." | 08:45 |
| 18 | It lists three officers of OnlineNIC. | 08:45 |
| 19 | Do you see that? | 08:45 |
| 20 | A.   Yes. | 08:45 |
| 21 | Q.   It lists Rex Liu as an officer of OnlineNIC. | 08:45 |
| 22 | Do you see that? | 08:46 |
| 23 | A.   Yes. | 08:46 |
| 24 | Q.   Is that a correct statement to the Secretary | 08:46 |
| 25 | of State? | 08:46 |

| | | |
|---|---|---|
| 1 | that time, and, secondly, I was not the person in charge | 09:28 |
| 2 | of that.  So, regarding whether or not she had such | 09:28 |
| 3 | persons in 2009, I do not know and I am not sure about | 09:28 |
| 4 | it. | 09:28 |
| 5 |     Q.   Other than OnlineNIC and the tea company, are | 09:28 |
| 6 | there any other companies that Zhipo Chen runs? | 09:28 |
| 7 |     A.   Whether she does or does not, I don't feel | 09:28 |
| 8 | that would be the information she would tell me. | 09:28 |
| 9 |     Q.   How did she meet Mr. Shaohui Gong? | 09:29 |
| 10 |     A.   I do not have this information. | 09:29 |
| 11 |     Q.   Does she have a personal relationship with | 09:29 |
| 12 | Mr. Shaohui Gong? | 09:29 |
| 13 |     A.   What aspect are you asking about when you say | 09:29 |
| 14 | "a personal relationship"? | 09:29 |
| 15 |     Q.   Do they have a social relationship? | 09:29 |
| 16 |     A.   Based on what I know, they are friends. | 09:29 |
| 17 |     Q.   Were they friends before 2009? | 09:30 |
| 18 |     A.   Yes. | 09:30 |
| 19 |     Q.   Do they have an intimate relationship with | 09:30 |
| 20 | each other? | 09:30 |
| 21 |     A.   Based on what I know, no. | 09:30 |
| 22 | ==Q.   Going back to the management team for== | 09:30 |
| 23 | ==OnlineNIC, are all members of the management team== | 09:30 |
| 24 | ==employees of 35.CN?== | 09:30 |
| 25 | ==A.   Yes.== | 09:30 |

Page 45

| | | |
|---|---|---|
| 1 | MR. NARANCIC: Howard, whenever you feel | 09:31 |
| 2 | comfortable -- | 09:31 |
| 3 | MR. KROLL: I have one more question and then | 09:31 |
| 4 | we'll take a break. | 09:31 |
| 5 | MR. NARANCIC: No problem. | 09:31 |
| 6 | BY MR. KROLL: | |
| 7 | Q. And are all members of the management team | 09:31 |
| 8 | paid by 35.CN? | 09:31 |
| 9 | A. All the people are paid by 35.CN, for all | 09:31 |
| 10 | those people I just named, except for Zhipo Chen. | 09:31 |
| 11 | Q. Does she receive any salary? | 09:32 |
| 12 | A. Not to my knowledge. | 09:32 |
| 13 | Q. Does she receive any money from OnlineNIC for | 09:32 |
| 14 | acting as the CEO? | 09:32 |
| 15 | A. According to the financial information I have | 09:32 |
| 16 | come into contact with during the past few days for my | 09:32 |
| 17 | preparation for the deposition, the answer is no. | 09:32 |
| 18 | Q. And just to make sure, is Zhipo Chen an | 09:32 |
| 19 | employee of 35.CN? | 09:32 |
| 20 | MR. NARANCIC: Objection to form. | 09:33 |
| 21 | THE WITNESS: She is not. | 09:33 |
| 22 | BY MR. KROLL: | |
| 23 | Q. Has Zhipo Chen ever been an employee of 35.CN? | 09:33 |
| 24 | MR. NARANCIC: Same objection. | 09:33 |
| 25 | THE WITNESS: No. | 09:33 |

Page 46