1  TUCKER ELLIS LLP
David J. Steele SBN 209797
2  david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
3  howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
4  steven.lauridsen@tuckerellis.com
515 South Flower Street
5  Forty-Second Floor
Los Angeles, CA 90071
6  Telephone:       213.430.3400
Facsimile:       213.430.3409
7
DAVIS POLK & WARDWELL LLP
8  Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
9  Micah G. Block SBN 270712
micah.block@davispolk.com
10 Cristina M. Rincon (*Pro Hac Vice)*
Cristina.rincon@davispolk.com
11 1600 El Camino Real
Menlo Park, CA 94025
12 Telephone:     650.752.2000
Facsimile:     650.752.2111
13
Attorneys for Plaintiffs,
14 FACEBOOK, INC. and INSTAGRAM, LLC

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC, | Case No. 3:19-cv-07071-SI |
| Plaintiffs, | **DECLARATION OF HOWARD A. KROLL IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS** |
| v. | |
| ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; ; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., | |
| Defendants. | Hon. Susan Illston |

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

1    I, Howard A. Kroll, declare as follows:

2    1.    I am an attorney at Tucker Ellis LLP, counsel of record for Plaintiffs in this action. I make

3    this declaration based on my personal knowledge and, if called as a witness, would testify competently to

4    each of the following facts.

5    2.    Plaintiffs seek leave to file under seal the following portions of Plaintiffs' Opposition to

6    Defendant Xiamen 35.Com Technology Co., Ltd.'s Motion to Dismiss (ECF No. 174):

| Document | Text or Portion to be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| Memorandum of Points and Authorities in Opposition to 35.CN's Motion to Dismiss the Second Amended Complaint ("Opposition") | Portions of Page 5, Lines 16-19;[1] 5:21-23; 6:5-11; 6:14-28; 7:1-5; 7:7-13; 7:15-22; 7:25-26; 8:1-5; 8:9-15; 8:18-21; 8:25-27; 9: 7-8; 9:24; and 10:23-24. | Designated by Defendants OnlineNIC, Inc. and Domain ID Shield Service Co., Ltd. ("Defendants") |
| Opposition | Portions of Page and Lines 5:8-9; 5:25-26; and 13:4-7. | Designated by The Internet Corporation of Assigned Names and Numbers ("ICANN") |
| Declaration of Howard A. Kroll ("Kroll Declaration") | Portions of Page and Lines 3:11-16; 3:20-24; 3:26-27; 4:3-28; and 5:1-3. | Designated by Defendants |
| Kroll Declaration | Portions of Page and Lines 2:25-27; 3:2-3; and 5:23-28. | Designated by ICANN |
| Exhibit 2 to the Kroll Declaration | Portions of Page and Lines 72:22-25; 73:1-25; 74:1-25; 75:1-25; and 76:1-25. | Designated by ICANN |
| Exhibit 3 to the Kroll Declaration | Portions of Page and Lines 14:1-25; | Designated by Defendants |

[1] Citations to page and line numbers are in "xx:yy" format where "xx" is the page number and "yy" is the line number.

2

| | 15:1-3, 19:2-6; 19:15-25; 20:1-25; 22:1-25; 39:10-18; 40:22-25; 41:1-25; 42:1-25; 43:1-25; 44:1-8; 49:1-25; 55:1-25; 57:1-25; 58:1-25; 59:1-25; 60:1-25; 61:1-25; 62:1-25; 63:1-25; 64:1-25; and 65:1-25. | |
|---|---|---|
| Exhibit 6 to the Kroll Declaration | Entire Document | Designated by ICANN |
| Exhibit 7 to the Kroll Declaration | Entire Document | Designated by ICANN |
| Exhibit 8 to the Kroll Declaration | Entire Document | Designated by Defendants |
| Exhibit 9 to the Kroll Declaration | Entire Document | Designated by Defendants |
| Exhibit 10 to the Kroll Declaration | Entire Document | Designated by Defendants |
| Exhibit 11 to the Kroll Declaration | Entire Document | Designated by Defendants |
| Exhibit 12 to the Kroll Declaration | Entire Document | Designated by Defendants |
| Exhibit 13 to the Kroll Declaration | Entire Document | Designated by Defendants |
| Exhibit 17 to the Kroll Declaration | Entire Document | Designated by ICANN |

3. The information listed above has been designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Defendants or ICANN, as stated above. In the unredacted versions of these documents, material designated by Defendants is highlighted in red while material designated by ICANN is highlighted in purple. Defendants and ICANN have maintained that the designations are appropriate, and after having conducted my own independent review of the materials using my good faith judgment, I concur with the designation as this time.

4. Pursuant to Civil Local Rule 7-11(a), Plaintiffs' are filing the instant administrative motion rather than a stipulation given that, while Plaintiffs agree the materials are appropriately designated at this time, Defendants and ICANN still are allowed four days to submit declarations to the Court supporting their designations pursuant to Civil Local Rule 79-5(e)(1).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and

3

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

1    correct and that this declaration was executed on October 26, 2021.

2                                              /s/Howard A. Kroll
                                                 HOWARD A. KROLL
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

TUCKER ELLIS LLP
Chicago ◆ Cleveland ◆ Columbus ◆ Los Angeles ◆ San Francisco ◆ St. Louis