1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>                    Plaintiffs,<br><br>        v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; ; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>                    Defendants. | Case No. 3:19-cv-07071-SI<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS**<br><br>Hon. Susan Illston |

The Court, having read and considered Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Opposition to Motion to Dismiss, as well as the motion's supporting papers, **ORDERS** as follows:

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Memorandum of Points and Authorities in Opposition to 35.CN's Motion to Dismiss the Second Amended Complaint ("Opposition"):<br>Portions of Page 5, Lines 16-19;[1] 5:21-23; 6:5-11; 6:14-28; 7:1-5; 7:7-13; 7:15-22; 7:25-26; 8:1-5; 8:9-15; 8:18-21; 8:25-27; 9: 7-8; 9:24; and 10:23-24. | Forthcoming Declaration provided by Defendants OnlineNIC, Inc. and Domain ID Shield Service Co., Ltd. ("Defendants' Decl.") | |
| Portions of Page and Lines 5:8-9; 5:25-26; and 13:4-7. | Forthcoming Declaration provided by The Internet Corporation for Assigned Names and Numbers ("ICANN Decl.") | |
| Declaration of Howard A. Kroll ("Kroll Declaration"):<br>Portions of Page and Lines 3:11-16; 3:20-24; 3:26-27; 4:3-28; and 5:1-3. | Defendants' Declaration | |

---

[1] Citations to page and line numbers are in "xx:yy" format where "xx" is the page number and "yy" is the line number.

| | | |
|---|---|---|
| Kroll Declaration: Portions of Page and Lines 2:25-27; 3:2-3; and 5:23-28. | ICANN Declaration | |
| Exhibit 2 to the Kroll Declaration: Portions of Page and Lines 72:22-25; 73:1-25; 74:1-25; 75:1-25; and 76:1-25. | ICANN Declaration | |
| Exhibit 3 to the Kroll Declaration: Portions of Page and Lines 14:1-25; 15:1-3, 19:2-6; 19:15-25; 20:1-25; 22:1-25; 39:10-18; 40:22-25; 41:1-25; 42:1-25; 43:1-25; 44:1-8; 49:1-25; 55:1-25; 57:1-25; 58:1-25; 59:1-25; 60:1-25; 61:1-25; 62:1-25; 63:1-25; 64:1-25; and 65:1-25. | Defendants' Declaration | |
| Exhibit 6 to the Kroll Declaration: Entire Document | ICANN Declaration | |
| Exhibit 7 to the Kroll Declaration: Entire Document | ICANN Declaration | |
| Exhibit 8 to the Kroll Declaration: Entire Document | Defendants' Declaration | |
| Exhibit 9 to the Kroll Declaration: Entire Document | Defendants' Declaration | |
| Exhibit 10 to the Kroll Declaration: Entire Document | Defendants' Declaration | |

| | | |
|---|---|---|
| Exhibit 11 to the Kroll Declaration: Entire Document | Defendants' Declaration | |
| Exhibit 12 to the Kroll Declaration: Entire Document | Defendants' Declaration | |
| Exhibit 13 to the Kroll Declaration: Entire Document | Defendants' Declaration | |
| Exhibit 17 to the Kroll Declaration: Entire Document | ICANN Declaration | |

**IT IS SO ORDERED.**

DATED: _____          _____
                                                                                      Susan Illston
                                                                                      United States District Judge