TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:      213.430.3400
Facsimile:       213.430.3409

DAVIS POLK & WARDWELL LLP
Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
Micah G. Block SBN 270712
micah.block@davispolk.com
Cristina M. Rincon (*Pro Hac Vice*)
Cristina.rincon@davispolk.com
1600 El Camino Real
Menlo Park, CA 94025
Telephone:    650.752.2000
Facsimile:     650.752.2111

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., <br><br> Defendants. | Case No. 3:19-cv-07071-SI <br><br> **PROOF OF SERVICE OF DOCUMENTS FILED AND LODGED IN ASSOCIATION WITH PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Hon. Susan Illston |

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles. I am over the age of eighteen years and not a party to the within entitled action. My business address is 515 South Flower Street, Forty-Second Floor Los Angeles, CA 90071.

On October 26, 2021, I served the unredacted document(s) described as **MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO 35.CN'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT; DECLARATION OF HOWARD A. KROLL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO 35.CN'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT (WITH EXHIBITS); DECLARATION OF HOWARD A. KROLL IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS** on the interested party(ies) in this action as follows:

[*SEE ATTACHED SERVICE LIST*]

( )   **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Los Angeles, California, in a sealed envelope with postage fully prepaid.

(X)   **BY E-MAIL OR ELECTRONIC TRANSMISSION**: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

(X)   **FEDERAL**: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 26, 2021, at West Hollywood, California.

                                       /s/Steven E. Lauridsen
                                         Steven E. Lauridsen

**Service List**

Perry J. Narancic
pjn@lexanalytica.com
LEXANALYTICA, PC
2225 E. Bayshore Road, Suite 200
Palo Alto, CA 94303
Telephone: 650.655.2800

Attorneys for Defendants,
ONLINENIC, INC. AND DOMAIN ID SHIELD
SERVICES CO., LIMITED

KRONENBERGER ROSENFELD, LLP
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
liana@KRInternetLaw.com

Attorneys for Defendant
XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,

Eric P. Enson
Jones Day
epenson@jonesday.com

Attorneys for Non-party
THE INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS[1]

---

[1] Only the portions of the materials sought to be filed under seal that were designated by The Internet Corporation for Assigned Names and Numbers were served on it—namely, portions of the Memorandum of Points and Authorities in Opposition to 35.CN's Motion to Dismiss the Second Amended Complaint; portions of the Declaration of Howard A. Kroll; Exhibits 2, 6, 7, and 17 to Mr. Kroll's declaration; and Mr. Kroll's declaration filed in support of Plaintiffs' motion to seal.