UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>  Plaintiffs,<br><br> v.<br><br>ONLINENIC INC, et al.,<br><br>  Defendants. | Case No. 19-cv-07071-SI<br><br>**REFERRAL ORDER** |

The Motion for Sanctions Striking Defendants' Answer and for Default Judgment (Dkt. No. 176) is hereby REFERRED to Magistrate Judge Susan van Keulen.

**IT IS SO ORDERED**.

Dated: October 28, 2021

_____
SUSAN ILLSTON
United States District Judge