**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LTD.; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE ONLINENIC INC. AND DOMAIN ID SHIELD SERVICE CO. LIMITED'S NOTICE OF JOINDER IN DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT PURSUANT TO FRCP 12(B)(6) AND 12(B)(2) (ECF NO. 184)**<br><br>DATE: December 3, 2021<br>TIME: 10:00 a.m.<br>CTRM: 1 – 17th Floor<br><br>Hon. Susan Illston |

The Court, have read and considered Plaintiff's Motion to Strike OnlineNIC Inc. and Domain Id Shield Service Co. Limited's Notice of Joinder in Defendant Xiamen 35.COM Internet Technology Co., Ltd.'s Motion to Dismiss the Second Amended Complaint Pursuant to FRCP 12(b)(6) and 12(B)(2) (ECF No. 184), as well as all papers and arguments in support and opposition thereto, **ORDERS** that the motion is **GRANTED.**

It is therefore **ORDERED** that OnlineNIC Inc. and Domain Id Shield Service Co. Limited's Notice of Joinder in Defendant Xiamen 35.COM Internet Technology Co., Ltd.'s Motion to Dismiss the Second Amended Complaint Pursuant to FRCP 12(b)(6) and 12(B)(2) (ECF No. 184) is hereby stricken and will be given no further consideration.

**IT IS SO ORDERED.**

DATED: _____       _____

Susan Illston
United States District Judge