Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
3000 El Camino Real
Bldg. 4, Suite 200
Palo Alto, CA 94306
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE
CO., LIMITED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.<br><br>Defendants. | Case No. 19-CV-07071-SI<br><br>**DECLARATION OF CARRIE YU IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS [DKT. NO. 190]** |

I, Carrie Yu, declare as follows:

1. I am over the age of 18, and I am an officer for each of Defendants OnlineNIC, Inc. and Domain ID Shield Service Co., Limited. I am familiar with the documents produced in this case and how they are kept or regarded within the Defendants' corporations. I would and could competently testify as set forth below in a court of law.

2. Pursuant to Local Rule 79-5(e), I submit this declaration in support of Plaintiffs' Administrative Motion To File Under Seal Portions Of Plaintiffs' Opposition To Motion To Dismiss [Dkt. No. 190].

- 1 -

3. Plaintiffs agree that the information which is sought to be redacted was, and is, properly designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL by Defendants pursuant to the protective order in this case. See Dkt. No. 190-1. para. 3. Defendants concur with Plaintiffs' proposed redactions, and adopt same as set forth in the redacted documents lodged by Plaintffs with the Court.

4. I respectfully request that the Court approve Plaintiffs' proposed redactions for the reasons set forth below:

| Document | Designating Party | Redactions Sought | Rationale |
|---|---|---|---|
| Kroll Declaration and Memorandum (5:21-23, 6:5-11, 6:14-15, FN10 and FN15) | Defendants | Parts of paragraphs 10-12, 16, and 17. | These paragraphs contain information about confidential financial information, namely loans made and repaid. |
| Kroll Declaration | Defendants | Parts of paragraphs 13-15. | Each of these paragraphs contain confidential information found on tax returns. |
| Exhibit 3 to Kroll Decl. and Memorandum (7:7-13, 7:15-22, FN12 and 8:1-5) | Defendants | Portions of Page and Lines 14:1-25; 15:1-3, 19:2-6; 19:15-25; 20:1-25; 22:1-25; 39:10-18; 40:22-25; 41:1-25; 42:1-25; 43:1-25; 44:1-8; 49:1-25; 55:1-25; 57:1-25; 58:1-25; 59:1-25; 60:1-25; 61:1-25; 62:1-25; 63:1-25; 64:1-25; and 65:1-25. | Personal financial information, including loans, of a non-party, Mr. Liu. Internal financial information of company including sale price of company. Internal information of the company from its tax returns. Internal confidential information regarding employee compensation. |
| Exhibit 8 to Kroll Decl. and Memorandum (5:16-19, 6:15-7:5, FN9, and 7:7-10) | Defendants | Entire Document | Non-public financial information of Defendants' relating to costs of operation, loans, and repayments. Such information is competitively sensitive since it relates to costs of operation. In addition, Exhibit 5.1 and 5.2 contains a confidential list of lenders to Defendants, who are non-parties. |
| Exhibit 9 to Kroll Decl. | Defendants | Entire Document | Non-public bank statements, which show expenses and revenues for conducting the |

| | | | business, which is competitively sensitive as such information relates to the financial health of the company. |
|---|---|---|---|
| Exhibit 10 to Kroll Decl. | Defendants | Entire Document | Non-public bank statements, which show expenses and revenues for conducting the business, which is competitively sensitive as such information relates to the financial health of the company. |
| Exhibit 11 to Kroll Decl. and Memorandum (8:9-15, FN13, FN16, 9:8) | Defendants | Entire Document | Non-public and confidential information from OnlineNIC's tax returns. |
| Exhibit 12 to Kroll Decl. | Defendants | Entire Document | Non-public and confidential information from OnlineNIC's tax returns. |
| Exhibit 13 to Kroll Decl. | Defendants | Entire Document | Non-public and confidential information from OnlineNIC's tax returns. |

5.  While the rationale for sealing certain information is listed in the chart above, a more full description is provided below.

a.  <u>Exhibit 3 to Kroll Declaration</u> – This is a transcript of my deposition in this case. The sections that are redacted contain:

(1) Personal financial information, including information about loans, of Mr. Liu, who is not a party to this litigation. This information should be protected Mr. Liu's privacy rights.

(2) Internal financial information of OnlineNIC, including the sale price of OnlineNIC. OnlineNIC is private company and this information is not generally known to the public. Allowing this information to become public would put OnlineNIC at a competitive disadvantage in the future.

(3) Internal information of the company from its tax returns. The Ninth Circuit recognizes a public policy against unnecessary public disclosure of tax returns. *Premium Serv. Corp. v. Sperry & Hutchinson Co.*, 511 F.2d 225, 229 (9th Cir. 1975).

- 3-

(4) Internal confidential information regarding employee compensation. Defendants are not public companies and this information is not publicly known. Allowing this information to become public would put OnlineNIC at a competitive disadvantage in the future.

b. Exhibit 8 to Kroll Declaration – This exhibit is Defendants' Special Interrogatory Responses. These responses contain Defendants' non-public, financial information relating to costs of operation, loans, and repayments. Such information is competitively sensitive since it relates to costs of operation. In addition, Exhibit 5.1 and 5.2 to those responses contain a confidential list of lenders to Defendants, who are non-parties, and who Defendants considers confidential.

c. Exhibits 9-10 to Kroll Declaration – These exhibits are non-public bank statements, which show expenses and revenues for conducting the business, which is competitively sensitive as such information relates to the financial health of OnlineNIC.

d. Exhibits 11-13 to Kroll Declaration – These exhibits are non-public tax returns. They relate to Kroll Declaration, paragraphs 13-15 and as such, those reasons are incorporated here.

6. Compelling reasons and good cause exist to redact the portions stated above. I would note that Defendants have narrowed the amount of material that is redacted, when possible. Most of the information that we seek to seal is private financial information, such as information on loans, taxes, operational costs, or personal information of non-parties. The Ninth Circuit recognizes a public policy against unnecessary public disclosure of tax returns. *Premium Serv. Corp. v. Sperry & Hutchinson Co.*, 511 F.2d 225, 229 (9th Cir. 1975). None of this is public information and there is no benefit to the public to seeing this information.

[next page]

Facebook, Inc. v. OnlineNIC, Inc.                                        Case No. 19-cv-7071-SVK
Declaration of Carrie Yu ISO Plaintiff's Administrative Motion to Seal re Dkt. No. 190

1

2

3        I declare under penalty of perjury under the laws of the United States of America that the

4  foregoing is true and correct.

5  Executed November 1, 2021 at _Xiamen, China._____.

6

7

8  DATED:  November 1, 2021                                        By:

9                                                                                    /s/ Carrie Yu

10                                                                          _____

11                                                                                   Carrie Yu

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28