UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ONLINENIC INC, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-07071-SI   (SVK)<br><br>**ORDER REGARDING PLAINTIFFS' MOTION FOR SANCTIONS STRIKING DEFENDANTS' ANSWER AND FOR DEFAULT JUDGMENT; SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. Nos. 176, 183, 185, 188, 194 |

On October 1, 2021, Plaintiffs Facebook, Inc. and Instagram, LLC ("Plaintiffs") refiled its motion for sanctions striking Defendants' OnlineNIC Inc. and Domain ID Shield Service Co., Limited's ("OnlineNIC Defendants") Answer and for default judgment ("Motion") after this case was reassigned to the Honorable Susan Illston (Dkt. 173). Dkt. 176.

On October 15, 2021, Defendant Xiamen 35.com Internet Technology Co., Ltd. ("Defendant 35.CN") filed an opposition or request to stay and vacate the hearing on the Motion until after Judge Illston rules on its motion to dismiss (Dkt. 174), set for a hearing on December 3, 2021. Dkt. 183. Plaintiffs filed a response to Defendant 35.CN's opposition. Dkt. 188. On October 15, 2021, the OnlineNIC Defendants filed a motion to withdraw their original statement of non-opposition to the Motion. Dkt. 185. Plaintiffs oppose the motion to withdraw. Dkt. 194.

On October 28, 2021, Judge Illston referred the Motion to this Court. Dkt. 193.

In light of the referral of the Motion and the Parties' filings at Dkts. 183, 185, 188, and 194, the Court **ORDERS** as follows:

1. This Court will reset a hearing on the Motion for a date following Judge Illston's order on Defendant 35.CN's motion to dismiss.

2. OnlineNIC Defendants' request to file an opposition to the Motion is **GRANTED**. The

Court sets the following briefing schedule:

   a. OnlineNIC Defendants' opposition is due **November 23, 2021.**

   b. Plaintiffs' reply is due **December 10, 2021**.

**SO ORDERED.**

Dated: November 2, 2021

_Susan van Keulen_
SUSAN VAN KEULEN
United States Magistrate Judge