TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

DAVIS POLK & WARDWELL LLP
Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
Micah G. Block SBN 270712
micah.block@davispolk.com
Cristina M. Rincon (*Pro Hac Vice)*
cristina.rincon@davispolk.com
1600 El Camino Real
Menlo Park, CA 94025
Telephone:    650.752.2000
Facsimile:    650.752.2111

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.)
and INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>　　　　　Defendants. | Case No. 3:19-cv-07071-SI<br><br>**NOTICE OF NAME CHANGE**<br><br>Hon. Susan Illston |

**1**   Plaintiff Facebook, Inc. hereby gives notice of its recent name change to Meta Platforms, Inc. On
**2** October 28, 2021, Facebook, Inc. filed with the Secretary of State of the State of Delaware an Amended
**3** & Restated Certificate of Incorporation reflecting a change in the name of the corporation from
**4** Facebook, Inc. to Meta Platforms, Inc. On November 3, 2021, the Secretary of State of the State of
**5** Delaware issued a Certificate of Status reflecting that Meta Platforms, Inc. is duly incorporated and in
**6** good standing in the State of Delaware.

**7**   Plaintiffs' addresses remain unchanged.

**10** DATED: November 15, 2021                     Tucker Ellis LLP

**11**                                              By: /s/David J. Steele
**12**                                                  David J. Steele
                                                     Howard A. Kroll
**13**                                                  Steven E. Lauridsen

**14**                                              Davis Polk & Wardwell, LLP
                                                     Ashok Ramani
**15**                                                  Micah G. Block
                                                     Cristina M. Rincon
**16**
**17**                                              Attorneys for Plaintiffs,
                                                 META PLATFORMS, INC.
**18**                                              (fka FACEBOOK, INC.) and INSTAGRAM, LLC

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis