# EXHIBIT A

Hello,

This is Ben from OnlineNIC.

We try to contact your end for many times, is there anyone can response and discuss with me on this issue. So that we can help you further.

Best Regards,

**Ben Barnes**
**OnlineNIC Customer Support**
**E-mail：ben@onlinenic.com**
**Website: www.onlinenic.com**

---

**From:** whoisrequest
**Date:** 2018-08-14 21:46
**To:** abuse
**Subject:** Nonpublic registrant data for BUYINSTAGRAMFANS.COM [CASE: zHtrhxe2gT]

To OnlineNIC, Inc.

I write on behalf of Facebook [and its affiliated companies] to request a single domain registration record as identified below.[1] We have become aware that the below-identified domain name misuses one or more of the following trademarks held by Facebook [and/or its affiliated companies]:

| Trademark | US Trademark Reg. # | EU Trademark Reg. # |
|---|---|---|
| OCULUS RIFT | 48635851A | 012983854 EUTM |
| OCULUS | 48911571A | 012983854 |
| OCULUS VR | 44245431A | 012983854 EUTM |
| INSTAGRAM | 41460571A | 012111746 EUTM |
| INSTAGRAM | 41706751A | 012111746 EUTM |
| FB | 46597771A | 8981383 EUTM |
| FACEBOOK | 46437741A | 005722392 EUTM |

The fame and recognition of the above marks entitle Facebook to broad legal protection globally.

In order to investigate and prevent intellectual property infringement and contact infringing parties and relevant service providers, we request information regarding the following domain name:

- buyinstagramfans.com

We seek the following information consistent with the principles enumerated under Section 4 of the Temporary Specification for gTLD Registration Data adopted by ICANN on May 18, 2018:

1. Registrant name, address, phone, fax number, and email address
2. Technical contact name, address, phone, fax number, and email address
3. Administrative name, address, phone, fax number, and email address

To the extent that the requested information is believed to be subject to the European Union's General Data Protection Regulation (Commission Regulation (EU) 2016/679), we submit this request pursuant to Article 6(1)(f) of that Regulation. The information requested is necessary for the purposes of our legitimate interests, namely (1) identifying the registered holder of a domain name and their contact information to investigate and respond to potential trademark infringement and (2) enforcing legal claims.

We seek this information by Thu Aug 16 13:46:14 UTC 2018 in order to facilitate immediate legal action against the registrant. Please provide the requested information by responding to this email. NOTE: Please do not change the CASE in the subject line.

Facebook (transmitted by AppDetex Managed Services)

1. [Facebook [and its affiliated companies] reserves all of its legal rights in relation to this request and by making this request with respect to the domain name referenced above does not waive any and all rights it may have to request additional information regarding other domain names registered by the registrant or the contacts reflected in the WHOIS record.]

Hello,

Could you please sent the request e-mail via the e-mail which bulit base on the domain name facebook.com such as info@facebook.com so that we can help you further.

THX

**Ben Barnes**
**OnlineNIC Customer Support**
**E-mail：ben@onlinenic.com**
**Website: www.onlinenic.com**

**From:** facebook
**Date:** 2018-07-17 21:19
**To:** abuse
**Subject:** Nonpublic registrant data for MYFACEBOOKTOP10.COM [CASE: W5Gv6F6IGm]

To OnlineNIC, Inc.

I write on behalf of the Facebook family of companies to request domain registration records as described below. We have become aware that the below-listed domain names misuse one or more of the following trademarks:

| Trademark | US Trademark Reg. # | EU Trademark Reg. # Registry |
|---|---|---|
| Facebook | 4643774 | 005722392 EUTM |
| FB | 4659777 | 8981383 EUTM |
| Instagram | 4170675 & 4146057 | 012111746 EUTM |
| Oculus | 4424543, 4647400, 4891157 & 4863585 | 12983854 EUTM |
| Whatsapp | 4083272 & 3939463 | 009986514 EUTM |

The fame and recognition of these marks entitles Facebook to broad legal protection globally.

In order to investigate and prevent intellectual property infringement and contact infringing parties and relevant service providers, we request information regarding the following domain names:

- myfacebooktop10.com

We seek the following information consistent with the principles enumerated under Section 4 of the Temporary Specification for gTLD Registration Data adopted by ICANN on May 18, 2018:

1. Registrant name, address, phone, fax number, and email address
2. Technical contact name, address, phone, fax number, and email address
3. Administrative name, address, phone, fax number, and email address

> In addition to the full non-public WHOIS record from the domain names specified above, we also seek:
>
> 4. A list of any domain names registered by or through you that share any of the same WHOIS contacts 1), 2) and 3) with the domain names listed above.
> 5. All information in requests 1, 2, and 3 for all domains provided in response to request 4

To the extent that the requested information is believed to be subject to the European Union's General Data Protection Regulation (Commission Regulation (EU) 2016/679), we submit this request pursuant to Article 6(1)(f) of that Regulation. The information requested is necessary for the purposes of our legitimate interests, namely (1) identifying the registered holder of a domain name and their contact information to investigate and respond to potential trademark infringement and (2) enforcing legal claims.
We seek this information by Thu Jul 19 13:19:33 UTC 2018 in order to facilitate legal action against the registrant. Please provide the requested information by responding to this email. NOTE: Do not change the CASE in the subject line.
Facebook (transmitted by AppDetex Managed Services)

Hello Sir,

This is Ben from OnlineNIC.

We saw many e-mails from your end. But can you please response to us and offere the relevant document to prove that you write on behalf of Facebook.

Best Regards,

**Ben Barnes
OnlineNIC Customer Support
E-mail：ben@onlinenic.com
Website: www.onlinenic.com**

**From:** whoisrequest
**Date:** 2018-10-16 12:19
**To:** abuse
**Subject:** Nonpublic registrant data for SHOPINSTAGRAMFOLLOWERS.COM (2nd Notice) [CASE: Y4L7pB1mvj]

To OnlineNIC, Inc.

I write on behalf of Facebook [and its affiliated companies] to request a single domain registration record as identified below.[1] We have become aware that the below-identified domain name misuses one or more of the following trademarks held by Facebook [and/or its affiliated companies]:

| Trademark | US Trademark Reg. # | EU Trademark Reg. # |
|---|---|---|
| WHATSAPP | 40832721A | 009986514 EUTM |
| WHATSAPP | 39394631A | 0099865149 EUTM |
| OCULUS RIFT | 48635851A | 012983854 EUTM |
| OCULUS | 48911571A | 012983854 |
| OCULUS VR | 44245431A | 012983854 EUTM |
| INSTAGRAM | 41460571A | 012111746 EUTM |
| INSTAGRAM | 41706751A | 012111746 EUTM |
| FB | 46597771A | 8981383 EUTM |
| FACEBOOK | 46437741A | 005722392 EUTM |

The fame and recognition of the above marks entitle Facebook to broad legal protection globally.

In order to investigate and prevent intellectual property infringement and contact infringing parties and relevant service providers, we request information regarding the following domain name:

- shopinstagramfollowers.com

We seek the following information[1] consistent with the principles enumerated under Section 4 of the Temporary Specification for gTLD Registration Data adopted by ICANN on May 18, 2018:
1. Registrant name, address, phone, fax number, and email address
2. Technical contact name, address, phone, fax number, and email address
3. Administrative name, address, phone, fax number, and email address

To the extent that the requested information is believed to be subject to the European Union's General Data Protection Regulation (Commission Regulation (EU) 2016/679), we submit this request pursuant to Article 6(1)(f) of that Regulation. The information requested is necessary for the purposes of our legitimate interests, namely (1) identifying the registered holder of a domain name and their contact information to investigate and respond to potential trademark infringement and (2) enforcing legal claims.

We seek this information by Thu Oct 18 04:19:08 GMT 2018 in order to facilitate immediate legal action against the registrant. Please provide the requested information by responding to this email. NOTE: Please do not change the CASE in the subject line.

Facebook (transmitted by AppDetex Managed Services)

---

1. [Facebook [and its affiliated companies] reserves all of its legal rights in relation to this request and by making this request with respect to the domain name referenced above does not waive any and all rights it may have to request additional information regarding other domain names registered by the registrant or the contacts reflected in the WHOIS record.]

Hello,

Anyone can reply to us regards on this issue, we have sent many e-mails to your end. But no any reply from your end.

Best Regards,

**Ben Barnes**
**OnlineNIC Customer Support**
**E-mail：ben@onlinenic.com**
**Website: www.onlinenic.com**

**From:** whoisrequest
**Date:** 2018-09-06 23:52
**To:** abuse
**Subject:** Nonpublic registrant data for TROLLFACEBOOK.COM [CASE: dNtTi9YvvZ]

To OnlineNIC, Inc.

I write on behalf of Facebook [and its affiliated companies] to request a single domain registration record as identified below.[1] We have become aware that the below-identified domain name misuses one or more of the following trademarks held by Facebook [and/or its affiliated companies]:

| Trademark | US Trademark Reg. # | EU Trademark Reg. # |
|---|---|---|
| OCULUS RIFT | 48635851A | 012983854 EUTM |
| OCULUS | 48911571A | 012983854 |
| OCULUS VR | 44245431A | 012983854 EUTM |
| INSTAGRAM | 41460571A | 012111746 EUTM |
| INSTAGRAM | 41706751A | 012111746 EUTM |
| FB | 46597771A | 8981383 EUTM |
| FACEBOOK | 46437741A | 005722392 EUTM |

The fame and recognition of the above marks entitle Facebook to broad legal protection globally.

In order to investigate and prevent intellectual property infringement and contact infringing parties and relevant service providers, we request information regarding the following domain name:

- trollfacebook.com

We seek the following information consistent with the principles enumerated under Section 4 of the Temporary Specification for gTLD Registration Data adopted by ICANN on May 18, 2018:

1. Registrant name, address, phone, fax number, and email address
2. Technical contact name, address, phone, fax number, and email address
3. Administrative name, address, phone, fax number, and email address

To the extent that the requested information is believed to be subject to the European Union's General Data Protection Regulation (Commission Regulation (EU) 2016/679), we submit this request pursuant to Article 6(1)(f) of that Regulation. The information requested is necessary for the purposes of our legitimate interests, namely (1) identifying the registered holder of a domain name and their contact information to investigate and respond to potential trademark infringement and (2) enforcing legal claims.

We seek this information by Sat Sep 08 15:52:15 GMT 2018 in order to facilitate immediate legal action against the registrant. Please provide the requested information by responding to this email. NOTE: Please do not change the CASE in the subject line.

Facebook (transmitted by AppDetex Managed Services)

1. [Facebook [and its affiliated companies] reserves all of its legal rights in relation to this request and by making this request with respect to the domain name referenced above does not waive any and all rights it may have to request additional information regarding other domain names registered by the registrant or the contacts reflected in the WHOIS record.]

Dear Sir,

We used to contact your end and tried to discuss on this issue, but always no reply from your end.

Best Regards,

**Ben Barnes**
**OnlineNIC Customer Support**
**E-mail：ben@onlinenic.com**
**Website: www.onlinenic.com**

**From:** whoisrequest
**Date:** 2019-02-20 11:37
**To:** abuse
**Subject:** Nonpublic registrant data for WEB-LNSTARGRARN.COM [CASE: oZwBAVT8zg]

To OnlineNIC, Inc.

I write on behalf of Facebook [and its affiliated companies] to request a single domain registration record as identified below.[1] We have become aware that the below-identified domain name misuses one or more of the following trademarks held by Facebook [and/or its affiliated companies]:

| Trademark | US Trademark Reg. # | EU Trademark Reg. # |
|---|---|---|
| WHATSAPP | 40832721A | 009986514 EUTM |
| WHATSAPP | 39394631A | 0099865149 EUTM |
| OCULUS RIFT | 48635851A | 012983854 EUTM |
| OCULUS | 48911571A | 012983854 |
| OCULUS VR | 44245431A | 012983854 EUTM |
| INSTAGRAM | 41460571A | 012111746 EUTM |
| INSTAGRAM | 41706751A | 012111746 EUTM |
| FB | 46597771A | 8981383 EUTM |
| FACEBOOK | 46437741A | 005722392 EUTM |

The fame and recognition of the above marks entitle Facebook to broad legal protection globally.

In order to investigate and prevent intellectual property infringement and contact infringing parties and relevant service providers, we request information regarding the following domain name:

- web-lnstargrarn.com

We seek the following information[1] consistent with the principles enumerated under Section 4 of the Temporary Specification for gTLD Registration Data adopted by ICANN on May 18, 2018:
1. Registrant name, address, phone, fax number, and email address
2. Technical contact name, address, phone, fax number, and email address
3. Administrative name, address, phone, fax number, and email address

To the extent that the requested information is believed to be subject to the European Union's General Data Protection Regulation (Commission Regulation (EU) 2016/679), we submit this request pursuant to Article 6(1)(f) of that Regulation. The information requested is necessary for the purposes of our legitimate interests, namely (1) identifying the registered holder of a domain name and their contact information to investigate and respond to potential trademark infringement and (2) enforcing legal claims.

We seek this information by Fri Feb 22 03:37:55 GMT 2019 in order to facilitate immediate legal action against the registrant. Please provide the requested information by responding to this email. NOTE: Please do not change the CASE in the subject line.

Facebook (transmitted by AppDetex Managed Services)

1. [Facebook [and its affiliated companies] reserves all of its legal rights in relation to this request and by making this request with respect to the domain name referenced above does not waive any and all rights it may have to request additional information regarding other domain names registered by the registrant or the contacts reflected in the WHOIS record.]

We have repied many e-mail address to your end, but always no reply from your end.

**Ben Barnes**
**OnlineNIC Customer Support**
**E-mail：ben@onlinenic.com**
**Website: www.onlinenic.com**

**From:** whoisrequest
**Date:** 2019-01-07 23:39
**To:** abuse
**Subject:** Nonpublic registrant data for WWW-INSTAGRAM-LOGIN.COM [CASE: UIMDE0w9a8]

To OnlineNIC, Inc.
I write on behalf of Facebook [and its affiliated companies] to request a single domain registration record as identified below.[1] We have become aware that the below-identified domain name misuses one or more of the following trademarks held by Facebook [and/or its affiliated companies]:

| Trademark | US Trademark Reg. # | EU Trademark Reg. # |
|---|---|---|
| WHATSAPP | 40832721A | 009986514 EUTM |
| WHATSAPP | 39394631A | 0099865149 EUTM |
| OCULUS RIFT | 48635851A | 012983854 EUTM |
| OCULUS | 48911571A | 012983854 |
| OCULUS VR | 44245431A | 012983854 EUTM |
| INSTAGRAM | 41460571A | 012111746 EUTM |
| INSTAGRAM | 41706751A | 012111746 EUTM |
| FB | 46597771A | 8981383 EUTM |
| FACEBOOK | 46437741A | 005722392 EUTM |

The fame and recognition of the above marks entitle Facebook to broad legal protection globally.
In order to investigate and prevent intellectual property infringement and contact infringing parties and relevant service providers, we request information regarding the following domain name:

- www-instagram-login.com

We seek the following information[1] consistent with the principles enumerated under Section 4 of the Temporary Specification for gTLD Registration Data adopted by ICANN on May 18, 2018:
1. Registrant name, address, phone, fax number, and email address
2. Technical contact name, address, phone, fax number, and email address
3. Administrative name, address, phone, fax number, and email address

To the extent that the requested information is believed to be subject to the European Union's General Data Protection Regulation (Commission Regulation (EU) 2016/679), we submit this request pursuant to Article 6(1)(f) of that Regulation. The information requested is necessary for the purposes of our legitimate interests, namely (1) identifying the registered holder of a domain name and their contact information to investigate and respond to potential trademark infringement and (2) enforcing legal claims.

We seek this information by Wed Jan 09 15:39:32 GMT 2019 in order to facilitate immediate legal action against the registrant. Please provide the requested information by responding to this email. NOTE: Please do not change the CASE in the subject line.

Facebook (transmitted by AppDetex Managed Services)

1. [Facebook [and its affiliated companies] reserves all of its legal rights in relation to this request and by making this request with respect to the domain name referenced above does not waive any and all rights it may have to request additional information regarding other domain names registered by the registrant or the contacts reflected in the WHOIS record.]