# EXHIBIT B

| Domain name | Reseller account |
| --- | --- |
| buyinstagramfans.com | 415724 |
| face2bouk.com | 612745 |
| facebook-alkalmazasok.net | 574218 |
| facebook-chat-emoticons.com | 283712 |
| facebook-fans-buy.com | 551607 |
| facebook-login-signup.com | 551607 |
| facebook-mails.com | 563809 |
| facebook-pass.com | 550388 |
| facebookphysician.com | 551607 |
| facebook-pw.com | 550388 |
| facebookvideodownload.net | 551607 |
| facebux2.com | 612745 |
| facekhook.com | 504628 |
| facessbook.com | 612745 |
| faecb00k-page.com | 550388 |
| faecbook-page.com | 550388 |
| findfacebookid.com | 563809 |
| hackfacebook-now.com | 251421 |
| hackingfacebook.net | 563809 |
| hacksomeonesfacebook.com | 563809 |
| iiinstagram.com | 437223 |
| instaface.org | 511846 |
| instagram01.com | 437223 |
| instakram.com | 612745 |
| Iamsocialfacebook.net | 575192 |
| learntohackfacebook.com | 563809 |
| login-lnstargram.com | 550388 |
| m-facebook-login.com | 550388 |
| ofacebooklogin.com | 551607 |
| singin-lnstargram.com | 550388 |
| trollfacebook.com | 572271 |
| watch-facebook.com | 437223 |
| www-facebook-login.com | 572271 |
| www-facebook-pages.com | 550388 |
| www-instagram.net | 375592 |

| Domain name | Domain registrant name | Domain registrant organization | Domain registrant email | Reseller account | Reseller name | Reseller organization | Reseller email |
|---|---|---|---|---|---|---|---|
| buyinstagramfans.com | Thu Nguyen | THU | tenmiendaduocdangky@gmail.com | 415724 | Thu Nguyen Anh | NAT | vinadns@gmail.com |
| face2bouk.com | zhang yan sheng | GNAME. COM PTE. LTD. | onlineprivacy@aol.com | 612745 | yansheng zhang | Guto pte.ltd | onlineprivacy@aol.com |
| facebook-alkalmazasok.net | Laszlo Krisztian | HQ-Media-Szolgaltato-Kft | hqmedia.hu@gmail.com | 574218 | Karpati Zoltan | Tarhely.Eu Kft. | iroda@tarhely.eu |
| facebook-chat-emoticons.com | Monir Mahmud Chowdhury | Host Bangladesh | hostbd@gmail.com | 283712 | Tareque Mohmud Chowdhury | Host Bangladesh | hostbd@gmail.com |
| facebook-fans-buy.com | Takashi Yamaguchi | bkt | yamaguchi.takashi8@gmail.com | 551607 | Takashi Yamaguchi | bkt | yamaguchi.takashi8@gmail.com |
| facebook-login-signup.com | Takashi Yamaguchi | bkt | yamaguchi.takashi8@gmail.com | 551607 | Takashi Yamaguchi | bkt | yamaguchi.takashi8@gmail.com |
| facebook-mails.com | Jenry Haris | Jenry Haris | jenryhas@gmail.com | 563809 | Jenry Haris | | jenryhas@gmail.com |
| facebook-pass.com | Itsuki nimikoo | | clippoo18.xxx@gmail.com | 550388 | Tanannop Juntima | COOP NIX Co.,Ltd | iczcorporaz@gmail.com |
| facebookphysician.com | Takashi Yamaguchi | bkt | yamaguchi.takashi8@gmail.com | 551607 | Takashi Yamaguchi | bkt | yamaguchi.takashi8@gmail.com |
| facebook-pw.com | Itsuki nimikoo | | clippoo18.xxx@gmail.com | 550388 | Tanannop Juntima | COOP NIX Co.,Ltd | iczcorporaz@gmail.com |
| facebookvideodownload.net | Takashi Yamaguchi | bkt | yamaguchi.takashi8@gmail.com | 551607 | Takashi Yamaguchi | bkt | yamaguchi.takashi8@gmail.com |
| facebux2.com | zhang yan sheng | GNAME. COM PTE. LTD. | onlineprivacy@aol.com | 612745 | yansheng zhang | Guto pte.ltd | onlineprivacy@aol.com |
| facekhook.com | Mohamed Elgoud | ELN | mr.elgoud@gmail.com | 504628 | Mohamed Elgoud | ELN | mr.elgoud@gmail.com |
| facessbook.com | zhang yan sheng | GNAME. COM PTE. LTD. | onlineprivacy@aol.com | 612745 | yansheng zhang | Guto pte.ltd | onlineprivacy@aol.com |
| faecb00k-page.com | Itsuki nimikoo | | clippoo18.xxx@gmail.com | 550388 | Tanannop Juntima | COOP NIX Co.,Ltd | iczcorporaz@gmail.com |
| faecbook-page.com | Itsuki nimikoo | | clippoo18.xxx@gmail.com | 550388 | Tanannop Juntima | COOP NIX Co.,Ltd | iczcorporaz@gmail.com |
| findfacebookid.com | Jenry Haris | Jenry Haris | jenryhas@gmail.com | 563809 | Jenry Haris | | jenryhas@gmail.com |
| hackfacebook-now.com | Laura Yun | Offshore Hosting Solutions Ltd. | domains@offshore-hosting-service.com | 251421 | Vindo International Ltd. | | anonymous.client@vindohosting.com |
| hackingfacebook.net | Whois Agent | John Rogers | xKVRYEH.hfndY@gmail.com | 563809 | Jenry Haris | | jenryhas@gmail.com |
| hacksomeonesfacebook.com | Jenry Haris | Jenry Haris | jenryhas@gmail.com | 563809 | Jenry Haris | | jenryhas@gmail.com |
| iiinstagram.com | Zvedenyuk Evgenij Vadimovich | Zvedenyuk Evgenij Vadimovich | zvedenyuk.eugene@gmail.com | 437223 | Eugene Magdesiev | Avguro Technologies ltd. (Jino.ru) | info@jino.ru |
| instaface.org | Ivan V Kandzyuba | none | newvolna01@yandex.ru | 511846 | Anton Prikhodko | SPRINTHOST.RU LLC | admin@sprinthost.ru |
| instagram01.com | Rekling Evgeny Aleksandrovich | Rekling Evgeny Aleksandrovich | evgeny.rekling@gmail.com | 437223 | Eugene Magdesiev | Avguro Technologies ltd. (Jino.ru) | info@jino.ru |
| instakram.com | zhang yan sheng | GNAME. COM PTE. LTD. | onlineprivacy@aol.com | 612745 | yansheng zhang | Guto pte.ltd | onlineprivacy@aol.com |
| lamsocialfacebook.net | Ong Tran Ha Tuan Anh | Ong Tran Ha Tuan Anh | tuananh1080@gmail.com | 575192 | iNET Corporation | Tran Kien | domain@inet.vn |
| learntohackfacebook.com | David Wilke | David Wilke | jenryhas@gmail.com | 563809 | Jenry Haris | | jenryhas@gmail.com |
| login-Instargram.com | Itsuki nimikoo | | clippoo18.xxx@gmail.com | 550388 | Tanannop Juntima | COOP NIX Co.,Ltd | iczcorporaz@gmail.com |
| m-facebook-login.com | Itsuki nimikoo | | clippoo18.xxx@gmail.com | 550388 | Tanannop Juntima | COOP NIX Co.,Ltd | iczcorporaz@gmail.com |
| ofacebooklogin.com | Takashi Yamaguchi | bkt | yamaguchi.takashi8@gmail.com | 551607 | Takashi Yamaguchi | bkt | yamaguchi.takashi8@gmail.com |
| singin-Instargram.com | Itsuki nimikoo | | clippoo18.xxx@gmail.com | 550388 | Tanannop Juntima | COOP NIX Co.,Ltd | iczcorporaz@gmail.com |
| trollfacebook.com | Lockspin UK Ltd | Lockspin UK Ltd | domain@lockspin.com | 572271 | Krisztian Lukacs | Lockspin UK | onlinenic@lockspin.com |
| watch-facebook.com | Bakkura Dzhikhad Akhmed | Bakkura Dzhikhad Akhmed | ivanovyuriy@gmail.com | 437223 | Eugene Magdesiev | Avguro Technologies ltd. (Jino.ru) | info@jino.ru |
| www-facebook-login.com | Itsuki nimikoo | | clippoo18.xxx@gmail.com | 572271 | Krisztian Lukacs | Lockspin UK | onlinenic@lockspin.com |
| www-facebook-pages.com | Itsuki nimikoo | | clippoo18.xxx@gmail.com | 550388 | Tanannop Juntima | COOP NIX Co.,Ltd | iczcorporaz@gmail.com |
| www-instagram.net | mehdi | mohammadi | info@gbukter.com | 375592 | Reza Irchatan | irchatan webhosting services | info@irchatan.net |

| Domain name | Registrant name | Registrant Organization | Registrant country | Registrant state | Registrant city | Registrant address | zip code | Registrant tel | Registrant fax | Registrant email |
|---|---|---|---|---|---|---|---|---|---|---|
| buyinstagramfans.com | Thu Nguyen | THU | VN | Not Available | Hai Phong City | Vinh Bao Dist., | 35000 | 84.1212325 | 84.1212325 | tenmiendaduocdangky@gmail.com |
| face2bouk.com | zhang yan sheng | GNAME. COM PTE. LTD. | SG | bayeliba | Bian centre | 01C 6 F Bian center 73 | 999002 | 65.3158139 | 65.3158139 | onlineprivacy@aol.com |
| facebook-alkalmazasok.net | Laszlo Krisztian | HQ-Media-Szolgaltato-Kft | HU | Pest | BudapestBudapest | Pava-utca-37. | 1094 | 36.7042044 | 36.7042044 | hqmedia.hu@gmail.com |
| facebook-chat-emoticons.com | Monir Mahmud Chowdhury | Host Bangladesh | BD | Dhaka | Dhaka | 162 Shahid Syed Nazrul Islam Sarani | 1000 | 88.2957051 | 88.2957022 | hostbd@gmail.com |
| facebook-fans-buy.com | Takashi Yamaguchi | bkt | JP | Tokyo-to | Meguro-ku | 3-13-1 Minami | 152-0013 | 81.3682433 | 81.3682433 | yamaguchi.takashi8@gmail.com |
| facebook-login-signup.com | Takashi Yamaguchi | bkt | JP | Tokyo-to | Meguro-ku | 3-13-1 Minami | 152-0013 | 81.3682433 | 81.3682433 | yamaguchi.takashi8@gmail.com |
| facebook-mails.com | Jenry Haris | Jenry Haris | US | AZ | Tempe | 4902 East Avenue | 85282 | 1.48027739 | 1.48027739 | jenryhas@gmail.com |
| facebook-pass.com | Itsuki nimikoo | N/A | JP | singugu | singugu | singugu | 49302 | 81.8133503 | 81.8133503 | clippoo18.xxx@gmail.com |
| facebookphysician.com | Takashi Yamaguchi | bkt | JP | Tokyo-to | Meguro-ku | 3-13-1 Minami | 152-0013 | 81.3682433 | 81.3682433 | yamaguchi.takashi8@gmail.com |
| facebook-pw.com | Itsuki nimikoo | N/A | JP | singugu | singugu | 1-30-1 Kabuki-cho, Shinjuku-ku | 49302 | 81.8133503 | 81.8133503 | clippoo18.xxx@gmail.com |
| facebookvideodownload.net | Takashi Yamaguchi | bkt | JP | Tokyo-to | Meguro-ku | 3-13-1 Minami | 152-0013 | 81.3682433 | 81.3682433 | yamaguchi.takashi8@gmail.com |
| facebux2.com | zhang yan sheng | GNAME. COM PTE. LTD. | SG | bayeliba | Bian centre | 01C 6 F Bian center 73 | 999002 | 65.3158139 | 65.3158139 | onlineprivacy@aol.com |
| facekhook.com | Mohamed Elgoud | ELN | MA | Casablanca | Casa | Casablanca Anfa 20000 | 20000 | 212.661867 | 212.522221 | mr.elgoud@gmail.com |
| facessbook.com | zhang yan sheng | GNAME. COM PTE. LTD. | SG | bayeliba | Bian centre | 01C 6 F Bian center 73 | 999002 | 65.3158139 | 65.3158139 | onlineprivacy@aol.com |
| faecb00k-page.com | Itsuki nimikoo | N/A | JP | singugu | singugu | 1-30-1 Kabuki-cho, Shinjuku-ku | 49302 | 81.3350333 | 81.3350333 | clippoo18.xxx@gmail.com |
| faecbook-page.com | Itsuki nimikoo | N/A | JP | singugu | singugu | 1-30-1 Kabuki-cho, Shinjuku-ku | 49302 | 81.3350333 | 81.3350333 | clippoo18.xxx@gmail.com |
| findfacebookid.com | Jenry Haris | Jenry Haris | US | AZ | Tempe | 4902 East Avenue | 85282 | 1.48027739 | 1.48027739 | jenryhas@gmail.com |
| hackfacebook-now.com | Laura Yun | Offshore Hosting Solutions Ltd. | SC | Mahe | Victoria | Oliaji TradeCenter 1st floor | 3341 | 248.203283 | 248.203283 | domains@offshore-hosting-service.com |
| hackingfacebook.net | Whois Agent | John Rogers | US | CA | Los Angeles | 392 Sumner Street | 90017 | 1.31065597 | 1.31065597 | xKVRYEH.hfndY@gmail.com |
| hacksomeonesfacebook.com | Jenry Haris | Jenry Haris | US | AZ | Tempe | 4902 East Avenue | 85282 | 1.48027739 | 1.48027739 | jenryhas@gmail.com |
| iiinstagram.com | Zvedenyuk Evgenij Vadimovich | Zvedenyuk Evgenij Vadimovich | RU | Moskva | Moskva | Ul. Marshala Saviczkogo, dom 4, korpus 1 | 117148 | 7.92616447 | 7.92616447 | zvedenyuk.eugene@gmail.com |
| instaface.org | Ivan V Kandzyuba | none | CN | CN | Hongkong | FLAT/RM B 8/F CHONG MING BUILDING 72 CHEUNG SHA WAN RD | 999077 | 1.85223193 | 1.85223193 | newvolna01@yandex.ru |
| instagram01.com | Rekling Evgeny Aleksandrovich | Rekling Evgeny Aleksandrovich | RU | Saint-Petersburg | Saint-Petersburg | Dunayskiy prospect 14 k1 | 192168 | 7.9312516 | 7.9312516 | evgeny.rekling@gmail.com |
| instakram.com | zhang yan sheng | GNAME. COM PTE. LTD. | SG | bayeliba | Bian centre | 01C 6 F Bian center 73 | 999002 | 65.3158139 | 65.3158139 | onlineprivacy@aol.com |
| Iamsocialfacebook.net | Ong Tran Ha Tuan Anh | Ong Tran Ha Tuan Anh | VN | HCM | TP HCM | 494/17 Cach Mang Thang 8, Phuong 11, Quan 3 | 10000 | 84.9353003 | 84.9353003 | tuananh1080@gmail.com |
| learntohackfacebook.com | David Wilke | David Wilke | US | MD | Columbia | 4089 Flanigan Oaks Drive | 21044 | 1.30130762 | 1.30130762 | jenryhas@gmail.com |
| login-Instargram.com | Itsuki nimikoo | N/A | JP | singugu | singugu | 1-30-1 Kabuki-cho, Shinjuku-ku | 49302 | 81.3350333 | 81.3350333 | clippoo18.xxx@gmail.com |
| m-facebook-login.com | Itsuki nimikoo | N/A | JP | singugu | singugu | singugu | 49302 | 81.8133503 | 81.8133503 | clippoo18.xxx@gmail.com |
| ofacebooklogin.com | Takashi Yamaguchi | bkt | JP | Tokyo-to | Meguro-ku | 3-13-1 Minami | 152-0013 | 81.3682433 | 81.3682433 | yamaguchi.takashi8@gmail.com |
| singin-Instargram.com | Itsuki nimikoo | N/A | JP | singugu | singugu | 1-30-1 Kabuki-cho, Shinjuku-ku | 49302 | 81.3350333 | 81.3350333 | clippoo18.xxx@gmail.com |
| trollfacebook.com | Lockspin UK Ltd | Lockspin UK Ltd | GB | Merseyside | Wallasey | 202 Wallasey road | CH44 2AG | 44.7500964 | 44.7500964 | domain@lockspin.com |
| watch-facebook.com | Bakkura Dzhikhad Akhmed | Bakkura Dzhikhad Akhmed | RU | Moskva | Moskva | Ul. Novyj Arbat, d.36, stroenie 3 | 101000 | 7.92577001 | 7.92577001 | ivanovyuriy@gmail.com |
| www-facebook-login.com | Itsuki nimikoo | N/A | JP | singugu | singugu | singugu | 49302 | 81.8133503 | 81.8133503 | clippoo18.xxx@gmail.com |
| www-facebook-pages.com | Itsuki nimikoo | N/A | JP | singugu | singugu | 1-30-1 Kabuki-cho, Shinjuku-ku | 49302 | 81.3350333 | 81.3350333 | clippoo18.xxx@gmail.com |
| www-instagram.net | mehdi | mohammadi | IQ | baghdad | baghdad | baghdad55455 | 3254555 | 97.6585556 | 97.6585556 | info@gbukter.com |