# EXHIBIT D

| Domain name | Account log ip the date when registration was processed | IP location Country | ISP | |
|---|---|---|---|---|
| buyinstagramfans.com | 14.172.34.152 | Viet Nam | Vietnam Posts and Telecommunications Group | |
| facebook-fans-buy.com | 210.129.197.53 | Japan | IDC Frontier Inc. | |
| facebookphysician.com | 210.129.197.53 | Japan | IDC Frontier Inc. | |
| facebookvideodownload.net | 210.129.197.53 | Japan | IDC Frontier Inc. | |
| instagram01.com | 217.107.34.40 | Russian Federation | Avguro Technologies Ltd. Hosting Service Provider | |
| facebook-mails.com | 86.195.209.136 | France | Orange S.A. | |
| facebook-pass.com | 103.13.28.253 | Thailand | ReadyIDC Cloud Computing Service | |
| facebook-pw.com | 210.129.50.43 | Japan | IDC Frontier Inc. | |
| findfacebookid.com | 8.187.32.104 | China | Aliyun Computing Co.LTD | |
| hackingfacebook.net | | | | domain transfer-in back to 2013, we did not log it. |
| hacksomeonesfacebook.com | 173.255.143.187 | Singapore | Hosting Services Inc. | |
| iiinstagram.com | 217.107.219.11 | Russian Federation | Avguro Technologies Ltd. Hosting Service Provider | |
| instaface.org | 141.8.197.34 | Russian Federation | Sprinthost.ru LLC | |
| lamsocialfacebook.net | 125.212.192.44 | Viet Nam | Viettel Group | |
| login-lnstargram.com | 103.13.28.253 | Thailand | ReadyIDC Cloud Computing Service | |
| m-facebook-login.com | 103.13.28.253 | Thailand | ReadyIDC Cloud Computing Service | |
| singin-lnstargram.com | 103.13.28.253 | Thailand | ReadyIDC Cloud Computing Service | |
| trollfacebook.com | 81.183.182.157 | Hungary | Magyar Telekom | |
| www-facebook-login.com | 103.13.28.253 | Thailand | ReadyIDC Cloud Computing Service | |
| www-facebook-pages.com | 103.13.28.253 | Thailand | ReadyIDC Cloud Computing Service | |

Ip tracking tools: https://www.iplocation.net/
IP location Country and ISP data were obtained via https://www.iplocation.net/ online tools.