# EXHIBIT E

| REU-685161 | abcshoemarket.com redemption | |
|---|---|---|
| info@jino.ru | Is it possible to redeem    abcshoemarket.com? | 2014-04-07 11:11:35 |
| info@jino.ru | Redeem the domain | 2014-04-08 09:46:14 |
| luke@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be informed the domain has dropped in to redemption period on 03 -25 -2014 , since it was renewed in time .<br><br>Redemption cost $120 , renewal cost $8.59 , so total cost $128.59 for restore fee.<br><br>Before 04 -23 -2014 , if you confirm the restore , please make you account sufficient and kindly let us know as soon as pos<br><br>Thanks for your understanding and cooperation.<br><br>Should you have any other questions, please feel free to contact us.<br><br>**********Special Offering:**********<br><br>1 . SSL starts at $18/year only!<br>2. only $5.39 for .eu domain registration<br><br><br>Regards,<br>Luke<br>OnlineNIC Customer Support<br><br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php<br><br>==================================================<br>info@jino.ru Posted on: 07 Apr 2014 07:11 PM<br>==================================================<br>Is it possible to redeem    abcshoemarket.com? | 2014-04-07 12:40:34 |
| luke@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be informed the domain has been redeemed back and renewed for one year with $128.59 deducted , please review the dom<br><br>Thanks for your understanding and cooperation.<br><br>Should you have any other questions, please feel free to contact us.<br><br>**********Special Offering:**********<br><br>1 . SSL starts at $18/year only!<br>2. only $5.39 for .eu domain registration<br><br><br>Regards,<br>Luke<br>OnlineNIC Customer Support<br><br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | 2014-04-08 12:46:11 |
| CJZ-999760 | bash-art.org Domain DNS Locked, modification denied | |
| info@jino.ru | Hello.<br>When I try to change DNS of bash-art.org there is an error Domain DNS Locked, modification denied . Please make possible to<br>ns29.imhoster.net | 2012-12-27 12:00:23 |
| 1043037696@qq.com | Dear Partner,<br><br>Thanks for contacting OnlineNic!<br><br>We have helped change the DNS for the domain bash-art.org. Please check.<br><br>Should you have any problem, please feel free to contact us.<br><br>***Special Offering***<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Regards,<br><br>Tony<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php | 2012-12-27 12:06:27 |

Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111
SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php

| HWF-266912 | 4-wd.club transfer | |
|---|---|---|
| info@jino.ru | Please resend transfer email to Registrant Email: info@maxwellhouse.myjino.ru | 2016-06-22 11:04:18 |
| info@jino.ru | Domain was transfered, but information about the domain in your interface is empty<br>but whois is not empty<br><br>$ whois 4-wd.club -h whois.nic.club<br>Domain Name: 4-WD.CLUB<br>Domain ID: D1888802-CLUB<br>WHOIS Server: whois.nic.club<br>Referral URL: http://www.onlinenic.com<br>Updated Date: 2016-06-23T07:26:54Z<br>Creation Date: 2015-07-17T12:03:46Z<br>Registry Expiry Date: 2017-07-16T23:59:59Z<br>Sponsoring Registrar: OnlineNIC, Inc. d/b/a China-channel.com<br>Sponsoring Registrar IANA ID: 82<br>Domain Status: ok https://icann.org/epp#ok<br>Registrant ID: C1888798-CLUB<br>Registrant Name: Maxim Domozhakov<br>Registrant Street: Leninskogo Komsomola 31-22<br>Registrant City: Abakan<br>Registrant State/Province: Khakassia<br>Registrant Postal Code: 655017<br>Registrant Country: RU<br>Registrant Phone: +7.9833701518<br>Registrant Fax: +1.4806242598<br>Registrant Email: info@maxwellhouse.myjino.ru | 2016-06-23 07:35:21 |
| ben@onlinenic.com | Dear Partner,<br><br>This is Ben from OnlineNIC!<br><br>We are sorry for the delay, please kindly be informed that the whois information of domain name has been filled in as your<br><br>Your understanding and cooperation will be highly appreciated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Comodo SSL starts at $6.99/year only!<br>2. Reseller Hosting packages: Join us now! Details: http://onlinenic.com/reseller-hosting/<br>3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://www.onlinenic.com/website_builder/<br><br>Regards,<br>Ben<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | 2016-06-27 10:14:15 |
| denis@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be informed that the domain registrar transfer confirmation mail has been resent to info@maxwellhouse.myjino.ru. Ple<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Comodo SSL starts at $6.99/year only!<br>2. Reseller Hosting packages: Join us now! Details: http://onlinenic.com/reseller-hosting/<br>3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://www.onlinenic.com/website_builder/<br><br>Regards,<br>Denis<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | 2016-06-22 11:30:42 |
| denis@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be kindly informed that we have forwarded this issue to the related staff. Once there is any news, we'll keep you up<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Comodo SSL starts at $6.99/year only!<br>2. Reseller Hosting packages: Join us now! Details: http://onlinenic.com/reseller-hosting/<br>3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://www.onlinenic.com/website_builder/<br><br>Regards,<br>Denis | 2016-06-23 08:15:11 |

| | OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | |

| GQF-306391 | arhip.net | |
| info@jino.ru | Hello.<br>Malware content removed from  arhip.net , please unhold it . | 2015-11-10<br>09:08:17 |
| 1043037696@qq.com | Dear Partner,<br><br>Thanks for contacting OnlineNic!<br><br>Please be informed that we have unsuspended the domain arhip.net. Kindly take care of the domain in your reseller account.<br><br>Thanks for your understanding and cooperation.<br><br>Should you have any problem, please feel free to contact us.<br><br>***Special Offering***<br>1. Comodo SSL starts at $6.99/year only!<br>2. Reseller Hosting packages: Join us now!  Details: http://onlinenic.com/reseller-hosting/<br>3. Mailchat is more than an Email APP, Get it on OnlineNIC now: http://www.onlinenic.com/mailchat/<br><br>Regards,<br><br>Tony<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php<br><br>info@jino.ru Posted on: 10 Nov 2015 01:08 AM<br>===============================================================<br>Hello.<br>Malware content removed from  arhip.net , please unhold it . | 2015-11-10<br>12:34:19 |

| OEQ-250513 | avtoshcola.com cancel transfer | |
| info@jino.ru | Please cancel transfer of  avtoshcola.com if it is possible. | 2020-03-12<br>11:16:24 |
| info@jino.ru | You have cancelled the transfer of the domain but still it has been transfered to another registar.<br>How to return this domain? | 2020-03-19<br>08:46:35 |
| info@jino.ru | According to our customer access to email megapolis.tmb@gmail.com was stolen and from this email an intruder requested doma<br><br>Please check: if domain auth code was changed after 12 march  , also who was domain registrant before transfer? | 2020-03-19<br>11:42:18 |
| info@jino.ru | As Domain registrant email was compromised , domain was transfered and registrant was changed without actual registrant per | 2020-03-20<br>13:25:24 |
| tony@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>The transfer has been cancelled.<br><br>Should you have any problem, please feel free to contact us.<br><br>***Special Offering***<br><br>1. High Performance, Secure and Elastic OnlineNIC Public Cloud!<br>Get 3-Month Free Trail here: https://www.onlinenic.com/cp_english/cloud/cloud_server.php<br><br>2. Rapid SSL as low as $9/yr, Positive SSL as low as $3.5/yr, Positive Wildcard as low as $32.5/yr!<br>More SSL promo: https://onlinenic.com/en/News/newsinfo/2739.html<br><br>3. Reseller Hosting Saving up to 33%, buy 2 year give 1 year!<br>https://www.onlinenic.com/en/Host/index/58.html<br><br>4. API Now Supports Whois Verification<br>Download Link: https://onlinenic.com/cp_english/template_api/download.php?f=Onlinenic_API_v4.0_Reseller_Guide.pdf<br><br>Regards,<br><br>Tony<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2020-03-12<br>13:27:15 |
| tony@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC! | 2020-03-19<br>10:29:32 |

| | | |
|---|---|---|
| | The transfer was started again on 03/16/2020. The domain registrant requested to transfer the domain.<br><br>Should you have any problem, please feel free to contact us.<br><br>***Special Offering***<br><br>1. High Performance, Secure and Elastic OnlineNIC Public Cloud!<br>⎙Get 3-Month Free Trail here: https://www.onlinenic.com/cp_english/cloud/cloud_server.php<br><br>2. Rapid SSL as low as $9/yr, Positive SSL as low as $3.5/yr, Positive Wildcard as low as $32.5/yr!<br>More SSL promo: https://onlinenic.com/en/News/newsinfo/2739.html<br><br>3. Reseller Hosting Saving up to 33%, buy 2 year give 1 year!<br>https://www.onlinenic.com/en/Host/index/58.html<br><br>4. API Now Supports Whois Verification<br>Download Link: https://www.onlinenic.com/cp_english/template_api/download.php?f=Onlinenic_API_v4.0_Reseller_Guide.pdf<br><br>Regards,<br><br>Tony<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | |
| jack@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>The domain registrant full name was "Sergey Ledenev ", the registrant mail was "megapolis.tmb@gmail.com "<br><br>The domain has been transferred out because the registrant approved the transfer via conifrmation mail sent to "megapolis.t<br><br>About "if domain auth code was changed after 12 march" we have forwarded to relevant staff to check the log will update you<br><br>Should you have any other questions, please feel free to contact us.<br><br>***Special Offering***<br>1. High Performance, Secure and Elastic OnlineNIC Public Cloud!⎙Get 3-Month Free Trail here: https://www.⎙13c.com/cp<br>2. Rapid SSL as low as $9/yr, Positive SSL as low as $3.5/yr, Positive Wildcard as low as $32.5/yr! More SSL promo: https:/<br>3. Reseller Hosting Saving up to 33%, buy 2 year give 1 year! https://www.onlinenic.com/en/Host/index/58.html<br>4. API Now Supports Whois Verification, Download Link:https://onlinenic.com/cp_english/template_api/download.php?f=Onlineni<br><br>Regards,<br><br>Jack<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2020-03-19<br>13:35:03 |
| jack@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>As checked, the new registrar is PDR Ltd. d/b/a PublicDomainRegistry.com, you are advised to contact new registar for the p<br><br>The auth-code was updated on Thu Mar 12 07:21:33 2020 according to our log.<br><br>Should you have any other questions, please feel free to contact us.<br><br>***Special Offering***<br>1. High Performance, Secure and Elastic OnlineNIC Public Cloud!⎙Get 3-Month Free Trail here: https://www.⎙13c.com/cp<br>2. Rapid SSL as low as $9/yr, Positive SSL as low as $3.5/yr, Positive Wildcard as low as $32.5/yr! More SSL promo: https:/<br>3. Reseller Hosting Saving up to 33%, buy 2 year give 1 year! https://www.onlinenic.com/en/Host/index/58.html<br>4. API Now Supports Whois Verification, Download Link:https://onlinenic.com/cp_english/template_api/download.php?f=Onlineni<br><br>Regards,<br><br>Jack<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2020-03-21<br>06:07:28 |
| WXX-193300 | casebozaredux.net hold | |
| info@jino.ru | According to whois verification casebozaredux.net is Active, but domain status is Hold.<br>Please tell how to activate domain. | 2018-09-25<br>12:35:48 |
| henry@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>With respect to [Spamhaus] Illegal botnet domain - please HOLD (GIK-610856)<br><br>OnlineNIC values the safety and security of legitimate Internet users and will cooperate fully in taking whatever action is | 2018-09-25<br>12:57:34 |

Now we've suspended the domain name casebozaredux.net as requested. Its status is clientHold.

Your understanding and cooperation will be greatly appreciated.

Should you have any other questions, please feel free to contact us.

****Special Offering****
1. Comodo SSL starts at $7.9/year only!
2. Reseller Hosting packages: Join us now! Details: http://onlinenic.com/reseller-hosting/
3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/website_builder/
4. OnlineNIC Domain Module is ready for WHMCS 7! Simply replace onlinenic.php under://whmcs/modules/registrars/onlinenic

Regards,
Henry
OnlineNIC Customer Support
Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php
SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php

| VEW-845867 | chudo-udo.com domain has been stolen | |
|---|---|---|
| info@jino.ru | Our client's email was hacked.<br>After this a hacker was able to request auth code of  chudo-udo.com and initiated transfer to another registar.<br>After transfer information of owner of  chudo-udo.com was changed.<br>Initial owner of domain in translation to latin: Omelchenko Taisija Vladimirovna<br>In attachment: documents, presented for us for restoration.<br>Please help up to return domain to us. | 2018-02-12<br>11:28:13 |
| info@jino.ru | Document in attach.<br>Also, new registar asked to contact with him by address grigoriev@reg.ru | 2018-02-14<br>11:45:03 |
| 1043037696@qq.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Sorry, we didn't receive the documents. Please resend us the documents. Kindly note that the file size can not exceed 2M.<br><br>Your understanding and cooperation will be greatly appreciated.<br><br>Should you have any problem, please feel free to contact us.<br><br>***Special Offering***<br>1. Comodo SSL starts at $7.9/year only!<br>2. Reseller Hosting packages: Join us now! Details: http://onlinenic.com/reseller-hosting/<br>3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/website_builder/<br>4. OnlineNIC Domain Module is ready for WHMCS 7 !<br><br>Regards,<br><br>Tony<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php<br><br>info@jino.ru Posted on: 12 Feb 2018 07:28 PM<br>=================================================================<br>Our client's email was hacked.<br>After this a hacker was able to request auth code of  chudo-udo.com and initiated transfer to another registar.<br>After transfer information of owner of  chudo-udo.com was changed.<br>Initial owner of domain in translation to latin: Omelchenko Taisija Vladimirovna<br>In attachment: documents, presented for us for restoration.<br>Please help up to return domain to us. | 2018-02-12<br>12:36:48 |
| 1043037696@qq.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be informed that we have forwarded the issue to the relevant staff. Once there is any news, we will keep you informe<br><br>Your understanding and cooperation will be greatly appreciated.<br><br>Should you have any problem, please feel free to contact us.<br><br>***Special Offering***<br>1. Comodo SSL starts at $7.9/year only!<br>2. Reseller Hosting packages: Join us now! Details: http://onlinenic.com/reseller-hosting/<br>3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/website_builder/<br>4. OnlineNIC Domain Module is ready for WHMCS 7 !<br><br>Regards,<br><br>Tony<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php<br><br>info@jino.ru Posted on: 14 Feb 2018 07:45 PM<br>=================================================================<br>Document in attach. | 2018-02-14<br>13:27:04 |

Also, new registar asked to contact with him by address grigoriev@reg.ru

| UCW-642024 | derebas.com clientUpdateProhibited | |
|---|---|---|
| info@jino.ru | Please remove clientUpdateProhibited from derebas.com | 2015-03-26 15:05:43 |
| ben@onlinenic.com | Dear Partner,<br><br>This is Ben from OnlineNIC!<br><br>Please kindly be informed that the status of clientupdateprohibited has been removed.<br><br>If you have any this kind of status on your domain name, please kindly contact us so that we can help you at first time.<br><br>Your understanding will be highly appreciated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. .CLUB is available @ $10!<br>2. SSL starts at $18/year only!<br><br><br>Regards,<br>Ben<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php<br><br>===============================================<br>info@jino.ru Posted on: 26 Mar 2015 07:05 AM<br>===============================================<br>Please remove clientUpdateProhibited from derebas.com | 2015-03-26 15:28:38 |

| HDF-420092 | f-cosmetik.com | |
|---|---|---|
| info@jino.ru | Please finish f-cosmetik.com registration | 2016-03-15 07:49:54 |
| info@jino.ru | Same with huichang-trading.com, please finish registration. | 2016-03-17 10:43:37 |
| john@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be noted that this domain f-cosmetik.com has been added into your account and the registration fee $8.59 was deducte<br><br>Your understanding and cooperation will be highly appreciated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Comodo SSL starts at $6.99/year only!<br>2. Reseller Hosting packages: Join us now! Details: http://onlinenic.com/reseller-hosting/<br>3. More than E-mail, Mailchat is a Messenger, Completely Free at http://www.onlinenic.com/mailchat/<br><br>Regards,<br>John<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php<br><br>===============================================<br>info@jino.ru Posted on: 14 Mar 2016 11:49 PM<br>===============================================<br>Please finish f-cosmetik.com registration | 2016-03-15 08:20:01 |
| john@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be noted that this domain huichang-trading.com has been added into your account and the registration fee $8.59 was d<br><br>Your understanding and cooperation will be highly appreciated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Comodo SSL starts at $6.99/year only!<br>2. Reseller Hosting packages: Join us now! Details: http://onlinenic.com/reseller-hosting/<br>3. More than E-mail, Mailchat is a Messenger, Completely Free at http://www.onlinenic.com/mailchat/ | 2016-03-17 11:07:57 |

Regards,
John
OnlineNIC Customer Support
Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php
SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php

==========================================
info@jino.ru Posted on: 17 Mar 2016 02:43 AM
==========================================
Same with huichang-trading.com, please finish registration.

| XPF-321930 | flower-stands-stand-for-flower-splants-florotron.com | |
| --- | --- | --- |
| info@jino.ru | Is it possible to remove domain  flower-stands-stand-for-flower-splants-florotron.com as there was a mistake in name? | 2016-12-26 10:12:57 |
| info@jino.ru | Yes, delete domain | 2016-12-26 10:53:58 |
| john@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be noted that we can help you to delete this domain before 27-Dec-2016, and you can also get refund of the registra<br><br>Your understanding and cooperation will be highly appreciated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Comodo SSL starts at $7.9/year only!<br>2. Reseller Hosting packages: Join us now!  Details: http://onlinenic.com/reseller-hosting/<br>3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/website-builder/<br><br>Regards,<br>John<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php<br><br>==========================================<br>info@jino.ru Posted on: 26 Dec 2016 02:12 AM<br>==========================================<br>Is it possible to remove domain flower-stands-stand-for-flower-splants-florotron.com as there was a mistake in name? | 2016-12-26 10:17:09 |
| john@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be noted that this domain flower-stands-stand-for-flower-splants-florotron.com has been deleted per request and regi<br><br>Your understanding and cooperation will be highly appreciated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Comodo SSL starts at $7.9/year only!<br>2. Reseller Hosting packages: Join us now!  Details: http://onlinenic.com/reseller-hosting/<br>3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/website-builder/<br><br>Regards,<br>John<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php<br><br>==========================================<br>info@jino.ru Posted on: 26 Dec 2016 02:53 AM<br>==========================================<br>Yes, delete domain | 2016-12-26 10:54:30 |
| SXC-858732 | gmmovies.tv - Unable to change password | |
| info@jino.ru | I am unable to change password and email of  gmmovies.tv , when I open Update Domain Contact Info  I see only Technical Con<br>Please help . | 2012-10-12 07:48:16 |
| info@jino.ru | New email mosia8@mail.ru | 2012-10-13 08:35:05 |
| jacky@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>For .TV domain names, you may contact us for the Whois modification including the password change.<br><br>It seems that the domain gmmovies.tv didn't have password, we have set it as Aa68793%.<br><br>The domain current email address is digital-devil@mail.ru, can you provide the new email address? We will help change it he | 2012-10-12 08:28:51 |

Should you have any other questions, please feel free to contact us.

Special Offering:
1. SSL starts at $18/year only!
2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!

Regards,

Jacky Tsin
OnlineNIC Customer Support
Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php
To help us serve you better: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111

| | | |
|---|---|---|
| 1043037696@qq.com | Dear Partner,<br><br>Thanks for contacting OnlineNic!<br><br>The domain current email address of gmmovies.tv has been updated to be mosia8@mail.ru. Please check.<br><br>Should you have any problem, please feel free to contact us.<br><br>***Special Offering***<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Regards,<br><br>Tony<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 2012-10-14<br>00:20:25 |
| QOH-741195 | goodgoose.org serverTransferProhibited | |
| info@jino.ru | Is it possible to remove serverTransferProhibited status from goodgoose.org ? | 2019-12-17<br>11:54:36 |
| 1043037696@qq.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>The status serverTransferProhibited is set as the domain was registered on 2019-11-08, which is within 60 days of registrat<br><br>Should you have any problem, please feel free to contact us.<br><br>High Performance, Secure and Elastic OnlineNIC Public Cloud! Get 3-Month Free Trail here: https://www.onlinenic.com/cp_eng<br>API Now Supports Whois Verification, Download Link:<br>https://onlinenic.com/cp_english/template_api/download.php?f=Onlinenic_API_v4.0_Reseller_Guide.pdf<br><br>***Special Offering***<br>1. Rapid SSL as low as $9/yr, Positive SSL as low as $3.5/yr, Positive Wildcard as low as $32.5/yr! More SSL pr https:/<br>2. Reseller Hosting Saving up to 33%, buy 2 year give 1 year! https://www.onlinenic.com/en/Host/index/58.html<br>3. Website Builder as low as $5/month! Refer to: https://www.onlinenic.com/en/Website/<br>4. Robust WHMCS Modules, find out more: https://www.onlinenic.com/en/Module/index/17.html<br><br>Regards,<br><br>Tony<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2019-12-17<br>12:03:50 |
| EVM-519746 | grigoriadi.com transfer | |
| info@jino.ru | Please check how transfer emails are sent to mosenerg@icloud.com.<br>Customer says that he does not receive emails. | 2015-02-05<br>11:12:21 |
| ben@onlinenic.com | Dear Partner,<br><br>This is Ben from OnlineNIC!<br><br>Please kindly be informed the transfer confirmation mail has been resent to mosenerg@icloud.com.<br><br>Your understanding will be highly appreciated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. .CLUB is available @ $10!<br>2. SSL starts at $18/year only!<br><br><br>Regards,<br>Ben<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php | 2015-02-05<br>13:51:02 |

| | | |
|---|---|---|
| | SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php<br><br>=========================================================<br>info@jino.ru Posted on: 05 Feb 2015 03:12 AM<br>=========================================================<br>Please check how transfer emails are sent to mosenerg@icloud.com<br>Customer says that he does not receive emails. | |
| ben@onlinenic.com | Dear Partner,<br><br>This is Ben from OnlineNIC!<br><br>Please kindly be informed the transfer confirmation mail has been resent to mosenerg@icloud.com.<br><br>Your understanding will be highly appreciated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. .CLUB is available @ $10!<br>2. SSL starts at $18/year only!<br><br><br>Regards,<br>Ben<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php<br><br>=========================================================<br>info@jino.ru Posted on: 05 Feb 2015 03:12 AM<br>=========================================================<br>Please check how transfer emails are sent to mosenerg@icloud.com<br>Customer says that he does not receive emails. | 2015-02-05<br>13:52:19 |
| DDS-336354 | hitechobzor.com registrant information | |
| info@jino.ru | Hello.<br> hitechobzor.com domain name contains wrong information about the registrant : it contains our information but it should co<br>Could you please check if it was a mistake with this domain and correct information about this domain name ? | 2012-09-15<br>08:36:30 |
| steven@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please note that you could modify domain Whois information through your OnlineNIC control panel. You are here: Manage Domai<br><br>If you fail to update domain whois information through OnlineNIC control panel, please provide us with full information for<br><br>Should you have any question, please feel free to contact us.<br><br>***Special Offering***:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Sincerely,<br><br>Steven<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 2012-09-15<br>18:35:37 |
| XJO-922943 | iiinstagram.com domain not on our account | |
| info@jino.ru | Please tell why domain  iiinstagram.com was moved from our account. | 2020-01-14<br>13:23:26 |
| 1043037696@qq.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be informed that we have forwarded the issue to the relevant staff. Once there is any news, we will keep you informe<br><br>Should you have any problem, please feel free to contact us.<br><br>***Special Offering***<br><br>1. High Performance, Secure and Elastic OnlineNIC Public Cloud!<br>Get 3-Month Free Trail here: https://www.onlinenic.com/cp_english/cloud/cloud_server.php<br><br>2. Rapid SSL as low as $9/yr, Positive SSL as low as $3.5/yr, Positive Wildcard as low as $32.5/yr!<br>More SSL promo: https://onlinenic.com/en/News/newsinfo/2739.html<br><br>3. Reseller Hosting Saving up to 33%, buy 2 year give 1 year!<br>https://www.onlinenic.com/en/Host/index/58.html | 2020-01-14<br>23:54:52 |

| | 4. API Now Supports Whois Verification<br>Download Link: https://onlinenic.com/cp_english/template_api/download.php?f=Onlinenic_API_v4.0_Reseller_Guide.pdf<br><br>Regards,<br><br>Tony<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | |
|---|---|---|
| jack@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>There is a legal affair with domain name iiinstagram.com, we have changed it to registrar lock according to court orders.<br><br>Should you have any other questions, please feel free to contact us.<br><br>***Special Offering***<br>1. High Performance, Secure and Elastic OnlineNIC Public Cloud! Get 3-Month Free Trail here: https://www.onlinenic.com/cp<br>2. Rapid SSL as low as $9/yr, Positive SSL as low as $3.5/yr, Positive Wildcard as low as $32.5/yr! More SSL promo: https:/<br>3. Reseller Hosting Saving up to 33%, buy 2 year give 1 year! Join us: https://www.onlinenic.com/en/Host/index/58.html<br>4. API Now Supports Whois Verification, Download Link:https://onlinenic.com/cp_english/template_api/download.php?f=Onlinenic<br><br>Regards,<br><br>Jack<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2019-10-0<br>08:35:19 |
| MCS-991623 | ingeneryi.info change email | |
| info@jino.ru | Changed registrant on ingeneryi.info but left email from old registrant.<br>Please change email: sayido1990@mail.ru | 2019-09-27<br>14:29:12 |
| info@jino.ru | Do not enable 60 day transfer lock . | 2019-10-01<br>09:47:13 |
| info@jino.ru | disabled ID shield for ingeneryi.info | 2019-10-07<br>09:57:02 |
| info@jino.ru | ID shield was disabled | 2019-10-08<br>09:23:54 |
| 1043037696@qq.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>The domain ingeneryi.info is set with ID shield service. Please disable ID shield first. Then we will help you change domai<br>---<br>OnlineNIC now provides high speed, stable, safety and elastic computing services! Get your 3-Month Free ECS before out of<br><br>Should you have any problem, please feel free to contact us.<br><br>***Special Offering***<br>1. Rapid SSL as low as $8/yr , Geotrust True BusinessID with EV as low as $145/yr! More SSL promo: https://onlinenic.com/en<br>2. Reseller Hosting Packages! Join us: https://www.onlinenic.com/en/Host/index/58.html<br>3. Website Builder as low as $5/month! Refer to: https://onlinenic.com/en/Website/<br>4. Robust Modules for WHMCS, find out more: https://www.onlinenic.com/en/Module/index/17.html<br><br>Regards,<br><br>Tony<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2019-10-01<br>12:29:26 |
| jack@onlinenic.com | Dear Partner,<br><br>This is Jack from OnlineNIC!<br><br>Please also confirm with us whether to enable 60-day transfer lock or not after mail updated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>***Special Offering***<br>1. Rapid SSL as low as $8/yr , Geotrust True BusinessID with EV as low as $145/yr! More SSL promo: https://onlinenic.com/en<br>2. Reseller Hosting Packages! Join us: https://www.onlinenic.com/en/Host/index/58.html<br>3. Website Builder as low as $5/month! Refer to: https://onlinenic.com/en/Website/<br>4. Robust Modules for WHMCS, find out more: https://www.onlinenic.com/en/Module/index/17.html<br><br>Regards, | 2019-09-27<br>14:46:45 |

| | | |
|---|---|---|
| | Jack<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | |
| Jensen@onlinenic.com | Dear Partner,<br><br>This is Jensen from OnlineNIC!<br><br>Please disable ID shield via your account panel: Value-Added Service>>ID Shield.<br><br>Your understanding and cooperation will be highly appreciated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Rapid SSL as low as $6/yr , Geotrust True BusinessID with EV as low as $145/yr<br>2. Reseller Hosting packages: Join us now!  Details: http://onlinenic.com/reseller-hosting/<br>3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/website-builder/<br>4. Robust Modules for WHMCS, find out more: https://www.onlinenic.com/en/Module/index/17.html<br><br><br><br>Regards,<br>Jensen<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2019-10-08<br>05:19:39 |
| Jensen@onlinenic.com | Dear Partner,<br><br>This is Jensen from OnlineNIC!<br><br>Domain registrant email address updated.<br><br>Your understanding and cooperation will be highly appreciated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Rapid SSL as low as $6/yr , Geotrust True BusinessID with EV as low as $145/yr<br>2. Reseller Hosting packages: Join us now!  Details: http://onlinenic.com/reseller-hosting/<br>3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/website-builder/<br>4. Robust Modules for WHMCS, find out more: https://www.onlinenic.com/en/Module/index/17.html<br><br><br><br>Regards,<br>Jensen<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2019-10-08<br>03:36:37 |
| BHN-540393 | kurashov.pro id shield | |
| info@jino.ru | Is it possible to activate id shield for  kurashov.pro domain ? | 2019-11-14<br>11:13:47 |
| info@jino.ru | I get error "insert idshield fail(586) " | 2019-11-14<br>12:51:06 |
| henry@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>We have already follow issue to the relevant technical department. We will inform you as soon as possible, please be patien<br><br>Should you have any other questions, please feel free to contact us.<br><br>***Special Offering***<br>1. Rapid SSL as low as $8/yr , Geotrust True BusinessID with EV as low as $145/yr! More SSL promo: https://onlinenic.com/en<br>2. Reseller Hosting Packages! Join us: https://www.onlinenic.com/en/Host/index/58.html<br>3. Website Builder as low as $5/month! Refer to: https://onlinenic.com/en/Website/<br>4. Robust Modules for WHMCS, find out more: https://www.onlinenic.com/en/Module/index/17.html<br>5. OnlineNIC now provides high speed, stable, safety and elastic computing services! Get your 3-Month Free ECS before out<br><br>Regards,<br>Henry<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2019-11-14<br>17:22:25 |

| | | |
|---|---|---|
| jack@onlinenic.com | Dear Partner,<br><br>This is Jack from OnlineNIC!<br><br>Yes, you can apply ID shield for that domain in  Manage Domain  >> List My Domains  >> Domain ID Shield<br><br>Should you have any other questions, please feel free to contact us.<br><br>***Special Offering***<br>1. OnlineNIC now provides high speed, stable, safety and elastic computing services! Get your 3-Month Free<br>2. Rapid SSL as low as $16/yr , Geotrust True BusinessID with EV as low as $145/yr! More SSL promo: https://onlinenic.com/e<br><br>Regards,<br><br>Jack<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2019-11-14<br>Check it out o... |
| **HTN-881495** | langepas.tv email | |
| info@jino.ru | Hello.<br>Please change  langepas.tv emails to info@langepas.tv | 2013-09-03<br>09:58:22 |
| tiana@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>We have forwarded to our relevant department for further check. Once it is done, we will keep you informed.<br><br>Your patience would be highly appreciated!<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - 50G @ Only $10.96 /Mo!<br><br>Regards,<br>Tiana<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php<br><br>===========================================================<br>info@jino.ru Posted on: 03 Sep 2013 01:58 AM<br>===========================================================<br>Hello.<br>Please change  langepas.tv emails to info@langepas.tv | 2013-09-03<br>11:44:30 |
| **IRB-907066** | liftgarant.com clientUpdateProhibited | |
| info@jino.ru | Please remove clientUpdateProhibited from  liftgarant.com | 2017-12-23<br>10:06:20 |
| 1043037696@qq.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be informed that the status clientUpdateProhibited has been removed as requested. Kindly check it at your end.<br><br>Your understanding and cooperation will be greatly appreciated.<br><br>Should you have any problem, please feel free to contact us.<br><br>***Special Offering***<br>1. Comodo SSL starts at $7.9/year only!<br>2. Reseller Hosting packages: Join us now! Details: http://onlinenic.com/reseller-hosting/<br>3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/website-builder/<br>4. OnlineNIC Domain Module is ready for WHMCS 7 !<br><br>Regards,<br><br>Tony<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php<br><br>info@jino.ru Posted on: 23 Dec 2017 06:06 PM<br>===========================================================<br>Please remove clientUpdateProhibited from  liftgarant.com | 2017-12-24<br>00:54:18 |

| DCJ-791785 | loom-studio.net clientUpdateProhibited | |
|---|---|---|
| info@jino.ru | Hello.<br>Please remove clientUpdateProhibited status on  loom-studio.net domain . | 2013-07-18<br>09:28:34 |
| info@jino.ru | I can not see that the domain is being transfered on this page https://www.onlinenic.com/cp_english/trans_domain/trans_stat | 2013-07-18<br>13:01:14 |
| johnny@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>We rechecked it and are sure that loom-studio.net is in pending transfer status. It will be transferred out in 2-3 days.<br><br>Should you have any problem, please do not hesitate to contact us!<br><br>***Special Offering***<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Sincerely,<br><br>Johnny<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://www.onlinenic.com/english/livechat/live_index1.php | 2013-07-18<br>16:38:32 |
| tiana@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Since the domain name loom-studio.net is currently under "PendingTransfer", we can do nothing to it, including remove the s<br><br>Thank you for your time here!<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - 50G @ Only $10.96 /Mo!<br><br>Regards,<br>Tiana<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php<br><br>===========================================================<br>info@jino.ru Posted on: 18 Jul 2013 01:28 AM<br>===========================================================<br>Hello.<br>Please remove clientUpdateProhibited status on  loom-studio.net domain . | 2013-07-18<br>09:45:37 |
| QRG-728431 | lukaschuk.name change dns | |
| info@jino.ru | I get (334) DNS Query error when try to change  lukaschuk.name dns<br>Please set dns:<br>ns21.cloudns.net<br>ns22.cloudns.net<br>ns23.cloudns.net<br>ns24.cloudns.net | 2018-05-16<br>10:21:00 |
| denis@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>The domain DNS has been updated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Comodo SSL starts at $7.9/year only!<br>2. Reseller Hosting packages: Join us now!  Details: http://onlinenic.com/reseller-hosting<br>3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/website_builder/<br>4. OnlineNIC Domain Module is ready for WHMCS 7! Simply replace onlinenic.php under://whmcs/modules/registrars/onlinenic<br><br>Regards,<br>Denis<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | 2018-05-16<br>12:04:31 |
| ILJ-958151 | mariagorokhova.com renew | |
| info@jino.ru | | 2015-10-26 |

| | | |
|---|---|---|
| | Is it possible to renew mariagorokhova.com? Unable to find it in our account. | 09:26:20 |
| amy@onlinenic.com | Dear info@jino.ru,<br><br>This is Amy from ONlineNIC Customer Service!<br><br>Please be kindly informed that this domain name has under the control of our partner account who can be reached via OneX Do<br><br>Please be informed that we have asked the domain name service Provider to help your request within one working day.<br><br>However, if you still fail to get help or any reply from them within one working day, please come back to us for further as<br><br>Your understanding and cooperation would be highly appreciated!<br><br>If you have any further questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Comodo SSL starts at $6.99/year only!<br>2. Reseller Hosting packages: Join us now! Details: http://onlinenic.com/reseller-hosting/<br>3. Mailchat is more than an Email APP, Get it on OnlineNIC now: http://www.onlinenic.com/mailchat/<br><br>Sincerely,<br><br>Amy<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php<br><br>=========================================================<br>info@jino.ru Posted on: 26 Oct 2015 01:26 AM<br>=========================================================<br>Is it possible to renew mariagorokhova.com? Unable to find it in our account. | 2015-10-26<br>09:36:19 |
| amy@onlinenic.com | Dear Partner,<br><br>This is Amy from ONlineNIC Customer Service!<br><br>Please be informed that we have received the following email from info@jino.ru, regarding on domain name mariagorokhova.com<br><br>Kindly revert to info@jino.ru help with his request within one working day as this domain name mariagorokhova.com is now un<br><br>Meanwhile, we appreciate that you could direct liaise with your customer for their enquiry.<br><br>Your understanding and cooperation would be highly appreciated!<br><br>If you have any further questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Comodo SSL starts at $6.99/year only!<br>2. Reseller Hosting packages: Join us now! Details: http://onlinenic.com/reseller-hosting/<br>3. Mailchat is more than an Email APP, Get it on OnlineNIC now: http://www.onlinenic.com/mailchat/<br><br>Sincerely,<br><br>Amy<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php<br><br><br>=========================================================<br>info@jino.ru Posted on: 26 Oct 2015 01:26 AM<br>=========================================================<br>Is it possible to renew mariagorokhova.com? Unable to find it in our account. | 2015-10-26<br>09:37:23 |
| ZLG-436594 | miran.tv change email | |
| info@jino.ru | Hello.<br>I get error when I try to change email in your interface.<br>Please change email of miran.tv to miranshilke@gmail.com | 2014-03-29<br>09:51:28 |
| steven@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>The reason you failed to change the domain Whois details was that the Registrant Information was null. For the moment, we h<br><br>Thanks for your kind patience and cooperation.<br><br>Should you have any question, please feel free to contact us.<br><br>***Special Offering***:<br>1. SSL starts at $18/year only!<br><br>Sincerely,<br><br>Steven<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | 2014-03-29<br>10:03:44 |

| YQM-163342 | moiseev.tv transfer | |
|---|---|---|
| info@jino.ru | Please start transfer of moiseev.tv , code 5b--dbce30e364ae | 2017-06-07 08:12:45 |
| info@jino.ru | Client has confirmed transfer.<br>Please write when transfer will finish. | 2017-06-14 09:41:13 |
| john@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be noted that this domain moiseev.tv has been added into your account. Now you can find it at Manage Domain >> List<br><br>Your understanding and cooperation will be highly appreciated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Comodo SSL starts at $7.9/year only!<br>2. Reseller Hosting packages: Join us now!  Details: http://onlinenic.com/reseller-hosting/<br>3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/website_builder/<br>4. OnlineNIC Domain Module is ready for WHMCS 7 !  Simply replace onlinenic.php under://whmcs/modules/registrars/onlinenic<br><br>Regards,<br>John<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php<br><br>=============================================<br>info@jino.ru Posted on: 14 Jun 2017 01:41 AM<br>=============================================<br>Client has confirmed transfer.<br>Please write when transfer will finish. | 2017-06-14 11:08:53 |
| luffy@onlinenic.com | Dear Partner,<br><br>This is Luffy from OnlineNIC!<br><br>Please be informed that we have forward your request to our relevant staff, once there is any news we will keep you informe<br><br>Your understanding and cooperation will be highly appreciated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Comodo SSL starts at $7.9/year only!<br>2. OnlineNIC Domain Module is ready for WHMCS 7 !<br>3. Reseller Hosting packages: Join us now!  Details: http://onlinenic.com/reseller-hosting/<br>4. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/website_builder/<br><br>Regards,<br>Luffy<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php<br><br><br>info@jino.ru Posted on: 07 Jun 2017 12:12 AM<br>=============================================<br>Please start transfer of moiseev.tv , code 5b--dbce30e364ae | 2017-06-07 08:41:37 |
| luffy@onlinenic.com | Dear Partner,<br><br>This is Luffy from OnlineNIC!<br><br>Kindly noted that the transfer has been initiated successfully, the confirmation mail has been sent to ma4v@mail.ru, kindly<br><br>Your understanding and cooperation will be highly appreciated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Comodo SSL starts at $7.9/year only!<br>2. OnlineNIC Domain Module is ready for WHMCS 7 !<br>3. Reseller Hosting packages: Join us now!  Details: http://onlinenic.com/reseller-hosting/<br>4. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/website_builder/<br><br>Regards,<br>Luffy<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | 2017-06-08 09:13:49 |

| TVC-980670 | myl2.org Redemption | |
|---|---|---|
| info@jino.ru | Hello.<br>Is it possible to redeem  myl2.org ? | 2013-11-22<br>06:42:50 |
| 1043037696@qq.com | Dear Partner,<br><br>Thanks for contacting OnlineNic!<br><br>The domain myl2.org can be redeemed at the moment. To redeem the domain myl2.org, $120 plus one year renewal fee will be ch<br><br>Should you have any problem, please feel free to contact us.<br><br>***Special Offering***<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Regards,<br><br>Tony<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | 2013-11-22<br>08:56:17 |
| VWR-927116 | nlmgm.com transfer | |
| info@jino.ru | Please send transfer email for  nlmgm.com | 2015-04-27<br>11:17:32 |
| info@jino.ru | Turned  ID-Shield off. | 2015-04-29<br>11:12:02 |
| ben@onlinenic.com | Dear Partner,<br><br>This is Ben from OnlineNIC!<br><br>Please kindly the domain name is under ID-Shield, which means the whois privacy protection. Under this condition, please ki<br><br>Your cooperation will be highly appreciated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only!<br><br><br>Regards,<br>Ben<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php<br>=====================================================<br>info@jino.ru Posted on: 27 Apr 2015 03:17 AM<br>=====================================================<br>Please send transfer email for  nlmgm.com | 2015-04-27<br>13:01:06 |
| ben@onlinenic.com | Dear Partner,<br><br>This is Ben from OnlineNIC!<br><br>Please kindly be informed that the transfer confirmation mail of domain name nlmgm.com has been resent to index81@bk.ru.<br><br>Your understanding will be highly appreciated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1.Comodo SSL starts at $6.99/year only!<br>2. Reseller Hosting packages: Join us now!  Details: http://onlinenic.com/reseller-hosting/<br><br>Regards,<br>Ben<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | 2015-04-29<br>11:23:08 |
| ERS-162540 | riyaziyyat.net | |
| info@jino.ru | Is it possible to renew  riyaziyyat.net or make it work. | 2017-04-10<br>08:56:19 |
| denis@onlinenic.com | Dear Partner, | 2017-04-11<br>08:02:19 |

Thanks for contacting OnlineNIC!

Domain name riyaziyyat.net should have been under redemption period. But it had been redeemed and renewed back under our do

Please confirm to us that you would like to retrieve domain name riyaziyyat.net and pay the redemption cost $120 plus one y

I'm looking forward to your reply.

Should you have any question, please don't hesitate to contact us.

****Special Offering****
1. Comodo SSL starts at $7.9/year only!
2. Reseller Hosting packages: Join us now! Details: http://onlinenic.com/reseller-hosting/
3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/website_builder/
4. OnlineNIC Domain Module is ready for WHMCS 7! Simply replace onlinenic.php under://whmcs/modules/registrars/onlinenic

Regards,
Denis
OnlineNIC Customer Support
Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php
SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php

| | | |
|---|---|---|
| luffy@onlinenic.com | Dear Partner,<br><br>This is Luffy from OnlineNIC!<br><br>Please be informed that we have forwarded the issue to the relevant staff. Once there is any news, we will keep you informe<br><br>Your understanding and cooperation will be highly appreciated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Comodo SSL starts at $7.9/year only!<br>2. OnlineNIC Domain Module is ready for WHMCS 7 !<br>3. Reseller Hosting packages: Join us now! Details: http://onlinenic.com/reseller-hosting/<br>4. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/website_builder/<br><br>Regards,<br>Luffy<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php<br><br><br>info@jino.ru Posted on: 10 Apr 2017 12:56 AM<br>==================================================<br>Is it possible to renew riyaziyyat.net or make it work. | 2017-04-10<br>11:22:47 |
| KSG-727093 | rtishevo.com clientUpdateProhibited | |
| info@jino.ru | Please remove clientUpdateProhibited from rtishevo.com , we are unable to do it in you panel | 2013-12-23<br>13:30:33 |
| steven@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be kindly informed that the domain name rtishevo.com is in "Pending Transfer" period. Any operation under this domai<br><br>The transfer period lasts for around 5 working days. The domain name rtishevo.com will be transferred out in one working da<br><br>You understanding and cooperation would be highly appreciated!<br><br>Should you have any question, please feel free to contact us.<br><br>***Special Offering***:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Sincerely,<br><br>Steven<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | 2013-12-23<br>17:38:29 |
| HFP-531285 | rus-pro.com change email | |
| info@jino.ru | Please change email on rus-pro.com domain to dep.fea@gmail.com , no access to current email.<br>Do not transfer lock. | 2020-01-23<br>12:05:45 |
| jack@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC! | 2020-01-24<br>02:12:35 |

Mail has been updated as your request.

Should you have any other questions, please feel free to contact us.

\*\*\*Special Offering\*\*\*
1. High Performance, Secure and Elastic OnlineNIC Public Cloud! Get 3-Month Free Trail here: https://www.onlinenic.com/cp
2. Rapid SSL as low as $9/yr, Positive SSL as low as $3.5/yr, Positive Wildcard as low as $32.5/yr! More SSL promo: https:/
3. Reseller Hosting Saving up to 33%, buy 2 year give 1 year! https://www.onlinenic.com/en/Host/index/58.html
4. API Now Supports Whois Verification, Download Link:https://onlinenic.com/cp_english/template_api/download.php?f=Onlineni

Regards,

Jack
OnlineNIC Customer Support
Live Chat: https://www.onlinenic.com/en/Reseller/join.html
Connect with us:
Facebook: https://www.facebook.com/OnlineNICHelp
Twitter: https://twitter.com/OnlineNICHelp

| EET-756199 | ruspole.tv | |
|---|---|---|
| info@jino.ru | Hello.<br>Please remove status CLIENT-XFER-PROHIBITED from this domain and change Registrant Email to prynicoff@yandex.ru | 2013-10-02 09:28:51 |
| info@jino.ru | Any news? | 2013-10-07 10:42:07 |
| steven@onlinenic.com | Dear Partner,<br><br>This is Steven from ONlineNIC Customer Service!<br><br>We are writing to keep you informed that the registrant e-mail for domain name ruspole.tv has been updated as prynicoff@yan<br><br>Thanks for your kind patience and cooperation!<br><br>If you have any further questions, please feel free to contact us.<br><br>\*\*\*Special Offering\*\*\*:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Sincerely,<br><br>Steven<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | 2013-10-08 04:26:35 |
| 1043037696@qq.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>We have helped unlock the domain ruspole.tv. The relevant staff will help change domain administrative email as soon as po<br><br>Should you have any problem, please feel free to contact us.<br><br>\*\*\*Special Offering\*\*\*<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Regards,<br><br>Tony<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | 2013-10-07 12:15:49 |
| tiana@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>We have forwarded this issue to our relevent department. Once it is done, will keep you updated. Thanks for your patience!<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - 50G @ Only $10.96 /Mo!<br><br>Regards,<br>Tiana<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php<br><br>=================================================<br>info@jino.ru Posted on: 02 Oct 2013 01:28 AM<br>=================================================<br>Hello. | 2013-10-02 13:02:49 |

Please remove status CLIENT-XFER-PROHIBITED from this domain and
change Registrant Email to prynicoff@yandex.ru

| PRQ-759889 | shkatulo4ka.com DNS | |
|---|---|---|
| info@jino.ru | Please change shkatulo4ka.com DNS to<br>ns1.jino.ru<br>ns2.jino.ru<br>These DNS are in your interface , but according to whois, other and domain does not work.<br><br>Whois:<br><br>Domain Name: SHKATULO4KA.COM<br>Registrar: ONLINENIC, INC.<br>Whois Server: whois.onlinenic.com<br>Referral URL: http://www.OnlineNIC.com<br>Name Server: DNS10.PARKPAGE.FOUNDATIONAPI.COM<br>Name Server: DNS11.PARKPAGE.FOUNDATIONAPI.COM | 2014-04-24<br>12:15:42 |
| dan@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>With respect to the domain shkatulo4ka.com DNS (PRQ-759889), we have helped you update the dns into new ones: Kindly check<br><br>    Domain Name: SHKATULO4KA.COM<br>    Registrar: ONLINENIC, INC.<br>    Whois Server: whois.onlinenic.com<br>    Referral URL: http://www.OnlineNIC.com<br>    Name Server: NS1.JINO.RU<br>    Name Server: NS2.JINO.RU<br>    Status: clientTransferProhibited<br>    Updated Date: 24-apr-2014<br>    Creation Date: 10-apr-2012<br>    Expiration Date: 10-apr-2015<br>>>> Last update of whois database: Thu, 24 Apr 2014 12:24:43 UTC <<<<br><br>Your understanding and cooperation would be highly appreciated!<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1.SSL starts at $18/year only!<br>2. Reseller Hosting packages: Join us now!  Details: http://onlinenic.com/reseller-hosting/<br><br>Regards,<br>Dan<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php<br><br>===============================================================<br>info@jino.ru Posted on: 24 Apr 2014 04:15 AM<br>===============================================================<br>Please change shkatulo4ka.com DNS to<br>ns1.jino.ru<br>ns2.jino.ru<br>These DNS are in your interface , but according to whois, other and domain does not work.<br><br>Whois:<br><br>Domain Name: SHKATULO4KA.COM<br>Registrar: ONLINENIC, INC.<br>Whois Server: whois.onlinenic.com<br>Referral URL: http://www.OnlineNIC.com<br>Name Server: DNS10.PARKPAGE.FOUNDATIONAPI.COM<br>Name Server: DNS11.PARKPAGE.FOUNDATIONAPI.COM | 2014-04-24<br>12:26:36 |

| FGT-807413 | shkatulo4ka.com transfer | |
|---|---|---|
| info@jino.ru | Please send transfer email of shkatulo4ka.com domain.<br>Emails are not sent automatically . | 2014-04-11<br>08:58:26 |
| tiana@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be informed that the confirmation mail for domain name shkatulo4ka.com has been resent to ydotsenko40@gmail.com.<br><br>Please check and confirm the mail to proceed the transfer process. Thanks in advance!<br><br>Should you have any other questions, please feel free to contact us.<br><br>Regards,<br>Tiana<br>OnlineNIC Customer Support | 2014-04-11<br>10:21:48 |

```
                           Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php
                           SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php


                           ===============================================================
                           info@jino.ru Posted on: 11 Apr 2014 12:58 AM
                           ===============================================================
                           Please send transfer email of  shkatulo4ka.com domain.
                           Emails are not sent automatically .
```

| SJA-712495 | smeggler.club | |
|---|---|---|
| info@jino.ru | Is it possible to cancel  smeggler.club registration ? | 2016-10-03 10:58:39 |
| howard@get.club | Domains can be deleted within 5 days of the registration date for a full refund.  Neustar's system will process the refund After 5 days, there is no refund for the registration.<br><br>Please check the RRA Agreement for the full details.<br><br>Cheers<br>Howard<br>Operations<br>.CLUB Domains, LLC<br>+1.954-707-1107<br>www.get.club<br><br><br>-----Original Message-----<br>From: OnlineNIC Customer Support [mailto:onlinenic-partner@onlinenic.com]<br>Sent: Monday, October 03, 2016 8:15 AM<br>To: howard@nic.club<br>Subject: [~SJA-712495]: smeggler.club<br><br>Dear Registry,<br><br>This is John from OnlineNIC!<br><br>Our client has registered a .CLUB extension domain on 3-Oct-2016. Now he would like to delete it. May we know once this dom<br><br>The domain in question is  smeggler.club.<br><br>Best Regards,<br>John<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php<br><br>Ticket Details<br>==================<br>Ticket ID: SJA-712495<br>Department: Support - Partner Channel<br>Priority: Medium<br>Status: On Hold | 2016-10-03 20:05:01 |
| info@jino.ru | Yes, please drop the domain, we appreciate the refund. | 2016-10-04 11:20:52 |
| john@onlinenic.com | Dear Registry,<br><br>This is John from OnlineNIC!<br><br>Our client has registered a .CLUB extension domain on 3-Oct-2016. Now he would like to delete it. May we know once this dom<br><br>The domain in question is  smeggler.club.<br><br>Best Regards,<br>John<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | 2016-10-03 12:14:50 |
| john@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be noted that we have forwarded this issue to the relevant staff and we will keep you updated without delay once the<br><br>Your understanding and cooperation will be highly appreciated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Comodo SSL starts at $6.99/year only!<br>2. Reseller hosting packages: Join us now!  Details: http://onlinenic.com/reseller-hosting/<br>3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/website_builder/ | 2016-10-03 12:16:06 |