# EXHIBIT F

| | | |
|---|---|---|
| SOV-655182 | certificate order error | |
| admin@sprinthost.ru | When ordering an SSL certificate for  avtolombard-credit.ru (2 years), we observe an error with the text: (2031)-02-11ERROR_R What is the reason, please explain. | 2020-02-11 11:02:41 |
| admin@sprinthost.ru | Here is the CSR we used to order:<br><br>-----BEGIN CERTIFICATE REQUEST-----<br>MIIDIjCCAgoCAQAwgdwxIjAgBgNVBAMMGXd3dy5hdnRvbG9tYmFyZC1jcmVkaXQu<br>cnUxOTA3BgNVBAsMMFBlcnNvbmFsIGNlcnRpZmljYXRlIGZvciBEdWRuaWsgRGFu<br>aWlsIE9sZWdvdmljaDEaMBgGA1UECgwRU1BSSU5USE9TVC5SVSBMTEMxCzAJBgNV<br>BAYTAlJVMRYwFAYDVQQIDA1TdC5QZXRlcnNidXJnMRYwFAYDVQQHDA1TdC5QZXRl<br>cnNidXJnMSIwIAYJKoZIhvcNAQkBFhNhZG1pbkBzcHJpbnRob3N0LnJ1MIIBIjAN<br>BgkqhkiG9w0BAQEFAAOCAQ8AMIIBCgKCAQEA7KMGOWV3P9jzNI0HIuaVuD28WlDr<br>8tVtjz/yjHS9PbjBfXxlAA584wswkNkmr+HWQSweq6nK6LcM2N7lJEpJ0YAb5X+3<br>2E90PAhpYZokq6ZCQYJABt8pehsw+DJveVMds3e6f9A0WQDFZZBf/OGZkWZkVBLi<br>mzLV/f5cBuhtIYZIZoANA3khIV6NRmy8jghWKb3DgNqmyNsLIXjvm3lR/Kajhgjk<br>/Q+ERVS2OriCd4Kw8UwD5GVIST2ac+gwFnCupVAfBkvFAnfezQ4xOQbWK2xZNbCD<br>1+vK6DaFjnKrjxtMLYKYpRdgjqTQQpTTUaPdqyAZpzumEtKV7OeoS6OCBwIDAQAB<br>oAAwDQYJKoZIhvcNAQELBQADggEBAMW5ZfnfA2jCleEnwgOU/kff2bm7szVOjbcd<br>uiABkt1q78qozp1k8+1Qrt5Amx67+NNxPPUG8chTxCFgDBuZAJZ53imkvCj8jg/1<br>NMmJT8zJCzL72pONL4sqrFdzeMSSUH10NbPjOV/GKBj2Jdq5a+SdIy0ZxKYIXvf2<br>GX0hu5gK81WiOEujGgXLrod7CO2m/PWJjMhvhL5WXg4Dv5jVCTBsDT8v5sPcZJ+t<br>n6blwn2U1FBFXEsgP6Rbc7fVP4iKkxZRSagW6lr706yfljwPfS/S0dNS77539ZPX<br>SDm3GooUq3eTJXp8wTjFuhuByhw6ObbAZKtaTC8Vn9jXnjZwKQA=<br>-----END CERTIFICATE REQUEST-----<br><br>We tried to order Comodo PositiveSSL (2years) for domain avtolombard-credit.ru. | 2020-02-12 09:21:05 |
| admin@sprinthost.ru | Im I right – right now can we place a new order for domain? We want the same certificate, but for two years | 2020-02-14 06:14:04 |
| jack@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>We didn't find ssl record about domain avtolombard-credit.ru , please try again at your end.<br><br>If you still encounter the error, please provide CSR here and we will test at our end.<br><br>Should you have any other questions, please feel free to contact us.<br><br>***Special Offering***<br>1. High Performance, Secure and Elastic OnlineNIC Public Cloud! 🎁Get 3-Month Free Trail here: https://www.onlinenic.com/cp<br>2. Rapid SSL as low as $9/yr, Positive SSL as low as $3.5/yr, Positive Wildcard as low as $32.5/yr! More SSL pro https:/<br>3. Reseller Hosting Saving up to 33%, buy 2 year give 1 year! https://www.onlinenic.com/en/Host/index/58.html<br>4. API Now Supports Whois Verification, Download Link:https://onlinenic.com/cp_english/template_api/download.php?f=Onlineni<br><br>Regards,<br><br>Jack<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2020-02-12 06:40:13 |
| jack@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>We find you have created an order for domain www.avtolombard-credit.ru and it was revoked.<br><br>Hence we have update the status to "canceled" and you can replace the order now. We will refund the current order in 1-2 da<br><br>Should you have any other questions, please feel free to contact us.<br><br>***Special Offering***<br>1. High Performance, Secure and Elastic OnlineNIC Public Cloud! 🎁Get 3-Month Free Trail here: https://www.onlinenic.com/cp<br>2. Rapid SSL as low as $9/yr, Positive SSL as low as $3.5/yr, Positive Wildcard as low as $32.5/yr! More SSL pro https:/<br>3. Reseller Hosting Saving up to 33%, buy 2 year give 1 year! https://www.onlinenic.com/en/Host/index/58.html<br>4. API Now Supports Whois Verification, Download Link:https://onlinenic.com/cp_english/template_api/download.php?f=Onlineni<br><br>Regards,<br><br>Jack<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2020-02-14 05:29:25 |
| jack@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Yes, you can create a new order for the domain now.<br><br>Should you have any other questions, please feel free to contact us.<br><br>***Special Offering*** | 2020-02-14 06:28:22 |

|   |   |   |
|---|---|---|
|   | 1. High Performance, Secure and Elastic OnlineNIC Public Cloud! Get 3-Month Free Trail here: https://www.onlinenic.com/cp<br>2. Rapid SSL as low as $9/yr, Positive SSL as low as $3.5/yr, Positive Wildcard as low as $32.5/yr! More SSL promo: https:/<br>3. Reseller Hosting Saving up to 33%, buy 2 year give 1 year! https://www.onlinenic.com/en/Host/index/58.html<br>4. API Now Supports Whois Verification, Download Link:https://onlinenic.com/cp_english/template_api/download.php?f=Onlineni<br><br>Regards,<br><br>Jack<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp |   |
| MRV-496163 | *.mmctours.ru True BusinessID Wildcard |   |
| admin@sprinthost.ru | We have ordered True BusinessID Wildcard for *.mmctours.ru at 2012-10-13 but it is still pending state. | 2012-10-17 06:30:15 |
| admin@sprinthost.ru | Administrator must contact GeoTrust yourself, right?  Or should we say, when they can be contacted? | 2012-10-19 06:09:36 |
| peter@onlinenic.com | Dear Sprinthost,<br><br>Thanks for contacting OnlineNIC!<br><br>We've asked our SSL Department to review your following SSL Order and try to expedite the process with the least delay.<br>We would keep you informed. Please wait for our mail.<br><br>12041    9132690 True BusinessID Wildcard           *.mmctours.ru    511846  2012-10-13 05:01:18         2012-10-13 05:01:18 Pending<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - 50G @ Only $10.96 /Mo!<br><br><br>Regards,<br>Peter<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/special-offers/ssl.php. | 2012-10-17 06:36:00 |
| peter@onlinenic.com | Dear Sprinthost,<br><br>This is Peter from OnlineNIC!<br><br>With respect to your following SSL Order, we've received the message from Geotrust Support Michelle.<br>The order is pending for the final verification call with Administrator Contact. Please let the Administrator Contact to co<br><br>Your understanding and cooperation will be highly appreciated.<br>Contact Info can be found at http://www.geotrust.com/about/contact/<br><br>12041 9132690 True BusinessID Wildcard *.mmctours.ru 511846 2012-10-13 05:01:18 2012-10-13 05:01:18 Pending<br><br>Michelle :  Connie, the order is pending for the final verification call with Administrator Contact<br>Michelle :  Please let the Administrator Contact to contact us when he is available so we can make a call and complete the<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - 50G @ Only $10.96 /Mo!<br><br><br>Regards,<br>Peter<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/special-offers/ssl.php. | 2012-10-19 04:59:03 |
| peter@onlinenic.com | Dear Sprinthost,<br><br>Thanks for contacting OnlineNIC!<br><br>Please advise the Admin Contact to get in touch with Geotrust Support as soon as possible, in order to Complete the Phone V<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - 50G @ Only $10.96 /Mo!<br><br><br>Regards,<br>Peter<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php | 2012-10-19 06:25:22 |

| | | |
|---|---|---|
| | Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/special-offers/ssl.php.<br><br>==================================================<br>admin@sprinthost.ru Posted on: 18 Oct 2012 10:09 PM<br>==================================================<br>Administrator must contact GeoTrust yourself, right? Or should we say, when they can be contacted?<br><br>E-mail: admin@sprinthost.ru | |
| EGF-140194 | *LS* domain to transfer | |
| admin@sprinthost.ru | Can you transfer this domain to our OnlineNIC ID: 511846?<br><br>RO-CHE.INFO      EPP-Key: EOXjUfjspW | 2009-12-12 12:57:45 |
| vincent@onlinenic.com | Dear Customer,<br><br>Thanks for contacting OnlineNIC!<br><br>Sorry to informed you that we are afraid you have to submit the transfer yourself and you can submit the transfer by login<br><br>Should you have any other questions, please feel free to contact us.<br>★★★Special Offering:<br><br>(1)   .INFO @ $5.99/yr<br>(2)   .IN 2LD @ $9.99/yr<br>(3)   .EU @ $2.99/yr<br><br>Sincerely,<br><br>Vincent<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center<br>http://support.onlinenic.com.<br>http://www.onlinenic.com/english/livechat/live_index1.php | 2009-12-12 15:53:29 |
| EMR-304996 | *LS* domain to transfer | |
| admin@sprinthost.ru | Can you transfer this domain to our OnlineNIC ID: 511846?<br><br>RASKOLENKO.COM     EPP-Key: c5cbc8899e99c259 | 2009-12-17 10:44:37 |
| peter@onlinenic.com | Dear Customer,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be informed that we've helped you manually transfer the domain raskolenko.com to your Onlinenic account. It is now i<br><br>Should you have any other questions, please feel free to contact us.<br>★★★Special Offering:<br>1.   SSL starts at $18 only!<br>2.   INFO domains @ ONLY 6.59/yr!<br>3.   Email Solution - free 180 days for reseller!<br>4.   cPanel Reseller hosting - 50G @ Only $19.96 / mon!<br><br>Sincerely,<br>Peter<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center<br>http://support.onlinenic.com.<br>Live Chat Support: http://www.onlinenic.com/english/livechat/live_index1.php | 2009-12-17 10:47:17 |
| ZXJ-574922 | *LS* domain to transfer | |
| admin@sprinthost.ru | Can you transfer this domain to our OnlineNIC ID: 511846?<br><br>ALLA-DOCTOR.INFO    EPP-Key: Gt897y6OUy43598 | 2009-12-28 22:52:30 |
| hummy@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>This is Hummy from OnlineNIC Customer Service. | 2009-12-29 00:55:48 |

| | Please be kindly informed that the transfer process has been sumitted to the registry successfully as you requested. Thanks<br><br>Should you have any other questions, please feel free to contact us.<br><br>★★★Registration Promo:<br>1. .EU @ $2.99/yr<br>2. .INFO @ $5.99/yr<br>3. .IN 2LD @ $9.99/yr ,.IN 3LD @ $6.99/yr<br>4. .ASIA Promo: Buy One and Get One Free (KR & JP)<br>5. .MOBI SiteBuilder: Instant Mobilizer Starts @ $1.20/mo<br><br>Sincerely,<br><br>Hummy<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://www.onlinenic.com/english/livechat/live_index1.php | |
|---|---|---|
| MTV-213569 | *LS* domain to transfer | |
| admin@sprinthost.ru | Can you transfer this domain to our OnlineNIC ID: 511846?<br><br>NIKONENKO.NET    EPP-Key: 1OO6t5cy7j | 2010-02-20 16:40:47 |
| peter@onlinenic.com | Dear Customer,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be informed that we've helped you manually transfer the domain nikonenko.net to your account and it is now in the st<br><br>nikonenko.net transfer success<br><br>Should you have any other questions, please feel free to contact us.<br>★★★Special Offering:<br>1.   SSL starts at $18 only!<br>2.   INFO domains @ ONLY 6.59/yr!<br>3.   Email Solution - free 180 days for reseller!<br>4.   cPanel Reseller hosting - 50G @ Only $19.96 / mon!<br><br>Sincerely,<br>Peter<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center<br>http://support.onlinenic.com.<br>Live Chat Support: http://www.onlinenic.com/english/livechat/live_index1.php | 2010-02-20 17:01:50 |
| SCW-570480 | *LS* domain to transfer | |
| admin@sprinthost.ru | Can you transfer this domain to our OnlineNIC ID: 511846?<br><br>MARKOTOUR.COM    EPP-Key: GHvLBBg{D6 | 2010-02-21 22:28:26 |
| Cecilia@onlinenic.com | Dear Customer,<br><br>Thanks for contacting OnlineNIC!<br><br>The transfer confirmation mail for the domain markotour.com has been resent to dnsmaster@peterhost.ru, please kindly check<br><br>Should you have any other questions, please feel free to contact us.<br><br>★★★Special Offering:<br>1.   SSL starts at $18 only!<br>2.   Email Solution - free 180 days for reseller!<br>3.   cPanel Reseller hosting - 50G @ Only $19.96 / mon!<br><br>Always @ your service!<br><br>Sincerely,<br>Cecilia<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center<br>http://support.onlinenic.com.<br>Live Chat Support: http://www.onlinenic.com/english/livechat/live_index1.php | 2010-02-22 01:19:49 |
| HQS-632758 | *LS* domain to transfer | |
| admin@sprinthost.ru | Can you transfer this domain to our OnlineNIC ID: 511846?<br><br>MASHUKA.NET    EPP-Key: ab3d20b65e3566b6 | 2010-04-27 15:07:15 |

| | | |
|---|---|---|
| Jacky@onlinenic.com | Dear Customer,<br><br>Thanks for contacting OnlineNIC!<br><br>With the auth code you provided, we have pushed through the transfer for the domain mashuka.net manually with success. The<br><br>[303] Domain:mashuka.net transfer has been successfully pushed through<br><br>Should you have any other questions, please feel free to contact us.<br><br>★★★Special Offering:<br>1. SSL Certificate Starts from $18/yr<br>2. cPanel Reseller Hosting - AS LOW AS $19.96/mo<br><br>Sincerely,<br><br>Jacky Tsin<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://www.onlinenic.com/english/livechat/live_index1.php | 2010-04-27<br>16:10:53 |
| IRR-195360 | *LS* domain transfer problem | |
| admin@sprinthost.ru | Domain:        stanley-s.com<br>OnlineNIC ID: 511846<br>EPP key:        f74ba900bed1b819<br><br><br>OnlineNIC CS-EU пишет:<br>> Dear Customer,<br>><br>> Thanks for contacting OnlineNIC!<br>><br>> Please inform us the authcode for this domain with your id so that we can transfer it in Onlinenic for you. Thanks.<br>><br>><br>> Should you have any other questions, please feel free to contact us.<br>> ★★★Special Offering:<br>> 1.   SSL starts at $18 only!<br>> 2.   INFO domains @ ONLY 6.59/yr!<br>> 3.   Email Solution - free 180 days for reseller!<br>> 4.   cPanel Reseller hosting - 50G @ Only $19.96 / mon!<br>><br>> Sincerely,<br>> Peter<br>> Customer Service Division OnlineNIC Inc<br>> Welcome to our new support center<br>> http://support.onlinenic.com.<br>> Live Chat Support: http://www.onlinenic.com/english/livechat/live_index1.php<br>><br>> Ticket Details<br>> ==================<br>> Ticket ID: IRR-195360<br>> Department: CS Europe&Africa<br>> Priority: Medium<br>> Status: On Hold | 2009-10-09<br>16:12:41 |
| admin@sprinthost.ru | Hello,<br><br>When I transfer domain stanley-s.com<br><br>I'll get error message: (1445)send email fail<br><br>How can I transfer this domain to OnlineNIC? | 2009-10-09<br>14:05:14 |
| peter@onlinenic.com | Dear Customer,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be informed that the domain stanley-s.com is now in the status of pending-transfer. It usually needs 5-7 days to be<br><br>Should you have any other questions, please feel free to contact us.<br>★★★Special Offering:<br>1.   SSL starts at $18 only!<br>2.   INFO domains @ ONLY 6.59/yr!<br>3.   Email Solution - free 180 days for reseller!<br>4.   cPanel Reseller hosting - 50G @ Only $19.96 / mon!<br><br>Sincerely,<br>Peter<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center<br>http://support.onlinenic.com.<br>Live Chat Support: http://www.onlinenic.com/english/livechat/live_index1.php | 2009-10-09<br>16:43:47 |

| | | |
|---|---|---|
| peter@onlinenic.com | Dear Customer,<br><br>Thanks for contacting OnlineNIC!<br><br>Please inform us the authcode for this domain with your id so that we can transfer it in Onlinenic for you. Thanks.<br><br>Should you have any other questions, please feel free to contact us.<br>★★★Special Offering:<br>1.   SSL starts at $18 only!<br>2.   INFO domains @ ONLY 6.59/yr!<br>3.   Email Solution - free 180 days for reseller!<br>4.   cPanel Reseller hosting - 50G @ Only $19.96 / mon!<br><br>Sincerely,<br>Peter<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center<br>http://support.onlinenic.com.<br>Live Chat Support: http://www.onlinenic.com/english/livechat/live_index1.php | 2009-10-09 15:24:24 |
| | | |
| RBZ-263565 | *LS* Registrar Transfer | |
| admin@sprinthost.ru | Yes I want<br><br>OnlineNIC CS-EU пишет:<br>> Dear Customer,<br>><br>> Thanks for contacting OnlineNIC!<br>><br>> Do you want to transfer in the domain piyavka.name to OnlineNIC? If yes, we may ask our tech to help you submit the trans<br>><br>> Should you have any other questions, please feel free to contact us.<br>><br>> ★★★Special Offering:<br>> 1. SSL starts at $18 only!<br>> 2. Email Solution - free 180 days for reseller!<br>> 3. cPanel Reseller hosting - 50G @ Only $19.96 / mon!<br>><br>> Always @ your service!<br>><br>> Sincerely,<br>> Cecilia<br>> Customer Service Division OnlineNIC Inc<br>> Welcome to our new support center<br>> http://support.onlinenic.com.<br>> Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm<br>><br>><br>> Ticket Details<br>> ==================<br>> Ticket ID: RBZ-263565<br>> Department: CS Europe&Africa<br>> Priority: Medium<br>> Status: On Hold<br>><br>><br><br>--<br>С уважением, служба поддержки СПРИНТХОСТ.РУ<br>Быстрый и надежный хостинг для ваших сайтов!<br>admin@sprinthost.ru, http://sprinthost.ru<br>тел. +7 (812) 313-25-36, Санкт-Петербург | 2009-06-08 11:36:57 |
| admin@sprinthost.ru | I sent corrent auth code but this domain still not transfered.<br><br>OnlineNIC CS-EU пишет:<br>> Dear Customer,<br>><br>> This is Jacky from OnlineNIC Customer Service.<br>><br>> According to our technicians, the auth code you provided for piyavka.name is incorrect. Would you please provide us with<br>><br>> Should you have any other questions, please feel free to contact us.<br>><br>> ★★★Special Offering:<br>> 1.         Email Solution - free 180 days for reseller!<br>> 2.         cPanel Reseller hosting -  50G @ Only $19.96 / mon!<br>><br>> Sincerely,<br>> Jacky Tsin<br>> Customer Service Division OnlineNIC Inc<br>> Welcome to our new support center http://support.onlinenic.com.<br>> Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm<br>><br>> Ticket Details<br>> ==================<br>> Ticket ID: RBZ-263565 | 2009-06-27 08:02:26 |

| | | |
|---|---|---|
| | ```
> Department: CS Europe&Africa
> Priority: Medium
> Status: On Hold
>
>
>

--
С уважением, служба поддержки СПРИНТХОСТ.РУ
Быстрый и надежный хостинг для ваших сайтов!
admin@sprinthost.ru, http://sprinthost.ru
тел. +7 (812) 313-25-36, Санкт-Петербург
``` | |
| admin@sprinthost.ru | ```
Auth code fro piyavka.name domain:

dsf456SDsa


OnlineNIC CS-EU пишет:
> Dear Customer,
>
> Thanks for contacting OnlineNIC!
>
> As for the transfer of domain piyavka.name, the auth code is very necessary, would you please contact the current registr
>
> Should you have any other questions, please feel free to contact us.
>
> ★★★Special Offering:
> 1. Email Solution - free 180 days for reseller!
> 2. cPanel Reseller hosting -  50G @ Only $19.96 / mon!
>
> Sincerely,
>
> Figo
> Customer Service Division OnlineNIC Inc
> Welcome to our new support center http://support.onlinenic.com.
> Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm
>
>
> Ticket Details
> ===================
> Ticket ID: RBZ-263565
> Department: CS Europe&Africa
> Priority: Medium
> Status: On Hold
>
>

--
С уважением, служба поддержки СПРИНТХОСТ.РУ
Быстрый и надежный хостинг для ваших сайтов!
admin@sprinthost.ru, http://sprinthost.ru
тел. +7 (812) 313-25-36, Санкт-Петербург
``` | 2009-06-09 04:45:04 |
| admin@sprinthost.ru | ```
How can I transfer domain piyavka.name to my OnlineNIC account?
My member ID: 511846
``` | 2009-06-08 10:57:06 |
| admin@sprinthost.ru | ```
sorry, valid code is

atatFepeo0


OnlineNIC CS-EU пишет:
> Dear Customer,
>
> This is Jacky from OnlineNIC Customer Service.
>
> According to our technicians, the auth code you provided for piyavka.name is incorrect. Would you please provide us with
>
> Should you have any other questions, please feel free to contact us.
>
> ★★★Special Offering:
> 1.       Email Solution - free 180 days for reseller!
> 2.       cPanel Reseller hosting -  50G @ Only $19.96 / mon!
>
> Sincerely,
>
> Jacky Tsin
> Customer Service Division OnlineNIC Inc
> Welcome to our new support center http://support.onlinenic.com.
> Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm
>
> Ticket Details
> ===================
> Ticket ID: RBZ-263565
> Department: CS Europe&Africa
> Priority: Medium
> Status: On Hold
>
>
``` | 2009-06-09 15:02:35 |

| | | |
|---|---|---|
| | `--`<br>`С уважением, служба поддержки СПРИНТХОСТ.РУ`<br>`Быстрый и надежный хостинг для ваших сайтов!`<br>`admin@sprinthost.ru, http://sprinthost.ru`<br>`тел. +7 (812) 313-25-36, Санкт-Петербург` | |
| admin@sprinthost.ru | `I provide you two codes for piyavka.name:`<br><br>`1. Invalid code dsf456SDsa`<br>`2. Valid code atatFepeo0`<br><br>`which of them are incorrect?`<br><br>`> Dear Customer,`<br>`>`<br>`> Thanks for contacting OnlineNIC!`<br>`>`<br>`> We are sorry to inform you that the code you provided is incorrect, would you please verify that once again? thank you.`<br>`>`<br>`> Should you have any other questions, please feel free to contact us.`<br>`>`<br>`> ★★★Special Offering:`<br>`> 1. Email Solution - free 180 days for reseller!`<br>`> 2. cPanel Reseller hosting -  50G @ Only $19.96 / mon!`<br>`>`<br>`> Sincerely,`<br>`>`<br>`> Figo`<br>`> Customer Service Division OnlineNIC Inc`<br>`> Welcome to our new support center http://support.onlinenic.com.`<br>`> Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm`<br>`>`<br>`>`<br>`> Ticket Details`<br>`> ==================`<br>`> Ticket ID: RBZ-263565`<br>`> Department: CS Europe&Africa`<br>`> Priority: Medium`<br>`> Status: On Hold`<br>`>`<br>`>` | 2009-06-29 06:19:27 |
| admin@sprinthost.ru | `All ok. Thank you.`<br>`> Dear Customer,`<br>`>`<br>`> Thanks for contacting OnlineNIC!`<br>`>`<br>`> Glad to inform you that the domain piyavka.name is now transferred in, and it is now added to your account. Please kindly`<br>`>`<br>`> Should you have any other questions, please feel free to contact us.`<br>`>`<br>`> ★★★Special Offering:`<br>`> 1.   SSL starts at $18 only!`<br>`> 2.   Email Solution - free 180 days for reseller!`<br>`> 3.   cPanel Reseller hosting - 50G @ Only $19.96 / mon!`<br>`>`<br>`> Always @ your service!`<br>`>`<br>`> Sincerely,`<br>`> Cecilia`<br>`> Customer Service Division OnlineNIC Inc`<br>`> Welcome to our new support center`<br>`> http://support.onlinenic.com.`<br>`> Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm`<br>`>`<br>`>`<br>`> Ticket Details`<br>`> ==================`<br>`> Ticket ID: RBZ-263565`<br>`> Department: CS Europe&Africa`<br>`> Priority: Medium`<br>`> Status: On Hold`<br>`>`<br>`>` | 2009-06-29 10:46:34 |
| Cecilia@onlinenic.com | `Dear Customer,`<br><br>`Thanks for contacting OnlineNIC!`<br><br>`We have asked our tech to help you submit the transfer request for the domain piyavka.name, please kindly wait and then ask`<br><br>`Should you have any other questions, please feel free to contact us.`<br><br>`★★★Special Offering:`<br>`1. SSL starts at $18 only!`<br>`2. Email Solution - free 180 days for reseller!`<br>`3. cPanel Reseller hosting - 50G @ Only $19.96 / mon!`<br><br>`Always @ your service!` | 2009-06-08 11:47:12 |

| | | |
|---|---|---|
| | Sincerely,<br>Cecilia<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center<br>http://support.onlinenic.com.<br>Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm | |
| Cecilia@onlinenic.com | Dear Customer,<br><br>Thanks for contacting OnlineNIC!<br><br>Do you want to transfer in the domain piyavka.name to OnlineNIC? If yes, we may ask our tech to help you submit the transfe<br><br>Should you have any other questions, please feel free to contact us.<br><br>★★★Special Offering:<br>1. SSL starts at $18 only!<br>2. Email Solution - free 180 days for reseller!<br>3. cPanel Reseller hosting - 50G @ Only $19.96 / mon!<br><br>Always @ your service!<br><br>Sincerely,<br>Cecilia<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center<br>http://support.onlinenic.com.<br>Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm | 2009-06-08 11:18:41 |
| Cecilia@onlinenic.com | Dear Customer,<br><br>Thanks for contacting OnlineNIC!<br><br>Glad to inform you that the domain piyavka.name is now transferred in, and it is now added to your account. Please kindly c<br><br>Should you have any other questions, please feel free to contact us.<br><br>★★★Special Offering:<br>1.   SSL starts at $18 only!<br>2.   Email Solution - free 180 days for reseller!<br>3.   cPanel Reseller hosting - 50G @ Only $19.96 / mon!<br><br>Always @ your service!<br><br>Sincerely,<br>Cecilia<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center<br>http://support.onlinenic.com.<br>Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm | 2009-06-29 07:07:16 |
| Cecilia@onlinenic.com | Dear Customer,<br><br>Thanks for contacting OnlineNIC!<br><br>You're welcome. Should you have any other questions, please feel free to contact us.<br><br>★★★Special Offering:<br>1.   SSL starts at $18 only!<br>2.   Email Solution - free 180 days for reseller!<br>3.   cPanel Reseller hosting - 50G @ Only $19.96 / mon!<br><br>Always @ your service!<br><br>Sincerely,<br>Cecilia<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center<br>http://support.onlinenic.com.<br>Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm | 2009-06-29 10:55:18 |
| ally@onlinenic.com | Dear Customer,<br><br>Thanks for contacting OnlineNIC!<br><br>Our technician will check it here, once get any result, we will contact you at once. Thanks for your kind patience.<br><br>Should you have any other questions, please feel free to contact us.<br><br><br>★★★Special Offering:<br>Email Solution - free 180 days for reseller!<br>Rapid SSL - AS LOW AS $18!<br><br>Sincerely,<br><br>Ally Deborah<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm | 2009-06-27 08:14:04 |
| Figo@onlinenic.com | | 2009-06-09 |

| | | |
|---|---|---|
| | Dear Customer,<br><br>Thanks for contacting OnlineNIC!<br><br>Your transfer request has been passed to our techs for help once again, please wait for our update late, thank you.<br><br>Should you have any other questions, please feel free to contact us.<br><br>★★★Special Offering:<br>1. Email Solution - free 180 days for reseller!<br>2. cPanel Reseller hosting -  50G @ Only $19.96 / mon!<br><br>Sincerely,<br><br>Figo<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm | 06:02:46 |
| Figo@onlinenic.com | Dear Customer,<br><br>Thanks for contacting OnlineNIC!<br><br>As for the transfer of domain piyavka.name, the auth code is very necessary, would you please contact the current registrar<br><br>Should you have any other questions, please feel free to contact us.<br><br>★★★Special Offering:<br>1. Email Solution - free 180 days for reseller!<br>2. cPanel Reseller hosting -  50G @ Only $19.96 / mon!<br><br>Sincerely,<br><br>Figo<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm | 2009-06-09 03:39:26 |
| Figo@onlinenic.com | Dear Customer,<br><br>Thanks for contacting OnlineNIC!<br><br>We are sorry to inform you that the code you provided is incorrect, would you please verify that once again? thank you.<br><br>Should you have any other questions, please feel free to contact us.<br><br>★★★Special Offering:<br>1. Email Solution - free 180 days for reseller!<br>2. cPanel Reseller hosting -  50G @ Only $19.96 / mon!<br><br>Sincerely,<br><br>Figo<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm | 2009-06-29 03:49:32 |
| Jacky@onlinenic.com | Dear Customer,<br><br>This is Jacky from OnlineNIC Customer Service.<br><br>According to our technicians, the auth code you provided for piyavka.name is incorrect. Would you please provide us with th<br><br>Should you have any other questions, please feel free to contact us.<br><br>★★★Special Offering:<br>1.       Email Solution - free 180 days for reseller!<br>2.       cPanel Reseller hosting -  50G @ Only $19.96 / mon!<br><br>Sincerely,<br><br>Jacky Tsin<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm | 2009-06-09 14:52:20 |
| Jacky@onlinenic.com | Dear Customer,<br><br>Thanks for contacting OnlineNIC!<br><br>The new auth code has been forwarded to our technicians. They will help submit the transfer request for the domain. We will<br><br>Should you have any other questions, please feel free to contact us.<br><br>★★★Special Offering:<br>1.       Email Solution - free 180 days for reseller!<br>2.       cPanel Reseller hosting -  50G @ Only $19.96 / mon!<br><br>Sincerely,<br><br>Jacky Tsin<br>Customer Service Division OnlineNIC Inc | 2009-06-09 21:07:33 |

| | | | |
|---|---|---|---|
| | Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm | | |
| LMG-515449 | alatyr.ws transfer | | |
| admin@sprinthost.ru | Good day!<br><br>We need to initiate registrar transfer procedure for domain alatyr.ws.<br>Auth-Code:<br>2apWDhLXOo<br><br>Sincerely,<br>SPRINTHOST.RU | 2016-11-03 07:52:56 | |
| admin@sprinthost.ru | Thanks you. | 2016-11-09 08:42:42 | |
| denis@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be informed that we have helped you transfer in the domain manually with the authcode given. Kindly check on the dom<br><br>Your understanding and cooperation would be highly appreciated!<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Comodo SSL starts at $6.99/year only!<br>2. Reseller Hosting packages: Join us now!  Details: http://onlinenic.com/reseller-hosting/<br>3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/website_builder/<br><br>Regards,<br>Denis<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | 2016-11-03 08:19:53 | |
| PWC-217832 | alet-broker.ru: SSL | | |
| admin@sprinthost.ru | Hello! We want to order sertificate for alet-broker.ru, Comodo positive Wildcard. But we see mistake, whats wrong?<br><br>It is renewal, validation file-based | 2020-01-13 13:22:14 | |
| admin@sprinthost.ru | Screenshot are given | 2020-01-13 13:50:28 | |
| 1043037696@qq.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>There is a SSL order 58008 for *.alet-broker.ru. Now we have updated the order status. Please try to buy SSL order in your<br><br>Should you have any problem, please feel free to contact us.<br><br>***Special Offering***<br><br>1. High Performance, Secure and Elastic OnlineNIC Public Cloud!<br>Get 3-Month Free Trail here: https://www.onlinenic.com/cp_english/cloud/cloud_server.php<br><br>2. Rapid SSL as low as $9/yr, Positive SSL as low as $3.5/yr, Positive Wildcard as low as $32.5/yr!<br>More SSL promo: https://onlinenic.com/en/News/newsinfo/2739.html<br><br>3. Reseller Hosting Saving up to 33%, buy 2 year give 1 year!<br>https://www.onlinenic.com/en/Host/index/58.html<br><br>4. API Now Supports Whois Verification<br>Download Link: https://onlinenic.com/cp_english/template_api/download.php?f=Onlinenic_API_v4.0_Reseller_Guide.pdf<br><br>Regards,<br><br>Tony<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2020-01-13 20:05:21 | |
| XEU-589783 | alina.mobi register | | |
| admin@sprinthost.ru | When we try to regiter alina.mobi domain we get error: Create contact error<br><br>Data to register:<br><br>Domain Name    alina.mobi<br>Price    $14.99 / 1year<br>DNS1    ns1.sprinthost.ru | 2012-02-03 06:31:45 | |

```
DNS2    ns2.sprinthost.ru
Registrant Information
Full name       Dzhimal N Afasizhev
Organization name       none
Country/Region  RU
Province/State  RU
City    Maycop
Address ul. Lenina 7-60
Postal code     385000
Telephone       +7.9618293199
Fax     +7.9618293199
E-mail  merovinge@yandex.ru
Administrator Information
Full name       Alexander G Ivanov
Organization name       SPRINTHOST.RU LLC
Country/Region  RU
Province/State  RU
City    St.Petersburg
Address Gagarina pr. 35
Postal code     196135
Telephone       +7.8123132536
Fax     +7.8123132536
E-mail  admin@sprinthost.ru
Technical Information
Full name       Alexander G Ivanov
Organization name       SPRINTHOST.RU LLC
Country/Region  RU
Province/State  RU
City    St.Petersburg
Address Gagarina pr. 35
Postal code     196135
Telephone       +7.8123132536
Fax     +7.8123132536
E-mail  admin@sprinthost.ru
Billing Information
Full name       Alexander G Ivanov
Organization name       SPRINTHOST.RU LLC
Country/Region  RU
Province/State  RU
City    St.Petersburg
Address Gagarina pr. 35
Postal code     196135
Telephone       +7.8123132536
Fax     +7.8123132536
E-mail  admin@sprinthost.ru
```

| | | |
|---|---|---|
| jacky@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>The .mobi registration program is working normally. The error may be caused by some network connection problem.<br><br>We have registered the domain name alina.mobi successfully for you. Please check it in your domain list.<br><br>Domain   Price    Status<br>alina.mobi       $14.99   Domain Registration Successfully<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Regards,<br><br>Jacky Tsin<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 2012-02-03 08:06:42 |
| | | |
| GNZ-958212 | amway-v-sochi.com | |
| admin@sprinthost.ru | Dear Partner,<br><br>This is Tony from OnlineNic Customer Service!<br><br>Regarding the case of Domain Name Dispute on the domain amway-v-sochi.com, please check details at http://domains.adrforum.<br><br>We will transfer the said domain(s) to the wining party pursuant to the dispute decision.<br><br>Should you have any problem, please feel free to contact us.<br><br>***Special Offering***<br>SSL starts at $18/year only!<br><br>Regards,<br><br>Tony<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | 2014-01-06 12:37:52 |

| | | |
|---|---|---|
| JAI-799291 | API access | |
| admin@sprinthost.ru | Now we have no access to API server www.onlinenic.com:30009 from ip: 141.8.192.35<br><br>This ip is blocked? | 2011-12-08 11:03:17 |
| admin@sprinthost.ru | It's all okay now. | 2011-12-08 13:05:15 |
| jacky@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Can you check whether you have blocked the port 30009 from your firewall? If not, we will let our technical staff to help c<br><br>Should you have any other questions, please feel free to contact us.<br><br>★★★Special Offering:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Sincerely,<br><br>Jacky Tsin<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://www.onlinenic.com/english/livechat/live_index1.php<br>To help us improve our service: http://questionnaire.onlinenic.com/index.aspx?ItemNo=20111001 | 2011-12-08 12:49:59 |
| EDW-593831 | API requests | |
| admin@sprinthost.ru | Today we have problems with API requests.<br><br>Two requests failed with unknown errors: cltrid 4dd9e4d1f0a8c and 4dd9e4d4d1a4a<br><br>Could you explain this errors? | 2011-05-23 06:55:24 |
| admin@sprinthost.ru | We get this errors with create nanobeton.org and renew scisense.org | 2011-05-23 09:32:26 |
| eddie@onlinenic.com | Dear Partner,<br><br>Thank you for contacting OnlineNIC!<br><br>We have forwarded this issue to our technician for checking,  we will get back to your soon.<br><br>and would you please let us know when did you get the error, register, renew domain name or other activities?<br><br>Please do not hesitate to contact us if you have any inquires.<br><br>★★★Special Offering in May:<br><br>1. .CO Promotion Extended - as low as $13.99/yr!<br>2. Save 50% off for .eu 2, 5 or 10 years registration fee at OnlineNIC!<br>3. SSL starts at $18/year only!<br>4. cPanel Reseller hosting - 50G @ Only $19.96 /Mo!<br><br>Sincerely,<br><br>Eddie<br><br>MSN: eddie@onlinenic.com<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://www.onlinenic.com/english/livechat/live_index1.php | 2011-05-23 07:36:19 |
| eddie@onlinenic.com | Dear Partner,<br><br>Thank you for contacting OnlineNIC!<br><br>We come across some connetion error with .ORG registry, we are fixing it and will keep you informed once it recover. we sha<br><br>Please do not hesitate to contact us if you have any inquires.<br><br>★★★Special Offering in May:<br><br>1. .CO Promotion Extended - as low as $13.99/yr!<br>2. Save 50% off for .eu 2, 5 or 10 years registration fee at OnlineNIC!<br>3. SSL starts at $18/year only!<br>4. cPanel Reseller hosting - 50G @ Only $19.96 /Mo!<br><br>Sincerely,<br><br>Eddie<br><br>MSN: eddie@onlinenic.com<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://www.onlinenic.com/english/livechat/live_index1.php | 2011-05-23 09:44:36 |

| | | |
|---|---|---|
| eddie@onlinenic.com | Dear Valued Partner,<br><br>This is Eddie from OnlineNIC Customer Service!<br><br>Please be informed that the connection with ORG registry recover now.<br><br>Please do not hesitate to contact us if you have any inquires.<br><br>★★★Special Offering in May:<br><br>1. .CO Promotion Extended - as low as $13.99/yr!<br>2. Save 50% off for .eu 2, 5 or 10 years registration fee at OnlineNIC!<br>3. SSL starts at $18/year only!<br>4. cPanel Reseller hosting - 50G @ Only $19.96 /Mo!<br><br>Best Regards,<br><br>Eddie Sheen<br><br>MSN: eddie@onlinenic.com<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://www.onlinenic.com/english/livechat/live_index1.php<br><br>admin@sprinthost.ru Posted on: 23 May 2011 02:55 PM<br>==============================================================<br>Today we have problems with API requests.<br><br>Two requests failed with unknown errors: cltrid 4dd9e4d1f0a8c and 4dd9e4d4d1a4a<br><br>Could you explain this errors?<br><br>Eddie Posted on: 23 May 2011 03:36 PM<br>==============================================================<br>Dear Partner,<br><br>Thank you for contacting OnlineNIC!<br><br>We have forwarded this issue to our technician for checking,  we will get back to your soon.<br><br>and would you please let us know when did you get the error, register, renew domain name or other activities?<br><br>Please do not hesitate to contact us if you have any inquires.<br><br>★★★Special Offering in May:<br><br>1. .CO Promotion Extended - as low as $13.99/yr!<br>2. Save 50% off for .eu 2, 5 or 10 years registration fee at OnlineNIC!<br>3. SSL starts at $18/year only!<br>4. cPanel Reseller hosting - 50G @ Only $19.96 /Mo!<br><br><br>Sincerely,<br><br>Eddie<br><br>MSN: eddie@onlinenic.com<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://www.onlinenic.com/english/livechat/live_index1.php<br><br><br>admin@sprinthost.ru Posted on: 23 May 2011 05:32 PM<br>==============================================================<br>We get this errors with create nanobeton.org and renew scisense.org<br><br><br>Eddie Posted on: 23 May 2011 05:44 PM<br>==============================================================<br>Dear Partner,<br><br>Thank you for contacting OnlineNIC!<br><br>We come across some connetion error with .ORG registry, we are fixing it and will keep you informed once it recover. we sha<br><br>Please do not hesitate to contact us if you have any inquires.<br><br>★★★Special Offering in May:<br><br>1. .CO Promotion Extended - as low as $13.99/yr!<br>2. Save 50% off for .eu 2, 5 or 10 years registration fee at OnlineNIC!<br>3. SSL starts at $18/year only!<br>4. cPanel Reseller hosting - 50G @ Only $19.96 /Mo!<br><br><br>Sincerely,<br><br>Eddie<br><br>MSN: eddie@onlinenic.com<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://www.onlinenic.com/english/livechat/live_index1.php | 2011-05-24<br>01:30:00 |

| | | |
|---|---|---|
| ZUK-140645 | API usage | |
| admin@sprinthost.ru | Dear Sirs<br>We are switching from your deprecated API v3 to APIv4.<br>If I send requests to TEST API URL - it is working correctly. But if i send request to LIVE API with all correct credential<br>Why?<br>Addition: we do not use whitelist for IP addresses. | 2020-03-11 10:47:54 |
| admin@sprinthost.ru | Requests examples:<br>№1<br>TEST API<br>REQUEST: ["https://ote.onlinenic.com/api4/domain/index.php?command=checkDomain",<br>{"user":10578,"timestamp":"2020-03-12 13:55:51","token":"9dca2621b7cffdd4319dac9e9994b7ad","apikey":"v}k5s(`ipc$G~koH","dom<br>RESPONSE: {"code":1000,"msg":"Command completed successfully.","data":{"domain":"vyazanie.org","avail":1,"premium":false}}<br><br>LIVE API<br>REQUEST: ["https://api.onlinenic.com/api4/domain/index.php?command=checkDomain",{"user":511846,"timestamp":"2020-03-12 13:5<br>RESPONSE: {"code":1024,"msg":"Operation timed out."}<br><br>№2<br>TEST API<br>REQUEST: ["https://ote.onlinenic.com/api4/domain/index.php?command=infoDomain",{"user":10578,"timestamp":"2020-03-12 14:06:<br>RESPONSE: {"code":1050,"msg":"Operation failed.The domain does not exist or does not belong to you."}<br><br>LIVE API<br><br>REQUEST: ["https://api.onlinenic.com/api4/domain/index.php?command=infoDomain",{"user":511846,"timestamp":"2020-03-12 14:07<br>RESPONSE: {"code":1024,"msg":"Operation timed out."} | 2020-03-12 11:09:50 |
| tony@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be informed that we have forwarded the issue to the technicians. Once there is any news, we will keep you informed w<br><br>Should you have any problem, please feel free to contact us.<br><br>***Special Offering***<br><br>1. High Performance, Secure and Elastic OnlineNIC Public Cloud!<br>Get 3-Month Free Trail here: https://www.onlinenic.com/cp_english/cloud/cloud_server.php<br><br>2. Rapid SSL as low as $9/yr, Positive SSL as low as $3.5/yr, Positive Wildcard as low as $32.5/yr!<br>More SSL promo: https://onlinenic.com/en/News/newsinfo/2739.html<br><br>3. Reseller Hosting Saving up to 33%, buy 2 year give 1 year!<br>https://www.onlinenic.com/en/Host/index/58.html<br><br>4. API Now Supports Whois Verification<br>Download Link: https://onlinenic.com/cp_english/template_api/download.php?f=Onlinenic_API_v4.0_Reseller_Guide.pdf<br><br>Regards,<br><br>Tony<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2020-03-12 23:33:45 |
| jack@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please provide your command and the API response in TXT file and we will forward to technical staff for further check.<br><br>Should you have any other questions, please feel free to contact us.<br><br>***Special Offering***<br>1. High Performance, Secure and Elastic OnlineNIC Public Cloud! Get 3-Month Free Trail here: https://www.onlinenic.com/cp<br>2. Rapid SSL as low as $9/yr, Positive SSL as low as $3.5/yr, Positive Wildcard as low as $32.5/yr! More SSL promo: https:/<br>3. Reseller Hosting Saving up to 33%, buy 2 year give 1 year! https://www.onlinenic.com/en/Host/index/58.html<br>4. API Now Supports Whois Verification, Download Link:https://onlinenic.com/cp_english/template_api/download.php?f=Onlineni<br><br>Regards,<br><br>Jack<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2020-03-12 08:10:58 |
| jack@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC! | 2020-03-13 05:58:53 |

| | | |
|---|---|---|
| | As per checking, the "timestamp" in test URL is not correct, please try again at your end with the valid "timestamp".<br><br>Should you have any other questions, please feel free to contact us.<br><br>***Special Offering***<br>1. High Performance, Secure and Elastic OnlineNIC Public Cloud! Get 3-Month Free Trail here: https://www.onlinenic.com/cp<br>2. Rapid SSL as low as $9/yr, Positive SSL as low as $3.5/yr, Positive Wildcard as low as $32.5/yr! More SSL promo: https:/<br>3. Reseller Hosting Saving up to 33%, buy 2 year give 1 year! https://www.onlinenic.com/en/Host/index/58.html<br>4. API Now Supports Whois Verification, Download Link:https://onlinenic.com/cp_english/template_api/download.php?f=Onlineni<br><br>Regards,<br><br>Jack<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | |
| YOO-985347 | applesp.ru: D.C.V. mail | |
| admin@sprinthost.ru | Hello.<br><br>Order no. (33845)<br><br>Please send a D.C.V. message to the mailing address admin@applesp.ru again. The letter was not received successfully. | 2017-10-06<br>20:59:29 |
| admin@sprinthost.ru | Many times today we tried to resend D.C.V. mail to webmaster@applesp.ru, but still didn't get it.<br><br>Was it really sent?<br><br>Please resend it again. | 2017-11-03<br>14:55:48 |
| admin@sprinthost.ru | Please, send D.C.V. to webmaster@applesp.ru instead of admin@applesp.ru. | 2017-11-04<br>08:19:04 |
| john@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be noted that we have resent the D.C.V mail to webmaster@applesp.ru successfully per request, please be sure to chec<br><br>Your understanding and cooperation will be highly appreciated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Comodo SSL starts at $7.9/year only!<br>2. Reseller Hosting packages: Join us now!  Details: http://onlinenic.com/reseller-hosting/<br>3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/website_builder/<br>4. OnlineNIC Domain Module is ready for WHMCS 7！ Simply replace onlinenic.php under://whmcs/modules/registrars/onlinenic<br><br>Regards,<br>John<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php<br><br>===================================================<br>admin@sprinthost.ru Posted on: 04 Nov 2017 04:19 PM<br>===================================================<br>Please, send D.C.V. to webmaster@applesp.ru instead of admin@applesp.ru. | 2017-11-04<br>03:14:45 |
| denis@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>We have resent DCV email to admin@applesp.ru as per request, please have a check again.<br><br>Your understanding and cooperation will be highly appreciated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Comodo SSL starts at $7.9/year only!<br>2. Reseller Hosting packages: Join us now!  Details: http://onlinenic.com/reseller-hosting/<br>3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/website_builder/<br>4. OnlineNIC Domain Module is ready for WHMCS 7! Simply replace onlinenic.php under://whmcs/modules/registrars/onlinenic<br><br>Regards,<br>Denis<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | 2017-11-04<br>03:11:57 |
| Jesse@onlinenic.com | Dear Partner,<br><br>This is Jesse from OnlineNIC!<br><br>We have resent DCV email to admin@applesp.ru as per request, please ask your client have a check at their end. | 2017-10-07<br>00:11:50 |

| | | |
|---|---|---|
| | Your understanding and cooperation will be highly appreciated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Comodo SSL starts at $7.9/year only!<br>2. Reseller Hosting packages: Join us now!  Details: http://onlinenic.com/reseller-hosting/<br>3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/website_builder/<br>4. OnlineNIC Domain Module is ready for WHMCS 7! Simply replace onlinenic.php under://whmcs/modules/registrars/onlinenic<br><br>Regards,<br>Jesse<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | |
| | | |
| GLC-941043 | applesp.ru: SSL renewal | |
| admin@sprinthost.ru | Hello.<br>We have ordered a renewal of the Comodo PositiveSSL certificate for domain applesp.ru ( order №33845, order ID 27094173).<br>The current certificate expires on Nov 3rd 2017, and we want to store time of certs action: if we approve issuance right no<br>We need to issue the certificate with the correct date: till Nov 2018.<br>We are waiting for the instructions. | 2017-10-04<br>15:40:06 |
| Jesse@onlinenic.com | Dear Partner,<br><br>This is Jesse from OnlineNIC!<br><br>Please be informed that we have forwarded this issue to relevant department. We will update this ticket once there is any n<br><br>Your understanding and cooperation will be highly appreciated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Comodo SSL starts at $7.9/year only!<br>2. Reseller Hosting packages: Join us now!  Details: http://onlinenic.com/reseller-hosting/<br>3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/website_builder/<br>4. OnlineNIC Domain Module is ready for WHMCS 7! Simply replace onlinenic.php under://whmcs/modules/registrars/onlinenic<br><br>Regards,<br>Jesse<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | 2017-10-05<br>23:47:04 |
| Jesse@onlinenic.com | Dear Partner,<br><br>This is Jesse from OnlineNIC!<br><br>As per your request, Comodo have added the remaining days from the previous Order.<br><br>We have resent the D.C.V. email. Please complete D.C.V. to get your Certificate issued.<br><br>Your understanding and cooperation will be highly appreciated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Comodo SSL starts at $7.9/year only!<br>2. Reseller Hosting packages: Join us now!  Details: http://onlinenic.com/reseller-hosting/<br>3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/website_builder/<br>4. OnlineNIC Domain Module is ready for WHMCS 7! Simply replace onlinenic.php under://whmcs/modules/registrars/onlinenic<br><br>Regards,<br>Jesse<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | 2017-10-06<br>12:56:49 |
| | | |
| RYX-173633 | Apply IDShield error | |
| admin@sprinthost.ru | When we apply IDShield for sarder-tour.com domain we get error: | |