# EXHIBIT G

| | | |
|---|---|---|
| AWF-210074 | Add credit via Wire Transfer on February 26th, 2020 | |
| iczcorporaz@gmail.com | i'm already make a payment via wire transfer<br>amount 10,000 USD<br>on February 26th, 2020<br>as you can see attachment<br>please add to my credit<br><br>my account id 550388 | 2020-02-28 13:39:12 |
| iczcorporaz@gmail.com | attachtment | 2020-02-28 13:42:59 |
| iczcorporaz@gmail.com | attachment | 2020-02-28 13:44:51 |
| 1043037696@qq.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>The fund has been added to your account.<br><br>Should you have any problem, please feel free to contact us.<br><br>***Special Offering***<br><br>1. High Performance, Secure and Elastic OnlineNIC Public Cloud!<br>Get 3-Month Free Trail here: https://www.onlinenic.com/cp_english/cloud/cloud_server.php<br><br>2. Rapid SSL as low as $9/yr, Positive SSL as low as $3.5/yr, Positive Wildcard as low as $32.5/yr!<br>More SSL promo: https://onlinenic.com/en/News/newsinfo/2739.html<br><br>3. Reseller Hosting Saving up to 33%, buy 2 year give 1 year!<br>https://www.onlinenic.com/en/Host/index/58.html<br><br>4. API Now Supports Whois Verification<br>Download Link: https://onlinenic.com/cp_english/template_api/download.php?f=Onlinenic_API_v4.0_Reseller_Guide.pdf<br><br>Regards,<br><br>Tony<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2020-02-29 01:07:06 |
| | | |
| QPK-460784 | Add credit via Wire Transfer on November 6st, 2019 | |
| iczcorporaz@gmail.com | i'm already make a payment via wire transfer<br>amount 10,000 USD<br>on November 6th, 2019<br>as you can see attachment<br>please add to my credit<br><br>my account id 550388 | 2019-11-08 05:46:31 |
| iczcorporaz@gmail.com | any update? | 2019-11-12 05:03:16 |
| 1043037696@qq.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Sorry for the delay.<br><br>The payment has been added to your account.<br><br>---<br>OnlineNIC now provides high speed, stable, safety and elastic computing services! Get your 3-Month Free ECS before out of<br><br>Should you have any problem, please feel free to contact us.<br><br>***Special Offering***<br>1. Rapid SSL as low as $16/yr , Geotrust True BusinessID with EV as low as $145/yr! More SSL promo: https://onlinenic.com/e<br>2. Reseller Hosting Packages! Join us: https://www.onlinenic.com/en/Host/index/58.html<br>3. Website Builder as low as $5/month! Refer to: https://onlinenic.com/en/Website/<br>4. Robust Modules for WHMCS, find out more: https://www.onlinenic.com/en/Module/index/17.html<br><br>Regards,<br><br>Tony<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2019-11-12 08:10:01 |
| henry@onlinenic.com | Dear Partner, | 2019-11-08 09:48:38 |

| | | |
|---|---|---|
| | Thanks for contacting OnlineNIC!<br><br>Please be informed that we have forwarded the issue to the relevant financial department. Once there is any news, we will k<br><br>Should you have any other questions, please feel free to contact us.<br><br>***Special Offering***<br>1. Rapid SSL as low as $8/yr , Geotrust True BusinessID with EV as low as $145/yr! More SSL promo: https://onlinenic.com/en<br>2. Reseller Hosting Packages! Join us: https://www.onlinenic.com/en/Host/index/58.html<br>3. Website Builder as low as $5/month! Refer to: https://onlinenic.com/en/Website/<br>4. Robust Modules for WHMCS, find out more: https://www.onlinenic.com/en/Module/index/17.html<br>5. OnlineNIC now provides high speed, stable, safety and elastic computing services! Get your 3-Month Free ECS before ou<br><br>Regards,<br><br>Henry<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | |
| | | |
| GXM-627464 | Add credit via Wire Transfer on October 1st, 2019 | |
| iczcorporaz@gmail.com | i'm already make a payment via wire transfer<br>amount 27,000 USD<br>on October 1st , 2019<br>as you can see attachment<br>please add to my credit<br><br>my account id 550388 | 2019-10-04<br>19:23:26 |
| iczcorporaz@gmail.com | any update ? | 2019-10-06<br>15:38:02 |
| 1043037696@qq.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be informed that the payment has been added to your account on 2019-10-03. Kindly check it at your end.<br><br>The technicians are in midst of resolving the problem with https://www.onlinenic.com/. Sorry for the inconvenience. Kindly<br><br>---<br>OnlineNIC now provides high speed, stable, safety and elastic computing services! Get your 3-Month Free ECS before out of<br><br>Should you have any problem, please feel free to contact us.<br><br>***Special Offering***<br>1. Rapid SSL as low as $8/yr , Geotrust True BusinessID with EV as low as $145/yr! More SSL promo: https://onlinenic.com/en<br>2. Reseller Hosting Packages! Join us: https://www.onlinenic.com/en/Host/index/58.html<br>3. Website Builder as low as $5/month! Refer to: https://onlinenic.com/en/Website/<br>4. Robust Modules for WHMCS, find out more: https://www.onlinenic.com/en/Module/index/17.html<br><br>Regards,<br><br>Tony<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2019-10-06<br>15:44:04 |
| henry@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be informed that we have forwarded the issue to the relevant financial department. Once there is any news, we will k<br><br>Should you have any other questions, please feel free to contact us.<br><br>***Special Offering***<br>1. Rapid SSL as low as $8/yr , Geotrust True BusinessID with EV as low as $145/yr! More SSL promo: https://onlinenic.com/en<br>2. Reseller Hosting Packages! Join us: https://www.onlinenic.com/en/Host/index/58.html<br>3. Website Builder as low as $5/month! Refer to: https://onlinenic.com/en/Website/<br>4. Robust Modules for WHMCS, find out more: https://www.onlinenic.com/en/Module/index/17.html<br><br>Regards,<br><br>Henry<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2019-10-04<br>23:15:08 |
| | | |
| GQU-684889 | Cannot update whois of domain threemonthonchurch.org | |
| iczcorporaz@gmail.com | Please fill whois follow this data | 2019-10-16<br>16:49:45 |

|  |  |  |
|---|---|---|
|  | ```
First Name       Varaphong
Last Name        Thongkumsai
Company Name     N/A
Email Address    v.thongkumsai@gmail.com
Address 1        2993 Sukhonthawit Rd.
Address 2        Talad
City             Kratoomban
State/Region     Samutsakorn
Postcode         74110
Country TH - Thailand
Phone Number     +66.811575576
``` |  |
|  |  |  |
| ZWS-464611 | Cannot update whois of domain threemonthonchurch.org |  |
| iczcorporaz@gmail.com | ```
Please fill whois follow this data

First Name       Varaphong
Last Name        Thongkumsai
Company Name     N/A
Email Address    v.thongkumsai@gmail.com
Address 1        2993 Sukhonthawit Rd.
Address 2        Talad
City             Kratoomban
State/Region     Samutsakorn
Postcode         74110
Country TH - Thailand
Phone Number     +66.811575576
``` | 2019-10-16 16:49:46 |
| iczcorporaz@gmail.com | yes enable transfer lock | 2019-10-17 19:50:14 |
| henry@onlinenic.com | ```
Dear Partner,

Thanks for contacting OnlineNIC!

Before we help update for you. Please confirm with us if you would like to enable 60-day transfer lock, once enable the dom

Should you have any other questions, please feel free to contact us.

***Special Offering***
1. Rapid SSL as low as $8/yr , Geotrust True BusinessID with EV as low as $145/yr! More SSL promo: https://onlinenic.com/en
2. Reseller Hosting Packages! Join us: https://www.onlinenic.com/en/Host/index/58.html
3. Website Builder as low as $5/month! Refer to: https://onlinenic.com/en/Website/
4. Robust Modules for WHMCS, find out more: https://www.onlinenic.com/en/Module/index/17.html

Regards,

Henry
OnlineNIC Customer Support
Live Chat: https://www.onlinenic.com/en/Reseller/join.html
Connect with us:
Facebook: https://www.facebook.com/OnlineNICHelp
Twitter: https://twitter.com/OnlineNICHelp
``` | 2019-10-16 17:17:41 |
| Jensen@onlinenic.com | ```
Dear Partner,

This is Jensen from OnlineNIC!

WHOIS information updated.

Your understanding and cooperation will be highly appreciated.

Should you have any other questions, please feel free to contact us.

****Special Offering****
1. Rapid SSL as low as $6/yr , Geotrust True BusinessID with EV as low as $145/yr
2. Reseller Hosting packages: Join us now!  Details: http://onlinenic.com/reseller-hosting/
3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/website-builder/
4. Robust Modules for WHMCS, find out more: https://www.onlinenic.com/en/Module/index/17.html



Regards,
Jensen
OnlineNIC Customer Support
Live Chat: https://www.onlinenic.com/en/Reseller/join.html
Connect with us:
Facebook: https://www.facebook.com/OnlineNICHelp
Twitter: https://twitter.com/OnlineNICHelp
``` | 2019-10-18 09:08:06 |
|  |  |  |
| KMQ-216785 | List of 1,999 Domains for bulk registration |  |
| iczcorporaz@gmail.com | ```
here is CSV file of 1,999 DOmains for you
to make bulk registration
this file contains
domainname
ns1 and ns2
please use my contact id name Fay
my user id is 550388
``` | 2019-10-06 16:46:32 |

| | | |
|---|---|---|
| iczcorporaz@gmail.com | i have modify domain name that already taken<br>please do bulk registration | 2019-10-14<br>15:46:24 |
| iczcorporaz@gmail.com | please recheck NS server because it not correct | 2019-10-14<br>15:59:37 |
| iczcorporaz@gmail.com | here is CSV file of DOmains for you<br>to make bulk registration<br>this file contains<br>domainname<br>ns1 and ns2<br>please use my contact id name Fay<br>my user id is 550388 | 2019-10-15<br>15:26:49 |
| iczcorporaz@gmail.com | any update? | 2019-10-16<br>16:48:23 |
| iczcorporaz@gmail.com | how do we resolved this problem because my clients needed? | 2019-10-17<br>19:44:13 |
| 1043037696@qq.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be informed that we have forwarded to the relevant staff. Once there is any news, we will keep you informed without<br><br>---<br>OnlineNIC now provides high speed, stable, safety and elastic computing services! ⯈Get your 3-Month Free ECS before out of<br><br>Should you have any problem, please feel free to contact us.<br><br>***Special Offering***<br>1. Rapid SSL as low as $8/yr , Geotrust True BusinessID with EV as low as $145/yr! More SSL promo: https://onlinenic.com/en<br>2. Reseller Hosting Packages! Join us: https://www.onlinenic.com/en/Host/index/58.html<br>3. Website Builder as low as $5/month! Refer to: https://onlinenic.com/en/Website/<br>4. Robust Modules for WHMCS, find out more: https://www.onlinenic.com/en/Module/index/17.html<br><br>Regards,<br><br>Tony<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2019-10-06<br>23:31:17 |
| henry@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>You can change the NS in your control panel,<br><br>Should you have any other questions, please feel free to contact us.<br><br>***Special Offering***<br>1. Rapid SSL as low as $8/yr , Geotrust True BusinessID with EV as low as $145/yr! More SSL promo: https://onlinenic.com/en<br>2. Reseller Hosting Packages! Join us: https://www.onlinenic.com/en/Host/index/58.html<br>3. Website Builder as low as $5/month! Refer to: https://onlinenic.com/en/Website/<br>4. Robust Modules for WHMCS, find out more: https://www.onlinenic.com/en/Module/index/17.html<br><br>Regards,<br><br>Henry<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2019-10-14<br>17:20:20 |
| henry@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be noted that we have forwarded  your request to our relevant staff, once there is any reply we will inform you with<br><br>Should you have any other questions, please feel free to contact us.<br><br>***Special Offering***<br>1. Rapid SSL as low as $8/yr , Geotrust True BusinessID with EV as low as $145/yr! More SSL promo: https://onlinenic.com/en<br>2. Reseller Hosting Packages! Join us: https://www.onlinenic.com/en/Host/index/58.html<br>3. Website Builder as low as $5/month! Refer to: https://onlinenic.com/en/Website/<br>4. Robust Modules for WHMCS, find out more: https://www.onlinenic.com/en/Module/index/17.html<br><br>Regards,<br><br>Henry<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us: | 2019-10-15<br>17:08:52 |

| | | |
|---|---|---|
| | Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | |
| henry@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Asian suffixed domain names have registration restrictions and cannot be registered in bulk.<br><br>Should you have any other questions, please feel free to contact us.<br><br>***Special Offering***<br>1. Rapid SSL as low as $8/yr , Geotrust True BusinessID with EV as low as $145/yr! More SSL promo: https://onlinenic.com/en<br>2. Reseller Hosting Packages! Join us: https://www.onlinenic.com/en/Host/index/58.html<br>3. Website Builder as low as $5/month! Refer to: https://onlinenic.com/en/Website/<br>4. Robust Modules for WHMCS, find out more: https://www.onlinenic.com/en/Module/index/17.html<br><br>Regards,<br><br>Henry<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2019-10-16 17:13:35 |
| Jensen@onlinenic.com | Dear Partner,<br><br>This is Jensen from OnlineNIC!<br><br>Currently our bulk registration system can not make different name servers, should we help register the domain first and ch<br><br>Your understanding and cooperation will be highly appreciated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Rapid SSL as low as $6/yr , Geotrust True BusinessID with EV as low as $145/yr<br>2. Reseller Hosting packages: Join us now! Details: http://onlinenic.com/reseller-hosting/<br>3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/webSite-Builder/<br>4. Robust Modules for WHMCS, find out more: https://www.onlinenic.com/en/Module/index/17.html<br><br><br>Regards,<br>Jensen<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2019-10-08 08:42:44 |
| Jensen@onlinenic.com | Dear Partner,<br><br>This is Jensen from OnlineNIC!<br><br>Kindly inform you that your bulk registration request has been completed, below domains have been taken which we can not he<br><br>sagame25.com<br>sagame86.com<br>sagame96.com<br>ufabet6.com<br>ufabet7.com<br>ufabet8.com<br>ufabet9.com<br>ufabet11.com<br>ufabet22.com<br>ufabet23.com<br>ufabet33.com<br>ufabet36.com<br>ufabet44.com<br>ufabet79.com<br>ufabet89.com<br>ufabet98.com<br>ufabet111.com<br>ufa17.com<br>ufa21.com<br>ufa23.net<br>ufa26.com<br>ufa27.com<br>ufa54.com<br>ufa64.com<br>ufa80.com<br>ufa87.com<br>ufa159.com<br>ufa186.com<br>ufa196.com<br>ufa224.com<br>sagame357.com<br>ufa265.net<br>ufa279.com<br>ufa368.com<br>ufabet678.com | 2019-10-09 06:34:42 |

| | | |
|---|---|---|
| | ufabet711.com<br>ufa515.com<br>ufa555.net<br>ufa600.com<br>ufa595.net<br>ufa639.com<br>ufa696.com<br>ufa678.net<br>ufa718.com<br><br>Your understanding and cooperation will be highly appreciated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Rapid SSL as low as $6/yr , Geotrust True BusinessID with EV as low as $145/yr<br>2. Reseller Hosting packages: Join us now!  Details: http://onlinenic.com/reseller-hosting/<br>3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/website_builder/<br>4. Robust Modules for WHMCS, find out more: https://www.onlinenic.com/en/Module/index/17.html<br><br><br>Regards,<br>Jensen<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | |
| Jensen@onlinenic.com | Dear Partner,<br><br>This is Jensen from OnlineNIC!<br><br>Please register .asia domains via your account panel, you can bulk register 5 .asia domains in 1 time.<br><br>Your understanding and cooperation will be highly appreciated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Rapid SSL as low as $6/yr , Geotrust True BusinessID with EV as low as $145/yr<br>2. Reseller Hosting packages: Join us now!  Details: http://onlinenic.com/reseller-hosting/<br>3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/website_builder/<br>4. Robust Modules for WHMCS, find out more: https://www.onlinenic.com/en/Module/index/17.html<br><br><br>Regards,<br>Jensen<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2019-10-18<br>06:03:48 |
| | | |
| CBH-973519 | List of 999 Domains for bulk registration | |
| iczcorporaz@gmail.com | here is CSV file of 999 DOmains .com for you<br>to make bulk registration<br>this file contains<br>domainname<br>ns1 and ns2<br>please use my contact id name 999luk<br>my user id is 550388 | 2019-09-27<br>16:51:06 |
| jack@onlinenic.com | Dear Partner,<br><br>This is Jack from OnlineNIC!<br><br>Domain registration succ, we will update DNS later.<br><br>Should you have any other questions, please feel free to contact us.<br><br>***Special Offering***<br>1. Rapid SSL as low as $8/yr , Geotrust True BusinessID with EV as low as $145/yr! More SSL promo: https://onlinenic.com/en<br>2. Reseller Hosting Packages! Join us: https://www.onlinenic.com/en/Host/index/58.html<br>3. Website Builder as low as $5/month! Refer to: https://onlinenic.com/en/Website/<br>4. Robust Modules for WHMCS, find out more: https://www.onlinenic.com/en/Module/index/17.html<br><br>Regards,<br><br>Jack<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2019-09-27<br>18:00:59 |
| jack@onlinenic.com | Dear Partner, | 2019-09-28 |

| | | |
|---|---|---|
| | This is Jack from OnlineNIC!<br><br>It is done.<br><br>Please check it and let us know if there is any problem.<br><br>Should you have any other questions, please feel free to contact us.<br><br>***Special Offering***<br>1. Rapid SSL as low as $8/yr , Geotrust True BusinessID with EV as low as $145/yr! More SSL promo: https://onlinenic.com/en<br>2. Reseller Hosting Packages! Join us: https://www.onlinenic.com/en/Host/index/58.html<br>3. Website Builder as low as $5/month! Refer to: https://onlinenic.com/en/Website/<br>4. Robust Modules for WHMCS, find out more: https://www.onlinenic.com/en/Module/index/17.html<br><br>Regards,<br><br>Jack<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 13:57:32 |
| BEY-490894 | List of 999 Domains for bulk registration | |
| iczcorporaz@gmail.com | here is CSV file of 999 DOmains for you<br>to make bulk registration<br>this file contains<br>domainname<br>ns1 and ns2<br>please use my contact id name sagame<br>my user id is 550388 | 2019-10-06<br>16:44:55 |
| iczcorporaz@gmail.com | i have modify domain name that already taken<br>please do bulk registration | 2019-10-14<br>15:46:52 |
| iczcorporaz@gmail.com | here is CSV file of DOmains for you<br>to make bulk registration<br>this file contains<br>domainname<br>ns1 and ns2<br>please use my contact id name sagame<br>my user id is 550388 | 2019-10-15<br>15:27:22 |
| 1043037696@qq.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be informed that we have forwarded to the relevant staff. Once there is any news, we will keep you informed without<br>---<br>OnlineNIC now provides high speed, stable, safety and elastic computing services! Get your 3-Month Free ECS before out of<br><br>Should you have any problem, please feel free to contact us.<br><br>***Special Offering***<br>1. Rapid SSL as low as $8/yr , Geotrust True BusinessID with EV as low as $145/yr! More SSL promo: https://onlinenic.com/en<br>2. Reseller Hosting Packages! Join us: https://www.onlinenic.com/en/Host/index/58.html<br>3. Website Builder as low as $5/month! Refer to: https://onlinenic.com/en/Website/<br>4. Robust Modules for WHMCS, find out more: https://www.onlinenic.com/en/Module/index/17.html<br><br>Regards,<br><br>Tony<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2019-10-06<br>23:25:09 |
| henry@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please also provide the contact ID.<br><br>Should you have any other questions, please feel free to contact us.<br><br>***Special Offering***<br>1. Rapid SSL as low as $8/yr , Geotrust True BusinessID with EV as low as $145/yr! More SSL promo: https://onlinenic.com/en<br>2. Reseller Hosting Packages! Join us: https://www.onlinenic.com/en/Host/index/58.html<br>3. Website Builder as low as $5/month! Refer to: https://onlinenic.com/en/Website/<br>4. Robust Modules for WHMCS, find out more: https://www.onlinenic.com/en/Module/index/17.html<br><br>Regards,<br><br>Henry<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us: | 2019-10-14<br>17:21:19 |

| | | |
|---|---|---|
| | Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | |
| henry@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Domain Registration Successfully.<br><br>Should you have any other questions, please feel free to contact us.<br><br>\*\*\*Special Offering\*\*\*<br>1. Rapid SSL as low as $8/yr , Geotrust True BusinessID with EV as low as $145/yr! More SSL promo: https://onlinenic.com/en<br>2. Reseller Hosting Packages! Join us: https://www.onlinenic.com/en/Host/index/58.html<br>3. Website Builder as low as $5/month! Refer to: https://onlinenic.com/en/Website/<br>4. Robust Modules for WHMCS, find out more: https://www.onlinenic.com/en/Module/index/17.html<br><br>Regards,<br><br>Henry<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2019-10-15 17:15:10 |
| | | |
| JHX-632060 | Notice on IDN Domain Registration | |
| iczcorporaz@gmail.com | Dear Tanannop ,<br><br>This is Steven from OnlineNIC Customer Service!<br><br>I am writing to keep you informed that the IDN Domain Registration Issue has been resolved. You may register IDN Domains vi<br><br>Meanwhile, please be noted that the domains below are not available since they had been registered via other registrar.<br><br>============================================================<br>   Domain Name: XN--O3CEA9A0BCFD0DE3MF4HG8CHC.COM<br>   Registrar: TUCOWS DOMAINS INC.<br>   Sponsoring Registrar IANA ID: 69<br>   Whois Server: whois.tucows.com<br>   Referral URL: http://www.tucowsdomains.com<br>   Name Server: LILY.NS.CLOUDFLARE.COM<br>   Name Server: PETE.NS.CLOUDFLARE.COM<br>   Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited<br>   Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited<br><br>   Domain Name: XN--Q3CAPKHF9GGF7TRB.COM<br>   Registrar: TUCOWS DOMAINS INC.<br>   Sponsoring Registrar IANA ID: 69<br>   Whois Server: whois.tucows.com<br>   Referral URL: http://www.tucowsdomains.com<br>   Name Server: LILY.NS.CLOUDFLARE.COM<br>   Name Server: PETE.NS.CLOUDFLARE.COM<br>   Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited<br>   Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited<br>============================================================<br>Thanks for your kind patience and cooperation.<br><br>Should you have any question, please feel free to contact us.<br><br>\*\*\*\*Special Offering\*\*\*\*<br>1. Comodo SSL starts at $6.99/year only!<br>2. Reseller Hosting packages: Join us now!  Details: http://onlinenic.com/reseller-hosting/<br>3. Mailchat is more than an Email APP, Get it on OnlineNIC now: http://www.onlinenic.com/mailchat/<br><br>Sincerely,<br><br>Steven<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | 2015-09-02 04:25:26 |
| | | |
| RQY-743349 | Offline Survey from the Reseller Support queue on livechat.onlinenic.com - 9/18/2018 6:06:23 PM (9/18/2018 10:06:23 AM - GMT) | |
| iczcorporaz@gmail.com | **Offline Survey**<br><br>**Your Name:**<br>   Tanannop<br><br>**Company:**<br>   COOP NIX Company<br><br>**Email Address:**<br>   iczcorporaz@gmail.com | 2018-09-18 10:10:01 |

| | | |
|---|---|---|
| | **Subject:**<br>    credit from paypal not append<br><br>**Message:**<br>    credit from paypal not append<br>    my paypal email iczcorp_cs07@hotmail.com<br>    transaction id : 8D424171NJ945062U | |
| denis@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>The payment of $200 has been added to your account.<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Comodo SSL starts at $7.9/year only!<br>2. Reseller Hosting packages: Join us now!  Details: http://onlinenic.com/reseller-hosting/<br>3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/website_builder/<br>4. OnlineNIC Domain Module is ready for WHMCS 7! Simply replace onlinenic.php under://whmcs/modules/registrars/onlinenic<br><br>Regards,<br>Denis<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | 2018-09-18 12:48:22 |
| | | |
| LJQ-164526 | Refund auto renew ID Shield | |
| iczcorporaz@gmail.com | please refund auto renew ID Shield<br>because all of this domain I don't want to renew next year<br><br>www-faecbook.com<br>www-iine.com<br>www-i5.com<br>web-iine.com<br>web-i5.com<br>twitter-newstv.com<br>singin-iine.com<br>mobile-iine.com<br>me-iine.com<br>login-iine.com<br>login-i5.com<br>line-savepass.com<br>line-newstv.com<br>hii5-savepass.com<br>hi5-newstv.com<br>www-tvviter.com<br>www-lnstargrarn.com<br>faecb00k-page.com<br>www-fd.com<br>faecbook-page.com<br>www-lnstargram.com<br>fb-newstv.com<br>fb-savepass.com<br>ig-newstv.com<br>ig-savepass.com<br>login-fd.com<br>login-ig.com<br>login-tvviter.com<br>m-faecb00k.com<br>m-faecbook.com<br>tw-savepass.com<br>web-faecb00k.com<br>web-faecbook.com<br>web-lnstargrarn.com<br>web-tvviter.com<br>www-faecb00k.com | 2020-01-23 03:07:59 |
| iczcorporaz@gmail.com | Hello, my customer number is 550388 after receiving an email informing me that ID Shield service has been renewed, But these | 2020-01-30 16:13:35 |
| iczcorporaz@gmail.com | any update | 2020-02-28 13:30:58 |
| 1043037696@qq.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be informed that we have forwarded the issue to the relevant staff. Once there is any news, we will keep you informe<br><br>Should you have any problem, please feel free to contact us.<br><br>***Special Offering***<br><br>1. High Performance, Secure and Elastic OnlineNIC Public Cloud!<br>Get 3-Month Free Trail here: https://www.onlinenic.com/cp_english/cloud/cloud_server.php<br><br>2. Rapid SSL as low as $9/yr, Positive SSL as low as $3.5/yr, Positive Wildcard as low as $32.5/yr!<br>More SSL promo: https://onlinenic.com/en/News/newsinfo/2739.html | 2020-01-30 16:20:36 |

| | | |
|---|---|---|
| | 3. Reseller Hosting Saving up to 33%, buy 2 year give 1 year!<br>https://www.onlinenic.com/en/Host/index/58.html<br><br>4. API Now Supports Whois Verification<br>Download Link: https://onlinenic.com/cp_english/template_api/download.php?f=Onlinenic_API_v4.0_Reseller_Guide.pdf<br><br>Regards,<br><br>Tony<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp<br><br>Tanannop Juntima Posted on: 23 Jan 2020 11:07 AM<br>==============================================================<br>please refund auto renew ID Shield<br>because all of this domain I don't want to renew next year<br><br>www-faecbook.com<br>www-iine.com<br>www-i5.com<br>web-iine.com<br>web-i5.com<br>twitter-newstv.com<br>singin-iine.com<br>mobile-iine.com<br>me-iine.com<br>login-iine.com<br>login-i5.com<br>line-savepass.com<br>line-newstv.com<br>hii5-savepass.com<br>hi5-newstv.com<br>www-tvviter.com<br>www-lnstargrarn.com<br>faecb00k-page.com<br>www-fd.com<br>faecbook-page.com<br>www-lnstargram.com<br>fb-newstv.com<br>fb-savepass.com<br>ig-newstv.com<br>ig-savepass.com<br>login-fd.com<br>login-ig.com<br>login-tvviter.com<br>m-faecb00k.com<br>m-faecbook.com<br>tw-savepass.com<br>web-faecb00k.com<br>web-faecbook.com<br>web-lnstargrarn.com<br>web-tvviter.com<br>www-faecb00k.com<br><br><br>Tanannop Juntima Posted on: 31 Jan 2020 12:13 AM<br>==============================================================<br>Hello, my customer number is 550388 after receiving an email informing me that ID Shield service has been renewed But these | |
| jack@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>The id shield service of the mentioned domains have been refunded.<br><br>Should you have any other questions, please feel free to contact us.<br><br>***Special Offering***<br>1. High Performance, Secure and Elastic OnlineNIC Public Cloud! Get 3-Month Free Trail here: https://www.onlinenic.com/cp<br>2. Rapid SSL as low as $9/yr, Positive SSL as low as $3.5/yr, Positive Wildcard as low as $32.5/yr! More SSL here: https:/<br>3. Reseller Hosting Saving up to 33%, buy 2 year give 1 year! https://www.onlinenic.com/en/Host/index/58.html<br>4. API Now Supports Whois Verification, Download Link:https://onlinenic.com/cp_english/template_api/download.php?f=Onlineni<br><br>Regards,<br><br>Jack<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2020-03-12<br>11:12:04 |
| | | |
| XNW-613828 | the transfer of domain sakaeofm89.com | |
| iczcorporaz@gmail.com | This is a AUTH-CODE of sakaeofm89.com<br><br>Auth code: RXB2Sh8c0h | 2008-11-12<br>07:10:36 |

| | | |
|---|---|---|
| | Domain: sakaeofm89.com<br><br>Please, let me know if process succeed.<br><br>Best reguard,<br>550388<br><br><br>2008/11/12, OnlineNIC CS-AP :<br>><br>> Dear Valued Partner,<br>><br>> This is Sue from OnlineNIC Customer Service.<br>><br>> It's noticed that you had initiated the transfer process of the domain<br>> sakaeofm89.com.Due to some unknown reason,our system can not catch the whois<br>> info of the domain.Thus,the transfer confirmation mail can not be sent<br>> successfully to the domain registant's mail box.<br>><br>> If you agree,you can authorize us to push though the transfer manually for<br>> you here by providing us the auth-code of the domain.Then we can do the<br>> needful help here.<br>><br>><br>><br>><br>> Should you have any other questions, please feel free to contact us.<br>><br>> Sincerely,<br>><br>><br>><br>> Sue<br>><br>> Customer Care AP/EU/US Division<br>><br>><br>><br>> Welcome to our new support center: http://support.onlinenic.com/<br>><br>><br>><br>> Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm<br>><br>><br>><br>><br><br>-- | |
| iczcorporaz@gmail.com | Dear Valued Partner,<br><br>This is Sue from OnlineNIC Customer Service.<br><br>It's noticed that you had initiated the transfer process of the domain sakaeofm89.com.Due to some unknown reason,our system<br><br>If you agree,you can authorize us to push though the transfer manually for you here by providing us the auth-code of the do<br><br><br>Should you have any other questions, please feel free to contact us.<br><br>Sincerely,<br><br><br>Sue<br><br>Customer Care AP/EU/US Division<br><br><br>Welcome to our new support center: http://support.onlinenic.com/<br><br><br>Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm | 2008-11-12 05:51:32 |
| sue@onlinenic.com | Dear Valued Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>The transfer process of the domain sakaeofm89.com has been pushed though here upon to your request.It means the transfer wi<br><br>Should you have any other questions, please feel free to contact us.<br><br>Sincerely, | 2008-11-12 07:36:33 |

| | | |
|---|---|---|
| | Sue<br><br>Customer Care AP/EU/US Division<br><br>Welcome to our new support center: http://support.onlinenic.com/<br><br>Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm | |
| IGI-846795 | WHMCS have problem with .ASIA | |
| iczcorporaz@gmail.com | i got this error<br>REQUEST<br><br>                                        905<br>                                        ufa2.asia<br>                                        1<br>                                        ns1.bitmaxim.net<br>                                        ns2.bitmaxim.net<br><br>                                        oln23001255<br>                                        oln23001257<br>                                        oln23001257<br>                                        oln23001257<br>                                        856vnfGSQ/)^<br><br>                     7c3bb69daa5458933225<br>                     97859a73e24ba2e00a1f1920a3f51525<br><br>Respond<br><br><br>  Required Parameter missing<br>  ced<br><br><br>  7c3bb69daa5458933225<br>  7c3bb69daa5458933225-OLNIC-SRV<br><br>  3bd5b52aedbc13c657f54751d366ce1a | 2019-09-24 15:14:10 |
| iczcorporaz@gmail.com | any update | 2019-09-27 14:33:37 |
| jack@onlinenic.com | Dear Partner,<br><br>This is Jack from OnlineNIC!<br><br>Thank you for your feedback, we have forwarded this issue to relevant staff now. Will keep you informed once we get the re<br><br>Should you have any other questions, please feel free to contact us.<br><br>***Special Offering***<br>1. Rapid SSL as low as $8/yr , Geotrust True BusinessID with EV as low as $145/yr! More SSL promo: https://onlinenic.com/en<br>2. Reseller Hosting Packages! Join us: https://www.onlinenic.com/en/Host/index/58.html<br>3. Website Builder as low as $5/month! Refer to: https://onlinenic.com/en/Website/<br>4. Robust Modules for WHMCS, find out more: https://www.onlinenic.com/en/Module/index/17.html<br><br>Regards,<br><br>Jack<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2019-09-24 15:45:34 |
| jack@onlinenic.com | Dear Partner,<br><br>This is Jack from OnlineNIC! | 2019-09-27 15:38:22 |

|  |  |  |
|---|---|---|
|  | Sorry for the delay, we have urged the relevant staff check this issue as soon as possible.<br><br>Should you have any other questions, please feel free to contact us.<br><br>***Special Offering***<br>1. Rapid SSL as low as $8/yr , Geotrust True BusinessID with EV as low as $145/yr! More SSL promo: https://onlinenic.com/en<br>2. Reseller Hosting Packages! Join us: https://www.onlinenic.com/en/Host/index/58.html<br>3. Website Builder as low as $5/month! Refer to: https://onlinenic.com/en/Website/<br>4. Robust Modules for WHMCS, find out more: https://www.onlinenic.com/en/Module/index/17.html<br><br>Regards,<br><br>Jack<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp |  |
| PHH-860911 | WHMCS have problem with IDN Domain |  |
| iczcorporaz@gmail.com | according to attachments<br>when i used version 6.3.1 it still worked<br>but after i upgrade to version 7 it not working<br>i cannot register new domain<br>cannot edit ns , view ns<br><br>it happened with every IDN Domain on my WHMCS | 2019-09-19 14:58:50 |
| iczcorporaz@gmail.com | any update? | 2019-09-27 14:33:12 |
| henry@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>We have already follow issue to the relevant technical department. We will inform you as soon as possible, please be patien<br><br>Should you have any other questions, please feel free to contact us.<br><br>***Special Offering***<br>1. Rapid SSL as low as $8/yr , Geotrust True BusinessID with EV as low as $145/yr! More SSL promo: https://onlinenic.com/en<br>2. Reseller Hosting Packages! Join us: https://www.onlinenic.com/en/Host/index/58.html<br>3. Website Builder as low as $5/month! Refer to: https://onlinenic.com/en/Website/<br>4. Robust Modules for WHMCS, find out more: https://www.onlinenic.com/en/Module/index/17.html<br><br>Regards,<br><br>Henry<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2019-09-19 17:14:11 |
| jack@onlinenic.com | Dear Partner,<br><br>This is Jack from OnlineNIC!<br><br>Sorry for the delay, we have urged the relevant staff check this issue as soon as possible.<br><br>Should you have any other questions, please feel free to contact us.<br><br>***Special Offering***<br>1. Rapid SSL as low as $8/yr , Geotrust True BusinessID with EV as low as $145/yr! More SSL promo: https://onlinenic.com/en<br>2. Reseller Hosting Packages! Join us: https://www.onlinenic.com/en/Host/index/58.html<br>3. Website Builder as low as $5/month! Refer to: https://onlinenic.com/en/Website/<br>4. Robust Modules for WHMCS, find out more: https://www.onlinenic.com/en/Module/index/17.html<br><br>Regards,<br><br>Jack<br>OnlineNIC Customer Support<br>Live Chat: https://www.onlinenic.com/en/Reseller/join.html<br>Connect with us:<br>Facebook: https://www.facebook.com/OnlineNICHelp<br>Twitter: https://twitter.com/OnlineNICHelp | 2019-09-27 15:37:48 |
| BMZ-419785 | Wrong domain registration |  |
| iczcorporaz@gmail.com | xn--7sq47laaa5a892ix7ehpj6uzmqkb41a3ge7g675f.com<br>this domain is not correct please delete and refund | 2019-07-01 10:18:42 |
| denis@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>The domain xn--7sq47laaa5a892ix7ehpj6uzmqkb41a3ge7g675f.com has been deleted and refunded. | 2019-07-01 13:31:26 |

```
Should you have any other questions, please feel free to contact us.

****Special Offering****
1. Rapid SSL as low as $6/yr , Geotrust True BusinessID with EV as low as $145/yr
2. Reseller Hosting packages: Join us now!  Details: http://onlinenic.com/reseller-hosting/
3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/website_builder/
4. Robust Modules for WHMCS, find out more: https://www.onlinenic.com/en/Module/index/17.html

Regards,
Denis
OnlineNIC Customer Support
Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php
SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php
```