# EXHIBIT H

| | | |
|---|---|---|
| YCX-101507 | I sent you money so please check. | |
| yamaguchi.takashi8@gmail.com | Dear staffs,<br><br>Please check it.<br><br>Regards,<br>S. Goto | 2016-12-28<br>00:41:33 |
| denis@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be noted that we have forwarded this issue to our financial department and we will keep you updated without delay.<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Comodo SSL starts at $7.9/year only!<br>2. Reseller Hosting packages: Join us now!  Details: http://onlinenic.com/reseller-hosting/<br>3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/website_builder/<br><br>Regards,<br>Denis<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | 2016-12-28<br>07:55:30 |
| denis@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be noted that your payment $21,070.00 has been credited to your account. You can have a check on your end.<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Comodo SSL starts at $7.9/year only!<br>2. Reseller Hosting packages: Join us now!  Details: http://onlinenic.com/reseller-hosting/<br>3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/website_builder/<br><br>Regards,<br>Denis<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | 2016-12-28<br>10:13:59 |
| | | |
| SBG-885016 | A domain cannot be accessed. | |
| yamaguchi.takashi8@gmail.com | Hi.<br><br>A domain cannot be accessed.<br>-----<br>diziizleriz.org<br>vibramwholesale.org<br>-----<br><br>Where is a problem? | 2012-09-26<br>04:45:47 |
| johnny@onlinenic.com | Dear Kazuyuki Someya,<br><br>Thanks for contacting OnlineNIC!<br><br>There is nothing wrong with these two domain names themselves. You are suggested to contact the websites hosting service pr<br><br>-----<br>diziizleriz.org<br>vibramwholesale.org<br>-----<br><br>Should you have any problem, please do not hesitate to contact us!<br><br>***Special Offering***<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Sincerely,<br><br>Johnny<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111<br><br>> Hi.<br>><br>> A domain cannot be accessed.<br>> ----- | 2012-09-26<br>04:53:39 |

```
> diziizleriz.org
> vibramwholesale.org
> -----
>
> Where is a problem?
>
```

| RSR-152704 | About Domain Shields | |
|---|---|---|
| yamaguchi.takashi8@gmail.com | Hello<br><br>Please check Domain Shields work correctly.<br><br>I checked my domain's whois and find out my address displayed in whois although I do domain shields.<br><br>http://reports.internic.net/cgi/whois?whois_nic=kidsskigloves.org&type=domain<br><br>Would you fix it ?<br><br>Regards, | 2012-09-13 10:08:01 |
| yamaguchi.takashi8@gmail.com | Hello<br><br>I checked my domains whois and found out all of "tech" info is mine.<br><br>http://reports.internic.net/cgi/whois?whois_nic=spiritualcaregiving.org&type=domain<br><br>I'd like to hide all info about me.<br>Please check all my domains and set them ID sheild.<br><br>Regards, | 2012-09-18 12:43:21 |
| steven@onlinenic.com | Dear Kazuyuki Someya,<br><br>Thanks for contacting OnlineNIC!<br><br>We have re-initiated the ID Shield Service for this domain name here. All the contact info appearars in Whosis have been cov<br><br>http://www.who.is/whois/spiritualcaregiving.org/<br><br>Technical Contact Information:<br>Name: Domain ID Shield Service<br>Organization: Domain ID Shield Service CO., Limited<br>Address 1: Room 510-511A2 Nan Fung Tower., 173 Des Voeux Road C., Hong Kong<br>City: Hong Kong<br>State: Hong Kong<br>Zip: 999077<br>Country: CN<br>Phone: +852.21581835<br>Fax: +852.30197491<br>Email: @domainidshield.com<br><br>Should you have any question, please feel free to contact us.<br><br>***Special Offering***:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Sincerely,<br><br>Steven<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 2012-09-19 02:41:03 |
| 1043037696@qq.com | Dear Kazuyuki Someya,<br><br>Thanks for contacting OnlineNic!<br><br>Please be informed that we have forwarded the issue to our relevant staff for solution. Once there is any news, we will get<br><br>Should you have any problem, please feel free to contact us.<br><br>***Special Offering***<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Regards,<br><br>Tony<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111<br><br>Kazuyuki Someya Posted on: 13 Sep 2012 02:08 AM<br>=======================================================<br>Hello<br><br>Please check Domain Shields work correctly.<br><br>I checked my domain's whois and find out my address displayed in whois although | 2012-09-13 10:43:58 |

| | I do domain shields.<br><br>http://reports.internic.net/cgi/whois?whois_nic=kidsskigloves.org&type=domain<br><br>Would you fix it ?<br><br>Regards, | |
|---|---|---|
| 1043037696@qq.com | Dear Kazuyuki Someya,<br><br>Thanks for contacting OnlineNic!<br><br>Please be informed that the problem mentioned has been resolved. Please check on your side. Thanks.<br><br>-------------<br>Registrant Street1:Room 510-511A2 Nan Fung Tower., 173 Des Voeux Road C., Hong Kong<br>Registrant Street2:<br>Registrant Street3:<br>-------------<br><br>Should you have any problem, please feel free to contact us.<br><br>***Special Offering***<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Regards,<br><br>Tony<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 2012-09-14<br>06:40:26 |
| 1043037696@qq.com | Dear Kazuyuki Someya,<br><br>Thanks for contacting OnlineNic!<br><br>Please be informed that we have forwarded the issue about the domain SPIRITUALCAREGIVING.ORG to our concern staff for solut<br><br>Should you have any problem, please feel free to contact us.<br><br>***Special Offering***<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Regards,<br><br>Tony<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 2012-09-18<br>18:58:33 |
| PWM-689034 | About ID Shield | |
| yamaguchi.takashi8@gmail.com | Hi<br><br>Would you please make all my domains ID Shield ?<br>And Is it possible to make domains I buy ID shield automatically ?<br><br>Regards, | 2012-04-10<br>07:56:36 |
| yamaguchi.takashi8@gmail.com | Hi<br><br>Thank you very much for rapid replying !<br><br>My account is "Member ID 551607" and Full name is Misato Takahashi.<br>And domain list is attached this message.<br><br>I'm looking forward to hearing from you with a respond to this message.<br><br>Regards, | 2012-04-10<br>08:59:34 |
| yamaguchi.takashi8@gmail.com | Hello<br><br>>The problem has been forwarded to our technician to handle, we will inform you at first time<br>>if there is any result comes out<br><br>I'd like to know how long it takes to set ID shield up ?<br>Thank you for your consideration of this matter.<br><br>I'm looking forward to quick respond to this massage.<br><br>Regards, | 2012-04-13<br>06:32:40 |
| yamaguchi.takashi8@gmail.com | Hi<br><br>>Really sorry for any delay. Our technician are handling it now, there are more than 3000<br>>domain names have been applied for it. Our technicians handle fews of them in 1 day to<br>>avoid inconvence caused to other client. Really thank you for your kind understanding. We | 2012-04-16<br>04:23:20 |

|  | >will inform you at first time if all have been completed.<br><br>I see. and I appreciated it.<br><br>And I'd like to know when you finish setting up ID Sheild.<br>I have to report the progress to my boss.<br><br>Regards, |  |
|---|---|---|
| yamaguchi.takashi8@gmail.com | Hi<br><br>> Sorry for the delay. We are asking our technicians about the progress. If there is any news, we will update you at the ea<br>When do you tell me the progress ?<br>I'm sorry I'm in hurry<br>and I have to report the progress to my boss.<br><br>Regards, | 2012-04-17<br>01:11:39 |
| yamaguchi.takashi8@gmail.com | Hi<br><br>>Sorry for any delay. After checking with our technician, it still needed around 2-3 days to<br>> complete all. Really thank you for your kind patience.<br><br>I'd like to know how long you finish setting ID sheild up ?<br>Till 24 hours or 48 hours ?<br><br>I'd like you to report the progress to me everyday.<br><br>Thank you for your consideration of this matter.<br><br>Regards, | 2012-04-18<br>07:27:09 |
| yamaguchi.takashi8@gmail.com | Hi<br><br>Thank you for response and replying fast !!<br>I really appreciated it.<br><br>>The attached domain names list have been applied for ID shield. Please kindly check it.<br><br>I'm checking now, and when check is over I inform you It's OK.<br><br>> Some domain names whois is no full, some domain names can not connect to Registry,<br>> so our technician are handling it now, we will inform you at first time after all have be<br>> completed.<br><br>How many domains is not applied ID shield ?<br>I have to know the number of domains because of my boss needing.<br>Please let me know that.<br><br>>Please kindly conside to send us the domain names list which need to applied for ID<br>> Shield timely such as 1 time in 1 month, then we can handle it for you in earlist time.<br><br>It's OK.<br>Next month, I may ask you to apply domain ID shield.<br><br>Regards, | 2012-04-23<br>04:30:14 |
| yamaguchi.takashi8@gmail.com | Hi<br><br>Would you please make all my domains ID Shield this month  ?<br>I attached txt file my domain is written in.<br><br>Looking forward to quick response to this message !<br><br>Warm Regards, | 2012-09-14<br>10:15:21 |
| yamaguchi.takashi8@gmail.com | Hello<br><br>I checked my domains whois and found out all of "tech" info is mine.<br><br>http://reports.internic.net/cgi/whois?whois_nic=spiritualcaregiving.org&type=domain<br><br>I'd like to hide all info about me.<br>Please check all my domains and set them ID sheild.<br><br>Regards, | 2012-09-18<br>11:31:18 |
| yamaguchi.takashi8@gmail.com | Hello<br><br>I'm sorry for mistake that I wrote down for "RSR-152704: About Domain Shields" in spite of answering your response in "Post<br><br>I correctly answer your response in following message.<br><br>> We checked some of the domains in your attached list, please check the below URLS. The domains are all under ID Shield se<br>> Can you just provide the list of your newly registered domains that are not under ID Shield service?<br><br>No. I don't know which domains are under ID Shield service.<br>I'm really sorry that All I can do is to hand in my domainlist. | 2012-09-18<br>12:50:27 |

| | Would you please check all domains and set naked domains under ID Shield service<br><br>Regards, | |
|---|---|---|
| yamaguchi.takashi8@gmail.com | Hello<br><br>I have difficult in providing no ID sheild domains to you because I cannot download CSV file of all domains under ID sheild<br><br>Would you please tell me how to provide you all list ?<br><br>Regards, | 2012-09-19<br>01:34:47 |
| yamaguchi.takashi8@gmail.com | Hello<br><br>Thank you for giving domain list for me !<br><br>And I ask you to set no ID sheild domains under ID sheild, again.<br>I attached domain list in txt file, and please set them as possible as you could.<br><br>And I find out that a part of my address is displayed at the information of .org and .info domains whois.<br><br>For example, below domains show me "Meguro-ku" or "@b-k-t" and so on.<br><br>Example---------<br>7db454.org<br>esvomeeting2011.org<br>bestdogtraining.org<br><br>b8006.info<br>lk010.info<br>----------------<br><br>Would you please fix them ?<br><br>Warmest regards, | 2012-09-20<br>13:14:55 |
| yamaguchi.takashi8@gmail.com | Hello<br><br>Thank you for giving domain list for me !<br><br>And I ask you to set no ID sheild domains under ID sheild, again.<br>I attached domain list in txt file, and please set them as possible as you could.<br><br>And I find out that a part of my address is displayed at the information of .org and .info domains whois.<br><br>For example, below domains show me "Meguro-ku" or "@b-k-t" and so on.<br><br>Example---------<br>7db454.org<br>esvomeeting2011.org<br>bestdogtraining.org<br><br>b8006.info<br>lk010.info<br>----------------<br><br>Would you please fix them ?<br><br>Warmest regards, | 2012-09-20<br>13:15:10 |
| yamaguchi.takashi8@gmail.com | Hello<br><br>Thank you very much for starting resolving this problem!<br>And I'd like to know how long does it take to finish set up ID shields and fix this problem.<br>My boss rushed me.<br><br>Regards, | 2012-09-24<br>04:39:55 |
| yamaguchi.takashi8@gmail.com | Hello<br><br>>Please be informed that we have removed "Street2:1-1-21 Megurohoncho" from the Whois for >.org domains and updated the ema<br>I see. now I'm checking it.<br><br>And Would you tell me how is the progress to set my domains under ID shields ?<br><br>Regards, | 2012-09-26<br>13:04:49 |
| yamaguchi.takashi8@gmail.com | Hello<br><br>Thanks for reply.<br><br>And I have two request for you.<br><br>--Request 1------<br>The addresses are displayed in Whois information about most of "org" domains of mine | 2012-09-28<br>07:31:56 |

Would you please fix it as soon as possible ?

*"Megurocho" is displayed.
auto-central.org
just4boats.org
etc

*"Roppongi" is displayed
dchsonline.org
abortionsurvivors.org
service-massage.org
etc

--Request 2------
>List domain---search the domain name---then check the checkbox
> in front of the domain name. Then you can activate the ID shield for it.

I have over 20,000 domains so it's slow processing to activate ID shields to all my domains.
Thus I need your help.

Would you please make all my domains ID shields ?
I requested same request in april, and you did it.


Regards,

| | | |
|---|---|---|
| yamaguchi.takashi8@gmail.com | Hi<br><br>I checked the following domains and found out it is under ID shields.<br><br>---------------------<br>auto-central.org<br>just4boats.org<br>dchsonline.org<br>abortionsurvivors.org<br>service-massage.org<br>---------------------<br>But My address is displayed at Whois information  in most of my .org domains.<br><br>For example<br>-----------------------<br>sandalsoutlet.org<br>headphones-sale.org<br>oklafair.org<br>ac-company.org<br>vintagehairaccessories.org<br>patodelaranja.org<br>. . . . .<br>-----------------------<br><br>Would you make all my domains under ID shields ?<br>If you need domain list, I'll hand in . Please let me informed.<br><br>Regards, | 2012-10-02<br>01:48:33 |
| yamaguchi.takashi8@gmail.com | Hi<br><br>> If possible, kindly provide the list of domain names in problem.<br><br>I hand in all my .org domains to you.<br>Please fix this problem quickly.<br><br>Regards, | 2012-10-05<br>07:41:13 |
| yamaguchi.takashi8@gmail.com | Hi<br><br>Would you tell me the progress to fix this ".org" problem ?<br>I'm anxious that you don't update last message of mine in this ticket.<br><br>Regards, | 2012-10-09<br>01:52:06 |
| yamaguchi.takashi8@gmail.com | Hello<br><br>Would you please respond this message ?<br>I'm anxious that this problem isn't solved.<br><br>Regards, | 2012-10-10<br>01:37:25 |
| yamaguchi.takashi8@gmail.com | Hi<br><br>Thank you for replying !<br>I appreciate you fixing this problem.<br><br>And I'd like to know how long does it take to finish fixing this problem ?<br>Because I don't want to rush you again.<br><br>Regards, | 2012-10-12<br>01:29:30 |
| yamaguchi.takashi8@gmail.com | | 2012-10-12 |

| | | |
|---|---|---|
| | Hello<br><br>Thank you very much for fixing !!<br>I really appreciated it !!<br><br>Regards, | 03:01:53 |
| ally@onlinenic.com | Dear Kazuyuki Someya,<br><br>Thank you for contacting OnlineNIC!<br><br>Please kindly write to us from account registrant to confirm you want to apply for ID Shield of all domain names under your<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Regards,<br><br>Ally Deborah<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 2012-04-10<br>08:09:51 |
| ally@onlinenic.com | Dear Kazuyuki Someya,<br><br>Thank you for contacting OnlineNIC!<br><br>The problem has been forwarded to our technician to handle, we will inform you at first time if there is any result comes o<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Regards,<br><br>Ally Deborah<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 2012-04-10<br>11:09:41 |
| ally@onlinenic.com | Dear Kazuyuki Someya,<br><br>Thank you for contacting OnlineNIC!<br><br>Really sorry for any delay. Our technician are handling it now, there are more than 3000 domain names have been applied for<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Regards,<br><br>Ally Deborah<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 2012-04-13<br>07:54:39 |
| ally@onlinenic.com | Dear Kazuyuki Someya,<br><br>Thank you for contacting OnlineNIC!<br><br>Sorry for any delay. After checking with our technician, it still needed around 2-3 days to complete all. Really thank you<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Regards,<br><br>Ally Deborah<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 2012-04-17<br>03:14:02 |
| ally@onlinenic.com | Dear Kazuyuki Someya,<br><br>Thank you for contacting OnlineNIC!<br><br>The attached domain names list have been applied for ID shield. Please kindly check it.<br><br>Some domain names whois is no full, some domain names can not connect to Registry, so our technician are handling it now, w<br><br>Please kindly conside to send us the domain names list which need to applied for ID Shield timely such as 1 time in 1 month | 2012-04-20<br>09:57:44 |

Should you have any other questions, please feel free to contact us.

Special Offering:
1. SSL starts at $18/year only!
2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!

Regards,

Ally Deborah
OnlineNIC Customer Support
Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php
Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111

| ally@onlinenic.com | Dear Kazuyuki Someya,<br><br>Thank you for contacting OnlineNIC!<br><br>The attached is the domain names which have not been applied for ID Shield, it is around 2000 domain names. Our technician<br><br>The domain names which have been expired can not applied for ID Shield, you can consider to renew them at first.<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Regards,<br><br>Ally Deborah<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 2012-04-23 05:42:12 |
| ally@onlinenic.com | Dear Kazuyuki Someya,<br><br>Thank you for contacting OnlineNIC!<br><br>All domain names have been applied for ID Shield excep the attached list. Those domain names have been expired, so can not<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Regards,<br><br>Ally Deborah<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 2012-04-27 03:32:22 |
| jacky@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>We are now checking the latest progress of your ID Shield request with our technical staff. Once we get their reply, we wil<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Regards,<br><br>Jacky Tsin<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 2012-04-18 11:13:54 |
| jacky@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>We checked some of the domains in your attached list, please check the below URLS. The domains are all under ID Shield serv<br><br>http://whois.domaintools.com/cnbage.com<br>http://whois.domaintools.com/cnjerseystore.com<br>http://whois.domaintools.com/dudusifuwang.com<br>http://whois.domaintools.com/fashion100online.com<br>http://whois.domaintools.com/wdjiaju.com<br>http://whois.domaintools.com/ahcfjx.com<br>http://whois.domaintools.com/buy-pandorabracelets.com<br>http://whois.domaintools.com/learn-chord-secrets.com<br>http://whois.domaintools.com/tbrrconservative.com<br>http://www.who.is/whois/nettiesnicknacks.net/<br>http://www.who.is/whois/saleabercrombie.com/<br>http://www.who.is/whois/freewindows7download.org/<br><br>Should you have any other questions, please feel free to contact us. | 2012-09-14 11:12:23 |

Special Offering:
1. SSL starts at $18/year only!
2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!

Regards,

Jacky Tsin
OnlineNIC Customer Support
Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php
To help us serve you better: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111

| | | |
|---|---|---|
| jacky@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>We have applied ID Shield for the domains in bulk. For the problem you mentioned, we will ask our technical staff for check<br><br>--------------------------------------------------------<br>For example, below domains show me "Meguro-ku" or "@b-k-t" and so on.<br><br>7db454.org<br>esvomeeting2011.org<br>bestdogtraining.org<br><br>b8006.info<br>lk010.info<br>--------------------------------------------------------<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Regards,<br><br>Jacky Tsin<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>To help us serve you better: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 2012-09-24<br>06:55:59 |
| jacky@onlinenic.com | Dear Partner,<br><br>This is Jacky from OnlineNIC!<br><br>Please be informed that we have removed "Street2:1-1-21 Megurohoncho" from the Whois for .org domains and updated the email<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Regards,<br><br>Jacky Tsin<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>To help us serve you better: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 2012-09-25<br>05:27:02 |
| jacky@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>We have already applied ID Shield for your domains in bulk. However, for the problem of Street2 info, we have submitted it<br><br>Street2:1-1-21 Megurohoncho<br>auto-central.org<br>just4boats.org<br>etc<br><br>Street2:2-4-9 Roppongi<br>dchsonline.org<br>abortionsurvivors.org<br>service-massage.org<br>etc<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Regards,<br><br>Jacky Tsin<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>To help us serve you better: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 2012-09-28<br>11:09:50 |
| jacky@onlinenic.com | Dear Partner, | 2012-09-29<br>13:12:30 |

| | | |
|---|---|---|
| | This is Jacky from OnlineNIC!<br><br>We have hidden the Street2 info for the following domains. Please let us know if you find the problem with more domains.<br><br>auto-central.org<br>just4boats.org<br>dchsonline.org<br>abortionsurvivors.org<br>service-massage.org<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Regards,<br><br>Jacky Tsin<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>To help us serve you better: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | |
| peter@onlinenic.com | Dear Kazuyuki Someya,<br><br>Thanks for contacting OnlineNIC!<br><br>Your List of .ORG domain names has been forwarded to our Technical Department.<br>We would keep you informed. Thanks for your patience.<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - 50G @ Only $10.96 /Mo!<br><br><br>Regards,<br>Peter<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/special-offers/ssl.php. | 2012-10-08<br>06:14:51 |
| peter@onlinenic.com | Dear Kazuyuki Someya,<br><br>Thanks for contacting OnlineNIC!<br><br>We've confirmed the lastest status of your request for whois information of .ORG domain names with our Technical Department<br>Please be informed that the request is still in process for the moment. Our Staff are looking into the problem for the reas<br><br>We will keep you informed. Your patience and understanding will be highly appreciated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - 50G @ Only $10.96 /Mo!<br><br><br>Regards,<br>Peter<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/special-offers/ssl.php.<br><br>=====================================================<br>peter Posted on: 07 Oct 2012 10:14 PM<br>Forwarded To: dev@speee.jp  E-mail: peter@onlinenic.com<br>=====================================================<br>Dear Kazuyuki Someya,<br><br>Thanks for contacting OnlineNIC!<br><br>Your List of .ORG domain names has been forwarded to our Technical Department.<br>We would keep you informed. Thanks for your patience.<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - 50G @ Only $10.96 /Mo!<br><br><br>Regards,<br>Peter<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/special-offers/ssl.php. | 2012-10-10<br>00:45:11 |
| peter@onlinenic.com | | 2012-10-10 |

|  | Dear Kazuyuki Someya,<br><br>Thanks for contacting OnlineNIC!<br><br>Thanks for your patience.<br>Please be informed that we've corrected all the whois information for your .ORG domain names.<br>All the street2 information have been cleared.<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - 50G @ Only $10.96 /Mo!<br><br><br>Regards,<br>Peter<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/special-offers/ssl.php. | 06:19:31 |
| peter@onlinenic.com | Dear Kazuyuki Someya,<br><br>Thanks for contacting OnlineNIC!<br><br>You're welcome. It's our pleasure to help you.<br>Now this ticket will be closed here.<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - 50G @ Only $10.96 /Mo!<br><br><br>Regards,<br>Peter<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/special-offers/ssl.php.<br><br><br><br>=============================================<br>Kazuyuki Someya Posted on: 11 Oct 2012 07:01 PM<br>=============================================<br>Hello<br><br>Thank you very much for fixing !!<br>I really appreciated it !!<br><br>Regards, | 2012-10-12<br>03:04:13 |
| steven@onlinenic.com | Dear Kazuyuki Someya,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be informed that we have contacted our technician to export a list of domain names that have not applied ID Shield s<br><br>Should you have any question, please feel free to contact us.<br><br>***Special Offering***:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Sincerely,<br><br>Steven<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 2012-09-19<br>08:56:36 |
| steven@onlinenic.com | Dear Kazuyuki Someya,<br><br>Thanks for contacting OnlineNIC!<br><br>Enclosed please find the list of domain names that had/haven't applied ID Shield Service under your account. Please have a<br><br>Should you have any question, please feel free to contact us.<br><br>***Special Offering***:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Sincerely,<br><br>Steven<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 2012-09-19<br>09:06:39 |

| | | |
|---|---|---|
| steven@onlinenic.com | Dear Kazuyuki Someya,<br><br>Thanks for contacting OnlineNIC!<br><br>Enclosed please find the list of domain names that had/hadn't applied ID Shield Service under your account. Please have a c<br><br>Should you have any question, please feel free to contact us.<br><br>***Special Offering***:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Sincerely,<br><br>Steven<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 2012-09-19<br>09:09:18 |
| steven@onlinenic.com | Dear Kazuyuki Someya,<br><br>Thanks for contacting OnlineNIC!<br><br>Please accept our sincere apology for the delay caused. Please be advised that our technicians are working on it right now.<br><br>Thanks for your kind patience and understanding.<br><br>Should you have any question, please feel free to contact us.<br><br>***Special Offering***:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Sincerely,<br><br>Steven<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 2012-10-10<br>01:56:24 |
| johnny@onlinenic.com | Dear Kazuyuki Someya,<br><br>Thanks for contacting OnlineNIC!<br><br>Sorry for the delay. We are asking our technicians about the progress. If there is any news, we will update you at the earl<br><br>Should you have any problem, please do not hesitate to contact us!<br><br>Sincerely,<br><br>Johnny<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111<br><br>> Hi<br>><br>> >Really sorry for any delay. Our technician are handling it now, there are more than 3000<br>> >domain names have been applied for it. Our technicians handle fews of them in 1 day to<br>> >avoid inconvence caused to other client. Really thank you for your kind understanding. We<br>> >will inform you at first time if all have been completed.<br>><br>> I see. and I appreciated it.<br>><br>> And I'd like to know when you finish setting up ID Sheild.<br>> I have to report the progress to my boss.<br>><br>> Regards,<br>> | 2012-04-16<br>08:21:10 |
| johnny@onlinenic.com | Dear Kazuyuki Someya,<br><br>Thanks for contacting OnlineNIC!<br><br>Sorry for the inconvenience it caused. If possible, kindly provide the list of domain names in problem. We will get the tec<br><br>Should you have any problem, please do not hesitate to contact us!<br><br>***Special Offering***<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Sincerely,<br><br>Johnny<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 2012-10-02<br>07:21:31 |
| wesker@onlinenic.com | | 2012-09-26 |

| | | |
|---|---|---|
| | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>List domain---search the domain name---then check the checkbox in front of the domain name. Then you can activate the ID sh<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - 50G @ Only $10.96 /Mo!<br><br><br>Regards,<br>Wesker<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 15:43:55 |
| james@onlinenic.com | Dear Kazuyuki Someya,<br><br>Thanks for contacting OnlineNIC!<br><br>Sorry for delay response. Please note that all of the .ORG domains whois are now under "ID SHIELD" protection. Thanks.<br><br>Should you have any problem, please do not hesitate to contact us!<br><br>★★★Special Offering★★★<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Regards,<br><br>James<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 2012-10-12<br>01:45:07 |
| 1043037696@qq.com | Dear Kazuyuki Someya,<br><br>Thanks for contacting OnlineNic!<br><br>Please note that you could check the domains whether have been applied for ID shield service or not in the control panel >><br><br>Should you have any problem, please feel free to contact us.<br><br>***Special Offering***<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Regards,<br><br>Tony<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 2012-09-18<br>19:06:27 |
| 1043037696@qq.com | Dear Kazuyuki Someya,<br><br>Thanks for contacting OnlineNic!<br><br>We have forwarded your request to our relevant staff for solution. Once there is any news, we will get back to you.<br><br>Should you have any problem, please feel free to contact us.<br><br>***Special Offering***<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Regards,<br><br>Tony<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 2012-09-20<br>18:47:28 |
| DER-217577 | About Invoice or Payment | |
| yamaguchi.takashi8@gmail.com | Hello<br><br>I'd like you to send monthly invoice or bill because of an accounting matter.<br>* I know that you give me daily invoice.<br><br>It is difficult to explain "add-funds"  to auditing company, so I need the invoice or bills.<br><br>Is it possible ?<br><br>Regards, | 2012-09-10<br>04:55:02 |
| yamaguchi.takashi8@gmail.com | Hi | 2012-09-10 |

| | | |
|---|---|---|
| | Thank you for replying.<br>And I have some questions.<br><br>---Question1---<br>What is "Reseller ID" ? Is it Member ID when I use log in OnlineNIC ?<br><br>---Question1---<br>What is the meaning of "Contact" and "Total amount due" ?<br>Do I need to write down these ?<br><br>Regards, | 14:42:18 |
| yamaguchi.takashi8@gmail.com | Thank you for replying fast again !!<br><br>I want to know more detail.<br><br>> "Contact" means "Contact Person".<br><br>For me, I'd like you to write "Speee, Inc" in Contact Person.<br>Would you do this ?<br><br>> "Total Amount Due" would be the funds you had made to your account about this transaction.<br><br>I'd like the invoice that "Total Amount Due" is total price of domains I bought in previous month.<br>Would you do this ?<br><br>Regards, | 2012-09-11<br>03:10:54 |
| yamaguchi.takashi8@gmail.com | Hello<br><br>I understand it.<br><br>> A: Sorry, we can only issue invoices with total amount of payments<br>> you make during a certain period.<br><br>Please send me invoice of total domains' cost I paid, and I pay more money for your kindness.<br><br>Is it possible ?<br><br>Regards, | 2012-09-12<br>00:28:59 |
| jacky@onlinenic.com | Dear Kazuyuki Someya,<br><br>Thanks for contacting OnlineNIC!<br><br>Yes, it's possible.<br><br>Please provide us with the following information completely and confirm your invoice request from your account registrant e<br><br>Reseller ID:<br>Account name:<br>Email:<br>Address:<br>City:<br>State/country:<br>Zip code:<br>Contact:<br>Total amount due:<br><br>For the total amount, you can check the add fund record in your panel, You are here: Account Management >><br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Regards,<br><br>Jacky Tsin<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>To help us serve you better: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 2012-09-12<br>05:42:26<br><br>Recent Transacti |
| steven@onlinenic.com | Dear Kazuyuki Someya,<br><br>Thanks for contacting OnlineNIC!<br><br>1.What is "Reseller ID" ? Is it Member ID when I use log in OnlineNIC ?<br><br>Yes, "Reseller ID" is your Member ID. That's the one you used to log into OnlinNIC Control Panel.<br><br>2. What is the meaning of "Contact" and "Total amount due" ?<br><br>"Contact" means "Contact Person".  "Total Amount Due" would be the funds you had made to your account about this transactio | 2012-09-10<br>16:27:24 |

| | | |
|---|---|---|
| | Should you have any question, please feel free to contact us.<br><br>***Special Offering***:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Sincerely,<br><br>Steven<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | |
| johnny@onlinenic.com | Dear Kazuyuki Someya,<br><br>Thanks for contacting OnlineNIC!<br><br>We provides the invoice for the sum of the payments during a certain period. That is to say we can issue monthly invoices w<br><br>  Reseller ID:<br>  Account name:<br>  Email:<br>  Address:<br>  City:<br>  State/country:<br>  Zip code:<br>  Contact:<br>  Total amount due:<br><br>Should you have any problem, please do not hesitate to contact us!<br><br>***Special Offering***<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Sincerely,<br><br>Johnny<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111<br><br>> Hello<br>><br>> I'd like you to send monthly invoice or bill because of an accounting matter.<br>> * I know that you give me daily invoice.<br>><br>> It is difficult to explain "add-funds"  to auditing company, so I need the invoice or bills.<br>><br>> Is it possible ?<br>><br>> Regards, | 2012-09-10<br>05:59:17 |
| johnny@onlinenic.com | Dear Kazuyuki Someya,<br><br>Thanks for contacting OnlineNIC!<br><br>>1. For me, I'd like you to write "Speee, Inc" in Contact Person. Would you do this ?<br><br>A: Yes, it's ok.<br><br>>2. I'd like the invoice that "Total Amount Due" is total price of domains I bought in previous month. Would you do this ?<br><br>A: Sorry, we can only issue invoices with total amount of payments you make during a certain period.<br><br>Should you have any problem, please do not hesitate to contact us!<br><br>***Special Offering***<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Sincerely,<br><br>Johnny<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 2012-09-11<br>05:13:09 |
| RMV-991106 | About Payment | |
| yamaguchi.takashi8@gmail.com | Dear Customer service representatives or<br>to whom it may concern,<br><br>Hello.<br><br>I'd like to know how to get account balance back.<br>Is it possible ?<br>If possible, Please tell me how to do that.<br><br>* This problem is related to account settlement. | 2012-02-06<br>06:33:27 |

| | | |
|---|---|---|
| | Looking forward to hearing from you with a respond to this Ticket.<br><br>Thank you for your cooperation.<br><br>Regards,<br><br>Kazuyuki | |
| yamaguchi.takashi8@gmail.com | Hello.<br><br>My ID is 551607.<br><br>We have been paying you $10,000 a month, however we are ready to pay $20,000 a month from now on.<br>We will pay $20,000 a month, but we are worried at some occasion, that the deposit amount left will reach the cost of $100,000. At that circumstance, we would need the pay back to our account.<br><br>At that purpose, please confirm how we can get the pay back in advance.<br><br>Looking forward to hearing from you with a respond to this Ticket.<br><br>Regards,<br><br>Kazuyuki | 2012-02-07<br>14:02:13 |
| yamaguchi.takashi8@gmail.com | Thank you for quick response.<br>And I have 3 questions about refunding.<br><br>1. Do you have any limits on refunding ?<br>   ex) Refunding  $10,000 is OK.<br>       Refunding $100,000 is OK.<br>       Refunding $200,000 is NG.<br>       etc<br>2. Do you have any charge to refund ?<br>3. Is the refunding lump-sum payment to us?<br>   ex) I assume my account balance is $200,000-.<br>       You refund all($200,000) immediately.<br>       or you refund $100,000- immediately and remaining $100,000 will be refunded<br>       in next month.<br>       etc<br><br>Looking forward to hearing from you with a respond to this Ticket.<br><br>Regards,<br><br>Kazuyuki | 2012-02-08<br>04:53:09 |
| ally@onlinenic.com | Dear Kazuyuki,<br><br>Thank you for contacting OnlineNIC!<br><br>We are real sorry to heard that. Could you please kindly tell us your ID and reason you want to get account balance back, t<br><br>Should you have any problem, please do not hesitate to contact us!<br><br>★★★Special Offering:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - 50G @ Only $4.96/Mo!<br><br>Sincerely,<br><br>Ally Deborah<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://www.onlinenic.com/english/livechat/live_index1.php<br>http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 2012-02-07<br>02:56:51 |
| jacky@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please kindly note that we do not generally refund account balance and the payment processing fee can not be refunded under<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Regards,<br><br>Jacky Tsin<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 2012-02-08<br>09:48:48 |
| johnny@onlinenic.com | Dear Kazuyuki Someya,<br><br>Thanks for contacting OnlineNIC!<br><br>Thanks a lot for your explanation. It is possible to refund the balance under your account. You can send the request to onl | 2012-02-07<br>18:53:10 |

```
                           Should you have any problem, please do not hesitate to contact us!

                           Sincerely,

                           Johnny
                           Customer Service Division OnlineNIC Inc
                           Welcome to our new support center http://support.onlinenic.com.
                           Live Chat Support: http://www.onlinenic.com/english/livechat/live_index1.php
                           http://questionnaire.onlinenic.com/index.aspx?ItemNo=20111001

                           > Hello.
                           >
                           > My ID is 551607.
                           >
                           > We have been paying you $10,000 a month, however we are ready to pay $20,000 a month from now on.
                           > We will pay $20,000 a month, but we are worried at some occasion, that the deposit amount left will reach the cost of
                           > $100,000. At that circumstance, we would need the pay back to our account.
                           >
                           > At that purpose, please confirm how we can get the pay back in advance.
                           >
                           > Looking forward to hearing from you with a respond to this Ticket.
                           >
                           > Regards,
                           >
                           > Kazuyuki
                           >
```

| TDG-489160 | About Registrant Full Name | |
|---|---|---|
| yamaguchi.takashi8@gmail.com | I'd like to change Registrant Full Name on OnlineNIC because Misato Takahashi left my company. Please set Registrant Full Name "Yamaguchi Takashi" ! Regards, | 2012-09-13 10:01:22 |
| 1043037696@qq.com | Dear Kazuyuki Someya, Thanks for contacting OnlineNic! For security concern, please provide us the following documentations. -Scanned copy of account new registrant Yamaguchi Takashi's ID, passport or driver's license -The credit card (show only first and last four digits) you have added to your OnlineNic account -Several domains under your OnlineNic account -The last operation you have made in the account Also, please send us the Application Form of OnlineNIC account or some formal receipt of the payment that you have with us. Should you have any problem, please feel free to contact us. ***Special Offering*** 1. SSL starts at $18/year only! 2. cPanel Reseller hosting - AS LOW AS $4.96/Mo! Regards, Tony OnlineNIC Customer Support Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111 | 2012-09-13 11:31:51 |
| JST-690497 | About the acquisition method of "contact ID" by API | |
| yamaguchi.takashi8@gmail.com | Hi. Do you have any API to get "contact ID" which is needed in domain registration ? # https://www.onlinenic.com/cp_english/template_api/download/API_EN_Version_3.0.pdf If yes, please tell me the name of the API. If no, I want to know about the API "Create Contact". Is the contact information, which is created by "Create Contact", permanent? Sincerely, | 2012-12-05 01:22:52 |
| yamaguchi.takashi8@gmail.com | Thanks. I have 2 questions Q1. How can I get the ID which is made by CreateContact? Q2. When I buy many domains over some TLDs, should I make "contact ID" for every TLD? Sincerely, | 2012-12-05 09:01:45 |
| johnny@onlinenic.com | Dear Kazuyuki Someya, | 2012-12-05 05:21:35 |

Thanks for contacting OnlineNIC!

Please refer to the API manual caption "7.2.1.3.Create Contacts" to create contacts ID. Contacts ID are permanent parameter

Should you have any problem, please do not hesitate to contact us!

***Special Offering***
1. SSL starts at $18/year only!
2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!

Sincerely,

Johnny
Customer Service Division OnlineNIC Inc
Welcome to our new support center http://support.onlinenic.com.
Live Chat Support: http://www.onlinenic.com/english/livechat/live_index1.php
Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111

> Hi.
>
> Do you have any API to get "contact ID" which is needed in domain registration ?
> # https://www.onlinenic.com/cp_english/template_api/download/API_EN_Version_3.0.pdf
>
> If yes, please tell me the name of the API.
>
> If no, I want to know about the API "Create Contact".
> Is the contact information, which is created by "Create Contact", permanent?
>
> Sincerely,

| | | |
|---|---|---|
| johnny@onlinenic.com | Dear Kazuyuki Someya,<br><br>Thanks for contacting OnlineNIC!<br><br>Q1.<br>How can I get the ID which is made by CreateContact?<br>--You need to note the ID down by yourself. In the example the ID is oln7906088.<br><br>Q2.<br>When I buy many domains over some TLDs,<br>should I make "contact ID" for every TLD?<br>--You need to make "contact ID" for every contact man instead of every TLD. When register a new domain name, if the contact<br><br>Contact ID contacts the information of the registrant/ admin/ tech/ billing men. For example, if you need to register a dom<br><br>Should you have any problem, please do not hesitate to contact us!<br><br>***Special Offering***<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Sincerely,<br><br>Johnny<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://www.onlinenic.com/english/livechat/live_index1.php<br>Win a free domain name: http://questionnaire.onlinenic.com/index.aspx?ItemNo=1111<br><br>> Thanks.<br>><br>> I have 2 questions<br>><br>> Q1.<br>> How can I get the ID which is made by CreateContact?<br>><br>> Q2.<br>> When I buy many domains over some TLDs,<br>> should I make "contact ID" for every TLD?<br>><br>> Sincerely, | 2012-12-05<br>09:26:59 |

| | | |
|---|---|---|
| TJZ-182187 | Cannot a Name Server Rewriting. | |
| yamaguchi.takashi8@gmail.com | name server rewriting of 2000 domains was tried.<br>but a name server cannot be rewritten.<br><br>ns105.hostdreamer.com : 64.182.119.116<br>ns106.hostdreamer.com : 64.182.80.204<br><br>An error message comes out.<br>---<br>(1338) DNS modification failed.1<br>---<br><br>It cannot do, although "DNS Power Tools >> Register DNS" was tried.<br><br>An error message comes out.<br>---<br>status : (130)You are not the owner of the domain.<br>--- | 2013-07-24<br>09:45:28 |

| | Where is a problem? | |
|---|---|---|
| **TJG-468141** | Cannot a Name Server Rewriting. | |
| yamaguchi.takashi8@gmail.com | name server rewriting of 2000 domains was tried.<br>but a name server cannot be rewritten.<br><br>ns105.hostdreamer.com : 64.182.119.116<br>ns106.hostdreamer.com : 64.182.80.204<br><br>An error message comes out.<br>---<br>(1338) DNS modification failed.1<br>---<br><br>It cannot do, although "DNS Power Tools >> Register DNS" was tried.<br><br>An error message comes out.<br>---<br>status : (130)You are not the owner of the domain.<br>---<br><br>Where is a problem? | 2013-07-24<br>08:37:16 |
| 1043037696@qq.com | Dear Susumu Goto,<br><br>Thanks for contacting OnlineNic!<br><br>As we check, the DNS ns105.hostdreamer.com and ns106.hostdreamer.com are not registerred. Please check at http://reports.in<br><br>Should you have any problem, please feel free to contact us.<br><br>***Special Offering***<br>1. SSL starts at $18/year only!<br>2. cPanel Reseller hosting - AS LOW AS $4.96/Mo!<br><br>Regards,<br><br>Tony<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | 2013-07-24<br>08:56:00 |
| **AIZ-587459** | Change my Primary Email | |
| yamaguchi.takashi8@gmail.com | Hi,<br>Please change my Primary Email to yamaguchi.takashi8@gmail.com | 2014-02-13<br>07:46:50 |
| yamaguchi.takashi8@gmail.com | Hi,<br>No.<br>I want to get  e-mails from you by this new address. | 2014-02-13<br>08:07:22 |
| yamaguchi.takashi8@gmail.com | Hi,<br>Now this ticket is sent to dev@speee.jp.<br>I want to change it into yamaguchi.takashi8@gmail.com | 2014-02-13<br>09:50:49 |
| yamaguchi.takashi8@gmail.com | Hi,<br>I have confirmed that the Ticket is sent to yamaguchi.takashi8@gmail.com.<br><br>But I am using dev@speee.jp when I log in to this support center.<br>I  want to also change this email address to yamaguchi.takashi8@gmail.com. | 2014-02-13<br>20:41:11 |
| luke@onlinenic.com | Dear Partner,<br><br>Thanks for contacting OnlineNIC!<br><br>Please be informed the primary Email account has been updated to yamaguchi.takashi8@gmail.com , account name dev@speee.jp h<br><br>Here, I'm sending you this message for testing.<br><br>Thanks for your understanding and cooperation.<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br><br>****** SSL starts at $18/year only!**********<br><br><br>Regards, | 2014-02-13<br>20:59:48 |

| | Luke<br>OnlineNIC Customer Support<br><br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | |
|---|---|---|
| ben@onlinenic.com | Dear Partner,<br><br>This is Ben from OnlineNIC!<br><br>Could you please kindly offer your request in detail?<br><br>Do you mean to change the registrant e-mail of the domain name? If yes, please kindly offer the domain name.<br><br>Your cooperation and understanding will highly appreciated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only!<br><br><br>Regards,<br>Ben<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php<br><br><br><br>===============================<br>Susumu Goto<br>Posted on: 12 Feb 2014 11:46 PM<br>===============================<br>Hi,<br><br>Please change my Primary Email to yamaguchi.takashi8@gmail.com<br><br>E-mail: dev@speee.jp | 2014-02-13<br>08:02:21 |
| ben@onlinenic.com | Dear Partner,<br><br>This is Ben from OnlineNIC!<br><br>Please kindly be informed that the e-mail address of your registry account is yamaguchi.takashi8@gmail.com already.<br><br>If you want to change the e-mail address of your registry account please kindly login your OnlineNIC reseller control panel<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only!<br><br><br>Regards,<br>Ben<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php<br><br>===============================<br>Susumu Goto<br>Posted on: 13 Feb 2014 12:07 AM<br>===============================<br><br>Hi,<br><br>No.<br>I want to get e-mails from you by this new address.<br><br>E-mail: dev@speee.jp | 2014-02-13<br>08:55:59 |
| ben@onlinenic.com | Dear Partner,<br><br>This is Ben from OnlineNIC!<br><br>Sure, we will sent the e-mail to yamaguchi.takashi8@gmail.com.<br><br>Next time, please submit a ticket by your e-mail address yamaguchi.takashi8@gmail.com. Then the ticket will be reply to yam<br><br>Thanks for your understanding and cooperation.<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. SSL starts at $18/year only! | 2014-02-13<br>11:05:34 |