# EXHIBIT I

| SKU-760530 | *LS* Error: Append new resource record failure ! Help me ! | |
|---|---|---|
| jenryhas@gmail.com | Hello,<br><br>I'm trying to add IP to domain rayahari.com but there is an error<br><br>Append new resource record failure<br>TOO_MANY_RR<br><br>Please help me to do it. This problem is still there from the last time, when I tried to change the IP address.<br><br>Now, I want to do the following:<br><br>URL Forwarding:<br><br>- (non www) to (www): I mean (rayahari.com) to (www.rayahari.com)<br><br>Zone Edit:<br><br>- set IP (188.40.207.178) to (www.rayahari.com)<br><br>Please help me. And please fix the error, so next time when I change the IP, it will not occur again.<br><br>Thanks | 2010-04-15 02:18:56 |
| Darwin@onlinenic.com | Dear Jenry Haris,<br><br>Thanks for contacting OnlineNIC!<br><br>This is darwin from onlinenic tech support. We have helped you add the IP 188.40.207.178 to www.rayahari.com on the DNS-DIY<br><br>Should you have any other questions, please feel free to contact us.<br><br>★★★Special Offering:<br>1. SSL starts at $18 only!<br>2. cPanel Reseller hosting - 50G @ Only $19.96 / mon!<br>3. # .EU @ $2.99/yr ; # .INFO @ $5.99/yr<br><br>Always @ your service!<br>Sincerely,<br><br>Darwin<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm | 2010-04-15 05:41:32 |
| | | |
| AWC-988346 | Domain Name IMMEDIATE VERIFICATION REQUIRED | |
| jenryhas@gmail.com | This is to verify email address<br><br><br>On Tue, Aug 19, 2014 at 6:52 AM, OnlineNIC Customer Support <onlinenic-partner@onlinenic.com> wrote:<br><br>> Dear Domain Owner,<br>><br>> This is Ben from OnlineNIC!<br>><br>> As of January 1, 2014, the Internet Corporation for Assigned Names and<br>> Numbers (ICANN) has mandated that all ICANN accredited registrars begin<br>> verifying the WHOIS contact information for all new domain registrations<br>> and Registrant contact modifications, and whois inaccuracy complain.<br>><br>> You have registered learntohackfacebook.com. Now verification of the<br>> Registrant email address is required for this domain name to remain active.<br>> Please reply this e-mail to verify the email address. You have until<br>> 19th/August/2014 to verify this email address jenryhas@gmail.com. After<br>> this date, the domain name will be suspended unless the email address is<br>> verified.<br>><br>> Domain name: learntohackfacebook.com<br>><br>> This is the last notification!<br>><br>> Should you have any other questions, please feel free to contact us.<br>><br>> Special Offering:<br>> 1. .CLUB is available @ $10!<br>> 2. SSL starts at $18/year only!<br>><br>><br>><br>> Regards,<br>> Ben<br>> OnlineNIC Customer Support<br>> Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>> SSL promo: buy more and save more! Get more details in<br>> http://www.onlinenic.com/ssl_promo.php<br>><br>> Ticket Details | 2014-08-19 02:05:01 |

| | | |
|---|---|---|
| | ```
> ===================
> Ticket ID: AWC-988346
> Department: Support - Partner Channel
> Priority: High
> Status: On Hold
>
>
``` | |
| jenryhas@gmail.com | I have sent 3 replies but I see no email message appear here.<br><br>Email has been sent to: onlinenic-partner@onlinenic.com | 2014-08-19 02:25:57 |
| jenryhas@gmail.com | Dear Domain Owner,<br><br>This is Ben from OnlineNIC!<br><br>As of January 1, 2014, the Internet Corporation for Assigned Names and Numbers (ICANN) has mandated that all ICANN accredit<br><br>You have registered learntohackfacebook.com. Now verification of the Registrant email address is required for this domain n<br><br>Domain name: learntohackfacebook.com<br><br>This is first notification!<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. .CLUB is available @ $10!<br>2. SSL starts at $18/year only!<br><br><br>Regards,<br>Ben<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | 2014-08-14 09:42:03 |
| ben@onlinenic.com | Dear Domain Owner,<br><br>This is Ben from OnlineNIC!<br><br>As of January 1, 2014, the Internet Corporation for Assigned Names and Numbers (ICANN) has mandated that all ICANN accredit<br><br>You have registered learntohackfacebook.com. Now verification of the Registrant email address is required for this domain n<br><br>Domain name: learntohackfacebook.com<br><br>This is first notification!<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. .CLUB is available @ $10!<br>2. SSL starts at $18/year only!<br><br><br>Regards,<br>Ben<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | 2014-08-15 04:21:22 |
| ben@onlinenic.com | Dear Domain Owner,<br><br>This is Ben from OnlineNIC!<br><br>As of January 1, 2014, the Internet Corporation for Assigned Names and Numbers (ICANN) has mandated that all ICANN accredit<br><br>You have registered learntohackfacebook.com. Now verification of the Registrant email address is required for this domain n<br><br>Domain name: learntohackfacebook.com<br><br>This is first notification!<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. .CLUB is available @ $10!<br>2. SSL starts at $18/year only!<br><br><br>Regards,<br>Ben<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | 2014-08-18 00:19:59 |
| ben@onlinenic.com | | 2014-08-18 |

| | | |
|---|---|---|
| | Dear Domain Owner,<br><br>This is Ben from OnlineNIC!<br><br>As of January 1, 2014, the Internet Corporation for Assigned Names and Numbers (ICANN) has mandated that all ICANN accredit<br><br>You have registered learntohackfacebook.com. Now verification of the Registrant email address is required for this domain n<br><br>Domain name: learntohackfacebook.com<br><br>This is second notification!<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. .CLUB is available @ $10!<br>2. SSL starts at $18/year only!<br><br><br>Regards,<br>Ben<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | 00:20:12 |
| ben@onlinenic.com | Dear Domain Owner,<br><br>This is Ben from OnlineNIC!<br><br>As of January 1, 2014, the Internet Corporation for Assigned Names and Numbers (ICANN) has mandated that all ICANN accredit<br><br>You have registered learntohackfacebook.com. Now verification of the Registrant email address is required for this domain n<br><br>Domain name: learntohackfacebook.com<br><br>This is the last notification!<br><br>Should you have any other questions, please feel free to contact us.<br><br>Special Offering:<br>1. .CLUB is available @ $10!<br>2. SSL starts at $18/year only!<br><br><br>Regards,<br>Ben<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | 2014-08-18 23:52:27 |
| | | |
| KQI-850013 | milanorosa.com | |
| jenryhas@gmail.com | Hello,<br><br>I would like to have updates about my case.<br><br>Please reply as soon as possible<br><br>Thank you<br><br><br>On Sun, Nov 22, 2009 at 11:09 AM, CS SUPPORT  wrote:<br>> Dear Customer,<br>><br>> Thanks for contacting OnlineNIC!<br>><br>> Please be informed that we have forwarded this issue to the concerned staff for checking. We will inform you at the very<br>><br>> Should you have any other questions, please feel free to contact us.<br>> ★★★Special Offering:<br>><br>> (1)  cPanel Reseller WebHosting $19.96/mo<br>> (2)   .IN 2LD $11.99/yr & .IN 3LD $7.59/yr<br>> (3) .INFO $6.59/yr PLUS A Free 180-day Intra Communication Solution<br>> Sincerely,<br>><br>> Vincent<br>> Customer Service Division OnlineNIC Inc<br>> Welcome to our new support center<br>> http://support.onlinenic.com.<br>> http://www.onlinenic.com/english/livechat/live_index1.php<br>><br>><br>> Ticket Details<br>> ==================<br>> Ticket ID: HCI-480603<br>> Department: CS Support<br>> Priority: High<br>> Status: On Hold | 2009-11-25 02:51:27 |

| | | |
|---|---|---|
| | > > | |
| Leon@onlinenic.com | Dear Jenry Haris,<br><br>Please be notified that it was not an anonymous complaint. The complaint directly came from Microsoft legal department and<br><br>Thank you for your understanding!<br><br>Sincerely,<br><br>Leon Freeman<br>Customer Support Manager<br>OnlineNIC Inc.<br>MSN: leon@onlinenic.com<br>http://www.onlinenic.com.<br>Welcome to OnlineNIC Live Support. You may talk to customer service representative or sales manager LIVE now! | 2009-11-25 03:01:56 |
| LER-823546 | Please help me | |
| milanorosa@hotmail.com | Still for now I dont receive any news from the current reseller.<br><br>Should I ask help again from you to transfer my domains to my reseller account?<br><br>Thank you<br><br><br>> Date: Mon, 22 Jun 2009 14:02:55 +0800<br>> Subject: [#LER-823546]: Please help me<br>> CC: rayahari@hotmail.com; milanorosa@hotmail.com<br>> From: cs-ap@onlinenic.com<br>> To: jenryhas@gmail.com<br>><br>> Dear Haris Jenry,<br>><br>> Thanks for contacting OnlineNIC!<br>><br>> It's our pleasure to help you.:))<br>><br>><br>> | 2009-06-23 05:58:46 |
| duc_leminh@yahoo.com | Dear Ally,<br><br>Longtime no see, thanks for contacting us.<br><br>We already pushed to his account.<br><br>Actually, push or do not push is our right and Online do not have right to push . We have full control to do in this case.<br><br>Onlinenic should protected the real reseller who is registered over 1000 domains. Onlinenic can not treat the big reseller<br><br>If OnlineNIC can not protect the big reseller, we will find other domain name registrar and move.<br><br>Thanks,<br><br>Duc L.M<br><br><br>--- On Tue, 6/23/09, OnlineNIC CS-AP  wrote:<br><br>From: OnlineNIC CS-AP<br>Subject: [~LER-823546]: Please help me<br>To: duc_leminh@yahoo.com<br>Date: Tuesday, June 23, 2009, 2:09 AM<br><br>Dear ViSun Online Technology, Inc.,<br><br>Thanks for contacting OnlineNIC!<br><br>Please draw your attention to the fact that this is second time to inform you about the domain rayahari.com owner rayahari@<br><br>If there is no any reply or reasonable explanation from your side within 24 hours, we will help the client further here. Th<br><br>Should you have any other questions, please feel free to contact us.<br><br>★★★Special Offering:<br>Email Solution - free 180 days for reseller!<br>Rapid SSL - AS LOW AS $18!<br><br>Sincerely,<br><br>Ally Deborah<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm | 2009-06-23 07:59:51 |

| | | |
|---|---|---|
| | Ticket Details<br>==================<br>Ticket ID: LER-823546<br>Department: CS Asia-Pacific<br>Priority: High<br>Status: Open | |
| jenryhas@gmail.com | Thank you for your help.<br><br>I appreciate your prompt reply.<br><br>Have a nice day<br><br><br>On Mon, Jun 22, 2009 at 12:14 AM, OnlineNIC CS-AP  wrote:<br>><br>> Dear Customer,<br>><br>> Thanks for your reply.<br>><br>> We have help you to cotact the current reseller of your domains,if you still don't get their message in 24 hours,you may<br>> | 2009-06-22<br>05:33:27 |
| jenryhas@gmail.com | Thank you for your support.<br><br>I just received the email from the current reseller. They have done<br>the transfer.<br><br>I have accepted the transfer and my domains are now safely in my<br>reseller account.<br><br>Thank you again for your help and quick reply. Im glad with your<br>service. Im definitively using you again in the future.<br><br>Regards,<br><br><br>On Tue, Jun 23, 2009 at 2:05 AM, OnlineNIC CS-AP  wrote:<br>><br>> Dear Milano Rosa,<br>><br>> Thanks for contacting OnlineNIC!<br>><br>> We will try to contact 2 domains current provider to recheck the problem, if there is no any reply or help from them with<br>><br>> Should you have any other questions, please feel free to contact us.<br>><br>> | 2009-06-23<br>08:26:38 |
| jenryhas@gmail.com | I have a reseller account with you. My ID: 563809<br><br>Few years ago, I have 2 domains with another OnlineNIC reseller:<br><br>name: ViSun Online Technology, Inc.<br>tel: +848.37155388<br>fax: +848.54370078<br>web:http://www.domain.net.vn<br><br>I dont know their ID number.<br><br>Now I want to transfer my domains from their reseller account to my reseller account. But they do not accept or they dont w<br><br>I need help to transfer my domains to my reseller account.<br><br>My domains:<br><br>rayahari.com<br>milanorosa.com<br><br>Please help me.<br><br>Thank you | 2009-06-22<br>03:03:07 |
| jenryhas@gmail.com | Thank you for the reply.<br><br>Yes, I want my domains to be transferred to my domain reseller.<br><br>My Member ID: 563809<br><br>My domains:<br><br>rayahari.com<br>milanorosa.com<br><br>Please help me | 2009-06-22<br>03:40:41 |

| | | |
|---|---|---|
| | On Sun, Jun 21, 2009 at 10:13 PM, OnlineNIC CS-AP  wrote:<br>><br>> Dear Customer,<br>><br>> Thanks for contacting OnlineNIC!<br>><br>> For the sake of the security of your domains,would you please write to us again about this issue? And then we will help y<br>><br>> Should you have any other questions, please feel free to contact us.<br>> ★★★Special Offering:<br>> 1.Email Solution - free 180 days for reseller!<br>> 2.cPanel Reseller hosting - 50G @ Only $19.96 / mon!<br>> 3.Rapid SSL - AS LOW AS $18<br>><br>><br>> Sincerely,<br>><br>> Lynn<br>> Customer Service Division OnlineNIC Inc<br>> Welcome to our new support center http://support.onlinenic.com.<br>> Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm<br>><br>> Ticket Details<br>> ===================<br>> Ticket ID: LER-823546<br>> Department: CS Asia-Pacific<br>> Priority: High<br>> Status: On Hold<br>> | |
| rayahari@hotmail.com | Hi there,<br><br>Im owner of the domain: rayahari.com<br><br>Please help me to transfer the domain to my reseller account<br><br>Regards, | 2009-06-22 05:00:33 |
| milanorosa@hotmail.com | Hi there,<br><br>And it's from the owner of the domain: milanorosa.com<br><br>Please help me to transfer the domain to my reseller account<br><br>Regards, | 2009-06-22 05:00:33 |
| ally@onlinenic.com | Dear Milano Rosa,<br><br>Thanks for contacting OnlineNIC!<br><br>We will try to contact 2 domains current provider to recheck the problem, if there is no any reply or help from them within<br><br>Should you have any other questions, please feel free to contact us.<br><br>★★★Special Offering:<br>Email Solution - free 180 days for reseller!<br>Rapid SSL - AS LOW AS $18!<br><br>Sincerely,<br><br>Ally Deborah<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm | 2009-06-23 07:05:26 |
| ally@onlinenic.com | Dear ViSun Online Technology, Inc.,<br><br>Thanks for contacting OnlineNIC!<br><br>Please draw your attention to the fact that this is second time to inform you about the domain rayahari.com owner rayahari@<br><br>If there is no any reply or reasonable explanation from your side within 24 hours, we will help the client further here. Th | 2009-06-23 07:09:38 |

| | | |
|---|---|---|
| | Should you have any other questions, please feel free to contact us.<br><br>★★★Special Offering:<br>Email Solution - free 180 days for reseller!<br>Rapid SSL - AS LOW AS $18!<br><br>Sincerely,<br><br>Ally Deborah<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm | |
| sue@onlinenic.com | Dear Haris Jenry,<br><br>Thanks for contacting OnlineNIC!<br><br>It's our pleasure to help you.:))<br><br><br>Should you have any other questions, please feel free to contact us.<br><br>★★★Special Offering:<br>1.Email Solution - free 180 days for reseller!<br>2.cPanel Reseller hosting -   50G @ Only $19.96 / mon!<br>3.Rapid SSL - AS LOW AS $18<br><br>Sincerely,<br><br>Sue Tai<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm | 2009-06-22 06:02:54 |
| lynn@onlinenic.com | Dear Valued Partner,<br><br>Here's the request about transfer from one of your customers.Would you please contact and help them directly?Thanks for you<br><br>----------original message-------------<br>I have a reseller account with you. My ID: 563809<br>Few years ago, I have 2 domains with another OnlineNIC reseller:<br><br>name: ViSun Online Technology, Inc.<br>tel: +848.37155388<br>fax: +848.54370078<br>web:http://www.domain.net.vn<br><br>I dont know their ID number.<br>Now I want to transfer my domains from their reseller account to my reseller account. But they do not accept or they dont w<br>I need help to transfer my domains to my reseller account.<br>My domains:<br><br>rayahari.com<br>milanorosa.com<br><br>Please help me.<br>Thank you<br>------------------<br>Hi there,<br>Im owner of the domain: rayahari.com<br>Please help me to transfer the domain to my reseller account<br>Regards,<br>E-mail: rayahari@hotmail.com<br>------------------<br>Hi there,<br>And it's from the owner of the domain: milanorosa.com<br>Please help me to transfer the domain to my reseller account<br>Regards,<br>E-mail: milanorosa@hotmail.com<br>-------------------end---------------------<br><br><br>★★★Special Offering:<br>1.Email Solution - free 180 days for reseller!<br>2.cPanel Reseller hosting - 50G @ Only $19.96 / mon!<br>3.Rapid SSL - AS LOW AS $18<br><br>Sincerely,<br><br>Lynn<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm | 2009-06-22 05:13:53 |
| lynn@onlinenic.com | Dear Customer,<br><br>Thanks for contacting OnlineNIC!<br><br>For the sake of the security of your domains,would you please write to us again about this issue? And then we will help you | 2009-06-22 03:13:10 |

|  | Should you have any other questions, please feel free to contact us.<br>★★★Special Offering:<br>1.Email Solution - free 180 days for reseller!<br>2.cPanel Reseller hosting - 50G @ Only $19.96 / mon!<br>3.Rapid SSL - AS LOW AS $18<br><br>Sincerely,<br><br>Lynn<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm |  |
|---|---|---|
| lynn@onlinenic.com | Dear Customer,<br><br>Thanks for your kind cooperation and quick reply.<br><br>I am really sorry for my mistake in my last reply.Please accept my sincerely apology.<br><br>The completed reply is that,would you please write to us again from the registrant email address of your domains? And we wi<br><br>Should you have any other questions, please feel free to contact us.<br>★★★Special Offering:<br>1.Email Solution - free 180 days for reseller!<br>2.cPanel Reseller hosting - 50G @ Only $19.96 / mon!<br>3.Rapid SSL - AS LOW AS $18<br><br>Sincerely,<br><br>Lynn<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm | 2009-06-22 04:37:36 |
| lynn@onlinenic.com | Dear Customer,<br><br>Thanks for your reply.<br><br>We have help you to cotact the current reseller of your domains,if you still don't get their message in 24 hours,you may co<br><br>Should you have any other questions, please feel free to contact us.<br>★★★Special Offering:<br>1.Email Solution - free 180 days for reseller!<br>2.cPanel Reseller hosting - 50G @ Only $19.96 / mon!<br>3.Rapid SSL - AS LOW AS $18<br><br>Sincerely,<br><br>Lynn<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm | 2009-06-22 05:14:59 |
| QLH-170269 | Something wrong with my domain. Please help... |  |
| jenryhas@gmail.com | Please use DNS:<br><br>ns1.dns-diy.net<br>ns2.dns-diy.net<br><br>And here is my IP hosting:<br><br>174.37.58.223<br><br>Thank you | 2009-10-21 07:56:32 |
| jenryhas@gmail.com | Suddenly, this morning I see that all DNS info in my domain at dns-diy.net has been deleted.<br><br>When I try to point it again to my IP hosting, it does not allow me to do it and displayed a red error "Append new resource<br><br>Can you please help me?<br><br>my domain: rayahari.com<br><br>Thank you | 2009-10-19 19:39:22 |
| jenryhas@gmail.com | Im afraid that it does not work.<br><br>The domain is still in error. Can you please help me? | 2009-10-24 09:45:15 |
| jenryhas@gmail.com | Few days ago, I received an email from you, with the subject:<br><br>[~LAC-312907]: whois data problem rayahari.com | 2009-10-26 07:46:29 |

| | | |
|---|---|---|
| | I have corrected the whois data and fixed it by using the ID Shield of OnlineNIC<br><br>Maybe that is the problem, your tech team has disabled my domain. But now, the whois data is correct and protected by Onlin | |
| jenryhas@gmail.com | Hello,<br><br>Im trying to transfer my domain MILANOROSA.COM to another registrar.<br><br>But the current status is clientHold. Please clear the status for me so I can transfer the domain.<br><br>Thank you | 2009-12-02 10:58:23 |
| jenryhas@gmail.com | Hello?<br><br>Can someone there please help me ? I have sent this request few days ago but still no reply until now.<br><br>Im trying to transfer my domain MILANOROSA.COM to another registrar.<br><br>But the current status is clientHold. Please clear the status for me so I can transfer the domain.<br><br>Thank you | 2009-12-04 05:14:42 |
| Darwin@onlinenic.com | Dear Jenry Haris,<br><br>Thanks for contacting OnlineNIC!<br><br>We have updated the records of this domain on our DNS-DIY, but it needs several hours for propagating. Please check it late<br><br>Should you have any other questions, please feel free to contact us.<br><br>★★★Special Offering:<br>1. INFO is $5.99, for first year registration. Special offer expires on June 31. Hurry please!<br>2. SSL starts at $18 only.<br>Sincerely,<br><br>Darwin<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm | 2009-10-21 11:46:56 |
| Darwin@onlinenic.com | Dear Jenry Haris,<br><br>Thanks for contacting OnlineNIC!<br><br>The domain rayahari.com is unhold now, but please disable our IDshield for this domain, as our IDshield is adjusted these d<br><br>Should you have any other questions, please feel free to contact us.<br><br>★★★Special Offering:<br>1. INFO is $5.99, for first year registration. Special offer expires on June 31. Hurry please!<br>2. SSL starts at $18 only.<br>Sincerely,<br><br>Darwin<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm | 2009-10-26 10:03:00 |
| Darwin@onlinenic.com | Dear Jenry Haris,<br><br>Thanks for contacting OnlineNIC!<br><br>So sorry for the inconvenience that has caused on you. Per checking, this domain is in clienthold status, so all the resolu<br><br>Should you have any other questions, please feel free to contact us.<br><br>★★★Special Offering:<br>1. INFO is $5.99, for first year registration. Special offer expires on June 31. Hurry please!<br>2. SSL starts at $18 only.<br>Sincerely,<br><br>Darwin<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm | 2009-10-26 06:31:31 |
| Darwin@onlinenic.com | Dear Jenry Haris,<br><br>Thanks for contacting OnlineNIC!<br><br>So sorry for the inconvenience that has caused on you. The domain milanorosa.com is unblocked now, please check it there. T<br><br>Should you have any other questions, please feel free to contact us.<br><br>★★★Special Offering:<br>1. INFO is $5.99, for first year registration. Special offer expires on November 30th, 2009. Hurry please! | 2009-12-04 06:04:45 |

| | | |
|---|---|---|
| | 2. SSL starts at $18 only.<br>Sincerely,<br><br>Darwin<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://onlinenic.com/english/livechat/live_index.htm | |
| hummy@onlinenic.com | Dear Jenry,<br><br>Thanks for contacting OnlineNIC!<br><br>This is Hummy from OnlineNIC Customer Service.<br><br>Sorry for the inconvenience that has caused on you. The issue has been forwarded to be checked by the staff concerned for y<br><br>Should you have any other questions, please feel free to contact us.<br><br>★★★Registration Promo:<br>1. .ORG $6.49/yr PLUS Free 180-day Business Email Solution<br>2. cPanel Reseller WebHosting $19.96/mo<br>3. .IN 2LD @ $11.99/yr & .IN 3LD @ $7.59/yr<br>4. .INFO @ $5.99/yr PLUS Email Solution Bonus<br><br>Sincerely,<br><br>Hummy<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center http://support.onlinenic.com.<br>Live Chat Support: http://www.onlinenic.com/english/livechat/live_index1.php | 2009-10-25 00:13:41 |
| peter@onlinenic.com | Dear Customer,<br><br>Thanks for contacting OnlineNIC!<br><br>Please inform us the complete dns for this domain so that we can try updating the dns for it here. Thanks for your cooperat<br><br>Should you have any other questions, please feel free to contact us.<br>★★★Special Offering:<br>1.   SSL starts at $18 only!<br>2.   INFO domains @ ONLY 6.59/yr!<br>3.   Email Solution - free 180 days for reseller!<br>4.   cPanel Reseller hosting - 50G @ Only $19.96 / mon!<br><br>Sincerely,<br>Peter<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center<br>http://support.onlinenic.com.<br>Live Chat Support: http://www.onlinenic.com/english/livechat/live_index1.php | 2009-10-20 03:11:09 |
| vincent@onlinenic.com | Dear Customer,<br><br>Thanks for contacting OnlineNIC!<br><br>So sorry for any inconvenience that caused to you. We have forward this issue to the related staff for further checking. Wo<br><br>Should you have any other questions, please feel free to contact us.<br>★★★Special Offering:<br><br>(1)   .INFO @ $5.99/yr<br>(2)   .IN 2LD @ $9.99/yr<br>(3)   .EU @ $2.99/yr<br><br>Sincerely,<br><br>Vincent<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center<br>http://support.onlinenic.com.<br>http://www.onlinenic.com/english/livechat/live_index1.php | 2009-12-02 12:52:24 |
| | | |