# EXHIBIT J

| WCY-822442 | "Domain has been transferred out" - not really | |
|---|---|---|
| onlinenic@lockspin.com | To whom it may concern,<br><br>I am trying to renew pip.pet before the deadline but your system is telling me that the domain name was "transferred out".<br><br>The expiry date is in September and the registrar in the whois information is Onlinenic. The domain name has definitely NOT<br><br>Please fix this bug because if you don't I may lose the domain. Thanks in advance.<br><br>Kind regards,<br>Marton Molnar<br>Onlinenic ID: 572271 | 2017-07-01 03:18:13 |
| Jesse@onlinenic.com | Dear Partner,<br><br>This is Jesse from OnlineNIC!<br><br>Thank you for your feedback. Please be informed that we have forwarded this issue to our technicians. Once there is any new<br><br>Your understanding and cooperation will be highly appreciated.<br><br>Should you have any other questions, please feel free to contact us.<br><br>****Special Offering****<br>1. Comodo SSL starts at $7.9/year only!<br>2. Reseller Hosting packages: Join us now!  Details: http://onlinenic.com/reseller-hosting/<br>3. Build Professional personal and Ecommerce website as low as $5/month! Refer to: https://onlinenic.com/website_builder/<br>4. OnlineNIC Domain Module is ready for WHMCS 7! Simply replace onlinenic.php under://whmcs/modules/registrars/onlinenic<br><br>Regards,<br>Jesse<br>OnlineNIC Customer Support<br>Live Chat: http://www.onlinenic.com/english/livechat/live_index1.php<br>SSL promo: buy more and save more! Get more details in http://www.onlinenic.com/ssl_promo.php | 2017-07-01 03:39:48 |
| HNK-739592 | Get price error | |
| onlinenic@lockspin.com | Hi,<br><br>I'm trying to register my first domain (I have added funds to my account as well) but I get a 'Get price error' after I ent | 2011-06-21 00:02:20 |
| onlinenic@lockspin.com | My bad.<br><br>My ID is 572271. When I try to register a domain I get the following error:<br><br>(132) Getting price error. | 2011-06-21 10:37:29 |
| Cecilia@onlinenic.com | Dear Customer,<br><br>Thanks for contacting OnlineNIC!<br><br>Would you please offer us your account ID first? Then, we may help you further.<br><br>Should you have any other questions, please feel free to contact us.<br><br>★★★Special Offering:<br>1. SSL starts at $18 only!<br>2. cPanel Reseller hosting - 50G @ Only $19.96 / mon!<br>3. QuickSSL Premium - $89/yr<br><br>Always @ your service!<br><br>Sincerely,<br>Cecilia<br>Customer Service Division OnlineNIC Inc<br>Welcome to our new support center<br>http://support.onlinenic.com.<br>Live Chat Support: http://www.onlinenic.com/english/livechat/live_index1.php<br><br>============================================================<br>L Posted on: 21 Jun 2011 08:02 AM<br>============================================================<br>Hi,<br><br>I'm trying to register my first domain (I have added funds to my account as well) but I get a 'Get price error' after I ent | 2011-06-21 00:15:26 |
| jason@onlinenic.com | Dear Customer,<br><br>Thanks for contacting OnlineNIC Customer Service!<br><br>You got a price error because you are not a reseller with us. If you want to be a reseller with us, you need to add about $ | 2011-06-21 11:36:07 |

```
Should you have any question, please feel free to contact us!

Special Offering in June:
1. Short and numeric ..tel domains are available in June!
2. SSL starts at $18/year only!
3. cPanel Reseller hosting - 50G @ Only $19.96 /Mo!

Best regards,

Jason
Customer Service Division OnlineNIC Inc
Welcome to our new support center http://support.onlinenic.com.
Live Chat Support: http://www.onlinenic.com/english/livechat/live_index1.php


L Posted on: 21 Jun 2011 08:02 AM
================================================================
Hi,

I'm trying to register my first domain (I have added funds to my account as well) but I get a 'Get price error' after I ent


L Posted on: 21 Jun 2011 06:37 PM
================================================================
My bad.

My ID is 572271. When I try to register a domain I get the following error:

(132) Getting price error.
```