Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
3000 El Camino Real
Bldg. 4, Suite 200
Palo Alto, CA 94306
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE
CO., LIMITED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED.<br><br>　　　　Defendants. | Case No. 19-CV-07071-SI<br><br>**DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

Defendants OnlineNIC, Inc. and Domain ID Shield Service Co., Limited (together "Defendants") respectfully request that an order be granted to remove Docket No. 202-4 (Exhibit C to the Declaration of Leon Freeman) from the docket on the grounds that a portion of this document contains confidential information, including financial information, that should have been redacted or filed under seal. Defendants' counsel believed that a redacted form of the document was being filed.

Defendants are contemporaneously moving to seal the document as stated in Defendants' Administrative Motion to File Documents Under Seal, and shall file a sealed, unredacted version of the document in connection with that motion. Defendants notified the Court's Civil Case

- 1-

1  Docketing & Docket Correction, as well as the ECF Help Desk, of this filing error and public

2  access to the inadvertently filed document, ECF 202-4, has been temporarily blocked.

3      Defendants respectfully move the Court to remove the incorrectly filed document

4  permanently from the Court's public docket and ECF.

5

6                                          Respectfully Submitted,

   DATED:  November 24, 2021              LEXANALYTICA, PC
7

8                                          By:  _____

9

10                                         Attorneys for Defendants
                                           ONLINENIC, INC. and DOMAIN ID SHEILD
                                           SERVICE CO., LIMITED
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **ORDER**

2

3        The Court has now considered Defendants' Motion to Remove Incorrectly Filed

4  Document, Docket No. 202-4.  Having considered the moving papers before it and finding good

5  cause,

6        The Court hereby grants the Motion and orders that Docket No. 202-4 be removed from the

7  docket for this matter.

8

9

10  **IT IS SO ORDERED.**

11

12  DATED: _____                    _____

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Facebook, Inc. v. OnlineNIC, Inc.                                                    Case No. 19-cv-7071-SI
Defendants' Motion To Remove Incorrectly Filed Document