Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
3000 El Camino Real
Bldg. 4, Suite 200
Palo Alto, CA 94306
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE CO., LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.<br><br>　　　　Defendants. | Case No. 19-CV-07071-SI<br><br>**DECLARATION OF PERRY J. NARANCIC** |

　　　　I, Perry J. Narancic, declare as follows:

　　　　1.　　I am over the age of 18, and I am counsel of record in the above-captioned case for Defendants OnlineNIC, Inc. and Domain ID Shield Service Co., Limited (together "Defendants"). I would and could competently testify as set forth below in a court of law.

　　　　2.　　On November 23, 2021, I filed Defendants' Opposition to Plaintiffs' Motion to Strike Defendants' Answer and For Default Judgment. In support of this document, I filed the Declaration of Leon Freeman (ECF 202) that included a number of exhibits.

　　　　3.　　One of these exhibits, Exhibit C (ECF 202-4) should have been filed under seal. The document is an excel spreadsheet that contains payment information from some of

- 1-

- 2-

1. Defendants' resellers. Included in the spreadsheet are payment amounts, dates made, and other sensitive information.

4. All of this information is sensitive to third parties not involved in this litigation, especially financial account information (which is protected under Fed. R. Civ. P. 5.2), transaction numbers, and payment amounts. This data was produced in discovery under the "Confidential" designation under the Protective Order in this case.

5. Third parties could be harmed if this information were allowed to remain public.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 24, 2021 at Atherton, California.

DATED: November 24, 2021

By: *[signature]*

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE CO., LIMITED