1  Perry J. Narancic, SBN 206820
   LEXANALYTICA, PC
2  3000 El Camino Real
   Bldg. 4, Suite 200
3  Palo Alto, CA  94306
   www.lexanalytica.com
4  pjn@lexanalytica.com
   Tel: 650-655-2800

5

6  Attorneys for Defendants
   ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE
7  CO., LIMITED

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>                Plaintiffs,<br>       v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.<br><br>                Defendants. | Case No. 19-CV-07071-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS ONLINENIC, INC. AND DOMAIN ID SHIELD SERVICE CO., LIMITED'S ADMINISTRATIVE MOTION TO SEAL** |

- 1-

## **ORDER**

The Court has now considered Defendants' Administrative Motion to Seal Document. Having considered the moving papers before it and finding good cause,

The Court hereby grants the following:

| Document | Portion to be Sealed | Decision |
|---|---|---|
| Exhibit C (ECF 202-4) | Entire Document | Granted |

**IT IS SO ORDERED.**


DATED: _____          _____