Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
3000 El Camino Real
Bldg. 4, Suite 200
Palo Alto, CA 94306
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>        Plaintiffs,<br>    v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED.<br><br>        Defendants. | Case No. 19-CV-07071-SI<br><br>**NOTICE OF WITHDRAWAL OF MOTION AT ECF 121 (MOTION TO WITHDRAW AS COUNSEL)** |

      On July 20, 2021, the undersigned counsel moved to withdraw from this case (ECF 121). No ruling has yet been made on this motion and the Court has recently inquired about its status. On August 3, 2021, Plaintiffs opposed counsel's withdrawal motion because, among other things, Plaintiffs' motion for default judgment (ECF 117) was still pending at that time (ECF 147, p.6, lns. 10-12). Plaintiffs' default motion is still pending, and a hearing on the matter is scheduled for March 1, 2022 (ECF 208). To the extent that a withdrawal at this stage may delay that important hearing, the undersigned counsel hereby withdraws his motion at ECF 121, without prejudice to re-file it.

- 1-

Facebook, Inc. v. OnlineNIC, Inc.                                                                 Case No. 19-cv-7071-SI
Notice of Withdrawal re ECF 121 (Motion to Withdraw by Defendants' Counsel)

|   |   |
|---|---|
|   | Respectfully Submitted, |
| DATED: January 31, 2022 | LEXANALYTICA, PC |
|   | By:  /s/ Perry J. Narancic |
|   | Attorneys for Defendants<br>ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE CO., LIMITED |

- 2-

Facebook, Inc. v. OnlineNIC, Inc.                                                                                                Case No. 19-cv-7071-SI
Notice of Withdrawal re ECF 121 (Motion to Withdraw by Defendants' Counsel)