AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Facebook, Inc., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:19-CV-07071-SI |
| OnlineNic, Inc., et al. | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Xiamen 35.com Technology Co., Ltd.                                                                    .

Date: 02/01/2022

Karl S. Kronenberger
*Attorney's signature*

Karl S. Kronenberger (BN 226112)
*Printed name and bar number*

Kronenberger Rosenfeld, LLP
150 Post St., Suite 520
San Francisco, CA 94108
*Address*

karl@krinternetlaw.com
*E-mail address*

(415) 955-1155
*Telephone number*

(415) 955-1158
*FAX number*

[Print]    [Save As...]    [Reset]