AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| Facebook, Inc., et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:19-CV-07071-SI |
| OnlineNic, Inc., et al. | ) |
| *Defendant* | ) |

### APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Xiamen 35.com Technology Co., Ltd.

Date: 02/01/2022

Liana W. Chen
*Attorney's signature*

Liana W. Chen (Bar No. 296965)
*Printed name and bar number*

Kronenberger Rosenfeld, LLP
150 Post St., Suite 520
San Francisco, CA 94108
*Address*

liana@krinternetlaw.com
*E-mail address*

(415) 955-1155
*Telephone number*

(415) 955-1158
*FAX number*