**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Ruben Peña (Bar No. 328106)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
liana@KRInternetLaw.com
ruben@KRInternetLaw.com

Attorneys for Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FACEBOOK, INC.**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **ONLINENIC INC.**, et al., <br><br> Defendants. | Case No. 3:19-cv-07071-SI <br><br> **DECLARATION OF KARL S. KRONENBERGER IN SUPPORT OF DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S MOTION FOR BIFURCATION AND STAY OF DISCOVERY** <br><br> Date: April 1, 2022 <br> Time: 10:00 a.m. <br> Ctrm.: 1 — 17th Floor <br> Before: Judge Susan Illston |

I, Karl S. Kronenberger, do hereby declare:

1. I am an attorney admitted to practice law in the State of California and before this Court. I am a partner at the law firm of Kronenberger Rosenfeld, LLP, counsel of record for Defendant Xiamen 35.com Technology Co., Ltd. ("35.CN"). Unless otherwise stated, I have personal knowledge of the facts set forth in this Declaration.

2. On February 16, 2022, Plaintiffs Facebook, Inc. and Instagram, LLC (collectively, "Plaintiffs") served written discovery requests on 35.CN (118 requests for admission, 18 interrogatories, and 147 requests for production of documents), which seek extensive information and documents, including relating to Plaintiffs' "alter ego" theory.

3. On February 22, 2022, I discussed this motion to bifurcate and stay discovery via Zoom video conference with Plaintiffs' counsel, who indicated they would not consent to the motion. On February 24, 2022, I discussed this motion via Zoom video conference with counsel for Defendants OnlineNIC Inc. and Domain ID Shield Service Co. Limited, who consented to the relief sought by this motion.

4. I am informed that Plaintiffs and the other Defendants in this case engaged in discovery prior to Defendant 35.CN appearing in this action, including discovery on the issue of whether ID Shield is a Privacy Service or Proxy Service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on February 25, 2022, in San Francisco, California.

                                                   s/Karl S. Kronenberger
                                                   Karl S. Kronenberger