**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FACEBOOK, INC.**, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**ONLINENIC INC.**, et al.,<br><br>　　　　Defendants. | Case No. 3:19-cv-07071-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S MOTION FOR BIFURCATION AND STAY**<br><br>Date:　　April 1, 2022<br>Time:　　10:00 a.m.<br>Ctrm.:　　1 — 17th Floor<br>Before:　Judge Susan Illston |

1  Defendant Xiamen 35.com Technology Co., Ltd. ("35.CN")'s motion for bifurcation and stay of discovery pursuant to Rule 42(b) came on for a regular hearing before this Court in Courtroom 1 on April 1, 2022 at 10:00 a.m. Having reviewed and considered the motion and supporting documents, as well as the other related papers and pleadings on file herein, and finding good cause appearing, the Court hereby finds and orders as follows:

IT IS ORDERED THAT Defendant 35.CN's motion for bifurcation and stay of discovery is hereby GRANTED.

IT IS FURTHER ORDERED THAT this case is bifurcated and stayed in all respects, other than discovery and motions directly related to one issue—whether Defendant Domain ID Shield Service Co. Limited is a Privacy Service versus a Proxy Service—until further notice from this Court.

**IT IS SO ORDERED.**

DATED: _____     _____
United States District Judge
for the Northern District of California