UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ONLINENIC INC, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-07071-SI (SVK)<br><br>**TENTATIVE RULINGS**<br><br>Re: Dkt. No. 176 |

　　　In preparation for the March 1, 2022 hearing, this order sets forth the Court's tentative rulings to assist counsel in focusing oral argument:

- Motion to Strike Defendants OnlineNIC Inc. and Domain ID Shield Service Co. Ltd.'s Answer and for Default Judgment: *granted. Plaintiffs to be prepared to address the basis for the statement of facts and conclusions of law in the proposed judgment.*

- Request for statutory damages under the ACPA: *granted, but modified as to amount. See Facebook Inc v. Banana Ads LLC*, No. 11-03619, 2013 WL 1873289 (N.D. Cal. Apr. 30, 2013); *Bittorrent, Inc. v. Bittorrent Marketing GMMBH*, No. 12-02525-BLF, 2014 WL 5773197 (N.D. Cal. Nov. 5, 2014).

- Request for attorneys' fees under the Lanham Act: *granted, as the case is "exceptional;" determination of amount of award to be deferred until conclusion of the action.*

- Request to transfer domain names: *granted, but modified to limit to infringing and/or confusingly similar names only.*

- Request for permanent injunction: *granted, but modified to address overbreadth— e.g., ¶ 101(f).*

- Request for fees related to the Special Master: *granted.*

**SO ORDERED.**

Dated: February 28, 2022

SUSAN VAN KEULEN
United States Magistrate Judge