Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
3000 El Camino Real
Bldg. 4, Suite 200
Palo Alto, CA 94306
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>        Plaintiffs,<br>   v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED.<br><br>        Defendants. | Case No. 19-CV-07071-SI<br><br>**DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

Defendants OnlineNIC, Inc. and Domain ID Shield Service Co., Limited (together "Defendants") respectfully request that an order be granted to remove Docket No. 202-4 (Exhibit C to the Declaration of Leon Freeman) from the docket on the grounds that a portion of this document contains confidential information, including financial information, that should have been redacted or filed under seal. Defendants' counsel believed that a redacted form of the document was being filed.

Defendants are contemporaneously moving to seal the document as stated in Defendants' Administrative Motion to File Documents Under Seal, and shall file a sealed, unredacted version of the document in connection with that motion. Defendants notified the Court's Civil Case

- 1-

Docketing & Docket Correction, as well as the ECF Help Desk, of this filing error and public access to the inadvertently filed document, ECF 202-4, has been temporarily blocked.

Defendants respectfully move the Court to remove the incorrectly filed document permanently from the Court's public docket and ECF.

Respectfully Submitted,

DATED: November 24, 2021         LEXANALYTICA, PC

By: _____

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE CO., LIMITED

## **ORDER**

The Court has now considered Defendants' Motion to Remove Incorrectly Filed Document, Docket No. 202-4. Having considered the moving papers before it and finding good cause,

The Court hereby grants the Motion and orders that Docket No. 202-4 be removed from the docket for this matter.

**IT IS SO ORDERED.**

DATED:  March 1, 2022                       _Susan Illston_

- 3 -

Facebook, Inc. v. OnlineNIC, Inc.                                                    Case No. 19-cv-7071-SI
Defendants' Motion To Remove Incorrectly Filed Document