Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
3000 El Camino Real
Bldg. 4, Suite 200
Palo Alto, CA  94306
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE
CO., LIMITED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>        Plaintiffs,<br><br>  v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.<br><br>        Defendants. | Case No. 19-CV-07071-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS ONLINENIC, INC. AND DOMAIN ID SHIELD SERVICE CO., LIMITED'S ADMINISTRATIVE MOTION TO SEAL** |

- 1-

1

## **ORDER**

2

3          The Court has now considered Defendants' Administrative Motion to Seal Document.

4    Having considered the moving papers before it and finding good cause,

5          The Court hereby grants the following:

| Document | Portion to be Sealed | Decision |
|---|---|---|
| Exhibit C (ECF 202-4) | Entire Document | Granted |

8

9

10   **IT IS SO ORDERED.**

11

12   DATED:  ~~March 1, 2022~~

13                                              Susan Illston, Presiding Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Facebook, Inc. v. OnlineNIC, Inc.                                              Case No. 19-cv-7071-SI
[Proposed] Order