TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:   213.430.3400
Facsimile:   213.430.3409

DAVIS POLK & WARDWELL LLP
Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
Micah G. Block SBN 270712
micah.block@davispolk.com
Cristina M. Rincon (*Pro Hac Vice*)
cristina.rincon@davispolk.com
1600 El Camino Real
Menlo Park, CA 94025
Telephone:   650.752.2000
Facsimile:   650.752.2111

Attorneys for Plaintiffs,
FACEBOOK, INC.
and INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>　　　　　　Defendants. | Case No. 3:19-cv-07071-SI<br><br>**DECLARATION OF STEVEN E. LAURIDSEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO XIAMEN 35.COM INTERNET TECHNOLOGY CO. LTD.'S MOTION FOR BIFURCATION AND STAY OF DISCOVERY**<br><br>DATE: April 1, 2022<br>TIME: 10:00 a.m.<br>CTRM: 1 – 17th Floor<br><br>Hon. Susan Illston |

I, Steven E. Lauridsen, declare:

1. I am an attorney at Tucker Ellis LLP, counsel of record for Plaintiffs in this action. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently concerning each of the following facts.

2. Plaintiffs propounded written discovery to Xiamen 35.Com Internet Technology Co., Ltd ("35.CN") on February 16, 2022. After Plaintiffs agreed to an extension, 35.CN's responses are now due in April 2022.

3. The parties met and conferred by video conference on February 22, 2022 and discussed 35.CN's request to bifurcate. During that meeting, 35.CN's counsel stated that it did not have copies of the discovery produced in this case.

4. A copy of ICANN's Temporary Specification for gTLD Registration Data, available at https://www.icann.org/resources/pages/gtld-registration-data-specs-en, is attached as Exhibit 1 to this Declaration.

5. A copy of ICANN's Notice of Breach of Registrar Accreditation Agreement sent to OnlineNIC on July 24, 2014, available at: https://www.icann.org/en/system/files/correspondence/serad-to-arden-24jul14-en.pdf, is attached as Exhibit 2 to this Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 11, 2022 at West Hollywood, California.

　　　　　　　　　　　　　　　　　　 /s/Steven E. Lauridsen
　　　　　　　　　　　　　　　　　　STEVEN E. LAURIDSEN

DECLARATION OF STEVEN E. LAURIDSEN IN SUPPORT OF PLAINTIFFS' OPPOSITION
TO 35.CN'S MOTION FOR BIFURCATION AND STAY OF DISCOVERY
Case No. 3:19-cv-07071-SI