TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:   213.430.3400
Facsimile:    213.430.3409

DAVIS POLK & WARDWELL LLP
Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
Micah G. Block SBN 270712
micah.block@davispolk.com
Cristina M. Rincon (*Pro Hac Vice*)
cristina.rincon@davispolk.com
1600 El Camino Real
Menlo Park, CA 94025
Telephone:   650.752.2000
Facsimile:    650.752.2111

Attorneys for Plaintiffs,
FACEBOOK, INC.
and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI<br><br>**DECLARATION OF STEVEN E. LAURIDSEN REGARDING CM/ECF OUTAGE [CIVIL L.R. 5-1(D)(5)]**<br><br>DATE: April 1, 2022<br>TIME: 10:00 a.m.<br>CTRM: 1 – 17th Floor<br><br>Hon. Susan Illston |

**1**    I, Steven E. Lauridsen, declare:

**2**    1.    I am an attorney at Tucker Ellis LLP, counsel of record for Plaintiffs in this action. I make this declaration based on my personal knowledge and pursuant to Civil Local Rule 5-1(d)(5). If called as a witness, I would testify competently concerning each of the following facts.

**5**    2.    On March 11, 2022, a service disruption affected the Case Management/Electronic Case Files ("CM/ECF") system of the United States District Court for the Northern District of California. As a result, electronic filing was unavailable.

**8**    3.    I attempted to electronically file Plaintiffs' Opposition to Xiamen 35.Com Internet Technology Co. Ltd.'s Motion for Bifurcation and Stay of Discovery ("Opposition") and supporting documents on March 11, 2022. However, I received an error when I attempted to access the CM/ECF system at the following times: 1:58 p.m., 3:36 p.m., 4:10 p.m., and 4:27 p.m.

**12**    4.    I am therefore serving the Opposition on Defendants via email, as reflected in the proof of service accompanying those papers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 11, 2022 at West Hollywood, California.

                                                /s/Steven E. Lauridsen
                                                STEVEN E. LAURIDSEN

DECLARATION OF STEVEN E. LAURIDSEN REGARDING CM/ECF OUTAGE [CIVIL L.R. 5 1(D)(5)]
Case No. 3:19-cv-07071-SI