| | |
|---|---|
| 1 | TUCKER ELLIS LLP |
| | David J. Steele SBN 209797 |
| 2 | david.steele@tuckerellis.com |
| | Howard A. Kroll SBN 100981 |
| 3 | howard.kroll@tuckerellis.com |
| | Steven E. Lauridsen SBN 246364 |
| 4 | steven.lauridsen@tuckerellis.com |
| | 515 South Flower Street |
| 5 | Forty-Second Floor |
| | Los Angeles, CA 90071 |
| 6 | Telephone:    213.430.3400 |
| | Facsimile:    213.430.3409 |

DAVIS POLK & WARDWELL LLP
Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
Micah G. Block SBN 270712
micah.block@davispolk.com
Cristina M. Rincon (*Pro Hac Vice*)
cristina.rincon@davispolk.com
1600 El Camino Real
Menlo Park, CA 94025
Telephone:    650.752.2000
Facsimile:    650.752.2111

Attorneys for Plaintiffs,
FACEBOOK, INC.
and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC, | Case No. 3:19-cv-07071-SI |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | DATE: April 1, 2022 |
| | TIME: 10:00 a.m. |
| ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., | CTRM: 1 – 17th Floor |
| | Hon. Susan Illston |
| Defendants. | |

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles.  I am over the age of eighteen years and not a party to the within entitled action.  My business address is 515 South Flower Street, Forty-Second Floor Los Angeles, CA 90071.

On March 11, 2022, I served the document(s) described as PLAINTIFFS' OPPOSITION TO XIAMEN 35.COM INTERNET TECHNOLOGY CO. LTD.'S MOTION FOR BIFURCATION AND STAY OF DISCOVERY; DECLARATION OF STEVEN E. LAURIDSEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO XIAMEN 35.COM INTERNET TECHNOLOGY CO. LTD.'S MOTION FOR BIFURCATION AND STAY OF DISCOVERY; and DECLARATION OF STEVEN E. LAURIDSEN REGARDING CM/ECF OUTAGE on the interested party(ies) in this action as follows:

| | |
|---|---|
| KRONENBERGER ROSENFELD, LLP<br>Karl S. Kronenberger<br>karl@KRInternetLaw.com<br>liana@KRInternetLaw.com<br>150 Post Street, Suite 250<br>San Francisco, CA 94108<br>415.955.1155<br><br>Attorneys for Defendant,<br>XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD. | LEXANALYTICA, PC<br>Perry J. Narancic<br>pjn@lexanalytica.com<br>2225 E. Bayshore Road<br>Suite 200<br>Palo Alto, CA 94303<br>650.655.2800<br><br>Attorneys for Defendants,<br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED |

( )  **BY MAIL:**  By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on that date following ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Los Angeles, California, in a sealed envelope with postage fully prepaid.

(X)  **BY E-MAIL OR ELECTRONIC TRANSMISSION**:  I caused the documents to be sent to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

( )  **STATE**:  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(X)  **FEDERAL**:  I declare that I am a member of the bar of this Court. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 11, 2022, at Los Angeles, California.

                                                          /s/Steven E. Lauridsen<br>
                                                          Steven E. Lauridsen