**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Ruben Peña (Bar No. 328106)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
liana@KRInternetLaw.com
ruben@KRInternetLaw.com

Attorneys for Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **FACEBOOK, INC.**, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**ONLINENIC INC.**, et al.,<br><br>　　　　Defendants. | Case No. 3:19-cv-07071-SI<br><br>**DECLARATION OF KARL S. KRONENBERGER IN SUPPORT OF DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S REPLY FOR MOTION FOR BIFURCATION AND STAY OF DISCOVERY**<br><br>Date:　　April 1, 2022<br>Time:　　10:00 a.m.<br>Ctrm.:　　1 — 17th Floor<br>Before:　Judge Susan Illston |

I, Karl S. Kronenberger, do hereby declare:

1. I am an attorney admitted to practice law in the State of California and before this Court. I am a partner at the law firm of Kronenberger Rosenfeld, LLP, counsel of record for Defendant Xiamen 35.com Technology Co., Ltd. ("35.CN"). Unless otherwise stated, I have personal knowledge of the facts set forth in this Declaration.

2. On March 10, 2022, my office sent a letter, after discussing with Plaintiffs' counsel, asking Plaintiffs to produce the prior party and third-party discovery and document productions. A true and correct copy of the letter is attached as **Exhibit A**.

3. Plaintiffs have given 35.CN a two-week extension to respond to the 147 requests for production of documents (with a rolling production) and a thirty-day extension to respond to the 18 special interrogatories and 118 requests for admission.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on March 18, 2022, in San Francisco, California.

                                                s/Karl S. Kronenberger
                                                Karl S. Kronenberger

# Exhibit A



March 10, 2022

TUCKER ELLIS LLP
David J. Steele
Howard A. Kroll
Steven E. Lauridsen
Helena Guye
Jeffrey Sindelar
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071

**VIA EMAIL**

**RE:** *Meta Platforms Inc., et al., v. OnlineNIC, et al.*, Case No. 3:19-cv-07071-SI; Defendant Xiamen 35.com Technology Co., Ltd's Informal Request for Documents

Dear Counsel:

As you know, our firm legal is counsel to Xiamen 35.com Technology Co., Ltd. ("35.CN") in the lawsuit entitled, *Meta, et al., v. OnlineNIC, et al.*, Case No. 3:19-cv-07071-SI currently pending in the United States District Court for the Northern District of California (the "Action").

As discussed during our March 10, 2022 conference under Federal Rules of Civil Procedure Rule 26(f), please let this letter serve as 35.CN's informal request that Plaintiffs Meta and Instagram LLC (collectively, "Plaintiffs") produce copies of all party and third-party discovery conducted by Plaintiffs in the Action before December 1, 2021, including any written discovery requests and responses, subpoenas and subpoena responses, document productions, and deposition transcripts.

All documents produced by Plaintiffs and designated as "Confidential" or "Attorney's Eyes Only" under the protective order will be viewed by only 35.CN's attorneys of record or individuals subject to the protective order entered in the Action.

If you have any questions, you may reach me at 415-955-1155, ext. 114, or at karl@krinternetlaw.com.

Sincerely,

KRONENBERGER ROSENFELD, LLP

Karl S. Kronenberger