UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>ONLINENIC INC, et al.,<br><br>          Defendants. | Case No. 19-cv-07071-SI (SVK)<br><br>**ORDER WITHDRAWING DKT. 222**<br><br>Re: Dkt. No. 222 |

The Order Granting As Modified Plaintiffs' Motion to Strike Defendants' Answer and for Default Judgment Against Defendants OnlineNIC and Domain ID Shield at Dkt. 222 is withdrawn.

**SO ORDERED.**

Dated: March 28, 2022

SUSAN VAN KEULEN
United States Magistrate Judge