**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Ruben Peña (Bar No. 328106)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
liana@KRInternetLaw.com
ruben@KRInternetLaw.com

Attorneys for Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **FACEBOOK, INC.**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**ONLINENIC INC.**, et al.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI<br><br>**DECLARATION OF KARL S. KRONENBERGER IN SUPPORT OF DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE AND TO OBJECT TO THE REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' ANSWER AND FOR DEFAULT JUDGMENT AGAINST DEFENDANTS ONLINENIC AND DOMAIN ID SHIELD [D.E. 225]**<br><br>Date:     June 17, 2022<br>Time:    10:00 a.m.<br>Ctrm:    #1, 17th Floor<br>Before:  The Hon. Susan Illston |

I, Karl S. Kronenberger, do hereby declare:

1. I am an attorney admitted to practice law in the State of California and before this Court. I am a partner at the law firm of Kronenberger Rosenfeld, LLP, counsel of record for Defendant Xiamen 35.com Technology Co., Ltd. ("35.CN"). Unless otherwise stated, I have personal knowledge of the facts set forth in this Declaration.

2. On March 1, 2022, the Court held a hearing on Plaintiffs' Motion for Sanctions, with Defendants disputing the relief sought. I appeared on behalf of Defendant 35.CN and raised the just reason for delay argument in opposition to Plaintiffs' motion.

3. There is a basis for finding no underlying liability on the merits, including as to OnlineNIC and ID Shield, without using the records at issue in Plaintiffs' motion. Attached as **Exhibit A** are records showing examples of Plaintiffs' faxes to ID Shield regarding the underlying domain names; these faxes requested a response to a third party, AppDetex Managed Services, to an email address not knowingly associated with Plaintiffs. As outlined in response emails, OnlineNIC responded multiple times to try to verify this unknown third party purportedly acting on behalf of Facebook, with no known response to confirm the legitimacy of the same.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on April 11, 2022, in San Francisco, California.

                                                                             s/ Karl S. Kronenberger
                                                                                Karl S. Kronenberger

# Exhibit A



# FAX

| | | | |
|---|---|---|---|
| TO: | Domain ID Shield Service CO., Limited | FROM: | AppDetex |
| FAX: | +852.30197491 | FAX: | 855 780-8991 |
| PHONE: | +852. 21581835 | PHONE: | (855) 693-3839 |
| SUBJECT: | Abuse/Infringement Point of Contact | DATE: | April 23, 2019 |

AppDetex   |   609 W. Main St., Ste. 202, Boise, ID 83702   |   appdetex.com

FB000001

Dear Sir or Madam:

We write on behalf of Facebook, Inc. and its affiliated companies, Instagram, LLC and WhatsApp Inc. Domain ID Shield Service CO., Limited ("Domain ID Shield") is listed as the registered name holder for the following domains:

www-facebook-login.com

(the "Infringing Domain Names").

As described more fully below, registration of the Infringing Domain Names constitutes cybersquatting in violation of 15 U.S.C. § 1125(d) and causes actionable harm to Facebook and its affiliated companies.

Facebook owns the exclusive rights to several trademarks and service marks including the distinctive FACEBOOK trademark and service mark, having used the mark in connection with its goods and services since 2004 (collectively, the "Facebook Trademarks"). In addition to its extensive common law rights in the Facebook Trademarks, Facebook owns numerous United States registrations for the Facebook Trademarks, including the following registrations: (a) United States Registration Number 3,122,052; (b) United States Registration Number 3,881,770; (c) United States Registration Number 4,102,823; and (d) United States Registration Number 4,102,824.

Instagram, LLC owns the exclusive rights to several trademark and service marks including the distinctive INSTAGRAM trademark, having used the mark in connection with its goods and services as early as 2010 (collectively, the "Instagram Trademarks"). In addition to its extensive common law rights in the Instagram Trademarks, Instagram owns numerous United States registrations for the Instagram Trademarks, including the following registrations: (a) United States Registration Number 4,795,634; (b) United States Registration Number 4,146,057; (c) United States Registration Number 4,756,754; (d) United States Registration Number 5,566,030; (e) United States Registration Number 4,170,675; (f) United States Registration Number 4,856,047; g. United States Registration Number 4,822,600; (h) United States Registration Number 4,827,509; United States Registration Number 4,863,595; (j) United States Registration Number 5,019,151; and (k) United States Registration Number 5,181,545.

WhatsApp Inc. owns the exclusive rights to several trademarks and service marks, including the distinctive WHATSAPP trademark and service mark, having used the mark in connection with its goods and services since 2009 (collectively, the "WhatsApp Trademarks"). In addition to its extensive common law rights in the WhatsApp Trademarks, WhatsApp owns numerous United States registrations for the WhatsApp Trademarks, including the following registrations: (a) United States Registration Number 3,939,463; (b) United States Registration Number 4,083,272; (c) United States Registration Number 5,492,738; (d) United States Registration Number and 5,520,108.

The Infringing Domain Names are identical or confusingly similar to the Facebook Trademarks, the Instagram Trademarks, and/or the WhatsApp Trademarks and were registered and/or used with a bad faith intent to profit in violation of the Uniform Domain Name Dispute Resolution

FB000002

Policy and the Anti-cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d). The registration or use of the Infringing Domain Name causes Facebook actionable harm.

We request pursuant to RAA § 3.7.7.3 that you disclose current contact information provided by the licensee and the identity of the licensee. Please respond by email to whoisrequest@rr-facebook.com.

Nothing in this letter shall be deemed a waiver of any rights, remedies or defenses, all of which are hereby expressly reserved.

Facebook (transmitted by AppDetex Managed Services)

Hello,

This is Ben from OnlineNIC.

We try to contact your end for many times, is there anyone can response and discuss with me on this issue. So that we can help you further.

Best Regards,

**Ben Barnes**
**OnlineNIC Customer Support**
**E-mail：ben@onlinenic.com**
**Website: www.onlinenic.com**

**From:** whoisrequest
**Date:** 2018-08-14 21:46
**To:** abuse
**Subject:** Nonpublic registrant data for BUYINSTAGRAMFANS.COM [CASE: zHtrhxe2gT]

To OnlineNIC, Inc.

I write on behalf of Facebook [and its affiliated companies] to request a single domain registration record as identified below.[1] We have become aware that the below-identified domain name misuses one or more of the following trademarks held by Facebook [and/or its affiliated companies]:

| Trademark | US Trademark Reg. # | EU Trademark Reg. # |
|---|---|---|
| OCULUS RIFT | 48635851A | 012983854 EUTM |
| OCULUS | 48911571A | 012983854 |
| OCULUS VR | 44245431A | 012983854 EUTM |
| INSTAGRAM | 41460571A | 012111746 EUTM |
| INSTAGRAM | 41706751A | 012111746 EUTM |
| FB | 46597771A | 8981383 EUTM |
| FACEBOOK | 46437741A | 005722392 EUTM |

The fame and recognition of the above marks entitle Facebook to broad legal protection globally.

In order to investigate and prevent intellectual property infringement and contact infringing parties and relevant service providers, we request information regarding the following domain name:

- buyinstagramfans.com

We seek the following information consistent with the principles enumerated under Section 4 of the Temporary Specification for gTLD Registration Data adopted by ICANN on May 18, 2018:

1. Registrant name, address, phone, fax number, and email address
2. Technical contact name, address, phone, fax number, and email address
3. Administrative name, address, phone, fax number, and email address

To the extent that the requested information is believed to be subject to the European Union's General Data Protection Regulation (Commission Regulation (EU) 2016/679), we submit this request pursuant to Article 6(1)(f) of that Regulation. The information requested is necessary for the purposes of our legitimate interests, namely (1) identifying the registered holder of a domain name and their contact information to investigate and respond to potential trademark infringement and (2) enforcing legal claims.

We seek this information by Thu Aug 16 13:46:14 UTC 2018 in order to facilitate immediate legal action against the registrant. Please provide the requested information by responding to this email. NOTE: Please do not change the CASE in the subject line.

Facebook (transmitted by AppDetex Managed Services)

1. [Facebook [and its affiliated companies] reserves all of its legal rights in relation to this request and by making this request with respect to the domain name referenced above does not waive any and all rights it may have to request additional information regarding other domain names registered by the registrant or the contacts reflected in the WHOIS record.]

Hello,

Could you please sent the request e-mail via the e-mail which bulit base on the domain name facebook.com such as info@facebook.com so that we can help you further.

THX

**Ben Barnes**
**OnlineNIC Customer Support**
**E-mail：ben@onlinenic.com**
**Website: www.onlinenic.com**

**From:** facebook
**Date:** 2018-07-17 21:19
**To:** abuse
**Subject:** Nonpublic registrant data for MYFACEBOOKTOP10.COM [CASE: W5Gv6F6IGm]

To OnlineNIC, Inc.

I write on behalf of the Facebook family of companies to request domain registration records as described below. We have become aware that the below-listed domain names misuse one or more of the following trademarks:

| Trademark | US Trademark Reg. # | EU Trademark Reg. # Registry |
|---|---|---|
| Facebook | 4643774 | 005722392 EUTM |
| FB | 4659777 | 8981383 EUTM |
| Instagram | 4170675 & 4146057 | 012111746 EUTM |
| Oculus | 4424543, 4647400, 4891157 & 4863585 | 12983854 EUTM |
| Whatsapp | 4083272 & 3939463 | 009986514 EUTM |

The fame and recognition of these marks entitles Facebook to broad legal protection globally.

In order to investigate and prevent intellectual property infringement and contact infringing parties and relevant service providers, we request information regarding the following domain names:

- myfacebooktop10.com

We seek the following information consistent with the principles enumerated under Section 4 of the Temporary Specification for gTLD Registration Data adopted by ICANN on May 18, 2018:

1. Registrant name, address, phone, fax number, and email address
2. Technical contact name, address, phone, fax number, and email address
3. Administrative name, address, phone, fax number, and email address

> In addition to the full non-public WHOIS record from the domain names specified above, we also seek:
>
> 4. A list of any domain names registered by or through you that share any of the same WHOIS contacts 1), 2) and 3) with the domain names listed above.
> 5. All information in requests 1, 2, and 3 for all domains provided in response to request 4

To the extent that the requested information is believed to be subject to the European Union's General Data Protection Regulation (Commission Regulation (EU) 2016/679), we submit this request pursuant to Article 6(1)(f) of that Regulation. The information requested is necessary for the purposes of our legitimate interests, namely (1) identifying the registered holder of a domain name and their contact information to investigate and respond to potential trademark infringement and (2) enforcing legal claims.
We seek this information by Thu Jul 19 13:19:33 UTC 2018 in order to facilitate legal action against the registrant. Please provide the requested information by responding to this email. NOTE: Do not change the CASE in the subject line.
Facebook (transmitted by AppDetex Managed Services)

Hello Sir,

This is Ben from OnlineNIC.

We saw many e-mails from your end. But can you please response to us and offere the relevant document to prove that you write on behalf of Facebook.

Best Regards,

**Ben Barnes
OnlineNIC Customer Support
E-mail：ben@onlinenic.com
Website: www.onlinenic.com**

**From:** whoisrequest
**Date:** 2018-10-16 12:19
**To:** abuse
**Subject:** Nonpublic registrant data for SHOPINSTAGRAMFOLLOWERS.COM (2nd Notice) [CASE: Y4L7pB1mvj]

To OnlineNIC, Inc.

I write on behalf of Facebook [and its affiliated companies] to request a single domain registration record as identified below.[1] We have become aware that the below-identified domain name misuses one or more of the following trademarks held by Facebook [and/or its affiliated companies]:

| Trademark | US Trademark Reg. # | EU Trademark Reg. # |
|---|---|---|
| WHATSAPP | 40832721A | 009986514 EUTM |
| WHATSAPP | 39394631A | 0099865149 EUTM |
| OCULUS RIFT | 48635851A | 012983854 EUTM |
| OCULUS | 48911571A | 012983854 |
| OCULUS VR | 44245431A | 012983854 EUTM |
| INSTAGRAM | 41460571A | 012111746 EUTM |
| INSTAGRAM | 41706751A | 012111746 EUTM |
| FB | 46597771A | 8981383 EUTM |
| FACEBOOK | 46437741A | 005722392 EUTM |

The fame and recognition of the above marks entitle Facebook to broad legal protection globally.

In order to investigate and prevent intellectual property infringement and contact infringing parties and relevant service providers, we request information regarding the following domain name:

- shopinstagramfollowers.com

We seek the following information[1] consistent with the principles enumerated under Section 4 of the Temporary Specification for gTLD Registration Data adopted by ICANN on May 18, 2018:
1. Registrant name, address, phone, fax number, and email address
2. Technical contact name, address, phone, fax number, and email address
3. Administrative name, address, phone, fax number, and email address

To the extent that the requested information is believed to be subject to the European Union's General Data Protection Regulation (Commission Regulation (EU) 2016/679), we submit this request pursuant to Article 6(1)(f) of that Regulation. The information requested is necessary for the purposes of our legitimate interests, namely (1) identifying the registered holder of a domain name and their contact information to investigate and respond to potential trademark infringement and (2) enforcing legal claims.

We seek this information by Thu Oct 18 04:19:08 GMT 2018 in order to facilitate immediate legal action against the registrant. Please provide the requested information by responding to this email. NOTE: Please do not change the CASE in the subject line.

Facebook (transmitted by AppDetex Managed Services)

---

1. [Facebook [and its affiliated companies] reserves all of its legal rights in relation to this request and by making this request with respect to the domain name referenced above does not waive any and all rights it may have to request additional information regarding other domain names registered by the registrant or the contacts reflected in the WHOIS record.]

Hello,

Anyone can reply to us regards on this issue, we have sent many e-mails to your end. But no any reply from your end.

Best Regards,

**Ben Barnes**
**OnlineNIC Customer Support**
**E-mail：ben@onlinenic.com**
**Website: www.onlinenic.com**

---

**From:** whoisrequest
**Date:** 2018-09-06 23:52
**To:** abuse
**Subject:** Nonpublic registrant data for TROLLFACEBOOK.COM [CASE: dNtTi9YvvZ]

To OnlineNIC, Inc.

I write on behalf of Facebook [and its affiliated companies] to request a single domain registration record as identified below.[1] We have become aware that the below-identified domain name misuses one or more of the following trademarks held by Facebook [and/or its affiliated companies]:

| Trademark | US Trademark Reg. # | EU Trademark Reg. # |
|---|---|---|
| OCULUS RIFT | 48635851A | 012983854 EUTM |
| OCULUS | 48911571A | 012983854 |
| OCULUS VR | 44245431A | 012983854 EUTM |
| INSTAGRAM | 41460571A | 012111746 EUTM |
| INSTAGRAM | 41706751A | 012111746 EUTM |
| FB | 46597771A | 8981383 EUTM |
| FACEBOOK | 46437741A | 005722392 EUTM |

The fame and recognition of the above marks entitle Facebook to broad legal protection globally.

In order to investigate and prevent intellectual property infringement and contact infringing parties and relevant service providers, we request information regarding the following domain name:

- trollfacebook.com

We seek the following information consistent with the principles enumerated under Section 4 of the Temporary Specification for gTLD Registration Data adopted by ICANN on May 18, 2018:

1. Registrant name, address, phone, fax number, and email address
2. Technical contact name, address, phone, fax number, and email address
3. Administrative name, address, phone, fax number, and email address

To the extent that the requested information is believed to be subject to the European Union's General Data Protection Regulation (Commission Regulation (EU) 2016/679), we submit this request pursuant to Article 6(1)(f) of that Regulation. The information requested is necessary for the purposes of our legitimate interests, namely (1) identifying the registered holder of a domain name and their contact information to investigate and respond to potential trademark infringement and (2) enforcing legal claims.

We seek this information by Sat Sep 08 15:52:15 GMT 2018 in order to facilitate immediate legal action against the registrant. Please provide the requested information by responding to this email. NOTE: Please do not change the CASE in the subject line.

Facebook (transmitted by AppDetex Managed Services)

1. [Facebook [and its affiliated companies] reserves all of its legal rights in relation to this request and by making this request with respect to the domain name referenced above does not waive any and all rights it may have to request additional information regarding other domain names registered by the registrant or the contacts reflected in the WHOIS record.]

Dear Sir,

We used to contact your end and tried to discuss on this issue, but always no reply from your end.

Best Regards,

**Ben Barnes**
**OnlineNIC Customer Support**
**E-mail：ben@onlinenic.com**
**Website: www.onlinenic.com**

**From:** whoisrequest
**Date:** 2019-02-20 11:37
**To:** abuse
**Subject:** Nonpublic registrant data for WEB-LNSTARGRARN.COM [CASE: oZwBAVT8zg]
To OnlineNIC, Inc.
I write on behalf of Facebook [and its affiliated companies] to request a single domain registration record as identified below.[1] We have become aware that the below-identified domain name misuses one or more of the following trademarks held by Facebook [and/or its affiliated companies]:

| Trademark | US Trademark Reg. # | EU Trademark Reg. # |
|---|---|---|
| WHATSAPP | 40832721A | 009986514 EUTM |
| WHATSAPP | 39394631A | 0099865149 EUTM |
| OCULUS RIFT | 48635851A | 012983854 EUTM |
| OCULUS | 48911571A | 012983854 |
| OCULUS VR | 44245431A | 012983854 EUTM |
| INSTAGRAM | 41460571A | 012111746 EUTM |
| INSTAGRAM | 41706751A | 012111746 EUTM |
| FB | 46597771A | 8981383 EUTM |
| FACEBOOK | 46437741A | 005722392 EUTM |

The fame and recognition of the above marks entitle Facebook to broad legal protection globally.
In order to investigate and prevent intellectual property infringement and contact infringing parties and relevant service providers, we request information regarding the following domain name:

- web-lnstargrarn.com

We seek the following information[1] consistent with the principles enumerated under Section 4 of the Temporary Specification for gTLD Registration Data adopted by ICANN on May 18, 2018:
1. Registrant name, address, phone, fax number, and email address
2. Technical contact name, address, phone, fax number, and email address
3. Administrative name, address, phone, fax number, and email address

To the extent that the requested information is believed to be subject to the European Union's General Data Protection Regulation (Commission Regulation (EU) 2016/679), we submit this request pursuant to Article 6(1)(f) of that Regulation. The information requested is necessary for the purposes of our legitimate interests, namely (1) identifying the registered holder of a domain name and their contact information to investigate and respond to potential trademark infringement and (2) enforcing legal claims.

We seek this information by Fri Feb 22 03:37:55 GMT 2019 in order to facilitate immediate legal action against the registrant. Please provide the requested information by responding to this email. NOTE: Please do not change the CASE in the subject line.

Facebook (transmitted by AppDetex Managed Services)

---

1. [Facebook [and its affiliated companies] reserves all of its legal rights in relation to this request and by making this request with respect to the domain name referenced above does not waive any and all rights it may have to request additional information regarding other domain names registered by the registrant or the contacts reflected in the WHOIS record.]

We have repied many e-mail address to your end, but always no reply from your end.

---

**Ben Barnes**
**OnlineNIC Customer Support**
**E-mail：ben@onlinenic.com**
**Website: www.onlinenic.com**

---

**From:** whoisrequest
**Date:** 2019-01-07 23:39
**To:** abuse
**Subject:** Nonpublic registrant data for WWW-INSTAGRAM-LOGIN.COM [CASE: UIMDE0w9a8]

To OnlineNIC, Inc.

I write on behalf of Facebook [and its affiliated companies] to request a single domain registration record as identified below.[1] We have become aware that the below-identified domain name misuses one or more of the following trademarks held by Facebook [and/or its affiliated companies]:

| Trademark | US Trademark Reg. # | EU Trademark Reg. # |
|---|---|---|
| WHATSAPP | 40832721A | 009986514 EUTM |
| WHATSAPP | 39394631A | 0099865149 EUTM |
| OCULUS RIFT | 48635851A | 012983854 EUTM |
| OCULUS | 48911571A | 012983854 |
| OCULUS VR | 44245431A | 012983854 EUTM |
| INSTAGRAM | 41460571A | 012111746 EUTM |
| INSTAGRAM | 41706751A | 012111746 EUTM |
| FB | 46597771A | 8981383 EUTM |
| FACEBOOK | 46437741A | 005722392 EUTM |

The fame and recognition of the above marks entitle Facebook to broad legal protection globally.

In order to investigate and prevent intellectual property infringement and contact infringing parties and relevant service providers, we request information regarding the following domain name:

- www-instagram-login.com

We seek the following information[1] consistent with the principles enumerated under Section 4 of the Temporary Specification for gTLD Registration Data adopted by ICANN on May 18, 2018:
1. Registrant name, address, phone, fax number, and email address
2. Technical contact name, address, phone, fax number, and email address
3. Administrative name, address, phone, fax number, and email address

To the extent that the requested information is believed to be subject to the European Union's General Data Protection Regulation (Commission Regulation (EU) 2016/679), we submit this request pursuant to Article 6(1)(f) of that Regulation. The information requested is necessary for the purposes of our legitimate interests, namely (1) identifying the registered holder of a domain name and their contact information to investigate and respond to potential trademark infringement and (2) enforcing legal claims.

We seek this information by Wed Jan 09 15:39:32 GMT 2019 in order to facilitate immediate legal action against the registrant. Please provide the requested information by responding to this email. NOTE: Please do not change the CASE in the subject line.

Facebook (transmitted by AppDetex Managed Services)

---

1. [Facebook [and its affiliated companies] reserves all of its legal rights in relation to this request and by making this request with respect to the domain name referenced above does not waive any and all rights it may have to request additional information regarding other domain names registered by the registrant or the contacts reflected in the WHOIS record.]