# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **FACEBOOK, INC.**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**ONLINENIC INC.**, et al.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE AND TO OBJECT TO THE REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' ANSWER AND FOR DEFAULT JUDGMENT AGAINST DEFENDANTS ONLINENIC AND DOMAIN ID SHIELD [D.E. 225]**<br><br>Date:    June 17, 2022<br>Time:    10:00 a.m.<br>Ctrm:    #1, 17th Floor<br>Before:  The Hon. Susan Illston |

Defendant Xiamen 35.com Technology Co., Ltd. ("35.CN")'s Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge to object to the March 28, 2022 Report and Recommendation on Plaintiffs' Motion to Strike Defendants' Answer and for Default Judgment Against Defendants OnlineNIC and Domain ID Shield [D.E. 225] (the "Report and Recommendation") pursuant to Fed. R. Civ. P. 72(b)(2) and Civil Local Rules 7-2 and 72-3 came on for a regular hearing before this Court in Courtroom 1 on June 17, 2022 at 10:00 a.m. Having reviewed and considered the motion and supporting documents, as well as the other related papers and pleadings on file herein, and finding good cause appearing, the Court hereby finds and orders as follows:

IT IS ORDERED THAT Defendant 35.CN's Motion for de novo review is GRANTED.

IT IS FURTHER ORDERED THAT Plaintiffs' motion for terminating sanctions as to OnlineNIC and ID Shield is DENIED.

**IT IS SO ORDERED.**

DATED: _____     _____
                            United States District Judge
                            for the Northern District of California