Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
3000 El Camino Real
Bldg. 4, Suite 200
Palo Alto, CA 94306
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE
CO., LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>          Plaintiffs,<br>     v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.<br><br>          Defendants. | Case No. 19-CV-07071-SI<br><br>**[PROPOSED] ORDER ON MOTION BY DEFENDANTS ONLINENIC, INC AND DOMAIN ID SHIELD SERVICE CO., LIMITED FOR DE NOVO DETERMINATION OF A DIPOSITIVE MOTION RE PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' ANSWER AND FOR DEFAULT JUDGEMENT AGAINST ONLINENIC, INC. AND DOMAIN ID SHIELD SERVICE CO., LIMITED (DKT NO 225); and MOTION FOR LESSER SANCTIONS UNDER FED. R. CIV. PROC. 37(c)(1)(C)**<br><br>Date: June 17, 2022<br>Time: 10:00 am<br>Courtroom: #1, 17th Fl.<br><br>Hon. Susan Illston |

- 1-

Facebook, Inc. v. OnlineNIC, Inc.                                                                 Case No. 19-cv-7071-SI
{proposed} Order re Defendants' Notice of Motion and Motion for De Novo Determination re Dkt. No. 225

- 2-

Having considered the papers and submissions of the parties on Defendants OnlineNIC, Inc.'s and Domain ID Shield Service Co., Limited's ("OnlineNIC Defendants") Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge as to the March 28, 2022 Report and Recommendation on Plaintiffs' Motion to Strike Defendants' Answer and for Default Judgment Against Defendants OnlineNIC and Domain ID Shield (Dkt. No. 225), and good cause appearing therefore,

IT IS ORDERED THAT OnlineNIC Defendants' Motion is GRANTED;

IT IS FURTHER ORDERED THAT Plaintiffs' motion for terminating sanctions is denied;

IT IS FURTHER ORDERED THAT: (a) a jury instruction shall be provided that shifts the burden of proof onto OnlineNIC Defendants to show that they did not register, traffic in or use the Infringing Domain Names, and (b) a further jury instruction be provided that, where OnlineNIC fails to discharge the foregoing burden, OnlineNIC Defendants acted with "bad faith" intent to profit from the Infringing Domain Names.

DATED:

United States District Court Judge