# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ONLINENIC INC, et al.,<br><br>    Defendants. | Case No. 19-cv-07071-SI (SVK)<br><br>**ORDER SUSPENDING DEADLINES**<br><br>Re: Dkt. No. 225 |

In light of the pending motions for a de novo determination [Dkt. 228, 229], this Court suspends the deadlines set forth in its Report and Recommendation [Dkt. 225] relating to the supplemental briefing on attorneys' fees and revisions to the proposed permanent injunction.

**SO ORDERED.**

Dated: April 14, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge