**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Ruben Peña (Bar No. 328106)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
liana@KRInternetLaw.com
ruben@KRInternetLaw.com

Attorneys for Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **META PLATFORMS, INC.**, et al., | Case No. 3:19-cv-07071-SI |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| **ONLINENIC INC.**, et al., | |
| Defendants. | |

# CERTIFICATE OF SERVICE

I am a resident of the state of Texas, over the age of eighteen years and not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California, 94108.

On May 9, 2022 I served the following documents:

1. **DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO CIVIL LOCAL RULE 3-13**

on the parties listed below as follows:

*Attorneys for Plaintiffs:*

TUCKER ELLIS LLP
David J. Steele
Howard A. Kroll
Steven E. Lauridsen
Jeffrey C. Sindelar
Helena M. Guye
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
david.steele@tuckerellis.com;
howard.kroll@tuckerellis.com;
steven.lauridsen@tuckerellis.com;
jeffrey.sindelar@tuckerellis.com;
helena.guye@tuckerellis.com;

DAVIS POLK & WARDWELL LLP
Ashok Ramani
Micah G. Block
Cristina M. Rincon
1600 El Camino Real
Menlo Park, CA 94025
ashok.ramani@davispolk.com;
micah.block@davispolk.com;
cristina.rincon@davispolk.com;

PERKINS COIE LLP
David T. Krueck
Stephanie Olson
111 W. Jefferson St., Ste 500
Boise, ID 83702-5391
dkrueck@perkinscoie.com
solson@perkinscoie.com

*Attorneys for Defendants OnlineNIC, Inc and Domain ID Shield Service Co., Limited:*

LEXANALYTICA, PC
Perry J. Narancic
2225 E. Bayshore Road, Suite 200
Palo Alto, CA 94303
pjn@lexanalytica.com

*Attorneys for Third Party Appdetex, Inc.*

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
Marc C. Levy
701 5th Ave., Ste 5400
Seattle, WA 98104
marcl@seedip.com

| X | BY ELECTRONIC SERVICE, to the electronic service address(es) of the persons listed above. My electronic service address is: jasper@krinternetlaw.com. |

| X | (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |

Case No. 3:19-cv-07071-SI    1    **CERTIFICATE OF SERVICE**

DATED: May 9, 2022

                                                        s/ *Jasper Eagleton*
                                                        Jasper Eagleton

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108