**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' INDIVIDUAL STATEMENT SEEKING LEAVE TO FILE A REGULARLY NOTICED MOTION TO COMPEL GIVEN THE PARTIES' DISPUTE AS TO WHETHER (1) CHINESE LAW PROHIBITS DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD. FROM PRODUCING DISCOVERY PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AND (2) DISCOVERY MUST BE PROPOUNDED THROUGH THE HAGUE EVIDENCE CONVENTION**<br><br>Hon. Susan Illston |

**1**   The Court, having read and considered the Plaintiffs' Individual Statement Seeking Leave to File a Regularly Noticed Motion to Compel Given the Parties' Dispute as to Whether (1) Chinese Law Prohibits Defendant Xiamen 35.Com Internet Technology Co., Ltd. from Producing Discovery Pursuant to the Federal Rules of Civil Procedure and (2) Discovery Must Be Propounded Through the Hague Evidence Convention, and good cause appearing, **ORDERS** that the request is **GRANTED**.

It is hereby **ORDERED** that Plaintiffs may file, pursuant to Civil Local Rule 7-2, a regularly noticed motion to compel the further production of documents and further responses to interrogatories and requests for production, and to test the sufficiency of responses to requests for admission, from Defendant Xiamen 35.Com Internet Technology Co., Ltd. ("35.CN").

It is further **ORDERED** that Plaintiffs and 35.CN will address whether Chinese law prohibits 35.CN from complying with its discovery obligations in this action and whether Plaintiffs may take discovery from 35.CN pursuant to the Federal Rules of Civil Procedure or if Plaintiffs must take discovery from 35.CN pursuant to the Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, *opened for signature* Mar. 18, 1970, 23 U.S.T. 2555, 847 U.N.T.S. 231.

**IT IS SO ORDERED.**

DATED: _____     _____
Susan Illston
United States District Judge