**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Ruben Peña (Bar No. 328106)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
liana@KRInternetLaw.com
ruben@KRInternetLaw.com

Attorneys for Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **FACEBOOK, INC.**, et al., | Case No. 3:19-cv-07071-SI |
| Plaintiffs, | |
| v. | **DECLARATION OF KARL S. KRONENBERGER IN SUPPORT OF DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S ADMINISTRATIVE MOTION UNDER LOCAL RULE 7-11 FOR EVIDENTIARY HEARING AND TO AUGMENT THE RECORD FOR THE REPORT AND RECOMMENDATION FOR TERMINATING SANCTIONS AGAINST DEFENDANTS [D.E. 225]** |
| **ONLINENIC INC.**, et al., | |
| Defendants. | |
| | **Related D.E. 229 Motion Hearing:** |
| | *Date: June 17, 2022* |
| | *Time: 10:00 am* |
| | *Courtroom: #1, 17th Fl.* |
| | Hon. Susan Illston |

*Sidebar (vertical text):* KRONENBERGER ROSENFELD · 150 Post Street, Suite 520 San Francisco, CA 94108

**DECL ISO DEF'S ADMIN MTN FOR EVID. HEARING & AUGMENTATION OF RECORD**

I, Karl S. Kronenberger, do hereby declare:

1.    I am an attorney admitted to practice law in the State of California and before this Court. I am a partner at the law firm of Kronenberger Rosenfeld, LLP, counsel of record for Defendant Xiamen 35.com Technology Co., Ltd. ("35.CN"). Unless otherwise stated, I have personal knowledge of the facts set forth in this Declaration.

2.    On April 12, 2022, Plaintiffs produced documents to 35.CN that were previously produced to other Defendants before 35.CN was named as a Defendant.

3.    It has recently come to my attention that Plaintiffs' document productions included "notices" of infringement to third parties instead of to Defendants ID Shield or OnlineNIC. True and correct copies of FB0019250 and FB0019242 (redacted due to Plaintiffs' Confidentiality designations) are attached as **Exhibit A**.

4.    Where notices were sent, Defendants OnlineNIC and ID Shield did indeed respond to multiple notices, asking that AppDetex verify its identity (pursuant to privacy laws) prior to the release of personal information of the registrants. True and correct copies of such requests to AppDetex are attached as **Exhibit B**.

5.    I issued a subpoena to AppDetex for documents concerning the notices to Defendants and domain names at issue, which was met by objections by AppDetex and a motion to quash by Plaintiffs (through different counsel in Idaho district court).

6.    I notified Plaintiffs that our office could not locate the alleged notices for ten of the thirty-five domain names in Plaintiffs' document productions. In particular, our office was unable to find any related notice for six of these domain names, found a notice to a third party for two domain names (as outlined above), and found a notice that did not request any identifying information under the RAA for two domain names. As such, I requested that Plaintiffs confirm the Bates numbers for the notices for the thirty-five domain names. A true and correct copy of the forgoing email correspondence is attached as **Exhibit C**. I reiterated this request on a May 25, 2022 Zoom call with Plaintiffs' counsel. Plaintiffs have not provided the requested documentation.

7.    AppDetex has apparently sent thousands of similar "notices" to various

registrars, which have been met with objections, as noted in ICANN communication to AppDetex. A true and correct copy of the foregoing ICANN communication, plus a copy of the two registrar responses linked in the ICANN letter, is attached as **Exhibit D**. Specifically, in December 2018, ICANN wrote to AppDetex, stating AppDetex had indicated it sent in excess of 9,000 notices for non-public registration data with only a 3% full response rate; ICANN also linked to two registrar responses to AppDetex, which are attached to the Exhibit D. For example, Blacknight responded to AppDetex, stating:

> "incredibly frustrating for us to see recent communications from AppDetex to ICANN which are obviously an attempt to undermine the 'temp spec' [regarding GDPR privacy] . . . we cannot simply breach the trust placed in us by our clients . . . In order for us to access the legitimacy of any request for data we have a set of what we consider reasonable requirements . . . While we have responded to all of their requests for data to date we have not received a single acknowledgment or reply . . . We believe, therefore, that the requests for data are not sincere but are designed to create a particular narrative to reinforce AppDetex and Facebook's particular views."

Likewise, Tucows responded to AppDetex's requests, outlining:

> [In response to requests for registrant data] "we responded with our requirements template to all of them and **had not received a single reply**. The claim in their letter of contracted party failures to respond in a reasonable timeframe is *outrageous* as they have failed to further their own requests for months. This alone should be reasonable grounds for us to ban AppDetex permanently as a **vexatious reporter**, a course of action we're considering. Digging into some of these requests for Registrant details reveals **an alarming lack of care** . . . Some requests for Registrant data also **veer into dangerous territory** [regarding fair use and free speech] . . . **clear lack of human-review and due care** presented by the requests we have received from AppDetex . . . AppDetex has yet to demonstrate that they are compliant with the GDPR . . . the concern is not for the trademarks of Facebook, or any other customer, but for generating baseless noise and attempting to shift public and government perception . . ." (bold added).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on May 26, 2022, in San Francisco, California.

s/Karl S. Kronenberger

Karl S. Kronenberger

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

# Exhibit A

**From:** ██████████████████████

**Date:** ██████████████████████

**Subject:** facebux2.com - Notice of Trademark Abuse

**To:** ██ @petaexpress.com

████████████████████████████████████████

To Whom It May Concern:

We write on behalf of Facebook, Inc. regarding the hosting and use of the domain name facebux2.com, which contains the famous Facebook trademark. The registrant has used your services to host facebux2.com at ████████████████.

████████████████████████████████████████

Sincerely,

Confidential

**From:** █████████████████████

**Date:** ████████████████████

**Subject:** instakram.com - Notice of Trademark Abuse

**To:** ███@cloudinnovation.org

████████████████████████████████████████████████

To Whom It May Concern:

We write on behalf of Instagram, LLC regarding the hosting and use of the domain name instakram.com, which contains the famous INSTAGRAM trademark. The registrant has used your services to host instakram.com.



Confidential

Exhibit B

Hello,

This is Ben from OnlineNIC.

We try to contact your end for many times, is there anyone can response and discuss with me on this issue. So that we can help you further.

Best Regards,

_____

**Ben Barnes**
**OnlineNIC Customer Support**
**E-mail：ben@onlinenic.com**
**Website: www.onlinenic.com**

**From:** whoisrequest
**Date:** 2018-08-14 21:46
**To:** abuse
**Subject:** Nonpublic registrant data for BUYINSTAGRAMFANS.COM [CASE: zHtrhxe2gT]
To OnlineNIC, Inc.
I write on behalf of Facebook [and its affiliated companies] to request a single domain registration record as identified below.[1] We have become aware that the below-identified domain name misuses one or more of the following trademarks held by Facebook [and/or its affiliated companies]:

| Trademark | US Trademark Reg. # | EU Trademark Reg. # |
|---|---|---|
| OCULUS RIFT | 4863585 1A | 012983854 EUTM |
| OCULUS | 4891157 1A | 012983854 |
| OCULUS VR | 4424543 1A | 012983854 EUTM |
| INSTAGRAM | 4146057 1A | 012111746 EUTM |
| INSTAGRAM | 4170675 1A | 012111746 EUTM |
| FB | 4659777 1A | 8981383 EUTM |
| FACEBOOK | 4643774 1A | 005722392 EUTM |

The fame and recognition of the above marks entitle Facebook to broad legal protection globally.
In order to investigate and prevent intellectual property infringement and contact infringing parties and relevant service providers, we request information regarding the following domain name:

- buyinstagramfans.com

We seek the following information consistent with the principles enumerated under Section 4 of the Temporary Specification for gTLD Registration Data adopted by ICANN on May 18, 2018:

1. Registrant name, address, phone, fax number, and email address
2. Technical contact name, address, phone, fax number, and email address
3. Administrative name, address, phone, fax number, and email address

To the extent that the requested information is believed to be subject to the European Union's General Data Protection Regulation (Commission Regulation (EU) 2016/679), we submit this request pursuant to Article 6(1)(f) of that Regulation. The information requested is necessary for the purposes of our legitimate interests, namely (1) identifying the registered holder of a domain name and their contact information to investigate and respond to potential trademark infringement and (2) enforcing legal claims.

We seek this information by Thu Aug 16 13:46:14 UTC 2018 in order to facilitate immediate legal action against the registrant. Please provide the requested information by responding to this email. NOTE: Please do not change the CASE in the subject line.

Facebook (transmitted by AppDetex Managed Services)

1. [Facebook [and its affiliated companies] reserves all of its legal rights in relation to this request and by making this request with respect to the domain name referenced above does not waive any and all rights it may have to request additional information regarding other domain names registered by the registrant or the contacts reflected in the WHOIS record.]

35CN001109

Hello,

Could you please sent the request e-mail via the e-mail which bulit base on the domain name facebook.com such as info@facebook.com so that we can help you further.

THX

_____

**Ben Barnes**
**OnlineNIC Customer Support**
**E-mail：ben@onlinenic.com**
**Website: www.onlinenic.com**

_____

**From:** facebook
**Date:** 2018-07-17 21:19
**To:** abuse
**Subject:** Nonpublic registrant data for MYFACEBOOKTOP10.COM [CASE: W5Gv6F6IGm]

To OnlineNIC, Inc.

I write on behalf of the Facebook family of companies to request domain registration records as described below. We have become aware that the below-listed domain names misuse one or more of the following trademarks:

| Trademark | US Trademark Reg. # | EU Trademark Reg. # Registry |
|-----------|---------------------|------------------------------|
| Facebook | 4643774 | 005722392 EUTM |
| FB | 4659777 | 8981383 EUTM |
| Instagram | 4170675 & 4146057 | 012111746 EUTM |
| Oculus | 4424543, 4647400, 4891157 & 4863585 | 12983854 EUTM |
| Whatsapp | 4083272 & 3939463 | 009986514 EUTM |

The fame and recognition of these marks entitles Facebook to broad legal protection globally.

In order to investigate and prevent intellectual property infringement and contact infringing parties and relevant service providers, we request information regarding the following domain names:

- myfacebooktop10.com

We seek the following information consistent with the principles enumerated under Section 4 of the Temporary Specification for gTLD Registration Data adopted by ICANN on May 18, 2018:

1. Registrant name, address, phone, fax number, and email address
2. Technical contact name, address, phone, fax number, and email address
3. Administrative name, address, phone, fax number, and email address

35CN001110

In addition to the full non-public WHOIS record from the domain names specified above, we also seek:

4. A list of any domain names registered by or through you that share any of the same WHOIS contacts 1), 2) and 3) with the domain names listed above.
5. All information in requests 1, 2, and 3 for all domains provided in response to request 4

To the extent that the requested information is believed to be subject to the European Union's General Data Protection Regulation (Commission Regulation (EU) 2016/679), we submit this request pursuant to Article 6(1)(f) of that Regulation. The information requested is necessary for the purposes of our legitimate interests, namely (1) identifying the registered holder of a domain name and their contact information to investigate and respond to potential trademark infringement and (2) enforcing legal claims.

We seek this information by Thu Jul 19 13:19:33 UTC 2018 in order to facilitate legal action against the registrant. Please provide the requested information by responding to this email. NOTE: Do not change the CASE in the subject line.

Facebook (transmitted by AppDetex Managed Services)

35CN001111

Hello Sir,

This is Ben from OnlineNIC.

We saw many e-mails from your end. But can you please response to us and offere the relevant document to prove that you write on behalf of Facebook.

Best Regards,

---

**Ben Barnes**
**OnlineNIC Customer Support**
**E-mail：ben@onlinenic.com**
**Website: www.onlinenic.com**

**From:** whoisrequest
**Date:** 2018-10-16 12:19
**To:** abuse
**Subject:** Nonpublic registrant data for SHOPINSTAGRAMFOLLOWERS.COM (2nd Notice) [CASE: Y4L7pB1mvj]

To OnlineNIC, Inc.
I write on behalf of Facebook [and its affiliated companies] to request a single domain registration record as identified below.[1] We have become aware that the below-identified domain name misuses one or more of the following trademarks held by Facebook [and/or its affiliated companies]:

| Trademark | US Trademark Reg. # | EU Trademark Reg. # |
|---|---|---|
| WHATSAPP | 4083272 1A | 009986514 EUTM |
| WHATSAPP | 3939463 1A | 0099865149 EUTM |
| OCULUS RIFT | 4863585 1A | 012983854 EUTM |
| OCULUS | 4891157 1A | 012983854 |
| OCULUS VR | 4424543 1A | 012983854 EUTM |
| INSTAGRAM | 4146057 1A | 012111746 EUTM |
| INSTAGRAM | 4170675 1A | 012111746 EUTM |
| FB | 4659777 1A | 8981383 EUTM |
| FACEBOOK | 4643774 1A | 005722392 EUTM |

The fame and recognition of the above marks entitle Facebook to broad legal protection globally.

In order to investigate and prevent intellectual property infringement and contact infringing parties and relevant service providers, we request information regarding the following domain name:

- shopinstagramfollowers.com

We seek the following information[1] consistent with the principles enumerated under Section 4 of the Temporary Specification for gTLD Registration Data adopted by ICANN on May 18, 2018:

1. Registrant name, address, phone, fax number, and email address
2. Technical contact name, address, phone, fax number, and email address
3. Administrative name, address, phone, fax number, and email address

To the extent that the requested information is believed to be subject to the European Union's General Data Protection Regulation (Commission Regulation (EU) 2016/679), we submit this request pursuant to Article 6(1)(f) of that Regulation. The information requested is necessary for the purposes of our legitimate interests, namely (1) identifying the registered holder of a domain name and their contact information to investigate and respond to potential trademark infringement and (2) enforcing legal claims.

We seek this information by Thu Oct 18 04:19:08 GMT 2018 in order to facilitate immediate legal action against the registrant. Please provide the requested information by responding to this email. NOTE: Please do not change the CASE in the subject line.

Facebook (transmitted by AppDetex Managed Services)

1. [Facebook [and its affiliated companies] reserves all of its legal rights in relation to this request and by making this request with respect to the domain name referenced above does not waive any and all rights it may have to request additional information regarding other domain names registered by the registrant or the contacts reflected in the WHOIS record.]

35CN001113

Hello,

Anyone can reply to us regards on this issue, we have sent many e-mails to your end. But no any reply from your end.

Best Regards,

**Ben Barnes**
**OnlineNIC Customer Support**
**E-mail：ben@onlinenic.com**
**Website: www.onlinenic.com**

**From:** whoisrequest
**Date:** 2018-09-06 23:52
**To:** abuse
**Subject:** Nonpublic registrant data for TROLLFACEBOOK.COM [CASE: dNtTi9YvvZ]
To OnlineNIC, Inc.
I write on behalf of Facebook [and its affiliated companies] to request a single domain registration record as identified below.[1] We have become aware that the below-identified domain name misuses one or more of the following trademarks held by Facebook [and/or its affiliated companies]:

| Trademark | US Trademark Reg. # | EU Trademark Reg. # |
| --- | --- | --- |
| OCULUS RIFT | 4863585 1A | 012983854 EUTM |
| OCULUS | 4891157 1A | 012983854 |
| OCULUS VR | 4424543 1A | 012983854 EUTM |
| INSTAGRAM | 4146057 1A | 012111746 EUTM |
| INSTAGRAM | 4170675 1A | 012111746 EUTM |
| FB | 4659777 1A | 8981383 EUTM |
| FACEBOOK | 4643774 1A | 005722392 EUTM |

The fame and recognition of the above marks entitle Facebook to broad legal protection globally.
In order to investigate and prevent intellectual property infringement and contact infringing parties and relevant service providers, we request information regarding the following domain name:

- trollfacebook.com

We seek the following information consistent with the principles enumerated under Section 4 of the Temporary Specification for gTLD Registration Data adopted by ICANN on May 18, 2018:

35CN001114

1. Registrant name, address, phone, fax number, and email address
2. Technical contact name, address, phone, fax number, and email address
3. Administrative name, address, phone, fax number, and email address

To the extent that the requested information is believed to be subject to the European Union's General Data Protection Regulation (Commission Regulation (EU) 2016/679), we submit this request pursuant to Article 6(1)(f) of that Regulation. The information requested is necessary for the purposes of our legitimate interests, namely (1) identifying the registered holder of a domain name and their contact information to investigate and respond to potential trademark infringement and (2) enforcing legal claims.

We seek this information by Sat Sep 08 15:52:15 GMT 2018 in order to facilitate immediate legal action against the registrant. Please provide the requested information by responding to this email. NOTE: Please do not change the CASE in the subject line.

Facebook (transmitted by AppDetex Managed Services)

1. [Facebook [and its affiliated companies] reserves all of its legal rights in relation to this request and by making this request with respect to the domain name referenced above does not waive any and all rights it may have to request additional information regarding other domain names registered by the registrant or the contacts reflected in the WHOIS record.]

35CN001115

Dear Sir,

We used to contact your end and tried to discuss on this issue, but always no reply from your end.

Best Regards,

**Ben Barnes**
**OnlineNIC Customer Support**
**E-mail：ben@onlinenic.com**
**Website: www.onlinenic.com**

**From:** whoisrequest
**Date:** 2019-02-20 11:37
**To:** abuse
**Subject:** Nonpublic registrant data for WEB-LNSTARGRARN.COM [CASE: oZwBAVT8zg]

To OnlineNIC, Inc.

I write on behalf of Facebook [and its affiliated companies] to request a single domain registration record as identified below.[1] We have become aware that the below-identified domain name misuses one or more of the following trademarks held by Facebook [and/or its affiliated companies]:

| Trademark | US Trademark Reg. # | EU Trademark Reg. # |
|---|---|---|
| WHATSAPP | 4083272 1A | 009986514 EUTM |
| WHATSAPP | 3939463 1A | 0099865149 EUTM |
| OCULUS RIFT | 4863585 1A | 012983854 EUTM |
| OCULUS | 4891157 1A | 012983854 |
| OCULUS VR | 4424543 1A | 012983854 EUTM |
| INSTAGRAM | 4146057 1A | 012111746 EUTM |
| INSTAGRAM | 4170675 1A | 012111746 EUTM |
| FB | 4659777 1A | 8981383 EUTM |
| FACEBOOK | 4643774 1A | 005722392 EUTM |

The fame and recognition of the above marks entitle Facebook to broad legal protection globally.

In order to investigate and prevent intellectual property infringement and contact infringing parties and relevant service providers, we request information regarding the following domain name:

- web-lnstargrarn.com

We seek the following information[1] consistent with the principles enumerated under Section 4 of the Temporary Specification for gTLD Registration Data adopted by ICANN on May 18, 2018:

1. Registrant name, address, phone, fax number, and email address
2. Technical contact name, address, phone, fax number, and email address
3. Administrative name, address, phone, fax number, and email address

To the extent that the requested information is believed to be subject to the European Union's General Data Protection Regulation (Commission Regulation (EU) 2016/679), we submit this request pursuant to Article 6(1)(f) of that Regulation. The information requested is necessary for the purposes of our legitimate interests, namely (1) identifying the registered holder of a domain name and their contact information to investigate and respond to potential trademark infringement and (2) enforcing legal claims.

We seek this information by Fri Feb 22 03:37:55 GMT 2019 in order to facilitate immediate legal action against the registrant. Please provide the requested information by responding to this email. NOTE: Please do not change the CASE in the subject line.

Facebook (transmitted by AppDetex Managed Services)

1. [Facebook [and its affiliated companies] reserves all of its legal rights in relation to this request and by making this request with respect to the domain name referenced above does not waive any and all rights it may have to request additional information regarding other domain names registered by the registrant or the contacts reflected in the WHOIS record.]

35CN001117

We have repied many e-mail address to your end, but always no reply from your end.

---

**Ben Barnes**
**OnlineNIC Customer Support**
**E-mail：ben@onlinenic.com**
**Website: www.onlinenic.com**

---

**From:** whoisrequest
**Date:** 2019-01-07 23:39
**To:** abuse
**Subject:** Nonpublic registrant data for WWW-INSTAGRAM-LOGIN.COM [CASE: UIMDE0w9a8]

To OnlineNIC, Inc.

I write on behalf of Facebook [and its affiliated companies] to request a single domain registration record as identified below.[i] We have become aware that the below-identified domain name misuses one or more of the following trademarks held by Facebook [and/or its affiliated companies]:

| Trademark | US Trademark Reg. # | EU Trademark Reg. # |
|---|---|---|
| WHATSAPP | 4083272 1A | 009986514 EUTM |
| WHATSAPP | 3939463 1A | 0099865149 EUTM |
| OCULUS RIFT | 4863585 1A | 012983854 EUTM |
| OCULUS | 4891157 1A | 012983854 |
| OCULUS VR | 4424543 1A | 012983854 EUTM |
| INSTAGRAM | 4146057 1A | 012111746 EUTM |
| INSTAGRAM | 4170675 1A | 012111746 EUTM |
| FB | 4659777 1A | 8981383 EUTM |
| FACEBOOK | 4643774 1A | 005722392 EUTM |

The fame and recognition of the above marks entitle Facebook to broad legal protection globally.

In order to investigate and prevent intellectual property infringement and contact infringing parties and relevant service providers, we request information regarding the following domain name:

- www-instagram-login.com

We seek the following information[1] consistent with the principles enumerated under Section 4 of the Temporary Specification for gTLD Registration Data adopted by ICANN on May 18, 2018:

1. Registrant name, address, phone, fax number, and email address
2. Technical contact name, address, phone, fax number, and email address
3. Administrative name, address, phone, fax number, and email address

To the extent that the requested information is believed to be subject to the European Union's General Data Protection Regulation (Commission Regulation (EU) 2016/679), we submit this request pursuant to Article 6(1)(f) of that Regulation. The information requested is necessary for the purposes of our legitimate interests, namely (1) identifying the registered holder of a domain name and their contact information to investigate and respond to potential trademark infringement and (2) enforcing legal claims.

We seek this information by Wed Jan 09 15:39:32 GMT 2019 in order to facilitate immediate legal action against the registrant. Please provide the requested information by responding to this email. NOTE: Please do not change the CASE in the subject line.

Facebook (transmitted by AppDetex Managed Services)

---

1. [Facebook [and its affiliated companies] reserves all of its legal rights in relation to this request and by making this request with respect to the domain name referenced above does not waive any and all rights it may have to request additional information regarding other domain names registered by the registrant or the contacts reflected in the WHOIS record.]

35CN001119

Exhibit C

| **From:** | Steele, David J. |
|---|---|
| **To:** | Karl Kronenberger; Leah Vulic; Kroll, Howard A.; Sindelar, Jeffrey C.; Guye, Helena M.; ashok.ramani@davispolk.com; micah.block@davispolk.com; cristina.rincon@davispolk.com; Perry J. Narancic; Lauridsen, Steven E.; Ruben Peña; paralegals; Jeff Rosenfeld; Liana Chen |
| **Subject:** | RE: Issues with Notices from Facebook to OnlineNIC/ID Shield |
| **Date:** | Monday, May 23, 2022 6:21:46 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |

Karl,

We are looking at this internally. We need a few days before we're ready to discuss. We'll get back to you shortly.

David



**From:** Karl Kronenberger <karl@krinternetlaw.com>
**Sent:** Monday, May 23, 2022 10:36 AM
**To:** Steele, David J. <David.Steele@tuckerellis.com>; Leah Vulic <leah@krinternetlaw.com>; Kroll, Howard A. <Howard.Kroll@tuckerellis.com>; Sindelar, Jeffrey C. <Jeffrey.Sindelar@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>; ashok.ramani@davispolk.com; micah.block@davispolk.com; cristina.rincon@davispolk.com; Perry J. Narancic <pjn@lexanalytica.com>; Lauridsen, Steven E. <Steven.Lauridsen@tuckerellis.com>; Ruben Peña <ruben@krinternetlaw.com>; paralegals <paralegals@krinternetlaw.com>; Jeff Rosenfeld <jeff@krinternetlaw.com>; Liana Chen <liana@krinternetlaw.com>
**Subject:** RE: Issues with Notices from Facebook to OnlineNIC/ID Shield

**<<< EXTERNAL EMAIL >>>**

Hello David and Others,

Are you free today at 4:00, or tomorrow at 11:00 or 2:00, to meet and confer about this issue?

To reiterate, we are not locating notices for the 10 domain names below, and the R&R specifically relied upon the assumption that such notices exist and were sent for all 35 domain names. We may need to seek an evidentiary hearing very soon. However, we want to discuss this with you first. Obviously, if the notices do exist (perhaps we overlooked them?), we want to know that before we bring our request for an evidentiary hearing.

Very best,

Karl


**From:** Karl Kronenberger

**Sent:** Saturday, May 21, 2022 11:31 AM
**To:** Steele, David J. <David.Steele@tuckerellis.com>; Leah Vulic <leah@krinternetlaw.com>; Kroll, Howard A. <Howard.Kroll@tuckerellis.com>; Sindelar, Jeffrey C. <Jeffrey.Sindelar@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>; ashok.ramani@davispolk.com; micah.block@davispolk.com; cristina.rincon@davispolk.com; Perry J. Narancic <pjn@lexanalytica.com>; Lauridsen, Steven E. <Steven.Lauridsen@tuckerellis.com>; Ruben Peña <ruben@krinternetlaw.com>; paralegals <paralegals@krinternetlaw.com>; Jeff Rosenfeld <jeff@krinternetlaw.com>; Liana Chen <liana@krinternetlaw.com>
**Subject:** RE: Issues with Notices from Facebook to OnlineNIC/ID Shield

Hello David and Others,

Just following up about this.

Very best,

Karl

---

**From:** Karl Kronenberger
**Sent:** Tuesday, May 17, 2022 4:58 PM
**To:** Steele, David J. <David.Steele@tuckerellis.com>; Leah Vulic <leah@krinternetlaw.com>; Kroll, Howard A. <Howard.Kroll@tuckerellis.com>; Sindelar, Jeffrey C. <Jeffrey.Sindelar@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>; ashok.ramani@davispolk.com; micah.block@davispolk.com; cristina.rincon@davispolk.com; Perry J. Narancic <pjn@lexanalytica.com>; Lauridsen, Steven E. <Steven.Lauridsen@tuckerellis.com>; Ruben Peña <ruben@krinternetlaw.com>; paralegals <paralegals@krinternetlaw.com>; Jeff Rosenfeld <jeff@krinternetlaw.com>; Liana Chen <liana@krinternetlaw.com>
**Subject:** Issues with Notices from Facebook to OnlineNIC/ID Shield

Hello David and Others,

I am writing today because we are having a problem identifying some key documents that are at the heart of the case, and referred to in many documents filed by Facebook, namely the alleged fax or email notices, from Facebook to OnlineNIC/ID Shield, relating to the 35 domain names. While we are continuing to go through Facebook's prior productions, which were re-produced to 35.CN, we were either not able to find notices for the below domain names or we found "notices" that (a) were directed to an unrelated third party (e.g., petaexpress and cloudinnovation) or (b) did not request registrant identification information.

1. face2bouk.com
2. facebook-chat-emoticons.com
3. facebux2.com
4. facekhook.com
5. facessbook.com
6. faecb00k-page.com

7. faecbook-page.com
8. instakram.com
9. www-facebook-pages.com
10. www-instagram.net

There is a possibility that we have overlooked notices regarding the above domain names. However, before we take formal steps, we ask that you would provide the Bates numbers for these notices informally.

We look forward to hearing back from you.

Very best,

Karl

---

## Karl S. Kronenberger

**PARTNER**

**KRONENBERGER ROSENFELD, LLP**

150 Post Street, Ste 520 San Francisco, CA 94108

**Phone:** (415) 955-1155 Ext. 114

**Get vCard**  **LinkedIn**    karl@krinternetlaw.com
**www.krinternetlaw.com**



Follow us



NOTICE: This email may contain material that is privileged, confidential, and/or attorney-client work product for the sole use of the intended recipient.  Any review, reliance or distr bution by others or forwarding without express written permission is strictly prohibited.  If you are not the intended recipient, please contact the sender at the above number and delete all copies.  Inadvertent waiver shall waive no privileges.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein (the foregoing paragraph has been affixed pursuant to U.S. Treasury Regulations governing tax practice).

Exhibit D


**ICANN**

3 December 2018

Ben Milam
General Counsel,
AppDetex

via email: ben.milam@appdetex.com

Dear Mr. Milam:

Thank you for your letter dated 12 October 2018 regarding AppDetex's "WHOIS requestor system." You indicated that AppDetex sent in excess of 9,000 authorized notices for access to non-public registration data to more than 350 registrars and that, as of the date of your letter, only 3% of the requests had yielded full WHOIS records. To address the low response rate, you asked the ICANN Board and organization (org) to prescribe a process applicable to all registrars for handling these requests, including: specifying the format for requests; identifying information required to be included in the request; providing the email address for requests; identifying any required documentation to authenticate requests; and setting a deadline for responding to the requests. You also ask the Board and org for guidance on when subpoenas or other legal justification is required; the legitimate basis for refusing a request; and whether charging for access is permitted.

In response to your claims regarding the low response rate of registrars who received notices from the AppDetex WHOIS requestor system, two registrars sent letters (here and here) to ICANN raising questions about the validity of the notices sent and about AppDetex's responsiveness to registrars' issues with the notices.

As you know, ICANN Contractual Compliance (Compliance) enforces the agreements between ICANN and registries and registrars. As a general matter, Compliance ensures that the contracted parties adhere to their contractual obligations, but it does not prescribe the means by which they must comply. Relevant to your letter, section 4 of the Temporary Specification requires registries and registrars to provide access to non-public registration data "based on legitimate interests not outweighed by the fundamental rights of relevant data subjects, consistent with GDPR." But the Temporary Specification does not authorize ICANN Board or org to prescribe how the registries and registrars must comply with this obligation. ICANN Contractual Compliance can ensure that registries and registrars comply with this obligation but it cannot prescribe the manner in which they comply.

We understand that discussions between you and contracted parties are underway to address all of these concerns. We support these efforts to develop a common approach to the submission and handling of requests for non-public registration data. If ICANN org can help facilitate these discussions, please let us know. We note that these issues will be discussed in the GNSO's EPDP and we encourage you to contribute your views into



that process through their stakeholder group's representatives on that team. Finally, we encourage you to continue working with all stakeholders in developing a Uniform Access Mechanism (UAM) which should address all of the issues raised in your letter.

Thank you for your continued participation in ICANN.

Sincerely,

Göran Marby
President and Chief Executive Officer
Internet Corporation for Assigned Names and Numbers (ICANN)



**Hosting +Domains +Anti-virus**

Blacknight Internet Solutions Ltd.
Unit 12A Barrowside Business Park
Sleaty Road Graiguecullen
Carlow,
Ireland

T. +353 (0)59 9183072
F. +353 (0)59 9164239
E. sales@blacknight.com
W. www.blacknight.com

October 21st 2018

Dear Goran, Cherine and Jamie

Blacknight is an Irish based hosting provider and ICANN accredited registrar.

In our over 15 years of business Blacknight has strived to provide the tools and services to businesses and individuals to take advantage of the internet economy.

We are strong believers in maintaining a secure network and providing a neutral platform for our clients from around the world. We take our responsibilities as a service provider very seriously and have invested heavily in providing a trustworthy suite of services and experiences to our users, including becoming ISO 27001 certified.

It was, therefore, incredibly frustrating for us to see recent communications from AppDetex to ICANN which are obviously an attempt to undermine the "temp spec" and suggest that registrars are not cooperating with rights holders or others who may have legitimate reasons for accessing data.

As I outlined in a recent blog post (https://blacknight.blog/maintaining-trust-respecting-privacy-and-due-process.html ), as a responsible provider we have no interest in facilitating criminal activity on our platforms, but we cannot simply breach the trust placed in us by our clients. As a service provider, of both domain registration services and hosting services we are contacted by law enforcement agencies and other parties who wish to investigate activities involving clients or users of our services and platform. In order for us to assess the legitimacy of any request for data we have a set of what we consider reasonable requirements that allow us to examine the merits of a request. As a data processor we are legally obliged to handle data in a manner which is respectful of data subjects and we cannot simply ignore these obligations in order to pander to 3rd parties' perceived needs.

In the case of AppDetex we have received several requests for non-public whois data. It is abundantly clear to us that the requests we received were generated by an automated system. That AppDetex or Facebook have a "legitimate interest" in the term "Instagram", for example, is not in dispute, however they cannot claim to have special rights for the string "insta".

While we have responded to all of their requests for data to date we have not received a single acknowledgement or reply



In each and every case we have requested that AppDetex provide us with sufficient information for us to process their requests. The information we have requested included basic data such as them identifying property which they were ie. providing tangible contact information including full names, phone numbers and a physical address.

We believe, therefore, that the requests for data are not sincere but are designed to create a particular narrative to reinforce AppDetex and Facebook's particular views.

If any of you or your team wish to discuss this or any other matter in more detail we would be happy to do so.

Is mise le meas,

Mr Michele Neylon, Managing Director

Blacknight Internet Solutions Ltd.
Unit 12A Barrowside Business Park
Sleaty Road Graiguecullen
Carlow,
Ireland

T. +353 (0)59 9183072
F. +353 (0)59 9164239
E. sales@blacknight.com
W. www.blacknight.com

2018-10-21

To:
Goran Marby, CEO, ICANN
Cherine Chalaby, Chair, ICANN
Jamie Hedlund, VP Compliance, ICANN

Re: Third Party Requests to Registrant Data

Dear Goran, Cherine, and Jamie:

Tucows would like to address the issues regarding third-party access to data raised by AppDetex from the perspective of a Registrar. First, we should note that Tucows understands that there are reasonable and legitimate needs for third parties to gain access to our Registrants' data. We have provided Registrant data for over one hundred requests to numerous third parties where our requirements for disclosure have been met. These requirements are not an outrageously high bar, indeed, some may argue they are too permissive. A generic version of our typical data request response has been included as an appendix to this letter.

We were quite pleased to read in the letter to Goran and Cherine dated October 12th, 2018 that AppDetex has begun to rework their processes. It has been frustrating for us to operate as their external quality assurance team, as it's not typically part of our business strategy to assist other companies in this manner. AppDetex has submitted (as of this letter) 1273 requests for Registrant data to Tucows-family registrars. Up until October 9th, 2018, we responded with our requirements template to all of them and had not received a single reply.  The claim in their letter of contracted party failures to respond in a reasonable time frame is *outrageous* as they have failed to further their own requests for months. This alone should be reasonable grounds for us to ban AppDetex permanently as a vexatious reporter, a course of action we're considering.

Digging into some of these requests for Registrant details reveals an alarming lack of care. Registrant information for domains like "lincolnstainedglass.com" and "griffinstafford.com" was requested, presumably because they homographically contain a similarity to a portion of Facebook's trademark "instagram". That no human reviewed these domains was obvious, as the above examples are not isolated.

Further, literally hundreds of requests were sent multiple times, further burdening our team. In a number of examples, we even have Registrant data requests being submitted for the same domain by multiple domain protection services.  Some requests for Registrant data also veer into dangerous territory, where they are for domains like "facebooksucks.org" which is a clear domain example of fair-use. We would be extremely alarmed to be implicated in a scheme to limit free speech.

AppDetex has also not limited themselves to the Registrant data that would have been available via Whois prior to GDPR. For example requesting reverse lookups, a service for which we have always required a subpoena. This is not, as they proclaim, a problem.  This is, rather, appropriate due process.

On October 9th, 2018, AppDetex began including *some* of the information requested in our template response, including a specific person to whom we could grant access to our Tiered Access Compliance and Operations portal, which we have created expressly to facilitate the provision of data when appropriate. This tool supports "tiers" of access for law enforcement, security researchers, and commercial litigation, each upon a showing of legitimate use.

We are also concerned that, given the clear lack of human-review and due care presented by the requests we have received from AppDetex, they are simply creating algorithms to identify *potential* infringements and demanding personal Registrant data for these potentialities wholesale. The examples we have noted above—and many others—could have been easily identified by AppDetex prior to submitting to Tucows if they had included the *reason* that the domain was suspected to be infringing, rather than the mere assertion that it "misuses one or more of the following trademarks" and then listing seven trademarks. We require that requests for personal data include the reason for the valid request.

AppDetex has yet to demonstrate that they are compliant with the GDPR, specifically Chapter V, which addresses how to accept transfer of data from the EU. Indeed, AppDetex has no DPO listed on its website, a glaring lack for an entity intent upon receiving so much data. We are concerned about sending data outside of the EU without such guarantees in place.

Lastly, we should point out the timing of AppDetex's letters and process changes.  Our first batch of hundreds of requests arrived just prior to ICANN 62—just in time for AppDetex to make a presentation to the GAC and the Board, painting Registrars as bad actors. We have waited literally months for any reply to our requests for assurances and somehow, less than two weeks before ICANN 63, and a mere three days before AppDetex sent you a letter decrying contracted parties, we receive responses. That would have been just three days to work through the more than 1200 long request backlog they created.  It is apparent to us that the concern here is not for the trademarks of Facebook, or any other customer, but for generating baseless noise and attempting to shift public and government perception of Registrars.


Regards,

Elliot Noss,
CEO, Tucows

**Appendix A: Tucows Generic Data Request Response**

To Whom It May Concern at 

Thank you for contacting us. We acknowledge receipt of your request for underlying whois data for the following domain name(s):

>

In order to maintain compliance with our obligations under the GDPR, before we can respond to your request, we will require the following:

1. Your full name and contact details.

2. A statement, on the letterhead of the party you represent, that you represent them and their interests with regard to this request. If you are that party, a statement on your own letterhead indicating that the email address used is authoritative with respect to this request. If you are a private person acting on your own behalf, a statement of that.

3. A statement, under penalty of perjury, that the information in your request is accurate.

4. A statement, under penalty of perjury, that requested data are related to a good-faith belief that the rights of you or the party you represent have been violated and the data you are requesting is required to further pursue assertion of those rights.

5. A statement, under penalty of perjury, that the personal data that you receive will be processed in a legally-compliant manner at all times, not stored, transferred, or otherwise shared without legitimate interest, and deleted as soon as it is no longer needed to pursue this assertion of rights.

6. Your electronic signature.

Sincerely,
the Tucows GDPR Team