**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Ruben Peña (Bar No. 328106)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
liana@KRInternetLaw.com
ruben@KRInternetLaw.com

Attorneys for Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FACEBOOK, INC.**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **ONLINENIC INC.**, et al., <br><br> Defendants. | Case No. 3:19-cv-07071-SI <br><br> **[PROP] ORDER GRANTING DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S ADMINISTRATIVE MOTION UNDER LOCAL RULE 7-11 FOR EVIDENTIARY HEARING AND TO AUGMENT THE RECORD FOR THE REPORT AND RECOMMENDATION FOR TERMINATING SANCTIONS AGAINST DEFENDANTS [D.E. 225]** <br><br> **Related D.E. 229 Motion Hearing:** <br> *Date: June 17, 2022* <br> *Time: 10:00 am* <br> *Courtroom: #1, 17th Fl.* <br><br> Hon. Susan Illston |

1    Upon consideration of the administrative motion by Defendant Xiamen 35.com
2 Technology Co., Ltd. ("Defendant" or "35.CN") for an evidentiary hearing and to augment
3 the record, the Court having reviewed and considered the motion documents, as well as
4 the other related papers and pleadings on file herein, and finding good cause appearing,
5 finds and orders as follows:

6    IT IS ORDERED THAT Defendant 35.CN's administrative motion GRANTED.

7    IT IS FURTHER ORDERED THAT the Court shall set a date and time for an
8 evidentiary hearing on the issue of Plaintiffs' notice to Defendants concerning the domain
9 names at issue in this case and set a schedule to augment the record.

**IT IS SO ORDERED.**

DATED: _____     _____
United States District Judge
for the Northern District of California

Case No. 3:19-cv-07071-SI    1    **[[PROP] ORDER RE. DEF'S ADMIN MTN FOR EVID. HEARING & AUG. RECORD**