**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Ruben Peña (Bar No. 326108)
Leah Rosa Vulić (Bar No. 343520)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
liana@KRInternetlaw.com
ruben@KRInternetLaw.com
leah@KRInternetlaw.com

Attorneys for Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **FACEBOOK, INC.**, et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>**ONLINE NIC.**, et al.,<br><br>    Defendants. | Case No. 3:19-cv-07071-SI<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that attorney Leah Rosa Vulić of the law firm Kronenberger Rosenfeld, LLP hereby appears on behalf of Defendant Xiamen 35.com Technology Co., Ltd. (erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.). Please serve said counsel with all pleadings and notices in this action.

Respectfully Submitted,

DATED: May 26, 2022    **KRONENBERGER ROSENFELD, LLP**

By: _____s/Leah Rosa Vulić_____
       Leah Rosa Vulić

Attorneys for Defendant Xiamen 35.com Technology Co., Ltd.