# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI<br><br>[PROPOSED] ORDER DENYING DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S ADMINISTRATIVE MOTION UNDER LOCAL RULE 7-11 FOR EVIDENTIARY HEARING AND TO AUGMENT THE RECORD FOR THE REPORT AND RECOMMENDATION FOR TERMINATING SANCTIONS AGAINST DEFENDANTS [D.E. 225]<br><br>**Related Dkt. 229 Motion Hearing:**<br><br>Date: June 17, 2022<br>Time: 10:00 am<br>Courtroom: #1, 17th Fl.<br><br>Hon. Susan Illston |

1  The Court, having read and considered Defendant Xiamen 35.com Technology Co., Ltd.'s Administrative Motion Under Local Rule 7-11 for Evidentiary Hearing and to Augment the Record for the Report and Recommendation for Terminating Sanctions Against Defendants, as well as all papers and arguments supporting and opposing that motion, **ORDERS** that the motion is **DENIED**.

**IT IS SO ORDERED.**

DATED: _____

_____
Susan Illston
United States District Judge