TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

DAVIS POLK & WARDWELL LLP
Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
Micah G. Block SBN 270712
micah.block@davispolk.com
Cristina M. Rincon (*Pro Hac Vice*)
cristina.rincon@davispolk.com
1600 El Camino Real
Menlo Park, CA 94025
Telephone:    650.752.2000
Facsimile:    650.752.2111

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.) and
INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>ONLINENIC INC., et al.,<br><br>        Defendants. | Case No. 3:19-cv-07071-SI<br><br>**PLAINTIFFS' SUPPLEMENTAL RESPONSE TO DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO CIVIL LOCAL RULE 3-13** |

Plaintiffs supplement their response (ECF No. 235) to Defendant Xiamen 35.com Internet Technology Co., Ltd.'s ("35.CN") Notice of Pendency of Other Action or Proceeding Pursuant to Civil Local Rule 3-13, filed on May, 9, 2022 (ECF No. 234) ("Notice of Other Action") because the Notice of Other Action has been mooted by the actions of 35.CN.

On April 22, 2022, 35.CN served a subpoena on non-party Focus IP Inc. dba Appdetex ("Appdetex Subpoena"). Subsequently, on May 6, 2022, Plaintiffs filed a petition in the District of Idaho to quash the Appdetex Subpoena. *Meta Platforms, Inc. and Instagram, LLC v. Xiamen 35.com Internet Technology Co., Ltd.*, Case No. 1:22-mc-00120-BLW (D. Idaho) ("Miscellaneous Action"). On May 9, 2022, 35.CN filed its Notice of Other Action before this Court seeking "transfer, relation, or other coordination" of the Miscellaneous Action.

On May 26, 2022, 35.CN withdrew the Appdetex Subpoena. Accordingly, on May 27, 2022, Plaintiffs withdrew their pending petition to quash and dismissed the Miscellaneous Action without prejudice. Because the Appdetex Subpoena has been withdrawn, along with Plaintiffs' Miscellaneous Action, 35.CN's Notice of Other Action is now moot.

DATED: May 31, 2022                    Tucker Ellis LLP


                                        By: /s/Steven E. Lauridsen
                                            David J. Steele
                                            Howard A. Kroll
                                            Steven E. Lauridsen

                                        Davis Polk & Wardwell, LLP
                                            Ashok Ramani
                                            Micah G. Block
                                            Cristina M. Rincon

                                        Attorneys for Plaintiffs,
                                        META PLATFORMS, INC.
                                        (fka FACEBOOK, INC.)
                                        and INSTAGRAM, LLC