UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC., et al.,

    Plaintiffs,

v.

ONLINENIC INC, et al.,

    Defendants.

Case No. 19-cv-07071-SI

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR DISCOVERY**

Dkt. 237

Pursuant to Civil Local Rule 72-1, discovery disputes and all further discovery in this case are referred

    [x]    for random assignment to a United States Magistrate Judge.

    [ ]    to United States Magistrate Judge.

Any date for hearing on discovery motions previously noticed on the undersigned's calendar is VACATED.

After meeting and conferring, the parties shall prepare a joint letter of not more than 5 pages explaining the disputes. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

**IT IS SO ORDERED.**

Dated: June 1, 2022

_____
SUSAN ILLSTON
United States District Judge

*Rev. 10-18*