**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| **Date:** June 17, 2022 | **Time:** 10:38 – 11:08 27 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 19-cv-07071-SI | **Case Name:** Facebook, Inc. v. OnLineNic Inc | |

**Attorney for Plaintiff:** David Steele, Howard Kroll
**Attorney for Defendant:** Karl Kronenberger (Xiamen 35.com), Perry Narancic (OnLineNIC, Domain ID Shield)

**Deputy Clerk:** Esther Chung        **Court Reporter:** Joan Columbini

**PROCEEDINGS**

Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge (Dkts. 228-229)
Administrative Motion for Evidentiary Hearing (Dkt. 238)
Notice of Pendency (Dkt. 234)

Held via Zoom webinar.

**SUMMARY**

Counsel for Xiamen confirmed that the Notice of Pendency (Dkt. 234) is moot as the other case was dismissed.

The Court provided its tentative ruling on the remaining Motions. The Court questioned the parties regarding entry of default judgment. The parties provided their oral arguments in support of and in rebuttal to the Motions and regarding default judgment and entry of default.

The Motions were taken under submission. The Court confirmed that it would not be making a ruling on the Notice of Pendency (Dkt. 234).