# Exhibit 2

1  **KRONENBERGER ROSENFELD, LLP**
   Karl S. Kronenberger (Bar No. 226112)
2  Jeffrey M. Rosenfeld (Bar No. 222187)
   Liana W. Chen (Bar No. 296965)
3  Ruben Peña (Bar No. 328106)
   150 Post Street, Suite 520
4  San Francisco, CA 94108
   Telephone: (415) 955-1155
5  Facsimile: (415) 955-1158
   karl@KRInternetLaw.com
6  jeff@KRInternetLaw.com
   liana@KRInternetLaw.com
7  ruben@KRInternetLaw.com

8

9  Attorneys for Defendant Xiamen 35.com Technology Co., Ltd.
   (erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)
10

11                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
12                      **SAN FRANCISCO DIVISION**

13

14 **META PLATFORMS, INC.**, et al.,          Case No. 3:19-cv-07071-SI

15           Plaintiffs,

16     v.                                      **DEFENDANT XIAMEN 35.COM**
                                               **TECHNOLOGY CO., LTD.'S**
17 **ONLINENIC INC.**, et al.,                 **OBJECTIONS AND RESPONSES TO**
                                               **PLAINTIFFS' FIRST SET OF**
18           Defendants.                       **REQUESTS FOR PRODUCTION**

19

20

21

22

23

24

25

26

27

28

1   PROPOUNDING PARTY:        PLAINTIFFS META PLATFORMS, INC. F/K/A

2                            FACEBOOK, INC. AND INSTAGRAM, LLC

3   RESPONDING PARTY:         DEFENDANT XIAMEN 35.COM TECHNOLOGY CO.,

4                            LTD.

5   SET:                      ONE

6                            **PRELIMINARY STATEMENT**

7         Defendant Xiamen 35.com Technology Co., Ltd. ("Defendant" or "35") is presently

8   pursuing its investigation and analysis of the facts and law relating to this case and has

9   not completed its discovery or preparation for trial. Therefore, the responses set forth

10  herein are given without prejudice to Defendant's right to produce evidence of any

11  subsequently discovered facts, writings, or interpretations thereof, or to modify, change,

12  or otherwise amend these responses. The information hereinafter set forth is true and

13  correct to the best knowledge of Defendant as of this date and is subject to correction for

14  errors or omissions. These responses are based upon records and information presently

15  available to Defendant. Defendant undertakes no affirmative duty to supplement these

16  responses based upon further discovery and investigation other than as mandated by the

17  Federal Rules of Civil Procedure. References in response to a preceding or subsequent

18  response incorporate the information and objections stated in the referenced response.

19        Defendant reserves the right to introduce at trial or in support of or in opposition to

20  any motion in this case any and all documents, information, and admissions heretofore

21  or hereafter produced by the parties in this action or by any third party. To the extent that

22  Defendant identifies certain writings or delineates facts contained within any writing or

23  otherwise, it does so without prejudice to establish at a later date any additional facts that

24  may be contained within or discovered as a result of any additional investigation and

25  discovery.

26        Inadvertent identification of privileged information or writings by Defendant does

27  not constitute a waiver of any applicable privilege. The information hereafter set forth

28  does not waive any objection, including relevance, to the admission of such information

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1  in evidence.

2      This preliminary statement is incorporated into each and every response set forth
3  herein.

4      Subject to the foregoing conditions, Defendant objects and responds to Plaintiffs'
5  First Set of Requests for Production of Documents and Things (the "Requests") as
6  follows:

7                              **GENERAL OBJECTIONS**

8      1.    Defendant objects to the Requests because Chinese law requires application
9  of the Convention on the Taking of Evidence Abroad in Civil or Commercial Matters
10  ("Hague Convention") and authorization from the Chinese government, including pursuant
11  to Chinese data security and privacy laws; nothing herein shall be deemed as a waiver of
12  Defendant's rights, claims, or contentions, including as related to these issues. Defendant
13  refers to the meet-and-confer letter sent to Plaintiffs' counsel on March 30, 2022.

14      2.    Defendant objects to the extent that the Requests are overbroad, unduly
15  burdensome, and/or oppressive.

16      3.    Defendant objects to the Requests to the extent that they impose discovery
17  obligations that differ from or exceed the discovery obligations imposed by the Federal
18  Rules of Civil Procedure or other applicable law.

19      4.    Defendant objects to the Requests to the extent that they seek documents,
20  information, or admissions relating to matters that are neither relevant to the claims
21  asserted in the pleadings nor proportional to the needs of the case.

22      5.    Discovery in this action is continuing and Defendant has not completed its
23  investigation and discovery into this case, or the matters related to the Requests.
24  Defendant therefore reserves its right to make changes in these responses if it appears
25  that omissions or errors have been made in them or that further and more accurate
26  information is available. The following responses and objections state Defendant's
27  knowledge, information, and belief as of the date of such responses and objections after
28  Defendant has conducted a good faith and reasonable inquiry, and Defendant expressly

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

reserves the right to rely upon and/or introduce into evidence at trial such additional information or facts as it may discover hereafter. Defendant objects to the Requests insofar as they may be construed to limit or restrict Defendant's or any other party's right to rely upon any information or document for any purposes whatsoever, including without limitation, the use of information or responsive documents as evidence at any subsequent hearing, trial, or other proceeding.

6.      Defendant reserves the right to submit additional objections to the Requests or any other discovery requests of any kind. Defendant reserves the right to change any and all responses herein as additional facts and further information are obtained, new analyses are made, and legal research is completed.

7.      Defendant objects to the Requests to the extent that they purport to require Defendant to provide information that is not reasonably available to Defendant through a reasonable and good faith inquiry into its records and the knowledge of its employees.

8.      Defendant objects to the Requests to the extent any of them seek information that is protected by the attorney-client privilege, the attorney work product doctrine, the deliberative process privilege, the joint defense privilege, the privilege for negotiations leading to settlement, or any other applicable privilege. Information protected by any such privilege will not be produced. All such information will be withheld. Any inadvertent production of such information shall not be deemed to waive any privilege or protection with respect to such information.

9.      Defendant objects to the Requests to the extent that they seek information protected or prohibited from disclosure under Federal, California, or other applicable law, including without limitation, the right of privacy, as well as any other confidentiality rights possessed by third parties. All such information will be withheld.

10.     Defendant objects to the Requests to the extent that they duplicate, repeat, or overlap with other discovery requests on the ground that such Requests impose an undue burden on Defendant.

11.     Defendant does not concede the relevance or materiality of any information

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    requested or provided or of the subject matter to which such information refers.

2    Defendant's responses are made subject to and without waiving any questions or

3    objections as to the competency, relevance, materiality, or admissibility as evidence or for

4    any other purpose, of any of the information referred to herein, or of the subject matter

5    thereof, in any proceeding, including without limitation the trial of this action or any other

6    action.

7          12.    Defendant objects to the Requests to the extent that they seek information

8    in the possession, custody, or control of individuals or entities other than Defendant on the

9    grounds that each such Request is unduly burdensome and oppressive, and such

10   information is equally available to Plaintiff.

11         13.    Defendant objects to the Requests to the extent they seek information that

12   calls for a legal conclusion.

13         14.    Each of the foregoing General Objections is a continuing objection, which

14   Defendant incorporates by reference into each specific response to each of the Requests

15   below as if fully set forth herein.

16

17   **RESPONSES TO REQUESTS FOR PRODUCTION**

18   **REQUEST NO. 1:**

19       Corporate DOCUMENTS of 35.CN, including but not limited to articles of

20   incorporation and bylaws.

21   **RESPONSE TO REQUEST NO. 1:**

22       Defendant objects to this Request as vague and ambiguous as to "Corporate

23   DOCUMENTS." Defendant objects to this Request because Chinese law requires

24   application of the Hague Convention and authorization from the Chinese government.

25   Defendant objects to this Request as seeking documents that are not relevant to the claim

26   or defense of any party.

27       Subject to and without waiving the foregoing objections, Defendant responds as

28

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    follows: Upon authorization from the Chinese government,[1] Defendant will produce non-

2    privileged responsive documents in its possession, custody, or control, if any, that are

3    located after a reasonable search within a reasonable timeframe commensurate with the

4    Request; Defendant reserves the right to supplement its response to this Request.

5

6    **REQUEST NO. 2:**

7        Minutes of meetings of board of directors of 35.CN since 2007.

8    **RESPONSE TO REQUEST NO. 2:**

9        Defendant objects to this Request because Chinese law requires application of the

10   Hague Convention and authorization from the Chinese government. Defendant objects to

11   this Request as overbroad and unduly burdensome, including as it requests documents

12   since 2007, well before the claims and defenses to this case arose. Defendant objects to

13   this Request as seeking documents that are not relevant to the claim or defense of any

14   party. Defendant objects to this Request as the intrusion into the privacy of third parties far

15   outweighs the probative value of the requested information.

16       Subject to and without waiving the foregoing objections, Defendant responds as

17   follows: Upon authorization from the Chinese government, Defendant will produce non-

18   privileged responsive documents in its possession, custody, or control, if any, that are

19   located after a reasonable search within a reasonable timeframe commensurate with the

20   Request; Defendant reserves the right to supplement its response to this Request.

21

22   **REQUEST NO. 3:**

23       Minutes of meetings of board of supervisors of 35.CN since 2007.

24   **RESPONSE TO REQUEST NO. 3:**

25       Defendant objects to this Request because Chinese law requires application of the

26

27   _____

[1] If there are documents that are public within the U.S. that are not subject to authorization from the Chinese government, 35.CN reserves the right to produce those documents, despite lack of application under the Hague Convention, without waiving any rights. This applies to each response to this First Set of Document Requests.

28

**DEFENDANT'S RESPONSE TO PLAINTIFFS' FIRST SET OF RFPS**

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1   Hague Convention and authorization from the Chinese government. Defendant objects to
2   this Request as overbroad and unduly burdensome, including as it requests documents
3   since 2007, well before the claims and defenses to this case arose. Defendant objects to
4   this Request as seeking documents that are not relevant to the claim or defense of any
5   party. Defendant objects to this Request as the intrusion into the privacy of third parties far
6   outweighs the probative value of the requested information.

7          Subject to and without waiving the foregoing objections, Defendant responds as
8   follows: Upon authorization from the Chinese government, Defendant will produce non-
9   privileged responsive documents in its possession, custody, or control, if any, that are
10  located after a reasonable search within a reasonable timeframe commensurate with the
11  Request; Defendant reserves the right to supplement its response to this Request.

12

13  **REQUEST NO. 4:**

14          DOCUMENTS sufficient to IDENTIFY the ownership of 35.CN for each year from
15  2002 to 2007.

16  **RESPONSE TO REQUEST NO. 4:**

17          Defendant objects to this Request because Chinese law requires application of the
18  Hague Convention and authorization from the Chinese government. Defendant objects to
19  this Request as overbroad and unduly burdensome, including as it requests documents
20  between the years of 2002 to 2007, well before the claims and defenses to this case arose,
21  and is not proportional to the needs of the case. Defendant objects to this Request as
22  seeking documents that are not relevant to the claim or defense of any party.

23          Subject to and without waiving the foregoing objections, Defendant responds as
24  follows: Upon authorization from the Chinese government, Defendant will produce non-
25  privileged responsive documents in its possession, custody, or control, if any, that are
26  located after a reasonable search within a reasonable timeframe commensurate with the
27  Request; Defendant reserves the right to supplement its response to this Request.

28

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1

2   **REQUEST NO. 5:**

3       DOCUMENTS sufficient to IDENTIFY the 20 largest shareholders of 35.CN for each

4   year since 2007.

5   **RESPONSE TO REQUEST NO. 5:**

6       Defendant objects to this Request because Chinese law requires application of the

7   Hague Convention and authorization from the Chinese government. Defendant objects to

8   this Request as overbroad and unduly burdensome, including as it requests documents

9   since 2007, well before the claims and defenses to this case arose, and is not proportional

10  to the needs of the case. Defendant objects to this Request as seeking documents that

11  are not relevant to the claim or defense of any party.

12      Subject to and without waiving the foregoing objections, Defendant responds as

13  follows: Upon authorization from the Chinese government, Defendant will produce non-

14  privileged responsive documents in its possession, custody, or control, if any, that are

15  located after a reasonable search within a reasonable timeframe commensurate with the

16  Request; Defendant reserves the right to supplement its response to this Request.

17

18  **REQUEST NO. 6:**

19      DOCUMENTS sufficient to IDENTIFY the directors of 35.CN for each year since

20  2007, including members of the board of directors and independent directors.

21  **RESPONSE TO REQUEST NO. 6:**

22      Defendant objects to this Request because Chinese law requires application of the

23  Hague Convention and authorization from the Chinese government. Defendant objects to

24  this Request as overbroad and unduly burdensome, including as it requests documents

25  since 2007, well before the claims and defenses to this case arose, and is not proportional

26  to the needs of the case. Defendant objects to this Request as seeking documents that

27  are not relevant to the claim or defense of any party.

28      Subject to and without waiving the foregoing objections, Defendant responds as

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1   follows: Upon authorization from the Chinese government, Defendant will produce non-
2   privileged responsive documents in its possession, custody, or control, if any, that are
3   located after a reasonable search within a reasonable timeframe commensurate with the
4   Request; Defendant reserves the right to supplement its response to this Request.

5

6   **REQUEST NO. 7:**

7        DOCUMENTS sufficient to IDENTIFY the officers of 35.CN for each year since
8   2007.

9   **RESPONSE TO REQUEST NO. 7:**

10       Defendant objects to this Request because Chinese law requires application of the
11   Hague Convention and authorization from the Chinese government. Defendant objects to
12   this Request as overbroad and unduly burdensome, including as it requests documents
13   since 2007, well before the claims and defenses to this case arose, and is not proportional
14   to the needs of the case. Defendant objects to this Request as seeking documents that
15   are not relevant to the claim or defense of any party.

16       Subject to and without waiving the foregoing objections, Defendant responds as
17   follows: Upon authorization from the Chinese government, Defendant will produce non-
18   privileged responsive documents in its possession, custody, or control, if any, that are
19   located after a reasonable search within a reasonable timeframe commensurate with the
20   Request; Defendant reserves the right to supplement its response to this Request.

21

22   **REQUEST NO. 8:**

23       DOCUMENTS sufficient to IDENTIFY the members of the board of supervisors of
24   35.CN for each year since 2002.

25   **RESPONSE TO REQUEST NO. 8:**

26       Defendant objects to this Request because Chinese law requires application of the
27   Hague Convention and authorization from the Chinese government. Defendant objects to
28   this Request as overbroad and unduly burdensome, including as it requests documents

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  since 2002, well before the claims and defenses to this case arose, and is not proportional

2  to the needs of the case. Defendant objects to this Request as seeking documents that

3  are not relevant to the claim or defense of any party.

4      Subject to and without waiving the foregoing objections, Defendant responds as

5  follows: Upon authorization from the Chinese government, Defendant will produce non-

6  privileged responsive documents in its possession, custody, or control, if any, that are

7  located after a reasonable search within a reasonable timeframe commensurate with the

8  Request; Defendant reserves the right to supplement its response to this Request.

9

10  **REQUEST NO. 9:**

11      Financial statements of 35.CN since 2007.

12  **RESPONSE TO REQUEST NO. 9:**

13      Defendant objects to this Request because Chinese law requires application of the

14  Hague Convention and authorization from the Chinese government. Defendant objects to

15  this Request as overbroad and unduly burdensome, including as it requests documents

16  since 2007, well before the claims and defenses to this case arose. Defendant objects to

17  this Request as seeking documents that are not relevant to the claim or defense of any

18  party. Defendant objects to this Request as the intrusion into the privacy of third parties far

19  outweighs the probative value of the requested information.

20      Subject to and without waiving the foregoing objections, Defendant responds as

21  follows: Upon authorization from the Chinese government, Defendant will produce non-

22  privileged responsive documents in its possession, custody, or control, if any, that are

23  located after a reasonable search within a reasonable timeframe commensurate with the

24  Request; Defendant reserves the right to supplement its response to this Request.

25

26  **REQUEST NO. 10:**

27      Balance sheets of 35.CN since 2007.

28  **RESPONSE TO REQUEST NO. 10:**

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1    Defendant objects to this Request because Chinese law requires application of the
2  Hague Convention and authorization from the Chinese government. Defendant objects to
3  this Request as overbroad and unduly burdensome, including as it requests documents
4  since 2007, well before the claims and defenses to this case arose. Defendant objects to
5  this Request as seeking documents that are not relevant to the claim or defense of any
6  party. Defendant objects to this Request as the intrusion into the privacy of third parties far
7  outweighs the probative value of the requested information.

8    Subject to and without waiving the foregoing objections, Defendant responds as
9  follows: Upon authorization from the Chinese government, Defendant will produce non-
10 privileged responsive documents in its possession, custody, or control, if any, that are
11 located after a reasonable search within a reasonable timeframe commensurate with the
12 Request; Defendant reserves the right to supplement its response to this Request.

13

14 **REQUEST NO. 11:**

15    Income statements of 35.CN since 2007.

16 **RESPONSE TO REQUEST NO. 11:**

17    Defendant objects to this Request because Chinese law requires application of the
18 Hague Convention and authorization from the Chinese government. Defendant objects to
19 this Request as overbroad and unduly burdensome, including as it requests documents
20 since 2007, well before the claims and defenses to this case arose. Defendant objects to
21 this Request as seeking documents that are not relevant to the claim or defense of any
22 party. Defendant objects to this Request as the intrusion into the privacy of third parties far
23 outweighs the probative value of the requested information.

24    Subject to and without waiving the foregoing objections, Defendant responds as
25 follows: Upon authorization from the Chinese government, Defendant will produce non-
26 privileged responsive documents in its possession, custody, or control, if any, that are
27 located after a reasonable search within a reasonable timeframe commensurate with the
28 Request; Defendant reserves the right to supplement its response to this Request.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

**REQUEST NO. 12:**

Profit and loss statements of 35.CN since 2007.

**RESPONSE TO REQUEST NO. 12:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome, including as it requests documents since 2007, well before the claims and defenses to this case arose. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request.

**REQUEST NO. 13:**

Revenue and expense statements of 35.CN since 2007.

**RESPONSE TO REQUEST NO. 13:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome, including as it requests documents since 2007, well before the claims and defenses to this case arose. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information.

Subject to and without waiving the foregoing objections, Defendant responds as

KRONENBERG ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  follows: Upon authorization from the Chinese government, Defendant will produce non-

2  privileged responsive documents in its possession, custody, or control, if any, that are

3  located after a reasonable search within a reasonable timeframe commensurate with the

4  Request; Defendant reserves the right to supplement its response to this Request.

5

6  **REQUEST NO. 14:**

7      DOCUMENTS sufficient to IDENTIFY the bank accounts used by 35.CN since

8  2007.

9  **RESPONSE TO REQUEST NO. 14:**

10      Defendant objects to this Request because Chinese law requires application of the

11  Hague Convention and authorization from the Chinese government. Defendant objects to

12  this Request as overbroad and unduly burdensome, including as it requests documents

13  since 2007, well before the claims and defenses to this case arose, and is not proportional

14  to the needs of the case. Defendant objects to this Request as seeking documents that

15  are not relevant to the claim or defense of any party. Defendant objects to this Request as

16  the intrusion into the privacy of third parties far outweighs the probative value of the

17  requested information.

18      Subject to and without waiving the foregoing objections, Defendant responds as

19  follows: Upon authorization from the Chinese government, Defendant will produce non-

20  privileged responsive documents in its possession, custody, or control, if any, that are

21  located after a reasonable search within a reasonable timeframe commensurate with the

22  Request; Defendant reserves the right to supplement its response to this Request.

23

24  **REQUEST NO. 15:**

25      DOCUMENTS sufficient to IDENTIFY 35.CN's principal place of business.

26  **RESPONSE TO REQUEST NO. 15:**

27      Defendant objects to this Request because Chinese law requires application of the

28  Hague Convention and authorization from the Chinese government.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    Subject to and without waiving the foregoing objections, Defendant responds as
2    follows: Upon authorization from the Chinese government, Defendant will produce non-
3    privileged responsive documents in its possession, custody, or control, if any, that are
4    located after a reasonable search within a reasonable timeframe commensurate with the
5    Request; Defendant reserves the right to supplement its response to this Request.

6

7    **REQUEST NO. 16:**

8    DOCUMENTS sufficient to IDENTIFY locations where 35.CN conducts business.

9    **RESPONSE TO REQUEST NO. 16:**

10   Defendant objects to this Request because Chinese law requires application of the
11   Hague Convention and authorization from the Chinese government.

12   Subject to and without waiving the foregoing objections, Defendant responds as
13   follows: Upon authorization from the Chinese government, Defendant will produce non-
14   privileged responsive documents in its possession, custody, or control, if any, that are
15   located after a reasonable search within a reasonable timeframe commensurate with the
16   Request; Defendant reserves the right to supplement its response to this Request.

17

18   **REQUEST NO. 17:**

19   All contracts entered into by 35.CN with a California domiciled citizen.

20   **RESPONSE TO REQUEST NO. 17:**

21   Defendant objects to this Request because Chinese law requires application of the
22   Hague Convention and authorization from the Chinese government. Defendant objects to
23   this Request as overbroad and unduly burdensome, including as it requests "all contracts"
24   and is thus not proportional to the needs of the case, and is unlimited in scope and time.
25   Defendant objects to this Request as seeking documents that are not relevant to the claim
26   or defense of any party. Defendant objects to this Request as the intrusion into the privacy
27   of third parties far outweighs the probative value of the requested information.

28   Subject to and without waiving the foregoing objections, Defendant responds as

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1  follows: Upon authorization from the Chinese government, Defendant will produce non-
2  privileged responsive documents in its possession, custody, or control, if any, that are
3  located after a reasonable search within a reasonable timeframe commensurate with the
4  Request; Defendant reserves the right to supplement its response to this Request.

5

6  **REQUEST NO. 18:**

7         All contracts entered into by 35.CN with a United States citizen.

8  **RESPONSE TO REQUEST NO. 18:**

9         Defendant objects to this Request because Chinese law requires application of the
10  Hague Convention and authorization from the Chinese government. Defendant objects to
11  this Request as overbroad and unduly burdensome, including as it requests "all contracts"
12  and is thus not proportional to the needs of the case, and is unlimited in scope and time.
13  Defendant objects to this Request as seeking documents that are not relevant to the claim
14  or defense of any party. Defendant objects to this Request as the intrusion into the privacy
15  of third parties far outweighs the probative value of the requested information.

16         Subject to and without waiving the foregoing objections, Defendant responds as
17  follows: Upon authorization from the Chinese government, Defendant will produce non-
18  privileged responsive documents in its possession, custody, or control, if any, that are
19  located after a reasonable search within a reasonable timeframe commensurate with the
20  Request; Defendant reserves the right to supplement its response to this Request.

21

22  **REQUEST NO. 19:**

23         All contracts entered into by 35.CN with a California corporation.

24  **RESPONSE TO REQUEST NO. 19:**

25         Defendant objects to this Request because Chinese law requires application of the
26  Hague Convention and authorization from the Chinese government. Defendant objects to
27  this Request as overbroad and unduly burdensome, including as it requests "all contracts"
28  and is thus not proportional to the needs of the case, and is unlimited in scope and time.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  Defendant objects to this Request as seeking documents that are not relevant to the claim

2  or defense of any party. Defendant objects to this Request as the intrusion into the privacy

3  of third parties far outweighs the probative value of the requested information.

4      Subject to and without waiving the foregoing objections, Defendant responds as

5  follows: Upon authorization from the Chinese government, Defendant will produce non-

6  privileged responsive documents in its possession, custody, or control, if any, that are

7  located after a reasonable search within a reasonable timeframe commensurate with the

8  Request; Defendant reserves the right to supplement its response to this Request.

9

10 **REQUEST NO. 20:**

11     All contracts entered into by 35.CN with a corporation of any state in the United

12 States.

13 **RESPONSE TO REQUEST NO. 20:**

14     Defendant objects to this Request because Chinese law requires application of the

15 Hague Convention and authorization from the Chinese government. Defendant objects to

16 this Request as overbroad and unduly burdensome, including as it requests "all contracts"

17 and is thus not proportional to the needs of the case, and is unlimited in scope and time.

18 Defendant objects to this Request as seeking documents that are not relevant to the claim

19 or defense of any party. Defendant objects to this Request as the intrusion into the privacy

20 of third parties far outweighs the probative value of the requested information.

21     Subject to and without waiving the foregoing objections, Defendant responds as

22 follows: Upon authorization from the Chinese government, Defendant will produce non-

23 privileged responsive documents in its possession, custody, or control, if any, that are

24 located after a reasonable search within a reasonable timeframe commensurate with the

25 Request; Defendant reserves the right to supplement its response to this Request.

26

27 **REQUEST NO. 21:**

28     All contracts entered into by 35.CN with any PERSON in the United States relating

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    to the registration of any domain name(s).

2    **RESPONSE TO REQUEST NO. 21:**

3        Defendant objects to this Request because Chinese law requires application of the

4    Hague Convention and authorization from the Chinese government.

5        Subject to and without waiving the foregoing objections, Defendant responds as

6    follows: Upon authorization from the Chinese government, Defendant will produce non-

7    privileged responsive documents in its possession, custody, or control, if any, that are

8    located after a reasonable search within a reasonable timeframe commensurate with the

9    Request; Defendant reserves the right to supplement its response to this Request.

10

11   **REQUEST NO. 22:**

12       All contracts entered into by 35.CN with any PERSON in the United States relating

13   to the use of any domain name(s).

14   **RESPONSE TO REQUEST NO. 22:**

15       Defendant objects to this Request because Chinese law requires application of the

16   Hague Convention and authorization from the Chinese government.

17       Subject to and without waiving the foregoing objections, Defendant responds as

18   follows: Upon authorization from the Chinese government, Defendant will produce non-

19   privileged responsive documents in its possession, custody, or control, if any, that are

20   located after a reasonable search within a reasonable timeframe commensurate with the

21   Request; Defendant reserves the right to supplement its response to this Request.

22

23   **REQUEST NO. 23:**

24       All contracts entered into by 35.CN with any PERSON in the United States relating

25   to the trafficking of any domain name(s).

26   **RESPONSE TO REQUEST NO. 23:**

27       Defendant objects to this Request because Chinese law requires application of the

28   Hague Convention and authorization from the Chinese government.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request.

**REQUEST NO. 24:**

DOCUMENTS supporting 35.CN's claim that GONG sold his interest in ONLINENIC to Rex Liu on November 28, 2007 for $10,000.

**RESPONSE TO REQUEST NO. 24:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request.

**REQUEST NO. 25:**

DOCUMENTS supporting 35.CN's claim that GONG sold his interest in ONLINENIC to Rex Liu in 2007.

**RESPONSE TO REQUEST NO. 25:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party.

17

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request.

**REQUEST NO. 26:**

DOCUMENTS supporting 35.CN's claim that GONG sold his interest in ONLINENIC to Zhippo Chen in 2009.

**RESPONSE TO REQUEST NO. 26:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request.

**REQUEST NO. 27:**

DOCUMENTS supporting or refuting ONLINENIC's claim to the California Franchise Tax Board in 2009 that GONG was the 100% owner of ONLINENIC.

**RESPONSE TO REQUEST NO. 27:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    Subject to and without waiving the foregoing objections, Defendant responds as

2  follows: Upon authorization from the Chinese government, Defendant will produce non-

3  privileged responsive documents in its possession, custody, or control, if any, that are

4  located after a reasonable search within a reasonable timeframe commensurate with the

5  Request; Defendant reserves the right to supplement its response to this Request.

6

7  **REQUEST NO. 28:**

8    DOCUMENTS supporting or refuting ONLINENIC's claim to the California

9  Franchise Tax Board in 2010 that GONG was the 100% owner of ONLINENIC.

10  **RESPONSE TO REQUEST NO. 28:**

11    Defendant objects to this Request because Chinese law requires application of the

12  Hague Convention and authorization from the Chinese government. Defendant objects to

13  this Request as seeking documents that are not relevant to the claim or defense of any

14  party.

15    Subject to and without waiving the foregoing objections, Defendant responds as

16  follows: Upon authorization from the Chinese government, Defendant will produce non-

17  privileged responsive documents in its possession, custody, or control, if any, that are

18  located after a reasonable search within a reasonable timeframe commensurate with the

19  Request; Defendant reserves the right to supplement its response to this Request.

20

21  **REQUEST NO. 29:**

22    DOCUMENTS supporting or refuting ONLINENIC's claim to the California

23  Franchise Tax Board in 2011 that GONG was the 100% owner of ONLINENIC.

24  **RESPONSE TO REQUEST NO. 29:**

25    Defendant objects to this Request because Chinese law requires application of the

26  Hague Convention and authorization from the Chinese government. Defendant objects to

27  this Request as seeking documents that are not relevant to the claim or defense of any

28  party.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    Subject to and without waiving the foregoing objections, Defendant responds as

2  follows: Upon authorization from the Chinese government, Defendant will produce non-

3  privileged responsive documents in its possession, custody, or control, if any, that are

4  located after a reasonable search within a reasonable timeframe commensurate with the

5  Request; Defendant reserves the right to supplement its response to this Request.

6

7  **REQUEST NO. 30:**

8    DOCUMENTS supporting or refuting ONLINENIC's claim to the California

9  Franchise Tax Board in 2012 that GONG was the 100% owner of ONLINENIC.

10  **RESPONSE TO REQUEST NO. 30:**

11    Defendant objects to this Request because Chinese law requires application of the

12  Hague Convention and authorization from the Chinese government. Defendant objects to

13  this Request as seeking documents that are not relevant to the claim or defense of any

14  party.

15    Subject to and without waiving the foregoing objections, Defendant responds as

16  follows: Upon authorization from the Chinese government, Defendant will produce non-

17  privileged responsive documents in its possession, custody, or control, if any, that are

18  located after a reasonable search within a reasonable timeframe commensurate with the

19  Request; Defendant reserves the right to supplement its response to this Request.

20

21  **REQUEST NO. 31:**

22    DOCUMENTS supporting or refuting ONLINENIC's claim to the California

23  Franchise Tax Board in 2013 that GONG was the 100% owner of ONLINENIC.

24  **RESPONSE TO REQUEST NO. 31:**

25    Defendant objects to this Request because Chinese law requires application of the

26  Hague Convention and authorization from the Chinese government. Defendant objects to

27  this Request as seeking documents that are not relevant to the claim or defense of any

28  party.

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1   Subject to and without waiving the foregoing objections, Defendant responds as

2   follows: Upon authorization from the Chinese government, Defendant will produce non-

3   privileged responsive documents in its possession, custody, or control, if any, that are

4   located after a reasonable search within a reasonable timeframe commensurate with the

5   Request; Defendant reserves the right to supplement its response to this Request.

6

7   **REQUEST NO. 32:**

8   DOCUMENTS supporting or refuting ONLINENIC's claim to the California

9   Franchise Tax Board in 2014 that GONG was the 100% owner of ONLINENIC.

10  **RESPONSE TO REQUEST NO. 32:**

11   Defendant objects to this Request because Chinese law requires application of the

12  Hague Convention and authorization from the Chinese government. Defendant objects to

13  this Request as seeking documents that are not relevant to the claim or defense of any

14  party.

15   Subject to and without waiving the foregoing objections, Defendant responds as

16  follows: Upon authorization from the Chinese government, Defendant will produce non-

17  privileged responsive documents in its possession, custody, or control, if any, that are

18  located after a reasonable search within a reasonable timeframe commensurate with the

19  Request; Defendant reserves the right to supplement its response to this Request.

20

21  **REQUEST NO. 33:**

22   DOCUMENTS sufficient to IDENTIFY real property owned or leased by 35.CN in

23  California at any time.

24  **RESPONSE TO REQUEST NO. 33:**

25   Defendant objects to this Request because Chinese law requires application of the

26  Hague Convention and authorization from the Chinese government. Defendant objects to

27  this Request as overbroad and unduly burdensome, including as it is unlimited in scope

28  and time, and is not proportional to the needs of the case. Defendant objects to this

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  Request as seeking documents that are not relevant to the claim or defense of any party.

2  Subject to and without waiving the foregoing objections, Defendant responds as

3  follows: Upon authorization from the Chinese government, Defendant will produce non-

4  privileged responsive documents in its possession, custody, or control, if any, that are

5  located after a reasonable search within a reasonable timeframe commensurate with the

6  Request; Defendant reserves the right to supplement its response to this Request.

7

8  **REQUEST NO. 34:**

9  DOCUMENTS sufficient to IDENTIFY real property owned or leased by 35.CN in

10  the United States at any time.

11  **RESPONSE TO REQUEST NO. 34:**

12  Defendant objects to this Request because Chinese law requires application of the

13  Hague Convention and authorization from the Chinese government. Defendant objects to

14  this Request as overbroad and unduly burdensome, including as it is not proportional to

15  the needs of the case, and is unlimited in scope and time. Defendant objects to this

16  Request as seeking documents that are not relevant to the claim or defense of any party.

17  Subject to and without waiving the foregoing objections, Defendant responds as

18  follows: Upon authorization from the Chinese government, Defendant will produce non-

19  privileged responsive documents in its possession, custody, or control, if any, that are

20  located after a reasonable search within a reasonable timeframe commensurate with the

21  Request; Defendant reserves the right to supplement its response to this Request.

22

23  **REQUEST NO. 35:**

24  DOCUMENTS sufficient to IDENTIFY real property owned or leased by any

25  employee of 35.CN in California at any time.

26  **RESPONSE TO REQUEST NO. 35:**

27  Defendant objects to this Request because Chinese law requires application of the

28  Hague Convention and authorization from the Chinese government. Defendant objects to

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

this Request as overbroad and unduly burdensome, including as it is not proportional to the needs of the case, and is unlimited in scope and time. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request.

**REQUEST NO. 36:**

DOCUMENTS sufficient to IDENTIFY assets of 35.CN in California since 2002.

**RESPONSE TO REQUEST NO. 36:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome, including as it is not proportional to the needs of the case, and requests documents since 2002, well before the claims and defenses to this case arose. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request.

**REQUEST NO. 37:**

DOCUMENTS sufficient to IDENTIFY assets of 35.CN in the United States since

1  2002.

2  **RESPONSE TO REQUEST NO. 37:**

3      Defendant objects to this Request because Chinese law requires application of the

4  Hague Convention and authorization from the Chinese government. Defendant objects to

5  this Request as overbroad and unduly burdensome, including as it is not proportional to

6  the needs of the case, and requests documents since 2002, well before the claims and

7  defenses to this case arose. Defendant objects to this Request as seeking documents that

8  are not relevant to the claim or defense of any party.

9      Subject to and without waiving the foregoing objections, Defendant responds as

10  follows: Upon authorization from the Chinese government, Defendant will produce non-

11  privileged responsive documents in its possession, custody, or control, if any, that are

12  located after a reasonable search within a reasonable timeframe commensurate with the

13  Request; Defendant reserves the right to supplement its response to this Request.

14

15  **REQUEST NO. 38:**

16      DOCUMENTS relating to trademarks or service marks applied for or registered by

17  35.CN.

18  **RESPONSE TO REQUEST NO. 38:**

19      Defendant objects to this Request because Chinese law requires application of the

20  Hague Convention and authorization from the Chinese government. Defendant objects to

21  this Request to the extent responsive documents are within the possession, custody, or

22  control of Plaintiffs or third parties, or are equally or more accessible to Plaintiffs than to

23  Defendant. Defendant objects to this Request as seeking documents that are not relevant

24  to the claim or defense of any party. Defendant objects to this Request as overbroad and

25  unduly burdensome, including as it is not proportional to the needs of the case, including

26  as it seeks all documents "relating to" trademarks or service marks, and is not limited in

27  timeframe.

28      Subject to and without waiving the foregoing objections, Defendant responds as

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    follows: Upon authorization from the Chinese government, Defendant will produce non-

2    privileged responsive documents in its possession, custody, or control, if any, that are

3    located after a reasonable search within a reasonable timeframe commensurate with the

4    Request; Defendant reserves the right to supplement its response to this Request.

5

6    **REQUEST NO. 39:**

7        DOCUMENTS relating to trademarks or service marks applied for or registered by

8    35.CN in the United States.

9    **RESPONSE TO REQUEST NO. 39:**

10       Defendant objects to this Request because Chinese law requires application of the

11   Hague Convention and authorization from the Chinese government. Defendant objects to

12   this Request to the extent responsive documents are within the possession, custody, or

13   control of Plaintiffs or third parties, or are equally or more accessible to Plaintiffs than to

14   Defendant. Defendant objects to this Request as seeking documents that are not relevant

15   to the claim or defense of any party. Defendant objects to this Request as overbroad and

16   unduly burdensome, including as it is not proportional to the needs of the case, including

17   as it seeks all documents "relating to" trademarks or service marks, and is not limited in

18   timeframe.

19       Subject to and without waiving the foregoing objections, Defendant responds as

20   follows: Upon authorization from the Chinese government, Defendant will produce non-

21   privileged responsive documents in its possession, custody, or control, if any, that are

22   located after a reasonable search within a reasonable timeframe commensurate with the

23   Request; Defendant reserves the right to supplement its response to this Request.

24

25   **REQUEST NO. 40:**

26       A representative sample of DOCUMENTS, including communications, that

27   demonstrate the business activities engaged in between 35.CN, including employees of

28   35.CN, and ONLINENIC.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

**RESPONSE TO REQUEST NO. 40:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request as vague and ambiguous, including as to the phrase "representative sample" of DOCUMENTS that demonstrate the "business activities engaged in," as it causes Defendant to speculate as to the meaning of those phrases.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request.

**REQUEST NO. 41:**

A representative sample of DOCUMENTS, including communications, that demonstrate the business activities engaged in between 35.CN, including employees of 35.CN, and DOMAIN ID SHIELD.

**RESPONSE TO REQUEST NO. 41:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request as vague and ambiguous, including as to the phrase "representative sample" of DOCUMENTS that demonstrate the "business activities engaged in," as it causes Defendant to speculate as to the meaning of those phrases.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    Request; Defendant reserves the right to supplement its response to this Request.

2

3    **REQUEST NO. 42:**

4        All agreements between 35.CN and ONLINENIC, and DOCUMENTS reflecting the

5    negotiations between 35.CN and ONLINENIC to enter into those agreements.

6    **RESPONSE TO REQUEST NO. 42:**

7        Defendant objects to this Request because Chinese law requires application of the

8    Hague Convention and authorization from the Chinese government. Defendant objects to

9    this Request as overbroad and unduly burdensome, including as it requests "all

10   agreements" without timeframe and is thus not proportional to the needs of the case.

11   Defendant objects to this Request as compound. Defendant objects to this Request as

12   vague and ambiguous as to the terms "agreements" and "negotiations."

13       Subject to and without waiving the foregoing objections, Defendant responds as

14   follows: Upon authorization from the Chinese government, Defendant will produce non-

15   privileged responsive documents in its possession, custody, or control, if any, that are

16   located after a reasonable search within a reasonable timeframe commensurate with the

17   Request; Defendant reserves the right to supplement its response to this Request.

18

19   **REQUEST NO. 43:**

20       All agreements between 35.CN and DOMAIN ID SHIELD, and DOCUMENTS

21   reflecting the negotiations between 35.CN and DOMAIN ID SHIELD to enter into those

22   agreements.

23   **RESPONSE TO REQUEST NO. 43:**

24       Defendant objects to this Request because Chinese law requires application of the

25   Hague Convention and authorization from the Chinese government. Defendant objects to

26   this Request as overbroad and unduly burdensome, including as it requests "all

27   agreements" and is thus not proportional to the needs of the case. Defendant objects to

28   this Request as seeking documents that are not relevant to the claim or defense of any

27

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  party. Defendant objects to this Request as compound. Defendant objects to this Request

2  as vague and ambiguous as to the terms "agreements" and "negotiations."

3       Subject to and without waiving the foregoing objections, Defendant responds as

4  follows: Upon authorization from the Chinese government, Defendant will produce non-

5  privileged responsive documents in its possession, custody, or control, if any, that are

6  located after a reasonable search within a reasonable timeframe commensurate with the

7  Request; Defendant reserves the right to supplement its response to this Request.

8

9  **REQUEST NO. 44**

10       DOCUMENTS relating to leases or subleases offered or made available by 35.CN

11  to ONLINENIC and/or DOMAIN ID SHIELD.

12  **RESPONSE TO REQUEST NO. 44:**

13       Defendant objects to this Request because Chinese law requires application of the

14  Hague Convention and authorization from the Chinese government. Defendant objects to

15  this Request as overbroad and unduly burdensome. Defendant objects to this Request as

16  seeking documents that are not relevant to the claim or defense of any party. Defendant

17  objects to this Request as argumentative and assuming disputed facts. Defendant objects

18  to this Request as compound. Defendant objects to this Request as vague and ambiguous.

19       Subject to and without waiving the foregoing objections, Defendant responds as

20  follows: Upon authorization from the Chinese government, Defendant will produce non-

21  privileged responsive documents in its possession, custody, or control, if any, that are

22  located after a reasonable search within a reasonable timeframe commensurate with the

23  Request; Defendant reserves the right to supplement its response to this Request.

24

25  **REQUEST NO. 45**

26       DOCUMENTS relating to equipment, including servers, offered or made available

27  by 35.CN to ONLINENIC and/or DOMAIN ID SHIELD.

28  **RESPONSE TO REQUEST NO. 45:**

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1    Defendant objects to this Request because Chinese law requires application of the

2  Hague Convention and authorization from the Chinese government. Defendant objects to

3  this Request as overbroad and unduly burdensome. Defendant objects to this Request as

4  seeking documents that are not relevant to the claim or defense of any party.

5    Subject to and without waiving the foregoing objections, Defendant responds as

6  follows: Upon authorization from the Chinese government, Defendant will produce non-

7  privileged responsive documents in its possession, custody, or control, if any, that are

8  located after a reasonable search within a reasonable timeframe commensurate with the

9  Request; Defendant reserves the right to supplement its response to this Request.

10

11  **REQUEST NO. 46**

12    DOCUMENTS relating to services offered or made available by 35.CN to

13  ONLINENIC and/or DOMAIN ID SHIELD.

14  **RESPONSE TO REQUEST NO. 46:**

15    Defendant objects to this Request because Chinese law requires application of the

16  Hague Convention and authorization from the Chinese government. Defendant objects to

17  this Request as overbroad and unduly burdensome. Defendant objects to this Request as

18  seeking documents that are not relevant to the claim or defense of any party. Defendant

19  objects to this Request as vague and ambiguous, including as to the term "services."

20    Subject to and without waiving the foregoing objections, Defendant responds as

21  follows: Upon authorization from the Chinese government, Defendant will produce non-

22  privileged responsive documents in its possession, custody, or control, if any, that are

23  located after a reasonable search within a reasonable timeframe commensurate with the

24  Request; Defendant reserves the right to supplement its response to this Request.

25

26  **REQUEST NO. 47**

27    Communications between CARRIE YU and her supervisors at 35.CN regarding

28  ONLINENIC.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  **RESPONSE TO REQUEST NO. 47:**

2       Defendant objects to this Request because Chinese law requires application of the

3  Hague Convention and authorization from the Chinese government. Defendant objects to

4  this Request as seeking documents that are not relevant to the claim or defense of any

5  party. Defendant objects to this Request as seeking privileged and/or work product

6  documents. Defendant will withhold documents based on this objection but provide a

7  privilege log where required. Defendant objects to this Request as overbroad and unduly

8  burdensome.

9       Subject to and without waiving the foregoing objections, Defendant responds as

10  follows: Upon authorization from the Chinese government, Defendant will produce non-

11  privileged responsive documents in its possession, custody, or control, if any, that are

12  located after a reasonable search within a reasonable timeframe commensurate with the

13  Request; Defendant reserves the right to supplement its response to this Request.

14

15  **REQUEST NO. 48**

16       Communications between CARRIE YU and any PERSON regarding ONLINENIC.

17  **RESPONSE TO REQUEST NO. 48:**

18       Defendant objects to this Request because Chinese law requires application of the

19  Hague Convention and authorization from the Chinese government. Defendant objects to

20  this Request as seeking documents that are not relevant to the claim or defense of any

21  party. Defendant objects to this Request as seeking privileged and/or work product

22  documents. Defendant will withhold documents based on this objection but provide a

23  privilege log where required. Defendant objects to this Request as overbroad and unduly

24  burdensome.

25       Subject to and without waiving the foregoing objections, Defendant responds as

26  follows: Upon authorization from the Chinese government, Defendant will produce non-

27  privileged responsive documents in its possession, custody, or control, if any, that are

28  located after a reasonable search within a reasonable timeframe commensurate with the

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1   Request; Defendant reserves the right to supplement its response to this Request.

2

3   **REQUEST NO. 49**

4   Communications between CARRIE YU and her supervisors at 35.CN regarding

5   DOMAIN ID SHIELD

6   **RESPONSE TO REQUEST NO. 49:**

7   Defendant objects to this Request because Chinese law requires application of the

8   Hague Convention and authorization from the Chinese government. Defendant objects to

9   this Request as seeking documents that are not relevant to the claim or defense of any

10  party. Defendant objects to this Request as seeking privileged and/or work product

11  documents. Defendant will withhold documents based on this objection but provide a

12  privilege log where required. Defendant objects to this Request as overbroad and unduly

13  burdensome.

14  Subject to and without waiving the foregoing objections, Defendant responds as

15  follows: Upon authorization from the Chinese government, Defendant will produce non-

16  privileged responsive documents in its possession, custody, or control, if any, that are

17  located after a reasonable search within a reasonable timeframe commensurate with the

18  Request; Defendant reserves the right to supplement its response to this Request.

19

20  **REQUEST NO. 50**

21  Communications between CARRIE YU and any PERSON regarding DOMAIN ID

22  SHIELD.

23  **RESPONSE TO REQUEST NO. 50:**

24  Defendant objects to this Request because Chinese law requires application of the

25  Hague Convention and authorization from the Chinese government. Defendant objects to

26  this Request as seeking documents that are not relevant to the claim or defense of any

27  party. Defendant objects to this Request as seeking privileged and/or work product

28  documents. Defendant will withhold documents based on this objection but provide a

K R O N E N B E R G E R   R O S E N F E L D

150 Post Street, Suite 520 San Francisco, CA 94108

1  privilege log where required. Defendant objects to this Request as overbroad and unduly

2  burdensome.

3      Subject to and without waiving the foregoing objections, Defendant responds as

4  follows: Upon authorization from the Chinese government, Defendant will produce non-

5  privileged responsive documents in its possession, custody, or control, if any, that are

6  located after a reasonable search within a reasonable timeframe commensurate with the

7  Request; Defendant reserves the right to supplement its response to this Request.

8

9  **REQUEST NO. 51**

10     Communications between CARRIE YU and her supervisors at 35.CN regarding this

11  lawsuit.

12  **RESPONSE TO REQUEST NO. 51:**

13     Defendant objects to this Request because Chinese law requires application of the

14  Hague Convention and authorization from the Chinese government. Defendant objects to

15  this Request as seeking privileged and/or work product documents. Defendant will withhold

16  documents based on this objection but provide a privilege log where required. Defendant

17  objects to this Request as overbroad and unduly burdensome.

18     Subject to and without waiving the foregoing objections, Defendant responds as

19  follows: Upon authorization from the Chinese government, Defendant will produce non-

20  privileged responsive documents in its possession, custody, or control, if any, that are

21  located after a reasonable search within a reasonable timeframe commensurate with the

22  Request; Defendant reserves the right to supplement its response to this Request.

23

24  **REQUEST NO. 52**

25     Communications between CARRIE YU and any PERSON regarding this lawsuit.

26  **RESPONSE TO REQUEST NO. 52:**

27     Defendant objects to this Request because Chinese law requires application of the

28  Hague Convention and authorization from the Chinese government. Defendant objects to

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    this Request as seeking privileged and/or work product documents. Defendant will withhold

2    documents based on this objection but provide a privilege log where required. Defendant

3    objects to this Request as overbroad and unduly burdensome.

4         Subject to and without waiving the foregoing objections, Defendant responds as

5    follows: Upon authorization from the Chinese government, Defendant will produce non-

6    privileged responsive documents in its possession, custody, or control, if any, that are

7    located after a reasonable search within a reasonable timeframe commensurate with the

8    Request; Defendant reserves the right to supplement its response to this Request.

9

10   **REQUEST NO. 53**

11        Communications between CARRIE YU and her supervisors at 35.CN regarding the

12   investigation by the Special Discovery Master in this case.

13   **RESPONSE TO REQUEST NO. 53:**

14        Defendant objects to this Request because Chinese law requires application of the

15   Hague Convention and authorization from the Chinese government. Defendant objects to

16   this Request as seeking privileged and/or work product documents. Defendant will withhold

17   documents based on this objection but provide a privilege log where required.

18        Subject to and without waiving the foregoing objections, Defendant responds as

19   follows: Upon authorization from the Chinese government, Defendant will produce non-

20   privileged responsive documents in its possession, custody, or control, if any, that are

21   located after a reasonable search within a reasonable timeframe commensurate with the

22   Request; Defendant reserves the right to supplement its response to this Request.

23

24   **REQUEST NO. 54**

25        Communications between CARRIE YU and any PERSON regarding the

26   investigation by the Special Discovery Master in this case.

27   **RESPONSE TO REQUEST NO. 54:**

28        Defendant objects to this Request because Chinese law requires application of the

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  Hague Convention and authorization from the Chinese government. Defendant objects to

2  this Request as seeking privileged and/or work product documents. Defendant will withhold

3  documents based on this objection but provide a privilege log where required.

4      Subject to and without waiving the foregoing objections, Defendant responds as

5  follows: Upon authorization from the Chinese government, Defendant will produce non-

6  privileged responsive documents in its possession, custody, or control, if any, that are

7  located after a reasonable search within a reasonable timeframe commensurate with the

8  Request; Defendant reserves the right to supplement its response to this Request.

9

10  **REQUEST NO. 55**

11      DOCUMENTS sufficient to IDENTIFY the employees of 35.CN who communicated

12  with the Special Discovery Master in this case.

13  **RESPONSE TO REQUEST NO. 55:**

14      Defendant objects to this Request because Chinese law requires application of the

15  Hague Convention and authorization from the Chinese government.

16      Subject to and without waiving the foregoing objections, Defendant responds as

17  follows: Upon authorization from the Chinese government, Defendant will produce non-

18  privileged responsive documents in its possession, custody, or control, if any, that are

19  located after a reasonable search within a reasonable timeframe commensurate with the

20  Request; Defendant reserves the right to supplement its response to this Request.

21

22  **REQUEST NO. 56**

23      Communications between CARRIE YU and her supervisors at 35.CN regarding the

24  Special Discovery Master's Data Destroyed or Withheld Report.

25  **RESPONSE TO REQUEST NO. 56:**

26      Defendant objects to this Request because Chinese law requires application of the

27  Hague Convention and authorization from the Chinese government. Defendant objects to

28  this Request as seeking documents that are not relevant to the claim or defense of any

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1   party. Defendant objects to this Request as seeking privileged and/or work product

2   documents. Defendant will withhold documents based on this objection but provide a

3   privilege log where required.

4       Subject to and without waiving the foregoing objections, Defendant responds as

5   follows: Upon authorization from the Chinese government, Defendant will produce non-

6   privileged responsive documents in its possession, custody, or control, if any, that are

7   located after a reasonable search within a reasonable timeframe commensurate with the

8   Request; Defendant reserves the right to supplement its response to this Request.

9

10  **REQUEST NO. 57**

11      Communications between CARRIE YU and any PERSON regarding the Special

12  Discovery Master's Data Destroyed or Withheld Report.

13  **RESPONSE TO REQUEST NO. 57:**

14      Defendant objects to this Request because Chinese law requires application of the

15  Hague Convention and authorization from the Chinese government. Defendant objects to

16  this Request as seeking documents that are not relevant to the claim or defense of any

17  party. Defendant objects to this Request as seeking privileged and/or work product

18  documents. Defendant will withhold documents based on this objection but provide a

19  privilege log where required.

20      Subject to and without waiving the foregoing objections, Defendant responds as

21  follows: Upon authorization from the Chinese government, Defendant will produce non-

22  privileged responsive documents in its possession, custody, or control, if any, that are

23  located after a reasonable search within a reasonable timeframe commensurate with the

24  Request; Defendant reserves the right to supplement its response to this Request.

25

26  **REQUEST NO.58**

27      DOCUMENTS sufficient to IDENTIFY the employees of 35.CN who were involved

28  in the destruction of evidence in this case as described in the Special Discovery Master's

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    Data Destroyed or Withheld Report.

2    **RESPONSE TO REQUEST NO. 58:**

3         Defendant objects to this Request because Chinese law requires application of the

4    Hague Convention and authorization from the Chinese government. Defendant objects to

5    this Request as seeking documents that are not relevant to the claim or defense of any

6    party. Defendant objects to this Request as assuming facts not in evidence. Defendant

7    objects to this Request as overbroad and unduly burdensome, including as it is not

8    proportional to the needs of the case. Defendant objects to this Request as seeking

9    privileged and/or work product documents. Defendant will withhold documents based on

10   this objection but provide a privilege log where required.

11        Subject to and without waiving the foregoing objections, Defendant responds as

12   follows: Upon authorization from the Chinese government, Defendant will produce non-

13   privileged responsive documents in its possession, custody, or control, if any, that are

14   located after a reasonable search within a reasonable timeframe commensurate with the

15   Request; Defendant reserves the right to supplement its response to this Request.

16

17   **REQUEST NO. 59**

18        DOCUMENTS sufficient to IDENTIFY the employees of 35.CN who participated in

19   the destruction of evidence in this case as described in the Special Discovery Master's

20   Data Destroyed or Withheld Report.

21   **RESPONSE TO REQUEST NO. 59:**

22        Defendant objects to this Request because Chinese law requires application of the

23   Hague Convention and authorization from the Chinese government. Defendant objects to

24   this Request as seeking documents that are not relevant to the claim or defense of any

25   party. Defendant objects to this Request as assuming facts not in evidence. Defendant

26   objects to this Request as overbroad and unduly burdensome, including as it is not

27   proportional to the needs of the case. Defendant objects to this Request as seeking

28   privileged and/or work product documents. Defendant will withhold documents based on

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

36    **DEFENDANT'S RESPONSE TO PLAINTIFFS' FIRST SET OF RFPS**

1  this objection but provide a privilege log where required.

2  Subject to and without waiving the foregoing objections, Defendant responds as

3  follows: Upon authorization from the Chinese government, Defendant will produce non-

4  privileged responsive documents in its possession, custody, or control, if any, that are

5  located after a reasonable search within a reasonable timeframe commensurate with the

6  Request; Defendant reserves the right to supplement its response to this Request.

7

8  **REQUEST NO. 60**

9  Communications between CARRIE YU and her supervisors at 35.CN regarding

10  CARRIE YU's ownership of DOMAIN ID SHIELD for the benefit of ONLINENIC.

11  **RESPONSE TO REQUEST NO. 60:**

12  Defendant objects to this Request because Chinese law requires application of the

13  Hague Convention and authorization from the Chinese government. Defendant objects to

14  this Request as seeking documents that are not relevant to the claim or defense of any

15  party. Defendant objects to this Request as seeking privileged and/or work product

16  documents. Defendant will withhold documents based on this objection but provide a

17  privilege log where required. Defendant objects to this Request as assuming facts not in

18  evidence.

19  Subject to and without waiving the foregoing objections, Defendant responds as

20  follows: Upon authorization from the Chinese government, Defendant will produce non-

21  privileged responsive documents in its possession, custody, or control, if any, that are

22  located after a reasonable search within a reasonable timeframe commensurate with the

23  Request; Defendant reserves the right to supplement its response to this Request.

24

25  **REQUEST NO. 61**

26  Communications between CARRIE YU and any PERSON regarding CARRIE YU's

27  ownership of DOMAIN ID SHIELD for the benefit of ONLINENIC.

28  **RESPONSE TO REQUEST NO. 61:**

DEFENDANT'S RESPONSE TO
PLAINTIFFS' FIRST SET OF RFPS

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  Defendant objects to this Request because Chinese law requires application of the

2  Hague Convention and authorization from the Chinese government. Defendant objects to

3  this Request as seeking documents that are not relevant to the claim or defense of any

4  party. Defendant objects to this Request as seeking privileged and/or work product

5  documents. Defendant will withhold documents based on this objection but provide a

6  privilege log where required. Defendant objects to this Request as assuming facts not in

7  evidence.

8  Subject to and without waiving the foregoing objections, Defendant responds as

9  follows: Upon authorization from the Chinese government, Defendant will produce non-

10  privileged responsive documents in its possession, custody, or control, if any, that are

11  located after a reasonable search within a reasonable timeframe commensurate with the

12  Request; Defendant reserves the right to supplement its response to this Request.

13

14  **REQUEST NO. 62**

15  DOCUMENTS relating to payments made by 35.CN to CARRIE YU since 2007,

16  including DOCUMENTS reflecting the purpose of any payments.

17  **RESPONSE TO REQUEST NO. 62:**

18  Defendant objects to this Request because Chinese law requires application of the

19  Hague Convention and authorization from the Chinese government. Defendant objects to

20  this Request as overbroad and unduly burdensome, including as it is not proportional to

21  the needs of the case. Defendant objects to this Request as seeking documents that are

22  not relevant to the claim or defense of any party. Defendant objects to this Request as the

23  intrusion into the privacy of third parties far outweighs the probative value of the requested

24  information.

25  Subject to and without waiving the foregoing objections, Defendant responds as

26  follows: Upon authorization from the Chinese government, Defendant will produce non-

27  privileged responsive documents in its possession, custody, or control, if any, that are

28  located after a reasonable search within a reasonable timeframe commensurate with the

38    **DEFENDANT'S RESPONSE TO
PLAINTIFFS' FIRST SET OF RFPS**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    Request; Defendant reserves the right to supplement its response to this Request.

2

3    **REQUEST NO. 63**

4        Communications relating to payments made by 35.CN to CARRIE YU since 2007,

5    including communications reflecting the purpose of any payments.

6    **RESPONSE TO REQUEST NO. 63:**

7        Defendant objects to this Request because Chinese law requires application of the

8    Hague Convention and authorization from the Chinese government. Defendant objects to

9    this Request as overbroad and unduly burdensome, including as it is not proportional to

10    the needs of the case. Defendant objects to this Request as seeking documents that are

11    not relevant to the claim or defense of any party. Defendant objects to this Request as the

12    intrusion into the privacy of third parties far outweighs the probative value of the requested

13    information.

14        Subject to and without waiving the foregoing objections, Defendant responds as

15    follows: Upon authorization from the Chinese government, Defendant will produce non-

16    privileged responsive documents in its possession, custody, or control, if any, that are

17    located after a reasonable search within a reasonable timeframe commensurate with the

18    Request; Defendant reserves the right to supplement its response to this Request.

19

20    **REQUEST NO. 64**

21        DOCUMENTS relating to CARRIE YU's ownership of DOMAIN ID SHIELD for the

22    benefit of ONLINENIC.

23    **RESPONSE TO REQUEST NO. 64:**

24        Defendant objects to this Request because Chinese law requires application of the

25    Hague Convention and authorization from the Chinese government. Defendant objects to

26    this Request as overbroad and unduly burdensome, including as it is not proportional to

27    the needs of the case, and is unlimited in time and scope. Defendant objects to this

28    Request as seeking documents that are not relevant to the claim or defense of any party.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  Defendant objects to this Request as assuming facts not in evidence.

2  Subject to and without waiving the foregoing objections, Defendant responds as

3  follows: Upon authorization from the Chinese government, Defendant will produce non-

4  privileged responsive documents in its possession, custody, or control, if any, that are

5  located after a reasonable search within a reasonable timeframe commensurate with the

6  Request; Defendant reserves the right to supplement its response to this Request.

7

8  **REQUEST NO. 65**

9  DOCUMENTS sufficient to IDENTIFY all PERSONS who perform work of any kind

10  for both 35.CN and ONLINENIC.

11  **RESPONSE TO REQUEST NO. 65:**

12  Defendant objects to this Request because Chinese law requires application of the

13  Hague Convention and authorization from the Chinese government. Defendant objects to

14  this Request as overbroad and unduly burdensome, including given the timeframe, and is

15  not proportional to the needs of the case. Defendant objects to this Request as the intrusion

16  into the privacy of third parties far outweighs the probative value of the requested

17  information.

18  Subject to and without waiving the foregoing objections, Defendant responds as

19  follows: Upon authorization from the Chinese government, Defendant will produce non-

20  privileged responsive documents in its possession, custody, or control, if any, that are

21  located after a reasonable search within a reasonable timeframe commensurate with the

22  Request; Defendant reserves the right to supplement its response to this Request.

23

24  **REQUEST NO. 66**

25  DOCUMENTS sufficient to IDENTIFY all PERSONS who perform work of any kind

26  for both 35.CN and DOMAIN ID SHIELD.

27  **RESPONSE TO REQUEST NO. 66:**

28  Defendant objects to this Request because Chinese law requires application of the

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome, including given the timeframe, and is not proportional to the needs of the case. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request.

**REQUEST NO. 67:**

Communications between 35.CN and ONLINENIC concerning the work performed for ONLINENIC by employees of 35.CN.

**RESPONSE TO REQUEST NO. 67:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information. Defendant objects to this Request as overbroad and unduly burdensome, including as it is unlimited in timeframe and not proportional to the needs of the case.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request.

**REQUEST NO. 68:**

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1    Communications between 35.CN and ONLINENIC concerning the work performed

2    for DOMAIN ID SHIELD by employees of 35.CN.

3    **RESPONSE TO REQUEST NO. 68:**

4    Defendant objects to this Request because Chinese law requires application of the

5    Hague Convention and authorization from the Chinese government. Defendant objects to

6    this Request as the intrusion into the privacy of third parties far outweighs the probative

7    value of the requested information. Defendant objects to this Request as overbroad and

8    unduly burdensome, including as it is unlimited in timeframe and not proportional to the

9    needs of the case.

10    Subject to and without waiving the foregoing objections, Defendant responds as

11    follows: Upon authorization from the Chinese government, Defendant will produce non-

12    privileged responsive documents in its possession, custody, or control, if any, that are

13    located after a reasonable search within a reasonable timeframe commensurate with the

14    Request; Defendant reserves the right to supplement its response to this Request.

15

16    **REQUEST NO. 69:**

17    Communications between 35.CN and any PERSON relating to any of the

18    INFRINGING DOMAIN NAMES.

19    **RESPONSE TO REQUEST NO. 69:**

20    Defendant objects to this Request because Chinese law requires application of the

21    Hague Convention and authorization from the Chinese government. Defendant objects to

22    this Request as the intrusion into the privacy of third parties far outweighs the probative

23    value of the requested information. Defendant objects to this Request as seeking privileged

24    and/or work product documents. Defendant will withhold documents based on this

25    objection but provide a privilege log where required.

26    Subject to and without waiving the foregoing objections, Defendant responds as

27    follows: Upon authorization from the Chinese government, Defendant will produce non-

28    privileged responsive documents in its possession, custody, or control, if any, that are

**DEFENDANT'S RESPONSE TO
PLAINTIFFS' FIRST SET OF RFPS**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  located after a reasonable search within a reasonable timeframe commensurate with the

2  Request; Defendant reserves the right to supplement its response to this Request.

3

4  **REQUEST NO. 70**

5  Communications between 35.CN and any PERSON relating to the registration of

6  any of the INFRINGING DOMAIN NAMES.

7  **RESPONSE TO REQUEST NO. 70:**

8  Defendant objects to this Request because Chinese law requires application of the

9  Hague Convention and authorization from the Chinese government. Defendant objects to

10  this Request as the intrusion into the privacy of third parties far outweighs the probative

11  value of the requested information. Defendant objects to this Request as seeking privileged

12  and/or work product documents. Defendant will withhold documents based on this

13  objection but provide a privilege log where required.

14  Subject to and without waiving the foregoing objections, Defendant responds as

15  follows: Upon authorization from the Chinese government, Defendant will produce non-

16  privileged responsive documents in its possession, custody, or control, if any, that are

17  located after a reasonable search within a reasonable timeframe commensurate with the

18  Request; Defendant reserves the right to supplement its response to this Request.

19

20  **REQUEST NO. 71**

21  Communications between 35.CN and any PERSON relating to customer accounts

22  associated with the INFRINGING DOMAIN NAMES.

23  **RESPONSE TO REQUEST NO. 71:**

24  Defendant objects to this Request because Chinese law requires application of the

25  Hague Convention and authorization from the Chinese government. Defendant objects to

26  this Request as the intrusion into the privacy of third parties far outweighs the probative

27  value of the requested information. Defendant objects to this Request as seeking privileged

28

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1   and/or work product documents. Defendant will withhold documents based on this
2   objection but provide a privilege log where required.

3       Subject to and without waiving the foregoing objections, Defendant responds as
4   follows: Upon authorization from the Chinese government, Defendant will produce non-
5   privileged responsive documents in its possession, custody, or control, if any, that are
6   located after a reasonable search within a reasonable timeframe commensurate with the
7   Request; Defendant reserves the right to supplement its response to this Request.

8

9   **REQUEST NO. 72**

10      All agreements or contracts between ICANN and 35.CN.

11  **RESPONSE TO REQUEST NO. 72:**

12      Defendant objects to this Request because Chinese law requires application of the
13  Hague Convention and authorization from the Chinese government. Defendant objects to
14  this Request as overbroad and unduly burdensome, including as it requests "all
15  agreements or contracts" without any timeframe and is thus not proportional to the needs
16  of the case. Defendant objects to this Request as seeking documents that are not relevant
17  to the claim or defense of any party. Defendant objects to this Request as the intrusion into
18  the privacy of third parties far outweighs the probative value of the requested information.

19      Subject to and without waiving the foregoing objections, Defendant responds as
20  follows: Upon authorization from the Chinese government, Defendant will produce non-
21  privileged responsive documents in its possession, custody, or control, if any, that are
22  located after a reasonable search within a reasonable timeframe commensurate with the
23  Request; Defendant reserves the right to supplement its response to this Request.

24

25  **REQUEST NO. 73**

26      DOCUMENTS relating to agreements or contracts between ICANN and 35.CN.

27  **RESPONSE TO REQUEST NO. 73:**

28      Defendant objects to this Request because Chinese law requires application of the

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1   Hague Convention and authorization from the Chinese government. Defendant objects to
2   this Request as overbroad and unduly burdensome, including as it requests a wide range
3   of records "relating to agreements or contracts" and is not proportional to the needs of the
4   case, and is unlimited in time and scope. Defendant objects to this Request as seeking
5   documents that are not relevant to the claim or defense of any party.

6        Subject to and without waiving the foregoing objections, Defendant responds as
7   follows: Upon authorization from the Chinese government, Defendant will produce non-
8   privileged responsive documents in its possession, custody, or control, if any, that are
9   located after a reasonable search within a reasonable timeframe commensurate with the
10  Request; Defendant reserves the right to supplement its response to this Request.

11

12  **REQUEST NO. 74**

13       Communications between ICANN and 35.CN since 2002.

14  **RESPONSE TO REQUEST NO. 74:**

15       Defendant objects to this Request because Chinese law requires application of the
16  Hague Convention and authorization from the Chinese government. Defendant objects to
17  this Request as overbroad and unduly burdensome, including as it requests a wide range
18  of records and is not proportional to the needs of the case, and including because it
19  requests communications since 2002, well before the claims and defenses in this case
20  arose. Defendant objects to this Request as seeking documents that are not relevant to
21  the claim or defense of any party.

22       Subject to and without waiving the foregoing objections, Defendant responds as
23  follows: Upon authorization from the Chinese government, Defendant will produce non-
24  privileged responsive documents in its possession, custody, or control, if any, that are
25  located after a reasonable search within a reasonable timeframe commensurate with the
26  Request; Defendant reserves the right to supplement its response to this Request.

27

28  **REQUEST NO. 75**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    DOCUMENTS relating to any action by ICANN to enforce the RAA against 35.CN.

2    **RESPONSE TO REQUEST NO. 75:**

3    Defendant objects to this Request because Chinese law requires application of the

4    Hague Convention and authorization from the Chinese government. Defendant objects to

5    this Request as overbroad and unduly burdensome. Defendant objects to this Request as

6    seeking documents that are not relevant to the claim or defense of any party. Defendant

7    objects to this Request as overbroad and unduly burdensome, including as it requests a

8    wide range of records "relating to any action" and is not proportional to the needs of the

9    case.

10    Subject to and without waiving the foregoing objections, Defendant responds as

11    follows: Upon authorization from the Chinese government, Defendant will produce non-

12    privileged responsive documents in its possession, custody, or control, if any, that are

13    located after a reasonable search within a reasonable timeframe commensurate with the

14    Request; Defendant reserves the right to supplement its response to this Request.

15

16

17    **REQUEST NO. 76**

18    DOCUMENTS relating to any prior actions or complaints concerning cybersquatting

19    filed against or by 35.CN in a United States Federal or State Court or before any

20    administrative tribunal since 2007.

21    **RESPONSE TO REQUEST NO. 76:**

22    Defendant objects to this Request because Chinese law requires application of the

23    Hague Convention and authorization from the Chinese government. Defendant objects to

24    this Request as seeking documents that are not relevant to the claim or defense of any

25    party.

26    Subject to and without waiving the foregoing objections, Defendant responds as

27    follows: Upon authorization from the Chinese government, Defendant will produce non-

28    privileged responsive documents in its possession, custody, or control, if any, that are

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1   located after a reasonable search within a reasonable timeframe commensurate with the

2   Request; Defendant reserves the right to supplement its response to this Request.

3

4   **REQUEST NO. 77**

5       DOCUMENTS relating to any prior actions or complaints concerning online abuse,

6   including trademark or service mark infringement, false designation of origin,

7   cybersquatting, fraud or misleading activity, phishing, malware, spam, and/or botnets, filed

8   against or by 35.CN in a United States Federal or State Court or before any administrative

9   tribunal since 2007.

10  **RESPONSE TO REQUEST NO. 77:**

11      Defendant objects to this Request because Chinese law requires application of the

12  Hague Convention and authorization from the Chinese government. Defendant objects to

13  this Request as seeking documents that are not relevant to the claim or defense of any

14  party.

15      Subject to and without waiving the foregoing objections, Defendant responds as

16  follows: Upon authorization from the Chinese government, Defendant will produce non-

17  privileged responsive documents in its possession, custody, or control, if any, that are

18  located after a reasonable search within a reasonable timeframe commensurate with the

19  Request; Defendant reserves the right to supplement its response to this Request.

20

21  **REQUEST NO. 78**

22      DOCUMENTS relating to any prior actions or complaints concerning cybersquatting

23  filed against or by ONLINENIC in a United States Federal or State Court or before any

24  administrative tribunal since 2007.

25  **RESPONSE TO REQUEST NO. 78:**

26      Defendant objects to this Request because Chinese law requires application of the

27  Hague Convention and authorization from the Chinese government. Defendant objects to

28  this Request as overbroad and unduly burdensome, including as it requests all documents

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  and is thus not proportional to the needs of the case. Defendant objects to this Request as

2  seeking documents that are not relevant to the claim or defense of any party. Defendant

3  objects to this Request to the extent responsive documents are within the possession,

4  custody, or control of Plaintiffs or other parties to this action or third parties, or are equally

5  or more accessible to Plaintiffs than to Defendant.

6      Subject to and without waiving the foregoing objections, Defendant responds as

7  follows: Upon authorization from the Chinese government, Defendant will produce non-

8  privileged responsive documents in its possession, custody, or control, if any, that are

9  located after a reasonable search within a reasonable timeframe commensurate with the

10  Request; Defendant reserves the right to supplement its response to this Request.

11

12  **REQUEST NO. 79**

13      DOCUMENTS relating to any prior actions or complaints concerning online abuse,

14  including trademark or service mark infringement, false designation of origin,

15  cybersquatting, fraud or misleading activity, phishing, malware, spam, and/or botnets, filed

16  against or by ONLINENIC in a United States Federal or State Court or before any

17  administrative tribunal SINCE 2007.

18  **RESPONSE TO REQUEST NO. 79:**

19      Defendant objects to this Request because Chinese law requires application of the

20  Hague Convention and authorization from the Chinese government. Defendant objects to

21  this Request as overbroad and unduly burdensome, including as it requests all documents

22  and is thus not proportional to the needs of the case. Defendant objects to this Request as

23  seeking documents that are not relevant to the claim or defense of any party. Defendant

24  objects to this Request to the extent responsive documents are within the possession,

25  custody, or control of Plaintiffs or other parties to this action or third parties, or are equally

26  or more accessible to Plaintiffs than to Defendant.

27      Subject to and without waiving the foregoing objections, Defendant responds as

28  follows: Upon authorization from the Chinese government, Defendant will produce non-

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    privileged responsive documents in its possession, custody, or control, if any, that are

2    located after a reasonable search within a reasonable timeframe commensurate with the

3    Request; Defendant reserves the right to supplement its response to this Request.

4

5    **REQUEST NO. 80**

6        DOCUMENTS relating to any prior actions or complaints concerning cybersquatting

7    filed against or by DOMAIN ID SHIELD in a United States Federal or State Court or before

8    any administrative tribunal since 2007.

9    **RESPONSE TO REQUEST NO. 80:**

10        Defendant objects to this Request because Chinese law requires application of the

11   Hague Convention and authorization from the Chinese government. Defendant objects to

12   this Request as overbroad and unduly burdensome, including as it requests all documents

13   and is thus not proportional to the needs of the case. Defendant objects to this Request as

14   seeking documents that are not relevant to the claim or defense of any party. Defendant

15   objects to this Request to the extent responsive documents are within the possession,

16   custody, or control of Plaintiffs or other parties to this action or third parties, or are equally

17   or more accessible to Plaintiffs than to Defendant.

18        Subject to and without waiving the foregoing objections, Defendant responds as

19   follows: Upon authorization from the Chinese government, Defendant will produce non-

20   privileged responsive documents in its possession, custody, or control, if any, that are

21   located after a reasonable search within a reasonable timeframe commensurate with the

22   Request; Defendant reserves the right to supplement its response to this Request.

23

24   **REQUEST NO. 81**

25        DOCUMENTS relating to any prior actions or complaints concerning online abuse,

26   including trademark or service mark infringement, false designation of origin,

27   cybersquatting, fraud or misleading activity, phishing, malware, spam, and/or botnets, filed

28   against or by DOMAIN ID SHIELD in a United States Federal or State Court or before any

DEFENDANT'S RESPONSE TO
PLAINTIFFS' FIRST SET OF RFPS

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1 administrative tribunal SINCE 2007.

2 **RESPONSE TO REQUEST NO. 81:**

3       Defendant objects to this Request because Chinese law requires application of the

4 Hague Convention and authorization from the Chinese government. Defendant objects to

5 this Request as overbroad and unduly burdensome, including as it requests all documents

6 and is thus not proportional to the needs of the case. Defendant objects to this Request as

7 seeking documents that are not relevant to the claim or defense of any party. Defendant

8 objects to this Request to the extent responsive documents are within the possession,

9 custody, or control of Plaintiffs or other parties to this action or third parties, or are equally

10 or more accessible to Plaintiffs than to Defendant.

11       Subject to and without waiving the foregoing objections, Defendant responds as

12 follows: Upon authorization from the Chinese government, Defendant will produce non-

13 privileged responsive documents in its possession, custody, or control, if any, that are

14 located after a reasonable search within a reasonable timeframe commensurate with the

15 Request; Defendant reserves the right to supplement its response to this Request.

16

17 **REQUEST NO. 82**

18       Communications between 35.CN and ONLINENIC concerning Meta Platforms, Inc.

19 (f/k/a Facebook, Inc.).

20 **RESPONSE TO REQUEST NO. 82:**

21       Defendant objects to this Request because Chinese law requires application of the

22 Hague Convention and authorization from the Chinese government. Defendant objects to

23 this Request as overbroad and unduly burdensome. Defendant objects to this Request as

24 seeking documents that are not relevant to the claim or defense of any party. Defendant

25 objects to this Request as seeking privileged and/or work product documents. Defendant

26 will withhold documents based on this objection but provide a privilege log where required.

27       Subject to and without waiving the foregoing objections, Defendant responds as

28 follows: Upon authorization from the Chinese government, Defendant will produce non-

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  privileged responsive documents in its possession, custody, or control, if any, that are

2  located after a reasonable search within a reasonable timeframe commensurate with the

3  Request; Defendant reserves the right to supplement its response to this Request.

4

5  **REQUEST NO. 83**

6       Communications between 35.CN and ONLINENIC concerning Instagram, LLC.

7  **RESPONSE TO REQUEST NO. 83:**

8       Defendant objects to this Request because Chinese law requires application of the

9  Hague Convention and authorization from the Chinese government. Defendant objects to

10  this Request as overbroad and unduly burdensome. Defendant objects to this Request as

11  seeking documents that are not relevant to the claim or defense of any party. Defendant

12  objects to this Request as seeking privileged and/or work product documents. Defendant

13  will withhold documents based on this objection but provide a privilege log where required.

14       Subject to and without waiving the foregoing objections, Defendant responds as

15  follows: Upon authorization from the Chinese government, Defendant will produce non-

16  privileged responsive documents in its possession, custody, or control, if any, that are

17  located after a reasonable search within a reasonable timeframe commensurate with the

18  Request; Defendant reserves the right to supplement its response to this Request.

19

20  **REQUEST NO. 84:**

21       Communications between 35.CN and ONLINENIC concerning this lawsuit.

22  **RESPONSE TO REQUEST NO. 84:**

23       Defendant objects to this Request because Chinese law requires application of the

24  Hague Convention and authorization from the Chinese government. Defendant objects to

25  this Request as seeking privileged and/or work product documents. Defendant will withhold

26  documents based on this objection but provide a privilege log where required.

27       Subject to and without waiving the foregoing objections, Defendant responds as

28  follows: Upon authorization from the Chinese government, Defendant will produce non-

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1    privileged responsive documents in its possession, custody, or control, if any, that are

2    located after a reasonable search within a reasonable timeframe commensurate with the

3    Request; Defendant reserves the right to supplement its response to this Request.

4

5    **REQUEST NO. 85:**

6        Communications between 35.CN and ICANN concerning this lawsuit.

7    **RESPONSE TO REQUEST NO. 85:**

8        Defendant objects to this Request because Chinese law requires application of the

9    Hague Convention and authorization from the Chinese government.

10       Subject to and without waiving the foregoing objections, Defendant responds as

11   follows: Upon authorization from the Chinese government, Defendant will produce non-

12   privileged responsive documents in its possession, custody, or control, if any, that are

13   located after a reasonable search within a reasonable timeframe commensurate with the

14   Request; Defendant reserves the right to supplement its response to this Request.

15

16   **REQUEST NO. 86:**

17       Communications between 35.CN and any PERSON concerning this lawsuit.

18   **RESPONSE TO REQUEST NO. 86:**

19       Defendant objects to this Request because Chinese law requires application of the

20   Hague Convention and authorization from the Chinese government. Defendant objects to

21   this Request as seeking privileged and/or work product documents. Defendant will withhold

22   documents based on this objection but provide a privilege log where required.

23       Subject to and without waiving the foregoing objections, Defendant responds as

24   follows: Upon authorization from the Chinese government, Defendant will produce non-

25   privileged responsive documents in its possession, custody, or control, if any, that are

26   located after a reasonable search within a reasonable timeframe commensurate with the

27   Request; Defendant reserves the right to supplement its response to this Request.

28

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

**REQUEST NO. 87:**

DOCUMENTS that IDENTIFY the source of funds used to pay employees of 35.CN that perform work for ONLINENIC.

**RESPONSE TO REQUEST NO. 87:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information. Defendant objects to this Request as overbroad and unduly burdensome, including as it is unlimited in timeframe.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request.

**REQUEST NO. 88:**

DOCUMENTS that IDENTIFY the source of funds used to pay employees of ONLINENIC.

**RESPONSE TO REQUEST NO. 88:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information. Defendant objects to this Request as overbroad and unduly burdensome, including as it is unlimited in timeframe.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-

**DEFENDANT'S RESPONSE TO PLAINTIFFS' FIRST SET OF RFPS**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  privileged responsive documents in its possession, custody, or control, if any, that are

2  located after a reasonable search within a reasonable timeframe commensurate with the

3  Request; Defendant reserves the right to supplement its response to this Request.

4

5  **REQUEST NO. 89:**

6  DOCUMENTS that IDENTIFY the source of funds used to pay employees of

7  DOMAIN ID SHIELD.

8  **RESPONSE TO REQUEST NO. 89:**

9  Defendant objects to this Request because Chinese law requires application of the

10  Hague Convention and authorization from the Chinese government. Defendant objects to

11  this Request as overbroad and unduly burdensome. Defendant objects to this Request as

12  seeking documents that are not relevant to the claim or defense of any party. Defendant

13  objects to this Request as the intrusion into the privacy of third parties far outweighs the

14  probative value of the requested information. Defendant objects to this Request as

15  overbroad and unduly burdensome, including as it is unlimited in timeframe.

16  Subject to and without waiving the foregoing objections, Defendant responds as

17  follows: Upon authorization from the Chinese government, Defendant will produce non-

18  privileged responsive documents in its possession, custody, or control, if any, that are

19  located after a reasonable search within a reasonable timeframe commensurate with the

20  Request; Defendant reserves the right to supplement its response to this Request.

21

22  **REQUEST NO. 90:**

23  DOCUMENTS that IDENTIFY the source of funds used to form 35.CN.

24  **RESPONSE TO REQUEST NO. 90:**

25  Defendant objects to this Request because Chinese law requires application of the

26  Hague Convention and authorization from the Chinese government. Defendant objects to

27  this Request as overbroad and unduly burdensome. Defendant objects to this Request as

28  seeking documents that are not relevant to the claim or defense of any party. Defendant

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  objects to this Request as the intrusion into the privacy of third parties far outweighs the

2  probative value of the requested information. Defendant objects to this Request as vague

3  and ambiguous as to "source of funds used to form."

4      Subject to and without waiving the foregoing objections, Defendant responds as

5  follows: Upon authorization from the Chinese government, Defendant will produce non-

6  privileged responsive documents in its possession, custody, or control, if any, that are

7  located after a reasonable search within a reasonable timeframe commensurate with the

8  Request; Defendant reserves the right to supplement its response to this Request.

9

10  **REQUEST NO. 91:**

11      DOCUMENTS that IDENTIFY the source of funds used to form ONLINENIC.

12  **RESPONSE TO REQUEST NO. 91:**

13      Defendant objects to this Request because Chinese law requires application of the

14  Hague Convention and authorization from the Chinese government. Defendant objects to

15  this Request as overbroad and unduly burdensome. Defendant objects to this Request as

16  seeking documents that are not relevant to the claim or defense of any party. Defendant

17  objects to this Request as the intrusion into the privacy of third parties far outweighs the

18  probative value of the requested information. Defendant objects to this Request as vague

19  and ambiguous as to "source of funds used to form." Defendant objects to this Request to

20  the extent responsive documents are within the possession, custody, or control of Plaintiffs

21  or third parties, or are equally or more accessible to Plaintiffs than to Defendant.

22      Subject to and without waiving the foregoing objections, Defendant responds as

23  follows: Upon authorization from the Chinese government, Defendant will produce non-

24  privileged responsive documents in its possession, custody, or control, if any, that are

25  located after a reasonable search within a reasonable timeframe commensurate with the

26  Request; Defendant reserves the right to supplement its response to this Request.

27

28  **REQUEST NO. 92:**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    DOCUMENTS that IDENTIFY the source of funds used to form DOMAIN ID

2    SHIELD.

3    **RESPONSE TO REQUEST NO. 92:**

4    Defendant objects to this Request because Chinese law requires application of the

5    Hague Convention and authorization from the Chinese government. Defendant objects to

6    this Request as overbroad and unduly burdensome. Defendant objects to this Request as

7    seeking documents that are not relevant to the claim or defense of any party. Defendant

8    objects to this Request as the intrusion into the privacy of third parties far outweighs the

9    probative value of the requested information. Defendant objects to this Request as vague

10   and ambiguous as to "source of funds used to form." Defendant objects to this Request to

11   the extent responsive documents are within the possession, custody, or control of Plaintiffs

12   or third parties, or are equally or more accessible to Plaintiffs than to Defendant.

13   Subject to and without waiving the foregoing objections, Defendant responds as

14   follows: Upon authorization from the Chinese government, Defendant will produce non-

15   privileged responsive documents in its possession, custody, or control, if any, that are

16   located after a reasonable search within a reasonable timeframe commensurate with the

17   Request; Defendant reserves the right to supplement its response to this Request.

18

19   **REQUEST NO. 93:**

20   DOCUMENTS reflecting funds transferred between 35.CN and ONLINENIC at any

21   time.

22   **RESPONSE TO REQUEST NO. 93:**

23   Defendant objects to this Request because Chinese law requires application of the

24   Hague Convention and authorization from the Chinese government. Defendant objects to

25   this Request as overbroad and unduly burdensome, including as being unlimited in time

26   and scope. Defendant objects to this Request as seeking documents that are not relevant

27   to the claim or defense of any party. Defendant objects to this Request as the intrusion into

28   the privacy of third parties far outweighs the probative value of the requested information.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1   Subject to and without waiving the foregoing objections, Defendant responds as

2   follows: Upon authorization from the Chinese government, Defendant will produce non-

3   privileged responsive documents in its possession, custody, or control, if any, that are

4   located after a reasonable search within a reasonable timeframe commensurate with the

5   Request; Defendant reserves the right to supplement its response to this Request.

6

7   **REQUEST NO. 94:**

8   DOCUMENTS reflecting funds transferred between 35.CN and DOMAIN ID

9   SHIELD at any time.

10  **RESPONSE TO REQUEST NO. 94:**

11  Defendant objects to this Request because Chinese law requires application of the

12  Hague Convention and authorization from the Chinese government. Defendant objects to

13  this Request as overbroad and unduly burdensome, including as being unlimited in time

14  and scope. Defendant objects to this Request as seeking documents that are not relevant

15  to the claim or defense of any party. Defendant objects to this Request as the intrusion into

16  the privacy of third parties far outweighs the probative value of the requested information.

17  Subject to and without waiving the foregoing objections, Defendant responds as

18  follows: Upon authorization from the Chinese government, Defendant will produce non-

19  privileged responsive documents in its possession, custody, or control, if any, that are

20  located after a reasonable search within a reasonable timeframe commensurate with the

21  Request; Defendant reserves the right to supplement its response to this Request.

22

23  **REQUEST NO. 95:**

24  DOCUMENTS reflecting payments made by 35.CN for the benefit of ONLINENIC

25  at any time.

26  **RESPONSE TO REQUEST NO. 95:**

27  Defendant objects to this Request because Chinese law requires application of the

28  Hague Convention and authorization from the Chinese government. Defendant objects to

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  this Request as overbroad and unduly burdensome, including as being unlimited in time

2  and scope. Defendant objects to this Request as seeking documents that are not relevant

3  to the claim or defense of any party. Defendant objects to this Request as the intrusion into

4  the privacy of third parties far outweighs the probative value of the requested information.

5       Subject to and without waiving the foregoing objections, Defendant responds as

6  follows: Upon authorization from the Chinese government, Defendant will produce non-

7  privileged responsive documents in its possession, custody, or control, if any, that are

8  located after a reasonable search within a reasonable timeframe commensurate with the

9  Request; Defendant reserves the right to supplement its response to this Request.

10

11 **REQUEST NO. 96:**

12      DOCUMENTS reflecting payments made by 35.CN for the benefit of DOMAIN ID

13 SHIELD at any time.

14 **RESPONSE TO REQUEST NO. 96:**

15      Defendant objects to this Request because Chinese law requires application of the

16 Hague Convention and authorization from the Chinese government. Defendant objects to

17 this Request as overbroad and unduly burdensome, including as being unlimited in time

18 and scope. Defendant objects to this Request as seeking documents that are not relevant

19 to the claim or defense of any party. Defendant objects to this Request as the intrusion into

20 the privacy of third parties far outweighs the probative value of the requested information.

21      Subject to and without waiving the foregoing objections, Defendant responds as

22 follows: Upon authorization from the Chinese government, Defendant will produce non-

23 privileged responsive documents in its possession, custody, or control, if any, that are

24 located after a reasonable search within a reasonable timeframe commensurate with the

25 Request; Defendant reserves the right to supplement its response to this Request.

26

27 **REQUEST NO. 97:**

28      DOCUMENTS reflecting all payments made by ONLINENIC to 35.CN since 2007.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    <u>**RESPONSE TO REQUEST NO. 97:**</u>

2        Defendant objects to this Request because Chinese law requires application of the

3    Hague Convention and authorization from the Chinese government. Defendant objects to

4    this Request as overbroad and unduly burdensome, including as it requests "all payments"

5    and is thus not proportional to the needs of the case, and including as requesting

6    documents since 2007, well before the claims and defenses in this case arose. Defendant

7    objects to this Request as seeking documents that are not relevant to the claim or defense

8    of any party. Defendant objects to this Request as the intrusion into the privacy of third

9    parties far outweighs the probative value of the requested information.

10        Subject to and without waiving the foregoing objections, Defendant responds as

11    follows: Upon authorization from the Chinese government, Defendant will produce non-

12    privileged responsive documents in its possession, custody, or control, if any, that are

13    located after a reasonable search within a reasonable timeframe commensurate with the

14    Request; Defendant reserves the right to supplement its response to this Request.

15

16    <u>**REQUEST NO. 98:**</u>

17        DOCUMENTS reflecting all payments made by DOMAIN ID SHIELD to 35.CN since

18    2007.

19    <u>**RESPONSE TO REQUEST NO. 98:**</u>

20        Defendant objects to this Request because Chinese law requires application of the

21    Hague Convention and authorization from the Chinese government. Defendant objects to

22    this Request as overbroad and unduly burdensome, including as it requests "all payments"

23    and is thus not proportional to the needs of the case, and including as requesting

24    documents since 2007, well before the claims and defenses in this case arose. Defendant

25    objects to this Request as seeking documents that are not relevant to the claim or defense

26    of any party. Defendant objects to this Request as the intrusion into the privacy of third

27    parties far outweighs the probative value of the requested information.

28        Subject to and without waiving the foregoing objections, Defendant responds as

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  follows: Upon authorization from the Chinese government, Defendant will produce non-
2  privileged responsive documents in its possession, custody, or control, if any, that are
3  located after a reasonable search within a reasonable timeframe commensurate with the
4  Request; Defendant reserves the right to supplement its response to this Request.

5

6  **REQUEST NO. 99:**

7      DOCUMENTS reflecting all payments made by 35.CN to or on behalf of
8  ONLINENIC since 2007.

9  **RESPONSE TO REQUEST NO. 99:**

10     Defendant objects to this Request because Chinese law requires application of the
11  Hague Convention and authorization from the Chinese government. Defendant objects to
12  this Request as overbroad and unduly burdensome, including as it requests "all payments"
13  and is thus not proportional to the needs of the case, and including as requesting
14  documents since 2007, well before the claims and defenses in this case arose. Defendant
15  objects to this Request as seeking documents that are not relevant to the claim or defense
16  of any party. Defendant objects to this Request as the intrusion into the privacy of third
17  parties far outweighs the probative value of the requested information.

18     Subject to and without waiving the foregoing objections, Defendant responds as
19  follows: Upon authorization from the Chinese government, Defendant will produce non-
20  privileged responsive documents in its possession, custody, or control, if any, that are
21  located after a reasonable search within a reasonable timeframe commensurate with the
22  Request; Defendant reserves the right to supplement its response to this Request.

23

24  **REQUEST NO. 100:**

25     DOCUMENTS reflecting all payments made by 35.CN to or on behalf of DOMAIN
26  ID SHIELD since 2007.

27  **RESPONSE TO REQUEST NO. 100:**

28     Defendant objects to this Request because Chinese law requires application of the

60      **DEFENDANT'S RESPONSE TO**
                                                                **PLAINTIFFS' FIRST SET OF RFPS**

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1   Hague Convention and authorization from the Chinese government. Defendant objects to

2   this Request as overbroad and unduly burdensome, including as it requests "all payments"

3   and is thus not proportional to the needs of the case, and including as requesting

4   documents since 2007, well before the claims and defenses in this case arose. Defendant

5   objects to this Request as seeking documents that are not relevant to the claim or defense

6   of any party. Defendant objects to this Request as the intrusion into the privacy of third

7   parties far outweighs the probative value of the requested information.

8       Subject to and without waiving the foregoing objections, Defendant responds as

9   follows: Upon authorization from the Chinese government, Defendant will produce non-

10  privileged responsive documents in its possession, custody, or control, if any, that are

11  located after a reasonable search within a reasonable timeframe commensurate with the

12  Request; Defendant reserves the right to supplement its response to this Request.

13

14  **REQUEST NO. 101:**

15      DOCUMENTS reflecting all payments made by officers and/or directors of 35.CN to

16  or on behalf of ONLINENIC since 2007.

17  **RESPONSE TO REQUEST NO. 101:**

18      Defendant objects to this Request because Chinese law requires application of the

19  Hague Convention and authorization from the Chinese government. Defendant objects to

20  this Request as overbroad and unduly burdensome, including as it requests "all payments"

21  and is thus not proportional to the needs of the case, and including as requesting

22  documents since 2007, well before the claims and defenses in this case arose. Defendant

23  objects to this Request as seeking documents that are not relevant to the claim or defense

24  of any party. Defendant objects to this Request as the intrusion into the privacy of third

25  parties far outweighs the probative value of the requested information.

26      Subject to and without waiving the foregoing objections, Defendant responds as

27  follows: Upon authorization from the Chinese government, Defendant will produce non-

28  privileged responsive documents in its possession, custody, or control, if any, that are

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1   located after a reasonable search within a reasonable timeframe commensurate with the

2   Request; Defendant reserves the right to supplement its response to this Request.

3

4   **REQUEST NO. 102:**

5       DOCUMENTS reflecting all payments made by officers and/or directors of 35.CN to

6   or on behalf of DOMAIN ID SHIELD since 2007.

7   **RESPONSE TO REQUEST NO. 102:**

8       Defendant objects to this Request because Chinese law requires application of the

9   Hague Convention and authorization from the Chinese government. Defendant objects to

10  this Request as overbroad and unduly burdensome, including as it requests "all payments"

11  and is thus not proportional to the needs of the case, and including as requesting

12  documents since 2007, well before the claims and defenses in this case arose. Defendant

13  objects to this Request as seeking documents that are not relevant to the claim or defense

14  of any party. Defendant objects to this Request as the intrusion into the privacy of third

15  parties far outweighs the probative value of the requested information.

16      Subject to and without waiving the foregoing objections, Defendant responds as

17  follows: Upon authorization from the Chinese government, Defendant will produce non-

18  privileged responsive documents in its possession, custody, or control, if any, that are

19  located after a reasonable search within a reasonable timeframe commensurate with the

20  Request; Defendant reserves the right to supplement its response to this Request.

21

22  **REQUEST NO. 103:**

23      DOCUMENTS reflecting all payments made by shareholders of 35.CN to or on

24  behalf of ONLINENIC since 2007.

25  **RESPONSE TO REQUEST NO. 103:**

26      Defendant objects to this Request because Chinese law requires application of the

27  Hague Convention and authorization from the Chinese government. Defendant objects to

28  this Request as overbroad and unduly burdensome, including as it requests "all payments"

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  and is thus not proportional to the needs of the case, and including as requesting

2  documents since 2007, well before the claims and defenses in this case arose. Defendant

3  objects to this Request as seeking documents that are not relevant to the claim or defense

4  of any party. Defendant objects to this Request as the intrusion into the privacy of third

5  parties far outweighs the probative value of the requested information.

6       Subject to and without waiving the foregoing objections, Defendant responds as

7  follows: Upon authorization from the Chinese government, Defendant will produce non-

8  privileged responsive documents in its possession, custody, or control, if any, that are

9  located after a reasonable search within a reasonable timeframe commensurate with the

10  Request; Defendant reserves the right to supplement its response to this Request.

11

12  **REQUEST NO. 104:**

13       DOCUMENTS reflecting all payments made by shareholders of 35.CN to or on

14  behalf of DOMAIN ID SHIELD since 2007.

15  **RESPONSE TO REQUEST NO. 104:**

16       Defendant objects to this Request because Chinese law requires application of the

17  Hague Convention and authorization from the Chinese government. Defendant objects to

18  this Request as overbroad and unduly burdensome, including as it requests "all payments"

19  and is thus not proportional to the needs of the case, and including as requesting

20  documents since 2007, well before the claims and defenses in this case arose. Defendant

21  objects to this Request as seeking documents that are not relevant to the claim or defense

22  of any party. Defendant objects to this Request as the intrusion into the privacy of third

23  parties far outweighs the probative value of the requested information.

24       Subject to and without waiving the foregoing objections, Defendant responds as

25  follows: Upon authorization from the Chinese government, Defendant will produce non-

26  privileged responsive documents in its possession, custody, or control, if any, that are

27  located after a reasonable search within a reasonable timeframe commensurate with the

28  Request; Defendant reserves the right to supplement its response to this Request.

1

**REQUEST NO. 105:**

DOCUMENTS reflecting loans made by ONLINENIC to 35.CN since 2007.

**RESPONSE TO REQUEST NO. 105:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome, including as requesting documents since 2007, well before the claims and defenses in this case arose. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request.

**REQUEST NO. 106:**

DOCUMENTS reflecting loans made by DOMAIN ID SHIELD to 35.CN since 2007.

**RESPONSE TO REQUEST NO. 106:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome, including as requesting documents since 2007, well before the claims and defenses in this case arose. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information.

Subject to and without waiving the foregoing objections, Defendant responds as

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  follows: Upon authorization from the Chinese government, Defendant will produce non-

2  privileged responsive documents in its possession, custody, or control, if any, that are

3  located after a reasonable search within a reasonable timeframe commensurate with the

4  Request; Defendant reserves the right to supplement its response to this Request.

5

6  **REQUEST NO. 107:**

7      DOCUMENTS reflecting loans made by officers and/or directors of ONLINENIC to

8  35.CN since 2007.

9  **RESPONSE TO REQUEST NO. 107:**

10      Defendant objects to this Request because Chinese law requires application of the

11  Hague Convention and authorization from the Chinese government. Defendant objects to

12  this Request as overbroad and unduly burdensome, including as requesting documents

13  since 2007, well before the claims and defenses in this case arose. Defendant objects to

14  this Request as seeking documents that are not relevant to the claim or defense of any

15  party. Defendant objects to this Request as the intrusion into the privacy of third parties far

16  outweighs the probative value of the requested information.

17      Subject to and without waiving the foregoing objections, Defendant responds as

18  follows: Upon authorization from the Chinese government, Defendant will produce non-

19  privileged responsive documents in its possession, custody, or control, if any, that are

20  located after a reasonable search within a reasonable timeframe commensurate with the

21  Request; Defendant reserves the right to supplement its response to this Request.

22

23  **REQUEST NO. 108:**

24      DOCUMENTS reflecting loans made by officers and/or directors of DOMAIN ID

25  SHIELD to 35.CN since 2007.

26  **RESPONSE TO REQUEST NO. 108:**

27      Defendant objects to this Request because Chinese law requires application of the

28  Hague Convention and authorization from the Chinese government. Defendant objects to

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1   this Request as overbroad and unduly burdensome, including as requesting documents

2   since 2007, well before the claims and defenses in this case arose. Defendant objects to

3   this Request as seeking documents that are not relevant to the claim or defense of any

4   party. Defendant objects to this Request as the intrusion into the privacy of third parties far

5   outweighs the probative value of the requested information.

6       Subject to and without waiving the foregoing objections, Defendant responds as

7   follows: Upon authorization from the Chinese government, Defendant will produce non-

8   privileged responsive documents in its possession, custody, or control, if any, that are

9   located after a reasonable search within a reasonable timeframe commensurate with the

10  Request; Defendant reserves the right to supplement its response to this Request.

11

12  **REQUEST NO. 109:**

13      DOCUMENTS reflecting loans made by 35.CN to ONLINENIC since 2007.

14  **RESPONSE TO REQUEST NO. 109:**

15      Defendant objects to this Request because Chinese law requires application of the

16  Hague Convention and authorization from the Chinese government. Defendant objects to

17  this Request as overbroad and unduly burdensome, including as requesting documents

18  since 2007, well before the claims and defenses in this case arose. Defendant objects to

19  this Request as seeking documents that are not relevant to the claim or defense of any

20  party. Defendant objects to this Request as the intrusion into the privacy of third parties far

21  outweighs the probative value of the requested information.

22      Subject to and without waiving the foregoing objections, Defendant responds as

23  follows: Upon authorization from the Chinese government, Defendant will produce non-

24  privileged responsive documents in its possession, custody, or control, if any, that are

25  located after a reasonable search within a reasonable timeframe commensurate with the

26  Request; Defendant reserves the right to supplement its response to this Request.

27

28  **REQUEST NO. 110:**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    DOCUMENTS reflecting loans made by 35.CN to DOMAIN ID SHIELD since 2007.

2    **RESPONSE TO REQUEST NO. 110:**

3    Defendant objects to this Request because Chinese law requires application of the

4    Hague Convention and authorization from the Chinese government. Defendant objects to

5    this Request as overbroad and unduly burdensome, including as requesting documents

6    since 2007, well before the claims and defenses in this case arose. Defendant objects to

7    this Request as seeking documents that are not relevant to the claim or defense of any

8    party. Defendant objects to this Request as the intrusion into the privacy of third parties far

9    outweighs the probative value of the requested information.

10    Subject to and without waiving the foregoing objections, Defendant responds as

11    follows: Upon authorization from the Chinese government, Defendant will produce non-

12    privileged responsive documents in its possession, custody, or control, if any, that are

13    located after a reasonable search within a reasonable timeframe commensurate with the

14    Request; Defendant reserves the right to supplement its response to this Request.

15

16    **REQUEST NO. 111:**

17    DOCUMENTS reflecting loans made by officers and/or directors of 35.CN to

18    ONLINENIC since 2007.

19    **RESPONSE TO REQUEST NO. 111:**

20    Defendant objects to this Request because Chinese law requires application of the

21    Hague Convention and authorization from the Chinese government. Defendant objects to

22    this Request as overbroad and unduly burdensome, including as requesting documents

23    since 2007, well before the claims and defenses in this case arose. Defendant objects to

24    this Request as seeking documents that are not relevant to the claim or defense of any

25    party. Defendant objects to this Request as the intrusion into the privacy of third parties far

26    outweighs the probative value of the requested information.

27    Subject to and without waiving the foregoing objections, Defendant responds as

28    follows: Upon authorization from the Chinese government, Defendant will produce non-

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  privileged responsive documents in its possession, custody, or control, if any, that are

2  located after a reasonable search within a reasonable timeframe commensurate with the

3  Request; Defendant reserves the right to supplement its response to this Request.

4

5  **REQUEST NO. 112:**

6      DOCUMENTS reflecting loans made by officers and/or directors of 35.CN to

7  DOMAIN ID SHIELD since 2007.

8  **RESPONSE TO REQUEST NO. 112:**

9      Defendant objects to this Request because Chinese law requires application of the

10  Hague Convention and authorization from the Chinese government. Defendant objects to

11  this Request as overbroad and unduly burdensome, including as requesting documents

12  since 2007, well before the claims and defenses in this case arose. Defendant objects to

13  this Request as seeking documents that are not relevant to the claim or defense of any

14  party. Defendant objects to this Request as the intrusion into the privacy of third parties far

15  outweighs the probative value of the requested information.

16      Subject to and without waiving the foregoing objections, Defendant responds as

17  follows: Upon authorization from the Chinese government, Defendant will produce non-

18  privileged responsive documents in its possession, custody, or control, if any, that are

19  located after a reasonable search within a reasonable timeframe commensurate with the

20  Request; Defendant reserves the right to supplement its response to this Request.

21

22  **REQUEST NO. 113:**

23      DOCUMENTS reflecting loans made by shareholders of 35.CN to ONLINENIC

24  since 2007.

25  **RESPONSE TO REQUEST NO. 113:**

26      Defendant objects to this Request because Chinese law requires application of the

27  Hague Convention and authorization from the Chinese government. Defendant objects to

28  this Request as overbroad and unduly burdensome, including as requesting documents

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

since 2007, well before the claims and defenses in this case arose. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request.

**REQUEST NO. 114:**

DOCUMENTS reflecting loans made by shareholders of 35.CN to DOMAIN ID SHIELD since 2007.

**RESPONSE TO REQUEST NO. 114:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome, including as requesting documents since 2007, well before the claims and defenses in this case arose. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request.

**REQUEST NO. 115:**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    DOCUMENTS reflecting investments made by 35.CN to ONLINENIC since 2007.

2    **RESPONSE TO REQUEST NO. 115:**

3    Defendant objects to this Request because Chinese law requires application of the

4    Hague Convention and authorization from the Chinese government. Defendant objects to

5    this Request as overbroad and unduly burdensome, including as requesting documents

6    since 2007, well before the claims and defenses in this case arose. Defendant objects to

7    this Request as seeking documents that are not relevant to the claim or defense of any

8    party. Defendant objects to this Request as the intrusion into the privacy of third parties far

9    outweighs the probative value of the requested information.

10    Subject to and without waiving the foregoing objections, Defendant responds as

11    follows: Upon authorization from the Chinese government, Defendant will produce non-

12    privileged responsive documents in its possession, custody, or control, if any, that are

13    located after a reasonable search within a reasonable timeframe commensurate with the

14    Request; Defendant reserves the right to supplement its response to this Request.

15

16    **REQUEST NO. 116:**

17    DOCUMENTS reflecting investments made by 35.CN to DOMAIN ID SHIELD since

18    2007.

19    **RESPONSE TO REQUEST NO. 116:**

20    Defendant objects to this Request because Chinese law requires application of the

21    Hague Convention and authorization from the Chinese government. Defendant objects to

22    this Request as overbroad and unduly burdensome, including as requesting documents

23    since 2007, well before the claims and defenses in this case arose. Defendant objects to

24    this Request as seeking documents that are not relevant to the claim or defense of any

25    party. Defendant objects to this Request as the intrusion into the privacy of third parties far

26    outweighs the probative value of the requested information.

27    Subject to and without waiving the foregoing objections, Defendant responds as

28    follows: Upon authorization from the Chinese government, Defendant will produce non-

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  privileged responsive documents in its possession, custody, or control, if any, that are

2  located after a reasonable search within a reasonable timeframe commensurate with the

3  Request; Defendant reserves the right to supplement its response to this Request.

4

5  **REQUEST NO. 117:**

6     DOCUMENTS reflecting investments made by officers and/or directors of 35.CN to

7  ONLINENIC since 2007.

8  **RESPONSE TO REQUEST NO. 117:**

9     Defendant objects to this Request because Chinese law requires application of the

10  Hague Convention and authorization from the Chinese government. Defendant objects to

11  this Request as overbroad and unduly burdensome, including as requesting documents

12  since 2007, well before the claims and defenses in this case arose. Defendant objects to

13  this Request as seeking documents that are not relevant to the claim or defense of any

14  party. Defendant objects to this Request as the intrusion into the privacy of third parties far

15  outweighs the probative value of the requested information.

16     Subject to and without waiving the foregoing objections, Defendant responds as

17  follows: Upon authorization from the Chinese government, Defendant will produce non-

18  privileged responsive documents in its possession, custody, or control, if any, that are

19  located after a reasonable search within a reasonable timeframe commensurate with the

20  Request; Defendant reserves the right to supplement its response to this Request.

21

22  **REQUEST NO. 118:**

23     DOCUMENTS reflecting investments made by officers and/or directors of 35.CN to

24  DOMAIN ID SHIELD since 2007.

25  **RESPONSE TO REQUEST NO. 118:**

26     Defendant objects to this Request because Chinese law requires application of the

27  Hague Convention and authorization from the Chinese government. Defendant objects to

28  this Request as overbroad and unduly burdensome, including as requesting documents

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1    since 2007, well before the claims and defenses in this case arose. Defendant objects to

2    this Request as seeking documents that are not relevant to the claim or defense of any

3    party. Defendant objects to this Request as the intrusion into the privacy of third parties far

4    outweighs the probative value of the requested information.

5        Subject to and without waiving the foregoing objections, Defendant responds as

6    follows: Upon authorization from the Chinese government, Defendant will produce non-

7    privileged responsive documents in its possession, custody, or control, if any, that are

8    located after a reasonable search within a reasonable timeframe commensurate with the

9    Request; Defendant reserves the right to supplement its response to this Request.

10

11   **REQUEST NO. 119:**

12       DOCUMENTS reflecting investments made by shareholders of 35.CN to

13   ONLINENIC since 2007.

14   **RESPONSE TO REQUEST NO. 119:**

15       Defendant objects to this Request because Chinese law requires application of the

16   Hague Convention and authorization from the Chinese government. Defendant objects to

17   this Request as overbroad and unduly burdensome, including as requesting documents

18   since 2007, well before the claims and defenses in this case arose. Defendant objects to

19   this Request as seeking documents that are not relevant to the claim or defense of any

20   party. Defendant objects to this Request as the intrusion into the privacy of third parties far

21   outweighs the probative value of the requested information.

22       Subject to and without waiving the foregoing objections, Defendant responds as

23   follows: Upon authorization from the Chinese government, Defendant will produce non-

24   privileged responsive documents in its possession, custody, or control, if any, that are

25   located after a reasonable search within a reasonable timeframe commensurate with the

26   Request; Defendant reserves the right to supplement its response to this Request.

27

28   **REQUEST NO. 120:**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    DOCUMENTS reflecting investments made by shareholders of 35.CN to DOMAIN

2  ID SHIELD since 2007.

3  **RESPONSE TO REQUEST NO. 120:**

4    Defendant objects to this Request because Chinese law requires application of the

5  Hague Convention and authorization from the Chinese government. Defendant objects to

6  this Request as overbroad and unduly burdensome, including as requesting documents

7  since 2007, well before the claims and defenses in this case arose. Defendant objects to

8  this Request as seeking documents that are not relevant to the claim or defense of any

9  party. Defendant objects to this Request as the intrusion into the privacy of third parties far

10  outweighs the probative value of the requested information.

11    Subject to and without waiving the foregoing objections, Defendant responds as

12  follows: Upon authorization from the Chinese government, Defendant will produce non-

13  privileged responsive documents in its possession, custody, or control, if any, that are

14  located after a reasonable search within a reasonable timeframe commensurate with the

15  Request; Defendant reserves the right to supplement its response to this Request.

16

17  **REQUEST NO. 121:**

18    DOCUMENTS reflecting all payments made by 35.CN to Rex Liu since 2007.

19  **RESPONSE TO REQUEST NO. 121:**

20    Defendant objects to this Request because Chinese law requires application of the

21  Hague Convention and authorization from the Chinese government. Defendant objects to

22  this Request as overbroad and unduly burdensome, including as requesting documents

23  since 2007, well before the claims and defenses in this case arose. Defendant objects to

24  this Request as seeking documents that are not relevant to the claim or defense of any

25  party. Defendant objects to this Request as the intrusion into the privacy of third parties far

26  outweighs the probative value of the requested information.

27    Subject to and without waiving the foregoing objections, Defendant responds as

28  follows: Upon authorization from the Chinese government, Defendant will produce non-

73          **DEFENDANT'S RESPONSE TO PLAINTIFFS' FIRST SET OF RFPS**

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1  privileged responsive documents in its possession, custody, or control, if any, that are

2  located after a reasonable search within a reasonable timeframe commensurate with the

3  Request; Defendant reserves the right to supplement its response to this Request.

4

5  **REQUEST NO. 122:**

6       DOCUMENTS reflecting all payments made by officers and/or directors of 35.CN to

7  Rex Liu since 2007.

8  **RESPONSE TO REQUEST NO. 122:**

9       Defendant objects to this Request because Chinese law requires application of the

10 Hague Convention and authorization from the Chinese government. Defendant objects to

11 this Request as overbroad and unduly burdensome, including as requesting documents

12 since 2007, well before the claims and defenses in this case arose. Defendant objects to

13 this Request as seeking documents that are not relevant to the claim or defense of any

14 party. Defendant objects to this Request as the intrusion into the privacy of third parties far

15 outweighs the probative value of the requested information.

16      Subject to and without waiving the foregoing objections, Defendant responds as

17 follows: Upon authorization from the Chinese government, Defendant will produce non-

18 privileged responsive documents in its possession, custody, or control, if any, that are

19 located after a reasonable search within a reasonable timeframe commensurate with the

20 Request; Defendant reserves the right to supplement its response to this Request.

21

22 **REQUEST NO. 123:**

23      DOCUMENTS reflecting all payments made by shareholders of 35.CN to Rex Liu

24 since 2007.

25 **RESPONSE TO REQUEST NO. 123:**

26      Defendant objects to this Request because Chinese law requires application of the

27 Hague Convention and authorization from the Chinese government. Defendant objects to

28 this Request as overbroad and unduly burdensome, including as requesting documents

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1  since 2007, well before the claims and defenses in this case arose. Defendant objects to

2  this Request as seeking documents that are not relevant to the claim or defense of any

3  party. Defendant objects to this Request as the intrusion into the privacy of third parties far

4  outweighs the probative value of the requested information.

5      Subject to and without waiving the foregoing objections, Defendant responds as

6  follows: Upon authorization from the Chinese government, Defendant will produce non-

7  privileged responsive documents in its possession, custody, or control, if any, that are

8  located after a reasonable search within a reasonable timeframe commensurate with the

9  Request; Defendant reserves the right to supplement its response to this Request.

10

11 **REQUEST NO. 124:**

12     DOCUMENTS reflecting all payments made by ONLINENIC and DOMAIN ID

13 SHIELD to GONG since 2007.

14 **RESPONSE TO REQUEST NO. 124:**

15     Defendant objects to this Request because Chinese law requires application of the

16 Hague Convention and authorization from the Chinese government. Defendant objects to

17 this Request as overbroad and unduly burdensome, including as requesting documents

18 since 2007, well before the claims and defenses in this case arose. Defendant objects to

19 this Request as seeking documents that are not relevant to the claim or defense of any

20 party. Defendant objects to this Request as the intrusion into the privacy of third parties far

21 outweighs the probative value of the requested information.

22     Subject to and without waiving the foregoing objections, Defendant responds as

23 follows: Upon authorization from the Chinese government, Defendant will produce non-

24 privileged responsive documents in its possession, custody, or control, if any, that are

25 located after a reasonable search within a reasonable timeframe commensurate with the

26 Request; Defendant reserves the right to supplement its response to this Request.

27

28 **REQUEST NO. 125:**

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1    DOCUMENTS reflecting all payments made by GONG to or on behalf of

2    ONLINENIC and DOMAIN ID SHIELD since 2007.

3    **RESPONSE TO REQUEST NO. 125:**

4    Defendant objects to this Request because Chinese law requires application of the

5    Hague Convention and authorization from the Chinese government. Defendant objects to

6    this Request as overbroad and unduly burdensome, including as requesting documents

7    since 2007, well before the claims and defenses in this case arose. Defendant objects to

8    this Request as seeking documents that are not relevant to the claim or defense of any

9    party. Defendant objects to this Request as the intrusion into the privacy of third parties far

10   outweighs the probative value of the requested information.

11   Subject to and without waiving the foregoing objections, Defendant responds as

12   follows: Upon authorization from the Chinese government, Defendant will produce non-

13   privileged responsive documents in its possession, custody, or control, if any, that are

14   located after a reasonable search within a reasonable timeframe commensurate with the

15   Request; Defendant reserves the right to supplement its response to this Request.

16

17   **REQUEST NO. 126:**

18   DOCUMENTS reflecting loans made by ONLINENIC and DOMAIN ID SHIELD to

19   GONG since 2007.

20   **RESPONSE TO REQUEST NO. 126:**

21   Defendant objects to this Request because Chinese law requires application of the

22   Hague Convention and authorization from the Chinese government. Defendant objects to

23   this Request as overbroad and unduly burdensome, including as requesting documents

24   since 2007, well before the claims and defenses in this case arose. Defendant objects to

25   this Request as seeking documents that are not relevant to the claim or defense of any

26   party. Defendant objects to this Request as the intrusion into the privacy of third parties far

27   outweighs the probative value of the requested information.

28   Subject to and without waiving the foregoing objections, Defendant responds as

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1   follows: Upon authorization from the Chinese government, Defendant will produce non-

2   privileged responsive documents in its possession, custody, or control, if any, that are

3   located after a reasonable search within a reasonable timeframe commensurate with the

4   Request; Defendant reserves the right to supplement its response to this Request.

5

6   **REQUEST NO. 127:**

7        DOCUMENTS reflecting loans made by GONG to ONLINENIC and DOMAIN ID

8   SHIELD since 2007.

9   **RESPONSE TO REQUEST NO. 127:**

10       Defendant objects to this Request because Chinese law requires application of the

11   Hague Convention and authorization from the Chinese government. Defendant objects to

12   this Request as overbroad and unduly burdensome, including as requesting documents

13   since 2007, well before the claims and defenses in this case arose. Defendant objects to

14   this Request as seeking documents that are not relevant to the claim or defense of any

15   party. Defendant objects to this Request as the intrusion into the privacy of third parties far

16   outweighs the probative value of the requested information.

17       Subject to and without waiving the foregoing objections, Defendant responds as

18   follows: Upon authorization from the Chinese government, Defendant will produce non-

19   privileged responsive documents in its possession, custody, or control, if any, that are

20   located after a reasonable search within a reasonable timeframe commensurate with the

21   Request; Defendant reserves the right to supplement its response to this Request.

22

23   **REQUEST NO. 128:**

24       DOCUMENTS reflecting the loan by Sun Shaofeng to ONLINENIC in 2009.

25   **RESPONSE TO REQUEST NO. 128:**

26       Defendant objects to this Request because Chinese law requires application of the

27   Hague Convention and authorization from the Chinese government. Defendant objects to

28   this Request as overbroad and unduly burdensome. Defendant objects to this Request as

**DEFENDANT'S RESPONSE TO
PLAINTIFFS' FIRST SET OF RFPS**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  seeking documents that are not relevant to the claim or defense of any party. Defendant

2  objects to this Request as the intrusion into the privacy of third parties far outweighs the

3  probative value of the requested information.

4       Subject to and without waiving the foregoing objections, Defendant responds as

5  follows: Upon authorization from the Chinese government, Defendant will produce non-

6  privileged responsive documents in its possession, custody, or control, if any, that are

7  located after a reasonable search within a reasonable timeframe commensurate with the

8  Request; Defendant reserves the right to supplement its response to this Request.

9

10  **REQUEST NO. 129:**

11       DOCUMENTS sufficient to show why Sun Shaofeng loaned money to ONLINENIC

12  in 2009.

13  **RESPONSE TO REQUEST NO. 129:**

14       Defendant objects to this Request because Chinese law requires application of the

15  Hague Convention and authorization from the Chinese government. Defendant objects to

16  this Request as overbroad and unduly burdensome. Defendant objects to this Request as

17  seeking documents that are not relevant to the claim or defense of any party. Defendant

18  objects to this Request as the intrusion into the privacy of third parties far outweighs the

19  probative value of the requested information.

20       Subject to and without waiving the foregoing objections, Defendant responds as

21  follows: Upon authorization from the Chinese government, Defendant will produce non-

22  privileged responsive documents in its possession, custody, or control, if any, that are

23  located after a reasonable search within a reasonable timeframe commensurate with the

24  Request; Defendant reserves the right to supplement its response to this Request.

25

26  **REQUEST NO. 130:**

27       Communications between Sun Shaofeng and 35.CN regarding Sun Shaofeng's

28  loan to ONLINENIC in 2009.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    **RESPONSE TO REQUEST NO. 130:**

2         Defendant objects to this Request because Chinese law requires application of the

3    Hague Convention and authorization from the Chinese government. Defendant objects to

4    this Request as overbroad and unduly burdensome. Defendant objects to this Request as

5    seeking documents that are not relevant to the claim or defense of any party. Defendant

6    objects to this Request as the intrusion into the privacy of third parties far outweighs the

7    probative value of the requested information.

8         Subject to and without waiving the foregoing objections, Defendant responds as

9    follows: Upon authorization from the Chinese government, Defendant will produce non-

10   privileged responsive documents in its possession, custody, or control, if any, that are

11   located after a reasonable search within a reasonable timeframe commensurate with the

12   Request; Defendant reserves the right to supplement its response to this Request.

13

14   **REQUEST NO. 131:**

15        Communications between Sun Shaofeng and GONG regarding Sun Shaofeng's

16   loan to ONLINENIC in 2009.

17   **RESPONSE TO REQUEST NO. 131:**

18        Defendant objects to this Request because Chinese law requires application of the

19   Hague Convention and authorization from the Chinese government. Defendant objects to

20   this Request as overbroad and unduly burdensome. Defendant objects to this Request as

21   seeking documents that are not relevant to the claim or defense of any party. Defendant

22   objects to this Request as the intrusion into the privacy of third parties far outweighs the

23   probative value of the requested information.

24        Subject to and without waiving the foregoing objections, Defendant responds as

25   follows: Upon authorization from the Chinese government, Defendant will produce non-

26   privileged responsive documents in its possession, custody, or control, if any, that are

27   located after a reasonable search within a reasonable timeframe commensurate with the

28   Request; Defendant reserves the right to supplement its response to this Request.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

**KRONENBERGER ROSENFELD**
150 Post Street, Suite 520 San Francisco, CA 94108

1

2    **REQUEST NO. 132:**

3        DOCUMENTS sufficient to show the business relationship between Sun Shaofeng

4    and 35.CN.

5    **RESPONSE TO REQUEST NO. 132:**

6        Defendant objects to this Request because Chinese law requires application of the

7    Hague Convention and authorization from the Chinese government. Defendant objects to

8    this Request as overbroad and unduly burdensome. Defendant objects to this Request as

9    seeking documents that are not relevant to the claim or defense of any party. Defendant

10   objects to this Request as the intrusion into the privacy of third parties far outweighs the

11   probative value of the requested information.

12       Subject to and without waiving the foregoing objections, Defendant responds as

13   follows: Upon authorization from the Chinese government, Defendant will produce non-

14   privileged responsive documents in its possession, custody, or control, if any, that are

15   located after a reasonable search within a reasonable timeframe commensurate with the

16   Request; Defendant reserves the right to supplement its response to this Request.

17

18   **REQUEST NO. 133:**

19       DOCUMENTS sufficient to show the business and/or personal relationship between

20   Sun Shaofeng and GONG.

21   **RESPONSE TO REQUEST NO. 133:**

22       Defendant objects to this Request because Chinese law requires application of the

23   Hague Convention and authorization from the Chinese government. Defendant objects to

24   this Request as overbroad and unduly burdensome. Defendant objects to this Request as

25   seeking documents that are not relevant to the claim or defense of any party. Defendant

26   objects to this Request as the intrusion into the privacy of third parties far outweighs the

27   probative value of the requested information.

28       Subject to and without waiving the foregoing objections, Defendant responds as

1  follows: Upon authorization from the Chinese government, Defendant will produce non-

2  privileged responsive documents in its possession, custody, or control, if any, that are

3  located after a reasonable search within a reasonable timeframe commensurate with the

4  Request; Defendant reserves the right to supplement its response to this Request.

5

6  **REQUEST NO. 134:**

7  DOCUMENTS sufficient to show the business and/or personal relationship between

8  Rex Liu and GONG.

9  **RESPONSE TO REQUEST NO. 134:**

10  Defendant objects to this Request because Chinese law requires application of the

11  Hague Convention and authorization from the Chinese government. Defendant objects to

12  this Request as overbroad and unduly burdensome. Defendant objects to this Request as

13  seeking documents that are not relevant to the claim or defense of any party. Defendant

14  objects to this Request as the intrusion into the privacy of third parties far outweighs the

15  probative value of the requested information.

16  Subject to and without waiving the foregoing objections, Defendant responds as

17  follows: Upon authorization from the Chinese government, Defendant will produce non-

18  privileged responsive documents in its possession, custody, or control, if any, that are

19  located after a reasonable search within a reasonable timeframe commensurate with the

20  Request; Defendant reserves the right to supplement its response to this Request.

21

22  **REQUEST NO. 135:**

23  DOCUMENTS sufficient to show the business relationship between Rex Liu and

24  35.CN.

25  **RESPONSE TO REQUEST NO. 135:**

26  Defendant objects to this Request because Chinese law requires application of the

27  Hague Convention and authorization from the Chinese government. Defendant objects to

28  this Request as overbroad and unduly burdensome. Defendant objects to this Request as

81

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  seeking documents that are not relevant to the claim or defense of any party. Defendant

2  objects to this Request as the intrusion into the privacy of third parties far outweighs the

3  probative value of the requested information.

4      Subject to and without waiving the foregoing objections, Defendant responds as

5  follows: Upon authorization from the Chinese government, Defendant will produce non-

6  privileged responsive documents in its possession, custody, or control, if any, that are

7  located after a reasonable search within a reasonable timeframe commensurate with the

8  Request; Defendant reserves the right to supplement its response to this Request.

9

10  **REQUEST NO. 136:**

11      DOCUMENTS sufficient to show the business relationship between Rex Liu and

12  ONLINENIC.

13  **RESPONSE TO REQUEST NO. 136:**

14      Defendant objects to this Request because Chinese law requires application of the

15  Hague Convention and authorization from the Chinese government. Defendant objects to

16  this Request as overbroad and unduly burdensome. Defendant objects to this Request as

17  seeking documents that are not relevant to the claim or defense of any party. Defendant

18  objects to this Request as the intrusion into the privacy of third parties far outweighs the

19  probative value of the requested information. Defendant objects to this Request to the

20  extent responsive documents are within the possession, custody, or control of Plaintiffs or

21  third parties, or are equally or more accessible to Plaintiffs than to Defendant.

22      Subject to and without waiving the foregoing objections, Defendant responds as

23  follows: Upon authorization from the Chinese government, Defendant will produce non-

24  privileged responsive documents in its possession, custody, or control, if any, that are

25  located after a reasonable search within a reasonable timeframe commensurate with the

26  Request; Defendant reserves the right to supplement its response to this Request.

27

28  **REQUEST NO. 137:**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    DOCUMENTS sufficient to show the business relationship between Rex Liu and

2  DOMAIN ID SHIELD.

3  **RESPONSE TO REQUEST NO. 137:**

4    Defendant objects to this Request because Chinese law requires application of the

5  Hague Convention and authorization from the Chinese government. Defendant objects to

6  this Request as overbroad and unduly burdensome. Defendant objects to this Request as

7  seeking documents that are not relevant to the claim or defense of any party. Defendant

8  objects to this Request as the intrusion into the privacy of third parties far outweighs the

9  probative value of the requested information. Defendant objects to this Request to the

10  extent responsive documents are within the possession, custody, or control of Plaintiffs or

11  third parties, or are equally or more accessible to Plaintiffs than to Defendant.

12    Subject to and without waiving the foregoing objections, Defendant responds as

13  follows: Upon authorization from the Chinese government, Defendant will produce non-

14  privileged responsive documents in its possession, custody, or control, if any, that are

15  located after a reasonable search within a reasonable timeframe commensurate with the

16  Request; Defendant reserves the right to supplement its response to this Request.

17

18  **REQUEST NO. 138:**

19    DOCUMENTS reflecting the loan by South Pacific Holdings Group to ONLINENIC

20  through Kennedy's Legal in 2019.

21  **RESPONSE TO REQUEST NO. 138:**

22    Defendant objects to this Request because Chinese law requires application of the

23  Hague Convention and authorization from the Chinese government. Defendant objects to

24  this Request as overbroad and unduly burdensome. Defendant objects to this Request as

25  seeking documents that are not relevant to the claim or defense of any party. Defendant

26  objects to this Request as the intrusion into the privacy of third parties far outweighs the

27  probative value of the requested information. Defendant objects to this Request to the

28  extent responsive documents are within the possession, custody, or control of Plaintiffs or

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    third parties, or are equally or more accessible to Plaintiffs than to Defendant.

2        Subject to and without waiving the foregoing objections, Defendant responds as

3    follows: Upon authorization from the Chinese government, Defendant will produce non-

4    privileged responsive documents in its possession, custody, or control, if any, that are

5    located after a reasonable search within a reasonable timeframe commensurate with the

6    Request; Defendant reserves the right to supplement its response to this Request.

7

8    **REQUEST NO. 139:**

9        DOCUMENTS sufficient to show why South Pacific Holdings Group loaned money

10   to ONLINENIC through Kennedy's Legal in 2019.

11   **RESPONSE TO REQUEST NO. 139:**

12       Defendant objects to this Request because Chinese law requires application of the

13   Hague Convention and authorization from the Chinese government. Defendant objects to

14   this Request as overbroad and unduly burdensome. Defendant objects to this Request as

15   seeking documents that are not relevant to the claim or defense of any party. Defendant

16   objects to this Request as the intrusion into the privacy of third parties far outweighs the

17   probative value of the requested information. Defendant objects to this Request to the

18   extent responsive documents are within the possession, custody, or control of Plaintiffs or

19   third parties, or are equally or more accessible to Plaintiffs than to Defendant.

20       Subject to and without waiving the foregoing objections, Defendant responds as

21   follows: Upon authorization from the Chinese government, Defendant will produce non-

22   privileged responsive documents in its possession, custody, or control, if any, that are

23   located after a reasonable search within a reasonable timeframe commensurate with the

24   Request; Defendant reserves the right to supplement its response to this Request.

25

26   **REQUEST NO. 140:**

27       DOCUMENTS sufficient to IDENTIFY the members of South Pacific Holdings Group

28   in 2019.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    **RESPONSE TO REQUEST NO. 140:**

2          Defendant objects to this Request because Chinese law requires application of the

3    Hague Convention and authorization from the Chinese government. Defendant objects to

4    this Request as overbroad and unduly burdensome. Defendant objects to this Request as

5    seeking documents that are not relevant to the claim or defense of any party. Defendant

6    objects to this Request as the intrusion into the privacy of third parties far outweighs the

7    probative value of the requested information. Defendant objects to this Request to the

8    extent responsive documents are within the possession, custody, or control of Plaintiffs or

9    third parties, or are equally or more accessible to Plaintiffs than to Defendant.

10          Subject to and without waiving the foregoing objections, Defendant responds as

11    follows: Upon authorization from the Chinese government, Defendant will produce non-

12    privileged responsive documents in its possession, custody, or control, if any, that are

13    located after a reasonable search within a reasonable timeframe commensurate with the

14    Request; Defendant reserves the right to supplement its response to this Request.

15

16    **REQUEST NO. 141:**

17          Communications between South Pacific Holdings Group and 35.CN regarding

18    South Pacific Holdings Group's loan to ONLINENIC through Kennedy's Legal in 2019.

19    **RESPONSE TO REQUEST NO. 141:**

20          Defendant objects to this Request because Chinese law requires application of the

21    Hague Convention and authorization from the Chinese government. Defendant objects to

22    this Request as overbroad and unduly burdensome. Defendant objects to this Request as

23    seeking documents that are not relevant to the claim or defense of any party. Defendant

24    objects to this Request as the intrusion into the privacy of third parties far outweighs the

25    probative value of the requested information. Defendant objects to this Request to the

26    extent responsive documents are within the possession, custody, or control of Plaintiffs or

27    third parties, or are equally or more accessible to Plaintiffs than to Defendant.

28          Subject to and without waiving the foregoing objections, Defendant responds as

1  follows: Upon authorization from the Chinese government, Defendant will produce non-
2  privileged responsive documents in its possession, custody, or control, if any, that are
3  located after a reasonable search within a reasonable timeframe commensurate with the
4  Request; Defendant reserves the right to supplement its response to this Request.

5

6  **REQUEST NO. 142:**

7      Communications between South Pacific Holdings Group and GONG regarding
8  South Pacific Holding Group's loan to ONLINENIC through Kennedy's Legal in 2019.

9  **RESPONSE TO REQUEST NO. 142:**

10     Defendant objects to this Request because Chinese law requires application of the
11 Hague Convention and authorization from the Chinese government. Defendant objects to
12 this Request as overbroad and unduly burdensome. Defendant objects to this Request as
13 seeking documents that are not relevant to the claim or defense of any party. Defendant
14 objects to this Request as the intrusion into the privacy of third parties far outweighs the
15 probative value of the requested information. Defendant objects to this Request to the
16 extent responsive documents are within the possession, custody, or control of Plaintiffs or
17 third parties, or are equally or more accessible to Plaintiffs than to Defendant.

18     Subject to and without waiving the foregoing objections, Defendant responds as
19 follows: Upon authorization from the Chinese government, Defendant will produce non-
20 privileged responsive documents in its possession, custody, or control, if any, that are
21 located after a reasonable search within a reasonable timeframe commensurate with the
22 Request; Defendant reserves the right to supplement its response to this Request.

23

24 **REQUEST NO. 143:**

25     DOCUMENTS sufficient to show the business relationship between South Pacific
26 Holdings Group and 35.CN.

27 **RESPONSE TO REQUEST NO. 143:**

28     Defendant objects to this Request because Chinese law requires application of the

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  Hague Convention and authorization from the Chinese government. Defendant objects to

2  this Request as overbroad and unduly burdensome. Defendant objects to this Request as

3  seeking documents that are not relevant to the claim or defense of any party. Defendant

4  objects to this Request as the intrusion into the privacy of third parties far outweighs the

5  probative value of the requested information.

6      Subject to and without waiving the foregoing objections, Defendant responds as

7  follows: Upon authorization from the Chinese government, Defendant will produce non-

8  privileged responsive documents in its possession, custody, or control, if any, that are

9  located after a reasonable search within a reasonable timeframe commensurate with the

10  Request; Defendant reserves the right to supplement its response to this Request.

11

12  **REQUEST NO. 144:**

13      DOCUMENTS sufficient to show the business relationship between South Pacific

14  Holdings Group and GONG.

15  **RESPONSE TO REQUEST NO. 144:**

16      Defendant objects to this Request because Chinese law requires application of the

17  Hague Convention and authorization from the Chinese government. Defendant objects to

18  this Request as overbroad and unduly burdensome. Defendant objects to this Request as

19  seeking documents that are not relevant to the claim or defense of any party. Defendant

20  objects to this Request as the intrusion into the privacy of third parties far outweighs the

21  probative value of the requested information. Defendant objects to this Request to the

22  extent responsive documents are within the possession, custody, or control of Plaintiffs or

23  third parties, or are equally or more accessible to Plaintiffs than to Defendant.

24      Subject to and without waiving the foregoing objections, Defendant responds as

25  follows: Upon authorization from the Chinese government, Defendant will produce non-

26  privileged responsive documents in its possession, custody, or control, if any, that are

27  located after a reasonable search within a reasonable timeframe commensurate with the

28  Request; Defendant reserves the right to supplement its response to this Request.

1

**REQUEST NO. 145:**

DOCUMENTS reflecting all payments made by 35.CN to Perry Narancic since 2007.

**RESPONSE TO REQUEST NO. 145:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information. Defendant objects to this Request as seeking privileged and/or work product documents. Defendant will withhold documents based on this objection but provide a privilege log where required.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request.

**REQUEST NO. 146:**

DOCUMENTS supporting 35.CN's responses to First Set of Interrogatories propounded to 35.CN.

**RESPONSE TO REQUEST NO. 146:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome, including as it requests all documents and is thus not proportional to the needs of the case. Defendant objects to this Request as seeking privileged and/or work product documents. Defendant will withhold documents

88

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  based on this objection but provide a privilege log where required. Defendant objects to

2  this Request as premature as discovery and investigation are ongoing. Defendant objects

3  to this Request to the extent it seeks legal or expert conclusions or opinions.

4      Subject to and without waiving the foregoing objections, Defendant responds as

5  follows: Upon authorization from the Chinese government, Defendant will produce non-

6  privileged responsive documents in its possession, custody, or control, if any, that are

7  located after a reasonable search within a reasonable timeframe commensurate with the

8  Request; Defendant reserves the right to supplement its response to this Request.

9

10  **REQUEST NO. 147:**

11      DOCUMENTS supporting35.CN's denial of any Request For Admission in the First

12  Set of Requests for Admission propounded to 35.CN.

13  **RESPONSE TO REQUEST NO. 147:**

14      Defendant objects to this Request because Chinese law requires application of the

15  Hague Convention and authorization from the Chinese government. Defendant objects to

16  this Request as overbroad and unduly burdensome, including as it requests all documents

17  and is thus not proportional to the needs of the case. Defendant objects to this Request as

18  seeking privileged and/or work product documents. Defendant will withhold documents

19  based on this objection but provide a privilege log where required. Defendant objects to

20  this Request as premature as discovery and investigation are ongoing. Defendant objects

21  to this Request to the extent it seeks legal or expert conclusions or opinions.

22      Subject to and without waiving the foregoing objections, Defendant responds as

23  follows: Upon authorization from the Chinese government, Defendant will produce non-

24  privileged responsive documents in its possession, custody, or control, if any, that are

25  located after a reasonable search within a reasonable timeframe commensurate with the

26  Request; Defendant reserves the right to supplement its response to this Request.

27

28

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    Respectfully Submitted,

2

3    Dated: April 1, 2022                    **KRONENBERGER ROSENFELD, LLP**

4
                                            By:    s/ Karl S. Kronenberger
5                                               Karl S. Kronenberger

6                                            Attorneys for Defendant Xiamen 35.com
7                                            Technology Co., Ltd.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

90    **DEFENDANT'S RESPONSE TO PLAINTIFFS' FIRST SET OF RFPS**

## **CERTIFICATE OF SERVICE**

I am a resident of the state of Texas, over the age of eighteen years and not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California, 94108.

On April 1, 2022 I served the following documents:

1. **DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION**

on the parties listed below as follows:

| | |
|---|---|
| Perry J. Narancic | DAVIS POLK & WARDWELL LLP |
| pjn@lexanalytica.com | Ashok Ramani SBN 200020 |
| LEXANALYTICA, PC | ashok.ramani@davispolk.com |
| 2225 E. Bayshore Road, Suite 200 | Micah G. Block SBN 270712 |
| Palo Alto, CA 94303 | micah.block@davispolk.com |
| | Cristina M. Rincon (Pro HacVice) |
| TUCKER ELLIS LLP | Cristina.rincon@davispolk.com1600    El |
| David J. Steele SBN 209797 | Camino RealMenlo Park, CA 94025 |
| david.steele@tuckerellis.com | |
| Howard A. Kroll SBN 100981 | |
| howard.kroll@tuckerellis.com | |
| Steven E. Lauridsen SBN 246364 | |
| steven.lauridsen@tuckerellis.com | |
| Jeffrey C. Sindelar | |
| jeffrey.sindelar@tuckerellis.com | |
| Helena M. Guye | |
| helena.guye@tuckerellis.com | |
| 515 South Flower Street | |
| Forty-Second Floor | |
| Los Angeles, CA 90071 | |

 BY ELECTRONIC SERVICE, to the electronic service address(es) of the persons listed above. My electronic service address is: jasper@krinternetlaw.com.

 (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  April 1, 2022



_____
Jasper Eagleton

Case No. 3:19-cv-07071-SI

91

**DEFENDANT'S RESPONSE TO PLAINTIFFS' FIRST SET OF RFPS**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108