Exhibit 3

**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Ruben Peña (Bar No. 328106)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
liana@KRInternetLaw.com
ruben@KRInternetLaw.com

Attorneys for Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **META PLATFORMS, INC.**, et al., | Case No. 3:19-cv-07071-SI |
| Plaintiffs, | |
| v. | **DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION** |
| **ONLINENIC INC.**, et al., | |
| Defendants. | |

**DEFENDANT'S AMENDED RESPONSES TO PLAINTIFFS' FIRST SET OF RFPS**

1  PROPOUNDING PARTY:      PLAINTIFFS META PLATFORMS, INC. F/K/A

2                         FACEBOOK, INC. AND INSTAGRAM, LLC

3  RESPONDING PARTY:       DEFENDANT XIAMEN 35.COM TECHNOLOGY CO.,

4                         LTD.

5  SET:                    ONE

6                    **PRELIMINARY STATEMENT**

7       Defendant Xiamen 35.com Technology Co., Ltd. ("Defendant" or "35") is presently

8  pursuing its investigation and analysis of the facts and law relating to this case and has

9  not completed its discovery or preparation for trial. Therefore, the responses set forth

10 herein are given without prejudice to Defendant's right to produce evidence of any

11 subsequently discovered facts, writings, or interpretations thereof, or to modify, change,

12 or otherwise amend these responses. The information hereinafter set forth is true and

13 correct to the best knowledge of Defendant as of this date and is subject to correction for

14 errors or omissions. These responses are based upon records and information presently

15 available to Defendant. Defendant undertakes no affirmative duty to supplement these

16 responses based upon further discovery and investigation other than as mandated by the

17 Federal Rules of Civil Procedure. References in response to a preceding or subsequent

18 response incorporate the information and objections stated in the referenced response.

19      Defendant reserves the right to introduce at trial or in support of or in opposition to

20 any motion in this case any and all documents, information, and admissions heretofore

21 or hereafter produced by the parties in this action or by any third party. To the extent that

22 Defendant identifies certain writings or delineates facts contained within any writing or

23 otherwise, it does so without prejudice to establish at a later date any additional facts that

24 may be contained within or discovered as a result of any additional investigation and

25 discovery.

26      Inadvertent identification of privileged information or writings by Defendant does

27 not constitute a waiver of any applicable privilege. The information hereafter set forth

28 does not waive any objection, including relevance, to the admission of such information

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

in evidence.

This preliminary statement is incorporated into each and every response set forth herein.

Subject to the foregoing conditions, Defendant amends and supplements its objections and responses to Plaintiffs' First Set of Requests for Production of Documents and Things (the "Requests") as follows:

## GENERAL OBJECTIONS

1.      Defendant objects to the Requests because Chinese law requires application of the Convention on the Taking of Evidence Abroad in Civil or Commercial Matters ("Hague Convention") and authorization from the Chinese government, including pursuant to Chinese data security and privacy laws; nothing herein shall be deemed as a waiver of Defendant's rights, claims, or contentions, including as related to these issues. Defendant refers to the meet-and-confer letter sent to Plaintiffs' counsel on March 30, 2022.

2.      Defendant objects to the extent that the Requests are overbroad, unduly burdensome, and/or oppressive.

3.      Defendant objects to the Requests to the extent that they impose discovery obligations that differ from or exceed the discovery obligations imposed by the Federal Rules of Civil Procedure or other applicable law.

4.      Defendant objects to the Requests to the extent that they seek documents, information, or admissions relating to matters that are neither relevant to the claims asserted in the pleadings nor proportional to the needs of the case.

5.      Discovery in this action is continuing and Defendant has not completed its investigation and discovery into this case, or the matters related to the Requests. Defendant therefore reserves its right to make changes in these responses if it appears that omissions or errors have been made in them or that further and more accurate information is available. The following responses and objections state Defendant's knowledge, information, and belief as of the date of such responses and objections after Defendant has conducted a good faith and reasonable inquiry, and Defendant expressly

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

reserves the right to rely upon and/or introduce into evidence at trial such additional information or facts as it may discover hereafter. Defendant objects to the Requests insofar as they may be construed to limit or restrict Defendant's or any other party's right to rely upon any information or document for any purposes whatsoever, including without limitation, the use of information or responsive documents as evidence at any subsequent hearing, trial, or other proceeding.

6.    Defendant reserves the right to submit additional objections to the Requests or any other discovery requests of any kind. Defendant reserves the right to change any and all responses herein as additional facts and further information are obtained, new analyses are made, and legal research is completed.

7.    Defendant objects to the Requests to the extent that they purport to require Defendant to provide information that is not reasonably available to Defendant through a reasonable and good faith inquiry into its records and the knowledge of its employees.

8.    Defendant objects to the Requests to the extent any of them seek information that is protected by the attorney-client privilege, the attorney work product doctrine, the deliberative process privilege, the joint defense privilege, the privilege for negotiations leading to settlement, or any other applicable privilege. Information protected by any such privilege will not be produced. All such information will be withheld. Any inadvertent production of such information shall not be deemed to waive any privilege or protection with respect to such information.

9.    Defendant objects to the Requests to the extent that they seek information protected or prohibited from disclosure under Federal, California, or other applicable law, including without limitation, the right of privacy, as well as any other confidentiality rights possessed by third parties. All such information will be withheld.

10.    Defendant objects to the Requests to the extent that they duplicate, repeat, or overlap with other discovery requests on the ground that such Requests impose an undue burden on Defendant.

11.    Defendant does not concede the relevance or materiality of any information

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    requested or provided or of the subject matter to which such information refers.

2    Defendant's responses are made subject to and without waiving any questions or

3    objections as to the competency, relevance, materiality, or admissibility as evidence or for

4    any other purpose, of any of the information referred to herein, or of the subject matter

5    thereof, in any proceeding, including without limitation the trial of this action or any other

6    action.

7        12.    Defendant objects to the Requests to the extent that they seek information

8    in the possession, custody, or control of individuals or entities other than Defendant on the

9    grounds that each such Request is unduly burdensome and oppressive, and such

10   information is equally available to Plaintiff. For example, Plaintiff has not sought documents

11   from OnlineNIC prior to requesting documents from 35.CN, despite the fact that the Court

12   has not finally ruled on whether the Court has personal jurisdiction over 35.CN and the fact

13   that 35.CN is prohibited under Chinese law from disclosing non-public documents to

14   Plaintiff.

15       13.    Defendant objects to the Requests to the extent they seek information that

16   calls for a legal conclusion.

17       14.    Each of the foregoing General Objections is a continuing objection, which

18   Defendant incorporates by reference into each specific response to each of the Requests

19   below as if fully set forth herein.

20

21   **AMENDED AND SUPPLEMENTAL RESPONSES TO REQUESTS FOR PRODUCTION**

22   **REQUEST NO. 1:**

23       Corporate DOCUMENTS of 35.CN, including but not limited to articles of

24   incorporation and bylaws.

25   **RESPONSE TO REQUEST NO. 1:**

26       Defendant objects to this Request as vague and ambiguous as to "Corporate

27   DOCUMENTS." Defendant objects to this Request because Chinese law requires

28   application of the Hague Convention and authorization from the Chinese government.

4                    **DEFENDANT'S AMENDED RESPONSES TO**
                                                                          **PLAINTIFFS' FIRST SET OF RFPS**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government,[1] Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request.

**REQUEST NO. 2:**

Minutes of meetings of board of directors of 35.CN since 2007.

**RESPONSE TO REQUEST NO. 2:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome, including as it requests documents since 2007, well before the claims and defenses to this case arose. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request.

//

---

[1] If there are documents that are public within the U.S. that are not subject to authorization from the Chinese government, 35.CN reserves the right to produce those documents, despite lack of application under the Hague Convention, without waiving any rights. This applies to each response to this First Set of Document Requests.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    **REQUEST NO. 3:**

2       Minutes of meetings of board of supervisors of 35.CN since 2007.

3    **RESPONSE TO REQUEST NO. 3:**

4       Defendant objects to this Request because Chinese law requires application of the

5    Hague Convention and authorization from the Chinese government. Defendant objects to

6    this Request as overbroad and unduly burdensome, including as it requests documents

7    since 2007, well before the claims and defenses to this case arose. Defendant objects to

8    this Request as seeking documents that are not relevant to the claim or defense of any

9    party. Defendant objects to this Request as the intrusion into the privacy of third parties far

10   outweighs the probative value of the requested information.

11       Subject to and without waiving the foregoing objections, Defendant responds as

12   follows: Upon authorization from the Chinese government, Defendant will produce non-

13   privileged responsive documents in its possession, custody, or control, if any, that are

14   located after a reasonable search within a reasonable timeframe commensurate with the

15   Request; Defendant reserves the right to supplement its response to this Request.

16

17   **REQUEST NO. 4:**

18       DOCUMENTS sufficient to IDENTIFY the ownership of 35.CN for each year from

19   2002 to 2007.

20   **RESPONSE TO REQUEST NO. 4:**

21       Defendant objects to this Request because Chinese law requires application of the

22   Hague Convention and authorization from the Chinese government. Defendant objects to

23   this Request as overbroad and unduly burdensome, including as it requests documents

24   between the years of 2002 to 2007, well before the claims and defenses to this case arose,

25   and is not proportional to the needs of the case. Defendant objects to this Request as

26   seeking documents that are not relevant to the claim or defense of any party.

27       Subject to and without waiving the foregoing objections, Defendant responds as

28   follows: Upon authorization from the Chinese government, Defendant will produce non-

6                    **DEFENDANT'S AMENDED RESPONSES TO**
                                                            **PLAINTIFFS' FIRST SET OF RFPS**

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1  privileged responsive documents in its possession, custody, or control, if any, that are

2  located after a reasonable search within a reasonable timeframe commensurate with the

3  Request; Defendant reserves the right to supplement its response to this Request.

4

5  **REQUEST NO. 5:**

6      DOCUMENTS sufficient to IDENTIFY the 20 largest shareholders of 35.CN for each

7  year since 2007.

8  **RESPONSE TO REQUEST NO. 5:**

9      Defendant objects to this Request because Chinese law requires application of the

10  Hague Convention and authorization from the Chinese government. Defendant objects to

11  this Request as overbroad and unduly burdensome, including as it requests documents

12  since 2007, well before the claims and defenses to this case arose, and is not proportional

13  to the needs of the case. Defendant objects to this Request as seeking documents that

14  are not relevant to the claim or defense of any party.

15      Subject to and without waiving the foregoing objections, Defendant responds as

16  follows: Upon authorization from the Chinese government, Defendant will produce non-

17  privileged responsive documents in its possession, custody, or control, if any, that are

18  located after a reasonable search within a reasonable timeframe commensurate with the

19  Request; Defendant reserves the right to supplement its response to this Request.

20

21  **REQUEST NO. 6:**

22      DOCUMENTS sufficient to IDENTIFY the directors of 35.CN for each year since

23  2007, including members of the board of directors and independent directors.

24  **RESPONSE TO REQUEST NO. 6:**

25      Defendant objects to this Request because Chinese law requires application of the

26  Hague Convention and authorization from the Chinese government. Defendant objects to

27  this Request as overbroad and unduly burdensome, including as it requests documents

28  since 2007, well before the claims and defenses to this case arose, and is not proportional

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  to the needs of the case. Defendant objects to this Request as seeking documents that
2  are not relevant to the claim or defense of any party.

3      Subject to and without waiving the foregoing objections, Defendant responds as
4  follows: Upon authorization from the Chinese government, Defendant will produce non-
5  privileged responsive documents in its possession, custody, or control, if any, that are
6  located after a reasonable search within a reasonable timeframe commensurate with the
7  Request; Defendant reserves the right to supplement its response to this Request.

8

9  **REQUEST NO. 7:**

10      DOCUMENTS sufficient to IDENTIFY the officers of 35.CN for each year since
11  2007.

12  **RESPONSE TO REQUEST NO. 7:**

13      Defendant objects to this Request because Chinese law requires application of the
14  Hague Convention and authorization from the Chinese government. Defendant objects to
15  this Request as overbroad and unduly burdensome, including as it requests documents
16  since 2007, well before the claims and defenses to this case arose, and is not proportional
17  to the needs of the case. Defendant objects to this Request as seeking documents that
18  are not relevant to the claim or defense of any party.

19      Subject to and without waiving the foregoing objections, Defendant responds as
20  follows: Upon authorization from the Chinese government, Defendant will produce non-
21  privileged responsive documents in its possession, custody, or control, if any, that are
22  located after a reasonable search within a reasonable timeframe commensurate with the
23  Request; Defendant reserves the right to supplement its response to this Request.

24

25  **REQUEST NO. 8:**

26      DOCUMENTS sufficient to IDENTIFY the members of the board of supervisors of
27  35.CN for each year since 2002.

28  //

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    **RESPONSE TO REQUEST NO. 8:**

2    Defendant objects to this Request because Chinese law requires application of the

3    Hague Convention and authorization from the Chinese government. Defendant objects to

4    this Request as overbroad and unduly burdensome, including as it requests documents

5    since 2002, well before the claims and defenses to this case arose, and is not proportional

6    to the needs of the case. Defendant objects to this Request as seeking documents that

7    are not relevant to the claim or defense of any party.

8    Subject to and without waiving the foregoing objections, Defendant responds as

9    follows: Upon authorization from the Chinese government, Defendant will produce non-

10   privileged responsive documents in its possession, custody, or control, if any, that are

11   located after a reasonable search within a reasonable timeframe commensurate with the

12   Request; Defendant reserves the right to supplement its response to this Request.

13

14   **REQUEST NO. 9:**

15   Financial statements of 35.CN since 2007.

16   **RESPONSE TO REQUEST NO. 9:**

17   Defendant objects to this Request because Chinese law requires application of the

18   Hague Convention and authorization from the Chinese government. Defendant objects to

19   this Request as overbroad and unduly burdensome, including as it requests documents

20   since 2007, well before the claims and defenses to this case arose. Defendant objects to

21   this Request as seeking documents that are not relevant to the claim or defense of any

22   party. Defendant objects to this Request as the intrusion into the privacy of third parties far

23   outweighs the probative value of the requested information.

24   Subject to and without waiving the foregoing objections, Defendant responds as

25   follows: Upon authorization from the Chinese government, Defendant will produce non-

26   privileged responsive documents in its possession, custody, or control, if any, that are

27   located after a reasonable search within a reasonable timeframe commensurate with the

28   Request; Defendant reserves the right to supplement its response to this Request.

**REQUEST NO. 10:**

Balance sheets of 35.CN since 2007.

**RESPONSE TO REQUEST NO. 10:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome, including as it requests documents since 2007, well before the claims and defenses to this case arose. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request.

**REQUEST NO. 11:**

Income statements of 35.CN since 2007.

**RESPONSE TO REQUEST NO. 11:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome, including as it requests documents since 2007, well before the claims and defenses to this case arose. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-

10

**DEFENDANT'S AMENDED RESPONSES TO PLAINTIFFS' FIRST SET OF RFPS**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  privileged responsive documents in its possession, custody, or control, if any, that are

2  located after a reasonable search within a reasonable timeframe commensurate with the

3  Request; Defendant reserves the right to supplement its response to this Request.

4

5  **REQUEST NO. 12:**

6      Profit and loss statements of 35.CN since 2007.

7  **RESPONSE TO REQUEST NO. 12:**

8      Defendant objects to this Request because Chinese law requires application of the

9  Hague Convention and authorization from the Chinese government. Defendant objects to

10  this Request as overbroad and unduly burdensome, including as it requests documents

11  since 2007, well before the claims and defenses to this case arose. Defendant objects to

12  this Request as seeking documents that are not relevant to the claim or defense of any

13  party. Defendant objects to this Request as the intrusion into the privacy of third parties far

14  outweighs the probative value of the requested information.

15      Subject to and without waiving the foregoing objections, Defendant responds as

16  follows: Upon authorization from the Chinese government, Defendant will produce non-

17  privileged responsive documents in its possession, custody, or control, if any, that are

18  located after a reasonable search within a reasonable timeframe commensurate with the

19  Request; Defendant reserves the right to supplement its response to this Request.

20

21  **REQUEST NO. 13:**

22      Revenue and expense statements of 35.CN since 2007.

23  **RESPONSE TO REQUEST NO. 13:**

24      Defendant objects to this Request because Chinese law requires application of the

25  Hague Convention and authorization from the Chinese government. Defendant objects to

26  this Request as overbroad and unduly burdensome, including as it requests documents

27  since 2007, well before the claims and defenses to this case arose. Defendant objects to

28  this Request as seeking documents that are not relevant to the claim or defense of any

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  party. Defendant objects to this Request as the intrusion into the privacy of third parties far

2  outweighs the probative value of the requested information.

3      Subject to and without waiving the foregoing objections, Defendant responds as

4  follows: Upon authorization from the Chinese government, Defendant will produce non-

5  privileged responsive documents in its possession, custody, or control, if any, that are

6  located after a reasonable search within a reasonable timeframe commensurate with the

7  Request; Defendant reserves the right to supplement its response to this Request.

8

9  **REQUEST NO. 14:**

10     DOCUMENTS sufficient to IDENTIFY the bank accounts used by 35.CN since

11 2007.

12 **RESPONSE TO REQUEST NO. 14:**

13     Defendant objects to this Request because Chinese law requires application of the

14 Hague Convention and authorization from the Chinese government. Defendant objects to

15 this Request as overbroad and unduly burdensome, including as it requests documents

16 since 2007, well before the claims and defenses to this case arose, and is not proportional

17 to the needs of the case. Defendant objects to this Request as seeking documents that

18 are not relevant to the claim or defense of any party. Defendant objects to this Request as

19 the intrusion into the privacy of third parties far outweighs the probative value of the

20 requested information.

21     Subject to and without waiving the foregoing objections, Defendant responds as

22 follows: Upon authorization from the Chinese government, Defendant will produce non-

23 privileged responsive documents in its possession, custody, or control, if any, that are

24 located after a reasonable search within a reasonable timeframe commensurate with the

25 Request; Defendant reserves the right to supplement its response to this Request.

26

27 **REQUEST NO. 15:**

28     DOCUMENTS sufficient to IDENTIFY 35.CN's principal place of business.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  **RESPONSE TO REQUEST NO. 15:**

2      Defendant objects to this Request because Chinese law requires application of the

3  Hague Convention and authorization from the Chinese government.

4      Subject to and without waiving the foregoing objections, Defendant responds as

5  follows: Upon authorization from the Chinese government, Defendant will produce non-

6  privileged responsive documents in its possession, custody, or control, if any, that are

7  located after a reasonable search within a reasonable timeframe commensurate with the

8  Request; Defendant reserves the right to supplement its response to this Request.

9

10  **REQUEST NO. 16:**

11      DOCUMENTS sufficient to IDENTIFY locations where 35.CN conducts business.

12  **RESPONSE TO REQUEST NO. 16:**

13      Defendant objects to this Request because Chinese law requires application of the

14  Hague Convention and authorization from the Chinese government.

15      Subject to and without waiving the foregoing objections, Defendant responds as

16  follows: Upon authorization from the Chinese government, Defendant will produce non-

17  privileged responsive documents in its possession, custody, or control, if any, that are

18  located after a reasonable search within a reasonable timeframe commensurate with the

19  Request; Defendant reserves the right to supplement its response to this Request.

20

21  **REQUEST NO. 17:**

22      All contracts entered into by 35.CN with a California domiciled citizen.

23  **RESPONSE TO REQUEST NO. 17:**

24      Defendant objects to this Request because Chinese law requires application of the

25  Hague Convention and authorization from the Chinese government. Defendant objects to

26  this Request as overbroad and unduly burdensome, including as it requests "all contracts"

27  and is thus not proportional to the needs of the case, and is unlimited in scope and time.

28  Defendant objects to this Request as seeking documents that are not relevant to the claim

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1   or defense of any party. Defendant objects to this Request as the intrusion into the privacy

2   of third parties far outweighs the probative value of the requested information.

3          Subject to and without waiving the foregoing objections, Defendant responds as

4   follows: Upon authorization from the Chinese government, Defendant will produce non-

5   privileged responsive documents in its possession, custody, or control, if any, that are

6   located after a reasonable search within a reasonable timeframe commensurate with the

7   Request; Defendant reserves the right to supplement its response to this Request. At this

8   time, Defendant is not aware of any responsive documents.

9

10  **REQUEST NO. 18:**

11         All contracts entered into by 35.CN with a United States citizen.

12  **RESPONSE TO REQUEST NO. 18:**

13         Defendant objects to this Request because Chinese law requires application of the

14  Hague Convention and authorization from the Chinese government. Defendant objects to

15  this Request as overbroad and unduly burdensome, including as it requests "all contracts"

16  and is thus not proportional to the needs of the case, and is unlimited in scope and time.

17  Defendant objects to this Request as seeking documents that are not relevant to the claim

18  or defense of any party. Defendant objects to this Request as the intrusion into the privacy

19  of third parties far outweighs the probative value of the requested information.

20         Subject to and without waiving the foregoing objections, Defendant responds as

21  follows: Upon authorization from the Chinese government, Defendant will produce non-

22  privileged responsive documents in its possession, custody, or control, if any, that are

23  located after a reasonable search within a reasonable timeframe commensurate with the

24  Request. Discovery is ongoing. Defendant reserves the right to supplement its response

25  to this Request.

26

27  **REQUEST NO. 19:**

28         All contracts entered into by 35.CN with a California corporation.

**RESPONSE TO REQUEST NO. 19:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome, including as it requests "all contracts" and is thus not proportional to the needs of the case, and is unlimited in scope and time. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request. Discovery is ongoing. Defendant reserves the right to supplement its response to this Request.

**REQUEST NO. 20:**

All contracts entered into by 35.CN with a corporation of any state in the United States.

**RESPONSE TO REQUEST NO. 20:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome, including as it requests "all contracts" and is thus not proportional to the needs of the case, and is unlimited in scope and time. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    privileged responsive documents in its possession, custody, or control, if any, that are

2    located after a reasonable search within a reasonable timeframe commensurate with the

3    Request. Discovery is ongoing. Defendant reserves the right to supplement its response

4    to this Request.

5

6    **REQUEST NO. 21:**

7        All contracts entered into by 35.CN with any PERSON in the United States relating

8    to the registration of any domain name(s).

9    **RESPONSE TO REQUEST NO. 21:**

10        Defendant objects to this Request because Chinese law requires application of the

11   Hague Convention and authorization from the Chinese government.

12        Subject to and without waiving the foregoing objections, Defendant responds as

13   follows: Upon authorization from the Chinese government, Defendant will produce non-

14   privileged responsive documents in its possession, custody, or control, if any, that are

15   located after a reasonable search within a reasonable timeframe commensurate with the

16   Request. Discovery is ongoing. Defendant reserves the right to supplement its response

17   to this Request.

18

19   **REQUEST NO. 22:**

20        All contracts entered into by 35.CN with any PERSON in the United States relating

21   to the use of any domain name(s).

22   **RESPONSE TO REQUEST NO. 22:**

23        Defendant objects to this Request because Chinese law requires application of the

24   Hague Convention and authorization from the Chinese government.

25        Subject to and without waiving the foregoing objections, Defendant responds as

26   follows: Upon authorization from the Chinese government, Defendant will produce non-

27   privileged responsive documents in its possession, custody, or control, if any, that are

28   located after a reasonable search within a reasonable timeframe commensurate with the

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    Request. Discovery is ongoing. Defendant reserves the right to supplement its response

2    to this Request.

3

4    **REQUEST NO. 23:**

5        All contracts entered into by 35.CN with any PERSON in the United States relating

6    to the trafficking of any domain name(s).

7    **RESPONSE TO REQUEST NO. 23:**

8        Defendant objects to this Request because Chinese law requires application of the

9    Hague Convention and authorization from the Chinese government.

10        Subject to and without waiving the foregoing objections, Defendant responds as

11    follows: Upon authorization from the Chinese government, Defendant will produce non-

12    privileged responsive documents in its possession, custody, or control, if any, that are

13    located after a reasonable search within a reasonable timeframe commensurate with the

14    Request; Defendant reserves the right to supplement its response to this Request. At this

15    time, Defendant is not aware of any responsive documents.

16

17    **REQUEST NO. 24:**

18        DOCUMENTS supporting 35.CN's claim that GONG sold his interest in ONLINENIC

19    to Rex Liu on November 28, 2007 for $10,000.

20    **RESPONSE TO REQUEST NO. 24:**

21        Defendant objects to this Request because Chinese law requires application of the

22    Hague Convention and authorization from the Chinese government. Defendant objects to

23    this Request as seeking documents that are not relevant to the claim or defense of any

24    party.

25        Subject to and without waiving the foregoing objections, Defendant responds as

26    follows: Upon authorization from the Chinese government, Defendant will produce non-

27    privileged responsive documents in its possession, custody, or control, if any, that are

28    located after a reasonable search within a reasonable timeframe commensurate with the

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1  Request; Defendant reserves the right to supplement its response to this Request.

2  Defendant refers to OnlineNIC for initial production, as that entity is not prohibited

3  from producing documents under Chinese data security and privacy laws.

4

5  **REQUEST NO. 25:**

6  DOCUMENTS supporting 35.CN's claim that GONG sold his interest in ONLINENIC

7  to Rex Liu in 2007.

8  **RESPONSE TO REQUEST NO. 25:**

9  Defendant objects to this Request because Chinese law requires application of the

10  Hague Convention and authorization from the Chinese government. Defendant objects to

11  this Request as seeking documents that are not relevant to the claim or defense of any

12  party.

13  Subject to and without waiving the foregoing objections, Defendant responds as

14  follows: Upon authorization from the Chinese government, Defendant will produce non-

15  privileged responsive documents in its possession, custody, or control, if any, that are

16  located after a reasonable search within a reasonable timeframe commensurate with the

17  Request; Defendant reserves the right to supplement its response to this Request.

18  Defendant refers to OnlineNIC for initial production, as that entity is not prohibited

19  from producing documents under Chinese data security and privacy laws.

20

21  **REQUEST NO. 26:**

22  DOCUMENTS supporting 35.CN's claim that GONG sold his interest in ONLINENIC

23  to Zhippo Chen in 2009.

24  **RESPONSE TO REQUEST NO. 26:**

25  Defendant objects to this Request because Chinese law requires application of the

26  Hague Convention and authorization from the Chinese government. Defendant objects

27  this Request as seeking documents that are not relevant to the claim or defense of any

28  party.

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1  Subject to and without waiving the foregoing objections, Defendant responds as
2  follows: Upon authorization from the Chinese government, Defendant will produce non-
3  privileged responsive documents in its possession, custody, or control, if any, that are
4  located after a reasonable search within a reasonable timeframe commensurate with the
5  Request; Defendant reserves the right to supplement its response to this Request. At this
6  time, Defendant is not aware of any responsive documents.

7

8  **REQUEST NO. 27:**

9  DOCUMENTS supporting or refuting ONLINENIC's claim to the California
10  Franchise Tax Board in 2009 that GONG was the 100% owner of ONLINENIC.

11  **RESPONSE TO REQUEST NO. 27:**

12  Defendant objects to this Request because Chinese law requires application of the
13  Hague Convention and authorization from the Chinese government. Defendant objects to
14  this Request as seeking documents that are not relevant to the claim or defense of any
15  party.

16  Subject to and without waiving the foregoing objections, Defendant responds as
17  follows: Upon authorization from the Chinese government, Defendant will produce non-
18  privileged responsive documents in its possession, custody, or control, if any, that are
19  located after a reasonable search within a reasonable timeframe commensurate with the
20  Request; Defendant reserves the right to supplement its response to this Request.

21  Defendant refers to OnlineNIC for initial production, as that entity is not prohibited
22  from producing documents under Chinese data security and privacy laws.

23

24  **REQUEST NO. 28:**

25  DOCUMENTS supporting or refuting ONLINENIC's claim to the California
26  Franchise Tax Board in 2010 that GONG was the 100% owner of ONLINENIC.

27  **RESPONSE TO REQUEST NO. 28:**

28  Defendant objects to this Request because Chinese law requires application of the

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  Hague Convention and authorization from the Chinese government. Defendant objects to
2  this Request as seeking documents that are not relevant to the claim or defense of any
3  party.

4      Subject to and without waiving the foregoing objections, Defendant responds as
5  follows: Upon authorization from the Chinese government, Defendant will produce non-
6  privileged responsive documents in its possession, custody, or control, if any, that are
7  located after a reasonable search within a reasonable timeframe commensurate with the
8  Request; Defendant reserves the right to supplement its response to this Request.

9      Defendant refers to OnlineNIC for initial production, as that entity is not prohibited
10  from producing documents under Chinese data security and privacy laws.

11

12  **REQUEST NO. 29:**

13      DOCUMENTS supporting or refuting ONLINENIC's claim to the California
14  Franchise Tax Board in 2011 that GONG was the 100% owner of ONLINENIC.

15  **RESPONSE TO REQUEST NO. 29:**

16      Defendant objects to this Request because Chinese law requires application of the
17  Hague Convention and authorization from the Chinese government. Defendant objects to
18  this Request as seeking documents that are not relevant to the claim or defense of any
19  party.

20      Subject to and without waiving the foregoing objections, Defendant responds as
21  follows: Upon authorization from the Chinese government, Defendant will produce non-
22  privileged responsive documents in its possession, custody, or control, if any, that are
23  located after a reasonable search within a reasonable timeframe commensurate with the
24  Request; Defendant reserves the right to supplement its response to this Request.

25      Defendant refers to OnlineNIC for initial production, as that entity is not prohibited
26  from producing documents under Chinese data security and privacy laws.

27

28  //

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

**REQUEST NO. 30:**

DOCUMENTS supporting or refuting ONLINENIC's claim to the California Franchise Tax Board in 2012 that GONG was the 100% owner of ONLINENIC.

**RESPONSE TO REQUEST NO. 30:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request.

Defendant refers to OnlineNIC for initial production, as that entity is not prohibited from producing documents under Chinese data security and privacy laws.


**REQUEST NO. 31:**

DOCUMENTS supporting or refuting ONLINENIC's claim to the California Franchise Tax Board in 2013 that GONG was the 100% owner of ONLINENIC.

**RESPONSE TO REQUEST NO. 31:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1   Request; Defendant reserves the right to supplement its response to this Request.

2       Defendant refers to OnlineNIC for initial production, as that entity is not prohibited

3   from producing documents under Chinese data security and privacy laws.

4

5   **REQUEST NO. 32:**

6       DOCUMENTS supporting or refuting ONLINENIC's claim to the California

7   Franchise Tax Board in 2014 that GONG was the 100% owner of ONLINENIC.

8   **RESPONSE TO REQUEST NO. 32:**

9       Defendant objects to this Request because Chinese law requires application of the

10  Hague Convention and authorization from the Chinese government. Defendant objects to

11  this Request as seeking documents that are not relevant to the claim or defense of any

12  party.

13      Subject to and without waiving the foregoing objections, Defendant responds as

14  follows: Upon authorization from the Chinese government, Defendant will produce non-

15  privileged responsive documents in its possession, custody, or control, if any, that are

16  located after a reasonable search within a reasonable timeframe commensurate with the

17  Request; Defendant reserves the right to supplement its response to this Request.

18      Defendant refers to OnlineNIC for initial production, as that entity is not prohibited

19  from producing documents under Chinese data security and privacy laws.

20

21  **REQUEST NO. 33:**

22      DOCUMENTS sufficient to IDENTIFY real property owned or leased by 35.CN in

23  California at any time.

24  **RESPONSE TO REQUEST NO. 33:**

25      Defendant objects to this Request because Chinese law requires application of the

26  Hague Convention and authorization from the Chinese government. Defendant objects to

27  this Request as overbroad and unduly burdensome, including as it is unlimited in scope

28  and time, and is not proportional to the needs of the case. Defendant objects to this

22                    **DEFENDANT'S AMENDED RESPONSES TO PLAINTIFFS' FIRST SET OF RFPS**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1 Request as seeking documents that are not relevant to the claim or defense of any party.

2     Subject to and without waiving the foregoing objections, Defendant responds as

3 follows: Upon authorization from the Chinese government, Defendant will produce non-

4 privileged responsive documents in its possession, custody, or control, if any, that are

5 located after a reasonable search within a reasonable timeframe commensurate with the

6 Request; Defendant reserves the right to supplement its response to this Request. At this

7 time, Defendant is not aware of any responsive documents.

8

9 **REQUEST NO. 34:**

10     DOCUMENTS sufficient to IDENTIFY real property owned or leased by 35.CN in

11 the United States at any time.

12 **RESPONSE TO REQUEST NO. 34:**

13     Defendant objects to this Request because Chinese law requires application of the

14 Hague Convention and authorization from the Chinese government. Defendant objects to

15 this Request as overbroad and unduly burdensome, including as it is not proportional to

16 the needs of the case, and is unlimited in scope and time. Defendant objects to this

17 Request as seeking documents that are not relevant to the claim or defense of any party.

18     Subject to and without waiving the foregoing objections, Defendant responds as

19 follows: Upon authorization from the Chinese government, Defendant will produce non-

20 privileged responsive documents in its possession, custody, or control, if any, that are

21 located after a reasonable search within a reasonable timeframe commensurate with the

22 Request; Defendant reserves the right to supplement its response to this Request. At this

23 time, Defendant is not aware of any responsive documents.

24

25 **REQUEST NO. 35:**

26     DOCUMENTS sufficient to IDENTIFY real property owned or leased by any

27 employee of 35.CN in California at any time.

28 //

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1    <u>**RESPONSE TO REQUEST NO. 35:**</u>

2        Defendant objects to this Request because Chinese law requires application of the

3    Hague Convention and authorization from the Chinese government. Defendant objects to

4    this Request as overbroad and unduly burdensome, including as it is not proportional to

5    the needs of the case, and is unlimited in scope and time. Defendant objects to this

6    Request as seeking documents that are not relevant to the claim or defense of any party.

7    Defendant objects to this Request as the intrusion into the privacy of third parties far

8    outweighs the probative value of the requested information.

9        Subject to and without waiving the foregoing objections, Defendant responds as

10   follows: Upon authorization from the Chinese government, Defendant will produce non-

11   privileged responsive documents in its possession, custody, or control, if any, that are

12   located after a reasonable search within a reasonable timeframe commensurate with the

13   Request; Defendant reserves the right to supplement its response to this Request. At this

14   time, Defendant is not aware of any responsive documents.

15

16   <u>**REQUEST NO. 36:**</u>

17       DOCUMENTS sufficient to IDENTIFY assets of 35.CN in California since 2002.

18   <u>**RESPONSE TO REQUEST NO. 36:**</u>

19       Defendant objects to this Request because Chinese law requires application of the

20   Hague Convention and authorization from the Chinese government. Defendant objects to

21   this Request as overbroad and unduly burdensome, including as it is not proportional to

22   the needs of the case, and requests documents since 2002, well before the claims and

23   defenses to this case arose. Defendant objects to this Request as seeking documents that

24   are not relevant to the claim or defense of any party.

25       Subject to and without waiving the foregoing objections, Defendant responds as

26   follows: Upon authorization from the Chinese government, Defendant will produce non-

27   privileged responsive documents in its possession, custody, or control, if any, that are

28   located after a reasonable search within a reasonable timeframe commensurate with the

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1   Request; Defendant reserves the right to supplement its response to this Request. At this

2   time, Defendant is not aware of any responsive documents.

3

4   **REQUEST NO. 37:**

5       DOCUMENTS sufficient to IDENTIFY assets of 35.CN in the United States since

6   2002.

7   **RESPONSE TO REQUEST NO. 37:**

8       Defendant objects to this Request because Chinese law requires application of the

9   Hague Convention and authorization from the Chinese government. Defendant objects to

10  this Request as overbroad and unduly burdensome, including as it is not proportional to

11  the needs of the case, and requests documents since 2002, well before the claims and

12  defenses to this case arose. Defendant objects to this Request as seeking documents that

13  are not relevant to the claim or defense of any party.

14      Subject to and without waiving the foregoing objections, Defendant responds as

15  follows: Upon authorization from the Chinese government, Defendant will produce non-

16  privileged responsive documents in its possession, custody, or control, if any, that are

17  located after a reasonable search within a reasonable timeframe commensurate with the

18  Request; Defendant reserves the right to supplement its response to this Request. At this

19  time, Defendant is not aware of any responsive documents.

20

21  **REQUEST NO. 38:**

22      DOCUMENTS relating to trademarks or service marks applied for or registered by

23  35.CN.

24  **RESPONSE TO REQUEST NO. 38:**

25      Defendant objects to this Request because Chinese law requires application of the

26  Hague Convention and authorization from the Chinese government. Defendant objects to

27  this Request to the extent responsive documents are within the possession, custody, or

28  control of Plaintiffs or third parties, or are equally or more accessible to Plaintiffs than to

**DEFENDANT'S AMENDED RESPONSES TO**
                                                  **PLAINTIFFS' FIRST SET OF RFPS**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1   Defendant. Defendant objects to this Request as seeking documents that are not relevant

2   to the claim or defense of any party. Defendant objects to this Request as overbroad and

3   unduly burdensome, including as it is not proportional to the needs of the case, including

4   as it seeks all documents "relating to" trademarks or service marks, and is not limited in

5   timeframe.

6       Subject to and without waiving the foregoing objections, Defendant responds as

7   follows: Upon authorization from the Chinese government, Defendant will produce non-

8   privileged responsive documents in its possession, custody, or control, if any, that are

9   located after a reasonable search within a reasonable timeframe commensurate with the

10  Request; Defendant reserves the right to supplement its response to this Request.

11      Defendant has produced documents sufficient to show responsive records.

12

13  **REQUEST NO. 39:**

14      DOCUMENTS relating to trademarks or service marks applied for or registered by

15  35.CN in the United States.

16  **RESPONSE TO REQUEST NO. 39:**

17      Defendant objects to this Request because Chinese law requires application of the

18  Hague Convention and authorization from the Chinese government. Defendant objects to

19  this Request to the extent responsive documents are within the possession, custody, or

20  control of Plaintiffs or third parties, or are equally or more accessible to Plaintiffs than to

21  Defendant. Defendant objects to this Request as seeking documents that are not relevant

22  to the claim or defense of any party. Defendant objects to this Request as overbroad and

23  unduly burdensome, including as it is not proportional to the needs of the case, including

24  as it seeks all documents "relating to" trademarks or service marks, and is not limited in

25  timeframe.

26      Subject to and without waiving the foregoing objections, Defendant responds as

27  follows: Upon authorization from the Chinese government, Defendant will produce non-

28  privileged responsive documents in its possession, custody, or control, if any, that are

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  located after a reasonable search within a reasonable timeframe commensurate with the

2  Request; Defendant reserves the right to supplement its response to this Request.

3  Defendant has produced documents sufficient to show responsive records.

4

5  **REQUEST NO. 40:**

6  A representative sample of DOCUMENTS, including communications, that

7  demonstrate the business activities engaged in between 35.CN, including employees of

8  35.CN, and ONLINENIC.

9  **RESPONSE TO REQUEST NO. 40:**

10  Defendant objects to this Request because Chinese law requires application of the

11  Hague Convention and authorization from the Chinese government. Defendant objects to

12  this Request as seeking documents that are not relevant to the claim or defense of any

13  party. Defendant objects to this Request as vague and ambiguous, including as to the

14  phrase "representative sample" of DOCUMENTS that demonstrate the "business activities

15  engaged in," as it causes Defendant to speculate as to the meaning of those phrases.

16  Subject to and without waiving the foregoing objections, Defendant responds as

17  follows: Upon authorization from the Chinese government, Defendant will produce non-

18  privileged responsive documents in its possession, custody, or control, if any, that are

19  located after a reasonable search within a reasonable timeframe commensurate with the

20  Request; Defendant reserves the right to supplement its response to this Request.

21  Defendant refers to OnlineNIC for initial production, as that entity is not prohibited

22  from producing documents under Chinese data security and privacy laws.

23

24  **REQUEST NO. 41:**

25  A representative sample of DOCUMENTS, including communications, that

26  demonstrate the business activities engaged in between 35.CN, including employees of

27  35.CN, and DOMAIN ID SHIELD.

28  //

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1  **RESPONSE TO REQUEST NO. 41:**

2       Defendant objects to this Request because Chinese law requires application of the

3  Hague Convention and authorization from the Chinese government. Defendant objects to

4  this Request as seeking documents that are not relevant to the claim or defense of any

5  party. Defendant objects to this Request as vague and ambiguous, including as to the

6  phrase "representative sample" of DOCUMENTS that demonstrate the "business activities

7  engaged in," as it causes Defendant to speculate as to the meaning of those phrases.

8       Subject to and without waiving the foregoing objections, Defendant responds as

9  follows: Upon authorization from the Chinese government, Defendant will produce non-

10  privileged responsive documents in its possession, custody, or control, if any, that are

11  located after a reasonable search within a reasonable timeframe commensurate with the

12  Request; Defendant reserves the right to supplement its response to this Request. At this

13  time, Defendant is not aware of any responsive documents.

14

15  **REQUEST NO. 42:**

16       All agreements between 35.CN and ONLINENIC, and DOCUMENTS reflecting the

17  negotiations between 35.CN and ONLINENIC to enter into those agreements.

18  **RESPONSE TO REQUEST NO. 42:**

19       Defendant objects to this Request because Chinese law requires application of the

20  Hague Convention and authorization from the Chinese government. Defendant objects to

21  this Request as overbroad and unduly burdensome, including as it requests "all

22  agreements" without timeframe and is thus not proportional to the needs of the case.

23  Defendant objects to this Request as compound. Defendant objects to this Request as

24  vague and ambiguous as to the terms "agreements" and "negotiations."

25       Subject to and without waiving the foregoing objections, Defendant responds as

26  follows: Upon authorization from the Chinese government, Defendant will produce non-

27  privileged responsive documents in its possession, custody, or control, if any, that are

28  located after a reasonable search within a reasonable timeframe commensurate with the

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  Request; Defendant reserves the right to supplement its response to this Request. At this

2  time, Defendant is not aware of any responsive documents.

3

4  **REQUEST NO. 43:**

5      All agreements between 35.CN and DOMAIN ID SHIELD, and DOCUMENTS

6  reflecting the negotiations between 35.CN and DOMAIN ID SHIELD to enter into those

7  agreements.

8  **RESPONSE TO REQUEST NO. 43:**

9      Defendant objects to this Request because Chinese law requires application of the

10  Hague Convention and authorization from the Chinese government. Defendant objects to

11  this Request as overbroad and unduly burdensome, including as it requests "all

12  agreements" and is thus not proportional to the needs of the case. Defendant objects to

13  this Request as seeking documents that are not relevant to the claim or defense of any

14  party. Defendant objects to this Request as compound. Defendant objects to this Request

15  as vague and ambiguous as to the terms "agreements" and "negotiations."

16      Subject to and without waiving the foregoing objections, Defendant responds as

17  follows: Upon authorization from the Chinese government, Defendant will produce non-

18  privileged responsive documents in its possession, custody, or control, if any, that are

19  located after a reasonable search within a reasonable timeframe commensurate with the

20  Request; Defendant reserves the right to supplement its response to this Request. At this

21  time, Defendant is not aware of any responsive documents.

22

23  **REQUEST NO. 44**

24      DOCUMENTS relating to leases or subleases offered or made available by 35.CN

25  to ONLINENIC and/or DOMAIN ID SHIELD.

26  **RESPONSE TO REQUEST NO. 44:**

27      Defendant objects to this Request because Chinese law requires application of the

28  Hague Convention and authorization from the Chinese government. Defendant objects to

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1  this Request as overbroad and unduly burdensome. Defendant objects to this Request as

2  seeking documents that are not relevant to the claim or defense of any party. Defendant

3  objects to this Request as argumentative and assuming disputed facts. Defendant objects

4  to this Request as compound. Defendant objects to this Request as vague and ambiguous.

5  Subject to and without waiving the foregoing objections, Defendant responds as

6  follows: Upon authorization from the Chinese government, Defendant will produce non-

7  privileged responsive documents in its possession, custody, or control, if any, that are

8  located after a reasonable search within a reasonable timeframe commensurate with the

9  Request; Defendant reserves the right to supplement its response to this Request. At this

10  time, Defendant is not aware of any responsive documents.

11

12  **REQUEST NO. 45:**

13  DOCUMENTS relating to equipment, including servers, offered or made available

14  by 35.CN to ONLINENIC and/or DOMAIN ID SHIELD.

15  **RESPONSE TO REQUEST NO. 45:**

16  Defendant objects to this Request because Chinese law requires application of the

17  Hague Convention and authorization from the Chinese government. Defendant objects to

18  this Request as overbroad and unduly burdensome. Defendant objects to this Request as

19  seeking documents that are not relevant to the claim or defense of any party.

20  Subject to and without waiving the foregoing objections, Defendant responds as

21  follows: Upon authorization from the Chinese government, Defendant will produce non-

22  privileged responsive documents in its possession, custody, or control, if any, that are

23  located after a reasonable search within a reasonable timeframe commensurate with the

24  Request; Defendant reserves the right to supplement its response to this Request. At this

25  time, Defendant is not aware of any responsive documents.

26

27  **REQUEST NO. 46:**

28  DOCUMENTS relating to services offered or made available by 35.CN to

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1  ONLINENIC and/or DOMAIN ID SHIELD.

2  **RESPONSE TO REQUEST NO. 46:**

3      Defendant objects to this Request because Chinese law requires application of the

4  Hague Convention and authorization from the Chinese government. Defendant objects to

5  this Request as overbroad and unduly burdensome. Defendant objects to this Request as

6  seeking documents that are not relevant to the claim or defense of any party. Defendant

7  objects to this Request as vague and ambiguous, including as to the term "services."

8      Subject to and without waiving the foregoing objections, Defendant responds as

9  follows: Upon authorization from the Chinese government, Defendant will produce non-

10 privileged responsive documents in its possession, custody, or control, if any, that are

11 located after a reasonable search within a reasonable timeframe commensurate with the

12 Request; Defendant reserves the right to supplement its response to this Request.

13     Defendant refers to OnlineNIC for initial production, as that entity is not prohibited

14 from producing documents under Chinese data security and privacy laws.

15

16 **REQUEST NO. 47:**

17     Communications between CARRIE YU and her supervisors at 35.CN regarding

18 ONLINENIC.

19 **RESPONSE TO REQUEST NO. 47:**

20     Defendant objects to this Request because Chinese law requires application of the

21 Hague Convention and authorization from the Chinese government. Defendant objects to

22 this Request as seeking documents that are not relevant to the claim or defense of any

23 party. Defendant objects to this Request as seeking privileged and/or work product

24 documents. Defendant will withhold documents based on this objection but provide a

25 privilege log where required. Defendant objects to this Request as overbroad and unduly

26 burdensome.

27     Subject to and without waiving the foregoing objections, Defendant responds as

28 follows: Upon authorization from the Chinese government, Defendant will produce non-

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1 privileged responsive documents in its possession, custody, or control, if any, that are

2 located after a reasonable search within a reasonable timeframe commensurate with the

3 Request. Defendant reserves the right to supplement its response to this Request.

4    At this time, Defendant is not aware of any responsive documents.

5

6 **REQUEST NO. 48:**

7    Communications between CARRIE YU and any PERSON regarding ONLINENIC.

8 **RESPONSE TO REQUEST NO. 48:**

9    Defendant objects to this Request because Chinese law requires application of the

10 Hague Convention and authorization from the Chinese government. Defendant objects to

11 this Request as seeking documents that are not relevant to the claim or defense of any

12 party. Defendant objects to this Request as seeking privileged and/or work product

13 documents. Defendant will withhold documents based on this objection but provide a

14 privilege log where required. Defendant objects to this Request as overbroad and unduly

15 burdensome.

16    Subject to and without waiving the foregoing objections, Defendant responds as

17 follows: Upon authorization from the Chinese government, Defendant will produce non-

18 privileged responsive documents in its possession, custody, or control, if any, that are

19 located after a reasonable search within a reasonable timeframe commensurate with the

20 Request. Discovery is ongoing. Defendant reserves the right to supplement its response

21 to this Request.

22

23 **REQUEST NO. 49:**

24    Communications between CARRIE YU and her supervisors at 35.CN regarding

25 DOMAIN ID SHIELD

26 **RESPONSE TO REQUEST NO. 49:**

27    Defendant objects to this Request because Chinese law requires application of the

28 Hague Convention and authorization from the Chinese government. Defendant objects to

1  this Request as seeking documents that are not relevant to the claim or defense of any

2  party. Defendant objects to this Request as seeking privileged and/or work product

3  documents. Defendant will withhold documents based on this objection but provide a

4  privilege log where required. Defendant objects to this Request as overbroad and unduly

5  burdensome.

6      Subject to and without waiving the foregoing objections, Defendant responds as

7  follows: Upon authorization from the Chinese government, Defendant will produce non-

8  privileged responsive documents in its possession, custody, or control, if any, that are

9  located after a reasonable search within a reasonable timeframe commensurate with the

10  Request; Defendant reserves the right to supplement its response to this Request. At this

11  time, Defendant is not aware of any responsive documents.

12

13  **REQUEST NO. 50:**

14      Communications between CARRIE YU and any PERSON regarding DOMAIN ID

15  SHIELD.

16  **RESPONSE TO REQUEST NO. 50:**

17      Defendant objects to this Request because Chinese law requires application of the

18  Hague Convention and authorization from the Chinese government. Defendant objects to

19  this Request as seeking documents that are not relevant to the claim or defense of any

20  party. Defendant objects to this Request as seeking privileged and/or work product

21  documents. Defendant will withhold documents based on this objection but provide a

22  privilege log where required. Defendant objects to this Request as overbroad and unduly

23  burdensome.

24      Subject to and without waiving the foregoing objections, Defendant responds as

25  follows: Upon authorization from the Chinese government, Defendant will produce non-

26  privileged responsive documents in its possession, custody, or control, if any, that are

27  located after a reasonable search within a reasonable timeframe commensurate with the

28  Request. Discovery is ongoing. Defendant reserves the right to supplement its response

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1   to this Request.

2

3   **REQUEST NO. 51:**

4       Communications between CARRIE YU and her supervisors at 35.CN regarding this

5   lawsuit.

6   **RESPONSE TO REQUEST NO. 51:**

7       Defendant objects to this Request because Chinese law requires application of the

8   Hague Convention and authorization from the Chinese government. Defendant objects to

9   this Request as seeking privileged and/or work product documents. Defendant will withhold

10  documents based on this objection but provide a privilege log where required. Defendant

11  objects to this Request as overbroad and unduly burdensome.

12      Subject to and without waiving the foregoing objections, Defendant responds as

13  follows: Upon authorization from the Chinese government, Defendant will produce non-

14  privileged responsive documents in its possession, custody, or control, if any, that are

15  located after a reasonable search within a reasonable timeframe commensurate with the

16  Request. Discovery is ongoing. Defendant reserves the right to supplement its response

17  to this Request.

18

19  **REQUEST NO. 52:**

20      Communications between CARRIE YU and any PERSON regarding this lawsuit.

21  **RESPONSE TO REQUEST NO. 52:**

22      Defendant objects to this Request because Chinese law requires application of the

23  Hague Convention and authorization from the Chinese government. Defendant objects to

24  this Request as seeking privileged and/or work product documents. Defendant will withhold

25  documents based on this objection but provide a privilege log where required. Defendant

26  objects to this Request as overbroad and unduly burdensome.

27      Subject to and without waiving the foregoing objections, Defendant responds as

28  follows: Upon authorization from the Chinese government, Defendant will produce non-

34          **DEFENDANT'S AMENDED RESPONSES TO
                                                           PLAINTIFFS' FIRST SET OF RFPS**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  privileged responsive documents in its possession, custody, or control, if any, that are
2  located after a reasonable search within a reasonable timeframe commensurate with the
3  Request. Discovery is ongoing. Defendant reserves the right to supplement its response
4  to this Request.

5

6  **REQUEST NO. 53:**

7      Communications between CARRIE YU and her supervisors at 35.CN regarding the
8  investigation by the Special Discovery Master in this case.

9  **RESPONSE TO REQUEST NO. 53:**

10      Defendant objects to this Request because Chinese law requires application of the
11  Hague Convention and authorization from the Chinese government. Defendant objects to
12  this Request as seeking privileged and/or work product documents. Defendant will withhold
13  documents based on this objection but provide a privilege log where required.

14      Subject to and without waiving the foregoing objections, Defendant responds as
15  follows: Upon authorization from the Chinese government, Defendant will produce non-
16  privileged responsive documents in its possession, custody, or control, if any, that are
17  located after a reasonable search within a reasonable timeframe commensurate with the
18  Request; Defendant reserves the right to supplement its response to this Request. At this
19  time, Defendant is not aware of any responsive documents.

20

21  **REQUEST NO. 54:**

22      Communications between CARRIE YU and any PERSON regarding the
23  investigation by the Special Discovery Master in this case.

24  **RESPONSE TO REQUEST NO. 54:**

25      Defendant objects to this Request because Chinese law requires application of the
26  Hague Convention and authorization from the Chinese government. Defendant objects to
27  this Request as seeking privileged and/or work product documents. Defendant will withhold
28  documents based on this objection but provide a privilege log where required.

35    **DEFENDANT'S AMENDED RESPONSES TO PLAINTIFFS' FIRST SET OF RFPS**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    Subject to and without waiving the foregoing objections, Defendant responds as

2    follows: Upon authorization from the Chinese government, Defendant will produce non-

3    privileged responsive documents in its possession, custody, or control, if any, that are

4    located after a reasonable search within a reasonable timeframe commensurate with the

5    Request; Defendant reserves the right to supplement its response to this Request.

6

7    **REQUEST NO. 55:**

8    DOCUMENTS sufficient to IDENTIFY the employees of 35.CN who communicated

9    with the Special Discovery Master in this case.

10   **RESPONSE TO REQUEST NO. 55:**

11   Defendant objects to this Request because Chinese law requires application of the

12   Hague Convention and authorization from the Chinese government.

13   Subject to and without waiving the foregoing objections, Defendant responds as

14   follows: Upon authorization from the Chinese government, Defendant will produce non-

15   privileged responsive documents in its possession, custody, or control, if any, that are

16   located after a reasonable search within a reasonable timeframe commensurate with the

17   Request; Defendant reserves the right to supplement its response to this Request. At this

18   time, Defendant is not aware of any responsive documents.

19

20   **REQUEST NO. 56:**

21   Communications between CARRIE YU and her supervisors at 35.CN regarding the

22   Special Discovery Master's Data Destroyed or Withheld Report.

23   **RESPONSE TO REQUEST NO. 56:**

24   Defendant objects to this Request because Chinese law requires application of the

25   Hague Convention and authorization from the Chinese government. Defendant objects to

26   this Request as seeking documents that are not relevant to the claim or defense of any

27   party. Defendant objects to this Request as seeking privileged and/or work product

28   documents. Defendant will withhold documents based on this objection but provide a

1    privilege log where required.

2        Subject to and without waiving the foregoing objections, Defendant responds as

3    follows: Upon authorization from the Chinese government, Defendant will produce non-

4    privileged responsive documents in its possession, custody, or control, if any, that are

5    located after a reasonable search within a reasonable timeframe commensurate with the

6    Request; Defendant reserves the right to supplement its response to this Request. At this

7    time, Defendant is not aware of any responsive documents.

8

9    **REQUEST NO. 57:**

10        Communications between CARRIE YU and any PERSON regarding the Special

11    Discovery Master's Data Destroyed or Withheld Report.

12    **RESPONSE TO REQUEST NO. 57:**

13        Defendant objects to this Request because Chinese law requires application of the

14    Hague Convention and authorization from the Chinese government. Defendant objects to

15    this Request as seeking documents that are not relevant to the claim or defense of any

16    party. Defendant objects to this Request as seeking privileged and/or work product

17    documents. Defendant will withhold documents based on this objection but provide a

18    privilege log where required.

19        Subject to and without waiving the foregoing objections, Defendant responds as

20    follows: Upon authorization from the Chinese government, Defendant will produce non-

21    privileged responsive documents in its possession, custody, or control, if any, that are

22    located after a reasonable search within a reasonable timeframe commensurate with the

23    Request; Defendant reserves the right to supplement its response to this Request.

24

25    **REQUEST NO.58:**

26        DOCUMENTS sufficient to IDENTIFY the employees of 35.CN who were involved

27    in the destruction of evidence in this case as described in the Special Discovery Master's

28    Data Destroyed or Withheld Report.

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1    **RESPONSE TO REQUEST NO. 58:**

2        Defendant objects to this Request because Chinese law requires application of the

3    Hague Convention and authorization from the Chinese government. Defendant objects to

4    this Request as seeking documents that are not relevant to the claim or defense of any

5    party. Defendant objects to this Request as assuming facts not in evidence. Defendant

6    objects to this Request as overbroad and unduly burdensome, including as it is not

7    proportional to the needs of the case. Defendant objects to this Request as seeking

8    privileged and/or work product documents. Defendant will withhold documents based on

9    this objection but provide a privilege log where required.

10       Subject to and without waiving the foregoing objections, Defendant responds as

11   follows: Upon authorization from the Chinese government, Defendant will produce non-

12   privileged responsive documents in its possession, custody, or control, if any, that are

13   located after a reasonable search within a reasonable timeframe commensurate with the

14   Request; Defendant reserves the right to supplement its response to this Request. At this

15   time, Defendant is not aware of any responsive documents.

16

17   **REQUEST NO. 59:**

18       DOCUMENTS sufficient to IDENTIFY the employees of 35.CN who participated in

19   the destruction of evidence in this case as described in the Special Discovery Master's

20   Data Destroyed or Withheld Report.

21   **RESPONSE TO REQUEST NO. 59:**

22       Defendant objects to this Request because Chinese law requires application of the

23   Hague Convention and authorization from the Chinese government. Defendant objects to

24   this Request as seeking documents that are not relevant to the claim or defense of any

25   party. Defendant objects to this Request as assuming facts not in evidence. Defendant

26   objects to this Request as overbroad and unduly burdensome, including as it is not

27   proportional to the needs of the case. Defendant objects to this Request as seeking

28   privileged and/or work product documents. Defendant will withhold documents based on

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  this objection but provide a privilege log where required.

2      Subject to and without waiving the foregoing objections, Defendant responds as

3  follows: Upon authorization from the Chinese government, Defendant will produce non-

4  privileged responsive documents in its possession, custody, or control, if any, that are

5  located after a reasonable search within a reasonable timeframe commensurate with the

6  Request; Defendant reserves the right to supplement its response to this Request. At this

7  time, Defendant is not aware of any responsive documents.

8

9  **REQUEST NO. 60:**

10     Communications between CARRIE YU and her supervisors at 35.CN regarding

11  CARRIE YU's ownership of DOMAIN ID SHIELD for the benefit of ONLINENIC.

12  **RESPONSE TO REQUEST NO. 60:**

13     Defendant objects to this Request because Chinese law requires application of the

14  Hague Convention and authorization from the Chinese government. Defendant objects to

15  this Request as seeking documents that are not relevant to the claim or defense of any

16  party. Defendant objects to this Request as seeking privileged and/or work product

17  documents. Defendant will withhold documents based on this objection but provide a

18  privilege log where required. Defendant objects to this Request as assuming facts not in

19  evidence.

20     Subject to and without waiving the foregoing objections, Defendant responds as

21  follows: Upon authorization from the Chinese government, Defendant will produce non-

22  privileged responsive documents in its possession, custody, or control, if any, that are

23  located after a reasonable search within a reasonable timeframe commensurate with the

24  Request; Defendant reserves the right to supplement its response to this Request. At this

25  time, Defendant is not aware of any responsive documents.

26

27  **REQUEST NO. 61:**

28     Communications between CARRIE YU and any PERSON regarding CARRIE YU's

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1    ownership of DOMAIN ID SHIELD for the benefit of ONLINENIC.

2    **RESPONSE TO REQUEST NO. 61:**

3        Defendant objects to this Request because Chinese law requires application of the

4    Hague Convention and authorization from the Chinese government. Defendant objects to

5    this Request as seeking documents that are not relevant to the claim or defense of any

6    party. Defendant objects to this Request as seeking privileged and/or work product

7    documents. Defendant will withhold documents based on this objection but provide a

8    privilege log where required. Defendant objects to this Request as assuming facts not in

9    evidence.

10       Subject to and without waiving the foregoing objections, Defendant responds as

11   follows: Upon authorization from the Chinese government, Defendant will produce non-

12   privileged responsive documents in its possession, custody, or control, if any, that are

13   located after a reasonable search within a reasonable timeframe commensurate with the

14   Request; Defendant reserves the right to supplement its response to this Request. At this

15   time, Defendant is not aware of any responsive documents.

16

17   **REQUEST NO. 62:**

18       DOCUMENTS relating to payments made by 35.CN to CARRIE YU since 2007,

19   including DOCUMENTS reflecting the purpose of any payments.

20   **RESPONSE TO REQUEST NO. 62:**

21       Defendant objects to this Request because Chinese law requires application of the

22   Hague Convention and authorization from the Chinese government. Defendant objects to

23   this Request as overbroad and unduly burdensome, including as it is not proportional to

24   the needs of the case. Defendant objects to this Request as seeking documents that are

25   not relevant to the claim or defense of any party. Defendant objects to this Request as the

26   intrusion into the privacy of third parties far outweighs the probative value of the requested

27   information.

28       Subject to and without waiving the foregoing objections, Defendant responds as

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  follows: Upon authorization from the Chinese government, Defendant will produce non-
2  privileged responsive documents in its possession, custody, or control, if any, that are
3  located after a reasonable search within a reasonable timeframe commensurate with the
4  Request. Discovery is ongoing. Defendant reserves the right to supplement its response
5  to this Request.

6

7  **REQUEST NO. 63:**

8      Communications relating to payments made by 35.CN to CARRIE YU since 2007,
9  including communications reflecting the purpose of any payments.

10  **RESPONSE TO REQUEST NO. 63:**

11      Defendant objects to this Request because Chinese law requires application of the
12  Hague Convention and authorization from the Chinese government. Defendant objects to
13  this Request as overbroad and unduly burdensome, including as it is not proportional to
14  the needs of the case. Defendant objects to this Request as seeking documents that are
15  not relevant to the claim or defense of any party. Defendant objects to this Request as the
16  intrusion into the privacy of third parties far outweighs the probative value of the requested
17  information.

18      Subject to and without waiving the foregoing objections, Defendant responds as
19  follows: Upon authorization from the Chinese government, Defendant will produce non-
20  privileged responsive documents in its possession, custody, or control, if any, that are
21  located after a reasonable search within a reasonable timeframe commensurate with the
22  Request. Discovery is ongoing. Defendant reserves the right to supplement its response
23  to this Request.

24

25  **REQUEST NO. 64:**

26      DOCUMENTS relating to CARRIE YU's ownership of DOMAIN ID SHIELD for the
27  benefit of ONLINENIC.

28  //

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

<u>**RESPONSE TO REQUEST NO. 64:**</u>

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome, including as it is not proportional to the needs of the case, and is unlimited in time and scope. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request as assuming facts not in evidence.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request. Discovery is ongoing Defendant reserves the right to supplement its response to this Request.

<u>**REQUEST NO. 65:**</u>

DOCUMENTS sufficient to IDENTIFY all PERSONS who perform work of any kind for both 35.CN and ONLINENIC.

<u>**RESPONSE TO REQUEST NO. 65:**</u>

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome, including given the timeframe, and is not proportional to the needs of the case. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    Request. Discovery is ongoing. Defendant reserves the right to supplement its response

2    to this Request.

3

4    **REQUEST NO. 66:**

5        DOCUMENTS sufficient to IDENTIFY all PERSONS who perform work of any kind

6    for both 35.CN and DOMAIN ID SHIELD.

7    **RESPONSE TO REQUEST NO. 66:**

8        Defendant objects to this Request because Chinese law requires application of the

9    Hague Convention and authorization from the Chinese government. Defendant objects to

10   this Request as overbroad and unduly burdensome, including given the timeframe, and is

11   not proportional to the needs of the case. Defendant objects to this Request as the intrusion

12   into the privacy of third parties far outweighs the probative value of the requested

13   information.

14       Subject to and without waiving the foregoing objections, Defendant responds as

15   follows: Upon authorization from the Chinese government, Defendant will produce non-

16   privileged responsive documents in its possession, custody, or control, if any, that are

17   located after a reasonable search within a reasonable timeframe commensurate with the

18   Request; Defendant reserves the right to supplement its response to this Request.

19       Defendant refers to OnlineNIC for initial production, as that entity is not prohibited

20   from producing documents under Chinese data security and privacy laws.

21

22   **REQUEST NO. 67:**

23       Communications between 35.CN and ONLINENIC concerning the work performed

24   for ONLINENIC by employees of 35.CN.

25   **RESPONSE TO REQUEST NO. 67:**

26       Defendant objects to this Request because Chinese law requires application of the

27   Hague Convention and authorization from the Chinese government. Defendant objects to

28   this Request as the intrusion into the privacy of third parties far outweighs the probative

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  value of the requested information. Defendant objects to this Request as overbroad and

2  unduly burdensome, including as it is unlimited in timeframe and not proportional to the

3  needs of the case.

4      Subject to and without waiving the foregoing objections, Defendant responds as

5  follows: Upon authorization from the Chinese government, Defendant will produce non-

6  privileged responsive documents in its possession, custody, or control, if any, that are

7  located after a reasonable search within a reasonable timeframe commensurate with the

8  Request; Defendant reserves the right to supplement its response to this Request.

9      Defendant refers to OnlineNIC for initial production, as that entity is not prohibited

10  from producing documents under Chinese data security and privacy laws.

11

12  **REQUEST NO. 68:**

13      Communications between 35.CN and ONLINENIC concerning the work performed

14  for DOMAIN ID SHIELD by employees of 35.CN.

15  **RESPONSE TO REQUEST NO. 68:**

16      Defendant objects to this Request because Chinese law requires application of the

17  Hague Convention and authorization from the Chinese government. Defendant objects to

18  this Request as the intrusion into the privacy of third parties far outweighs the probative

19  value of the requested information. Defendant objects to this Request as overbroad and

20  unduly burdensome, including as it is unlimited in timeframe and not proportional to the

21  needs of the case.

22      Subject to and without waiving the foregoing objections, Defendant responds as

23  follows: Upon authorization from the Chinese government, Defendant will produce non-

24  privileged responsive documents in its possession, custody, or control, if any, that are

25  located after a reasonable search within a reasonable timeframe commensurate with the

26  Request; Defendant reserves the right to supplement its response to this Request.

27      Defendant refers to OnlineNIC for initial production, as that entity is not prohibited

28  from producing documents under Chinese data security and privacy laws.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1

2 **REQUEST NO. 69:**

3     Communications between 35.CN and any PERSON relating to any of the

4 INFRINGING DOMAIN NAMES.

5 **RESPONSE TO REQUEST NO. 69:**

6     Defendant objects to this Request because Chinese law requires application of the

7 Hague Convention and authorization from the Chinese government. Defendant objects to

8 this Request as the intrusion into the privacy of third parties far outweighs the probative

9 value of the requested information. Defendant objects to this Request as seeking privileged

10 and/or work product documents. Defendant will withhold documents based on this

11 objection but provide a privilege log where required.

12     Subject to and without waiving the foregoing objections, Defendant responds as

13 follows: Upon authorization from the Chinese government, Defendant will produce non-

14 privileged responsive documents in its possession, custody, or control, if any, that are

15 located after a reasonable search within a reasonable timeframe commensurate with the

16 Request; Defendant reserves the right to supplement its response to this Request. At this

17 time, Defendant is not aware of any responsive documents.

18

19 **REQUEST NO. 70:**

20     Communications between 35.CN and any PERSON relating to the registration of

21 any of the INFRINGING DOMAIN NAMES.

22 **RESPONSE TO REQUEST NO. 70:**

23     Defendant objects to this Request because Chinese law requires application of the

24 Hague Convention and authorization from the Chinese government. Defendant objects to

25 this Request as the intrusion into the privacy of third parties far outweighs the probative

26 value of the requested information. Defendant objects to this Request as seeking privileged

27 and/or work product documents. Defendant will withhold documents based on this

28 objection but provide a privilege log where required.

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1    Subject to and without waiving the foregoing objections, Defendant responds as

2   follows: Upon authorization from the Chinese government, Defendant will produce non-

3   privileged responsive documents in its possession, custody, or control, if any, that are

4   located after a reasonable search within a reasonable timeframe commensurate with the

5   Request; Defendant reserves the right to supplement its response to this Request. At this

6   time, Defendant is not aware of any responsive documents.

7

8   **REQUEST NO. 71:**

9    Communications between 35.CN and any PERSON relating to customer accounts

10   associated with the INFRINGING DOMAIN NAMES.

11   **RESPONSE TO REQUEST NO. 71:**

12    Defendant objects to this Request because Chinese law requires application of the

13   Hague Convention and authorization from the Chinese government. Defendant objects to

14   this Request as the intrusion into the privacy of third parties far outweighs the probative

15   value of the requested information. Defendant objects to this Request as seeking privileged

16   and/or work product documents. Defendant will withhold documents based on this

17   objection but provide a privilege log where required.

18    Subject to and without waiving the foregoing objections, Defendant responds as

19   follows: Upon authorization from the Chinese government, Defendant will produce non-

20   privileged responsive documents in its possession, custody, or control, if any, that are

21   located after a reasonable search within a reasonable timeframe commensurate with the

22   Request; Defendant reserves the right to supplement its response to this Request. At this

23   time, Defendant is not aware of any responsive documents.

24

25   **REQUEST NO. 72:**

26    All agreements or contracts between ICANN and 35.CN.

27   **RESPONSE TO REQUEST NO. 72:**

28    Defendant objects to this Request because Chinese law requires application of the

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  Hague Convention and authorization from the Chinese government. Defendant objects to

2  this Request as overbroad and unduly burdensome, including as it requests "all

3  agreements or contracts" without any timeframe and is thus not proportional to the needs

4  of the case. Defendant objects to this Request as seeking documents that are not relevant

5  to the claim or defense of any party. Defendant objects to this Request as the intrusion into

6  the privacy of third parties far outweighs the probative value of the requested information.

7       Subject to and without waiving the foregoing objections, Defendant responds as

8  follows: Upon authorization from the Chinese government, Defendant will produce non-

9  privileged responsive documents in its possession, custody, or control, if any, that are

10  located after a reasonable search within a reasonable timeframe commensurate with the

11  Request; Defendant reserves the right to supplement its response to this Request.

12       Defendant refers to ICANN for initial production, as that entity is not prohibited from

13  producing documents under Chinese data security and privacy laws.

14

15  **REQUEST NO. 73:**

16       DOCUMENTS relating to agreements or contracts between ICANN and 35.CN.

17  **RESPONSE TO REQUEST NO. 73:**

18       Defendant objects to this Request because Chinese law requires application of the

19  Hague Convention and authorization from the Chinese government. Defendant objects to

20  this Request as overbroad and unduly burdensome, including as it requests a wide range

21  of records "relating to agreements or contracts" and is not proportional to the needs of the

22  case, and is unlimited in time and scope. Defendant objects to this Request as seeking

23  documents that are not relevant to the claim or defense of any party.

24       Subject to and without waiving the foregoing objections, Defendant responds as

25  follows: Upon authorization from the Chinese government, Defendant will produce non-

26  privileged responsive documents in its possession, custody, or control, if any, that are

27  located after a reasonable search within a reasonable timeframe commensurate with the

28  Request; Defendant reserves the right to supplement its response to this Request.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    Defendant refers to ICANN for initial production, as that entity is not prohibited from

2    producing documents under Chinese data security and privacy laws.

3

4    **REQUEST NO. 74:**

5    Communications between ICANN and 35.CN since 2002.

6    **RESPONSE TO REQUEST NO. 74:**

7    Defendant objects to this Request because Chinese law requires application of the

8    Hague Convention and authorization from the Chinese government. Defendant objects to

9    this Request as overbroad and unduly burdensome, including as it requests a wide range

10   of records and is not proportional to the needs of the case, and including because it

11   requests communications since 2002, well before the claims and defenses in this case

12   arose. Defendant objects to this Request as seeking documents that are not relevant to

13   the claim or defense of any party.

14   Subject to and without waiving the foregoing objections, Defendant responds as

15   follows: Upon authorization from the Chinese government, Defendant will produce non-

16   privileged responsive documents in its possession, custody, or control, if any, that are

17   located after a reasonable search within a reasonable timeframe commensurate with the

18   Request; Defendant reserves the right to supplement its response to this Request.

19   Defendant refers to ICANN for initial production, as that entity is not prohibited from

20   producing documents under Chinese data security and privacy laws.

21

22   **REQUEST NO. 75:**

23   DOCUMENTS relating to any action by ICANN to enforce the RAA against 35.CN.

24   **RESPONSE TO REQUEST NO. 75:**

25   Defendant objects to this Request because Chinese law requires application of the

26   Hague Convention and authorization from the Chinese government. Defendant objects to

27   this Request as overbroad and unduly burdensome. Defendant objects to this Request as

28   seeking documents that are not relevant to the claim or defense of any party. Defendant

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1    objects to this Request as overbroad and unduly burdensome, including as it requests a

2    wide range of records "relating to any action" and is not proportional to the needs of the

3    case.

4    Subject to and without waiving the foregoing objections, Defendant responds as

5    follows: Upon authorization from the Chinese government, Defendant will produce non-

6    privileged responsive documents in its possession, custody, or control, if any, that are

7    located after a reasonable search within a reasonable timeframe commensurate with the

8    Request; Defendant reserves the right to supplement its response to this Request.

9    Defendant refers to ICANN for initial production, as that entity is not prohibited from

10    producing documents under Chinese data security and privacy laws.

11

12    **REQUEST NO. 76:**

13    DOCUMENTS relating to any prior actions or complaints concerning cybersquatting

14    filed against or by 35.CN in a United States Federal or State Court or before any

15    administrative tribunal since 2007.

16    **RESPONSE TO REQUEST NO. 76:**

17    Defendant objects to this Request because Chinese law requires application of the

18    Hague Convention and authorization from the Chinese government. Defendant objects to

19    this Request as seeking documents that are not relevant to the claim or defense of any

20    party.

21    Subject to and without waiving the foregoing objections, Defendant responds as

22    follows: Upon authorization from the Chinese government, Defendant will produce non-

23    privileged responsive documents in its possession, custody, or control, if any, that are

24    located after a reasonable search within a reasonable timeframe commensurate with the

25    Request; Defendant reserves the right to supplement its response to this Request.

26    At this time, after a reasonable inquiry, Defendant is not aware of any responsive

27    documents.

28

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1   **REQUEST NO. 77:**

2       DOCUMENTS relating to any prior actions or complaints concerning online abuse,

3   including trademark or service mark infringement, false designation of origin,

4   cybersquatting, fraud or misleading activity, phishing, malware, spam, and/or botnets, filed

5   against or by 35.CN in a United States Federal or State Court or before any administrative

6   tribunal since 2007.

7   **RESPONSE TO REQUEST NO. 77:**

8       Defendant objects to this Request because Chinese law requires application of the

9   Hague Convention and authorization from the Chinese government. Defendant objects to

10  this Request as seeking documents that are not relevant to the claim or defense of any

11  party.

12      Subject to and without waiving the foregoing objections, Defendant responds as

13  follows: Upon authorization from the Chinese government, Defendant will produce non-

14  privileged responsive documents in its possession, custody, or control, if any, that are

15  located after a reasonable search within a reasonable timeframe commensurate with the

16  Request; Defendant reserves the right to supplement its response to this Request.

17      At this time, after a reasonable inquiry, Defendant is not aware of any responsive

18  documents.

19

20  **REQUEST NO. 78:**

21      DOCUMENTS relating to any prior actions or complaints concerning cybersquatting

22  filed against or by ONLINENIC in a United States Federal or State Court or before any

23  administrative tribunal since 2007.

24  **RESPONSE TO REQUEST NO. 78:**

25      Defendant objects to this Request because Chinese law requires application of the

26  Hague Convention and authorization from the Chinese government. Defendant objects to

27  this Request as overbroad and unduly burdensome, including as it requests all documents

28  and is thus not proportional to the needs of the case. Defendant objects to this Request as

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request to the extent responsive documents are within the possession, custody, or control of Plaintiffs or other parties to this action or third parties, or are equally or more accessible to Plaintiffs than to Defendant.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request.

Defendant refers to OnlineNIC for initial production, as that entity is not prohibited from producing documents under Chinese data security and privacy laws.

**REQUEST NO. 79:**

DOCUMENTS relating to any prior actions or complaints concerning online abuse, including trademark or service mark infringement, false designation of origin, cybersquatting, fraud or misleading activity, phishing, malware, spam, and/or botnets, filed against or by ONLINENIC in a United States Federal or State Court or before any administrative tribunal SINCE 2007.

**RESPONSE TO REQUEST NO. 79:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome, including as it requests all documents and is thus not proportional to the needs of the case. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request to the extent responsive documents are within the possession, custody, or control of Plaintiffs or other parties to this action or third parties, or are equally or more accessible to Plaintiffs than to Defendant.

Subject to and without waiving the foregoing objections, Defendant responds as

51

**DEFENDANT'S AMENDED RESPONSES TO PLAINTIFFS' FIRST SET OF RFPS**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    follows: Upon authorization from the Chinese government, Defendant will produce non-

2    privileged responsive documents in its possession, custody, or control, if any, that are

3    located after a reasonable search within a reasonable timeframe commensurate with the

4    Request; Defendant reserves the right to supplement its response to this Request.

5         Defendant refers to OnlineNIC for initial production, as that entity is not prohibited

6    from producing documents under Chinese data security and privacy laws.

7

8    **REQUEST NO. 80:**

9         DOCUMENTS relating to any prior actions or complaints concerning cybersquatting

10   filed against or by DOMAIN ID SHIELD in a United States Federal or State Court or before

11   any administrative tribunal since 2007.

12   **RESPONSE TO REQUEST NO. 80:**

13        Defendant objects to this Request because Chinese law requires application of the

14   Hague Convention and authorization from the Chinese government. Defendant objects to

15   this Request as overbroad and unduly burdensome, including as it requests all documents

16   and is thus not proportional to the needs of the case. Defendant objects to this Request as

17   seeking documents that are not relevant to the claim or defense of any party. Defendant

18   objects to this Request to the extent responsive documents are within the possession,

19   custody, or control of Plaintiffs or other parties to this action or third parties, or are equally

20   or more accessible to Plaintiffs than to Defendant.

21        Subject to and without waiving the foregoing objections, Defendant responds as

22   follows: Upon authorization from the Chinese government, Defendant will produce non-

23   privileged responsive documents in its possession, custody, or control, if any, that are

24   located after a reasonable search within a reasonable timeframe commensurate with the

25   Request; Defendant reserves the right to supplement its response to this Request.

26        Defendant refers to DOMAIN ID SHIELD for initial production, as that entity is not

27   prohibited from producing documents under Chinese data security and privacy laws.

28

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    **REQUEST NO. 81:**

2       DOCUMENTS relating to any prior actions or complaints concerning online abuse,

3    including  trademark  or  service  mark  infringement,  false  designation  of  origin,

4    cybersquatting, fraud or misleading activity, phishing, malware, spam, and/or botnets, filed

5    against or by DOMAIN ID SHIELD in a United States Federal or State Court or before any

6    administrative tribunal SINCE 2007.

7    **RESPONSE TO REQUEST NO. 81:**

8       Defendant objects to this Request because Chinese law requires application of the

9    Hague Convention and authorization from the Chinese government. Defendant objects to

10   this Request as overbroad and unduly burdensome, including as it requests all documents

11   and is thus not proportional to the needs of the case. Defendant objects to this Request as

12   seeking documents that are not relevant to the claim or defense of any party. Defendant

13   objects to this Request to the extent responsive documents are within the possession,

14   custody, or control of Plaintiffs or other parties to this action or third parties, or are equally

15   or more accessible to Plaintiffs than to Defendant.

16      Subject to and without waiving the foregoing objections, Defendant responds as

17   follows: Upon authorization from the Chinese government, Defendant will produce non-

18   privileged responsive documents in its possession, custody, or control, if any, that are

19   located after a reasonable search within a reasonable timeframe commensurate with the

20   Request; Defendant reserves the right to supplement its response to this Request.

21      Defendant refers to DOMAIN ID SHIELD for initial production, as that entity is not

22   prohibited from producing documents under Chinese data security and privacy laws.

23

24   **REQUEST NO. 82:**

25      Communications between 35.CN and ONLINENIC concerning Meta Platforms, Inc.

26   (f/k/a Facebook, Inc.).

27   **RESPONSE TO REQUEST NO. 82:**

28      Defendant objects to this Request because Chinese law requires application of the

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1   Hague Convention and authorization from the Chinese government. Defendant objects to

2   this Request as overbroad and unduly burdensome. Defendant objects to this Request as

3   seeking documents that are not relevant to the claim or defense of any party. Defendant

4   objects to this Request as seeking privileged and/or work product documents. Defendant

5   will withhold documents based on this objection but provide a privilege log where required.

6          Subject to and without waiving the foregoing objections, Defendant responds as

7   follows: Upon authorization from the Chinese government, Defendant will produce non-

8   privileged responsive documents in its possession, custody, or control, if any, that are

9   located after a reasonable search within a reasonable timeframe commensurate with the

10  Request; Defendant reserves the right to supplement its response to this Request. At this

11  time, Defendant is not aware of any responsive documents.

12

13  **REQUEST NO. 83:**

14         Communications between 35.CN and ONLINENIC concerning Instagram, LLC.

15  **RESPONSE TO REQUEST NO. 83:**

16         Defendant objects to this Request because Chinese law requires application of the

17  Hague Convention and authorization from the Chinese government. Defendant objects to

18  this Request as overbroad and unduly burdensome. Defendant objects to this Request as

19  seeking documents that are not relevant to the claim or defense of any party. Defendant

20  objects to this Request as seeking privileged and/or work product documents. Defendant

21  will withhold documents based on this objection but provide a privilege log where required.

22         Subject to and without waiving the foregoing objections, Defendant responds as

23  follows: Upon authorization from the Chinese government, Defendant will produce non-

24  privileged responsive documents in its possession, custody, or control, if any, that are

25  located after a reasonable search within a reasonable timeframe commensurate with the

26  Request; Defendant reserves the right to supplement its response to this Request. At this

27  time, Defendant is not aware of any responsive documents.

28

**DEFENDANT'S AMENDED RESPONSES TO PLAINTIFFS' FIRST SET OF RFPS**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    **REQUEST NO. 84:**

2        Communications between 35.CN and ONLINENIC concerning this lawsuit.

3    **RESPONSE TO REQUEST NO. 84:**

4        Defendant objects to this Request because Chinese law requires application of the

5    Hague Convention and authorization from the Chinese government. Defendant objects to

6    this Request as seeking privileged and/or work product documents. Defendant will withhold

7    documents based on this objection but provide a privilege log where required.

8        Subject to and without waiving the foregoing objections, Defendant responds as

9    follows: Upon authorization from the Chinese government, Defendant will produce non-

10   privileged responsive documents in its possession, custody, or control, if any, that are

11   located after a reasonable search within a reasonable timeframe commensurate with the

12   Request; Defendant reserves the right to supplement its response to this Request. At this

13   time, Defendant is not aware of any responsive documents.

14

15   **REQUEST NO. 85:**

16       Communications between 35.CN and ICANN concerning this lawsuit.

17   **RESPONSE TO REQUEST NO. 85:**

18       Defendant objects to this Request because Chinese law requires application of the

19   Hague Convention and authorization from the Chinese government.

20       Subject to and without waiving the foregoing objections, Defendant responds as

21   follows: Upon authorization from the Chinese government, Defendant will produce non-

22   privileged responsive documents in its possession, custody, or control, if any, that are

23   located after a reasonable search within a reasonable timeframe commensurate with the

24   Request; Defendant reserves the right to supplement its response to this Request. At this

25   time, Defendant is not aware of any responsive documents.

26

27   **REQUEST NO. 86:**

28       Communications between 35.CN and any PERSON concerning this lawsuit.

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

<u>RESPONSE TO REQUEST NO. 86:</u>

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as seeking privileged and/or work product documents. Defendant will withhold documents based on this objection but provide a privilege log where required.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request. At this time, Defendant is not aware of any responsive documents.

<u>REQUEST NO. 87:</u>

DOCUMENTS that IDENTIFY the source of funds used to pay employees of 35.CN that perform work for ONLINENIC.

<u>RESPONSE TO REQUEST NO. 87:</u>

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information. Defendant objects to this Request as overbroad and unduly burdensome, including as it is unlimited in timeframe.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request.

Defendant refers to OnlineNIC for initial production, as that entity is not prohibited from producing documents under Chinese data security and privacy laws.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1

**REQUEST NO. 88:**

DOCUMENTS that IDENTIFY the source of funds used to pay employees of ONLINENIC.

**RESPONSE TO REQUEST NO. 88:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information. Defendant objects to this Request as overbroad and unduly burdensome, including as it is unlimited in timeframe.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request.

Defendant refers to OnlineNIC for initial production, as that entity is not prohibited from producing documents under Chinese data security and privacy laws.

**REQUEST NO. 89:**

DOCUMENTS that IDENTIFY the source of funds used to pay employees of DOMAIN ID SHIELD.

**RESPONSE TO REQUEST NO. 89:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1   objects to this Request as the intrusion into the privacy of third parties far outweighs the

2   probative value of the requested information. Defendant objects to this Request as

3   overbroad and unduly burdensome, including as it is unlimited in timeframe.

4          Subject to and without waiving the foregoing objections, Defendant responds as

5   follows: Upon authorization from the Chinese government, Defendant will produce non-

6   privileged responsive documents in its possession, custody, or control, if any, that are

7   located after a reasonable search within a reasonable timeframe commensurate with the

8   Request; Defendant reserves the right to supplement its response to this Request. At this

9   time, Defendant is not aware of any responsive documents.

10

11  **REQUEST NO. 90:**

12         DOCUMENTS that IDENTIFY the source of funds used to form 35.CN.

13  **RESPONSE TO REQUEST NO. 90:**

14         Defendant objects to this Request because Chinese law requires application of the

15  Hague Convention and authorization from the Chinese government. Defendant objects to

16  this Request as overbroad and unduly burdensome. Defendant objects to this Request as

17  seeking documents that are not relevant to the claim or defense of any party. Defendant

18  objects to this Request as the intrusion into the privacy of third parties far outweighs the

19  probative value of the requested information. Defendant objects to this Request as vague

20  and ambiguous as to "source of funds used to form."

21         Subject to and without waiving the foregoing objections, Defendant responds as

22  follows: Upon authorization from the Chinese government, Defendant will produce non-

23  privileged responsive documents in its possession, custody, or control, if any, that are

24  located after a reasonable search within a reasonable timeframe commensurate with the

25  Request. Discovery is ongoing. Defendant reserves the right to supplement its response

26  to this Request.

27

28  //

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1  **REQUEST NO. 91:**

2      DOCUMENTS that IDENTIFY the source of funds used to form ONLINENIC.

3  **RESPONSE TO REQUEST NO. 91:**

4      Defendant objects to this Request because Chinese law requires application of the

5  Hague Convention and authorization from the Chinese government. Defendant objects to

6  this Request as overbroad and unduly burdensome. Defendant objects to this Request as

7  seeking documents that are not relevant to the claim or defense of any party. Defendant

8  objects to this Request as the intrusion into the privacy of third parties far outweighs the

9  probative value of the requested information. Defendant objects to this Request as vague

10  and ambiguous as to "source of funds used to form." Defendant objects to this Request to

11  the extent responsive documents are within the possession, custody, or control of Plaintiffs

12  or third parties, or are equally or more accessible to Plaintiffs than to Defendant.

13      Subject to and without waiving the foregoing objections, Defendant responds as

14  follows: Upon authorization from the Chinese government, Defendant will produce non-

15  privileged responsive documents in its possession, custody, or control, if any, that are

16  located after a reasonable search within a reasonable timeframe commensurate with the

17  Request; Defendant reserves the right to supplement its response to this Request. At this

18  time, Defendant is not aware of any responsive documents.

19

20  **REQUEST NO. 92:**

21      DOCUMENTS that IDENTIFY the source of funds used to form DOMAIN ID

22  SHIELD.

23  **RESPONSE TO REQUEST NO. 92:**

24      Defendant objects to this Request because Chinese law requires application of the

25  Hague Convention and authorization from the Chinese government. Defendant objects to

26  this Request as overbroad and unduly burdensome. Defendant objects to this Request as

27  seeking documents that are not relevant to the claim or defense of any party. Defendant

28  objects to this Request as the intrusion into the privacy of third parties far outweighs the

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1   probative value of the requested information. Defendant objects to this Request as vague

2   and ambiguous as to "source of funds used to form." Defendant objects to this Request to

3   the extent responsive documents are within the possession, custody, or control of Plaintiffs

4   or third parties, or are equally or more accessible to Plaintiffs than to Defendant.

5       Subject to and without waiving the foregoing objections, Defendant responds as

6   follows: Upon authorization from the Chinese government, Defendant will produce non-

7   privileged responsive documents in its possession, custody, or control, if any, that are

8   located after a reasonable search within a reasonable timeframe commensurate with the

9   Request; Defendant reserves the right to supplement its response to this Request.

10

11  **REQUEST NO. 93:**

12      DOCUMENTS reflecting funds transferred between 35.CN and ONLINENIC at any

13  time.

14  **RESPONSE TO REQUEST NO. 93:**

15      Defendant objects to this Request because Chinese law requires application of the

16  Hague Convention and authorization from the Chinese government. Defendant objects to

17  this Request as overbroad and unduly burdensome, including as being unlimited in time

18  and scope. Defendant objects to this Request as seeking documents that are not relevant

19  to the claim or defense of any party. Defendant objects to this Request as the intrusion into

20  the privacy of third parties far outweighs the probative value of the requested information.

21      Subject to and without waiving the foregoing objections, Defendant responds as

22  follows: Upon authorization from the Chinese government, Defendant will produce non-

23  privileged responsive documents in its possession, custody, or control, if any, that are

24  located after a reasonable search within a reasonable timeframe commensurate with the

25  Request; Defendant reserves the right to supplement its response to this Request.

26      Defendant refers to OnlineNIC for initial production, as that entity is not prohibited

27  from producing documents under Chinese data security and privacy laws.

28

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    **REQUEST NO. 94:**

2        DOCUMENTS reflecting funds transferred between 35.CN and DOMAIN ID

3    SHIELD at any time.

4    **RESPONSE TO REQUEST NO. 94:**

5        Defendant objects to this Request because Chinese law requires application of the

6    Hague Convention and authorization from the Chinese government. Defendant objects to

7    this Request as overbroad and unduly burdensome, including as being unlimited in time

8    and scope. Defendant objects to this Request as seeking documents that are not relevant

9    to the claim or defense of any party. Defendant objects to this Request as the intrusion into

10   the privacy of third parties far outweighs the probative value of the requested information.

11       Subject to and without waiving the foregoing objections, Defendant responds as

12   follows: Upon authorization from the Chinese government, Defendant will produce non-

13   privileged responsive documents in its possession, custody, or control, if any, that are

14   located after a reasonable search within a reasonable timeframe commensurate with the

15   Request; Defendant reserves the right to supplement its response to this Request. At this

16   time, Defendant is not aware of any responsive documents.

17

18   **REQUEST NO. 95:**

19       DOCUMENTS reflecting payments made by 35.CN for the benefit of ONLINENIC

20   at any time.

21   **RESPONSE TO REQUEST NO. 95:**

22       Defendant objects to this Request because Chinese law requires application of the

23   Hague Convention and authorization from the Chinese government. Defendant objects to

24   this Request as overbroad and unduly burdensome, including as being unlimited in time

25   and scope. Defendant objects to this Request as seeking documents that are not relevant

26   to the claim or defense of any party. Defendant objects to this Request as the intrusion into

27   the privacy of third parties far outweighs the probative value of the requested information.

28       Subject to and without waiving the foregoing objections, Defendant responds as

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1  follows: Upon authorization from the Chinese government, Defendant will produce non-

2  privileged responsive documents in its possession, custody, or control, if any, that are

3  located after a reasonable search within a reasonable timeframe commensurate with the

4  Request; Defendant reserves the right to supplement its response to this Request. At this

5  time, Defendant is not aware of any responsive documents.

6

7  **REQUEST NO. 96:**

8      DOCUMENTS reflecting payments made by 35.CN for the benefit of DOMAIN ID

9  SHIELD at any time.

10 **RESPONSE TO REQUEST NO. 96:**

11     Defendant objects to this Request because Chinese law requires application of the

12 Hague Convention and authorization from the Chinese government. Defendant objects to

13 this Request as overbroad and unduly burdensome, including as being unlimited in time

14 and scope. Defendant objects to this Request as seeking documents that are not relevant

15 to the claim or defense of any party. Defendant objects to this Request as the intrusion into

16 the privacy of third parties far outweighs the probative value of the requested information.

17     Subject to and without waiving the foregoing objections, Defendant responds as

18 follows: Upon authorization from the Chinese government, Defendant will produce non-

19 privileged responsive documents in its possession, custody, or control, if any, that are

20 located after a reasonable search within a reasonable timeframe commensurate with the

21 Request; Defendant reserves the right to supplement its response to this Request. At this

22 time, Defendant is not aware of any responsive documents.

23

24 **REQUEST NO. 97:**

25     DOCUMENTS reflecting all payments made by ONLINENIC to 35.CN since 2007.

26 **RESPONSE TO REQUEST NO. 97:**

27     Defendant objects to this Request because Chinese law requires application of the

28 Hague Convention and authorization from the Chinese government. Defendant objects to

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    this Request as overbroad and unduly burdensome, including as it requests "all payments"

2    and is thus not proportional to the needs of the case, and including as requesting

3    documents since 2007, well before the claims and defenses in this case arose. Defendant

4    objects to this Request as seeking documents that are not relevant to the claim or defense

5    of any party. Defendant objects to this Request as the intrusion into the privacy of third

6    parties far outweighs the probative value of the requested information.

7         Subject to and without waiving the foregoing objections, Defendant responds as

8    follows: Upon authorization from the Chinese government, Defendant will produce non-

9    privileged responsive documents in its possession, custody, or control, if any, that are

10   located after a reasonable search within a reasonable timeframe commensurate with the

11   Request; Defendant reserves the right to supplement its response to this Request.

12        Defendant refers to OnlineNIC for initial production, as that entity is not prohibited

13   from producing documents under Chinese data security and privacy laws.

14

15   **REQUEST NO. 98:**

16        DOCUMENTS reflecting all payments made by DOMAIN ID SHIELD to 35.CN since

17   2007.

18   **RESPONSE TO REQUEST NO. 98:**

19        Defendant objects to this Request because Chinese law requires application of the

20   Hague Convention and authorization from the Chinese government. Defendant objects to

21   this Request as overbroad and unduly burdensome, including as it requests "all payments"

22   and is thus not proportional to the needs of the case, and including as requesting

23   documents since 2007, well before the claims and defenses in this case arose. Defendant

24   objects to this Request as seeking documents that are not relevant to the claim or defense

25   of any party. Defendant objects to this Request as the intrusion into the privacy of third

26   parties far outweighs the probative value of the requested information.

27        Subject to and without waiving the foregoing objections, Defendant responds as

28   follows: Upon authorization from the Chinese government, Defendant will produce non-

**DEFENDANT'S AMENDED RESPONSES TO**
                                                        **PLAINTIFFS' FIRST SET OF RFPS**

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1  privileged responsive documents in its possession, custody, or control, if any, that are

2  located after a reasonable search within a reasonable timeframe commensurate with the

3  Request; Defendant reserves the right to supplement its response to this Request. At this

4  time, Defendant is not aware of any responsive documents.

5

6  **REQUEST NO. 99:**

7  DOCUMENTS reflecting all payments made by 35.CN to or on behalf of

8  ONLINENIC since 2007.

9  **RESPONSE TO REQUEST NO. 99:**

10  Defendant objects to this Request because Chinese law requires application of the

11  Hague Convention and authorization from the Chinese government. Defendant objects to

12  this Request as overbroad and unduly burdensome, including as it requests "all payments"

13  and is thus not proportional to the needs of the case, and including as requesting

14  documents since 2007, well before the claims and defenses in this case arose. Defendant

15  objects to this Request as seeking documents that are not relevant to the claim or defense

16  of any party. Defendant objects to this Request as the intrusion into the privacy of third

17  parties far outweighs the probative value of the requested information.

18  Subject to and without waiving the foregoing objections, Defendant responds as

19  follows: Upon authorization from the Chinese government, Defendant will produce non-

20  privileged responsive documents in its possession, custody, or control, if any, that are

21  located after a reasonable search within a reasonable timeframe commensurate with the

22  Request; Defendant reserves the right to supplement its response to this Request.

23  Defendant refers to OnlineNIC for initial production, as that entity is not prohibited

24  from producing documents under Chinese data security and privacy laws.

25

26  **REQUEST NO. 100:**

27  DOCUMENTS reflecting all payments made by 35.CN to or on behalf of DOMAIN

28  ID SHIELD since 2007.

**DEFENDANT'S AMENDED RESPONSES TO
PLAINTIFFS' FIRST SET OF RFPS**

1    **RESPONSE TO REQUEST NO. 100:**

2         Defendant objects to this Request because Chinese law requires application of the

3    Hague Convention and authorization from the Chinese government. Defendant objects to

4    this Request as overbroad and unduly burdensome, including as it requests "all payments"

5    and is thus not proportional to the needs of the case, and including as requesting

6    documents since 2007, well before the claims and defenses in this case arose. Defendant

7    objects to this Request as seeking documents that are not relevant to the claim or defense

8    of any party. Defendant objects to this Request as the intrusion into the privacy of third

9    parties far outweighs the probative value of the requested information.

10        Subject to and without waiving the foregoing objections, Defendant responds as

11   follows: Upon authorization from the Chinese government, Defendant will produce non-

12   privileged responsive documents in its possession, custody, or control, if any, that are

13   located after a reasonable search within a reasonable timeframe commensurate with the

14   Request; Defendant reserves the right to supplement its response to this Request. At this

15   time, Defendant is not aware of any responsive documents.

16

17   **REQUEST NO. 101:**

18        DOCUMENTS reflecting all payments made by officers and/or directors of 35.CN to

19   or on behalf of ONLINENIC since 2007.

20   **RESPONSE TO REQUEST NO. 101:**

21        Defendant objects to this Request because Chinese law requires application of the

22   Hague Convention and authorization from the Chinese government. Defendant objects to

23   this Request as overbroad and unduly burdensome, including as it requests "all payments"

24   and is thus not proportional to the needs of the case, and including as requesting

25   documents since 2007, well before the claims and defenses in this case arose. Defendant

26   objects to this Request as seeking documents that are not relevant to the claim or defense

27   of any party. Defendant objects to this Request as the intrusion into the privacy of third

28   parties far outweighs the probative value of the requested information.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    Subject to and without waiving the foregoing objections, Defendant responds as

2   follows: Upon authorization from the Chinese government, Defendant will produce non-

3   privileged responsive documents in its possession, custody, or control, if any, that are

4   located after a reasonable search within a reasonable timeframe commensurate with the

5   Request; Defendant reserves the right to supplement its response to this Request. At this

6   time, Defendant is not aware of any responsive documents.

7

8   **REQUEST NO. 102:**

9    DOCUMENTS reflecting all payments made by officers and/or directors of 35.CN to

10  or on behalf of DOMAIN ID SHIELD since 2007.

11  **RESPONSE TO REQUEST NO. 102:**

12    Defendant objects to this Request because Chinese law requires application of the

13  Hague Convention and authorization from the Chinese government. Defendant objects to

14  this Request as overbroad and unduly burdensome, including as it requests "all payments"

15  and is thus not proportional to the needs of the case, and including as requesting

16  documents since 2007, well before the claims and defenses in this case arose. Defendant

17  objects to this Request as seeking documents that are not relevant to the claim or defense

18  of any party. Defendant objects to this Request as the intrusion into the privacy of third

19  parties far outweighs the probative value of the requested information.

20    Subject to and without waiving the foregoing objections, Defendant responds as

21  follows: Upon authorization from the Chinese government, Defendant will produce non-

22  privileged responsive documents in its possession, custody, or control, if any, that are

23  located after a reasonable search within a reasonable timeframe commensurate with the

24  Request; Defendant reserves the right to supplement its response to this Request. At this

25  time, Defendant is not aware of any responsive documents.

26

27  **REQUEST NO. 103:**

28    DOCUMENTS reflecting all payments made by shareholders of 35.CN to or on

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  behalf of ONLINENIC since 2007.

2  **RESPONSE TO REQUEST NO. 103:**

3      Defendant objects to this Request because Chinese law requires application of the

4  Hague Convention and authorization from the Chinese government. Defendant objects to

5  this Request as overbroad and unduly burdensome, including as it requests "all payments"

6  and is thus not proportional to the needs of the case, and including as requesting

7  documents since 2007, well before the claims and defenses in this case arose. Defendant

8  objects to this Request as seeking documents that are not relevant to the claim or defense

9  of any party. Defendant objects to this Request as the intrusion into the privacy of third

10  parties far outweighs the probative value of the requested information.

11      Subject to and without waiving the foregoing objections, Defendant responds as

12  follows: Upon authorization from the Chinese government, Defendant will produce non-

13  privileged responsive documents in its possession, custody, or control, if any, that are

14  located after a reasonable search within a reasonable timeframe commensurate with the

15  Request; Defendant reserves the right to supplement its response to this Request. At this

16  time, Defendant is not aware of any responsive documents.

17

18  **REQUEST NO. 104:**

19      DOCUMENTS reflecting all payments made by shareholders of 35.CN to or on

20  behalf of DOMAIN ID SHIELD since 2007.

21  **RESPONSE TO REQUEST NO. 104:**

22      Defendant objects to this Request because Chinese law requires application of the

23  Hague Convention and authorization from the Chinese government. Defendant objects to

24  this Request as overbroad and unduly burdensome, including as it requests "all payments"

25  and is thus not proportional to the needs of the case, and including as requesting

26  documents since 2007, well before the claims and defenses in this case arose. Defendant

27  objects to this Request as seeking documents that are not relevant to the claim or defense

28  of any party. Defendant objects to this Request as the intrusion into the privacy of third

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1   parties far outweighs the probative value of the requested information.

2       Subject to and without waiving the foregoing objections, Defendant responds as

3   follows: Upon authorization from the Chinese government, Defendant will produce non-

4   privileged responsive documents in its possession, custody, or control, if any, that are

5   located after a reasonable search within a reasonable timeframe commensurate with the

6   Request; Defendant reserves the right to supplement its response to this Request. At this

7   time, Defendant is not aware of any responsive documents.

8

9   **REQUEST NO. 105:**

10      DOCUMENTS reflecting loans made by ONLINENIC to 35.CN since 2007.

11  **RESPONSE TO REQUEST NO. 105:**

12      Defendant objects to this Request because Chinese law requires application of the

13  Hague Convention and authorization from the Chinese government. Defendant objects to

14  this Request as overbroad and unduly burdensome, including as requesting documents

15  since 2007, well before the claims and defenses in this case arose. Defendant objects to

16  this Request as seeking documents that are not relevant to the claim or defense of any

17  party. Defendant objects to this Request as the intrusion into the privacy of third parties far

18  outweighs the probative value of the requested information.

19      Subject to and without waiving the foregoing objections, Defendant responds as

20  follows: Upon authorization from the Chinese government, Defendant will produce non-

21  privileged responsive documents in its possession, custody, or control, if any, that are

22  located after a reasonable search within a reasonable timeframe commensurate with the

23  Request; Defendant reserves the right to supplement its response to this Request.

24      Defendant refers to OnlineNIC for initial production, as that entity is not prohibited

25  from producing documents under Chinese data security and privacy laws.

26

27  **REQUEST NO. 106:**

28      DOCUMENTS reflecting loans made by DOMAIN ID SHIELD to 35.CN since 2007.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  **RESPONSE TO REQUEST NO. 106:**

2      Defendant objects to this Request because Chinese law requires application of the

3  Hague Convention and authorization from the Chinese government. Defendant objects to

4  this Request as overbroad and unduly burdensome, including as requesting documents

5  since 2007, well before the claims and defenses in this case arose. Defendant objects to

6  this Request as seeking documents that are not relevant to the claim or defense of any

7  party. Defendant objects to this Request as the intrusion into the privacy of third parties far

8  outweighs the probative value of the requested information.

9      Subject to and without waiving the foregoing objections, Defendant responds as

10  follows: Upon authorization from the Chinese government, Defendant will produce non-

11  privileged responsive documents in its possession, custody, or control, if any, that are

12  located after a reasonable search within a reasonable timeframe commensurate with the

13  Request; Defendant reserves the right to supplement its response to this Request. At this

14  time, Defendant is not aware of any responsive documents.

15

16  **REQUEST NO. 107:**

17      DOCUMENTS reflecting loans made by officers and/or directors of ONLINENIC to

18  35.CN since 2007.

19  **RESPONSE TO REQUEST NO. 107:**

20      Defendant objects to this Request because Chinese law requires application of the

21  Hague Convention and authorization from the Chinese government. Defendant objects to

22  this Request as overbroad and unduly burdensome, including as requesting documents

23  since 2007, well before the claims and defenses in this case arose. Defendant objects to

24  this Request as seeking documents that are not relevant to the claim or defense of any

25  party. Defendant objects to this Request as the intrusion into the privacy of third parties far

26  outweighs the probative value of the requested information.

27      Subject to and without waiving the foregoing objections, Defendant responds as

28  follows: Upon authorization from the Chinese government, Defendant will produce non-

69                   **DEFENDANT'S AMENDED RESPONSES TO**
                                                                                                    **PLAINTIFFS' FIRST SET OF RFPS**

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1  privileged responsive documents in its possession, custody, or control, if any, that are

2  located after a reasonable search within a reasonable timeframe commensurate with the

3  Request; Defendant reserves the right to supplement its response to this Request. At this

4  time, Defendant is not aware of any responsive documents.

5

6  **REQUEST NO. 108:**

7      DOCUMENTS reflecting loans made by officers and/or directors of DOMAIN ID

8  SHIELD to 35.CN since 2007.

9  **RESPONSE TO REQUEST NO. 108:**

10     Defendant objects to this Request because Chinese law requires application of the

11  Hague Convention and authorization from the Chinese government. Defendant objects to

12  this Request as overbroad and unduly burdensome, including as requesting documents

13  since 2007, well before the claims and defenses in this case arose. Defendant objects to

14  this Request as seeking documents that are not relevant to the claim or defense of any

15  party. Defendant objects to this Request as the intrusion into the privacy of third parties far

16  outweighs the probative value of the requested information.

17     Subject to and without waiving the foregoing objections, Defendant responds as

18  follows: Upon authorization from the Chinese government, Defendant will produce non-

19  privileged responsive documents in its possession, custody, or control, if any, that are

20  located after a reasonable search within a reasonable timeframe commensurate with the

21  Request; Defendant reserves the right to supplement its response to this Request. At this

22  time, Defendant is not aware of any responsive documents.

23

24  **REQUEST NO. 109:**

25     DOCUMENTS reflecting loans made by 35.CN to ONLINENIC since 2007.

26  **RESPONSE TO REQUEST NO. 109:**

27     Defendant objects to this Request because Chinese law requires application of the

28  Hague Convention and authorization from the Chinese government. Defendant objects to

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  this Request as overbroad and unduly burdensome, including as requesting documents

2  since 2007, well before the claims and defenses in this case arose. Defendant objects to

3  this Request as seeking documents that are not relevant to the claim or defense of any

4  party. Defendant objects to this Request as the intrusion into the privacy of third parties far

5  outweighs the probative value of the requested information.

6      Subject to and without waiving the foregoing objections, Defendant responds as

7  follows: Upon authorization from the Chinese government, Defendant will produce non-

8  privileged responsive documents in its possession, custody, or control, if any, that are

9  located after a reasonable search within a reasonable timeframe commensurate with the

10  Request; Defendant reserves the right to supplement its response to this Request. At this

11  time, Defendant is not aware of any responsive documents.

12

13  **REQUEST NO. 110:**

14      DOCUMENTS reflecting loans made by 35.CN to DOMAIN ID SHIELD since 2007.

15  **RESPONSE TO REQUEST NO. 110:**

16      Defendant objects to this Request because Chinese law requires application of the

17  Hague Convention and authorization from the Chinese government. Defendant objects to

18  this Request as overbroad and unduly burdensome, including as requesting documents

19  since 2007, well before the claims and defenses in this case arose. Defendant objects to

20  this Request as seeking documents that are not relevant to the claim or defense of any

21  party. Defendant objects to this Request as the intrusion into the privacy of third parties far

22  outweighs the probative value of the requested information.

23      Subject to and without waiving the foregoing objections, Defendant responds as

24  follows: Upon authorization from the Chinese government, Defendant will produce non-

25  privileged responsive documents in its possession, custody, or control, if any, that are

26  located after a reasonable search within a reasonable timeframe commensurate with the

27  Request; Defendant reserves the right to supplement its response to this Request. At this

28  time, Defendant is not aware of any responsive documents.

71    **DEFENDANT'S AMENDED RESPONSES TO PLAINTIFFS' FIRST SET OF RFPS**

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

**REQUEST NO. 111:**

DOCUMENTS reflecting loans made by officers and/or directors of 35.CN to ONLINENIC since 2007.

**RESPONSE TO REQUEST NO. 111:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome, including as requesting documents since 2007, well before the claims and defenses in this case arose. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request. At this time, Defendant is not aware of any responsive documents.

**REQUEST NO. 112:**

DOCUMENTS reflecting loans made by officers and/or directors of 35.CN to DOMAIN ID SHIELD since 2007.

**RESPONSE TO REQUEST NO. 112:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome, including as requesting documents since 2007, well before the claims and defenses in this case arose. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any

72

1  party. Defendant objects to this Request as the intrusion into the privacy of third parties far

2  outweighs the probative value of the requested information.

3      Subject to and without waiving the foregoing objections, Defendant responds as

4  follows: Upon authorization from the Chinese government, Defendant will produce non-

5  privileged responsive documents in its possession, custody, or control, if any, that are

6  located after a reasonable search within a reasonable timeframe commensurate with the

7  Request; Defendant reserves the right to supplement its response to this Request. At this

8  time, Defendant is not aware of any responsive documents.

9

10  **REQUEST NO. 113:**

11      DOCUMENTS reflecting loans made by shareholders of 35.CN to ONLINENIC

12  since 2007.

13  **RESPONSE TO REQUEST NO. 113:**

14      Defendant objects to this Request because Chinese law requires application of the

15  Hague Convention and authorization from the Chinese government. Defendant objects to

16  this Request as overbroad and unduly burdensome, including as requesting documents

17  since 2007, well before the claims and defenses in this case arose. Defendant objects to

18  this Request as seeking documents that are not relevant to the claim or defense of any

19  party. Defendant objects to this Request as the intrusion into the privacy of third parties far

20  outweighs the probative value of the requested information.

21      Subject to and without waiving the foregoing objections, Defendant responds as

22  follows: Upon authorization from the Chinese government, Defendant will produce non-

23  privileged responsive documents in its possession, custody, or control, if any, that are

24  located after a reasonable search within a reasonable timeframe commensurate with the

25  Request; Defendant reserves the right to supplement its response to this Request. At this

26  time, Defendant is not aware of any responsive documents.

27

28  //

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1  **REQUEST NO. 114:**

2      DOCUMENTS reflecting loans made by shareholders of 35.CN to DOMAIN ID

3  SHIELD since 2007.

4  **RESPONSE TO REQUEST NO. 114:**

5      Defendant objects to this Request because Chinese law requires application of the

6  Hague Convention and authorization from the Chinese government. Defendant objects to

7  this Request as overbroad and unduly burdensome, including as requesting documents

8  since 2007, well before the claims and defenses in this case arose. Defendant objects to

9  this Request as seeking documents that are not relevant to the claim or defense of any

10 party. Defendant objects to this Request as the intrusion into the privacy of third parties far

11 outweighs the probative value of the requested information.

12     Subject to and without waiving the foregoing objections, Defendant responds as

13 follows: Upon authorization from the Chinese government, Defendant will produce non-

14 privileged responsive documents in its possession, custody, or control, if any, that are

15 located after a reasonable search within a reasonable timeframe commensurate with the

16 Request; Defendant reserves the right to supplement its response to this Request. At this

17 time, Defendant is not aware of any responsive documents.

18

19 **REQUEST NO. 115:**

20     DOCUMENTS reflecting investments made by 35.CN to ONLINENIC since 2007.

21 **RESPONSE TO REQUEST NO. 115:**

22     Defendant objects to this Request because Chinese law requires application of the

23 Hague Convention and authorization from the Chinese government. Defendant objects to

24 this Request as overbroad and unduly burdensome, including as requesting documents

25 since 2007, well before the claims and defenses in this case arose. Defendant objects to

26 this Request as seeking documents that are not relevant to the claim or defense of any

27 party. Defendant objects to this Request as the intrusion into the privacy of third parties far

28 outweighs the probative value of the requested information.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    Subject to and without waiving the foregoing objections, Defendant responds as

2   follows: Upon authorization from the Chinese government, Defendant will produce non-

3   privileged responsive documents in its possession, custody, or control, if any, that are

4   located after a reasonable search within a reasonable timeframe commensurate with the

5   Request; Defendant reserves the right to supplement its response to this Request. At this

6   time, Defendant is not aware of any responsive documents.

7

8   **REQUEST NO. 116:**

9    DOCUMENTS reflecting investments made by 35.CN to DOMAIN ID SHIELD since

10  2007.

11  **RESPONSE TO REQUEST NO. 116:**

12   Defendant objects to this Request because Chinese law requires application of the

13  Hague Convention and authorization from the Chinese government. Defendant objects to

14  this Request as overbroad and unduly burdensome, including as requesting documents

15  since 2007, well before the claims and defenses in this case arose. Defendant objects to

16  this Request as seeking documents that are not relevant to the claim or defense of any

17  party. Defendant objects to this Request as the intrusion into the privacy of third parties far

18  outweighs the probative value of the requested information.

19   Subject to and without waiving the foregoing objections, Defendant responds as

20  follows: Upon authorization from the Chinese government, Defendant will produce non-

21  privileged responsive documents in its possession, custody, or control, if any, that are

22  located after a reasonable search within a reasonable timeframe commensurate with the

23  Request; Defendant reserves the right to supplement its response to this Request. At this

24  time, Defendant is not aware of any responsive documents.

25

26  **REQUEST NO. 117:**

27   DOCUMENTS reflecting investments made by officers and/or directors of 35.CN to

28  ONLINENIC since 2007.

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1    **RESPONSE TO REQUEST NO. 117:**

2        Defendant objects to this Request because Chinese law requires application of the

3    Hague Convention and authorization from the Chinese government. Defendant objects to

4    this Request as overbroad and unduly burdensome, including as requesting documents

5    since 2007, well before the claims and defenses in this case arose. Defendant objects to

6    this Request as seeking documents that are not relevant to the claim or defense of any

7    party. Defendant objects to this Request as the intrusion into the privacy of third parties far

8    outweighs the probative value of the requested information.

9        Subject to and without waiving the foregoing objections, Defendant responds as

10   follows: Upon authorization from the Chinese government, Defendant will produce non-

11   privileged responsive documents in its possession, custody, or control, if any, that are

12   located after a reasonable search within a reasonable timeframe commensurate with the

13   Request; Defendant reserves the right to supplement its response to this Request. At this

14   time, Defendant is not aware of any responsive documents.

15

16   **REQUEST NO. 118:**

17       DOCUMENTS reflecting investments made by officers and/or directors of 35.CN to

18   DOMAIN ID SHIELD since 2007.

19   **RESPONSE TO REQUEST NO. 118:**

20       Defendant objects to this Request because Chinese law requires application of the

21   Hague Convention and authorization from the Chinese government. Defendant objects to

22   this Request as overbroad and unduly burdensome, including as requesting documents

23   since 2007, well before the claims and defenses in this case arose. Defendant objects to

24   this Request as seeking documents that are not relevant to the claim or defense of any

25   party. Defendant objects to this Request as the intrusion into the privacy of third parties far

26   outweighs the probative value of the requested information.

27       Subject to and without waiving the foregoing objections, Defendant responds as

28   follows: Upon authorization from the Chinese government, Defendant will produce non-

76   **DEFENDANT'S AMENDED RESPONSES TO PLAINTIFFS' FIRST SET OF RFPS**

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1  privileged responsive documents in its possession, custody, or control, if any, that are

2  located after a reasonable search within a reasonable timeframe commensurate with the

3  Request; Defendant reserves the right to supplement its response to this Request. At this

4  time, Defendant is not aware of any responsive documents.

5

6  **REQUEST NO. 119:**

7      DOCUMENTS reflecting investments made by shareholders of 35.CN to

8  ONLINENIC since 2007.

9  **RESPONSE TO REQUEST NO. 119:**

10     Defendant objects to this Request because Chinese law requires application of the

11 Hague Convention and authorization from the Chinese government. Defendant objects to

12 this Request as overbroad and unduly burdensome, including as requesting documents

13 since 2007, well before the claims and defenses in this case arose. Defendant objects to

14 this Request as seeking documents that are not relevant to the claim or defense of any

15 party. Defendant objects to this Request as the intrusion into the privacy of third parties far

16 outweighs the probative value of the requested information.

17     Subject to and without waiving the foregoing objections, Defendant responds as

18 follows: Upon authorization from the Chinese government, Defendant will produce non-

19 privileged responsive documents in its possession, custody, or control, if any, that are

20 located after a reasonable search within a reasonable timeframe commensurate with the

21 Request; Defendant reserves the right to supplement its response to this Request. At this

22 time, Defendant is not aware of any responsive documents.

23

24 **REQUEST NO. 120:**

25     DOCUMENTS reflecting investments made by shareholders of 35.CN to DOMAIN

26 ID SHIELD since 2007.

27 **RESPONSE TO REQUEST NO. 120:**

28     Defendant objects to this Request because Chinese law requires application of the

77                    **DEFENDANT'S AMENDED RESPONSES TO
                                                                                   PLAINTIFFS' FIRST SET OF RFPS**

Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome, including as requesting documents since 2007, well before the claims and defenses in this case arose. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request. At this time, Defendant is not aware of any responsive documents.

**REQUEST NO. 121:**

DOCUMENTS reflecting all payments made by 35.CN to Rex Liu since 2007.

**RESPONSE TO REQUEST NO. 121:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome, including as requesting documents since 2007, well before the claims and defenses in this case arose. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request. At this

78

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1    time, Defendant is not aware of any responsive documents.

2

3    **REQUEST NO. 122:**

4    DOCUMENTS reflecting all payments made by officers and/or directors of 35.CN to

5    Rex Liu since 2007.

6    **RESPONSE TO REQUEST NO. 122:**

7    Defendant objects to this Request because Chinese law requires application of the

8    Hague Convention and authorization from the Chinese government. Defendant objects to

9    this Request as overbroad and unduly burdensome, including as requesting documents

10   since 2007, well before the claims and defenses in this case arose. Defendant objects to

11   this Request as seeking documents that are not relevant to the claim or defense of any

12   party. Defendant objects to this Request as the intrusion into the privacy of third parties far

13   outweighs the probative value of the requested information.

14   Subject to and without waiving the foregoing objections, Defendant responds as

15   follows: Upon authorization from the Chinese government, Defendant will produce non-

16   privileged responsive documents in its possession, custody, or control, if any, that are

17   located after a reasonable search within a reasonable timeframe commensurate with the

18   Request; Defendant reserves the right to supplement its response to this Request. At this

19   time, Defendant is not aware of any responsive documents.

20

21   **REQUEST NO. 123:**

22   DOCUMENTS reflecting all payments made by shareholders of 35.CN to Rex Liu

23   since 2007.

24   **RESPONSE TO REQUEST NO. 123:**

25   Defendant objects to this Request because Chinese law requires application of the

26   Hague Convention and authorization from the Chinese government. Defendant objects to

27   this Request as overbroad and unduly burdensome, including as requesting documents

28   since 2007, well before the claims and defenses in this case arose. Defendant objects to

1  this Request as seeking documents that are not relevant to the claim or defense of any

2  party. Defendant objects to this Request as the intrusion into the privacy of third parties far

3  outweighs the probative value of the requested information.

4      Subject to and without waiving the foregoing objections, Defendant responds as

5  follows: Upon authorization from the Chinese government, Defendant will produce non-

6  privileged responsive documents in its possession, custody, or control, if any, that are

7  located after a reasonable search within a reasonable timeframe commensurate with the

8  Request; Defendant reserves the right to supplement its response to this Request. At this

9  time, Defendant is not aware of any responsive documents.

10

11  **REQUEST NO. 124:**

12      DOCUMENTS reflecting all payments made by ONLINENIC and DOMAIN ID

13  SHIELD to GONG since 2007.

14  **RESPONSE TO REQUEST NO. 124:**

15      Defendant objects to this Request because Chinese law requires application of the

16  Hague Convention and authorization from the Chinese government. Defendant objects to

17  this Request as overbroad and unduly burdensome, including as requesting documents

18  since 2007, well before the claims and defenses in this case arose. Defendant objects to

19  this Request as seeking documents that are not relevant to the claim or defense of any

20  party. Defendant objects to this Request as the intrusion into the privacy of third parties far

21  outweighs the probative value of the requested information.

22      Subject to and without waiving the foregoing objections, Defendant responds as

23  follows: Upon authorization from the Chinese government, Defendant will produce non-

24  privileged responsive documents in its possession, custody, or control, if any, that are

25  located after a reasonable search within a reasonable timeframe commensurate with the

26  Request; Defendant reserves the right to supplement its response to this Request.

27      Defendant refers to OnlineNIC for initial production, as that entity is not prohibited

28  from producing documents under Chinese data security and privacy laws.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1

**REQUEST NO. 125:**

DOCUMENTS reflecting all payments made by GONG to or on behalf of ONLINENIC and DOMAIN ID SHIELD since 2007.

**RESPONSE TO REQUEST NO. 125:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome, including as requesting documents since 2007, well before the claims and defenses in this case arose. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request. At this time, Defendant is not aware of any responsive documents.


**REQUEST NO. 126:**

DOCUMENTS reflecting loans made by ONLINENIC and DOMAIN ID SHIELD to GONG since 2007.

**RESPONSE TO REQUEST NO. 126:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome, including as requesting documents since 2007, well before the claims and defenses in this case arose. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  party. Defendant objects to this Request as the intrusion into the privacy of third parties far

2  outweighs the probative value of the requested information.

3      Subject to and without waiving the foregoing objections, Defendant responds as

4  follows: Upon authorization from the Chinese government, Defendant will produce non-

5  privileged responsive documents in its possession, custody, or control, if any, that are

6  located after a reasonable search within a reasonable timeframe commensurate with the

7  Request; Defendant reserves the right to supplement its response to this Request. At this

8  time, Defendant is not aware of any responsive documents.

9

10  **REQUEST NO. 127:**

11      DOCUMENTS reflecting loans made by GONG to ONLINENIC and DOMAIN ID

12  SHIELD since 2007.

13  **RESPONSE TO REQUEST NO. 127:**

14      Defendant objects to this Request because Chinese law requires application of the

15  Hague Convention and authorization from the Chinese government. Defendant objects to

16  this Request as overbroad and unduly burdensome, including as requesting documents

17  since 2007, well before the claims and defenses in this case arose. Defendant objects to

18  this Request as seeking documents that are not relevant to the claim or defense of any

19  party. Defendant objects to this Request as the intrusion into the privacy of third parties far

20  outweighs the probative value of the requested information.

21      Subject to and without waiving the foregoing objections, Defendant responds as

22  follows: Upon authorization from the Chinese government, Defendant will produce non-

23  privileged responsive documents in its possession, custody, or control, if any, that are

24  located after a reasonable search within a reasonable timeframe commensurate with the

25  Request; Defendant reserves the right to supplement its response to this Request. At this

26  time, Defendant is not aware of any responsive documents.

27

28  //

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

**REQUEST NO. 128:**

DOCUMENTS reflecting the loan by Sun Shaofeng to ONLINENIC in 2009.

**RESPONSE TO REQUEST NO. 128:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request. At this time, Defendant is not aware of any responsive documents.


**REQUEST NO. 129:**

DOCUMENTS sufficient to show why Sun Shaofeng loaned money to ONLINENIC in 2009.

**RESPONSE TO REQUEST NO. 129:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1    privileged responsive documents in its possession, custody, or control, if any, that are

2    located after a reasonable search within a reasonable timeframe commensurate with the

3    Request; Defendant reserves the right to supplement its response to this Request. At this

4    time, Defendant is not aware of any responsive documents.

5

6    **REQUEST NO. 130:**

7         Communications between Sun Shaofeng and 35.CN regarding Sun Shaofeng's

8    loan to ONLINENIC in 2009.

9    **RESPONSE TO REQUEST NO. 130:**

10        Defendant objects to this Request because Chinese law requires application of the

11   Hague Convention and authorization from the Chinese government. Defendant objects to

12   this Request as overbroad and unduly burdensome. Defendant objects to this Request as

13   seeking documents that are not relevant to the claim or defense of any party. Defendant

14   objects to this Request as the intrusion into the privacy of third parties far outweighs the

15   probative value of the requested information.

16        Subject to and without waiving the foregoing objections, Defendant responds as

17   follows: Upon authorization from the Chinese government, Defendant will produce non-

18   privileged responsive documents in its possession, custody, or control, if any, that are

19   located after a reasonable search within a reasonable timeframe commensurate with the

20   Request; Defendant reserves the right to supplement its response to this Request. At this

21   time, Defendant is not aware of any responsive documents.

22

23   **REQUEST NO. 131:**

24        Communications between Sun Shaofeng and GONG regarding Sun Shaofeng's

25   loan to ONLINENIC in 2009.

26   **RESPONSE TO REQUEST NO. 131:**

27        Defendant objects to this Request because Chinese law requires application of the

28   Hague Convention and authorization from the Chinese government. Defendant objects to

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1   this Request as overbroad and unduly burdensome. Defendant objects to this Request as

2   seeking documents that are not relevant to the claim or defense of any party. Defendant

3   objects to this Request as the intrusion into the privacy of third parties far outweighs the

4   probative value of the requested information.

5       Subject to and without waiving the foregoing objections, Defendant responds as

6   follows: Upon authorization from the Chinese government, Defendant will produce non-

7   privileged responsive documents in its possession, custody, or control, if any, that are

8   located after a reasonable search within a reasonable timeframe commensurate with the

9   Request; Defendant reserves the right to supplement its response to this Request. At this

10  time, Defendant is not aware of any responsive documents.

11

12  **REQUEST NO. 132:**

13      DOCUMENTS sufficient to show the business relationship between Sun Shaofeng

14  and 35.CN.

15  **RESPONSE TO REQUEST NO. 132:**

16      Defendant objects to this Request because Chinese law requires application of the

17  Hague Convention and authorization from the Chinese government. Defendant objects to

18  this Request as overbroad and unduly burdensome. Defendant objects to this Request as

19  seeking documents that are not relevant to the claim or defense of any party. Defendant

20  objects to this Request as the intrusion into the privacy of third parties far outweighs the

21  probative value of the requested information.

22      Subject to and without waiving the foregoing objections, Defendant responds as

23  follows: Upon authorization from the Chinese government, Defendant will produce non-

24  privileged responsive documents in its possession, custody, or control, if any, that are

25  located after a reasonable search within a reasonable timeframe commensurate with the

26  Request; Defendant reserves the right to supplement its response to this Request. At this

27  time, Defendant is not aware of any responsive documents.

28

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

**REQUEST NO. 133:**

DOCUMENTS sufficient to show the business and/or personal relationship between Sun Shaofeng and GONG.

**RESPONSE TO REQUEST NO. 133:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request. At this time, Defendant is not aware of any responsive documents.


**REQUEST NO. 134:**

DOCUMENTS sufficient to show the business and/or personal relationship between Rex Liu and GONG.

**RESPONSE TO REQUEST NO. 134:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information.

Subject to and without waiving the foregoing objections, Defendant responds as

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1  follows: Upon authorization from the Chinese government, Defendant will produce non-

2  privileged responsive documents in its possession, custody, or control, if any, that are

3  located after a reasonable search within a reasonable timeframe commensurate with the

4  Request. Discovery is ongoing. Defendant reserves the right to supplement its response

5  to this Request.

6

7  **REQUEST NO. 135:**

8      DOCUMENTS sufficient to show the business relationship between Rex Liu and

9  35.CN.

10 **RESPONSE TO REQUEST NO. 135:**

11     Defendant objects to this Request because Chinese law requires application of the

12 Hague Convention and authorization from the Chinese government. Defendant objects to

13 this Request as overbroad and unduly burdensome. Defendant objects to this Request as

14 seeking documents that are not relevant to the claim or defense of any party. Defendant

15 objects to this Request as the intrusion into the privacy of third parties far outweighs the

16 probative value of the requested information.

17     Subject to and without waiving the foregoing objections, Defendant responds as

18 follows: Upon authorization from the Chinese government, Defendant will produce non-

19 privileged responsive documents in its possession, custody, or control, if any, that are

20 located after a reasonable search within a reasonable timeframe commensurate with the

21 Request; Defendant reserves the right to supplement its response to this Request. At this

22 time, Defendant is not aware of any responsive documents.

23

24 **REQUEST NO. 136:**

25     DOCUMENTS sufficient to show the business relationship between Rex Liu and

26 ONLINENIC.

27 **RESPONSE TO REQUEST NO. 136:**

28     Defendant objects to this Request because Chinese law requires application of the

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  Hague Convention and authorization from the Chinese government. Defendant objects to

2  this Request as overbroad and unduly burdensome. Defendant objects to this Request as

3  seeking documents that are not relevant to the claim or defense of any party. Defendant

4  objects to this Request as the intrusion into the privacy of third parties far outweighs the

5  probative value of the requested information. Defendant objects to this Request to the

6  extent responsive documents are within the possession, custody, or control of Plaintiffs or

7  third parties, or are equally or more accessible to Plaintiffs than to Defendant.

8      Subject to and without waiving the foregoing objections, Defendant responds as

9  follows: Upon authorization from the Chinese government, Defendant will produce non-

10 privileged responsive documents in its possession, custody, or control, if any, that are

11 located after a reasonable search within a reasonable timeframe commensurate with the

12 Request; Defendant reserves the right to supplement its response to this Request.

13     Defendant refers to OnlineNIC for initial production, as that entity is not prohibited

14 from producing documents under Chinese data security and privacy laws.

15

16 **REQUEST NO. 137:**

17     DOCUMENTS sufficient to show the business relationship between Rex Liu and

18 DOMAIN ID SHIELD.

19 **RESPONSE TO REQUEST NO. 137:**

20     Defendant objects to this Request because Chinese law requires application of the

21 Hague Convention and authorization from the Chinese government. Defendant objects to

22 this Request as overbroad and unduly burdensome. Defendant objects to this Request as

23 seeking documents that are not relevant to the claim or defense of any party. Defendant

24 objects to this Request as the intrusion into the privacy of third parties far outweighs the

25 probative value of the requested information. Defendant objects to this Request to the

26 extent responsive documents are within the possession, custody, or control of Plaintiffs or

27 third parties, or are equally or more accessible to Plaintiffs than to Defendant.

28     Subject to and without waiving the foregoing objections, Defendant responds as

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  follows: Upon authorization from the Chinese government, Defendant will produce non-

2  privileged responsive documents in its possession, custody, or control, if any, that are

3  located after a reasonable search within a reasonable timeframe commensurate with the

4  Request; Defendant reserves the right to supplement its response to this Request. At this

5  time, Defendant is not aware of any responsive documents.

6

7  **REQUEST NO. 138:**

8  DOCUMENTS reflecting the loan by South Pacific Holdings Group to ONLINENIC

9  through Kennedy's Legal in 2019.

10  **RESPONSE TO REQUEST NO. 138:**

11  Defendant objects to this Request because Chinese law requires application of the

12  Hague Convention and authorization from the Chinese government. Defendant objects to

13  this Request as overbroad and unduly burdensome. Defendant objects to this Request as

14  seeking documents that are not relevant to the claim or defense of any party. Defendant

15  objects to this Request as the intrusion into the privacy of third parties far outweighs the

16  probative value of the requested information. Defendant objects to this Request to the

17  extent responsive documents are within the possession, custody, or control of Plaintiffs or

18  third parties, or are equally or more accessible to Plaintiffs than to Defendant.

19  Subject to and without waiving the foregoing objections, Defendant responds as

20  follows: Upon authorization from the Chinese government, Defendant will produce non-

21  privileged responsive documents in its possession, custody, or control, if any, that are

22  located after a reasonable search within a reasonable timeframe commensurate with the

23  Request; Defendant reserves the right to supplement its response to this Request. At this

24  time, Defendant is not aware of any responsive documents.

25

26  **REQUEST NO. 139:**

27  DOCUMENTS sufficient to show why South Pacific Holdings Group loaned money

28  to ONLINENIC through Kennedy's Legal in 2019.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

**RESPONSE TO REQUEST NO. 139:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information. Defendant objects to this Request to the extent responsive documents are within the possession, custody, or control of Plaintiffs or third parties, or are equally or more accessible to Plaintiffs than to Defendant.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request. At this time, Defendant is not aware of any responsive documents.

**REQUEST NO. 140:**

DOCUMENTS sufficient to IDENTIFY the members of South Pacific Holdings Group in 2019.

**RESPONSE TO REQUEST NO. 140:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information. Defendant objects to this Request to the extent responsive documents are within the possession, custody, or control of Plaintiffs or third parties, or are equally or more accessible to Plaintiffs than to Defendant.

DEFENDANT'S AMENDED RESPONSES TO
PLAINTIFFS' FIRST SET OF RFPS

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request. At this time, Defendant is not aware of any responsive documents.

**REQUEST NO. 141:**

Communications between South Pacific Holdings Group and 35.CN regarding South Pacific Holdings Group's loan to ONLINENIC through Kennedy's Legal in 2019.

**RESPONSE TO REQUEST NO. 141:**

Defendant objects to this Request because Chinese law requires application of the Hague Convention and authorization from the Chinese government. Defendant objects to this Request as overbroad and unduly burdensome. Defendant objects to this Request as seeking documents that are not relevant to the claim or defense of any party. Defendant objects to this Request as the intrusion into the privacy of third parties far outweighs the probative value of the requested information. Defendant objects to this Request to the extent responsive documents are within the possession, custody, or control of Plaintiffs or third parties, or are equally or more accessible to Plaintiffs than to Defendant.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Upon authorization from the Chinese government, Defendant will produce non-privileged responsive documents in its possession, custody, or control, if any, that are located after a reasonable search within a reasonable timeframe commensurate with the Request; Defendant reserves the right to supplement its response to this Request. At this time, Defendant is not aware of any responsive documents.

**REQUEST NO. 142:**

Communications between South Pacific Holdings Group and GONG regarding

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  South Pacific Holding Group's loan to ONLINENIC through Kennedy's Legal in 2019.

2  **RESPONSE TO REQUEST NO. 142:**

3      Defendant objects to this Request because Chinese law requires application of the

4  Hague Convention and authorization from the Chinese government. Defendant objects to

5  this Request as overbroad and unduly burdensome. Defendant objects to this Request as

6  seeking documents that are not relevant to the claim or defense of any party. Defendant

7  objects to this Request as the intrusion into the privacy of third parties far outweighs the

8  probative value of the requested information. Defendant objects to this Request to the

9  extent responsive documents are within the possession, custody, or control of Plaintiffs or

10  third parties, or are equally or more accessible to Plaintiffs than to Defendant.

11      Subject to and without waiving the foregoing objections, Defendant responds as

12  follows: Upon authorization from the Chinese government, Defendant will produce non-

13  privileged responsive documents in its possession, custody, or control, if any, that are

14  located after a reasonable search within a reasonable timeframe commensurate with the

15  Request; Defendant reserves the right to supplement its response to this Request. At this

16  time, Defendant is not aware of any responsive documents.

17

18  **REQUEST NO. 143:**

19      DOCUMENTS sufficient to show the business relationship between South Pacific

20  Holdings Group and 35.CN.

21  **RESPONSE TO REQUEST NO. 143:**

22      Defendant objects to this Request because Chinese law requires application of the

23  Hague Convention and authorization from the Chinese government. Defendant objects to

24  this Request as overbroad and unduly burdensome. Defendant objects to this Request as

25  seeking documents that are not relevant to the claim or defense of any party. Defendant

26  objects to this Request as the intrusion into the privacy of third parties far outweighs the

27  probative value of the requested information.

28      Subject to and without waiving the foregoing objections, Defendant responds as

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  follows: Upon authorization from the Chinese government, Defendant will produce non-
2  privileged responsive documents in its possession, custody, or control, if any, that are
3  located after a reasonable search within a reasonable timeframe commensurate with the
4  Request; Defendant reserves the right to supplement its response to this Request. At this
5  time, Defendant is not aware of any responsive documents.

6

7  **REQUEST NO. 144:**

8      DOCUMENTS sufficient to show the business relationship between South Pacific
9  Holdings Group and GONG.

10  **RESPONSE TO REQUEST NO. 144:**

11      Defendant objects to this Request because Chinese law requires application of the
12  Hague Convention and authorization from the Chinese government. Defendant objects to
13  this Request as overbroad and unduly burdensome. Defendant objects to this Request as
14  seeking documents that are not relevant to the claim or defense of any party. Defendant
15  objects to this Request as the intrusion into the privacy of third parties far outweighs the
16  probative value of the requested information. Defendant objects to this Request to the
17  extent responsive documents are within the possession, custody, or control of Plaintiffs or
18  third parties, or are equally or more accessible to Plaintiffs than to Defendant.

19      Subject to and without waiving the foregoing objections, Defendant responds as
20  follows: Upon authorization from the Chinese government, Defendant will produce non-
21  privileged responsive documents in its possession, custody, or control, if any, that are
22  located after a reasonable search within a reasonable timeframe commensurate with the
23  Request; Defendant reserves the right to supplement its response to this Request. At this
24  time, Defendant is not aware of any responsive documents.

25

26  **REQUEST NO. 145:**

27      DOCUMENTS reflecting all payments made by 35.CN to Perry Narancic since
28  2007.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

1   <u>**RESPONSE TO REQUEST NO. 145:**</u>

2       Defendant objects to this Request because Chinese law requires application of the

3   Hague Convention and authorization from the Chinese government. Defendant objects to

4   this Request as overbroad and unduly burdensome. Defendant objects to this Request as

5   seeking documents that are not relevant to the claim or defense of any party. Defendant

6   objects to this Request as the intrusion into the privacy of third parties far outweighs the

7   probative value of the requested information. Defendant objects to this Request as seeking

8   privileged and/or work product documents. Defendant will withhold documents based on

9   this objection but provide a privilege log where required.

10      Subject to and without waiving the foregoing objections, Defendant responds as

11  follows: Upon authorization from the Chinese government, Defendant will produce non-

12  privileged responsive documents in its possession, custody, or control, if any, that are

13  located after a reasonable search within a reasonable timeframe commensurate with the

14  Request; Defendant reserves the right to supplement its response to this Request. At this

15  time, Defendant is not aware of any responsive documents.

16

17  <u>**REQUEST NO. 146:**</u>

18      DOCUMENTS supporting 35.CN's responses to First Set of Interrogatories

19  propounded to 35.CN.

20  <u>**RESPONSE TO REQUEST NO. 146:**</u>

21      Defendant objects to this Request because Chinese law requires application of the

22  Hague Convention and authorization from the Chinese government. Defendant objects to

23  this Request as overbroad and unduly burdensome, including as it requests all documents

24  and is thus not proportional to the needs of the case. Defendant objects to this Request as

25  seeking privileged and/or work product documents. Defendant will withhold documents

26  based on this objection but provide a privilege log where required. Defendant objects to

27  this Request as premature as discovery and investigation are ongoing. Defendant objects

28  to this Request to the extent it seeks legal or expert conclusions or opinions.

1    Subject to and without waiving the foregoing objections, Defendant responds as

2  follows: Upon authorization from the Chinese government, Defendant will produce non-

3  privileged responsive documents in its possession, custody, or control, if any, that are

4  located after a reasonable search within a reasonable timeframe commensurate with the

5  Request. Discovery is ongoing. Defendant reserves the right to supplement its response

6  to this Request.

7

8  **REQUEST NO. 147:**

9    DOCUMENTS supporting35.CN's denial of any Request For Admission in the First

10  Set of Requests for Admission propounded to 35.CN.

11  **RESPONSE TO REQUEST NO. 147:**

12    Defendant objects to this Request because Chinese law requires application of the

13  Hague Convention and authorization from the Chinese government. Defendant objects to

14  this Request as overbroad and unduly burdensome, including as it requests all documents

15  and is thus not proportional to the needs of the case. Defendant objects to this Request as

16  seeking privileged and/or work product documents. Defendant will withhold documents

17  based on this objection but provide a privilege log where required. Defendant objects to

18  this Request as premature as discovery and investigation are ongoing. Defendant objects

19  to this Request to the extent it seeks legal or expert conclusions or opinions.

20    Subject to and without waiving the foregoing objections, Defendant responds as

21  follows: Upon authorization from the Chinese government, Defendant will produce non-

22  privileged responsive documents in its possession, custody, or control, if any, that are

23  located after a reasonable search within a reasonable timeframe commensurate with the

24  Request. Discovery is ongoing. Defendant reserves the right to supplement its response

25  to this Request.

26

27  //

28  //

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  Respectfully Submitted,

2  Dated: June 7, 2022

**KRONENBERGER ROSENFELD, LLP**

3

By: _____

4                    Karl S. Kronenberger

5  Attorneys for Defendant Xiamen 35.com
   Technology Co., Ltd.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT'S AMENDED RESPONSES TO
PLAINTIFFS' FIRST SET OF RFPS**

## CERTIFICATE OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California, 94108.

On June 7, 2022 I served the following documents:

1. **DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION**

on the parties listed below as follows:

Perry J. Narancic
pjn@lexanalytica.com
LEXANALYTICA, PC
2225 E. Bayshore Road, Suite 200
Palo Alto, CA 94303

TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
Jeffrey C. Sindelar
jeffrey.sindelar@tuckerellis.com
Helena M. Guye
helena.guye@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071

DAVIS POLK & WARDWELL LLP
Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
Micah G. Block SBN 270712
micah.block@davispolk.com
Cristina M. Rincon (Pro Hac Vice)
Cristina.rincon@davispolk.com1600
El Camino Real
Menlo Park, CA 94025

| X | BY ELECTRONIC SERVICE, to the electronic service address(es) of the persons listed above. My electronic service address is: iyah@krinternetlaw.com. |

| X | (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |

DATED:  June 7, 2022



Iyah Turminini

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108