# Exhibit 4

TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

DAVIS POLK & WARDWELL LLP
Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
Micah G. Block SBN 270712
micah.block@davispolk.com
Cristina M. Rincon *Pro Hac Vice*
cristina.rincon@davispolk.com
1600 El Camino Real
Menlo Park, CA 94025
Telephone:    650.752.2000
Facsimile:    650.752.2111

Attorneys for Plaintiff,
META PLATFORMS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| META PLATFORMS, INC. and INSTAGRAM, LLC,<br><br>              Plaintiffs,<br><br>    v.<br><br>ONLINENIC INC., DOMAIN ID SHIELD SERVICE CO., LIMITED, and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>              Defendants. | Case No. 3:19-CV-07071-SI<br><br>**PLAINTIFF META PLATFORMS, INC.'S FIRST SET OF INTERROGATORIES TO DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.**<br><br>Hon. Susan Illston |

Plaintiff Meta Platforms, Inc. (f/k/a/ Facebook, Inc.) requests that Defendant Xiamen 35.Com Internet Technology Co., Ltd. ("35.CN") provide a written response to each interrogatory, in accordance with Rule 33 of the Federal Rules of Civil Procedure within thirty days after the service of these requests.

**DEFINITIONS**

Unless specifically indicated, or otherwise required by the context in which the terms and names are used the following definitions shall apply:

A. "35.CN" shall mean Defendant Xiamen 35.Com Internet Technology Co., Ltd. a/k/a 35cn a/k/a 35.cn a/k/a 35.com.

B. "ONLINENIC" shall mean Defendant OnlineNIC Inc.

C. "DOMAIN ID SHIELD" shall mean Defendant Domain ID Shield Service Co., Limited.

D. "GONG" shall mean Shaohui Gong a/k/a Shao Hong Gong a/k/a Kevin Gong, the current or former majority shareholder of 35.CN.

E. "CARRIE YU" shall mean Hongxia Yu a/k/a Yu Hongxia a/k/a Carrie Yu a/k/a Carrie Arden.

F. "IDENTIFY" or "IDENTIFYING" shall mean provide information about a person or entity, or thing or place, including but not limited to the name, address, IP address, telephone number, email address, banking information, payment information, credit card information, and any other information about the identity of the person or entity, or the thing or place.

G. "ICANN" shall mean the Internet Corporation of Assigned Names and Numbers.

H. "RAA" shall mean the ICANN Registrar Accreditation Agreement.

**INTERROGATORIES**

**INTERROGATORY NO. 1:**

Describe in detail 35.CN's corporate structure, including but not limited to parent entities, subsidiaries, affiliates and affiliated registrars.

**INTERROGATORY NO. 2:**

Describe the business, corporate, working or other relationship between 35.CN and ONLINENIC, including the services which 35.CN performs for or on behalf of ONLINENIC, and any monetary payment which 35.CN receives for those services.

**INTERROGATORY NO. 3:**

Describe the business, corporate, working or other relationship between any entity identified in response to INTERROGATORY NO. 1 and ONLINENIC, including the services which that entity performs for or on behalf of ONLINENIC, and any monetary payment which that entity receives for those services.

**INTERROGATORY NO. 4:**

IDENTIFY all officers and directors of 35.CN for each year since 2007, and their business relationship, if any, with ONLINENIC and DOMAIN ID SHIELD.

**INTERROGATORY NO. 5:**

IDENTIFY the 20 largest shareholders of 35.CN for each year since 2007, and their business relationship, if any, with ONLINENIC and DOMAIN ID SHIELD.

**INTERROGATORY NO. 6:**

IDENTIFY all employees of 35.CN for each year since 2009 that performed work for ONLINENIC, and describe the work each of these employees performed.

**INTERROGATORY NO. 7:**

IDENTIFY all employees of 35.CN for each year since 2009 that performed work for DOMAIN ID SHIELD, and describe the work each of these employees performed.

**INTERROGATORY NO. 8:**

IDENTIFY all employees of 35.CN who were involved in, or participated in, the production of discovery or the destruction of evidence in this case as described by the Special Discovery Master's Data Destroyed or Withheld Report.

**INTERROGATORY NO. 9:**

Describe the business relationship between Sun Shaofeng and 35.CN.

**INTERROGATORY NO. 10:**

Describe the business or personal relationship between Sun Shaofeng and GONG.

**INTERROGATORY NO. 11:**

Describe the business relationship between Rex Liu and 35.CN.

**INTERROGATORY NO. 12:**

Describe the business or personal relationship between Rex Liu and GONG.

**INTERROGATORY NO. 13:**

Describe the reasons why the individuals identified as lenders of money to ONLINENIC in Exhibits 5.1 and 5.2 to the Responses Of OnlineNIC, Inc. and Domain ID Shield To Plaintiff Facebook, Inc.'s Special Court Ordered Interrogatories, attached as Exhibit 1 to these Interrogatories, loaned money to ONLINENIC, and their business or personal relationship, if any, with 35.CN and/or GONG.

**INTERROGATORY NO. 14:**

Describe the reasons why the individuals identified as payees for loans made to ONLINENIC in Exhibit 6 to the Responses Of OnlineNIC, Inc. and Domain ID Shield To Plaintiff Facebook, Inc.'s Special Court Ordered Interrogatories, attached as Exhibit 2 to these Interrogatories, were repaid on loans made by others, and their business or personal relationship, if any, with 35.CN and GONG.

**INTERROGATORY NO. 15:**

Explain in detail all payments made by ONLINENIC to 35.CN since 2007, including the date, amount and reason for the payment.

**INTERROGATORY NO. 16:**

Explain in detail all payments made by 35.CN to or on behalf of ONLINENIC since 2007, including the date, amount and reason for the payment.

**INTERROGATORY NO. 17:**

Explain in detail all payments made by DOMAIN ID SHIELD to 35.CN since 2007, including the date, amount and reason for the payment.

**INTERROGATORY NO. 18:**

Explain in detail all payments made by 35.CN to or on behalf of DOMAIN ID SHIELD since 2007, including the date, amount and reason for the payment.

DATED: February 16, 2022                              Tucker Ellis LLP


                                                     By: /s/David J. Steele
                                                         David J. Steele
                                                         Howard A. Kroll
                                                         Steven E. Lauridsen

                                                     Davis Polk & Wardwell, LLP
                                                         Ashok Ramani
                                                         Micah G. Block
                                                         Cristina M. Rincon

                                                         Attorneys for Plaintiff,
                                                         META PLATFORMS, INC.

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Tucker Ellis LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles, California 90071-2223.

On **February 16, 2022,** I served the following: **PLAINTIFF META PLATFORMS, INC.'S FIRST SET OF INTERROGATORIES TO DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.** on the interested parties in this action as follows:

| | |
|---|---|
| KRONENBERGER ROSENFELD, LLP | LEXANALYTICA, PC |
| Karl S. Kronenberger (Bar No. 226112) | Perry J. Narancic |
| karl@KRInternetLaw.com | pjn@lexanalytica.com |
| 150 Post Street, Suite 520 | 2225 E. Bayshore Road |
| San Francisco, CA 94108 | Suite 200 |
| Telephone: (415) 955-1155 | Palo Alto, CA 94303 |
| Attorneys for Defendant, | Telephone: 650.655.2800 |
| XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD. | Attorneys for Defendants, ONLINENIC, INC. and DOMAIN ID SHIELD SERVICES CO., LIMITED |

(X) **BY EMAIL:** the above-entitled document to be served electronically by email by written agreement between Plaintiffs and Defendants OnlineNIC, Inc. and Domain ID Shield Services Co., Limited.

(X) **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the below indicated day following the ordinary business practices at Tucker Ellis LLP. I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

(X) **FEDERAL:** I declare that I am a member of the bar of this Court. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **February 16, 2022**, at Los Angeles, California.

    /s/Steven E. Lauridsen
    Steven E. Lauridsen

# Exhibit 1

| year | Loaner | payment | reason of loan | note |
|---|---|---|---|---|
| | | | EXHIBIT 5.1 | |
| 2009 | Gongshao hong | 10000 | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Guanrui yun | 10000 | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Guanxiao min | 20000 | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Guoyi re | 45000 | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Guozhi min | 10000 | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Huangyi neng | 10000 | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Huangzhi yong | 45000 | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Jiangzhao yu | 30000 | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Lin cai | 35000 | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Lin lan | 20000 | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Xielin zheng | 45000 | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Xierong qin | 10000 | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Chenxue yi | 10000 | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Yucheng bing | 25000 | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Yufei fei | 25000 | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Zeng cheng | 30000 | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Zeng cheng | 15000 | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Zhangxiao dong | 10000 | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Zhengcai hong | 10000 | fund business operations | loan made to OnlineNIC registry account |
| 2009 | SUN SHAOFENG | 2349964 | Fund Verizon litigation | |
| 2009 | zhang xiaodong | 19982 | fund business operations | |
| 2009 | chen xueyi | 35000 | fund business operations | |
| 2009 | linlan | 30000 | fund business operations | |
| 2009 | guo zhemin | 30000 | fund business operations | |
| 2009 | zheng caihong | 19985 | fund business operations | |
| 2009 | huang yineng | 30000 | fund business operations | |
| 2009 | shi xiajun | 29000 | fund business operations | |
| 2009 | guan ruiyun | 29982 | fund business operations | |
| 2009 | INTRA | 160000 | fund business operations | |
| 2009 | INTRA | 4234.75 | fund business operations | |
| 2010 | Guanxiao min | 10000 | fund business operations | loan made to OnlineNIC registry account |
| 2010 | Caimin ru | 45000 | fund business operations | loan made to OnlineNIC registry account |
| 2010 | Jiangli | 45000 | fund business operations | loan made to OnlineNIC registry account |
| 2010 | Linyue jiao | 14224.5 | fund business operations | |
| 2010 | Zhangxiao dong | 40000 | fund business operations | |
| 2010 | Sixia jun | 45000 | fund business operations | loan made to OnlineNIC registry account |
| 2010 | Zhengcai hong | 45000 | fund business operations | loan made to OnlineNIC registry account |
| 2011 | Huangzheng xing | 40000 | fund business operations | |
| 2011 | Jiangzhao yu | 43273.19 | fund business operations | |
| 2011 | Tonggui hua | 18041.32 | fund business operations | |
| 2011 | Zhongyong chen | 46500 | fund business operations | loan made to OnlineNIC registry account |
| 2011 | Chenming zhao | 43500 | fund business operations | loan made to OnlineNIC registry account |
| 2011 | Jiangli | 45000 | fund business operations | loan made to OnlineNIC registry account |
| 2011 | Linyue jiao | 45000 | fund business operations | loan made to OnlineNIC registry account |
| 2011 | Caimin ru | 46500 | fund business operations | loan made to OnlineNIC registry account |
| 2011 | Zhangxiao dong | 48500 | fund business operations | loan made to OnlineNIC registry account |
| 6/4/2019 | KENNEDYS LEGAL | 534275.67 | fund business operations | See Note below |
| 5/31/2019 | KENNEDYS LEGAL | 3156692.1 | fund business operations | See Note below |

Due to China's foreign currency control policy, individual lenders could not transer funds to OnlineNIC in the US.

CONFIDENTIAL

These loans were made by these individuals through a conduit, through Kennedy Legal. See Exhibit 5.2 for list of individual lenders

CONFIDENTIAL

EXIBIT 5.2

| Lender | Amount |
|---|---:|
| South Pacific Holdings group | 300,000.00 |
| South Pacific Holdings group | 500,000.00 |
| Tianjing li | 50,000.00 |
| south Pacific Holdings group | 200,000.00 |
| Golden Merge | 200,000.00 |
| Golden Merge | 200,000.00 |
| AN HJIASHENG | 100,000.00 |
| RUI CHEN | 200,000.00 |
| AN JIASHENG | 100,000.00 |
| RUI CHEN | 200,000.00 |
| ZEYOU QIU | 200,000.00 |
| Top World Holdings | 28,951.00 |
| RUI CHEN | 355,500.00 |
| SIJIA CHEN | 300,000.00 |
| SGD5304.06 | 3,925.00 |
| Qiubao yu | 7,300.00 |
| YANG LIU QING | 40,000.00 |
| LIFENG | 50,000.00 |
| TMF Services(china) Co,.LTD | 1,244.18 |
| Dror Yizhak & Co Law company | 1,244.18 |
| Dror Yizhak & Co Law company | 17,550.00 |
| WU JIANXIA | 50,000.00 |
| Oriental Tycoon Investments Limite | 7,575.00 |
| Oriental Tycoon Investments Limite | 35,556.00 |

CONFIDENTIAL

# Exhibit 2

| EXHIBIT 6 |
|---|---|---|---|---|---|
| year | month | day | payee | payment | notes |
| 2011 | 10 | 14 | MINXI HK | 800000 | Collection of SUN SHAOFENG loans |
| 2011 | | | | 54330.21 | Can't find details |
| 2011 | 10 | 11 | zhangxiaodong | 49000 | Repay the 2009&2011 loan |
| 2011 | 10 | 11 | zhengcaihong | 48000 | Repay the 2009 loan |
| 2011 | 10 | 11 | Linlan | 47000 | Repay the 2009 loan |
| 2011 | 10 | 11 | Huangzhiyong | 45000 | Repay the 2009 loan |
| 2011 | 10 | 11 | Guanruiyun | 39982 | Repay the 2009 loan |
| 2011 | 10 | 11 | Tonguihua | 18041.32 | Repay the 2011 loan |
| 2011 | 10 | 11 | Gongshaohong | 10000 | Repay the 2009 loan |
| 2011 | 9 | 20 | xueyichen | 45000 | Repay the 2009 loan |
| 2011 | 9 | 20 | Jiangzhaoyu | 40000 | Repay the 2011 loan |
| 2013 | 3 | 14 | Intra | 5000 | Pay back to Intra for the money borrowed |
| 2013 | | | | 671 | Can't find details |
| 2014 | 8 | 22 | Luo, Ding Ding | 50000 | Collection of SUN SHAOFENG loans |
| 2014 | 8 | 22 | Liu, Jia Yi | 50000 | Collection of SUN SHAOFENG loans |
| 2014 | 8 | 22 | Luo, Liang Liang | 50000 | Collection of SUN SHAOFENG loans |
| 2014 | 8 | 22 | Liu, Miao Fu | 50000 | Collection of SUN SHAOFENG loans |
| 2014 | 8 | 22 | Yang, Xiao Ping | 50000 | Collection of SUN SHAOFENG loans |
| 2014 | 12 | 4 | Intra | 3300 | Pay back to Intra for the money borrowed |
| 2014 | 9 | 15 | Intra | 2727.04 | Pay back to Intra for the money borrowed |
| 2014 | 1 | 6 | Intra | 1800 | Pay back to Intra for the money borrowed |
| 2015 | 10 | 9 | Luo ganggang | 80000 | Collection of Lincai's 35000 in 2009, Xie LingZheng's 45000 in 2009. |
| 2015 | 9 | 17 | Luo ganggang | 80000 | Collection of Zeng Cheng loans of 45000 in 2009, Shi Xiajun's 35000 in 2009 |
| 2015 | 8 | 18 | can not find the detail | 30000 | can not find the detail |
| 2015 | 4 | 16 | Intra | 1200 | Pay back to Intra for the money borrowed |
| 2015 | 1 | 12 | MR DL COOKE | 12105.8 | Collection of linyuejiao loans of 12105.8 in 2009 |
| 2016 | 6 | 1 | Yong Jing Zou | 60000 | Repay Jiang Li's loan of 45,000 in 2010 and 15,000 in 2011 |
| 2016 | 4 | 7 | Hong, Wenbin | 46432 | Collection of SUN SHAOFENG loans |
| 2016 | 4 | 5 | zhangxiaodong | 40000 | Pay back for the loans of 19,982 borrowed in 2009,  10,518 borrowed in 2010, 9500 borrowed in 2011 |
| 2016 | 4 | 5 | jiangzhaoyu | 33273.19 | Pay back to this people for the money borrowed, 30000 in 2009, 3273.19 in 2011 |
| 2016 | 4 | 5 | zhengcaihong | 26985 | Pay back for the loans of 19985 borrowed in 2009,  10,518 borrowed in 2010, 7000borrowed in 2010 |
| 2016 | 9 | 15 | huangzhenxing | 15385 | Pay back for money borrowed in 2011 |
| 2016 | 8 | 8 | dengyingqi | 50000 | Collection of SUN SHAOFENG loans in 2009 |
| 2016 | 8 | 8 | hanyueguang | 50000 | Collection of SUN SHAOFENG loans in 2009 |
| 2016 | 8 | 8 | zhangmin | 50000 | Collection of SUN SHAOFENG loans in 2009 |
| 2016 | 9 | 27 | Intra | 250 | Pay back to Intra for the money borrowed |
| 2016 | 12 | 9 | GOOGLE | 416.21 | |
| 2016 | 11 | 14 | GOOGLE | 200 | |
| 2016 | 11 | 7 | GOOGLE | 56.5 | |
| 2016 | 11 | 4 | GOOGLE | 56.5 | |
| 2016 | 11 | 4 | GOOGLE | 56.5 | |
| 2016 | 11 | 4 | GOOGLE | 56.5 | |
| 2017 | 4 | 18 | huangzhenxing | 29562.63 | Pay back for the loans of 24615 borrowed in 2011, collection of Linyuejiao loans 4947.3 |
| 2017 | 10 | 20 | Linda Liu | 20000 | Collection of Guozhimin loans of 10000 in 2009, Huangyineng loans of 10000 in 2009 |
| 2018 | 2 | 14 | huangzhenxing | 48786 | Collection of Caiminru loans of 45000 in 2010, loans of 3786 in 2011 |
| 2018 | 11 | 26 | WUJIANXIA | 50000 | Collection of SUN SHAOFENG loans in 2009 |
| 2018 | 8 | 17 | Tou Ka Hang | 60000 | Collection of SUN SHAOFENG loans in 2009 |
| 2018 | 6 | 7 | RUAN HUANG | 50000 | Collection of SUN SHAOFENG loans in 2009 |
| 2018 | 1 | 16 | GONG SHAO HUI | 50000 | Collection of SUN SHAOFENG loans in 2009 |
| 2018 | 2 | 5 | Rex Liu | 80000 | Collection of guozhimin loans of 30000 in 2009, Huangyineng loans of 30000 in 2009, Shixiajun loans of 20000 in 2009 |
| 2019 | 12 | 30 | South Pacific Holdings group | 300000 | Collection of KENNEDYS LEGAL loans in 2009 |
| 2019 | 12 | 12 | South Pacific Holdings group | 500000 | Collection of KENNEDYS LEGAL loans in 2009 |
| 2019 | 12 | 2 | Tianjing li | 50000 | Collection of KENNEDYS LEGAL loans in 2009 |
| 2019 | 11 | 25 | south Pacific Holdings group | 200000 | Collection of KENNEDYS LEGAL loans in 2009 |
| 2019 | 10 | 23 | Golden Merge | 200000 | Collection of KENNEDYS LEGAL loans in 2009 |
| 2019 | 10 | 21 | Golden Merge | 200000 | Collection of KENNEDYS LEGAL loans in 2009 |
| 2019 | 10 | 21 | AN HJIASHENG | 100000 | Collection of KENNEDYS LEGAL loans in 2009 |
| 2019 | 9 | 3 | RUI  CHEN | 200000 | Collection of KENNEDYS LEGAL loans in 2009 |
| 2019 | 8 | 28 | AN JIASHENG | 100000 | Collection of KENNEDYS LEGAL loans in 2009 |
| 2019 | 8 | 22 | Rex Liu | 30000 | Collection of Jiangli loans 30000 in 2011 |
| 2019 | 8 | 22 | can not find the detail | 20000 | can not find the detail |
| 2019 | 8 | 20 | RUI  CHEN | 200000 | Collection of KENNEDYS LEGAL loans in 2009 |
| 2019 | 8 | 2 | ZEYOU QIU | 200000 | Collection of KENNEDYS LEGAL loans in 2009 |
| 2019 | 7 | 12 | Top World Holdings | 28951 | Collection of KENNEDYS LEGAL loans in 2009 |
| 2019 | 7 | 1 | RUI  CHEN | 355500 | Collection of KENNEDYS LEGAL loans in 2009 |

CONFIDENTIAL