# Exhibit 10

TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:      213.430.3400
Facsimile:      213.430.3409

DAVIS POLK & WARDWELL LLP
Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
Micah G. Block SBN 270712
micah.block@davispolk.com
Cristina M. Rincon (*Pro Hac Vice*)
cristina.rincon@davispolk.com
1600 El Camino Real
Menlo Park, CA 94025
Telephone:      650.752.2000
Facsimile:      650.752.2111

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.) and
INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC., et al.,

          Plaintiffs,

     v.

ONLINENIC INC., et al.,

          Defendants.

Case No. 3:19-cv-07071-SI

**DECLARATION OF LEGAL EXPERT JONATHAN (YONG) LIANG REGARDING ISSUES OF CHINESE LAW RAISED BY DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.**

**Related Dkt. 237 Order of Reference to Magistrate Judge for Discovery**

Hon. Alex G. Tse

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

I, Jonathan (Yong) LIANG, declare and state as follows:

1.  I am a People's Republic of China ("PRC")-licensed lawyer at Fujian Fidelity (Shanghai) Law Firm (address: 22nd Floor, Hang Seng Bank Tower, 1000 Lujiazui Ring Road, Pudong New Area, Shanghai 200120, P.R. China). I started to practice law in the year 2004, and my license number is 13101200410556309.

2.  I graduated from Tianjin Science and Technology University in 1996 and obtained my bachelor's degree in engineering. I qualified at the PRC Bar in the year 1998 and at the PRC Patent Bar in the year 2007. I also graduated from Louisiana State University and obtained a Master of Laws (LLM) degree there in the year 2011.

3.  Prior to joining Fujian Fidelity (Shanghai) Law Firm, I worked as a senior litigator and counsel at Hogan Lovells (Shanghai) Intellectual Property Service Co., Ltd. (a wholly owned subsidiary of Hogan Lovells International LLP) and at various other Chinese law firms. I focus my practice on intellectual property ("IP") law and cross-border IP-related enforcement and dispute resolution cases.

4.  As stated below, I was requested by the Plaintiffs, Meta Platforms, Inc. and Instagram, LLC ("Plaintiffs"), to opine on certain legal issues related to the relevant laws of the People's Republic of China ("Chinese Law") regarding the case No.3:19-CV-07071-SI, *Facebook, Inc., et al., v. OnlineNIC, et al.*, in front of the United States District Court for the Northern District of California ("the U.S. proceeding").

5.  I reviewed the Plaintiffs' "*First Set of Requests For Production of Documents And Things*" and a letter dated 30 March 2022 from Kronenberger Rosenfeld, LLP, the legal counsel to the Defendant, Xiamen 35.com Internet Technology Co., Ltd. ("35.CN"), with the subject "Meet and Confer Regarding Chinese Government Approval for Discovery" before writing this Declaration.

6.  I did not have any prior contacts with any parties in the case. Although I was retained by the Plaintiffs, I fully understand my responsibility as an expert witness. I will only provide opinions in an impartial manner based on my knowledge and experience.

**QUESTIONS PRESENTED**

The following legal issues relating to Chinese Law were presented to me:

1.  Whether Chinese Law requires a Chinese entity like 35.CN to only respond to evidence discovery in a foreign civil proceeding under the *Convention of 18 March 1970 on the Taking of Evidence*

TUCKER ELLIS LLP

Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

*Abroad in Civil or Commercial Matters* (the "Hague Convention") and whether Chinese Law generally prohibits a Chinese entity like 35.CN from voluntarily providing evidence to a foreign court for a civil proceeding without prior approval of the Chinese authorities?

    2.   Whether recent developments in Chinese Law, including the *Data Security Law of the People's Republic of China* ("DSL"), would restrict a Chinese entity like 35.CN from providing the evidence required in the U.S. proceeding and how 35.CN should fulfil its obligations under Chinese Law?

    3.   Whether the information required in the Plaintiffs' Requests for Production falls into the scope of data covered under the DSL or not and whether 35.CN would breach Chinese Law and would expose itself to substantial legal risks by producing the requested information?

## ANSWERS AND OPINION

    1.   Chinese Law does not require that a Chinese entity or individual only respond to evidence discovery in a foreign civil proceeding under the Hague Convention. Particularly, Chinese Law does not prohibit a Chinese entity or individual from producing evidence voluntarily to a foreign court in a civil proceeding, provided that the information contained in the evidence provided does not jeopardize China's national security or public interests and does not require the prior approval of Chinese authorities.

    a)      China is a member of the Hague Convention. Whilst Articles 283 and 284 of the *Civil Procedure Law of the People's Republic of China* ("the China Civil Procedure Law")[1] stipulate that

---

[1] A true and correct copy of the Civil Procedure Law of the People's Republic of China (2021 Amendment, effective on 1 January 2022, by which the numbering of the articles in this law was updated) in both English and Chinese is attached as Appendix 1. Prior to the 2021 Amendment, the effective version was the 2017 China Civil Procedure Law (2017 Amendment, effective from 1 July 2017 to 31 December 2021).

***Article 283 (previous Article 276 of 2017 China Civil Procedure Law)*** *In accordance with the international treaties concluded or acceded to by the People's Republic of China or with the principle of reciprocity, the people's courts of China and foreign courts may make mutual requests for assistance in the service of legal documents, in investigation and collection of evidence or in other litigation actions.*
*The people's court shall not render the assistance requested by a foreign court, if it impairs the sovereignty, security or social and public interest of the People's Republic of China.*

***Article 284 (previous Article 277 of 2017 China Civil Procedure Law)*** *The request for the providing of judicial assistance shall be effected through channels provided in the international treaties concluded or acceded to by the People's Republic of China; in the absence of such treaties, they shall be effected through diplomatic channels.*

TUCKER ELLIS LLP

Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

1  foreign organizations or individuals cannot serve documents, conduct investigations, or collect evidence

2  directly in China, but instead need to request judicial assistance from the Chinese courts in accordance

3  with applicable international treaties (*i.e.* the Hague Convention) or with the principle of reciprocity, the

4  China Civil Procedure Law does not require that Chinese entities or individuals only respond to requests

5  for evidence collection in proceedings before foreign courts through the Hague Convention.

6      b)    Different from international criminal proceedings, where Chinese Law provides for an

7  absolute clause prohibiting Chinese entities or individuals from providing evidence to foreign courts

8  without prior consent by the competent Chinese authority[2], in civil proceedings, Chinese Law does not

9  have an absolute clause prohibiting Chinese entities or individuals from voluntarily providing evidence to

10  a foreign court, provided that the information contained in the evidence does not jeopardize China's

11  national security or public interests and does not require the prior approval of the competent Chinese

12  authority.

13      2.    Recent developments in Chinese Law, like the adoption of the DSL,[3] impose some general

14  restrictions on providing data stored in China to foreign judicial or law enforcement bodies and require

---

16  *A foreign embassy or consulate accredited to the People's Republic of China may serve documents on its*
*citizens and make investigations and collect evidence among them, provided that the laws of the People's*
17  *Republic of China are not violated and no compulsory measures are taken.*

18  *Except for the conditions provided in the preceding paragraph, no foreign organization or individual may,*
19  *without the consent of the competent authorities of the People's Republic of China, serve documents or*
*make investigations and collect evidence within the territory of the People's Republic of China.*

21  [2] A true and correct copy of *the Law of the People's Republic of China on International Criminal Justice*
*Assistance* in both English and Chinese is attached as Appendix 2.

22  ***Article 4*** *The People's Republic of China and a foreign country shall carry out international criminal*
23  *justice assistance pursuant to the principle of equality and reciprocity. International criminal justice*
*assistance shall neither harm the sovereignty, security and social public interests of the People's Republic*
24  *of China nor violate the fundamental principles of the laws of the People's Republic of China. Without*
*consent by the competent authorities of the People's Republic of China, none of the authorities,*
25  *organizations and individuals in foreign countries may carry out the criminal proceeding activities*
26  *prescribed hereof within the territory of the People's Republic of China and none of the authorities,*
*organizations and individuals within the territory of the People's Republic of China may provide any*
27  *foreign countries with evidential materials and the assistance prescribed hereof.*

28  [3] A true and correct copy of the *Data Security Law of the People's Republic of China* in both English and

3

DECLARATION OF LEGAL EXPERT JONATHAN (YONG) LIANG REGARDING ISSUES OF CHINESE LAW
RAISED BY DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.
CASE NO. 3:19-cv-07071-SI

prior approval from the competent Chinese authority. Pending the adoption of detailed implementing rules and guidelines under this legislation, which should shed light on how the general restrictions are to be implemented and enforced, a Chinese entity like 35.CN has the obligation to audit and assess if the evidence/documents requested fall into the scope of data which require prior approval for transfer, to actively communicate and seek approvals of the competent Chinese authority, and to seek the personal consent of the data subjects if applicable, to fulfil its obligations under both Chinese Law and U.S. law.

a)      The DSL became effective on 1 September 2021 and it applies to data processing activities and security supervision thereof conducted in the territory of the People's Republic of China. According to Article 36 of the DSL, without the prior approval of the competent Chinese authority, Chinese entities and individuals shall not provide data stored within China to foreign judicial or law enforcement organizations. Whoever fails to comply with Article 36, and provides data to foreign judicial or law

---

Chinese is attached as Appendix 3.

*Article 36 The competent authority of the People's Republic of China shall handle the requests for data provision by foreign judicial or law enforcement organizations in accordance with relevant laws and international treaties and conventions concluded or acceded to by the People's Republic of China, or under the principle of equality and reciprocity. Without the approval of the competent authority of the People's Republic of China, domestic organizations and individuals shall not provide the data stored within the territory of the People's Republic of China to foreign judicial or law enforcement organizations.*

*Article 3 For the purpose of this Law, data shall refer to any record of information in electronic or other form. Data processing shall include the collection, storage, use, processing, transmission, provision, disclosure, etc. of data. Data security shall mean taking necessary measures to ensure that data are under the state of effective protection and in lawful use, and having the ability to keep the data in constantly secure state.*

*Article 21 The State shall establish the data classified and categorized protection system to protect data in a classified and categorized manner based on the degree of importance of data in economic and social development, as well as the extent of damage caused to national security, public interests or the legitimate rights and interests of individuals and organizations once data are tampered with, destroyed, leaked or illegally obtained or illegally used. The national data security work coordination mechanism shall coordinate relevant departments to formulate the catalogue of important data and strengthen the protection of important data. Data related to national security, the lifeline of the national economy, important people's livelihood, and major public interests are the State's core data, and shall be subject to stricter management system. All regions and departments shall, in accordance with the data classified and categorized protection system, determine the specific catalogue of important data for protection of their respective region, department and relevant industry, and protect the data included in such catalogues on a priority basis.*

TUCKER ELLIS LLP

Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

4

enforcement organizations without the prior approval of the competent authority, may be punished with an administrative warning, a fine, a business suspension, and/or revocation (Article 48).

b)     According to the DSL, data refers to any record of information in electronic or other form (Article 3) and, depending on the degree of the importance of the data in economic and social development and the extent of damage caused to national security and public interests, the data can be further classified as core data, important data, or general data (Article 21). Specifically, according to Article 21 of the DSL, the Chinese government shall establish the "*data classified and categorized protection system*" to protect data in a classified and categorized manner, based on the degree of importance of such data in economic and social development, as well as based on the extent of damage that would be caused to national security, public interests or the legitimate rights and interests of individuals and organizations if such data is tampered with, destroyed, leaked, illegally obtained or illegally used. There is no clear and concrete definition regarding what constitutes "**important data**", but according to Article 21, the Chinese competent authority shall formulate the catalogue of *important data* and strengthen the protection of such *important data*. According to Article 21, **core data** refers to data related to national security, the lifeline of the national economy, important people's livelihood, and major public interests. Furthermore, data which does not fall into the scope of core data or important data should be considered as general data.

c)     Similar to the DSL, the *Personal Information Protection Law of the People's Republic of China* ("PIPL"),[4] which has become effective on 1 November 2021, also contains a similar requirement that prior approval by the competent authority is necessary for cross-border transfer of personal data stored within China (Articles 38, 41).

d)     The DSL and PIPL, taken together with the *Cybersecurity Law of the People's Republic of China* (effective 1 June 2017), constitute the framework of data security and data protection legislation in China and impose obligations on Chinese entities like 35.CN regarding cross-border data transfer.

e)     However, the provisions of the DSL and PIPL are very general and mainly focus on guiding provisions and principles. The categories of data within the scope of application of the DSL and PIPL are

---

[4] A true and correct copy of the *Personal Information Protection Law of the People's Republic of China* in both English and Chinese is attached as Appendix 4.

DECLARATION OF LEGAL EXPERT JONATHAN (YONG) LIANG REGARDING ISSUES OF CHINESE LAW
RAISED BY DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.
CASE NO. 3:19-cv-07071-SI

TUCKER ELLIS LLP

Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

also very broad and remain unclear. Pending the adoption of detailed implementing rules and guidelines under the DSL and PIPL, which should shed light on how these laws should be implemented and enforced in practice, Chinese entities like 35.CN, which need to comply with both Chinese Law and U.S. law, should review the documents requested in discovery, consult with their Chinese counsel, assess whether the requested information falls within the scope of such legislation, classify the information, actively communicate with the competent Chinese authority to seek approval for production, and seek personal consent for the information involving personal data, if applicable, to fully comply with their obligations under such legislation.

3.    I have reviewed the Plaintiffs' "*First Set of Requests for Production of Documents and Things"* and note that some of the information requested may not fall within the scope of the DSL, and therefore would not be subject to prior approval by the competent Chinese authorities at all. Moreover, for the information that may fall into the scope of the DSL, most of it is unlikely to be classified as core data or important data, and therefore there is a reasonably good chance that the transfer of such data would be approved by the competent Chinese authority.

a)    Information not stored in China does not fall within the scope of the DSL and consequently does not require prior approval from the competent Chinese authority. I note RFPs 17-23 relate to information regarding contracts with U.S. citizens/companies and RFPs 76-81 relate to information regarding prior actions/litigation/disputes in the U.S.A. If this information is not stored in China, it does not fall within the scope of the DSL and therefore would not require prior approval by the competent authority in China before production.

b)    Furthermore, most of the requested information is unlikely to be classified as core data or important data under the DSL: I have reviewed the Plaintiffs' "Requests for Production" and note that some information relating to 35.CN is likely to be publicly available. For example, RFPs 1-16 relating to 35.CN's general corporate, financial, and ownership information, some of which may have been disclosed by 35.CN as a publicly listed company; RFPs 38-39 relating to 35.CN's trademark rights, which are searchable in publicly accessible databases etc. The production of publicly available information is unlikely to present substantial legal risks for 35.CN and the prior approval of the competent Chinese authority can likely be obtained. Even if some of the requested information is not publicly available and

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

may arguably include potential trade secrets, for example all the requested contracts, agreements, communications between different parties, and all relevant documents related to payments, loans, investments and business relationships, I believe this kind of information is unlikely to be classified as core data or important data (which should be strictly prohibited from being transferred to foreign courts as evidence under the applicable legislation). Moreover, the PRC government should, according to Article 21 of the DSL, establish a data classification and classification protection system, and implement rules regarding classification and classification protection for data according to the importance of such data in economic and social development. According to Article 24 of the DSL, the government should also establish a data security review system to conduct national security review of data processing activities that affect or may affect national security. It can be seen from the foregoing provisions that not all data is subject to the same strict protection measures under Chinese Law, and that only core data and important data affecting national security will be subject to national security review. Data that is not classified as core data or important data would be classified as general data which is likely to receive permission from the relevant authorities to produce to a foreign court. Depending on the type of information required to be produced, it is therefore reasonable to assume that the relevant authorities would provide permission to produce to a foreign court the vast majority of evidence requested by the Plaintiffs.

      c)    Regarding the personal information involved in the requested evidence, in accordance with the relevant provisions of the PIPL, the personal information that must be disclosed when entering into, or performing a contract can be used in accordance with such law without the prior consent of the individual concerned. Furthermore, the most important element concerning the assessment under the PIPL is that 35.CN is not a personal information processor that specializes in collecting and processing personal information. Therefore, if the materials provided by 35.CN involve personal information, it can redact such information or explicitly request that the Plaintiff must not disclose or use such personal information. I have been informed that a protective order has been entered in this case that may protect such information and restrict its disclosure. Therefore, in my opinion, personal information protection is not a valid justification to refuse to produce the relevant evidence.

      d)    On the basis of the elements set out above, 35.CN should produce relevant evidence to prove that, after being served with the Plaintiffs' Requests for Production, it has diligently applied with

7

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

the competent Chinese authority for the approval of the data transfer and should produce the response it receives from such authority.

<div align="center">

**CONCLUSION**

</div>

In conclusion, in my opinion, Chinese Law does not require 35.CN to respond to Plaintiffs' Requests for Production exclusively under the Hague Convention and does not absolutely prohibit 35.CN from providing evidence voluntary, without seeking the prior approval of the competent Chinese authority. Proceeding under the Hague Convention and obtaining the prior approval of the competent Chinese authority is not the only path for 35.CN to fulfil its obligations under the Plaintiffs' Requests for Production. Furthermore, in my opinion, the information relating to the Plaintiffs' Requests for Production is unlikely to be classified as core data or important data under the DSL, and in my opinion, 35.CN would not expose itself to substantial legal risks by producing such information in the U.S. proceeding.

I declare under penalty of perjury under the laws of the State of California and related laws of the United States of America that the foregoing is true and correct to my knowledge, and that this Declaration was executed by me on 24 June 2022 at Beijing, the People's Republic of China.

_____

JONATHAN (YONG) LIANG

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

the competent Chinese authority for the approval of the data transfer and should produce the response it receives from such authority.

## CONCLUSION

In conclusion, in my opinion, Chinese Law does not require 35.CN to respond to Plaintiffs' Requests for Production exclusively under the Hague Convention and does not absolutely prohibit 35.CN from providing evidence voluntary, without seeking the prior approval of the competent Chinese authority. Proceeding under the Hague Convention and obtaining the prior approval of the competent Chinese authority is not the only path for 35.CN to fulfil its obligations under the Plaintiffs' Requests for Production. Furthermore, in my opinion, the information relating to the Plaintiffs' Requests for Production is unlikely to be classified as core data or important data under the DSL, and in my opinion, 35.CN would not expose itself to substantial legal risks by producing such information in the U.S. proceeding.

I declare under penalty of perjury under the laws of the State of California and related laws of the United States of America that the foregoing is true and correct to my knowledge, and that this Declaration was executed by me on 24 June 2022 at Beijing, the People's Republic of China.

JONATHAN (YONG) LIANG

DECLARATION OF LEGAL EXPERT JONATHAN (YONG) LIANG REGARDING ISSUES OF CHINESE LAW
RAISED BY DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.
CASE NO. 3:19-cv-07071-SI

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

# Appendix 1

## Westlaw China Delivery Summary

| | |
|---|---|
| Request made by : | IP    WLCHINA_HK OFFICE |
| Request made on : | Wednesday, 05/18/2022, 10:27 (Beijing Time) |
| Title : | Civil Procedure Law of the People's Republic of China |
| Delivery selection : | Current Document |
| Number of documents delivered: 1 | |

© 2007 - 2022, Thomson Reuters, all rights reserved.

| Civil Procedure Law of the People's Republic of China | 中华人民共和国民事诉讼法 |
|---|---|
| **Promulgating Institution:** Standing Committee of the National People's Congress | **颁布机关:** 全国人民代表大会常务委员会 |
| **Document Number:** Order No.106 of the President of the People's Republic of China | **文　　号:** 中华人民共和国主席令第一〇六号 |
| **Promulgating Date:** 12/24/2021 | **颁布时间:** 12/24/2021 |
| **Effective Date:** 01/01/2022 | **实施时间:** 01/01/2022 |
| **Validity Status:** Valid | **效力状态:** 有效 |
| Text | 正文 |

(Adopted at the Fourth Session of the Seventh National People's Congress on April 9, 1991; revised for the first time according to the Decision on Revising the Civil Procedure Law of the People's Republic of China adopted at the 30th Meeting of the Standing Committee of the Tenth National People's Congress on October 28, 2007, revised for the second time according to the Decision on Revising the "Civil Procedure Law of the People's Republic of China" at the 28th Session of the Standing Committee of the 11th National People's Congress on August 31, 2012, revised for the third time in accordance with the Decision on Revising the "Civil Procedure Law of the People's Republic of China" and the "Administrative Procedure Law of the People's Republic of China" adopted at the 28th Session of the Standing Committee of the 12th National People's Congress of the People's Republic of China on June 27, 2017 and revised for the fourth time in

（1991年4月9日第七届全国人民代表大会第四次会议通过 根据2007年10月28日第十届全国人民代表大会常务委员会第三十次会议《关于修改〈中华人民共和国民事诉讼法〉的决定》第一次修正根据2012年8月31日第十一届全国人民代表大会常务委员会第二十八次会议《关于修改〈中华人民共和国民事诉讼法〉的决定》第二次修正 根据2017年6月27日第十二届全国人民代表大会常务委员会第二十八次会议《关于修改〈中华人民共和国民事诉讼法〉和〈中华人民共和国行政诉讼法〉的决定》第三次修正 根据2021年12月24日第十三届全国人民代表大会常务委员会第三十二次会议《关于修改〈中华人民共和国民事诉讼法〉的决定》第四次修正）

accordance with the Decision of the Standing Committee of the National People's Congress on Revising the Civil Procedure Law of the People's Republic of China adopted at the 32nd meeting of the Standing Committee of the 13th National People's Congress of the People's Republic of China on December 24, 2021)

<div style="display: flex; gap: 2rem;">
<div>

## Contents

Part 1 General Provisions

Chapter 1 Aim, Scope of Application and Basic Principles

Chapter 2 Jurisdiction

Section 1 Hierarchical Jurisdiction

Section 2 Territorial Jurisdiction

Section 3 Transfer and Designation of Jurisdiction

Chapter 3 Trial Organization

Chapter 4 Withdrawal

Chapter 5 Participants in Proceedings

Section 1 Parties

Section 2 Agents Ad Litem

Chapter 6 Evidence

Chapter 7 Time Periods and Service

Section 1 Time Periods

Section 2 Service

Chapter 8 Conciliation

Chapter 9 Preservation and Advance Execution

Chapter 10 Compulsory Measures Against Obstruction of Civil Proceedings

Chapter 11 Litigation Costs

Part 2 Trial Procedure

Chapter 12 Ordinary Procedure of First Instance

Section 1 Bringing a Lawsuit and Accepting a Case

Section 2 Preparations for Trial

Section 3 Trial in Court

Section 4 Suspension and Termination of Litigation

Section 5 Judgment and Order

Chapter 13 Summary Procedure

Chapter 14 Procedure of Second Instance

Chapter 15 Special Procedure

Section 1 General Provisions

</div>
<div>

## 目　　录

第一编　总　　则

第一章　任务、适用范围和基本原则

第二章　管　　辖

第一节　级别管辖

第二节　地域管辖

第三节　移送管辖和指定管辖

第三章　审判组织

第四章　回　　避

第五章　诉讼参加人

第一节　当事人

第二节　诉讼代理人

第六章　证　　据

第七章　期间、送达

第一节　期　　间

第二节　送　　达

第八章　调　　解

第九章　保全和先予执行

第十章　对妨害民事诉讼的强制措施

第十一章　诉讼费用

第二编　审判程序

第十二章　第一审普通程序

第一节　起诉和受理

第二节　审理前的准备

第三节　开庭审理

第四节　诉讼中止和终结

第五节　判决和裁定

第十三章　简易程序

第十四章　第二审程序

第十五章　特别程序

第一节　一般规定

第二节　选民资格案件

</div>
</div>

Section 2 Cases Concerning the Qualification of Voters

Section 3 Cases Concerning the Proclamation of a Person as Missing or Dead

Section 4 Cases Concerning the Determination of Legal Incapacity or Restricted Legal Capacity of Citizens

Section 5 Cases Concerning the Determination of a Property as Ownerless

Section 6 Cases of confirming mediation agreement

Section 7 Cases of realizing real rights for security

Chapter 16 Procedure for Trial Supervision

Chapter 17 Urge and Supervision Procedure

Chapter 18 Procedure for Publicizing Public Notice for Assertion of Claims

Part 3 Procedure of Execution

Chapter 19 General Provisions

Chapter 20 Application for Execution and Referral

Chapter 21 Execution Measures

Chapter 22 Suspension and Termination of Execution

Part 4 Special Provisions for Civil Proceedings of Cases Involving Foreign Element

Chapter 23 General Principles

Chapter 24 Jurisdiction

Chapter 25 Service and Time Periods

Chapter 26 Arbitration

Chapter 27 Judicial Assistance

第三节　　宣告失踪、宣告死亡案件

第四节　　认定公民无民事行为能力、限制民事行为能力案件

第五节　　认定财产无主案件

第六节　　确认调解协议案件

第七节　　实现担保物权案件

第十六章　　审判监督程序

第十七章　　督促程序

第十八章　　公示催告程序

第三编　　执行程序

第十九章　　一般规定

第二十章　　执行的申请和移送

第二十一章　　执行措施

第二十二章　　执行中止和终结

第四编　　涉外民事诉讼程序的特别规定

第二十三章　　一般原则

第二十四章　　管　　辖

第二十五章　　送达、期间

第二十六章　　仲　　裁

第二十七章　　司法协助

Part 1: General Provisions

第一编　　总则

Chapter 1: Aim, Scope of Application and Basic Principles

第一章　　任务、适用范围和基本原则

Article 1　　The Civil Procedure Law of the People's Republic of China is formulated on the basis of the Constitution and in the light of the experience and actual conditions of our country in the trial of civil cases.

第一条　　中华人民共和国民事诉讼法以宪法为根据，结合我国民事审判工作的经验和实际情况制定。

Article 2　　The Civil Procedure Law of the People's Republic of China aims to protect the exercise of

第二条　　中华人民共和国民事诉讼法的任务，是保护当事人行使诉讼权利，保证人民法院查明事实，分清

the litigation rights of the parties and ensure the ascertaining of facts by the people's courts, distinguish right from wrong, apply the law correctly, try civil cases promptly, affirm civil rights and obligations, impose sanctions for civil wrongs, protect the lawful rights and interests of the parties, educate citizens to voluntarily abide by the law, maintain the social and economic order, and guarantee the smooth progress of the socialist construction.

是非，正确适用法律，及时审理民事案件，确认民事权利义务关系，制裁民事违法行为，保护当事人的合法权益，教育公民自觉遵守法律，维护社会秩序、经济秩序，保障社会主义建设事业顺利进行。

**Article 3**    In dealing with civil litigation arising from disputes on property and personal relations between citizens, legal persons or other organizations and between the three of them, the peoples' courts shall apply the provisions of this Law.

第三条    人民法院受理公民之间、法人之间、其他组织之间以及他们相互之间因财产关系和人身关系提起的民事诉讼，适用本法的规定。

**Article 4**    Whoever engages in civil litigation within the territory of the People's Republic of China must abide by this Law.

第四条    凡在中华人民共和国领域内进行民事诉讼，必须遵守本法。

**Article 5**    Foreign nationals, stateless persons, foreign enterprises and organizations that bring suits or enter appearance in the people's courts shall have the same litigation rights and obligations as citizens, legal persons and other organizations of the People's Republic of China.

第五条    外国人、无国籍人、外国企业和组织在人民法院起诉、应诉，同中华人民共和国公民、法人和其他组织有同等的诉讼权利义务。

If the courts of a foreign country impose restrictions on the civil litigation rights of the citizens, legal persons and other organizations of the People's Republic of China, the people's courts of the People's Republic of China shall follow the principle of reciprocity regarding the civil litigation rights of the citizens, enterprises and organizations of that foreign country.

外国法院对中华人民共和国公民、法人和其他组织的民事诉讼权利加以限制的，中华人民共和国人民法院对该国公民、企业和组织的民事诉讼权利，实行对等原则。

**Article 6**    The people's courts shall exercise judicial powers with respect to civil cases.

第六条    民事案件的审判权由人民法院行使。

The people's courts shall try civil cases independently in accordance with the law, and shall be subject to no interference by any administrative organ, public organization or individual.

人民法院依照法律规定对民事案件独立进行审判，不受行政机关、社会团体和个人的干涉。

Article 7     In trying civil cases, the people's courts must base themselves on facts and take the law as the criterion.

第七条    人民法院审理民事案件，必须以事实为根据，以法律为准绳。

Article 8     The parties in civil litigation shall have equal litigation rights. The people's courts shall, in conducting the trials, safeguard their rights, facilitate their exercising the rights, and apply the law equally to them.

第八条    民事诉讼当事人有平等的诉讼权利。人民法院审理民事案件，应当保障和便利当事人行使诉讼权利，对当事人在适用法律上一律平等。

Article 9     In trying civil cases, the people's courts shall conduct conciliation for the parties on a voluntary and lawful basis; if conciliation fails, judgments shall be rendered without delay.

第九条    人民法院审理民事案件，应当根据自愿和合法的原则进行调解；调解不成的，应当及时判决。

Article 10     In trying civil cases, the people's courts shall, according to the provisions of the law, follow the systems of panel hearing, withdrawal, public trial and the court of second instance being that of last instance.

第十条    人民法院审理民事案件，依照法律规定实行合议、回避、公开审判和两审终审制度。

Article 11     Citizens of all nationalities shall have the right to use their native spoken and written languages in civil proceedings.

第十一条    各民族公民都有用本民族语言、文字进行民事诉讼的权利。

Where minority nationalities live in aggregation in a community or where several nationalities live together in one area, the people's courts shall conduct hearings and issue legal documents in the spoken and written languages commonly used by the local nationalities.

在少数民族聚居或者多民族共同居住的地区，人民法院应当用当地民族通用的语言、文字进行审理和发布法律文书。

The people's courts shall provide translations for any participant in the proceedings who is not familiar with

人民法院应当对不通晓当地民族通用的语言、文字的诉讼参与人提供翻译。

the spoken or written languages commonly used by the local
nationalities.

Article 12       Parties to civil actions are
entitled in the trials by the people's courts to argue for
themselves.

第十二条    人民法院审理民事案件时，当事
人有权进行辩论。

Article 13       Civil litigation shall observe
the principle of honesty and good faith.

第十三条    民事诉讼应当遵循诚信原则。

The parties are free to deal with their own civil rights
and litigation rights the way they prefer within the scope
provided by the law.

当事人有权在法律规定的范围内处分自己的民事权利和
诉讼权利。

Article 14       The people's procuratorate
shall have the right to conduct legal supervision over
civil litigation.

第十四条    人民检察院有权对民事诉讼实行
法律监督。

Article 15       Where an act has infringed upon
the civil rights and interests of the State, a collective
organization or an individual, any State organ, public
organization, enterprise or institution may support the
injured unit or individual to bring an action in a
people's court.

第十五条    机关、社会团体、企业事业单位
对损害国家、集体或者个人民事权益的行为，可以支持受损害的
单位或者个人向人民法院起诉。

Article 16       With consent of the parties
concerned, civil litigation activities may be conducted
online through information network platforms.

第十六条    经当事人同意，民事诉讼活动可
以通过信息网络平台在线进行。

Civil litigation activities conducted online through
information network platforms shall have equal legal
effects as offline litigation activities.

民事诉讼活动通过信息网络平台在线进行的，与线下诉
讼活动具有同等法律效力。

Article 17       The people's congresses of the
national autonomous regions may formulate, in accordance
with the Constitution and the principles of this Law, and
in conjunction with the specific circumstances of the
local nationalities, adaptive and supplementary
provisions. Such provisions made by an autonomous region

第十七条    民族自治地方的人民代表大会根
据宪法和本法的原则，结合当地民族的具体情况，可以制定变通
或者补充的规定。自治区的规定，报全国人民代表大会常务委员
会批准。自治州、自治县的规定，报省或者自治区的人民代表大
会常务委员会批准，并报全国人民代表大会常务委员会备案。

shall be submitted to the Standing Committee of the
National People's Congress for approval; those made by an
autonomous prefecture or autonomous county shall be
submitted to the standing committee of the people's
congress of the relevant province or autonomous region for
approval and to the Standing Committee of the National
People's Congress for the record.

| Chapter 2: Jurisdiction | 第二章　管辖 |

| Section 1: Hierarchical Jurisdiction | 第一节　级别管辖 |

Article 18　　The primary people's courts shall have jurisdiction as courts of first instance over civil cases, unless otherwise provided in this Law.

第十八条　　基层人民法院管辖第一审民事案件，但本法另有规定的除外。

Article 19　　The intermediate people's courts shall have jurisdiction as courts of first instance over the following civil cases:

第十九条　　中级人民法院管辖下列第一审民事案件：

(1) major cases involving foreign element;

（一）重大涉外案件；

(2) cases that have major impact on the area under their jurisdiction; and

（二）在本辖区有重大影响的案件；

(3) cases as determined by the Supreme People's Court to be under the jurisdiction of the intermediate people's courts.

（三）最高人民法院确定由中级人民法院管辖的案件。

Article 20　　The high people's courts shall have jurisdiction as courts of first instance over civil cases that have major impact on the areas under their jurisdiction.

第二十条　　高级人民法院管辖在本辖区有重大影响的第一审民事案件。

Article 21　　The Supreme People's Court shall have jurisdiction as the court of first instance over the following civil cases:

第二十一条　　最高人民法院管辖下列第一审民事案件：

(1) cases that have major impact on the whole country; and

（一）在全国有重大影响的案件；

| | |
|---|---|
| (2) cases that the Supreme People's Court deems it should try. | （二）认为应当由本院审理的案件。 |
| Section 2: Territorial Jurisdiction | 第二节　地域管辖 |
| ⬛   Article 22    A civil lawsuit brought against a citizen shall be under the jurisdiction of the people's court of the place where the defendant has his domicile; if the place of the defendant's domicile is different from that of his habitual residence, the lawsuit shall be under the jurisdiction of the people's court of the place of his habitual residence. | ⬛   第二十二条    对公民提起的民事诉讼，由被告住所地人民法院管辖；被告住所地与经常居住地不一致的，由经常居住地人民法院管辖。 |
| A civil lawsuit brought against a legal person or any other organization shall be under the jurisdiction of the people's court of the place where the defendant has his domicile. | 对法人或者其他组织提起的民事诉讼，由被告住所地人民法院管辖。 |
| Where the domiciles or habitual residences of several defendants in the same lawsuit are in the areas under the jurisdiction of two or more people's courts, all of those people's courts shall have jurisdiction over the lawsuit. | 同一诉讼的几个被告住所地、经常居住地在两个以上人民法院辖区的，各该人民法院都有管辖权。 |
| ⬛   Article 23    The civil lawsuits described below shall be under the jurisdiction of the people's court of the place where the plaintiff has his domicile; if the place of the plaintiff's domicile is different from that of his habitual residence, the lawsuit shall be under the jurisdiction of the people's court of the place of the plaintiff's habitual residence: | ⬛   第二十三条    下列民事诉讼，由原告住所地人民法院管辖；原告住所地与经常居住地不一致的，由原告经常居住地人民法院管辖： |
| (1) those concerning personal status brought against persons not residing within the territory of the People's Republic of China; | （一）对不在中华人民共和国领域内居住的人提起的有关身份关系的诉讼； |
| (2) those concerning the personal status of persons whose whereabouts are unknown or who have been declared as missing. | （二）对下落不明或者宣告失踪的人提起的有关身份关系的诉讼； |

Delivery | Westlaw China

(3) those brought against persons who are undergoing mandatory education measures; and

（三）对采取强制性教育措施的人提起的诉讼；

(4) those brought against persons who are in imprisonment.

（四）对被监禁的人提起的诉讼。

Article 24     A lawsuit brought on a contract dispute shall be under the jurisdiction of the people's court of the place where the defendant has his domicile or where the contract is performed.

第二十四条　因合同纠纷提起的诉讼，由被告住所地或者合同履行地人民法院管辖。

Article 25     A lawsuit brought on an insurance contract dispute shall be under the jurisdiction of the people's court of the place where the defendant has his domicile or where the insured object is located.

第二十五条　因保险合同纠纷提起的诉讼，由被告住所地或者保险标的物所在地人民法院管辖。

Article 26     A lawsuit brought on a bill dispute shall be under the jurisdiction of the people's court of the place where the bill is to be paid or where the defendant has his domicile.

第二十六条　因票据纠纷提起的诉讼，由票据支付地或者被告住所地人民法院管辖。

Article 27     A lawsuit arising out of disputes caused by the establishment, confirmation of shareholders' qualification, profit distribution or dissolution of a company shall be under the jurisdiction of the people's court in the place where the company is located.

第二十七条　因公司设立、确认股东资格、分配利润、解散等纠纷提起的诉讼，由公司住所地人民法院管辖。

Article 28     A lawsuit arising from a dispute over a railway, road, water, or air transport contract or over a combined transport contract shall be under the jurisdiction of the people's court of the place of dispatch or the place of destination or where the defendant has his domicile.

第二十八条　因铁路、公路、水上、航空运输和联合运输合同纠纷提起的诉讼，由运输始发地、目的地或者被告住所地人民法院管辖。

Article 29     A lawsuit brought on a tort action shall be under the jurisdiction of the people's court of the place where the tort is committed or where the defendant has his domicile.

第二十九条　因侵权行为提起的诉讼，由侵权行为地或者被告住所地人民法院管辖。

Article 30    A lawsuit brought on claims for damages caused by a railway, road, water transport or air accident shall be under the jurisdiction of the people's court of the place where the accident occurred or where the vehicle or ship first arrived after the accident or where the aircraft first landed after the accident, or where the defendant has his domicile.

第三十条　因铁路、公路、水上和航空事故请求损害赔偿提起的诉讼，由事故发生地或者车辆、船舶最先到达地、航空器最先降落地或者被告住所地人民法院管辖。

Article 31    A lawsuit brought on claims for damages caused by a collision at sea or by any other maritime accident shall be under the jurisdiction of the people's court of the place where the collision occurs or where the ship in collision first docks after the accident or where the ship having inflicted the injury is detained, or where the defendant has his domicile.

第三十一条　因船舶碰撞或者其他海事损害事故请求损害赔偿提起的诉讼，由碰撞发生地、碰撞船舶最先到达地、加害船舶被扣留地或者被告住所地人民法院管辖。

Article 32    A lawsuit instituted for expenses of maritime salvage shall be under the jurisdiction of the people's court of the place where the salvage took place or where the salvaged ship first docked after the disaster.

第三十二条　因海难救助费用提起的诉讼，由救助地或者被救助船舶最先到达地人民法院管辖。

Article 33    A lawsuit brought for general average shall be under the jurisdiction of the people's court of the place where the ship first docked or where the adjustment of general average is conducted or where the voyage ends.

第三十三条　因共同海损提起的诉讼，由船舶最先到达地、共同海损理算地或者航程终止地的人民法院管辖。

Article 34    The following cases shall be under the exclusive jurisdiction of the people's courts herein specified:

第三十四条　下列案件，由本条规定的人民法院专属管辖：

(1) a lawsuit brought on a dispute over real estate shall be under the jurisdiction of the people's court of the place where the estate is located;

（一）因不动产纠纷提起的诉讼，由不动产所在地人民法院管辖；

(2) a lawsuit brought on a dispute over harbour operations shall be under the jurisdiction of the people's court of

（二）因港口作业中发生纠纷提起的诉讼，由港口所在地人民法院管辖；

the place where the harbour is located; and

(3) a lawsuit brought on a dispute over succession shall be under the jurisdiction of the people's court of the place where the decedent had his domicile upon his death, or where the principal part of his estate is located.

（三）因继承遗产纠纷提起的诉讼，由被继承人死亡时住所地或者主要遗产所在地人民法院管辖。

Article 35    A party to the contract or other property dispute may choose by written agreement to be under the jurisdiction of the people's court in the location of the defendant's domicile, where the contract is performed or signed, in the location of the plaintiff's domicile, in the location of the subject matter or in other locations which have actual connections with the dispute, provided that the provisions on hierarchical jurisdiction and exclusive jurisdiction are not violated.

第三十五条    合同或者其他财产权益纠纷的当事人可以书面协议选择被告住所地、合同履行地、合同签订地、原告住所地、标的物所在地等与争议有实际联系的地点的人民法院管辖，但不得违反本法对级别管辖和专属管辖的规定。

Article 36    When two or more people's courts have jurisdiction over a lawsuit, the plaintiff may bring his lawsuit with one of these people's courts; if the plaintiff brings the lawsuit in two or more people's courts that have jurisdiction over the lawsuit, the people's court that places the case on docket first shall have jurisdiction.

第三十六条    两个以上人民法院都有管辖权的诉讼，原告可以向其中一个人民法院起诉；原告向两个以上有管辖权的人民法院起诉的，由最先立案的人民法院管辖。

Section 3: Transfer and Designation of Jurisdiction

第三节    移送管辖和指定管辖

Article 37    If a people's court finds that a case it has accepted is not under its jurisdiction, it shall refer the case to the people's court that has jurisdiction over the case. The people's court to which a case has been referred shall accept the case, and if it considers that, according to the relevant regulations, the case referred to it is not under its jurisdiction, it shall report to a superior people's court for the designation of jurisdiction and shall not independently refer the case again to another people's court.

第三十七条    人民法院发现受理的案件不属于本院管辖的，应当移送有管辖权的人民法院，受移送的人民法院应当受理。受移送的人民法院认为受移送的案件依照规定不属于本院管辖的，应当报请上级人民法院指定管辖，不得再自行移送。

**Article 38**    If a people's court which has jurisdiction over a case is unable to exercise the jurisdiction for special reasons, a superior people's court shall designate another court to exercise jurisdiction.

In the event of a jurisdictional dispute between two or more people's courts, it shall be resolved by the disputing parties through consultation; if the dispute cannot be so resolved, it shall be reported to their common superior people's court for the designation of jurisdiction.

**Article 39**    A people's court of the higher level has the right to hear civil cases of first instance which fall under the jurisdiction of people's courts of lower levels. Where a court finds it necessary to transfer the civil case of first instance under its jurisdiction to the court of lower levels for trial, it shall submit the same to the court of higher level for approval.

If a people's court at a lower level that has jurisdiction over a civil case as court of first instance deems it necessary to have the case to be tried by a people's court at a higher level, it may submit it to and request the people's court at a higher level to try the case.

### Chapter 3: Trial Organization

**Article 40**    The people's court of first instance shall try civil cases by a collegial panel composed of both judges and judicial assessors or of judges alone. The collegial panel must have an odd number of members.

A civil case heard according to summary procedures shall be heard by a sole judge. A first-instance civil case that is heard by a primary-level people's court and where the

**第三十八条**　有管辖权的人民法院由于特殊原因，不能行使管辖权的，由上级人民法院指定管辖。

人民法院之间因管辖权发生争议，由争议双方协商解决；协商解决不了的，报请它们的共同上级人民法院指定管辖。

**第三十九条**　上级人民法院有权审理下级人民法院管辖的第一审民事案件；确有必要将本院管辖的第一审民事案件交下级人民法院审理的，应当报请其上级人民法院批准。

下级人民法院对它所管辖的第一审民事案件，认为需要由上级人民法院审理的，可以报请上级人民法院审理。

### 第三章　审判组织

**第四十条**　人民法院审理第一审民事案件，由审判员、陪审员共同组成合议庭或者由审判员组成合议庭。合议庭的成员人数，必须是单数。

适用简易程序审理的民事案件，由审判员一人独任审理。基层人民法院审理的基本事实清楚、权利义务关系明确的第一审民事案件，可以由审判员一人适用普通程序独任审理。

Delivery | Westlaw China

basic facts are clear and the relationship between rights and obligations is definite may be heard by a sole judge under ordinary procedures.

| | |
|---|---|
| When performing their duties, the judicial assessors shall have equal rights and obligations as the judges. | 陪审员在执行陪审职务时，与审判员有同等的权利义务。 |
| 🟧   Article 41    The people's court of second instance shall try civil cases by a collegial panel of judges. The collegial panel must have an odd number of members. | 🟧   第四十一条    人民法院审理第二审民事案件，由审判员组成合议庭。合议庭的成员人数，必须是单数。 |
| Where a second-instance civil case is an appeal against a first-instance civil case heard according to summary procedures or an appeal on the ground of objections to a ruling, and the facts are clear and the relationship between rights and obligations is definite, the competent intermediate people's court may let a sole judge hear the second-instance case upon consent of both parties concerned. | 中级人民法院对第一审适用简易程序审结或者不服裁定提起上诉的第二审民事案件，事实清楚、权利义务关系明确的，经双方当事人同意，可以由审判员一人独任审理。 |
| For the retrial of a remanded case, the people's court of first instance shall form a new collegial panel in accordance with the procedure of first instance. | 发回重审的案件，原审人民法院应当按照第一审程序另行组成合议庭。 |
| If a case for retrial is originally tried at first instance, a new collegial panel shall be formed according to the procedure of first instance; if the case is originally tried at second instance or is brought by a people's court at a higher level to it for trial, a new collegial panel shall be formed according to the procedure of second instance. | 审理再审案件，原来是第一审的，按照第一审程序另行组成合议庭；原来是第二审的或者是上级人民法院提审的，按照第二审程序另行组成合议庭。 |
| 🟧   Article 42    A people's court shall not let a sole judge hear any of the following civil cases: | 🟧   第四十二条    人民法院审理下列民事案件，不得由审判员一人独任审理： |
| (1) Cases involving national interests or public interests; | （一）涉及国家利益、社会公共利益的案件； |

(2) Cases involving mass disputes that may affect social stability;

（二）涉及群体性纠纷，可能影响社会稳定的案件；

(3) Cases of widespread concern to the people or other socially influential cases;

（三）人民群众广泛关注或者其他社会影响较大的案件；

(4) Cases that are of new types or are difficult and complicated;

（四）属于新类型或者疑难复杂的案件；

(5) Cases that shall be heard by a collegial panel as required by law; or

（五）法律规定应当组成合议庭审理的案件；

(6) Other cases that are not suitable to be heard by a sole judge.

（六）其他不宜由审判员一人独任审理的案件。

🟧 Article 43    If a people's court finds that a case is not suitable to be heard by a sole judge during the hearing process, the people's court shall render a ruling to transfer the case to a collegiate panel for hearing.

🟧 第四十三条    人民法院在审理过程中，发现案件不宜由审判员一人独任审理的，应当裁定转由合议庭审理。

If a party concerned is of the opinion that hearing of the case by a sole judge is against the law, the party concerned may raise objections to the people's court. The people's court shall review the objections raised by the party concerned. If the objections are substantiated, the people's court shall render a ruling to transfer the case to a collegiate panel for hearing; and, if the objections are not substantiated, the people's court shall render a ruling to dismiss the ob-jections.

当事人认为案件由审判员一人独任审理违反法律规定的，可以向人民法院提出异议。人民法院对当事人提出的异议应当审查，异议成立的，裁定转由合议庭审理；异议不成立的，裁定驳回。

🟧 Article 44    The president of the court or the chief judge of a division of the court shall designate a judge to serve as the presiding judge of the collegial panel; if the president or the chief judge participates in the trial, he himself shall serve as the presiding judge.

🟧 第四十四条    合议庭的审判长由院长或者庭长指定审判员一人担任；院长或者庭长参加审判的，由院长或者庭长担任。

Article 45        When deliberating a case, a collegial panel shall observe the rule of majority. The deliberations shall be recorded in writing, and the transcript shall be signed by the members of the collegial panel. Dissenting opinions in the deliberations must be truthfully entered in the transcript.

第四十五条    合议庭评议案件，实行少数服从多数的原则。评议应当制作笔录，由合议庭成员签名。评议中的不同意见，必须如实记入笔录。

Article 46        The judicial officers shall deal with all cases impartially and in accordance with the law.

第四十六条    审判人员应当依法秉公办案。

The judicial officers shall not accept any treat or gift from the parties or their agents ad litem.

审判人员不得接受当事人及其诉讼代理人请客送礼。

Any judicial officer who commits embezzlement, accepts bribes, engages in malpractice for personal benefits or who perverts the law in passing judgment shall be investigated for legal responsibility; if the act constitutes a crime, the offender shall be investigated for criminal responsibility according to the law.

审判人员有贪污受贿，徇私舞弊，枉法裁判行为的，应当追究法律责任；构成犯罪的，依法追究刑事责任。

Chapter 4: Withdrawal

第四章    回避

Article 47        A judicial officer falling under one of the following circumstances shall withdraw from the case, or the party may apply for his withdrawal by oral or written form:

第四十七条    审判人员有下列情形之一的，应当自行回避，当事人有权用口头或者书面方式申请他们回避：

(1) where the judicial officer is a party to the case or close relative to a party or agent ad litem;

（一）是本案当事人或者当事人、诉讼代理人近亲属的；

(2) where the judicial officer is an interested party in the case;

（二）与本案有利害关系的；

(3) where judicial officer has other relationship with a party or agent ad litem, and such relationship may affect the impartial trial of the case.

（三）与本案当事人、诉讼代理人有其他关系，可能影响对案件公正审理的。

Where the judicial officer accepts gifts or entertainment of the party or agent ad litem or meets with a party or agent ad litem in violation of relevant provisions, the party concerned shall have the right to file a request for his withdrawal.

审判人员接受当事人、诉讼代理人请客送礼，或者违反规定会见当事人、诉讼代理人的，当事人有权要求他们回避。

Where a judicial officer falls under the circumstance stipulated in the preceding paragraph, such judicial officer shall be subject to legal liability according to the law.

审判人员有前款规定的行为的，应当依法追究法律责任。

The provisions in Paragraphs 1 to 3 herein shall apply to clerks, interpreters, expert witnesses and inspection personnel.

前三款规定，适用于书记员、翻译人员、鉴定人、勘验人。

🟧 Article 48    In applying for the withdrawal, the party shall state the reason and submit the application at the beginning of the proceedings; the application may also be submitted before the closing of arguments in court if the reason for the withdrawal is known to him only after the proceedings begin.

🟧 第四十八条    当事人提出回避申请，应当说明理由，在案件开始审理时提出；回避事由在案件开始审理后知道的，也可以在法庭辩论终结前提出。

Pending a decision by the people's court regarding the withdrawal applied for, the judicial officer concerned shall temporarily suspend his participation in the proceedings, with the exception, however, of cases that require the taking of emergency measures.

被申请回避的人员在人民法院作出是否回避的决定前，应当暂停参与本案的工作，但案件需要采取紧急措施的除外。

🟧 Article 49    The withdrawal of the presiding judge or sole judge who is president of the court shall be decided by the judicial committee; the withdrawal of judicial officers shall be decided by the court president; and the withdrawal of other personnel by the presiding judge or sole judge.

🟧 第四十九条    院长担任审判长或者独任审判员时的回避，由审判委员会决定；审判人员的回避，由院长决定；其他人员的回避，由审判长或者独任审判员决定。

🟧 Article 50    When a party concerned applies for the withdrawal of any judicial officer from a case, the people's court shall make a decision orally or in

🟧 第五十条    人民法院对当事人提出的回避申请，应当在申请提出的三日内，以口头或者书面形式作出决定。申请人对决定不服的，可以在接到决定时申请复议一次。复议期

writing within three days after the application is made. The applicant, if dissatisfied with the decision, may make a request for review once. During the period of review, the person required to withdraw from the case under the application shall not cease his or her participation in the case. The people's court shall, within three days, make a decision of review and notify the review applicant.

间，被申请回避的人员，不停止参与本案的工作。人民法院对复议申请，应当在三日内作出复议决定，并通知复议申请人。

| Chapter 5: Participants in Proceedings | 第五章　诉讼参加人 |

| Section 1: Parties | 第一节　当事人 |

Ⓛ　Article 51　　　　Citizens, legal persons and other organizations may be parties concerned in civil litigation.

Ⓛ　第五十一条　　　公民、法人和其他组织可以作为民事诉讼的当事人。

Legal persons shall be represented by their legal representatives in the litigation. Other organizations shall be represented by their principal heads in the proceedings.

法人由其法定代表人进行诉讼。其他组织由其主要负责人进行诉讼。

Ⓛ　Article 52　　　　Parties to an action shall have the right to appoint agents, apply for withdrawals, collect and provide evidence, proffer arguments, request conciliation, file an appeal and apply for execution.

Ⓛ　第五十二条　　　当事人有权委托代理人，提出回避申请，收集、提供证据，进行辩论，请求调解，提起上诉，申请执行。

Parties to an action may have access to materials pertaining to the case and make copies thereof and other legal documents pertaining to the case. The scope of and rules for consulting and making copies of them shall be specified by the Supreme People's Court.

当事人可以查阅本案有关材料，并可以复制本案有关材料和法律文书。查阅、复制本案有关材料的范围和办法由最高人民法院规定。

Parties to an action must exercise their litigation rights in accordance with the law, observe the procedures and carry out legally effective written judgments or orders and conciliation statements.

当事人必须依法行使诉讼权利，遵守诉讼秩序，履行发生法律效力的判决书、裁定书和调解书。

Ⓛ　Article 53　　　　The two parties may reach a compromise of their own accord.

Ⓛ　第五十三条　　　双方当事人可以自行和解。

Article 54    The plaintiff may relinquish or modify his claims. The defendant may admit or rebut the claims and shall have the right to file counterclaims.

第五十四条    原告可以放弃或者变更诉讼请求。被告可以承认或者反驳诉讼请求，有权提起反诉。

Article 55    When one party or both parties consist of two or more than two persons, their subject matter of action being the same or of the same category and the people's court considers that, with the consent of the parties, the action can be tried combined, it is a joint action.

第五十五条    当事人一方或者双方为二人以上，其诉讼标的是共同的，或者诉讼标的是同一种类、人民法院认为可以合并审理并经当事人同意的，为共同诉讼。

If a party of two or more persons to a joint action have common rights and obligations with respect to the subject matter of action and the act of any one of them is recognized by the others of the party, such an act shall be valid for all the rest of the party; if a party of two or more persons have no common rights and obligations with respect to the subject matter of action, the act of any one of them shall not be valid for the rest.

共同诉讼的一方当事人对诉讼标的有共同权利义务的，其中一人的诉讼行为经其他共同诉讼人承认，对其他共同诉讼人发生效力；对诉讼标的没有共同权利义务的，其中一人的诉讼行为对其他共同诉讼人不发生效力。

Article 56    If the persons comprising a party to a joint action is large in number, the party may elect representatives from among themselves to act for them in the litigation. The acts of such representatives in the litigation shall be valid for the party they represent. However, modification or waiver of claims or admission of the claims of the other party or pursuing a compromise with the other party by the representatives shall be subject to the consent of the party they represent.

第五十六条    当事人一方人数众多的共同诉讼，可以由当事人推选代表人进行诉讼。代表人的诉讼行为对其所代表的当事人发生效力，但代表人变更、放弃诉讼请求或者承认对方当事人的诉讼请求，进行和解，必须经被代表的当事人同意。

Article 57    Where the subject matter of action is of the same category and the persons comprising one of the parties is large but uncertain in number at the commencement of the action, the people's court may issue a public notice, stating the particulars and claims of the case and informing those entitled to participate in the

第五十七条    诉讼标的是同一种类、当事人一方人数众多在起诉时人数尚未确定的，人民法院可以发出公告，说明案件情况和诉讼请求，通知权利人在一定期间向人民法院登记。

action to register their rights with the people's court
within a fixed period of time.

Those who have registered their rights with the people's
court may elect representatives from among themselves to
proceed with the litigation; if the election fails its
purpose, such representatives may be determined by the
people's court through consultation with those who have
registered their rights with the court.

向人民法院登记的权利人可以推选代表人进行诉讼；推
选不出代表人的，人民法院可以与参加登记的权利人商定代
人。

The acts of such representatives in the litigation shall
be valid for the party they represent; however,
modification or waiver of claims or admission of the
claims of the other party or pursuing a compromise with
the other party by the representatives shall be subject to
the consent of the party they represent.

代表人的诉讼行为对其所代表的当事人发生效力，但代
表人变更、放弃诉讼请求或者承认对方当事人的诉讼请求，进行
和解，必须经被代表的当事人同意。

The judgments or written orders rendered by the people's
court shall be valid for all those who have registered
their rights with the court. Such judgments or written
orders shall apply to those who have not registered their
rights but have instituted legal proceedings during period
of limitation of the action.

人民法院作出的判决、裁定，对参加登记的全体权利人
发生效力。未参加登记的权利人在诉讼时效期间提起诉讼的，适
用该判决、裁定。

🔲  Article 58        Relevant bodies and
organizations prescribed by the law may bring a suit to
the people's court against such acts as environmental
pollution, harm of the consumer's legitimate interests
and rights and other acts that undermine the social and
public interest.

🔲  第五十八条     对污染环境、侵害众多消费者
合法权益等损害社会公共利益的行为，法律规定的机关和有关组
织可以向人民法院提起诉讼。

Where a people's procuratorate, during the performance of
duties, uncovers any act that destroys the ecological
environment and resource protection, infringes upon the
legitimate rights and interests of a large number of
consumers in terms of food and drug safety or otherwise
undermines social and public interests, the people's
procuratorate may bring a lawsuit to the competent
people's court in the absence of any organ or organization

人民检察院在履行职责中发现破坏生态环境和资源保
护、食品药品安全领域侵害众多消费者合法权益等损害社会公共
利益的行为，在没有前款规定的机关和组织或者前款规定的机关
和组织不提起诉讼的情况下，可以向人民法院提起诉讼。前款规
定的机关或者组织提起诉讼的，人民检察院可以支持起诉。

stipulated in the preceding Paragraph or if the relevant organ or organization specified in the preceding Paragraph fails to bring any lawsuit. Where an organ or organization stipulated in the preceding Paragraph brings a lawsuit, the people's procuratorate may support the lawsuit."

🔶　Article 59　　　If a third party considers that he has an independent claim to the subject matter of action of both parties, he shall have the right to bring an action.

🔶　第五十九条　　对当事人双方的诉讼标的，第三人认为有独立请求权的，有权提起诉讼。

Where the outcome of the case will affect a third party's legal interest, such party, though having no independent claim to the subject matter of action of both parties, may file a request to participate in the proceedings or the people's court shall notify the third party to participate. A third party that is to bear civil liability in accordance with the judgment of the people's court shall be entitled to the rights and obligations of a party in litigation.

对当事人双方的诉讼标的，第三人虽然没有独立请求权，但案件处理结果同他有法律上的利害关系的，可以申请参加诉讼，或者由人民法院通知他参加诉讼。人民法院判决承担民事责任的第三人，有当事人的诉讼权利义务。

In case the third party as stipulated in the preceding two paragraphs fails to participate in the proceedings for reasons not attributable to itself but has evidence to prove part or the entirety of the judgment, ruling, or mediation agreement with legal effectiveness has errors in content and prejudices its civil rights and interests, it shall, within six months after the date on which it knows or should know its rights and interests are prejudiced, file litigation with the people's court rendering such judgment, ruling or mediation agreement. Where the people's court finds the claims established upon trial, it shall change or cancel the original judgment, ruling or mediation agreement; where the people's court finds the claims not established upon trial, the claims shall be rejected.

前两款规定的第三人，因不能归责于本人的事由未参加诉讼，但有证据证明发生法律效力的判决、裁定、调解书的部分或者全部内容错误，损害其民事权益的，可以自知道或者应当知道其民事权益受到损害之日起六个月内，向作出该判决、裁定、调解书的人民法院提起诉讼。人民法院经审理，诉讼请求成立的，应当改变或者撤销原判决、裁定、调解书；诉讼请求不成立的，驳回诉讼请求。

Section 2: Agents Ad Litem

第二节　　诉讼代理人

| | |
|---|---|
| 🔶 Article 60       Any person with no legal capacity to engage in litigation shall have his guardian or guardians as statutory agents to act for him in a lawsuit. If the statutory agents try to shift responsibility as agents ad litem upon one another, the people's court shall appoint one of them to represent the person in litigation. | 🔶 第六十条     无诉讼行为能力人由他的监护人作为法定代理人代为诉讼。法定代理人之间互相推诿代理责任的，由人民法院指定其中一人代为诉讼。 |
| 🔶 Article 61       A party to an action, or statutory agent may appoint one or two persons to act as his agents ad litem. | 🔶 第六十一条     当事人、法定代理人可以委托一至二人作为诉讼代理人。 |
| The following persons may be appointed as agent ad litem to a case: | 下列人员可以被委托为诉讼代理人： |
| (1) Lawyer, or primary-level legal service provider; | （一）律师、基层法律服务工作者； |
| (2) Near relative or working staff of the party; or | （二）当事人的近亲属或者工作人员； |
| (3) Citizen recommended by the community, unit or relevant social organization to which the party belongs. | （三）当事人所在社区、单位以及有关社会团体推荐的公民。 |
| 🔶 Article 62       When a person appoints another to act on his behalf in litigation, he must submit to the people's court a power of attorney bearing his signature or seal. | 🔶 第六十二条     委托他人代为诉讼，必须向人民法院提交由委托人签名或者盖章的授权委托书。 |
| The power of attorney must specify the matters entrusted and the powers conferred. An agent ad litem must obtain special powers from his principal to admit, waive or modify claims, or to compromise or to file a counterclaim or an appeal. | 授权委托书必须记明委托事项和权限。诉讼代理人代为承认、放弃、变更诉讼请求，进行和解，提起反诉或者上诉，必须有委托人的特别授权。 |
| A power of attorney mailed or delivered through others by a citizen of the People's Republic of China residing abroad must be certified by the Chinese embassy or consulate accredited to that country. If there is no Chinese embassy or consulate in that country, the power of | 侨居在国外的中华人民共和国公民从国外寄交或者托交的授权委托书，必须经中华人民共和国驻该国的使领馆证明；没有使领馆的，由与中华人民共和国有外交关系的第三国驻该国的使领馆证明，再转由中华人民共和国驻该第三国使领馆证明，或者由当地的爱国华侨团体证明。 |

attorney must be certified by an embassy or a consulate of a third country accredited to that country that has diplomatic relations with the People's Republic of China, and then transmitted for authentication to the embassy or consulate of the People's Republic of China accredited to that third country, or it must be certified by a local patriotic overseas Chinese organization.

Article 63    A party to an action shall inform the people's court in writing if he changes or revokes the powers of an agent ad litem, and the court shall notify the other party of the change or revocation.

第六十三条    诉讼代理人的权限如果变更或者解除,当事人应当书面告知人民法院,并由人民法院通知对方当事人。

Article 64    A lawyer who serves as an agent ad litem and other agents ad litem shall have the right to investigate and collect evidence, and may have access to materials pertaining to the case. The scope of and rules for consulting materials pertaining to the case shall be specified by the Supreme People's Court.

第六十四条    代理诉讼的律师和其他诉讼代理人有权调查收集证据,可以查阅本案有关材料。查阅本案有关材料的范围和办法由最高人民法院规定。

Article 65    In a divorce case in which the parties to the action have been represented by their agents ad litem, the parties themselves shall still appear in court in person, unless they are incapable of expressing their own meaning. A party who is truly unable to appear in court due to a special reason shall submit his views in writing to the people's court.

第六十五条    离婚案件有诉讼代理人的,本人除不能表达意思的以外,仍应出庭;确因特殊情况无法出庭的,必须向人民法院提交书面意见。

| Chapter 6: Evidence | 第六章    证据 |

Article 66    Evidence shall include: "

第六十六条    证据包括:

(1) statements of the parties;

(一)当事人的陈述;

(2) documentary evidence;

(二)书证;

(3) material evidence;

(三)物证;

(4) audio-visual materials;

(四)视听资料;

| | |
|---|---|
| (5) electronic data; | （五）电子数据； |
| (6) witness' testimony; | （六）证人证言； |
| (7) expert opinions; and | （七）鉴定意见； |
| (8) written records for inspection. | （八）勘验笔录。 |
| Evidence may be deemed as the grounds for conviction of facts only after authentication. | 证据必须查证属实，才能作为认定事实的根据。 |
| Article 67    It is the duty of a party to an action to provide evidence in support of his allegations. | 第六十七条    当事人对自己提出的主张，有责任提供证据。 |
| If, for objective reasons, a party and his agent ad litem are unable to collect the evidence by themselves or if the people's court considers the evidence necessary for the trial of the case, the people's court shall investigate and collect it. | 当事人及其诉讼代理人因客观原因不能自行收集的证据，或者人民法院认为审理案件需要的证据，人民法院应当调查收集。 |
| The people's court shall, in accordance with the procedure prescribed by the law, examine and verify evidence comprehensively and objectively. | 人民法院应当按照法定程序，全面地、客观地审查核实证据。 |
| Article 68    The parties shall provide evidence in a timely manner to support their claims. | 第六十八条    当事人对自己提出的主张应当及时提供证据。 |
| The people's court shall determine the evidences which shall be provided by the parties and the time limit thereof according to the claims of the parties and the progress of the proceedings. Where a party has difficulty in providing the evidences within such time limit, it may apply to the people's court for extending the time limit and the people's court may extend the time limit to an appropriate extent according to the application of the party. Where a party fails to provide evidence in due time, the people's court shall order the party to explain the reason. Where the party refuses to explain the reason | 人民法院根据当事人的主张和案件审理情况，确定当事人应当提供的证据及其期限。当事人在该期限内提供证据确有困难的，可以向人民法院申请延长期限，人民法院根据当事人的申请适当延长。当事人逾期提供证据的，人民法院应当责令其说明理由；拒不说明理由或者理由不成立的，人民法院根据不同情形可以不予采纳该证据，或者采纳该证据但予以训诫、罚款。 |

or the reason is not established, the people's court may, as the case may be, reject such evidence, or admit such evidence but give a warning or impose a fine.

**Article 69**   After receiving the evidentiary materials presented by the party concerned, the people's court shall issue receipt stating the name, number of pages, copies, original or photocopy, and receiving time of the evidence, which shall also bear the signature or seal of the handlers.

**Article 70**   The people's court shall have the right to make investigation and collect evidence from the relevant units or individuals; such units or individuals may not refuse to provide information and evidence.

The people's court shall verify the authenticity, examine and determine the validity of the certifying documents provided by the relevant units or individuals.

**Article 71**   Evidence shall be presented in court and cross-examined by the parties concerned. Evidence that involves State secrets, trade secrets and personal privacy shall be kept confidential. If it needs to be presented in court, such evidence shall not be presented in an open court session.

**Article 72**   Facts and documents legalized by notarization according to legal procedures shall be taken as the basis for ascertaining facts by the people's court, unless there is evidence to the contrary sufficient to invalidate the notarization.

**Article 73**   Any document submitted as evidence must be the original. Material evidence must also be original. If it is truly difficult to present the original document or object, then reproductions,

**第六十九条**   人民法院收到当事人提交的证据材料,应当出具收据,写明证据名称、页数、份数、原件或者复印件以及收到时间等,并由经办人员签名或者盖章。

**第七十条**   人民法院有权向有关单位和个人调查取证,有关单位和个人不得拒绝。

人民法院对有关单位和个人提出的证明文书,应当辨别真伪,审查确定其效力。

**第七十一条**   证据应当在法庭上出示,并由当事人互相质证。对涉及国家秘密、商业秘密和个人隐私的证据应当保密,需要在法庭出示的,不得在公开开庭时出示。

**第七十二条**   经过法定程序公证证明的法律事实和文书,人民法院应当作为认定事实的根据,但有相反证据足以推翻公证证明的除外。

**第七十三条**   书证应当提交原件。物证应当提交原物。提交原件或者原物确有困难的,可以提交复制品、照片、副本、节录本。

photographs, duplicates or extracts of the original may be submitted.

| | |
|---|---|
| If a document in a foreign language is submitted as evidence, a Chinese translation must be appended. | 提交外文书证，必须附有中文译本。 |
| 🟧 Article 74     The people's court shall verify audio-visual material and, after their examination in the light of other evidence in the case, determine whether they can be taken as a basis for ascertaining the facts. | 🟧 第七十四条     人民法院对视听资料，应当辨别真伪，并结合本案的其他证据，审查确定能否作为认定事实的根据。 |
| 🟧 Article 75     Any unit or individual that knows something of a case has the obligation to testify at court. The responsible person of the relevant unit shall encourage the witness to testify. | 🟧 第七十五条     凡是知道案件情况的单位和个人，都有义务出庭作证。有关单位的负责人应当支持证人作证。 |
| The person who is unable to correctly express his meaning shall not testify. | 不能正确表达意思的人，不能作证。 |
| 🟧 Article 76     Upon the notification of the people's court, a witness shall appear in court for testimony. A witness may testify in the ways such as written testimony, audio-visual transmission technology or audio-visual materials upon the permission of the people's court if the witness has any of the following situations: | 🟧 第七十六条     经人民法院通知，证人应当出庭作证。有下列情形之一的，经人民法院许可，可以通过书面证言、视听传输技术或者视听资料等方式作证： |
| (1) he/she cannot appear in court for health reason; | （一）因健康原因不能出庭的； |
| (2) he/she cannot appear in court for the reason of long distance and inconvenient traffic; | （二）因路途遥远，交通不便不能出庭的； |
| (3) he/she cannot appear in court due to natural disaster or other force majeure; or | （三）因自然灾害等不可抗力不能出庭的； |
| (4) he/she cannot appear in court for other justified reasons. | （四）其他有正当理由不能出庭的。 |

Article 77    The necessary expenses paid by a witness for performance of the obligation of testimony before the court, such as traffic expense, accommodation and meals, and the losses of working time shall be borne by the losing party. Where a party concerned applies for the testimony by the witness, the expenses shall be advanced by the party. Where the party has not applied for the testimony by the witness, instead, the people's court notifies the witness under the law to testify, the expenses may be advanced by the people's court first.

第七十七条    证人因履行出庭作证义务而支出的交通、住宿、就餐等必要费用以及误工损失，由败诉一方当事人负担。当事人申请证人作证的，由该当事人先行垫付；当事人没有申请，人民法院通知证人作证的，由人民法院先行垫付。

Article 78    The people's court shall examine the statements of the parties concerned in the light of other evidence in the case to determine whether the statements can be taken as a basis for ascertaining the facts.

第七十八条    人民法院对当事人的陈述，应当结合本案的其他证据，审查确定能否作为认定事实的根据。

The refusal of a party to make statements shall not prevent the people's court from ascertaining the facts of a case on the basis of other evidence.

当事人拒绝陈述的，不影响人民法院根据证据认定案件事实。

Article 79    A party may apply with the people's court for expert evaluation on specific issues concerning the facts. In such case, the qualified expert witness may be determined by the two parties through negotiations. If negotiations fail, the expert witness shall be appointed by the people's court.

第七十九条    当事人可以就查明事实的专门性问题向人民法院申请鉴定。当事人申请鉴定的，由双方当事人协商确定具备资格的鉴定人；协商不成的，由人民法院指定。

Where the party has not applied for expert evaluation but the people's court deems it necessary for certain specific issues, the court shall appoint a qualified expert witness to conduct expert evaluation.

当事人未申请鉴定，人民法院对专门性问题认为需要鉴定的，应当委托具备资格的鉴定人进行鉴定。

Article 80    An expert witness has the right to get access to the case documents required for the expert evaluation, and may inquiry the parties concerned and the witnesses when necessary.

第八十条    鉴定人有权了解进行鉴定所需要的案件材料，必要时可以询问当事人、证人。

| | |
|---|---|
| The expert witness shall present the written evaluation opinions and sign or seal on the evaluation report. | 鉴定人应当提出书面鉴定意见，在鉴定书上签名或者盖章。 |
| 🟧  Article 81          Where the party objects to the evaluation opinions or the people's court deems it necessary for the expert witness to testify at court, the expert witness shall appear in court for testimony. Where the expert witness refuses to testify at court even after the notification of the people's court, the expert evaluation opinions shall not be taken as the basis for ascertaining the facts. The party paying the evaluation expenses may request for the refunding of the evaluation expenses. | 🟧  第八十一条       当事人对鉴定意见有异议或者人民法院认为鉴定人有必要出庭的，鉴定人应当出庭作证。经人民法院通知，鉴定人拒不出庭作证的，鉴定意见不得作为认定事实的根据；支付鉴定费用的当事人可以要求返还鉴定费用。 |
| 🟧  Article 82          The parties concerned may apply to the people's court for notifying the person with professional knowledge to appear before court and issue opinions on the expert evaluation opinions issued by the expert witnesses or professional issues. " | 🟧  第八十二条       当事人可以申请人民法院通知有专门知识的人出庭，就鉴定人作出的鉴定意见或者专业问题提出意见。 |
| 🟧  Article 83          When inspecting material evidence or a site, the inspector must produce his papers issued by a people's court. He shall request the local grass-roots organization or the unit to which the party to the action belongs to send persons to participate in the inspection. The party concerned or an adult member of his family shall be present; their refusal to appear on the scene, however, shall not hinder the inspection. | 🟧  第八十三条       勘验物证或者现场，勘验人必须出示人民法院的证件，并邀请当地基层组织或者当事人所在单位派人参加。当事人或者当事人的成年家属应当到场，拒不到场的，不影响勘验的进行。 |
| Upon notification by the people's court, the relevant units and individuals shall be under the obligation of preserving the site and assisting the inspection. | 有关单位和个人根据人民法院的通知，有义务保护现场，协助勘验工作。 |
| The inspector shall make a written record of the circumstances and results of the inspection, which shall be duly signed or sealed by the inspector, the party concerned and the participants requested to be present. | 勘验人应当将勘验情况和结果制作笔录，由勘验人、当事人和被邀参加人签名或者盖章。 |

Article 84        Under the circumstances in which evidence may be lost or it will be difficult to collect the evidence in future, the party concerned may apply with the people's court for preservation of such evidence in the proceedings, and the people's court may also take the initiative to take preservative measures.

第八十四条        在证据可能灭失或者以后难以取得的情况下，当事人可以在诉讼过程中向人民法院申请保全证据，人民法院也可以主动采取保全措施。

Under the emergencies in which evidence may be lost or it will be difficult to collect the evidence in future, an interested party may, before the case or arbitration is filed, apply for preservation of such evidence with the people's court in the place where the evidence to be preserved is located or the place where the respondent is domiciled, or the people's court with jurisdiction over the case.

因情况紧急，在证据可能灭失或者以后难以取得的情况下，利害关系人可以在提起诉讼或者申请仲裁前向证据所在地、被申请人住所地或者对案件有管辖权的人民法院申请保全证据。

With regard to other procedures for the preservation of evidence, the relevant provisions of Chapter 9 entitled "Preservation" herein shall apply as a reference.

证据保全的其他程序，参照适用本法第九章保全的有关规定。

Chapter 7: Time Periods and Service

第七章    期间、送达

Section 1: Time Periods

第一节    期间

Article 85        Time periods shall include those prescribed by the law and those designated by a people's court.

第八十五条        期间包括法定期间和人民法院指定的期间。

Time periods shall be calculated by the hour, the day, the month and the year. The hour and day from which a time period begins shall not be counted as within the time period.

期间以时、日、月、年计算。期间开始的时和日，不计算在期间内。

If the expiration date of a time period falls on a statutory holiday and rest day, then the day immediately following the statutory holiday and rest day shall be regarded as the expiration date.

期间届满的最后一日是法定休假日的，以法定休假日后的第一日为期间届满的日期。

Delivery | Westlaw China

A time period shall not include traveling time. A litigation document that is mailed before the deadline shall not be regarded as overdue.

期间不包括在途时间，诉讼文书在期满前交邮的，不算过期。

🟧 Article 86        In case of failure on the part of a party to an action to meet a deadline due to force majeure or for other justified reasons, the party concerned may apply for an extension of the time limit within ten days after the obstacle is removed. The extension applied for shall be subject to approval by a people's court.

🟧 第八十六条        当事人因不可抗拒的事由或者其他正当理由耽误期限的，在障碍消除后的十日内，可以申请顺延期限，是否准许，由人民法院决定。

Section 2: Service                                          第二节    送达

🟧 Article 87        A receipt shall be required for every litigation document that is served and it shall bear the date of receipt noted by the signature or seal of the person on whom the document is served.

🟧 第八十七条        送达诉讼文书必须有送达回证，由受送达人在送达回证上记明收到日期，签名或者盖章。

The date noted on the receipt by the person on whom the document is served shall be regarded as the date of service of the document.

受送达人在送达回证上的签收日期为送达日期。

🟧 Article 88        Litigation documents shall be sent or delivered directly to the person on whom they are to be served. If that person is a citizen, the documents shall, in case of his absence, be signed for receipt by an adult member of his family living with him. If the person on whom they are to be served is a legal person or any other organization, the documents shall be signed for receipt by the legal representatives of the legal person or the principal heads of the other organization or anyone of the legal person or the other organization responsible for receiving such documents; if the person on whom they are to be served has an agent ad litem, the documents may be signed for receipt by the agent ad litem; if the person on whom they are to be served has designated a person to receive litigation documents on his behalf and has

🟧 第八十八条        送达诉讼文书，应当直接送交受送达人。受送达人是公民的，本人不在交他的同住成年家属签收；受送达人是法人或者其他组织的，应当由法人的法定代表人、其他组织的主要负责人或者该法人、组织负责收件的人签收；受送达人有诉讼代理人的，可以送交其代理人签收；受送达人已向人民法院指定代收人的，送交代收人签收。

informed the people's court of it, the documents shall be signed by the person designated for receipt.

The date put down in the receipt and signed by the adult family member living with the person on whom the litigation documents are to be served, or by the person responsible for receiving documents of a legal person or any other organization, or by the agent ad litem , or the person designated to receive documents shall be deemed the date of service of the documents.

受送达人的同住成年家属，法人或者其他组织的负责收件的人，诉讼代理人或者代收人在送达回证上签收的日期为送达日期。

**Article 89**    Where the person on whom the documents are served or his adult relatives who live with him refuse to accept the litigation documents, the documents shall be deemed to have been served if the person serving the documents invites the representative of the relevant primary-level organization or the employer of that person to explain the situations and clearly state the cause and date of refusal on the certificate of delivery, and then leaves the litigation documents at the domicile of that person, with the signatures or seals of the person serving the documents and the witness affixed, or if the person serving the documents leaves the litigation documents at the domicile of the person on whom the documents are served after recording the whole service process by photographing or video recording.

第八十九条    受送达人或者他的同住成年家属拒绝接收诉讼文书的，送达人可以邀请有关基层组织或者所在单位的代表到场，说明情况，在送达回证上记明拒收事由和日期，由送达人、见证人签名或者盖章，把诉讼文书留在受送达人的住所；也可以把诉讼文书留在受送达人的住所，并采用拍照、录像等方式记录送达过程，即视为送达。

**Article 90**    Upon consent of the person on whom the documents are served, a people's court may serve litigation documents by electronic means that serve to confirm receipt by the said person. The people's court shall provide hardcopy documents for judgments, rulings or mediation documents served electronically if so requested by the person on whom the documents are served.

第九十条    经受送达人同意，人民法院可以采用能够确认其收悉的电子方式送达诉讼文书。通过电子方式送达的判决书、裁定书、调解书，受送达人提出需要纸质文书的，人民法院应当提供。

Where the litigation documents are served in the manners as specified above, the date on which the information served arrives at the specific system of the recipient shall be the date of service.

采用前款方式送达的，以送达信息到达受送达人特定系统的日期为送达日期。

Article 91        If direct service proves to be difficult, service of litigation documents may be entrusted to another people's court, or done by mail. If the documents are served by mail, the date of receiving such documents stated on the receipt for postal delivery shall be deemed the date of service of the documents.

第九十一条    直接送达诉讼文书有困难的，可以委托其他人民法院代为送达，或者邮寄送达。邮寄送达的，以回执上注明的收件日期为送达日期。

Article 92        If the person on whom the litigation documents are to be served is a serviceman, the documents shall be forwarded to him through the political organ of the unit at or above the regimental level in the force to which he belongs.

第九十二条    受送达人是军人的，通过其所在部队团以上单位的政治机关转交。

Article 93        If the person on whom the litigation documents are to be served is in imprisonment, the documents shall be forwarded to him through the prison authorities where the person is serving his term.

第九十三条    受送达人被监禁的，通过其所在监所转交。

If the person on whom the litigation documents are to be served is undergoing mandatory education measures, the documents shall be forwarded to him through the mandatory education organizations where such person is being educated

受送达人被采取强制性教育措施的，通过其所在强制性教育机构转交。

Article 94        The organization or unit that receives the litigation documents to be forwarded must immediately deliver them to the person on whom they are to be served for receipt. The date stated on the receipt shall be deemed the date of service of the documents.

第九十四条    代为转交的机关、单位收到诉讼文书后，必须立即交受送达人签收，以在送达回证上的签收日期，为送达日期。

Article 95        If the whereabouts of the person on whom the litigation documents are to be served is unknown, or if the documents cannot be served by the other methods specified in this Section, the documents shall be served by public announcement. 30 days after the date of making a public announcement, the documents shall be deemed to have been served.

第九十五条    受送达人下落不明，或者用本节规定的其他方式无法送达的，公告送达。自发出公告之日起，经过三十日，即视为送达。

The reasons for service by public announcement and the process gone through shall be recorded in the case files.

公告送达，应当在案卷中记明原因和经过。

| Chapter 8: Conciliation | 第八章　调解 |

Article 96　　In the trial of civil cases, the people's court shall distinguish between right and wrong on the basis of the facts being clear and conduct conciliation between the parties on a voluntary basis.

第九十六条　　人民法院审理民事案件，根据当事人自愿的原则，在事实清楚的基础上，分清是非，进行调解。

Article 97　　When a people's court conducts conciliation, a single judge or a collegial panel may preside over it. Conciliation shall be conducted on the spot as much as possible.

第九十七条　　人民法院进行调解，可以由审判员一人主持，也可以由合议庭主持，并尽可能就地进行。

When a people's court conducts conciliation, it may employ simplified methods to notify the parties concerned and the witnesses to appear in court.

人民法院进行调解，可以用简便方式通知当事人、证人到庭。

Article 98　　When a people's court conducts conciliation, it may invite the units or individuals concerned to come to its assistance. The units or individuals invited shall assist the people's court in conciliation.

第九十八条　　人民法院进行调解，可以邀请有关单位和个人协助。被邀请的单位和个人，应当协助人民法院进行调解。

Article 99　　A settlement agreement reached between the two parties through conciliation must be of their own free will and without compulsion. The content of the settlement agreement shall not contravene the law.

第九十九条　　调解达成协议，必须双方自愿，不得强迫。调解协议的内容不得违反法律规定。

Article 100　　When a settlement agreement through conciliation is reached, the people's court shall draw up a conciliation statement. The conciliation statement shall clearly set forth the claims, the facts of the case, and the result of the conciliation.

第一百条　　调解达成协议，人民法院应当制作调解书。调解书应当写明诉讼请求、案件的事实和调解结果。

The conciliation statement shall be signed by the judges and the court clerk, sealed by the people's court, and

调解书由审判人员、书记员署名，加盖人民法院印章，送达双方当事人。

served on both parties.

| | |
|---|---|
| Once it is signed for receipt by the two parties concerned, the conciliation statement shall become legally effective. | 调解书经双方当事人签收后，即具有法律效力。 |
| 🔲 Article 101    The people's court need not draw up a conciliation statement for the following cases when a settlement agreement is reached through conciliation: | 🔲 第一百零一条    下列案件调解达成协议，人民法院可以不制作调解书： |
| (1) divorce cases in which both parties have become reconciled after conciliation; | （一）调解和好的离婚案件； |
| (2) cases in which adoptive relationship has been maintained through conciliation; | （二）调解维持收养关系的案件； |
| (3) cases in which the claims can be immediately satisfied; and | （三）能够即时履行的案件； |
| (4) other cases that do not require a conciliation statement. | （四）其他不需要制作调解书的案件。 |
| Any settlement agreement that needs no conciliation statement shall be entered into the written record and shall become legally effective after being signed or sealed by both parties concerned, by the judge and by the court clerk. | 对不需要制作调解书的协议，应当记入笔录，由双方当事人、审判人员、书记员签名或者盖章后，即具有法律效力。 |
| 🔲 Article 102    If no agreement is reached through conciliation or if either party backs out of the settlement agreement before the conciliation statement is served, the people's court shall render a judgment without delay. | 🔲 第一百零二条    调解未达成协议或者调解书送达前一方反悔的，人民法院应当及时判决。 |
| Chapter 9: Preservation and Advance Execution | 第九章    保全和先予执行 |
| 🔲 Article 103    In the cases where the execution of a judgment may become impossible or difficult | 🔲 第一百零三条    人民法院对于可能因当事人一方的行为或者其他原因，使判决难以执行或者造成当事人其他 |

or otherwise harmful to the parties concerned because of the acts of one party or for other reasons, the people's court may, at the application of the other party, make a ruling to preserve the assets of the other party or order the other party to perform certain acts or to prohibit the other party from committing certain acts; where no application is filed by either party, the people's court may also rule to take preservation measures when it deems necessary.

损害的案件，根据对方当事人的申请，可以裁定对其财产进行保全、责令其作出一定行为或者禁止其作出一定行为；当事人没有提出申请的，人民法院在必要时也可以裁定采取保全措施。

In adopting property preservation measures, the people's court may order the applicant to provide security; if the applicant fails to provide security, his application shall be rejected.

人民法院采取保全措施，可以责令申请人提供担保，申请人不提供担保的，裁定驳回申请。

In case of emergency, the people's court shall make a ruling within 48 hours after receiving the application. Where the people's court rules to take preservative measures, the ruling shall be enforced immediately.

人民法院接受申请后，对情况紧急的，必须在四十八小时内作出裁定；裁定采取保全措施的，应当立即开始执行。

**Article 104**    Any interested party whose legitimate rights and interests would, due to urgent circumstances, suffer irreparable damage without immediate application for property preservation, may, before filing a lawsuit, apply to the people's court in the place where the applicant is located or the people's court which has jurisdiction over the case for the adoption of property preservation measures. The applicant shall provide security; if the applicant fails to do so, his application shall be rejected.

**第一百零四条**    利害关系人因情况紧急，不立即申请保全将会使其合法权益受到难以弥补的损害的，可以在提起诉讼或者申请仲裁前向被保全财产所在地、被申请人住所地或者对案件有管辖权的人民法院申请采取保全措施。申请人应当提供担保，不提供担保的，裁定驳回申请。

The people's court shall make a ruling within 48 hours after receiving the application. Where it rules to take preservative measures, the ruling shall be enforced immediately.

人民法院接受申请后，必须在四十八小时内作出裁定；裁定采取保全措施的，应当立即开始执行。

Where the applicant fails to institute legal proceedings or apply for arbitration within 30 days in accordance with the law after the people's court takes preservation

申请人在人民法院采取保全措施后三十日内不依法提起诉讼或者申请仲裁的，人民法院应当解除保全。

| | |
|---|---|
| measures, the people's court shall rescind the said measures. | |
| Article 105    Property preservation shall be limited to the scope of the claims or to the property relevant to the case. | 第一百零五条    保全限于请求的范围，或者与本案有关的财物。 |
| Article 106    Property preservation shall be effected by seal-up, seizure, freezing or other methods as prescribed by the law. After the people's court has preserved the property, it shall promptly notify the person whose property has been preserved. | 第一百零六条    财产保全采取查封、扣押、冻结或者法律规定的其他方法。人民法院保全财产后，应当立即通知被保全财产的人。 |
| The property that has already been sealed up or frozen shall not be sealed up or frozen for a second time. | 财产已被查封、冻结的，不得重复查封、冻结。 |
| Article 107    In the cases involving property disputes, if the person against whom the application for property reservation is filed provides security, the people's court shall cancel the property reservation. | 第一百零七条    财产纠纷案件，被申请人提供担保的，人民法院应当裁定解除保全。 |
| Article 108    If an application for property preservation is wrongfully made, the applicant shall compensate the person against whom the application is made for any loss incurred from property preservation. | 第一百零八条    申请有错误的，申请人应当赔偿被申请人因保全所遭受的损失。 |
| Article 109    The people's court may, upon application of the party concerned, order advance execution in respect of the following cases: | 第一百零九条    人民法院对下列案件，根据当事人的申请，可以裁定先予执行： |
| (1) those involving claims for alimony, support for children or elders, pension for the disabled or the family of a decedent, or expenses for medical care; | （一）追索赡养费、扶养费、抚养费、抚恤金、医疗费用的； |
| (2) those involving claims for remuneration for labour; and | （二）追索劳动报酬的； |

Delivery | Westlaw China

(3) those involving urgent circumstances that require advance execution.

（三）因情况紧急需要先予执行的。

🔲 Article 110     Cases in which advance execution is ordered by the people's court shall meet the following conditions:

🔲 第一百一十条     人民法院裁定先予执行的，应当符合下列条件：

(1) the relationship of rights and obligations between the parties concerned is clear and definite, and denial of advance execution would seriously affect the livelihood or production operations of the applicant; and

（一）当事人之间权利义务关系明确，不先予执行将严重影响申请人的生活或者生产经营的；

(2) the person against whom the application for advance execution is made is capable of fulfilling his obligations.

（二）被申请人有履行能力。

The people's court may enjoin the applicant to provide security; if the applicant fails to do so, his application shall be rejected. If the applicant loses the lawsuit, he shall compensate the person against whom the application is made for any loss of property incurred from the advance execution.

人民法院可以责令申请人提供担保，申请人不提供担保的，驳回申请。申请人败诉的，应当赔偿被申请人因先予执行遭受的财产损失。

🔲 Article 111     If the party concerned is dissatisfied with the order made on property preservation or execution, he may apply for reconsideration which could be granted only once. Execution of the order shall not be suspended during the time of reconsideration.

🔲 第一百一十一条     当事人对保全或者先予执行的裁定不服的，可以申请复议一次。复议期间不停止裁定的执行。

Chapter 10: Compulsory Measures Against Obstruction of Civil Proceedings

第十章     对妨害民事诉讼的强制措施

🔲 Article 112     If a defendant is required to appear in court, but, having been served twice with summons, still refuses to do so without justified reason, the people's court may constrain him to appear in court by a peremptory writ.

🔲 第一百一十二条     人民法院对必须到庭的被告，经两次传票传唤，无正当理由拒不到庭的，可以拘传。

**Article 113**　Participants and other persons in the court proceedings shall abide by the court rules.

第一百一十三条　诉讼参与人和其他人应当遵守法庭规则。

If a person violates the court rules, the people's court may reprimand him, or order him to leave the courtroom, or impose a fine on or detain him.

人民法院对违反法庭规则的人，可以予以训诫，责令退出法庭或者予以罚款、拘留。

A person who seriously disrupts court order by making an uproar in the court or rushing at it, or insulting, slandering, threatening, or assaulting the judicial officers, shall be investigated for criminal responsibility by the people's court according to the law; if the offence is a minor one, the offender shall be detained or a fine shall be imposed on him.

人民法院对哄闹、冲击法庭，侮辱、诽谤、威胁、殴打审判人员，严重扰乱法庭秩序的人，依法追究刑事责任；情节较轻的，予以罚款、拘留。

**Article 114**　If a participant or any other person in the proceedings commits any one of the following acts, the people's court shall, according to the seriousness of the act, impose a fine on him or detain him; if the act constitutes a crime, the offender shall be investigated for criminal responsibility according to the law.

第一百一十四条　诉讼参与人或者其他人有下列行为之一的，人民法院可以根据情节轻重予以罚款、拘留；构成犯罪的，依法追究刑事责任：

(1) forging or destroying important evidence, which would obstruct the trial of a case by the people's court;

（一）伪造、毁灭重要证据，妨碍人民法院审理案件的；

(2) using violence, threats or subornation to prevent a witness from giving testimony, or instigating, suborning, or coercing others to commit perjury;

（二）以暴力、威胁、贿买方法阻止证人作证或者指使、贿买、胁迫他人作伪证的；

(3) concealing, transferring, selling or destroying property that has been sealed up or seized, or property of which an inventory has been made and which has been put under his care according to court instruction, or transferring the property that has been frozen;

（三）隐藏、转移、变卖、毁损已被查封、扣押的财产，或者已被清点并责令其保管的财产，转移已被冻结的财产的；

(4) insulting, slandering, incriminating with false charges, assaulting or maliciously retaliating against

（四）对司法工作人员、诉讼参加人、证人、翻译人员、鉴定人、勘验人、协助执行的人，进行侮辱、诽谤、诬陷、

judicial officers or personnel, participants in the proceedings, witnesses, interpreters, expert witnesses, inspectors, or personnel assisting in execution;

(5) using violence, threats or other means to hinder judicial officers or personnel from performing their duties; or

（五）以暴力、威胁或者其他方法阻碍司法工作人员执行职务的；

(6) refusing to carry out legally effective judgments or orders of the people's court.

（六）拒不履行人民法院已经发生法律效力的判决、裁定的。

With respect to a unit that commits any one of the acts specified above, the people's court may impose a fine on or detain its principal heads or the person who are held actually responsible for the act; if the act constitutes a crime, investigations for criminal responsibility shall be made according to the law.

人民法院对有前款规定的行为之一的单位，可以对其主要负责人或者直接责任人员予以罚款、拘留；构成犯罪的，依法追究刑事责任。

Article 115    Where the parties concerned collude with each other in bad faith attempting to encroach on the others' rights and interests through litigation or conciliation, the people's court shall reject his application, and impose a fine on him or detain him according to the seriousness of the circumstances; if a crime is constituted, his criminal responsibility shall be investigated according to the law.

第一百一十五条    当事人之间恶意串通，企图通过诉讼、调解等方式侵害他人合法权益的，人民法院应当驳回其请求，并根据情节轻重予以罚款、拘留；构成犯罪的，依法追究刑事责任。

Article 116    Where the person subjected to execution colludes with other people in bad faith attempting to evade obligations specified in the legal documents through litigation, arbitration or conciliation, the people's court shall, according to the seriousness of the circumstances, impose a fine on him or detain him; if a crime is constituted, his criminal responsibility shall be investigated according to the law.

第一百一十六条    被执行人与他人恶意串通，通过诉讼、仲裁、调解等方式逃避履行法律文书确定的义务的，人民法院应当根据情节轻重予以罚款、拘留；构成犯罪的，依法追究刑事责任。

Article 117    Where a unit which is under an obligation to assist in investigation and execution commits any one of the following acts, the people's court

第一百一十七条    有义务协助调查、执行的单位有下列行为之一的，人民法院除责令其履行协助义务外，并可以予以罚款：

| | |
|---|---|
| may, apart from enjoining it to perform its obligation, also impose a fine: | |
| (1) refusing or obstructing the investigation and collection of evidence by the people's court; | （一）有关单位拒绝或者妨碍人民法院调查取证的； |
| (2) refusing to assist in inquiring into, seizing, freezing, transferring or appraising the said property by the unit concerned after receiving a notice for assistance in execution from the people's court | （二）有关单位接到人民法院协助执行通知书后，拒不协助查询、扣押、冻结、划拨、变价财产的； |
| (3) refusing by the unit concerned, after receiving a notice for assistance in execution from the people's court, to assist in withholding the income of the party subjected to execution, in going through the formalities of transferring the relevant certificates of property rights or in transferring the relevant negotiable instruments, certificates, or other property; or | （三）有关单位接到人民法院协助执行通知书后，拒不协助扣留被执行人的收入、办理有关财产权证照转移手续、转交有关票证、证照或者其他财产的； |
| (4) refusing to provide other obligatory assistance in the execution. | （四）其他拒绝协助执行的。 |
| With respect to a unit that commits any one of the acts specified above, the people's court may impose a fine on its principal heads or the persons who are held actually responsible for the act; it may detain them if they still refuse to perform the obligation to provide assistance; and it may, in addition, put forward a judicial proposal to the supervisory organ or the relevant organ that disciplinary sanctions are imposed on them. | 人民法院对有前款规定的行为之一的单位，可以对其主要负责人或者直接责任人员予以罚款；对仍不履行协助义务的，可以予以拘留；并可以向监察机关或者有关机关提出予以纪律处分的司法建议。 |
| 🟧 Article 118      A fine on an individual shall be less than RMB 100,000; a fine on a unit shall be between RMB 50,000 and RMB 1,000,000. | 🟧 第一百一十八条      对个人的罚款金额，为人民币十万元以下。对单位的罚款金额，为人民币五万元以上一百万元以下。 |
| The period of detention shall not be longer than 15 days. | 拘留的期限，为十五日以下。 |
| The people's court shall deliver detained persons to a public security organ for custody. The people's court may | 被拘留的人，由人民法院交公安机关看管。在拘留期间，被拘留人承认并改正错误的，人民法院可以决定提前解除拘 |

decide to advance the time of release, if the detainee admits and mends his wrongdoings.

留。

---

🔶 Article 119    Constrained appearance in court, imposition of a fine or detention shall be subject to the approval of the president of the people's court.

🔶 第一百一十九条    拘传、罚款、拘留必须经院长批准。

---

A peremptory writ shall be issued for constraining appearance in court.

拘传应当发拘传票。

---

A decision in writing shall be made for the imposition of a fine or detention. The offender, if dissatisfied with the decision, may apply to a people's court at a higher level for reconsideration which could be granted only once. The execution of the decision shall not be suspended during the time of reconsideration.

罚款、拘留应当用决定书。对决定不服的，可以向上一级人民法院申请复议一次。复议期间不停止执行。

---

🔶 Article 120    Decision on the adoption of compulsory measures against obstruction of proceedings shall be made only by the people's court. Any unit or individual that extorts repayment of a debt by illegal detention of a person or illegal distrainment of property shall be investigated for criminal responsibility according to the law, or shall be punished with detention or a fine.

🔶 第一百二十条    采取对妨害民事诉讼的强制措施必须由人民法院决定。任何单位和个人采取非法拘禁他人或者非法私自扣押他人财产追索债务的，应当依法追究刑事责任，或者予以拘留、罚款。

---

Chapter 11: Litigation Costs

第十一章    诉讼费用

---

🔶 Article 121    Any party filing a civil lawsuit shall pay court costs according to the rules. For property cases, the party shall pay other fees in addition to the court costs.

🔶 第一百二十一条    当事人进行民事诉讼，应当按照规定交纳案件受理费。财产案件除交纳案件受理费外，并按照规定交纳其他诉讼费用。

---

Any party that has genuine difficulty in paying litigation costs may, according to the relevant rules, apply to the people's court for deferment or reduction of the payment or for its exemption.

当事人交纳诉讼费用确有困难的，可以按照规定向人民法院申请缓交、减交或者免交。

---

| | |
|---|---|
| Particulars for payment of litigation costs shall be laid down separately. | 收取诉讼费用的办法另行制定。 |
| Part 2: Trial Procedure | 第二编 审判程序 |
| Chapter 12: Ordinary Procedure of First Instance | 第十二章 第一审普通程序 |
| Section 1: Bringing a Lawsuit and Accepting a Case | 第一节 起诉和受理 |
| ⬛ Article 122    The following conditions must be met when a lawsuit is brought: | ⬛ 第一百二十二条 起诉必须符合下列条件: |
| (1) the plaintiff must be a citizen, legal person or any other organization that has a direct interest in the case; | （一）原告是与本案有直接利害关系的公民、法人和其他组织; |
| (2) there must be a definite defendant; | （二）有明确的被告; |
| (3) there must be specific claim or claims, facts, and cause or causes for the suit; and | （三）有具体的诉讼请求和事实、理由; |
| (4) the suit must be within the scope of acceptance for civil actions by the people's courts and under the jurisdiction of the people's court where the suit is accepted. | （四）属于人民法院受理民事诉讼的范围和受诉人民法院管辖。 |
| Article 1230    When a lawsuit is brought, a statement of complaint shall be submitted to the people's court, and copies of the statement shall be provided according to the number of defendants. | ⬛ 第一百二十三条 起诉应当向人民法院递交起诉状，并按照被告人数提出副本。 |
| If the plaintiff has genuine difficulty in presenting the statement of complaint in writing, he may state his complaint orally; the people's court shall transcribe the complaint and inform the other party of it accordingly. | 书写起诉状确有困难的，可以口头起诉，由人民法院记入笔录，并告知对方当事人。 |
| Article 124    A statement of complaint shall clearly set forth the following: | ⬛ 第一百二十四条 起诉状应当记明下列事项: |

(1) the name, gender, age, ethnic status, occupation, work unit, address, and contact information of the plaintiff, the name and address of the legal person or other organization, the name, position and contact information of the legal representative or person in charge;

（一）原告的姓名、性别、年龄、民族、职业、工作单位、住所、联系方式，法人或者其他组织的名称、住所和法定代表人或者主要负责人的姓名、职务、联系方式；

(2) the name, gender, work unit, address of the defendant, the name, address and other information of the legal person or other organization."

（二）被告的姓名、性别、工作单位、住所等信息，法人或者其他组织的名称、住所等信息；

(3) the claim or claims of the suit, the facts and grounds on which the suit is based; and

（三）诉讼请求和所根据的事实与理由；

(4) the evidence and its source, as well as the names and home addresses of the witnesses.

（四）证据和证据来源，证人姓名和住所。

Article 125      Wherever appropriate, conciliation shall be adopted for civil disputes before they are brought to the people's court, unless the parties thereto refuse conciliation.

第一百二十五条    当事人起诉到人民法院的民事纠纷，适宜调解的，先行调解，但当事人拒绝调解的除外。

Article 126      The people's court shall safeguard the parties' right to institute litigations according to the law and must accept the lawsuits filed in conformity with the provisions of Article 122 of this Law. If the suit meets the requirements for acceptance, the court shall place the case on the docket within seven days and notify the parties concerned. If the suit does not meet the requirements for acceptance, the court shall make a ruling within seven days on rejection of the suit. If the plaintiff is dissatisfied with the ruling, he may lodge a protest.

第一百二十六条    人民法院应当保障当事人依照法律规定享有的起诉权利。对符合本法第一百二十二条的起诉，必须受理。符合起诉条件的，应当在七日内立案，并通知当事人；不符合起诉条件的，应当在七日内作出裁定书，不予受理；原告对裁定不服的，可以提起上诉。

Article 127      With respect to lawsuits described below, the people's court shall deal with them in the light of their specific circumstances:

第一百二十七条    人民法院对下列起诉，分别情形，予以处理：

(1) For a lawsuit within the scope of administrative actions in accordance with the provisions of the Administrative Procedure Law, the people's court shall advise the plaintiff to institute administrative proceedings;

（一）依照行政诉讼法的规定，属于行政诉讼受案范围的，告知原告提起行政诉讼；

(2) If, according to the law, both parties have reached a written agreement to submit their dispute to an arbitral organ for arbitration and they may not institute legal proceedings with a people's court, the people's court shall notify the plaintiff to apply to the arbitral organ for arbitration;

（二）依照法律规定，双方当事人达成书面仲裁协议申请仲裁、不得向人民法院起诉的，告知原告向仲裁机构申请仲裁；

(3) In case of disputes which, according to the law, shall be dealt with by other organs, the people's court shall advise the plaintiff to apply to the relevant organ for settlement;

（三）依照法律规定，应当由其他机关处理的争议，告知原告向有关机关申请解决；

(4) With respect to cases that are not under its jurisdiction, the people's court shall advise the plaintiff to bring a lawsuit in the competent people's court;

（四）对不属于本院管辖的案件，告知原告向有管辖权的人民法院起诉；

(5) With respect to a case of which a judgment, ruling or mediation statement has already taken legal effect, while one party brings a suit again, the people's court shall notify the plaintiff to apply for a retrial, except that the ruling of the people's court permit the withdrawal of a suit;

（五）对判决、裁定、调解书已经发生法律效力的案件，当事人又起诉的，告知原告申请再审，但人民法院准许撤诉的裁定除外；

(6) With respect to an action that may not be filed within a specified period according to the law, it shall not be accepted if it is filed during that period.

（六）依照法律规定，在一定期限内不得起诉的案件，在不得起诉的期限内起诉的，不予受理；

(7) In a divorce case in which a judgment has been made disallowing the divorce, or in which both parties have become reconciled after conciliation, or in a case concerning adoptive relationship in which a judgment has

（七）判决不准离婚和调解和好的离婚案件，判决、调解维持收养关系的案件，没有新情况、新理由，原告在六个月内又起诉的，不予受理。

been made or conciliation has been successfully conducted to maintain the adoptive relationship, if the plaintiff files a suit again within six months in the absence of any new developments or new reasons, it shall not be accepted.

<table>
<tr><td>Section 2: Preparations for Trial</td><td>第二节　审理前的准备</td></tr>
</table>

| | |
|---|---|
| Article 128　　The people's court shall send a copy of the statement of complaint to the defendant within five days from the date of accepting the case, and the defendant shall file a statement of defence within 15 days from the date of receipt of the copy of the statement of complaint. The statement of defence shall state the name, gender, age, ethnic status, occupation, work unit, address, and contact information of the defendant, the name and address of the legal person or other organization, the name, position and contact information of the legal representative or person in charge. The people's court shall send a copy of the statement of defence to the plaintiff within five days from the date of its receipt. | 第一百二十八条　　人民法院应当在立案之日起五日内将起诉状副本发送被告，被告应当在收到之日起十五日内提出答辩状。答辩状应当记明被告的姓名、性别、年龄、民族、职业、工作单位、住所、联系方式；法人或者其他组织的名称、住所和法定代表人或者主要负责人的姓名、职务、联系方式。人民法院应当在收到答辩状之日起五日内将答辩状副本发送原告。 |
| Failure by the defendant to file a statement of defence shall not affect the trial of the case by the people's court. | 被告不提出答辩状的，不影响人民法院审理。 |
| Article 129　　The people's court shall, with respect to cases whose acceptance has been decided, inform the parties in the notification of acceptance and in the notification calling for response to the action of their relevant litigation rights and obligations of which the parties may likewise be informed orally. | 第一百二十九条　　人民法院对决定受理的案件，应当在受理案件通知书和应诉通知书中向当事人告知有关的诉讼权利义务，或者口头告知。 |
| Article 130　　If a party to an action objects to the jurisdiction of a people's court after the court has accepted the case, the party must raise the objection within the period prescribed for the submission of defence. The people's court shall examine the objection. If the objection is established, the people's court shall | 第一百三十条　　人民法院受理案件后，当事人对管辖权有异议的，应当在提交答辩状期间提出。人民法院对当事人提出的异议，应当审查。异议成立的，裁定将案件移送有管辖权的人民法院；异议不成立的，裁定驳回。 |

order the case to be transferred to the people's court
that has jurisdiction over it; if not, the people's court
shall reject it.

Where a party responds to the action without challenging the jurisdiction, the people's court accepting the case shall be deemed to have the jurisdiction, provided that there is no violation of provisions on hierarchical jurisdiction and exclusive jurisdiction.

当事人未提出管辖异议，并应诉答辩的，视为受诉人民法院有管辖权，但违反级别管辖和专属管辖规定的除外。

Article 131    The parties shall be notified within three days after the judges are determined.

第一百三十一条    审判人员确定后，应当在三日内告知当事人。

Article 132    The judicial officers must carefully examine and verify the case materials and carry out investigations and collection of necessary evidence.

第一百三十二条    审判人员必须认真审核诉讼材料，调查收集必要的证据。

Article 133    The personnel sent by a people's court to conduct investigations shall produce their papers before the person to be investigated.

第一百三十三条    人民法院派出人员进行调查时，应当向被调查人出示证件。

The written record of an investigation shall be checked by the person investigated and then signed or sealed by both the investigator and the person being investigated.

调查笔录经被调查人校阅后，由被调查人、调查人签名或者盖章。

Article 134    A people's court may, when necessary, entrust a people's court in another locality with the investigations.

第一百三十四条    人民法院在必要时可以委托外地人民法院调查。

The entrusting people's court shall clearly set out the matters for and requirements of the entrusted investigations. The entrusted people's court may on its own initiative conduct supplementary investigations.

委托调查，必须提出明确的项目和要求。受委托人民法院可以主动补充调查。

The entrusted people's court shall complete the investigations within 30 days after receiving the commission in writing. If for certain reasons it cannot complete the investigations, the said people's court shall

受委托人民法院收到委托书后，应当在三十日内完成调查。因故不能完成的，应当在上述期限内函告委托人民法院。

notify the entrusting people's court in writing within the above-mentioned time limit.

| | |
|---|---|
| Article 135      If a party who must participate in a joint action fails to participate in the proceedings, the people's court shall notify him to participate. | 第一百三十五条    必须共同进行诉讼的当事人没有参加诉讼的，人民法院应当通知其参加诉讼。 |
| Article 136      The people's court shall handle the accepted lawsuits in light of their specific circumstances: | 第一百三十六条    人民法院对受理的案件，分别情形，予以处理： |
| (1) where the parties concerned have no disputes and the requirements of urge and supervision procedure are met, such procedure could be initiated; | （一）当事人没有争议，符合督促程序规定条件的，可以转入督促程序； |
| (2) where conciliation may be conducted before the trial, conciliation shall be conducted to timely solve the dispute; | （二）开庭前可以调解的，采取调解方式及时解决纠纷； |
| (3) the summary procedures or ordinary procedures may be applied according to the specific conditions of a case; and | （三）根据案件情况，确定适用简易程序或者普通程序； |
| (4) where a court session is needed, the focus of the dispute may be clarified through requiring the parties concerned to swap evidence or by other means. | （四）需要开庭审理的，通过要求当事人交换证据等方式，明确争议焦点。 |

| Section 3: Trial in Court | 第三节    开庭审理 |
|---|---|
| Article 137      Civil cases shall be tried in public, except for those that involve State secrets or personal privacy or are to be tried otherwise as provided by the law. | 第一百三十七条    人民法院审理民事案件，除涉及国家秘密、个人隐私或者法律另有规定的以外，应当公开进行。 |
| A divorce case or a case involving trade secrets may not be heard in public if a party so requests. | 离婚案件，涉及商业秘密的案件，当事人申请不公开审理的，可以不公开审理。 |
| Article 138      For civil cases, the people's court shall, whenever necessary, go on circuit to hold trials on | 第一百三十八条    人民法院审理民事案件，根据需要进行巡回审理，就地办案。 |

the spot.

| | |
|---|---|
| Article 139        For civil cases, the people's court shall notify the parties and other participants in the proceedings three days before the opening of a court session. If a case is to be tried in public, the names of the parties, the cause of action and the time and location of the court session shall be announced publicly. | 第一百三十九条        人民法院审理民事案件，应当在开庭三日前通知当事人和其他诉讼参与人。公开审理的，应当公告当事人姓名、案由和开庭的时间、地点。 |
| Article 140        Before a court session is called to order, the court clerk shall ascertain whether or not the parties and other participants in the proceedings are present and announce the rules of order of the court. | 第一百四十条        开庭审理前，书记员应当查明当事人和其他诉讼参与人是否到庭，宣布法庭纪律。 |
| At the beginning of a court session, the presiding judge or sole judge shall check the parties present, announce the cause of action and the names of the judicial officers and court clerks, inform the parties of their relevant litigation rights and obligations and inquire the parties whether or not they will apply for the withdrawal of any court personnel. | 开庭审理时，由审判长或者独任审判员核对当事人，宣布案由，宣布审判人员、书记员名单，告知当事人有关的诉讼权利义务，询问当事人是否提出回避申请。 |
| Article 141        Court investigation shall be conducted in the following order: | 第一百四十一条        法庭调查按照下列顺序进行： |
| (1) statements by the parties; | （一）当事人陈述； |
| (2) Informing the witnesses of their rights and obligations, giving testimony by the witnesses and reading of the written statements of witnesses that are absent; | （二）告知证人的权利义务，证人作证，宣读未到庭的证人证言； |
| (3) presentation of documentary evidence, material evidence , audio-visual material and electronic data. | （三）出示书证、物证、视听资料和电子数据； |
| (4) reading of expert opinions; and | （四）宣读鉴定意见； |
| (5) reading of records of inspection. | （五）宣读勘验笔录。 |

| | |
|---|---|
| Article 142       The parties may present new evidence during a court session. | 🟧 第一百四十二条    当事人在法庭上可以提出新的证据。 |
| With the permission of the court, the parties may put questions to witnesses, expert witnesses and inspectors. | 当事人经法庭许可，可以向证人、鉴定人、勘验人发问。 |
| Any request by the parties concerned for a new investigation, expert evaluation or inspection shall be subject to the approval of the people's court. | 当事人要求重新进行调查、鉴定或者勘验的，是否准许，由人民法院决定。 |
| Article 143       Additional claims by the plaintiff, counterclaims by the defendant and third-party claims related to the case may be tried in combination. | 🟧 第一百四十三条    原告增加诉讼请求，被告提出反诉，第三人提出与本案有关的诉讼请求，可以合并审理。 |
| Article 144       Court debate shall be conducted in the following order: | 🟧 第一百四十四条    法庭辩论按照下列顺序进行： |
| (1) oral statements by the plaintiff and his agents ad litem; | （一）原告及其诉讼代理人发言； |
| (2) defence by the defendant and his agents ad litem; | （二）被告及其诉讼代理人答辩； |
| (3) oral statement or defence by the third party and his agents ad litem; and | （三）第三人及其诉讼代理人发言或者答辩； |
| (4) debate between the two sides. | （四）互相辩论。 |
| At the end of the court debate, the presiding judge or sole judge shall ask each side, first the plaintiff, then the defendant, and then the third party, for their final opinion respectively. | 法庭辩论终结，由审判长或者独任审判员按照原告、被告、第三人的先后顺序征询各方最后意见。 |
| Article 145       At the end of the court debate, a judgment shall be made according to the law. Where conciliation is possible prior to the rendering of a judgment, conciliation efforts may be made; if conciliation proves to be unsuccessful, a judgment shall be made without delay. | 🟧 第一百四十五条    法庭辩论终结，应当依法作出判决。判决前能够调解的，还可以进行调解，调解不成的，应当及时判决。 |

| | |
|---|---|
| Article 146    If a plaintiff, having been served with a summons, refuses to appear in court without justified reasons, or if he withdraws during a court session without the permission of the court, the case may be considered as withdrawn by him; if the defendant files a counterclaim in the mean time, the court may make a judgment by default. | 第一百四十六条    原告经传票传唤，无正当理由拒不到庭的，或者未经法庭许可中途退庭的，可以按撤诉处理；被告反诉的，可以缺席判决。 |
| Article 147    If a defendant, having been served with a summons, refuses to appear in court without justified reasons, or if he withdraws during a court session without the permission of the court, the court may make a judgment by default. | 第一百四十七条    被告经传票传唤，无正当理由拒不到庭的，或者未经法庭许可中途退庭的，可以缺席判决。 |
| Article 148    If a plaintiff applies for withdrawal of the case before the judgment is pronounced, the people's court shall decide whether or not to approve it. | 第一百四十八条    宣判前，原告申请撤诉的，是否准许，由人民法院裁定。 |
| If withdrawal of the case is not allowed by an order of the people's court, and the plaintiff, having been served with a summons, refuses to appear in court without justified reasons, the people's court may make a judgment by default. | 人民法院裁定不准许撤诉的，原告经传票传唤，无正当理由拒不到庭的，可以缺席判决。 |
| Article 149    Under any of the following circumstances, the trial may be adjourned: | 第一百四十九条    有下列情形之一的，可以延期开庭审理： |
| (1) the parties concerned and other participants in the proceedings required to appear in court fail to do so for justified reasons; | （一）必须到庭的当事人和其他诉讼参与人有正当理由没有到庭的； |
| (2) any party concerned makes an extempore application for the withdrawal of a judicial officer; | （二）当事人临时提出回避申请的； |
| (3) it is necessary to summon new witnesses to court, collect new evidence, make a new expert evaluation, new inspection, or to make a supplementary investigation; or | （三）需要通知新的证人到庭，调取新的证据，重新鉴定、勘验，或者需要补充调查的； |

(4) other circumstances that warrant the adjournment.

（四）其他应当延期的情形。

Article 150    The court clerk shall make a written record of the entire court proceedings, which shall be signed by him and the judicial officers.

🟧    第一百五十条    书记员应当将法庭审理的全部活动记入笔录，由审判人员和书记员签名。

The court record shall be read out in court, or else the parties and other participants in the proceedings may be notified to read the record while in court or within five days. If they consider that there are omissions or errors in the record of their own statements, the parties or other participants in the proceedings shall have the right to apply for rectifications. If such rectifications are not made, the application shall be placed on record in the case file.

法庭笔录应当当庭宣读，也可以告知当事人和其他诉讼参与人当庭或者在五日内阅读。当事人和其他诉讼参与人认为对自己的陈述记录有遗漏或者差错的，有权申请补正。如果不予补正，应当将申请记录在案。

The court record shall be signed or sealed by the parties and other participants in the proceedings. Refusal to do so shall be put on record in the case file.

法庭笔录由当事人和其他诉讼参与人签名或者盖章。拒绝签名盖章的，记明情况附卷。

Article 151    The people's court shall publicly pronounce its judgment in all cases, whether publicly tried or not.

🟧    第一百五十一条    人民法院对公开审理或者不公开审理的案件，一律公开宣告判决。

If a judgment is pronounced in court, the written judgment shall be issued and delivered within ten days; if a judgment is pronounced later on a fixed date, the written judgment shall be issued and given immediately after the pronouncement.

当庭宣判的，应当在十日内发送判决书；定期宣判的，宣判后立即发给判决书。

Upon pronouncement of a judgment, the parties concerned must be informed of their right to file an appeal, the time limit for appeal and the court to which they may appeal.

宣告判决时，必须告知当事人上诉权利、上诉期限和上诉的法院。

Upon pronouncement of a divorce judgment, the parties concerned must be informed not to remarry before the judgment takes legal effect.

宣告离婚判决，必须告知当事人在判决发生法律效力前不得另行结婚。

Article 152        A people's court trying a case in which the ordinary procedure is followed, shall conclude the case within six months from the date of docketing the case. Where an extension of the period is necessary under special circumstances, a six-month extension may be allowed subject to the approval of the president of the court. Further extension, if needed, shall be reported to the people's court at a higher level for approval.

第一百五十二条        人民法院适用普通程序审理的案件，应当在立案之日起六个月内审结。有特殊情况需要延长的，经本院院长批准，可以延长六个月；还需要延长的，报请上级人民法院批准。

Section 4: Suspension and Termination of Legal Proceedings

第四节    诉讼中止和终结

Article 153        Legal Proceedings shall be suspended in any of the following circumstances:

第一百五十三条        有下列情形之一的，中止诉讼：

(1) one of the parties dies and it is necessary to wait for the heir or heiress to make clear whether or not to participate in the proceedings;

（一）一方当事人死亡，需要等待继承人表明是否参加诉讼的；

(2) one of the parties has lost the capacity to engage in litigation and his agent ad litem has not been designated yet;

（二）一方当事人丧失诉讼行为能力，尚未确定法定代理人的；

(3) the legal person or any other organization as one of the parties has dissolved, and the successor to its rights and obligations has not been determined yet;

（三）作为一方当事人的法人或者其他组织终止，尚未确定权利义务承受人的；

(4) one of the parties is unable to participate in the proceedings for reasons of force majeure;

（四）一方当事人因不可抗拒的事由，不能参加诉讼的；

(5) the adjudication of the case pending is dependent on the results of the trial of another case that has not yet been concluded; or

（五）本案必须以另一案的审理结果为依据，而另一案尚未审结的；

(6) other circumstances that warrant the suspension of the litigation.

（六）其他应当中止诉讼的情形。

The proceedings shall resume after the causes of the suspension have been eliminated.

中止诉讼的原因消除后，恢复诉讼。

| | |
|---|---|
| Article 154        Legal proceedings shall be terminated in any of the following circumstances: | 第一百五十四条        有下列情形之一的，终结诉讼： |
| (1) the plaintiff dies without a successor, or the successor waives the right to litigate; | （一）原告死亡，没有继承人，或者继承人放弃诉讼权利的； |
| (2) the decedent leaves no estate, nor any one to succeed to his obligations; | （二）被告死亡，没有遗产，也没有应当承担义务的人的； |
| (3) one of the parties in a divorce case dies; or | （三）离婚案件一方当事人死亡的； |
| (4) one of the parties in a case involving a claim for alimony, support for elders or children or for the termination of adoptive relationship dies. | （四）追索赡养费、扶养费、抚养费以及解除收养关系案件的一方当事人死亡的。 |
| Section 5: Judgment and Order | 第五节    判决和裁定 |
| Article 155        A judgment shall state the outcome of judgment and causes, and shall include the following content: | 第一百五十五条        判决书应当写明判决结果和作出该判决的理由。判决书内容包括： |
| (1) cause of action, the claims, facts and cause or causes of the dispute; | （一）案由、诉讼请求、争议的事实和理由； |
| (2) the facts and causes affirmed by the judgment, applicable laws and causes; | （二）判决认定的事实和理由、适用的法律和理由； |
| (3) the outcome of adjudication and the costs to be borne; and | （三）判决结果和诉讼费用的负担； |
| (4) the time limit for filing an appeal and the appellate court with which the appeal may be filed. | （四）上诉期间和上诉的法院。 |
| The judgment shall be signed by the judicial officers and the court clerk, with the seal of the people's court affixed to it. | 判决书由审判人员、书记员署名，加盖人民法院印章。 |

Delivery | Westlaw China

| | |
|---|---|
| Article 156        If some of the facts in a case being tried by the people's court are already evident, the court may pass judgment on that part of the case first. | 第一百五十六条    人民法院审理案件，其中一部分事实已经清楚，可以就该部分先行判决。 |
| Article 157        An order in writing is to be made in any of the following conditions: | 第一百五十七条    裁定适用于下列范围： |
| (1) refusal to accept a case; | （一）不予受理； |
| (2) objection to the jurisdiction of a court; | （二）对管辖权有异议的； |
| (3) rejection of a complaint; | （三）驳回起诉； |
| (4) property preservation and advance execution; | （四）保全和先予执行； |
| (5) approval or disapproval of withdrawal of a suit; | （五）准许或者不准许撤诉； |
| (6) suspension or termination of legal proceedings; | （六）中止或者终结诉讼； |
| (7) correction of errata in the judgment; | （七）补正判决书中的笔误； |
| (8) suspension or termination of execution; | （八）中止或者终结执行； |
| (9) cancellation of or refusal to execute an arbitration award; | （九）撤销或者不予执行仲裁裁决； |
| (10) refusal to enforce a document of a notary office evidencing the rights of a creditor and entitling him to its compulsory execution; or | （十）不予执行公证机关赋予强制执行效力的债权文书； |
| (11) other matters to be decided in the form of an order in writing. | （十一）其他需要裁定解决的事项。 |
| An appeal may be lodged against an order in Items (1), (2) and (3) mentioned above. | 对前款第一项至第三项裁定，可以上诉。 |
| A written order shall specify the results of the order and reasons thereof, and shall be signed by the judicial | 裁定书应当写明裁定结果和作出该裁定的理由。裁定书由审判人员、书记员署名，加盖人民法院印章。口头裁定的，记 |

officers and the court clerk, with the seal of the
people's court affixed thereto. If it is issued orally,
the order shall be entered in the record.

入笔录。

Article 158        All judgments and written orders of
the Supreme People's Court, as well as judgments and
written orders that may not be appealed against according
to the law or that have not been appealed against within
the prescribed time limit, shall be legally effective.

第一百五十八条    最高人民法院的判决、裁
定，以及依法不准上诉或者超过上诉期没有上诉的判决、裁定，
是发生法律效力的判决、裁定。

Article 159        The public may consult the legally
effective judgments and written orders, except the ones
involving State secret, business secret and personal
privacy.

第一百五十九条    公众可以查阅发生法律效
力的判决书、裁定书，但涉及国家秘密、商业秘密和个人隐私的
内容除外。

Chapter 13: Summary Procedure

第十三章    简易程序

Article 160        When trying simple civil cases in
which the facts are evident, the rights and obligations
clear and the disputes trivial in character, the primary
people's courts and the tribunals dispatched by them shall
apply the provisions of this Chapter.

第一百六十条    基层人民法院和它派出的法
庭审理事实清楚、权利义务关系明确、争议不大的简单的民事案
件，适用本章规定。

For civil cases other than those specified in the
preceding paragraph that are tried by the primary people's
courts and their dispatched tribunals, the parties thereto
may also reach an agreement on adopting the summary
procedure.

基层人民法院和它派出的法庭审理前款规定以外的民事
案件，当事人双方也可以约定适用简易程序。

Article 161        In simple civil cases, the plaintiff
may lodge his complaint orally.

第一百六十一条    对简单的民事案件，原告
可以口头起诉。

The two parties concerned may at the same time come before
a primary people's court or a tribunal dispatched by it
for a solution of their dispute. The primary people's
court or the tribunal it dispatched may try the case
immediately or set a date for the trial.

当事人双方可以同时到基层人民法院或者它派出的法
庭，请求解决纠纷。基层人民法院或者它派出的法庭可以当即审
理，也可以另定日期审理。

Article 162       In trying a simple civil case, the primary people's court or its dispatched tribunal may use simplified methods to summon the parties and witnesses, serve litigation documents and try the case provided that the rights of the parties concerned to make statements are guaranteed.

第一百六十二条     基层人民法院和它派出的法庭审理简单的民事案件，可以用简便方式传唤当事人和证人、送达诉讼文书、审理案件，但应当保障当事人陈述意见的权利。

Article 163       Simple civil cases shall be tried by a single judge alone and the trial of such cases shall not be bound by the provisions of Articles 139, 141, and 144 of this Law.

第一百六十三条     简单的民事案件由审判员一人独任审理，并不受本法第一百三十九条、第一百四十一条、第一百四十四条规定的限制。

Article 164       The people's court trying a case in which summary procedure is followed shall conclude the case within three months from the date of placing the case on the docket. Where extension is needed due to special circumstances, the period may be extended by one month upon approval by the president of the people's court.

第一百六十四条     人民法院适用简易程序审理案件，应当在立案之日起三个月内审结。有特殊情况需要延长的，经本院院长批准，可以延长一个月。

Article 165       Where a primary people's court or its local tribunal hears a simple civil case of payment of money where the facts are clear, the relationship between rights and obligations is definite and the disputes are minor, and the underlying amount is 50% or less of the average annual salary of employees of the relevant province, autonomous region or municipality directly under the Central Government in the preceding year, the said case shall be heard according to small-claim litigation procedures, and be subject to the model where the first instance shall be the final instance.

第一百六十五条     基层人民法院和它派出的法庭审理事实清楚、权利义务关系明确、争议不大的简单金钱给付民事案件，标的额为各省、自治区、直辖市上年度就业人员年平均工资百分之五十以下的，适用小额诉讼的程序审理，实行一审终审。

Where a primary people's court or its local tribunal hears a civil case prescribed by the preceding Paragraph, but the underlying amount is more than 50% of, but not more than twice, the average annual salary of employees of the relevant province, autonomous region or municipality directly under the Central Government in the preceding year, the said case may be heard according to small-claim

基层人民法院和它派出的法庭审理前款规定的民事案件，标的额超过各省、自治区、直辖市上年度就业人员年平均工资百分之五十但在二倍以下的，当事人双方也可以约定适用小额诉讼的程序。

litigation procedures upon agreement by the parties concerned.

| | |
|---|---|
| Article 166    A people's court shall not apply small-claim litigation procedures to hear any of the following civil cases: | 第一百六十六条    人民法院审理下列民事案件，不适用小额诉讼的程序： |
| (1) Cases to affirm personal relationship or property rights; | （一）人身关系、财产确权案件； |
| (2) Foreign-related cases; | （二）涉外案件； |
| (3) Cases that require evaluation or appraisal, or cases for which objections are raised against the results of pre-litigation evaluation or appraisal; | （三）需要评估、鉴定或者对诉前评估、鉴定结果有异议的案件； |
| (4) Cases where the whereabouts of one party is unknown; | （四）一方当事人下落不明的案件； |
| (5) Cases where a party concerned has filed a counterclaim; or | （五）当事人提出反诉的案件； |
| (6) Other cases that are not suitable to be heard according to small-claim litigation procedures. | （六）其他不宜适用小额诉讼的程序审理的案件。 |
| Article 167    Where a people's court applies small-claim litigation procedures to hear a case, the people's court may conclude hearing in one court session and pronounce the judgment in court. | 第一百六十七条    人民法院适用小额诉讼的程序审理案件，可以一次开庭审结并且当庭宣判。 |
| Article 168    A people's court that applies small-claim litigation procedures to hear a case shall complete hearing within two months from the date of case filing. Where extension is needed due to special circumstances, the period may be extended by one month upon approval by the president of the people's court. | 第一百六十八条    人民法院适用小额诉讼的程序审理案件，应当在立案之日起两个月内审结。有特殊情况需要延长的，经本院院长批准，可以延长一个月。 |
| Article 169    Where a people's court finds that a case is not suitable for small-claim litigation procedures during the hearing process, the people's court shall apply | 第一百六十九条    人民法院在审理过程中，发现案件不宜适用小额诉讼的程序的，应当适用简易程序的其他规定审理或者裁定转为普通程序。 |

other provisions of the summary procedures to hear the case or render a ruling to convert the case to ordinary procedures.

| | |
|---|---|
| If a party concerned is of the opinion that hearing of the case according to small-claim litigation procedures is against the law, the party concerned may raise objections to the people's court. The people's court shall review the objections raised by the party concerned. If the objections are substantiated, the people's court shall apply other provisions of the summary procedures to hear the case or render a ruling to convert the case to ordinary procedures; and, if the ob-jections are not substantiated, the people's court shall render a ruling to dismiss the objections. | 当事人认为案件适用小额诉讼的程序审理违反法律规定的, 可以向人民法院提出异议。人民法院对当事人提出的异议应当审查, 异议成立的, 应当适用简易程序的其他规定审理或者裁定转为普通程序; 异议不成立的, 裁定驳回。 |
| Article 170     If the people's court finds it is improper to adopt the summary procedure to a case during the trial of the case, it may rule to adopt ordinary procedure for the case. | 🟧 第一百七十条     人民法院在审理过程中, 发现案件不宜适用简易程序的, 裁定转为普通程序。 |

## Chapter 14: Procedure of Second Instance     第十四章     第二审程序

| | |
|---|---|
| Article 171     If a party refuses to accept a judgment of first instance of a local people's court, he shall have the right to file an appeal with the people's court at the next higher level within 15 days from the date on which the written judgment is served. | 🟧 第一百七十一条     当事人不服地方人民法院第一审判决的, 有权在判决书送达之日起十五日内向上一级人民法院提起上诉。 |
| If a party refuses to accept a written order of first instance of a local people's court, he shall have the right to file an appeal with a people's court at the next higher level within ten days from the date on which the written order is served. | 当事人不服地方人民法院第一审裁定的, 有权在裁定书送达之日起十日内向上一级人民法院提起上诉。 |
| Article 172     For filing an appeal, a petition for the purpose shall be submitted. The content of the appeal petition shall include the names of the parties, the names of the legal persons and their legal representatives or | 🟧 第一百七十二条     上诉应当递交上诉状。上诉状的内容, 应当包括当事人的姓名, 法人的名称及其法定代表人的姓名或者其他组织的名称及其主要负责人的姓名; 原审人民法院名称、案件的编号和案由; 上诉的请求和理由。 |

names of other organizations and their principal heads;
the name of the people's court where the case is
originally tried; file number of the case and the cause of
action; and the claims of the appeal and the reasons.

---

Article 173      The appeal petition shall be
submitted through the people's court which originally
tried the case, and copies of it shall be provided
according to the number of persons in the other party or
of the representatives thereof.

第一百七十三条　　上诉状应当通过原审人民
法院提出，并按照对方当事人或者代表人的人数提出副本。

---

If a party appeals directly to a people's court of second
instance, the said court shall, within five days, transmit
the appeal petition to the people's court which originally
tried the case.

当事人直接向第二审人民法院上诉的，第二审人民法院
应当在五日内将上诉状移交原审人民法院。

---

Article 174      The people's court which originally
tried the case shall, within five days after receiving the
appeal petition, serve a copy of it on the other party,
who shall submit his statement of defence within 15 days
from the date of receipt of such copy. The people's court
shall, within five days from the date of receiving the
statement of defence, serve a copy of it on the appellant.
Failure by the other party to submit a statement of
defence shall not prevent the case from being tried by the
people's court.

第一百七十四条　　原审人民法院收到上诉
状，应当在五日内将上诉状副本送达对方当事人，对方当事人在
收到之日起十五日内提出答辩状。人民法院应当在收到答辩状之
日起五日内将副本送达上诉人。对方当事人不提出答辩状的，不
影响人民法院审理。

---

After receiving the appeal petition and the defence, the
people's court which originally tried the case shall,
within five days, deliver them together with the entire
case file and evidence to the people's court of second
instance.

原审人民法院收到上诉状、答辩状，应当在五日内连同
全部案卷和证据，报送第二审人民法院。

---

Article 175      With respect to an appealed case,
the people's court of second instance shall review the
relevant facts and the application of the law.

第一百七十五条　　第二审人民法院应当对上
诉请求的有关事实和适用法律进行审查。

---

Article 176      With respect to a case of appeal,
the people's court of second instance shall conduct open

第一百七十六条　　第二审人民法院对上诉案
件应当开庭审理。经过阅卷、调查和询问当事人，对没有提出新

trial. After consulting the files, making investigations and inquiring the parties, for a case with no new facts, evidences or causes raised, if the people's court considers that it is not necessary to conduct open trial, the open trial may not be conducted.

的事实、证据或者理由，人民法院认为不需要开庭审理的，可以不开庭审理。

The people's court of second instance may try a case on appeal at its own site or in the place where the case originated or where the people's court which originally tried the case is located.

第二审人民法院审理上诉案件，可以在本院进行，也可以到案件发生地或者原审人民法院所在地进行。

Article 177      After trying a case of appeal, the people's court of second instance shall handle the case in light of the following situations:

第一百七十七条    第二审人民法院对上诉案件，经过审理，按照下列情形，分别处理：

(1) If, in the original judgment or written order, the facts are clearly ascertained and the law and regulations are correctly applied, the people's court of second instance shall reject the appeal and make a judgment or order to affirm the original judgment or order;

（一）原判决、裁定认定事实清楚，适用法律正确的，以判决、裁定方式驳回上诉，维持原判决、裁定；

(2) If, in the original judgment or written order, the facts are incorrectly ascertained or the law and regulations are incorrectly applied, the people's court of second instance shall make a judgment or order to amend, cancel or change the judgment or order in accordance with the law;

（二）原判决、裁定认定事实错误或者适用法律错误的，以判决、裁定方式依法改判、撤销或者变更；

(3) If, in the original judgment, the facts are not clearly ascertained, the people's court of second instance may make an order to cancel the original judgment, remand the case to the people's court of original instance for retrial, or the people's court of second instance may amend the judgment after investigating and ascertaining the facts; and

（三）原判决认定基本事实不清的，裁定撤销原判决，发回原审人民法院重审，或者查清事实后改判；

(4) If there is serious violation of legal procedures in making the original judgment, for instance, the judgment is made without presence of the parties concerned or a

（四）原判决遗漏当事人或者违法缺席判决等严重违反法定程序的，裁定撤销原判决，发回原审人民法院重审。

default judgment is made in violation of the law, the people's court of second instance shall rule to cancel the original judgment and remand the case to the people's court of original instance for retrial.

With respect to an appeal lodged by the parties concerned after the people's court of original instance has retried the case, the people's court of second instance shall not remand the case for retrial again.

原审人民法院对发回重审的案件作出判决后,当事人提起上诉的,第二审人民法院不得再次发回重审。

Article 178    The people's court of second instance shall decide in the form of orders in handling all cases of appeal against the written orders made by the people's courts of first instance.

第一百七十八条    第二审人民法院对不服第一审人民法院裁定的上诉案件的处理,一律使用裁定。

Article 179    In dealing with a case on appeal, a people's court of second instance may conduct conciliation. If an agreement is reached through conciliation, a conciliation statement shall be made and signed by the judicial officers and the court clerk, with the seal of the people's court affixed to it. After the conciliation statement has been served, the original judgment of the lower court shall be deemed as set aside.

第一百七十九条    第二审人民法院审理上诉案件,可以进行调解。调解达成协议,应当制作调解书,由审判人员、书记员署名,加盖人民法院印章。调解书送达后,原审人民法院的判决即视为撤销。

Article 180    If an appellant applies for withdrawal of his appeal before a people's court of second instance pronounces its judgment, the court shall decide whether or not to approve the application.

第一百八十条    第二审人民法院判决宣告前,上诉人申请撤回上诉的,是否准许,由第二审人民法院裁定。

Article 181    In the trial of a case on appeal, the people's court of second instance shall, apart from observing the provisions of this Chapter, follow the ordinary procedure for trials of first instance.

第一百八十一条    第二审人民法院审理上诉案件,除依照本章规定外,适用第一审普通程序。

Article 182    The judgment and the written order of a people's court of second instance shall be final.

第一百八十二条    第二审人民法院的判决、裁定,是终审的判决、裁定。

Article 183    The people's court trying a case on appeal shall conclude the case within three months from

第一百八十三条    人民法院审理对判决的上诉案件,应当在第二审立案之日起三个月内审结。有特殊情况需

the date of docketing the case for second instance trial.
Any extension of the period necessitated by special
circumstances shall be subject to the approval of the
president of the court.

要延长的，由本院院长批准。

The people's court trying a case on appeal against a
written order shall, within 30 days from the date of
docketing the case for second instance trial, make a
written order which is final.

人民法院审理对裁定的上诉案件，应当在第二审立案之
日起三十日内作出终审裁定。

|  |  |
|---|---|
| Chapter 15: Special Procedure | 第十五章　　特别程序 |

|  |  |
|---|---|
| Section 1: General Provisions | 第一节　　一般规定 |

Article 184        When the people's court tries cases
concerning the qualification of voters, the declaration of
a person as missing or dead, the determination of legal
incapacity or restricted legal capacity of a citizen, the
determination of a property as ownerless, the confirmation
of a mediation agreement and the realization of real
rights for security, the provisions of this Chapter shall
apply. For matters not covered in this Chapter, the
relevant provisions of this Law and other laws shall
apply.

第一百八十四条　　人民法院审理选民资格案
件、宣告失踪或者宣告死亡案件、认定公民无民事行为能力或者
限制民事行为能力案件、认定财产无主案件、确认调解协议案件
和实现担保物权案件，适用本章规定。本章没有规定的，适用本
法和其他法律的有关规定。

Article 185        In cases tried in accordance with
the procedure provided in this Chapter, the judgment of
first instance shall be final. A collegial panel of judges
shall be formed for the trial of any case involving the
qualification of voters or of any major, difficult or
complicated case; other cases shall be tried by a single
judge alone.

第一百八十五条　　依照本章程序审理的案
件，实行一审终审。选民资格案件或者重大、疑难的案件，由审
判员组成合议庭审理；其他案件由审判员一人独任审理。

Article 186        If a people's court, while trying a
case in accordance with the procedure provided in this
Chapter, finds that the case involves a civil dispute over
rights and interests, it shall make a written order to
terminate the special procedure and inform the interested
parties to otherwise institute an action.

第一百八十六条　　人民法院在依照本章程序
审理案件的过程中，发现本案属于民事权益争议的，应当裁定终
结特别程序，并告知利害关系人可以另行起诉。

Article 187       A people's court trying a case in which special procedure is followed shall conclude the case within 30 days from the date of placing the case on the docket or within 30 days after expiration of the period stated in the public notice. Any extension of the time limit necessitated by special circumstances shall be subject to the approval of the president of the court, excepting, however, a case concerning the qualification of voters.

第一百八十七条       人民法院适用特别程序审理的案件，应当在立案之日起三十日内或者公告期满后三十日内审结。有特殊情况需要延长的，由本院院长批准。但审理选民资格的案件除外。

### Section 2: Cases Concerning the Qualification of Voters

### 第二节　选民资格案件

Article 188       If a citizen refuses to accept an election committee's decision on an appeal concerning his voting qualification, he may, five days before the election day, bring a suit in the primary people's court located in the electoral district.

第一百八十八条       公民不服选举委员会对选民资格的申诉所作的处理决定，可以在选举日的五日以前向选区所在地基层人民法院起诉。

Article 189       After accepting a case concerning voting qualification, a people's court must conclude the trial before the election day.

第一百八十九条       人民法院受理选民资格案件后，必须在选举日前审结。

The party who brings the suit, the representative of the election committee and other citizens concerned must participate in the proceedings.

审理时，起诉人、选举委员会的代表和有关公民必须参加。

The written judgment of the people's court shall be served on the election committee and the party who brings the suit before the election day; other citizens concerned shall be notified of the judgment.

人民法院的判决书，应当在选举日前送达选举委员会和起诉人，并通知有关公民。

### Section 3: Cases Concerning the Declaration of a Person as Missing or Dead

### 第三节　宣告失踪、宣告死亡案件

Article 190       With respect to a citizen whose whereabouts are unknown for two years in full, if the interested party applies for declaring the person as

第一百九十条       公民下落不明满二年，利害关系人申请宣告其失踪的，向下落不明人住所地基层人民法院提出。

missing, the application shall be filed with the primary people's court in the locality where the missing person has his domicile.

The application shall clearly state the facts and time of the disappearance of the person missing as well as the motion; documentary evidence from a public security organ or other relevant organs concerning the disappearance of the citizen shall be appended to the application.

申请书应当写明失踪的事实、时间和请求，并附有公安机关或者其他有关机关关于该公民下落不明的书面证明。

Article 191        With respect to a citizen whose whereabouts are unknown for four years in full or whose whereabouts are unknown for two years in full after an accident in which he is involved, or with respect to a citizen whose whereabouts are unknown after such an accident, and, upon proof furnished by the relevant authorities that it is impossible for him to survive, if the interested party applies for declaring such person as dead, the application shall be filed with the primary people's court in the locality where the missing person has his domicile.

🟧    第一百九十一条        公民下落不明满四年，或者因意外事件下落不明满二年，或者因意外事件下落不明，经有关机关证明该公民不可能生存，利害关系人申请宣告其死亡的，向下落不明人住所地基层人民法院提出。

The application shall clearly state the facts and time of the disappearance as well as the motion; documentary evidence from a public security organ or other relevant organs concerning the disappearance of the citizen shall be appended to the application.

申请书应当写明下落不明的事实、时间和请求，并附有公安机关或者其他有关机关关于该公民下落不明的书面证明。

Article 192        After accepting a case concerning the declaration of a person as missing or dead, the people's court shall issue a public notice in search of the person missing. The period of the public notice for declaring a person as missing shall be three months, and that for declaring a person as dead shall be one year. Where a citizen's whereabouts are unknown after an accident in which he is involved and, upon proof furnished by the relevant authorities that it is impossible for him to survive, the period of the public notice for proclaiming such person as dead shall be three months.

🟧    第一百九十二条        人民法院受理宣告失踪、宣告死亡案件后，应当发出寻找下落不明人的公告。宣告失踪的公告期间为三个月，宣告死亡的公告期间为一年。因意外事件下落不明，经有关机关证明该公民不可能生存的，宣告死亡的公告期间为三个月。

On the expiration of the period of the public notice, the people's court shall, depending on whether the fact of the missing or death of the person has been confirmed, make a judgment declaring the person missing or dead or make a judgment rejecting the application.

公告期间届满，人民法院应当根据被宣告失踪、宣告死亡的事实是否得到确认，作出宣告失踪、宣告死亡的判决或者驳回申请的判决。

Article 193　　If a person who has been declared missing or dead by a people's court reappears, the people's court shall, upon the application of that person or of an interested party, make a new judgment and annul the previous one.

第一百九十三条　被宣告失踪、宣告死亡的公民重新出现，经本人或者利害关系人申请，人民法院应当作出新判决，撤销原判决。

　Section 4: Cases Concerning the Adjudgment of Legal Incapacity or Restricted Legal Capacity of Citizens

第四节　认定公民无民事行为能力、限制民事行为能力案件

Article 194　　An application for adjudgment of legal incapacity or restricted legal capacity of a citizen shall be filed by the interested party or relevant organziation with the primary people's court in the locality where the citizen has his domicile.

第一百九十四条　申请认定公民无民事行为能力或者限制民事行为能力，由利害关系人或者有关组织向该公民住所地基层人民法院提出。

The application shall clearly state the fact and grounds of the citizen's legal incapacity or restricted legal capacity.

申请书应当写明该公民无民事行为能力或者限制民事行为能力的事实和根据。

Article 195　　After accepting such an application, the people's court shall, when necessary, have an expert evaluation of the citizen of whom the determination of legal incapacity or restricted legal capacity is sought; if the applicant has already provided an evaluation opinion, the people's court shall examine such opinion.

第一百九十五条　人民法院受理申请后，必要时应当对被请求认定为无民事行为能力或者限制民事行为能力的公民进行鉴定。申请人已提供鉴定意见的，应当对鉴定意见进行审查。

Article 196　　In the trial by the people's court of a case for the determination of legal incapacity or restricted legal capacity of a citizen, a near relative of the citizen shall be his agent, the applicant being excluded. If the near relatives of the citizen shift

第一百九十六条　人民法院审理认定公民无民事行为能力或者限制民事行为能力的案件，应当由该公民的近亲属为代理人，但申请人除外。近亲属互相推诿的，由人民法院指定其中一人为代理人。该公民健康情况许可的，还应当询问本人的意见。

responsibility onto one another, the people's court shall appoint one of them as agent for the citizen. If the citizen's condition of health permits, the people's court shall also seek the opinion of the citizen on the matter.

| | |
|---|---|
| If, through the trial, the people's court finds that the application is based on facts, a judgment of legal incapacity or restricted legal capacity of the citizen shall be made; if the court finds that the application is not based on facts, it shall make a judgment rejecting the application. | 人民法院经审理认定申请有事实根据的，判决该公民为无民事行为能力或者限制民事行为能力人；认定申请没有事实根据的，应当判决予以驳回。 |
| Article 197    If, upon the application of a person who has been determined as one of legal incapacity or restricted legal capacity or upon the application of his interested party or relevant organization, the people's court confirms that the causes of that person's legal incapacity or restricted legal capacity have been eliminated, a new judgment shall be made annulling the previous one. | 第一百九十七条    人民法院根据被认定为无民事行为能力人、限制民事行为能力人本人、利害关系人或者有关组织的申请，证实该公民无民事行为能力或者限制民事行为能力的原因已经消除的，应当作出新判决，撤销原判决。 |

| | |
|---|---|
| Section 5: Cases Concerning the Determination of Property as Ownerless | 第五节    认定财产无主案件 |
| Article 198    An application for determining a property as ownerless shall be filed by a citizen, legal person or any other organization with the primary people's court in the place where the property is located. | 第一百九十八条    申请认定财产无主，由公民、法人或者其他组织向财产所在地基层人民法院提出。 |
| The application shall clearly state the type and quantity of the property and the grounds on which the application for determining the property as ownerless is filed. | 申请书应当写明财产的种类、数量以及要求认定财产无主的根据。 |
| Article 199    The people's court shall, after accepting such an application and upon examination and verification of it, issue a public notice calling on the owner to claim the property. If no one claims the property one year after the issue of the public notice, the people's court shall make a judgment determining the | 第一百九十九条    人民法院受理申请后，经审查核实，应当发出财产认领公告。公告满一年无人认领的，判决认定财产无主，收归国家或者集体所有。 |

property as ownerless and turn it over to the State or the collective concerned.

| | |
|---|---|
| Article 200        If, after a property has been determined by a judgment as ownerless, the owner of the property or his successor appears, such a person may file a claim for the property within the period of limitation specified in the Civil Code. The people's court shall, after examination and verification of the claim, make a new judgment, annulling the previous one. | 第二百条       判决认定财产无主后，原财产所有人或者继承人出现，在民法典规定的诉讼时效期间内可以对财产提出请求，人民法院审查属实后，应当作出新判决，撤销原判决。 |
| Section 6: Cases Involving Confirmation of Mediation Agreement | 第六节      确认调解协议案件 |
| Article 201        To apply for judicial confirmation of a mediation agreement reached upon mediation organized by a duly established mediation organization, both parties concerned shall jointly submit an application to any of the following people's courts within 30 days following the effective date of the mediation agreement: | 第二百零一条       经依法设立的调解组织调解达成调解协议，申请司法确认的，由双方当事人自调解协议生效之日起三十日内，共同向下列人民法院提出： |
| (1) Where the people's court has invited the said mediation organization to initiate mediation, the application shall be submitted to the people's court that has made the invitation; or | （一）人民法院邀请调解组织开展先行调解的，向作出邀请的人民法院提出； |
| (2) Where the mediation organization has conducted mediation on its own accord, the application shall be submitted to the primary-level people's court at the domicile of a party concerned, at the locus of the subject matter or at the location of the mediation organization; and, if the disputes involved in the mediation agreement fall under the jurisdiction of an intermediate people's court, the application shall be submitted to the corresponding intermediate people's court. | （二）调解组织自行开展调解的，向当事人住所地、标的物所在地、调解组织所在地的基层人民法院提出；调解协议所涉纠纷应当由中级人民法院管辖的，向相应的中级人民法院提出。 |
| Article 202       The people's court shall make a written order to determine the validity of the mediation agreement after accepting the application and confirming | 第二百零二条       人民法院受理申请后，经审查，符合法律规定的，裁定调解协议有效，一方当事人拒绝履行或者未全部履行的，对方当事人可以向人民法院申请执行；不符 |

the application is in conformity with the law. If one
party refuses to perform or fails to completely perform
the order, the other party may apply with the people's
court for execution. The application shall be rejected if
it is not in conformity with the law. Both parties may
change the agreement through mediation or reach a new
mediation agreement or bring a lawsuit before the people's
court.

合法律规定的，裁定驳回申请，当事人可以通过调解方式变更原
调解协议或者达成新的调解协议，也可以向人民法院提起诉讼。

| Section 7: Cases Involving Realization of Real Rights for Security | 第七节　实现担保物权案件 |

Article 203        An application for realizing real
rights for security shall be filed by the holder of real
rights for security or other persons having the right to
request the realization of the real rights for security
with the primary people's court in the place where the
property is located or where the real right for security
is registered in accordance with the Civil Code and other
relevant laws.

🟧　第二百零三条　申请实现担保物权，由担保
物权人以及其他有权请求实现担保物权的人依照民法典等法律，
向担保财产所在地或者担保物权登记地基层人民法院提出。

Article 204        The people's court shall make a
written order on auctioning or selling the said property
after accepting the application and confirming the
application is in conformity with the law. The party may
apply with the people's court for execution according to
the order. The application shall be rejected if it is not
in conformity with the law and the parties concerned may
bring a lawsuit before the people's court.

🟧　第二百零四条　人民法院受理申请后，经审
查，符合法律规定的，裁定拍卖、变卖担保财产，当事人依据该
裁定可以向人民法院申请执行；不符合法律规定的，裁定驳回申
请，当事人可以向人民法院提起诉讼。

| Chapter 16: Procedure for Trial Supervision | 第十六章　审判监督程序 |

Article 205        If the president of a people's court
at any level finds definite error in a legally effective
judgment or written order of his court and deems it
necessary to have the case retried, he shall refer it to
the judicial committee for discussion and decision.

🟧　第二百零五条　各级人民法院院长对本院已
经发生法律效力的判决、裁定、调解书，发现确有错误，认为需
要再审的，应当提交审判委员会讨论决定。

If the Supreme People's Court finds definite error in a legally effective judgment or written order of a local people's court at any level, or if a people's court at a higher level finds some definite error in a legally effective judgment or written order of a people's court at a lower level, it shall respectively have the power to bring the case up for trial by itself or direct the people's court at a lower level to conduct a retrial.

最高人民法院对地方各级人民法院已经发生法律效力的判决、裁定、调解书，上级人民法院对下级人民法院已经发生法律效力的判决、裁定、调解书，发现确有错误的，有权提审或者指令下级人民法院再审。

Article 206    If the parties concerned believe that there is an error in a legally effective judgment or written order, they may apply with the people's court at the next higher level for a retrial. If one party to the case involves large number of persons, or both parties to the case are citizens, they may also apply with the people's court of original instance for retrial. However, the execution of the judgment or order shall not be suspended during the application.

第二百零六条    当事人对已经发生法律效力的判决、裁定，认为有错误的，可以向上一级人民法院申请再审；当事人一方人数众多或者当事人双方为公民的案件，也可以向原审人民法院申请再审。当事人申请再审的，不停止判决、裁定的执行。

Article 207    If an application made by a party meets any one of the following conditions, the people's court shall retry the case:

第二百零七条    当事人的申请符合下列情形之一的，人民法院应当再审：

(1) There is new evidence which is sufficient to reverse the original judgment or written order;

（一）有新的证据，足以推翻原判决、裁定的；

(2) There is a lack of evidence for establishing the basic facts ascertained in the original judgment or written order;

（二）原判决、裁定认定的基本事实缺乏证据证明的；

(3) The main evidence for the facts ascertained in the original judgment or written order is falsified;

（三）原判决、裁定认定事实的主要证据是伪造的；

(4) The main evidence for the facts ascertained in the original judgment or written order is not cross-examined;

（四）原判决、裁定认定事实的主要证据未经质证的；

(5) The parties concerned are unable to collect the main evidence of the case by themselves for objective reasons

（五）对审理案件需要的主要证据，当事人因客观原因不能自行收集，书面申请人民法院调查收集，人民法院未调查收

| | |
|---|---|
| and apply for help with the people's court, but the people's court fails to collect such evidence; | 集的； |
| (6) There is definite error in the application of law to the making of the original judgment or written order; | （六）原判决、裁定适用法律确有错误的； |
| (7) Formation of the trial organization is unlawful or the adjudicator that should withdraw has not done so; | （七）审判组织的组成不合法或者依法应当回避的审判人员没有回避的； |
| (8) The person incapable of judicial act is not represented by a statutory agent, or the party that should participate in the litigation fails to do so for reasons not attributable to himself or his legal representative; | （八）无诉讼行为能力人未经法定代理人代为诉讼或者应当参加诉讼的当事人，因不能归责于本人或者其诉讼代理人的事由，未参加诉讼的； |
| (9) The party's right to debate is deprived of in violation of the provisions of law; | （九）违反法律规定，剥夺当事人辩论权利的； |
| (10) The default judgment in the absence of the party is made where a summons is not served on the party; | （十）未经传票传唤，缺席判决的； |
| (11) Some claims are omitted or excessive claims are confirmed in the original judgment or written order; | （十一）原判决、裁定遗漏或者超出诉讼请求的； |
| (12) The legal document on the basis of which the original judgment or written order is abrogated or revised; or | （十二）据以作出原判决、裁定的法律文书被撤销或者变更的； |
| (13) The judicial officers have committed embezzlement, accepted bribes, engaged in malpractices for personal benefits or perverted the law when trying the case. | （十三）审判人员审理该案件时有贪污受贿，徇私舞弊，枉法裁判行为的。 |
| Article 208     With respect to a legally effective conciliation statement, if evidence furnished by a party proves that the conciliation violates the principle of voluntariness or that the content of the conciliation agreement violates the law, the party may apply for a retrial. If the foregoing proves true after its examination, the people's court shall retry the case. | 第二百零八条    当事人对已经发生法律效力的调解书，提出证据证明调解违反自愿原则或者调解协议的内容违反法律的，可以申请再审。经人民法院审查属实的，应当再审。 |

Article 209          With respect to a legally effective judgment or mediation agreement on dissolution of marriage, neither of the two parties shall apply for a retrial.

🔶  第二百零九条       当事人对已经发生法律效力的解除婚姻关系的判决、调解书，不得申请再审。

Article 210          Where a party applies for a retrial, he shall submit a written application for retrial and other relevant materials. The people's court shall, within five days after receiving the application, serve the duplicate of the written application for retrial on the other party. The other party shall submit written opinions within 15 days after receiving the said duplicate; and failure on the part of the other party to submit the written opinions shall not prevent the review by the people's court. The people's court may require the applicant and the other party to supplement the relevant materials and inquire about relevant matters.

🔶  第二百一十条       当事人申请再审的，应当提交再审申请书等材料。人民法院应当自收到再审申请书之日起五日内将再审申请书副本发送对方当事人。对方当事人应当自收到再审申请书副本之日起十五日内提交书面意见；不提交书面意见的，不影响人民法院审查。人民法院可以要求申请人和对方当事人补充有关材料，询问有关事项。

Article 211          The people's court shall review the application within three months upon receiving the retrial application, and grant approval if it is in conformity with the provisions of this Law, or otherwise reject the application. The extension of the period, if needed under special circumstances, shall be subject to the approval of the president of the court.

🔶  第二百一十一条       人民法院应当自收到再审申请书之日起三个月内审查，符合本法规定的，裁定再审；不符合本法规定的，裁定驳回申请。有特殊情况需要延长的，由本院院长批准。

if a party to a case applies for a written order to retry a case, the case shall be retried by an intermediate people's court or a people's court at a higher level, unless the party selects to apply for retrial by the primary people's court according to Article 206 herein. If a written order is made to retry a case by the Supreme People's Court or a high people's court, the case shall be retried by the court rendering the said written order or it may be handed over to any other people's court or the people's court of original instance for retrial.

        因当事人申请裁定再审的案件由中级人民法院以上的人民法院审理，但当事人依照本法第二百零六条的规定选择向基层人民法院申请再审的除外。最高人民法院、高级人民法院裁定再审的案件，由本院再审或者交其他人民法院再审，也可以交原人民法院再审。

Article 212        A party that intends to apply for a retrial shall submit an application within six months after the judgment or written order becomes legally effective; under the circumstances stipulated in Items (1), (3), (12) and (13) of Article 207, the party shall submit the application within six months after he knows or should know the fact.

第二百一十二条    当事人申请再审，应当在判决、裁定发生法律效力后六个月内提出；有本法第二百零七条第一项、第三项、第十二项、第十三项规定情形的，自知道或者应当知道之日起六个月内提出。

Article 213        When a decision is made to retry a case in accordance with the trial and supervision procedure, the execution of the original judgment, written order or mediation agreement shall be suspended, except for cases involving claims for alimony, support for children or elders, pension for the disabled or the family of a decedent, expenses for medical care or labor remuneration.

第二百一十三条    按照审判监督程序决定再审的案件，裁定中止原判决、裁定、调解书的执行，但追索赡养费、扶养费、抚养费、抚恤金、医疗费用、劳动报酬等案件，可以不中止执行。

Article 214        With respect to a case pending retrial by a people's court in accordance with the procedure for trial supervision, if the legally effective judgment or written order is made by a court of first instance, the case shall be tried in accordance with the procedure of first instance, and the parties concerned may appeal against the new judgment or order; if the legally effective judgment or written order is made by a court of second instance, the case shall be tried in accordance with the procedure of second instance, and the new judgment or written order shall be legally effective; if it is a case which is brought up for trial by a people's court at a higher level, it shall be tried in accordance with the procedure of second instance, and the new judgment or written order shall be legally effective.

第二百一十四条    人民法院按照审判监督程序再审的案件，发生法律效力的判决、裁定是由第一审法院作出的，按照第一审程序审理，所作的判决、裁定，当事人可以上诉；发生法律效力的判决、裁定是由第二审法院作出的，按照第二审程序审理，所作的判决、裁定，是发生法律效力的判决、裁定；上级人民法院按照审判监督程序提审的，按照第二审程序审理，所作的判决、裁定是发生法律效力的判决、裁定。

The people's court shall form a new collegial panel for the purpose of the retrial.

人民法院审理再审案件，应当另行组成合议庭。

Article 215        If the Supreme People's Procuratorate discovers that a legally effective judgment

第二百一十五条    最高人民检察院对各级人民法院已经发生法律效力的判决、裁定，上级人民检察院对下级

or written order made by a people's court at any level involves any of the circumstances under Article 207 of this Law, or if a people's procuratorate at a higher level discovers that a legally effective judgment or written order made by a people's court at a lower level involves any of the circumstances under Article 207 of this Law, or the mediation agreement endangers the national interest or the social and public interest, the Supreme People's Procuratorate or the said people's procuratorate at a higher level shall lodge a protest.

人民法院已经发生法律效力的判决、裁定，发现有本法第二百零七条规定情形之一的，或者发现调解书损害国家利益、社会公共利益的，应当提出抗诉。

If a local people's procuratorate at any level discovers that a legally effective judgment or written order made by a people's court at the same level involves any of the circumstances specified under Article 200 of this Law, or the mediation agreement endangers the national interest or the social and public interest, the people's procuratorate may raise procuratorial suggestions to the people's court at the same level and report to the people's procuratorate at the higher level for record-filing, or request the people's procuratorate at a higher level to lodge a protest to the people's court at the same level.

地方各级人民检察院对同级人民法院已经发生法律效力的判决、裁定，发现有本法第二百零七条规定情形之一的，或者发现调解书损害国家利益、社会公共利益的，可以向同级人民法院提出检察建议，并报上级人民检察院备案；也可以提请上级人民检察院向同级人民法院提出抗诉。

The people's procuratorates at all levels shall have the right to raise procuratorial suggestions to the people's courts at the same level regarding any illegal acts of judicial officials in judicial procedures other than the trial and supervision procedure.

各级人民检察院对审判监督程序以外的其他审判程序中审判人员的违法行为，有权向同级人民法院提出检察建议。

Article 216      Under any of the following circumstances, the parties concerned may apply with the people's procuratorate to raise procuratorial suggestions or lodge a protest:

第二百一十六条      有下列情形之一的，当事人可以向人民检察院申请检察建议或者抗诉：

(1) The people's court rejects the application for retrial;

（一）人民法院驳回再审申请的；

| | |
|---|---|
| (2) The people's court fails to make a ruling on the application within a prescribed period; or | （二）人民法院逾期未对再审申请作出裁定的； |
| (3) There are obvious errors in the retrial judgment or ruling. | （三）再审判决、裁定有明显错误的。 |
| The people's procuratorate shall review the application filed by the parties concerned within three months and make a decision on whether or not to raise procuratorial suggestions or lodge a protest. The parties concerned shall not apply with the people's procuratorate for raising procuratorial suggestions or lodging a protest again. | 人民检察院对当事人的申请应当在三个月内进行审查，作出提出或者不予提出检察建议或者抗诉的决定。当事人不得再次向人民检察院申请检察建议或者抗诉。 |
| Article 217        Where a people's procuratorate needs to raise procuratorial suggestions or lodge a protest for the purpose of performing legal supervision duty, it may investigate and confirm the relevant information with the parties concerned or the outsiders. | 🅛   第二百一十七条    人民检察院因履行法律监督职责提出检察建议或者抗诉的需要，可以向当事人或者案外人调查核实有关情况。 |
| Article 218        With respect to a case against which a people's procuratorate lodges a protest, the people's court that has accepted the protest shall make a decision on whether or not to retry the case within 30 days after receipt of the protest. Under any of the circumstances prescribed in Items (1) to (5) of Article 207 of this Law, the people's court may transfer the case to a lower court for retrial, unless the case has already been retried by the said lower court. | 🅛   第二百一十八条    人民检察院提出抗诉的案件，接受抗诉的人民法院应当自收到抗诉书之日起三十日内作出再审的裁定；有本法第二百零七条第一项至第五项规定情形之一的，可以交下一级人民法院再审，但经该下一级人民法院再审的除外。 |
| Article 219        When a people's procuratorate decides to lodge a protest against a judgment or written order made by a people's court, it shall make the protest in writing. | 🅛   第二百一十九条    人民检察院决定对人民法院的判决、裁定、调解书提出抗诉的，应当制作抗诉书。 |
| Article 220        The people's court shall, in retrying a case in which protest is lodged by a people's | 🅛   第二百二十条    人民检察院提出抗诉的案件，人民法院再审时，应当通知人民检察院派员出席法庭。 |

procuratorate, notify the procuratorate to send representative to attend the court session.

| Chapter 17: Urge and Supervision Procedure | 第十七章　督促程序 |
|---|---|

Article 221　　When a creditor requests payment of a pecuniary debt or recovery of negotiable instruments from a debtor, he may, if the following requirements are met, apply to the primary people's court that has jurisdiction for an order of payment:

第二百二十一条　　债权人请求债务人给付金钱、有价证券，符合下列条件的，可以向有管辖权的基层人民法院申请支付令：

(1) no other debt disputes exist between the creditor and the debtor; and

（一）债权人与债务人没有其他债务纠纷的；

(2) the order of payment can be served on the debtor.

（二）支付令能够送达债务人的。

The application shall clearly state the requested amount of money or of the negotiable instruments and the facts and evidence on the basis of which the application is made.

申请书应当写明请求给付金钱或者有价证券的数量和所根据的事实、证据。

Article 222　　After the creditor has submitted his application, the people's court shall within five days inform the creditor whether or not it accepts the application.

第二百二十二条　　债权人提出申请后，人民法院应当在五日内通知债权人是否受理。

Article 223　　After accepting the application and upon examination of the facts and evidence provided by the creditor, the people's court shall, if the rights and obligations relationship between the creditor and the debtor is clear and legitimate, issue within 15 days from the date of accepting the application, an order of payment to the debtor; if the application is unfounded, the people's court shall make an order to reject it.

第二百二十三条　　人民法院受理申请后，经审查债权人提供的事实、证据，对债权债务关系明确、合法的，应当在受理之日起十五日内向债务人发出支付令；申请不成立的，裁定予以驳回。

The debtor shall, within 15 days from the date of receipt of the order of payment, clear off his debts or submit to the people's court his dissent in writing.

债务人应当自收到支付令之日起十五日内清偿债务，或者向人民法院提出书面异议。

Delivery | Westlaw China

If the debtor has neither dissented from nor complied with the order of payment within the period specified in the preceding paragraph, the creditor may apply to the people's court for execution.

债务人在前款规定的期间不提出异议又不履行支付令的，债权人可以向人民法院申请执行。

Article 224    The people's court shall, upon receiving the objection in writing submitted by the debtor, make an order to terminate the urge and supervision procedure if the objection is established through investigation, and the order of payment shall automatically be invalidated.

 第二百二十四条    人民法院收到债务人提出的书面异议后，经审查，异议成立的，应当裁定终结督促程序，支付令自行失效。

Once the order of payment becomes invalid, the case will enter into legal proceedings, unless the party that has applied for the order of payment disagrees.

支付令失效的，转入诉讼程序，但申请支付令的一方当事人不同意提起诉讼的除外。

Chapter 18: Procedure for Publicizing Public Notice for Assertion of Claims

第十八章    公示催告程序

Article 225    Any holder of a bill transferable by endorsement according to the law may, if the bill is stolen, lost, or destroyed, apply to the primary people's court of the place where the bill is to be paid for publication of public notice for assertion of claims. The provisions of this Chapter shall apply to other matters for which, according to the law, an application for publication of a public notice for assertion of claims may be made.

 第二百二十五条    按照规定可以背书转让的票据持有人，因票据被盗、遗失或者灭失，可以向票据支付地的基层人民法院申请公示催告。依照法律规定可以申请公示催告的其他事项，适用本章规定。

The applicant shall submit to the people's court an application which clearly states the main contents of the bill such as the face amount, the drawer, the holder, the endorser, and the facts and reasons in respect of the application.

申请人应当向人民法院递交申请书，写明票面金额、发票人、持票人、背书人等票据主要内容和申请的理由、事实。

Article 226    The people's court shall, upon deciding to accept the application , notify the payer concerned in the meantime to suspend the payment, and

 第二百二十六条    人民法院决定受理申请，应当同时通知支付人停止支付，并在三日内发出公告，催促利害

shall, within three days, issue a public notice for the interested parties to assert their rights. The period of the public notice shall be decided at the discretion of the people's court; however, it shall not be less than 60 days.

关系人申报权利。公示催告的期间，由人民法院根据情况决定，但不得少于六十日。

Article 227    The payer shall, upon receiving the notification by the people's court to suspend the payment, do so accordingly till the conclusion of the procedure for publicizing public notice for assertion of claims.

第二百二十七条    支付人收到人民法院停止支付的通知，应当停止支付，至公示催告程序终结。

Within the period of the public notice, assignment of rights on the bill shall be void.

公示催告期间，转让票据权利的行为无效。

Article 228    Interested party or parties as claimants shall report their claims to the people's court within the period of the public notice.

第二百二十八条    利害关系人应当在公示催告期间向人民法院申报。

After receiving the report on the claims by interested party or parties, the people's court shall make a written order to terminate the procedure for publicizing public notice for assertion of claims, and notify the applicant and the payer.

人民法院收到利害关系人的申报后，应当裁定终结公示催告程序，并通知申请人和支付人。

The applicant or the claimants may bring an action in the people's court.

申请人或者申报人可以向人民法院起诉。

Article 229    If no claim is asserted, the people's court shall make a judgment on the basis of the application to declare the bill in question null and void. The judgment shall be published and the payer notified accordingly. As of the date of publication of the judgment, the applicant shall be entitled to payment by the payer.

第二百二十九条    没有人申报的，人民法院应当根据申请人的申请，作出判决，宣告票据无效。判决应当公告，并通知支付人。自判决公告之日起，申请人有权向支付人请求支付。

Article 230    If an interested party for justified reasons is unable to submit his claim to the people's court before the judgment is made, he may, within one year from the day he knows or should know the publication of

第二百三十条    利害关系人因正当理由不能在判决前向人民法院申报的，自知道或者应当知道判决公告之日起一年内，可以向作出判决的人民法院起诉。

the judgment, bring an action in the people's court which has made the judgment.

| | |
|---|---|
| Part 3: Procedure of Execution | 第三编　执行程序 |
| Chapter 19: General Provisions | 第十九章　一般规定 |

Article 231　　Legally effective judgments or written orders in civil cases, as well as the parts of judgments or written orders that relate to property in criminal cases, shall be executed by the people's court of first instance or by the people's court at the same level as the people's court of first instance, where the property subjected to execution is located.

第二百三十一条　　发生法律效力的民事判决、裁定，以及刑事判决、裁定中的财产部分，由第一审人民法院或者与第一审人民法院同级的被执行的财产所在地人民法院执行。

Other legal documents which are to be executed by a people's court as prescribed by the law shall be executed by the people's court of the place where the person subjected to execution has his domicile or where the property subjected to execution is located.

法律规定由人民法院执行的其他法律文书，由被执行人住所地或者被执行的财产所在地人民法院执行。

Article 232　　If a party or an interested party considers that the execution is in violation of legal provisions, it may raise a written objection to the people's court that is responsible for the execution. If a party or an interested party raises a written objection, the people's court shall review the written objection within 15 days after receiving it. If the reasons for objection are tenable, the people's court shall make an order to cancel or put to right the execution; otherwise, it shall make an order to reject the objection. If the party or interested party is dissatisfied with the order, it may apply for reconsideration to the people's court at the next higher level within ten days after the order is served.

第二百三十二条　　当事人、利害关系人认为执行行为违反法律规定的，可以向负责执行的人民法院提出书面异议。当事人、利害关系人提出书面异议的，人民法院应当自收到书面异议之日起十五日内审查，理由成立的，裁定撤销或者改正；理由不成立的，裁定驳回。当事人、利害关系人对裁定不服的，可以自裁定送达之日起十日内向上一级人民法院申请复议。

Article 233　　If the people's court fails to execute a judgment or written order within six months after receiving the application for execution, the person

第二百三十三条　　人民法院自收到申请执行书之日起超过六个月未执行的，申请执行人可以向上一级人民法院申请执行。上一级人民法院经审查，可以责令原人民法院在一

applying for execution may apply to the people's court at the next higher level for execution. Upon review, the people's court at the next higher level may order the original people's court to execute within a specified period of time, or may decide to execute by itself or instruct any other people's court to do it.

定期限内执行，也可以决定由本院执行或者指令其他人民法院执行。

**Article 234**        If, in the course of execution, a person not involved in the case raises a written objection to the object subjected to execution, the people's court shall review the written objection within 15 days after receiving it. If the reasons for objection are tenable, the people's court shall make an order to suspend the execution; otherwise, it shall make an order to reject the objection. If the person not involved in the case or the party is dissatisfied with the order and considers that there is error in the original judgment or written order, the matter shall be dealt with according to the procedure for trial supervision; and if the objection is irrelevant to the original judgment or written order, the said person or party may bring a lawsuit to a people's court within 15 days after the order is served.

第二百三十四条    执行过程中，案外人对执行标的提出书面异议的，人民法院应当自收到书面异议之日起十五日内审查，理由成立的，裁定中止对该标的的执行；理由不成立的，裁定驳回。案外人、当事人对裁定不服，认为原判决、裁定错误的，依照审判监督程序办理；与原判决、裁定无关的，可以自裁定送达之日起十五日内向人民法院提起诉讼。

**Article 235**        Execution work shall be carried out by the execution officer.

第二百三十五条    执行工作由执行员进行。

When carrying out a compulsory execution measure, the execution officer shall produce his papers. After the execution is completed, the execution officer shall make a record of the particulars of the execution, and have it signed or sealed by the persons concerned on the scene.

采取强制执行措施时，执行员应当出示证件。执行完毕后，应当将执行情况制作笔录，由在场的有关人员签名或者盖章。

The people's court may, when necessary, establish execution organs.

人民法院根据需要可以设立执行机构。

**Article 236**        If a person or property subjected to execution is in another locality, the people's court in that locality may be entrusted with the execution. The entrusted people's court shall begin the execution within

第二百三十六条    被执行人或者被执行的财产在外地的，可以委托当地人民法院代为执行。受委托人民法院收到委托函件后，必须在十五日内开始执行，不得拒绝。执行完

15 days after receiving a letter of entrustment and shall not refuse to do so. After the execution has been completed, the entrusted people's court shall promptly inform the entrusting people's court, by letter, of the result of the execution. If the execution has not been completed within 30 days, the entrusted people's court shall also inform the entrusting people's court, by letter, of the particulars of the execution.

毕后，应当将执行结果及时函复委托人民法院；在三十日内如果还未执行完毕，也应当将执行情况函告委托人民法院。

If the entrusted people's court does not carry out the execution within 15 days from the date of receiving the letter of entrustment, the entrusting people's court may request the people's court at a higher level over the entrusted people's court to instruct the entrusted people's court to carry out the execution.

受委托人民法院自收到委托函件之日起十五日内不执行的，委托人民法院可以请求受委托人民法院的上级人民法院指令受委托人民法院执行。

**Article 237**    If in the course of execution the two parties become reconciled and reach a settlement agreement on their own initiative, the execution officer shall make a record of the contents of the agreement, and both parties shall affix their signatures or seals to the record.

🟧   第二百三十七条    在执行中，双方当事人自行和解达成协议的，执行员应当将协议内容记入笔录，由当事人签名或者盖章。

If the execution applicant enters into a mediation agreement with the person subjected to execution as a result of fraud or coercion by the latter, or if one party concerned fails to fulfill the mediation agreement, the people's court may, at the request of the other party, resume the execution of the legal document which is originally effective.

申请执行人因受欺诈、胁迫与被执行人达成和解协议，或者当事人不履行和解协议的，人民法院可以根据当事人的申请，恢复对原生效法律文书的执行。

**Article 238**    In the course of execution, if the person subjected to execution provides a guaranty, the people's court may, with the consent of the person who has applied for execution, decide on the suspension of the execution and the time limit for such suspension. If the person subjected to execution still fails to perform his obligations after the time limit, the people's court shall

🟧   第二百三十八条    在执行中，被执行人向人民法院提供担保，并经申请执行人同意的，人民法院可以决定暂缓执行及暂缓执行的期限。被执行人逾期仍不履行的，人民法院有权执行被执行人的担保财产或者担保人的财产。

have the power to execute the property he has provided as
security or the property of the guarantor.

| | |
|---|---|
| Article 239      If the citizen subjected to execution dies, his debts shall be paid off from the deceased estate; if a legal person or any other organization subjected to execution dissolves, the party that succeeds to its rights and obligations shall fulfill the obligations. | 第二百三十九条　作为被执行人的公民死亡的，以其遗产偿还债务。作为被执行人的法人或者其他组织终止的，由其权利义务承受人履行义务。 |
| Article 240      After the completion of execution, if definite error is found in the executed judgment, written order or other legal documents resulting in the annulment of such judgment, order or legal documents by the people's court, the said court shall, with respect to the property which has been executed, make a written order that persons who have obtained the property shall return it. In the event of refusal to return such property, compulsory execution shall be carried out. | 第二百四十条　执行完毕后，据以执行的判决、裁定和其他法律文书确有错误，被人民法院撤销的，对已被执行的财产，人民法院应当作出裁定，责令取得财产的人返还；拒不返还的，强制执行。 |
| Article 241      The provisions of this Part shall be applicable to the execution of the conciliation statement as drawn up by the people's court. | 第二百四十一条　人民法院制作的调解书的执行，适用本编的规定。 |
| Article 242      The people's procuratorate shall have the right to perform legal supervision over the execution of civil cases. | 第二百四十二条　人民检察院有权对民事执行活动实行法律监督。 |
| Chapter 20: Application for Execution and Referral | 第二十章　执行的申请和移送 |
| Article 243      The parties concerned must comply with legally effective judgments or written orders in civil cases. If a party refuses to do so, the other party may apply to the people's court for execution, or the judge may refer the matter to the execution officer for execution. | 第二百四十三条　发生法律效力的民事判决、裁定，当事人必须履行。一方拒绝履行的，对方当事人可以向人民法院申请执行，也可以由审判员移送执行员执行。 |
| The parties concerned must comply with the conciliation statement and other legal documents that are to be | 调解书和其他应当由人民法院执行的法律文书，当事人必须履行。一方拒绝履行的，对方当事人可以向人民法院申请执 |

Delivery | Westlaw China

执行。

executed by the people's court. If a party refuses to do so, the other party may apply to the people's court for execution.

---

Article 244        If a party fails to comply with an award of an arbitral organ established according to the law, the other party may apply for execution to the people's court which has jurisdiction over the case. The people's court applied to shall enforce the award.

第二百四十四条        对依法设立的仲裁机构的裁决，一方当事人不履行的，对方当事人可以向有管辖权的人民法院申请执行。受申请的人民法院应当执行。

---

If the party against whom the application is made furnishes proof that the arbitral award involves any of the following circumstances, the people's court shall, after examination and verification by a collegial panel, make a written order not to allow the execution:

被申请人提出证据证明仲裁裁决有下列情形之一的，经人民法院组成合议庭审查核实，裁定不予执行：

---

(1) the parties have had no arbitration clause in their contract, nor have subsequently reached a written agreement on arbitration;

（一）当事人在合同中没有订有仲裁条款或者事后没有达成书面仲裁协议的；

---

(2) the matters dealt with by the award fall outside the scope of the arbitration agreement or are matters which the arbitral organ has no power to arbitrate;

（二）裁决的事项不属于仲裁协议的范围或者仲裁机构无权仲裁的；

---

(3) the composition of the arbitration tribunal or the procedure for arbitration contradicts the procedure prescribed by the law.

（三）仲裁庭的组成或者仲裁的程序违反法定程序的；

---

(4) the evidences based on which the arbitral award is made is falsified;;

（四）裁决所根据的证据是伪造的；

---

(5) the other parties conceal the evidences from the arbitral organ which are sufficient to affect the impartiality of the arbitral award; or

（五）对方当事人向仲裁机构隐瞒了足以影响公正裁决的证据的；

---

(6) the arbitrators have committed embezzlement, accepted bribes or done malpractice for personal benefits or perverted the law in the arbitration of the case.

（六）仲裁员在仲裁该案时有贪污受贿，徇私舞弊，枉法裁决行为的。

| | |
|---|---|
| If the people's court determines that the execution of the arbitral award is against the social and public interest, it shall make an order not to allow the execution. | 人民法院认定执行该裁决违背社会公共利益的，裁定不予执行。 |
| The above-mentioned written order shall be served on both parties and the arbitral organ. | 裁定书应当送达双方当事人和仲裁机构。 |
| If the execution of an arbitral award is disallowed by a written order of the people's court, the parties may, in accordance with a written agreement on arbitration reached between them, apply for arbitration again; they may also bring an action in a people's court. | 仲裁裁决被人民法院裁定不予执行的，当事人可以根据双方达成的书面仲裁协议重新申请仲裁，也可以向人民法院起诉。 |
| Article 245      If a party fails to comply with a document evidencing the creditor's rights made enforceable according to the law by a notary office, the other party may apply to the people's court which has jurisdiction over the case for execution. The people's court applied to shall enforce such document. | 第二百四十五条    对公证机关依法赋予强制执行效力的债权文书，一方当事人不履行的，对方当事人可以向有管辖权的人民法院申请执行，受申请的人民法院应当执行。 |
| If the people's court finds definite error in the document of creditor's rights, it shall make an order not to allow the execution and serve the order on both parties concerned as well as the notary office. | 公证债权文书确有错误的，人民法院裁定不予执行，并将裁定书送达双方当事人和公证机关。 |
| Article 246      The time limit for submission of an application for execution shall be two years. The termination or suspension of the time limit for submission of an application for execution shall be governed by the provisions of law on the termination or suspension of the limitation of action. | 第二百四十六条    申请执行的期间为二年。申请执行时效的中止、中断，适用法律有关诉讼时效中止、中断的规定。 |
| The time limit prescribed in the preceding paragraph shall be calculated from the last day of the period specified in a legal document for performance of the execution. If a legal document specifies performance of the execution in stages, the time limit shall be calculated from the date of expiry of the last performance period. If no period of | 前款规定的期间，从法律文书规定履行期间的最后一日起计算；法律文书规定分期履行的，从最后一期履行期限届满之日起计算；法律文书未规定履行期间的，从法律文书生效之日起计算。 |

performance is specified in a legal document, the time limit shall be calculated from the date when the legal document takes effect.

---

Article 247    The execution officer shall, upon receiving the application for execution or the writ of referral directing execution, send an execution notice to the person subjected to execution and may carry out compulsory execution immediately.

第二百四十七条    执行员接到申请执行书或者移交执行书, 应当向被执行人发出执行通知, 并可以立即采取强制执行措施。

---

Chapter 21: Execution Measures

第二十一章    执行措施

---

Article 248    If a person subjected to execution fails to fulfill the obligations, specified in a legal document, in compliance with the notification for execution, he shall report his property situation existing at the moment and one year before he has received the notification. If he refuses to do so or makes a false report, the people's court may, in light of the seriousness of the case, impose a fine or detention on him, or his legal representative, the principal leading person of the unit concerned or the person directly responsible.

第二百四十八条    被执行人未按执行通知履行法律文书确定的义务, 应当报告当前以及收到执行通知之日前一年的财产情况。被执行人拒绝报告或者虚假报告的, 人民法院可以根据情节轻重对被执行人或者其法定代理人、有关单位的主要负责人或者直接责任人员予以罚款、拘留。

---

Article 249    If the person subjected to execution fails to, according to the execution notice, fulfill his obligations specified in the legal document, the people's court shall have the right to make inquiries with relevant units on his property, such as savings, bonds, stocks and funds, and may seize, freeze, transfer or appraise his property according to different situations. The property under the inquiry or seizure or is transferred or appraised by the people's court shall not go beyond the scope of obligation of the person subjected to execution.

第二百四十九条    被执行人未按执行通知履行法律文书确定的义务, 人民法院有权向有关单位查询被执行人的存款、债券、股票、基金份额等财产情况。人民法院有权根据不同情形扣押、冻结、划拨、变价被执行人的财产。人民法院查询、扣押、冻结、划拨、变价的财产不得超出被执行人应当履行义务的范围。

The people's court shall, in deciding to seize, freeze, transfer or appraise the property, make a written order and issue a notice for assistance in execution. The concerned units must cooperate on this issue.

人民法院决定扣押、冻结、划拨、变价财产, 应当作出裁定, 并发出协助执行通知书, 有关单位必须办理。

Delivery | Westlaw China

Article 250　　　If the person subjected to execution fails to fulfill according to the execution notice the obligations specified in the legal document, the people's court shall be empowered to withhold or withdraw part of the income of the person subjected to execution, for the fulfillment of his obligations. However, it shall leave out the necessary living expenses for the person subjected to execution and his dependant family members.

The people's court shall, when withholding or withdrawing the income, make a written order and issue a notice for assistance in execution. The unit in which the person subjected to execution works, banks, credit cooperatives or other units that deal with savings deposit must comply with the notice.

Article 251　　　If the person subjected to execution fails to fulfill according to the execution notice the obligations specified in the legal document, the people's court shall be empowered to seal up, distrain, freeze, sell by public auction, or sell off part of the property of the person subjected to execution for the fulfillment of his obligations. However, it shall leave out the necessaries of life for the person subjected to execution and his dependant family members.

The people's court shall make an order for the adoption of the measures specified in the preceding paragraph.

Article 252　　　When the people's court seals up or distrains a property, it shall, if the person subjected to execution is a citizen, notify him or an adult member of his family to appear on the scene; if the party subjected to execution is a legal person or any other organization, it shall notify its legal representatives or its principal heads to be present. Their refusal to appear on the scene shall not hinder the execution. If the person subjected to execution is a citizen, his unit or the grass-roots

第二百五十条　　　被执行人未按执行通知履行法律文书确定的义务，人民法院有权扣留、提取被执行人应当履行义务部分的收入。但应当保留被执行人及其所扶养家属的生活必需费用。

　　人民法院扣留、提取收入时，应当作出裁定，并发出协助执行通知书，被执行人所在单位、银行、信用合作社和其他有储蓄业务的单位必须办理。

第二百五十一条　　　被执行人未按执行通知履行法律文书确定的义务，人民法院有权查封、扣押、冻结、拍卖、变卖被执行人应当履行义务部分的财产。但应当保留被执行人及其所扶养家属的生活必需品。

　　采取前款措施，人民法院应当作出裁定。

第二百五十二条　　　人民法院查封、扣押财产时，被执行人是公民的，应当通知被执行人或者他的成年家属到场；被执行人是法人或者其他组织的，应当通知其法定代表人或者主要负责人到场。拒不到场的，不影响执行。被执行人是公民的，其工作单位或者财产所在地的基层组织应当派人参加。

organization of the place where his property is located
shall send a representative to attend the execution.

| | |
|---|---|
| An inventory of the sealed-up or distrained property must be made by the execution officer and, after the inventory has been signed or sealed by the persons on the scene, a copy of it shall be given to the person subjected to execution. If the person subjected to execution is a citizen, another copy may be given to an adult member of his family. | 对被查封、扣押的财产，执行员必须造具清单，由在场人签名或者盖章后，交被执行人一份。被执行人是公民的，也可以交他的成年家属一份。 |
| Article 253        The execution officer may commit the sealed-up property to the person subjected to execution for safekeeping, and the person shall be held responsible for any losses incurred due to his fault. | 🟧    第二百五十三条    被查封的财产，执行员可以指定被执行人负责保管。因被执行人的过错造成的损失，由被执行人承担。 |
| Article 254        After a property has been sealed up or detained, the execution officer shall instruct the person subjected to execution to fulfill his obligations specified in the legal document. If the person fails to fulfill his obligations upon expiration of the period, the people's court may, sell the sealed-up or detained property through public auction. If the property is not suitable for auction or both parties agree not to sell the property through public auction, the people's court may entrust relevant units to sell the property or sell the property by itself. If the goods are prohibited from free trading by the State, relevant units shall purchase the goods at a price fixed by the State. | 🟧    第二百五十四条    财产被查封、扣押后，执行员应当责令被执行人在指定期间履行法律文书确定的义务。被执行人逾期不履行的，人民法院应当拍卖被查封、扣押的财产；不适于拍卖或者当事人双方同意不进行拍卖的，人民法院可以委托有关单位变卖或者自行变卖。国家禁止自由买卖的物品，交有关单位按照国家规定的价格收购。 |
| Article 255        If the person subjected to execution fails to fulfill his obligations specified in the legal document and conceals his property, the people's court shall be empowered to issue a search warrant and search him and his domicile or the place where the property is concealed. | 🟧    第二百五十五条    被执行人不履行法律文书确定的义务，并隐匿财产的，人民法院有权发出搜查令，对被执行人及其住所或者财产隐匿地进行搜查。 |
| In adopting the measure mentioned in the preceding paragraph, the president of the people's court shall sign | 采取前款措施，由院长签发搜查令。 |

and issue the search warrant.

---

Article 256    With respect to the property or negotiable instruments specified for delivery in the legal document, the execution officer shall summon both parties concerned and deliver them in their presence or the execution officer may forward them to the recipient, who shall sign and give a receipt.

Any unit concerned that has in possession the property or negotiable instruments shall turn them over to the recipient in accordance with the notice of the people's court for assistance in execution, and the recipient shall sign and give a receipt.

If any citizen concerned has in possession the property or negotiable instruments, the people's court shall notify him to hand them over. If he refuses to do so, compulsory execution shall be carried out.

Article 257    Compulsory eviction from a building or a plot of land shall require a public notice signed and issued by the president of a people's court, instructing the person subjected to execution to comply within a specified period of time. If the person subjected to execution fails to do so upon the expiration of the period, compulsory execution shall be carried out by the execution officer.

When compulsory execution is being carried out, if the person subjected to execution is a citizen, the person or an adult member of his family shall be notified to be present; if the party subjected to execution is a legal person or any other organization, its legal representatives or principal heads shall be notified to be present; their refusal to be present shall not hinder the execution. If the person subjected to execution is a citizen, his work unit or the grass-roots organization in the locality of the building or the plot of land shall

第二百五十六条　法律文书指定交付的财物或者票证，由执行员传唤双方当事人当面交付，或者由执行员转交，并由被交付人签收。

有关单位持有该项财物或者票证的，应当根据人民法院的协助执行通知书转交，并由被交付人签收。

有关公民持有该项财物或者票证的，人民法院通知其交出。拒不交出的，强制执行。

第二百五十七条　强制迁出房屋或者强制退出土地，由院长签发公告，责令被执行人在指定期间履行。被执行人逾期不履行的，由执行员强制执行。

强制执行时，被执行人是公民的，应当通知被执行人或者他的成年家属到场；被执行人是法人或者其他组织的，应当通知其法定代表人或者主要负责人到场。拒不到场的，不影响执行。被执行人是公民的，其工作单位或者房屋、土地所在地的基层组织应当派人参加。执行员应当将强制执行情况记入笔录，由在场人签名或者盖章。

send a representative for attendance. The execution officer shall make a record of the particulars of the compulsory execution, with the signatures or seals of the persons on the scene affixed to it.

The people's court shall assign personnel to transport the property removed in a compulsory eviction from a building to a designated location and turn it over to the person subjected to execution or, if the person is a citizen, to an adult member of his family; if any loss is incurred due to such person's refusal to accept the property, the loss shall be borne by the person subjected to execution.

强制迁出房屋被搬出的财物，由人民法院派人运至指定处所，交给被执行人。被执行人是公民的，也可以交给他的成年家属。因拒绝接收而造成的损失，由被执行人承担。

Article 258    In the course of execution, if certain formalities for the transfer of certificates of property right need to be gone through, the people's court may issue a notice for assistance in execution to the relevant units, and they must comply with it.

第二百五十八条    在执行中，需要办理有关财产权证照转移手续的，人民法院可以向有关单位发出协助执行通知书，有关单位必须办理。

Article 259    If the person subjected to execution fails to perform acts specified in a judgment or written order or any other legal document according to the execution notice, the people's court may carry out compulsory execution or entrust the task to a relevant unit or other persons, and the person subjected to execution shall bear the expenses thus incurred.

第二百五十九条    对判决、裁定和其他法律文书指定的行为，被执行人未按执行通知履行的，人民法院可以强制执行或者委托有关单位或者其他人完成，费用由被执行人承担。

Article 260    If the person subjected to execution fails to fulfill his obligations with respect to pecuniary payment within the period specified by a judgment or written order or any other legal document, he shall pay double interest on the debt for the belated payment. If the person subjected to execution fails to fulfill his other obligations within the period specified in the judgment or written order or any other legal document, he shall pay a charge for the dilatory fulfillment.

第二百六十条    被执行人未按判决、裁定和其他法律文书指定的期间履行给付金钱义务的，应当加倍支付迟延履行期间的债务利息。被执行人未按判决、裁定和其他法律文书指定的期间履行其他义务的，应当支付迟延履行金。

Article 261    After the adoption of the execution measures stipulated in Articles 249, 250 and 251 of this

第二百六十一条    人民法院采取本法第二百四十九条、第二百五十条、第二百五十一条规定的执行措施后，

Law, if the person subjected to execution is still unable to repay the debts, he shall continue to fulfill his obligations. If the creditor finds that the person subjected to execution has any other property, he may at any time apply to the people's court for execution.

被执行人仍不能偿还债务的，应当继续履行义务。债权人发现被执行人有其他财产的，可以随时请求人民法院执行。

Article 262        If a person subjected to execution fails to fulfill the obligations specified in a legal document, the people's court may adopt, or advise the unit concerned to assist in adoption of, the measure of restricting the person's departure from the country, making records in the credibility system, through the media publishing information about his failure to perform his obligations, or other measures stipulated by law.

第二百六十二条    被执行人不履行法律文书确定的义务的，人民法院可以对其采取或者通知有关单位协助采取限制出境，在征信系统记录、通过媒体公布不履行义务信息以及法律规定的其他措施。

Chapter 22: Suspension and Termination of Execution

第二十二章    执行中止和终结

Article 263        The people's court shall make a written order to suspend execution under any of the following circumstances:

第二百六十三条    有下列情形之一的，人民法院应当裁定中止执行：

(1) the applicant indicates that the execution may be postponed;

（一）申请人表示可以延期执行的；

(2) an outsider raises an obviously reasonable objection to the object of the execution;

（二）案外人对执行标的提出确有理由的异议的；

(3) a citizen as one of the parties dies and it is necessary to wait for the successor to inherit the rights of the deceased or to succeed to his obligations;

（三）作为一方当事人的公民死亡，需要等待继承人继承权利或者承担义务的；

(4) a legal person or any other organization as one of the parties dissolves, and the party succeeding to its rights and obligations has not been determined; or

（四）作为一方当事人的法人或者其他组织终止，尚未确定权利义务承受人的；

(5) other circumstances occur under which the people's court deems the suspension of execution necessary.

（五）人民法院认为应当中止执行的其他情形。

| | |
|---|---|
| Execution shall be resumed when the circumstances warranting the suspension of execution have disappeared. | 中止的情形消失后，恢复执行。 |
| Article 264    The people's court shall make a written order to terminate execution under any of following circumstances: | 🟧 第二百六十四条    有下列情形之一的，人民法院裁定终结执行： |
| (1) the applicant has withdrawn his application; | （一）申请人撤销申请的； |
| (2) the legal document on which the execution is based has been revoked; | （二）据以执行的法律文书被撤销的； |
| (3) the citizen subjected to execution dies and there is no estate that may be subjected to execution, nor anyone to succeed to his obligations; | （三）作为被执行人的公民死亡，无遗产可供执行，又无义务承担人的； |
| (4) the person entitled to claim alimony or support for elders or children dies; | （四）追索赡养费、扶养费、抚养费案件的权利人死亡的； |
| (5) the citizen subjected to execution is too badly off to repay his debts, has no source of income and has lost his ability to work as well; or | （五）作为被执行人的公民因生活困难无力偿还借款，无收入来源，又丧失劳动能力的； |
| (6) other circumstances occur under which the people's court deems the termination of execution necessary. | （六）人民法院认为应当终结执行的其他情形。 |
| Article 265    A written order to suspend or terminate execution shall become effective immediately after being served on the parties concerned. | 🟧 第二百六十五条    中止和终结执行的裁定，送达当事人后立即生效。 |
| Part 4: Special Provisions for Civil Procedure of Cases Involving Foreign Element | 第四编    涉外民事诉讼程序的特别规定 |
| Chapter 23: General Principles | 第二十三章    一般原则 |
| Article 266    The provisions of this Part shall be applicable to civil proceedings within the territory of the People's Republic of China in regard to cases | 🟧 第二百六十六条    在中华人民共和国领域内进行涉外民事诉讼，适用本编规定。本编没有规定的，适用本法其他有关规定。 |

involving foreign element. Where it is not covered by the provisions of this Part, other relevant provisions of this Law shall apply.

---

Article 267    If an international treaty concluded or acceded to by the People's Republic of China contains provisions that differ from provisions of this Law, the provisions of the international treaty shall apply, except those on which China has made reservations.

第二百六十七条    中华人民共和国缔结或者参加的国际条约同本法有不同规定的，适用该国际条约的规定，但中华人民共和国声明保留的条款除外。

---

Article 268    Civil actions brought against a foreign national, a foreign organization or an international organization that enjoys diplomatic privileges and immunities shall be dealt with in accordance with the relevant laws of the People's Republic of China and the provisions of the international treaties concluded or acceded to by the People's Republic of China.

第二百六十八条    对享有外交特权与豁免的外国人、外国组织或者国际组织提起的民事诉讼，应当依照中华人民共和国有关法律和中华人民共和国缔结或者参加的国际条约的规定办理。

---

Article 269    The people's court shall conduct trials of civil cases involving foreign element in the spoken and written language commonly used in the People's Republic of China. Translation may be provided at the request of the parties concerned, and the expenses shall be borne by them.

第二百六十九条    人民法院审理涉外民事案件，应当使用中华人民共和国通用的语言、文字。当事人要求提供翻译的，可以提供，费用由当事人承担。

---

Article 270    When foreign nationals, stateless persons or foreign enterprises and organizations need lawyers as agents ad litem to bring an action or enter appearance on their behalf in the people's court, they must appoint lawyers of the People's Republic of China.

第二百七十条    外国人、无国籍人、外国企业和组织在人民法院起诉、应诉，需要委托律师代理诉讼的，必须委托中华人民共和国的律师。

---

Article 271    Any power of attorney mailed or forwarded by other means from outside the territory of the People's Republic of China by a foreign national, stateless person or a foreign enterprise and organization that has no domicile in the People's Republic of China for the appointment of a lawyer or any other person of the People's Republic of China as an agent ad litem must be notarized by a notary office in the country of domicile

第二百七十一条    在中华人民共和国领域内没有住所的外国人、无国籍人、外国企业和组织委托中华人民共和国律师或者其他人代理诉讼，从中华人民共和国领域外寄交或者托交的授权委托书，应当经所在国公证机关证明，并经中华人民共和国驻该国使领馆认证，或者履行中华人民共和国与该所在国订立的有关条约中规定的证明手续后，才具有效力。

and authenticated by the Chinese embassy or consulate
accredited to that country or, for the purpose of
verification, must go through the formalities stipulated
in the relevant bilateral treaties between China and that
country before it becomes effective.

| Chapter 24: Jurisdiction | 第二十四章　管辖 |
|---|---|

Article 272　　　　In the case of an action concerning a contract dispute or other disputes over property rights and interests, brought against a defendant who has no domicile within the territory of the People's Republic of China, if the contract is signed or performed within the territory of the People's Republic of China, or if the subject matter of the action is located within the territory of the People's Republic of China, or if the defendant has distrainable property within the territory of the People's Republic of China, or if the defendant has its representative office within the territory of the People's Republic of China, the people's court of the place where the contract is signed or performed, or where the subject matter of the action is, or where the defendant's distrainable property is located, or where the torts are done, or where the defendant's representative office is located, shall have jurisdiction.

🔶 第二百七十二条　　因合同纠纷或者其他财产权益纠纷，对在中华人民共和国领域内没有住所的被告提起的诉讼，如果合同在中华人民共和国领域内签订或者履行，或者诉讼标的物在中华人民共和国领域内，或者被告在中华人民共和国领域内有可供扣押的财产，或者被告在中华人民共和国领域内设有代表机构，可以由合同签订地、合同履行地、诉讼标的物所在地、可供扣押财产所在地、侵权行为地或者代表机构住所地人民法院管辖。

Article 273　　　　Actions brought on disputes arising from the performance of contracts for Chinese-foreign equity joint ventures, or Chinese-foreign contractual joint ventures, or Chinese-foreign cooperative exploration and development of the natural resources in the People's Republic of China shall fall under the jurisdiction of the people's courts of the People's Republic of China.

🔶 第二百七十三条　　因在中华人民共和国履行中外合资经营企业合同、中外合作经营企业合同、中外合作勘探开发自然资源合同发生纠纷提起的诉讼，由中华人民共和国人民法院管辖。

| Chapter 25: Service and Time Periods | 第二十五章　送达、期间 |
|---|---|

Article 274　　　　A people's court may serve litigation documents on a party who has no domicile within

🔶 第二百七十四条　　人民法院对在中华人民共和国领域内没有住所的当事人送达诉讼文书，可以采用下列方式：

the territory of the People's Republic of China in the
following ways:

(1) in the way specified in the international treaties
concluded or acceded to by both the People's Republic of
China and the country where the person on whom service is
to be made resides;

（一）依照受送达人所在国与中华人民共和国缔结或者
共同参加的国际条约中规定的方式送达；

(2) by making the service through diplomatic channels;

（二）通过外交途径送达；

(3) with respect to the person on whom the service is to
be made and who is of the nationality of the People's
Republic of China, service may be entrusted to the embassy
or consulate of the People's Republic of China accredited
to the country where the person resides;

（三）对具有中华人民共和国国籍的受送达人，可以委
托中华人民共和国驻受送达人所在国的使领馆代为送达；

(4) by making the service on the agent ad litem who is
authorized to receive the documents served;

（四）向受送达人委托的有权代其接受送达的诉讼代理
人送达；

(5) by serving the documents on the representative office
established in the People's Republic of China by the
person on whom the service is to be made or on his branch
office or business agents there who have the right to
receive the documents;

（五）向受送达人在中华人民共和国领域内设立的代表
机构或者有权接受送达的分支机构、业务代办人送达；

(6) by mail if the law of the country where the person on
whom the service is to be made resides so permits; in the
event that the receipt of delivery has not been returned
within three months after the date on which the documents
are mailed, and that circumstances justify the assumption
that service has been made, the service shall be deemed
completed upon the expiration of the said time period;

（六）受送达人所在国的法律允许邮寄送达的，可以邮
寄送达，自邮寄之日起满三个月，送达回证没有退回，但根据各
种情况足以认定已经送达的，期间届满之日视为送达；

(7) by other means through which the receipt can be
confirmed, such as facsimile, email, etc.; and

（七）采用传真、电子邮件等能够确认受送达人收悉的
方式送达；

(8) by public notice, if none of the above-mentioned
methods can be employed. The service shall be deemed

（八）不能用上述方式送达的，公告送达，自公告之日
起满三个月，即视为送达。

completed three months after the date on which the public notice is issued.

---

Article 275　　　If a defendant has no domicile within the territory of the People's Republic of China, the people's court shall serve a copy of the statement of complaint on the defendant and notify him to submit his defence within 30 days after he receives the copy of the statement of complaint. Extension of the period requested by the defendant shall be at the discretion of the people's court.

第二百七十五条　　　被告在中华人民共和国领域内没有住所的，人民法院应当将起诉状副本送达被告，并通知被告在收到起诉状副本后三十日内提出答辩状。被告申请延期的，是否准许，由人民法院决定。

---

Article 276　　　If a party who has no domicile within the territory of the People's Republic of China is dissatisfied with a judgment or written order made by a people's court of first instance, he shall have the right to file an appeal within 30 days from the date the written judgment or order is served. The appellee shall submit his defence within 30 days after receipt of a copy of the appeal petition. If a party who is unable to file an appeal or submit a defence within the period prescribed by the law requests an extension of the period, the people's court shall decide whether to grant it.

第二百七十六条　　　在中华人民共和国领域内没有住所的当事人，不服第一审人民法院判决、裁定的，有权在判决书、裁定书送达之日起三十日内提出上诉。被上诉人在收到上诉状副本后，应当在三十日内提出答辩状。当事人不能在法定期间提起上诉或者提出答辩状，申请延期的，是否准许，由人民法院决定。

---

Article 277　　　The period for the trials of civil cases involving foreign element by the people's court shall not be restricted by the provisions of Articles 152 and 183 of this Law.

第二百七十七条　　　人民法院审理涉外民事案件的期间，不受本法第一百五十二条、第一百八十三条规定的限制。

---

Chapter 26: Arbitration

第二十六章　　　仲裁

---

Article 278　　　In the case of a dispute arising from the foreign economic, trade, transport or maritime activities of China, if the parties have had an arbitration clause in the contract concerned or have subsequently reached a written arbitration agreement stipulating the submission of the dispute for arbitration to an arbitral organ in the People's Republic of China handling cases involving foreign element, or to any other

第二百七十八条　　　涉外经济贸易、运输和海事中发生的纠纷，当事人在合同中订有仲裁条款或者事后达成书面仲裁协议，提交中华人民共和国涉外仲裁机构或者其他仲裁机构仲裁的，当事人不得向人民法院起诉。

arbitral body, they may not bring an action in a people's court.

If the parties have not had an arbitration clause in the contract concerned or have not subsequently reached a written arbitration agreement, they may bring an action in a people's court.

当事人在合同中没有订有仲裁条款或者事后没有达成书面仲裁协议的，可以向人民法院起诉。

Article 279    If a party has applied for preservation measures, the arbitral organ of the People's Republic of China handling cases involving foreign element shall refer the party's application for a decision to the intermediate people's court of the place where the party against whom the application is made has his domicile or where his property is located.

第二百七十九条    当事人申请采取保全的，中华人民共和国的涉外仲裁机构应当将当事人的申请，提交被申请人住所地或者财产所在地的中级人民法院裁定。

Article 280    In a case in which an award has been made by an arbitral organ of the People's Republic of China handling cases involving foreign element, the parties may not bring an action in a people's court. If one party fails to comply with the arbitral award, the other party may apply for its execution to the intermediate people's court of the place where the party against whom the application for execution is made has his domicile or where his property is located.

第二百八十条    经中华人民共和国涉外仲裁机构裁决的，当事人不得向人民法院起诉。一方当事人不履行仲裁裁决的，对方当事人可以向被申请人住所地或者财产所在地的中级人民法院申请执行。

Article 281    A people's court shall, after examination and verification by a collegial panel of the court, make a written order not to allow the execution of the award rendered by an arbitral organ of the People's Republic of China handling cases involving foreign element, if the party against whom the application for execution is made furnishes proof that:

第二百八十一条    对中华人民共和国涉外仲裁机构作出的裁决，被申请人提出证据证明仲裁裁决有下列情形之一的，经人民法院组成合议庭审查核实，裁定不予执行：

(1) the parties have not had an arbitration clause in the contract or have not subsequently reached a written arbitration agreement;

（一）当事人在合同中没有订有仲裁条款或者事后没有达成书面仲裁协议的；

(2) the party against whom the application for execution is made is not given notice for the appointment of an arbitrator or for the inception of the arbitration proceedings or is unable to present his case due to causes for which he is not responsible;

（二）被申请人没有得到指定仲裁员或者进行仲裁程序的通知，或者由于其他不属于被申请人负责的原因未能陈述意见的；

(3) the composition of the arbitration tribunal or the procedure for arbitration is not in conformity with the rules of arbitration; or

（三）仲裁庭的组成或者仲裁的程序与仲裁规则不符的；

(4) the matters dealt with by the award fall outside the scope of the arbitration agreement or which the arbitral organ is not empowered to arbitrate.

（四）裁决的事项不属于仲裁协议的范围或者仲裁机构无权仲裁的。

If the people's court determines that the execution of the award goes against the social and public interest of the country, the people's court shall make a written order not to allow the execution of the arbitral award.

人民法院认定执行该裁决违背社会公共利益的，裁定不予执行。

Article 282    If the execution of an arbitral award is disallowed by a written order of a people's court, the parties may, in accordance with a written arbitration agreement reached between them, apply for arbitration again; they may also bring an action in a people's court.

**L** 第二百八十二条　仲裁裁决被人民法院裁定不予执行的，当事人可以根据双方达成的书面仲裁协议重新申请仲裁，也可以向人民法院起诉。

Chapter 27: Judicial Assistance

第二十七章　司法协助

Article 283    In accordance with the international treaties concluded or acceded to by the People's Republic of China or with the principle of reciprocity, the people's courts of China and foreign courts may make mutual requests for assistance in the service of legal documents, in investigation and collection of evidence or in other litigation actions.

**L** 第二百八十三条　根据中华人民共和国缔结或者参加的国际条约，或者按照互惠原则，人民法院和外国法院可以相互请求，代为送达文书、调查取证以及进行其他诉讼行为。

The people's court shall not render the assistance requested by a foreign court, if it impairs the

外国法院请求协助的事项有损于中华人民共和国的主权、安全或者社会公共利益的，人民法院不予执行。

sovereignty, security or social and public interest of the People's Republic of China.

| | |
|---|---|
| Article 284　　　The request for the providing of judicial assistance shall be effected through channels provided in the international treaties concluded or acceded to by the People's Republic of China; in the absence of such treaties, they shall be effected through diplomatic channels. | 🟧　第二百八十四条　　请求和提供司法协助，应当依照中华人民共和国缔结或者参加的国际条约所规定的途径进行；没有条约关系的，通过外交途径进行。 |
| A foreign embassy or consulate accredited to the People's Republic of China may serve documents on its citizens and make investigations and collect evidence among them, provided that the laws of the People's Republic of China are not violated and no compulsory measures are taken. | 　　外国驻中华人民共和国的使领馆可以向该国公民送达文书和调查取证，但不得违反中华人民共和国的法律，并不得采取强制措施。 |
| Except for the conditions provided in the preceding paragraph, no foreign organization or individual may, without the consent of the competent authorities of the People's Republic of China, serve documents or make investigations and collect evidence within the territory of the People's Republic of China. | 　　除前款规定的情况外，未经中华人民共和国主管机关准许，任何外国机关或者个人不得在中华人民共和国领域内送达文书、调查取证。 |
| Article 285　　　The letter of request for judicial assistance and its annexes sent by a foreign court to a people's court shall be appended with a Chinese translation or a text in any other language or languages specified in the relevant international treaties. | 🟧　第二百八十五条　　外国法院请求人民法院提供司法协助的请求书及其所附文件，应当附有中文译本或者国际条约规定的其他文字文本。 |
| The letter of request and its annexes sent to a foreign court by a people's court for judicial assistance shall be appended with a translation in the language of that country or a text in any other language or languages specified in the relevant international treaties. | 　　人民法院请求外国法院提供司法协助的请求书及其所附文件，应当附有该国文字译本或者国际条约规定的其他文字文本。 |
| Article 286　　　The judicial assistance provided by the people's courts shall be rendered in accordance with the procedure prescribed by the laws of the People's Republic of China. If a special form of judicial | 🟧　第二百八十六条　　人民法院提供司法协助，依照中华人民共和国法律规定的程序进行。外国法院请求采用特殊方式的，也可以按照其请求的特殊方式进行，但请求采用的特殊方式不得违反中华人民共和国法律。 |

assistance is requested by a foreign court, it may also be rendered, provided that the special form requested does not contradict the laws of the People's Republic of China.

---

Article 287    If a party applies for execution of a legally effective judgment or written order made by a people's court, and the opposite party or his property is not within the territory of the People's Republic of China, the applicant may directly apply for recognition and execution to the foreign court which has jurisdiction. The people's court may also, in accordance with the relevant provisions of the international treaties concluded or acceded to by China, or with the principle of reciprocity, request recognition and execution by the foreign court.

第二百八十七条    人民法院作出的发生法律效力的判决、裁定，如果被执行人或者其财产不在中华人民共和国领域内，当事人请求执行的，可以由当事人直接向有管辖权的外国法院申请承认和执行，也可以由人民法院依照中华人民共和国缔结或者参加的国际条约的规定，或者按照互惠原则，请求外国法院承认和执行。

---

If a party applies for execution of a legally effective arbitral award made by an arbitral organ in the People's Republic of China handling cases involving foreign element and the opposite party or his property is not within the territory of the People's Republic of China, he may directly apply for recognition and execution of the award to the foreign court which has jurisdiction.

中华人民共和国涉外仲裁机构作出的发生法律效力的仲裁裁决，当事人请求执行的，如果被执行人或者其财产不在中华人民共和国领域内，应当由当事人直接向有管辖权的外国法院申请承认和执行。

---

Article 288    If a legally effective judgment or written order made by a foreign court requires recognition and execution by a people's court of the People's Republic of China, the party concerned may directly apply for recognition and execution to the intermediate people's court of the People's Republic of China which has jurisdiction. The foreign court may also, in accordance with the provisions of the international treaties concluded or acceded to by that foreign country and the People's Republic of China or with the principle of reciprocity, request recognition and execution by a people's court.

第二百八十八条    外国法院作出的发生法律效力的判决、裁定，需要中华人民共和国人民法院承认和执行的，可以由当事人直接向中华人民共和国有管辖权的中级人民法院申请承认和执行，也可以由外国法院依照该国与中华人民共和国缔结或者参加的国际条约的规定，或者按照互惠原则，请求人民法院承认和执行。

---

Article 289    In the case of an application or request for recognition and execution of a legally

第二百八十九条    人民法院对申请或者请求承认和执行的外国法院作出的发生法律效力的判决、裁定，依照

effective judgment or written order of a foreign court, the people's court shall, after examining it in accordance with the international treaties concluded or acceded to by the People's Republic of China or with the principle of reciprocity and arriving at the conclusion that it does not contradict the primary principles of the law of the People's Republic of China nor violates State sovereignty, security and social and public interest of the country, recognize the validity of the judgment or written order, and, if required, issue a writ of execution to execute it in accordance with the relevant provisions of this Law; if the application or request contradicts the primary principles of the law of the People's Republic of China or violates State sovereignty, security and social and public interest of the country, the people's court shall not recognize and execute it.

中华人民共和国缔结或者参加的国际条约，或者按照互惠原则进行审查后，认为不违反中华人民共和国法律的基本原则或者国家主权、安全、社会公共利益的，裁定承认其效力，需要执行的，发出执行令，依照本法的有关规定执行。违反中华人民共和国法律的基本原则或者国家主权、安全、社会公共利益的，不予承认和执行。

Article 290    If an award made by a foreign arbitral organ requires the recognition and execution by a people's court of the People's Republic of China, the party concerned shall directly apply to the intermediate people's court of the place where the party subjected to execution has his domicile or where his property is located. The people's court shall deal with the matter in accordance with the international treaties concluded or acceded to by the People's Republic of China or with the principle of reciprocity.

 第二百九十条    国外仲裁机构的裁决，需要中华人民共和国人民法院承认和执行的，应当由当事人直接向执行人住所地或者其财产所在地的中级人民法院申请，人民法院应当依照中华人民共和国缔结或者参加的国际条约，或者按照互惠原则办理。

Article 291    This Law shall go into effect as of the date of promulgation, and the Civil Procedure Law of the People's Republic of China (for Trial Implementation) shall be repealed simultaneously.

第二百九十一条    本法自公布之日起施行，《中华人民共和国民事诉讼法（试行）》同时废止。

Appendix 2

## Westlaw China Delivery Summary

| | |
|---|---|
| Request made by : | IP   WLCHINA_HK OFFICE |
| Request made on : | Wednesday, 05/18/2022, 10:29 (Beijing Time) |
| Title : | Law of the People's Republic of China on International Criminal Justice Assistance |
| Delivery selection : | Current Document |
| Number of documents delivered: 1 | |

© 2007 - 2022, Thomson Reuters, all rights reserved.

| Law of the People's Republic of China on International Criminal Justice Assistance | 中华人民共和国国际刑事司法协助法 |
|---|---|
| **Promulgating Institution:** Standing Committee of the National People's Congress | **颁布机关：** 全国人民代表大会常务委员会 |
| **Document Number:** Order No. 13 of the President of the People's Republic of China | **文　　　号：** 中华人民共和国主席令第十三号 |
| **Promulgating Date:** 10/26/2018 | **颁布时间：** 10/26/2018 |
| **Effective Date:** 10/26/2018 | **实施时间：** 10/26/2018 |
| **Validity Status:** Valid | **效力状态：** 有效 |
| Text | 正文 |

Order No. 13 of the President of the People's Republic of China

The Law of the People's Republic of China on International Criminal Justice Assistance, adopted at the Sixth Session of the Standing Committee of the 13th National People's Congress of the People's Republic of China on October 26, 2018, is hereby promulgated and shall come into effect as of the date of promulgation.

President of the People's Republic of China Xi Jinping

October 26, 2018

中华人民共和国主席令

第十三号

《中华人民共和国国际刑事司法协助法》已由中华人民共和国第十三届全国人民代表大会常务委员会第六次会议于2018年10月26日通过，现予公布，自公布之日起施行。

中华人民共和国主席 习近平

2018年10月26日

| Law of the People's Republic of China on International Criminal Justice Assistance | 中华人民共和国国际刑事司法协助法 |
|---|---|
| (Adopted at the Sixth Session of the Standing Committee of the 13th National People's Congress of the People's | （2018年10月26日第十三届全国人民代表大会常务委员会第六次会议通过） |

Republic of China on October 26, 2018)

## Contents

Chapter 1 General Provisions

Chapter 2 Filing, Receiving and Disposal of Request for Criminal Justice Assistance

Section 1 Request to Foreign Countries for Criminal Justice Assistance

Section 2 Request to the People's Republic of China for Criminal Justice Assistance

Chapter 3 Service of Documents

Section 1 Request to Foreign Countries for Service of Documents

Section 2 Request to the People's Republic of China for Service of Documents

Chapter 4 Investigation and Collection of Evidence

Section 1 Request to Foreign Countries for Investigation and Collection of Evidence

Section 2 Request to the People's Republic of China for Investigation and Collection of Evidence

Chapter 5 Arrangement for Witnesses to Give Testimony or Assist in Investigation

Section 1 Request to Foreign Countries for Arrangement for Witnesses to Give Testimony or Assist in Investigation

Section 2 Request to the People's Republic of China for Arrangement for Witnesses to Give Testimony or Assist in Investigation

Chapter 6 Sealing up, Seizure and Freezing of Property involved in Cases

Section 1 Request to Foreign Countries for Sealing up, Seizure and Freezing of Property involved in Cases

Section 2 Request to the People's Republic of China for Sealing up, Seizure and Freezing of Property involved in Cases

Chapter 7 Request to Foreign Countries for Confiscation or Return of Illegal Gains and Other Property involved in Cases

Section 1 Request to Foreign Countries for Confiscation or Return of Illegal Gains and Other Property involved in

目录

第一章    总则

第二章    刑事司法协助请求的提出、接收和处理

第一节    向外国请求刑事司法协助

第二节    向中华人民共和国请求刑事司法协助

第三章    送达文书

第一节    向外国请求送达文书

第二节    向中华人民共和国请求送达文书

第四章    调查取证

第一节    向外国请求调查取证

第二节    向中华人民共和国请求调查取证

第五章    安排证人作证或者协助调查

第一节    向外国请求安排证人作证或者协助调查

第二节    向中华人民共和国请求安排证人作证或者协助调查

第六章    查封、扣押、冻结涉案财物

第一节    向外国请求查封、扣押、冻结涉案财物

第二节    向中华人民共和国请求查封、扣押、冻结涉案财物

第七章    没收、返还违法所得及其他涉案财物

第一节    向外国请求没收、返还违法所得及其他涉案财物

第二节    向中华人民共和国请求没收、返还违法所得及其他涉案财物

第八章    移管被判刑人

第一节    向外国移管被判刑人

第二节    向中华人民共和国移管被判刑人

第九章    附则

Cases

Section 2 Request to the People's Republic of China for
Confiscation or Return of Illegal Gains and Other Property
involved in Cases
Chapter 8 Transfer for Custody of Sentenced Persons
Section 1 Transfer to Foreign Countries for Custody of
Sentenced Persons
Section 2 Transfer to the People's Republic of China for
Custody of Sentenced Persons
Chapter 9 Supplementary Provisions

## Chapter 1: General Provisions

## 第一章  总则

🔸 Article 1        With a view to guaranteeing the normal progress of international criminal justice assistance, strengthening international cooperation in the criminal justice field, effectively punishing crimes, protecting lawful rights and interests of individuals and organizations and safeguarding the national interests and social order, this Law is formulated.

🔸 第一条     为了保障国际刑事司法协助的正常进行,加强刑事司法领域的国际合作,有效惩治犯罪,保护个人和组织的合法权益,维护国家利益和社会秩序,制定本法。

🔸 Article 2        For the purpose of this Law, international criminal justice assistance refers to the assistance provided by the People's Republic of China and a foreign country to each other in the activities such as investigation, detection, prosecution, adjudication and enforcement of criminal cases, including service of documents, arrangement for witnesses to give testimony or assist in investigation, sealing up, seizure and freezing of property involved in cases, confiscation and return of illegal gains and other property involved in cases, transfer for custody of sentenced persons and other assistance.

🔸 第二条     本法所称国际刑事司法协助,是指中华人民共和国和外国在刑事案件调查、侦查、起诉、审判和执行等活动中相互提供协助,包括送达文书,调查取证,安排证人作证或者协助调查,查封、扣押、冻结涉案财物,没收、返还违法所得及其他涉案财物,移管被判刑人以及其他协助。

🔸 Article 3        Criminal justice assistance between the People's Republic of China and a foreign country shall be carried out in accordance with this Law. The provisions of this Law, the Criminal Procedure Law and other relevant laws shall apply to the execution of the

🔸 第三条     中华人民共和国和外国之间开展刑事司法协助,依照本法进行。

执行外国提出的刑事司法协助请求,适用本法、刑事诉讼法及其他相关法律的规定。

request of a foreign country for criminal justice assistance.

The authority signing the written request, language used for the written request and the materials attached thereto, time limit and specific procedures for handling as well as other relevant matters may be subject to the provisions of the criminal justice assistance treaties or the negotiation between both parties without violating the basic principles of the law of the People's Republic of China.

对于请求书的签署机关、请求书及所附材料的语言文字、有关办理期限和具体程序等事项，在不违反中华人民共和国法律的基本原则的情况下，可以按照刑事司法协助条约规定或者双方协商办理。

**Article 4**    The People's Republic of China and a foreign country shall carry out international criminal justice assistance pursuant to the principle of equality and reciprocity.

International criminal justice assistance shall neither harm the sovereignty, security and social public interests of the People's Republic of China nor violate the fundamental principles of the laws of the People's Republic of China.

Without consent by the competent authorities of the People's Republic of China, none of the authorities, organizations and individuals in foreign countries may carry out the criminal proceeding activities prescribed hereof within the territory of the People's Republic of China and none of the authorities, organizations and individuals within the territory of the People's Republic of China may provide any foreign countries with evidential materials and the assistance prescribed hereof.

**第四条**    中华人民共和国和外国按照平等互惠原则开展国际刑事司法协助。

国际刑事司法协助不得损害中华人民共和国的主权、安全和社会公共利益，不得违反中华人民共和国法律的基本原则。

非经中华人民共和国主管机关同意，外国机构、组织和个人不得在中华人民共和国境内进行本法规定的刑事诉讼活动，中华人民共和国境内的机构、组织和个人不得向外国提供证据材料和本法规定的协助。

**Article 5**    To carry out criminal justice assistance between the People's Republic of China and a foreign country, the contact shall be conducted through external liaison organs.

The Ministry of Justice of the People's Republic of China and other external liaison organs shall be responsible for filing, receiving and forwarding requests for criminal justice assistance and handling other affairs relating to international criminal justice assistance.

**第五条**    中华人民共和国和外国之间开展刑事司法协助，通过对外联系机关联系。

中华人民共和国司法部等对外联系机关负责提出、接收和转递刑事司法协助请求，处理其他与国际刑事司法协助相关的事务。

中华人民共和国和外国之间没有刑事司法协助条约的，通过外交途径联系。

In the absence of a criminal justice assistance treaty between the People's Republic of China and a foreign country, the contact shall be conducted through diplomatic channels.

🟧 Article 6      The National Supervision Commission, the Supreme People's Court, the Supreme People's Procuratorate, the Ministry of Public Security, the Ministry of State Security and other relevant departments are the competent organs for international criminal justice assistance and shall, based on the division of responsibilities, examine the requests to foreign countries for criminal justice assistance, examine and handle the requests of foreign countries for criminal justice assistance as forwarded by external liaison organs and undertake other work relating to international criminal justice assistance. In cases of transfer for custody of sentenced persons, the Ministry of Justice shall assume corresponding responsibilities of a competent organ according to division of responsibilities.
The organs handling cases relating to criminal justice assistance shall be the organs for handling cases of international criminal justice cases and responsible for submitting to the organs in charge thereof the international criminal justice assistance requests that need to be filed with foreign countries and execute the criminal justice assistance requests filed by foreign countries as assigned by the organs in charge thereof.

🟧 Article 7      The State guarantees the expenses required for carrying out international criminal justice assistance.

🟧 Article 8      The expenses arising out of mutual execution of requests for criminal justice assistance between the People's Republic of China and a foreign country shall be assumed according to the provisions of treaties, if any; in the absence of any treaty or relevant provision under any treaty, such

🟧 第六条      国家监察委员会、最高人民法院、最高人民检察院、公安部、国家安全部等部门是开展国际刑事司法协助的主管机关,按照职责分工,审核向外国提出的刑事司法协助请求,审查处理对外联系机关转递的外国提出的刑事司法协助请求,承担其他与国际刑事司法协助相关的工作。在移管被判刑人案件中,司法部按照职责分工,承担相应的主管机关职责。

     办理刑事司法协助相关案件的机关是国际刑事司法协助的办案机关,负责向所属主管机关提交需要向外国提出的刑事司法协助请求、执行所属主管机关交办的外国提出的刑事司法协助请求。

🟧 第七条      国家保障开展国际刑事司法协助所需经费。

🟧 第八条      中华人民共和国和外国相互执行刑事司法协助请求产生的费用,有条约规定的,按照条约承担;没有条约或者条约没有规定的,按照平等互惠原则通过协商解决。

expenses shall be settled through consultation pursuant to the principle of equality and reciprocity.

Chapter 2: Filing, Receiving and Disposal of Request for Criminal Justice Assistance
Section 1: Request to Foreign Countries for Criminal Justice Assistance

第二章    刑事司法协助请求的提出、接收和处理
第一节    向外国请求刑事司法协助

Article 9        Where a case handling organ needs to request criminal justice assistance from a foreign country, it shall prepare a written request for criminal justice assistance with relevant materials attached thereto and the request shall, after being examined and approved by the department in charge of the said organ, be filed with the foreign country by the external liaison organ in a timely manner.

第九条        办案机关需要向外国请求刑事司法协助的,应当制作刑事司法协助请求书并附相关材料,经所属主管机关审核同意后,由对外联系机关及时向外国提出请求。

Article 10        The written request to a foreign country for criminal justice assistance shall be filed according to the provisions of the criminal justice assistance treaty; in the absence of the treaty or relevant provisions in the treaty, such request may be filed according to Article 13 hereof as reference; in case of any special requirement laid down by the requested country, the request can be filed according to the special requirement of the requested country without violating the fundamental principles of the laws of the People's Republic of China.
A written request and the materials attached thereto shall be prepared in Chinese and be accompanied with the translations in the official language of the requested country.

第十条        向外国的刑事司法协助请求书,应当依照刑事司法协助条约的规定提出;没有条约或者条约没有规定的,可以参照本法第十三条的规定提出;被请求国有特殊要求的,在不违反中华人民共和国法律的基本原则的情况下,可以按照被请求国的特殊要求提出。

请求书及所附材料应当以中文制作,并附有被请求国官方文字的译文。

Article 11        Where the requested country attaches additional conditions to the execution of the request for criminal justice assistance without harming the sovereignty, security and social public interests of the People's Republic of China, the commitment thereon can be made by the Ministry of Foreign Affairs. Where the

第十一条        被请求国就执行刑事司法协助请求提出附加条件,不损害中华人民共和国的主权、安全和社会公共利益的,可以由外交部作出承诺。被请求国明确表示对外联系机关作出的承诺充分有效的,也可以由对外联系机关作出承诺。对于限制追诉的承诺,由最高人民检察院决定;对于量刑的承诺,由最高人民法院决定。

requested country clearly indicates that the commitment made by the external liaison organ is sufficient and valid, the commitment can be made by the external liaison organ. The commitment on restriction of prosecution against earlier crimes shall be decided by the Supreme People's Procuratorate; the commitment on punishments shall be decided by the Supreme People's Court.

In imposing criminal liability on the person involved in the case concerned, relevant organ shall be bound by the commitment that has been made.

🟧 Article 12    When the external liaison organ receives relevant notice or execution result from a foreign country, it shall forward or convey such notice or result to relevant competent authority in a timely manner. Where a foreign country demands notification about the litigation result of the case in respect of which it provides criminal justice assistance, the external liaison organ shall forward such demand to relevant competent organ for handling.

Section 2: Request to the People's Republic of China for Criminal Justice Assistance

🟧 Article 13    Where a foreign country makes request to the People's Republic of China for criminal justice assistance, it shall present a written request in accordance with the provisions of the criminal justice assistance treaty. In the absence of the treaty or relevant provisions in the treaty, the following matters shall be specified in the written request with relevant materials attached:

(1) Name of the requesting organ;

(2) Nature of the case, basic information of the person involved in the case and facts of the crime;

(3) Provisions of the laws applicable to the case;

(4) Requested matters and purposes;

(5) Relevance between the requested matters and the case;

(6) Expected time limit for the request to be executed;

在对涉案人员追究刑事责任时，有关机关应当受所作出的承诺的约束。

🟧 第十二条    对外联系机关收到外国的有关通知或者执行结果后，应当及时转交或者转告有关主管机关。

外国就其提供刑事司法协助的案件要求通报诉讼结果的，对外联系机关转交有关主管机关办理。

第二节    向中华人民共和国请求刑事司法协助

🟧 第十三条    外国向中华人民共和国提出刑事司法协助请求的，应当依照刑事司法协助条约的规定提出请求书。没有条约或者条约没有规定的，应当在请求书中载明下列事项并附相关材料：

（一）请求机关的名称；

（二）案件性质、涉案人员基本信息及犯罪事实；

（三）本案适用的法律规定；

（四）请求的事项和目的；

（五）请求的事项与案件之间的关联性；

（六）希望请求得以执行的期限；

（七）其他必要的信息或者附加的要求。

在没有刑事司法协助条约的情况下，请求国应当作出互惠的承诺。

and

(7) Other necessary information or additional requirements.

In the absence of the criminal justice assistance treaty, the requesting country shall make reciprocal commitments. The written request and the attached materials shall be accompanied with Chinese translations.

请求书及所附材料应当附有中文译文。

🔲　Article 14　　Where a request for criminal justice assistance filed by a foreign country with the People's Republic of China involves any of the following circumstances, request for assistance can be rejected:

(1) The act in respect of which the request is filed does not constitute a crime under the laws of the People's Republic of China;

(2) At the time when the request is received, the crime in respect of which the request is filed is under investigation, detection, prosecution or trial within the territory of the People's Republic of China, effective judgement has been rendered for the crime, criminal proceeding of the crime has been terminated, or the time limit for prosecution of the crime has expired;

(3) The crime in respect of which the request is filed is a political crime;

(4) The crime in respect of which the request is filed is a military crime;

(5) The request is for the purpose of investigation, detection, prosecution, adjudication or enforcement of criminal punishment based on the reasons of race, nationality, religion, citizenship, sex, political opinion, identity or other aspects or the party concerned may be subject to unfair treatment due to any of the above reasons;

(6) There is no substantive connection between the requested matter and the case for which request for assistance is filed; and

(7) Other circumstances where the request can be rejected.

🔲　第十四条　　外国向中华人民共和国提出的刑事司法协助请求,有下列情形之一的,可以拒绝提供协助:

(一)根据中华人民共和国法律,请求针对的行为不构成犯罪;

(二)在收到请求时,在中华人民共和国境内对于请求针对的犯罪正在进行调查、侦查、起诉、审判,已经作出生效判决,终止刑事诉讼程序,或者犯罪已过追诉时效期限;

(三)请求针对的犯罪属于政治犯罪;

(四)请求针对的犯罪纯属军事犯罪;

(五)请求的目的是基于种族、民族、宗教、国籍、性别、政治见解或者身份等方面的原因而进行调查、侦查、起诉、审判、执行刑罚,或者当事人可能由于上述原因受到不公正待遇;

(六)请求的事项与请求协助的案件之间缺乏实质性联系;

(七)其他可以拒绝的情形。

Article 15        The external liaison organ that receives the request of a foreign country for criminal justice assistance shall conduct examination of the written request and the attached materials. If the written request conforms to relevant requirements in form and content, it shall, according to division of responsibilities, forward the written request and attached materials to relevant competent authority for handling; if the written request does not conform to relevant requirements in form and content, it may require the requesting country to supplement materials or file request anew.

If a request for criminal justice assistance obviously harms the sovereignty, security and social public interests of the People's Republic of China, the external liaison organ may directly reject the request for assistance.

Article 16        Where the competent organ receives the written request for criminal justice assistance and the attached materials forwarded by the external liaison organ, it shall conduct examination and handle the request respectively as follows:

(1) Rendering decision and arranging relevant case handling organ to execute the request if believing that assistance can be provided under this Law and the criminal justice assistance treaty;

(2) Returning the written request and the attached materials to the external liaison organ with a description of reasons therefor if believing the assistance should be withheld in full or in part in accordance with Article 4 or Article 14 hereof or the provisions of the criminal justice assistance treaty;

(3) Presenting to the foreign country through the external liaison organ the requirement on confidentiality of or other additional conditions to the execution of the request, if any, and deciding on the conditional execution after the foreign country accepts the conditions and makes

第十五条        对外联系机关收到外国提出的刑事司法协助请求，应当对请求书及所附材料进行审查。对于请求书形式和内容符合要求的，应当按照职责分工，将请求书及所附材料转交有关主管机关处理；对于请求书形式和内容不符合要求的，可以要求请求国补充材料或者重新提出请求。

对于刑事司法协助请求明显损害中华人民共和国的主权、安全和社会公共利益的，对外联系机关可以直接拒绝协助。

第十六条        主管机关收到对外联系机关转交的刑事司法协助请求书及所附材料后，应当进行审查，并分别作出以下处理：

（一）根据本法和刑事司法协助条约的规定认为可以协助执行的，作出决定并安排有关办案机关执行；

（二）根据本法第四条、第十四条或者刑事司法协助条约的规定，认为应当全部或者部分拒绝协助的，将请求书及所附材料退回对外联系机关并说明理由；

（三）对执行请求有保密要求或者有其他附加条件的，通过对外联系机关向外国提出，在外国接受条件并且作出书面保证后，决定附条件执行；

（四）需要补充材料的，书面通知对外联系机关要求请求国在合理期限内提供。

执行请求可能妨碍中华人民共和国有关机关正在进行的调查、侦查、起诉、审判或者执行的，主管机关可以决定推迟协助，并将推迟协助的决定和理由书面通知对外联系机关。

外国对执行其请求有保密要求或者特殊程序要求的，在不违反中华人民共和国法律的基本原则的情况下，主管机关可以按照其要求安排执行。

written commitment thereon; or

(4) Giving written notice to the external liaison organ for asking the requesting country to provide within a reasonable time limit the supplementary materials as needed.

If execution of the request may interfere with the investigation, detection, prosecution, adjudication or enforcement that is being conducted by relevant organ of the People's Republic of China, the competent organ may decide to defer the assistance and give a written notice on the decision of deferment of the assistance and the reasons therefor to the external liaison organ.

If the foreign country has confidentiality requirement or special procedural requirement on the execution of its request without violating the fundamental principles of the laws of the People's Republic of China, the competent organ may make arrangement of the execution according to such requirement.

Article 17    The case handling organ shall, after receiving the request of a foreign country for criminal justice assistance forwarded by the competent organ, execute the request in accordance with the law and submit report on the result of the execution or the circumstance of interference with the execution to the competent organ in a timely manner.

In the course of execution of the request, the case handling organ shall safeguard the lawful rights and interests of the parties concerned and other relevant persons and protect personal information.

第十七条    办案机关收到主管机关交办的外国刑事司法协助请求后,应当依法执行,并将执行结果或者妨碍执行的情形及时报告主管机关。

办案机关在执行请求过程中,应当维护当事人和其他相关人员的合法权益,保护个人信息。

Article 18    Where a foreign country makes request for using the evidential materials obtained through criminal justice assistance for the purpose other than the case in respect of which the request for such criminal justice assistance has been filed, the external liaison organ shall forward the same to the competent organ which shall decide whether to consent to such use.

第十八条    外国请求将通过刑事司法协助取得的证据材料用于请求针对的案件以外的其他目的的,对外联系机关应当转交主管机关,由主管机关作出是否同意的决定。

Article 19        The external liaison organ shall, after receiving relevant notice or execution result from the competent organ, forward or convey the same to the requesting country in a timely manner.

The competent organ may require, through the external liaison organ, the foreign country to give notice of the litigation result of the case for which the People's Republic of China provides criminal justice assistance. In case of notification of the litigation result by the foreign country, the external liaison organ shall, after receiving relevant materials, forward or convey the same to the competent organ in a timely manner and, if the litigation involves the criminal prosecution against a citizen of the People's Republic of China, shall also notify the Ministry of Foreign Affairs thereof.

第十九条    对外联系机关收到主管机关的有关通知或者执行结果后，应当及时转交或者转告请求国。

对于中华人民共和国提供刑事司法协助的案件，主管机关可以通过对外联系机关要求外国通报诉讼结果。

外国通报诉讼结果的，对外联系机关收到相关材料后，应当及时转交或者转告主管机关，涉及对中华人民共和国公民提起刑事诉讼的，还应当通知外交部。

Chapter 3: Service of Documents
Section 1: Request to Foreign Countries for Service of Documents

第三章    送达文书
第一节    向外国请求送达文书

Article 20        Where a case handling organ needs the assistance of a foreign country in service of summons, notice, indictment, written judgment and any other judicial documents, it shall prepare a written request for criminal justice assistance with relevant materials attached thereto and such request shall, after being examined and approved by the organ in charge thereof, be filed with the foreign country by the external liaison organ in a timely manner.

第二十条    办案机关需要外国协助送达传票、通知书、起诉书、判决书和其他司法文书的，应当制作刑事司法协助请求书并附相关材料，经所属主管机关审核同意后，由对外联系机关及时向外国提出请求。

Article 21        In case of request to a foreign country for service of documents, the written request shall specify the name of the person on which the documents are served, the address of service and relevant rights and obligations to be notified to the person on which the documents are served.

第二十一条    向外国请求送达文书的，请求书应当载明受送达人的姓名或者名称、送达的地址以及需要告知受送达人的相关权利和义务。

Section 2: Request to the People's Republic of China for Service of Documents

第二节　向中华人民共和国请求送达文书

Article 22　A foreign country may request the People's Republic of China for assistance in service of summons, notice, indictment, written judgment and any other judicial documents. The assistance in service of judicial documents by the People's Republic of China does not represent the recognition of the legal effectiveness of the judicial documents of the foreign country.

The request for assistance in service of the summons for appearing in court shall be filed according to the time limit prescribed in relevant treaty. In the absence of the treaty or relevant provisions in the treaty, the request shall be filed no later than three months before the court session.

The People's Republic of China shall not be obliged to assist in the service of the summons requiring a citizen of the People's Republic of China to accept interrogation or appear in court as the defendant.

第二十二条　外国可以请求中华人民共和国协助送达传票、通知书、起诉书、判决书和其他司法文书。中华人民共和国协助送达司法文书,不代表对外国司法文书法律效力的承认。

请求协助送达出庭传票的,应当按照有关条约规定的期限提出。没有条约或者条约没有规定的,应当至迟在开庭前三个月提出。

对于要求中华人民共和国公民接受讯问或者作为被告人出庭的传票,中华人民共和国不负有协助送达的义务。

Article 23　Where a foreign country requests the People's Republic of China for assistance in service of documents, the written request shall specify the name of the person on which the documents are served, the address of service and relevant rights and obligations to be notified to the person on which the documents are served.

第二十三条　外国向中华人民共和国请求送达文书的,请求书应当载明受送达人的姓名或者名称、送达的地址以及需要告知受送达人的相关权利和义务。

Article 24　The people's court or any other case handling organ responsible for executing the request for assistance in service of documents shall notify in a timely manner, through the organ in charge thereof, the external liaison organ of the execution result which shall be notified to the requesting country by the external liaison organ. The acknowledgement of the service signed by the person on which the documents are served or any

第二十四条　负责执行协助送达文书的人民法院或者其他办案机关,应当及时将执行结果通过所属主管机关告知对外联系机关,由对外联系机关告知请求国。除无法送达的情形外,应当附有受送达人签收的送达回执或者其他证明文件。

other certificate shall be attached unless the service fails.

| Chapter 4: Investigation and Collection of Evidence | 第四章　调查取证 |
| Section 1: Request to Foreign Countries for Investigation and Collection of Evidence | 第一节　向外国请求调查取证 |

**L** Article 25    Where a case handling organ needs assistance of a foreign country in investigation and collection of evidence for the following matters, it shall prepare a written request for criminal justice assistance with relevant materials attached thereto and the request shall, after being examined and approved by the organ in charge thereof, filed to the foreign country by the external liaison organ in a timely manner:

(1) Searching or identifying relevant persons;

(2) Searching or verifying information on the property or financial account involved in the case;

(3) Obtaining and providing the testimonies or statements of relevant persons;

(4) Obtaining and providing relevant documents, records, electronic data and property;

(5) Obtaining and providing expert opinions;

(6) Examining or inspecting places, property, person or dead body;

(7) Searching person, property, dwelling places and other relevant places; and

(8) Other matters.

In requesting a foreign country to assist in investigation and collection of evidence, the case handling organ may make request at the same time for assigning persons to be present in execution of the request.

**L** Article 26    In requesting a foreign country to assist in investigation and collection of evidence, the written request and the attached materials shall, as needed, specify the following matters:

(1) Name, sex, residence address, identity information and

**L** 第二十五条    办案机关需要外国就下列事项协助调查取证的，应当制作刑事司法协助请求书并附相关材料，经所属主管机关审核同意后，由对外联系机关及时向外国提出请求：

（一）查找、辨识有关人员；

（二）查询、核实涉案财物、金融账户信息；

（三）获取并提供有关人员的证言或者陈述；

（四）获取并提供有关文件、记录、电子数据和物品；

（五）获取并提供鉴定意见；

（六）勘验或者检查场所、物品、人身、尸体；

（七）搜查人身、物品、住所和其他有关场所；

（八）其他事项。

请求外国协助调查取证时，办案机关可以同时请求在执行请求时派员到场。

**L** 第二十六条    向外国请求调查取证的，请求书及所附材料应当根据需要载明下列事项：

（一）被调查人的姓名、性别、住址、身份信息、联系方式和有助于确认被调查人的其他资料；

contact information of the investigated person and other materials helpful to the confirmation of the investigated person;

(2) Questions to be presented to the investigated person;

(3) Name, sex, domicile, residence address, identity information, contact information, appearance and behavioral traits of the person to be searched or identified and other materials helpful to the search or identification;

(4) Ownership, place, characteristics, appearance, quantity and other specific information of the property involved in the case that need to be searched or verified and the information relating to the financial account that need to be searched and verified;

(5) Holder, place, characteristics, appearance, quantity and other specific information of the documents, records, electronic data and property that need to be obtained;

(6) Specific information of the object to be appraised;

(7) Specific information on the place or property, etc. that need to be examined or inspected;

(8) Specific information on the object that need to be searched; and

(9) Other materials helpful to the execution of the request.

（二）需要向被调查人提问的问题；

（三）需要查找、辨认人员的姓名、性别、住址、身份信息、联系方式、外表和行为特征以及有助于查找、辨认的其他资料；

（四）需要查询、核实的涉案财物的权属、地点、特性、外形和数量等具体信息，需要查询、核实的金融账户相关信息；

（五）需要获取的有关文件、记录、电子数据和物品的持有人、地点、特性、外形和数量等具体信息；

（六）需要鉴定的对象的具体信息；

（七）需要勘验或者检查的场所、物品等的具体信息；

（八）需要搜查的对象的具体信息；

（九）有助于执行请求的其他材料。

**Article 27**    If the requested country requires the return of the evidential materials or property provided thereby, the case handling organ shall return the same through the external liaison organ as soon as possible.

**第二十七条**    被请求国要求归还其提供的证据材料或者物品的，办案机关应当尽快通过对外联系机关归还。

Section 2: Request to the People's Republic of China for Investigation and Collection of Evidence

第二节　向中华人民共和国请求调查取证

**Article 28**    A foreign country may request the People's Republic of China to assist in investigation and collection of evidence for the matters prescribed in Paragraph 1 of Article 25 hereof.

Where a foreign country requests the People's Republic of

**第二十八条**    外国可以请求中华人民共和国就本法第二十五条第一款规定的事项协助调查取证。

外国向中华人民共和国请求调查取证的，请求书及所附材料应当根据需要载明本法第二十六条规定的事项。

China to assist in investigation and collection of evidence, the written request and attached materials shall, as needed, specify the matters prescribed in Article 26 hereof.

Article 29    In requesting the People's Republic of China to assist in investigation and collection of evidence, a foreign country may make request at the same time for assigning persons to be present in execution of the request. The persons present upon consent shall comply with the laws of the People's Republic of China and obey the arrangement of the competent organ and the case handling organ.

第二十九条    外国向中华人民共和国请求调查取证时，可以同时请求在执行请求时派员到场。经同意到场的人员应当遵守中华人民共和国法律，服从主管机关和办案机关的安排。

Article 30    If the case handling organ requires the requesting country to guarantee the return of the evidential materials or property to be provided, it may provide the same after obtaining the guarantee from the requesting country.

第三十条    办案机关要求请求国保证归还提供的证据材料或者物品，请求国作出保证的，可以提供。

Chapter 5: Arrangement for Witnesses to Give Testimony or Assist in Investigation
Section 1: Request to Foreign Countries for Arrangement for Witnesses to Give Testimony or Assist in Investigation

第五章    安排证人作证或者协助调查
第一节    向外国请求安排证人作证或者协助调查

Article 31    If a case handling organ needs the assistance of a foreign country in making arrangement for a witness or evaluation expert to give testimony or assist in investigation by coming to the People's Republic of China or through visual or audio recording, it shall prepare a written request for criminal justice assistance with relevant materials attached thereto and the request shall, after being examined and approved by the organ in charge thereof, be filed to the foreign country by the external liaison in a timely manner.

第三十一条    办案机关需要外国协助安排证人、鉴定人来中华人民共和国作证或者通过视频、音频作证，或者协助调查的，应当制作刑事司法协助请求书并附相关材料，经所属主管机关审核同意后，由对外联系机关及时向外国提出请求。

Article 32    In case of request to a foreign country for making arrangement for a witness or evaluation

第三十二条    向外国请求安排证人、鉴定人作证或者协助调查的，请求书及所附材料应当根据需要载明下列事

expert to give testimony or assist in investigation, the written request and the attached materials shall, as needed, specify the following matters:

(1) Name, sex, residence address, identity information and contact information of the witness or the evaluation expert and other materials helpful to the confirmation of the witness or evaluation expert;

(2) Purpose, necessity, time and place, etc. for giving testimony or assisting in investigation;

(3) Rights and obligations of the witness or the evaluation expert;

(4) Measures for protection of the witness or the evaluation expert;

(5) Subsidy to the witness or the valuation expert; and

(6) Other materials helpful to the execution of the request.

项:

(一)证人、鉴定人的姓名、性别、住址、身份信息、联系方式和有助于确认证人、鉴定人的其他资料;

(二)作证或者协助调查的目的、必要性、时间和地点等;

(三)证人、鉴定人的权利和义务;

(四)对证人、鉴定人的保护措施;

(五)对证人、鉴定人的补助;

(六)有助于执行请求的其他材料。

🟧 Article 33    A witness or an evaluation expert that has come to the People's Republic of China to give testimony or assist in investigation shall, before leaving China, not be prosecuted for any crime committed before entering China; the personal freedom thereof shall not be restricted unless the witness or evaluation expert is subject to compulsory measures due to violation of laws and criminal offense committed after entry into China. Where the witness or evaluation expert does not leave the country within the time period prescribed in the treaty or within 15 days after being notified of unnecessity of staying continuously, the provision in the preceding paragraph shall cease to apply unless the witness or the evaluation expert fails to leave the country due to force majeure or any other special reason.

🟧 第三十三条    来中华人民共和国作证或者协助调查的证人、鉴定人在离境前,其入境前实施的犯罪不受追诉;除因入境后实施违法犯罪而被采取强制措施的以外,其人身自由不受限制。

证人、鉴定人在条约规定的期限内或者被通知无需继续停留后十五日内没有离境的,前款规定不再适用,但是由于不可抗力或者其他特殊原因未能离境的除外。

🟧 Article 34    The case handling organ shall provide, in accordance with the law, subsidy to a witness or evaluation expert coming to the People's Republic of China to give testimony or assist in investigation.

🟧 第三十四条    对来中华人民共和国作证或者协助调查的证人、鉴定人,办案机关应当依法给予补助。

Article 35      If the person coming to the People's Republic of China to give testimony or assist in investigation is a detainee, the external liaison organ shall, in conjunction with the competent organ, enter into agreement with the requested country in advance regarding the matters relating to the transfer of the detainee.

The competent organ and the case handling organ shall comply with the content of the agreement, detain the transferred person in accordance with the law and send the detainee to the requested country promptly after completion of the giving of testimony and assistance in investigation.

第三十五条      来中华人民共和国作证或者协助调查的人员系在押人员的，由对外联系机关会同主管机关与被请求国就移交在押人员的相关事项事先达成协议。

主管机关和办案机关应当遵守协议内容，依法对被移交的人员予以羁押，并在作证或者协助调查结束后及时将其送回被请求国。

---

Section 2: Request to the People's Republic of China for Arrangement for Witnesses to Give Testimony or Assist in Investigation

第二节      向中华人民共和国请求安排证人作证或者协助调查

Article 36      A foreign country may request the People's Republic of China to make arrangement for a witness or evaluation expert to give testimony or assist in investigation by going to the foreign country or through visual or audio recording.

Where a foreign country requests the People's Republic of China to make arrangement for a witness or evaluation expert to give testimony or assist in investigation, the written request and the attached materials shall, as needed, specify the matters prescribed in Article 32 hereof.

The requesting country shall make written guarantee for the content prescribed in Paragraph 1 of Article 33 hereof.

第三十六条      外国可以请求中华人民共和国协助安排证人、鉴定人赴外国作证或者通过视频、音频作证，或者协助调查。

外国向中华人民共和国请求安排证人、鉴定人作证或者协助调查的，请求书及所附材料应当根据需要载明本法第三十二条规定的事项。

请求国应当就本法第三十三条第一款规定的内容作出书面保证。

---

Article 37      If the witness or evaluation expert agrees in writing to give testimony or assist in investigation, the case handling organ shall notify through the organ in charge thereof the external liaison organ of the willingness, requirements and conditions of the witness or the evaluation expert in a timely manner

第三十七条      证人、鉴定人书面同意作证或者协助调查的，办案机关应当及时将证人、鉴定人的意愿、要求和条件通过所属主管机关通知对外联系机关，由对外联系机关通知请求国。

安排证人、鉴定人通过视频、音频作证的，主管机关或者办案机关应当派员到场，发现有损害中华人民共和国的主权、安全

and the external liaison organ shall give notice thereon to the requesting country.

If a witness or evaluation expert is arranged to give testimony through visual or audio recording, the competent organ or the case handling organ shall assign personnel to be present and shall promptly stop any circumstance that is found to cause harm to the sovereignty, security and social public interests of the People's Republic of China or to be in violation of the fundamental principles of the laws of the People's Republic of China.

和社会公共利益以及违反中华人民共和国法律的基本原则的情形的，应当及时制止。

---

🟧 **Article 38**    If a foreign country requests a detainee to be transferred to the foreign country for giving testimony or assisting in investigation and promises to send the detainee back promptly after the completion of giving of testimony or assistance in investigation, the external liaison organ shall consult the competent organ and the detainee for opinions. If both the competent organ and the detainee agree to the giving of testimony or assistance in investigation in the foreign country, the external liaison organ shall, in conjunction with the competent organ, enter into agreement with the requesting country in advance regarding the matters relating to the transfer of the detainee.

The period of detention of the detainer in the foreign country shall be deducted from the term of the punishment that the detainee is sentenced to in the People's Republic of China.

🟧 **第三十八条**    外国请求移交在押人员出国作证或者协助调查，并保证在作证或者协助调查结束后及时将在押人员送回的，对外联系机关应当征求主管机关和在押人员的意见。主管机关和在押人员均同意出国作证或者协助调查的，由对外联系机关会同主管机关与请求国就移交在押人员的相关事项达成协议。

在押人员在外国被羁押的期限，应当折抵其在中华人民共和国被判处的刑期。

---

Chapter 6: Sealing up, Seizure and Freezing of Property involved in Cases
Section 1: Request to Foreign Countries for Sealing up, Seizure and Freezing of Property involved in Cases

第六章    查封、扣押、冻结涉案财物
第一节    向外国请求查封、扣押、冻结涉案财物

---

🟧 **Article 39**    Where a case handling organ needs the assistance of a foreign country in sealing up, seizure or freezing of the property involved in the case, it shall prepare a written request for criminal justice

🟧 **第三十九条**    办案机关需要外国协助查封、扣押、冻结涉案财物的，应当制作刑事司法协助请求书并附相关材料，经所属主管机关审核同意后，由对外联系机关及时向外国提出请求。

assistance with relevant materials attached thereto and the request shall, after being examined and approved by the organ in charge thereof, be filed with the foreign country by the external liaison organ in a timely manner. In case of any special requirement laid down by the foreign country on the assistance in executing the request of the People's Republic of China for sealing up, seizing or freezing the property involved in the case, such special requirement may be accepted if it is not in violation of the fundamental principles of the laws of the People's Republic of China. If the decision needs to be made by the judicial organ, the people's court shall render such decision.

外国对于协助执行中华人民共和国查封、扣押、冻结涉案财物的请求有特殊要求的,在不违反中华人民共和国法律的基本原则的情况下,可以同意。需要由司法机关作出决定的,由人民法院作出。

🟧 Article 40    In requesting a foreign country to seal up, seize or freeze the property involved in a case, the written request and the attached materials shall, as needed, specify the following matters:
(1) Ownership certificate, name, characteristics, appearance and quantity, etc. of the property involved in the case that needs to be sealed up, seized or frozen;
(2) Place of the property involved in the case that needs to be sealed up, seized or frozen; specifying the name and address of and account information in the financial institution if capitals or any other financial assets are deposited in the financial institution;
(3) Duplicates of relevant legal documents;
(4) Provisions of the law on sealing up, seizure, freezing and protection of rights of the interested parties; and
(5) Other materials helpful to the execution of the request.

🟧 第四十条    向外国请求查封、扣押、冻结涉案财物的,请求书及所附材料应当根据需要载明下列事项:
(一)需要查封、扣押、冻结的涉案财物的权属证明、名称、特性、外形和数量等;
(二)需要查封、扣押、冻结的涉案财物的地点。资金或者其他金融资产存放在金融机构中的,应当载明金融机构的名称、地址和账户信息;
(三)相关法律文书的副本;
(四)有关查封、扣押、冻结以及利害关系人权利保障的法律规定;
(五)有助于执行请求的其他材料。

🟧 Article 41    If a case handling organ needs a foreign country to continue the sealing up, seizure or freezing of relevant property involved in the case upon the expiry of the term of sealing up, seizure or freezing determined by the foreign country, request shall be filed with the foreign country again.
If the case handling organ decides to lift the sealing up,

🟧 第四十一条    外国确定的查封、扣押、冻结的期限届满,办案机关需要外国继续查封、扣押、冻结相关涉案财物的,应当再次向外国提出请求。
办案机关决定解除查封、扣押、冻结的,应当及时通知被请求国。

seizure or freezing, the requested country shall be notified thereof in a timely manner.

| | |
|---|---|
| Section 2: Request to the People's Republic of China for Sealing up, Seizure and Freezing of Property involved in Cases | 第二节　向中华人民共和国请求查封、扣押、冻结涉案财物 |

**Article 42**　　　A foreign country may request the People's Republic of China to assist in sealing up, seizing or freezing the property involved in a case within the territory People's Republic of China.
Where a foreign country requests the People's Republic of China to seal up, seize or freeze the property involved in a case, the written request and the attached materials shall, as needed, specify the matters prescribed in Article 40 hereof.

**第四十二条**　　　外国可以请求中华人民共和国协助查封、扣押、冻结在中华人民共和国境内的涉案财物。
　　外国向中华人民共和国请求查封、扣押、冻结涉案财物的，请求书及所附材料应当根据需要载明本法第四十条规定的事项。

**Article 43**　　　If the competent organ believes, upon examination, that a request satisfies the following conditions, it may consent to the sealing up, seizure or freezing of the property involved in the case and arrange relevant case handling organ to execute the request:
(1) The sealing up, seizure or freezing of the property involved in the case conforms to the conditions prescribed by the laws of the People's Republic of China;
(2) The sealing up, seizure or freezing of the property involved in the case is related to the activities of investigation, detection, prosecution and adjudication of the criminal case that is conducted in the requesting country;
(3) The property involved in the case can be sealed up, seized or frozen;
(4) Execution of the request does not affect the lawful rights and interests of interested parties; and
(5) Execution of the request does not affect the activities of investigation, detection, prosecution, adjudication and enforcement that are being conducted by relevant organs of the People's Republic of China.

**第四十三条**　　　主管机关经审查认为符合下列条件的，可以同意查封、扣押、冻结涉案财物，并安排有关办案机关执行：
　　（一）查封、扣押、冻结符合中华人民共和国法律规定的条件；
　　（二）查封、扣押、冻结涉案财物与请求国正在进行的刑事案件的调查、侦查、起诉和审判活动相关；
　　（三）涉案财物可以被查封、扣押、冻结；
　　（四）执行请求不影响利害关系人的合法权益；
　　（五）执行请求不影响中华人民共和国有关机关正在进行的调查、侦查、起诉、审判和执行活动。
　　办案机关应当及时通过主管机关通知对外联系机关，由对外联系机关将查封、扣押、冻结的结果告知请求国。必要时，办案机关可以对被查封、扣押、冻结的涉案财物依法采取措施进行处理。

The case handling organ shall promptly notify through the competent organ the external liaison organ of the result of the sealing up, seizure or freezing and the external liaison organ shall notify the requesting country thereof. The case handling organ may adopt measures to dispose of the sealed, seized or frozen property involved in the case in accordance with the law when necessary.

Article 44    If a foreign country requires the property involved in the case to be sealed up, seized or frozen upon the expiry of the term of sealing up, seizure or freezing, it shall file the request with the external liaison organ again.
If the foreign country decides to lift the sealing up, seizure or freezing, the external liaison organ shall give notice through the competent organ to the case handling organ for lifting in a timely manner.

第四十四条    查封、扣押、冻结的期限届满，外国需要继续查封、扣押、冻结相关涉案财物的，应当再次向对外联系机关提出请求。

外国决定解除查封、扣押、冻结的，对外联系机关应当通过主管机关通知办案机关及时解除。

Article 45    If an interested party has objection to the sealing up, seizure or freezing and the case handling organ, upon examination, believes that the sealing up, seizure or freezing does not conform to the conditions prescribed in Paragraph 1 of Article 43 hereof, it shall submit request to the competent organ for decision to lift the sealing up, seizure or freezing and notify the external liaison thereof and the external liaison organ shall give notice thereon to the requesting country; if objection is raised to the handling of the case, the case handling organ may convey through the organ in charge thereof such objection to the external liaison organ which shall present such objection to the requesting country.

第四十五条    利害关系人对查封、扣押、冻结有异议，办案机关经审查认为查封、扣押、冻结不符合本法第四十三条第一款规定的条件的，应当报请主管机关决定解除查封、扣押、冻结并通知对外联系机关，由对外联系机关告知请求国；对案件处理提出异议的，办案机关可以通过所属主管机关转送对外联系机关，由对外联系机关向请求国提出。

Article 46    If, due to reasons attributable to the requesting country, sealing up, seizure or freezing is inappropriate, causing harm to the lawful rights and interests of interested parties, the case handling organ may require through the external liaison organ the requesting country to take liability for compensation.

第四十六条    由于请求国的原因导致查封、扣押、冻结不当，对利害关系人的合法权益造成损害的，办案机关可以通过对外联系机关要求请求国承担赔偿责任。

Chapter 7: Request to Foreign Countries for Confiscation or Return of Illegal Gains and Other Property involved in Cases

Section 1: Request to Foreign Countries for Confiscation or Return of Illegal Gains and Other Property involved in Cases

第七章　　没收、返还违法所得及其他涉案财物

第一节　　向外国请求没收、返还违法所得及其他涉案财物

**Article 47** Where a case handling organ needs a foreign country to assist in confiscating illegal gains and other property involved in the case, it shall prepare a written request for criminal justice assistance with relevant materials attached thereto and the request shall, after being examined and approved by the organ in charge thereof, be filed with the foreign country by the external liaison organ in a timely manner.

In case of request to the foreign country for returning the illegal gains and other property involved in the case to the People's Republic of China or the victim, such request can be raised together with the request for confiscation or be filed separately.

In case of any special requirement laid down by the foreign country on the returning of the sealed, seized or frozen illegal gains or other property involved in the case, such special requirement may be accepted if it is not in violation of the fundamental principles of the laws of the People's Republic of China. If the decision needs to be made by the judicial organ, the people's court shall render such decision.

**第四十七条** 办案机关需要外国协助没收违法所得及其他涉案财物的，应当制作刑事司法协助请求书并附相关材料，经所属主管机关审核同意后，由对外联系机关及时向外国提出请求。

请求外国将违法所得及其他涉案财物返还中华人民共和国或者返还被害人的，可以在向外国提出没收请求时一并提出，也可以单独提出。

外国对于返还被查封、扣押、冻结的违法所得及其他涉案财物有特殊要求的，在不违反中华人民共和国法律的基本原则的情况下，可以同意。需要由司法机关作出决定的，由人民法院作出决定。

**Article 48** In requesting a foreign country to return the sealed, seized or frozen illegal gains and other property involved in a case, the written request and the attached materials shall, as needed, specify the following matters:

(1) Name, characteristics, appearance and quantity, etc. of the illegal gains and other property involved in the case that needs to be confiscated or returned;

(2) Place of the illegal gains and other property involved

**第四十八条** 向外国请求没收、返还违法所得及其他涉案财物的，请求书及所附材料应当根据需要载明下列事项：

（一）需要没收、返还的违法所得及其他涉案财物的名称、特性、外形和数量等；

（二）需要没收、返还的违法所得及其他涉案财物的地点。资金或者其他金融资产存放在金融机构中的，应当载明金融机构的名称、地址和账户信息；

in the case that need to be confiscated or returned; specifying the name and address of and account information in the financial institution if capitals or any other financial assets are deposited in the financial institution;

(3) Reasons for confiscation or returning and relevant ownership certificates;

(4) Duplicates of relevant legal documents;

(5) Provisions of the laws relating to the confiscation, returning and protection of rights of interested parties; and

(6) Other materials helpful to the execution of the request.

（三）没收、返还的理由和相关权属证明；

（四）相关法律文书的副本；

（五）有关没收、返还以及利害关系人权利保障的法律规定；

（六）有助于执行请求的其他材料。

---

**Article 49**    In case of assistance of a foreign country in confiscating or returning the illegal gains and other property involved in the case, the external liaison organ shall, in conjunction with the competent organ, consult with the foreign country on issues of handover of relevant property.

Where a foreign country requests sharing of the illegal gains and other property involved in the case that the foreign country is requested to confiscate or return, the amount or proportion of the sharing shall be determined upon consultation by the external liaison organ in conjunction with the competent organ with the foreign country.

**第四十九条**    外国协助没收、返还违法所得及其他涉案财物的，由对外联系机关会同主管机关就有关财物的移交问题与外国进行协商。

对于请求外国协助没收、返还违法所得及其他涉案财物，外国提出分享请求的，分享的数额或者比例，由对外联系机关会同主管机关与外国协商确定。

---

**Section 2: Request to the People's Republic of China for Confiscation or Return of Illegal Gains and Other Property involved in Cases**

**第二节**    向中华人民共和国请求没收、返还违法所得及其他涉案财物

---

**Article 50**    A foreign country may request the People's Republic of China to assist in confiscating or returning illegal gains and other property involved in a case.

Where a foreign country requests the People's Republic of China to assist in confiscating or returning illegal gains and other property involved in a case, the written request

**第五十条**    外国可以请求中华人民共和国协助没收、返还违法所得及其他涉案财物。

外国向中华人民共和国请求协助没收、返还违法所得及其他涉案财物的，请求书及所附材料应当根据需要载明本法第四十八条规定的事项。

and the attached materials shall specify the matters prescribed in Article 48 hereof.

🟧 Article 51    If the competent organ believes, upon examination, that a request satisfies the following conditions, it may consent to the confiscation of illegal gains and other property involved in the case and arrange relevant case handling organ to execute the request:

(1) The confiscation of the property involved in the case conforms to the conditions prescribed by the laws of the People's Republic of China;

(2) The foreign country has sufficiently guaranteed relevant rights of interested parties;

(3) There is property in the People's Republic of China available for execution;

(4) The written request and attached materials provide detailed description of the ownership, name, characteristics, appearance, quantity and other information of the property against which the request is made;

(5) The confiscation cannot be executed or executed fully in the requesting country; and

(6) Other conditions that should be satisfied in the opinion of the competent organ.

🟧 Article 52    Where the request of a foreign country for assistance in confiscating illegal gains and other property involved in the case involves any of the following circumstances, the request for assistance can be rejected and an explanation of the reasons therefor shall be provided:

(1) The judicial organ of the People's Republic of China or a third country has rendered effective ruling on the property against which the request is made and the execution of the ruling has been completed or is under the way;

(2) The property against which the request is made does not exist or has been destroyed, lost, sold off or

🟧 第五十一条    主管机关经审查认为符合下列条件的,可以同意协助没收违法所得及其他涉案财物,并安排有关办案机关执行:

(一)没收违法所得及其他涉案财物符合中华人民共和国法律规定的条件;

(二)外国充分保障了利害关系人的相关权利;

(三)在中华人民共和国有可供执行的财物;

(四)请求书及所附材料详细描述了请求针对的财物的权属、名称、特性、外形和数量等信息;

(五)没收在请求国不能执行或者不能完全执行;

(六)主管机关认为应当满足的其他条件。

🟧 第五十二条    外国请求协助没收违法所得及其他涉案财物,有下列情形之一的,可以拒绝提供协助,并说明理由:

(一)中华人民共和国或者第三国司法机关已经对请求针对的财物作出生效裁判,并且已经执行完毕或者正在执行;

(二)请求针对的财物不存在、已经毁损、灭失、变卖或者已经转移导致无法执行,但请求没收变卖物或者转移后的财物的除外;

(三)请求针对的人员在中华人民共和国境内有尚未清偿的债务或者尚未了结的诉讼;

(四)其他可以拒绝的情形。

transferred, making the execution impossible, except for the request for confiscating the property after selling off or transfer;

(3) The person against whom the request is made has outstanding debts or is involved in pending lawsuit within the territory of the People's Republic of China; and

(4) Other circumstances where the request for assistance can be rejected.

Article 53    If a foreign country can provide conclusive and sufficient evidence for its request for returning illegal gains and other property involved in the case and the competent organ believes, upon examination, that the request conforms with the conditions prescribed in the laws of the People's Republic of China, it may consent to and arrange relevant case handling organ to execute the request. The case handling organ may deduct reasonable expense arising out of execution of the request before returning.

第五十三条    外国请求返还违法所得及其他涉案财物,能够提供确实、充分的证据证明,主管机关经审查认为符合中华人民共和国法律规定的条件的,可以同意并安排有关办案机关执行。返还前,办案机关可以扣除执行请求产生的合理费用。

Article 54    The external liaison organ may, in conjunction with the competent organ, raise the request for sharing the illegal gains and other property involved in a case that a foreign country files request for confiscating or returning. The amount or proportion of the sharing shall be determined upon consultation between the external liaison organ in conjunction with the competent organ and the foreign country.

第五十四条    对于外国请求协助没收、返还违法所得及其他涉案财物的,可以由对外联系机关会同主管机关提出分享的请求。分享的数额或者比例,由对外联系机关会同主管机关与外国协商确定。

Chapter 8: Transfer for Custody of Sentenced Persons

Section 1 Transfer to Foreign Countries for Custody of Sentenced Persons

第八章    移管被判刑人

第一节    向外国移管被判刑人

Article 55    A foreign country may file request with the People's Republic of China for transfer for custody of a sentence person with the nationality of the foreign country and the People's Republic of China may file request with a foreign country for transfer for

第五十五条    外国可以向中华人民共和国请求移管外国籍被判刑人,中华人民共和国可以向外国请求移管外国籍被判刑人。

custody of a sentenced person with the nationality of the foreign country.

Article 56          Transfer to a foreign country for custody of a sentenced person shall conforms to the following conditions:

(1) The sentenced person is a national of such country;

(2) The act for which criminal punishment is imposed on the sentenced person also constitutes a criminal offense under the law of such country;

(3) The judgement imposing criminal punishment on the sentenced person has become legally effective;

(4) The sentenced person consents in writing to the transfer for custody or transfer for custody is truly necessary on account of the age, physical or mental condition or other relevant situation of the sentenced person and is consented to by the agent thereof in writing; and

(5) Both the People's Republic of China and such country consent to the transfer for custody.

Under any of the following circumstances, transfer for custody can be rejected:

(1) The sentenced person is sentenced to death with suspension of execution or to life imprisonment, unless the sentence has been commuted to fixed-term imprisonment at the time of request for transfer for custody;

(2) The remaining term of sentence of the sentenced person is less than one year at the time of request for transfer for custody;

(3) The sentenced person is involved in a pending lawsuit within the territory of the People's Republic of China; and

(4) Other circumstances where transfer for custody is not appropriate.

Article 57          In case of a request for transfer to a foreign country for custody of a sentenced person, the written request and attached materials shall, as needed, specify the following matters:

第五十六条          向外国移管被判刑人应当符合下列条件:

(一)被判刑人是该国国民;

(二)对被判刑人判处刑罚所针对的行为根据该国法律也构成犯罪;

(三)对被判刑人判处刑罚的判决已经发生法律效力;

(四)被判刑人书面同意移管,或者因被判刑人年龄、身体、精神等状况确有必要,经其代理人书面同意移管;

(五)中华人民共和国和该国均同意移管。

有下列情形之一的,可以拒绝移管:

(一)被判刑人被判处死刑缓期执行或者无期徒刑,但请求移管时已经减为有期徒刑的除外;

(二)在请求移管时,被判刑人剩余刑期不足一年;

(三)被判刑人在中华人民共和国境内存在尚未了结的诉讼;

(四)其他不宜移管的情形。

第五十七条          请求向外国移管被判刑人的,请求书及所附材料应当根据需要载明下列事项:

(一)请求机关的名称;

(1) Name of the requesting organ;

(2) Name, sex, nationality, identity information and other materials of the sentenced person to be transferred for custody as requested;

(3) Place where the sentenced person serves the sentence;

(4) Basis and reasons for the request for transfer for custody;

(5) Written statement that the sentenced person or the agent thereof consents to the transfer for custody; and

(6) Other matters.

(二)被请求移管的被判刑人的姓名、性别、国籍、身份信息和其他资料;

(三)被判刑人的服刑场所;

(四)请求移管的依据和理由;

(五)被判刑人或者其代理人同意移管的书面声明;

(六)其他事项。

Article 58    The competent organ shall check and verify the willingness of the sentenced person for the transfer for custody. Where the foreign country files request for assigning persons to verify the willingness of the sentenced person for transfer for custody, the competent organ may make arrangement thereof.

第五十八条    主管机关应当对被判刑人的移管意愿进行核实。外国请求派员对被判刑人的移管意愿进行核实的,主管机关可以作出安排。

Article 59    Where a foreign country files request with the People's Republic of China for transfer for custody of the sentenced person or the competent organ believes it necessary to file request with a foreign country for transfer for custody of the sentenced person, the competent organ shall, in conjunction with relevant competent organs, decide whether to consent to the request of the foreign country or file the request with the foreign country. After decision is made to consent to the request of the foreign country for transfer for custody, the external liaison organ shall notify the requesting country and the sentenced person thereof in writing.

第五十九条    外国向中华人民共和国提出移管被判刑人的请求的,或者主管机关认为需要向外国提出移管被判刑人的请求的,主管机关应当会同相关主管部门,作出是否同意外国请求或者向外国提出请求的决定。作出同意外国移管请求的决定后,对外联系机关应当书面通知请求国和被判刑人。

Article 60    The transfer for custody of a sentenced person shall be carried out by the criminal punishment executing organ as designated by the competent organ. The time, place and method for transfer of the sentenced person and other matters for carrying out the transfer shall be determined upon consultation between the competent organ and the foreign country.

第六十条    移管被判刑人由主管机关指定刑罚执行机关执行。移交被判刑人的时间、地点、方式等执行事项,由主管机关与外国协商确定。

**Article 61**          In case of petition of the original effective judgment by a sentenced person after transfer for custody, the petition shall be filed with the competent court with jurisdiction in the People's Republic of China.

The people's court, if modifying or cancelling the original effective judgment, shall notify the foreign country thereof in a timely manner.

第六十一条          被判刑人移管后对原生效判决提出申诉的，应当向中华人民共和国有管辖权的人民法院提出。

人民法院变更或者撤销原生效判决的，应当及时通知外国。

**Section 2 Transfer to the People's Republic of China for Custody of Sentenced Persons**

第二节          向中华人民共和国移管被判刑人

**Article 62**          The People's Republic of China may file request with a foreign country for transfer for custody of a sentenced person with Chinese nationality and a foreign country may file request with the People's Republic of China for transfer for custody of a sentenced person with Chinese nationality. Specific conditions of and the procedures for handling transfer for custody shall be subject to relevant provisions of Section 1 of this Chapter as reference.

第六十二条          中华人民共和国可以向外国请求移管中国籍被判刑人，外国可以请求中华人民共和国移管中国籍被判刑人。移管的具体条件和办理程序，参照本章第一节的有关规定执行。

**Article 63**          A sentenced person after being transferred back to China for custody shall be first under the custody by the criminal punishment executing organ designated by the competent organ.

第六十三条          被判刑人移管回国后，由主管机关指定刑罚执行机关先行关押。

**Article 64**          A people's procuratorate shall prepare a written application for criminal punishment conversion with relevant materials attached thereto and submit request to the intermediate people's court of the place where the criminal punishment executing organ is located for rendering a ruling on criminal punishment conversion.

The people's court shall, in accordance with the provisions of the Criminal Law, render the ruling on criminal punishment conversion based on the facts ascertained by the judgement of the foreign court. Where

第六十四条          人民检察院应当制作刑罚转换申请书并附相关材料，提请刑罚执行机关所在地的中级人民法院作出刑罚转换裁定。

人民法院应当依据外国法院判决认定的事实，根据刑法规定，作出刑罚转换裁定。对于外国法院判处的刑罚性质和期限符合中华人民共和国法律规定的，按照其判处的刑罚和期限予以转换；对于外国法院判处的刑罚性质和期限不符合中华人民共和国法律规定的，按照下列原则确定刑种、刑期：

（一）转换后的刑罚应当尽可能与外国法院判处的刑罚相一致；

the nature and term of the criminal punishment imposed by the foreign court conform with the provisions of the laws of the People's Republic of China, the conversion shall be made according to the criminal punishment imposed thereby and the term of the punishment; if the nature and term of the criminal punishment imposed by the foreign court are not in conformity with the provisions of the laws of the People's Republic of China, the type and term of the sentence shall be determined according to the following principles

(1) The criminal punishment after conversion shall be consistent as much as possible with the criminal punishment imposed by the foreign court;

(2) The criminal punishment after conversion shall not be heavier than the criminal punishment imposed by the foreign court in nature or term of punishment and the term of the criminal punishment after conversion shall not exceed the maximum term of punishment for same type of crime prescribed by the Criminal Law of the People's Republic of China;

(3) The criminal punishment of deprivation of freedom shall not be converted into property punishment;

(4) The criminal punishment after conversion shall not be subject to the minimum term of punishment for same type of crime prescribed by the Criminal Law of the People's Republic of China;

Where the sentenced person has been taken into custody before being transferred back to China for service of the punishment, one day of custody shall offset one day of the term of the criminal imprisonment after conversion.

A ruling on criminal punishment conversion rendered by a people's court shall be final.

🅛 Article 65    A criminal punishment executing organ shall put the sentenced person transferred back in China for custody in prison for execution of the criminal punishment according to the ruling on the criminal punishment conversion. The execution of the criminal punishment, commutation of punishment, release on parole

（二）转换后的刑罚在性质上或者刑期上不得重于外国法院判处的刑罚，也不得超过中华人民共和国刑法对同类犯罪所规定的最高刑期；

（三）不得将剥夺自由的刑罚转换为财产刑；

（四）转换后的刑罚不受中华人民共和国刑法对同类犯罪所规定的最低刑期的约束。

被判刑人回国服刑前被羁押的，羁押一日折抵转换后的刑期一日。

人民法院作出的刑罚转换裁定，是终审裁定。

🅛 第六十五条    刑罚执行机关根据刑罚转换裁定将移管回国的被判刑人收监执行刑罚。刑罚执行以及减刑、假释、暂予监外执行等，依照中华人民共和国法律办理。

and temporary execution of criminal punishments outside prison, etc. shall be handled in accordance with the law of the People's Republic of China.

Article 66   In case of petition of the judgment of the foreign court by a sentenced person after transfer back to China for custody, the petition shall be filed with the competent court with jurisdiction in the foreign country.

第六十六条   被判刑人移管回国后对外国法院判决的申诉，应当向外国有管辖权的法院提出。

Chapter 9: Supplementary Provisions

第九章   附则

Article 67   This Law shall apply as reference to the criminal justice assistance between the People's Republic of China and relevant international organizations.

第六十七条   中华人民共和国与有关国际组织开展刑事司法协助，参照本法规定。

Article 68   The matters of notarization and certification shall be conducted in accordance with the provisions of treaties for the requests for criminal justice assistance filed with the People's Republic of China or the documents and evidential materials provided as per the request by the People's Republic of China. In the absence of any treaty or relevant provisions under any treaty, relevant matters shall be handled according to the principle of reciprocity.

第六十八条   向中华人民共和国提出的刑事司法协助请求或者应中华人民共和国请求提供的文件和证据材料，按照条约的规定办理公证和认证事宜。没有条约或者条约没有规定的，按照互惠原则办理。

Article 69   For the purpose of this Law, a treaty on criminal justice assistance refers to a criminal justice assistance treaty, a treaty on transfer for custody of sentenced persons or any other treaty containing the provisions on criminal justice assistance or transfer for custody of the sentenced persons that the People's Republic of China and the foreign country have entered into or jointly acceded to.

第六十九条   本法所称刑事司法协助条约，是指中华人民共和国与外国缔结或者共同参加的刑事司法协助条约、移管被判刑人条约或者载有刑事司法协助、移管被判刑人条款的其他条约。

Article 70   This Law shall take effect as of the date of promulgation.

第七十条   本法自公布之日起施行。



# Appendix 3

## Westlaw China Delivery Summary

| | |
|---|---|
| Request made by : | IP    WLCHINA_HK OFFICE |
| Request made on : | Wednesday, 05/18/2022, 10:50 (Beijing Time) |
| Title : | Data Security Law of the People's Republic of China |
| Delivery selection : | Current Document |
| Number of documents delivered: 1 | |

© 2007 - 2022, Thomson Reuters, all rights reserved.

| Data Security Law of the People's Republic of China | 中华人民共和国数据安全法 |
|---|---|
| **Promulgating Institution:** Standing Committee of the National People's Congress | **颁布机关:** 全国人民代表大会常务委员会 |
| **Document Number:** Order No. 84 of the President of the People's Republic of China | **文 号:** 中华人民共和国主席令第八十四号 |
| | **颁布时间:** 06/10/2021 |
| **Promulgating Date:** 06/10/2021 | **实施时间:** 09/01/2021 |
| **Effective Date:** 09/01/2021 | **效力状态:** 有效 |
| **Validity Status:** Valid | |
| Text | 正文 |

Order No. 84 of the President of the People's Republic of China

The Data Security Law of the People's Republic of China, adopted at the 29th Session of the Standing Committee of the 13th National People's Congress of the People's Republic of China on June 10, 2021, is hereby promulgated and shall come into force on September 1, 2021.

President of the People's Republic of China Xi Jinping

June 10, 2021

中华人民共和国主席令

第八十四号

《中华人民共和国数据安全法》已由中华人民共和国第十三届全国人民代表大会常务委员会第二十九次会议于2021年6月10日通过,现予公布,自2021年9月1日起施行。

中华人民共和国主席 习近平

2021年6月10日

Data Security Law of the People's Republic of China

(Adopted at the 29th Session of the Standing Committee of the 13th National People's Congress on June 10, 2021)

Table of Contents

Chapter 1: General Provisions

中华人民共和国数据安全法

(2021年6月10日第十三届全国人民代表大会常务委员会第二十九次会议通过)

目录

第一章　　总则

Chapter 2: Data Security and Development

Chapter 3: Data Security Systems

Chapter 4: Data Security Protection Obligations

Chapter 5: Security and Disclosure of Government Data

Chapter 6: Legal Liabilities

Chapter 7: Supplementary Provisions

第二章　　数据安全与发展

第三章　　数据安全制度

第四章　　数据安全保护义务

第五章　　政务数据安全与开放

第六章　　法律责任

第七章　　附则

| Chapter 1: General Provisions | 第一章　　总则 |

**Article 1** This Law is formulated with a view to regulating data processing activities, ensuring data security, promoting data development and utilization, protecting the legitimate rights and interests of individuals and organizations, and safeguarding national sovereignty, security and development interests.

第一条　　为了规范数据处理活动,保障数据安全,促进数据开发利用,保护个人、组织的合法权益,维护国家主权、安全和发展利益,制定本法。

**Article 2** This Law shall apply to data processing activities carried out within the territory of the People's Republic of China and the security supervision thereof.

Data processing activities carried out outside the territory of the People's Republic of China which damage the national security and public interests of the People's Republic of China, or the legitimate rights and interests of the citizens and organizations thereof shall be investigated for legal liabilities pursuant to the law.

第二条　　在中华人民共和国境内开展数据处理活动及其安全监管,适用本法。

在中华人民共和国境外开展数据处理活动,损害中华人民共和国国家安全、公共利益或者公民、组织合法权益的,依法追究法律责任。

**Article 3** For the purpose of this Law, data shall refer to any record of information in electronic or other form.

Data processing shall include the collection, storage, use, processing, transmission, provision, disclosure, etc. of data.

Data security shall mean taking necessary measures to ensure that data are under the state of effective protection and in lawful use, and having the ability to keep the data in constantly secure state.

第三条　　本法所称数据,是指任何以电子或者其他方式对信息的记录。

数据处理,包括数据的收集、存储、使用、加工、传输、提供、公开等。

数据安全,是指通过采取必要措施,确保数据处于有效保护和合法利用的状态,以及具备保障持续安全状态的能力。

Article 4    To safeguard data security, it is imperative to adhere to the overall national security concept, establish and improve the data security governance system, and enhance capabilities to safeguard data security.

第四条    维护数据安全,应当坚持总体国家安全观,建立健全数据安全治理体系,提高数据安全保障能力。

Article 5    The State security leadership organ at the central level shall be responsible for the decision-making and deliberation coordination of the national data security work, study, formulate and guide the implementation of national data security strategies and relevant major guidelines and policies, make overall coordination of major issues and important tasks of national data security, and establish a national data security work coordination mechanism.

第五条    中央国家安全领导机构负责国家数据安全工作的决策和议事协调,研究制定、指导实施国家数据安全战略和有关重大方针政策,统筹协调国家数据安全的重大事项和重要工作,建立国家数据安全工作协调机制。

Article 6    Each region or department shall be responsible for the data collected and generated in its work and the security of such data.

Competent departments in charge of industry, telecommunications, transportation, finance, natural resources, health, education, science and technology and other industries shall bear the responsibilities for regulating data security in their respective industry or field.

Public security organs, State security organs, etc. shall, in accordance with this Law and other relevant laws and administrative regulations, bear the responsibilities for regulating data security within their respective scope of duties.

The State cyberspace administration shall, in accordance with this Law and other relevant laws and administrative regulations, be responsible for the overall coordination of online data security and related regulatory work.

第六条    各地区、各部门对本地区、本部门工作中收集和产生的数据及数据安全负责。

工业、电信、交通、金融、自然资源、卫生健康、教育、科技等主管部门承担本行业、本领域数据安全监管职责。

公安机关、国家安全机关等依照本法和有关法律、行政法规的规定,在各自职责范围内承担数据安全监管职责。

国家网信部门依照本法和有关法律、行政法规的规定,负责统筹协调网络数据安全和相关监管工作。

Article 7    The State shall protect the data-related rights and interests of individuals and organizations, encourage the reasonable and effective use of data pursuant to the law, guarantee the orderly and

第七条    国家保护个人、组织与数据有关的权益,鼓励数据依法合理有效利用,保障数据依法有序自由流动,促进以数据为关键要素的数字经济发展。

free flow of data pursuant to the law, and promote the development of the digital economy with data as the key element.

**Article 8**    To carry out data processing activities, it is imperative to comply with laws and regulations, respect social morals and ethics, abide by business and professional ethics, upon honesty and integrity, perform data security protection obligations, bear social responsibilities, and refrain from endangering national security and public interests or prejudicing the legitimate rights and interests of individuals or organizations.

**第八条**    开展数据处理活动,应当遵守法律、法规,尊重社会公德和伦理,遵守商业道德和职业道德,诚实守信,履行数据安全保护义务,承担社会责任,不得危害国家安全、公共利益,不得损害个人、组织的合法权益。

**Article 9**    The State shall support the promotion and popularization of data security knowledge to raise the awareness and level of data security protection of the whole society, and shall promote relevant departments, industry organizations, research institutions, enterprises, individuals, etc. to jointly participate in data security protection work, and form a favorable environment whereby the whole society jointly safeguard data security and promote development.

**第九条**    国家支持开展数据安全知识宣传普及,提高全社会的数据安全保护意识和水平,推动有关部门、行业组织、科研机构、企业、个人等共同参与数据安全保护工作,形成全社会共同维护数据安全和促进发展的良好环境。

**Article 10**    The relevant industry associations shall, in accordance with the articles of association, formulate data security codes of conduct and group standard pursuant to the law, strengthen industry self-discipline, guide their members to strengthen data security protection, improve data security protection levels, and promote the healthy development of the industry.

**第十条**    相关行业组织按照章程,依法制定数据安全行为规范和团体标准,加强行业自律,指导会员加强数据安全保护,提高数据安全保护水平,促进行业健康发展。

**Article 11**    The State shall actively carry out international exchanges and cooperation in the fields of data security governance and data development and utilization,, participate in the formulation of international rules and standards related to data

**第十一条**    国家积极开展数据安全治理、数据开发利用等领域的国际交流与合作,参与数据安全相关国际规则和标准的制定,促进数据跨境安全、自由流动。

security, and promote the secure and free flow of data across borders.

| | |
|---|---|
| ▣ Article 12    Any individual or organization shall be entitled to lodge complaints or tip-offs to relevant competent departments against violations of this Law. The departments that receive such complaints or tip-offs shall promptly deal with the same pursuant to the law. | ▣ 第十二条    任何个人、组织都有权对违反本法规定的行为向有关主管部门投诉、举报。收到投诉、举报的部门应当及时依法处理。 |
| Relevant competent departments shall keep confidential the relevant information of complainants and informants, and protect the lawful rights and interests of complainants and informants. | 有关主管部门应当对投诉、举报人的相关信息予以保密，保护投诉、举报人的合法权益。 |

| | |
|---|---|
| Chapter 2: Data Security and Development | 第二章    数据安全与发展 |

| | |
|---|---|
| ▣ Article 13    The State shall coordinate development and security, always promote data security with data development and utilization and industrial development, and support data development and utilization and industrial development with data security. | ▣ 第十三条    国家统筹发展和安全，坚持以数据开发利用和产业发展促进数据安全，以数据安全保障数据开发利用和产业发展。 |

| | |
|---|---|
| ▣ Article 14    The State shall implement a big data strategy, promote the construction of data infrastructure, encourage and support the innovative application of data in various industries and fields. | ▣ 第十四条    国家实施大数据战略，推进数据基础设施建设，鼓励和支持数据在各行业、各领域的创新应用。 |
| People's governments at and above the provincial level shall incorporate digital economy development into their national economic and social development plans at the same level, and formulate digital economy development plan where it is necessary. | 省级以上人民政府应当将数字经济发展纳入本级国民经济和社会发展规划，并根据需要制定数字经济发展规划。 |

| | |
|---|---|
| ▣ Article 15    The State shall support the development and utilization of data to improve the intelligence level of public services. To provide the intelligent public services, it is imperative to fully consider the needs of the elderly and the disabled, and avoid causing obstacles to the daily lives of the elderly and the disabled. | ▣ 第十五条    国家支持开发利用数据提升公共服务的智能化水平。提供智能化公共服务，应当充分考虑老年人、残疾人的需求，避免对老年人、残疾人的日常生活造成障碍。 |

Article 16    The State shall support the research of the technology for data development and utilization and data security, encourage technology promotion and business innovation in fields such as data development and utilization and data security, and nurture and develop data development and utilization and data security products and industrial systems.

第十六条    国家支持数据开发利用和数据安全技术研究，鼓励数据开发利用和数据安全等领域的技术推广和商业创新，培育、发展数据开发利用和数据安全产品、产业体系。

Article 17    The State shall promote the development of data development and utilization technologies and data security standards. The competent standardization administrative department of the State Council and other relevant departments of the State Council shall, according to their respective responsibilities, organize the formulation and timely revision of relevant standards for data development and utilization technologies, products and data security. The State shall support enterprises, social groups, and education and research institutes, etc. to participate in the formulation of standards.

第十七条    国家推进数据开发利用技术和数据安全标准体系建设。国务院标准化行政主管部门和国务院有关部门根据各自的职责，组织制定并适时修订有关数据开发利用技术、产品和数据安全相关标准。国家支持企业、社会团体和教育、科研机构等参与标准制定。

Article 18    The State shall promote the development of data security testing and evaluation, certification and other services, and support professional organizations such as those for data security testing and evaluation, certification, etc. to carry out services in accordance with the law.
The State shall support relevant departments, industry organizations, enterprises, education and scientific research institutions, and relevant professional institutions to collaborate in terms of data security risk assessment, prevention, and disposal.

第十八条    国家促进数据安全检测评估、认证等服务的发展，支持数据安全检测评估、认证等专业机构依法开展服务活动。
国家支持有关部门、行业组织、企业、教育和科研机构、有关专业机构等在数据安全风险评估、防范、处置等方面开展协作。

Article 19    The State shall establish and improve a data transaction management system, regulate data transaction activities, and cultivate a data transaction market.

第十九条    国家建立健全数据交易管理制度，规范数据交易行为，培育数据交易市场。

Article 20    The State shall support education, research institutions, and enterprises, etc. to provide education and training on data development and utilization technologies and data security, adopt various methods to train professionals for data development and utilization technologies and data security, and promote exchange of talents.

第二十条    国家支持教育、科研机构和企业等开展数据开发利用技术和数据安全相关教育和培训，采取多种方式培养数据开发利用技术和数据安全专业人才，促进人才交流。

Chapter 3: Data Security Systems

第三章    数据安全制度

Article 21    The State shall establish the data classified and categorized protection system to protect data in a classified and categorized manner based on the degree of importance of data in economic and social development, as well as the extent of damage caused to national security, public interests or the legitimate rights and interests of individuals and organizations once data are tampered with, destroyed, leaked or illegally obtained or illegally used. The national data security work coordination mechanism shall coordinate relevant departments to formulate the catalogue of important data and strengthen the protection of important data.

Data related to national security, the lifeline of the national economy, important people's livelihood, and major public interests are the State's core data, and shall be subject to stricter management system.

All regions and departments shall, in accordance with the data classified and categorized protection system, determine the specific catalogue of important data for protection of their respective region, department and relevant industry, and protect the data included in such catalogues on a priority basis.

第二十一条    国家建立数据分类分级保护制度，根据数据在经济社会发展中的重要程度，以及一旦遭到篡改、破坏、泄露或者非法获取、非法利用，对国家安全、公共利益或者个人、组织合法权益造成的危害程度，对数据实行分类分级保护。国家数据安全工作协调机制统筹协调有关部门制定重要数据目录，加强对重要数据的保护。

关系国家安全、国民经济命脉、重要民生、重大公共利益等数据属于国家核心数据，实行更加严格的管理制度。

各地区、各部门应当按照数据分类分级保护制度，确定本地区、本部门以及相关行业、领域的重要数据具体目录，对列入目录的数据进行重点保护。

Article 22    The State shall establish a centralized, uniform, efficient and authoritative mechanism for assessment, reporting, information sharing, monitoring and early warning of data security risks. The national data security work coordination mechanism shall

第二十二条    国家建立集中统一、高效权威的数据安全风险评估、报告、信息共享、监测预警机制。国家数据安全工作协调机制统筹协调有关部门加强数据安全风险信息的获取、分析、研判、预警工作。

coordinate relevant departments to strengthen the access, analysis, study, judgment and early warning of information on data security risks.

| | |
|---|---|
| Article 23       The State shall establish a data security emergency response mechanism. In the event of a data security incident, the relevant competent department shall activate an emergency response plan in accordance with the law, take corresponding emergency response measures to prevent the aggravation of hazards and eliminate hidden safety hazards, and promptly make public warning information concerning the public. | 第二十三条     国家建立数据安全应急处置机制。发生数据安全事件，有关主管部门应当依法启动应急预案，采取相应的应急处置措施，防止危害扩大，消除安全隐患，并及时向社会发布与公众有关的警示信息。 |
| Article 24       The State shall establish a data security review system to conduct national security review of data processing activities that affect or may affect national security.<br><br>Security review decisions made in accordance with the law shall be final. | 第二十四条     国家建立数据安全审查制度，对影响或者可能影响国家安全的数据处理活动进行国家安全审查。<br><br>依法作出的安全审查决定为最终决定。 |
| Article 25       The State shall impose export control pursuant to the law on data belonging to controlled items related to safeguarding national security and interests and fulfilling international obligations. | 第二十五条     国家对与维护国家安全和利益、履行国际义务相关的属于管制物项的数据依法实施出口管制。 |
| Article 26       The People's Republic of China may, in light of actual situations, take equal measures against any country or region that imposes discriminatory prohibition, restriction or other similar measures on the People's Republic of China in terms of investment or trade related to data, data development and utilization technologies, etc. | 第二十六条     任何国家或者地区在与数据和数据开发利用技术等有关的投资、贸易等方面对中华人民共和国采取歧视性的禁止、限制或者其他类似措施的，中华人民共和国可以根据实际情况对该国家或者地区对等采取措施。 |
| Chapter 4: Data Security Protection Obligations | 第四章     数据安全保护义务 |
| Article 27       To carry out data processing activities, it is imperative to comply with laws and regulations, establish and improve a whole-process data security management system, organize data security | 第二十七条     开展数据处理活动应当依照法律、法规的规定，建立健全全流程数据安全管理制度，组织开展数据安全教育培训，采取相应的技术措施和其他必要措施，保障数据 |

education and training, and take corresponding technical and other necessary measures to ensure data security. To carry out data processing activities by making use of Internet and other information networks, it is imperative to perform the above-mentioned data security protection obligations on the basis of the network security classified protection system.

Processors of important data shall specify persons-in-charge and management bodies for data security to enforce data security protection responsibilities.

安全。利用互联网等信息网络开展数据处理活动，应当在网络安全等级保护制度的基础上，履行上述数据安全保护义务。

重要数据的处理者应当明确数据安全负责人和管理机构，落实数据安全保护责任。

---

**Article 28** The development of data processing activities and the research and development of new data technologies shall be conducive to promoting economic and social development, improve people's well-being, and be compliant with social morals and ethics.

第二十八条 开展数据处理活动以及研究开发数据新技术，应当有利于促进经济社会发展，增进人民福祉，符合社会公德和伦理。

---

**Article 29** To carry out data processing activities, it is imperative to strengthen risk monitoring, and immediately take remedial measures when data security flaws, vulnerabilities and other risks are detected; and, in the event of a data security incident, it is imperative to take immediate disposal measures; users shall be notified in a timely manner and reports shall be submitted to relevant competent departments in accordance with relevant provisions.

第二十九条 开展数据处理活动应当加强风险监测，发现数据安全缺陷、漏洞等风险时，应当立即采取补救措施；发生数据安全事件时，应当立即采取处置措施，按照规定及时告知用户并向有关主管部门报告。

---

**Article 30** A processor of important data shall regularly carry out risk assessment of its data processing activities in accordance with relevant provisions and submit risk assessment reports to the relevant competent department.

Such a risk assessment report shall cover the types and volume of important data processed, data processing activities carried out, the data security risks faced, the measures taken in response, etc.

第三十条 重要数据的处理者应当按照规定对其数据处理活动定期开展风险评估，并向有关主管部门报送风险评估报告。

风险评估报告应当包括处理的重要数据的种类、数量，开展数据处理活动的情况，面临的数据安全风险及其应对措施等。

---

**Article 31** As to the exit security management of important data collected and generated by

第三十一条 关键信息基础设施的运营者在中华人民共和国境内运营中收集和产生的重要数据的出境安全管

operators of critical information infrastructure during operations within the territory of the People's Republic of China, the provisions of the <u>Cybersecurity Law of the People's Republic of China</u> shall apply; the exit security management measures for important data collected and generated by other data processors during operations within the territory of the People's Republic of China shall be formulated by the State Cyberspace Administration of China in conjunction with relevant departments of the State Council.

理, 适用《中华人民共和国网络安全法》的规定; 其他数据处理者在中华人民共和国境内运营中收集和产生的重要数据的出境安全管理办法, 由国家网信部门会同国务院有关部门制定。

**L**   Article 32    Any organization or individual that collects data shall do so in a lawful and legitimate manner, and shall not obtain data by stealing or other illegal means.
Where laws and administrative regulations contain provisions on the purposes and scope of data collection and use, organizations and individuals shall collect and use data within the purposes and scope prescribed by laws and administrative regulations.

**L**   第三十二条    任何组织、个人收集数据, 应当采取合法、正当的方式, 不得窃取或者以其他非法方式获取数据。

法律、行政法规对收集、使用数据的目的、范围有规定的, 应当在法律、行政法规规定的目的和范围内收集、使用数据。

**L**   Article 33    When providing services, an agency engaging in data transaction intermediary services shall require data providers to explain the sources of data, verify the identity of both parties to the transactions, and retain verification and transaction records.

**L**   第三十三条    从事数据交易中介服务的机构提供服务, 应当要求数据提供方说明数据来源, 审核交易双方的身份, 并留存审核、交易记录。

**L**   Article 34    Where laws and regulations require the provision of data processing related services shall be subject to administrative license, the service provider shall obtain the license according to law.

**L**   第三十四条    法律、行政法规规定提供数据处理相关服务应当取得行政许可的, 服务提供者应当依法取得许可。

**L**   Article 35    Where public security organs or State security organs need to access data for the purpose of safeguarding national security or investigating crimes pursuant to the law, they shall go through strict approval procedures pursuant to relevant provisions of the State and access such data pursuant to the law, in which case

**L**   第三十五条    公安机关、国家安全机关因依法维护国家安全或者侦查犯罪的需要调取数据, 应当按照国家有关规定, 经过严格的批准手续, 依法进行, 有关组织、个人应当予以配合。

relevant organizations and individuals shall render cooperation.

Article 36    The competent authority of the People's Republic of China shall handle the requests for data provision by foreign judicial or law enforcement organizations in accordance with relevant laws and international treaties and conventions concluded or acceded to by the People's Republic of China, or under the principle of equality and reciprocity. Without the approval of the competent authority of the People's Republic of China, domestic organizations and individuals shall not provide the data stored within the territory of the People's Republic of China to foreign judicial or law enforcement organizations.

第三十六条    中华人民共和国主管机关根据有关法律和中华人民共和国缔结或者参加的国际条约、协定，或者按照平等互惠原则，处理外国司法或者执法机构关于提供数据的请求。非经中华人民共和国主管机关批准，境内的组织、个人不得向外国司法或者执法机构提供存储于中华人民共和国境内的数据。

Chapter 5: Security and Disclosure of Government Data

第五章    政务数据安全与开放

Article 37    The State shall vigorously promote the development of e-government, improve the scientific nature, accuracy and timeliness of government data, and enhance the ability to use data to serve economic and social development.

第三十七条    国家大力推进电子政务建设，提高政务数据的科学性、准确性、时效性，提升运用数据服务经济社会发展的能力。

Article 38    State organs shall collect and use data for the purpose of performing statutory duties in accordance with the conditions and procedures prescribed by laws and administrative regulations within the scope of performing their statutory duties. The personal privacy, personal information, business secrets, confidential business information and other data coming to knowledge during the performance of duties shall be kept confidential in accordance with the law, and shall not be divulged or illegally provided to others.

第三十八条    国家机关为履行法定职责的需要收集、使用数据，应当在其履行法定职责的范围内依照法律、行政法规规定的条件和程序进行；对在履行职责中知悉的个人隐私、个人信息、商业秘密、保密商务信息等数据应当依法予以保密，不得泄露或者非法向他人提供。

Article 39    State organs shall, in accordance with laws and administrative regulations, establish and improve a data security management system,

第三十九条    国家机关应当依照法律、行政法规的规定，建立健全数据安全管理制度，落实数据安全保护责任，保障政务数据安全。

enforce data security protection responsibilities, and ensure the security of government data.

🟧 Article 40        To entrust others to construct and maintain electronic government affairs system, store or process government data, State organs shall go through strict approval procedures, and supervise the entrusted party to fulfill corresponding data security protection obligations. The entrusted party shall perform its data security protection obligations in accordance with the provisions of laws, regulations and contractual agreements, and shall not retain, use, or divulge the government data or provide the same to others without authorization.

🟧 第四十条    国家机关委托他人建设、维护电子政务系统,存储、加工政务数据,应当经过严格的批准程序,并应当监督受托方履行相应的数据安全保护义务。受托方应当依照法律、法规的规定和合同约定履行数据安全保护义务,不得擅自留存、使用、泄露或者向他人提供政务数据。

🟧 Article 41        State organs shall follow the principles of impartiality, fairness and convenience for the people to disclose government data in a timely and accurate manner in accordance with relevant provisions, except for data that are not disclosed pursuant to the law.

🟧 第四十一条    国家机关应当遵循公正、公平、便民的原则,按照规定及时、准确地公开政务数据。依法不予公开的除外。

🟧 Article 42        The State shall formulate a catalogue for government data disclosure, and build a unified, standardized and interconnected government data disclosure platform that is secure and controllable, to promote the disclosure and use of government data.

🟧 第四十二条    国家制定政务数据开放目录,构建统一规范、互联互通、安全可控的政务数据开放平台,推动政务数据开放利用。

🟧 Article 43        This Chapter shall apply to organizations with public affairs administration functions authorized by laws and regulations carrying out data processing activities for the purpose of performing their statutory duties.

🟧 第四十三条    法律、法规授权的具有管理公共事务职能的组织为履行法定职责开展数据处理活动,适用本章规定。

Chapter 6: Legal Liabilities

第六章    法律责任

🟧 Article 44        Relevant competent departments that detect greater security risks in data processing activities while performing data security regulatory

🟧 第四十四条    有关主管部门在履行数据安全监管职责中,发现数据处理活动存在较大安全风险的,可以按照规

duties may arrange regulatory talks with relevant organizations and individuals according to the prescribed authority and procedures, and request the relevant organizations and individuals to take measures as required to make rectification and eliminate hidden hazards.

定的权限和程序对有关组织、个人进行约谈,并要求有关组织、个人采取措施进行整改,消除隐患。

🇱 Article 45    An organization or individual carrying out data processing activities that fails to fulfill the data security protection obligations under Article 27, Article 29 or Article 30 herein shall be ordered by the relevant competent department to make correction, be given a warning, and may be concurrently given a fine of not less than RMB 50,000 but not more than RMB 500,000; the person-in-charge who is subject to direct liabilities and other personnel directly liable may be given a fine of not less than RMB 10,000 but not more than RMB 100,000; and, if the said organization or individual refuses to make correction or causes the leakage of a large volume of data or other serious consequences, the organization or individual shall be given a fine of not less than RMB 500,000 but not more than RMB two million, and may be ordered to suspend relevant businesses or stop doing business for internal rectification; the relevant operation license or business license can be revoked, and the person-in-charge who is subject to direct liabilities and other personnel subject to direct liabilities shall be given a fine of not less than RMB 50,000 but not more than RMB 200,000.

For those who violate the national core data management system, endangering national sovereignty, security and development interests, the relevant competent authority shall impose a fine of not less than RMB 2 million but not more than RMB 10 million, and may order to suspend the relevant business, stop doing business for internal rectification, or revoke the relevant operation license or business license, depending on the circumstances; if a crime is constituted, criminal responsibility shall be investigated in accordance with the law.

🇱 第四十五条    开展数据处理活动的组织、个人不履行本法第二十七条、第二十九条、第三十条规定的数据安全保护义务的,由有关主管部门责令改正,给予警告,可以并处五万元以上五十万元以下罚款,对直接负责的主管人员和其他直接责任人员可以处一万元以上十万元以下罚款;拒不改正或者造成大量数据泄露等严重后果的,处五十万元以上二百万元以下罚款,并可以责令暂停相关业务、停业整顿、吊销相关业务许可证或者吊销营业执照,对直接负责的主管人员和其他直接责任人员处五万元以上二十万元以下罚款。

违反国家核心数据管理制度,危害国家主权、安全和发展利益的,由有关主管部门处二百万元以上一千万元以下罚款,并根据情况责令暂停相关业务、停业整顿、吊销相关业务许可证或者吊销营业执照;构成犯罪的,依法追究刑事责任。

Article 46        For those who violate Article 31 herein and provide important data overseas, the relevant competent authority shall order to make corrections, give a warning, and may also impose a fine of not less than RMB 100,000 but not more than RMB 1 million concurrently; the person-in-charge who is subject to direct liabilities and other personnel directly liable may be given a fine of not less than RMB 10,000 but not more than RMB 100,000; in serious circumstances, a fine of not less than RMB 1 million but not more than RMB 10 million may be imposed; the relevant competent authority may order to suspend relevant business, stop doing business for internal rectification, or revoke the relevant operation license or business license; and the person-in-charge who is subject to direct liabilities and other personnel directly liable may be given a fine of not less than RMB 100,000 but not more than RMB 1 million.

Article 47        Where an organization engaging in data transaction intermediary service fails to fulfill its obligations under Article 33 herein, the relevant competent authority shall order the data transaction intermediary to make correction, confiscate its illegal gains, and impose thereon a fine of not less than one time but not more than ten times the amount of the illegal gains or a fine of not less than RMB 100,000 but not more than RMB one million if there is no illegal gain or the illegal gain is less than RMB 100,000, and it can be ordered to suspend relevant business or stop doing business for internal rectification; the relevant operation license or business license can be revoked; and, the person-in-charge who is subject to direct liabilities and other personnel subject to direct liabilities shall be given a fine of not less than RMB 10,000 but not more than RMB 100,000.

Article 48        Whoever violates Article 35 herein and refuses to cooperate in data retrieval shall be

第四十六条        违反本法第三十一条规定,向境外提供重要数据的,由有关主管部门责令改正,给予警告,可以并处十万元以上一百万元以下罚款,对直接负责的主管人员和其他直接责任人员可以处一万元以上十万元以下罚款;情节严重的,处一百万元以上一千万元以下罚款,并可以责令暂停相关业务、停业整顿、吊销相关业务许可证或者吊销营业执照,对直接负责的主管人员和其他直接责任人员处十万元以上一百万元以下罚款。

第四十七条        从事数据交易中介服务的机构未履行本法第三十三条规定的义务的,由有关主管部门责令改正,没收违法所得,处违法所得一倍以上十倍以下罚款,没有违法所得或者违法所得不足十万元的,处十万元以上一百万元以下罚款,并可以责令暂停相关业务、停业整顿、吊销相关业务许可证或者吊销营业执照;对直接负责的主管人员和其他直接责任人员处一万元以上十万元以下罚款。

第四十八条        违反本法第三十五条规定,拒不配合数据调取的,由有关主管部门责令改正,给予警告,并处五万元

ordered to make correction or be warned by the relevant competent department, and be given a fine of not less than RMB 50,000 but not more than RMB 500,000 concurrently; and, the person-in-charge who is subject to direct liabilities and other personnel subject to direct liabilities shall be given a fine of not less than RMB 10,000 but not more than RMB 100,000.

Whoever violates Article 36 herein and provides data to foreign judicial or law enforcement organizations without the approval of the competent department, shall be warned by the relevant competent department, and be given a fine of not less than RMB 100,000 but not more than RMB one million concurrently; and, the person-in-charge who is subject to direct liabilities and other personnel subject to direct liabilities may be given a fine of not less than RMB 10,000 but not more than RMB 100,000; where serious consequences are caused, a fine of not less than RMB 1 million but not more than RMB 5 million may be imposed; the relevant competent authority may order to suspend relevant business, stop doing business for internal rectification, or revoke the relevant operation license or business license; and the person-in-charge who is subject to direct liabilities and other personnel directly liable shall be given a fine of not less than RMB 50,000 but not more than RMB 500,000.

以上五十万元以下罚款,对直接负责的主管人员和其他直接责任人员处一万元以上十万元以下罚款。

违反本法第三十六条规定,未经主管机关批准向外国司法或者执法机构提供数据的,由有关主管部门给予警告,可以并处十万元以上一百万元以下罚款,对直接负责的主管人员和其他直接责任人员可以处一万元以上十万元以下罚款;造成严重后果的,处一百万元以上五百万元以下罚款,并可以责令暂停相关业务、停业整顿、吊销相关业务许可证或者吊销营业执照,对直接负责的主管人员和其他直接责任人员处五万元以上五十万元以下罚款。

Article 49　　Where a State organ fails to fulfill data security protection obligations prescribed herein, the person-in-charge who is subject to direct liabilities and other personnel subject to direct liabilities shall be given disciplinary sanctions pursuant to the law.

第四十九条　　国家机关不履行本法规定的数据安全保护义务的,对直接负责的主管人员和其他直接责任人员依法给予处分。

Article 50　　Staff members of State organs bearing data security regulatory duties shall be given disciplinary sanctions pursuant to the law if they neglect duties, abuse powers or practice favoritism for personal gains.

第五十条　　履行数据安全监管职责的国家工作人员玩忽职守、滥用职权、徇私舞弊的,依法给予处分。

Article 51    Whoever excludes or restricts competition, or prejudices the legitimate rights and interests of individuals or organizations through stealing data or obtaining data by other illegal ways to carry out data processing activities shall be punished in accordance with relevant laws and administrative regulations.

第五十一条    窃取或者以其他非法方式获取数据,开展数据处理活动排除、限制竞争,或者损害个人、组织合法权益的,依照有关法律、行政法规的规定处罚。

Article 52    Whoever violates this Law and causes damage to others shall bear civil liabilities pursuant to the law.
Whoever violates this Law and constitutes violations of provisions on public security administration shall be given public security administration punishments pursuant to the law; and, whoever violates this Law and constitutes a crime shall be investigated for criminal liabilities pursuant to the law.

第五十二条    违反本法规定,给他人造成损害的,依法承担民事责任。
违反本法规定,构成违反治安管理行为的,依法给予治安管理处罚;构成犯罪的,依法追究刑事责任。

Chapter 7: Supplementary Provisions

第七章    附则

Article 53    Carrying out data processing activities involving State secrets shall be governed by the Law of the People's Republic of China on Guarding State Secrets and other relevant laws and administrative regulations.
To carry out data processing activities in statistics and archives work, and carry out data processing activities involving personal information, it is imperative to comply with relevant laws and administrative regulations as well.

第五十三条    开展涉及国家秘密的数据处理活动,适用《中华人民共和国保守国家秘密法》等法律、行政法规的规定。
在统计、档案工作中开展数据处理活动,开展涉及个人信息的数据处理活动,还应当遵守有关法律、行政法规的规定。

Article 54    Measures for the security protection of military data shall be separately formulated by the Central Military Commission in accordance with this Law.

第五十四条    军事数据安全保护的办法,由中央军事委员会依据本法另行制定。

Article 55    This Law shall come into effect on September 1, 2021.

第五十五条    本法自2021年9月1日起施行。



# Appendix 4

# Westlaw China Delivery Summary

| | |
|---|---|
| Request made by : | IP　WLCHINA_HK OFFICE |
| Request made on : | Wednesday, 05/18/2022, 10:54 (Beijing Time) |
| Title : | Personal Data Protection Law of the People's Republic of China |
| Delivery selection : | Current Document |
| Number of documents delivered: 1 | |

© 2007 - 2022, Thomson Reuters, all rights reserved.

| Personal Data Protection Law of the People's Republic of China | 中华人民共和国个人信息保护法 |
|---|---|
| **Promulgating Institution:** Standing Committee of the National People's Congress | **颁布机关:** 全国人民代表大会常务委员会 |
| **Document Number:** Order No. 91 of the President of the People's Republic of China | **文　　　号:** 中华人民共和国主席令第九十一号 |
| **Promulgating Date:** 08/20/2021 | **颁布时间:** 08/20/2021 |
| **Effective Date:** 11/01/2021 | **实施时间:** 11/01/2021 |
| **Validity Status:** Valid | **效力状态:** 有效 |
| Text | 正文 |

Order No. 91 of the President of the People's Republic of China

The Personal Data Protection Law of the People's Republic of China, adopted at the 30th Session of the Standing Committee of the 13th National People's Congress of the People's Republic of China on August 20, 2021, is hereby promulgated and shall come into force on November 1, 2021.

President of the People's Republic of China Xi Jinping

August 20, 2021

中华人民共和国主席令

第九十一号

《中华人民共和国个人信息保护法》已由中华人民共和国第十三届全国人民代表大会常务委员会第三十次会议于2021年8月20日通过，现予公布，自2021年11月1日起施行。

中华人民共和国主席　习近平

2021年8月20日

Personal Data Protection Law of the People's Republic of China

中华人民共和国个人信息保护法

(Adopted at the 30th Session of the Standing Committee of the 13th National People's Congress on August 20, 2021)

（2021年8月20日第十三届全国人民代表大会常务委员会第三十次会议通过）

Table of Contents

Chapter 1: General Provisions

Chapter 2: Rules on Personal Data Processing

Section 1: General Provisions

Section 2: Rules on Sensitive Personal Data Processing

Section 3: Special Provisions on the Processing of Personal Data by State Organs

Chapter 3: Rules on Cross-border Provision of Personal Data

Chapter 4: Rights of Individuals in Personal Data Processing Activities

Chapter 5: Obligations of Personal Data Processors

Chapter 6: Departments Performing Personal Data Protection Duties

Chapter 7: Legal Liabilities

Chapter 8: Supplementary Provisions

目录

第一章    总则

第二章    个人信息处理规则

第一节    一般规定

第二节    敏感个人信息的处理规则

第三节    国家机关处理个人信息的特别规定

第三章    个人信息跨境提供的规则

第四章    个人在个人信息处理活动中的权利

第五章    个人信息处理者的义务

第六章    履行个人信息保护职责的部门

第七章    法律责任

第八章    附则

## Chapter 1: General Provisions

第一章    总则

**Article 1**    This Law is formulated in accordance with the Constitution, with a view to protecting personal data rights and interests, regulating personal data processing activities, and promoting the reasonable use of personal data.

第一条    为了保护个人信息权益,规范个人信息处理活动,促进个人信息合理利用,根据宪法,制定本法。

**Article 2**    The personal data of natural persons shall be protected by law. No organization or individual may infringe upon the personal data rights and interests of natural persons.

第二条    自然人的个人信息受法律保护,任何组织、个人不得侵害自然人的个人信息权益。

**Article 3**    This Law shall apply to the activities of processing the personal data of natural persons within the territory of the People's Republic of China.

Under any of the following circumstances, this Law shall also apply to the processing of personal data of natural persons within the territory of the People's Republic of China that is carried out outside the territory of the People's Republic of China:

第三条    在中华人民共和国境内处理自然人个人信息的活动,适用本法。

在中华人民共和国境外处理中华人民共和国境内自然人个人信息的活动,有下列情形之一的,也适用本法:

(一)以向境内自然人提供产品或者服务为目的;

(二)分析、评估境内自然人的行为;

(三)法律、行政法规规定的其他情形。

(1) Where such processing is for the purpose of providing products or services for natural persons within the territory of the People's Republic of China;

(2) Where such processing is to analyze or evaluate the behavior of natural persons within the territory of the People's Republic of China; or

(3) Where there are any other circumstances stipulated by laws and administrative regulations.

| | |
|---|---|
| **Article 4** Personal data shall refer to a variety of information related to an identified or identifiable natural person that is recorded electronically or otherwise, excluding anonymized information.<br><br>The processing of personal data shall include the collection, storage, use, processing, transmission, provision, disclosure, deletion etc. of personal data. | **第四条** 个人信息是以电子或者其他方式记录的与已识别或者可识别的自然人有关的各种信息,不包括匿名化处理后的信息。<br><br>个人信息的处理包括个人信息的收集、存储、使用、加工、传输、提供、公开、删除等。 |
| **Article 5** It is imperative to follow the principles of legitimacy, fairness, necessity and good faith in the processing of personal data, and refrain from processing personal data by misleading, fraudulent, coercive or other means. | **第五条** 处理个人信息应当遵循合法、正当、必要和诚信原则,不得通过误导、欺诈、胁迫等方式处理个人信息。 |
| **Article 6** The processing of personal data shall have clear and reasonable purposes, be directly related to the purposes of processing, and be carried out in a way that has minimal impact on personal rights and interests.<br><br>The collection of personal data shall be limited to the smallest scope necessary for achieving the purpose of processing, and personal data shall not be collected excessively. | **第六条** 处理个人信息应当具有明确、合理的目的,并应当与处理目的直接相关,采取对个人权益影响最小的方式。<br><br>收集个人信息,应当限于实现处理目的的最小范围,不得过度收集个人信息。 |
| **Article 7** In processing personal data, it is imperative to follow the principles of openness and transparency, make public the rules on personal data processing and publicly disclose the purpose, methods and scope of processing. | **第七条** 处理个人信息应当遵循公开、透明原则,公开个人信息处理规则,明示处理的目的、方式和范围。 |

Article 8        In processing personal data, it is imperative to guarantee the quality of the personal data and avoid the adverse impact of inaccurate or incomplete personal information on the personal rights and interests.

第八条    处理个人信息应当保证个人信息的质量，避免因个人信息不准确、不完整对个人权益造成不利影响。

Article 9        A personal data processor shall be responsible for its personal data processing activities, and take necessary measures to ensure the security of the personal data processed thereby.

第九条    个人信息处理者应当对其个人信息处理活动负责，并采取必要措施保障所处理的个人信息的安全。

Article 10        No organization or individual may illegally collect, use, process or transmit the personal data of others, or illegally trade, provide or publicly disclose the personal data of others, or engage in personal data processing activities that endanger national security or public interests.

第十条    任何组织、个人不得非法收集、使用、加工、传输他人个人信息，不得非法买卖、提供或者公开他人个人信息；不得从事危害国家安全、公共利益的个人信息处理活动。

Article 11        The State shall establish and improve a personal data protection system, prevent and punish infringements on personal data rights and interests, step up personal data protection publicity and education, and promote the formation of a favorable environment where governments, enterprises, relevant social organizations and the general public jointly participate in personal data protection.

第十一条    国家建立健全个人信息保护制度，预防和惩治侵害个人信息权益的行为，加强个人信息保护宣传教育，推动形成政府、企业、相关社会组织、公众共同参与个人信息保护的良好环境。

Article 12        The State shall actively participate in the formulation of international rules on personal data protection, promote international exchanges and cooperation in personal data protection, and facilitate mutual recognition of personal data protection rules and standards with other countries, regions and international organizations.

第十二条    国家积极参与个人信息保护国际规则的制定，促进个人信息保护方面的国际交流与合作，推动与其他国家、地区、国际组织之间的个人信息保护规则、标准等互认。

Chapter 2: Rules on Personal Data Processing
Section 1: General Provisions

第二章    个人信息处理规则
第一节    一般规定

**Article 13**    A personal data processor may process personal data only under any of the following circumstances:

(1) Where the personal data processor has obtained consent from the relevant individual;

(2) Where processing of personal data is necessary for the conclusion or performance of a contract to which the relevant individual is a party, or is necessary for carrying out human resources management pursuant to the labor rules and regulations formulated according to the law or the collective contracts signed according to the law;

(3) Where the processing of personal data is necessary for the performance of statutory duties or obligations;

(4) Where the processing of personal data is necessary to respond to public health emergencies, or to protect the life, health and property safety of natural persons in an emergency;

(5) Where personal data are processed within a reasonable scope for the purposes of news reporting, public opinion supervision and other acts conducted in public interests;

(6) Where personal data voluntarily disclosed by an individual or other personal data that have been lawfully disclosed are processed within a reasonable scope in accordance with this Law;

(7) Where there are any other circumstances stipulated by laws or administrative regulations.

The individual's consent shall be obtained to process personal data in accordance with other relevant provisions of this Law, but it is no need to obtain the individual's consent under the circumstances stated in Item 2 to Item 7 of the preceding Paragraph.

**Article 14**    Where the processing of personal data is based on individual's consent, such consent shall be voluntarily and unequivocally expressed by an individual under the premise of having sufficient knowledge. The provisions, if any, under laws and

第十三条    符合下列情形之一的, 个人信息处理者方可处理个人信息:

(一) 取得个人的同意;

(二) 为订立、履行个人作为一方当事人的合同所必需, 或者按照依法制定的劳动规章制度和依法签订的集体合同实施人力资源管理所必需;

(三) 为履行法定职责或者法定义务所必需;

(四) 为应对突发公共卫生事件, 或者紧急情况下为保护自然人的生命健康和财产安全所必需;

(五) 为公共利益实施新闻报道、舆论监督等行为, 在合理的范围内处理个人信息;

(六) 依照本法规定在合理的范围内处理个人自行公开或者其他已经合法公开的个人信息;

(七) 法律、行政法规规定的其他情形。

依照本法其他有关规定, 处理个人信息应当取得个人同意, 但是有前款第二项至第七项规定情形的, 不需取得个人同意。

第十四条    基于个人同意处理个人信息的, 该同意应当由个人在充分知情的前提下自愿、明确作出。法律、行政法规规定处理个人信息应当取得个人单独同意或者书面同意的, 从其规定。

administrative regulations that the processing of personal data shall be subject to the separate consent or written consent of individuals shall prevail.

In the event of any change to the purposes or methods of personal data processing or the types of personal data processed, the consent of the relevant individual shall be obtained again.

个人信息的处理目的、处理方式和处理的个人信息种类发生变更的,应当重新取得个人同意。

Article 15    An individual shall be entitled to withdraw his/her consent to personal data processing based on his/her consent. A personal data processor shall provide convenient way to withdraw the consent.

An individual's withdrawal of consent shall not affect the effectiveness of the personal data processing activities which have been carried out previously based on the individual's consent.

第十五条    基于个人同意处理个人信息的,个人有权撤回其同意。个人信息处理者应当提供便捷的撤回同意的方式。

个人撤回同意,不影响撤回前基于个人同意已进行的个人信息处理活动的效力。

Article 16    A personal data processor shall not refuse to provide products or services on the ground that an individual does not consent to the processing of his/her personal data or has withdrawn his/her consent, unless the processing of personal data is necessary to the provision of products or services.

第十六条    个人信息处理者不得以个人不同意处理其个人信息或者撤回同意为由,拒绝提供产品或者服务;处理个人信息属于提供产品或者服务所必需的除外。

Article 17    Before processing personal data, a personal data processor shall inform in a truthful, accurate and complete way an individual of the following matters in an eye-catching manner and in clear and plain language:

(1) The name and contact information of the personal data processor;

(2) Purposes and methods of personal data processing, types of personal data processed and retention period;

(3) Means and procedures for the individual to exercise rights herein; and

(4) Other matters that shall be notified as prescribed by laws and administrative regulations.

In the event of any changes to the matters specified in the preceding Paragraph, the individual shall be notified

第十七条    个人信息处理者在处理个人信息前,应当以显著方式、清晰易懂的语言真实、准确、完整地向个人告知下列事项:

(一)个人信息处理者的名称或者姓名和联系方式;

(二)个人信息的处理目的、处理方式,处理的个人信息种类、保存期限;

(三)个人行使本法规定权利的方式和程序;

(四)法律、行政法规规定应当告知的其他事项。

前款规定事项发生变更的,应当将变更部分告知个人。

个人信息处理者通过制定个人信息处理规则的方式告知第一款规定事项的,处理规则应当公开,并且便于查阅和保存。

of the changes.

Where the personal data processor informs an individual of the matters specified in Paragraph 1 by formulating rules on personal data processing, the said rules shall be made public and easy to access and save.

**Article 18**    When processing personal data, a personal data processor is not required to inform an individual of the matters stipulated in Paragraph One of the preceding Article if there are circumstances that shall be kept confidential or where notification is not necessary under laws or administrative regulations.

Where matters stipulated in the preceding Article are unable to be promptly notified to an individual in an emergency for the purpose of protecting the life, health and property safety of natural persons, the personal data processor shall notify in a timely manner the individual of relevant matters after the emergency is eliminated.

**Article 19**    The retention period of personal data shall be the shortest period necessary to achieve the purposes of personal data processing, unless otherwise provided in laws and administrative regulations.

**Article 20**    Where more than two personal data processors jointly determine the purposes and methods of personal data processing, they shall agree on their respective rights and obligations, provided that such agreement shall not affect the rights of an individual to demand the exercise of rights stipulated herein against any of the personal data processors.

Personal data processors jointly processing personal data who infringe on personal data rights and interests and cause damages shall bear joint and several liabilities.

**Article 21**    Where a personal data processor entrusts another party to process personal data, the personal data processor shall agree with the entrusted party the purposes , term and methods of entrusted

---

**第十八条**    个人信息处理者处理个人信息,有法律、行政法规规定应当保密或者不需要告知的情形的,可以不向个人告知前条第一款规定的事项。

紧急情况下为保护自然人的生命健康和财产安全无法及时向个人告知的,个人信息处理者应当在紧急情况消除后及时告知。

**第十九条**    除法律、行政法规另有规定外,个人信息的保存期限应当为实现处理目的所必要的最短时间。

**第二十条**    两个以上的个人信息处理者共同决定个人信息的处理目的和处理方式的,应当约定各自的权利和义务。但是,该约定不影响个人向其中任何一个个人信息处理者要求行使本法规定的权利。

个人信息处理者共同处理个人信息,侵害个人信息权益造成损害的,应当依法承担连带责任。

**第二十一条**    个人信息处理者委托处理个人信息的,应当与受托人约定委托处理的目的、期限、处理方式、个人信息的种类、保护措施以及双方的权利和义务等,并对受托人的个人信息处理活动进行监督。

processing, the types of personal data, protection measures, the rights and obligations of both parties, etc., and supervise the personal data processing activities of the entrusted party.

The entrusted party shall process personal data according to the agreement, refrain from processing personal data beyond the agreed purposes, methods, etc. of processing. The entrusted party shall return the personal data to the personal data processor or delete the same, and shall not keep the data where the entrustment contract fails to take effect, is invalid or is cancelled or terminated. . Without consent of the personal data processor, the entrusted party shall not further entrust others to process personal data.

受托人应当按照约定处理个人信息,不得超出约定的处理目的、处理方式等处理个人信息;委托合同不生效、无效、被撤销或者终止的,受托人应当将个人信息返还个人信息处理者或者予以删除,不得保留。

未经个人信息处理者同意,受托人不得转委托他人处理个人信息。

🟧    Article 22    Where a personal data processor needs to transfer personal data due to merger, division, dissolution, being declared bankruptcy or other reasons, the personal data processor shall inform the relevant individuals of the name and contact information of the recipient of their personal data. The recipient shall continue to perform the obligations of the personal data processor. If the recipient changes the original processing purposes or methods, the recipient shall obtain the consent of the individuals again in accordance with this Law.

🟧    第二十二条    个人信息处理者因合并、分立、解散、被宣告破产等原因需要转移个人信息的,应当向个人告知接收方的名称或者姓名和联系方式。接收方应当继续履行个人信息处理者的义务。接收方变更原先的处理目的、处理方式的,应当依照本法规定重新取得个人同意。

🟧    Article 23    Where a personal data processor provides other personal data processors with the personal data it processes, the personal data processor shall inform the relevant individuals of the name and contact information of the recipient, processing purposes and methods and the types of personal data, and obtain separate consent from each individual. The recipient shall process the personal data within the scope of the above-mentioned processing purposes and methods and types of personal data. If the recipient changes the original processing purposes or methods, it shall obtain the

🟧    第二十三条    个人信息处理者向其他个人信息处理者提供其处理的个人信息的,应当向个人告知接收方的名称或者姓名、联系方式、处理目的、处理方式和个人信息的种类,并取得个人的单独同意。接收方应当在上述处理目的、处理方式和个人信息的种类等范围内处理个人信息。接收方变更原先的处理目的、处理方式的,应当依照本法规定重新取得个人同意。

consent of the individuals again in accordance with this Law.

L  Article 24    Where a personal data processor uses personal data for automated decision-making, the personal data processor shall ensure the transparency of decision-making and the fairness and impartiality of the results, and shall not impose unreasonable differential treatment on individuals in terms of transaction prices and other transaction conditions .

Information push or commercial marketing notification through automated decision-making to individuals shall make available options that are not specific to the personal characteristics of an individual or provide the individuals with the convenient method of refusal.

To make decisions that have a significant impact on personal rights and interests through automated decision-making methods, the individuals shall have the right to request the personal data processor to explain, and have the right to refuse the personal data processor to make decisions only through automated decision-making methods.

L  Article 25    A personal data processor shall not disclose the personal data processed thereby, unless the separate consent of an individual is obtained.

L  Article 26    Where image collection or personal identification equipment is installed in public places, such installation shall be necessary for safeguarding public safety and be in compliance with relevant provisions of the State, and prominent reminders shall be set up. The personal images or identification information collected shall only be used for the purpose of safeguarding public safety, and shall not be used for other purposes, unless the separate consent of an individual is obtained.

L  Article 27    A personal data processor may, within a reasonable scope, process personal data

L  第二十四条    个人信息处理者利用个人信息进行自动化决策,应当保证决策的透明度和结果公平、公正,不得对个人在交易价格等交易条件上实行不合理的差别待遇。

通过自动化决策方式向个人进行信息推送、商业营销,应当同时提供不针对其个人特征的选项,或者向个人提供便捷的拒绝方式。

通过自动化决策方式作出对个人权益有重大影响的决定,个人有权要求个人信息处理者予以说明,并有权拒绝个人信息处理者仅通过自动化决策的方式作出决定。

L  第二十五条    个人信息处理者不得公开其处理的个人信息,取得个人单独同意的除外。

L  第二十六条    在公共场所安装图像采集、个人身份识别设备,应当为维护公共安全所必需,遵守国家有关规定,并设置显著的提示标识。所收集的个人图像、身份识别信息只能用于维护公共安全的目的,不得用于其他目的;取得个人单独同意的除外。

L  第二十七条    个人信息处理者可以在合理的范围内处理个人自行公开或者其他已经合法公开的个人信息;个人

voluntarily disclosed by an individual or other personal data that have been lawfully disclosed, unless the individual gives an explicit refusal. Where the processing of disclosed personal data will have a material impact on personal rights and interests, the personal data processor shall obtain consent from the individual in accordance with this Law.

明确拒绝的除外。个人信息处理者处理已公开的个人信息，对个人权益有重大影响的，应当依照本法规定取得个人同意。

| Section 2: Rules on Sensitive Personal Data Processing | 第二节　敏感个人信息的处理规则 |
|---|---|

🟧 **Article 28**　Sensitive personal data shall refer to personal data that, once leaked or used illegally, may easily infringe on the personal dignity of natural persons or endanger personal or property safety, including biometrics, religious beliefs, specific identities, medical health, financial accounts, whereabouts tracking and other data, as well as the personal data of minors under the age of 14. Personal data processors may process sensitive personal data only when such processing has specific purposes and is sufficiently necessary and when rigorous protective measures are taken.

🟧 **第二十八条**　敏感个人信息是一旦泄露或者非法使用，容易导致自然人的人格尊严受到侵害或者人身、财产安全受到危害的个人信息，包括生物识别、宗教信仰、特定身份、医疗健康、金融账户、行踪轨迹等信息，以及不满十四周岁未成年人的个人信息。

只有在具有特定的目的和充分的必要性，并采取严格保护措施的情形下，个人信息处理者方可处理敏感个人信息。

🟧 **Article 29**　The processing of sensitive personal data shall be subject to an individual's separate consent. The provisions, if any, under laws and administrative regulations that require written consent be obtained for the processing of sensitive personal data shall prevail.

🟧 **第二十九条**　处理敏感个人信息应当取得个人的单独同意；法律、行政法规规定处理敏感个人信息应当取得书面同意的，从其规定。

🟧 **Article 30**　When processing sensitive personal data, a personal data processor shall, in addition to the matters specified in Paragraph One of Article 17 herein, also inform the relevant individual of the necessity of processing sensitive personal data and the impact thereof on personal rights and interests, unless the personal data processor is not required to inform the individual of the same hereunder.

🟧 **第三十条**　个人信息处理者处理敏感个人信息的，除本法第十七条第一款规定的事项外，还应当向个人告知处理敏感个人信息的必要性以及对个人权益的影响；依照本法规定可以不向个人告知的除外。

Article 31　　To process the personal data of minors under the age of 14, a personal data processor shall obtain the consent of the minor's parents or other guardians.

To process the personal data of minors under the age of 14, a personal data processor shall formulate specific personal data processing rules.

第三十一条　个人信息处理者处理不满十四周岁未成年人个人信息的, 应当取得未成年人的父母或者其他监护人的同意。

个人信息处理者处理不满十四周岁未成年人个人信息的, 应当制定专门的个人信息处理规则。

Article 32　　The provisions, if any, under laws or administrative regulations that the processing of sensitive personal data shall be subject to relevant administrative licensing or other restrictions shall prevail.

第三十二条　法律、行政法规对处理敏感个人信息规定应当取得相关行政许可或者作出其他限制的, 从其规定。

Section 3: Special Provisions on the Processing of Personal Data by State Organs

第三节　国家机关处理个人信息的特别规定

Article 33　　The processing of personal data by State organs shall be governed by this Law; and, if there are special provisions in this Section, this Section shall prevail.

第三十三条　国家机关处理个人信息的活动, 适用本法;本节有特别规定的,适用本节规定。

Article 34　　State organs that process personal data for the purpose of performing statutory duties shall process personal data according to the authority and procedures prescribed by laws and administrative regulations, and shall not exceed the scope and limits necessary to perform statutory duties.

第三十四条　国家机关为履行法定职责处理个人信息, 应当依照法律、行政法规规定的权限、程序进行,不得超出履行法定职责所必需的范围和限度。

Article 35　　A State organ that processes personal data for the purpose of performing statutory duties shall perform the obligation of notification in accordance with this Law, unless it falls into the circumstances stipulated in Paragraph One of Article 18 herein, or providing notification will hinder the State organ from performing statutory duties.

第三十五条　国家机关为履行法定职责处理个人信息, 应当依照本法规定履行告知义务;有本法第十八条第一款规定的情形, 或者告知将妨碍国家机关履行法定职责的除外。

Article 36    The personal data processed by State organs shall be stored within the territory of the People's Republic of China; and, where it is genuinely necessary to provide such data overseas, security assessment shall be conducted. Relevant departments may be requested to provide support and assistance for security assessment.

Article 37    Where organizations authorized by laws and regulations with the function of managing public affairs process personal data for the purpose of performing statutory duties, the provisions of this Law on the handling of personal data by State organs shall apply.

Chapter 3: Rules on Cross-border Provision of Personal Data

Article 38    A personal data processor who genuinely needs to provide personal data for parties outside the territory of the People's Republic of China due to business or other needs shall satisfy one of the following conditions:

(1) The personal data processor shall pass the security assessment organized by the State cyberspace administration in accordance with Article 40 herein;

(2) The personal data processor shall have obtained personal data protection certification by professional organizations in accordance with the provisions of the State cyberspace administration;

(3) The personal data processor shall enter into a contract with the overseas recipient according to the standard contract formulated by the State cyberspace administration to agree on the rights and obligations of both parties; or

(4) The personal data processor shall satisfy other conditions stipulated by laws, administrative regulations or the State cyberspace administration.

The provisions, if any, under the international treaties

第三十六条    国家机关处理的个人信息应当在中华人民共和国境内存储;确需向境外提供的,应当进行安全评估。安全评估可以要求有关部门提供支持与协助。

第三十七条    法律、法规授权的具有管理公共事务职能的组织在履行法定职责处理个人信息,适用本法关于国家机关处理个人信息的规定。

第三章    个人信息跨境提供的规则

第三十八条    个人信息处理者因业务等需要,确需向中华人民共和国境外提供个人信息的,应当具备下列条件之一:

(一)依照本法第四十条的规定通过国家网信部门组织的安全评估;

(二)按照国家网信部门的规定经专业机构进行个人信息保护认证;

(三)按照国家网信部门制定的标准合同与境外接收方订立合同,约定双方的权利和义务;

(四)法律、行政法规或者国家网信部门规定的其他条件。

中华人民共和国缔结或者参加的国际条约、协定对向中华人民共和国境外提供个人信息的条件等有规定的,可以按照其规定执行。

个人信息处理者应当采取必要措施,保障境外接收方处理个人信息的活动达到本法规定的个人信息保护标准。

and agreements concluded or acceded to by the People's
Republic of China on the conditions for providing personal
data outside of the People's Republic of China may
prevail.

Personal data processors shall take necessary measures to
ensure that the activities of overseas recipients to
process personal data meet the personal data protection
standards stipulated herein.

**Article 39**        Where a personal data processor
provides personal data for a party outside the territory
of the People's Republic of China, the personal data
processor shall inform the relevant individual of the name
and contact information of the overseas recipient,
processing purposes and methods, the types of personal
data, the method and procedures of individuals to exercise
the rights herein against the overseas recipient and other
matters, and obtain separate consent from the individual.

**Article 40**        Critical information
infrastructure operators and personal data processors that
process personal data up to the volume threshold
prescribed by the State cyberspace administration shall
store the personal data collected and generated within the
territory of the People's Republic of China in Mainland
China. Where such data are genuinely necessary to be
provided overseas, the said operators and processors shall
pass the security assessment organized by the State
cyberspace administration, unless such assessment is not
compulsory under laws, administrative regulations or the
provisions of the State cyberspace administration.

**Article 41**        The competent organ of the
People's Republic of China shall handle requests by
foreign judicial organs or law enforcement agencies for
the provision of personal data stored in the Mainland in
accordance with relevant laws and the international
treaties or agreements concluded or acceded to by the
People's Republic of China, or in accordance with the

**第三十九条**      个人信息处理者向中华人民共
和国境外提供个人信息的,应当向个人告知境外接收方的名称或者
姓名、联系方式、处理目的、处理方式、个人信息的种类以及个
人向境外接收方行使本法规定权利的方式和程序等事项,并取得个
人的单独同意。

**第四十条**      关键信息基础设施运营者和处理
个人信息达到国家网信部门规定数量的个人信息处理者,应当将在
中华人民共和国境内收集和产生的个人信息存储在境内。确需向
境外提供的,应当通过国家网信部门组织的安全评估;法律、行政
法规和国家网信部门规定可以不进行安全评估的,从其规定。

**第四十一条**      中华人民共和国主管机关根据
有关法律和中华人民共和国缔结或者参加的国际条约、协定,或者
按照平等互惠原则,处理外国司法或者执法机构关于提供存储于境
内个人信息的请求。非经中华人民共和国主管机关批准,个人信息
处理者不得向外国司法或者执法机构提供存储于中华人民共和国
境内的个人信息。

principle of equality and reciprocity. Without approval of the competent organ of the People's Republic of China, personal data processors shall not provide personal data stored within the territory of the People's Republic of China to foreign judicial organs or law enforcement agencies.

Article 42    Where a foreign organization or individual engages in personal data processing activities that infringe upon the personal data rights and interests of citizens of the People's Republic of China or endanger the national security or public interests of the People's Republic of China, the State cyberspace administration may include the said organization or individual in the list of parties to whom the provision of personal data shall be restricted or prohibited, issue an announcement thereon, and take measures to restrict or prohibit the provision of personal data to the said organization or individual.

第四十二条    境外的组织、个人从事侵害中华人民共和国公民的个人信息权益，或者危害中华人民共和国国家安全、公共利益的个人信息处理活动的，国家网信部门可以将其列入限制或者禁止个人信息提供清单，予以公告，并采取限制或者禁止向其提供个人信息等措施。

Article 43    Where any country or region adopts discriminatory prohibitions, restrictions or other similar measures against the People's Republic of China in terms of personal data protection, the People's Republic of China may take corresponding measures against that country or region depending on actual circumstances.

第四十三条    任何国家或者地区在个人信息保护方面对中华人民共和国采取歧视性的禁止、限制或者其他类似措施的，中华人民共和国可以根据实际情况对该国家或者地区对等采取措施。

Chapter 4: Rights of Individuals in Personal Data Processing Activities

第四章    个人在个人信息处理活动中的权利

Article 44    An individual shall be entitled to know and make decisions on the processing of his/her personal data, and to restrict or refuse the processing of his/her personal data by others, unless otherwise prescribed by laws and administrative regulations.

第四十四条    个人对其个人信息的处理享有知情权、决定权，有权限制或者拒绝他人对其个人信息进行处理；法律、行政法规另有规定的除外。

Article 45    An individual shall be entitled to access or copy his/her personal data from personal data processors, except under the circumstances specified in Paragraph One of Article 18 and Article 35 herein.

第四十五条    个人有权向个人信息处理者查阅、复制其个人信息；有本法第十八条第一款、第三十五条规定情形的除外。

Where an individual requests to access or copy his/her personal data, a personal data processor shall make available the personal data in a timely manner.

Where the request of an individual for transferring personal data to his/her designated personal data processor satisfies the conditions prescribed by the State cybersecurity department, the relevant personal data processor shall provide the channels for such transfer.

个人请求查阅、复制其个人信息的，个人信息处理者应当及时提供。

个人请求将个人信息转移至其指定的个人信息处理者，符合国家网信部门规定条件的，个人信息处理者应当提供转移的途径。

Article 46    An individual who finds that his/her personal data are inaccurate or incomplete shall be entitled to request the relevant personal data processor to correct or supplement the personal data. Where an individual requests for correction or supplementation of his/her personal data, the relevant personal data processor shall verify his/her personal data and make correction or supplementation in a timely manner.

第四十六条    个人发现其个人信息不准确或者不完整的，有权请求个人信息处理者更正、补充。

个人请求更正、补充其个人信息的，个人信息处理者应当对其个人信息予以核实，并及时更正、补充。

Article 47    Under any of the following circumstances, a personal data processor shall delete an individual's personal data on its own accord; where the personal data processor fails to do so, the individuals shall have the right to request the processor to delete:
(1) Where the purposes of personal data processing have been achieved, or can not be achieved, or the data is no longer necessary for achieving that purpose;
(2) Where the personal data processor stops providing products or services or the retention period has expired;
(3) Where the individual withdraws consent;
(4) Where the personal data processor processes personal data in violation of laws, administrative regulations or agreements; or
(5) Where there are any other circumstances stipulated by laws and administrative regulations.
Where the retention period stipulated by laws or administrative regulations has not expired, or the deletion of personal data is technically difficult to achieve, the personal data processor shall cease the

第四十七条    有下列情形之一的，个人信息处理者应当主动删除个人信息；个人信息处理者未删除的，个人有权请求删除：

（一）处理目的已实现、无法实现或者为实现处理目的不再必要；

（二）个人信息处理者停止提供产品或者服务，或者保存期限已届满；

（三）个人撤回同意；

（四）个人信息处理者违反法律、行政法规或者违反约定处理个人信息；

（五）法律、行政法规规定的其他情形。

法律、行政法规规定的保存期限未届满，或者删除个人信息从技术上难以实现的，个人信息处理者应当停止除存储和采取必要的安全保护措施之外的处理。

processing of the individual's personal data except for storage and taking necessary security protection measures.

Article 48    An individual shall be entitled to require a personal data processor to explain its rules on personal data processing.

Article 49    In the event of a natural person's death, his/her close relatives may exercise the rights of access, duplication, correction, deletion, etc. under this Chapter in relation to the relevant personal data of the deceased for their own lawful and legitimate interests, unless the deceased has made other arrangements when he/she was alive.

Article 50    A personal data processor shall establish a convenient mechanism to accept and process applications by individuals for exercising their rights, and shall explain reasons if it rejects an individual's request to exercise rights.
Where a personal data processor refuses an individual's request to exercise rights, the individual may file a lawsuit with the competent people's court in accordance with the law.

Chapter 5: Obligations of Personal Data Processors

Article 51    A personal data processor shall, according to the purposes and methods of personal data processing, the types of personal data, the impact on individuals' rights and interests, possible security risks, etc., take the following measures to ensure that personal data processing activities are in compliance with laws and administrative regulations and to prevent unauthorized access and personal data from being leaked, tampered with or lost:
(1) To formulate internal management rules and operating procedures;
(2) To carry out classified management of personal data;

第四十八条    个人有权要求个人信息处理者对其个人信息处理规则进行解释说明。

第四十九条    自然人死亡的，其近亲属为了自身的合法、正当利益，可以对死者的相关个人信息行使本章规定的查阅、复制、更正、删除等权利；死者生前另有安排的除外。

第五十条    个人信息处理者应当建立便捷的个人行使权利的申请受理和处理机制。拒绝个人行使权利的请求的，应当说明理由。
个人信息处理者拒绝个人行使权利的请求的，个人可以依法向人民法院提起诉讼。

第五章    个人信息处理者的义务

第五十一条    个人信息处理者应当根据个人信息的处理目的、处理方式、个人信息的种类以及对个人权益的影响、可能存在的安全风险等，采取下列措施确保个人信息处理活动符合法律、行政法规的规定，并防止未经授权的访问以及个人信息泄露、篡改、丢失：
（一）制定内部管理制度和操作规程；
（二）对个人信息实行分类管理；
（三）采取相应的加密、去标识化等安全技术措施；
（四）合理确定个人信息处理的操作权限，并定期对从业人员进行安全教育和培训；

(3) To adopt corresponding security technical measures such as encryption and de-identification;

(4) To reasonably determine the operating authority for personal data processing, and conduct regular security education and training for employees;

(5) To formulate and organize the implementation of the emergency response plan for personal data security incidents; and

(6) To take other measures stipulated by laws and administrative regulations.

（五）制定并组织实施个人信息安全事件应急预案；

（六）法律、行政法规规定的其他措施。

**Article 52**    A personal data processor that processes personal data up to the volume threshold prescribed by the State cyberspace administration shall designate a personal data protection officer who shall be responsible for supervising personal data processing activities, the protection measures taken, etc.
The personal data processor shall make public the contact information of its personal data protection officer and submit the name, contact information, etc. of its personal data protection officer to the relevant department performing personal data protection duties.

**第五十二条**    处理个人信息达到国家网信部门规定数量的个人信息处理者应当指定个人信息保护负责人，负责对个人信息处理活动以及采取的保护措施等进行监督。

个人信息处理者应当公开个人信息保护负责人的联系方式，并将个人信息保护负责人的姓名、联系方式等报送履行个人信息保护职责的部门。

**Article 53**    A personal data processor outside the territory of the People's Republic of China specified in Paragraph 2 of Article 3 herein shall establish a dedicated agency or designate a representative within the territory of the People's Republic of China to be responsible for processing matters related to personal data protection, and submit the name, contact information, etc. of the said agency or representative to the relevant department performing personal data protection duties.

**第五十三条**    本法第三条第二款规定的中华人民共和国境外的个人信息处理者，应当在中华人民共和国境内设立专门机构或者指定代表，负责处理个人信息保护相关事务，并将有关机构的名称或者代表的姓名、联系方式等报送履行个人信息保护职责的部门。

**Article 54**    A personal data processor shall conduct compliance audit on whether its processing of personal data is in compliance with laws and administrative regulations on a regular basis.

**第五十四条**    个人信息处理者应当定期对其处理个人信息遵守法律、行政法规的情况进行合规审计。

Article 55        A personal data processor shall conduct ex ante impact assessment of personal data protection and record processing circumstances under one of the following circumstances:

(1) Processing sensitive personal data;

(2) Using personal data to make automated decisions;

(3) Entrusting others with the processing of personal data, providing personal data to other personal data processors, and disclosing personal data;

(4) Providing personal data for overseas parties; and

(5) Other personal data processing activities that have a material impact on individuals' rights and interests.

Article 56        The impact assessment of personal data protection shall cover the following aspects:

(1) Whether the purposes and methods of personal data processing are lawful, proper and necessary;

(2) Impact on individuals' rights and interests and the security risks; and

(3) Whether the protection measures adopted are lawful, effective and suitable to the degree of risks.

The reports on impact assessment of personal data protection and processing circumstances records shall be kept for at least three years.

Article 57        Where personal data have been or may be leaked, tampered with or lost, a personal data processor shall immediately take remedial measures and notify the department that performs personal data protection duties and the relevant individuals. Such a notice shall include the following matters:

(1) The types of personal data that have been or may be leaked, tampered with or lost, the reasons therefor and the harm that may be caused;

(2) Remedial measures taken by the personal data processor and measures that the individuals may take to mitigate harm; and

第五十五条        有下列情形之一的，个人信息处理者应当事前进行个人信息保护影响评估，并对处理情况进行记录：

（一）处理敏感个人信息；

（二）利用个人信息进行自动化决策；

（三）委托处理个人信息、向其他个人信息处理者提供个人信息、公开个人信息；

（四）向境外提供个人信息；

（五）其他对个人权益有重大影响的个人信息处理活动。

第五十六条        个人信息保护影响评估应当包括下列内容：

（一）个人信息的处理目的、处理方式等是否合法、正当、必要；

（二）对个人权益的影响及安全风险；

（三）所采取的保护措施是否合法、有效并与风险程度相适应。

个人信息保护影响评估报告和处理情况记录应当至少保存三年。

第五十七条        发生或者可能发生个人信息泄露、篡改、丢失的，个人信息处理者应当立即采取补救措施，并通知履行个人信息保护职责的部门和个人。通知应当包括下列事项：

（一）发生或者可能发生个人信息泄露、篡改、丢失的信息种类、原因和可能造成的危害；

（二）个人信息处理者采取的补救措施和个人可以采取的减轻危害的措施；

（三）个人信息处理者的联系方式。

个人信息处理者采取措施能够有效避免信息泄露、篡改、丢失造成危害的，个人信息处理者可以不通知个人；履行个人

(3) Contact details of the personal data processor.

Where the personal data processor takes measures that can effectively prevent harm from being caused by data being leaked, tampered with or lost, the personal data processor is not required to notify the individuals; and, if the department performing personal data protection duties believes that harm may be caused, the said department shall be entitled to require the personal data processor to notify the individuals.

信息保护职责的部门认为可能造成危害的,有权要求个人信息处理者通知个人。

🟧 Article 58    A personal data processor that provides important Internet platform services, has a huge number of users or engages in complex business types shall perform the following obligations:

(1) Establishing and improving its personal data protection compliance system in accordance with relevant provisions of the State, and setting up an independent organization mainly comprising external members to supervise the protection of personal data;

(2) Formulating platform rules according to the principles of openness, fairness and impartiality, and clarifying the standards for personal data processing by product or service providers on the platform and their obligations to protect personal data;

(3) Stop providing services to products or service providers on the platforms which process personal data in serious violation of laws and administrative regulations; and

(4) Regularly publish the reports on social responsibility for personal data protection and accept social supervision.

🟧 第五十八条    提供重要互联网平台服务、用户数量巨大、业务类型复杂的个人信息处理者,应当履行下列义务:

(一)按照国家规定建立健全个人信息保护合规制度体系,成立主要由外部成员组成的独立机构对个人信息保护情况进行监督;

(二)遵循公开、公平、公正的原则,制定平台规则,明确平台内产品或者服务提供者处理个人信息的规范和保护个人信息的义务;

(三)对严重违反法律、行政法规处理个人信息的平台内的产品或者服务提供者,停止提供服务;

(四)定期发布个人信息保护社会责任报告,接受社会监督。

🟧 Article 59    A party who accepts the entrustment to process personal data shall, in accordance with this Law and relevant laws and administrative regulations, take necessary measures to ensure the security of the personal data processed, and assist the relevant personal data processor to fulfill the obligations prescribed herein.

🟧 第五十九条    接受委托处理个人信息的受托人,应当依照本法和有关法律、行政法规的规定,采取必要措施保障所处理的个人信息的安全,并协助个人信息处理者履行本法规定的义务。

| | |
|---|---|
| Chapter 6: Departments Performing Personal Data Protection Duties | 第六章　履行个人信息保护职责的部门 |

Article 60　　The State cyberspace administration shall be responsible for overall planning and coordination of personal data protection work and relevant supervision and administration. Relevant departments of the State Council shall be responsible for personal data protection and supervision and administration work within the scope of their respective duties in accordance with this Law, relevant laws and administrative regulations.

第六十条　　国家网信部门负责统筹协调个人信息保护工作和相关监督管理工作。国务院有关部门依照本法和有关法律、行政法规的规定，在各自职责范围内负责个人信息保护和监督管理工作。

The personal data protection duties and supervision and administration duties of relevant departments of local people's governments at and above the county level shall be determined in accordance with pertinent provisions of the State.

县级以上地方人民政府有关部门的个人信息保护和监督管理职责，按照国家有关规定确定。

The departments specified in the preceding two paragraphs shall be collectively referred to as departments performing personal data protection duties.

前两款规定的部门统称为履行个人信息保护职责的部门。

Article 61　　A department performing personal data protection duties shall perform the following personal data protection duties:

第六十一条　　履行个人信息保护职责的部门履行下列个人信息保护职责：

(1) To carry out personal data protection publicity and education, and guide and supervise personal data processors to conduct personal data protection work;

（一）开展个人信息保护宣传教育，指导、监督个人信息处理者开展个人信息保护工作；

(2) To accept and process complaints and tip-offs related to personal data protection;

（二）接受、处理与个人信息保护有关的投诉、举报；

(3) To organize evaluation of the personal data protection by mobile applications, and announcing evaluation results;

（三）组织对应用程序等个人信息保护情况进行测评，并公布测评结果；

(4) To investigate and process illegal personal data processing activities; and

（四）调查、处理违法个人信息处理活动；

(5) To perform other duties stipulated by laws and administrative regulations.

（五）法律、行政法规规定的其他职责。

Article 62　　The State cyberspace administration shall coordinate relevant departments to

第六十二条　　国家网信部门统筹协调有关部门依据本法推进下列个人信息保护工作：

implement the following personal data protection work in
accordance with the Law:

(1) Formulating specific rules and standards on personal
data protection;

(2) Formulating special personal data protection rules and
standards for small personal data processors, the
processing of sensitive personal data, and new
technologies and applications such as facial recognition
and artificial intelligence;

(3) Supporting the research, development, promotion and
application of secure and convenient electronic identity
authentication technologies, and promoting the development
of public services for online identity authentication;

(4) promoting the construction of a service system for
personal data protection led by the private sector, and
supporting relevant organizations to carry out personal
data protection evaluation and certification services, and

(5) Improving work mechanisms for lodging complaints and
tip-offs against personal data protection.

L    Article 63        To perform personal data
protection duties, a department performing personal data
protection duties may take the following measures:

(1) To question relevant parties concerned and investigate
situations related to personal data processing activities;

(2) To access and copy contracts, records, account books
and other relevant materials of the parties concerned that
are related to personal data processing activities;

(3) To carry out on-site inspection and investigate
suspected illegal personal data processing activities; and

(4) To inspect equipment and articles related to personal
data processing activities; and, to have the power to seal
up or seize equipment and articles upon reporting in
writing to the main person in charge of the department and
obtaining approval where there is evidence that they are
used for illegal personal data processing activities.

When departments performing personal data protection
duties perform duties in accordance with the law, the
parties concerned shall provide assistance and

（一）制定个人信息保护具体规则、标准；

（二）针对小型个人信息处理者、处理敏感个人信息以及
人脸识别、人工智能等新技术、新应用,制定专门的个人信息保护
规则、标准；

（三）支持研究开发和推广应用安全、方便的电子身份认
证技术,推进网络身份认证公共服务建设；

（四）推进个人信息保护社会化服务体系建设,支持有关机
构开展个人信息保护评估、认证服务；

（五）完善个人信息保护投诉、举报工作机制。

L    第六十三条      履行个人信息保护职责的部门
履行个人信息保护职责,可以采取下列措施：

（一）询问有关当事人,调查与个人信息处理活动有关的情
况；

（二）查阅、复制当事人与个人信息处理活动有关的合
同、记录、账簿以及其他有关资料；

（三）实施现场检查,对涉嫌违法的个人信息处理活动进行
调查；

（四）检查与个人信息处理活动有关的设备、物品;对有证
据证明是用于违法个人信息处理活动的设备、物品,向本部门主要
负责人书面报告并经批准,可以查封或者扣押。

履行个人信息保护职责的部门依法履行职责,当事人应当
予以协助、配合,不得拒绝、阻挠。

cooperation, and shall not refuse to accept or obstruct the performance of duties by the said departments.

Article 64    Where a department performing personal data protection duties finds, during the performance of its duties, that there are greater risks in personal data processing activities or that a personal data security incident has occurred, the said department may arrange an interview with the legal representative or the primary person-in-charge of the personal data processor concerned according to the prescribed authority and procedures or require the personal data processor to entrust a professional agency to make compliance audit on its personal data processing activities. The personal data processor shall take measures as required to carry out rectification and eliminate hidden hazards.

Where a department performing personal data protection duties detects, during the performance of duties, illegal processing of personal data which is suspected of constituting a criminal offense, the said department shall promptly refer the case to the relevant public security organ for handling in accordance with the law.

Article 65    Any organization or individual shall be entitled to lodge a complaint or tip-off to a department performing personal data protection duties against illegal personal data processing activities. The said department that receives the complaint or tip-off shall deal with the same in a timely manner in accordance with the law, and notify the complainant or whistleblower of the processing results.

Departments performing personal data protection duties shall make public contact information for receiving complaints and tip-offs.

Chapter 7: Legal Liabilities

Article 66    A perpetrator that processes personal data in violation of this Law or that fails to

第六十四条    履行个人信息保护职责的部门在履行职责中，发现个人信息处理活动存在较大风险或者发生个人信息安全事件的，可以按照规定的权限和程序对该个人信息处理者的法定代表人或者主要负责人进行约谈，或者要求个人信息处理者委托专业机构对其个人信息处理活动进行合规审计。个人信息处理者应当按照要求采取措施，进行整改，消除隐患。

履行个人信息保护职责的部门在履行职责中，发现违法处理个人信息涉嫌犯罪的，应当及时移送公安机关依法处理。

第六十五条    任何组织、个人有权对违法个人信息处理活动向履行个人信息保护职责的部门进行投诉、举报。收到投诉、举报的部门应当依法及时处理，并将处理结果告知投诉、举报人。

履行个人信息保护职责的部门应当公布接受投诉、举报的联系方式。

第七章    法律责任

第六十六条    违反本法规定处理个人信息，或者处理个人信息未履行本法规定的个人信息保护义务的，由履行个人

perform the personal data protection obligations hereunder in processing personal data shall be ordered to make correction and be given a warning by the relevant department performing personal data protection duties, and have its illegal gains confiscated; the application programs illegally processing the personal data shall be ordered to suspend or terminate the provisions of services; where the perpetrator refuses to make correction, a fine of up to RMB one million shall be imposed thereon concurrently; and, the person in charge of the perpetrator who is subject to direct liabilities and other personnel subject to direct liabilities shall be given a fine of not less than RMB 10,000 but not more than RMB 100,000.

Where a perpetrator commits any of the illegal acts prescribed in the preceding Paragraph and falls under grave circumstances, the relevant department performing personal data protection duties at and above the provincial level shall order the perpetrator to make correction, confiscate its illegal gains, and concurrently impose thereon a fine of not more than RMB 50 million or up to 5% of the perpetrator's turnover in the last year, and may order the perpetrator to suspend relevant operations or suspend business for rectification or notify relevant competent departments to revoke the perpetrator's relevant business permits or business license; and, as to the person in charge of the perpetrator who is subject to direct liabilities and other personnel subject to direct liabilities, they shall be given a fine of not less than RMB 100,000 but not more than RMB one million, and it can be decided that they shall be prohibited from serving as directors, supervisors, senior executives and personal data protection officers of related enterprises for a certain period of time.

🟧　Article 67　　Illegal acts committed in violation of this Law shall be recorded in credit files in accordance with relevant laws and administrative regulations, and such records shall be made public.

人信息保护职责的部门责令改正,给予警告,没收违法所得,对违法处理个人信息的应用程序,责令暂停或者终止提供服务;拒不改正的,并处一百万元以下罚款;对直接负责的主管人员和其他直接责任人员处一万元以上十万元以下罚款。

有前款规定的违法行为,情节严重的,由省级以上履行个人信息保护职责的部门责令改正,没收违法所得,并处五千万元以下或者上一年度营业额百分之五以下罚款,并可以责令暂停相关业务或者停业整顿、通报有关主管部门吊销相关业务许可或者吊销营业执照;对直接负责的主管人员和其他直接责任人员处十万元以上一百万元以下罚款,并可以决定禁止其在一定期限内担任相关企业的董事、监事、高级管理人员和个人信息保护负责人。

🟧　第六十七条　　有本法规定的违法行为的,依照有关法律、行政法规的规定记入信用档案,并予以公示。

Article 68    A State organ that fails to perform personal data protection obligations herein shall be ordered to make correction by its superior organ or the relevant department performing personal data protection duties. The person in charge of the State organ who is subject to direct liabilities and other personnel subject to direct liabilities shall be given disciplinary sanctions pursuant to the law.

Staff members of a department performing personal data protection duties who neglect duties, abuse powers or practice favoritism for personal gains shall be given disciplinary sanctions pursuant to the law if their acts are not serious enough to constitute criminal offenses.

Article 69    Where the personal data processing infringes upon the personal data rights and interests of an individual and causes damages, and the personal data processor cannot prove that he is not at fault, he shall bear the tort liability for damages etc. The liabilities for compensation of damages shall be determined according to the resulting loss suffered by the individual or the resulting gains obtained by the relevant personal data processor; and, where it is difficult to determine the resulting loss suffered by the individual or the resulting gains obtained by the relevant personal data processor, the amount of compensation shall be determined according to actual situations.

Article 70    Where a personal data processor processes personal data in violation of this Law and infringes on the rights and interests of a large number of individuals, the competent people's procuratorate, the consumer organizations as specified in the law, and the organization designated by the State cyberspace administration may file a lawsuit to the competent people's court pursuant to the law.

第六十八条    国家机关不履行本法规定的个人信息保护义务的，由其上级机关或者履行个人信息保护职责的部门责令改正；对直接负责的主管人员和其他直接责任人员依法给予处分。

履行个人信息保护职责的部门的工作人员玩忽职守、滥用职权、徇私舞弊，尚不构成犯罪的，依法给予处分。

第六十九条    处理个人信息侵害个人信息权益造成损害，个人信息处理者不能证明自己没有过错的，应当承担损害赔偿等侵权责任。

前款规定的损害赔偿责任按照个人因此受到的损失或者个人信息处理者因此获得的利益确定；个人因此受到的损失和个人信息处理者因此获得的利益难以确定的，根据实际情况确定赔偿数额。

第七十条    个人信息处理者违反本法规定处理个人信息，侵害众多个人的权益的，人民检察院、法律规定的消费者组织和由国家网信部门确定的组织可以依法向人民法院提起诉讼。

| | |
|---|---|
| 🟧  Article 71        Whoever violates this Law and constitutes a violation of public security administration shall be given public security administration punishments pursuant to the law, and shall be investigated for criminal liabilities pursuant to the law if criminal offenses are constituted. | 🟧  第七十一条        违反本法规定，构成违反治安管理行为的，依法给予治安管理处罚；构成犯罪的，依法追究刑事责任。 |
| Chapter 8: Supplementary Provisions | 第八章   附则 |
| 🟧  Article 72        This Law shall not apply to the processing of personal data by natural persons for personal or family affairs.<br>The provisions, if any, under laws on the processing of personal data during statistics compilation or archives management activities organized and implemented by people's governments at all levels and their relevant departments shall prevail. | 🟧  第七十二条        自然人因个人或者家庭事务处理个人信息的，不适用本法。<br><br>法律对各级人民政府及其有关部门组织实施的统计、档案管理活动中的个人信息处理有规定的，适用其规定。 |
| 🟧  Article 73        For the purpose of this Law:<br>(1) A personal data processor shall refer to an organization or individual that independently determines processing purposes and processing methods in personal data processing activities;<br>(2) Automated decision-making shall refer to the activities of automatically analyzing and evaluating the behavioral habits, hobbies, or economic, health or credit conditions of an individual through computer programs and making decisions thereon;<br>(3) De-identification shall refer to the process whereby personal data are processed such that a specific natural person cannot be identified without the help of additional information; and<br>(4) Anonymization shall refer to the process whereby personal data are processed such that a specific natural person cannot be identified and that the personal data cannot be restored. | 🟧  第七十三条        本法下列用语的含义：<br><br>（一）个人信息处理者，是指在个人信息处理活动中自主决定处理目的、处理方式的组织、个人。<br><br>（二）自动化决策，是指通过计算机程序自动分析、评估个人的行为习惯、兴趣爱好或者经济、健康、信用状况等，并进行决策的活动。<br><br>（三）去标识化，是指个人信息经过处理，使其在不借助额外信息的情况下无法识别特定自然人的过程。<br><br>（四）匿名化，是指个人信息经过处理无法识别特定自然人且不能复原的过程。 |

Delivery | Westlaw China

Article 74    This Law shall come into effect on November 1, 2021.

第七十四条    本法自2021年11月1日起施行。

Westlaw CHINA