1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC, | Case No. 3:19-cv-07071-SI (AGT) |
| Plaintiffs, | **[PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO COMPEL AND TO TEST THE SUFFICIENCY OF RESPONSES** |
| v. | |
| ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., | Hon. Alex G. Tse |
| Defendants. | |

**1**  　　The Court, having read and considered the joint letter concerning Plaintiffs' Motion to Compel
**2** Further Discovery and to Test the Sufficiency of Responses to Requests for Admission, and good cause
**3** appearing, **ORDERS** that the motion is **GRANTED**.
**4**  　　It is hereby **ORDERED** that Defendant Xiamen 35.Com Internet Technology Co., Ltd. ("35.CN")
**5** must respond to discovery pursuant to the Federal Rules of Civil Procedure as opposed to requiring
**6** Plaintiffs to take discovery from 35.CN pursuant to the Convention on the Taking of Evidence Abroad in
**7** Civil or Commercial Matters, *opened for signature* Mar. 18, 1970, 23 U.S.T. 2555, 847 U.N.T.S. 231.
**8**  　　It is further **ORDERED** that 35.CN must supplement each of its responses to Plaintiffs' first sets
**9** of interrogatories, requests for production, and requests for admission within fourteen days of the date of
**10** this order.
**11**  　　It is further **ORDERED** that 35.CN must produce all documents responsive to Plaintiffs' first set
**12** of requests for production within fourteen days of the date of this order.
**13**
**14**  　　**IT IS SO ORDERED.**
**15**
**16** DATED: _____   　　_____
**17**  　　　　　　　　　　　　　　　　　　　　　　　　　Alex G. Tse
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
**18**
**19**
**20**
**21**
**22**
**23**
**24**
**25**
**26**
**27**
**28**

　　　　　　　　　　　　　　　　　　　　　　　　　[PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO COMPEL
　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 3:19-cv-07071-SI (AGT)