1

**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)

2
Liana W. Chen (Bar No. 296965)
Ruben Peña (Bar No. 328106)

3
Leah Rosa Vulić (Bar No. 343520)

4
150 Post Street, Suite 520
San Francisco, CA 94108

5
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

6
karl@kr.law

7
liana@kr.law
ruben@kr.law

8
leah@kr.law

9
Attorneys for Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

10

11
**UNITED STATES DISTRICT COURT**

12
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

13

14
**FACEBOOK, INC.**, et al.,

Case No. 3:19-cv-07071-SI

15
           Plaintiffs,

16
   v.

**[PROPOSED] ORDER RE: JOINT
LETTER [D.E. 247] RELATING TO (1)
PLAINTIFFS' MOTION TO COMPEL
AND TO TEST THE SUFFICIENCY OF
RESPONSES, AND (2) DEFENDANT
XIAMEN 35.COM TECHNOLOGY CO.,
LTD.'S MOTION FOR A PROTECTIVE
ORDER; DEFENDANT'S
ALTERNATIVE VERSION TO
PLAINTIFFS' PROPOSAL [247-12]**

17
**ONLINENIC INC.**, et al.,

18
           Defendants.

19

20

21

22

23

24

25

26

27

28

1    The Court, having read and considered the joint letter [D.E. 274][1] concerning

2  Plaintiffs' discovery requests to Defendant Xiamen 35.com Technology Co., Ltd. ("35.CN"),

3  and good cause appearing, hereby makes the following orders:

4    Plaintiffs' motion to compel 35.CN to provide further discovery responses and

5  documents is DENIED. The Court notes that 35.CN recently submitted supplemental and

6  amended responses to Plaintiffs' interrogatories and requests for admission, attached to

7  the joint letter, and stated it is reviewing over 1,700 public documents in Chinese.

8    It is further ORDERED that Plaintiffs and 35.CN shall continue to meet and confer

9  regarding the outlined discovery issues and submit another joint five-page letter after **60**

10  **days** from the date of this Order, outlining (1) the specific discovery request numbers that

11  are at issue, and (2) a brief summary of each side's arguments relating to those requests.

12    It is further ORDERED that, to the extent 35.CN's motion for a protective order is

13  consistent with the above, 35.CN's motion is hereby GRANTED.

14    **IT IS SO ORDERED.**

15

16  DATED: _____    _____

17                                            United States Magistrate Judge
                                              for the Northern District of California

18

19

20

_____

21  [1] 35.CN notes that the parties met and conferred about the joint letter [D.E. 274], but ***35.CN***

22  ***did not consent to (and was not provided prior notice of) Plaintiffs' proposed order***

23  ***[D.E. 274-12]***, which is not a joint proposed order and is not tailored to the requests in the
    joint letter – e.g., the proposed order makes no reference to 35.CN's motion for a protective

23  order; it does not address 35.CN's arguments that the discovery is not warranted under

24  the Federal Rules of Civil Procedure or Chinese data security and privacy laws, above the
    requirements of the Hague Convention; it does not outline what specific responses need

25  supplementation and why, including as there are ***hundreds of discovery requests*** and

26  35.CN responded to virtually all written requests, as outlined in the joint letter attached
    exhibits; 35.CN has been producing and reviewing responsive documents and has

27  proposed providing a privilege log if there are remaining documents withheld for Chinese
    laws or other reasons; and it ignores Plaintiffs' own expert declaration, which indicates how

28  production of certain records may violate Chinese laws.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108