**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>                       Plaintiffs,<br><br>        v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and DOES 1-20,<br><br>                       Defendants. | Case No. 3:19-cv-07071-SI (AGT)<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Hon. Alex G. Tse |

The Court, having read and considered Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Response to Defendants' Status Report and Supporting Declaration of Perry J. Narancic (Dkt. No. 55), as well as the motion's supporting papers, and good cause appearing, **ORDERS** that the motion is **GRANTED**.

It if further **ORDERED** that the following documents are to be sealed:

| Document | Text to be Sealed (page(s):line(s)) | Basis for Sealing Portion of Document |
|---|---|---|
| Joint Report | Page 1 ¶ 4 (Referring to Rog. 6) Page 1, n.2 (Referring to Rog. 6) Page 2 ¶ 1 (Referring to Rog. 2) Page 2 ¶ 3 (Referring to RFP 93) [passages highlighted in yellow] | Designated by 35.CN. |
| Joint Report | Page 2 ¶ 2 (Referring to Carrie Yu Deposition) [passages highlighted in purple] | Previously designated by ICANN and sealed by Court (ECF No. 207 at 11 n.4). |
| Xiamen 35.com Technology Co., Ltd.'s Second Amended and Supplemental Responses to Plaintiffs' First Set of Requests for Production (Exhibit 1) | Response Nos. 19 (11:3-7), 20 (11:22-26), 21 (12:13-18), 22 (13:5-7), 23 (13:22-24), 40 (20:8-13), 42 (21:12-15), 46 (23:3-4), 47 (23:17-21), 48 (24:5-10), 50 (25:8-12), 62 (29:23), 72 (33:19-22), 73 (34:5-8), 74 (34:19-21), 75 (35:3-5), 78 (36:12-18), 79 (37:5-11), 93 (43:10-14), 97 (44:27-45:3), and 99 (45:24-28) | Designated by 35.CN. |
| Xiamen 35.com Technology Co., Ltd.'s Second Amended and | Response Nos. 37 (17:14), 44 (20:13), 112 (43:9), 113 (43:19), 115 (44:7), | Designated by 35.CN. |

| | | |
|---|---|---|
| Supplemental Responses to Plaintiffs First Set of Requests for Admission (Exhibit 2) | 116 (44:16), 117 (44:25), and 118 (45:7) | |
| Xiamen 35.com Technology Co., Ltd.'s Second Amended and Supplemental Responses to Plaintiffs' [*sic* – Meta Platform, Inc.'s] First Set of Interrogatories (Exhibit 3) | Response Nos. 2 (4:5-15), 6 (6:20-26), 8 (7:19-21), 13 (9:18-22), 14 (10:10-12), 15 (10:24-26), 16 (11:10-12), 17 (11:24-25), and 18 (12:10-11) | Designated by 35.CN. |

**IT IS SO ORDERED.**

                                                Alex G. Tse
                                        Unites States Magistrate Judge