TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:  213.430.3400
Facsimile:  213.430.3409

DAVIS POLK & WARDWELL LLP
Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
Micah G. Block SBN 270712
micah.block@davispolk.com
Cristina M. Rincon *Pro Hac Vice*
cristina.rincon@davispolk.com
1600 El Camino Real
Menlo Park, CA 94025
Telephone:  650.752.2000
Facsimile:  650.752.2111

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.)
and INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI (AGT)<br><br>**DECLARATION OF DAVID J. STEELE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Hon. Alex G. Tse |

I, David J. Steele, declare as follows:

1. I am an attorney at Tucker Ellis LLP, counsel of record for Plaintiffs in this action. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2. Plaintiffs seek leave to file under seal the following portions of Plaintiffs and Xiamen 35.com Internet Technology Co., Ltd.'s ("35.CN") joint statement identifying specific discovery requests in dispute:

| Document | Text to be Sealed (page(s):line(s)) | Basis for Sealing Portion of Document |
|---|---|---|
| Joint Report | Page 1 ¶ 4 (Referring to Rog. 6)<br>Page 1, n.2 (Referring to Rog. 6)<br>Page 2 ¶ 1 (Referring to Rog. 2)<br>Page 2 ¶ 3 (Referring to RFP 93)<br>[passages highlighted in yellow] | Designated by 35.CN. |
| Joint Report | Page 2 ¶ 2 (Referring to Carrie Yu Deposition)<br>[passages highlighted in purple] | Previously designated by ICANN and sealed by Court (ECF No. 207 at 11 n.4). |
| Xiamen 35.com Technology Co., Ltd.'s Second Amended and Supplemental Responses to Plaintiffs' First Set of Requests for Production (Exhibit 1) | Response Nos. 19 (11:3-7), 20 (11:22-26), 21 (12:13-18), 22 (13:5-7), 23 (13:22-24), 40 (20:8-13), 42 (21:12-15), 46 (23:3-4), 47 (23:17-21), 48 (24:5-10), 50 (25:8-12), 62 (29:23), 72 (33:19-22), 73 (34:5-8), 74 (34:19-21), 75 (35:3-5), 78 (36:12-18), 79 (37:5-11), 93 (43:10-14), 97 (44:27-45:3), and 99 (45:24-28) | Designated by 35.CN. |

2

STEELE DECLARATION IN SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:19-CV-07071-SI (AGT)

| | | |
|---|---|---|
| Xiamen 35.com Technology Co., Ltd.'s Second Amended and Supplemental Responses to Plaintiffs First Set of Requests for Admission (Exhibit 2) | Response Nos. 37 (17:14), 44 (20:13), 112 (43:9), 113 (43:19), 115 (44:7), 116 (44:16), 117 (44:25), and 118 (45:7) | Designated by 35.CN. |
| Xiamen 35.com Technology Co., Ltd.'s Second Amended and Supplemental Responses to Plaintiffs' [*sic* – Meta Platform, Inc.'s] First Set of Interrogatories (Exhibit 3) | Response Nos. 2 (4:5-15), 6 (6:20-26), 8 (7:19-21), 13 (9:18-22), 14 (10:10-12), 15 (10:24-26), 16 (11:10-12), 17 (11:24-25), and 18 (12:10-11) | Designated by 35.CN. |

3. These responses were designated as "CONFIDENTIAL" by 35.CN pursuant to the terms of the protective order entered in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 5, 2022.

          /s/David J. Steele
          DAVID J. STEELE