UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **META PLATFORMS, INC.**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**ONLINENIC INC.**, et al.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S ADMINITRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO LOCAL CIVIL RULE 79-5** |

Before the Court is the Administrative Motion to File Documents Under Seal ("Motion") of Defendant Xiamen 35.com Technology Co., Ltd. ("Defendant"), requesting that the Court seal narrowly tailored portions of Defendant's Third Amended and Supplemental Objections and Responses to Plaintiffs' First Sets of Requests for Production and Interrogatories in support of the Joint Letter filed by both parties on August 5, 2022 [D.E. No. 257].

Defendant seeks to seal the referenced documents and has submitted, under seal, unredacted copies of the above documents. Having considered the Motion and the supporting Declaration of Karl S. Kronenberger in support thereof, the pleadings on file, and any other relevant materials,

IT IS HEREBY ORDERED that the following material shall be maintained under seal as follows:

| Material Requested to Be Sealed | | Sealing Granted or Denied |
|---|---|---|
| **Interrogatories** | | |
| Page(s) | Line Numbers | |
| 4 | 6-23 | |
| 6-7 | 21-8 | |
| 7-8 | 28-10 | |
| 9-10 | 28-9 | |
| 10 | 19-26 | |
| 11 | 5-11, 18-24 | |
| 12 | 3-6, 13-16 | |
| **Requests for Production** | | |
| Page(s) | Line Numbers | |
| 12 | 13-26 | |
| 13 | 5-21 | |
| 13-14 | 28-15 | |

| | | |
|---|---|---|
| 14 | 22-28 | |
| 15 | 1-7, 14-27 | |
| 22 | 4-17 | |
| 23 | 8-16 | |
| 24-25 | 24-5 | |
| 25 | 12-21 | |
| 25-26 | 27-9 | |
| 26-27 | 27-8 | |
| 30-31 | 27-4 | |
| 34-35 | 23-5 | |
| 35 | 11-21 | |
| 35-36 | 27-8 | |
| 36 | 14-24 | |
| 37-38 | 26-9 | |
| 38-39 | 19-2 | |
| 44 | 19-28 | |
| 46 | 7-16 | |
| 47 | 5-14 | |

**IT IS SO ORDERED.**


DATED: _____        _____
                              United States Magistrate Judge
                              for the Northern District of California