**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Liana W. Chen (Bar No. 296965)
Ruben Peña (Bar No. 328106)
Leah Rosa Vulić (Bar No. 343520)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
liana@kr.law
ruben@kr.law
leah@kr.law

Attorneys for Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **META PLATFORMS, INC.**, et al., | Case No. 3:19-cv-07071-SI |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| **ONLINENIC INC.**, et al., | |
| Defendants. | |

# CERTIFICATE OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California, 94108.

On August 5, 2022 I served the following documents:

1. **DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO LOCAL CIVIL RULE 79-5;**
2. **DECLARATION OF KARL S. KRONENBERGER IN SUPPORT OF DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S ADMINITRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO LOCAL CIVIL RULE 79-5;**
3. **[PROPOSED] ORDER GRANTING DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S ADMINITRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO LOCAL CIVIL RULE 79-5;**
4. **EXHIBIT 4 [REDACTED DOCUMENT REQUESTED TO BE SEALED];**
5. **EXHIBIT 4 [UNREDACTED DOCUMENT REQUESTED TO BE SEALED];**
6. **EXHIBIT 5 [REDACTED DOCUMENT REQUESTED TO BE SEALED]; and**
7. **EXHIBIT 5 [UNREDACTED DOCUMENT REQUESTED TO BE SEALED]**

on the parties listed below as follows:

*Attorneys for Plaintiffs:*

TUCKER ELLIS LLP
David J. Steele
Howard A. Kroll
Steven E. Lauridsen
Jeffrey C. Sindelar
Helena M. Guye
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
david.steele@tuckerellis.com
howard.kroll@tuckerellis.com
steven.lauridsen@tuckerellis.com
jeffrey.sindelar@tuckerellis.com
helena.guye@tuckerellis.com

*Attorneys for Non-Party Internet Corporation for Assigned Names and Numbers (ICANN):*

Eric P. Enson
Jones Day
epenson@jonesday.com

*Attorneys for Plaintiffs:*

DAVIS POLK & WARDWELL LLP
Ashok Ramani
Micah G. Block
Cristina M. Rincon
1600 El Camino Real
Menlo Park, CA 94025
ashok.ramani@davispolk.com
micah.block@davispolk.com
cristina.rincon@davispolk.com

*Attorneys for Defendants OnlineNIC, Inc and Domain ID Shield Service Co., Limited:*

LEXANALYTICA, PC
Perry J. Narancic
2225 E. Bayshore Road, Suite 200
Palo Alto, CA 94303
pjn@lexanalytica.com

Case No. 3:19-cv-07071-SI     1     **CERTIFICATE OF SERVICE**

| | |
|---|---|
| [X] | BY ELECTRONIC SERVICE, to the electronic service address(es) of the persons listed above. My electronic service address is: leah@kr.law. |
| [X] | (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |

DATED:  August 5, 2022

*Leah Vulić* (signature)

Leah Rosa Vulić

Case No. 3:19-cv-07071-SI      2      **CERTIFICATE OF SERVICE**