# Exhibit 2

TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

DAVIS POLK & WARDWELL LLP
Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
Micah G. Block SBN 270712
micah.block@davispolk.com
Cristina M. Rincon (*Pro Hac Vice*)
cristina.rincon@davispolk.com
1600 El Camino Real
Menlo Park, CA 94025
Telephone:    650.752.2000
Facsimile:    650.752.2111

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.)
and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>               Plaintiffs,<br><br>    v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>               Defendants. | Case No. 3:19-cv-07071-SI (AGT)<br><br>**DECLARATION OF 麦铭辉 (MAI MING HUI) REGARDING DOCUMENTS PRODUCED BY XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.**<br><br>Hon. Alex G. Tse |

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis

I, 麦铭辉 (Mai Ming Hui), declare as follows:

1.    I am Managing Partner of MMLC Group, a law firm with offices in Beijing, People's Republic of China. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2.    My firm was retained by Plaintiffs to analyze certain Chinese-language documents that I am informed Defendant Xiamen 35.Com Internet Technology Co., Ltd. ("35.CN") produced in this litigation. These documents bear Bates Nos. 35CN001120-35CN009368 (the "35.CN Documents").

3.    My firm has completed its review of the 35.CN Documents. The following paragraphs of this declaration states either the title or a reasonable description of each of the 35.CN Documents followed by where each of those documents is available to the public.

4.    35.CN's 2009 through 2022 annual reports, semi-annual reports, quarterly reports, and report summaries are publicly available on the website for the Shenzhen Stock Exchange, the securities authority for the People's Republic of China. This website is accessible at http://www.szse.cn/disclosure/listed/notice/.

5.    35.CN's 2009 through 2018 and 2021 third-party auditor's reports are publicly available on the [NetEase Finance] website, accessible at https://quotes.money.163.com/stock.

6.    35.CN's 2010 through 2011 and 2014 through 2019 "Articles of Association" documents are publicly available on the Shenzhen Stock Exchange website.

7.    35.CN's "Work Rules for Independent Directors Annual Report" document is publicly available on the Shenzhen Stock Exchange website.

8.    35.CN's "Internal Audit System" document is publicly available on the Shenzhen Stock Exchange website.

9.    35.CN's "Informational Disclosure Affairs Management System" document is publicly available on the Shenzhen Stock Exchange website.

10.    35.CN's "Financial Management System" document is publicly available on the Shenzhen Stock Exchange website.

11.    35.CN's "Accountability System for Major Errors in Information Disclosure in Annual Reports" document is publicly available on the Shenzhen Stock Exchange website.

TUCKER ELLIS LLP

Chicago ◆ Cleveland ◆ Columbus ◆ Houston ◆ Los Angeles ◆ San Francisco ◆ St. Louis

12.    35.CN's "Management System" document concerning company shares held by directors, supervisors, and senior managers, as well management of share changes, is publicly available on the Shenzhen Stock Exchange website.

13.    35.CN's "Insider Registration System" document is publicly available on the Shenzhen Stock Exchange website.

14.    35.CN's "External Information User Management System" document is publicly available on the Shenzhen Stock Exchange website.

15.    35.CN's "Payment Receipt Management System" document is publicly available on the Shenzhen Stock Exchange website

16.    35.CN's "Audit Committee Annual Report Work Regulations" document is publicly available on the Shenzhen Stock Exchange website.

17.    35.CN's "Working Rules of the Audit Committee of the Board of Directors" document is publicly available on the Shenzhen Stock Exchange website.

18.    35.CN's "Rules of Procedure of the Board of Directors" document is publicly available on the Shenzhen Stock Exchange website.

19.    35.CN's "Company Executive Salary Adjustment and Performance Special Incentive Scheme" documentation is publicly available on the [CFi.CN] website, accessible at https://www.cfi.net.cn/p20120425001303.html.

20.    35.CN's "Code of Conduct for Controlling Shareholders and Actual Controllers" document is publicly available on the Shenzhen Stock Exchange website.

21.    35.CN's "Measures for the Administration of the Submission and Use of External Information" document is publicly available on the Shenzhen Stock Exchange website.

22.    35.CN's "Financial Management System" document, as amended in 2013, is publicly available on the Shenzhen Stock Exchange website.

23.    35.CN's "Insider Registration System" document, as amended in 2012, is publicly available on the Shenzhen Stock Exchange website.

24.    35.CN's "Procedures and Rules for Investment Decision-Making" document, as amended in 2012, is publicly available on the Shenzhen Stock Exchange website.

TUCKER ELLIS LLP

Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis

3

TUCKER ELLIS LLP

Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis

25.    35.CN's "Raised Funds Management System" document is publicly available on the Shenzhen Stock Exchange website.

26.    35.CN's 2012 and 2016 "Measures for the Evaluation of the Implementation of Equity Incentive Plans" documents are publicly available on the Shenzhen Stock Exchange website.

27.    35.CN's "Subsidiary Management System" document is publicly available on the Shenzhen Stock Exchange website.

28.    35.CN's "gTLD Registration Agreement" document is publicly available on the [35 Mall] website, accessible at https://mall.35.com/protocol/%E4%B8%89%E4%BA%94%E4%BA%92%E8%81%94%E5%9F%9F%E5%90%8D%E6%B3%A8%E5%86%8C%E5%8D%8F%E8%AE%AE.pdf.

29.    35.CN's 35.com "Member Service Agreement" document is publicly available on the on the [35 Mall] website, accessible at https://mall.35.com/protocol/%E4%B8%89%E4%BA%94%E4%BA%92%E8%81%94%E7%A7%91%E6%8A%80%E8%82%A1%E4%BB%BD%E6%9C%89%E9%99%90%E5%85%AC%E5%8F%B8%E7%94%A8%E6%88%B7%E5%8D%8F%E8%AE%AE.pdf.

30.    35.CN's "Resolutions of Supervisors" documents, issued in 2010 through 2022, are publicly available on the [Shenzhen Stock Exchange] website, accessible at http://www.szse.cn/disclosure/listed/notice/.

31.    35.CN's "Resolutions of Board of Directors" documents, issued in 2010 through 2022, are publicly available on the [Shenzhen Stock Exchange] website, accessible at http://www.szse.cn/disclosure/listed/notice/.

32.    35.CN's "Articles of Association," as updated in 2021, are publicly available on the [Shenzhen Stock Exchange] website, accessible at http://www.szse.cn/disclosure/listed/notice/.

*[signature appears on following page]*

1        I declare under penalty of perjury under the laws of the United States that the foregoing is true and

2    correct and that this declaration was executed on September 8, 2022 in Brisbane, Australia.

3

4

5    _____

6    麦铭辉 (Mai Ming Hui)

TUCKER ELLIS LLP

Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis

5