TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:     213.430.3400
Facsimile:     213.430.3409

DAVIS POLK & WARDWELL LLP
Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
Micah G. Block SBN 270712
micah.block@davispolk.com
Cristina M. Rincon (*Pro Hac Vice*)
Cristina.rincon@davispolk.com
1600 El Camino Real
Menlo Park, CA 94025
Telephone:     650.752.2000
Facsimile:     650.752.2111

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.)
and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>             Plaintiffs,<br><br>     v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>             Defendants. | Case No. 3:19-cv-07071-SI (AGT)<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL INDIVIDUAL STATEMENT REGARDING STATUS OF ONGOING DISCOVERY DISPUTES**<br><br>Hon. Alex G. Tse |

Plaintiffs Meta Platforms, Inc. (fka Facebook, Inc.) and Instagram, LLC (collectively "Plaintiffs") hereby move the Court for leave to file a supplemental individual statement regarding the status of Plaintiffs' ongoing discovery disputes with Defendant Xiamen 35.Com Internet Technology Co., Ltd ("35.CN"). On August 16, 2022, the Court ordered the parties to file a joint statement reporting the status of all outstanding discovery issues by September 9, 2022. (ECF No. 261.) On the evening of September 8, 35.CN served Fourth Amended Request for Production Responses, Third Amended Request for Admission Responses, and an amended appendix to 35.CN's written discovery responses. The morning of September 9, 35.CN served a ninth document production. 35.CN then claimed in its portion of the September 9, 2022 Joint Statement that these discovery supplements rendered Plaintiffs' portion of the Joint Statement "nearly all moot." ECF No. 263 at 15.

35.CN's practice of serving last-minute discovery supplements and then claiming outstanding discovery deficiencies have been mooted[1] deprives Plaintiffs of adequate time to analyze discovery responses and productions before joint statements are due. This practice also leaves the Court in limbo, depriving it of an accurate report on the status of the parties' discovery disputes.

In order to update this Court on the status of the parties' discovery disputes, Plaintiffs respectfully seek leave to file the proposed Supplemental Individual Statement attached hereto as Exhibit A. After Plaintiffs' review of 35.CN's latest sets of supplemental discovery, significant discovery disputes remain between the parties.

---

[1] 35.CN similarly falsely claimed to moot its discovery deficiencies in the August 5, 2022 Joint Statement to the Court by amending its discovery responses and supplementing productions the afternoon of August 5. ECF No. 258.04 at 2.

1

PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL
INDIVIDUAL STATEMENT REGARDING STATUS OF ONGOING DISCOVERY DISPUTES
Case No. 3:19-cv-07071-SI (AGT)

DATED: September 25, 2022        Tucker Ellis LLP

By: /s/David J. Steele
    David J. Steele
    Howard A. Kroll
    Steven E. Lauridsen

Davis Polk & Wardwell, LLP
    Ashok Ramani
    Micah G. Block
    Cristina M. Rincon

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka
FACEBOOK, INC.) and INSTAGRAM, LLC