# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>            Plaintiffs,<br><br>      v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>            Defendants. | Case No. 3:19-cv-07071-SI (AGT)<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL INDIVIDUAL STATEMENT REGARDING STATUS OF ONGOING DISCOVERY DISPUTES**<br><br>Hon. Alex G. Tse |

The Court, having read and considered Plaintiffs' Motion for Leave to File Supplemental Individual Statement Regarding Status of Ongoing Discovery Disputes, and good cause appearing, **ORDERS** that the Motion is **GRANTED**.

**IT IS SO ORDERED.**

_____
Alex G. Tse
Unites States Magistrate Judge