TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:	213.430.3400
Facsimile:	213.430.3409

DAVIS POLK & WARDWELL LLP
Ashok Ramani SBN 200020
ashok.ramani@davispolk.com
Micah G. Block SBN 270712
micah.block@davispolk.com
Cristina M. Rincon *Pro Hac Vice*
cristina.rincon@davispolk.com
1600 El Camino Real
Menlo Park, CA 94025
Telephone:	650.752.2000
Facsimile:	650.752.2111

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.)
and INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>　　　　　　Defendants. | Case No. 3:19-cv-07071-SI (AGT)<br><br>**DECLARATION OF DAVID J. STEELE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Hon. Alex G. Tse |

I, David J. Steele, declare as follows:

1. I am an attorney at Tucker Ellis LLP, counsel of record for Plaintiffs in this action. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2. Plaintiffs seek leave to file under seal the following portions of Plaintiffs' Proposed Supplemental Individual Statement Regarding Status of Ongoing Discovery Disputes:

| Document | Text to be Sealed (page(s):line(s)) | Basis for Sealing Portion of Document |
|---|---|---|
| Supplemental Individual Statement | Pages 2–3, 6–8 [passages highlighted] | Designated by 35.CN or OnlineNIC |
| Sindelar Declaration | Page 2:1–4, ¶ 5<br>Page 2:14–17, ¶ 9<br>Page 2:18–19, ¶ 10<br>Page 2:23–28, ¶ 11<br>Page 3:3, ¶ 12<br>Page 3:8, ¶ 13<br>Page 3:13–17, ¶ 14<br>Page 3:20–25, ¶ 15<br>Page 3:26–4:1, ¶ 16<br>[passages highlighted] | Designated by 35.CN |
| Sindelar Declaration | Page 4:3–15, ¶ 17 [passages highlighted] | Designated by OnlineNIC |
| Defendant Xiamen 35.com Internet Technology Co., Ltd.'s Fourth Amended and Supplemental Objections and Responses to Plaintiffs' First | Page 26:6 (Response to RFP No. 62) [passages highlighted] | Designated by 35.CN |

2

| | | |
|---|---|---|
| Set of Requests for Production (Exhibit 1 to Sindelar Declaration) | | |
| Defendant Xiamen 35.com Internet Technology Co., Ltd.'s Third Amended and Supplemental Objections and Responses to Plaintiffs' First Set of Requests for Admission (Exhibit 2 to Sindelar Declaration) | Page 16:9 (Response to RFA No. 37) Page 19:1 (Response to RFA No. 43) Page 19:8 (Response to RFA No. 44) Page 38:19 (Response to RFA No. 112) Page 38:28 (Response to RFA No. 113) Page 39:16 (Response to RFA No. 115) Page 39:25 (Response to RFA No. 116) Page 40:7 (Response to RFA No. 117) Page 40:16 (Response to RFA No. 118) | Designated by 35.CN |
| Defendant Xiamen 35.com Internet Technology Co., Ltd.'s Fourth Amended and Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Exhibit 3 to Sindelar Declaration) | Page 4:2–11 (Response to Interrogatory No. 2) Page 6:4–20 (Response to Interrogatory No. 6) Page 7:11–13 (Response to Interrogatory No. 8) Page 9:10–14 (Response to Interrogatory No. 13) Page 10:1–3 (Response to Interrogatory No. 14) | Designated by 35.CN |

| | | |
|---|---|---|
| | Page 10:13 (Response to Interrogatory No. 15) | |
| | Page 10:23 (Response to Interrogatory No. 16) | |
| | Page 11:3 (Response to Interrogatory No. 17) | |
| | Page 11:11 (Response to Interrogatory No. 18) | |
| 35CN017283–91 (Exhibit 4 to Sindelar Declaration) | Entire Document | Designated by 35.CN |
| 35CN009422 (Exhibit 5 to Sindelar Declaration) | Entire Document | Designated by 35.CN |
| 35CN009423 (Exhibit 6 to Sindelar Declaration) | Entire Document | Designated by 35.CN |
| 35CN009399 (Exhibit 7 to Sindelar Declaration) | Entire Document | Designated by 35.CN |
| 35CN017271–82 (Exhibit 8 to Sindelar Declaration) | Entire Document | Designated by 35.CN |
| OnlineNIC 187254–57 (Exhibit 9 to Sindelar Declaration) | Entire Document | Designated by OnlineNIC |
| OnlineNIC 187254–57 (Exhibit 10 to Sindelar Declaration) | Entire Document | Designated by OnlineNIC |

3.  These responses were designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY" by 35.CN or OnlineNIC, as indicated above, pursuant to the terms of the protective order entered in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and

4

1  correct and that this declaration was executed on September 25, 2022.

3           /s/David J. Steele
            DAVID J. STEELE