1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and DOES 1-20,<br><br>Defendants. | Case No. 3:19-cv-07071-SI (AGT)<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Hon. Alex G. Tse |

The Court, having read and considered Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Proposed Supplemental Individual Statement Regarding Status of Ongoing Discovery Disputes, and good cause appearing, **ORDERS** that the motion is **GRANTED**.

It is further **ORDERED** that the following documents are to be sealed:

| Document | Text to be Sealed (page(s):line(s)) | Basis for Sealing Portion of Document |
|---|---|---|
| Supplemental Individual Statement | Pages 2–3, 6–8 [passages highlighted] | Designated by 35.CN or OnlineNIC |
| Sindelar Declaration | Page 2:1–4, ¶ 5<br>Page 2:14–17, ¶ 9<br>Page 2:18–19, ¶ 10<br>Page 2:23–28, ¶ 11<br>Page 3:3, ¶ 12<br>Page 3:8, ¶ 13<br>Page 3:13–17, ¶ 14<br>Page 3:20–25, ¶ 15<br>Page 3:26–4:1, ¶ 16<br>[passages highlighted] | Designated by 35.CN |
| Sindelar Declaration | Page 4:3–15, ¶ 17 [passages highlighted] | Designated by OnlineNIC |
| Defendant Xiamen 35.com Internet Technology Co., Ltd.'s Fourth Amended and Supplemental Objections and Responses to Plaintiffs' First Set of Requests for Production (Exhibit 1 to Sindelar | Page 26:6 (Response to RFP No. 62) [passages highlighted] | Designated by 35.CN |

| | | |
|---|---|---|
| Declaration) | | |
| Defendant Xiamen 35.com Internet Technology Co., Ltd.'s Third Amended and Supplemental Objections and Responses to Plaintiffs' First Set of Requests for Admission (Exhibit 2 to Sindelar Declaration) | Page 16:9 (Response to RFA No. 37) <br> Page 19:1 (Response to RFA No. 43) <br> Page 19:8 (Response to RFA No. 44) <br> Page 38:19 (Response to RFA No. 112) <br> Page 38:28 (Response to RFA No. 113) <br> Page 39:16 (Response to RFA No. 115) <br> Page 39:25 (Response to RFA No. 116) <br> Page 40:7 (Response to RFA No. 117) <br> Page 40:16 (Response to RFA No. 118) | Designated by 35.CN |
| Defendant Xiamen 35.com Internet Technology Co., Ltd.'s Fourth Amended and Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Exhibit 3 to Sindelar Declaration) | Page 4:2–11 (Response to Interrogatory No. 2) <br> Page 6:4–20 (Response to Interrogatory No. 6) <br> Page 7:11–13 (Response to Interrogatory No. 8) <br> Page 9:10–14 (Response to Interrogatory No. 13) <br> Page 10:1–3 (Response to Interrogatory No. 14) <br> Page 10:13 (Response to Interrogatory No. 15) | Designated by 35.CN |

| | Page 10:23 (Response to Interrogatory No. 16) Page 11:3 (Response to Interrogatory No. 17) Page 11:11 (Response to Interrogatory No. 18) | |
|---|---|---|
| 35CN017283–91 (Exhibit 4 to Sindelar Declaration) | Entire Document | Designated by 35.CN |
| 35CN009422 (Exhibit 5 to Sindelar Declaration) | Entire Document | Designated by 35.CN |
| 35CN009423 (Exhibit 6 to Sindelar Declaration) | Entire Document | Designated by 35.CN |
| 35CN009399 (Exhibit 7 to Sindelar Declaration) | Entire Document | Designated by 35.CN |
| 35CN017271–82 (Exhibit 8 to Sindelar Declaration) | Entire Document | Designated by 35.CN |
| OnlineNIC 187254–57 (Exhibit 9 to Sindelar Declaration) | Entire Document | Designated by OnlineNIC |
| OnlineNIC 187254–57 (Exhibit 10 to Sindelar Declaration) | Entire Document | Designated by OnlineNIC |

**IT IS SO ORDERED.**

_____
Alex G. Tse
Unites States Magistrate Judge