1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:      213.430.3400
Facsimile:      213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC.
(fka FACEBOOK, INC.) and
INSTAGRAM, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>             Plaintiffs,<br><br>       v.<br><br>ONLINENIC INC., et al.,<br><br>             Defendants. | Case No. 3:19-cv-07071-SI (AGT)<br><br>**DECLARATION OF HOWARD A. KROLL IN SUPPORT OF PLAINTIFFS' PORTION OF JOINT STATEMENT**<br><br>Hon. Alex G. Tse |

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

1   I, Howard A. Kroll, declare:

2      1.      I am a partner at Tucker Ellis LLP, counsel of record for Plaintiffs in this action. I make

3   this declaration based on my personal knowledge and, if called as a witness, would testify competently

4   concerning each of the following facts.

5      2.      On May 27, 2021, pursuant to the Court's May 11, 2021 Order (Doc. 104), Plaintiffs

6   propounded Special Court Ordered Interrogatories to Defendants OnlineNIC, Inc. and Domain ID Shield

7   Services Co., Limited (collectively, "the OnlineNIC Defendants"). The OnlineNIC Defendants served

8   Plaintiffs with their Responses to the Special Court Ordered Interrogatories (the "OnlineNIC Responses")

9   on June 10, 2021. A true and correct copy of the OnlineNIC Responses, including exhibits designated

10  "CONFIDENTIAL" pursuant to the Protective Order, is attached to this Declaration as Exhibit 1.

11     3.      Exhibits 5.1 and 5.2 to the OnlineNIC Responses █████████████████

12  ████████████████████████████

13     4.      Exhibit 6 to the OnlineNIC Responses █████████████████████

14  ██████████████████

15     5.      The OnlineNIC Defendants produced lists of employees of Xiamen 35.com Internet

16  Technology Co., Ltd. ("35.CN") who performed work for the OnlineNIC Defendants. I have reviewed

17  those lists of 35.CN employees and found that many of the individuals loaning money to OnlineNIC

18  ████████████████████████████████████████

19  ████████████████████████████████████████

20  ████████████████████████████████████████

21  ████████████████████████████████████████

22  ████████████████████████████████████████

23  ████████████████████████████████████████

24  ████████████████████████████████████████

25  ████████████████████████████████████████

26  ████████████████████████████████████████

27     6.      ██████████████████████████████████

28  ████████████████████████████████████████

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

TUCKER ELLIS LLP

Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

1    ████████████

2    7.    In May 2021, OnlineNIC produced its bank statements with Citibank N.A. from May 1,

3    2014 to April 30, 2019 (although it did not include the July 2018 bank statement). Each of these bank

4    statements are designated "CONFIDENTIAL" by OnlineNIC pursuant to the Protective Order (Bates

5    Stamp Nos. ONLINENIC 285133–382). 35.CN's 4th Amended Responses to Plaintiffs' Interrogatory

6    Nos. 15 and 16 (for which 35.CN's counsel has pointed Plaintiffs to 35.CN's production of two

7    spreadsheets bearing Bates numbers 35CN009422–23) are inconsistent with ████████████

8    ████████████████████████████████████████████

9    ████████████████████████████████████████████

10   ████████████████, 35CN009422–23. True and correct copies of PDF images of 35CN009422–

11   23 are attached to this Declaration as Exhibit 2. 35.CN designated 35CN009422–23 as

12   "CONFIDENTIAL" pursuant to the Protective Order. Copies of the relevant portions of OnlineNIC's

13   CONFIDENTIAL bank statements are attached to this Declaration as Exhibit 3.

14   8.    35.CN's 4th Amended Responses to Plaintiffs' Interrogatory Nos. 15 and 16 ████

15   ████████████████████████████████████████████

16   ████████████████████████████ Copies of the relevant portions

17   of these CONFIDENTIAL bank statements are attached to this Declaration as Exhibit 4.

18   9.    Discovery against Defendants has produced conflicting information concerning when or if

19   Shaohui Gong sold OnlineNIC. 35.CN has indicated Shaohui Gong sold OnlineNIC to Rex Liu in 2007;

20   OnlineNIC has claimed it was sold by Shaohui Gong to Zhipo Chen in 2009. Documents OnlineNIC later

21   filed with the California Franchise Tax Board indicate ████████████████████████

22   ████ In particular, ████████████████████████████████

23   ████████████████████ Copies of the first pages of these tax returns and ████████

24   ████████████████ are attached to this Declaration as Exhibit 5. OnlineNIC designated

25   these tax return documents "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to

26   the Protective Order in this case.

27   10.    In response to 35.CN's counsel's suggestion that no responsive communications between

28   35.CN and OnlineNIC existed concerning the work performed for OnlineNIC by employees of 35.CN,

2

counsel for Plaintiffs informed 35.CN's counsel that OnlineNIC had already produced several such communications. A representative sample of such communications are attached to this Declaration as Exhibit 6. OnlineNIC designated these communications CONFIDENTIAL pursuant to the Protective Order.

11.    In response to Request for Production Nos. 93 93, 95, 97, 99, 101, 103—in which Plaintiffs seek documents reflecting funds transferred or payments made between 35.CN and OnlineNIC, including documents reflecting payments either entity made on behalf of or for the benefit of the other—35.CN's counsel has informed Plaintiffs' counsel that it has produced responsive documents; however, the only documents 35.CN's counsel identifies from its productions are two spreadsheets (35CN009422–23, discussed above at ¶ 7 and attached to this Declaration as Exhibit 2) ███████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ███████████████████████████████

12.    Exhibits 5.1 and 6 to the OnlineNIC Responses (attached to this Declaration as part of Exhibit 1) ██████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ███████████████████████████

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on October 28, 2022, in Encino, California.

 /s/Howard A. Kroll
HOWARD A. KROLL

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

# Exhibit 1 [REDACTED DOCUMENT PROPOSED TO BE FILED UNDER SEAL]

1
2
3
4

Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
2225 E. Bayshore Road, Suite 200
Palo Alto, CA  94303
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

5
6

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE
CO., LIMITED

7

8        **UNITED STATES DISTRICT COURT**

9        **NORTHERN DISTRICT OF CALIFORNIA**

10

11    FACEBOOK, INC. and INSTAGRAM,        Case No. 19-CV-07071-SVK
      LLC
12                                          **RESPONSES OF ONLINENIC, INC.**
                     Plaintiffs,            **AND DOMAIN ID SHIELD TO**
13                                          **PLAINTIFF FACEBOOK, INC.'S**
             v.                             **SPECIAL COURT ORDERED**
14                                          **INTERROGATORIES.**
      ONLINENIC, INC. and DOMAIN ID
15    SHIELD SERVICE CO., LIMITED.
16                   Defendants.
17

18
19    PROPOUNDING PARTY:          Facebook, Inc.

20    RESPONDING PARTY:           OnlineNIC, Inc. and Domain ID Shield Services Co., Limited

21    SET NO.:                    One (1)

22

23         Defendants OnlineNIC, Inc. and Domain ID Shield Services Co., Limited ("Defendants")

24    hereby respond to Facebook, Inc.'s Special Court Ordered Interrogatories as follows:

                                PRELIMINARY STATEMENT
25
26         A.      The specific responses as set forth below are for the purposes of discovery only and

27    Defendants do not intend to waive, but expressly reserve, any and all objections and may have to

28    the relevance, competence, materiality, admissibility or use at trial of any information, documents

- 1-

or writings produced, identified or referred to herein. All such objections may be made at any time up to and including the time of trial.

B.     The following responses are based on information reasonably available to Defendants as of the date of these responses, and upon documents that are in the possession, custody or control of Defendants. Defendants' investigation and search for documents and things responsive to these requests are ongoing. Pursuant to Federal Rule of Civil Procedure 26, Defendants specifically reserve the right to revise, supplement and/or amend these responses and, if necessary, to assert additional objections arising from further investigation.

C.     Defendants expressly reserve their right to rely, at any time during trial, upon subsequently discovered information or information omitted from the specific responses set forth below as a result of mistake, oversight, or inadvertence.

E.     Capitalized terms, unless otherwise defined herein, have the same meaning as set forth in Plaintiff's interrogatories.

## RESPONSES

**SPECIAL INTERROGATORY NO. 1:**

Explain in detail all payments made by ONLINENIC and DOMAIN ID SHIELD to 35.CN between 2009 and the present day, including the date, amount and reason for the payment.

**RESPONSE TO INTERROGATORY NO. 1:**

Responsive information is located at Exhibit 1.

**SPECIAL INTERROGATORY NO. 2:**

Explain in detail all payments made by 35.CN to or on behalf of ONLINENIC and DOMAIN ID SHIELD between 2009 and the present day, including the date, amount and reason for the payment.

**RESPONSE TO INTERROGATORY NO. 2:**

Responsive information is located at Exhibit 2.

**SPECIAL INTERROGATORY NO. 3:**

Explain in detail all loans made by ONLINENIC and DOMAIN ID SHIELD to any PERSON or PERSONS between 2009 and the present day, including but not limited to the name of the PERSON or PERSONS, the amount of the loan, the terms of the loan (i.e., interest rate, payment, length), any security provided for the loan and the reason for the loan.

**RESPONSE TO INTERROGATORY NO. 3:**

Responsive information is located at Exhibit 3.

**SPECIAL INTERROGATORY NO. 4:**

Explain in detail all payments made by the PERSON or PERSON identified in response to Special Interrogatory No. 3 to pay back the loans made by ONLINENIC and DOMAIN ID SHIELD.

**RESPONSE TO INTERROGATORY NO. 4:**

None.

**SPECIAL INTERROGATORY NO. 5:**

Explain in detail all loans made by any PERSON or PERSONS to or on behalf of ONLINENIC and DOMAIN ID SHIELD between 2009 and the present day, including but not limited to the name of the lender, the amount of the loan, the terms of the loan (i.e., interest rate, payment, length), any security provided for the loan and the reason for the loan.

**RESPONSE TO INTERROGATORY NO. 5:**

Responsive information is located at Exhibit 5.1 and 5.2.

**SPECIAL INTERROGATORY NO. 6:**

Explain in detail all payments made by ONLINENIC and DOMAIN ID SHIELD, or any other PERSON or PERSONS on behalf of ONLINENIC and DOMAIN ID SHIELD, to pay back the loans identified in response to Special Interrogatory No. 5.

**RESPONSE TO INTERROGATORY NO. 1:**

Responsive information is located at Exhibit 6.

**SPECIAL INTERROGATORY NO. 7:**

ITEMIZE all financial support provided to DOMAIN ID SHIELD as referenced in the Notes to DOMAIN ID SHIELD's financial statements (ONLINENIC_283796 – ONLINENIC_283906), including but not limited to the amount, the date provided and the PERSON or PERSONS providing the financial support.

**RESPONSE TO INTERROGATORY NO. 7:**

Responsive information is located at Exhibit 7.

**SPECIAL INTERROGATORY NO. 8:**

ITEMIZE and explain in detail ONLINENIC's expense of "Salaries, Wages and Benefits" as listed in ONLINENIC's financial statements and tax returns from 2009 to the present, and IDENTIFY the PERSON or PERSONS who paid and received the "Salaries, Wages and Benefits" and the job title for the work they performed for ONLINENIC.

**RESPONSE TO INTERROGATORY NO. 8:**

Responsive information is located at Exhibit 8-9.

**SPECIAL INTERROGATORY NO. 9:**

ITEMIZE and explain in detail ONLINENIC's expense of "Compensation of Officers" as listed in ONLINENIC's financial statements and tax returns from 2009 to the present, and IDENTIFY the PERSON or PERSONS who paid and received the "Compensation of Officers."

**RESPONSE TO INTERROGATORY NO. 9:**

Responsive information is located at Exhibit 8-9.

**SPECIAL INTERROGATORY NO. 10:**

Explain in detail ONLINENIC's expense of "IDC" as listed in ONLINENIC's financial statements and tax returns from 2009 to the present, including ITEMIZING the expense, IDENTIFYING the PERSON or PERSONS who paid and received payment for the "IDC" expense and the reasons why ONLINENIC was obligated to pay the "IDC" expense.

**RESPONSE TO INTERROGATORY NO. 10:**

Responsive information is located at Exhibit 10. "IDC" refers to "Internet Data Center" i.e. the costs associated with hosting and maintaining servers and computers.

**SPECIAL INTERROGATORY NO. 11:**

Explain in detail ONLINENIC's expense of "Finance Fees" as listed in ONLINENIC's financial statements and tax returns from 2009 to the present, including ITEMIZING the expense, IDENTIFYING the PERSON or PERSONS who paid and received payment for the "Finance Fees" expense and the reasons why ONLINENIC was obligated to pay the "Finance Fees" expense.

**RESPONSE TO INTERROGATORY NO. 11:**

Responsive information is located at Exhibit 11. "Finance Fees" include: (a) bank fees, (c) credit card fees, and (c) gateway fees charged through Authorize.net related to processing credit card payments.

**SPECIAL INTERROGATORY NO. 12:**

Explain in detail ONLINENIC's expense of "Technique Exploitation and Service Charge" as listed in ONLINENIC's financial statements and tax returns from 2009 to the present, including ITEMIZING the expense, IDENTIFYING the PERSON OR PERSONS who paid and received payment for the "Technique Exploitation and Service Charge" and the reasons why ONLINENIC was obligated to pay the "Technique Exploitation and Service Charge."

**RESPONSE TO INTERROGATORY NO. 12:**

Responsive information is located at Exhibit 12.

**SPECIAL INTERROGATORY NO. 13:**

Explain in detail ONLINENIC's expense of "Consulting Fee" as listed in ONLINENIC's financial statements and tax returns from 2009 to the present, including ITEMIZING the expense, IDENTIFYING the PERSON or PERSONS who paid and received payment for the "Consulting Fee" expense and the reasons why ONLINENIC was obligated to pay the "Consulting Fee" expense.

**RESPONSE TO INTERROGATORY NO. 13:**

Responsive information is located at Exhibit 13.

**SPECIAL INTERROGATORY NO. 14:**

Explain in detail ONLINENIC's expense of "Employee Benefit Programs" as listed in ONLINENIC's financial statements and tax returns from 2009 to the present, including ITEMIZING the expense, IDENTIFYING the PERSON OR PERSONS who paid and received payment of the "Employee Benefit Programs" expense and the reasons why ONLINENIC was obligated to pay the "Employee Benefit Programs" expense.

**RESPONSE TO INTERROGATORY NO. 14:**

Responsive information is located at Exhibit 14.

**SPECIAL INTERROGATORY NO. 15:**

Explain in detail ONLINENIC's expense of "Kaiser" as listed in ONLINENIC's financial statements and tax returns from 2016 to the present, including ITEMIZING the expense, IDENTIFYING the PERSON or PERSONS who paid and received the benefit of the "Kaiser" expense and the reasons why ONLINENIC was obligated to pay the "Kaiser" expense.

1  **RESPONSE TO INTERROGATORY NO. 15:**

2      Responsive information is located at Exhibit 15.

3  **SPECIAL INTERROGATORY NO. 16:**

4      Explain in detail ONLINENIC's expense of "Site Outsourcing" as listed in ONLINENIC's

5  financial statements and tax returns in 2015, including ITEMIZING the expense, IDENTIFYING

6  the PERSON or PERSONS who paid and received payment for the "Site Outsourcing" expense

7  and the reasons why ONLINENIC was obligated to pay the "Site Outsourcing" expense.

8  **RESPONSE TO INTERROGATORY NO. 16:**

9      OnlineNIC paid 35 the amount of $40,324 for the latter's development of OnlineNIC's

10  website.

11  **SPECIAL INTERROGATORY NO. 17:**

12      Explain in detail ONLINENIC's expense of "Other Administrative and Office" as listed in

13  ONLINENIC's financial statements and tax returns from 2009 to the present, including

14  ITEMIZING the expense, IDENTIFYING the PERSON or PERSONS who paid and received

15  payment for the "Other Administrative and Office" expense and the reasons why ONLINENIC

16  was obligated to pay the "Other Administrative and Office" expense.

17  **RESPONSE TO INTERROGATORY NO. 17:**

18      Responsive information is located at Exhibit 17. "Other Administrative and Office" is

19  comprised of miscellaneous expenses associated with the normal functioning of any business (such

20  as phone, travel, mail, etc…) To the extent that Plaintiffs seek more detailed information than that

21  provided in Exhibit 17, Defendants object on the grounds that it would be unduly burdensome to

22  go through the many vendors and invoices going back to 2009.

23

24

25

26

27

28

As to Objections.

Respectfully Submitted,

DATED:  June 10, 2021

LEXANALYTICA, PC

By: _____

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHEILD
SERVICE CO., LIMITED

VERIFICATION

I, YU HONGXIA, am an officer of Domain ID Shield Services Co., Limited and OnlineNIC, Inc. I am authorized to sign this verification. I believe, based on reasonable inquiry, that the foregoing Responses of Domain ID Shield Services Co., Limited and OnlineNIC, Inc. to Plaintiffs Facebook's Special Court ordered Interrogatorries are true and correct to the best of my knowledge, information and belief.

I verify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  June 9, 2021 at Xiamen, China

By: _____
     Yu Hongxia



CONFIDENTIAL



EXHIBIT 2

REDACTED

CONFIDENTIAL

EXHIBIT 3

# REDACTED

CONFIDENTIAL

EXHIBIT 5.1



CONFIDENTIAL

**REDACTED**

CONFIDENTIAL

EXIBIT 5.2



CONFIDENTIAL



EXHIBIT 6

REDACTED

CONFIDENTIAL

EXHIBIT 7



CONFIDENTIAL

EXHIBIT 8-9



CONFIDENTIAL

EXHIBIT 10



CONFIDENTIAL

EXHIBIT 11



CONFIDENTIAL

EXHIBIT 12

REDACTED

CONFIDENTIAL

| EXHIBIT 13 | |
|---|---|



CONFIDENTIAL

EXHIBIT 14

REDACTED

CONFIDENTIAL



CONFIDENTIAL

EXHIBIT 17



CONFIDENTIAL

# Exhibit 2
# [ENTIRE EXHIBIT LODGED UNDER SEAL]

# Exhibit 3
# [ENTIRE EXHIBIT LODGED UNDER SEAL]

# Exhibit 4
# [ENTIRE EXHIBIT LODGED UNDER SEAL]

# Exhibit 5
# [ENTIRE EXHIBIT LODGED UNDER SEAL]

Exhibit 6
[REDACTED
DOCUMENT PROPOSED
TO BE FILED UNDER
SEAL]

| From: | xieyq@35.cn |
|---|---|
| Sent: | Friday, March 17, 2017 5:01:31 PM |
| To: | yuhx <yuhx@35.cn> |
| Cc: | luohb <luohb@china-channel.com> |
| Subject: | Fw: [~TDO-748-64751]: ICANN 1st_Notice Re:Whois_Inaccuracy [OnlineNIC, Inc.] (82) [goodwayegypt.com] |
| Attachments: | ICANN 1st_Notice ReWhois_Inaccuracy [OnlineNIC, Inc.] (82) [goodwayegypt.com] (LZJ-823639).docx;Domain Name goodwayegypt.com Immediate Verification Required (ZQA-913421).docx |

Hi Carrie,

The domain Registrant e-mail address has been updated to loaiii@gmail.com.

We have received the e-mail from Registrant e-mail address of the domain name.

We keep the domain name under the current status. Please review the Email log in the enclosed files.

Thanks.

---

谢永奇　(Denis)
软件外包中心 国际业务部
E-mail：xieyq@35.cn
Tel：18965100939

**From:** Compliance Tickets
**Date:** 2017-02-28 04:32
**To:** icann@onlinenic.com
**Subject:** [~TDO-748-64751]: ICANN 1st_Notice Re:Whois_Inaccuracy [OnlineNIC, Inc.] (82) [goodwayegypt.com]

Dear OnlineNIC, Inc. (82),

ICANN received the Whois Inaccuracy complaint below. It claims that the contact information associated with the domain name below is inaccurate:

goodwayegypt.com

As required under Section 3.7.8 of the 2013 Registrar Accreditation Agreement (RAA) please take reasonable steps to investigate this Whois Inaccuracy claim and, where appropriate, correct the contact information, suspend or delete the domain registration.

ONLINENIC 013217

Additionally, as required under the Whois Accuracy Program Specification, please verify the email addresses of the Registered Name Holder (RNH) and Account Holder (AH), if different, by obtaining an affirmative response from the RNH and AH.

To demonstrate compliance, please provide ICANN the following information and records by 20 March 2017:

1. The Whois inquiries your registrar sent to the RNH regarding the alleged Whois inaccuracies in the complaint below and any responses from the RNH, including the dates, times, means of inquiries, telephone numbers, email addresses and/or postal addresses used.

2. The emails your registrar sent to the RNH and AH to verify their email addresses and the affirmative responses from the RNH and AH, including the dates, times, means of responses, telephone numbers, email addresses and/or postal addresses used for the responses.

3. Indicate the option below that describes the actions taken by your registrar to address the alleged Whois inaccuracies:

a. Your registrar confirmed that the reported inaccuracy was corrected.

b. Your registrar obtained satisfactory verification from the registrant that the data was correct.

c. Your registrar suspended, deleted, cancelled or otherwise deactivated the domain name. If so, include the date this action was taken.

d. Your registrar did not investigate the inaccuracy as Section 3.7.8 of the RAA requires.

4. If any of the Whois data was updated during the course of your registrar's investigation or if the RNH has changed, provide the methods and results of your registrar's validation of format of the Whois data. Examples of standard formats include RFC 5322 for email addresses, ITU-T E.164 notation for the format of international telephone numbers and for the format of postal addresses the UPU Postal addressing format templates, the S42 address templates (as they may be updated) or other standard formats for the applicable territory. For more details please refer to the Whois Accuracy Program Specification.

Please send the information and records requested above via reply email (no more than 4 MB total) and do not change the email subject heading. Please provide records as attachments in .TXT, .PDF, or .DOC(X) format.

For your reference, please find below the links to the RAA and Whois Accuracy Program Specification:

2013 RAA: http://www.icann.org/en/resources/registrars/raa/approved-with-specs-27jun13-en.htm
2013 RAA Whois Accuracy Program Specification:
http://www.icann.org/en/resources/registrars/raa/approved-with-specs-27jun13-en.htm#whois-accuracy

ONLINENIC 013218

Thank you in advance for your cooperation.

Sincerely,

Amanda Rose
ICANN Contractual Compliance

#############################################

The problem summary:

Domain being reported: goodwayegypt.com

Time of submission/processing: Sun Feb 26 11:02:46 2017

Problem in whois block: Expiration Date
--- Error in date: Nothing to report

Problem in whois block: Technical Contact
--- Error in address: Nothing to report
--- Error in phone number: Nothing to report
--- Error in name: Nothing to report
--- Error in email: Incorrect email
--- Error in fax number: Incorrect fax
--- Comment: Fax number is incorrect. Not enough digits.

E-mail address doesn't work. This bounces back:

dnsadmin@mail.link.net
SMTP error from remote mail server after RCPT TO:<dnsadmin@mail.link.net>:
host smtp.mail.link.net [196.205.3.100]: 550 5.1.1 User unknown

Problem in whois block: Registrant Contact
--- Error in address: Nothing to report
--- Error in name: Nothing to report

Problem in whois block: Registration Date
--- Error in date: Nothing to report

Problem in whois block: Administrative Contact
--- Error in address: Nothing to report
--- Error in phone number: Nothing to report
--- Error in name: Nothing to report
--- Error in email: Incorrect email
--- Error in fax number: Incorrect fax
--- Comment: Fax number is incorrect. Not enough digits.

E-mail address doesn't work. This bounces back:

dnsadmin@mail.link.net

SMTP error from remote mail server after RCPT TO:<dnsadmin@mail.link.net>:
host smtp.mail.link.net [196.205.3.100]: 550 5.1.1 User unknown

The whois at the time of processing is:

REGISTRAR WHOIS:

Domain Name: goodwayegypt.com
Registry Domain ID: 4674477_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2016-09-25T09:03:54Z
Creation Date: 2004-09-19T04:00:00Z
Registrar Registration Expiration Date: 2017-09-19T04:00:00Z
Registrar: Onlinenic Inc
Registrar IANA ID: 82
Registrar Abuse Contact Email: onlinenic-enduser@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: DNS Admin
Registrant Organization: GOODWAY TECH
Registrant Street: 18 Ali Fahmy Kamel St. Heliopolis,Cairo Egypt
Registrant City: Cairo, EG 11431
Registrant State/Province:
Registrant Postal Code:
Registrant Country: EG
Registrant Phone: +01.9896811
Registrant Phone Ext:
Registrant Fax: +01.9016526
Registrant Fax Ext:
Registrant Email: dnsadmin@mail.link.net
Registry Admin ID: Not Available From Registry
Admin Name: DNS Admin
Admin Organization: Link Development
Admin Street: 77 Misr Helwan St
Admin City: Cairo, EG 11431
Admin State/Province:
Admin Postal Code:
Admin Country: EG
Admin Phone: +20.27686500
Admin Phone Ext:
Admin Fax: +01.1461530

ONLINENIC 013220

Admin Fax Ext:
Admin Email: dnsadmin@mail.link.net
Registry Tech ID: Not Available From Registry
Tech Name: DNS Admin
Tech Organization: Link Development
Tech Street: 77 Misr Helwan St
Tech City: Cairo, EG 11431
Tech State/Province:
Tech Postal Code:
Tech Country: EG
Tech Phone: +20.27686500
Tech Phone Ext:
Tech Fax: +01.6596400
Tech Fax Ext:
Tech Email: dnsadmin@mail.link.net
Name Server: ns0.gates2host.net
Name Server: ns02.gates2host.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-09-25T09:03:54Z <<<


For more information on Whois status codes, please visit
https://icann.org/epp


This data is provided by OnlineNIC, Inc.
for information purposes, and to assist persons obtaining information
about or related to domain name registration records.
OnlineNIC, Inc. does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you will use this data
only for lawful purposes and that, under no circumstances, you will
use this data to
1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via E-mail
(spam); or
2) enable high volume, automated, electronic processes that apply
to this WHOIS server.
These terms may be changed without prior notice.
By submitting this query, you agree to abide by this policy.


REGISTRY WHOIS:


Whois Server Version 2.0

ONLINENIC 013221

Domain Name: GOODWAYEGYPT.COM
Registrar: ONLINENIC, INC.
Sponsoring Registrar IANA ID: 82
Whois Server: whois.onlinenic.com
Referral URL: http://www.onlinenic.com
Name Server: NS0.GATES2HOST.NET
Name Server: NS02.GATES2HOST.NET
Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Updated Date: 25-sep-2016
Creation Date: 19-sep-2004
Expiration Date: 19-sep-2017


For more information on Whois status codes, please visit
https://icann.org/epp


Registrar: ONLINENIC, INC.
Whois Server: whois.onlinenic.com


###########################################


Ticket Details

Ticket ID: TDO-748-64751
Department: Whois Inaccuracy
Type: Issue
Status: Reporter Ack
Priority: Normal

ONLINENIC 013222



CONFIDENTIAL

ONLINENIC 284598





CONFIDENTIAL

ONLINENIC 284601



CONFIDENTIAL



CONFIDENTIAL

ONLINENIC 284615

REDACTED

CONFIDENTIAL

ONLINENIC 284720

ONLINENIC 284721

REDACTED

CONFIDENTIAL



CONFIDENTIAL

ONLINENIC 284891



CONFIDENTIAL

ONLINENIC 284892



CONFIDENTIAL

ONLINENIC 284893

CONFIDENTIAL

REDACTED

CONFIDENTIAL



ONLINENIC 284896