TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:     213.430.3400
Facsimile:      213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.)
and INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>         Plaintiffs,<br><br>    v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>         Defendants. | Case No. 3:19-cv-07071-SI (AGT)<br><br>**DECLARATION OF STEVEN E. LAURIDSEN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Hon. Alex G. Tse |

I, Steven E. Lauridsen, declare as follows:

1. I am an attorney at Tucker Ellis LLP, counsel of record for Plaintiffs in this action. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2. Plaintiffs seek leave to file under seal the following portions of Plaintiffs and Defendant Xiamen 35.com Internet Technology Co., Ltd.'s ("35.CN") Joint Supplemental Statement Regarding Status of Ongoing Discovery Disputes submitted in compliance with the Court's October 7, 2022 Discovery Order (ECF No. 275):

| Document | Text to be Sealed (page(s):line(s)) | Basis for Sealing Portion of Document |
|---|---|---|
| Supplemental Joint Statement | Page 3, ¶ re Rogs 15-16<br>Page 4, ¶ re RFP Nos. 93, 95, 97, 99, 101, and 103<br>Page 7<br>[passages highlighted] | Designated by 35.CN |
| Supplemental Joint Statement | Page 2-3, ¶ re Rogs 13-14<br>Page 3, ¶ re Rogs 15-16<br>Page 3, ¶ re RFP Nos. 9-13<br>Page 4, ¶ re RFP No. 67<br>Page 4, ¶ re RFP Nos. 93, 95, 97, 99, 101, and 103<br>Page 4, ¶ re RFP Nos. 124-27<br>[passages highlighted] | Designated by OnlineNIC |
| Kroll Declaration | Page 3:10-13, ¶ 11<br>[passages highlighted] | Designated by 35.CN |
| Kroll Declaration | Page 1:11-12, ¶ 3<br>Page 1:13-14, ¶ 4 | Designated by OnlineNIC |

| | | |
|---|---|---|
| | Page 1:17-26, ¶ 5<br>Page 1:27-2:1, ¶ 6<br>Page 2:8-10, ¶ 7<br>Page 2:14-16, ¶ 8<br>Page 2:21-24, ¶ 9<br>Page 3:15-17, ¶ 12<br>[passages highlighted] | |
| Kroll Decl. Ex. 1 | Response Exhibits 1-3, 5.1, 5.2, 6-15, and 17 | Designated by OnlineNIC |
| Kroll Decl. Ex. 2 | Entire Document | Designated by 35.CN |
| Kroll Decl. Ex. 3 | Entire Document | Designated by OnlineNIC |
| Kroll Decl. Ex. 4 | Entire Document | Designated by OnlineNIC |
| Kroll Decl. Ex. 5 | Entire Document | Designated by OnlineNIC |
| Kroll Decl. Ex. 6 | Pages ONLINENIC 284598-284601, ONLINENIC 284606, ONLINENIC 284615, ONLINENIC 284719-21, and ONLINENIC 284890-96 | Designated by OnlineNIC |

3.  These responses were designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY" by 35.CN or OnlineNIC, as indicated above, pursuant to the terms of the protective order entered in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 28, 2022.

    /s/Steven E. Lauridsen
    STEVEN E. LAURIDSEN

3