**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Ruben Peña (Bar No. 326108)
Leah Rosa Vulić (Bar No. 343520)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
liana@kr.law
ruben@kr.law
leah@kr.law

Attorneys for Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **FACEBOOK, INC.**, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>**ONLINENIC INC.**, et al.,<br><br>    Defendants. | Case No. 3:19-cv-07071-SI<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Case No. 3:19-cv-07071-SI           35.CN'S OPP TO MTN FOR LEAVE TO FILE SUPP STATEMENT RE. DISCOVERY

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Ruben Peña of the law firm of Kronenberger Rosenfeld LLP, counsel of record for Defendant Xiamen 35.com Technology Co., Ltd. ("Defendant"), hereby gives notice of his withdrawal as counsel for Plaintiffs in the above captioned action. Defendant continues to be represented by all other counsel of record in this action, who are aware of all pending deadlines.

Respectfully Submitted,

DATED: November 3, 2022

KRONENBERGER ROSENFELD, LLP

By: *Karl S. Kronenberger* (signature)
Karl S. Kronenberger

Attorneys for Defendant Xiamen 35.com Technology Co., Ltd.