UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ONLINENIC INC, et al.,<br><br>        Defendants. | Case No. 19-cv-07071-SI (AGT)<br><br>**ORDER FOR SUPPLEMENTAL SUBMISSION**<br><br>Re: Dkt. No. 280 |

By December 6, 2022, plaintiffs must submit a complete copy of their first set of requests to defendant 35.CN for production of documents.

**IT IS SO ORDERED.**

Dated: December 2, 2022

Alex G. Tse
United States Magistrate Judge