TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:       213.430.3400
Facsimile:        213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.)
and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI (AGT)<br><br>**PLAINTIFFS' SUPPLEMENTAL SUBMISSION**<br><br>Hon. Alex G. Tse |

Pursuant to the Court's December 2, 2022 Order for Supplemental Submission (ECF No. 284), Plaintiffs hereby submit as Exhibit 1 a complete copy of Plaintiffs' First Set of Requests for Production of Documents and Things to Defendant Xiamen 35.com Internet Technology Co., Ltd.

DATED: December 5, 2022         Tucker Ellis LLP


By: /s/David J. Steele
    David J. Steele
    Howard A. Kroll
    Steven E. Lauridsen

    Attorneys for Plaintiffs,
    META PLATFORMS, INC. (fka
    FACEBOOK, INC.) and INSTAGRAM, LLC