**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>            Plaintiffs,<br><br>   v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,,<br><br>            Defendants. | Case No. 3:19-cv-07071-SI (AGT)<br><br>**ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Hon. Alex G. Tse |

The Court, having read and considered Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs and Defendant Xiamen 35.com Internet Technology Co., Ltd.'s ("35.CN") Joint Supplemental Statement Regarding Status of Ongoing Discovery Disputes submitted in compliance with the Court's October 7, 2022 Discovery Order (ECF No. 275), and good cause appearing, **ORDERS** that the motion is **GRANTED**.

It is further **ORDERED** that the following documents are to be sealed:

| Document | Text to be Sealed (page(s):line(s)) | Basis for Sealing Portion of Document |
|---|---|---|
| Supplemental Joint Statement | Page 3, ¶ re Rogs 15-16<br>Page 4, ¶ re RFP Nos. 93, 95, 97, 99, 101, and 103<br>Page 7<br>[passages highlighted] | Designated by 35.CN |
| Supplemental Joint Statement | Page 2-3, ¶ re Rogs 13-14<br>Page 3, ¶ re Rogs 15-16<br>Page 3, ¶ re RFP Nos. 9-13<br>Page 4, ¶ re RFP No. 67<br>Page 4, ¶ re RFP Nos. 93, 95, 97, 99, 101, and 103<br>Page 4, ¶ re RFP Nos. 124-27<br>[passages highlighted] | Designated by OnlineNIC |
| Kroll Declaration | Page 3:10-13, ¶ 11<br>[passages highlighted] | Designated by 35.CN |
| Kroll Declaration | Page 1:11-12, ¶ 3<br>Page 1:13-14, ¶ 4<br>Page 1:17-26, ¶ 5<br>Page 1:27-2:1, ¶ 6 | Designated by OnlineNIC |

| | | |
|---|---|---|
| | Page 2:8-10, ¶ 7<br>Page 2:14-16, ¶ 8<br>Page 2:21-24, ¶ 9<br>Page 3:15-17, ¶ 12<br>[passages highlighted] | |
| Kroll Decl. Ex. 1 | Response Exhibits 1-3, 5.1, 5.2, 6-15, and 17 | Designated by OnlineNIC |
| Kroll Decl. Ex. 2 | Entire Document | Designated by 35.CN |
| Kroll Decl. Ex. 3 | Entire Document | Designated by OnlineNIC |
| Kroll Decl. Ex. 4 | Entire Document | Designated by OnlineNIC |
| Kroll Decl. Ex. 5 | Entire Document | Designated by OnlineNIC |
| Kroll Decl. Ex. 6 | Pages ONLINENIC 284598-284601, ONLINENIC 284606, ONLINENIC 284615, ONLINENIC 284719-21, and ONLINENIC 284890-96 | Designated by OnlineNIC |

**IT IS SO ORDERED.**

Date: December 6, 2022

Alex G. Tse
Unites States Magistrate Judge