**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Leah Rosa Vulić (Bar No. 343520)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
liana@kr.law
leah@kr.law

Attorneys for Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FACEBOOK, INC.**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**ONLINENIC INC.**, et al.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI<br><br>**NOTICE OF UNAVAILABILITY** |

Case No. 3:19-cv-07071-SI                                                                   **NOTICE OF UNAVAILABILITY**

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR
2  ATTORNEYS OF RECORD:
3      PLEASE TAKE NOTICE that the undersigned lead counsel will be unavailable from
4  **December 16 to December 30, 2022** and **January 9 to January 16, 2023**, and will
5  therefore be temporarily unavailable to respond to any matter in this action during those
6  periods, including appearing in any potential hearings or responding to any filings.

8  Respectfully Submitted,
9  DATED: December 6, 2022      KRONENBERGER ROSENFELD, LLP

11      By:    s/ Karl S. Kronenberger
     Karl S. Kronenberger

Attorneys for Defendant Xiamen 35.com Technology Co., Ltd.

Case No. 3:19-cv-07071-SI     1     **NOTICE OF UNAVAILABILITY**