**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Leah Rosa Vulić (Bar No. 343520)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
liana@kr.law
leah@kr.law

Attorneys for Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **FACEBOOK, INC.**, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**ONLINENIC INC.**, et al.,<br><br>　　　　Defendants. | Case No. 3:19-cv-07071-SI<br><br>**DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S MOTION TO ENLARGE TIME TO SUPPLEMENT ITS PRODUCTION AND AMEND ITS DISCOVERY RESPONSES AS REQUIRED BY DISCOVERY ORDER RE. DKT. NO. 280 [DKT. NO. 286] PURSUANT TO CIVIL LOCAL RULE 6-3** |

Pursuant to Civil L.R. 6-3, Defendant Xiamen 35.com Technology Co., Ltd. ("Defendant"), by and through its undersigned counsel, submits this Motion to Enlarge Time to Supplement its Production and Amend its Discovery Responses as Required by the Court's December 6, 2022 Discovery Order re. Dkt. No. 280 [Dkt. No. 286] as follows:

On December 6, 2022, the Court entered a Discovery Order (Dkt. No. 286) (the "Discovery Order") providing a deadline of December 22, 2022 for Defendant to comply by supplementing and amending certain of its production and discovery responses (collectively, the "35 Responses").

Lead counsel for Defendant, Karl S. Kronenberger, will be unavailable from December 16, 2022 to December 30, 2022 and January 9 to January 16, 2023, and will therefore be temporarily unavailable to respond to any matter in this action during those periods. (Declaration of Karl S. Kronenberger in Support of Defendant's Motion to Enlarge Time to Supplement its Production and Amend its Discovery Responses ("Kronenberger Decl.") ¶2 & Dkt. No. 288.) In addition, counsel for Defendant has conferred with Defendant about the number of documents to be reviewed, including documents in Chinese that may need to be translated, and Defendant has determined that it is unable to respond to certain parts of the Discovery Order by December 22. (Kronenberger Decl. ¶2.)

Good cause exists for this motion in that the requested extension, if granted, will permit the parties to wrap up discovery in this case in a manner that is consistent with current counsel's objectives and will provide needed time for the parties to attempt to resolve outstanding discovery disputes without the need for the Court's further intervention.

Based on counsel's review of the docket, which includes the time prior to when Defendant was added to the case, Defendant believes that this is the first request to extend or continue any deadline set by order before Judge Tse. The effect of this modification will not have a negative impact on the schedule of this case, which currently does not have a trial date.

//

## MEET-AND-CONFER EFFORTS

Defendant conferred with Plaintiffs' counsel via email on December 12 and 13, 2022 to inquire whether filing a joint stipulation of the parties would be possible. Counsel responded that they would consult with their client but would not be able to provide a definitive answer until later in the same week. (Kronenberger Declaration ¶3.) Because lead counsel's period of unavailability begins in three days, on December 16th, waiting on a definitive response from Plaintiffs' counsel would mean waiting until lead counsel was already unavailable to prepare and file either a stipulated motion, or to prepare and serve the 35 Responses. (Kronenberger Declaration ¶4.) Therefore, the filing of this motion is necessary to prevent substantial harm and prejudice to Defendant by denying its counsel adequate time to do either.

## PROPOSED SCHEDULE

Therefore, Defendant requests that the following Discovery Order deadlines for Defendant's responses to certain of Plaintiffs' Requests for Production be amended as follows:

- Responses to Requests for Production Nos. 9-13 be continued from December 22, 2022 to January 6, 2023.
- Responses to Requests for Production Nos. 17-19 be continued from December 22, 2022 to January 6, 2023.
- Responses to Requests for Production Nos. 18 and 20-23 be continued from December 22, 2022 to January 6, 2023.
- Response to Request for Production No. 46 be continued from December 22, 2022 to January 6, 2023.
- Responses to Requests for Production Nos. 72-75 be continued from December 22, 2022 to January 20, 2023.[1]

---

[1] The response to this Request for Production will involve a review of approximately 20 years' worth of documents, thus necessitating a more extended deadline. (Kronenberger Declaration ¶4.)

- Responses to Requests for Production Nos. 93, 95, 97, 99, 101, and 103 be continued from December 22, 2022 to January 6, 2023.

Defendants request that the deadline for the remaining items contained in the Court's Discovery Order, including interrogatories and requests for admission, remain unchanged from December 22, 2022.

Respectfully Submitted,

DATED: December 13, 2022          KRONENBERGER ROSENFELD, LLP

By: _____s/ Karl S. Kronenberger_____
　　　　　Karl S. Kronenberger

Attorneys for Defendant Xiamen 35.com Technology Co., Ltd.