**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Leah Rosa Vulić (Bar No. 343520)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
liana@kr.law
leah@kr.law

Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **FACEBOOK, INC.**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**ONLINENIC INC.**, et al.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI<br><br>**DECLARATION OF KARL S. KRONENBERGER IN SUPPORT OF DEFENDANT'S MOTION TO ENLARGE TIME TO SUPPLEMENT ITS PRODUCTION AND AMEND ITS DISCOVERY RESPONSES AS REQUIRED BY DISCOVERY ORDER RE. DKT. NO. 280 [DKT. NO. 286] PURSUANT TO CIVIL LOCAL RULE 6-3** |

I, Karl S. Kronenberger, declare as follows:

1. I am counsel of record for Defendant Xiamen 35.com Technology Co., Ltd. ("35.CN") in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, and if called as a witness I would testify to the facts contained in this declaration.

2. On December 6, 2022, 35.CN filed a Notice of Unavailability in which it advised the Court that I would be unavailable from December 16 to December 30, 2022 and January 9 to January 16, 2023 [Dkt. No. 288]. I will be traveling and unable to respond to any matter in this case. In addition, I have conferred with 35.CN about the number of documents that may need to be translated, and 35.CN has determined that it is unable to respond to certain parts of the Discovery Order [Dkt. No. 286] by December 22.

3. On December 12, 2022, I reached out to Plaintiffs' counsel to inform them that Defendant intended to request that the Court modify the Discovery Order dated December 6, 2022 to provide for new deadlines. Counsel for Plaintiffs replied on December 13, 2022, stating that they would consult with their client but that they could not provide an answer until "later this week."

4. Due to the fact that I will be unavailable beginning on December 16th, which is "later this week," I will not have sufficient time to either prepare a joint stipulation, or prepare the responses outlined in the Discovery Order, at least one of which requires the review of 20 years' worth of documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on December 13, 2022 in San Francisco, California.

                                                                 s/ Karl S. Kronenberger
                                                                 Karl S. Kronenberger