TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.) and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI (AGT)<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.'S MOTION TO ENLARGE TIME TO SUPPLEMENT DISCOVERY AS REQUIRED BY THE COURT'S DISCOVERY ORDER**<br><br>Hon. Alex G. Tse |

Plaintiffs hereby respond to Defendant Xiamen 35.com Internet Technology Co. Ltd.'s Motion to Enlarge Time to Supplement Its Production and Amend Its Discovery Responses as Required by Discovery Order re Dkt. No. 280 (Dkt. No. 286) Pursuant to Local Rule 6-3. ("Motion to Enlarge Time"; Doc. 289.) Plaintiffs served the written discovery at issue in 35.CN's Motion to Enlarge Time on February 16, 2022. Since then, 35.CN has resisted meaningfully responding to Plaintiffs' discovery. This required Plaintiffs to engage in multiple time-consuming meet and confer conferences,[1] which resulted in multiple filings requesting the Court's intervention. Throughout this process, 35.CN has represented that it was working diligently on reviewing documents—including representing at one point that it would complete document productions by July 15, 2022 and provide a chart of documents being withheld by August 30, 2022. (Doc. 247 at 4.) Because of these lengthy delays and 35.CN's prior representations, Plaintiffs do not consent to 35.CN's request to extend time to comply with the Court's Discovery Order (Doc. 286).

However, given 35.CN's counsel's travel schedule and the end-of-year holidays, Plaintiffs do not affirmatively oppose 35.CN's Motion to Enlarge Time.

DATED: December 16, 2022                Tucker Ellis LLP

                                        By: /s/David J. Steele
                                            David J. Steele
                                            Howard A. Kroll
                                            Steven E. Lauridsen

                                            Attorneys for Plaintiffs,
                                            META PLATFORMS, INC. (fka
                                            FACEBOOK, INC.) and INSTAGRAM, LLC

---

[1] The Court also ordered the parties to "meet and confer further about whether 35.CN can produce 'internal or private financial documents, including drafts.'" (Doc. 286 at 2.) In an attempt to comply with this portion of the Order before 35.CN's counsel's unavailability beginning on December 16, 2022, Plaintiffs' counsel requested on December 6, December 12, and December 15, 2022, that the parties meet and confer before 35.CN's counsel became unavailable. 35.CN's counsel indicated there was "nothing to meet and confer about" because 35.CN had yet to identify any additional responsive documents and had not yet reached "a decision . . . on the Chinese law issue." For this reason, the parties have not met and conferred further regarding RFP Nos. 9–13, as ordered by the Court. (Doc. 286 at 2.)