UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **FACEBOOK, INC.**, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>**ONLINENIC INC.**, et al.,<br><br>    Defendants. | Case No. 3:19-cv-07071-SI<br><br>[PROP] ORDER GRANTING DEFENDANT'S MOTION TO ENLARGE TIME TO SUPPLEMENT ITS PRODUCTION AND AMEND ITS DISCOVERY RESPONSES AS REQUIRED BY DISCOVERY ORDER RE. DKT. NO. 280 [DKT. NO. 286] PURSUANT TO CIVIL LOCAL RULE 6-3 |

Upon consideration of Defendant Xiamen 35.com Technology Co., Ltd.'s Motion to Enlarge Time to Supplement its Production and Amend its Discovery Responses as Required by the Court's December 6, 2022 Discovery Order re. Dkt. No. 280 [Dkt. No. 286], the Court having reviewed and considered the Motion and supporting documents, as well as the other papers and pleadings on file herein, and finding good cause appearing, finds and orders:

IT IS ORDERED THAT Defendant's Motion to Enlarge Time is GRANTED.

IT IS FURTHER ORDERED THAT the Court's December 6, 2022 Discovery Order is modified with the following deadlines:

| Item | 35.CN's Deadline to Serve |
|---|---|
| RFPs 9-13 – financial statements from 2007-2009 | January 6, 2023 |
| RFPs 17, 19 – domain name registration contracts with California | January 6, 2023 |
| RFPs 18, 20-23 – contracts with US based parties | January 6, 2023 |
| RFP 46 – documents relating to services to OnlineNIC/ID Shield | January 6, 2023 |
| RFPs 72-75 – ICANN records | January 20, 2023 |
| RFPs 93, 95, 97, 99, 101, 103 – documents regarding payments with OnlineNIC | January 6, 2023 |

All remaining items and deadlines contained in the Discovery Order and not specifically addressed in the above table remain due on or before December 22, 2022.

**IT IS SO ORDERED.**

DATED: _____December 19_____, 2022

_____
Hon. Alex G. Tse
United States Magistrate Judge