TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:      213.430.3400
Facsimile:      213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.) and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., <br><br> Defendants. | Case No. 3:19-cv-07071-SI (AGT) <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE [CIVIL L.R. 6-2]** <br><br> Hon. Susan Illston |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Meta Platforms, Inc. and Instagram, LLC and Defendant Xiamen 35.com Internet Technology Co. Ltd. ("35.CN") hereby stipulate and respectfully request that the Case Management Conference ("CMC") currently scheduled for February 3, 2023 be continued to March 3, 2023, or as soon thereafter as is convenient for the Court. This stipulation is based on the following facts:

1. The Court set a CMC for February 3, 2023. ECF No. 291. The parties respectfully submit that good cause exist to continue the CMC to March 3, 2023 due to a scheduling conflict that has arisen for Plaintiffs' counsel. In particular, Plaintiffs' lead trial counsel, David J. Steele, as well as Howard A. Kroll and Steven E. Lauridsen, will be attending a firm-wide partner meeting from February 2 to February 5, 2023. Declaration of David J. Steele ("Steele Decl.") ¶ 2. 35.CN's counsel has consented to continuing the CMC. *Id.* ¶ 3. However, in consulting their respective schedules, the parties' counsel have determined the next available date when they are available to attend the CMC would be March 3, 2023. *Id.* ¶ 4. Plaintiffs and 35.CN therefore respectfully request that the Court continue the February 3, 2023 CMC to March 3, 2023.

2. While this action was pending before Magistrate Judge van Keulen, there were a number requests made to modify the schedule of this case largely resulting from Plaintiffs' discovery disputes with then-defendants OnlineNIC Inc. and Domain ID Shield Service Co., Limited (the "OnlineNIC Defendants"). Not including the previous stipulation to extend and align the deadlines for the OnlineNIC Defendants to respond to the Complaint pursuant to Civil Local Rule 6-1 (ECF No. 19), these requests are:

    a. The first request was to continue the deadline to amend the pleadings from May 27, 2020 to July 1, 2020, which the Court granted (ECF No. 39);

    b. The second request was to continue all deadlines by approximately three months, which the Court also granted (ECF No. 43);

    c. The third request was to continue all deadlines by an additional three months, which the Court partially granted (ECF No. 46);

    d. The fourth request was to continue all deadlines by an additional three months, which the Court granted (ECF No. 60);

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 3:19-cv-07071-SI (AGT)

e. The fifth request was to shorten time on the briefing schedule on Plaintiffs' Motion to Continue All Case Deadlines by Approximately Three Months, which the Court partially granted (ECF No. 100); and

f. The sixth request was to continue all deadlines by an additional three months, which the Court granted (ECF No. 104). Steele Decl. ¶ 5.

The Court also previously issued the following orders:

a. An order continuing the June 16, 2020 Further Case Management Conference to October 20, 2020 (ECF No. 41);

b. An order continuing the October 20, 2020 Further Case Management Conference to November 10, 2020 (ECF No. 44);

c. An order extended the close of fact discovery by thirty days when granting Plaintiffs leave to file the First Amended Complaint (ECF No. 81);

d. An order continuing the May 11, 2021 Status Conference to June 8, 2021 (ECF No. 97);

e. An order continuing the June 22, 2021 Further Status Conference to July 13, 2021 (ECF No. 114); and

f. An order suspending all deadlines referenced in Judge van Keulen's Report and Recommendation (ECF No. 230). Steele Decl. ¶ 6.

3. After 35.CN was served with the Second Amended Complaint, the parties filed a stipulation to extend the deadline for 35.CN to respond to the Second Amended Complaint pursuant to Civil Local Rule 6-1 (ECF No. 165), and a request to modify the briefing schedule on 35.CN's Motion to Dismiss the Second Amended Complaint, which the Court granted (ECF No. 179). Steele Decl. ¶ 7.

4. There have been no requests to continue any case management conference. This is also the first request for a continuance of the CMC before District Judge Illston. *Id.* ¶ 8.

5. There are no pending deadlines aside from the CMC, and thus a continuance would not require any additional modifications to the overall schedule in this case. *Id.* ¶ 9.

NOW THEREFORE, based on the foregoing facts, Plaintiffs and 35.CN respectfully request that the Court grant this stipulation and enter an order continuing the February 3, 2023 Case Management Conference to March 3, 2023, or as soon thereafter as is convenient for the Court.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: January 20, 2023

Tucker Ellis LLP

By: /s/David J. Steele
David J. Steele
Howard A. Kroll
Steven E. Lauridsen

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.) and INSTAGRAM, LLC

DATED: January 20, 2023

Kronenberger Rosenfeld, LLP

By: /s/ Karl S. Kronenberger
Karl S. Kronenberger

Specially Appearing as Attorneys for Defendant XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all other signatories listed and on whose behalf this filing is made concur in the filing of this document and have granted permission to use an electronic signature.

/s/David J. Steele

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 23, 2023

Susan Illston
United States District Judge