1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LTD.; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>    Defendants. | Case No. 5:19-cv-07071-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD. PURSUANT TO FED. R. CIV. P. 37** |

Plaintiffs Facebook, Inc.'s ("Facebook") and Instagram, LLC's ("Instagram" and, collectively with Facebook, "Plaintiffs") Motion to Strike Defendant Xiamen 35.com Internet Technology Co., Ltd.'s ("35.CN") Answer and for Entry of Default against 35.CN. is before the Court. Having considered the applicable law, and finding that the requirements for entry of default have all been met,

**IT IS HEREBY ORDERED** that Plaintiffs' motion is **GRANTED** and that 35.CN's Answer is stricken.

**IT IS FURTHER ORDERED** that default be entered against 35.CN, based on the following:

1.      35.CN is and at all relevant times was the alter ego of OnlineNIC Inc. ("OnlineNIC") and Domain ID Shield Service Co., Ltd. ("ID Shield") (together with OnlineNIC, the "OnlineNIC Defendants").

2.      An entry of default against 35.CN is warranted under Fed. R. Civ. P. 37(e)(2)(c), Fed. R. Civ. P. 37(b)(2)(A)(vi), and Fed. R. Civ. P. 37(c)(1)(C) as the alter ego and direct participant in the acts of the OnlineNIC Defendants. *See* ECF. No. 276.


DATED: _____                    _____
                                                                        United States District Judge