# Exhibit 2:

# [ENTIRE EXHIBIT LODGED UNDER SEAL]