# Exhibit 3:

# [ENTIRE EXHIBIT LODGED UNDER SEAL]