# Exhibit 4:
# [ENTIRE EXHIBIT LODGED UNDER SEAL]