# Exhibit 5:

# [ENTIRE EXHIBIT LODGED UNDER SEAL]