# Exhibit 6

Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
2225 E. Bayshore Road, Suite 200
Palo Alto, CA 94303
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800


Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE
CO., LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>Plaintiffs,<br>v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED.<br><br>Defendants. | Case No. 19-CV-07071-SVK<br><br>**ONLINENIC, INC.'S RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION** |

PROPOUNDING PARTY:     Facebook, Inc. and Instagram, LLC

RESPONDING PARTY:      OnlineNIC, Inc.

SET NO.:               One (1)


    Defendant OnlineNIC, Inc. ("OnlineNIC") hereby responds to the Requests for Admission, Set One propounded by Facebook, Inc. and Instagram, LLC (together, the "Plaintiffs") as follows:

PRELIMINARY STATEMENT

    A.    The specific responses as set forth below are for the purposes of discovery only and OnlineNIC does not intend to waive, but expressly reserves, any and all objections and may have to the relevance, competence, materiality, admissibility or use at trial of any information,

- 1-

**REQUEST FOR ADMISSION NO. 17:**

Admit that, when DOMAIN ID SHIELD registers a domain name on behalf of an ONLINENIC customer, DOMAIN ID SHIELD licenses the domain name to that customer.

**RESPONSE TO REQUEST NO. 17**

Denied.

**REQUEST FOR ADMISSION NO. 18:**

Admit that Yu Hongxia is also known as Carrie Yu.

**RESPONSE TO REQUEST NO. 18**

Admitted.

**REQUEST FOR ADMISSION NO. 19:**

Admit that Yu Honxia is also known as Carrie Arden.

**RESPONSE TO REQUEST NO. 19**

Admitted.

**REQUEST FOR ADMISSION NO. 20:**

Admit that Carrie Yu is also known as Carrie Arden.

**RESPONSE TO REQUEST NO. 20**

Admitted.

**REQUEST FOR ADMISSION NO. 21:**

Admit that ONLINENIC hires as contractors employees of 35.CN.

**RESPONSE TO REQUEST NO. 21**

Admitted.

**REQUEST FOR ADMISSION NO. 22:**

Admit that DOMAIN ID SHIELD hires as contractors employees of 35.CN.

**RESPONSE TO REQUEST NO. 22**

Denied.

**REQUEST FOR ADMISSION NO. 23:**

Admit that the day-to-day functions of ONLINENIC are carried out by 35.CN employees.

**RESPONSE TO REQUEST NO. 23**

Facebook, Inc. v. OnlineNIC, Inc.                                                                                   Case No. 19-cv-7071-SVK
OnlineNIC, Inc.'s Responses to Plaintiffs' Requests for Admission – Set 1

**REQUEST FOR ADMISSION NO. 143:**

Admit that DOMAIN ID SHIELD is the REGISTRANT of the domain name login-lnstargram.com.

**RESPONSE TO REQUEST NO. 143**

Responding party cannot admit or deny, on the grounds that the meaning of the term "holder" in the 2013 RAA is ambiguous.

**REQUEST FOR ADMISSION NO. 144:**

Admit that DOMAIN ID SHIELD is the REGISTRANT of the domain name m-facebook-login.com.

**RESPONSE TO REQUEST NO. 144**

Responding party cannot admit or deny, on the grounds that the meaning of the term "holder" in the 2013 RAA is ambiguous.

**REQUEST FOR ADMISSION NO. 145:**

Admit that DOMAIN ID SHIELD is the REGISTRANT of the domain name singin-lnstargram.com.

**RESPONSE TO REQUEST NO. 145**

Responding party cannot admit or deny, on the grounds that the meaning of the term "holder" in the 2013 RAA is ambiguous.

As to Objections.

DATED: October 16, 2020

Respectfully Submitted,

LEXANALYTICA, PC

By: _____

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE CO., LIMITED

## VERIFICATION

I, YU HONGXIA, am an officer of OnlineNIC, Inc.. and am authorized to sign this verification. I believe, based on reasonable inquiry, that the foregoing Responses of OnlineNIC, Inc. to Plaintiffs' Requests for Requests for Admission, Set 1 – are true and correct to the best of my knowledge, information and belief.

I verify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: October 15, 2020 at Xiamen, China

By: *Yu Hongxia*

Yu Hongxia