# Exhibit 7:

# [ENTIRE EXHIBIT LODGED UNDER SEAL]