# Exhibit 8:

[ENTIRE EXHIBIT LODGED UNDER SEAL]