# Exhibit 9:

# [ENTIRE EXHIBIT LODGED UNDER SEAL]