# Exhibit 10:

# [ENTIRE EXHIBIT LODGED UNDER SEAL]