# Exhibit 12:

[ENTIRE EXHIBIT LODGED UNDER SEAL]