# Exhibit 13:

[ENTIRE EXHIBIT LODGED UNDER SEAL]