# Exhibit 16

*1939078*

**CERTIFICATE OF AMENDMENT**
**OF**
**ARTICLES OF INCORPORATION**

FILED
In the office of the Secretary of State
of the State of California

JAN 2 1 2000

BILL JONES, Secretary of State

The undersigned certifies that:

1. He is the president and secretary, of <u>Online NIC Inc.</u>, a California corporation.

2. Article <u>I</u> of the Articles of Incorporation of this corporation is amended to read as follows:

    <u>The name of this corporation is ONLINENIC INC.</u>

3. The foregoing amendment of Articles of Incorporation has been duly approved by the board of directors.

4. The corporation has issued no shares.

We further declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of our own knowledge.

DATE: _____1-19-00_____

_____
SHAO HUI GONG, President