# Exhibit 19:

[ENTIRE EXHIBIT LODGED UNDER SEAL]