# Exhibit 21:

# [ENTIRE EXHIBIT LODGED UNDER SEAL]