# Exhibit 22:

[ENTIRE EXHIBIT LODGED UNDER SEAL]