# Exhibit 23:

[ENTIRE EXHIBIT LODGED UNDER SEAL]