# Exhibit 24:

[ENTIRE EXHIBIT LODGED UNDER SEAL]