Exhibit 25:

[ENTIRE EXHIBIT LODGED UNDER SEAL]