# Exhibit 26:

# [ENTIRE EXHIBIT LODGED UNDER SEAL]