Exhibit 27:

[ENTIRE EXHIBIT LODGED UNDER SEAL]