# Exhibit 28:

# [ENTIRE EXHIBIT LODGED UNDER SEAL]