# Exhibit 29:

# [ENTIRE EXHIBIT LODGED UNDER SEAL]