# Exhibit 30:

# [ENTIRE EXHIBIT LODGED UNDER SEAL]