Exhibit 31:

[ENTIRE EXHIBIT LODGED UNDER SEAL]