# Exhibit 32:

# [ENTIRE EXHIBIT LODGED UNDER SEAL]