# Exhibit 33:
[ENTIRE EXHIBIT LODGED UNDER SEAL]