# Exhibit 34

# History

## Statement of Information - 7/24/2017

## System Amendment - SOS Suspended - 4/27/2017

**Amendment Type**
System Amendment - SOS Suspended

**Control ID**
LBA561089

**Date**
4/27/2017

## System Amendment - Pending Suspension - 8/25/2016

## System Amendment - Penalty Certification - SI - 6/9/2015

## System Amendment - SI Delinquency for the year of 0 - 1/13/2015

## System Amendment - Pending Suspension - 1/14/2014

## System Amendment - Penalty Certification - SI - 10/25/2013

## System Amendment - SI Delinquency for the year of 0 - 4/19/2013

## System Amendment - Penalty Certification - SI - 3/29/2007

## System Amendment - SI Delinquency for the year of 0 - 12/14/2006

## System Amendment - FTB Revivor - 1/20/2004

## System Amendment - SOS Revivor - 1/20/2004

## Legacy Amendment - 1/9/2004

## System Amendment - FTB Suspended - 9/3/2002

**Amendment Type**
System Amendment - FTB Suspended

**Control ID**
LBA561077

**Date**
9/3/2002

## System Amendment - SOS Suspended - 5/15/2002

## System Amendment - Pending Suspension - 3/5/2002

## System Amendment - Penalty Certification - SI - 7/5/2001