# Exhibit 35:

# [ENTIRE EXHIBIT LODGED UNDER SEAL]