Exhibit 36:

[ENTIRE EXHIBIT LODGED UNDER SEAL]