# Exhibit 37:

[ENTIRE EXHIBIT LODGED UNDER SEAL]