# Exhibit 38:

[ENTIRE EXHIBIT LODGED UNDER SEAL]