Exhibit 41:

[ENTIRE EXHIBIT LODGED UNDER SEAL]