# Exhibit 43:
[ENTIRE EXHIBIT LODGED UNDER SEAL]