**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## CIVIL MINUTES

| **Date:** March 3, 2023 | **Time:** 10:41 – 11:12<br>31 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 19-cv-07071-SI | **Case Name:** Facebook, Inc. v. OnLineNic Inc | |

**Attorney for Plaintiff:** David Steele, Howard Kroll
**Attorney for Defendant:** Karl Kronenberger, Liana Chen, Leah Rosa Vulic (Xiamen 35.com)

**Deputy Clerk:** Esther Chung          **Court Reporter:** Zoom Recording.

## PROCEEDINGS

Further Case Management Conference – Held via Zoom webinar.

## SUMMARY

The parties and counsel discussed some of the outstanding discovery issues concerning depositions. The Court instructed the parties to bring the issues before the appointed discovery Magistrate Tse. The Court also instructed the parties to meet and confer to see if a stipulated briefing schedule can be agreed upon for the Motion to Strike and Motion to Seal. If the parties cannot agree upon a stipulated briefing schedule then the issue can be presented to the Court. Defendant's counsel requested that a case schedule be set, the Court declined at present but indicated scheduling for the remaining balance of the case will be discussed at the next Case Management Conference.

CASE CONTINUED:  <u>Further Case Management will be scheduled on the same date as the Motion to Strike.</u>