TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC (fka FACEBOOK, INC.)
and INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; ; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI<br><br>**PLAINTIFFS' SUPPLEMENTAL ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE: PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD. PURSUANT TO FED. R. CIV. P. 37**<br><br>Hon. Susan Illston |

Pursuant to Civil Local Rules 7-11 and 79-5, as well as Section 9 of Judge Illston's Standing Order, Plaintiffs seek leave to file the following document partially under seal in connection with Plaintiffs' Motion to Strike Defendant's Answer and for Entry of Default Against Defendant Xiamen 35.Com Internet Technology Co., Ltd. ("35.CN") Pursuant To Fed. R. Civ. P. 37 (ECF No. 299) (the "Motion"):

| Document | Text or Portion to be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| Exhibit 39 to the Kroll Declaration Filed as ECF No. 299-41 | Exhibits 1, 2, 3, 5.1, 5.2, and 6 | Designated by OnlineNIC Defendants |

On March 2, 2023, when Plaintiffs filed their Motion, Plaintiffs inadvertently publicly filed Exhibit 39 to the Kroll Declaration as ECF No. 299-41. Plaintiffs now request that the Court seal that docket entry. Plaintiffs are also lodging with this administrative motion an unredacted version of Exhibit 39 to the Kroll Declaration.[1] As explained in Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal (ECF No. 300), because the OnlineNIC Defendants designated these documents as confidential, the burden rests with them to show compelling reasons for sealing these documents. Plaintiffs seek leave to file the aforementioned information under seal because the OnlineNIC Defendants designated that information as confidential per the protective order. Plaintiffs therefore seek leave to file under seal the documents containing that information upon a showing of compelling reasons by the OnlineNIC Defendants.

DATED: March 3, 2023                                Tucker Ellis LLP

                                                   By: /s/David J. Steele
                                                        David J. Steele
                                                        Howard A. Kroll
                                                        Steven E. Lauridsen

                                                        Attorneys for Plaintiffs,
                                                        FACEBOOK, INC. and INSTAGRAM, LLC

---

[1] The mandatory chambers copies of the Motion will include unredacted copies of all documents regardless of their entry on the docket.