TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:      213.430.3400
Facsimile:      213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.)
and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC. and INSTAGRAM, LLC,

                Plaintiffs,

    v.

ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; ; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,

                Defendants.

Case No. 3:19-cv-07071-SI

**SUPPLEMENTAL DECLARATION OF HOWARD A. KROLL IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD. PURSUANT TO FED. R. CIV. P. 37**

Hon. Susan Illston

TUCKER ELLIS LLP

Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

I, Howard A. Kroll, declare as follows:

1.      I am an attorney at Tucker Ellis LLP, counsel of record for Plaintiffs in this action. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2.      Plaintiffs seek leave to file the following document partially under seal in connection with Plaintiffs' Motion to Strike Defendant's Answer and for Entry of Default Against Defendant Xiamen 35.Com Internet Technology Co., Ltd. ("35.CN") Pursuant to Fed. R. Civ. P. 37 (ECF No. 299) (the "Motion"):

| Document | Text or Portion to be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| Exhibit 39 to the Kroll Declaration<br><br>Filed as ECF No. 299-41 | Exhibits 1, 2, 3, 5.1, 5.2, and 6 | Designated by OnlineNIC Defendants |

3.      On March 2, 2023, when Plaintiffs filed their Motion, Plaintiffs inadvertently publicly filed Exhibit 39 to the Kroll Declaration as ECF No. 299-41. Plaintiffs now request that the Court seal that docket entry. Plaintiffs are also lodging with their administrative motion an unredacted version of Exhibit 39 to the Kroll Declaration.

4.      The information listed above has been designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by the OnlineNIC Defendants, as stated above. In the unredacted versions of this document, material designated by the OnlineNIC Defendants is highlighted in red. The OnlineNIC Defendants have maintained that the designations are appropriate, and after having conducted my own independent review of the materials using my good faith judgment, I concur with the designation as this time.

5.      Pursuant to Civil Local Rule 7-11(a), Plaintiffs are filing the instant administrative motion rather than a stipulation given that, while Plaintiffs agree the materials are appropriately designated at this time, Defendants and ICANN still are allowed seven days to submit declarations to the Court supporting their designations pursuant to Civil Local Rule 79-5(f)(3).

1    I declare under penalty of perjury under the laws of the United States that the foregoing is true and

2    correct and that this declaration was executed on March 3, 2023.

3                                                    /s/Howard A. Kroll
                                                   _____

4                                                    HOWARD A. KROLL

KROLL DECLARATION IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:19-CV-07071-SI

TUCKER ELLIS LLP

Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis