# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; ; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>    Defendants. | Case No. 3:19-cv-07071-SI<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE: PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD. PURSUANT TO FED. R. CIV. P. 37**<br><br>Hon. Susan Illston |

The Court, having read and considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed re Plaintiffs' Motion to Strike Defendant's Answer and For Entry of Default Against Defendant Xiamen 35.Com Internet Technology Co., Ltd. Pursuant to Fed. R. Civ. P. 37, as well as the motion's supporting papers, **ORDERS** as follows:

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Memorandum of Points and Authorities in Support of Motion to Strike Defendant's Answer and for Entry of Default Against Defendant 35.CN ("Motion") at Page 2, Line 22;[1] 3:16-17; 5:14-15, 17-19; 6:1, 5-9; 20-23, 24-26; 7:4; 9:7-18; 12:12-13; 13:10-12, 18-19; 14:2, 4-8, 14-15; 16:18. | Forthcoming Declaration provided by Defendant Xiamen 35.Com Internet Technology Co., Ltd. ("35.CN Declaration") | |
| Motion at 3:4-5, 11-13, 18-19, 22-24; 4:1, 17-19; 5:3-4, 9-13; 6:2-4, 10-12, 15-19, 22-23, 26-28; 7:1-22, 25-26; 8:1-12, 21-25; 11:9-11, 16, 21-23; 12:9-11, 14-17; 13:1, 4-6, 22-24, 27; 13:1, 4-6, 18-19, 22-24, 27; 14:1, 9-10, 14-15; 15:5-18, 21; 16: 3-4, 6-7, 15-22; 19:4-5, 9-11, 17. | Forthcoming Declaration provided by Defendants OnlineNIC, Inc. and Domain ID Shield Service Co., Limited ("OnlineNIC Defendants Declaration") | |
| Motion at 2:21, 26-28; 3:1-3, 7, 10- | Forthcoming declaration provided | |

---

[1] Citations to page and line numbers are in "xx:yy" format where "xx" is the page number and "yy" is the line number.

| | | |
|---|---|---|
| 11, 21-22, 27; 4:1-2, 23-28; 5:1, 22-23; 19: 17. | by The Internet Corporation for Assigned Names and Numbers ("ICANN Declaration") | |
| Declaration of Howard A. Kroll in Support of Motion to Strike Defendant's Answer and for Entry of Default Against Defendant 35.CN ("Kroll Declaration") at 2:22-26; 3:1-6, 8-10, 15, 19-20, 22-25; 5:19-20; 7:18-20; 11:3-13; 14:5-7. | 35.CN Declaration | |
| Kroll Declaration at 5:23-25; 6:1-15; 8:15-16, 19-20, 23-24, 27-28; 9:3-6, 9-14, 17-19, 23-27; 10: 2-6, 9-12, 16-21; 11:19-28; 12:1-2, 14-28; 13:1-14, 24-25; 14:12-15. | OnlineNIC Defendants Declaration | |
| Kroll Declaration at 4:2-3, 6-7, 11-13, 16-19; 5:7, 11-12, 19-20; 8: 1-4, 7-11. | ICANN Declaration | |
| Exhibit 1 to the Kroll Declaration at 3:17-28; 4:1-17, 28, 8:9-20; 9:7-15; 10:2-8, 18-28; 11:1-8, 18-28; 12-1; Appendix pp. 5-6. | 35.CN Declaration | |
| Exhibit 2 to the Kroll Declaration | ICANN Declaration | |
| Exhibit 3 to the Kroll Declaration | ICANN Declaration | |
| Exhibit 4 to the Kroll Declaration | ICANN Declaration | |
| Exhibit 5 to the Kroll Declaration | ICANN Declaration | |

| | |  |
|---|---|---|
| Exhibit 7 to the Kroll Declaration | OnlineNIC Defendants Declaration | |
| Exhibit 8 to the Kroll Declaration | OnlineNIC Defendants Declaration | |
| Exhibit 9 to the Kroll Declaration | ICANN Declaration | |
| Exhibit 10 to the Kroll Declaration | ICANN Declaration | |
| Exhibit 12 to the Kroll Declaration | ICANN Declaration | |
| Exhibit 13 to the Kroll Declaration | OnlineNIC Defendants Declaration | |
| Exhibit 19 to the Kroll Declaration | 35.CN Declaration | |
| Exhibit 21 to the Kroll Declaration | ICANN Declaration | |
| Exhibit 22 to the Kroll Declaration | ICANN Declaration | |
| Exhibit 23 to the Kroll Declaration | OnlineNIC Defendants Declaration | |
| Exhibit 24 to the Kroll Declaration | OnlineNIC Defendants Declaration | |
| Exhibit 25 to the Kroll Declaration | OnlineNIC Defendants Declaration | |
| Exhibit 26 to the Kroll Declaration | OnlineNIC Defendants Declaration | |
| Exhibit 27 to the Kroll Declaration | OnlineNIC Defendants Declaration | |
| Exhibit 28 to the Kroll Declaration | OnlineNIC Defendants Declaration | |
| Exhibit 29 to the Kroll Declaration | OnlineNIC Defendants Declaration | |
| Exhibit 30 to the Kroll Declaration | OnlineNIC Defendants Declaration | |
| Exhibit 31 to the Kroll Declaration | OnlineNIC Defendants Declaration | |
| Exhibit 32 to the Kroll Declaration | OnlineNIC Defendants Declaration | |
| Exhibit 33 to the Kroll Declaration | OnlineNIC Defendants Declaration | |
| Exhibit 35 to the Kroll Declaration | ICANN Declaration | |
| Exhibit 36 to the Kroll Declaration | 35.CN Declaration | |
| Exhibit 37 to the Kroll Declaration | OnlineNIC Defendants Declaration | |
| Exhibit 39 to the Kroll Declaration at Exhibits 1, 2, 3, 5.1, 5.2, 6 | OnlineNIC Defendants Declaration | |
| Exhibit 41 to the Kroll Declaration | OnlineNIC Defendants Declaration | |
| Exhibit 43 to the Kroll Declaration | 35.CN Declaration | |

**IT IS SO ORDERED.**

DATED: _____                              _____
                                                      Susan Illston
                                                      United States District Judge