TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:      213.430.3400
Facsimile:      213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC (fka FACEBOOK, INC.) and
INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; ; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>　　　　　Defendants. | Case No. 3:19-cv-07071-SI<br><br>**EXHIBIT 38 TO DECLARATION OF HOWARD A. KROLL IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD. PURSUANT TO FED. R. CIV. P. 37**<br><br>Hon. Susan Illston |

# Exhibit 38

to Declaration of Howard A. Kroll in Support of Plaintiffs' Motion to Strike Defendant's Answer and for Entry of Default Against Defendant Xiamen 35.Com Internet Technology Co., Ltd. Pursuant to Fed. R. Civ. P. 37

**From:** xieyq@35.cn
**Sent:** Friday, March 17, 2017 5:01:31 PM
**To:** yuhx <yuhx@35.cn>
**Cc:** luohb <luohb@china-channel.com>
**Subject:** Fw: [~TDO-748-64751]: ICANN 1st_Notice Re:Whois_Inaccuracy [OnlineNIC, Inc.] (82) [goodwayegypt.com]
**Attachments:** ICANN 1st_Notice ReWhois_Inaccuracy [OnlineNIC, Inc.] (82) [goodwayegypt.com] (LZJ-823639).docx;Domain Name goodwayegypt.com Immediate Verification Required (ZQA-913421).docx

Hi Carrie,

The domain Registrant e-mail address has been updated to loaiii@gmail.com.

We have received the e-mail from Registrant e-mail address of the domain name.

We keep the domain name under the current status. Please review the Email log in the enclosed files.

Thanks.

谢永奇 (Denis)
软件外包中心 国际业务部
E-mail: xieyq@35.cn
Tel: 18965100939

**From:** Compliance Tickets
**Date:** 2017-02-28 04:32
**To:** icann@onlinenic.com
**Subject:** [~TDO-748-64751]: ICANN 1st_Notice Re:Whois_Inaccuracy [OnlineNIC, Inc.] (82) [goodwayegypt.com]

Dear OnlineNIC, Inc. (82),

ICANN received the Whois Inaccuracy complaint below. It claims that the contact information associated with the domain name below is inaccurate:

goodwayegypt.com

As required under Section 3.7.8 of the 2013 Registrar Accreditation Agreement (RAA) please take reasonable steps to investigate this Whois Inaccuracy claim and, where appropriate, correct the contact information, suspend or delete the domain registration.

Additionally, as required under the Whois Accuracy Program Specification, please verify the email addresses of the Registered Name Holder (RNH) and Account Holder (AH), if different, by obtaining an affirmative response from the RNH and AH.

To demonstrate compliance, please provide ICANN the following information and records by 20 March 2017:

1. The Whois inquiries your registrar sent to the RNH regarding the alleged Whois inaccuracies in the complaint below and any responses from the RNH, including the dates, times, means of inquiries, telephone numbers, email addresses and/or postal addresses used.

2. The emails your registrar sent to the RNH and AH to verify their email addresses and the affirmative responses from the RNH and AH, including the dates, times, means of responses, telephone numbers, email addresses and/or postal addresses used for the responses.

3. Indicate the option below that describes the actions taken by your registrar to address the alleged Whois inaccuracies:

a. Your registrar confirmed that the reported inaccuracy was corrected.

b. Your registrar obtained satisfactory verification from the registrant that the data was correct.

c. Your registrar suspended, deleted, cancelled or otherwise deactivated the domain name. If so, include the date this action was taken.

d. Your registrar did not investigate the inaccuracy as Section 3.7.8 of the RAA requires.

4. If any of the Whois data was updated during the course of your registrar's investigation or if the RNH has changed, provide the methods and results of your registrar's validation of format of the Whois data. Examples of standard formats include RFC 5322 for email addresses, ITU-T E.164 notation for the format of international telephone numbers and for the format of postal addresses the UPU Postal addressing format templates, the S42 address templates (as they may be updated) or other standard formats for the applicable territory. For more details please refer to the Whois Accuracy Program Specification.

Please send the information and records requested above via reply email (no more than 4 MB total) and do not change the email subject heading. Please provide records as attachments in .TXT, .PDF, or .DOC(X) format.

For your reference, please find below the links to the RAA and Whois Accuracy Program Specification:

2013 RAA: http://www.icann.org/en/resources/registrars/raa/approved-with-specs-27jun13-en.htm
2013 RAA Whois Accuracy Program Specification:
http://www.icann.org/en/resources/registrars/raa/approved-with-specs-27jun13-en.htm#whois-accuracy

Thank you in advance for your cooperation.

Sincerely,

Amanda Rose
ICANN Contractual Compliance

##################################################

The problem summary:

Domain being reported: goodwayegypt.com

Time of submission/processing: Sun Feb 26 11:02:46 2017

Problem in whois block: Expiration Date
--- Error in date: Nothing to report

Problem in whois block: Technical Contact
--- Error in address: Nothing to report
--- Error in phone number: Nothing to report
--- Error in name: Nothing to report
--- Error in email: Incorrect email
--- Error in fax number: Incorrect fax
--- Comment: Fax number is incorrect. Not enough digits.

E-mail address doesn't work. This bounces back:

dnsadmin@mail.link.net
SMTP error from remote mail server after RCPT TO:<dnsadmin@mail.link.net>:
host smtp.mail.link.net [196.205.3.100]: 550 5.1.1 User unknown

Problem in whois block: Registrant Contact
--- Error in address: Nothing to report
--- Error in name: Nothing to report

Problem in whois block: Registration Date
--- Error in date: Nothing to report

Problem in whois block: Administrative Contact
--- Error in address: Nothing to report
--- Error in phone number: Nothing to report
--- Error in name: Nothing to report
--- Error in email: Incorrect email
--- Error in fax number: Incorrect fax
--- Comment: Fax number is incorrect. Not enough digits.

E-mail address doesn't work. This bounces back:

dnsadmin@mail.link.net
SMTP error from remote mail server after RCPT TO:<dnsadmin@mail.link.net>:
host smtp.mail.link.net [196.205.3.100]: 550 5.1.1 User unknown

The whois at the time of processing is:

REGISTRAR WHOIS:

Domain Name: goodwayegypt.com
Registry Domain ID: 4674477_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date: 2016-09-25T09:03:54Z
Creation Date: 2004-09-19T04:00:00Z
Registrar Registration Expiration Date: 2017-09-19T04:00:00Z
Registrar: Onlinenic Inc
Registrar IANA ID: 82
Registrar Abuse Contact Email: onlinenic-enduser@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: DNS Admin
Registrant Organization: GOODWAY TECH
Registrant Street: 18 Ali Fahmy Kamel St. Heliopolis,Cairo Egypt
Registrant City: Cairo, EG 11431
Registrant State/Province:
Registrant Postal Code:
Registrant Country: EG
Registrant Phone: +01.9896811
Registrant Phone Ext:
Registrant Fax: +01.9016526
Registrant Fax Ext:
Registrant Email: dnsadmin@mail.link.net
Registry Admin ID: Not Available From Registry
Admin Name: DNS Admin
Admin Organization: Link Development
Admin Street: 77 Misr Helwan St
Admin City: Cairo, EG 11431
Admin State/Province:
Admin Postal Code:
Admin Country: EG
Admin Phone: +20.27686500
Admin Phone Ext:
Admin Fax: +01.1461530

```
Admin Fax Ext:
Admin Email: dnsadmin@mail.link.net
Registry Tech ID: Not Available From Registry
Tech Name: DNS Admin
Tech Organization: Link Development
Tech Street: 77 Misr Helwan St
Tech City: Cairo, EG 11431
Tech State/Province:
Tech Postal Code:
Tech Country: EG
Tech Phone: +20.27686500
Tech Phone Ext:
Tech Fax: +01.6596400
Tech Fax Ext:
Tech Email: dnsadmin@mail.link.net
Name Server: ns0.gates2host.net
Name Server: ns02.gates2host.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-09-25T09:03:54Z <<<


For more information on Whois status codes, please visit
https://icann.org/epp


This data is provided by OnlineNIC, Inc.
for information purposes, and to assist persons obtaining information
about or related to domain name registration records.
OnlineNIC, Inc. does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you will use this data
only for lawful purposes and that, under no circumstances, you will
use this data to
1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via E-mail
(spam); or
2) enable high volume, automated, electronic processes that apply
to this WHOIS server.
These terms may be changed without prior notice.
By submitting this query, you agree to abide by this policy.



REGISTRY WHOIS:


Whois Server Version 2.0
```

```
Domain Name: GOODWAYEGYPT.COM
Registrar: ONLINENIC, INC.
Sponsoring Registrar IANA ID: 82
Whois Server: whois.onlinenic.com
Referral URL: http://www.onlinenic.com
Name Server: NS0.GATES2HOST.NET
Name Server: NS02.GATES2HOST.NET
Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Updated Date: 25-sep-2016
Creation Date: 19-sep-2004
Expiration Date: 19-sep-2017


For more information on Whois status codes, please visit
https://icann.org/epp


Registrar: ONLINENIC, INC.
Whois Server: whois.onlinenic.com


##########################################
```

Ticket Details

Ticket ID: TDO-748-64751
Department: Whois Inaccuracy
Type: Issue
Status: **Reporter Ack**
Priority: Normal