TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:      213.430.3400
Facsimile:       213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC (fka FACEBOOK, INC.) and
INSTAGRAM, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM LLC,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; ; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>                    Defendants. | Case No. 3:19-cv-07071-SI<br><br>**EXHIBIT 39 TO DECLARATION OF HOWARD A. KROLL IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD. PURSUANT TO FED. R. CIV. P. 37**<br><br>Hon. Susan Illston |

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

# Exhibit 39

to Declaration of Howard A. Kroll in Support of Plaintiffs' Motion to Strike Defendant's Answer and for Entry of Default Against Defendant Xiamen 35.Com Internet Technology Co., Ltd. Pursuant to Fed. R. Civ. P. 37

# [REDACTED - EXHIBIT LODGED UNDER SEAL]

Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
2225 E. Bayshore Road, Suite 200
Palo Alto, CA  94303
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE
CO., LIMITED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED.<br><br>Defendants. | Case No. 19-CV-07071-SVK<br><br>**RESPONSES OF ONLINENIC, INC. AND DOMAIN ID SHIELD TO PLAINTIFF FACEBOOK, INC.'S SPECIAL COURT ORDERED INTERROGATORIES.** |

PROPOUNDING PARTY:          Facebook, Inc.

RESPONDING PARTY:          OnlineNIC, Inc. and Domain ID Shield Services Co., Limited

SET NO.:          One (1)

Defendants OnlineNIC, Inc. and Domain ID Shield Services Co., Limited ("Defendants")

hereby respond to Facebook, Inc.'s Special Court Ordered Interrogatories as follows:

PRELIMINARY STATEMENT

A.       The specific responses as set forth below are for the purposes of discovery only and

Defendants do not intend to waive, but expressly reserve, any and all objections and may have to

the relevance, competence, materiality, admissibility or use at trial of any information, documents

1

2

## RESPONSES

3

**SPECIAL INTERROGATORY NO. 1:**

4

    Explain in detail all payments made by ONLINENIC and DOMAIN ID SHIELD to 35.CN

5

between 2009 and the present day, including the date, amount and reason for the payment.

6

**RESPONSE TO INTERROGATORY NO. 1:**

7

    Responsive information is located at Exhibit 1.

8

**SPECIAL INTERROGATORY NO. 2:**

9

    Explain in detail all payments made by 35.CN to or on behalf of ONLINENIC and

10

DOMAIN ID SHIELD between 2009 and the present day, including the date, amount and reason

11

for the payment.

12

**RESPONSE TO INTERROGATORY NO. 2:**

13

    Responsive information is located at Exhibit 2.

14

**SPECIAL INTERROGATORY NO. 3:**

15

    Explain in detail all loans made by ONLINENIC and DOMAIN ID SHIELD to any

16

PERSON or PERSONS between 2009 and the present day, including but not limited to the name

17

of the PERSON or PERSONS, the amount of the loan, the terms of the loan (i.e., interest rate,

18

payment, length), any security provided for the loan and the reason for the loan.

19

**RESPONSE TO INTERROGATORY NO. 3:**

20

    Responsive information is located at Exhibit 3.

21

**SPECIAL INTERROGATORY NO. 4:**

22

    Explain in detail all payments made by the PERSON or PERSON identified in response to

23

Special Interrogatory No. 3 to pay back the loans made by ONLINENIC and DOMAIN ID

24

SHIELD.

25

26

27

28

- 3-

**RESPONSE TO INTERROGATORY NO. 4:**

None.

**SPECIAL INTERROGATORY NO. 5:**

Explain in detail all loans made by any PERSON or PERSONS to or on behalf of ONLINENIC and DOMAIN ID SHIELD between 2009 and the present day, including but not limited to the name of the lender, the amount of the loan, the terms of the loan (i.e., interest rate, payment, length), any security provided for the loan and the reason for the loan.

**RESPONSE TO INTERROGATORY NO. 5:**

Responsive information is located at Exhibit 5.1 and 5.2.

**SPECIAL INTERROGATORY NO. 6:**

Explain in detail all payments made by ONLINENIC and DOMAIN ID SHIELD, or any other PERSON or PERSONS on behalf of ONLINENIC and DOMAIN ID SHIELD, to pay back the loans identified in response to Special Interrogatory No. 5.

**RESPONSE TO INTERROGATORY NO. 1:**

Responsive information is located at Exhibit 6.

**SPECIAL INTERROGATORY NO. 7:**

ITEMIZE all financial support provided to DOMAIN ID SHIELD as referenced in the Notes to DOMAIN ID SHIELD's financial statements (ONLINENIC_283796 – ONLINENIC_283906), including but not limited to the amount, the date provided and the PERSON or PERSONS providing the financial support.

**RESPONSE TO INTERROGATORY NO. 7:**

Responsive information is located at Exhibit 7.

**SPECIAL INTERROGATORY NO. 8:**

ITEMIZE and explain in detail ONLINENIC's expense of "Salaries, Wages and Benefits" as listed in ONLINENIC's financial statements and tax returns from 2009 to the present, and IDENTIFY the PERSON or PERSONS who paid and received the "Salaries, Wages and Benefits" and the job title for the work they performed for ONLINENIC.

VERIFICATION

I, YU HONGXIA, am an officer of Domain ID Shield Services Co., Limited and OnlineNIC, Inc. I am authorized to sign this verification. I believe, based on reasonable inquiry, that the foregoing Responses of Domain ID Shield Services Co., Limited and OnlineNIC, Inc. to Plaintiffs Facebook's Special Court ordered Interrogatorries are true and correct to the best of my knowledge, information and belief.

I verify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  June 9, 2021 at Xiamen, China

By: _____
Yu Hongxia



Exhibit 1

CONFIDENTIAL

| | | | EXHIBIT 2 | | | | |
|---|---|---|---|---|---|---|---|
| █████████████ | | | ██████████ | | ████████ | | |
| | | | | ██ | | ██ | |
| ██████████ | ████████ | | █████████████ | ██ | | ██ | |
| | | | ████ | ██ | | ██ | |
| | | | | ██ | | ██ | |

CONFIDENTIAL

| EXHIBIT 3 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CONFIDENTIAL

EXHIBIT 5.1



CONFIDENTIAL

CONFIDENTIAL

EXIBIT 5.2

| | |
|---|---|
| ███ | ███ |
| ████████ | ████ |
| ████████ | ████ |
| ███ | ████ |
| ███████████ | ████ |
| █████ | █████ |
| █████ | █████ |
| █████ | █████ |
| █████ | █████ |
| █████ | █████ |
| █████ | █████ |
| █████ | █████ |
| ██████ | █████ |
| █████ | █████ |
| █████ | ████ |
| █████ | ████ |
| █████ | ████ |
| ███████ | ████ |
| ██████ | ████ |
| ███████ | ████ |
| ██████ | ████ |
| ██████ | ████ |
| ████████ | ████ |
| ████████ | ████ |
| █████ | ████ |

CONFIDENTIAL



EXHIBIT 6

CONFIDENTIAL