TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:     213.430.3400
Facsimile:     213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC (fka FACEBOOK, INC.) and
INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; ; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>　　　　　Defendants. | Case No. 3:19-cv-07071-SI<br><br>**NOTICE OF ERRATA**<br><br>Hon. Susan Illston |

**TO THE COURT:**

**PLEASE TAKE NOTICE** that Plaintiffs Meta Platforms, Inc. and Instagram, LLC (collectively, "Plaintiffs") inadvertently filed ECF No. 299-41 (labeled as Exhibit 39 to the Kroll Decl.) on the public docket without redacting certain material designated "CONFIDENTIAL" pursuant to the protective order in this action (ECF No. 35). Instead, Plaintiffs mistakenly lodged ECF No. 300-34 (labeled as Exhibit 38 to the Kroll Decl.) under seal although it does not contain any material designated either "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the protective order. Upon Plaintiffs' prompt request, the Clerk of Court temporarily sealed ECF No. 299-41.

Plaintiffs have refiled Exhibit 39 with appropriate redactions. That corrected filing is located on the docket in this action as ECF No. 304. Plaintiffs have also refiled Exhibit 38, which is located on the docket in this action as ECF No. 303.

Plaintiffs have also filed a Supplemental Administrative Motion to Consider Whether Another Party's Material Should Be Sealed regarding Exhibit 39, at ECF No. 302, with an updated Proposed Order for all materials they seek to file under seal.

DATED: March 3, 2023                                  Tucker Ellis LLP

By: /s/David J. Steele
    David J. Steele
    Howard A. Kroll
    Steven E. Lauridsen

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka
FACEBOOK, INC.) and INSTAGRAM, LLC