AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Facebook, Inc. and Instagram, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:19-cv-07071-SI |
| Onlinenic Inc., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

non-party the Internet Corporation for Assigned Names and Numbers.

Date: 03/09/2023

/s/ Eric P. Enson
*Attorney's signature*

Eric P. Enson, SBN 204447
*Printed name and bar number*

JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California  90071.2452
*Address*

epenson@jonesday.com
*E-mail address*

(213) 489-3939
*Telephone number*

(213) 243-2539
*FAX number*