Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
3000 El Camino Real
Bldg. 4, Suite 200
Palo Alto, CA  94306
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE CO., LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>              Plaintiffs,<br>       v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.<br><br>              Defendants. | Case No. 19-CV-07071-SI<br><br>**NOTICE OF ERRATA** |

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that Defendants OnlineNIC, Inc. and Domain ID Shield Service Co. Limited inadvertently filed an incorrect document at Dkt. No. 311.  The corrected document has been filed at Dkt. No. 312.

- 1-

Facebook, Inc. v. OnlineNIC, Inc.                                                                    Case No. 19-cv-7071-SVK
Notice of Errata.

- 2 -

DATED: March 10, 2023

Respectfully Submitted,

LEXANALYTICA, PC

By:  /s/ Perry J. Narancic

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE CO., LIMITED