**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Leah Rosa Vulić (Bar No. 343520)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
liana@kr.law
leah@kr.law

Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FACEBOOK, INC.**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **ONLINENIC INC.**, et al., <br><br> Defendants. | Case No. 3:19-cv-07071-SI <br><br> **DECLARATION OF KARL S. KRONENBERGER IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER PURSUANT TO CIVIL LOCAL RULE 6-3 TO MODIFY BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT PURSUANT TO FED. R. CIV. P. 37 [D.E. 299]** <br><br> Hon. Susan Illston |

Case No. 3:19-cv-07071-SI   **DECL. OF K. KRONENBERGER ISO JOINT STIP TO MODIFY BRIEFING SCHEDULE**

I, Karl S. Kronenberger, do hereby declare:

1. I am an attorney admitted to practice law before this Court. I am a partner at the law firm of Kronenberger Rosenfeld, LLP, counsel of record for Defendant Xiamen 35.com Technology Co., Ltd., ("35.CN" or "Defendant"). Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration.

2. Regarding Plaintiffs' Motion to Strike Defendant's Answer and For Entry of Default Against Defendant Xiamen 35.com Technology Co., Ltd. Pursuant to Fed. R. Civ. P. 37 [D.E. 299] (the "Motion"), it will take me and my firm considerable time to work through the issues with Defendant, including due to the significant number of exhibits, the language barrier, the time difference, and the need for a translator on certain issues.

3. I have upcoming travel dates for out-of-state hearings on March 23-24 and March 30-31, 2023 (which require preparation in advance of those travel dates).

4. According to the Court's calendar located at https://apps.cand.uscourts.gov/CEO/cfd.aspx?7133, the Court will be closed for settings between May 11 and May 26, 2023.

5. On March 9, 2023, my partner Liana Chen and I met and conferred with Plaintiffs' counsel regarding modification of the briefing and hearing schedule on the Motion. Plaintiffs' counsel communicated during the meet-and-confer that they will be unavailable on May 5 and June 2, 2023, meaning June 9, 2023 would be the earliest mutually agreeable hearing date

6. There is no discovery cutoff or trial date set. The requested relief would not impact any case deadlines. There have been no prior time modifications related to Plaintiffs' Motion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 13th day of March, 2023 in San Francisco, CA.

By: /s/ Karl S. Kronenberger
Karl S. Kronenberger