**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Leah Rosa Vulić (Bar No. 343520)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
liana@kr.law
leah@kr.law

Attorneys for Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **FACEBOOK, INC.**, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**ONLINENIC INC.**, et al.,<br><br>　　　　Defendants. | Case No. 3:19-cv-07071-SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER PURSUANT TO CIVIL LOCAL RULE 6-3 TO MODIFY BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT PURSUANT TO FED. R. CIV. P. 37 [D.E. 299]**<br><br>Hon. Susan Illston |

Pursuant to Civil L.R. 6-3, Plaintiffs Meta Platforms, Inc. (fka Facebook, Inc.) and Instagram, LLC (collectively, "Plaintiffs") and Defendant Xiamen 35.com Technology Co., Ltd. ("Defendant" or "35.CN") hereby submit this joint stipulation to modify the briefing schedule for Plaintiffs' Motion to Strike Defendant's Answer and For Entry of Default Against Defendant Xiamen 35.com Technology Co., Ltd. Pursuant to Fed. R. Civ. P. 37 [D.E. 299] (the "Motion"). The parties met and conferred via Zoom on March 9, 2023 regarding this issue. This stipulation is based upon the following facts:

1. Plaintiffs filed the Motion on March 2, 2023 (with an errata on March 3, 2023), creating a response deadline for Defendant of March 16, 2023. The Motion seeks terminating sanctions and includes 44 exhibits [*See* D.E. 299.]

2. Defendant contends that it will take its counsel considerable time to work through the issues with Defendant, including due to the significant number of exhibits, the language barrier with a Chinese language Defendant, the time difference with a Defendant in China, and the need for a translator on certain issues. (Declaration of Karl S. Kronenberger in Support of Joint Stipulation to Modify Briefing Schedule ("Decl. of K. Kronenberger") ¶2.)

3. Defendant's counsel will be traveling for out-of-state hearings in other cases on March 22-23, 2023 (Salt Lake City) and March 30-31, 2023 (New York). (Decl. of K. Kronenberger ¶3.)

4. The Court will be unavailable from May 11 through May 26, 2023. (Decl. of K. Kronenberger ¶4.)

5. Plaintiffs' counsel will be unavailable on May 5 and June 2, 2023, making June 9, 2023 the earliest mutually agreeable hearing date. (Decl. of K. Kronenberger ¶5.)

6. The Parties propose the following briefing schedule.

**THE PARTIES' PROPOSED BRIEFING SCHEDULE**

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Defendant's Opposition | March 16, 2023 | April 12, 2023 |
| Plaintiff's Reply | March 23, 2023 | May 11, 2023 |

Case No. 3:19-cv-07071-SI | 1 | JOINT STIP TO MODIFY BRIEFING SCHEDULE RE. PLTFS' MTN TO STRIKE

| Hearing on Motion | April 7, 2023<br>10:00 a.m. | June 9, 2023<br>10:00 a.m. |

7. This case was filed in October 2019. [D.E. 1.] There is no discovery cutoff or trial date set. The requested modification would not impact any case deadlines. There have been no prior time modifications related to Plaintiffs' Motion. (Decl. of K. Kronenberger ¶6.)

NOW THEREFORE, based on the foregoing facts, Plaintiffs and Defendant respectfully request that the Court grant this stipulation and enter an order modifying the briefing schedule for Plaintiffs' Motion pursuant to the table above.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: March 13, 2023            **TUCKER ELLIS LLP**

By: /s/ David J. Steele
David J. Steele
Howard A. Kroll
Steven E. Lauridsen

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

DATED: March 13, 2023            **KRONENBERGER ROSENFELD, LLP**

By: /s/ Karl S. Kronenberger
Karl S. Kronenberger

Attorneys for Defendant XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.

## ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that all other signatories listed and on whose behalf this filing is made concur in the filing of this document and have granted permission to use an electronic signature.

/s/ Karl S. Kronenberger
Karl S. Kronenberger

## [PROPOSED] ORDER

IT IS HEREBY ORDERD that, pursuant to Stipulation of the Parties, the briefing and hearing schedule on Plaintiffs' Motion to Strike Defendant's Answer and For Entry of Default Against Defendant Xiamen 35.com Technology Co., Ltd. Pursuant to Fed. R. Civ. P. 37 [D.E. 299] (the "Motion") is modified as follows:

| Deadline | Current Date | Modified Date |
|---|---|---|
| Defendant's Opposition | March 16, 2023 | April 12, 2023 |
| Plaintiff's Reply | March 23, 2023 | May 11, 2023 |
| Hearing on Motion | April 7, 2023 10:00 a.m. | ~~June 9, 2023~~ June 16, 2023 10:00 a.m. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 14, 2023

/s/ Susan Illston
Hon. Susan Illston
United States District Judge

Case No. 3:19-cv-07071-SI        3        **JOINT STIP TO MODIFY BRIEFING SCHEDULE RE. PLTFS' MTN TO STRIKE**

**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Leah Rosa Vulić (Bar No. 343520)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
liana@kr.law
leah@kr.law

Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FACEBOOK, INC.**, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>**ONLINENIC INC.**, et al.,<br><br>    Defendants. | Case No. 3:19-cv-07071-SI<br><br>**DECLARATION OF KARL S. KRONENBERGER IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER PURSUANT TO CIVIL LOCAL RULE 6-3 TO MODIFY BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT PURSUANT TO FED. R. CIV. P. 37 [D.E. 299]**<br><br>Hon. Susan Illston |

I, Karl S. Kronenberger, do hereby declare:

1. I am an attorney admitted to practice law before this Court. I am a partner at the law firm of Kronenberger Rosenfeld, LLP, counsel of record for Defendant Xiamen 35.com Technology Co., Ltd., ("35.CN" or "Defendant"). Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration.

2. Regarding Plaintiffs' Motion to Strike Defendant's Answer and For Entry of Default Against Defendant Xiamen 35.com Technology Co., Ltd. Pursuant to Fed. R. Civ. P. 37 [D.E. 299] (the "Motion"), it will take me and my firm considerable time to work through the issues with Defendant, including due to the significant number of exhibits, the language barrier, the time difference, and the need for a translator on certain issues.

3. I have upcoming travel dates for out-of-state hearings on March 23-24 and March 30-31, 2023 (which require preparation in advance of those travel dates).

4. According to the Court's calendar located at https://apps.cand.uscourts.gov/CEO/cfd.aspx?7133, the Court will be closed for settings between May 11 and May 26, 2023.

5. On March 9, 2023, my partner Liana Chen and I met and conferred with Plaintiffs' counsel regarding modification of the briefing and hearing schedule on the Motion. Plaintiffs' counsel communicated during the meet-and-confer that they will be unavailable on May 5 and June 2, 2023, meaning June 9, 2023 would be the earliest mutually agreeable hearing date

6. There is no discovery cutoff or trial date set. The requested relief would not impact any case deadlines. There have been no prior time modifications related to Plaintiffs' Motion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 13th day of March, 2023 in San Francisco, CA.

By:    /s/ Karl S. Kronenberger
        Karl S. Kronenberger

Case No. 3:19-cv-07071-SI         1         **DECL. OF K. KRONENBERGER ISO JOINT STIP TO MODIFY BRIEFING SCHEDULE**