**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Leah Rosa Vulić (Bar No. 343520)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
liana@kr.law
leah@kr.law

Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC., et al.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI<br><br>**[REDACTED] DECLARATION OF YU HONGXIA IN SUPPORT OF DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD. PURSUANT TO FED. R. CIV. P. 37 [D.E. 299]**<br><br>Date: June 16, 2023<br>Time: 10:00 a.m.<br>Ctrm: 1, 17th Floor<br>Judge: Hon. Susan Illston |

Case No. 3:19-cv-07071-SI                                 DECL OF Y. HONGXIA ISO DEF'S OPP TO
                                                          PLTFS' MTN TO STRIKE & FOR DEFAULT

I, Yu Hongxia, do hereby declare:

1. I am over the age of 18, and I am an employee of Defendant Xiamen 35.com Technology Co., Ltd. ("35.CN"). Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called as a witness I would testify to the facts contained in this declaration.

[lines 6–13 redacted]

4. I have never served as an officer or owner of 35.CN. [redacted]

[lines 15–17 redacted]

5. I was deposed for OnlineNIC on certain issues in this case in July 2021 using a Chinese translator/interpreter. [redacted]

[lines 20–21 redacted]

that Rex Liu actually purchased OnlineNIC from Shaohui Gong in 2007. To my knowledge, [redacted]

[lines 23–26 redacted]

[redacted] To my knowledge, 35.CN did not control or participate in the purported "destruction of evidence" as alleged

Case No. 3:19-cv-07071-SI    1    DECL OF Y. HONGXIA ISO DEF'S OPP TO PLTFS' MTN TO STRIKE & FOR DEFAULT

1  against OnlineNIC and ID Shield in this case. Further, to my knowledge, OnlineNIC tried
2  to defend this case. However, Plaintiffs' discovery and motions required substantial use of
3  OnlineNIC's time and resources.

[Lines 4–22 redacted]

23  I declare under penalty of perjury under the laws of the United States of America
24  that the foregoing is true and correct.
25  Executed on this 12 day of April, 2023 in Xiamen, China.
26  By: /s/ Yu Hong Xia
27  Yu Hongxia
28

Case No. 3:19-cv-07071-SI  2  DECL OF Y. HONGXIA ISO DEF'S OPP TO PLTFS' MTN TO STRIKE & FOR DEFAULT