1  **KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
2  Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
3  Leah Rosa Vulić (Bar No. 343520)
150 Post Street, Suite 520
4  San Francisco, CA 94108
5  Telephone: (415) 955-1155
Facsimile: (415) 955-1158
6  karl@kr.law
7  jeff@kr.law
liana@kr.law
8  leah@kr.law

9  Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)
10

11

12                        **UNITED STATES DISTRICT COURT**
13                        **NORTHERN DISTRICT OF CALIFORNIA**
                          **SAN FRANCISCO DIVISION**
14

15  **FACEBOOK, INC.**, et al.,          Case No. 3:19-cv-07071-SI

16              Plaintiffs,

17     v.                               **[REDACTED] DECLARATION OF
                                         ZHANG WEIWEI IN SUPPORT OF
18  **ONLINENIC INC.**, et al.,          DEFENDANT XIAMEN 35.COM
                                         TECHNOLOGY CO., L TD.'S
19              Defendants.              OPPOSITION TO PLAINTIFFS'
                                         MOTION TO STRIKE DEFENDANT'S
20                                       ANSWER AND FOR ENTRY OF
                                         DEFAULT AGAINST DEFENDANT
21                                       XIAMEN 35.COM TECHNOLOGY CO.,
                                         LTD. PURSUANT TO FED. R. CIV. P.
22                                       37 [D.E. 299]**
                                         Date:    June 16, 2023
23                                       Time:    10:00 a.m.
                                         Ctrm:    1, 17th Floor
24                                       Judge:   Hon. Susan Illston
25

26

27

28

I, Zhang Weiwei, do hereby declare:

1.    I am over the age of 18, and I am the Deputy General Manager of Defendant Xiamen 35.com Technology Co., Ltd. ("35.CN"). Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called as a witness I would testify to the facts contained in this declaration.

5.    35.CN did not control or participate in the purported "destruction of evidence" as alleged against OnlineNIC and ID Shield in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11 day of _April_, 2023 in Xiamen, China.

By: _____
Zhang Weiwei