1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**FACEBOOK, INC.**, et al.,

       Plaintiffs,

  v.

**ONLINENIC INC.**, et al.,

       Defendants.

Case No. 3:19-cv-07071-SI

**[PROPOSED] ORDER GRANTING DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S ADMINISTRATIVE MOTION TO FILE PORTIONS OF OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD. PURSUANT TO FED. R. CIV. P. 37 UNDER SEAL**

1    The Court, having read and considered Defendant Xiamen 35.com Technology

2  Co., Ltd.'s Administrative Motion to File Portions of its Opposition to Plaintiffs' Motion to

3  Strike Defendant's Answer and for Entry of Default Against Defendant Xiamen 35.com

4  Technology Co., Ltd. (the "Opposition") Under Seal, and good cause appearing,

5  **ORDERS** that the motion is **GRANTED**.

6    It is further **ORDERED** that the following documents are to be sealed:

7

| Document | Text to be Sealed (page(s):line(s)) | Basis for Sealing |
|---|---|---|
| Opposition Brief | 1:19–20; 5:12–13; 6:3–4: 6:5–6; 6:10–11; 6:14–21; 6:22; 6:23–27; 6:28–7:3; 7:4–6; 7:7–9; 7:20; 7:22–25; 7:27; 8:3; 8:8–10; 8:24–8:26; 11:11; 12:12; 14:18; 14:19; 14:27–28; 15:7–8; 19:10–18; 20:11–14; 20:25–21:1–3; 21:6–11; 22:12–13 | Designated by 35.CN |
| Opposition Brief | 4:9; 4:28, 5:28, portions of fn. 9; 8:10; 8:21–22 | Designated by OnlineNIC |
| Opposition Brief | 4:10–14; 4:26–27, portions of fn. 8 | Designated by Plaintiffs |
| Declaration of Karl S. Kronenberger in Support of the Opposition ("Kronenberger Decl.") | 1:18; 1:26–27; 2:2–3; 2:9–11; 2:14–16; 2:22–24 | Designated by 35.CN |
| Kronenberger Decl. | 3:17–21; 3:22 | Designated by OnlineNIC |
| Kronenberger Decl. | 3:27–4:1 | Designated by Plaintiffs |
| Ex. A to Kronenberger Decl. – Rebuttal to Kroll Declaration[1] | 8:A; portions of 8:B; 9:A; portions of 10:A; 16:A; portions of 16:B | Designated by ICANN |
| Ex. A to Kronenberger Decl. – Rebuttal to Kroll Declaration | 2:A; portions of 2:B; 3:A; 4A; 5A; 5B; 6A; portions of 6B; portions of 9B; 10B; portions of 11B; portions of 14B; portions of 15B; portions of 16B; portions of 17B; 19A; portions of 19B; portions of 20B; portions of 22B; portions of 23B; 25A; portions of 25B | Designated by 35.CN |
| Ex. A to Kronenberger Decl. – Rebuttal to | 11:A; 17:A; portions of 17B; 20:A; 21:A; 22:A; 23:A; portions of 24:A; | Designated by OnlineNIC |

[1] Citations to Kronenberger Decl. Exhibit A are formatted as Row:Column.

Case No. 3:19-cv-07071-SI

1

**[PROP] ORDER GRANTING DEFENDANT'S ADMIN MOTION TO FILE OPP UNDER SEAL**

| Kroll Declaration | portions of 24:B; 26:A; portions of 26B | |
|---|---|---|
| Ex. B to Kronenberger Decl. – 35.CN's Further Amended and Supplemental Responses to First Set of Interrogatories | 3:15–4:17; 4:24–7:27; 8:6–8:20; 9:2–9:15; 9:25–10:8; 10:15–11:8; 11:15–12:1; portions of Appendix A thereto | Designated by 35.CN |
| Ex. C to Kronenberger Decl. – Documents about the sale of OnlineNIC in 2007 | Entire Document | Designated by 35.CN |
| Ex. H to Kronenberger Decl. – Spreadsheet Records Provided to ICANN | Entire Document | Designated by OnlineNIC |
| Declaration of Carrie Yu in Support of Opposition ("Yu Decl.") | 1:6–13; 1:14–17; 1:19–21; 1:23–25; 1:26–27; 2:4–5; 2:6–7; 2:8–9; 2:10–12; 2:13–16; 2:21–22 | Designated by 35.CN |
| Yu Decl. | 2:17–20 | Designated by Plaintiffs |
| Declaration of Zhang Weiwei in Support of Opposition | 1:6–8; 1:9–11; 1:12–18; 1:20–21 | Designated by 35.CN |

**IT IS SO ORDERED.**

DATED: _____, 2023

_____
Hon. Susan Illston
United States District Judge