**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Leah Rosa Vulić (Bar No. 343520)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
liana@kr.law
leah@kr.law

Attorneys for Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FACEBOOK, INC.**, et al., | Case No. 3:19-cv-07071-SI |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| **ONLINENIC INC.**, et al., | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California, 94108.

On April 12, 2023, I served the following documents:

1) **[UNREDACTED] DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD. PURSUANT TO FED. R. CIV. P. 37 [D.E. 299];**
2) **[UNREDACTED] DECLARATION OF KARL S. KRONENBERGER IN SUPPORT OF DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD. PURSUANT TO FED. R. CIV. P. 37 [D.E. 299];**
3) **[UNREDACTED] DECLARATION OF YU HONGXIA IN SUPPORT OF DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD. PURSUANT TO FED. R. CIV. P. 37 [D.E. 299];**
4) **[UNREDACTED] DECLARATION OF ZHANG WEIWEI IN SUPPORT OF DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD. PURSUANT TO FED. R. CIV. P. 37 [D.E. 299]**

on the parties listed below as follows:

| *Attorneys for Plaintiffs:* | *Attorneys for Plaintiffs:* |
|---|---|
| TUCKER ELLIS LLP<br>David J. Steele<br>Howard A. Kroll<br>Steven E. Lauridsen<br>Jeffrey C. Sindelar<br>Helena M. Guye<br>515 South Flower Street<br>Forty-Second Floor<br>Los Angeles, CA 90071<br>david.steele@tuckerellis.com<br>howard.kroll@tuckerellis.com<br>steven.lauridsen@tuckerellis.com<br>jeffrey.sindelar@tuckerellis.com<br>helena.guye@tuckerellis.com | DAVIS POLK & WARDWELL LLP<br>Ashok Ramani<br>Micah G. Block<br>Cristina M. Rincon<br>1600 El Camino Real<br>Menlo Park, CA 94025<br>ashok.ramani@davispolk.com<br>micah.block@davispolk.com<br>cristina.rincon@davispolk.com |

| *Attorneys for Non-Party Internet Corporation for Assigned Names and Numbers (ICANN):* | *Attorneys for Defendants OnlineNIC, Inc and Domain ID Shield Service Co., Limited:* |
|---|---|
| Eric P. Enson<br>Jones Day<br>epenson@jonesday.com | LEXANALYTICA, PC<br>Perry J. Narancic<br>2225 E. Bayshore Road, Suite 200<br>Palo Alto, CA 94303<br>pjn@lexanalytica.com |

[X]  BY ELECTRONIC SERVICE, to the electronic service address(es) of the persons listed above. My electronic service address is: leah@kr.law.

[X]  (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: April 12, 2023

_____
Leah Rosa Vulić