**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Leah Rosa Vulić (Bar No. 343520)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
liana@kr.law
leah@kr.law

Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **FACEBOOK, INC.**, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>**ONLINENIC INC.**, et al.,<br><br>  Defendants. | Case No. 3:19-cv-07071-SI<br><br>**NOTICE OF ERRATA RE: D.E. NO. 318-1, EXHIBITS D AND E TO THE DECLARATION OF KARL KRONENBERGER IN SUPPORT OF DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD. PURSUANT TO FED. R. CIV. P. 37 [D.E. 299]**<br><br>Date:     June 16, 2023<br>Time:    10:00 a.m.<br>Ctrm:    1, 17th Floor<br>Judge:   Hon. Susan Illston |

Case No. 3:19-cv-07071-SI                                                                 **DEF'S NTC OF ERRATA**

TO THE COURT:

PLEASE TAKE NOTICE THAT Defendant Xiamen 35.com Technology Co., Ltd. ("Defendant"), by and through its undersigned counsel, hereby amends the Exhibits D and E to the Declaration of Karl S. Kronenberger in Support of Defendant Xiamen 35.com Technology Co., Ltd.'s Opposition to Plaintiffs' Motion to Strike Defendant's Answer and for Entry of Default Against Defendant Xiamen 35.com Technology Co., Ltd. Pursuant to Fed. R. of Civ. P. 37 (the "Declaration") [D.E. 318-1] as described below.

The filed Exhibit D consisted of legal opinions by the Zhong Lun Law Firm in Chinese. Exhibit D was intended to be filed as the certified English translations of those legal opinions, which attach the Chinese versions to the translations. As such, the Exhibit E, which was identified in the Declaration as the separate English translations, is omitted.

Therefore, this Errata amends Exhibit D to the Declaration to include the corrected version (with the English and Chinese versions combined), and to confirm that Exhibit E to the Declaration is omitted in its entirety. Defendant has refiled the corrected Exhibit D. References to Exhibit E in the Opposition and the Declaration of Karl S. Kronenberger now refer to the corrected version of Exhibit D.

Respectfully Submitted,

Dated: April 13, 2023     **KRONENBERGER ROSENFELD, LLP**

By:   s/ Karl S. Kronenberger
      Karl S. Kronenberger

Attorneys for Defendant Xiamen 35.com Technology Co., Ltd.