1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>      Plaintiffs,<br><br>    v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>      Defendants. | Case No. 3:19-cv-07071-SI<br><br>**[PROPOSED] ORDER RE: DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.'S ADMINISTRATIVE MOTION TO FILE PORTIONS OF OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD. PURSUANT TO FED. R. CIV. P. 37 UNDER SEAL**<br><br>Hon. Susan Illston |

The Court, having read and considered Defendant Xiamen 35.com Internet Technology Co., Ltd.'s Administrative Motion to File Portions of Opposition to Plaintiffs' Motion to Strike Defendant's Answer and for Entry of Default Against Defendant Xiamen 35.com Technology Co., Ltd. Pursuant to Fed. R. Civ. P. 37 Under Seal, as well as the motion's supporting papers, **ORDERS** as follows:

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Opposition Brief at 1:19–20; 5:12–13; 6:3–4: 6:5–6; 6:10–11; 6:14–21; 6:22; 6:23–27; 6:28–7:3; 7:4–6; 7:7–9; 7:20; 7:22–25; 7:27; 8:3; 8:8–10; 8:24–8:26; 11:11; 12:12; 14:18; 14:19; 14:27–28; 15:7–8; 19:10–18; 20:11–14; 20:25–21:1–3; 21:6–11; 22:12–13 | Declaration of Karl S. Kronenberger in Support of Defendant Xiamen 35.com Internet Technology Co., Ltd.'s Motion to File Portions of Opposition Under Seal [ECF No. 319.01] ("35.CN Declaration") | |
| Opposition Brief at 4:9; 4:28, 5:28, portions of fn. 9; 8:10; 8:21–22 | Forthcoming Declaration provided by Defendant OnlineNIC Inc. and Domain ID Shield Service Co., Ltd. ("OnlineNIC Defendants Declaration") | |
| Opposition Brief at 4:10–14; 4:26–27, (portions of fn. 8) | Plaintiffs' Statement in Response to Motion to Seal ("Plaintiffs' Statement") | 35.CN is ordered to file a copy of this document without this portion redacted. |
| Declaration of Karl S. Kronenberger in Support of the Opposition ("Kronenberger Decl.") at 1:18; 1:26–27; 2:2–3; 2:9–11; 2:14–16; 2:22–24 | 35.CN Declaration | |
| Kronenberger Decl. 3:17–21; 3:22 | OnlineNIC Defendants Declaration | |
| Kronenberger Decl. 3:27–4:1 | Plaintiffs' Statement | 35.CN is ordered to file a copy of this document without this portion redacted. |
| Ex. A to Kronenberger Decl. – Rebuttal to Kroll Declaration[1] at 8:A; portions of 8:B; 9:A; portions of 10:A; 16:A; portions of 16:B | Forthcoming Declaration provided by ICANN | |

---

[1] Citations to Kronenberger Decl. Exhibit A are formatted as Row:Column.

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Ex. A to Kronenberger Decl. – Rebuttal to Kroll Declaration at 2:A; portions of 2:B; 3:A; 4A; 5A; 5B; 6A; portions of 6B; portions of 9B; 10B; portions of 11B; portions of 14B; portions of 15B; portions of 16B; portions of 17B; 19A; portions of 19B; portions of 20B; portions of 22B; portions of 23B; 25A; portions of 25B | 35.CN Declaration | |
| Ex. A to Kronenberger Decl. – Rebuttal to Kroll Declaration at 11:A; 17:A; portions of 17B; 20:A; 21:A; 22:A; 23:A; portions of 24:A; portions of 24:B; 26:A; portions of 26B | OnlineNIC Defendants Declaration | |
| Ex. B to Kronenberger Decl. – 35.CN's Further Amended and Supplemental Responses to First Set of Interrogatories at 3:15–4:17; 4:24–7:27; 8:6–8:20; 9:2-9:15; 9:25–10:8; 10:15–11:8; 11:15-12:1; (portions of Appendix A thereto) | 35.CN Declaration | |
| Ex. C to Kronenberger Decl. – Documents about the sale of OnlineNIC in 2007 (Entire Document) | 35.CN Declaration | |
| Ex. H to Kronenberger Decl. – Spreadsheet Records Provided to ICANN (Entire Document) | OnlineNIC Defendants Declaration | |
| Declaration of Carrie Yu in Support of Opposition ("Yu Decl.") at 1:6–13; 1:14–17; 1:19–21; 1:23–25; 1:26–27; 2:4–5; 2:6–7; 2:8–9; 2:10–12; 2:13–16; 2:21–22 | 35.CN Declaration | |
| Yu Decl. at 2:17–20 | Plaintiffs' Statement | 35.CN is ordered to file a copy of this document without this portion redacted. |
| Declaration of Zhang Weiwei in Support of Opposition at 1:6–8; 1:9–11; 1:12–18; 1:20–21 | 35.CN Declaration | |

**IT IS SO ORDERED.**

DATED: _____                 _____
                                          Susan Illston
                                          United States District Judge