TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:	213.430.3400
Facsimile:	213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.) and
INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>　　　　　Defendants. | Case No. 3:19-cv-07071-SI<br><br>**SUPPLEMENTAL DECLARATION OF HOWARD A. KROLL IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD. PURSUANT TO FED. R. CIV. P. 37**<br><br>DATE: June 16, 2023<br>TIME: 10:00 a.m.<br>CTRM: 1 – 17th Floor<br><br>Hon. Susan Illston |

I, Howard A. Kroll, declare as follows:

1. I am a partner at Tucker Ellis LLP, attorneys of record for Plaintiffs in this action. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2. I have reviewed the documents produced by Defendants Xiamen 35.com Internet Technology Co., Ltd. ("35.CN"), OnlineNIC, Inc. ("OnlineNIC") and Domain ID Shield Service Co., Limited ("ID Shield") (collectively, "Defendants") in this case. Together, OnlineNIC and ID Shield are referred to as the "OnlineNIC Defendants."

3. Documents produced by Defendants ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.

4. The ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉. A copy of the ▉▉▉▉▉▉▉▉ (Bates Stamp Nos. ONLINENIC 187254-257), along with a certified translation, is attached to this Supplemental Declaration as **Exhibit 1**. This ▉▉▉▉▉▉▉▉ is designated "CONFIDENTIAL" by the OnlineNIC Defendants.

5. The ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉. Pursuant to Exhibit 13 to my initial Declaration (ECF Nos. 299.15, 300.16 at 27.), ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉. A copy of the ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ (Bates Stamp Nos. ONLINENIC 187305-06), along with a certified translation, is attached to this Supplemental Declaration as **Exhibit 2**. This ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ is designated "CONFIDENTIAL" by the OnlineNIC Defendants.

6. The ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉. Pursuant to Exhibit 13 to my initial Declaration (ECF Nos. 299.15, 300.16 at 28.), ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉. A copy of the ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ (Bates Stamp No. ONLINENIC 187307), along with

1  a certified translation, is attached to this Supplemental Declaration as **Exhibit 3**. This ▮▮

2  ▮▮ is designated "CONFIDENTIAL" by the OnlineNIC Defendants.

3    7.    Defendants did not produce ▮▮

4  ▮▮. Nor did Defendants produce ▮▮

5  ▮▮.

6    8.    OnlineNIC produced an ▮▮

7  ▮▮

8  ▮▮. A copy of this

9  ▮▮ (Bates Stamp No. ONLINENIC 187271), along with a certified translation, is attached

10 to this Supplemental Declaration as **Exhibit 4**. This ▮▮ is designated "CONFIDENTIAL"

11 by the OnlineNIC Defendants.

12   9.    Defendants did not produce any email or document from ▮▮

13 ▮▮

14 ▮▮.

15   10.   Defendants did not produce any email or document from ▮▮

16 ▮▮

17 ▮▮.

18   11.   Defendants did not produce any document evidencing or substantiating that ▮▮

19 ▮▮.

20   12.   As described more fully in my initial Declaration (ECF Nos. 299-3, 300.06), 35.CN in its

21 response to Interrogatory No. 16, identified ▮▮

22 ▮▮. OnlineNIC never disclosed ▮▮

23 ▮▮ in its responses to discovery. 35.CN produced this information on December 22, 2022 after

24 Plaintiffs moved to compel this information and after Judge Tse granted Plaintiffs' motion in part.

25   13.   35.CN purportedly ▮▮

26 ▮▮. A copy of the ▮▮ (Bates Stamp No. 35CN0040533) is

27 attached to this Supplemental Declaration as **Exhibit 5**. This ▮▮

28 ▮▮ is designated "CONFIDENTIAL" by 35.CN.

14. On July 13, 2021, I took Day 1 of the 30(b)(6) deposition of OnlineNIC. Ms. Yu was the designee of OnlineNIC for this deposition. A copy of relevant excerpts from the July 13, 2021 deposition transcript is attached to this Supplemental Declaration as **Exhibit 6**. These deposition excerpts contain material designated "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by OnlineNIC pursuant to the Protective Order.

15. On July 14, 2021, I took Day 2 of the 30(b)(6) deposition of OnlineNIC. Ms. Yu was the designee of OnlineNIC for this deposition. A copy of relevant excerpts from the July 14, 2021 deposition transcript is attached to this Supplemental Declaration as **Exhibit 7**. These deposition excerpts contain material designated "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by OnlineNIC pursuant to the Protective Order

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on May 11, 2023, in Los Angeles, California.

/s/ Howard A. Kroll