# Exhibit 1:

# [ENTIRE EXHIBIT LODGED UNDER SEAL]