# Exhibit 6:

# [ENTIRE EXHIBIT LODGED UNDER SEAL]