1
2
3
4
5
6
7
8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC, | Case No. 3:19-cv-07071-SI |
| Plaintiffs, | **[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE: PLAINTIFFS' REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD. PURSUANT TO FED. R. CIV. P. 37** |
| v. | |
| ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; ; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., | |
| Defendants. | |
| | Hon. Susan Illston |

The Court, having read and considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed re Plaintiffs' Reply Memorandum of Points and Authorities in Support of Motion to Strike Defendant's Answer and For Entry of Default Against Defendant Xiamen 35.Com Internet Technology Co., Ltd. Pursuant to Fed. R. Civ. P. 37, as well as the motion's supporting papers, **ORDERS** as follows:

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Reply Memorandum of Points and Authorities in Support of Motion to Strike Defendant's Answer and for Entry of Default Against Defendant 35.CN ("Reply") at Page 3, Lines 4-5;[1] 4:26-27; 5:20-21; 5:26-27; 6:3-6; 6:21; 6:25-27; 6:19-7:1; 7:8-9; 7:21-23; 7:25-26; 8:4-6; 8:9-10; 8:11; 8:22-23; 8:26-27; 9:3-4; 9:5; 9:7-8; 10:19-21; 12:18-21; 12:26; 13:3; 13:6-7; 14:12; 14:24 | Forthcoming Declaration provided by Defendant Xiamen 35.Com Internet Technology Co., Ltd. ("35.CN Declaration") | |
| Reply at 1:13-14; 1:16-17; 3:4; 3:5-7; 3:22-23; 3:26-28; 4:12-13; 4:16; 4:26-27; 5:5-6; 5:7-8; 5:18-19; 5:22-24; 5:24-6:2; 6:2-3; 6:6-8; 6:11-12; 7:4-6; 7:13; 7:14-15; 7:15-16; 7:17-18; 7:19-8:3; 8:7-8; 8:12-16; 8:17-18; 8:21-22; 8:25- | Forthcoming Declaration provided by Defendants OnlineNIC, Inc. and Domain ID Shield Service Co., Limited ("OnlineNIC Defendants Declaration") | |

---

[1] Citations to page and line numbers are in "xx:yy" format where "xx" is the page number and "yy" is the line number.

| | | |
|---|---|---|
| 26; 8:26-27; 8:27-28; 9:2-3; 9:4-5; 9:6; 9:9-10; 9:10-11; 9:18-19; 9:20-21; 9:22-23; 10:5-6; 10:16-17; 10:17-18; 11:2; 13:5-6; 13:8-9 | | |
| Reply at 7:6-8; 7:17; 7:25; 10:22-23; 13:4-5 | Forthcoming Declaration provided by the Internet Corporation for Assigned Names and Numbers (ICANN) | |
| Supplemental Declaration of Howard A. Kroll in Support of Motion to Strike Defendant's Answer and for Entry of Default Against Defendant 35.CN ("Sup. Kroll Declaration") at 3:3-5; 3:12-14; 3:15-17; 3:18-19; 3:21-23; 3:25-28 | 35.CN Declaration | |
| Sup. Kroll Declaration at 2:9-12; 2:13-16; 2:17-22; 2:24-3:2; 3:6-10 | OnlineNIC Defendants Declaration | |
| Exhibit 1 to the Sup. Kroll Declaration | OnlineNIC Defendants Declaration | |
| Exhibit 2 to the Sup. Kroll Declaration | OnlineNIC Defendants Declaration | |
| Exhibit 3 to the Sup. Kroll Declaration | OnlineNIC Defendants Declaration | |
| Exhibit 4 to the Sup. Kroll Declaration | OnlineNIC Defendants Declaration | |

| Exhibit 5 to the Sup. Kroll Declaration | 35.CN Declaration |  |
| Exhibit 6 to the Sup. Kroll Declaration | OnlineNIC Defendants Declaration |  |
| Exhibit 7 to the Sup. Kroll Declaration | OnlineNIC Defendants Declaration |  |

**IT IS SO ORDERED.**

DATED: _____

                                                              Susan Illston
                                                              United States District Judge