TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.) and
INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| FACEBOOK, INC. and INSTAGRAM, LLC, | Case No. 3:19-cv-07071-SI |
|---|---|
| Plaintiffs, | **DECLARATION OF HOWARD A. KROLL IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD. PURSUANT TO FED. R. CIV. P. 37** |
| v. | |
| ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; ; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., | |
| Defendants. | |
|  | Hon. Susan Illston |

I, Howard A. Kroll, declare as follows:

1. I am an attorney at Tucker Ellis LLP, counsel of record for Plaintiffs in this action. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2. Plaintiffs seek leave to file the following documents partially or entirely under seal in connection with Plaintiffs' Reply Memorandum of Points and Authorities in Support of Motion to Strike Defendant's Answer and for Entry of Default Against Defendant Xiamen 35.Com Internet Technology Co., Ltd. ("35.CN") Pursuant to Fed. R. Civ. P. 37 and supporting documents:

| Document | Text or Portion to be Sealed | Basis for Sealing |
|---|---|---|
| Reply Memorandum of Points and Authorities in Support of Motion to Strike Defendant's Answer and for Entry of Default Against Defendant 35.CN ("Reply") | Portions of Page 3, Lines 4-5;[1] 4:26-27; 5:20-21; 5:26-27; 6:3-6; 6:21; 6:25-27; 6:19-7:1; 7:8-9; 7:21-23; 7:25-26; 8:4-6; 8:9-10; 8:11; 8:22-23; 8:26-27; 9:3-4; 9:5; 9:7-8; 10:19-21; 12:18-21; 12:26; 13:3; 13:6-7; 14:12; 14:24 | Designated by 35.CN |
| Reply | 1:13-14; 1:16-17; 3:4; 3:5-7; 3:22-23; 3:26-28; 4:12-13; 4:16; 4:26-27; 5:5-6; 5:7-8; 5:18-19; 5:22-24; 5:24-6:2; 6:2-3; 6:6-8; 6:11-12; 7:4-6; 7:13; 7:14-15; 7:15-16; 7:17-18; 7:19-8:3; 8:7-8; 8:12-16; 8:17-18; 8:21-22; 8:25-26; 8:26-27; 8:27-28; 9:2-3; 9:4-5; 9:6; 9:9-10; 9:10-11; 9:18-19; 9:20-21; 9:22-23; 10:5-6; 10:16-17; 10:17-18; 11:2; 13:5-6; 13:8-9 | Designated by Defendants OnlineNIC, Inc. and Domain ID Shield Service Co., Ltd. ("OnlineNIC Defendants") |
| Reply | 7:6-8; 7:17; 7:25; 10:22-23; 13:4-5 | Designated by the Internet Corporation for Assigned |

---

[1] Citations to page and line numbers are in "xx:yy" format where "xx" is the page number and "yy" is the line number.

|  |  | Names and Numbers ("ICANN") |
|---|---|---|
| Supplemental Declaration of Howard A. Kroll ("Sup. Kroll Declaration") in Support of Motion to Strike Defendant's Answer and for Entry of Default Against Defendant 35.CN | 3:3-5; 3:12-14; 3:15-17; 3:18-19; 3:21-23; 3:25-28 | Designated by 35.CN |
| Sup. Kroll Declaration | 2:9-12; 2:13-16; 2:17-22; 2:24-3:2; 3:6-10 | Designated by OnlineNIC Defendants |
| Exhibit 1 to the Sup. Kroll Declaration | Entire Documents | Designated by OnlineNIC Defendants |
| Exhibit 2 to the Sup. Kroll Declaration | Entire Document | Designated by OnlineNIC Defendants |
| Exhibit 3 to the Sup. Kroll Declaration | Entire Document | Designated by OnlineNIC Defendants |
| Exhibit 4 to the Sup. Kroll Declaration | Entire Document | Designated by OnlineNIC Defendants |
| Exhibit 5 to the Sup. Kroll Declaration | Entire Document | Designated by 35.CN |
| Exhibit 6 to the Sup. Kroll Declaration | Entire Document | Designated by OnlineNIC Defendants |
| Exhibit 7 to the Sup. Kroll Declaration | Entire Document | Designated by OnlineNIC Defendants |

3. The information listed above has been designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by 35.CN, the OnlineNIC Defendants, or ICANN, as stated above.

In the unredacted versions of these documents, material designated by 35.CN is highlighted in blue, material designated by OnlineNIC Defendants is highlighted in red, material designated by ICANN is highlighted in purple. 35.CN, the OnlineNIC Defendants, and ICANN have maintained that the designations are appropriate, and after having conducted my own independent review of the materials using my good faith judgment, I concur with the designation as this time.

4. Pursuant to Civil Local Rule 7-11(a), Plaintiffs are filing the instant administrative motion rather than a stipulation given that, while Plaintiffs agree the materials are appropriately designated at this time, Defendants and ICANN still are allowed seven days to submit declarations to the Court supporting their designations pursuant to Civil Local Rule 79-5(f)(3).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 11, 2023.

/s/Howard A. Kroll
HOWARD A. KROLL