UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **FACEBOOK, INC.**, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>**ONLINENIC INC.**, et al.,<br><br>  Defendants. | Case No. 3:19-cv-07071-SI<br><br>**[PROP] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [D.E. 325] RE. PLAINTIFFS' REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD. PURSUANT TO FED. R. CIV. P. 37 [D.E. 324]** |

The Court, having read and considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed re. Plaintiffs' Reply Memorandum of Points and Authorities in Support of Motion to Strike Defendant's Answer and for Entry of Default Against Defendant Xiamen 35.com Technology Co., Ltd. Pursuant to Fed R. Civ. P. 37 (the "Reply"), as well as the administrative motion's supporting papers, and the declaration filed by counsel for Defendant Xiamen 35.com Technology Co., Ltd. ("35.CN Decl."), and good cause appearing, **ORDERS** that the motion is **GRANTED**.

It is further **ORDERED** that the following documents are to be sealed:

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Reply at Portions of Page 3, Lines 4-5; 4:26-27; 5:20-21; 5:26-27; 6:2-5; 6:26-28; 6:18-20; 6:22; 7:7-8; 7:21-23; 7:25-26; 8:3-5; 8:8-9; 8:10; 8:21-22; 8:27-28; 9:2-3; 9:4; 9:6-7; 10:18-20; 12:17-20; 12:26; 13:2; 13:5-6; 14:11; 14:24 | 35.CN Decl. | |
| Supplemental Declaration of Howard A. Kroll ("Supp. Kroll Decl.") in Support of Motion to Strike Defendant's Answer and for Entry of Default Against Defendant 35.CN at 3:3-5; 3:12-14; 3:15-17; 3:18-19; 3:21-23; 3:25-28 | 35.CN Decl. | |
| Exhibit 5 to Supp. Kroll Decl. – Entire Document | 35.CN Decl. | |

**IT IS SO ORDERED.**

DATED: _____, 2023              _____
                                         Hon. Susan Illston
                                         United States District Judge