UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; ; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI<br><br>**[AMENDED PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE: PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD. PURSUANT TO FED. R. CIV. P. 37**<br><br>Hon. Susan Illston |

The Court, having read and considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed re Plaintiffs' Motion to Strike Defendant's Answer and For Entry of Default Against Defendant Xiamen 35.Com Internet Technology Co., Ltd. Pursuant to Fed. R. Civ. P. 37, (Dkt. Nos. 300, 302) as well as the motion's supporting papers, **ORDERS** as follows:

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Memorandum of Points and Authorities in Support of Motion to Strike Defendant's Answer and for Entry of Default Against Defendant 35.CN ("Motion") at Page 3, Line 1;[1] 3:17-18; 5:14-15, 5:17-19; 6:1, 6:5-9; 6:20-21; 6:24-25; 7:5; 9:9-20; 12:12-13; 13:10-12; 13:18-19; 14:2; 14:4-8; 14:14-15; 16:18. | Dkt. No. 310 (Declaration provided by Defendant Xiamen 35.Com Internet Technology Co., Ltd. ("35.CN Declaration")) | |

---

[1] Citations to page and line numbers are in "xx:yy" format where "xx" is the page number and "yy" is the line number.

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Motion at 3:5-6; 3:12-14; 3:19-20; 3:23-25; 4:1, 4:17-19; 5:3-4; 5:9-13; 6:2-4; 6:10-12; 6:15-18; 6:21-22; 6:25-27; 7:1-15; 7:17-21; 7:25-26; 8:1-14; 8:23-27; 11:10-12; 11:17; 11:22-24; 12:9-11; 12:14-17; 13:1; 13:4-6; 13:18-19; 13:22-24; 13:27; 14:1; 14:9-10; 14:14-15; 15:5-18; 15:21; 16:3-4; 16:6-7; 16:15-22; 19:4-5; 19:9-11; 19:17. | Dkt. No. 312 (Declaration provided by Defendants OnlineNIC, Inc. and Domain ID Shield Service Co., Limited ("OnlineNIC Defendants")); Forthcoming Declaration provided by OnlineNIC Defendants | |
| Motion at 2:21; 2:26-27; 3:2-4; 3:8; 3:11-12; 3:22-23; 3:27; 4:1-2; 4:23-27; 5:1; 5:22; 19:17. | Dkt. No. 309 (Declaration provided by The Internet Corporation for Assigned Names and Numbers ("ICANN Declaration") | |
| Declaration of Howard A. Kroll in Support of Motion to Strike Defendant's Answer and for Entry of Default Against Defendant 35.CN ("Kroll Declaration") at 2:22-26; 3:1-6; 3:8-10; 3:15; 3:19-20; 3:22-25; 5:19-20; 7:18-20; 11:3-13; 14:5-7. | 35.CN Declaration | |

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Kroll Declaration at 5:23-25; 6:1-15; 8:15-16; 8:19-20; 8:23-24; 8:27-28; 9:3-6; 9:9-14; 9:17-19; 9:23-27; 10:2-6; 10:9-12; 10:16-21; 11:19-28; 12:1-2; 12:14-28; 13:1-14; 13:24-25; 14:12-15. | Dkt. No. 312; Forthcoming Declaration provided by OnlineNIC Defendants | |
| Kroll Declaration at 4:2-3; 4:6-7; 4:11-13; 4:16-19; 5:7; 5:11-12; 5:19-20; 8:1-4; 8:7-11. | ICANN Declaration | |
| Exhibit 1 to the Kroll Declaration at 3:17-28; 4:1-17, 28, 8:9-20; 9:7-15; 10:2-8; 10:18-28; 11:1-8; 11:18-28; 12:1; Appendix pp. 5-6. | 35.CN Declaration | |
| Exhibit 2 to the Kroll Declaration | ICANN Declaration | |
| Exhibit 3 to the Kroll Declaration | ICANN Declaration | |
| Exhibit 4 to the Kroll Declaration | ICANN Declaration | |
| Exhibit 5 to the Kroll Declaration | ICANN Declaration | |
| Exhibit 7 to the Kroll Declaration | Dkt. No. 312; Forthcoming Declaration provided by OnlineNIC Defendants | |
| Exhibit 8 to the Kroll Declaration | Dkt. No. 312; Forthcoming Declaration provided by OnlineNIC Defendants | |
| Exhibit 9 to the Kroll Declaration | ICANN Declaration | |
| Exhibit 10 to the Kroll Declaration | ICANN Declaration | |

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 12 to the Kroll Declaration | ICANN Declaration | |
| Exhibit 13 to the Kroll Declaration | Dkt. No. 312; Forthcoming Declaration provided by OnlineNIC Defendants | |
| Exhibit 19 to the Kroll Declaration | 35.CN Declaration | |
| Exhibit 21 to the Kroll Declaration | ICANN Declaration | |
| Exhibit 22 to the Kroll Declaration | ICANN Declaration | |
| Exhibit 23 to the Kroll Declaration | Dkt. No. 312; Forthcoming Declaration provided by OnlineNIC Defendants | |
| Exhibit 24 to the Kroll Declaration | Dkt. No. 312; Forthcoming Declaration provided by OnlineNIC Defendants | |
| Exhibit 25 to the Kroll Declaration | Dkt. No. 312; Forthcoming Declaration provided by OnlineNIC Defendants | |
| Exhibit 26 to the Kroll Declaration | Dkt. No. 312; Forthcoming Declaration provided by OnlineNIC Defendants | |
| Exhibit 27 to the Kroll Declaration | Dkt. No. 312; Forthcoming Declaration provided by OnlineNIC Defendants | |
| Exhibit 28 to the Kroll Declaration | Dkt. No. 312; Forthcoming Declaration provided by OnlineNIC Defendants | |

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 29 to the Kroll Declaration | Dkt. No. 312; Forthcoming Declaration provided by OnlineNIC Defendants | |
| Exhibit 30 to the Kroll Declaration | Dkt. No. 312; Forthcoming Declaration provided by OnlineNIC Defendants | |
| Exhibit 31 to the Kroll Declaration | Dkt. No. 312; Forthcoming Declaration provided by OnlineNIC Defendants | |
| Exhibit 32 to the Kroll Declaration | Dkt. No. 312; Forthcoming Declaration provided by OnlineNIC Defendants | |
| Exhibit 33 to the Kroll Declaration | Dkt. No. 312; Forthcoming Declaration provided by OnlineNIC Defendants | |
| Exhibit 35 to the Kroll Declaration | ICANN Declaration | |
| Exhibit 36 to the Kroll Declaration | 35.CN Declaration | |
| Exhibit 37 to the Kroll Declaration | Dkt. No. 312; Forthcoming Declaration provided by OnlineNIC Defendants | |
| Exhibit 39 to the Kroll Declaration at Exhibits 1, 2, 3, 5.1, 5.2, 6 | Dkt. No. 312; Forthcoming Declaration provided by OnlineNIC Defendants | |
| Exhibit 41 to the Kroll Declaration | Dkt. No. 312; Forthcoming Declaration provided by OnlineNIC Defendants | |

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 43 to the Kroll Declaration | 35.CN Declaration | |

**IT IS SO ORDERED.**

DATED: _____     _____
Susan Illston
United States District Judge