UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>             Plaintiffs,<br><br>     v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; ; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>             Defendants. | Case No. 3:19-cv-07071-SI<br><br>**[AMENDED PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE: PLAINTIFFS' REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD. PURSUANT TO FED. R. CIV. P. 37**<br><br>Hon. Susan Illston |

1  The Court, having read and considered Plaintiffs' Administrative Motion to Consider Whether
2  Another Party's Material Should Be Sealed re Plaintiffs' Reply Memorandum of Points and Authorities
3  in Support of Motion to Strike Defendant's Answer and For Entry of Default Against Defendant Xiamen
4  35.Com Internet Technology Co., Ltd. Pursuant to Fed. R. Civ. P. 37 (Dkt. No. 325), as well as the
5  motion's supporting papers, **ORDERS** as follows:

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Reply Memorandum of Points and Authorities in Support of Motion to Strike Defendant's Answer and for Entry of Default Against Defendant 35.CN ("Reply") at Page 3, Lines 4-5;[1] 4:26-27; 5:20-21; 5:26-27; 6:2-5; 6:18-20; 6:22; 6:26-28; 7:7-8; 7:21-23; 7:25-26; 8:3-5; 8:8-10; 8:21-22; 8:26-27; 9:2-4; 9:6-7; 10:18-20; 12:17-20; 12:26; 13:2; 13:5-6; 14:11; 14:24 | Dkt. No. 328 (Declaration provided by Defendant Xiamen 35.Com Internet Technology Co., Ltd. ("35.CN Declaration")) | |

---

[1] Citations to page and line numbers are in "xx:yy" format where "xx" is the page number and "yy" is the line number.

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Reply at 1:13-14; 1:16-17; 3:4-7; 3:22; 3:27-28; 4:12-13; 4:16; 4:26-27; 5:5-6; 5:7-8; 5:18-19; 5:22-6:2; 6:5-7; 6:10-11; 7:3-5; 7:12-19; 8:1-2; 8:6-7; 8:11-17; 8:20-21; 8:25-28; 9:1-5; 9:8-10; 9:17-22; 10:4-5; 10:15-17; 11:1; 13:4-5; 13:7-8 | Forthcoming Declaration provided by Defendants OnlineNIC, Inc. and Domain ID Shield Service Co., Limited ("OnlineNIC Defendants Declaration") | |
| Reply at 7:5-7; 7:16; 7:25; 10:21-22; 13:3-4 | Dkt. No. 326 (Declaration provided by the Internet Corporation for Assigned Names and Numbers ("ICANN Declaration")) | |
| Supplemental Declaration of Howard A. Kroll in Support of Motion to Strike Defendant's Answer and for Entry of Default Against Defendant 35.CN ("Sup. Kroll Declaration") at 3:3-5; 3:12-19; 3:21-23; 3:25-28 | 35.CN Declaration | |
| Sup. Kroll Declaration at 2:9-14; 2:16-22; 2:24-3:2; 3:6-10 | OnlineNIC Defendants Declaration | |
| Exhibit 1 to the Sup. Kroll Declaration | OnlineNIC Defendants Declaration | |
| Exhibit 2 to the Sup. Kroll Declaration | OnlineNIC Defendants Declaration | |

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 3 to the Sup. Kroll Declaration | OnlineNIC Defendants Declaration | |
| Exhibit 4 to the Sup. Kroll Declaration | OnlineNIC Defendants Declaration | |
| Exhibit 5 to the Sup. Kroll Declaration | 35.CN Declaration | |
| Exhibit 6 to the Sup. Kroll Declaration | OnlineNIC Defendants Declaration | |
| Exhibit 7 to the Sup. Kroll Declaration | OnlineNIC Defendants Declaration | |

**IT IS SO ORDERED.**

DATED: _____                    _____
                                                                                         Susan Illston
                                                                                         United States District Judge