Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
3000 El Camino Real
Bldg. 4, Suite 200
Palo Alto, CA 94306
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE CO., LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>         Plaintiffs,<br>   v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.<br><br>         Defendants. | Case No. 19-CV-07071-SI<br><br>**STATEMENT OF PERRY J. NARANCIC IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER MATERIAL SHOULD BE SEALED [DKT. NO. 300] AS DIRECTED BY THE ORDER AT DKT. NO. 330** |

I, Perry J. Narancic, declare as follows:

1. I am counsel of record for Defendants OnlineNIC, Inc. ("OnlineNIC") and Domain ID Shield Service Co. Limited ("ID Shield") (together, the "OnlineNIC Defendants").

2. Pursuant to Local Rule 79-5(f)(3) and Section 9 of Judge Illston's Standing Order, I submit this statement: (a) in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed Re: Plaintiff's Motion to Strike Defendant's Answer and For Entry of Default Against Defendant Xiamen 35.COM Internet Technology Co. Ltd Pursuant to Fed. R. Civ. P. 37. at Dkt. No. 300 (the "Sealing Motion"), and (b) in connection with other filings as directed by the Court's order at Dkt. No. 330.

- 1-

Facebook, Inc. v. OnlineNIC, Inc.                                                                                    Case No. 19-cv-7071-SI
Statement of Perry J. Narancic ISO Plaintiffs' Administrative Motion Re Sealing as Directed at Dkt. No. 330.

3. The Sealing Motion is made in support of Plaintiffs' Motion to Strike Defendant's Answer and For Entry of Default Against Defendant Xiamen 35.COM Internet Technology Co. Ltd. Pursuant to Fed. R. Civ. P. 37 at Dkt. No. 299 (the "Sanctions Motion").

4. At Dkt. No. 330, the Court ordered Plaintiffs to file certain amended papers in connection with the Sealing Motion. Plaintiffs did so at Dkt. No. 332 and 333. The Court further directed the OnlineNIC Defendants to respond to Plaintiffs' amended papers. The Court further directed OnlineNIC Defendants to respond to the sealing motions of 35.CN at Dkt. No. 319 and Dkt. No. 321.

5. This statement supplements OnlineNIC Defendants' previous filing at Dkt. No. 312, and complies with the Court's order at Dkt. No. 330, as follows:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Sanctions Motion | Pages and lines: 3:4-5, 11-13, 18-19, 22-24; 4:1, 17-19; | Pages and lines: 3:4-5 (no objection to unsealing), 11-13 (no objection to unsealing), 18-19 (no objection to unsealing), 22-24 (no objection to unsealing); 4:1 (no objection to unsealing); 4:17-19 (no objection to unsealing). |
| Kroll Supp. Decl. (Dkt. No. 302) | Exhibit 39 to Kroll Supp. Decl. at Exhibits 1,2,3,5.1, 5.2, 6. | Good cause and compelling reasons justify sealing because this information is competitively sensitive, internal corporate financial information disclosing costs and profitability of OnlineNIC. Ex. 1 sets out OnlineNIC's costs of operations. Ex. 2 sets out the amount of OnlineNIC's loans, which go to |

- 2-

Facebook, Inc. v. OnlineNIC, Inc.                                                   Case No. 19-cv-7071-SI
Statement of Perry J. Narancic ISO Plaintiffs' Administrative Motion Re Sealing as Directed at Dkt. No. 330.

| | | |
|---|---|---|
| | | financial soundness. Ex. 3 should be sealed because it discloses the personal financial affairs of a non-party. Exhibits 5.1 and 5.2 should be sealed because it sets out the personal financial affairs of certain lenders to OnlineNIC who are non-parties, and discloses the amounts paid by such persons to cover OnlineNIC operations – the amounts of which are sensitive, internal information. Ex. 6 discloses amounts repaid to named non-party OnlineNIC investors, and as such, discloses private personal financial data on non-party individuals. |
| 35. CN's Opposition Brief at Dkt. No. 318. | Pages and lines: 4:9; 4:28; 5:28, portion of fn 9; 8:10; 8:21-22. | 4:9 (no objection to unsealing); 4:28 (no objection to unsealing); 5:28 portion of fn. 9 (no objection to unsealing) 8:10 (Good cause and compelling reasons justify sealing because this information is competitively sensitive, internal corporate financial information and should be sealed because it discloses OnlineNIC's revenues); 8:21-22 (no objection to unsealing). |
| Kronenberger Decl., (Dkt. No. 318-1) | 3:17-21; 3:22 | 3:17-21 (no objection to unsealing); 3:22 (no objection to unsealing). |

- 3-

Facebook, Inc. v. OnlineNIC, Inc.                                                                                   Case No. 19-cv-7071-SI
Statement of Perry J. Narancic ISO Plaintiffs' Administrative Motion Re Sealing as Directed at Dkt. No. 330.

| | | |
|---|---|---|
| Ex. A to Kronenberger Decl., (Dkt. No. 318-1) | 11:A; 17:A; portions of 17:B; 20:A; 21:A; 22:A; 23:A; portions of 24:A; portions of 24:B; 26:A; portions of 26B. | 11:A (no objection to unsealing); 17:A (no objection to unsealing); portions of 17B (no objection to unsealing); 20:A (no objection to unsealing); 21:A (no objection to unsealing; note that this reference is not redacted in the public filing); 22:A (no objection to unsealing); 23:A (no objection to unsealing); portions of 24:A (Good cause and compelling reasons justify sealing because this information is competitively sensitive, internal corporate financial information disclosing profitability) ; portions of 24:B (Good cause and compelling reasons justify sealing because this information is competitively sensitive, internal corporate financial information disclosing profitability); 26:A (no objection to unsealing); portions of 26B (no objection to unsealing). |
| Ex. H to Kronenberger Decl., (Dkt. No. 318-1) | Entire Document | No objection to unsealing. |
| Plaintiffs' Reply Brief (Dkt. No. 324) | 1:13-14; 1:16-17; 3:4; 3:4- | 1:13-14 (no objection to unsealing); |

- 4-

Facebook, Inc. v. OnlineNIC, Inc.                                                                                                    Case No. 19-cv-7071-SI
Statement of Perry J. Narancic ISO Plaintiffs' Administrative Motion Re Sealing as Directed at Dkt. No. 330.

| | | 7; 3:22-23; 3:27-28; 4:12-13; 4:16; 4:26-27; 5:5-6; 5:7-8; 5:18-19; 5:22-6:2; 6:5-7; 6:10-11; 7:3-5; 7:13; 7:12-19;  8:1-2; 8:6-7; 8:11-17; 8:20-21; 8:25-28; 9:1-5; 9:8-10; 9:17-22; 10:4-5; 10:15-17; 11:1; 13:4-5; 13:7-8. | 1:16-17 (Good cause and compelling reasons justify sealing because this information is competitively sensitive, internal corporate financial information disclosing profitability) ; portions of 24:B (Good cause and compelling reasons justify sealing because this information is competitively sensitive, internal corporate financial information disclosing  profitability) ; 3:4 (no objection to unsealing); 3:5-7 (Good cause and compelling reasons justify sealing because this information is competitively sensitive, internal corporate financial information disclosing profitability)  ; portions of 24:B (Good cause and compelling reasons justify sealing because this information is competitively sensitive, internal corporate financial information disclosing profitability); 3:22-23 (no objection to unsealing); 3:26-28 (no objection to unsealing); 4:12-13 (Good cause and compelling reasons justify sealing because this information is competitively sensitive, internal |

- 5-

Facebook, Inc. v. OnlineNIC, Inc.                                                                                                   Case No. 19-cv-7071-SI
Statement of Perry J. Narancic ISO Plaintiffs' Administrative Motion Re Sealing as Directed at Dkt. No. 330.

| | | |
|---|---|---|
| | | corporate financial information disclosing profitability)  ; 4:16 (no objection to unsealing); 4:26-27 (no objection to unsealing); 5:5-6 (no objection to unsealing); 5:7-8 (no objection to unsealing); 5:18-19 (no objection to unsealing); 5:22-24 (Good cause and compelling reasons justify sealing because this information is competitively sensitive, internal corporate financial information disclosing profitability) ; 5:22-6:2 (Good cause and compelling reasons justify sealing because this information is competitively sensitive, internal corporate financial information disclosing profitability and loans) ; 6:5-7  (no objection to unsealing); 7:3-5 (no objection to unsealing); 7:12-19 (no objection to unsealing); 8:6-7 (no objection to unsealing); 8:11-17 (no objection to unsealing); 8:20-21 (no objection to unsealing); 8:25-26  (Good cause and compelling reasons justify sealing because this information discloses the personal financial affairs of a |

- 6-

Facebook, Inc. v. OnlineNIC, Inc.                                                                                          Case No. 19-cv-7071-SI
Statement of Perry J. Narancic ISO Plaintiffs' Administrative Motion Re Sealing as Directed at Dkt. No. 330.

|  |  |  |
|---|---|---|
|  |  | non-party); 9:1-5 (no objection to unsealing); 9:4-5 (no objection to unsealing); 9:8-10 (no objection to unsealing); 9:17-22 (Good cause and compelling reasons justify sealing because this information discloses the personal financial affairs of a non-party ; 10:4-5 (Good cause and compelling reasons justify sealing because this information is competitively sensitive, internal corporate financial information disclosing profitability and the amount of company loans); 10:15-17 (no objection to unsealing); 11:1 (no objection to unsealing); 13:4-5 (No objection to unsealing); 13:7-8(no objection to unsealing). |
| Sup. Kroll Declaration | 2:9-14; 2:16-22; 2:24-3:2; 3:6-10. | 2:9-42 (no objection to unsealing); 2:16-22 (no objection to unsealing); 2:24-3:2 (no objection to unsealing); 3:6-10 (no objection to unsealing). |
| Ex. 1 to Sup. Kroll Decl. | Entire Document | No objection to unsealing. |
| Ex. 2 to Sup. Kroll Decl. | Entire Document | Good cause and compelling reasons justify sealing because this |

- 7-

| | | |
|---|---|---|
| | | information is competitively sensitive, internal corporate information disclosing the manner in which employees are assessed and paid. |
| Ex. 3 to Sup. Kroll Decl. | Entire Document | Good cause and compelling reasons justify sealing because this information discloses the personal employment information of named employees who have a privacy interest in such information). |
| Ex. 4 to Sup. Kroll Decl. | Entire Document | Good cause and compelling reasons justify sealing because this information is competitively sensitive, internal information disclosing the manner in which positions are structured in order to best serve the relevant market). |
| Ex. 5 to Sup. Kroll Decl. | Entire Document | No objection to unsealing. |
| Ex. 6 to Sup. Kroll Decl. | Entire Document | No objection to unsealing. |
| Ex. 7 to Sup. Kroll Decl. | Entire Document | No objection to unsealing. |

- 8-

Facebook, Inc. v. OnlineNIC, Inc.                                                                                         Case No. 19-cv-7071-SI
Statement of Perry J. Narancic ISO Plaintiffs' Administrative Motion Re Sealing as Directed at Dkt. No. 330.

Respectfully submitted,

DATED: June 20, 2023

By: _____/s/ Perry J. Narancic_____

Attorney for OnlineNIC Defendants

ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO. LIMITED