**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Leah Rosa Vulić (Bar No. 343520)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
liana@kr.law
leah@kr.law

Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **FACEBOOK, INC.**, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>**ONLINENIC INC.**, et al.,<br><br>   Defendants. | Case No. 3:19-cv-07071-SI<br><br>**DECLARATION OF YU HONGXIA IN SUPPORT OF DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD. PURSUANT TO FED. R. CIV. P. 37 (AKA PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT) [D.E. 299]**<br><br>Date:    July 14, 2023<br>Time:   10:00 a.m.<br>Ctrm:   1, 17th Floor<br>Judge:  Hon. Susan Illston |

I, Yu Hongxia, do hereby declare:

1. I am over the age of 18, and I am an employee of Defendant Xiamen 35.com Technology Co., Ltd. ("35.CN"). Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called as a witness I would testify to the facts contained in this declaration.

2. I am informed that the ▌▌▌▌▌▌▌▌ and, based on documents OnlineNIC produced in discovery to Facebook, ▌▌▌▌▌▌▌▌ and ▌▌▌▌▌▌▌▌

3. I have reviewed the Exhibits attached to the Kroll Declaration in support of Plaintiffs' Reply for their Motion to Strike.

4. To my knowledge, Exhibits 1-3 to the Reply ("Statement of Work," "Performance Appraisal Form," and "Employee Training Plan") ▌▌▌▌▌▌▌▌ including ▌▌▌▌ because individuals working under the staffing agreement (such as myself) ▌▌▌▌▌▌▌▌

5. To my knowledge, Exhibit 4 to the Reply ("Organization Chart") does not show that ▌▌▌▌▌▌▌▌ I am informed that OnlineNIC produced ▌▌▌▌▌▌▌▌ is attached as **Exhibit A**. When I reported to Minghe Wang, also known as Steve Wang, he ▌▌▌▌▌▌▌▌ and spoke English, and he did not have any known relationship with 35.CN.

6. I was deposed as a representative for OnlineNIC on certain topics in July

1  2021. I testified about the separate OnlineNIC management during my deposition. For example, during some time, I reported to ▓▓▓▓▓, and then I reported to ▓▓▓▓. (64:21-65:14; 67:8-9.) I stated that ▓▓▓▓ was the CEO of OnlineNIC and did not have any relationship with, or payment by, 35.CN. (38:23-25; vol. II 26:22-24, 46:7-10.) In other words, for work related to OnlineNIC, I reported to ▓▓▓▓▓. (68:23-69:2.) I also testified that the CEO of OnlineNIC would have negotiated the outsourcing agreement (vol. II 78:17-22) and authorized my ▓▓▓▓▓ ▓▓▓▓▓, including in ▓▓▓▓▓. (43:2-3; 49:10-23.) Further, I said that OnlineNIC and 35.CN had separate offices on different floors. (51:1-5.) A true and correct copy of excerpts of my deposition transcript are attached as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21 day of June, 2023 in Xiamen, China.

By: _Yu Hongxia_
Yu Hongxia

# Exhibit A
# ENTIRE DOCUMENT FILED UNDER SEAL

# Exhibit B
# ENTIRE DOCUMENT FILED UNDER SEAL