UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **FACEBOOK, INC.**, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>**ONLINENIC INC.**, et al.,<br><br>　　　　Defendants. | Case No. 3:19-cv-07071-SI<br><br>**[PROP] ORDER GRANTING DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S ADMINISTRATIVE MOTION TO FILE PORTIONS OF SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD. PURSUANT TO FED. R. CIV. P. 37 UNDER SEAL** |

The Court, having read and considered Defendant Xiamen 35.com Technology Co., Ltd.'s Administrative Motion to File Portions of its Sur-Reply in Opposition to Plaintiffs' Motion to Strike Defendant's Answer and for Entry of Default Against Defendant Xiamen 35.com Technology Co., Ltd. (the "Sur-Reply") Under Seal, and good cause appearing, **ORDERS** that the motion is **GRANTED**.

It is further **ORDERED** that the following documents are to be sealed:

| Document | Text to be Sealed (page(s):line(s)) | Basis for Sealing |
|---|---|---|
| Sur-Reply | 1:10; 1:15; 2:4-8; 2:13-15; 2:18; 3:5-6; 3:24-26; 4:11-12; 4:14-15; 5:25; 6:1-4; 6:14; 6:27; 7:1; 9:19 | Designated by 35.CN |
| Sur-Reply | 1:10-11; 1:26-27; 2:1; 2:19; 2:25; 3:17-21; 4:4-5; 4:19-22; 4:24-25; 6:8; 6:10-11; 6:16-17; 6:22-24; 9:17-18 | Designated by OnlineNIC |
| Declaration of K. Kronenberger ISO Sur-Reply ("Kronenberger Decl.") | 1:14 | Designated by 35.CN |
| Kronenberger Declaration | 1:18 | Designated by OnlineNIC |
| Exhibit A to Kronenberger Decl. (summary chart with financial and employment data) | Portions of 2:B; portions of 2:C; portions of 3:A; portions of 3:B; portions of 3:C; portions of 5:B; portions of 6:B; portions of 7:B; portions of 8:B; portions of 9:B; portions of 9:C | Designated by 35.CN |
| Exhibit B. to Kronenberger Decl. (summary spreadsheet with financial data) | 2:A; 2:B; 4:A; 4:B; 5:A; 5:B; 6:A; 6:B; 7:A; 7:B; 8:A; 8:B; 9:A; 9:B; 10:A; 10:B; 11:A; 11:B; 12:A; 12:B; 13:A; 13:B | Designated by OnlineNIC |
| Exhibit B. to Kronenberger Decl. (summary spreadsheet with financial data) | 1:A; 1:B; 3:A; 3:B | Designated by 35.CN |
| Declaration of Y. Hongxia ISO Sur-Reply ("Hongxia Decl.") | 1:6-7; 1:9-11 | Designated by 35.CN |
| Hongxia Decl. | 1:8-9; 1:14-27; 2:1-9 | Designated by OnlineNIC |
| Exhibit A to Hongxia Decl. (employee's financial record) | Entire Document | Designated by OnelineNIC |

| Exhibit B to Hongxia Decl. (deposition transcript) | Entire Document | Designated by OnlineNIC |
| --- | --- | --- |
| Declaration of Z. Weiwei ISO Sur-Reply ("Weiwei Decl.") | 1:6-10 | Designated by 35.CN |

**IT IS SO ORDERED.**

DATED: _____, 2023

_____
Hon. Susan Illston
United States District Judge