TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:      213.430.3400
Facsimile:      213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.) and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>                 Plaintiffs,<br><br>    v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>                 Defendants. | Case No. 3:19-cv-07071-SI<br><br>**STIPULATION REQUESTING IN-PERSON HEARING ON MOTION TO STRIKE DFENDANT'S ANSWER CONVERTED TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER**<br><br>Hon. Susan Illston |

Pursuant to Civil Local Rule 7-12 and the Judge Illston's Scheduling Notes, Plaintiffs Meta Platforms, Inc. and Instagram, LLC and Defendant Xiamen 35.com Internet Technology Co. Ltd. ("35.CN") hereby stipulate and respectfully request that the Zoom hearing currently calendared for July 14, 2023, at 10:00 a.m. (*see* ECF No. 329) be converted to an in-person hearing. This stipulation is based on the following facts:

1. Plaintiffs filed a motion to strike 35.CN's answer and for entry of default against 35.CN. ECF No. 299.

2. The Court has ruled that it will treat the motion to strike as one for summary judgment and has set a hearing for July 14, 2023, at 10:00 a.m., via Zoom. ECF No. 329.

3. The parties believe that an in-person hearing would be the most effective manner to address the issues raised in Plaintiffs' motion.

NOW THEREFORE, based on the foregoing facts, Plaintiffs and 35.CN respectfully request that the Court approve this stipulation and enter an order that it will hold the previously scheduled Zoom hearing as an in-person hearing.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: June 27, 2023               Tucker Ellis LLP

                                   By: /s/David J. Steele
                                       David J. Steele
                                       Howard A. Kroll
                                       Steven E. Lauridsen

                                   Attorneys for Plaintiffs,
                                   META PLATFORMS, INC. (fka FACEBOOK, INC.) and INSTAGRAM, LLC

DATED: June 27, 2023               Kronenberger Rosenfeld, LLP

                                   By: /s/ Karl S. Kronenberger
                                       Karl S. Kronenberger

                                   Attorneys for Defendant
                                   XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all other signatories listed and on whose behalf this filing is made concur in the filing of this document and have granted permission to use an electronic signature.

          /s/David J. Steele

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

          Susan Illston
          United States District Judge