UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; ; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>        Defendants. | Case No. 3:19-cv-07071-SI<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH PLAINTIFFS' OBJECTION TO SUR-REPLY EVIDENCE**<br><br>Hon. Susan Illston |

The Court, having read and considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in Connection with Plaintiffs' Objection to Sur-Reply Evidence, **ORDERS** as follows:

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Plaintiffs' Objection to Sur-Reply Evidence at Page 2, Lines 12-13;[1] 3:20; 5:15; 5:16-17 | Forthcoming Declaration provided by Defendant Xiamen 35.com Internet Technology Co., Ltd. | |
| Plaintiffs' Objection to Sur-Reply Evidence at 2:22-23; 3:2-3; 3:10-11; 3:20; 4:2-4; 4:16-17; 4:20; 4:22 | Forthcoming Declaration provided by Defendants OnlineNIC, Inc. and Domain ID Shield Service Co., Limited | |

**IT IS SO ORDERED.**

DATED: _____

                                                 _____
                                                 Susan Illston
                                                 United States District Judge

---

[1] Citations to page and line numbers are in "xx:yy" format where "xx" is the page number and "yy" is the line number.