TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.) and
INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| FACEBOOK, INC. and INSTAGRAM, LLC, | Case No. 3:19-cv-07071-SI |
|---|---|
| Plaintiffs, | **PROOF OF SERVICE OF DOCUMENTS FILED AND LODGED IN ASSOCIATION WITH PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE: PLAINTIFFS' OBJECTION TO SUR-REPLY EVIDENCE** |
| v. | |
| ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., | |
| Defendants. | Hon. Susan Illston |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles. I am over the age of eighteen years and not a party to the within entitled action. My business address is 515 South Flower Street, Forty-Second Floor Los Angeles, CA 90071.

On June 30, 2023, I served the unredacted document(s) in connection with **PLAINTIFFS' OBJECTION TO SUR-REPLY EVIDENCE** on the interested party(ies) in this action as follows:

| | |
|---|---|
| Perry J. Narancic (Bar No. 206820)<br>pjn@lexanalytica.com<br>LEXANALYTICA, PC<br>2225 E. Bayshore Road, Suite 200<br>Palo Alto, CA 94303<br>Telephone:   650.655.2800<br>Attorneys for Defendants,<br>ONLINENIC, INC. AND<br>DOMAIN ID SHIELD<br>SERVICES CO., LIMITED | Karl S. Kronenberger (Bar No. 226112)<br>Liana W. Chen (Bar No. 296965)<br>Leah R. Vulic (Bar No. 343520)<br>Jeffrey M. Rosenfeld (Bar No. 222187)<br>karl@kr.law<br>liana@ kr.law<br>leah@kr.law<br>jeff@ kr.law<br>KRONENBERGER ROSENFELD, LLP<br>150 Post Street, Suite 520<br>San Francisco, CA 94108<br>Telephone: (415) 955-1155<br>Facsimile: (415) 955-1158<br>Attorneys for Defendant<br>XIAMEN 35.COM INTERNET<br>TECHNOLOGY CO., LTD. |

( )   **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Los Angeles, California, in a sealed envelope with postage fully prepaid.

(X)   **BY E-MAIL OR ELECTRONIC TRANSMISSION**: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

(X)   **FEDERAL**: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 30, 2023, at Los Angeles, California.

/s/ Helena M. Guye<br>
Helena M. Guye