1
2
3
4
5
6
7
8

9        UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  FACEBOOK, INC. and INSTAGRAM, LLC, | Case No. 3:19-cv-07071-SI |
| 12              Plaintiffs, | **[PROPOSED] ORDER RE: PLAINTIFFS' CORRECTED ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH PLAINTIFFS' OBJECTION TO SUR-REPLY EVIDENCE** |
| 13       v. | |
| 14  ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; ; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., | |
| 15 | |
| 16 | Hon. Susan Illston |
| 17              Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

The Court, having read and considered Plaintiffs' Corrected Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in Connection with Plaintiffs' Objection to Sur-Reply Evidence, **ORDERS** as follows:

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Plaintiffs' Objection to Sur-Reply Evidence at Page 1, Lines 24-25;[1] 2:12-13; 2:16; 3:14-15; 3:20; 4:2-4; 4:11-12; 5:1; 5:3; 5:6-7; 5:15; 5:16-17; 5:28 | Forthcoming Declaration provided by Defendant Xiamen 35.com Internet Technology Co., Ltd. | |
| Plaintiffs' Objection to Sur-Reply Evidence at 1:23-25; 2:9-10; 2:22-23; 2:24-25; 2:28; 3:2-3; 3:4; 3:10-11; 3:14-15; 3:17-18; 3:20; 4:2-4; 4:11-12; 4:16-17; 4:20; 4:22; 5:1; 5:6-7; 5:20; 5:21-22; 5:28 | Forthcoming Declaration provided by Defendants OnlineNIC, Inc. and Domain ID Shield Service Co., Limited | |
| Plaintiffs' Objection to Sur-Reply Evidence at 4:26 | Forthcoming Declaration provided by the Internet Corporation for Assigned Names and Numbers | |

**IT IS SO ORDERED.**

DATED: _____        _____

Susan Illston
United States District Judge

---

[1] Citations to page and line numbers are in "xx:yy" format where "xx" is the page number and "yy" is the line number.