TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:   213.430.3400
Facsimile:   213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.) and
INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>  Defendants. | Case No. 3:19-cv-07071-SI<br><br>**CORRECTED DECLARATION OF HOWARD A. KROLL IN SUPPORT OF PLAINTIFFS' CORRECTED ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH PLAINTIFFS' OBJECTION TO SUR-REPLY EVIDENCE**<br><br>Hon. Susan Illston |

I, Howard A. Kroll, declare as follows:

1. I am an attorney at Tucker Ellis LLP, counsel of record for Plaintiffs in this action. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2. Plaintiffs seek leave to file the following document partially under seal in connection with Plaintiffs' Objection to Sur-Reply Evidence:

| Document | Text or Portion to be Sealed | Basis for Sealing |
|---|---|---|
| Plaintiffs' Objection to Sur-Reply Evidence | Page 1, Lines 24-25;[1] 2:12-13; 2:16; 3:14-15; 3:20; 4:2-4; 4:11-12; 5:1; 5:3; 5:6-7; 5:15; 5:16-17; 5:28 | Designated by Xiamen 35.com Internet Technology Co., Ltd. ("35.CN") |
| Plaintiffs' Objection to Sur-Reply Evidence | 1:23-25; 2:9-10; 2:22-23; 2:24-25; 2:28; 3:2-3; 3:4; 3:10-11; 3:14-15; 3:17-18; 3:20; 4:2-4; 4:11-12; 4:16-17; 4:20; 4:22; 5:1; 5:6-7; 5:20; 5:21-22; 5:28 | Designated by Defendants OnlineNIC, Inc. and Domain ID Shield Service Co., Limited (collectively, the "OnlineNIC Defendants") |
| Plaintiffs' Objection to Sur-Reply Evidence | 4:26 | Designated by the Internet Corporation for Assigned Names and Numbers ("ICANN") |

3. The information listed above has been designated as "Confidential" by 35.CN, the OnlineNIC Defendants, or ICANN as stated above. 35.CN, the OnlineNIC Defendants, or ICANN have maintained that the designations are appropriate, and after having conducted my own independent review of the materials using my good faith judgment, I do not see a basis to oppose the designations at this time.

4. Pursuant to Civil Local Rule 7-11(a), Plaintiffs are filing the instant administrative motion

---

[1] Citations to page and line numbers are in "xx:yy" format where "xx" is the page number and "yy" is the line number.

rather than a stipulation given that, while Plaintiffs do not oppose 35.CN's, the OnlineNIC Defendants', or ICANN's designations at this time, those parties still are allowed seven days to submit declarations to the Court supporting their designations pursuant to Civil Local Rule 79-5(f)(3).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 30, 2023.

      /s/Howard A. Kroll
      HOWARD A. KROLL

3

CORRECTED KROLL DECLARATION IN SUPPORT OF
PLAINTIFFS' CORRECTED ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:19-CV-07071-SI