TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:  213.430.3400
Facsimile:  213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.) and
INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC, | Case No. 3:19-cv-07071-SI |
| Plaintiffs, | **PROOF OF SERVICE OF DOCUMENTS FILED AND LODGED IN ASSOCIATION WITH PLAINTIFFS' CORRECTED ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE: PLAINTIFFS' CORRECTED OBJECTION TO SUR-REPLY EVIDENCE** |
| v. | |
| ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., | |
| Defendants. | Hon. Susan Illston |

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles. I am over the age of eighteen years and not a party to the within entitled action. My business address is 515 South Flower Street, Forty-Second Floor Los Angeles, CA 90071.

On June 30, 2023, I served the unredacted document(s) in connection with **PLAINTIFFS' CORRECTED OBJECTION TO SUR-REPLY EVIDENCE** on the interested party(ies) in this action as follows:

| Perry J. Narancic (Bar No. 206820)<br>pjn@lexanalytica.com<br>LEXANALYTICA, PC<br>2225 E. Bayshore Road, Suite 200<br>Palo Alto, CA 94303<br>Telephone: 650.655.2800<br>Attorneys for Defendants,<br>ONLINENIC, INC. AND<br>DOMAIN ID SHIELD<br>SERVICES CO., LIMITED | Karl S. Kronenberger (Bar No. 226112)<br>Liana W. Chen (Bar No. 296965)<br>Leah R. Vulic (Bar No. 343520)<br>Jeffrey M. Rosenfeld (Bar No. 222187)<br>karl@kr.law<br>liana@ kr.law<br>leah@kr.law<br>jeff@ kr.law<br>KRONENBERGER ROSENFELD, LLP<br>150 Post Street, Suite 520<br>San Francisco, CA 94108<br>Telephone: (415) 955-1155<br>Facsimile: (415) 955-1158<br>Attorneys for Defendant<br>XIAMEN 35.COM INTERNET<br>TECHNOLOGY CO., LTD. |

(X) **BY E-MAIL OR ELECTRONIC TRANSMISSION**: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

(X) **FEDERAL**: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 30, 2023, at Los Angeles, California.

/s/ Helena M. Guye
Helena M. Guye