TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:   213.430.3400
Facsimile:   213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC (fka FACEBOOK, INC.) and
INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; ; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>  Defendants. | Case No. 3:19-cv-07071-SI<br><br>**NOTICE OF ERRATA**<br><br>Hon. Susan Illston |

**TO THE COURT:**

**PLEASE TAKE NOTICE** that Plaintiffs Meta Platforms, Inc. and Instagram, LLC (collectively, "Plaintiffs") inadvertently filed ECF No. 339 (Redacted Version of Objection to Sur-Reply Evidence) on the public docket but inadvertently did not redact certain material designated "CONFIDENTIAL" pursuant to the protective order in this action (ECF No. 35). Plaintiffs immediately contacted the Court to request that this docket entry be sealed, and the Court promptly sealed the document.

Plaintiffs have refiled their Objection to Sur-Reply Evidence with appropriate redactions.[1] That corrected filing is located on the docket in this action as ECF No. 341.

Plaintiffs have also filed a Corrected Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in Connection with Plaintiffs' Objection to Sur-Reply Evidence (ECF No. 342) with an updated Proposed Order for all materials they seek to file under seal.

DATED: June 30, 2023                         Tucker Ellis LLP

                                             By: /s/David J. Steele
                                                 David J. Steele
                                                 Howard A. Kroll
                                                 Steven E. Lauridsen

                                                 Attorneys for Plaintiffs,
                                                 META PLATFORMS, INC. (fka
                                                 FACEBOOK, INC.) and INSTAGRAM, LLC

---

[1] Plaintiffs also corrected a citation to the record.