UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** July 11, 2023 | **Time:** 11:38 – 12:38<br>1 Hour | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 19-cv-07071-SI | **Case Name:** Facebook, Inc. v. OnLineNic Inc | |

**Attorney for Plaintiff:** Howard Kroll, Dina Roumiantseva, David Steele
**Attorney for Defendant:** Karl Kronenberger, Liana Chen, Leah Vulic (Xiamen 35.com), Perry Narancic (OnLineNic)

**Deputy Clerk:** Esther Chung          **Court Reporter:** Cathy Taylor

## PROCEEDINGS

Motion for Summary Judgment (Dkt. 337) Hearing – Held.

## SUMMARY

The Court question Defendant and questioned both parties to confirm if they were seeking a joint request to seal the hearing. Plaintiffs said they were not requesting that the hearing be sealed. Defendant confirmed they were requesting that the transcript and hearing be sealed. The Court granted Defendant's request.

**\*\*\*The transcript of the proceeding is ordered sealed. Only counsel of record for the Plaintiffs and Defendants may obtain a copy of this transcript. Anyone who is not counsel for the Plaintiffs or Defendants will be required to seek leave of the Court to obtain a copy of the transcript.**

The Court provided its oral tentative ruling. Defendant and Plaintiffs presented oral argument and rebuttals. The Motion was taken under submission.