UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC, et al.,<br><br>Defendants. | Case No. 19-cv-07071-SI<br><br>**ORDER RE: ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 300, 302, 319, 321, 325, 336, 340, 342 |

The Court has before it multiple motions to seal, including supplemental motions and several errata, filed in conjunction with plaintiffs' motion to strike defendant's answer and for entry of default against defendant Xiamen 35.com Internet Technology Co., Ltd. ("35.CN"). *See* Dkt. Nos. 300, 302, 319, 321, 325, 336, 340, 342.

**LEGAL STANDARD**

The parties agree that because the underlying motion is a dispositive one,[1] the "compelling reasons" standard applies. In the Ninth Circuit, with the exception of a narrow range of documents that are "traditionally kept secret," courts begin their sealing analysis with "a strong presumption in favor of access." *Foltz v. State Farm Mut. Auto. Ins.*, 331 F.3d 1122, 1135 (9th Cir. 2003). When applying to file documents under seal in connection with a dispositive motion, the submitting party bears the burden of "articulating compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure, such as the public

---

[1] Plaintiffs originally filed the underlying motion as a motion to strike 35.CN's answer and for default, in other words, a motion for terminating sanctions under Federal Rule of Civil Procedure 37. In response to a request by 35.CN, the Court analyzed the motion under the summary judgment standard. *See generally* Dkt. No. 351.

interest in understanding the judicial process." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (internal quotations and citations omitted). The Ninth Circuit has explained:

> Under this stringent standard, a court may seal records only when it finds a compelling reason and articulates the factual basis for its ruling, without relying on hypothesis or conjecture. The court must then conscientiously balance the competing interests of the public and the party who seeks to keep certain judicial records secret. What constitutes a "compelling reason" is best left to the sound discretion of the trial court. Examples include when a court record might be used to gratify private spite or promote public scandal, to circulate libelous statements, or as sources of business information that might harm a litigant's competitive standing.

*Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096-97 (9th Cir. 2016) (citations, internal quotation marks, and alterations omitted). In addition, all requests to file under seal must be "narrowly tailored," such that only sealable information is sought to be redacted from public access. Civ. L.R. 79-5(c)(3).

## DISCUSSION

The parties (plaintiffs, 35.CN, and the OnlineNIC defendants),[2] as well as third-party Internet Corporation of Assigned Names and Numbers ("ICANN"), have filed statements regarding the various sealing motions. To summarize, plaintiffs did not file a statement in support of sealing any material, explaining that 35.CN's "Opposition and supporting declarations contain only conclusions abstracted from documents produced and designated by Plaintiffs in the course of discovery" and that "Plaintiffs do not believe that sealing those portions of the Opposition and supporting declarations purportedly containing Plaintiffs' confidential information is necessary." Dkt. No. 323 at 2. ICANN seeks to seal material that "reflect[s] personal identifiable information provided to ICANN." Dkt. No. 309 at 1; Dkt. No. 326. ICANN, however, did not file a declaration in support of sealing material filed in connection with 35.CN's opposition brief or plaintiffs' objection to sur-reply evidence.[3] The OnlineNIC defendants have filed several declarations in

---

[2] The OnlineNIC defendants are comprised of defendants OnlineNIC Inc. ("OnlineNIC") and Domain ID Shield Service Co. ("ID Shield").

[3] The Court gave ICANN a second opportunity to file a declaration in support of sealing material related to the opposition brief, but still ICANN filed nothing. *See* Dkt. No. 330 at 2.

2

1    support of sealing material, *see* Dkt. Nos. 312, 313, 334. OnlineNIC's declarations go through line-
2    by-line analysis of which portions of the materials the OnlineNIC defendants still wish to have
3    sealed. They largely seek to seal information they say "is competitively sensitive, internal corporate
4    financial information disclosing profitability." *See* Dkt. No. 334 at 2-9.

5          35.CN has filed declarations in support of sealing essentially all of the material that 35.CN
6    has designated as confidential. *See* Dkt. Nos. 310, 319-1, 328, 336-1, 344.

7          The Court has reviewed the declarations and the material sought to be sealed. The Court
8    will grant the motions requesting sealing of the materials for which ICANN filed a declaration in
9    support of sealing. For the remainder of the material, the Court will seal only those portions of the
10   filings that are financial figures or that disclose the names and contact information of rank-and-file
11   employees. A party may move to seal confidential business and financial information that includes,
12   among other items, financial terms of agreements, business strategies, and confidential negotiations.
13   *See Exeltis USA Inc. v. First Databank, Inc.*, 2020 WL 2838812 at *1-2 (N.D. Cal. June 1, 2020);
14   *In re Qualcomm Litig.*, 2017 WL 5176922, at *2 (S.D. Cal. Nov. 8, 2017). As to the remaining
15   sealing requests, those are denied for failure to meet the legal standard and because the requests are
16   not narrowly tailored.

17         The Court finds that 35.CN's sealing motions in particular are overbroad and unsupported
18   by compelling reasons. The Local Rules of this District caution that "overly broad requests to seal
19   may result in the denial of a motion." Civ. L.R. 79-5(f)(6). Looking at what 35.CN seeks to seal,
20   almost none of the information could be construed as confidential. Rather, most of it involves the
21   relationships among the parties that go to the very heart of the Court's recent order on the question
22   of alter ego. *See* Dkt. No. 351. For instance, 35.CN seeks to seal the portions of plaintiffs' motion
23   stating that Carrie Yu signed the Service Outsource Contracts on behalf of OnlineNIC at the same
24   time that she was an employee of 35.CN, paid solely by 35.CN. *See* Dkt. No. 299, Pls.' Mot. at
25   5:14-15. As another example, 35.CN—which is a publicly owned company—seeks to seal the
26   identities of its wholly owned subsidiaries and its largest shareholders, officers, and directors. *See*
27   Kroll Decl., Ex. A, App'x A at 5-6.

28         35.CN does not provide a targeted analysis of why sealing specific materials is warranted,

3

1 but rather states, as to everything, that the documents "contain information concerning private
2 financial transactions of Defendant, personal information about employees of Defendant and
3 Defendant's Chinese business partners, and the identities of employees of Defendant." *See, e.g.*,
4 Dkt. No 310 ¶ 5.  Relying "upon the analysis of Chinese outside counsel for Defendant," 35.CN
5 asserts that "Chinese law prohibits Chinese companies from disclosing a wide variety of data and
6 personal information about Chinese residents to entities outside of China." *See id.* ¶¶ 6, 9.  35.CN
7 cites to outside counsel's analysis, attached to a discovery dispute letter form June 2022.  *See id.* ¶ 9
8 (citing Dkt. No. 247-11).  The Court is not persuaded that this letter, written by a law firm that
9 represents 35.CN in response to a discovery dispute, creates a compelling reason to seal from public
10 view basic information such as who signed OnlineNIC and 35.CN's outsourcing contracts.
11 Moreover, the letter describes certain processes that Chinese companies may go through in order to
12 validly disclose certain data.  35.CN has been on notice of the relevant issues in this case since at
13 least August 2021 and should have taken steps to share the information necessary to support its
14 litigation position.  To the extent that 35.CN relies on the Court having granted "similar requests"
15 earlier in this case, *see* Dkt. No. 328 ¶ 11, the Court reminds 35.CN that courts have "carved out an
16 exception . . . for sealed materials attached to a discovery motion unrelated to the merits of a case[,]"
17 applying a "good cause" standard.  *See Ctr. for Auto Safety*, 809 F.3d at 1097 (citations omitted).

18 For the foregoing reasons, the Court hereby ORDERS that the motions to seal are granted
19 or denied as follows:
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**Plaintiffs' Motion to Strike and Related Documents:**

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Memorandum of Points and Authorities in Support of Motion to Strike Defendant's Answer and for Entry of Default Against Defendant 35.CN ("Motion") at Page 3, Line 1;[4] 3:17-18; 5:14-15, 5:17-19; 6:1, 6:5-9; 6:20-21; 6:24-25; 7:5; 9:9-20; 12:12-13; 13:10-12; 13:18-19; 14:2; 14:4-8; 14:14-15; 16:18. | Dkt. No. 310 (35.CN Declaration) | **DENIED,** *except as to the dollar figures* listed in Motion at 3:18, 5:19, 6:7, 6 n.8 (approx. lines 20-21), 14:4. |
| Motion at 3:5-6; 3:12-14; 3:19-20; 3:23-25; 4:1, 4:17-19; 5:3-4; 5:9-13; 6:2-4; 6:10-12; 6:15-18; 6:21-22; 6:25-27; 7:1-15; 7:17-21; 7:25-26; 8:1-14; 8:23-27; 11:10-12; 11:17; 11:22-24; 12:9-11; 12:14-17; 13:1; 13:4-6; 13:18-19; 13:22-24; 13:27; 14:1; 14:9-10; 14:14-15; 15:5-18; 15:21; 16:3-4; 16:6-7; 16:15-22; 19:4-5; 19:9-11; 19:17. | Dkt. Nos. 312, 334 (OnlineNIC Defendants' Declarations) | **DENIED,** *except as to the dollar figures, references to ID Shield, and names of rank-and-file employees* listed in Motion at 6:10, 7:1-14, 7:17-21, 8:1-13, 8:23-25, 14:9-10, 15:6-15, 16:6-7. |

---

[4] Citations to page and line numbers are in "xx:yy" format where "xx" is the page number and "yy" is the line number.

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Motion at 2:21; 2:26-27; 3:2-4; 3:8; 3:11-12; 3:22-23; 3:27; 4:1-2; 4:23-27; 5:1; 5:22; 19:17. | Dkt. No. 309 (ICANN Declaration) | **GRANTED.** |
| Declaration of Howard A. Kroll in Support of Motion to Strike Defendant's Answer and for Entry of Default Against Defendant 35.CN ("Kroll Declaration") at 2:22-26; 3:1-6; 3:8-10; 3:15; 3:19-20; 3:22-25; 5:19-20; 7:18-20; 11:3-13; 14:5-7. | 35.CN Declaration | **DENIED,** *except as to the dollar figures* listed in Kroll Declaration at 2:25, 3:19-20, 3:22, 7:19, 11:7-8. |
| Kroll Declaration at 5:23-25; 6:1-15; 8:15-16; 8:19-20; 8:23-24; 8:27-28; 9:3-6; 9:9-14; 9:17-19; 9:23-27; 10:2-6; 10:9-12; 10:16-21; 11:19-28; 12:1-2; 12:14-28; 13:1-14; 13:24-25; 14:12-15. | OnlineNIC Defendants' Declarations | **DENIED,** *except as to the employee names and email addresses, and the dollar figures* listed in Kroll Declaration at 6:1-15, 9:11, 9:19, 9:25-27, 10:4-5, 10:11-12, 10:18-19, 11:19-20, 11:22, 11:27-28, 12:1, 12:15, 12:20, 12:23, 12:26-28, 13:1-3, 13:5-14, 13:25. |
| Kroll Declaration at 4:2-3; 4:6-7; 4:11-13; 4:16-19; 5:7; 5:11-12; 5:19-20; 8:1-4; 8:7-11. | ICANN Declaration | **GRANTED.** |

6

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 1 to the Kroll Declaration at 3:17-28; 4:1-17, 28, 8:9-20; 9:7-15; 10:2-8; 10:18-28; 11:1-8; 11:18-28; 12:1; Appendix pp. 5-6. | 35.CN Declaration | **DENIED,** *except as to the dollar figures* listed in Exhibit 1 at 4:1-17, 10:20-28, 11:1-8, 11:21-28, 12:1. |
| Exhibit 2 to the Kroll Declaration | ICANN Declaration | **GRANTED.** |
| Exhibit 3 to the Kroll Declaration | ICANN Declaration | **GRANTED.** |
| Exhibit 4 to the Kroll Declaration | ICANN Declaration | **GRANTED.** |
| Exhibit 5 to the Kroll Declaration | ICANN Declaration | **GRANTED.** |
| Exhibit 7 to the Kroll Declaration | OnlineNIC Defendants' Declarations | **DENIED.** OnlineNIC defendants do not object. |
| Exhibit 8 to the Kroll Declaration | OnlineNIC Defendants' Declarations | **DENIED,** *except as to the exhibits attached to Exhibit 8 and the dollar figures* listed in Exhibit 8 at 62:22-24, 63:2, 63:6, 63:10, 63:17, 63:25, 64:19, 67:7, 67:9, 67:12, 67:16, 67:21. |
| Exhibit 9 to the Kroll Declaration | ICANN Declaration | **GRANTED.** |
| Exhibit 10 to the Kroll Declaration | ICANN Declaration | **GRANTED.** |
| Exhibit 12 to the Kroll Declaration | ICANN Declaration | **GRANTED.** |
| Exhibit 13 to the Kroll Declaration | OnlineNIC Defendants' Declarations | **GRANTED.** |

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 19 to the Kroll Declaration | 35.CN Declaration | **DENIED,** *except as to the dollar figure* listed in Exhibit 19 at 35CN017283. |
| Exhibit 21 to the Kroll Declaration | ICANN Declaration | **GRANTED.** |
| Exhibit 22 to the Kroll Declaration | ICANN Declaration | **GRANTED.** |
| Exhibit 23 to the Kroll Declaration | OnlineNIC Defendants' Declarations | **DENIED,** *except as to the dollar figures* listed on the tax returns. |
| Exhibit 24 to the Kroll Declaration | OnlineNIC Defendants' Declarations | **DENIED,** *except as to the dollar figures* listed on the tax returns. |
| Exhibit 25 to the Kroll Declaration | OnlineNIC Defendants' Declarations | **DENIED,** *except as to the dollar figures* listed on the tax returns. |
| Exhibit 26 to the Kroll Declaration | OnlineNIC Defendants' Declarations | **DENIED,** *except as to the dollar figures* listed on the tax returns. |
| Exhibit 27 to the Kroll Declaration | OnlineNIC Defendants' Declarations | **DENIED,** *except as to the dollar figures* listed on the tax returns. |
| Exhibit 28 to the Kroll Declaration | OnlineNIC Defendants' Declarations | **DENIED,** *except as to the dollar figures* listed on the tax returns. |

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 29 to the Kroll Declaration | OnlineNIC Defendants' Declarations | **DENIED,** *except as to the dollar figures* listed on the tax returns. |
| Exhibit 30 to the Kroll Declaration | OnlineNIC Defendants' Declarations | **DENIED,** *except as to the dollar figures* listed on the tax returns. |
| Exhibit 31 to the Kroll Declaration | OnlineNIC Defendants' Declarations | **DENIED,** *except as to the dollar figures* listed on the tax returns. |
| Exhibit 32 to the Kroll Declaration | OnlineNIC Defendants' Declarations | **DENIED,** *except as to the dollar figures* listed on the tax returns. |
| Exhibit 33 to the Kroll Declaration | OnlineNIC Defendants' Declarations | **DENIED,** *except as to the dollar figures* listed on the tax returns. |
| Exhibit 35 to the Kroll Declaration | ICANN Declaration | **GRANTED.** |
| Exhibit 36 to the Kroll Declaration | 35.CN Declaration | **DENIED,** *except as to the dollar figures* listed at 35CN0040425, 35CN0040430, 35CN0040435, 35CN0040440, 35CN0040445, 35CN0040450, 35CN0040455, 35CN0040468. |

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 37 to the Kroll Declaration | OnlineNIC Defendants' Declarations | **GRANTED.** |
| Exhibit 39 to the Kroll Declaration at Exhibits 1, 2, 3, 5.1, 5.2, 6 | OnlineNIC Defendants' Declarations | **DENIED,** *except as to the dollar figures* listed at Exhibits 1, 2, 3, 5.1, 5.2, 6. |
| Exhibit 41 to the Kroll Declaration | OnlineNIC Defendants' Declarations | **GRANTED.** |
| Exhibit 43 to the Kroll Declaration | 35.CN Declaration | **GRANTED.** |

**35.CN's Opposition and Related Documents:**

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Opposition Brief at 1:19–20; 5:12–13; 6:3–4: 6:5–6; 6:10–11; 6:14–21; 6:22; 6:23–27; 6:28–7:3; 7:4–6; 7:7–9; 7:20; 7:22–25; 7:27; 8:3; 8:8–10; 8:24–8:26; 11:11; 12:12; 14:18; 14:19; 14:27–28; 15:7–8; 19:10–18; 20:11–14; 20:25–21:1–3; 21:6–11; 22:12–13 | Declaration of Karl S. Kronenberger in Support of Defendant Xiamen 35.com Internet Technology Co., Ltd.'s Motion to File Portions of Opposition Under Seal [ECF No. 319.01] ("35.CN Declaration") | **DENIED,** *except as to the dollar figures* listed in the Opposition at 8:10. |
| Opposition Brief at 4:9; 4:28, 5:28, portions of fn. 9; 8:10; 8:21–22 | Dkt. No. 334 (OnlineNIC Defendants' Declaration) | **DENIED,** *except as to the dollar figures* listed in the Opposition at 8:10. OnlineNIC defendants do not object to unsealing the remaining portions. |
| Opposition Brief at 4:10–14; 4:26–27, (portions of fn. 8) | Plaintiffs' Statement in Response to Motion to Seal ("Plaintiffs' Statement") | **DENIED.** Plaintiffs do not object. |
| Declaration of Karl S. Kronenberger in Support of the Opposition ("Kronenberger Decl.") at 1:18; 1:26–27; 2:2–3; 2:9–11; 2:14–16; 2:22–24 | 35.CN Declaration | **DENIED.** |

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Kronenberger Decl. 3:17–21; 3:22 | OnlineNIC Defendants' Declaration | **DENIED.** OnlineNIC defendants do not object to unsealing. |
| Kronenberger Decl. 3:27–4:1 | Plaintiffs' Statement | **DENIED.** Plaintiffs do not object. |
| Ex. A to Kronenberger Decl. – Rebuttal to Kroll Declaration[5] at 8:A; portions of 8:B; 9:A; portions of 10:A; 16:A; portions of 16:B | Forthcoming Declaration provided by ICANN | **DENIED.** No supporting declaration filed. |
| Ex. A to Kronenberger Decl. – Rebuttal to Kroll Declaration at 2:A; portions of 2:B; 3:A; 4A; 5A; 5B; 6A; portions of 6B; portions of 9B; 10B; portions of 11B; portions of 14B; portions of 15B; portions of 16B; portions of 17B; 19A; portions of 19B; portions of 20B; portions of 22B; portions of 23B; 25A; portions of 25B | 35.CN Declaration | **DENIED,** *except as to the dollar figures* listed in Exhibit A at 2:A. |
| Ex. A to Kronenberger Decl. – Rebuttal to Kroll Declaration at 11:A; 17:A; portions of 17B; 20:A; 21:A; 22:A; 23:A; portions of 24:A; portions of 24:B; 26:A; portions of 26B | OnlineNIC Defendants' Declaration | **DENIED.** |
| Ex. B to Kronenberger Decl. – 35.CN's Further Amended and Supplemental Responses to First Set of Interrogatories at 3:15–4:17; 4:24–7:27; 8:6–8:20; 9:2-9:15; 9:25–10:8; 10:15–11:8; 11:15-12:1; (portions of Appendix A thereto) | 35.CN Declaration | **DENIED,** *except as to the dollar figures* listed in Exhibit B at 4:1-17, 10:20-28, 11:1-8, 11:21-28, 12:1. |
| Ex. C to Kronenberger Decl. – Documents about the sale of OnlineNIC in 2007 (Entire Document) | 35.CN Declaration | **DENIED,** *except as to the dollar figure* listed in Exhibit C at 35CN017283. |
| Ex. H to Kronenberger Decl. – Spreadsheet Records Provided to ICANN (Entire Document) | OnlineNIC Defendants' Declaration | **DENIED.** OnlineNIC defendants do not object to unsealing. |
| Declaration of Carrie Yu in Support of Opposition ("Yu Decl.") at 1:6–13; 1:14–17; 1:19–21; 1:23–25; 1:26–27; 2:4–5; 2:6–7; 2:8–9; 2:10–12; 2:13–16; 2:21–22 | 35.CN Declaration | **DENIED.** |
| Yu Decl. at 2:17–20 | Plaintiffs' Statement | **DENIED.** Plaintiffs do not object. |

---

[5] Citations to Kronenberger Decl. Exhibit A are formatted as Row:Column.

11

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Declaration of Zhang Weiwei in Support of Opposition at 1:6–8; 1:9–11; 1:12–18; 1:20–21 | 35.CN Declaration | **DENIED.** |

**Plaintiffs' Reply and Related Documents:**

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Reply Memorandum of Points and Authorities in Support of Motion to Strike Defendant's Answer and for Entry of Default Against Defendant 35.CN ("Reply") at Page 3, Lines 4-5;[6] 4:26-27; 5:20-21; 5:26-27; 6:2-5; 6:18-20; 6:22; 6:26-28; 7:7-8; 7:21-23; 7:25-26; 8:3-5; 8:8-10; 8:21-22; 8:26-27; 9:2-4; 9:6-7; 10:18-20; 12:17-20; 12:26; 13:2; 13:5-6; 14:11; 14:24 | Dkt. No. 328 (35.CN Declaration) | **DENIED,** *except as to the dollar figures* listed in the Reply at 6:2, 9:6. |

---

[6] Citations to page and line numbers are in "xx:yy" format where "xx" is the page number and "yy" is the line number.

United States District Court
Northern District of California

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Reply at 1:13-14; 1:16-17; 3:4-7; 3:22; 3:27-28; 4:12-13; 4:16; 4:26-27; 5:5-6; 5:7-8; 5:18-19; 5:22-6:2; 6:5-7; 6:10-11; 7:3-5; 7:12-19; 8:1-2; 8:6-7; 8:11-17; 8:20-21; 8:25-28; 9:1-5; 9:8-10; 9:17-22; 10:4-5; 10:15-17; 11:1; 13:4-5; 13:7-8 | Dkt. No. 334 (OnlineNIC Defendants' Declaration) | **DENIED,** *except as to the references to the dollar figures and references to ID Shield* listed in the Reply at 3:6, 4:12-13, 5:23, 8 n.14 (approx. lines 26-27), 9:17-20, 10:5. |
| Reply at 7:5-7; 7:16; 7:25; 10:21-22; 13:3-4 | Dkt. No. 326 (ICANN Declaration) | **GRANTED.** |
| Supplemental Declaration of Howard A. Kroll in Support of Motion to Strike Defendant's Answer and for Entry of Default Against Defendant 35.CN ("Sup. Kroll Declaration") at 3:3-5; 3:12-19; 3:21-23; 3:25-28 | 35.CN Declaration | **DENIED,** *except as to the dollar figure* listed in the Sup. Kroll Declaration at 3:21. |
| Sup. Kroll Declaration at 2:9-14; 2:16-22; 2:24-3:2; 3:6-10 | OnlineNIC Defendants' Declaration | **DENIED.** OnlineNIC defendants do not object to unsealing. |
| Exhibit 1 to the Sup. Kroll Declaration | OnlineNIC Defendants' Declaration | **DENIED.** OnlineNIC defendants do not object to unsealing. |
| Exhibit 2 to the Sup. Kroll Declaration | OnlineNIC Defendants' Declaration | **DENIED,** *except as to the employee names.* |

13

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 3 to the Sup. Kroll Declaration | OnlineNIC Defendants' Declaration | **GRANTED.** |
| Exhibit 4 to the Sup. Kroll Declaration | OnlineNIC Defendants' Declaration | **DENIED,** *except as to the employee names, except that the names Wang Minghe, Yu Hongxia, and Chen Lili shall not be sealed.* |
| Exhibit 5 to the Sup. Kroll Declaration | 35.CN Declaration | **DENIED.** OnlineNIC defendants do not object to unsealing. |
| Exhibit 6 to the Sup. Kroll Declaration | OnlineNIC Defendants' Declaration | **DENIED.** OnlineNIC defendants do not object to unsealing. |
| Exhibit 7 to the Sup. Kroll Declaration | OnlineNIC Defendants' Declaration | **DENIED.** OnlineNIC defendants do not object to unsealing. |

**35.CN's Sur-Reply and Related Documents:**

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Sur-Reply Memorandum at 1:10; 1:15; 2:4-8; 2:13-15; 2:18; 3:5-6; 3:24-26; 4:11-12; 4:14-15; 5:25; 6:1-4; 6:14; 6:27; 7:1; 9:19 | 35.CN Declaration | **DENIED,** *except as to the dollar figures* listed in Sur-Reply at 2:4, 2:18. |

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Sur-Reply Memorandum at 1:10-11; 1:26-27; 2:1; 2:19; 2:25; 3:17-21; 4:4-5; 4:19-22; 4:24-25; 6:8; 6:10-11; 6:16-17; 6:22-24; 9:17-18 | Designated by OnlineNIC defendants | **DENIED,** *except as to the dollar figures* listed in Sur-Reply at 1:26, 2:19, 2:25, 6:9. |
| Declaration of K. Kronenberger ISO Sur-Reply ("Kronenberger Decl.") at 1:14 | 35.CN Declaration | **DENIED.** |
| Kronenberger Decl. at 1:18 | Designated by OnlineNIC defendants | **GRANTED.** |
| Exhibit A to Kronenberger Decl. (summary chart with financial and employment data), Portions of 2:B; portions of 2:C; portions of 3:A; portions of 3:B; portions of 3:C; portions of 5:B; portions of 6:B; portions of 7:B; portions of 8:B; portions of 9:B; portions of 9:C | 35.CN Declaration | **DENIED.** |

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit B to Kronenberger Decl. (summary spreadsheet with financial data), 2:A; 2:B; 4:A; 4:B; 5:A; 5:B; 6:A; 6:B; 7:A; 7:B; 8:A; 8:B; 9:A; 9:B; 10:A; 10:B; 11:A; 11:B; 12:A; 12:B; 13:A; 13:B | Designated by OnlineNIC defendants | **DENIED**, *except as to the names of rank-and-file employees and dollar figures* listed in Columns A and B, respectively; Mr. Gong's and Mr. Liu's names shall not be sealed. |
| Exhibit B to Kronenberger Decl. (summary spreadsheet with financial data), 1:A; 1:B; 3:A; 3:B | 35.CN Declaration | **DENIED**, *except as to the dollar figures* listed in Exhibit B at 1:B, 3:B. |
| Declaration of Yu Hongxia ISO Sur-Reply ("Yu Decl."), 1:6-7; 1:9-11 | 35.CN Declaration | **DENIED**, *except as to the dollar figures* listed in Yu Decl. at 1:7, 1:10. |
| Yu Decl., 1:8-9; 1:14-27; 2:1-9 | Designated by OnlineNIC defendants | **DENIED**, *except as to the dollar figures* listed in Yu Decl. at 1:8-9. |
| Exhibit A to Yu Decl. (employee's financial record) | Designated by OnlineNIC defendants | **DENIED**, *except as to the dollar figures.* |
| Exhibit B to Yu Decl. (deposition transcript) | Designated by OnlineNIC defendants | **DENIED.** |
| Declaration of Z. Weiwei ISO Sur-Reply ("Weiwei Decl."), 1:6-10 | 35.CN Declaration | **DENIED.** |

16

**Plaintiffs' Objections to Sur-Reply Evidence and Related Documents:**

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Plaintiffs' Corrected Objections to Sur-Reply Evidence at Page 1, Lines 24-25; 2:12-13; 2:16; 3:14-15; 3:20; 4:2-4; 4:11-12; 5:1; 5:3; 5:6-7; 5:15; 5:16-17; 5:28 | Dkt. No. 344 (35.CN Declaration) | **DENIED,** *except as to the dollar figures* listed in Plaintiffs' Corrected Objections to Sur-Reply Evidence at 1 n.1 (approx. lines 24-25). |
| Plaintiffs' Corrected Objections to Sur-Reply Evidence at 1:23-25; 2:9-10; 2:22-23; 2:24-25; 2:28; 3:2-3; 3:4; 3:10-11; 3:14-15; 3:17-18; 3:20; 4:2-4; 4:11-12; 4:16-17; 4:20; 4:22; 5:1; 5:6-7; 5:20; 5:21-22; 5:28 | Designated by OnlineNIC defendants | **DENIED,** *except as to the dollar figures* listed in Plaintiffs' Corrected Objections to Sur-Reply Evidence at 1 n.1 (approx. lines 24-25). |
| Plaintiffs' Corrected Objections to Sur-Reply Evidence at 4:26 | Designated by ICANN | **DENIED.** No supporting declaration filed. |

## CONCLUSION

**No later than December 1, 2023,** plaintiffs and 35.CN shall re-file the motion to strike, opposition, reply, sur-reply, and objections to sur-reply evidence, along with the associated declarations and exhibits, on the public docket, sealing only those materials for which the Court has granted the sealing orders above. The parties may find it helpful to meet and confer about the re-

filing of these more narrowly redacted documents.

**IT IS SO ORDERED**.

Dated: November 8, 2023

_____
SUSAN ILLSTON
United States District Judge