TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:          213.430.3400
Facsimile:          213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.) and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| FACEBOOK, INC. and INSTAGRAM, LLC, | Case No. 3:19-cv-07071-SI |
|---|---|
| Plaintiffs, | **STIPULATED NOTICE OF LODGING OF REDACTED ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON ALTER EGO; STRIKING 35.CN'S ANSWER [351]** |
| v. | |
| ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., | Hon. Susan Illston |
| Defendants. | |

Pursuant to Civil Local Rule 7-12 and this Court's Sealed Order Granting Plaintiffs' Motion for Summary Judgment on Alter Ego; Striking 35.CN's Answer (the "Order"; ECF No. 351), the parties hereby lodge the attached proposed redacted version of the Order and stipulate to the Court entering that redacted version of the Order on the public docket.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

DATED: November 14, 2023                Tucker Ellis LLP

                                        By: /s/David J. Steele
                                            David J. Steele
                                            Howard A. Kroll
                                            Steven E. Lauridsen

                                        Attorneys for Plaintiffs,
                                        META PLATFORMS, INC. (fka FACEBOOK, INC.) and INSTAGRAM, LLC

DATED: November 14, 2023                LexAnalytica, PC

                                        By: /s/Perry J. Narancic
                                            Perry J. Narancic

                                        Attorneys for Defendants
                                        ONLINENIC INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED

DATED: November 14, 2023                Kronenberger Rosenfeld, LLP

                                        By: /s/ Karl S. Kronenberger
                                            Karl S. Kronenberger

                                        Attorneys for Defendant
                                        XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all other signatories listed and on whose behalf this filing is made concur in the filing of this document and have granted permission to use an electronic signature.

                                          /s/David J. Steele

STIPULATED NOTICE OF LODGING REDACTED ORDER GRANTING SUMMARY JUDGMENT
Case No. 3:19-cv-07071-SI