AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| FACEBOOK, INC., et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 3:19-cv-07071-SI |
| ONLINENIC INC., et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs META PLATFORMS, INC. (fka FACEBOOK, INC.) and INSTAGRAM, LLC            .

Date:    11/29/2023                                   /s/Helena Guye
                                                    *Attorney's signature*

                                        Helena M. Guye - CA Bar No. 350417
                                        *Printed name and bar number*

                                        Tucker Ellis LLP, 515 S Flower St Fl 42,
                                              Los Angeles, CA 90071

                                                       *Address*

                                           helena.guye@tuckerellis.com
                                                   *E-mail address*

                                                   (213) 430-3038
                                                 *Telephone number*

                                                   (213) 430-3409
                                                    *FAX number*