# Exhibit 1

**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Liana W. Chen (Bar No. 296965)
Leah Rosa Vulić (Bar No. 343520)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
liana@kr.law
leah@kr.law

Attorneys for Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **META PLATFORMS INC.**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**ONLINENICINC.**, et al.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI<br><br>**DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S FURTHER AMENDED AND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES PER DISCOVERY ORDER D.E. 286; AND UPDATED APPENDIX A**<br><br>**CONTAINS CONFIDENTIAL MATERIAL DESIGNATED UNDER THE PROTECTIVE ORDER** |

4. Defendant objects to the Interrogatories to the extent that they seek information in the possession, custody, or control of individuals or entities other than Defendant on the grounds that each such Interrogatory is unduly burdensome and oppressive, and such information is equally available to Plaintiffs.

5. Defendant objects to these Interrogatories as largely compound.

6. Each of the foregoing General Objections is a continuing objection, which Defendant incorporates by reference into each specific response to each of the Interrogatories below as if fully set forth herein.

## AMENDED AND SUPPLEMENTAL RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 2:**

Describe the business, corporate, working or other relationship between 35.CN and ONLINENIC, including the services which 35.CN performs for or on behalf of ONLINENIC, and any monetary payment which 35.CN receives for those services.

**FURTHER RESPONSE TO INTERROGATORY NO. 2:**

Defendant objects to this Interrogatory as compound.

Subject to and without waiving the foregoing objections, Defendant responds as follows: 35.CN and OnlineNIC have a working relationship wherein 35.CN renders outsourcing services to OnlineNIC in exchange for payment.

In particular, 35.CN provides facilities and services to OnlineNIC pursuant to the Outsourcing Agreement dated Jan. 1, 2014. Defendant provides OnlineNIC services, including website design; new product research and development; system maintenance; Technical Support and technical consultation; marketing, sales, and support services; and other services to which Defendant and OnlineNIC agree, all at the direction of OnlineNIC. In addition to these services listed, as part of the Outsourcing Agreement, 35.CN provides an office for OnlineNIC in a building where 35.CN has separate offices. Payment is made pursuant to the Outsourcing Agreement for the services.

Defendant objects to this Interrogatory as duplicative of Nos. 15 and 16 below. Further, Defendant supplements its response with the following information:

- 2009, $[redacted], Payee 35.CN, Outsourcing Service
- 2010, $[redacted], Payee 35.CN, Outsourcing Service
- 2011, $[redacted], Payee 35.CN, Outsourcing Service
- 2012, $[redacted], Payee 35.CN, Outsourcing Service
- 2013, $[redacted], Payee 35.CN, Outsourcing Service
- 2014, $[redacted], Payee 35.CN, Outsourcing Service
- 2015, $[redacted], Payee 35.CN, Outsourcing Service
- 2015, $[redacted], Payee 35.CN, Site Outsourcing
- 2016, $[redacted], Payee 35.CN, Outsourcing Service
- 2017, $[redacted], Payee 35.CN, Outsourcing Service
- 2017, $[redacted], Payee 35. CN, Site Outsourcing
- 2017, $[redacted], Payee Verisign, Loan from OnlineNIC to 35.CN
- 2017, $[redacted], Payee Verisign, Loan from OnlineNIC to 35.CN
- 2018, $[redacted], Payee 35.CN, Outsourcing Service
- 2018, $[redacted], Payee Verisign, Loan from OnlineNIC to 35.CN
- 2019, $[redacted], Payee 35.CN, Outsourcing Service
- 2020, $[redacted], Payee 35.CN, Outsourcing Service

**THIS RESPONSE IS CONFIDENTIAL.**

**INTERROGATORY NO. 6:**

IDENTIFY all employees of 35.CN for each year since 2009 that performed work for ONLINENIC and describe the work each of these employees performed.

**FURTHER RESPONSE TO INTERROGATORY NO. 6:**

Defendant objects to this Interrogatory as compound and to the extent Chinese law bars the provision of responsive information, including as it relates to private information of third-party individuals. Defendant is not withholding information based on this objection.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Various individuals performed work pursuant to the outsourcing agreement

**INTERROGATORY NO. 8:**

IDENTIFY all employees of 35.CN who were involved in, or participated in, the production of discovery or the destruction of evidence in this case as described by the Special Discovery Master's Data Destroyed or Withheld Report.

**FURTHER RESPONSE TO INTERROGATORY NO. 8:**

Defendant objects to this Interrogatory as argumentative and premised on a disputed fact, including as to the characterization "destruction of evidence."

Subject to and without waiving the foregoing objections, Defendant responds as follows: Defendant states that 35.CN did not direct any employees during any purported "destruction of evidence," as those employees were working at the direction of OnlineNIC. Nonetheless, documents have been produced in this litigation with individuals' information.

Further, Defendant's employees who have participated in producing discovery in this case are the following, understanding that OnlineNIC had discretion to use individuals under the staffing agreement, and Defendant disputes any "destruction of evidence" (in fact, no Defendant has accepted the discovery findings as asserted by Plaintiffs):

- Leon Freeman
- Saul Zeng
- Ivan Wang
- Luke Wayne
- Carrie Yu

**THIS RESPONSE IS CONFIDENTIAL.**

**INTERROGATORY NO. 13:**

Describe the reasons why the individuals identified as lenders of money to ONLINENIC in Exhibits 5.1 and 5.2 to the Responses Of OnlineNIC, Inc. and Domain ID Shield To Plaintiff Facebook, Inc.'s Special Court Ordered Interrogatories, attached as Exhibit 1 to these Interrogatories, loaned money to ONLINENIC, and their business or personal relationship, if any, with 35.CN and/or GONG.

**FURTHER RESPONSE TO INTERROGATORY NO. 13:**

Defendant objects to this Interrogatory as confusing, compound, vague, and ambiguous, including as to "individuals identified as lenders of money" and "business or personal relationship." Defendant objects to this Interrogatory on grounds of proportionality as the discovery references information and documents provided by OnlineNIC.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Defendant is unaware of the reasons and intent of third parties. Nonetheless, Defendant refers to OnlineNIC's Exhibit 5.1, which is referenced in this Interrogatory and stated: Due to China's foreign currency control policy, individual lenders could not transfer funds to OnlineNIC in the US. These loans were made by these individuals through a conduit, Kennedy Legal. See Exhibit 5.2 for list of individual lenders.

Further, this Interrogatory seeks loan information regarding OnlineNIC and third parties unrelated to Defendant; and the Discovery Order only requests information to the extent any listed individual is or was a 35.CN employee.

After a reasonable search, Defendant lacks knowledge to supplement its response.

**THIS RESPONSE IS CONFIDENTIAL.**

**INTERROGATORY NO. 14:**

Describe the reasons why the individuals identified as payees for loans made to ONLINENIC in Exhibit 6 to the Responses Of OnlineNIC, Inc. and Domain ID Shield To Plaintiff Facebook, Inc.'s Special Court Ordered Interrogatories, attached as Exhibit 2 to these Interrogatories, were repaid on loans made by others, and their business or personal relationship, if any, with 35.CN and GONG.

**FURTHER RESPONSE TO INTERROGATORY NO. 14:**

Defendant objects to this Interrogatory as confusing, compound, vague, and ambiguous, including as to "individuals identified as lenders of money" and "business or personal relationship." Defendant objects to this Interrogatory on grounds of proportionality as the discovery references information and documents provided by OnlineNIC.

1   Subject to and without waiving the foregoing objections, Defendant responds as
2   follows: Defendant is unaware of the reasons and intent of third parties. Nonetheless,
3   Defendant refers to OnlineNIC's Exhibit 6, which is referenced in this Interrogatory and had
4   a "notes" column that outlined responsive information to this Interrogatory.
5   Further, this Interrogatory seeks loan information regarding OnlineNIC and third
6   parties unrelated to Defendant; and the Discovery Order only requests information to the
7   extent any listed individual is or was a 35.CN employee.
8   After a reasonable search, Defendant lacks knowledge to supplement its response.
9   **THIS RESPONSE IS CONFIDENTIAL.**

11  **INTERROGATORY NO. 15:**
12  Explain in detail all payments made by ONLINENIC to 35.CN since 2007, including
13  the date, amount and reason for the payment.
14  **FURTHER RESPONSE TO INTERROGATORY NO. 15:**
15  Defendant objects to this Interrogatory as compound and on grounds of
16  proportionality, including as to timeframe.
17  Subject to and without waiving the foregoing objections, Defendant responds as
18  follows: Documents have been produced in this litigation with any such information.
19  Further, Defendant supplements its response with the following information:
20  - 2009, $▮▮▮▮▮, Payee 35.CN, Outsourcing Service
21  - 2010, $▮▮▮▮▮, Payee 35.CN, Outsourcing Service
22  - 2011, $▮▮▮▮▮, Payee 35.CN, Outsourcing Service
23  - 2012, $▮▮▮▮▮, Payee 35.CN, Outsourcing Service
24  - 2013, $▮▮▮▮▮, Payee 35.CN, Outsourcing Service
25  - 2014, $▮▮▮▮▮, Payee 35.CN, Outsourcing Service
26  - 2015, $▮▮▮▮▮, Payee 35.CN, Outsourcing Service
27  - 2015, $▮▮▮▮▮, Payee 35.CN, Site Outsourcing
28  - 2016, $▮▮▮▮▮, Payee 35.CN, Outsourcing Service

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

1  • 2017, $▮▮▮, Payee 35.CN, Outsourcing Service
2  • 2017, $▮▮▮, Payee 35. CN, Site Outsourcing
3  • 2017, $▮▮▮, Payee Verisign, Loan from OnlineNIC to 35.CN
4  • 2017, $▮▮▮, Payee Verisign, Loan from OnlineNIC to 35.CN
5  • 2018, $▮▮▮, Payee 35.CN, Outsourcing Service
6  • 2018, $▮▮▮, Payee Verisign, Loan from OnlineNIC to 35.CN
7  • 2019, $▮▮▮, Payee 35.CN, Outsourcing Service
8  • 2020, $▮▮▮, Payee 35.CN, Outsourcing Service

**THIS RESPONSE IS CONFIDENTIAL.**

**INTERROGATORY NO. 16:**

Explain in detail all payments made by 35.CN to or on behalf of ONLINENIC since 2007, including the date, amount and reason for the payment.

**FURTHER RESPONSE TO INTERROGATORY NO. 16:**

Defendant objects to this Interrogatory on grounds of proportionality, including as to timeframe.

Subject to and without waiving the foregoing objections, Defendant responds as follows: Documents have been produced in this litigation with any such information.

Further, Defendant states that discovery and investigation have been ongoing; and Defendant supplements its response with the following information:

• 2018, $▮▮▮, Payee OnlineNIC, Return of Loans by 35. CN to OnlineNIC
• 2015, $▮▮▮, Payee OnlineNIC, Purchase Payments for US-Based Services
• 2016, $▮▮, Payee OnlineNIC, Purchase Payments for US-Based Services
• 2017, $▮▮▮, Payee OnlineNIC, Purchase Payments for US-Based Services
• 2018, $▮▮▮, Payee OnlineNIC, Purchase Payments for US-Based Services
• 2019, $▮▮▮, Payee OnlineNIC, Purchase Payments for US-Based Services
• 2020, $▮▮▮, Payee OnlineNIC, Purchase Payments for US-Based Services (minus $▮▮▮ refund)

- 2021, $▮▮▮▮▮, Payee OnlineNIC, Purchase Payments for US-Based Services

**THIS RESPONSE IS CONFIDENTIAL.**

Respectfully Submitted,

Dated: December 22, 2022

**KRONENBERGER ROSENFELD, LLP**

By: *Karl S. Kronenberger* (signature)
    Karl S. Kronenberger

Attorneys for Defendant Xiamen 35.com Technology Co., Ltd.

Appendix A to 35.CN's Further Amended and Supplemental Written Discovery Responses

| Year Prod# | Corporate structure, including "parent entities, subsidiaries, affiliates and affiliated registrars" (ROG 1)[2] | Largest Shareholders (ROG 5) | Officers (ROG 4) | Directors (ROG 4) | Financial and Corporate Records Provided? |
|---|---|---|---|---|---|
| 2016<br>6th Prod | Public company in China<br><br>Wholly owned subsidiaries:<br>Beijing Zhongya Hulian Technology Development Co., Ltd.<br>Shenzhen Daoxi Technology Co., Ltd.<br>Beijing 35.com Technology Co., Ltd. | Shaohui Gong<br>Zhengwei Gong<br>Zhen Sheng<br>Rongguang Wu<br>Shenzhen Yingruixuan Investment Management Center<br>Central Hu jin Investment Company Limited.<br>Yulong Holding Group Co., Ltd.<br>Shandong Haizhongwan Investment Management Co., Ltd.<br>Beijing Shangyangxuan Investment Management Co., Ltd.<br>Zunjun Yu | Shaohui Gong<br>Xiaoliang Yang<br>Cheng Huang<br>Xiaochu Zhang<br>Jun Jia<br>Huang Cheng | Shaohui Gong<br>Xiaoliang Yang<br>Qiang Li | Yes |
| 2017<br>6th Prod | Public company in China<br><br>Wholly owned subsidiaries:<br>Shenzhen Daoxi Technology Co., Ltd.<br>Beijing 35.com Technology Co., Ltd. | Shaohui Gong<br>Zhengwei Gong<br>Rongguang Wu<br>Shen Sheng<br>Shenzhen Yingruixuan Investment Management Center<br>Central Hu jin Investment Company Limited.<br>Andong Jiang<br>Xianlian Yu<br>Yan Pan<br>Yulong Holding Group Co., Ltd. | Shaohui Gong<br>Cheng Huang | Shaohui Gong<br>Qiang Li | Yes |
| 2018<br>6th Prod | Public company in China<br><br>Wholly owned subsidiaries:<br>Information Technology Co., Ltd.<br>Shenzhen Daoxi Technology Co., Ltd.<br>Tianjin 35.com Telecom Co., Ltd.<br>Qingdao 35.com Technology Co. Ltd.<br>Tianjin 35.com Technology Co. Ltd.<br>Beijing 35.com Technology Co. Ltd.<br>Jinan 35.com Technology Co. Ltd.<br>Fuzhou 35.com Technology Co. Ltd. | Shaohui Gong<br>Zhengwei Gong<br>Rongguang Wu<br>Xinyu Liyingtian Investment Management Center<br>Central Hu jin Investment Company Limited.<br>Zhen Sheng<br>Whenchao Ruan<br>Keping Ji<br>Xianlian Yu<br>Dunjian Luo | Shaohui Gong<br>Zhihui She<br>Cheng Huang | Shaohui Gong<br>Qiang Li | Yes |
| 2019<br>6th Prod | Public company in China<br><br>Wholly owned subsidiaries:<br>Shenzhen Daoxi Technology Co., Ltd.<br>Tianjin 35.com Telecom Co., Ltd. | Shaohui Gong<br>Zhengwei Gong<br>Xinyu Liyingtian Investment Management Center<br>Keping Ji | Jiansheng Ding<br>Wenquan Zheng<br>Cheng Huang | Jiansheng Ding<br>Zhihui She | Yes |

5

Appendix A to 35.CN's Further Amended and Supplemental Written Discovery Responses

| Year Prod# | Corporate structure, including "parent entities, subsidiaries, affiliates and affiliated registrars" (ROG 1)[2] | Largest Shareholders (ROG 5) | Officers (ROG 4) | Directors (ROG 4) | Financial and Corporate Records Provided? |
|---|---|---|---|---|---|
| | Qingdao 35.com Technology Co. Ltd. Tianjin 35.com Technology Co. Ltd. Jinan 35.com Technology Co. Ltd. Suzhou 35.com Information Technology Co., Ltd Changsha 35.com Technology Co., Ltd. | Yuming Wang Shaanxi Provincial CITIC Fund Zhonghua Wang Hongjun Yan Liang Wang CITIC Securities Inc. | | | |
| 2020 6th Prod | Public company in China Wholly owned subsidiaries: Shenzhen Daoxi Technology Co., Ltd. Tianjin 35.com Telecom Co., Ltd. Qingdao 35.com Technology Co., Ltd. Tianjin 35.com Technology Co., Ltd. Jinan 35.com Technology Co. Ltd. Changsha 35.com Technology Co., Ltd. | Shaohui Gong Zhengwei Gong Jianguo Zhang Yanfu Huang Weining Yu Shiqin Zheng Wei Tao Liang Feng Kongyu Lin Yi Lv | Weiwei Zhang Jinglei Tang Wenquan Zheng | Chengbin Yu Yao Xu | Yes |
| 2021 6th Prod | Public company in China Wholly owned subsidiaries: Shenzhen Daoxi Technology Co., Ltd. Tianjin 35.com Telecom Co., Ltd. Qingdao 35.com Technology Co., Ltd. Tianjin 35.com Technology Co., Ltd. Jinan 35.com Technology Co. Ltd. Changsha 35.com Technology Co., Ltd. | Shaohui Gong Hainan juXing Technology Co., Ltd. Shenzhen High-tech Investment Group Co., Ltd. Zhengwei Gong Shigen Feng Huailiang Ge Guoxiang Jiang Zhaorong Zhu Xiaolong Li Guohong Xiong | Weiwei Zhang Jinglei Tang Wenquan Zheng | Xiaowei Qin Weiwei Zhang Qian Hu Yao Xu | Yes |
| 2022 6th Prod | Public company in China | Shaohui Gong Hainan juXing Technology Co., Ltd. Shenzhen High-Tech Investment Group Co., Ltd. Guoxiang Jiang Zhengwei Gong Shigen Feng Huailiang Ge Xuede Mo Xiaolong Li Shoukang Wen | Believe listed in 1st Quarterly Report of 2022. | Believe listed in 1st Quarterly Report of 2022. | Yes – but year is still in progress, i.e., not all records are available. |