# Exhibit 8

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3

4    FACEBOOK, INC. AND INSTAGRAM, )
     LLC,                          )
5                                  )
              PLAINTIFFS,          )
6                                  )      CASE NO.
       v.                          )      5:19-CV-07071-SVK
7                                  )
     ONLINENIC, INC.; DOMAIN ID    )
8    SHIELD SERVICES CO., LIMITED; )
     AND DOES 1-20,                )
9                                  )
              DEFENDANTS.          )
10   _____ )

11

12

13          VIDEOTAPED DEPOSITION OF THE PERSON

14

15         MOST QUALIFIED OF ONLINENIC, INC.,

16                    CARRIE YU
                WEDNESDAY, JULY 14, 2021
17                CHINA STANDARD TIME

18

19                   VOLUME II

20

21

22

23

     JOB NO. CA 4690907
24   REPORTED BY: MARK McCLURE, CRR
                  CAL CSR 12203
25   PAGES 84 - 168

                                          Page 1

```
1   VIDEOTAPED DEPOSITION OF CARRIE YU, VOLUME II, TAKEN AT
2   7:08 A.M., WEDNESDAY, JULY 14, 2021, VERITEXT REMOTE
3   TECHNOLOGY, BEFORE MARK McCLURE, C.S.R. #12203,
4   CERTIFIED SHORTHAND REPORTER IN AND FOR THE STATE OF
5   CALIFORNIA
6
7   APPEARANCES OF COUNSEL:
8   FOR THE PLAINTIFFS FACEBOOK, INC. AND INSTAGRAM:
9           (APPEARING BY VIDEOCONFERENCE)
            TUCKER ELLIS LLP
10          BY:  HOWARD A. KROLL, ESQ.
            515 SOUTH FLOWER STREET
11          FORTY-SECOND FLOOR
            LOS ANGELES, CALIFORNIA 90071
12          213.430.3400
            HOWARD.KROLL@TUCKERELLIS.COM
13
14  FOR THE DEFENDANTS ONLINENIC, INC. AND DOMAIN ID SHIELD
    SERVICES CO., LIMITED:
15
            (APPEARING BY VIDEOCONFERENCE)
16          LEXANALYTICA, PC
            BY:  PERRY J. NARANCIC, ESQ.
17          2225 E. BAYSHORE ROAD, SUITE 200
            PALO ALTO, CALIFORNIA 94303
18          650.655.2800
            PJN@LEXANALYTICA.COM
19
20  ALSO PRESENT:
21          DAVID STEELE, TUCKER ELLIS
22          HELENA GUYE, TUCKER ELLIS
23          BART KESSEL, TUCKER ELLIS
24          OLIVIA GONZALEZ, ATTORNEY, FACEBOOK
25
```

Page  2

```
 1   ALSO PRESENT:  - CONTINUED
 2              AMANDA LIN, INTERPRETER
 3              DREW DORSEY, VIDEOGRAPHER
 4              CRAIG JONES, VERITEXT CONCIERGE
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1   C-h-e-n-g.                                            07:17

 2   BY MR. KROLL:                                         07:17

 3       Q.   Are there any other companies located on the 07:17

 4   second and third floor?                               07:17

 5       A.   Based on what I saw, no.                      07:18

 6       Q.   Who owns the building at 8, Guanri Road       07:18

 7   Software Park, Phase 2?                                07:18

 8       A.   Should be 35.CN.                              07:18

 9       Q.   You also indicated you were going to locate   07:18

10   the address of the tea selling company of Zhipo Chen. 07:18

11          Have you done that?                             07:18

12       A.   Yes.                                          07:18

13       Q.   What is that address?                         07:19

14       A.   Software Park, Phase 2, Wanghai Road, No. 39, 07:19

15   Unit 201.                                              07:19

16          INTERPRETER:  W-a-n-g-h-a-i Road.               07:20

17   BY MR. KROLL:                                          07:20

18       Q.   Who owns the building at 39 Wanghai Road?     07:20

19       A.   I'm sorry, it's not possible for me to know   07:20

20   that information.                                      07:20

21       Q.   Another thing we discussed was the fact that  07:20

22   you looked at a piece of paper in answering one of my  07:20

23   questions, and the document involved personnel.        07:20

24          MR. KROLL:  Perry, have you discussed that      07:20

25   with your client and then are you expecting to send that 07:20
```

Page 10

```
 1    documents to plaintiffs?                          07:24

 2        A.   Let me explain my responses yesterday.  It   07:24

 3    might have involved misunderstanding on my part and also   07:24

 4    misunderstanding on your part, or some unclear   07:24

 5    expressions.                                      07:24

 6            Yesterday, after the deposition, I talked to   07:25

 7    Zhipo Chen and Shaohui Gong regarding the agreement   07:28

 8    pertaining to the sales of OnlineNIC, and I thought   07:28

 9    there was a paper form of agreement or a kind of written   07:28

10    or paper form of contract.  I thought there would be a   07:28

11    contract of this sort.                            07:28

12            But yesterday, when I was clarifying with   07:28

13    them, they told me that no written agreement or contract   07:28

14    existed, it was just an oral agreement between them.   07:28

15    Nothing was put down on paper.  So, yesterday, when I   07:29

16    gave that response saying that there was a contract or   07:29

17    an agreement, I thought there was something written down   07:29

18    on paper.                                         07:29

19            In Chinese, the word for "agreement" or the   07:29

20    phonetic spelling "xie yi," could be understood or   07:29

21    interpreted as an oral agreement or a written agreement   07:29

22    or a written contract, so I think that's a deviation or   07:29

23    difference in between the Chinese and the English   07:29

24    languages.                                        07:29

25            So, yesterday, when I talked to Shaohui Gong   07:29
```

Page 12

1    and Zhipo Chen after my deposition about this agreement                07:29

2    or contract, they told me that it was just an oral                      07:29

3    agreement, nothing was written down or put into a                       07:29

4    contract form or a written agreement or contract.  So                   07:30

5    that was, maybe, a misrepresentation on my part                         07:30

6    yesterday.                                                              07:30

7            Secondly, regarding the loan agreement or                       07:30

8    contract by Rex Liu from -- with the borrowing with                     07:30

9    OnlineNIC, since this part of the document was not                      07:30

10   prepared by me, my personal understanding at first was                  07:30

11   that there should be such a contract, but this part of                  07:30

12   the document and the preparation of the document was                    07:30

13   done by our financial personnel, it was not done by me.                 07:30

14           So, yesterday, after my deposition, I was                       07:30

15   trying to clarify on this part with Zhipo Chen, as well                 07:30

16   as our counsel, and Zhipo Chen told me that Rex Liu was                 07:30

17   an old employee of OnlineNIC, so when he borrowed money                 07:30

18   from OnlineNIC, there was no need to prepare a contract                 07:31

19   or a written agreement.  It was, again, an oral                         07:31

20   agreement with Rex and OnlineNIC.                                       07:31

21           So, yesterday, when I said there was a                          07:31

22   contract for his loan, that part was not accurate.                      07:31

23           My answer right now should be, there is no                      07:31

24   contract or agreement for Rex borrowing from OnlineNIC,                 07:31

25   and this is what I was told by the CEO of OnlineNIC.                    07:31

Page 13

```
 1              INTERPRETER:  Howard, I did not get a chance      08:21

 2   to interpret Ms. Yu's response to the previous question.     08:21

 3              She said, "Yes."  She said, "Yes."                08:21

 4   BY MR. KROLL:                                                08:21

 5      Q.   Yesterday, we were talking about Rex Liu as an       08:21

 6   employee of OnlineNIC.                                       08:21

 7              What is Rex Liu's Chinese name?                    08:22

 8      A.   I'm sorry, I do not know his Chinese name, I         08:22

 9   only know his full English name.  If you want to know        08:22

10   his Chinese name, I can ask him after today's                08:22

11   deposition.                                                  08:22

12      Q.   I think we'll be able to get there a different       08:22

13   way.                                                         08:22

14              How old is Mr. Liu?                                08:22

15      A.   About 60.                                            08:22

16      Q.   Yesterday, you testified that Mr. Liu was not       08:23

17   an officer of OnlineNIC, is that correct?                    08:23

18      A.   That's correct.  He was not an officer,             08:23

19   according to my understanding about his role involving       08:23

20   in the operation of OnlineNIC, and according to my           08:23

21   understanding about him.                                     08:23

22      Q.   And currently, he's not an officer of               08:24

23   OnlineNIC, is that correct?                                  08:24

24      A.   That's correct.                                     08:24

25      Q.   We also discussed Sily Chen, who was or is in        08:24
```

Page 25

| | | |
|---|---|---|
| 1 | charge of the financial matters of OnlineNIC. | 08:24 |
| 2 | Do you recall that? | 08:24 |
| 3 | A.   Yes. | 08:24 |
| 4 | Q.   Do you know Sily Chen's English name? | 08:24 |
| 5 | A.   This is her English name. | 08:24 |
| 6 | Q.   What is her Chinese name? | 08:25 |
| 7 | A.   Lili Chen. | 08:25 |
| 8 | INTERPRETER:   L-i-l-i C-h-e-n. | 08:25 |
| 9 | BY MR. KROLL: | 08:25 |
| 10 | Q.   And how old is Ms. Chen? | 08:25 |
| 11 | A.   In her 30s. | 08:25 |
| 12 | Q.   You also testified that even though she is in | 08:25 |
| 13 | charge of the financial matters of OnlineNIC, that she's | 08:26 |
| 14 | not the chief financial officer, is that correct? | 08:26 |
| 15 | A.   At least, she was not given such a title or a | 08:26 |
| 16 | position among the management team of OnlineNIC. | 08:26 |
| 17 | Q.   Who's the management team of OnlineNIC? | 08:26 |
| 18 | A.   I'm not sure what you're asking about for this | 08:26 |
| 19 | question. | 08:27 |
| 20 | Are you asking about the number of people on | 08:27 |
| 21 | the team or the names of the people on the team? | 08:27 |
| 22 | Q.   The names of the people on the management team | 08:27 |
| 23 | of OnlineNIC. | 08:27 |
| 24 | A.   First of all, the CEO is Zhipo Chen.  The vice | 08:27 |
| 25 | president is me.  The support manager is Jack.  The last | 08:27 |

Veritext Legal Solutions
866 299-5127

```
 1   BY MR. KROLL:

 2        Q.   What is the Chinese name of Leon Huang?        08:40

 3        A.   Huang Zhenxin.                                  08:40

 4             INTERPRETER:  H-u-a-n-g, family name;

 5   Z-h-e-n-x-i-n, first name.

 6   BY MR. KROLL:

 7        Q.   What is the first name of the technical         08:41

 8   manager, whose last name is Wang?                         08:41

 9        A.   Huidong Wang.                                   08:41

10             INTERPRETER:  H-u-i-d-o-n-g, first name;

11   W-a-n-g, last name.

12   BY MR. KROLL:

13        Q.   Does he have an English name?                  08:41

14        A.   Which one are you asking about?                08:41

15        Q.   Huidong Wang.                                  08:41

16        A.   His English name is Evan.                      08:41

17             INTERPRETER:  E-v-a-n.                          08:41

18   BY MR. KROLL:

19        Q.   Let's see if I have this right.                08:42

20             The CEO, the vice president, the support       08:42

21   manager, the marketing manager, the sales manager and    08:42

22   the technical manager are the management team of         08:42

23   OnlineNIC, is that correct?                              08:42

24        A.   Yes.                                           08:42

25        Q.   Do all of the managers report to you, as the   08:42
```

Page 30

1    vice president?                                                08:42

2        A.    Yes.                                                 08:42

3        Q.    I believe you testified that the management          08:43

4    team does not refer to Sily Chen or give her the title        08:43

5    of chief financial officer, is that correct?                  08:43

6        A.    That's right.                                        08:43

7              MR. KROLL:  I'd like to mark as Exhibit 9 the        08:43

8    2017 statement of information to the Secretary of State.      08:43

9              (Exhibit 9 marked for identification.)              08:44

10   BY MR. KROLL:                                                  08:44

11       Q.    Ms. Yu, do you see that document?                    08:44

12       A.    Which one, Exhibit 9?                                08:44

13       Q.    9.                                                   08:44

14       A.    Yes.                                                 08:45

15       Q.    This is a document filed with the Secretary of      08:45

16   State for the State of California, filed by OnlineNIC on      08:45

17   July 24, 2017.  It is titled "Statement of Information."      08:45

18   It lists three officers of OnlineNIC.                         08:45

19             Do you see that?                                     08:45

20       A.    Yes.                                                 08:45

21       Q.    It lists Rex Liu as an officer of OnlineNIC.        08:45

22             Do you see that?                                     08:46

23       A.    Yes.                                                 08:46

24       Q.    Is that a correct statement to the Secretary        08:46

25   of State?                                                      08:46

                                                    Page 31

| | | |
|---|---|---|
| 1 | Q. Are you a director of OnlineNIC? | 08:54 |
| 2 | MR. NARANCIC: Objection. Vague and | 08:54 |
| 3 | ambiguous. Calls for legal conclusion. | 08:54 |
| 4 | BY MR. KROLL: | |
| 5 | Q. You may answer. | 08:54 |
| 6 | A. At that time, I was. | 08:54 |
| 7 | Q. Are you still a director of OnlineNIC? | 08:54 |
| 8 | A. I am not. | 08:54 |
| 9 | Q. Who's a director of OnlineNIC? | 08:54 |
| 10 | A. Right now, we do not have such a position. | 08:54 |
| 11 | Q. When did you stop becoming a director of | 08:55 |
| 12 | OnlineNIC? | 08:55 |
| 13 | MR. NARANCIC: Objection. Vague and | 08:55 |
| 14 | ambiguous. Calls for speculation. | 08:55 |
| 15 | BY MR. KROLL: | |
| 16 | Q. You may answer. | 08:55 |
| 17 | A. There are a lot of questions you have asked | 08:56 |
| 18 | today, they are not related to the deposition notice so | 08:56 |
| 19 | it's hard for me to answer those questions. Those | 08:56 |
| 20 | questions would call for information from a long time | 08:56 |
| 21 | ago. It's hard for me to recall and remember. If you | 08:56 |
| 22 | really want the information, I can look and see if such | 08:56 |
| 23 | relevant records exist, and then I can provide the | 08:56 |
| 24 | information to you, if they are available, either | 08:56 |
| 25 | tomorrow or at the next deposition. | 08:56 |

Page 35

| | | |
|---|---|---|
| 1 | A.   In her 30s, below 40, or around 40, it seems | 09:04 |
| 2 | like. | 09:05 |
| 3 | Q.   Does she speak English? | 09:05 |
| 4 | A.   No. | 09:05 |
| 5 | Q.   Does she read and understand English? | 09:05 |
| 6 | A.   No. | 09:05 |
| 7 | Q.   Was the 2013 RAA between ICANN and OnlineNIC | 09:05 |
| 8 | translated for her into Chinese? | 09:05 |
| 9 | A.   No. | 09:06 |
| 10 | Q.   How much money was paid by her to Shaohui Gong | 09:06 |
| 11 | for the purchase of OnlineNIC? | 09:06 |
| 12 | A.   Based on the information I got from Zhipo | 09:06 |
| 13 | Chen, it was a small amount of money. | 09:06 |
| 14 | Q.   How much is a small amount of money? | 09:06 |
| 15 | A.   It seems like it was around 50,000 USD. | 09:06 |
| 16 | Q.   And Ms. Chen paid Shaohui Gong $50,000 in 2009 | 09:07 |
| 17 | or 2010, is that correct? | 09:07 |
| 18 | A.   Based on what I know, yes. | 09:07 |
| 19 | Q.   In 2009 or 2010, when she purchased OnlineNIC | 09:07 |
| 20 | from Shaohui Gong, did she become the sole shareholder | 09:07 |
| 21 | of OnlineNIC? | 09:07 |
| 22 | A.   In fact, she had already become a de facto | 09:07 |
| 23 | shareholder of OnlineNIC. | 09:08 |
| 24 | Q.   What does that mean? | 09:08 |
| 25 | A.   According to our informal process internally | 09:08 |

Page 39

```
 1   that time, and, secondly, I was not the person in charge      09:28

 2   of that.  So, regarding whether or not she had such            09:28

 3   persons in 2009, I do not know and I am not sure about         09:28

 4   it.                                                            09:28

 5        Q.   Other than OnlineNIC and the tea company, are       09:28

 6   there any other companies that Zhipo Chen runs?               09:28

 7        A.   Whether she does or does not, I don't feel          09:28

 8   that would be the information she would tell me.              09:28

 9        Q.   How did she meet Mr. Shaohui Gong?                  09:29

10        A.   I do not have this information.                     09:29

11        Q.   Does she have a personal relationship with         09:29

12   Mr. Shaohui Gong?                                             09:29

13        A.   What aspect are you asking about when you say      09:29

14   "a personal relationship"?                                    09:29

15        Q.   Do they have a social relationship?                09:29

16        A.   Based on what I know, they are friends.            09:29

17        Q.   Were they friends before 2009?                     09:30

18        A.   Yes.                                                09:30

19        Q.   Do they have an intimate relationship with        09:30

20   each other?                                                   09:30

21        A.   Based on what I know, no.                           09:30

22        Q.   Going back to the management team for             09:30

23   OnlineNIC, are all members of the management team            09:30

24   employees of 35.CN?                                           09:30

25        A.   Yes.                                                09:30
```

Page 45

```
 1              MR. NARANCIC:  Howard, whenever you feel          09:31

 2     comfortable --                                             09:31

 3              MR. KROLL:  I have one more question and then     09:31

 4     we'll take a break.                                        09:31

 5              MR. NARANCIC:  No problem.                        09:31

 6     BY MR. KROLL:

 7         Q.   And are all members of the management team        09:31

 8     paid by 35.CN?                                             09:31

 9         A.   All the people are paid by 35.CN, for all         09:31

10     those people I just named, except for Zhipo Chen.          09:31

11         Q.   Does she receive any salary?                      09:32

12         A.   Not to my knowledge.                              09:32

13         Q.   Does she receive any money from OnlineNIC for     09:32

14     acting as the CEO?                                         09:32

15         A.   According to the financial information I have     09:32

16     come into contact with during the past few days for my     09:32

17     preparation for the deposition, the answer is no.          09:32

18         Q.   And just to make sure, is Zhipo Chen an           09:32

19     employee of 35.CN?                                         09:32

20              MR. NARANCIC:  Objection to form.                 09:33

21              THE WITNESS:  She is not.                         09:33

22     BY MR. KROLL:

23         Q.   Has Zhipo Chen ever been an employee of 35.CN?    09:33

24              MR. NARANCIC:  Same objection.                    09:33

25              THE WITNESS:  No.                                 09:33
```

Page 46

1     Q.   Do you have that document, Ms. Yu?                10:40

2     A.   Which one?  What's the exhibit number?            10:40

3     Q.   14.                                               10:40

4     A.   Okay, I see it.                                   10:40

5     Q.   On the first page of Exhibit 14, which is four    10:41

6  pages in length, do you see a check for $100,000 to      10:41

7  OnlineNIC on January 30, 2015?                           10:41

8     A.   Yes.                                              10:41

9     Q.   And the check is from the checking account of,    10:41

10  I assume, Rex Liu, is that correct?                      10:42

11          MR. NARANCIC:  Objection as to form.             10:42

12          THE WITNESS:  I think so.                        10:42

13  BY MR. KROLL:

14     Q.   Does that refresh your memory as to what Rex     10:42

15  Liu's Chinese name is?                                   10:42

16     A.   Right, but here, it only shows the phonetic      10:42

17  spelling of the Chinese characters, but as to what       10:42

18  specific Chinese characters those are, I would not know. 10:42

19     Q.   Are you familiar with Rex Liu's signature?       10:43

20     A.   I'm not very familiar with it.                   10:43

21     Q.   All right.  And you understand that page 1 of    10:43

22  Exhibit 14 is a $████   payment by Rex Liu to OnlineNIC  10:43

23  on January 30, 2015, to repay -- partially repay a       10:43

24  $████   loan from OnlineNIC to Rex Liu, correct?         10:43

25     A.   Yes.                                             10:44

Page 62

1    Q.    If you turn to page 2 of Exhibit 14, do you          10:44

2    see a $▇▇▇ check from L&L Oil, LLC, to OnlineNIC,          10:44

3    Inc., on January 30, 2015?                                 10:44

4    A.    Yes.                                                 10:44

5    Q.    And do you understand that that's a partial          10:44

6    payment by L&L Oil, LLC, to OnlineNIC for the $▇▇▇         10:44

7    loan from OnlineNIC to Rex Liu?                            10:45

8    A.    Yes.                                                 10:45

9    Q.    And so the first two pages show repayment of         10:45

10   $▇▇▇ out of the $▇▇▇ that was loaned to Rex Liu,           10:45

11   correct?                                                   10:45

12   A.    Yes.                                                 10:45

13   Q.    The third page has three transactions dated          10:45

14   January 22, 2015.                                          10:45

15        Do you see that?                                      10:46

16   A.    Yes.                                                 10:46

17   Q.    And each line is for $▇▇▇.                           10:46

18        Do you see that?                                      10:46

19   A.    Yes.                                                 10:46

20   Q.    Can you tell me what the first line or three         10:46

21   lines represent?                                           10:46

22   A.    I think this shows the bank record.                  10:46

23   Q.    The bank record of what?                             10:46

24   A.    According to the information Rex told me, he         10:46

25   prepaid another payment of the amount of $▇▇▇ from         10:47

Page  63

| | | |
|---|---|---|
| 1 | his personal account and it was paid to an account | 10:47 |
| 2 | designated by the CEO of OnlineNIC. | 10:47 |
| 3 | Q.   What was the account designated by the CEO of | 10:47 |
| 4 | OnlineNIC? | 10:47 |
| 5 | A.   Are you asking about the account information | 10:47 |
| 6 | or the name of the payee? | 10:48 |
| 7 | Q.   The name of the payee. | 10:48 |
| 8 | A.   Is it shown in any of these three | 10:48 |
| 9 | transactions? | 10:48 |
| 10 | Perhaps we can try to find it. | 10:48 |
| 11 | Is it there? | 10:48 |
| 12 | You can see in the information following the | 10:48 |
| 13 | letters BNF. | 10:48 |
| 14 | Do you see a name there? | 10:48 |
| 15 | Q.   Yes, I do see a name. | 10:48 |
| 16 | A.   I need to check and verify with Zhipo Chen | 10:49 |
| 17 | whether the payees are these three individuals. | 10:49 |
| 18 | Q.   Well, the question I have is:   Are these the | 10:49 |
| 19 | payees or are these the people who paid off $■■■■■ of | 10:49 |
| 20 | loans? | 10:49 |
| 21 | A.   According to what Rex told me and according to | 10:49 |
| 22 | my understanding of the information he gave me, these | 10:49 |
| 23 | three individuals should be the people who received the | 10:49 |
| 24 | money, but, of course, I would check on that with Zhipo | 10:49 |
| 25 | Chen again. | 10:50 |

Page 64

1    Q.   With the first individual, Chen Jinshun -- who          10:50

2    is that?                                                     10:50

3    A.   I do not know this person.                              10:50

4    Q.   Why did Zhipo Chen tell Rex Liu to pay Chen             10:50

5    Jinshun?                                                     10:50

6    A.   For the specific reasons I need to ask Zhipo            10:50

7    Chen.  However, according to my understanding about the      10:51

8    situation in China, China has very strict limitations on    10:51

9    receiving payments and money made in foreign currencies     10:51

10   by individuals, so it is common to ask other people to      10:51

11   receive foreign currencies on behalf of other people in     10:51

12   China.                                                       10:51

13   Q.   Is Chen Jinshun related to Zhipo Chen?                  10:51

14   A.   I do not know.  I need to ask her.                      10:52

15   Q.   Is Chen Jinshun related to Sily Chen?                   10:52

16   A.   I do not think so.  It seems that you are very          10:52

17   interested in this family name, Chen, and let me tell        10:53

18   you a story, and I think Amanda knows about it, too.         10:53

19        In China, people who have the family name              10:53

20   Chen -- there are a lot of people with that family name.     10:53

21   It is a large family name in China.  Many people have        10:53

22   that family name, but it doesn't mean that they are          10:53

23   related.                                                     10:53

24   Q.   I understand that.  I was just checking to see          10:53

25   if there's any relation.                                     10:53

Page 65

| | | |
|---|---|---|
| 1 | Who is Yang Meiqing? | 10:53 |
| 2 | A.   The same.  The same.  I do not know.  I need | 10:53 |
| 3 | to check with Zhipo Chen, but I think it's just another | 10:54 |
| 4 | individual who she told Rex Liu to send the wire payment | 10:54 |
| 5 | to. | 10:54 |
| 6 | Q.   Who is Liu Miao Fu? | 10:54 |
| 7 | A.   I don't know, either.  I need to check with | 10:54 |
| 8 | that. | 10:54 |
| 9 | Q.   If you can turn to the last page of Exhibit | 10:54 |
| 10 | 14. | |
| 11 | Could you tell me what this page is? | 10:54 |
| 12 | A.   I think this is a bank record. | 10:54 |
| 13 | Q.   Of OnlineNIC? | 10:55 |
| 14 | A.   According to what is shown in the document, | 10:55 |
| 15 | yes. | 10:55 |
| 16 | Q.   What bank is this? | 10:55 |
| 17 | A.   Citibank. | 10:55 |
| 18 | Q.   Where is Citibank located? | 10:55 |
| 19 | A.   You see, Howard, for a lot of questions you're | 10:55 |
| 20 | asking me today, they are not listed in the deposition | 10:56 |
| 21 | notice, so for this question, you're asking me about | 10:56 |
| 22 | this bank record.  My answer is, I do not know.  I need | 10:56 |
| 23 | to check. | 10:56 |
| 24 | Q.   Okay.  The first three pages -- | 10:56 |
| 25 | A.   Were you asking me about the address of the | 10:56 |

Page 66

| | | |
|---|---|---|
| 1 | bank earlier? | 10:56 |
| 2 | Q. No. | 10:56 |
| 3 | A. Then what were you asking? | 10:56 |
| 4 | Q. The city location. | 10:56 |
| 5 | A. So I need to check and verify. | 10:56 |
| 6 | Q. The first three pages of Exhibit 14 shows a | 10:56 |
| 7 | total payment of $███, correct? | 10:56 |
| 8 | A. Yes. | 10:57 |
| 9 | Q. The loan to Rex Liu, though, was for $███, | 10:57 |
| 10 | correct? | 10:57 |
| 11 | A. Yes. | 10:57 |
| 12 | Q. Has Rex Liu paid off the remaining $███? | 10:57 |
| 13 | A. Based on what is shown in the document or | 10:57 |
| 14 | documents, I do not think so, but I am not sure if the | 10:58 |
| 15 | CEO of OnlineNIC has decided to keep the remaining | 10:58 |
| 16 | $███. I'm not sure about that because that was the | 10:58 |
| 17 | agreement between them. | 10:58 |
| 18 | According to the Chinese representation, Rex | 10:58 |
| 19 | and Zhipo Chen told me -- they made the representation | 10:58 |
| 20 | to me in Chinese. Rex had already repaid all of the | 10:58 |
| 21 | loan, which means he did not need to repay the $███. | 10:58 |
| 22 | Q. If I understand you correctly, Rex Liu was | 10:59 |
| 23 | loaned $310,000 by OnlineNIC and paid OnlineNIC | 10:59 |
| 24 | $300,000, and no more money is owed by Rex Liu to | 10:59 |
| 25 | OnlineNIC, is that correct? | 10:59 |

Page 67

REDACTED

REDACTED

REDACTED

REDACTED