# Exhibit 11

 **The Internet Corporation for Assigned Names and Numbers**

**ICANN**

22 August 2014

TRANSMITTED VIA ELECTRONIC MAIL, FACSIMILE, AND COURIER

Hongxia Yu
35 Technology Co., Ltd. (IANA #1316)
8th Guanri Road Software Park
Xiamen Fujian 361008
China

Email: icann@35.cn
Fax: +86 592 539 1808

**RE: NOTICE OF BREACH OF REGISTRAR ACCREDITATION AGREEMENT**

Dear Ms. Yu,

Please be advised that as of 22 August 2014, 35 Technology Co., Ltd. ("35 Technology") is in breach of its Registrar Accreditation Agreement ("RAA") with the Internet Corporation for Assigned Names and Numbers ("ICANN") dated 19 March 2014 ("RAA"). These breaches result from:

1. Failure to take reasonable steps to investigate and correct claimed Whois inaccuracies pertaining to the domain name <baiqiuyi.com>, as required by Section 3.7.8 of the RAA;

2. Failure to validate and verify the Whois information pertaining to the domain name <baiqiuyi.com>, as required by Sections 2 and 4 of the Whois Accuracy Program Specification;

3. Failure to allow the Registered Name Holder ("RNH") of the domain name <tyfm.net> to transfer the domain name registration to another registrar, pursuant to Section 1 of the Inter-Registrar Transfer Policy ("IRTP");

4. Failure to provide the AuthInfo code within five calendar days to the RNH of the domain name <tyfm.net>, pursuant to Section 5 of the IRTP; and

5. Failure to maintain and make available to ICANN registration records related to dealings with the RNH of the domain name <tyfm.net>, pursuant to Sections 3.4.2 and 3.4.3 of the RAA.

Los Angeles          12025 Waterfront Drive, Suite 300          Los Angeles, CA 90094          USA          T +1 310 301 5800          F +1 310 823-8649
Offices:          Beijing          •          Brussels          •          Istanbul          •          Montevideo          •          Singapore          •          Washington

http://icann.org

FB0028984



Please refer to the attachment for details regarding these breaches.

In addition, 35 Technology has been deemed noncompliant in the following areas:

1. Failure to provide a link to ICANN's Registrant Educational Information webpage, as required by Section 3.16 of the RAA; and

2. Failure to publish the full names and positions of all officers on 35's website, as required by Section 3.17 of the RAA and the Registrar Information Specification.

ICANN requests that 35 Technology cure the breaches by 12 September 2014, 21 calendar days from the date of this letter, by taking the following actions:

1. Provide records demonstrating that 35 Technology took reasonable steps to investigate and correct the Whois inaccuracy claims concerning the domain name <baiqiuyi.com>. This includes copies of 35 Technology's correspondence with the registrant while investigating the Whois inaccuracy claims (including dates and times and means of inquiries, telephone numbers, e-mail addresses and postal addresses used) in accordance with Section 3.4 of the RAA;

2. Provide records demonstrating that 35 Technology verified and validated the updated Whois information for the domain name <baiqiuyi.com>. This includes the dates, times and means used to verify the Whois information and the formatting templates which were used to ensure the validity of format of the updated Whois information;

3. Provide copies of all written communications, registration records and data, including time-stamped communications, between 35 Technology and the RNH of the domain name <tyfm.net>, including a copy of the registration agreement entered into between 35 Technology and the RNH;

4. Provide the AuthInfo code to the RNH of the domain name <tyfm.net> and unlock the domain name for transfer;

5. Allow the transfer of the domain name <tyfm.net> to another registrar, or provide a valid reason for denial;

6. Clearly display a link to ICANN's Registrant Educational Information webpage on 35 Technology's website; and

FB0028985



Hongxia Yu
35 Technology Co., Ltd.

Page **3** of **7**

7.   Publish the full name and positions of all officers on 35 Technology's website.

If 35 Technology fails to timely cure the breaches and provide the information requested by 12 September 2014, ICANN may commence the RAA termination process.

If you have questions or require assistance, please contact Owen Smigelski at owen.smigelski@icann.org.

Sincerely,

Maguy Serad
Vice President
Contractual Compliance

Cc:    John O. Jeffrey, General Counsel and Secretary



**ATTACHMENT**

<u>Failure to take reasonable steps to investigate and correct Whois inaccuracies</u>

Section 3.7.8 of the RAA requires registrars, upon notification of a claimed inaccuracy in the contact information associated with a registered name sponsored by registrar, to take reasonable steps to investigate the claimed inaccuracy. In the event the registrar learns of inaccurate contact information associated with a registered name it sponsors, the registrar shall take reasonable steps to correct that inaccuracy.

ICANN sent 35 Technology three compliance notices concerning the Whois information of the domain name <baiqiuyi.com> and requested that 35 Technology demonstrate that it took reasonable steps to investigate the Whois inaccuracy claims. 35 Technology's failure to provide documentation demonstrating it took reasonable steps to investigate and correct the alleged Whois inaccuracies is a breach of Section 3.7.8 of the RAA.

<u>Failure to verify and validate Whois information</u>

Section 1 of the Whois Accuracy Specification of the 2013 RAA requires registrars to validate that required fields, including telephone numbers, postal addresses and email addresses, are in a standard format or template, as well as verify the email address of the registrant by receiving an affirmative response to an email sent to the registrant's email address.

Section 2 of the Whois Accuracy Program Specification requires registrars to perform verification and validation, as set forth in Section 1 of that specification, if a registrar receives changes to any Whois information.

Section 4 of the Whois Accuracy Program Specification requires registrars to perform email verification, as set forth in Section 1 of that specification, if a registrar has any information suggesting that the contact information specified in the Whois information is incorrect.

35 Technology's failure to provide documentation demonstrating the required verification and validation of the updated Whois information is a breach of the Whois Accuracy Program Specification.



Hongxia Yu
35 Technology Co., Ltd.

Page **5** of **7**

<u>Failure to retain registered name holder and registration data and failure to make such data available for inspection and copying</u>

Sections 3.4.2 and 3.4.3 of the RAA requires registrars to maintain registered name holder and registration data, and to make those records available to ICANN upon reasonable notice.  35 Technology's failure to provide the requested registration records is a breach of Sections 3.4.2 and 3.4.3 of the RAA.

<u>Failure to provide AuthInfo code within five calendar days</u>

Paragraph 5 of the IRTP requires registrars to provide the RNH with the unique AuthInfo code within five (5) calendar days of the RNH's initial request. 35 Technology's failure to provide the AuthInfo code for the domain name <tyfm.net> within five (5) days of the RNH's initial request constitutes a breach of Section 5 of the IRTP.

<u>Failure to display a link to ICANN's Registrant Education Information webpage</u>

Section 3.16 of the RAA requires registrars to clearly display a link to ICANN's Registrant Educational Information webpage. 35 Technology's failure to provide a link to ICANN's Registrant Educational Information webpage on its website is a breach of Section 3.16 of the RAA.

<u>Failure to publish the full name, contact information and positions of all officers on website</u>

Section 3.17 of the RAA requires registrars to publish on each website through which it provides or offers registrar services, the information required in the Registrar Information Specification, including the full names, contact information and positions of all officers. 35 Technology's failure to publish the full names, contact information and positions of all of its officers is a breach of Section 3.17 of the RAA.

**Chronology: Ticket TLH-704-47801 (Whois Inaccuracy)**

| Date of Notice | Deadline for Response | Details |
|---|---|---|
| 23-Jun-2014 | 15-Jul-2014 | ICANN sent 1st compliance notice via email to icann@35.cn. No response received from Registrar. |
| 21-Jul-2014 | 28-Jul-2014 | ICANN sent 2nd compliance notice via email to icann@35.cn. No response received from Registrar. |



Hongxia Yu
35 Technology Co., Ltd.

Page **6** of 7

| Date of Notice | Deadline for Response | Details |
|---|---|---|
| 30-Jul-2014 | N/A | ICANN called Primary Contact at +86 5925 29 1694. No answer. No ability to leave voice message. ICANN called Primary Contact's mobile number at [MOBILE REDACTED]. Telephone was turned off. No ability to leave voice message. |
| 30-Jul-2014 | 6-Aug-2014 | ICANN sent 3rd compliance notice via email to icann@35.cn. |
| 31-Jul-2014 | N/A | ICANN faxed 3rd compliance notice to +86 5925 39 1808. Fax successful. |
| 4-Aug-2014 | N/A | Email from Registrar (yuhx@35.cn) with documentation insufficient to demonstrate compliance. |
| 5-Aug-2014 | N/A | ICANN called Primary Contact at +86 5925 29 1694. No answer. No ability to leave voice message. ICANN called Primary Contact's mobile number at [MOBILE REDACTED]. Telephone was turned off. No ability to leave voice message. |
| 5-Aug-2014 | 6-Aug-2014 | ICANN sent a follow-up notice via email to icann@35.cn advising Registrar that its prior response to ICANN was incomplete and specifying the missing documentation and information required (in English and Chinese). |
| 12-Aug-2014 | N/A | ICANN called Primary Contact at +86 5925 29 1694. No answer. No ability to leave voice message. ICANN called Primary Contact's mobile number at [MOBILE REDACTED]. Telephone was turned off. No ability to leave voice message. |
| 15-Aug-2014 | N/A | ICANN conducted compliance check to determine other areas of noncompliance. |
| 22-Aug-2014 | N/A | To date, the Registrar has not responded to ICANN with the requested information and documentation. |



Hongxia Yu
35 Technology Co., Ltd.

Page **7** of 7

## Chronology: Ticket FXN-033-05843 (Transfer)

| Date of Notice | Deadline for Response | Details |
|---|---|---|
| 22-Jul-14 | 29-Jul-14 | ICANN sent 1st compliance notice via email to icann@35.cn. No response received from Registrar. |
| 30-Jul-14 | 6-Aug-14 | ICANN sent 2nd compliance notice via email to icann@35.cn. No response received from Registrar. |
| 5-Aug-14 | N/A | ICANN called Primary Contact at +86 5925 29 1694. No answer.  No ability to leave voice message. ICANN called Primary Contact's mobile number at [MOBILE REDACTED]. Telephone was turned off. No ability to leave voice message. |
| 7-Aug-14 | 14-Aug-14 | ICANN sent 3rd compliance notice via email to icann@35.cn. |
| 7-Aug-14 | N/A | ICANN faxed 3rd compliance notice to +86 5925 39 1808. Fax unsuccessful (no answer). |
| 12-Aug-14 | N/A | ICANN called Primary Contact at +86 5925 29 1694. No answer.  No ability to leave voice message. ICANN called Primary Contact's mobile number at [MOBILE REDACTED]. Telephone was turned off. No ability to leave voice message. |
| 15-Aug-14 | N/A | ICANN conducted compliance check to determine other areas of noncompliance. |
| 20-Aug-14 | N/A | Email from Registrar (yuhx@35.cn) informing that the AuthInfo code was sent to the RNH. However, Registrar's reply was insufficient to demonstrate compliance with IRTP. |
| 22-Aug-14 | N/A | To date, the Registrar has not responded to ICANN with the requested information and documentation. Transfer has not been completed. |

FB0028990



**The Internet Corporation for Assigned Names and Numbers**

9 November 2015

TRANSMITTED VIA ELECTRONIC MAIL, FACSIMILE, AND COURIER

Hongxia Yu
35 Technology Co., Ltd. (IANA #1316)
8th Guanri Road Software Park
Xiamen Fujian 361008
China

Email: icann@35.cn
Fax: +86 592 539 1808

**RE: NOTICE OF BREACH OF REGISTRAR ACCREDITATION AGREEMENT**

Dear Ms. Yu,

Please be advised that as of 9 November 2015, 35 Technology Co., Ltd. ("35 Technology") is in breach of its Registrar Accreditation Agreement ("RAA") with the Internet Corporation for Assigned Names and Numbers ("ICANN") dated 19 March 2014 ("RAA"). These breaches result from:

1.  35 Technology's failure to maintain and make available to ICANN registration data and records relating to dealings with the Registered Name Holder ("RNH") of the domain name <shoesbbalweb.com>, as required by Sections 3.4.2 and 3.4.3 of the RAA; and

2.  35 Technology's failure to validate and verify Whois contact information, as required by Sections 1, 2 and 4 of the Whois Accuracy Program Specification ("WAPS") of the RAA.

Please refer to the attachment for details regarding these breaches.

In addition, 35 Technology has been deemed noncompliant in the following areas:

1.  35 Technology's failure to publish the full names and positions of all officers of the registrar on 35 Technology's website, as required by Section 3.17 of the RAA and Section 17 of the Registrar Information Specification ("RIS") of the RAA;

Los Angeles
Offices:

12025 Waterfront Drive, Suite 300    Los Angeles, CA 90094    USA    T +1 310 301 5800    F +1 310 823-8649
Beijing    •    Brussels    •    Istanbul    •    Montevideo    •    Singapore    •    Washington

http://icann.org



2.  35 Technology's failure to clearly display on 35 Technology's website its renewal fees, post-expiration renewal fees (if different) and redemption/restore fees, as required by Section 4.1 of the Expired Registration Recovery Policy ("ERRP");

3.  35 Technology's failure to display the correct ICANN logo on 35 Technology's website, as required by the Logo License Specification of the RAA; and

4.  35 Technology's failure to timely pay past due accreditation fees as required by Section 3.9 of the RAA.

Additional concerns

ICANN notes that 35 Technology has a 3rd Compliance notice with a response deadline of 12 November 2015 (see ticket DCX-410-71711). Failure to provide the information requested by ICANN by 12 November 2015 will result in a notice of breach for 35 Technology.

ICANN requests that 35 Technology cure these breaches by 30 November 2015, 21 days from the date of this letter, by taking the following actions:

1.  Provide records and information demonstrating that 35 Technology took steps to verify and validate the Whois information of the domain name <shoesbbalweb.com> since 23 March 2015, or provide ICANN with an explanation why the domain name suspension was removed without verifying and validation Whois information;

2.  Provide ICANN with corrective and preventative action(s), including implementation dates and milestones, to demonstrate that 35 Technology's systems and processes comply with the requirements of the RAA and WAPS;

3.  Publish on 35 Technology's website the full names and positions of all officers of 35 Technology;

4.  Clearly display 35 Technology's renewal fees, post-expiration renewal fees (if different) and redemption/restore fees on 35 Technology's website;

5.  Display the correct ICANN logo on 35 Technology's website in accordance with the Logo License Specification of the RAA, or remove the ICANN logo from 35 Technology's website; and



Hongxia Yu
35 Technology Co., Ltd.

Page **3** of **6**

6.   Pay all past and currently due accreditation fees.

If 35 Technology fails to timely cure the breaches and provide the information requested by 30 November 2015, ICANN may commence the RAA termination process.

If you have questions or require assistance, please contact Owen Smigelski at owen.smigelski@icann.org.

Sincerely,

Maguy Serad
Vice President
Contractual Compliance

Cc:    John O. Jeffrey, General Counsel and Secretary



**ATTACHMENT**

<u>Failure to validate and verify Whois data or maintain domain name suspension</u>

Section 1 of the WAPS of the RAA requires registrars to validate that required fields, including telephone numbers, postal addresses and email addresses, are in a standard format or template, as well as verify the email address or telephone number of the registrant by receiving an affirmative response from the registrant.

Section 2 of the WAPS of the RAA requires registrars to perform validation and verification, as set forth in Section 1 of the WAPS, if a registrar receives changes to any Whois contact information, whether the contact information was previously verified or validated. The registrar is required to (1) receive an affirmative response from the registrant, (2) manually verify the information or (3) suspend the domain name.

Section 4 of the WAPS of the RAA requires registrars to perform validation and verification, as set forth in Section 1 of the WAPS, if a registrar has any information suggesting that the contact information specified in the Whois is incorrect. The registrar must also (1) verify (or re-verify) the registrant's email address by receiving an affirmative response, (2) manually verify the information or (3) suspend the domain name.

On 13 April 2015, in response to a Whois inaccuracy complaint for <shoesbbalweb.com>, 35 Technology notified ICANN that the domain name was suspended. Through ICANN monitoring, it was determined that the suspension was lifted and the Whois data unchanged. Although 35 Technology re-suspended the domain name, 35 Technology's failure to provide documents and information demonstrating validation and verification of the Whois data for the domain name <shoesbbalweb.com> or an explanation why the suspension was lifted is a breach of the WAPS of the RAA.

<u>Failure to retain registered name holder and registration data and failure to make such data available for inspection and copying</u>

Sections 3.4.2 and 3.4.3 of the RAA requires registrars to maintain RNH and registration data, and to make those records available to ICANN upon reasonable notice. 35 Technology's failure to provide the requested registration records and data related to <shoesbbalweb.com> is a breach of Sections 3.4.2 and 3.4.3 of the RAA.



Hongxia Yu
35 Technology Co., Ltd.

Page **5** of **6**

Failure to clearly display a link to renewal fees, post-expiration renewal fees (if different) and redemption/restore fees on registrar's website

Section 4.1 of the ERRP requires registrars to make their renewal fees, post-expiration renewal fees (if different) and redemption/restore fees reasonably available to RNHs and prospective RNHs at the time of registration of a gTLD name. At a minimum, these fees must be clearly displayed on the registrar's website and a link to these fees must be included in the registrar's registration agreement. 35 Technology's failure to clearly display these fees on its website is a breach of Section 4.1 of the ERRP.

Failure to display correct ICANN-Accredited Registrar logo

The Logo License Specification of the RAA requires registrars, if displaying the ICANN-Accredited Registrar logo, to use the logo displayed in the specification. 35 Technology's use of a modified version of the ICANN-Accredited Registrar logo is a breach of the Logo License Specification of the RAA.

Failure to pay accreditation fees

Section 3.9 of the RAA requires registrars to timely pay accreditation fees to ICANN, consisting of yearly and variable fees. 35 Technology owes ICANN in past due accreditation fees, in breach of Section 3.9 of the RAA.

**Chronology:**

| Date of Notice | Deadline for Response | Details |
|---|---|---|
| 9-Sep-2015 | 16-Sep-2015 | ICANN sent compliance inquiry via email to icann@35.cn. |
| 17-Sep-2015 | N/A | Email from Registrar (yuhx@35.cn) insufficient to demonstrate compliance. |
| 18-Sep-2015 | 25-Sept-2015 | ICANN sent 1st compliance notice via email to icann@35.cn. |
| 21-Sep-2015 | N/A | Email from Registrar (yuhx@35.cn) insufficient to demonstrate compliance. |
| 21-Sep-2015 | 25-Sep-2015 | ICANN sent a follow-up compliance notice via email to icann@35.cn. |
| 23-Sep-2015 | N/A | Email from Registrar (yuhx@35.cn) insufficient to demonstrate compliance. |



Hongxia Yu
35 Technology Co., Ltd.

Page **6** of **6**

| Date of Notice | Deadline for Response | Details |
|---|---|---|
| 29-Sep-2015 | 1-Oct-2015 | ICANN sent follow-up compliance notice via email to icann@35.cn. |
| 30-Sep-2015 | N/A | Email from Registrar (yuhx@35.cn) insufficient to demonstrate compliance. |
| 1-Oct-2015 | 8-Oct-2015 | ICANN sent a follow-up compliance notice via email to icann@35.cn, No response received from Registrar. |
| 9-Oct-2015 | 16-Oct-2015 | ICANN sent 2nd compliance notice via email to icann@35.cn. |
| 13-Oct-2015 | N/A | ICANN called Primary Contact at +86 592 529 1694. No answer, no ability to leave message. |
| 19-Oct-2015 | N/A | Email from Registrar (yuhx@35.cn) insufficient to demonstrate compliance. |
| 20-Oct-2015 | 23-Oct-2015 | ICANN sent a follow-up compliance notice via email to icann@35.cn. No response received from Registrar. |
| 26-Oct-2015 | 2-Nov-2015 | ICANN sent 3rd compliance notice via email to icann@35.cn. |
| 27-Oct-2015 | N/A | ICANN sent 3rd compliance notice via fax to +865925391808. Fax successfull. |
| 28-Oct-2015 | N/A | ICANN called Primary Contact at +86 592 529 1694. No answer, no ability to leave message. |
| 2-Nov-2015 | N/A | ICANN called Primary Contact at +86 592 529 1694. Spoke to Primary Contact and provided complaint details. |
| 2-Nov-2015 | N/A | Email from Registrar (yuhx@35.cn) insufficient to demonstrate compliance. |
| 3-Nov-2015 | N/A | ICANN conducted compliance check to determine other areas of noncompliance. |
| 9-Nov-2015 | N/A | To date, the Registrar has not responded to ICANN with the requested information and issues remain unresolved. |