# Exhibit 17

# State of California
## Secretary of State

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.

**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

S

**FN97826**

**FILED**

In the office of the Secretary of State
of the State of California

**JUL-24 2017**

This Space for Filing Use Only

1. **CORPORATE NAME**
ONLINENIC INC.

2. **CALIFORNIA CORPORATE NUMBER**  C1939078

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| # | Description | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 3027 TEAGARDEN ST., SAN LEANDRO, CA 94577 | | | |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | 3027 TEAGARDEN ST., SAN LEANDRO, CA 94577 | | | |
| 6. | MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| # | Title | Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|---|
| 7. | CHIEF EXECUTIVE OFFICER/ | ZHIPO CHEN | 3027 TEAGARDEN ST., SAN LEANDRO, CA 94577 | | | |
| 8. | SECRETARY | REX W LIU | 3027 TEAGARDEN ST, SAN LEANDRO, CA 94577 | | | |
| 9. | CHIEF FINANCIAL OFFICER/ | SILY CHEN | 3027 TEAGARDEN ST., SAN LEANDRO, CA 94577 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| # | Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 10. | CARRIE YU | 3027 TEAGARDEN ST, SAN LEANDRO, CA 94577 | | | |
| 11. | | | | | |
| 12. | | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS
REX WEIXUN LIU

15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**    CITY    STATE    ZIP CODE
3027 TEAGARDEN ST, SAN LEANDRO, CA 94577

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
DOMAIN REGISTRATIONS

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 07/24/2017 | REX W. LIU | SECRETARY | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2013)    Page 1 of 1    APPROVED BY SECRETARY OF STATE