# Exhibit 19

# SECURITIES PURCHASE AGREEMENT

## 股票购买协议

This Securities Purchase Agreement (the "Agreement") is entered into as of November 28, 2007, by and among Rex W. Liu (the "Buyer") and **OnlineNic, Inc.**, a corporation organized and existing under the laws of California (the "Company") and **Gong Shaohui**, the sole shareholder of the Company (the "Seller"). The Buyer, the Company and the Seller are referred to collectively herein as the "**Parties**."

本《股票购买协议》（即"本协议"）由 Rex W. Liu（即"买方"）、OnlineNIC, Inc.（一家依据加利福尼亚州法律设立的公司，即"公司"）及龚少晖（公司的唯一股东，即"卖方"）于 2007 年 11 月 28 日签订。买方、公司及卖方在本协议中合称为"各方"。

### Recitals

### 陈述

A. The Seller owns all of the outstanding shares of capital stock of the Company.

A. 卖方拥有公司全部已发行股票。

B. This Agreement contemplates a transaction in which Buyer will purchase from the Seller, and the Seller will sell to Buyer, all of the outstanding shares of capital stock of the Company on a fully diluted basis in return for consideration rendered by Buyer in sum of $[▓].

B. 本协议约定，买方拟从卖方收购，卖方拟从买方收购公司全部已发行股份，收购价款为[壹]万美元。

### Agreement

### 协议

Now, therefore, in consideration of the premises and the mutual promises herein made, and in consideration of the representations, warranties and covenants herein contained, the Parties agree as follows.

考虑到本协议订立的前提和各方所作的承诺，并考虑到本协议中的各项声明、保证及合意，各方达成如下协议：

1. **Purchase and Sale of Capital Stock of the Company.**

1、公司股份的买卖

   (a) <u>Sale and Consideration</u>. Subject to the terms and conditions of this Agreement, the Buyer agrees to purchase from Seller, and Seller agrees to sell to the Buyer, all of his or her



1

shares of capital stock of the Company which consists of all issued and outstanding shares of capital stock of the Company (the "**Company Shares**") for the sum of US$[10,000] (the "**Consideration**").

(a)购买及对价 根据本协议的规定和条件，买方同意从卖方处购买，卖方同意出售给买方其所有的公司全部股份（即"公司股份"），价格为[壹]万美元（即"对价"）。

(b) The Closing. The closing of the transactions contemplated by this Agreement (the "Closing") will take place simultaneously with the execution and delivery of this Agreement at the offices of the Company at 2315 26th Ave. San Francisco, in California, USA commencing at 9:00 a.m. local time or at such other time and place as the Parties mutually agree upon, or by the exchange of documents and instruments by mail, courier, telecopy and wire transfer to the extent mutually acceptable to the parties hereto (such date is herein referred to as the "Closing Date").

(b)交割 本协议约定的交易应在协议签订及交付的同时交割（即"交割"），交割地为公司的营业地：美利坚合众国加利福尼亚州圣弗朗西斯科市第26大街第2315号，时间为当地时间上午 9：00。也可以在各方一致同意的其他时间、地点交割，或各方所共同接受时，通过电子邮件、快递、传真或电传等方式交换交易文件、凭据的方式进行交割（该条所约定的时间称为"交割时间"）。

(c) Deliveries. At the Closing, (i) the Seller will deliver to the Buyer share certificates, and (ii) the Buyer will deliver to the Seller Consideration in the sum of U.S.$[10,000] in immediately available funds, payable by check or wire transfer as directed by the Seller. In case at any time after the Closing any further action is necessary to carry out the purposes of this Agreement, each of the Parties will take such further action (including the execution and delivery of such further instruments and documents) as the other Party reasonably may request, all at the sole cost and expense of the requesting Party.

(c)交付 在交割协议时（1）卖方应向买方交付股份凭证，（2）买方应向卖方支付总金额为壹万美元的价款，以支票或电子转账的方式直接支付给卖方。本协议交割完毕后的任何时候，为实现协议目的而需要进行后续行为（包括后续文件的签署、交付），协议任何一方都应该应他方的合理要求而进行该后续行为，由此产生的费用由请求行为的一方支付。

2. **Representations and Warranties of the Buyer.** The Buyer represents and warrants to the Seller that, as of the Closing Date, (i) the Buyer has full power and authority (including full corporate power and authority) to execute and deliver this Agreement and to perform its obligations hereunder and (ii) this Agreement constitutes the valid and legally binding obligation of the Buyer, enforceable in accordance with its terms and conditions

2、买方的声明与保证 买方谨此向卖方作如下的声明和保证，于交割之时：（1）买方具有充分的权力和授权（包括公司权力和授权）以签订本协议，交割其在本协议项下的合同义务，（2）本协议对买方形成了合法有效的拘束力，其规定和条件都可强制执行。

3. **Representations and Warranties of the Seller.** The Seller and the Company represent and warrant to the Buyer that, as of the Closing Date,

2

3、卖方的声明与保证。卖方和公司谨此向买方作如下的声明与保证，于交割之时：

(a) the Company is a corporation duly organized and validly existing under the laws of California, U.S.A.,

（a）公司是一家依据美利坚合众国加利福尼亚州法律合法正当地设立并存续的公司，

(b) the Company has full power and authority to execute and deliver this Agreement and to perform its obligations hereunder,

（b）公司具有充分的权力和授权以签订本协议，履行其在本协议项下的义务，

(c) this Agreement constitutes the valid and legally binding obligation of the Company, enforceable in accordance with its terms and conditions,

（c）本协议对公司构成了合法有效的拘束力，其规定和条件都可强制履行，

(d) The Seller has good title to the Company Shares, free and clear of all mortgage, pledge, lien, encumbrance, charge, or other security interest,

（d）卖方对公司股票享有完整的所有权，股票上不存在任何抵押、担保、留置、妨碍、负担或其它担保物权（统称为"留置权"），

(e) no Company Shares have been issued in violation of any federal, state or other law or regulation pertaining to the issuance of securities, or in violation of any preemptive or similar rights granted pursuant to the Company's articles of incorporation or bylaws or otherwise, and

（e）公司股票的发行没有违反任何关于股票发行的联邦、州、或其它的法律法规，也没有违反公司章程关于优先权或其它类似权益的规定，

(f) other than this Agreement, there is no subscription, option, warrant, call, right, agreement or commitment relating to the issuance, sale, delivery or transfer by the Company or the Seller (including any right of conversion or exchange under any outstanding security or other instrument) of any Company Shares and there are no outstanding obligations of the Company to repurchase, redeem or otherwise acquire any of its outstanding equity interests.

（f）除了本协议，不存在涉及卖方或公司发行、销售、交付或转让公司股份的订金、买卖特权、保证、命令、权利、协议或承诺，不存在由公司回购、赎回或其它取得公司资本权益的义务。

4. Miscellaneous.

4. 其它

CONFIDENTIAL     6-10-1-3     35CN017285

(a) <u>No Third-Party Beneficiaries</u>. This Agreement shall not confer any rights or remedies upon any person or entity other than the Parties and their respective successors and permitted assigns.

(a) 无第三方受益人  除了协议各方及他们的继任者、经同意的受让人，本协议没有赋予任何个人或实体以任何权利或救济。

(b) <u>Entire Agreement</u>. This Agreement (including the documents referred to herein) constitutes the entire agreement between the Parties and supersedes any prior understandings, agreements, or representations by or among the Parties, written or oral, to the extent they related in any way to the subject matter hereof. No amendment of any provision of this Agreement shall be valid unless the same shall be in writing and signed by the Parties hereto.

(b) 协议的所有内容  本协议（包括本协议所指的文件）构成了各方对于合同主题的全部合意，取代了各方之前有关合同主题的所有书面的或口头的约定、协议或声明。非经各方书面签字，对本协议任何条款的修改都不发生效力 。

(c) <u>Succession and Assignment</u>. This Agreement shall be binding upon and inure to the benefit of the Parties named herein and their respective successors and permitted assigns. No Party may assign either this Agreement or any of his, her or its rights, interests, or obligations hereunder without the prior written approval of the Buyer and the Requisite Seller.

(c) 继受与转让  本协议对各方及其各自的继任者、经同意的受让人均有拘束力，并为他们的利益而订立。非经买方及卖方事先的书面同意，任何一方均不得将本协议、或其在本协议项下的权利、利益或义务转让给他人。

(d) <u>Counterparts</u>. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original but all of which together will constitute one and the same instrument.

(d) 文本  本协议原件可以一式一份或多份，每一份都为协议正本但所有文本构成协议的同一文据。

(e) <u>Law</u>. This Agreement shall be governed by and construed in accordance with the domestic laws of the State of California without giving effect to any choice or conflict of law provision or rule (whether of the State of California or any other jurisdiction) that would cause the application of the laws of any jurisdiction other than the State of California. In the event of any litigation between the Parties concerning this Agreement, the prevailing Party as determined by the Court shall be entitled to recover its costs and expenses, including its reasonable attorneys' fees, and on any appeal or in bankruptcy.

(e) 法律  本协议及对本协议的解释均适用加利福尼亚州法，并排除任何选择法或冲突法的适用，该冲突法不论是加利福尼亚州还是其它的法域的，只要其可能导致适用加利福尼亚州以外的法律，本协议都排除其适用。若协议各方因本协议发生诉讼，则法院裁判的胜诉方有权要求赔偿其因此而支出的成本和费用，包括合理的律师费，上诉或破产费用。

CONFIDENTIAL    6-10-1-4    35CN017286

(f) Expenses. Each of the Parties will bear his, her or its own costs and expenses (including legal fees and expenses) incurred in connection with this Agreement and the transactions contemplated hereby.

(f) 费用开支  协议各方各自承担其为本协议及本协议所指交易而支出的成本及费用。

IN WITNESS WHEREOF, the Parties hereto have executed this Agreement as the date first written above.

此证,协议各方谨此于协议开头所述日期签订本协议。

CONFIDENTIAL        6-10-1-5        35CN017287

- SIGNATURE PAGE（签名页） -

Buyer（买方）:
　　Rex W. Liu
　　Signature（签署）: _____

Seller（卖方）:
　　Gong Shaohui
　　Signature（签署）: _____

Company（公司）: OnlineNic, Inc.
　　By（签字人）: _____
　　Signature（签署）: _____
　　Title（职务）: COO

6

## SPOUSAL CONSENT
## 配偶同意

The undersigned has reviewed the foregoing Securities Purchase Agreement ("Agreement") by and among Rex W. Liu (the "**Buyer**"), OnlineNic, Inc., a corporation under the laws of California (the "**Company**"), and the shareholder of the Company listed on the signature page thereto ("**Seller**"), dated as of November ___, 2007. The undersigned is the spouse of Gong Shaohui and confirms that all Company Shares (as defined in the Agreement) owned by his/her spouse is her/his sole and separate property, and hereby consents to and agrees to be bound by all the terms of the Agreement as if he/she had executed the same. Without limitation of the foregoing, he/she specifically agrees that all of his/her right, title or interest, if any, in the Company Shares owned by his/her spouse whether arising by operation of community property law, by property settlement or otherwise, shall be subject to all of such terms.

下面的签名人在签名前已阅读前述 Rex W. Liu（即"买方"）、OnlineNIC, Inc.,（一家加利福尼亚州公司，即"公司"）及龚少晖（即"卖方"）之间于 2007 年 11 月 28 日签订的《股票购买协议》（即"协议"）。下面的签名人为龚少晖的配偶，其确认其配偶所有的全部公司股份（见协议）为其配偶个人独立的财产，并谨此同意受《股票购买协议》全部条款的约束，就如协议为其本人所签订一样。不受前述的限制，其特别同意如果其在其配偶所有的公司里享有任何的权利、所有权或利益，不论是基于夫妻共有财产法或财产处置、还是基于其它的原因，都受该协议全部条款的约束。

Name（姓名）: 关瑞云

Signature（签名）: 关瑞云 guanruiyun

Date（日期）: 2007. 11. 28

CONFIDENTIAL              6-10-1-7              35CN017289



CRONE ROZYNKO LLP

February 20, 2008

Mr. Shaohui Gong
35.com Technology Co., Ltd.
8 Riguan Road, Software Park 35.com Building
Xiemen, China 361008

Re: Onlinenic Inc.

Dear Mr. Gong:

Pursuant to the Securities Purchase Agreement (the "Agreement") dated November 28, 2007 by and between Shaohui Gong ("Seller") and Rex W. Liu ("Buyer"), Seller sold 43,557 shares of common stock of Onlinenic Inc. which accounts for all of the issued and outstanding shares of common stock of Onlinenic Inc. to Buyer.

As a result of the transaction contemplated by the Agreement, all of the outstanding shares of common stock of Onlinenic Inc., consisting of 43,557 shares of common stock, were transferred from Seller to Buyer on November 28, 2007. Based on the stockholder records of Onlinenic Inc., as of this date, Rex W. Liu owns all of the outstanding shares of common stock of the Onlinenic Inc.

Should you require any additional information regarding this matter, please do not hesitate to contact me.

Sincerely,

Crone Rozynko LLP

Matthew Z. Chang

（律师行的标识）

CRONE ROZYNKO. LLP 律师行
101 Montgomery Street, Suite 1950，加利福尼亚，CA94104，
电话(415) 955-8900，传真: (415) 955-8910，www.cronerozynko.com

龚少晖先生
厦门三五互联科技股份有限公司
软件园，观日路 8 号，三五互联大厦
厦门，中国，361008

有关：OnlineNic 公司

尊敬的龚先生：

根据龚少晖（"卖方"）和 Rex W. Liu（"买方"）于 2007 年 11 月 28 日签署的《股票转让协议》的规定，卖方将 OnlineNic 公司已发行的全部股票 43,557 普通股售予买方。

根据《股票转让协议》的规定，双方完成了股票转让的交易，卖方已将 OnlineNic 公司已发行的全部股票 43,557 普通股于 2007 年 11 月 28 日转让予买方。2007 年 11 月 28 日 OnlineNic 公司的股东记录显示，Rex W. Liu 已拥有 OnlineNic 公司全部已发行的股票。

对题述事宜若有其他疑问，请随时联系本所。

忠诚的，

CRONE ROZYNKO. LLP 律师行

(签字)

Matthew Z. Chang

