# Exhibit 20

Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
2225 E. Bayshore Road, Suite 200
Palo Alto, CA 94303
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>Plaintiffs,<br>v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED.<br><br>Defendants. | Case No. 19-CV-07071-SVK<br><br>**ONLINENIC, INC.'S FIRST AMENDED RESPONSES TO PLAINTIFF FACEBOOK, INC.'S FIRST SET OF INTERROGATORIES.** |

PROPOUNDING PARTY:     Facebook, Inc.

RESPONDING PARTY:      OnlineNIC, Inc.

SET NO.:               One (1)

Defendant OnlineNIC, Inc. ("Defendant") hereby responds to the Request for Production of Documents propounded by Facebook, Inc. ( "Plaintiff") as follows:

PRELIMINARY STATEMENT

A.  The specific responses as set forth below are for the purposes of discovery only and OnlineNIC does not intend to waive, but expressly reserves, any and all objections and may have to the relevance, competence, materiality, admissibility or use at trial of any information,

- 1 -

From Defendants previous responses, in any event, Defendants do not engage in REGISTRATION, TRAFFICKING OR USE. Notwithstanding the foregoing, Defendants have prepared two witnesses to address Plaintffs' allegations concerning these matters. Carrie Yu and Leon Freeman will be designated as 30(b)(6) witnesses for Defendant and she will be familiar with Defendants involvement with the ACCUSED DOMAIN NAMES. Their identifying information, to the extent available, is separately attached and designated as CONFIDENTIAL.

**INTERROGATORY NO. 3:**

Explain in detail all facts supporting YOUR contention that ONLINENIC and DOMAIN ID SHIELD are not *alter egos* of one another.

**RESPONSE TO INTERROGATORY NO. 3**

As discussed above, no Defendant REGISTERED, TRAFFICKED IN, or USED the Accused Domain Names. Accordingly, based on the order in *Facebook, Inc v. Namecheap, Inc.*, 2020 U.S. Dist. LEIS 210068, there are no facts that support the "fraud" prong of establishing an *alter ego*.

**INTERROGATORY NO. 4:**

IDENTIFY all officers of ONLINENIC since 2009, and their business relationship, if any, with 35.CN and DOMAIN ID SHIELD.

**RESPONSE TO INTERROGATORY NO. 4**

Based on records available to Defendant, Carrie Yu, Rex Liu, Zhippo Chen, Shaohui Gong. Their identifying information, to the extent available, is provided separately and is designated as CONFIDENTIAL. Carrie Yu is an officer of OnlineNIC and an employee of 35.CN. Liu is a local representative and employee of OnlineNIC, and has no business relationship with 35. Chen has no business relationship with 35.CN, and is a shareholder of OnlineNIC. Gong is a former officer of 35.CN, and he has no business relationship with OnlineNIC.

**INTERROGATORY NO. 5:**

IDENTIFY all shareholders and owners of ONLINENIC since 2009, and their business relationship, if any, with 35.CN and DOMAIN ID SHIELD.

**RESPONSE TO INTERROGATORY NO. 5**

- 5-

Zhippo Chen and Shaohui Gong. Chen has no business relationship with 35.CN or DOMAIN ID SHIELD. Shaohui Gong is a shareholder in 35 and has no business relationship with DOMAIN ID SHIELD. Their identifying information, to the extent available, is provided separately and is designated as CONFIDENTIAL.

**INTERROGATORY NO. 6:**

IDENTIFY all directors of ONLINENIC since 2009, and their business relationship, if any, with 35.CN and DOMAIN ID SHIELD.

**RESPONSE TO INTERROGATORY NO. 6**

Based on records available to OnlineNIC, Carrie Yu. Defendant will seek to obtain records from the Secretary of State to determine additional information. Her identifying information, to the extent available, is provided separately and is designated as CONFIDENTIAL.

**INTERROGATORY NO. 7:**

IDENTIFY all employees of ONLINENIC since 2009, and their business relationship, if any, with 35.CN and DOMAIN ID SHIELD.

**RESPONSE TO INTERROGATORY NO. 7**

Rex Liu and Minghe Wang. In addition, Carrie Yu acts as VP, Business Development, and Zhippo Chen is the President. Their identifying information, to the extent available, is provided separately and is designated as CONFIDENTIAL.

**INTERROGATORY NO. 8:**

IDENTIFY all independent contractors, including technical support staff, of ONLINENIC since 2009, and their business relationship, if any, with 35.CN and DOMAIN ID SHIELD.

**RESPONSE TO INTERROGATORY NO. 8**

35.CN.

**INTERROGATORY NO. 9:**

Describe the business, corporate, working or other relationship between ONLINENIC and 35.CN, including the services which 35.CN performs for or on behalf of ONLINENIC, and any monetary payment which 35.CN receives for those services.

**RESPONSE TO INTERROGATORY NO. 9**

Facebook, Inc. v. OnlineNIC, Inc.                                                              Case No. 19-cv-7071-SVK
OnlineNIC, Inc.'s First Amended Responses to Facebook, Inc.'s Interrogatories – Set 1

## VERIFICATION

I, YU HONGXIA, am an officer of OnlineNIC, Inc. and am authorized to sign this verification. I believe, based on reasonable inquiry, that the foregoing First Amended Responses of OnlineNIC, Inc. to Plaintiffs' Interrogatories, Set 1 – are true and correct to the best of my knowledge, information and belief.

I verify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: February 1, 2021 at Xiamen, China

By: _____
Yu Hongxia