# Exhibit 23

| Form **1120** | | **U.S. Corporation Income Tax Return** | | | | | OMB No. 1545-0123 |
|---|---|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2009 or tax year beginning _____, 2009, ending _____, _____ ► See separate instructions. | | | | | **2009** |

**A Check if:**
- 1 a Consolidated return (attach Form 851) ☐
- b Life/nonlife consolidated return ☐
- 2 Personal holding co (attach Sch PH) ☐
- 3 Personal service corp (see instr) ☐
- 4 Schedule M-3 attached ☐

Use IRS label. Otherwise, print or type.

Name: **ONLINENIC, INC.**
Number, street, and room or suite number. If a P.O. box, see instructions.
**351 EMBARCADERO**
City or town: **Oakland**  state: **CA**  ZIP code: **94606**

**B** Employer identification number: **95-4780566**
**C** Date incorporated: **10/06/1999**
**D** Total assets (see instructions): $ ▮

**E** Check if: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

### INCOME

| | | |
|---|---|---|
| 1 a Gross receipts or sales ▮   b Less returns & allowances ▮   c Balance ► | 1c | ▮ |
| 2 Cost of goods sold (Schedule A, line 8) | 2 | ▮ |
| 3 Gross profit. Subtract line 2 from line 1c | 3 | ▮ |
| 4 Dividends (Schedule C, line 19) | 4 | |
| 5 Interest | 5 | |
| 6 Gross rents | 6 | |
| 7 Gross royalties | 7 | |
| 8 Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| 10 Other income (see instructions — attach schedule) | 10 | |
| 11 **Total income.** Add lines 3 through 10 ► | 11 | ▮ |

### DEDUCTIONS (SEE INSTRUCTIONS FOR LIMITATIONS ON DEDUCTIONS)

| | | |
|---|---|---|
| 12 Compensation of officers (Schedule E, line 4) | 12 | |
| 13 Salaries and wages (less employment credits) | 13 | |
| 14 Repairs and maintenance | 14 | |
| 15 Bad debts | 15 | |
| 16 Rents | 16 | |
| 17 Taxes and licenses | 17 | |
| 18 Interest | 18 | |
| 19 Charitable contributions | 19 | |
| 20 Depreciation from Form 4562 not claimed on Schedule A or elsewhere on return (attach Form 4562) | 20 | ▮ |
| 21 Depletion | 21 | |
| 22 Advertising | 22 | |
| 23 Pension, profit-sharing, etc, plans | 23 | |
| 24 Employee benefit programs | 24 | |
| 25 Domestic production activities deduction (attach Form 8903) | 25 | |
| 26 Other deductions (attach schedule) See Other Deductions Statement | 26 | ▮ |
| 27 **Total deductions.** Add lines 12 through 26 ► | 27 | |
| 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | ▮ |
| 29 **Less:** a Net operating loss deduction (see instructions) | 29 a | |
|     b Special deductions (Schedule C, line 20) | 29 b | |
|     | 29 c | |

### TAX, REFUNDABLE CREDITS, AND PAYMENTS

| | | |
|---|---|---|
| 30 **Taxable income.** Subtract line 29c from line 28 (see instructions) | 30 | |
| 31 Total tax (Schedule J, line 10) | 31 | |
| 32 a 2008 overpayment credited to 2009 — 32 a | | |
|    b 2009 estimated tax payments — 32 b | | |
|    c 2009 refund applied for on Form 4466 — 32 c ( ) d Bal ► 32 d | | |
|    e Tax deposited with Form 7004 — 32 e ▮ | | |
|    f Credits: (1) Form 2439 _____ (2) Form 4136 _____ — 32 f | | |
|    g Refundable credits from Form 3800, line 19c, and Form 8827, line 8c — 32 g | 32 h | |
| 33 Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | 33 | |
| 34 **Amount owed.** If line 32h is smaller than the total of lines 31 and 33, enter amount owed | 34 | |
| 35 **Overpayment.** If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | 35 | ▮ |
| 36 Enter amount from line 35 you want: Credited to 2010 estimated tax ► _____  Refunded ► | 36 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer ▮   Date ▮   Title: **CEO**

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes  ☐ No

**Paid Preparer's Use Only**
Preparer's signature ► **Tony J. Gu, E.A.**   Date: **08/24/10**   Check if self-employed ☐   Preparer's SSN or PTIN: **P00423260**
Firm's name (or yours if self-employed), address, and ZIP code ► **CLEMENT TAX SERVICE**
**912 CLEMENT STREET**
**SAN FRANCISCO**  CA  **94118-2111**   EIN **94-3296325**   Phone no. **(415) 668-1682**

BAA For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.   CPCA0212  08/25/09   Form **1120** (2009)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ONLINENIC 283389

Form 1120 (2009)   ONLINENIC, INC.                                      95-4780566                Page **5**

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | ▓ | | ▓ |
| 2a | Trade notes and accounts receivable | ▓ | | ▓ | |
| **b** | Less allowance for bad debts | | ▓ | | ▓ |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach schedule) .. Ln .6. Stmt | | ▓ | | ▓ |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach schedule) | | | | |
| 10a | Buildings and other depreciable assets | ▓ | ▓ | ▓ | ▓ |
| **b** | Less accumulated depreciation | | | | |
| 11a | Depletable assets | | | | |
| **b** | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | ▓ | | ▓ |
| **b** | Less accumulated amortization | | | | |
| 14 | Other assets (attach schedule) .... Ln. 14.Stmt | | ▓ | | ▓ |
| 15 | Total assets | | ▓ | | ▓ |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | ▓ |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach sch) .. Ln. 18.Stmt | | ▓ | | ▓ |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach schedule) | | | | |
| 22 | Capital stock:   **a** Preferred stock | | | | |
| | **b** Common stock | ▓ | ▓ | ▓ | ▓ |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings — Approp (att sch) | | | | |
| 25 | Retained earnings — Unappropriated | | ▓ | | ▓ |
| 26 | Adjmnt to shareholders' equity (att sch) . Ln. 26.Stmt | | | | |
| 27 | Less cost of treasury stock | | | | |
| 28 | Total liabilities and shareholders' equity | | ▓ | | ▓ |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return |
|---|---|
| | Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more — see instructions |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | ▓ | 7 | Income recorded on books this year not included on this return (itemize):  Tax-exempt interest $_____ _____ | |
| 2 | Federal income tax per books | | | | |
| 3 | Excess of capital losses over capital gains | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): _____ _____ | | 8 | Deductions on this return not charged against book income this year (itemize):  **a** Depreciation .. $_____  **b** Charitable contribns $_____ _____ _____ | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize):  **a** Depreciation ....... $_____  **b** Charitable contributions . $_____  **c** Travel & entertainment .. $_____ _____ _____ | | | | |
| | | | 9 | Add lines 7 and 8 | |
| 6 | Add lines 1 through 5 | | 10 | Income (page 1, line 28) — line 6 less line 9 | |

| Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L) |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | ▓ | 5 | Distributions .......... **a** Cash | |
| 2 | Net income (loss) per books | | | **b** Stock _____ **c** Property | |
| 3 | Other increases (itemize): _____ _____ | | 6 | Other decreases (itemize): _____ | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | ▓ | 8 | Balance at end of year (line 4 less line 7) | ▓ |

CPCA0234  08/25/09                                                          Form **1120** (2009)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                          ONLINENIC 283393