# Exhibit 26

Form **1120**

Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2012 or tax year beginning _____ , 2012, ending _____ , _____

► Information about Form 1120 and its separate instructions is at *www.irs.gov/form1120.*

OMB No. 1545-0123

**2012**

**A Check if:**
1 a Consolidated return (attach Form 851) . ☐
b Life/nonlife consolidated return . . . ☐
2 Personal holding co (attach Sch PH) . . ☐
3 Personal service corp (see instrs) . . ☐
4 Schedule M-3 attached . . . . . ☐

**TYPE OR PRINT**

Name
ONLINENIC, INC.

Number, street, and room or suite number. If a P.O. box, see instructions.
351 EMBARCADERO

City or town
Oakland

State   ZIP code
CA   94606

**B Employer identification number**
95-4780566

**C** Date incorporated
10/06/1999

**D** Total assets (see instructions)
$ ▮

**E** Check if: **(1)** ☐ Initial return   **(2)** ☐ Final return   **(3)** ☐ Name change   **(4)** ☐ Address change

| | | | | |
|---|---|---|---|---|
| **INCOME** | 1 a Gross receipts or sales . . . . . . . . . . . . . . . . . . . . . . . | 1a | ▮ | |
| | b Returns and allowances . . . . . . . . . . . . . . . . . . . . . . | 1b | | |
| | c Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . | 1c | ▮ |
| | 2 Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . | 2 | ▮ |
| | 3 Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . | 3 | ▮ |
| | 4 Dividends (Schedule C, line 19) . . . . . . . . . . . . . . . . . . | 4 | |
| | 5 Interest. . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| | 6 Gross rents . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| | 7 Gross royalties . . . . . . . . . . . . . . . . . . . . . . . . | 7 | |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) . . . . . . . . | 8 | |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . | 9 | |
| | 10 Other income (see instructions — attach schedule) . . . . . . . . . . . | 10 | |
| | 11 **Total income.** Add lines 3 through 10 . . . . . . . . . . . . . . ► | 11 | ▮ |

| | | | | |
|---|---|---|---|---|
| **DEDUCTIONS (See instructions for limitations on deductions.)** | 12 Compensation of officers (see instructions — attach Form 1125-E) . . . . . . ► | 12 | |
| | 13 Salaries and wages (less employment credits) . . . . . . . . . . . . . | 13 | |
| | 14 Repairs and maintenance . . . . . . . . . . . . . . . . . . . . | 14 | |
| | 15 Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . | 15 | |
| | 16 Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | |
| | 17 Taxes and licenses. . . . . . . . . . . . . . . . . . . . . . . | 17 | ▮ |
| | 18 Interest. . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | |
| | 19 Charitable contributions . . . . . . . . . . . . . . . . . . . . . | 19 | |
| | 20 Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . . . | 20 | |
| | 21 Depletion. . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 | |
| | 22 Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . | 22 | |
| | 23 Pension, profit-sharing, etc, plans . . . . . . . . . . . . . . . . . | 23 | |
| | 24 Employee benefit programs . . . . . . . . . . . . . . . . . . . . | 24 | ▮ |
| | 25 Domestic production activities deduction (attach Form 8903) . . . . . . . . | 25 | |
| | 26 Other deductions (attach statement)  See Other Deductions Statement . . . . | 26 | ▮ |
| | 27 **Total deductions.** Add lines 12 through 26. . . . . . . . . . . . . ► | 27 | ▮ |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 . . . | 28 | ▮ |
| | 29 a Net operating loss deduction (see instructions) . . . . . . . . . | 29a | ▮ | |
| | b Special deductions (Schedule C, line 20) . . . . . . . . . | 29b | | |
| | c Add lines 29a and 29b . . . . . . . . . . . . . . . . . . . . | 29c | |

| | | | | |
|---|---|---|---|---|
| **TAX, REFUNDABLE CREDITS, AND PAYMENTS** | 30 **Taxable income.** Subtract line 29c from line 28 (see instructions) . . . . . . | 30 | |
| | 31 Total tax (Schedule J, Part I, line 11) . . . . . . . . . . . . . . . . | 31 | |
| | 32 Total payments and refundable credits (Schedule J, Part II, line 21) . . . . . . | 32 | ▮ |
| | 33 Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . . . . . . . . . ► ☐ | 33 | |
| | 34 **Amount owed.** If line 32 is smaller than the total of lines 31 and 33, enter amount owed . . . . . . . . . . | 34 | |
| | 35 **Overpayment.** If line 32 is larger than the total of lines 31 and 33, enter amount overpaid . . . . . . . . . . | 35 | ▮ |
| | 36 Enter amount from line 35 you want: **Credited to 2013 estimated tax** . . ► | Refunded ► | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► _____   _____
Signature of officer              Date

► CEO _____
Title

May the IRS discuss this return with the preparer shown below (see instructions)?
☒ Yes  ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Tony J. Gu, E.A. | Tony J. Gu, E.A. | 09/10/13 | | P00423260 |

Firm's name  ► ARTAX CONSULTING CORPORATION       Firm's EIN ►
Firm's address ► 912 CLEMENT ST
SAN FRANCISCO       CA   94118-2111   Phone no.   (415) 668-1682

BAA  **For Paperwork Reduction Act Notice, see separate instructions.**       CPCA0212  11/13/12       Form **1120** (2012)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY       ONLINENIC 283487

Form **1120** (2012)   ONLINENIC, INC.                          95-4780566                    Page **5**

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash . . . . . . . . . . . . . . . . | ▮ | ▮ | ▮ | ▮ |
| 2a | Trade notes and accounts receivable . . . . . . | ▮ | ▮ | ▮ | ▮ |
| b | Less allowance for bad debts . . . . . . . . . . | | ▮ | | ▮ |
| 3 | Inventories . . . . . . . . . . . . . . . . | | | | |
| 4 | U.S. government obligations . . . . . . . . . . | | | | |
| 5 | Tax-exempt securities (see instructions) . . . . | | | | |
| 6 | Other current assets (attach statement) Ln .6. Stmt | | ▮ | | ▮ |
| 7 | Loans to shareholders . . . . . . . . . . . . . | | | | |
| 8 | Mortgage and real estate loans . . . . . . . . | | | | |
| 9 | Other investments (attach statement) . . . . . . . . | | | | |
| 10a | Buildings and other depreciable assets . . . . . | ▮ | ▮ | | ▮ |
| b | Less accumulated depreciation . . . . . . . . . | ▮ | ▮ | | ▮ |
| 11a | Depletable assets . . . . . . . . . . . . . . | | | | |
| b | Less accumulated depletion . . . . . . . . . | | | | |
| 12 | Land (net of any amortization) . . . . . . . . . | | | | |
| 13a | Intangible assets (amortizable only). . . . . . . | | | | |
| b | Less accumulated amortization . . . . . . . . . | | | | |
| 14 | Other assets (attach statement) . . . . . . . . . . | | | | |
| 15 | Total assets . . . . . . . . . . . . . | | ▮ | | ▮ |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable . . . . . . . . . . . . . . | | ▮ | | ▮ |
| 17 | Mortgages, notes, bonds payable in less than 1 year . . . | | | | |
| 18 | Other current liabilities (attach stmt) . . Ln 18 Stmt | | ▮ | | ▮ |
| 19 | Loans from shareholders . . . . . . . . . . . . | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more . . . | | | | |
| 21 | Other liabilities (attach statement). . . . . . . . . . | | | | |
| 22 | Capital stock:    **a** Preferred stock . . . . . . . | | | | |
| | **b** Common stock . . . . . . . . | ▮ | ▮ | ▮ | ▮ |
| 23 | Additional paid-in capital . . . . . . . . . . . | | | | |
| 24 | Retained earnings — Approp (att stmt) . . . . . . . . | | | | |
| 25 | Retained earnings — Unappropriated . . . . . . | | ▮ | | ▮ |
| 26 | Adjmt to shareholders' equity (att stmt) . . . . . . . | | | | |
| 27 | Less cost of treasury stock . . . . . . . . . . | | | | |
| 28 | Total liabilities and shareholders' equity. . . . . | | ▮ | | ▮ |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return |
|---|---|
| | Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more — see instructions |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . . . . . | ▮ | 7 | Income recorded on books this year not included on this return (itemize): | |
| 2 | Federal income tax per books . . . . . . . . | | | Tax-exempt interest $ _ _ _ _ _ _ _ _ _ _ _ | |
| 3 | Excess of capital losses over capital gains . . . | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| 4 | Income subject to tax not recorded on books this year (itemize): | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | **a** Depreciation . $ _ _ _ _ _ _ _ _ _ _ | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | | **b** Charitable contribns $ _ _ _ _ _ _ _ _ _ _ | |
| | **a** Depreciation . . . . $ _ _ _ _ _ _ _ _ _ | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| | **b** Charitable contributions. $ _ _ _ _ _ _ _ _ _ | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| | **c** Travel & entertainment . $ _ _ _ _ _ _ _ _ _ | | 9 | Add lines 7 and 8. . . . . . . . . . . . . | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | |
| 6 | Add lines 1 through 5 . . . . . . . . . . . . . | ▮ | 10 | Income (page 1, line 28) — line 6 less line 9 . . . | |

| Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L) |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year . . . . . . . . . | ▮ | 5 | Distributions . . . . . . . . . **a** Cash . . | |
| 2 | Net income (loss) per books . . . . . . . . . | ▮ | | **b** Stock _ _ _ _ _ _ _ _ _ **c** Property . | |
| 3 | Other increases (itemize): _ _ _ _ _ _ _ _ _ | | 6 | Other decreases (itemize): | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | 7 | Add lines 5 and 6. . . . . . . . . . . . . | |
| 4 | Add lines 1, 2, and 3 . . . . . . . . . . . . | ▮ | 8 | Balance at end of year (line 4 less line 7) . . . . | ▮ |

CPCA0234  12/28/12                                                    Form **1120** (2012)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ONLINENIC 283491