# Exhibit 28

| Form **1120** | | U.S. Corporation Income Tax Return | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | For calendar year 2014 or tax year beginning _____ , 2014, ending _____ , _____<br>▶ Information about Form 1120 and its separate instructions is at *www.irs.gov/form1120*. | | **2014** |

**A Check if:**
1a Consolidated return (attach Form 851) . ☐
  b Life/nonlife consolidated return . . . ☐
2 Personal holding co. (attach Sch PH) . . ☐
3 Personal service corp (see instrs) . . ☐
4 Schedule M-3 attached . . . . ☐

TYPE OR PRINT

Name: ONLINENIC, INC.
Number, street, and room or suite number. If a P.O. box, see instructions.
3027 TEAGARDEN ST
City or town, state, or province, country and ZIP or foreign postal code
SAN LEANDRO                                    CA  94577

**B** Employer identification number: 95-4780566
**C** Date incorporated: 10/06/1999
**D** Total assets (see instructions): $ ▓

**E** Check if: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

### Income

| | | |
|---|---|---|
| 1a | Gross receipts or sales . . . . . . . . . . . . . . . . . . . . . . 1a ▓ | |
| b | Returns and allowances . . . . . . . . . . . . . . . . . . . . . 1b | |
| c | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1c ▓ |
| 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 ▓ |
| 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 |
| 4 | Dividends (Schedule C, line 19) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 |
| 5 | Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 |
| 6 | Gross rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 |
| 7 | Gross royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) . . . . . . . . . . . . . . . . . . . . | 8 |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . . . . . . . . . . . | 9 |
| 10 | Other income (see instructions — attach statement) . . . . . . . . . . . . . . . . . . . . . . . | 10 |
| 11 | **Total income.** Add lines 3 through 10 . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 11 ▓ |

### Deductions (See instructions for limitations on deductions)

| | | |
|---|---|---|
| 12 | Compensation of officers (see instructions — attach Form 1125-E) . . . . . . . . . . . . . . . ▶ | 12 |
| 13 | Salaries and wages (less employment credits) . . . . . . . . . . . . . . . . . . . . . . . | 13 |
| 14 | Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 |
| 15 | Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15 |
| 16 | Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 |
| 17 | Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 |
| 18 | Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 |
| 19 | Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . . . | 20 |
| 21 | Depletion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 |
| 22 | Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 22 |
| 23 | Pension, profit-sharing, etc, plans . . . . . . . . . . . . . . . . . . . . . . . . . . | 23 |
| 24 | Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 24 ▓ |
| 25 | Domestic production activities deduction (attach Form 8903) . . . . . . . . . . . . . . . . . . | 25 |
| 26 | Other deductions (attach statement) See Other Deductions Statement . . . . . . . . . . . . . . | 26 ▓ |
| 27 | **Total deductions.** Add lines 12 through 26 . . . . . . . . . . . . . . . . . . . . . . . ▶ | 27 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 . . . | 28 |
| 29a | Net operating loss deduction (see instructions) . . . . . . . . . . 29a ▓ | |
| b | Special deductions (Schedule C, line 20) . . . . . . . . . . . 29b | |
| c | Add lines 29a and 29b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 29c |

### Tax, Refundable Credits, and Payments

| | | |
|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28 (see instructions) . . . . . . . . . . . . . . . | 30 |
| 31 | Total tax (Schedule J, Part I, line 11) . . . . . . . . . . . . . . . . . . . . . . . . . | 31 |
| 32 | Total payments and refundable credits (Schedule J, Part II, line 21) . . . . . . . . . . . . . . . | 32 |
| 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . . . . . . . . ▶ ☐ | 33 |
| 34 | **Amount owed.** If line 32 is smaller than the total of lines 31 and 33, enter amount owed . . . . . . . . | 34 |
| 35 | **Overpayment.** If line 32 is larger than the total of lines 31 and 33, enter amount overpaid . . . . . . . | 35 ▓ |
| 36 | Enter amount from line 35 you want: Credited to 2015 estimated tax . . ▶ _____ Refunded ▶ | 36 |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _____ Signature of officer    Date    ▶ OFFICER    Title

May the IRS discuss this return with the preparer shown below (see instructions)?  ☒ Yes   ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Tony J. Gu, E.A. | Tony J. Gu, E.A. | | | P00423260 |

Firm's name ▶ CLEMENT TAX SERVICE          Firm's EIN ▶
Firm's address ▶ 912 Clement Street
San Francisco                     CA  94118    Phone no. (415) 668-1682

BAA For Paperwork Reduction Act Notice, see separate instructions.    CPCA0212  07/11/14    Form **1120** (2014)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    ONLINENIC 283561

Form **1120** (2014)    ONLINENIC, INC.                                    95-4780566         Page **5**

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | ■ | | ■ |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) Ln .6. Stmt. | | ■ | | ■ |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | ■ | | | ■ |
| b | Less accumulated depreciation | | ■ | | ■ |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 14 | Other assets (attach statement) Ln 14 .Stmt | | ■ | | ■ |
| 15 | Total assets | | ■ | | ■ |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | ■ | | ■ |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach stmt) . . Ln. 18 .Stmt. | | ■ | | ■ |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock:  a Preferred stock | | | | |
| | b Common stock | ■ | ■ | ■ | ■ |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings — Approp (att stmt) | | | | |
| 25 | Retained earnings — Unappropriated | | ■ | | ■ |
| 26 | Adjmt to shareholders' equity (att stmt) | | | | |
| 27 | Less cost of treasury stock | | | | |
| 28 | Total liabilities and shareholders' equity | | ■ | | ■ |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return |
|---|---|
| | Note: The corporation may be required to file Schedule M-3 (see instructions). |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | ■ | 7 | Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| 2 | Federal income tax per books | | | | |
| 3 | Excess of capital losses over capital gains | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): | | | | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | 8 | Deductions on this return not charged against book income this year (itemize): a Depreciation . $ _ _ _ _ _ _ _ _ _ _ _ _ b Charitable contribns $ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): a Depreciation . . . . $ _ _ _ _ _ _ _ _ _ _ _ _ b Charitable contributions . $ _ _ _ _ _ _ _ _ _ _ _ _ c Travel & entertainment . $ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | |
| | | | 9 | Add lines 7 and 8 | |
| 6 | Add lines 1 through 5 | ■ | 10 | Income (page 1, line 28) — line 6 less line 9 | |

| Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L) |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | ■ | 5 | Distributions . . . . . . . . a Cash | |
| 2 | Net income (loss) per books | | | b Stock _ _ _ _ _ _ _ _ _ _ c Property | |
| 3 | Other increases (itemize): See Ln 3 Stmt _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | ■ | 6 | Other decreases (itemize): See Ln 6 Stmt _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | ■ | 8 | Balance at end of year (line 4 less line 7) | ■ |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                           ONLINENIC 283565

Form 1120, Page 1, Line 26
**Other Deductions Statement**

```
MISCELLANEOUS
OFFICE EXPENSE
TELEPHONE
TRAVEL
FINANCE FEES
IDC
TECHNIQUE EXPLOITATION AND SERVICE CHARGE
CONSULTING FEE
```

Total

Form 1120, Page 5, Schedule L, Line 6
**Ln 6 Stmt**

| **Other Current Assets:** | Beginning of tax year | End of tax year |
|---|---|---|
| PREPAID | | |
| Total | | |

Form 1120, Page 5, Schedule L, Line 14
**Ln 14 Stmt**

| **Other Assets:** | Beginning of tax year | End of tax year |
|---|---|---|
| LOAN TO L & L OIL LLC | | |
| Total | | |

Form 1120, Page 5, Schedule L, Line 18
**Ln 18 Stmt**

| **Other Current Liabilities:** | Beginning of tax year | End of tax year |
|---|---|---|
| CUSTOMER DEPOSITS | | |
| Total | | |

Form 1120, Page 4, Schedule M-2, Line 3
**Ln 3 Stmt**

| | |
|---|---|
| EQUITY ADJUSTMENT | |
| Total | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ONLINENIC, INC.                                                                  1939078

**Schedule Q Questions** *(continued from Side 2)*

J 1  During this taxable year, did another person or legal entity acquire control or majority ownership (more than a 50% interest) of this corporation or any of its subsidiaries that owned California real property (i.e., land, buildings), leased such property for a term of 35 years or more, or leased such property from a government agency for any term? ......... ☐ Yes ☒ No

   2  During this taxable year, did this corporation or any of its subsidiaries acquire control or majority ownership (more than a 50% interest) in another legal entity that owned California real property (i.e., land, buildings), leased such property for a term of 35 years or more, or leased such property from a government agency for any term? ................. ☐ Yes ☒ No

   3  During this taxable year, has more than 50% of the voting stock of this corporation cumulatively transferred in one or more transactions after an interest in California real property (i.e., land, buildings) was transferred to it that was excluded from property tax reassessment under R&TC Section 62(a)(2) and it was not reported on a previous year's tax return? ......................................................................... ☐ Yes ☒ No
   **(Yes requires filing of statement, penalties may apply — see instructions.)**

K  At any time during the taxable year, was more than 50% of the voting stock:
   1  Of the corporation owned by any single interest? ............................. ☐ Yes ☒ No
   2  Of another corporation owned by this corporation? ............................ ☐ Yes ☒ No
   3  Of this and one or more other corporations owned or controlled, directly or indirectly, by the same interests? .......... ☐ Yes ☒ No
   If 1 or 3 is 'Yes,' enter the country of the ultimate parent
   ● CH
   If 1, 2, or 3 is 'Yes,' furnish a statement of ownership indicating pertinent names, addresses, and percentages of stock owned. If the owner(s) is an individual, provide the SSN/ITIN.

L  Has the corporation included a reportable transaction or listed transaction within this return? (See instructions for definitions) ......................................................................... ☐ Yes ☒ No
   If 'Yes,' complete and attach federal Form 8886 for each transaction.

M  Is this corporation apportioning or allocating income to California using Schedule R? ........... ☐ Yes ☒ No

N  How many affiliates in the combined report are claiming immunity from taxation in California under Public Law 86-272? ● ____

O  Corporation headquarters are:  ● (1) ☒ Within California   (2) ☐ Outside of California, within the U.S.   (3) ☐ Outside of the U.S.

P  Location of principal accounting records   3027 TEAGARDEN ST     SAN LEANDRO     CA 94577

Q  Accounting method: .................................................. ● (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other

R  Does this corporation or any of its subsidiaries have a Deferred Intercompany Stock Account (DISA)? ............. ☐ Yes ☒ No
   If 'Yes' enter the total balance of all DISAs   ● $ _____

S  Is this corporation or any of its subsidiaries a RIC? ............................. ☐ Yes ☒ No

T  Is this corporation treated as a REMIC for California purposes? ..................... ☐ Yes ☒ No

U  Is this corporation a REIT for California purposes? ............................ ☐ Yes ☒ No

V  Is this corporation an LLC or limited partnership electing to be taxed as a corporation for federal purposes? ........ ☐ Yes ☒ No
   If 'Yes', enter the effective date of the election (mm/dd/yyyy): ..................

W  Is this corporation to be treated as a credit union? ........................... ☐ Yes ☒ No

X  Is the corporation under audit by the IRS or has it been audited by the IRS in a prior year? ............. ☐ Yes ☒ No

Y  Have all required information returns (e.g. federal Forms 1099, 5471, 5472, 8300, 8865, etc.) been filed with the Franchise Tax Board? ..... ☒ N/A  ☐ Yes  ☐ No

Z  Does the taxpayer (or any corporation of the taxpayer's combined group, if applicable) own 80% or more of the stock of an insurance company? ....... ☐ Yes ☒ No

AA  Did the corporation file the federal Schedule UTP (Form 1120)? ..................... ☐ Yes ☒ No

BB  Does any member of the combined report own an SMLLC or generate/claim credits that are attributable to an SMLLC? .... ☐ Yes ☒ No

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer ▶ REX LIU | Title OFFICER | Date 08/12/2015 | Telephone (510) 846-2211 |

Officer's email address (optional)

**Paid Preparer's Use Only**

| Preparer's signature ▶ TONY J. GU, E.A. | Date | Check if self-employed ▶ ☐ | PTIN P00423260 |

Firm's name (or yours, if self-employed) and address ▶ CLEMENT TAX SERVICE
912 CLEMENT STREET
SAN FRANCISCO                            CA 94118

FEIN
Telephone (415) 668-1682

May the FTB discuss this return with the preparer shown above? See instructions ........... ● ☒ Yes  ☐ No

CACA0112  12/29/14

For Privacy Notice, get FTB 1131 ENG/SP.   051   3603144                    Form 100 C1 2014   Side 3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                       ONLINENIC 283581

**Form 100**  **Question K**  **2014**
▶ Attach to return (after all other FTB forms)

Name as Shown on Return: ONLINENIC, INC.
California Corporation No.: 1939078
Address: 3027 TEAGARDEN ST
City: _____  State: CA  ZIP Code: _____  Foreign Country: _____

**Statement for Question K(1) if 'Yes'**
1  Name . . . . . . . . SHAO HUI GONG
2  Address . . . . . . SHANGHAI
   City . . . . . . . . SHANGHAI          Foreign Country . CHINA
   State . . . . . . . ___                Zip . . . . . . . . _____
3  Identifying number . . . . . . . . . . . . . . . . . . . . . . . . . . NONE
4  Percentage of stock owned . . . . . . . . . . . . . . . . . . . . . . 100.00 %

**Statement for Question K(2) if 'Yes'**
1  Name . . . . . . . . _____
2  Address . . . . . . _____
   City . . . . . . . . _____          Foreign Country . _____
   State . . . . . . . ___                Zip . . . . . . . . _____
3  Identifying number . . . . . . . . . . . . . . . . . . . . . . . . . . _____
4  Percentage of stock owned . . . . . . . . . . . . . . . . . . . . . . _____ %

**Statement for Question K(3) if 'Yes'**
1  Name . . . . . . . . _____
2  Address . . . . . . _____
   City . . . . . . . . _____          Foreign Country . _____
   State . . . . . . . _____           Zip . . . . . . . . _____
3  Identifying number . . . . . . . . . . . . . . . . . . . . . . . . . . _____
4  Percentage of stock owned . . . . . . . . . . . . . . . . . . . . . . _____ %

cacw8101.SCR  02/20/15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ONLINENIC 283594

ONLINENIC, INC.    95-4780566    2

Form 100, Schedule L
**Line 5 Stmt**

Continued

| **Other Current Assets:** | Beginning of Tax Year | End of Tax Year |
|---|---|---|
| Total | ███ | ███ |

Form 100, Schedule L
**Line 13 Stmt**

| **Other Assets:** | Beginning of Tax Year | End of Tax Year |
|---|---|---|
| LOAN TO L & L OIL LLC | ███ | ███ |
| Total | ███ | ███ |

Form 100, Schedule L
**Line 17 Stmt**

| **Other Current Liabilities:** | Beginning of Tax Year | End of Tax Year |
|---|---|---|
| CUSTOMER DEPOSITS | ███ | ███ |
| Total | ███ | ███ |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                ONLINENIC 283596