# Exhibit 30

# Form 1120 — U.S. Corporation Income Tax Return

Form **1120**
Department of the Treasury
Internal Revenue Service

**U.S. Corporation Income Tax Return**
For calendar year 2016 or tax year beginning _____ , 2016, ending _____ , 20 _____
▶ Information about Form 1120 and its separate instructions is at www.irs.gov/form1120.

OMB No. 1545-0123

**2016**

**A  Check if:**
1a Consolidated return (attach Form 851) . ☐
 b Life/nonlife consoli-dated return . . ☐
2 Personal holding co. (attach Sch. PH) . ☐
3 Personal service corp. (see instructions) . ☐
4 Schedule M-3 attached ☐

**TYPE OR PRINT**

Name
ONLINENIC, INC.

Number, street, and room or suite no. If a P.O. box, see instructions.
3027 TEAGARDEN ST

City or town, state, or province, country, and ZIP or foreign postal code
SAN LEANDRO                              CA  94577

**B  Employer identification number**
95-4780566

**C  Date incorporated**
10/06/1999

**D  Total assets (see instructions)**
$ ▓▓▓▓▓▓▓

**E  Check if:** (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

## Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales . . . . . . . . . . . . . . . . . . | 1a ▓▓▓ | |
| b | Returns and allowances . . . . . . . . . . . . . . . . . . | 1b | |
| c | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . | 1c | ▓▓▓ |
| 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . | 2 | ▓▓▓ |
| 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . | 3 | ▓▓▓ |
| 4 | Dividends (Schedule C, line 19) . . . . . . . . . . . . . . | 4 | |
| 5 | Interest . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| 6 | Gross rents . . . . . . . . . . . . . . . . . . . . . | 6 | |
| 7 | Gross royalties . . . . . . . . . . . . . . . . . . . . | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) . . . . . | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . | 9 | |
| 10 | Other income (see instructions—attach statement) . . . . . . . | 10 | |
| 11 | **Total income.** Add lines 3 through 10 . . . . . . . . . . ▶ | 11 | ▓▓▓ |

## Deductions (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---|
| 12 | Compensation of officers (see instructions—attach Form 1125-E) . . . . ▶ | 12 | ▓▓▓ |
| 13 | Salaries and wages (less employment credits) . . . . . . . . . | 13 | |
| 14 | Repairs and maintenance . . . . . . . . . . . . . . . . | 14 | |
| 15 | Bad debts . . . . . . . . . . . . . . . . . . . . . | 15 | |
| 16 | Rents . . . . . . . . . . . . . . . . . . . . . . . | 16 | |
| 17 | Taxes and licenses . . . . . . . . . . . . . . . . . . | 17 | ▓▓▓ |
| 18 | Interest . . . . . . . . . . . . . . . . . . . . . . | 18 | |
| 19 | Charitable contributions . . . . . . . . . . . . . . . . | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . | 20 | ▓▓▓ |
| 21 | Depletion . . . . . . . . . . . . . . . . . . . . . . | 21 | |
| 22 | Advertising . . . . . . . . . . . . . . . . . . . . . | 22 | |
| 23 | Pension, profit-sharing, etc., plans . . . . . . . . . . . . | 23 | |
| 24 | Employee benefit programs . . . . . . . . . . . . . . . | 24 | ▓▓▓ |
| 25 | Domestic production activities deduction (attach Form 8903) . . . . | 25 | |
| 26 | Other deductions (attach statement)  Other Deductions Statement . . . | 26 | ▓▓▓ |
| 27 | **Total deductions.** Add lines 12 through 26 . . . . . . . . . ▶ | 27 | ▓▓▓ |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11. | 28 | ▓▓▓ |
| 29a | Net operating loss deduction (see instructions) . . . . . 29a ▓▓▓ | | |
| b | Special deductions (Schedule C, line 20) . . . . . . . 29b | | |
| c | Add lines 29a and 29b . . . . . . . . . . . . . . . . | 29c | ▓▓▓ |

## Tax, Refundable Credits, and Payments

| | | | |
|---|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28. See instructions . . . | 30 | ▓▓▓ |
| 31 | Total tax (Schedule J, Part I, line 11) . . . . . . . . . . . | 31 | ▓▓▓ |
| 32 | Total payments and refundable credits (Schedule J, Part II, line 21) . . . | 32 | |
| 33 | Estimated tax penalty. See instructions. Check if Form 2220 is attached . . . . ▶ ☐ | 33 | |
| 34 | **Amount owed.** If line 32 is smaller than the total of lines 31 and 33, enter amount owed . . . . | 34 | ▓▓▓ |
| 35 | **Overpayment.** If line 32 is larger than the total of lines 31 and 33, enter amount overpaid . . | 35 | |
| 36 | Enter amount from line 35 you want: **Credited to 2017 estimated tax** ▶ _____ Refunded ▶ | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _____ Signature of officer   _____ Date   ▶ OFFICER Title

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Tony J. Gu, E.A. | Tony J. Gu, E.A. | 04/12/2017 | | P00423260 |

Firm's name ▶ CLEMENT TAX SERVICE
Firm's EIN ▶

Firm's address ▶ 912 Clement Street San Francisco CA 94118
Phone no. (415) 668-1682

For Paperwork Reduction Act Notice, see separate instructions.

Form **1120** (2016)

BAA

REV 04/04/17 PRO

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ONLINENIC 283640

Form 1120 (2016)                                                                                                Page **5**

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | (a) | (b) | (c) | (d) |
| 1 | Cash | | ■ | | ■ |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | ■ | | ■ |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | ( ) | | ( ) | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement) | | ■ | | ■ |
| 15 | Total assets | | ■ | | ■ |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | ■ | | ■ |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | ■ | | ■ |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock:  **a** Preferred stock | | | | |
| | **b** Common stock | ■ | ■ | ■ | ■ |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings—Appropriated (attach statement) | | | | |
| 25 | Retained earnings—Unappropriated | | ■ | | ■ |
| 26 | Adjustments to shareholders' equity (attach statement) | | | | |
| 27 | Less cost of treasury stock | ( ) | | ( ) | |
| 28 | Total liabilities and shareholders' equity | | ■ | | ■ |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return |
|---|---|

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | ■ | 7 | Income recorded on books this year not included on this return (itemize): | |
| 2 | Federal income tax per books | | | | |
| 3 | Excess of capital losses over capital gains | | | Tax-exempt interest  $ _____ | |
| 4 | Income subject to tax not recorded on books this year (itemize): _____ | | | _____ | |
| | _____ | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | | | |
| | | | a | Depreciation  $ _____ | |
| a | Depreciation  $ _____ | | b | Charitable contributions $ _____ | |
| b | Charitable contributions  $ _____ | | | _____ | |
| c | Travel and entertainment  $ _____ | | | _____ | |
| | _____ | | 9 | Add lines 7 and 8 | |
| 6 | Add lines 1 through 5 | ■ | 10 | Income (page 1, line 28)—line 6 less line 9 | ■ |

| Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L) |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | ■ | 5 | Distributions:  **a** Cash | |
| 2 | Net income (loss) per books | | | **b** Stock | |
| 3 | Other increases (itemize): _____ | | | **c** Property | |
| | _____ | | 6 | Other decreases (itemize): _____ | |
| | _____ | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | | 8 | Balance at end of year (line 4 less line 7) | ■ |

REV 04/04/17 PRO                                                                              Form **1120** (2016)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              ONLINENIC 283644

**Form 100**
**Schedule L**                    **Other Assets**                    **2016**

| Name as Shown on Return | California Corporation No. |
|---|---|
| ONLINENIC, INC. | 1939078 |

| Other Current Assets: | Beginning of Tax Year | End of Tax Year |
|---|---|---|
| PREPAID | ■■■■■■ | ■■■■■■ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Totals to Form 100, Schedule L,  line 5. . . . . . . . . . . . . . . . ► | ■■■■■■ | ■■■■■■ |

| Loans to Stockholders/Officers: | | | | Beginning of Tax Year | End of Tax Year |
|---|---|---|---|---|---|
| Name | Title | SSN/EIN | Stock % | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Totals for Form 100, Schedule L,  line 6 . . . . . . . . . . . . . . . ► | | | | | |

| Other Investments: | Beginning of Tax Year | End of Tax Year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Totals to Form 100, Schedule L,  line 8. . . . . . . . . . . . . . . . ► | | |

| Other Assets: | Beginning of Tax Year | End of Tax Year |
|---|---|---|
| LOAN OUT | ■■■■■■ | ■■■■■■ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Totals to Form 100, Schedule L, line 13 . . . . . . . . . . . . . . . ► | ■■■■■■ | ■■■■■■ |

cacw2901.SCR   05/28/15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ONLINENIC 283673