Exhibit 33

# Form 1120 — U.S. Corporation Income Tax Return

Department of the Treasury — Internal Revenue Service
For calendar year 2019 or tax year beginning _____, 2019, ending _____, 20 _____
▶ Go to www.irs.gov/Form1120 for instructions and the latest information.
OMB No. 1545-0123
**2019**

**A Check if:**
1a Consolidated return (attach Form 851) ☐
 b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

**TYPE OR PRINT**
Name: ONLINENIC, INC.
Number, street, and room or suite no.: 3027 TEAGARDEN ST
City or town, state or province, country, and ZIP or foreign postal code: SAN LEANDRO CA 94577

**B Employer identification number:** 95-4780566
**C Date incorporated:** 10/06/1999
**D Total assets (see instructions):** $ [redacted]

**E Check if:** (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

## Income

| | | |
|---|---|---|
| 1a | Gross receipts or sales | [redacted] |
| 1b | Returns and allowances | |
| 1c | Balance. Subtract line 1b from line 1a | [redacted] |
| 2 | Cost of goods sold (attach Form 1125-A) | [redacted] |
| 3 | Gross profit. Subtract line 2 from line 1c | [redacted] |
| 4 | Dividends and inclusions (Schedule C, line 23) | |
| 5 | Interest | |
| 6 | Gross rents | |
| 7 | Gross royalties | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | |
| 10 | Other income (see instructions—attach statement) | |
| 11 | **Total income.** Add lines 3 through 10 | [redacted] |

## Deductions (See instructions for limitations on deductions.)

| | | |
|---|---|---|
| 12 | Compensation of officers (see instructions—attach Form 1125-E) | [redacted] |
| 13 | Salaries and wages (less employment credits) | |
| 14 | Repairs and maintenance | |
| 15 | Bad debts | |
| 16 | Rents | |
| 17 | Taxes and licenses | [redacted] |
| 18 | Interest (see instructions) | |
| 19 | Charitable contributions | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | [redacted] |
| 21 | Depletion | |
| 22 | Advertising | |
| 23 | Pension, profit-sharing, etc., plans | |
| 24 | Employee benefit programs | [redacted] |
| 25 | Reserved for future use | |
| 26 | Other deductions (attach statement)   Other Deductions Statement | [redacted] |
| 27 | **Total deductions.** Add lines 12 through 26 | |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | |
| 29a | Net operating loss deduction (see instructions) | [redacted] |
| 29b | Special deductions (Schedule C, line 24) | |
| 29c | Add lines 29a and 29b | |

## Tax, Refundable Credits, and Payments

| | | |
|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | |
| 31 | Total tax (Schedule J, Part I, line 11) | |
| 32 | 2019 net 965 tax liability paid (Schedule J, Part II, line 12) | |
| 33 | Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) | [redacted] |
| 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ▶ ☐ | |
| 35 | **Amount owed.** If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | [redacted] |
| 36 | **Overpayment.** If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid | |
| 37 | Enter amount from line 36 you want: Credited to 2020 estimated tax ▶ Refunded ▶ | |

**Sign Here**
Signature of officer: _____  Date: _____  Title: OFFICER
May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**
Print/Type preparer's name: Tony J. Gu, E.A.
Preparer's signature: Tony J. Gu, E.A.
Date: 07/06/2020
Check ☐ if self-employed
PTIN: P00423260
Firm's name: CLEMENT TAX SERVICE
Firm's address: 912 Clement Street San Francisco CA 94118
Firm's EIN: _____
Phone no. (415) 668-1682

For Paperwork Reduction Act Notice, see separate instructions. REV 06/30/20 PRO
BAA
Form **1120** (2019)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ONLINENIC 283762

Form 1120 (2019) Page **6**

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | ■ | | ■ |
| 2a | Trade notes and accounts receivable | | | ■ | |
| b | Less allowance for bad debts | ( ) | ( ) | ( ) | ( ■ ) |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | ■ | | ■ |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | ■ | |
| b | Less accumulated depreciation | ( ) | ( ) | ( ■ | ) |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | ( ) | ( ) | ( ) |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | ( ) | ( ) | ( ) |
| 14 | Other assets (attach statement) | | ■ | | ■ |
| 15 | Total assets | | ■ | | ■ |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | ■ |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | ■ | | ■ |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock: a Preferred stock | | | | |
| | b Common stock | ■ | ■ | ■ | ■ |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings—Appropriated (attach statement) | | | | |
| 25 | Retained earnings—Unappropriated | | ■ | | ■ |
| 26 | Adjustments to shareholders' equity (attach statement) | | | | |
| 27 | Less cost of treasury stock | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity | | ■ | | ■ |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return |
|---|---|
| | Note: The corporation may be required to file Schedule M-3. See instructions. |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | ■ | 7 | Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ _____ | |
| 2 | Federal income tax per books | | | | |
| 3 | Excess of capital losses over capital gains | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): _____ | | | | |
| | | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | a | Depreciation . . $ _____ | |
| a | Depreciation . . . . $ _____ | | b | Charitable contributions $ _____ | |
| b | Charitable contributions . $ _____ | | | | |
| c | Travel and entertainment . $ _____ | | | | |
| | | | 9 | Add lines 7 and 8 | |
| 6 | Add lines 1 through 5 | | 10 | Income (page 1, line 28)—line 6 less line 9 | ■ |

| Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L) |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | ■ | 5 | Distributions: a Cash | |
| 2 | Net income (loss) per books | | | b Stock | |
| 3 | Other increases (itemize): _____ | | | c Property | |
| | | | 6 | Other decreases (itemize): _____ | |
| | _____ | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | ■ | 8 | Balance at end of year (line 4 less line 7) | ■ |

REV 06/30/20 PRO   Form **1120** (2019)

| Form 1120 Schedule L | Other Assets | 2019 |
|---|---|---|

| Name as Shown on Return | Employer Identification No. |
|---|---|
| ONLINENIC, INC. | 95-4780566 |

| Other Current Assets: | Beginning of tax year | End of tax year |
|---|---|---|
| PREPAID | ■■■ | ■■■ |
| | | |
| Totals to Form 1120, Schedule L, line 6 ▶ | ■■■ | ■■■ |

| Other Investments: | Beginning of tax year | End of tax year |
|---|---|---|
| | | |
| Totals to Form 1120, Schedule L, line 9 ▶ | | |

| Other Assets: | Beginning of tax year | End of tax year |
|---|---|---|
| LOAN OUT | ■■■ | ■■■ |
| | | |
| Totals to Form 1120, Schedule L, line 14 ▶ | ■■■ | ■■■ |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Form 100 Schedule L | Other Assets | | 2019 |
|---|---|---|---|

| Name as Shown on Return: ONLINENIC, INC. | | California Corporation No. 1939078 |
|---|---|---|

| **Other Current Assets:** | Beginning of Tax Year | End of Tax Year |
|---|---|---|
| PREPAID | ███ | ███ |
| | | |
| Totals to Form 100, Schedule L, line 5. ▶ | ███ | ███ |

| **Loans to Stockholders/Officers:** Name / Title / SSN/EIN / Stock % | Beginning of Tax Year | End of Tax Year |
|---|---|---|
| | | |
| Totals for Form 100, Schedule L, line 6 ▶ | | |

| **Other Investments:** | Beginning of Tax Year | End of Tax Year |
|---|---|---|
| | | |
| Totals to Form 100, Schedule L, line 8. ▶ | | |

| **Other Assets:** | Beginning of Tax Year | End of Tax Year |
|---|---|---|
| LOAN OUT | ███ | ███ |
| | | |
| Totals to Form 100, Schedule L, line 13 ▶ | ███ | ███ |

cacw2901.SCR  01/02/20

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ONLINENIC 283793