# Exhibit 34



## History

**Statement of Information** - *7/24/2017*

**System Amendment - SOS Suspended** - *4/27/2017*

*Amendment Type*
**System Amendment - SOS Suspended**

*Control ID*
**LBA561089**

*Date*
**4/27/2017**

System Amendment - Pending Suspension  - *8/25/2016*

System Amendment - Penalty Certification - SI  - *6/9/2015*

System Amendment - SI Delinquency for the year of 0  - *1/13/2015*

System Amendment - Pending Suspension  - *1/14/2014*

System Amendment - Penalty Certification - SI  - *10/25/2013*

System Amendment - SI Delinquency for the year of 0  - *4/19/2013*

System Amendment - Penalty Certification - SI  - *3/29/2007*

System Amendment - SI Delinquency for the year of 0  - *12/14/2006*

System Amendment - FTB Revivor  - *1/20/2004*

System Amendment - SOS Revivor  - *1/20/2004*

Legacy Amendment  - *1/9/2004*

**System Amendment - FTB Suspended**  - *9/3/2002*

*Amendment Type*
**System Amendment - FTB Suspended**

*Control ID*
**LBA561077**

*Date*
**9/3/2002**

System Amendment - SOS Suspended  - *5/15/2002*

System Amendment - Pending Suspension  - *3/5/2002*

System Amendment - Penalty Certification - SI  - *7/5/2001*

© 2023 CA Secretary of State