Exhibit 36



## Service Outsourcing Contract

This Service Outsourcing Contract（the "Contract"）is dated as of 2014-01-01 by and between OnlineNic, Inc, a California Corporation located at 3027 Teagarden St, San Leandro, CA 94577, United States ("Party A") and Xiamen 35.com Technology Co. Ltd., an internet technology limited liability company located in Xiamen, Fujian Province, China ("Party B").  Each of the parties hereto is referred to individually as a "Party" and collectively as the "Parties".

WHEREAS, Party A is an accredited registrar of the Internet Corporation for Assigned Names and Numbers;

WHEREAS, Party A desires to engage Party B to provide certain fee-based domain registration related oursourcing services;

WHEREAS, Party B desires to provide such services to Party A;

NOW, THEREFORE, in consideration of their mutual undertakings, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereto agree as follows:

1.  Outsourcing Service Provided

(a) Subject to the terms and conditions of this Contract, Party A hereby retains Party B to perform certain outsourcing services, and Party B agrees, subject to the terms and conditions of this Contract, to render such services during the term of this Contract.   The Outsourcing service (collectively, the "Outsourcing") shall include:

    (i)    Website design;
    (ii)   New product research and development;
    (iii)  System maintenance;

CONFIDENTIAL
35CN0040425

20000813

    (iv) Technical support and technical consultation;

    (v) Marketing,Sales,Support service;

    (vi) Other services which two parties agree;

(b) Party A shall comply with Party B's requests for information and provide Party B access to all documents and files necessary to the performance of Party B's duties under this Contract.

2. Compensation and reimbursement

(a) In consideration of the Services to be provided by Party B to Party A, Party A shall make a monthly payment of USD$⬛⬛⬛ (the "Payment") for the term of this Contract. The Payment shall be made within thirty (30) days following the invoice date.

(b) The Payment shall be made by wire or other mutually agreed means to Party A's bank account as follows:

| | | |
|---|---|---|
| Intermediary Bank | Intermediary Bank: | Union Bank of California International, New York |
| | Account No | 91-283986-1121 |
| | Swift Code: | BOFCUS33NYK |
| Beneficiary Bank | Beneficiary Bank: | China Merchants Bank, Xiamen Branch |
| | Swift Code: | CMBCCNBS471 |
| Account No: | 2080827432001 | Xiamen 35.com Technology Co.,Ltd |
| Address: | 1F-4, Technical Service Building Software Park, Torch Hi-Tech Zone, Xiamen Fujian CN 361012 | |

3. Term: This Contract shall remain in force for a period of one (1) year commencing on the date first written above, unless sooner terminated as

CONFIDENTIAL

35CN0040425

20060813

hereinafter provided, or unless extended by Contract of the Parties.

4.    Termination of Contract: This Contract may be terminated by either Party, with or without cause, upon thirty (30) days prior written notice to the other Party.

5.    Indemnification:    Party A agrees to indemnify, defend and hold harmless Party B as well as its employees, directors, officers from and against any and all demands, claims, and loss or threatened loss by reason of the liability or potential liability of Party A arising out of or in connection with this Contract.

6.    Modification:    No alteration or modification of this Contract shall be valid unless made in writing and executed by the Parties.

7.    Arbitration:    The Parties agree that any dispute arising out of or in connection with this Contract shall be resolved through good faith negotiations. If the Parties are unable to settle the dispute, either Party is entitled to initiate arbitration at the XIAMEN Arbitration Commission (the Arbitration Commission") in accordance with the arbitration rules of the Arbitration Commission in force at the time the arbitration is initiated.   There shall be three arbitrators, with the first two appointed by each Party and the third arbitrator appointed by the Arbitration Commission.   All fees and expenses of the arbitrators and other related arbitration costs and expenses shall be divided evenly between the Parties.

8.    Counterparts: This Contract shall be executed in two (2) counterparts.

9.    Governing Laws:    This Contract shall be governed by and construed in accordance with the laws of the People's Republic of China, without reference to any choice of law or conflicts of law provisions or rule that would

CONFIDENTIAL    35CN0040425

call for the application of the law of any other jurisdiction.

10.     Severability:     If any provision of this Contract is held unenforceable, then such provision will be modified to reflect the Parties' intention. All remaining provisions of this Contract shall remain in full force and effect.

IN WITNESS WHEREOF, the Parties have caused this Contract to be duly executed on the day and year first above written.

(Signatures begin on next page)

CONFIDENTIAL

Party A:  OnlineNic, Inc.

Signature: Carrie Yu

Date: Jan, 1st, 2014

Party B: Xiamen 35.com Technology Co. Ltd.

Signature: 攀龙

Date: 2016. 1·5

CONFIDENTIAL

35CN0040425



## Service Outsourcing Contract

This Service Outsourcing Contract（the "Contract"） is dated as of 2015-01-01 by and between OnlineNic, Inc, a California Corporation located at 3027 Teagarden St, San Leandro, CA 94577, United States ("Party A") and Xiamen 35.com Technology Co. Ltd., an internet technology limited liability company located in Xiamen, Fujian Province, China ("Party B").  Each of the parties hereto is referred to individually as a "Party" and collectively as the "Parties".

WHEREAS, Party A is an accredited registrar of the Internet Corporation for Assigned Names and Numbers;

WHEREAS, Party A desires to engage Party B to provide certain fee-based domain registration related oursourcing services;

WHEREAS, Party B desires to provide such services to Party A;

NOW, THEREFORE, in consideration of their mutual undertakings, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereto agree as follows:

1.  Outsourcing Service Provided

(a) Subject to the terms and conditions of this Contract, Party A hereby retains Party B to perform certain outsourcing services, and Party B agrees, subject to the terms and conditions of this Contract, to render such services during the term of this Contract.   The Outsourcing service (collectively, the "Outsourcing") shall include:

    (i)   Website design;

    (ii)  New product research and development;

    (iii) System maintenance;

35CN0040430

20 0 6 0 8 1 4

(iv)  Technical support and technical consultation;

(v)  Marketing,Sales,Support service;

(vi)  Other services which two parties agree;

(b) Party A shall comply with Party B's requests for information and provide Party B access to all documents and files necessary to the performance of Party B's duties under this Contract.

2.  <u>Compensation and reimbursement</u>

(a)  In consideration of the Services to be provided by Party B to Party A, Party A shall make a monthly payment of USD$████████ (the "Payment") for the term of this Contract.  The Payment shall be made within thirty (30) days following the invoice date.

(b) The Payment shall be made by wire or other mutually agreed means to Party A's bank account as follows:

| | | |
|---|---|---|
| Intermediary Bank | Intermediary Bank: | Union Bank of California International, New York |
| | Account No | 91-283986-1121 |
| | Swift Code: | BOFCUS33NYK |
| Beneficiary Bank | Beneficiary Bank: | China Merchants Bank,Xiamen Branch |
| | Swift Code: | CMBCCNBS471 |
| Account No: | 2080827432001 | Xiamen 35.com Technology Co.,Ltd |
| Address: | 1F-4,Technical Service Building Software Park,Torch Hi-Tech Zone,Xiamen Fujian CN 361012 | |

3.  <u>Term</u>:  This Contract shall remain in force for a period of one (1) year commencing on the date first written above, unless sooner terminated as

CONFIDENTIAL                                                                                    35CN0040430

hereinafter provided, or unless extended by Contract of the Parties.

4.    Termination of Contract: This Contract may be terminated by either Party, with or without cause, upon thirty (30) days prior written notice to the other Party.

5.    Indemnification:    Party A agrees to indemnify, defend and hold harmless Party B as well as its employees, directors, officers from and against any and all demands, claims, and loss or threatened loss by reason of the liability or potential liability of Party A arising out of or in connection with this Contract.

6.    Modification:    No alteration or modification of this Contract shall be valid unless made in writing and executed by the Parties.

7.    Arbitration:    The Parties agree that any dispute arising out of or in connection with this Contract shall be resolved through good faith negotiations. If the Parties are unable to settle the dispute, either Party is entitled to initiate arbitration at the XIAMEN Arbitration Commission (the Arbitration Commission") in accordance with the arbitration rules of the Arbitration Commission in force at the time the arbitration is initiated.  There shall be three arbitrators, with the first two appointed by each Party and the third arbitrator appointed by the Arbitration Commission.  All fees and expenses of the arbitrators and other related arbitration costs and expenses shall be divided evenly between the Parties.

8.    Counterparts: This Contract shall be executed in two (2) counterparts.

9.    Governing Laws:    This Contract shall be governed by and construed in accordance with the laws of the People's Republic of China, without reference to any choice of law or conflicts of law provisions or rule that would

35CN0040430

20060814

call for the application of the law of any other jurisdiction.

10.    Severability:    If any provision of this Contract is held unenforceable, then such provision will be modified to reflect the Parties' intention. All remaining provisions of this Contract shall remain in full force and effect.

IN WITNESS WHEREOF, the Parties have caused this Contract to be duly executed on the day and year first above written.


(Signatures begin on next page)

CONFIDENTIAL

35CN0040430

Party A:  OnlineNic, Inc          Party B: Xiamen 35.com Technology Co. Ltd.

Signature:  Carie Yu          Signature:

Date:  Jan. 19, 2015     Date:  2015 1 6

# Service Outsourcing Contract

This Service Outsourcing Contract（the "Contract"）is dated as of 2016-01-01 by and between OnlineNic, Inc, a California Corporation located at 3027 Teagarden St, San Leandro, CA 94577, United States ("Party A") and Xiamen 35.com Technology Co. Ltd., an internet technology limited liability company located in Xiamen, Fujian Province, China ("Party B").  Each of the parties hereto is referred to individually as a "Party" and collectively as the "Parties".

WHEREAS, Party A is an accredited registrar of the Internet Corporation for Assigned Names and Numbers;

WHEREAS, Party A desires to engage Party B to provide certain fee-based domain registration related oursourcing services;

WHEREAS, Party B desires to provide such services to Party A;



NOW, THEREFORE, in consideration of their mutual undertakings, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereto agree as follows:

1.  <u>Outsourcing Service Provided</u>

(a) Subject to the terms and conditions of this Contract, Party A hereby retains Party B to perform certain outsourcing services, and Party B agrees, subject to the terms and conditions of this Contract, to render such services during the term of this Contract.   The Outsourcing service (collectively, the "Outsourcing") shall include:

    (i)    Website design;

    (ii)  New product research and development;

    (iii) System maintenance;

35CN0040435

(iv)  Technical support and technical consultation;

(v)  Marketing,Sales,Support service;

(vi)  Other services which two parties agree;

(b) Party A shall comply with Party B's requests for information and provide Party B access to all documents and files necessary to the performance of Party B's duties under this Contract.

2.  Compensation and reimbursement

(a)  In consideration of the Services to be provided by Party B to Party A, Party A shall make a monthly payment of USD$███████ (the "Payment") for the term of this Contract.  The Payment shall be made within thirty (30) days following the invoice date.

(b) The Payment shall be made by wire or other mutually agreed means to Party A's bank account as follows:

| Intermediary Bank | Intermediary Bank: | Union Bank of California International, New York |
|---|---|---|
| | Account No | 91-283986-1121 |
| | Swift Code: | BOFCUS33NYK |
| Beneficiary Bank | Beneficiary Bank: | China Merchants Bank, Xiamen Branch |
| | Swift Code: | CMBCCNBS471 |
| Account No: | 2080827432001 | Xiamen 35.com Technology Co.,Ltd |
| Address: | 1F-4, Technical Service Building Software Park, Torch Hi-Tech Zone, Xiamen Fujian CN 361012 | |

3.  Term:  This Contract shall remain in force for a period of one (1) year commencing on the date first written above, unless sooner terminated as

CONFIDENTIAL

2 0 0 6 0 8 1 5

hereinafter provided, or unless extended by Contract of the Parties.

4.      Termination of Contract: This Contract may be terminated by either Party, with or without cause, upon thirty (30) days prior written notice to the other Party.

5.      Indemnification:    Party A agrees to indemnify, defend and hold harmless Party B as well as its employees, directors, officers from and against any and all demands, claims, and loss or threatened loss by reason of the liability or potential liability of Party A arising out of or in connection with this Contract.

6.      Modification:    No alteration or modification of this Contract shall be valid unless made in writing and executed by the Parties.

7.      Arbitration:     The Parties agree that any dispute arising out of or in connection with this Contract shall be resolved through good faith negotiations. If the Parties are unable to settle the dispute, either Party is entitled to initiate arbitration at the XIAMEN Arbitration Commission (the Arbitration Commission") in accordance with the arbitration rules of the Arbitration Commission in force at the time the arbitration is initiated.   There shall be three arbitrators, with the first two appointed by each Party and the third arbitrator appointed by the Arbitration Commission.   All fees and expenses of the arbitrators and other related arbitration costs and expenses shall be divided evenly between the Parties.

8.      Counterparts: This  Contract  shall  be  executed  in  two  (2) counterparts.

9.      Governing Laws:   This Contract shall be governed by and construed in accordance with the laws of the People's Republic of China, without reference to any choice of law or conflicts of law provisions or rule that would

call for the application of the law of any other jurisdiction.

10.    Severability:    If any provision of this Contract is held unenforceable, then such provision will be modified to reflect the Parties' intention. All remaining provisions of this Contract shall remain in full force and effect.

IN WITNESS WHEREOF, the Parties have caused this Contract to be duly executed on the day and year first above written.

(Signatures begin on next page)



CONFIDENTIAL    35CN0040435

Party A：OnlineNic, Inc          Party B: Xiamen 35.com Technology Co. Ltd.

Signature:                        Signature:

Date:                             Date:

CONFIDENTIAL                                    35CN0040435

20060816

## Service Outsourcing Contract

This Service Outsourcing Contract（the "Contract"）is dated as of 2017-01-01 by and between OnlineNic, Inc, a California Corporation located at 3027 Teagarden St, San Leandro, CA 94577, United States ("Party A") and Xiamen 35.com Technology Co. Ltd., an internet technology limited liability company located in Xiamen, Fujian Province, China ("Party B").   Each of the parties hereto is referred to individually as a "Party" and collectively as the "Parties".

WHEREAS, Party A is an accredited registrar of the Internet Corporation for Assigned Names and Numbers;

WHEREAS, Party A desires to engage Party B to provide certain fee-based domain registration related oursourcing services;

WHEREAS, Party B desires to provide such services to Party A;

NOW, THEREFORE, in consideration of their mutual undertakings, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereto agree as follows:

1.  Outsourcing Service Provided

(a) Subject to the terms and conditions of this Contract, Party A hereby retains Party B to perform certain outsourcing services, and Party B agrees, subject to the terms and conditions of this Contract, to render such services during the term of this Contract.   The Outsourcing service (collectively, the "Outsourcing") shall include:

(i)    Website design;
(ii)   New product research and development;
(iii)  System maintenance;



    (iv)  Technical support and technical consultation;

    (v)  Marketing,Sales,Support service;

    (vi)  Other services which two parties agree;

(b) Party A shall comply with Party B's requests for information and provide Party B access to all documents and files necessary to the performance of Party B's duties under this Contract.

2.   Compensation and reimbursement

(a)  In consideration of the Services to be provided by Party B to Party A, Party A shall make a monthly payment of USD$▮▮▮▮▮ (the "Payment") for the term of this Contract.  The Payment shall be made within thirty (30) days following the invoice date.

(b) The Payment shall be made by wire or other mutually agreed means to Party A's bank account as follows:

| | | |
|---|---|---|
| Intermediary Bank | Intermediary Bank: | Union Bank of California International, New York |
| | Account No | 91-283986-1121 |
| | Swift Code: | BOFCUS33NYK |
| Beneficiary Bank | Beneficiary Bank: | China Merchants Bank,Xiamen Branch |
| | Swift Code: | CMBCCNBS471 |
| Account No: | 2080827432001 | Xiamen 35. com Technology Co.,Ltd |
| Address: | 1F-4, Technical Service Building Software Park, Torch Hi-Tech Zone,Xiamen Fujian CN 361012 | |

3.  Term:  This Contract shall remain in force for a period of one (1) year commencing on the date first written above, unless sooner terminated as

CONFIDENTIAL

hereinafter provided, or unless extended by Contract of the Parties.

4.    Termination of Contract: This Contract may be terminated by either Party, with or without cause, upon thirty (30) days prior written notice to the other Party.

5.    Indemnification:    Party A agrees to indemnify, defend and hold harmless Party B as well as its employees, directors, officers from and against any and all demands, claims, and loss or threatened loss by reason of the liability or potential liability of Party A arising out of or in connection with this Contract.

6.    Modification:    No alteration or modification of this Contract shall be valid unless made in writing and executed by the Parties.

7.    Arbitration:    The Parties agree that any dispute arising out of or in connection with this Contract shall be resolved through good faith negotiations. If the Parties are unable to settle the dispute, either Party is entitled to initiate arbitration at the XIAMEN Arbitration Commission (the Arbitration Commission") in accordance with the arbitration rules of the Arbitration Commission in force at the time the arbitration is initiated.   There shall be three arbitrators, with the first two appointed by each Party and the third arbitrator appointed by the Arbitration Commission.   All fees and expenses of the arbitrators and other related arbitration costs and expenses shall be divided evenly between the Parties.

8.    Counterparts: This Contract shall be executed in two (2) counterparts.

9.    Governing Laws:    This Contract shall be governed by and construed in accordance with the laws of the People's Republic of China, without reference to any choice of law or conflicts of law provisions or rule that would

  35CN0040440

call for the application of the law of any other jurisdiction.

10.    Severability:    If any provision of this Contract is held unenforceable, then such provision will be modified to reflect the Parties' intention. All remaining provisions of this Contract shall remain in full force and effect.

IN WITNESS WHEREOF, the Parties have caused this Contract to be duly executed on the day and year first above written.

(Signatures begin on next page)

CONFIDENTIAL

Party A:  OnlineNic, Inc          Party B: Xiamen 35.com Technology Co. Ltd.

Signature:   _Carrie Yu_   Signature:

Date:   Jan, 18 , 2017,    Date:

35CN0040440

## Service Outsourcing Contract

This Service Outsourcing Contract（the "Contract"）is dated as of 2018-01-01 by and between OnlineNic, Inc, a California Corporation located at 3027 Teagarden St, San Leandro, CA 94577, United States ("Party A") and Xiamen 35.com Technology Co. Ltd., an internet technology limited liability company located in Xiamen, Fujian Province, China ("Party B"). Each of the parties hereto is referred to individually as a "Party" and collectively as the "Parties".

WHEREAS, Party A is an accredited registrar of the Internet Corporation for Assigned Names and Numbers;

WHEREAS, Party A desires to engage Party B to provide certain fee-based domain registration related oursourcing services;

WHEREAS, Party B desires to provide such services to Party A;

NOW, THEREFORE, in consideration of their mutual undertakings, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereto agree as follows:

1. Outsourcing Service Provided

(a) Subject to the terms and conditions of this Contract, Party A hereby retains Party B to perform certain outsourcing services, and Party B agrees, subject to the terms and conditions of this Contract, to render such services during the term of this Contract. The Outsourcing service (collectively, the "Outsourcing") shall include:

(i) Website design;

(ii) New product research and development;

(iii) System maintenance;

35CN0040445

(iv)  Technical support and technical consultation;

(v)  Marketing,Sales,Support service;

(vi)  Other services which two parties agree;

(b) Party A shall comply with Party B's requests for information and provide Party B access to all documents and files necessary to the performance of Party B's duties under this Contract.

2.  Compensation and reimbursement

(a) In consideration of the Services to be provided by Party B to Party A, Party A shall make a monthly payment of USD$▮▮▮▮▮ (the "Payment") for the term of this Contract.  The Payment shall be made within thirty (30) days following the invoice date.

(b) The Payment shall be made by wire or other mutually agreed means to Party A's bank account as follows:

| Intermediary Bank | Intermediary Bank: | Union Bank of California International, New York |
|---|---|---|
| | Account No | 91-283986-1121 |
| | Swift Code: | BOFCUS33NYK |
| Beneficiary Bank | Beneficiary Bank: | China Merchants Bank, Xiamen Branch |
| | Swift Code: | CMBCCNBS471 |
| Account No: | 2080827432001 | Xiamen 35.com Technology Co.,Ltd |
| Address: | 1F-4,Technical Service Building Software Park,Torch Hi-Tech Zone,Xiamen Fujian CN 361012 | |

3.  Term:  This Contract shall remain in force for a period of one (1) year commencing on the date first written above, unless sooner terminated as

hereinafter provided, or unless extended by Contract of the Parties.

4.    Termination of Contract: This Contract may be terminated by either Party, with or without cause, upon thirty (30) days prior written notice to the other Party.

5.    Indemnification:    Party A agrees to indemnify, defend and hold harmless Party B as well as its employees, directors, officers from and against any and all demands, claims, and loss or threatened loss by reason of the liability or potential liability of Party A arising out of or in connection with this Contract.

6.    Modification:    No alteration or modification of this Contract shall be valid unless made in writing and executed by the Parties.

7.    Arbitration:    The Parties agree that any dispute arising out of or in connection with this Contract shall be resolved through good faith negotiations. If the Parties are unable to settle the dispute, either Party is entitled to initiate arbitration at the XIAMEN Arbitration Commission (the Arbitration Commission") in accordance with the arbitration rules of the Arbitration Commission in force at the time the arbitration is initiated. There shall be three arbitrators, with the first two appointed by each Party and the third arbitrator appointed by the Arbitration Commission. All fees and expenses of the arbitrators and other related arbitration costs and expenses shall be divided evenly between the Parties.

8.    Counterparts: This Contract shall be executed in two (2) counterparts.

9.    Governing Laws:    This Contract shall be governed by and construed in accordance with the laws of the People's Republic of China, without reference to any choice of law or conflicts of law provisions or rule that would

                                                                 35CN0040445

call for the application of the law of any other jurisdiction.

10.    Severability:    If any provision of this Contract is held unenforceable, then such provision will be modified to reflect the Parties' intention. All remaining provisions of this Contract shall remain in full force and effect.

IN WITNESS WHEREOF, the Parties have caused this Contract to be duly executed on the day and year first above written.


(Signatures begin on next page)

35CN0040445

20060817

Party A:  OnlineNic, Inc.          Party B: Xiamen 35.com Technology Co. Ltd.

Signature:  _Carrie Yu_     Signature:  _[signature]_

Date:  _Jan.18, 2018_     Date:  _2018.1.12_

CONFIDENTIAL

35CN0040445

2 0 0 0 0 8 1 8

## Service Outsourcing Contract

This Service Outsourcing Contract（the "Contract"） is dated as of 2019-01-01 by and between OnlineNic, Inc, a California Corporation located at 3027 Teagarden St, San Leandro, CA 94577, United States ("Party A") and Xiamen 35.com Technology Co. Ltd., an internet technology limited liability company located in Xiamen, Fujian Province, China ("Party B").  Each of the parties hereto is referred to individually as a "Party" and collectively as the "Parties".

WHEREAS, Party A is an accredited registrar of the Internet Corporation for Assigned Names and Numbers;

WHEREAS, Party A desires to engage Party B to provide certain fee-based domain registration related oursourcing services;

WHEREAS, Party B desires to provide such services to Party A;

NOW, THEREFORE, in consideration of their mutual undertakings, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereto agree as follows:

1.  Outsourcing Service Provided

(a) Subject to the terms and conditions of this Contract, Party A hereby retains Party B to perform certain outsourcing services, and Party B agrees, subject to the terms and conditions of this Contract, to render such services during the term of this Contract.   The Outsourcing service (collectively, the "Outsourcing") shall include:

- (i)     Website design;
- (ii)    New product research and development;
- (iii)   System maintenance;

CONFIDENTIAL

(iv)  Technical support and technical consultation;

(v)  Marketing,Sales,Support service;

(vi)  Other services which two parties agree;

(b) Party A shall comply with Party B's requests for information and provide Party B access to all documents and files necessary to the performance of Party B's duties under this Contract.

2.  Compensation and reimbursement

(a)  In consideration of the Services to be provided by Party B to Party A, Party A shall make a monthly payment of USD$███████ (the "Payment") for the term of this Contract.  The Payment shall be made within thirty (30) days following the invoice date.

(b) The Payment shall be made by wire or other mutually agreed means to Party A's bank account as follows:

| | | |
|---|---|---|
| Intermediary Bank | Intermediary Bank: | Union Bank of California International, New York |
| | Account No | 91-283986-1121 |
| | Swift Code: | BOFCUS33NYK |
| Beneficiary Bank | Beneficiary Bank: | China Merchants Bank, Xiamen Branch |
| | Swift Code: | CMBCCNBS471 |
| Account No: | 2080827432001 | Xiamen 35.com Technology Co.,Ltd |
| Address: | 1F-4,Technical Service Building Software Park,Torch Hi-Tech Zone,Xiamen Fujian CN 361012 | |

3.  Term:  This Contract shall remain in force for a period of one (1) year commencing on the date first written above, unless sooner terminated as

35CN0040450

hereinafter provided, or unless extended by Contract of the Parties.

4.      Termination of Contract: This Contract may be terminated by either Party, with or without cause, upon thirty (30) days prior written notice to the other Party.

5.      Indemnification:    Party A agrees to indemnify, defend and hold harmless Party B as well as its employees, directors, officers from and against any and all demands, claims, and loss or threatened loss by reason of the liability or potential liability of Party A arising out of or in connection with this Contract.

6.      Modification:    No alteration or modification of this Contract shall be valid unless made in writing and executed by the Parties.

7.      Arbitration:       The Parties agree that any dispute arising out of or in connection with this Contract shall be resolved through good faith negotiations. If the Parties are unable to settle the dispute, either Party is entitled to initiate arbitration at the XIAMEN Arbitration Commission (the Arbitration Commission") in accordance with the arbitration rules of the Arbitration Commission in force at the time the arbitration is initiated.   There shall be three arbitrators, with the first two appointed by each Party and the third arbitrator appointed by the Arbitration Commission.   All fees and expenses of the arbitrators and other related arbitration costs and expenses shall be divided evenly between the Parties.

8.      Counterparts: This   Contract   shall   be   executed   in   two   (2) counterparts.

9.      Governing Laws:   This Contract shall be governed by and construed in accordance with the laws of the People's Republic of China, without reference to any choice of law or conflicts of law provisions or rule that would

CONFIDENTIAL                                                                 35CN0040450

call for the application of the law of any other jurisdiction.

10.    Severability:    If any provision of this Contract is held unenforceable, then such provision will be modified to reflect the Parties' intention. All remaining provisions of this Contract shall remain in full force and effect.

IN WITNESS WHEREOF, the Parties have caused this Contract to be duly executed on the day and year first above written.

(Signatures begin on next page)

CONFIDENTIAL

35CN0040450

20060818

Party A: OnlineNic, Inc        Party B: Xiamen 35.com Technology Co. Ltd.

Signature: _Carrie Yu_         Signature: _[signature]_

Date: _2019. Jan. 18th_        Date: _2019.1.15_

## Service Outsourcing Contract

This Service Outsourcing Contract（the "Contract"） is dated as of 2020-01-01 by and between OnlineNic, Inc, a California Corporation located at 3027 Teagarden St, San Leandro, CA 94577, United States ("Party A") and Xiamen 35.com Technology Co. Ltd., an internet technology limited liability company located in Xiamen, Fujian Province, China ("Party B").  Each of the parties hereto is referred to individually as a "Party" and collectively as the "Parties".

WHEREAS, Party A is an accredited registrar of the Internet Corporation for Assigned Names and Numbers;

WHEREAS, Party A desires to engage Party B to provide certain fee-based domain registration related oursourcing services;

WHEREAS, Party B desires to provide such services to Party A;

NOW, THEREFORE, in consideration of their mutual undertakings, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereto agree as follows:

1.  <u>Outsourcing Service Provided</u>

(a) Subject to the terms and conditions of this Contract, Party A hereby retains Party B to perform certain outsourcing services, and Party B agrees, subject to the terms and conditions of this Contract, to render such services during the term of this Contract.   The Outsourcing service (collectively, the "Outsourcing") shall include:

    (i)    Website design;

    (ii)   New product research and development;

    (iii)  System maintenance;

35CN0040455

(iv) Technical support and technical consultation;

(v) Marketing, Sales, Support service;

(vi) Other services which two parties agree;

(b) Party A shall comply with Party B's requests for information and provide Party B access to all documents and files necessary to the performance of Party B's duties under this Contract.

2.  Compensation and reimbursement

(a) In consideration of the Services to be provided by Party B to Party A, Party A shall make a monthly payment of USD$ ▮▮▮▮▮▮ (the "Payment") for the term of this Contract.  The Payment shall be made within thirty (30) days following the invoice date.

(b) The Payment shall be made by wire or other mutually agreed means to Party A's bank account as follows:

| | | |
|---|---|---|
| Intermediary Bank | Intermediary Bank: | Union Bank of California International, New York |
| | Account No | 91-283986-1121 |
| | Swift Code: | BOFCUS33NYK |
| Beneficiary Bank | Beneficiary Bank: | China Merchants Bank, Xiamen Branch |
| | Swift Code: | CMBCCNBS471 |
| Account No: | 2080827432001 | Xiamen 35.com Technology Co., Ltd |
| Address: | 1F-4, Technical Service Building Software Park, Torch Hi-Tech Zone, Xiamen Fujian CN 361012 | |

3.  Term: This Contract shall remain in force for a period of one (1) year commencing on the date first written above, unless sooner terminated as

35CN0040455

hereinafter provided, or unless extended by Contract of the Parties.

4.    Termination of Contract: This Contract may be terminated by either Party, with or without cause, upon thirty (30) days prior written notice to the other Party.

5.    Indemnification:    Party A agrees to indemnify, defend and hold harmless Party B as well as its employees, directors, officers from and against any and all demands, claims, and loss or threatened loss by reason of the liability or potential liability of Party A arising out of or in connection with this Contract.

6.    Modification:    No alteration or modification of this Contract shall be valid unless made in writing and executed by the Parties.

7.    Arbitration:    The Parties agree that any dispute arising out of or in connection with this Contract shall be resolved through good faith negotiations. If the Parties are unable to settle the dispute, either Party is entitled to initiate arbitration at the XIAMEN Arbitration Commission (the Arbitration Commission") in accordance with the arbitration rules of the Arbitration Commission in force at the time the arbitration is initiated.   There shall be three arbitrators, with the first two appointed by each Party and the third arbitrator appointed by the Arbitration Commission.   All fees and expenses of the arbitrators and other related arbitration costs and expenses shall be divided evenly between the Parties.

8.    Counterparts: This Contract shall be executed in two (2) counterparts.

9.    Governing Laws:    This Contract shall be governed by and construed in accordance with the laws of the People's Republic of China, without reference to any choice of law or conflicts of law provisions or rule that would

call for the application of the law of any other jurisdiction.

10.    <u>Severability</u>:    If any provision of this Contract is held unenforceable, then such provision will be modified to reflect the Parties' intention. All remaining provisions of this Contract shall remain in full force and effect.

IN WITNESS WHEREOF, the Parties have caused this Contract to be duly executed on the day and year first above written.

(Signatures begin on next page)





CONFIDENTIAL

Party A：OnlineNic, Inc          Party B: Xiamen 35.com Technology Co. Ltd.

Signature: Carrie Yu .     Signature:

Date: Jan. 1st , 2020.     Date: 2020. 1. 10

CONFIDENTIAL                                                    35CN0040455

## Service Outsourcing Contract

This Service Outsourcing Contract（the "Contract"） is dated as of 2021-01-01 by and between OnlineNic, Inc, a California Corporation located at 3027 Teagarden St, San Leandro, CA 94577, United States ("Party A") and Xiamen 35.com Technology Co. Ltd., an internet technology limited liability company located in Xiamen, Fujian Province, China ("Party B").  Each of the parties hereto is referred to individually as a "Party" and collectively as the "Parties".

WHEREAS, Party A is an accredited registrar of the Internet Corporation for Assigned Names and Numbers;

WHEREAS, Party A desires to engage Party B to provide certain fee-based domain registration related oursourcing services;

WHEREAS, Party B desires to provide such services to Party A;

NOW, THEREFORE, in consideration of their mutual undertakings, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereto agree as follows:

1.  Outsourcing Service Provided

(a) Subject to the terms and conditions of this Contract, Party A hereby retains Party B to perform certain outsourcing services, and Party B agrees, subject to the terms and conditions of this Contract, to render such services during the term of this Contract.   The Outsourcing service (collectively, the "Outsourcing") shall include:



    (i)    Website design;

    (ii)   New product research and development;

    (iii)  System maintenance;

(iv)  Technical support and technical consultation;

(v)  Marketing, Sales, Support service;

(vi)  Other services which two parties agree;

(b) Party A shall comply with Party B's requests for information and provide Party B access to all documents and files necessary to the performance of Party B's duties under this Contract.

2.  Compensation and reimbursement

(a) In consideration of the Services to be provided by Party B to Party A, Party A shall make a monthly payment of USD$ ▮▮▮▮ (the "Payment") for the term of this Contract.  The Payment shall be made within thirty (30) days following the invoice date.

(b) The Payment shall be made by wire or other mutually agreed means to Party A's bank account as follows:

| | | |
|---|---|---|
| Intermediary Bank | Intermediary Bank: | Union Bank of California International, New York |
| | Account No | 91-283986-1121 |
| | Swift Code: | BOFCUS33NYK |
| Beneficiary Bank | Beneficiary Bank: | China Merchants Bank, Xiamen Branch |
| | Swift Code: | CMBCCN8S471 |
| Account No: | 2080827432001 | Xiamen 35.com Technology Co., Ltd |
| Address: | 1F-4, Technical Service Building Software Park, Torch Hi-Tech Zone, Xiamen Fujian CN 361012 | |

3.  Term:  This Contract shall remain in force for a period of one (1) year commencing on the date first written above, unless sooner terminated as

35CN0040468

hereinafter provided, or unless extended by Contract of the Parties.

4.    Termination of Contract: This Contract may be terminated by either Party, with or without cause, upon thirty (30) days prior written notice to the other Party.

5.    Indemnification:    Party A agrees to indemnify, defend and hold harmless Party B as well as its employees, directors, officers from and against any and all demands, claims, and loss or threatened loss by reason of the liability or potential liability of Party A arising out of or in connection with this Contract.

6.    Modification:    No alteration or modification of this Contract shall be valid unless made in writing and executed by the Parties.

7.    Arbitration:    The Parties agree that any dispute arising out of or in connection with this Contract shall be resolved through good faith negotiations. If the Parties are unable to settle the dispute, either Party is entitled to initiate arbitration at the XIAMEN Arbitration Commission (the Arbitration Commission") in accordance with the arbitration rules of the Arbitration Commission in force at the time the arbitration is initiated.    There shall be three arbitrators, with the first two appointed by each Party and the third arbitrator appointed by the Arbitration Commission.    All fees and expenses of the arbitrators and other related arbitration costs and expenses shall be divided evenly between the Parties.

8.    Counterparts: This Contract shall be executed in two (2) counterparts.

9.    Governing Laws:    This Contract shall be governed by and construed in accordance with the laws of the People's Republic of China, without reference to any choice of law or conflicts of law provisions or rule that would

CONFIDENTIAL

call for the application of the law of any other jurisdiction.

10.    <u>Severability</u>:    If any provision of this Contract is held unenforceable, then such provision will be modified to reflect the Parties' intention. All remaining provisions of this Contract shall remain in full force and effect.

IN WITNESS WHEREOF, the Parties have caused this Contract to be duly executed on the day and year first above written.


(Signatures begin on next page)

Party A: OnlineNic, Inc                Party B: Xiamen 35.com Technology Co. Ltd.

Signature:     _Carie Yu_ .    Signature:

Date:     Jan. 3, 202|      Date:

35CN0040468