Exhibit 39

Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
2225 E. Bayshore Road, Suite 200
Palo Alto, CA 94303
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>Plaintiffs,<br>v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED.<br><br>Defendants. | Case No. 19-CV-07071-SVK<br><br>**RESPONSES OF ONLINENIC, INC. AND DOMAIN ID SHIELD TO PLAINTIFF FACEBOOK, INC.'S SPECIAL COURT ORDERED INTERROGATORIES.** |

PROPOUNDING PARTY:    Facebook, Inc.

RESPONDING PARTY:     OnlineNIC, Inc. and Domain ID Shield Services Co., Limited

SET NO.:              One (1)

Defendants OnlineNIC, Inc. and Domain ID Shield Services Co., Limited ("Defendants") hereby respond to Facebook, Inc.'s Special Court Ordered Interrogatories as follows:

PRELIMINARY STATEMENT

A.    The specific responses as set forth below are for the purposes of discovery only and Defendants do not intend to waive, but expressly reserve, any and all objections and may have to the relevance, competence, materiality, admissibility or use at trial of any information, documents

- 1-


# RESPONSES

**SPECIAL INTERROGATORY NO. 1:**

Explain in detail all payments made by ONLINENIC and DOMAIN ID SHIELD to 35.CN between 2009 and the present day, including the date, amount and reason for the payment.

**RESPONSE TO INTERROGATORY NO. 1:**

Responsive information is located at Exhibit 1.

**SPECIAL INTERROGATORY NO. 2:**

Explain in detail all payments made by 35.CN to or on behalf of ONLINENIC and DOMAIN ID SHIELD between 2009 and the present day, including the date, amount and reason for the payment.

**RESPONSE TO INTERROGATORY NO. 2:**

Responsive information is located at Exhibit 2.

**SPECIAL INTERROGATORY NO. 3:**

Explain in detail all loans made by ONLINENIC and DOMAIN ID SHIELD to any PERSON or PERSONS between 2009 and the present day, including but not limited to the name of the PERSON or PERSONS, the amount of the loan, the terms of the loan (i.e., interest rate, payment, length), any security provided for the loan and the reason for the loan.

**RESPONSE TO INTERROGATORY NO. 3:**

Responsive information is located at Exhibit 3.

**SPECIAL INTERROGATORY NO. 4:**

Explain in detail all payments made by the PERSON or PERSON identified in response to Special Interrogatory No. 3 to pay back the loans made by ONLINENIC and DOMAIN ID SHIELD.

**RESPONSE TO INTERROGATORY NO. 4:**

None.

**SPECIAL INTERROGATORY NO. 5:**

Explain in detail all loans made by any PERSON or PERSONS to or on behalf of ONLINENIC and DOMAIN ID SHIELD between 2009 and the present day, including but not limited to the name of the lender, the amount of the loan, the terms of the loan (i.e., interest rate, payment, length), any security provided for the loan and the reason for the loan.

**RESPONSE TO INTERROGATORY NO. 5:**

Responsive information is located at Exhibit 5.1 and 5.2.

**SPECIAL INTERROGATORY NO. 6:**

Explain in detail all payments made by ONLINENIC and DOMAIN ID SHIELD, or any other PERSON or PERSONS on behalf of ONLINENIC and DOMAIN ID SHIELD, to pay back the loans identified in response to Special Interrogatory No. 5.

**RESPONSE TO INTERROGATORY NO. 1:**

Responsive information is located at Exhibit 6.

**SPECIAL INTERROGATORY NO. 7:**

ITEMIZE all financial support provided to DOMAIN ID SHIELD as referenced in the Notes to DOMAIN ID SHIELD's financial statements (ONLINENIC_283796 – ONLINENIC_283906), including but not limited to the amount, the date provided and the PERSON or PERSONS providing the financial support.

**RESPONSE TO INTERROGATORY NO. 7:**

Responsive information is located at Exhibit 7.

**SPECIAL INTERROGATORY NO. 8:**

ITEMIZE and explain in detail ONLINENIC's expense of "Salaries, Wages and Benefits" as listed in ONLINENIC's financial statements and tax returns from 2009 to the present, and IDENTIFY the PERSON or PERSONS who paid and received the "Salaries, Wages and Benefits" and the job title for the work they performed for ONLINENIC.

## VERIFICATION

I, YU HONGXIA, am an officer of Domain ID Shield Services Co., Limited and OnlineNIC, Inc. I am authorized to sign this verification. I believe, based on reasonable inquiry, that the foregoing Responses of Domain ID Shield Services Co., Limited and OnlineNIC, Inc. to Plaintiffs Facebook's Special Court ordered Interrogatorries are true and correct to the best of my knowledge, information and belief.

I verify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: June 9, 2021 at Xiamen, China

By: _____
Yu Hongxia

| Year | payment | Payee | Reason |
|---|---|---|---|
| | | Exhibit 1 | |
| 2009 | | 35.com | Outsourcing service |
| 2010 | | 35.com | Outsourcing service |
| 2011 | | 35.com | Outsourcing service |
| 2012 | | 35.com | Outsourcing service |
| 2013 | | 35.com | Outsourcing service |
| 2014 | | 35.com | Outsourcing service |
| 2015 | | 35.com | Outsourcing service |
| 2015 | | 35.com | website development |
| 2016 | | 35.com | Outsourcing service |
| 2017 | | 35.com | Outsourcing service |
| 2017 | | 35.com | site outsourcing |
| 2017 | | verisign | OnlineNIC loan to 35.com through registry account |
| 2017 | | verisign | OnlineNIC loan to 35 's through registry account |
| 2018 | | 35.com | Outsourcing service |
| 2018 | | verisign | OnlineNIC loan to 35 's through registry account |
| 2019 | | 35.com | Outsourcing service |
| 2020 | | 35.com | Outsourcing service |

CONFIDENTIAL

|  |  |  | EXHIBIT 2 |  |  |
|---|---|---|---|---|---|
| Year | payment | payee | reason of payment | Repaid Loans ||
|  |  |  |  | year | amount |
| 2018 | ▮ | OnlineNIC | return three loans referenced in Ex. 1 | 2017 | ▮ |
|  |  |  |  | 2017 | ▮ |
|  |  |  |  | 2018 | ▮ |

CONFIDENTIAL

| EXHIBIT 3 | | | | |
|---|---|---|---|---|
| Year | payment | payee | reason of payment | other terms |
| 2013 | ██████ | L&L Oil LLC | personal loan from OnlineNIC's employee: Rex Liu | none |

CONFIDENTIAL

| year | Loaner | payment | reason of loan | note |
|---|---|---|---|---|
| | | | EXHIBIT 5.1 | |
| 2009 | Gongshao hong | | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Guanrui yun | | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Guanxiao min | | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Guoyi re | | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Guozhi min | | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Huangyi neng | | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Huangzhi yong | | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Jiangzhao yu | | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Lin cai | | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Lin lan | | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Xielin zheng | | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Xierong qin | | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Chenxue yi | | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Yucheng bing | | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Yufei fei | | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Zeng cheng | | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Zeng cheng | | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Zhangxiao dong | | fund business operations | loan made to OnlineNIC registry account |
| 2009 | Zhengcai hong | | fund business operations | loan made to OnlineNIC registry account |
| 2009 | SUN SHAOFENG | | Fund Verizon litigation | |
| 2009 | zhang xiaodong | | fund business operations | |
| 2009 | chen xueyi | | fund business operations | |
| 2009 | linlan | | fund business operations | |
| 2009 | guo zhemin | | fund business operations | |
| 2009 | zheng caihong | | fund business operations | |
| 2009 | huang yineng | | fund business operations | |
| 2009 | shi xiajun | | fund business operations | |
| 2009 | guan ruiyun | | fund business operations | |
| 2009 | INTRA | | fund business operations | |
| 2009 | INTRA | | fund business operations | |
| 2010 | Guanxiao min | | fund business operations | loan made to OnlineNIC registry account |
| 2010 | Caimin ru | | fund business operations | loan made to OnlineNIC registry account |
| 2010 | Jiangli | | fund business operations | loan made to OnlineNIC registry account |
| 2010 | Linyue jiao | | fund business operations | |
| 2010 | Zhangxiao dong | | fund business operations | |
| 2010 | Sixia jun | | fund business operations | loan made to OnlineNIC registry account |
| 2010 | Zhengcai hong | | fund business operations | loan made to OnlineNIC registry account |
| 2011 | Huangzheng xing | | fund business operations | |
| 2011 | Jiangzhao yu | | fund business operations | |
| 2011 | Tonggui hua | | fund business operations | |
| 2011 | Zhongyong chen | | fund business operations | loan made to OnlineNIC registry account |
| 2011 | Chenming zhao | | fund business operations | loan made to OnlineNIC registry account |
| 2011 | Jiangli | | fund business operations | loan made to OnlineNIC registry account |
| 2011 | Linyue jiao | | fund business operations | loan made to OnlineNIC registry account |
| 2011 | Caimin ru | | fund business operations | loan made to OnlineNIC registry account |
| 2011 | Zhangxiao dong | | fund business operations | loan made to OnlineNIC registry account |
| 6/4/2019 | KENNEDYS LEGAL | | fund business operations | See Note below |
| 5/31/2019 | KENNEDYS LEGAL | | fund business operations | See Note below |

Due to China's foreign currency control policy, individual lenders could not transer funds to OnlineNIC in the US.

CONFIDENTIAL

These loans were made by these individuals through a conduit, through Kennedy Legal. See Exhibit 5.2 for list of individual lenders

CONFIDENTIAL

EXIBIT 5.2

| Lender | Amount |
|---|---|
| South Pacific Holdings group | █████ |
| South Pacific Holdings group | █████ |
| Tianjing li | █████ |
| south Pacific Holdings group | █████ |
| Golden Merge | █████ |
| Golden Merge | █████ |
| AN HJIASHENG | █████ |
| RUI CHEN | █████ |
| AN JIASHENG | █████ |
| RUI CHEN | █████ |
| ZEYOU QIU | █████ |
| Top World Holdings | █████ |
| RUI CHEN | █████ |
| SIJIA CHEN | █████ |
| SGD5304.06 | ████ |
| Qiubao yu | ████ |
| YANG LIU QING | █████ |
| LIFENG | ████ |
| TMF Services(china) Co,.LTD | ████ |
| Dror Yizhak & Co Law company | ████ |
| Dror Yizhak & Co Law company | █████ |
| WU JIANXIA | ████ |
| Oriental Tycoon Investments Limite | ██ |
| Oriental Tycoon Investments Limite | ███ |

CONFIDENTIAL

| | | | | | EXHIBIT 6 | |
|---|---|---|---|---|---|---|
| year | month | day | payee | payment | notes | |
| 2011 | 10 | 14 | MINXI HK | ▓ | Collection of SUN SHAOFENG loans | |
| 2011 | | | | ▓ | Can't find details | |
| 2011 | 10 | 11 | zhangxiaodong | | Repay the 2009&2011 loan | |
| 2011 | 10 | 11 | zhengcaihong | | Repay the 2009 loan | |
| 2011 | 10 | 11 |  Linlan | | Repay the 2009 loan | |
| 2011 | 10 | 11 |  Huangzhiyong | | Repay the 2009 loan | |
| 2011 | 10 | 11 | Guanruiyun | | Repay the 2009 loan | |
| 2011 | 10 | 11 | Tonguihua | ▓ | Repay the 2011 loan | |
| 2011 | 10 | 11 | Gongshaohong | | Repay the 2009 loan | |
| 2011 | 9 | 20 | xueyichen | | Repay the 2009 loan | |
| 2011 | 9 | 20 | Jiangzhaoyu | | Repay the 2011 loan | |
| 2013 | 3 | 14 | Intra | | Pay back to Intra for the money borrowed | |
| 2013 | | | | | Can't find details | |
| 2014 | 8 | 22 | Luo, Ding Ding | | Collection of SUN SHAOFENG loans | |
| 2014 | 8 | 22 | Liu, Jia Yi | | Collection of SUN SHAOFENG loans | |
| 2014 | 8 | 22 | Luo, Liang Liang | | Collection of SUN SHAOFENG loans | |
| 2014 | 8 | 22 | Liu, Miao Fu | | Collection of SUN SHAOFENG loans | |
| 2014 | 8 | 22 | Yang, Xiao Ping | | Collection of SUN SHAOFENG loans | |
| 2014 | 12 | 4 | Intra | | Pay back to Intra for the money borrowed | |
| 2014 | 9 | 15 | Intra | ▓ | Pay back to Intra for the money borrowed | |
| 2014 | 1 | 6 | Intra | | Pay back to Intra for the money borrowed | |
| 2015 | 10 | 9 | Luo ganggang | | Collection of Lincai's ▓ in 2009, Xie LingZheng's ▓ in 2009. | |
| 2015 | 9 | 17 | Luo ganggang | | Collection of Zeng Cheng loans of ▓ in 2009, Shi Xiajun's ▓ in 2009 | |
| 2015 | 8 | 18 | can not find the detail | | can not find the detail | |
| 2015 | 4 | 16 | Intra | | Pay back to Intra for the money borrowed | |
| 2015 | 1 | 12 | MR DL COOKE | ▓ | Collection of linyuejiao loans of ▓ in 2009 | |
| 2016 | 6 | 1 | Yong Jing Zou | | Repay Jiang Li's loan of ▓ in 2010 and ▓ in 2011 | |
| 2016 | 4 | 7 | Hong, Wenbin | | Collection of SUN SHAOFENG loans | |
| 2016 | 4 | 5 | zhangxiaodong | ▓ | Pay back for the loans of ▓ borrowed in 2009, ▓ borrowed in 2010, ▓ borrowed in 2011 | |
| 2016 | 4 | 5 | jiangzhaoyu | ▓ | Pay back to this people for the money borrowed, ▓ in 2009, ▓ in 2011 | |
| 2016 | 4 | 5 | zhengcaihong | ▓ | Pay back for the loans of ▓ borrowed in 2009, ▓ borrowed in 2010, ▓ borrowed in 2010 | |
| 2016 | 9 | 15 | huangzhenxing | | Pay back for money borrowed in 2011 | |
| 2016 | 8 | 8 | dengyingqi | | Collection of SUN SHAOFENG loans in 2009 | |
| 2016 | 8 | 8 | hanyueguang | | Collection of SUN SHAOFENG loans in 2009 | |
| 2016 | 8 | 8 | zhangmin | | Collection of SUN SHAOFENG loans in 2009 | |
| 2016 | 9 | 27 | Intra | | Pay back to Intra for the money borrowed | |
| 2016 | 12 | 9 | GOOGLE | ▓ | | |
| 2016 | 11 | 14 | GOOGLE | | | |
| 2016 | 11 | 7 | GOOGLE | | | |
| 2016 | 11 | 4 | GOOGLE | | | |
| 2016 | 11 | 4 | GOOGLE | | | |
| 2016 | 11 | 4 | GOOGLE | | | |
| 2017 | 4 | 18 | huangzhenxing | ▓ | Pay back for the loans of ▓ borrowed in 2011, collection of Linyuejiao loans ▓ | |
| 2017 | 10 | 20 | Linda Liu | | Collection of Guozhimin loans of ▓ in 2009, Huangyineng loans of ▓ in 2009 | |
| 2018 | 2 | 14 | huangzhenxing | | Collection of Caiminru loans of ▓ in 2010, loans of ▓ in 2011 | |
| 2018 | 11 | 26 | WUJIANXIA | | Collection of SUN SHAOFENG loans in 2009 | |
| 2018 | 8 | 17 | Tou Ka Hang | | Collection of SUN SHAOFENG loans in 2009 | |
| 2018 | 6 | 7 | RUAN HUANG | | Collection of SUN SHAOFENG loans in 2009 | |
| 2018 | 1 | 16 | GONG SHAO HUI | | Collection of SUN SHAOFENG loans in 2009 | |
| 2018 | 2 | 5 | Rex Liu | ▓ | Collection of guozhimin loans of ▓ in 2009, Huangyineng loans of ▓ in 2009, Shixiajun loans of ▓ in 2009 | |
| 2019 | 12 | 30 | South Pacific Holdings group | ▓ | Collection of KENNEDYS LEGAL loans in 2009 | |
| 2019 | 12 | 12 | South Pacific Holdings group | | Collection of KENNEDYS LEGAL loans in 2009 | |
| 2019 | 12 | 2 | Tianjing li | | Collection of KENNEDYS LEGAL loans in 2009 | |
| 2019 | 11 | 25 | south Pacific Holdings group | | Collection of KENNEDYS LEGAL loans in 2009 | |
| 2019 | 10 | 23 | Golden Merge | | Collection of KENNEDYS LEGAL loans in 2009 | |
| 2019 | 10 | 21 | Golden Merge | | Collection of KENNEDYS LEGAL loans in 2009 | |
| 2019 | 10 | 21 | AN HJIASHENG | | Collection of KENNEDYS LEGAL loans in 2009 | |
| 2019 | 9 | 3 | RUI  CHEN | | Collection of KENNEDYS LEGAL loans in 2009 | |
| 2019 | 8 | 28 | AN JIASHENG | | Collection of KENNEDYS LEGAL loans in 2009 | |
| 2019 | 8 | 22 | Rex Liu | | Collection of Jiangli loans ▓ in 2011 | |
| 2019 | 8 | 22 | can not find the detail | ▓ | can not find the detail | |
| 2019 | 8 | 20 | RUI  CHEN | | Collection of KENNEDYS LEGAL loans in 2009 | |
| 2019 | 8 | 2 | ZEYOU QIU | | Collection of KENNEDYS LEGAL loans in 2009 | |
| 2019 | 7 | 12 | Top World Holdings | | Collection of KENNEDYS LEGAL loans in 2009 | |
| 2019 | 7 | 1 | RUI  CHEN | ▓ | Collection of KENNEDYS LEGAL loans in 2009 | |