# Exhibit 40



# State of California
## Secretary of State

**11**

06-417931

### STATEMENT OF INFORMATION
(Domestic Stock Corporation)

FEES (Filing and Disclosure): $25.00. If amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. **CORPORATE NAME** (Please do not alter if name is preprinted.)

C2435100
U.S.A. INTRA, CORP.
2315 26TH AVE
SAN FRANCISCO CA 94116

**FILED**
In the office of the Secretary of State
of the State of California

SEP 1 3 2006

This Space For Filing Use Only

**DUE DATE: 07-31-06**

**CALIFORNIA CORPORATE DISCLOSURE ACT** (Corporations Code section 1502.1)
A publicly traded corporation must file with the Secretary of State a Corporate Disclosure Statement (Form SI-PT) annually, within 150 days after the end of its fiscal year. Please see reverse for additional information regarding publicly traded corporations.

**NO CHANGE STATEMENT**

2. ☐ If there has been no change in any of the information contained in the last Statement of Information filed with the Secretary of State, check the box and proceed to Item 15.

If there have been any changes to the information contained in the last Statement of Information filed with the Secretary of State, or no statement has been previously filed, this form must be completed in its entirety.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 3 and 4 cannot be P.O. Boxes.)

3. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE: 2315 26th Ave. — CITY AND STATE: San Francisco, CA — ZIP CODE: 94116
4. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY — STATE: CA

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

5. CHIEF EXECUTIVE OFFICER: Shaohui Gong — ADDRESS: 2315 26th Ave. — San Francisco, CA 94116
6. SECRETARY: Hongbing Xue — ADDRESS: 2315 26th Ave. — San Francisco, CA 94116
7. CHIEF FINANCIAL OFFICER: Hongbing Xue — ADDRESS: 2315 26th Ave. — San Francisco, CA 94116

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director. Attach additional pages, if necessary.)

8. NAME: Shaohui Gong — ADDRESS: 2315 26th Ave. — San Francisco, CA 94116
9. NAME: Hongbing Xue — ADDRESS: 2315 26th Ave. — San Francisco, CA 94116
10. NAME:

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California address. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 13 must be left blank.)

12. NAME OF AGENT FOR SERVICE OF PROCESS: Rex W. Liu
13. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL: 2315 26th Ave. — San Francisco, CA 94116

**TYPE OF BUSINESS**

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION: Domain Registration & Web Hosting Service

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

Rex W. Liu — [signature] — COO — 8/10/06

TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM — SIGNATURE — TITLE — DATE

SI-200 N/C (REV 05/2005) — APPROVED BY SECRETARY OF STATE

039434S



# State of California
## Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

S

**E-Q95032**

**FILED**

In the office of the Secretary of State of the State of California

**Feb - 20  2013**

This Space For Filing Use Only

1. **CORPORATE NAME**
   U.S.A. INTRA, CORP.
   2266 33RD AVE.
   SAN FRANCISCO CA 94116

2. **CALIFORNIA CORPORATE NUMBER**   C2435100

**No Change Statement** ( Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**
   If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 2266 33RD AVE. | SAN FRANCISCO | CA | 94116 |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | CAMELIA H LOPEZ | 2266 33RD AVE. | SAN FRANCISCO | CA | 94116 |
| 8. SECRETARY | REX W LIU | 2266 33RD AVE. | SAN FRANCISCO | CA | 94116 |
| 9. CHIEF FINANCIAL OFFICER/ | HONGXIA H YU | 2266 33RD AVE. | SAN FRANCISCO | CA | 94116 |

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 10. | REX W LIU | 2266 33RD AVE. | SAN FRANCISCO | CA | 94116 |
| 11. | | | | | |
| 12. | | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O.Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of S addre certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS
    REX W LIU

15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**   CITY   STATE   ZIP CODE
    2266 33RD AVE.   SAN FRANCISCO   CA   94116

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
    DOMAIN REGITRATION, WEB HOSTIN

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 02/20/2013 | REX W LIU | SECRETARY | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2012)   APPROVED BY SECRETARY OF STATE