# Exhibit 42

```
 1                    UNITED STATES DISTRICT COURT
 2                   NORTHERN DISTRICT OF CALIFORNIA
 3
 4   FACEBOOK, INC., AND          )
     INSTAGRAM, LLC,              )
 5                                )
                                  )
 6            PLAINTIFFS,         )
                                  )
 7      VS.                       )  CASE NO. 5:19-CV-07071-SVK
                                  )
 8   ONLINENIC INC.; DOMAIN ID    )
     SHIELD SERVICE CO.,          )
 9   LIMITED; AND DOES 1-20,      )  CERTIFICATE RE
                                  )  NONAPPEARANCE OF
10            DEFENDANTS.         )  CARRIE YU
     _____)
11
12
13           I, MARK MCCLURE, C.S.R. NO. 12203, Certified
14   Shorthand Reporter in and for the County of Santa
15   Barbara, State of California, do hereby certify:
16           That on Wednesday, July 14, 2021, the
17   deposition of Carrie Yu, having been set by notice, was
18   scheduled to be taken by Zoom remote technology, at 4:00
19   p.m., PDT, before me;
20           That at said date and time, I was present at
21   the above-mentioned address;
22           That at 4:00 p.m. of said date, Counsel for
23   the Plaintiffs stated that he had received a message
24   from counsel for the defendants indicating that the
25   deponent would not appear for deposition at the time and
```

Page 1

```
 1   place so designated.
 2              At 4:00 p.m., with the deponent and
 3   plaintiff counsel having failed to appear, the
 4   following statement was made for the record:
 5              MR. KROLL:  I'd like to mark as
 6         Exhibit 17 to this deposition the
 7         Plaintiff's Special Court Ordered Notice
 8         of Deposition of Domain ID Shield Service
 9         Company Limited Pursuant to Federal Rule
10         of Civil Procedure 30(b)(6).
11              (Exhibit No. 17 marked for
12         identification.)
13              MR. KROLL:  This deposition was
14         scheduled pursuant to this notice and the
15         court's order to begin today, July 14, at
16         4:00 o'clock p.m., to last until 9:00
17         o'clock p.m., and continue tomorrow, July
18         15, from 4:00 o'clock p.m. to 9:00
19         o'clock p.m.
20              About a half an hour ago, I received
21         an email from Perry Narancic, who
22         represents Domain ID Shield.  I have his
23         permission to read the email into the
24         record.
25              He writes:  "Defendants are not in a
```

1           position to continue to defend this
2           litigation at this time due to inadequate
3           financial resources and other matters.
4           Defendants are evaluating their options
5           at this time to determine if the
6           situation can be remedied.
7                "Accordingly, defendants will not be
8           able to be present at today's scheduled
9           deposition of Domain ID Shield and ask
10          that they be continued for one week to
11          allow defendants time to conclude their
12          assessment.
13               "Feel free to ring me, if you wish to
14          discuss."
15               I did speak with Mr. Narancic.  I've
16          also sent him an email and told him that
17          we expected his client to appear at the
18          deposition, given the notice and given
19          the court's order.  There is a status
20          conference scheduled for Tuesday, and I
21          told him that we will address this issue
22          before per then.
23               I have nothing further to add.
24               Thank you very much.
25   ///

Page 3

1        I CERTIFY THAT I AM NOT COUNSEL TO ANY OF THE

2   PARTIES HEREIN, NOR IN ANY MANNER INTERESTED IN THE

3   OUTCOME OF SUCH ACTION.

4

5        IN WITNESS WHEREOF, I HAVE HEREUNTO SUBSCRIBED

6   MY NAME THIS 14TH DAY OF JULY, 2021.

7

8          *[signature: M. McClure]*

9

10       MARK MCCLURE, C.S.R. NO. 12203

11       CERTIFIED SHORTHAND REPORTER

12       COUNTY OF SANTA BARBARA, STATE OF CALIFORNIA

13

14

15

16

17

18

19

20

21

22

23

24

25

**[07071 - record]**

| 0 | case 1:7 | f | mcclure 1:13 4:10 |
|---|---|---|---|
| **07071** 1:7 | **certificate** 1:9 | **facebook** 1:4 | **mentioned** 1:21 |
| **1** | **certified** 1:13 4:11 | **failed** 2:3 | **message** 1:23 |
| **1-20** 1:9 | **certify** 1:15 4:1 | **federal** 2:9 | **n** |
| **12203** 1:13 4:10 | **civil** 2:10 | **feel** 3:13 | **name** 4:6 |
| **14** 1:16 2:15 | **client** 3:17 | **financial** 3:3 | **narancic** 2:21 3:15 |
| **14th** 4:6 | **company** 2:9 | **following** 2:4 | **nonappearance** 1:9 |
| **15** 2:18 | **conclude** 3:11 | **free** 3:13 | **northern** 1:2 |
| **17** 2:6,11 | **conference** 3:20 | **further** 3:23 | **notice** 1:17 2:7,14 3:18 |
| **17688** 4:9 | **continue** 2:17 3:1 | **g** | |
| **2** | **continued** 3:10 | **given** 3:18,18 | **o** |
| **2021** 1:16 4:6 | **counsel** 1:22,24 2:3 4:1 | **h** | **o'clock** 2:16,17,18 2:19 |
| **3** | **county** 1:14 4:12 | **half** 2:20 | **onlinenic** 1:8 |
| **30** 2:10 | **court** 1:1 2:7 | **hereunto** 4:5 | **options** 3:4 |
| **5** | **court's** 2:15 3:19 | **hour** 2:20 | **order** 2:15 3:19 |
| **5:19** 1:7 | **cv** 1:7 | **i** | **ordered** 2:7 |
| **6** | **d** | **identification** 2:12 | **outcome** 4:3 |
| **6** 2:10 | **date** 1:20,22 | **inadequate** 3:2 | **p** |
| **a** | **day** 4:6 | **indicating** 1:24 | **p.m.** 1:19,22 2:2 2:16,17,18,19 |
| **able** 3:8 | **defend** 3:1 | **instagram** 1:4 | **parties** 4:2 |
| **action** 4:3 | **defendants** 1:10 1:24 2:25 3:4,7,11 | **interested** 4:2 | **pdt** 1:19 |
| **add** 3:23 | **deponent** 1:25 2:2 | **issue** 3:21 | **permission** 2:23 |
| **address** 1:21 3:21 | **deposition** 1:17,25 2:6,8,13 3:9,18 | **j** | **perry** 2:21 |
| **ago** 2:20 | **designated** 2:1 | **july** 1:16 2:15,17 4:6 | **place** 2:1 |
| **allow** 3:11 | **determine** 3:5 | **k** | **plaintiff** 2:3 |
| **appear** 1:25 2:3 3:17 | **discuss** 3:14 | **kroll** 2:5,13 | **plaintiff's** 2:7 |
| **assessment** 3:12 | **district** 1:1,2 | **l** | **plaintiffs** 1:6,23 |
| **b** | **domain** 1:8 2:8,22 3:9 | **limited** 1:9 2:9 | **position** 3:1 |
| **b** 2:10 | **due** 3:2 | **litigation** 3:2 | **present** 1:20 3:8 |
| **barbara** 1:15 4:12 | **e** | **llc** 1:4 | **procedure** 2:10 |
| **c** | **email** 2:21,23 3:16 | **m** | **pursuant** 2:9,14 |
| **c.s.r.** 1:13 4:10 | **evaluating** 3:4 | **manner** 4:2 | **r** |
| **california** 1:2,15 4:12 | **exhibit** 2:6,11 | **mark** 1:13 2:5 4:10 | **read** 2:23 |
| **carrie** 1:10,17 | **expected** 3:17 | **marked** 2:11 | **received** 1:23 2:20 |
| | | **matters** 3:3 | **record** 2:4,24 |

**[remedied - zoom]**

| | |
|---|---|
| **remedied** 3:6<br>**remote** 1:18<br>**reporter** 1:14 4:11<br>**represents** 2:22<br>**resources** 3:3<br>**ring** 3:13<br>**rule** 2:9 | **tuesday** 3:20 |
| | **u** |
| | **united** 1:1 |
| | **v** |
| | **vs** 1:7 |
| | **w** |
| **s** | **wednesday** 1:16<br>**week** 3:10<br>**whereof** 4:5<br>**wish** 3:13<br>**witness** 4:5<br>**writes** 2:25 |
| **santa** 1:14 4:12<br>**scheduled** 1:18<br>  2:14 3:8,20<br>**sent** 3:16<br>**service** 1:8 2:8<br>**set** 1:17<br>**shield** 1:8 2:8,22<br>  3:9<br>**shorthand** 1:14<br>  4:11<br>**signature** 4:9<br>**situation** 3:6<br>**speak** 3:15<br>**special** 2:7<br>**state** 1:15 4:12<br>**stated** 1:23<br>**statement** 2:4<br>**states** 1:1<br>**status** 3:19<br>**subscribed** 4:5<br>**svk** 1:7 | |
| | **y** |
| | **yu** 1:10,17 |
| | **z** |
| | **zoom** 1:18 |
| **t** | |
| **taken** 1:18<br>**technology** 1:18<br>**thank** 3:24<br>**time** 1:20,25 3:2,5<br>  3:11<br>**today** 2:15<br>**today's** 3:8<br>**told** 3:16,21<br>**tomorrow** 2:17 | |

Page 2

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

<tr>
</tr>

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.