# Exhibit 44

2、监事会成员

陈雪宜女士，中国国籍，1979年2月出生，无境外永久居留权，大专学历，毕业于厦门理工学院会计电算化专业；陈雪宜女士2005年7月入职公司后历任财务部会计主管、财务部副经理、审计部经理、内部审计部门负责人，现任公司监事、监事会主席、内部审计部门负责人；陈雪宜女士2018年4月28日起兼任厦门三五数字科技有限公司监事，2016年4月13日起兼任厦门邮洽信息科技有限公司监事，2016年11月15日起兼任广州三五互联科技有限公司监事，2016年1月4日起兼任济南三五互联科技有限公司监事。

Ms. Chen Xueyi, Chinese nationality, was born in February 1979 and without overseas permanent residency. She has a college degree and was graduated from the accounting computerization major of the Xiamen University of Technology. Ms. Chen Xueyi joined the company and in July 2005 and had been the accounting supervisor of the financial department, the deputy manager of the financial department, the manager of the auditing department, the person in charge of the internal audit department. She is currently the supervisor, the president of the supervisory board, and the person in charge of the internal audit department. Ms. Chen Xueyi has become the supervisor of Xiamen 35.com Technology Co. Ltd. since April 28, 2018, the supervisor of Xiamen Youqia Information Technology Co., Ltd. since April 13, 2016, the supervisor of Guangzhou 35.com Technology Co. Ltd. since November 15, 2016, and the supervisor of Jinan 35.com Technology Co. Ltd. since January 4, 2016.