**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Leah Rosa Vulić (Bar No. 343520)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
liana@kr.law
leah@kr.law

Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FACEBOOK, INC., et al., | Case No. 3:19-cv-07071-SI |
| Plaintiffs, | |
| v. | **DECLARATION OF ZHANG WEIWEI IN SUPPORT OF DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD. PURSUANT TO FED. R. CIV. P. 37 [D.E. 299]** |
| ONLINENIC INC., et al., | |
| Defendants. | |
| | Date: June 16, 2023 |
| | Time: 10:00 a.m. |
| | Ctrm: 1, 17th Floor |
| | Judge: Hon. Susan Illston |

Case No. 3:19-cv-07071-SI                DECL OF Z. WEIWEI ISO DEF'S OPP TO
                                         PLTFS' MTN TO STRIKE & FOR DEFAULT

I, Zhang Weiwei, do hereby declare:

1. I am over the age of 18, and I am the Deputy General Manager of Defendant Xiamen 35.com Technology Co., Ltd. ("35.CN"). Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called as a witness I would testify to the facts contained in this declaration.

2. Select 35.CN employees have performed customer service, sales, and technical work for OnlineNIC pursuant to an Outsourcing Agreement between 35.CN and OnlineNIC. For this work, the employees report to separate OnlineNIC management.

3. The business transactions and any loans and payments between 35.CN and OnlineNIC are pursuant to formal written contracts and/or payment records, including for US-based services, such as SSL services, and marketing in connection with Verisign.

4. Plaintiffs claim that certain 35.CN employees loaned money to OnlineNIC. These are not transactions involving 35.CN. Plaintiffs also identified individual names using Hanyu Pinyin spelling, rather than in Chinese characters, which makes it difficult to confirm the individuals or loan information. We did not locate any evidence that 35.CN has involved in outstanding OnlineNIC/ID Shield loans, 35.CN has no knowledge of those individuls that involved in outstanding OnlineNIC/ID Shield loans or that there were any loans that were suspicious or contrary to normal Chinese business practices.

5. 35.CN did not control or participate in the purported "destruction of evidence" as alleged against OnlineNIC and ID Shield in this case. 35.CN has its own document database in China. 35.CN does not use the "Kayako" ticket database.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11 day of April, 2023 in Xiamen, China.

By: _____
Zhang Weiwei

Case No. 3:19-cv-07071-SI      1      DECL OF Z. WEIWEI ISO DEF'S OPP TO PLTFS' MTN TO STRIKE & FOR DEFAULT