TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:      213.430.3400
Facsimile:      213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.) and
INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI<br><br>**SUPPLEMENTAL DECLARATION OF HOWARD A. KROLL IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD. PURSUANT TO FED. R. CIV. P. 37**<br><br>[FILED UNDER SEAL]<br><br>DATE: June 16, 2023<br>TIME: 10:00 a.m.<br>CTRM: 1 – 17th Floor<br><br>Hon. Susan Illston |

I, Howard A. Kroll, declare as follows:

1.  I am a partner at Tucker Ellis LLP, attorneys of record for Plaintiffs in this action. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2.  I have reviewed the documents produced by Defendants Xiamen 35.com Internet Technology Co., Ltd. ("35.CN"), OnlineNIC, Inc. ("OnlineNIC") and Domain ID Shield Service Co., Limited ("ID Shield") (collectively, "Defendants") in this case. Together, OnlineNIC and ID Shield are referred to as the "OnlineNIC Defendants."

3.  Documents produced by Defendants which relate to the management of OnlineNIC are on 35.CN letterhead describing: (1) the "Statement of Work" for a Customer Service Manager in the Software Outsourcing Center of 35.CN; (2) a "Monthly Performance Appraisal Form" for an employee in the Software Outsourcing Center of 35.CN; and (3) a "New Employee Training Plan" for such an employee.

4.  The Statement of Work shows that the Software Outsourcing Center of 35.CN is a division of 35.CN's International Business Department. A copy of the Statement of Work (Bates Stamp Nos. ONLINENIC 187254-257), along with a certified translation, is attached to this Supplemental Declaration as **Exhibit 1**. This Statement of Work is designated "CONFIDENTIAL" by the OnlineNIC Defendants.

5.  The Monthly Performance Appraisal Form is for Sun Wenxu, the Customer Service Manager of 35.CN's International Business Department. Pursuant to Exhibit 13 to my initial Declaration (ECF Nos. 299.15, 300.16 at 27.), Mr. Wenxu worked for 35.CN and at OnlineNIC and had the email address sunwx@35.CN and peter@onlinenic.com. A copy of the Monthly Performance Appraisal Form for Sun Wenxu (Bates Stamp Nos. ONLINENIC 187305-06), along with a certified translation, is attached to this Supplemental Declaration as **Exhibit 2**. This Monthly Performance Appraisal is designated "CONFIDENTIAL" by the OnlineNIC Defendants.

6.  The New Employee Training Plan is for Xie Yanju, Overseas Customer Service Specialist in the International Business Department for 35.CN being trained by, among others, Lin Yangqing. Pursuant to Exhibit 13 to my initial Declaration (ECF Nos. 299.15, 300.16 at 28.), Mr. Yangqing worked for 35.CN and at OnlineNIC and had the email address linyq@35.CN and steven@onlinenic.com. A copy of the New Employee Training Plan for Xie Yanju (Bates Stamp No. ONLINENIC 187307), along with

a certified translation, is attached to this Supplemental Declaration as **Exhibit 3**. This New Employee Training Plan is designated "CONFIDENTIAL" by the OnlineNIC Defendants.

7. Defendants did not produce a lease agreement between OnlineNIC and 35.CN for OnlineNIC to use office space in the building owned by 35.CN. Nor did Defendants produce financial documents showing that rent was paid by OnlineNIC to 35.CN for the office space.

8. OnlineNIC produced an Organization Chart of 35.CN's Software Outsourcing Center which shows Minghe Wang aka Wang Minghe as the director. The Organization Chart also shows that Yu Hongxia aka Carrie Yu is the Assistant to Director who reports directly to Mr. Wang. A copy of this Organization Chart (Bates Stamp No. ONLINENIC 187271), along with a certified translation, is attached to this Supplemental Declaration as **Exhibit 4**. This Organization Chart is designated "CONFIDENTIAL" by the OnlineNIC Defendants.

9. Defendants did not produce any email or document from Minghe Wang to Carrie Yu or the other managers of OnlineNIC giving instructions on how to run OnlineNIC or that demonstrate any involvement by Mr. Wang in the operation of OnlineNIC.

10. Defendants did not produce any email or document from Zhipo Chen to Carrie Yu or the other managers of OnlineNIC giving instructions on how to run OnlineNIC or that demonstrate any involvement by Ms. Chen in the operation of OnlineNIC.

11. Defendants did not produce any document evidencing or substantiating that OnlineNIC was purchased by Ms. Zhipo Chen.

12. As described more fully in my initial Declaration (ECF Nos. 299-3, 300.06), 35.CN in its response to Interrogatory No. 16, identified over $■■■■■■■ in "Purchase Payments for US-Based Services" paid to OnlineNIC between 2015 and 2021. OnlineNIC never disclosed receipt of these payments in its responses to discovery. 35.CN produced this information on December 22, 2022 after Plaintiffs moved to compel this information and after Judge Tse granted Plaintiffs' motion in part.

13. 35.CN purportedly terminated its Service Outsourcing Agreement with OnlineNIC in 2021. A copy of the Termination of Service Outsourcing Agreement (Bates Stamp No. 35CN0040533) is attached to this Supplemental Declaration as **Exhibit 5**. This Termination of Service Outsourcing Agreement is designated "CONFIDENTIAL" by 35.CN.

14. On July 13, 2021, I took Day 1 of the 30(b)(6) deposition of OnlineNIC. Ms. Yu was the designee of OnlineNIC for this deposition. A copy of relevant excerpts from the July 13, 2021 deposition transcript is attached to this Supplemental Declaration as **Exhibit 6**. These deposition excerpts contain material designated "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by OnlineNIC pursuant to the Protective Order.

15. On July 14, 2021, I took Day 2 of the 30(b)(6) deposition of OnlineNIC. Ms. Yu was the designee of OnlineNIC for this deposition. A copy of relevant excerpts from the July 14, 2021 deposition transcript is attached to this Supplemental Declaration as **Exhibit 7**. These deposition excerpts contain material designated "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by OnlineNIC pursuant to the Protective Order

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on May 11, 2023, in Los Angeles, California.

    /s/ Howard A. Kroll