# Exhibit 1

# 三五互联科技股份有限公司
# 工作说明书

| | |
|---|---|
| 职位： | 客服部经理 |
| 部门： | 国际业务部 |
| 地点： | 厦门 |
| 事业部： | 软件外包中心 |
| 直接上级： | 中心总监 |

**GENERAL FUNCTION:**

一般职能：

根据公司战略发展规划，负责 OnlineNIC 客服团队建设及日常管理工作；客户关系一般性维护，配合销售部、市场部一起完成部门各项年度经营指标。

**RESPONSIBILITY:**

职责：

1、负责客户服务标准、业务标准和流程的制定，规范客户服务行为。

2、负责客户及其他机构咨询、投诉等监督检查工作，发现问题及时处理。

3、负责客户回访制度的建立，并监督实施。

4、负责组织客户信用审核及客户档案管理工作。

5、负责客服部的团队建设，内部培训及监督考核。

6、配合市场部进行新品推广，市场调研等各项工作。

7. 配合销售部进行客户开发，关系维护等各项工作。

8、定期向上级反馈可行性工作方法，及工作流程等改进建议。

9、定期向上级述职，按时完成各项报表（周报,年报及其他统计分析报表）。

10、及时完成上级领导交办的其他任务。

---

厦门三五互联科技股份有限公司（35互联）　　　　　　　　　　电话：0592-5391809、2957000
地址：厦门市观日路 8 号（软件园二期·三五互联大厦）　　　　邮编：361008

CONFIDENTIAL                                                                                           ONLINENIC 187254

A. **Supervision:**

下属：

1) 总人数：7 人

2) 直接下属：7 人

B. **Accountability:**

C. 责任： 负责 OnlineNIC 客服团队建设及日常管理工作；客户关系一般性维护，配合销售部、市场部一起完成部门各项年度经营指标。

D. **Work Equipment**

工作设备：电脑

D. **Performance KPI**

考核指标

1. 部门制度和流程建设
2. 部门团队建设
3. 客户满意度
4. 业绩完成率
5. 跨部门协作满意度

**Qualification:**

任职要求：

E. **Education and Experience:**

厦门三五互联科技股份有限公司（35 互联）　　　　　　　　　电话：0592-5391809、2957000
地址：厦门市观日路 8 号（软件园二期·三五互联大厦）　　　　邮编：361008

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ONLINENIC 187255

教育背景和经验：

1) 专科以上学历，计算机、管理类相关专业为佳；

2) 五年以上工作经验，认同企业文化，忠诚度高，具有客户服务管理工作经验优先；

3) 性格成熟稳重，文案写作能力，应变能力，协调能力和沟通能力强；

F. **Skills Required:**

必需技能：

1) 具备的中英文写作、口语和阅读能力；

2) 熟悉 IT 行业管理规则和流程，掌握客户关系管理，客户服务技巧等基础知识等；

3) 熟悉掌握 IT、信息化、电子商务相关知识；熟练使用 OFFICE 办公软件；

4) 具备计划、监控能力、解决问题能力、辅导与反馈能力以及持续学习提高的能力

G. **Physical Requirements:**

体格要求：

1) 身体健康

2) 能承受高强度工作

3) 能承受较大精神压力

4) 能够适应不定期出差

---

厦门三五互联科技股份有限公司（35 互联）　　　　　　　　　　　电话：0592-5391809、2957000
地址：厦门市观日路 8 号（软件园二期·三五互联大厦）　　　　　邮编：361008

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　ONLINENIC 187256



制定　　_____　　日期　　_____

批准　　_____　　日期　　_____

编号：35COM-HR-[2010]0630090

厦门三五互联科技股份有限公司（35 互联）　　　　　电话：0592-5391809、2957000
地址：厦门市观日路 8 号（软件园二期·三五互联大厦）　　邮编：361008

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　ONLINENIC 187257

[logo:] Beta v2.0 35.com · Leading Business

**Xiamen 35.com Technology Co., Ltd.**

Statement of Work

**Designation: Customer Service Manager**

**Department: International Business Department**

**Location: Xiamen**

**Division: Software Outsourcing Center**

**Direct Superior: Center Director**

---

[bilingual text]

**GENERAL FUNCTION:**

Responsible for OnlineNIC customer service team-building and routine management work; general maintenance of customer relations, and cooperation with the Sales Department and the Marketing Department for achievement of the department's annual operating indicators in accordance with the company's strategic development plan.

[bilingual text]

**RESPONSIBILITY:**

1. Responsible for the formulation of customer service standards, business standards and processes, and regulation of customer service behavior.

2. Responsible for the supervision and inspection work pertaining to customer and other institutions' inquiries and complaints, etc., and prompt handling of problems discovered.

3. Responsible for the establishment of customer return visit system and supervision of system implementation.

4. Responsible for organizing customer credit review and customer file management work.

5. Responsible for team-building, internal training, and supervision and assessment of the Customer Service Department.

6. Cooperate with the Marketing Department to carry out new product promotion, market research and other such work.

7. Cooperate with the Sales Department for customer development, relationship maintenance and other such work.

8. Provide regular feedback on feasible working methods and improvement suggestions for work processes, etc. to superiors.

9. Report to superiors on a regular basis, and complete various reports (weekly report, annual report and other statistical analysis reports) on time.

10. Complete other tasks assigned by superiors in a timely manner.

---

Xiamen 35.com Technology Co., Ltd. (35.com)   Telephone: 0592-5391809, 2957000
Address: No. 8 Guanri Road, Xiamen (Software Park Phase   Postal Code: 361008
II · Sanwu Internet Building)

CONFIDENTIAL                                                ONLINENIC 187254

[logo:] Beta v2.0 35.com · Leading Business

A. **Supervision:**

**Subordinates:**

1) Total number of persons: 7 persons

2) Direct subordinates: 7 persons

B. **Accountability:**

C. **Responsibility:** Responsible for OnlineNIC customer service team-building and routine management work; general maintenance of customer relations, and cooperation with the Sales Department and the Marketing Department for achievement of the department's annual operating indicators.

D. **[bilingual text]**

**Work equipment:** computer

D. **Performance KPI**

**Performance Indicator**

1. Development of departmental systems and processes
2. Departmental team-building
3. Customer satisfaction
4. Performance achievement rate
5. Level of satisfaction with cross-departmental collaboration

**Qualification:**

Xiamen 35.com Technology Co., Ltd. (35.com)　　　　　　　　　　Telephone: 0592-5391809, 2957000
Address: No. 8 Guanri Road, Xiamen (Software Park Phase　　　　Postal Code: 361008
II · Sanwu Internet Building)

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　ONLINENIC 187255

[logo:] Beta v2.0 35.com · Leading Business

E. [bilingual text]

**Education and Experience:**

1) College degree or above, majors in computer science and management are preferred;

2) More than five years of work experience, aligned with corporate culture, high level of loyalty, and experience in customer service management is preferred;

3) Mature and stable in character, possesses copywriting ability, is adaptable, and has strong coordination and communication skills.

F. [bilingual text]

**Skills Required:**

1) Proficient in Chinese and English writing, speaking and reading;

2) Familiar with IT industry management rules and procedures, mastery of customer relationship management, customer service skills and other basic knowledge;

3) Familiar with IT, informatization, and e-commerce related knowledge; proficient use of OFFICE software;

4) Possesses planning, monitoring, problem-solving and coaching capabilities, able to give good feedback, and has the capacity for continuous learning and improvement

G. [bilingual text]

**Physical Health Requirements:**

1) Healthy

2) Able to withstand high-intensity work

3) Able to withstand high mental stress

4) Able to adapt to ad-hoc business trips

---

Xiamen 35.com Technology Co., Ltd. (35.com)                                    Telephone: 0592-5391809, 2957000
Address: No. 8 Guanri Road, Xiamen (Software Park Phase                         Postal Code: 361008
II · Sanwu Internet Building)

CONFIDENTIAL                                                                ONLINENIC 187256

[logo:] Beta v2.0 35.com · Leading Business

| Formulated By | _____ | Date | _____ |

| Approved By | _____ | Date | _____ |

Serial number: 35COM-HR-[2010]0630090

Xiamen 35.com Technology Co., Ltd. (35.com)    Telephone: 0592-5391809, 2957000
Address: No. 8 Guanri Road, Xiamen (Software Park Phase    Postal Code: 361008
II · Sanwu Internet Building)

CONFIDENTIAL    ONLINENIC 187257



City of New York, State of New York, County of New York

I, Shayna Himelfarb, hereby certify that the document "**ONLINENIC 187254-57**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_____
Shayna Himelfarb

Sworn to before me this
September 20, 2022

_____
Signature, Notary Public



_____
Stamp, Notary Public
LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE