# Exhibit 2

## 35.COM 厦门三五互联科技股份有限公司

# _____月度绩效考核表

| 姓名 | Person 18 | | 员工编号 | | | 填表日期 | |
|---|---|---|---|---|---|---|---|
| 所在部门 | 国际业务部 | | 岗 位 | 客服部经理 | | 入司日期 | |
| 考核期间 | | | 年 月 ~ 年 月 | | | | |

| 项目 | 考核指标 | 权重% | 考评说明 | 考核 | 复评 |
|---|---|---|---|---|---|
| 量化指标 | 事业部业绩完成率 (Division Achievement) | 30 | 以事业部销售业绩达成率 S 衡量：<br>1. X>100%（30 +），30 分起每增加一个%点，加 1 分。<br>2. 80%≤X≤100%（24 - 30 分）。X = 80%，得分为 24，正向递升。<br>3. X< 80%（24 -），每减少一个%，减一分。 | | |
| | 客户满意度 (Customer Satisfaction) | 30 | 考核的样本 C 来自于客户的评价，基数=150 份。<br>客户评分值(0-10)，换算为此项分数=(评分平均值/10) *30<br>如果样本基数 C≤150，那么此项分数=(评分平均值/10) *30*(C/150) | | |
| | 团队工作量绩效 (Overall Quality Indicator) | 30 | AVG =512 （去年的客服平均月工作量）<br>客服当月的工作量 Q 和平均值（AVG）的比较。<br>1. 如果(Q>AVG)的客服个数=客服团队个数的 60%，则此项目得分=24。<br>2. 如果 (X>AVG)的客服个数<客服团队个数的 60%，则此项目得分以 24 为基数，少一个此项得分减 3 分。<br>3. 如果 (X>AVG)的客服个数>客服团队个数的 60%，则此项目得分=24，多一个此项得分加 1 分。若全部的客服完成值超过 AVG，则此项目得分=30。 | | |
| 行为指标 | 自身行为 (Self Behavior) | 10 | 纪律守则遵守，流程制定、执行，质量监督，培训激励，内部协调，反馈改善，交办事务处理等。 | | |
| 分数 | 合计 | 100 | | | |
| 月度绩效总评 | □优　秀：出色完成改进计划，并超出预期目标<br>□良　好：及时完成改进计划，完成预期目标<br>□尚　可：基本完成改进计划，有待进一步提高<br>□有待改进：未完成改进计划，与计划目标相比有差距 | | | | |
| | 评价说明 | | | | |

被考核人： Person 2　　　　　　　　　日期：_____年___月___日

考核人： _____　　　　　　　日期：_____年___月___日

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　ONLINENIC 187305

复评人：　　_____　　　　　　　　日期：　　_____年___月____日

复评人：　　_____　　　　　　　　日期：　　_____年___月____日

CONFIDENTIAL					ONLINENIC 187306

[logo: 35.com] **Xiamen 35.com Technology Co., Ltd.**

## _____Monthly Performance Appraisal Form

| Name | Person 18 | Employee Number | | Date of Completion | |
|---|---|---|---|---|---|
| Department | International Business Department | Position | Customer Service Manager | Date of Employment | |
| Appraisal Period | | (month) (year) to (month) (year) | | | |
| Item | Performance Indicator | Weighting % | Assessment Description | Assessment | Review |
| Quantitative Indicators | Division's Performance Achievement Rate % | 30 | Using the Division's sales achievement rate S for measurement: <br> 1. where X > 100% (30+), 1 point will be added for each additional % point from 30 points onwards. <br> 2. 80% ≤ X ≤ 100% (24 - 30 points). where X = 80%, the score is 24, and the score increases positively. <br> 3. where X < 80% (24 -), 1 point will be deducted for every 1% decrease. | | |
| | Customer Satisfaction | 30 | Sample C of the appraisal comes from customer evaluation, and the base number = 150 copies. Conversion of customer rating (0 – 10) to this score = (average rating/10) *30 <br> If the sample base C ≤ 150, then the score = (average rating/10)*30*(C/150) | | |
| | Team quota performance (Overall Quality Indicator) | 30 | AVG = 512 (average monthly customer service quota in the previous year) <br> Comparison between the customer service quota Q in the current month and the average value (AVG). <br> 1. If the number of customers served (Q > AVG) = 60% of the total quota of the customer service team, the score for this item = 24. <br> 2. If the number of customers served (X > AVG) < 60% of the total quota of the customer service team, 3 points will be deducted from the base value of 24 points for one item less. <br> 3. If the number of customers served (X > AVG) > 60% of the total quota of the customer service team, 1 point will be added to the base value of 24 points for one additional item. If the total customer service completion value exceeds AVG, the score for this item = 30. | | |
| Behavioral Indicator | Self Behavior | 10 | Compliant with disciplinary code, formulated and implemented processes, carried out quality supervision, attended training to enhance work motivation, carried out internal coordination, provided feedback for improvement, executed proper work assignment and handling, etc. | | |
| Score | Total | 100 | | | |
| Overall Monthly Performance Review | ☐ Excellent: <br> ☐ Good: <br> ☐ Satisfactory: <br> ☐ Room for improvement: | | Excellent completion of improvement plans and exceeded the expected goals <br> Completed the improvement plans in time and achieved the expected goals <br> Basically completed the improvement plans and further improvement is needed <br> Has not completed the improvement plans and there is a gap compared with the planned goals | | |
| | Assessment Description | | | | |

Appraisee:     Person 2                             Date: ____ (month) ____ (day), ____ (year)
Appraiser:     _____                        Date: ____ (month) ____ (day), ____ (year)

Reviewer: _____   Date: ____ (month) ____ (day), ____ (year)

CONFIDENTIAL                                                                 ONLINENIC 187306



City of New York, State of New York, County of New York

I, Shayna Himelfarb, hereby certify that the document "**ONLINENIC 187305-06**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_____
Shayna Himelfarb

Sworn to before me this
September 20, 2022

_____
Signature, Notary Public



_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE