# Exhibit 4

软件外包中心组织架构图（13）



图例说明：

| | |
|---|---|
| | 暂缺位置 |
| 红色字体 | 提出辞职的员工 |
| 绿色字体 | 新进员工 |
| *斜体字* | 兼职员工 |

总监
王鸣赫

总监助理
于红霞

业务拓展部经理
于红霞（兼）

客户服务部经理
Person 18

市场部经理
Person 2

见习副经理
陈丽俐

客服组长
Persons 19-20

gtld项目专员
缺

亚太区业务专员
Person 17

客服专员（5）
Persons 21-25

产品专员
Person 26

欧非区业务专员

美洲区业务专员

韩国区业务专员
（缺）

CONFIDENTIAL

## Organization Chart of Software Outsourcing Center (13)



Legend Description:

|  | Temporarily vacant |
| --- | --- |
| Red font | Employees who have tendered their resignations |
| Green font | New employees |
| *Italics* | Employees serving in concurrent positions |

Director
Wang Minghe

Assistant to Director
Yu Hongxia

Business Development Manager
*Yu Hongxia
(concurrently)*

Customer Service Manager
Person 18

Marketing Manager
Person 2

Trainee Deputy Manager
Chen Lili

Business Specialist for Asia Pacific
Person 17

Business Specialist for Europe and Africa

Business Specialist for the Americas

Business Specialist for Korea
(vacant)

Customer Service Team Leaders
Persons 19-20

Customer Service Specialists (5)
Persons 21-25

gtld Project Specialist
Vacant

Product Specialist
Person 26

CONFIDENTIAL



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Shayna Himelfarb, hereby certify that the document "**ONLINENIC 187271**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_____
Shayna Himelfarb

Sworn to before me this
September 15, 2022

_____
Signature, Notary Public



_____
Stamp, Notary Public