# Exhibit 5

211 00901

## Termination of Service Outsourcing Contract

**THIS TERMINATION Contract** (the "Contract") dated this first day of September, 2021.

**BETWEEN:**

OnlineNic, Inc. of a California Corporation located at 3027 Teagarden St, San Leandro, CA 94577, United States

**- AND -**

Xiamen 35.com Technology Co. Ltd., of an internet technology limited liability company located in Xiamen, Fujian Province, China

(collectively the "Parties" and individually the "Party")

**BACKGROUND**

A. The Parties are presently bound by the following contract (the "Contract") dated the first day of January, 2021:

Service Outsourcing Contract

B. The Parties wish to terminate the Contract and resolve any and all rights and obligations arising out of the Contract.

**IN CONSIDERATION OF** and as a condition of the Parties entering into this Agreement and other valuable consideration, the receipt and sufficiency of which consideration is acknowledged, the Parties agree as follows:

**Termination**

1. By this Agreement the Parties mutually terminate and cancel the Contract effective the first day of September, 2021.

**Outstanding Obligations**

CONFIDENTIAL

35CN0040533

2. The Parties acknowledge by this Agreement that the consideration provided and received by each other is fair, just and reasonable and that no further consideration, compensation or obligation will be due, payable or owing with regard to the Contract as of the execution date of this Agreement.

**Release**

3. By this Agreement the Parties release each other from any and all claims, causes of action, demands and liabilities of whatever nature which either Party had in the past, has now or may have in the future arising from or related to the Contract.

**Confidentiality**

4. The Parties acknowledge and agree that all parties to this Agreement will keep completely confidential the terms and conditions of this Agreement, the Contract and any financial, operational or confidential information of any kind not already public.

**Governing Law**

5. This Contract shall be governed by and construed in accordance with the laws of the People's Republic of China, without reference to any choice of law or conflicts of law provisions or rule that would call for the application of the law of any other jurisdiction.

6. This Agreement may be executed in counterparts.

7. This Agreement will not be assigned either in whole or in part by any party to this Agreement without the written consent of the other Party.

8. If any term, covenant, condition or provision of this Agreement is held by a court of competent jurisdiction to be invalid, void or unenforceable, it is the Parties' intent that such provision be reduced in scope by the court only to the extent deemed necessary by that court to render the provision reasonable and enforceable and the remainder of the provisions of this Agreement will in no way be affected, impaired or invalidated as a result.

**IN WITNESS WHEREOF** *the Parties have duly affixed their signatures under hand and seal on this first day of September, 2021.*

Party A: OnlineNic, Inc

Signature: _____

Date: _____

Party B: Xiamen 35.com Technology Co. Ltd.

Signature: _____

Date: _____

CONFIDENTIAL

35CN0040533