# Exhibit 6

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3
 4     FACEBOOK, INC. AND INSTAGRAM, )
       LLC,                          )
 5                                   )
                 PLAINTIFFS,         )
 6                                   )   CASE NO.
          V.                         )   5:19-CV-07071-SVK
 7                                   )
       ONLINENIC, INC.; DOMAIN ID    )
 8     SHIELD SERVICES CO., LIMITED; )
       AND DOES 1-20,                )
 9                                   )
                 DEFENDANTS.         )
10     _____)
11
12
13
              VIDEOTAPED DEPOSITION OF THE PERSON
14
                MOST QUALIFIED OF ONLINENIC, INC.,
15
                          CARRIE YU
16
                    TUESDAY, JULY 13, 2021
17
                      CHINA STANDARD TIME
18
19
                          VOLUME I
20
21
22
23
       JOB NO. CA 4690900
24     REPORTED BY  MARK McCLURE, CRR
       CAL CSR 12203
25     PAGES 1 - 83
```

Page 1

```
 1   VIDEOTAPED DEPOSITION OF CARRIE YU, PMQ, VOLUME I, TAKEN
 2   AT 7:09 A.M., TUESDAY, JULY 13, 2021, CHINA STANDARD
 3   TIME, VIA VERITEXT REMOTE TECHNOLOGY, BEFORE MARK
 4   McCLURE, C.S.R. #12203, CERTIFIED SHORTHAND REPORTER IN
 5   AND FOR THE STATE OF CALIFORNIA.
 6
 7   APPEARANCES OF COUNSEL:
 8   FOR THE PLAINTIFFS FACEBOOK, INC. AND INSTAGRAM:
 9            (APPEARING BY VIDEOCONFERENCE)
              TUCKER ELLIS LLP
10            BY:  HOWARD A. KROLL, ESQ.
              515 SOUTH FLOWER STREET
11            FORTY-SECOND FLOOR
              LOS ANGELES, CALIFORNIA 90071
12            213.430.3400
              HOWARD.KROLL@TUCKERELLIS.COM
13
14   FOR THE DEFENDANTS ONLINENIC, INC. AND DOMAIN ID SHIELD
     SERVICES CO., LIMITED:
15
              (APPEARING BY VIDEOCONFERENCE)
16            LEXANALYTICA, PC
              BY:  PERRY J. NARANCIC, ESQ.
17            2225 E. BAYSHORE ROAD, SUITE 200
              PALO ALTO, CALIFORNIA 94303
18            650.655.2800
              PJN@LEXANALYTICA.COM
19
20   ALSO PRESENT:
21            DAVID STEELE, TUCKER ELLIS
22            HELENA GUYE, TUCKER ELLIS
23            BART KESSEL, TUCKER ELLIS
24            STACY CHEN, ATTORNEY, FACEBOOK
25            OLIVIA GONZALEZ, ATTORNEY, FACEBOOK
```

Page 2

```
 1   ALSO PRESENT:   - CONTINUED
 2              AMANDA LIN, CHINESE INTERPRETER
 3              DREW DORSEY, VIDEOGRAPHER
 4              CRAIG JONES, VERITEXT CONCIERGE
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   to Exhibit 005, right?
 2        Q.   Yes, page 3.
 3        A.   I see it.
 4        Q.   Is the contract you're referring to Exhibit 3?
 5        A.   We have two documents pertaining to No. 3.
 6        Q.   What are the two documents?
 7        A.   One is about the details of the loan, the
 8   other one is the loan contract.
 9        Q.   What page is the document about the details of
10   the loan?
11        A.   Let me see what page it is.
12             What page is it for Exhibit 3?
13        Q.   Exhibit 3 is on page 11 of 25.
14        A.   Yes, that's the one.
15        Q.   And what page is the document that has the
16   loan contract?
17        A.   The contract is not within this document.
18        Q.   Who prepared the exhibits to Exhibit 5?
19        A.   Those were prepared by me, together with the
20   finance staff and Rex.
21        Q.   What finance people were involved?
22        A.   Sily Chen.
23        Q.   Let me see if I have this correct.
24             Mr. Zhipo Chen -- his office is located on the
25   third floor of 8 Guanri Road Software Park, is that
```

1  correct?
2       A.   No.
3       Q.   Where is his office located?
4       A.   I don't remember the exact name of the road,
5  but we are in the same software park.  He has other
6  companies.
7       Q.   What are the names of his other companies?
8       A.   It's a company that sells tea.
9       Q.   Do you know the address of his companies?
10      A.   I've only been to this tea-selling company of
11 his.  If you want the address, I can look into it and
12 provide it to you next time.
13           Also, it's Ms. Chen Zhipo.  Zhipo Chen is a
14 lady.
15      Q.   I apologize.  I thought Zhipo Chen was a man.
16 My regrets if I have asked an inappropriate question.
17           Zhipo Chen -- strike that.
18           Does Zhipo Chen have an office at OnlineNIC in
19 China?
20      A.   No.
21      Q.   Zhipo Chen does have an office for her tea
22 company, though, correct?
23      A.   Yes.
24      Q.   And that office is located in the same
25 software park as OnlineNIC's office, is that correct?

Page 55

1      A.    Yes.
2      Q.    Are the responses to Exhibit 5 true and
3  accurate?
4      A.    Yes.
5      Q.    What reasonable inquiry did you do to
6  determine that the responses were true and accurate?
7      A.    I'm not sure what you're trying to ask in your
8  question.
9            Are you asking about the names of people or
10 about documents?
11     Q.    I'm actually asking about both.
12     A.    I remember I answered it earlier.
13     Q.    Well, you answered that you spoke with Sily
14 Chen and you spoke with Rex Liu.
15           Was that your investigation to determine
16 whether the responses are accurate?
17     A.    Yes.
18     Q.    Were there any other individuals that you
19 spoke with to determine that the responses to Exhibit 5
20 were accurate?
21     A.    The CEO of OnlineNIC.
22     Q.    We earlier talked about your employment
23 history and you had indicated that from 2002 to
24 approximately 2007 you were the customer service
25 personnel for OnlineNIC.

Page 56

```
 1   spelling.  The second one was Mr. Ding Jianshen.
 2   D-i-n-g, family name; J-i-a-n-s-h-e-n, first name.
 3              THE WITNESS:  The third one, which is the
 4   current one, is Mr. Hang Weiwei.
 5              INTERPRETER:  That's H-a-n-g, family name;
 6   W-e-i-w-e-i, first name.
 7   BY MR. KROLL:
 8        Q.    What years did you report to Shaohui Gong?
 9        A.    From the perspective of the work process and
10   the workflow, I did not need to report to Mr. Gong
11   directly.  Since my job level was a director, I reported
12   to the deputy general manager.  I did not need to report
13   to the general manager.
14        Q.    Who was the deputy general manager that you
15   reported to?
16        A.    I need to check documents because there were
17   many.  This job position had many people.
18        Q.    All right.  Let me see if I understand this
19   correctly.
20              When you were a director for 35.CN, you
21   reported to the CEO of 35.CN, as well as the CEO of
22   OnlineNIC, is that correct?
23        A.    With regard to work related to OnlineNIC, I
24   reported to the CEO of OnlineNIC; with regard to the
25   work related to the software outsourcing center, I
```