# Exhibit 7

1                    UNITED STATES DISTRICT COURT
2                   NORTHERN DISTRICT OF CALIFORNIA
3
4        FACEBOOK, INC. AND INSTAGRAM, )
         LLC,                          )
5                                      )
                  PLAINTIFFS,          )
6                                      )      CASE NO.
            v.                         )      5:19-CV-07071-SVK
7                                      )
         ONLINENIC, INC.; DOMAIN ID    )
8        SHIELD SERVICES CO., LIMITED; )
         AND DOES 1-20,                 )
9                                      )
                  DEFENDANTS.          )
10       _____)
11
12
13                  VIDEOTAPED DEPOSITION OF THE PERSON
14
15              MOST QUALIFIED OF ONLINENIC, INC.,
16                         CARRIE YU
                    WEDNESDAY, JULY 14, 2021
17                    CHINA STANDARD TIME
18
19                        VOLUME II
20
21
22
23
         JOB NO. CA 4690907
24       REPORTED BY: MARK McCLURE, CRR
                    CAL CSR 12203
25       PAGES 84 - 168

                                                    Page 1

```
1    VIDEOTAPED DEPOSITION OF CARRIE YU, VOLUME II, TAKEN AT
2    7:08 A.M., WEDNESDAY, JULY 14, 2021, VERITEXT REMOTE
3    TECHNOLOGY, BEFORE MARK McCLURE, C.S.R. #12203,
4    CERTIFIED SHORTHAND REPORTER IN AND FOR THE STATE OF
5    CALIFORNIA
6
7    APPEARANCES OF COUNSEL:
8    FOR THE PLAINTIFFS FACEBOOK, INC. AND INSTAGRAM:
9            (APPEARING BY VIDEOCONFERENCE)
             TUCKER ELLIS LLP
10           BY:  HOWARD A. KROLL, ESQ.
             515 SOUTH FLOWER STREET
11           FORTY-SECOND FLOOR
             LOS ANGELES, CALIFORNIA 90071
12           213.430.3400
             HOWARD.KROLL@TUCKERELLIS.COM
13
14   FOR THE DEFENDANTS ONLINENIC, INC. AND DOMAIN ID SHIELD
     SERVICES CO., LIMITED:
15
             (APPEARING BY VIDEOCONFERENCE)
16           LEXANALYTICA, PC
             BY:  PERRY J. NARANCIC, ESQ.
17           2225 E. BAYSHORE ROAD, SUITE 200
             PALO ALTO, CALIFORNIA 94303
18           650.655.2800
             PJN@LEXANALYTICA.COM
19
20   ALSO PRESENT:
21           DAVID STEELE, TUCKER ELLIS
22           HELENA GUYE, TUCKER ELLIS
23           BART KESSEL, TUCKER ELLIS
24           OLIVIA GONZALEZ, ATTORNEY, FACEBOOK
25
```

                                                        Page  2

1    ALSO PRESENT:  - CONTINUED

2              AMANDA LIN, INTERPRETER

3              DREW DORSEY, VIDEOGRAPHER

4              CRAIG JONES, VERITEXT CONCIERGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| 1 | charge of the financial matters of OnlineNIC. | 08:24 |
| 2 | Do you recall that? | 08:24 |
| 3 | A.    Yes. | 08:24 |
| 4 | Q.    Do you know Sily Chen's English name? | 08:24 |
| 5 | A.    This is her English name. | 08:24 |
| 6 | Q.    What is her Chinese name? | 08:25 |
| 7 | A.    Lili Chen. | 08:25 |
| 8 | INTERPRETER:   L-i-l-i C-h-e-n. | 08:25 |
| 9 | BY MR. KROLL: | 08:25 |
| 10 | Q.    And how old is Ms. Chen? | 08:25 |
| 11 | A.    In her 30s. | 08:25 |
| 12 | Q.    You also testified that even though she is in | 08:25 |
| 13 | charge of the financial matters of OnlineNIC, that she's | 08:26 |
| 14 | not the chief financial officer, is that correct? | 08:26 |
| 15 | A.    At least, she was not given such a title or a | 08:26 |
| 16 | position among the management team of OnlineNIC. | 08:26 |
| 17 | Q.    Who's the management team of OnlineNIC? | 08:26 |
| 18 | A.    I'm not sure what you're asking about for this | 08:26 |
| 19 | question. | 08:27 |
| 20 | Are you asking about the number of people on | 08:27 |
| 21 | the team or the names of the people on the team? | 08:27 |
| 22 | Q.    The names of the people on the management team | 08:27 |
| 23 | of OnlineNIC. | 08:27 |
| 24 | A.    First of all, the CEO is Zhipo Chen.  The vice | 08:27 |
| 25 | president is me.  The support manager is Jack.  The last | 08:27 |

Page 26

| | | |
|---|---|---|
| 1 | name of the sales manager is Lin. | 08:28 |
| 2 | INTERPRETER:  L-i-n. | 08:28 |
| 3 | THE WITNESS:  The marketing manager is Leon. | 08:28 |
| 4 | The last name of the manager of the technical | 08:28 |
| 5 | development department is Wang. | 08:28 |
| 6 | INTERPRETER:  W-a-n-g. | 08:28 |
| 7 | BY MR. KROLL: | |
| 8 | Q.   Is there anyone else on the management team of | 08:29 |
| 9 | OnlineNIC? | 08:29 |
| 10 | A.   I don't think so. | 08:29 |
| 11 | Q.   The support manager, whose name is Jack, do | 08:29 |
| 12 | you know his last name? | 08:29 |
| 13 | A.   Cheng. | 08:29 |
| 14 | INTERPRETER:  C-h-e-n-g. | 08:29 |
| 15 | BY MR. KROLL: | 08:29 |
| 16 | Q.   The marketing manager of OnlineNIC, whose | 08:29 |
| 17 | first name is Leon, do you know his last name? | 08:29 |
| 18 | A.   Huang. | 08:29 |
| 19 | INTERPRETER:  H-u-a-n-g. | 08:30 |
| 20 | BY MR. KROLL: | 08:30 |
| 21 | Q.   The sales manager, whose last name is Lin, do | 08:30 |
| 22 | you know his or her first name? | 08:30 |
| 23 | A.   I might have misspoken earlier.  His last name | 08:30 |
| 24 | is Lin. | 08:30 |
| 25 | INTERPRETER:  L-i-n. | 08:30 |

Page 27

```
 1    BY MR. KROLL:

 2         Q.   What is the Chinese name of Leon Huang?        08:40

 3         A.   Huang Zhenxin.                                  08:40

 4              INTERPRETER:  H-u-a-n-g, family name;

 5    Z-h-e-n-x-i-n, first name.

 6    BY MR. KROLL:

 7         Q.   What is the first name of the technical        08:41

 8    manager, whose last name is Wang?                        08:41

 9         A.   Huidong Wang.                                  08:41

10              INTERPRETER:  H-u-i-d-o-n-g, first name;

11    W-a-n-g, last name.

12    BY MR. KROLL:

13         Q.   Does he have an English name?                 08:41

14         A.   Which one are you asking about?               08:41

15         Q.   Huidong Wang.                                 08:41

16         A.   His English name is Evan.                     08:41

17              INTERPRETER:  E-v-a-n.                         08:41

18    BY MR. KROLL:

19         Q.   Let's see if I have this right.               08:42

20              The CEO, the vice president, the support      08:42

21    manager, the marketing manager, the sales manager and   08:42

22    the technical manager are the management team of        08:42

23    OnlineNIC, is that correct?                             08:42

24         A.   Yes.                                          08:42

25         Q.   Do all of the managers report to you, as the  08:42
```

Page 30

| | | |
|---|---|---|
| 1 | vice president? | 08:42 |
| 2 | A.   Yes. | 08:42 |
| 3 | Q.   I believe you testified that the management | 08:43 |
| 4 | team does not refer to Sily Chen or give her the title | 08:43 |
| 5 | of chief financial officer, is that correct? | 08:43 |
| 6 | A.   That's right. | 08:43 |
| 7 | MR. KROLL:  I'd like to mark as Exhibit 9 the | 08:43 |
| 8 | 2017 statement of information to the Secretary of State. | 08:43 |
| 9 | (Exhibit 9 marked for identification.) | 08:44 |
| 10 | BY MR. KROLL: | 08:44 |
| 11 | Q.   Ms. Yu, do you see that document? | 08:44 |
| 12 | A.   Which one, Exhibit 9? | 08:44 |
| 13 | Q.   9. | 08:44 |
| 14 | A.   Yes. | 08:45 |
| 15 | Q.   This is a document filed with the Secretary of | 08:45 |
| 16 | State for the State of California, filed by OnlineNIC on | 08:45 |
| 17 | July 24, 2017.  It is titled "Statement of Information." | 08:45 |
| 18 | It lists three officers of OnlineNIC. | 08:45 |
| 19 | Do you see that? | 08:45 |
| 20 | A.   Yes. | 08:45 |
| 21 | Q.   It lists Rex Liu as an officer of OnlineNIC. | 08:45 |
| 22 | Do you see that? | 08:46 |
| 23 | A.   Yes. | 08:46 |
| 24 | Q.   Is that a correct statement to the Secretary | 08:46 |
| 25 | of State? | 08:46 |

Page 31

```
1              MR. NARANCIC:  Howard, whenever you feel        09:31

2     comfortable --                                           09:31

3              MR. KROLL:  I have one more question and then    09:31

4     we'll take a break.                                      09:31

5              MR. NARANCIC:  No problem.                       09:31

6     BY MR. KROLL:

7         Q.   And are all members of the management team      09:31

8     paid by 35.CN?                                           09:31

9         A.   All the people are paid by 35.CN, for all       09:31

10    those people I just named, except for Zhipo Chen.        09:31

11        Q.   Does she receive any salary?                    09:32

12        A.   Not to my knowledge.                            09:32

13        Q.   Does she receive any money from OnlineNIC for   09:32

14    acting as the CEO?                                       09:32

15        A.   According to the financial information I have   09:32

16    come into contact with during the past few days for my   09:32

17    preparation for the deposition, the answer is no.        09:32

18        Q.   And just to make sure, is Zhipo Chen an         09:32

19    employee of 35.CN?                                       09:32

20             MR. NARANCIC:  Objection to form.               09:33

21             THE WITNESS:  She is not.                       09:33

22    BY MR. KROLL:

23        Q.   Has Zhipo Chen ever been an employee of 35.CN?  09:33

24             MR. NARANCIC:  Same objection.                  09:33

25             THE WITNESS:  No.                               09:33
```

Page 46

```
1              If you want to know the information, I can ask      11:34

2   Rex or ask Shaohui Gong.                                       11:34

3        Q.   You've repeatedly said that Rex Liu is a             11:34

4   long-standing employee of OnlineNIC.                           11:34

5              When did he begin work at OnlineNIC?                11:34

6        A.   I do not know the exact date, but he must have       11:35

7   joined OnlineNIC and started to work for OnlineNIC             11:35

8   before me.  The reason I say that was because he was           11:35

9   already an employee of OnlineNIC when I was appointed to       11:35

10  attend to work related to OnlineNIC.                           11:35

11       Q.   And you started to work for OnlineNIC in 2002,       11:35

12  is that correct?                                               11:35

13       A.   Yes.                                                 11:35

14       Q.   From 2002 until 2009, when Mr. Shaohui Gong          11:36

15  sold OnlineNIC to Zhipo Chen, did Mr. Shaohui Gong ever        11:36

16  sell OnlineNIC to anyone else?                                 11:36

17       A.   Based on what I know, I'm not sure if he had         11:36

18  that idea, but it never happened.                              11:37

19       Q.   What never happened?                                 11:37

20       A.   To sell OnlineNIC prior to 2009.                     11:37

21       Q.   When did OnlineNIC go public?  Strike that.          11:37

22             When did 35.CN go public?                           11:37

23       A.   If I remember it correctly, I think it was          11:38

24  around 2010.                                                   11:38

25       Q.   Are you familiar with the initial public            11:38
```

Page 73

| | | |
|---|---|---|
| 1 | A.    Were you discussing the IPO documents of | 11:58 |
| 2 | 35.CN? | 11:58 |
| 3 | Q.    Yes. | 11:58 |
| 4 | On the Chinese version, which is Exhibit 15 -- | 11:58 |
| 5 | I don't have the page number. | 11:59 |
| 6 | MR. KROLL:  Amanda, do you have the page | 11:59 |
| 7 | number? | 11:59 |
| 8 | INTERPRETER:  No. | 11:59 |
| 9 | MR. KROLL:  David, do you have a page number? | 11:59 |
| 10 | MR. STEELE:  I'm checking. | 11:59 |
| 11 | From the English document? | 11:59 |
| 12 | MR. KROLL:  No, the Chinese. | 11:59 |
| 13 | MR. STEELE:  I believe it is page 122 of 247. | 11:59 |
| 14 | BY MR. KROLL: | 11:59 |
| 15 | Q.    Ms. Yu, if you could turn to page 122 of 247 | 11:59 |
| 16 | on Exhibit 15, which, I believe, for the record and for | 11:59 |
| 17 | those English speakers, is page 306 of 629 on Exhibit | 11:59 |
| 18 | 16. | 12:00 |
| 19 | Ms. Yu, have you reached page 122? | 12:00 |
| 20 | A.    Yes. | 12:00 |
| 21 | Q.    Do you see on page 122 the stock purchase | 12:00 |
| 22 | agreement on November 28, 2007, between Gong Shaohui and | 12:00 |
| 23 | Rex Liu? | 12:00 |
| 24 | A.    Yes. | 12:00 |
| 25 | Q.    Were you aware that on November 28, 2007, | 12:01 |

Page 76

| | | |
|---|---|---|
| 1 | Mr. Shaohui Gong sold OnlineNIC to Rex Liu for $10,000? | 12:01 |
| 2 | A.    I was not aware of that. | 12:01 |
| 3 | Q.    Are you aware that Rex Liu ever owned | 12:01 |
| 4 | OnlineNIC? | 12:01 |
| 5 | A.    I am not aware of that. | 12:01 |
| 6 | Q.    Do you know when Mr. Shaohui Gong -- strike | 12:02 |
| 7 | that. | |
| 8 | Do you know if Mr. Shaohui Gong repurchased | 12:02 |
| 9 | OnlineNIC from Rex Liu at another time? | 12:02 |
| 10 | A.    I do not know. | 12:02 |
| 11 | Like what I said yesterday, during that period | 12:02 |
| 12 | of time, I was simply a basic fundamental employee.  I | 12:02 |
| 13 | was just a customer service personnel, so I would not | 12:03 |
| 14 | have known these things. | 12:03 |
| 15 | Q.    Well, in 2000, you were a salesperson for | 12:03 |
| 16 | OnlineNIC working at 35.CN, correct? | 12:03 |
| 17 | A.    You misspoke. | 12:03 |
| 18 | Did you say 2000? | 12:03 |
| 19 | Q.    No, 2007. | 12:03 |
| 20 | A.    I was working as customer support. | 12:03 |
| 21 | MR. NARANCIC:  Howard, I don't want to cut you | 12:04 |
| 22 | off, but let's go ten more minutes and then call it a | 12:04 |
| 23 | night. | 12:04 |
| 24 | BY MR. KROLL: | |
| 25 | Q.    All right.  I don't think I need to ask any | 12:04 |

Page 77

| | | |
|---|---|---|
| 1 | more questions about Exhibit 15 or 16 since, Ms. Yu, | 12:04 |
| 2 | you're not familiar with the document or the | 12:04 |
| 3 | transaction. | 12:04 |
| 4 | Ms. Yu, you indicated that you are a director | 12:05 |
| 5 | of software outsourcing center for 35.CN, correct? | 12:05 |
| 6 | A.   Yes. | 12:05 |
| 7 | Q.   And that software outsourcing center is a | 12:05 |
| 8 | department under 35.CN? | 12:05 |
| 9 | A.   Yes. | 12:05 |
| 10 | Q.   Is OnlineNIC a department under 35.CN? | 12:05 |
| 11 | A.   No. | 12:05 |
| 12 | Q.   Does OnlineNIC pay rent to 35.CN for the | 12:06 |
| 13 | office space at 8 Guanri Road? | 12:06 |
| 14 | A.   Yes, but the rent is not paid separately. | 12:06 |
| 15 | It's included in the outsourcing fee OnlineNIC pays to | 12:06 |
| 16 | 35.CN every month. | 12:06 |
| 17 | Q.   Who negotiates the outsourcing agreement | 12:06 |
| 18 | between 35.CN and OnlineNIC? | 12:06 |
| 19 | A.   Before I became responsible for this | 12:07 |
| 20 | department and for matters related to OnlineNIC, I'm not | 12:07 |
| 21 | sure, but I think it was the CEO of OnlineNIC who was | 12:08 |
| 22 | responsible for that, and after I became responsible for | 12:08 |
| 23 | those matters, the CEO of OnlineNIC appointed me to deal | 12:08 |
| 24 | with these things with 35.CN. | 12:08 |
| 25 | Q.   Who do you negotiate with at 35.CN? | 12:08 |

Page 78

```
 1        A.    I think that person was their deputy general    12:08

 2   manager.                                                    12:08

 3        Q.    What is the name of that individual?             12:08

 4        A.    What year are you asking about?                  12:08

 5              The person serving on this position for them     12:09

 6   comes and goes, so you need to tell me what year so I       12:09

 7   can look into the information.                              12:09

 8        Q.    Has an outsourcing agreement been reached        12:09

 9   between 35.CN and OnlineNIC for 2021?                       12:09

10        A.    Yes.                                             12:09

11        Q.    Who did you negotiate that agreement with?       12:09

12        A.    For 2021?                                        12:09

13        Q.    Yes.                                             12:10

14        A.    For 2021, I think I negotiated it with their     12:10

15   CEO.  If I remember it correctly, their position of the     12:10

16   deputy general manager for 2021 did not have anyone --      12:10

17   they did not have anyone serving in that position, so I     12:10

18   negotiated the agreement for 2021 with their CEO.           12:10

19              MR. JONES:  Howard, it looks like Perry has      12:10

20   lost his audio connection.                                  12:10

21              VIDEOGRAPHER:  This marks the end of Media        12:10

22   No. 6.  Time is 12:10 p.m.  We are off the record.          12:10

23              (Discussion off the record.)                     12:11

24              VIDEOGRAPHER:  This marks the beginning of        12:12

25   Media No. 7.  The time is 12:13 p.m.  We are on the         12:13
```

Page 79