**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Leah Rosa Vulić (Bar No. 343520)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
liana@kr.law
leah@kr.law

Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC., et al.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI<br><br>**DECLARATION OF ZHANG WEIWEI IN SUPPORT OF DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD. PURSUANT TO FED. R. CIV. P. 37 (AKA PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT) [D.E. 299]**<br><br>Date: July 14, 2023<br>Time: 10:00 a.m.<br>Ctrm: 1, 17th Floor<br>Judge: Hon. Susan Illston |

I, Zhang Weiwei, do hereby declare:

1. I am over the age of 18, and I am the Deputy General Manager of Defendant Xiamen 35.com Technology Co., Ltd. ("35.CN"). Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called as a witness I would testify to the facts contained in this declaration.

2. 35.CN employees have performed certain work for OnlineNIC under an Outsourcing Agreement, reporting to separate OnlineNIC management. 35.CN did not hire or train OnlineNIC's separate employees or managers.

3. Minghe Wang has never been a 35.CN employee or director.

4. Zhipo Chen has never been a 35.CN employee or director.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21 day of June, 2023 in Xiamen, China.

By: _____
Zhang Weiwei

Case No. 3:19-cv-07071-SI            1            DECL OF Z. WEIWEI ISO DEF'S SUR-REPLY IN OPP TO PLTFS' MTN TO