TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:     213.430.3400
Facsimile:     213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.)
and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., <br><br> Defendants. | Case No. 3:19-cv-07071-SI <br><br> **STIPULATION AND [PROPOSED] ORDER TO PARTIALLY UNSEAL TRANSCRIPT OF JULY 11, 2023 HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON ALTER EGO** <br><br> Hon. Susan Illston |

Pursuant to Civil Local Rule 7-12, the parties hereby submit the following stipulated request to partially unseal the transcript of this Court's July 11, 2023 hearing on Plaintiffs' motion for summary judgment on alter ego ("Hearing Transcript"). In support of this stipulation, the parties state the following:

1. On July 11, 2023, during the hearing on Plaintiffs' motion for summary judgment on alter ego, the Court granted the request of Defendant Xiamen 35.com Internet Technology Co., Ltd. to seal the Hearing Transcript. Tr. 8:1-6; ECF No. 346.

2. Thereafter, the parties conferred to discuss whether the Hearing Transcript should be unsealed.

3. The parties agree that the vast majority of the Hearing Transcript can be unsealed and made publicly available, save for specific references to dollar figures at Tr. 13:4, 17:9, 17:12, 17:19, 17:25, 18:3, 18:12, 28:1, 28:22-23, 28:25, 29:7, 29:14, 29:24, 30:2-3, 33:22-23 (the "Dollar Figures").

4. The parties agree that the specific references to the Dollar Figures involve essentially the same financial figures for which the Court has already found sufficient interests exist to warrant sealing in relation to the parties' moving papers. *See* ECF No. 353 at 3:9-11 ("[T]he Court will seal only those portions of the filings that are financial figures . . . .").

5. The parties respectfully request that the Court order the Hearing Transcript be unsealed with the exception of the Dollar Figures.

6. The parties further request that the Court grant the parties leave to file the Hearing Transcript on the public docket with narrowed redactions of only the Dollar Figures.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

DATED: December 1, 2023                    Tucker Ellis LLP

                                           By: /s/David J. Steele
                                               David J. Steele
                                               Howard A. Kroll
                                               Steven E. Lauridsen

                                           Attorneys for Plaintiffs,
                                           META PLATFORMS, INC. (fka FACEBOOK, INC.) and INSTAGRAM, LLC

DATED: December 1, 2023

LexAnalytica, PC

By: /s/Perry J. Narancic
    Perry J. Narancic

Attorneys for Defendants
ONLINENIC INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED

DATED: December 1, 2023

Kronenberger Rosenfeld, LLP

By: /s/ Karl S. Kronenberger
    Karl S. Kronenberger

Attorneys for Defendant
XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all other signatories listed and on whose behalf this filing is made concur in the filing of this document and have granted permission to use an electronic signature.

/s/David J. Steele

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

Susan Illston
United States District Judge