1 | **KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
2 | Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
3 | Leah Rosa Vulić (Bar No. 343520)
4 | 150 Post Street, Suite 520
San Francisco, CA 94108
5 | Telephone: (415) 955-1155
Facsimile: (415) 955-1158
6 | karl@kr.law
jeff@kr.law
7 | liana@kr.law
leah@kr.law
8 |

9 | Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **FACEBOOK, INC.**, et al., | Case No. 3:19-cv-07071-SI |
| Plaintiffs, | |
| v. | **NOTICE OF ERRATA RE: D.E. NO. 360-2, EXHIBIT F TO THE DECLARATION OF KARL KRONENBERGER IN SUPPORT OF DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD.'S OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT XIAMEN 35.COM TECHNOLOGY CO., LTD. PURSUANT TO FED. R. CIV. P. 37 [D.E. 299]** |
| **ONLINENIC INC.**, et al., | |
| Defendants. | |
| | Hon. Susan Illston |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Xiamen 35.com Technology Co., Ltd. ("Defendant"), by and through its undersigned counsel, hereby amends Exhibit F to the Declaration of Karl S. Kronenberger in Support of Defendant Xiamen 35.com Technology Co., Ltd.'s Opposition to Plaintiffs' Motion to Strike Defendant's Answer and for Entry of Default Against Defendant Xiamen 35.com Technology Co., Ltd. Pursuant to Fed. R. of Civ. P. 37 (the "Declaration") [D.E. 360-2] as described below.

The filed Exhibit F consisted of responses from Defendant OnlineNIC, Inc. to various discovery requests. Exhibit F was intended to be filed with highlights only to the responses; due to clerical error, the highlighted portions were redacted instead. As such, portions of Exhibit F, which was identified in the Declaration as excerpts of OnlineNIC's discovery responses, were erroneously redacted.

Therefore, this Errata amends Exhibit F to the Declaration to include the corrected version (with highlights only and no redactions). Defendant has refiled the corrected Exhibit F. References to Exhibit F in the Opposition and the Declaration of Karl S. Kronenberger now refer to the corrected version of Exhibit F.

Respectfully Submitted,

Dated: December 7, 2023            **KRONENBERGER ROSENFELD, LLP**

By:   s/ Karl S. Kronenberger
       Karl S. Kronenberger

Attorneys for Defendant Xiamen 35.com Technology Co., Ltd.