UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| Date: December 8, 2023 | Time: 10:40 – 10:49<br>9 Minutes | Judge: SUSAN ILLSTON |
|---|---|---|
| Case No.: 19-cv-07071-SI | Case Name: Facebook, Inc. v. OnLineNic Inc | |

**Attorney for Plaintiff:** David Steel, Howard Kroll, Steven Lauridsen, Helena Guye
**Attorney for Defendant:** Karl Kronenberger, Liana Chen, Leah Vulic (Xiamen)

**Deputy Clerk:** Esther Chung          **Court Reporter:** Zoom Recording

## PROCEEDINGS

Further Case Management Conference – Held via Zoom webinar.

## SUMMARY

K. Kronenberger notified the Court the counsel for OnLineNic could not attend the hearing due to a medical emergency. The Court set the following briefing schedule for currently unresolved matters including: statutory damages, injunctive relief and attorneys' fees. The parties confirmed that they had agreement on costs for the Special Master. The parties will discuss holding a private mediation and will notify the Court if talks stall.

**BRIEFING & HEARING SCHEDULE**
Motions/Opening Briefs:  **1/31/2024**
Oppositions:  **2/28/2024**
Replies:  **3/28/2024**

Hearing on matters:  **4/19/2024 at 10:00 a.m. by Zoom webinar**.

*Counsel are reminded that courtesy copies of all Motions and supporting papers are required.  See standing order.*