```
1                UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3      Before The Honorable Susan Illston, District Judge
4
5  FACEBOOK, INC., et al.,      )
                                )
6          Plaintiffs.          )
                                )
7  v.                           )   Case No. C 19-07071-SI
                                )
8  ONLINENIC, INC., et al.,     )
                                )
9          Defendants.          )
   _____)
10
11                                  San Francisco, California
                                    Friday, December 8, 2023
12
13   TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
              RECORDING 10:40 - 10:49 = 9 MINUTES
14
   APPEARANCES:
15
   For Plaintiffs:
16                              Tucker Ellis, LLP
                                515 South Flower Street
17                              42nd Floor
                                Los Angeles, California 90071
18                       BY:    DAVID JEFFERSON STEELE, ESQ.
                                HOWARD ALAN KROLL, ESQ.
19                              STEVEN ERICK LAURIDSEN, ESQ.
                                HELENA MARIE GUYE, ESQ.
20
   For Defendants:
21                              Kronenberger Rosenfeld, LLP
                                548 Market Street
22                              Suite 85399
                                San Francisco, California
23                                 94104
                         BY:    KARL STEPHEN KRONENBERGER, LLP
24                              LEAH ROSA VULIC, ESQ.
25            (APPEARANCES CONTINUED ON NEXT PAGE)
```

```
                                                                    2
 1  APPEARANCES:

 2  For Defendants:
                              Kronenberger Rosenfeld, LLP
 3                            150 Post Street, Suite 520
                              San Francisco, California
 4                              94133
                         BY:  LIANA A. CHEN, ESQ.
 5
    Transcribed by:           Echo Reporting, Inc.
 6                            Contracted Court Reporter/
                              Transcriber
 7                            echoreporting@yahoo.com

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

Friday, December 8, 2023                                    10:40 a.m.

                        P-R-O-C-E-E-D-I-N-G-S

                               --oOo--

       THE CLERK:  Now calling civil matter 19-CV-7071, Facebook, Incorporated, et al., versus OnLineNic, Incorporated., et al.

   Counsel, please state your appearances for the record starting with Plaintiff.

       MR. KROLL (via Zoom):  Good morning, your Honor. Howard Kroll on behalf of the Plaintiffs, and I'm here with my colleagues, David Steel, Steven Lauridsen, and Helena Guye.

       THE COURT:  Good morning.

       MR. STEEL (via Zoom):  Good morning, your Honor.

       MR. LAURIDSEN (via Zoom):  Good morning, your Honor.

       MR. KRONENBERGER (via Zoom):  Good morning, your Honor.  This is Karl Kronenberger on behalf of Xiamen 35.com Internet Technology Company.  I'll be calling that 35.CN today.

   I'm joined by my partner Liana Chen, associate Lea Vulic.

   I also should note that counsel for OnLineNic is not here today.  I texted -- I got a text message from him, and I just spoke to him on my mobile phone, and he is in the ICU

1  with his mother right now, and I told him I would convey
2  that message, and he was at the meet and confer session that
3  all the parties had a week ago, and I can speak more to
4  their position at the appropriate time.
5            THE COURT:  Okay.  Thank you.  Well, thank you for
6  passing that along.  I'm sorry for his -- his troubles.
7       I read your statement, and it seems to me that things
8  proceed as normal in this case, which is we haven't resolved
9  a whole lot, but there is a proposed briefing schedule which
10 seems to be, from the look of things, unopposed.
11      Is that right, Mr. Kronenberger?
12           MR. KROLL:  Yes.  We agree to the briefing
13 schedule.
14           THE COURT:  Okay.  So, I would like to set a
15 briefing schedule as suggested.  And on page four, they've
16 got the suggested briefing schedule, but it will be on more
17 issues than simply those listed at page four.  But it would
18 be that t he Plaintiffs' opening briefs are due on January
19 31st, Defendants' oppositions on February 28th, Plaintiffs'
20 reply on March 28th.  No need to speed things up here.  And
21 then we could have a hearing -- I guess we could have a
22 hearing on April 19th.
23      Is that date available?
24           THE CLERK:  Yes, your Honor.
25           THE COURT:  And Counsel?

1            MR. KROLL:  Yes, your Honor.
2            MR. KRONENBERGER:  Yes, your Honor, fine with
3   Defendants.
4            THE COURT:  All right.  So, that will be the
5   schedule with respect to the issue of statutory damages.  We
6   don't need a schedule for the transfer to Plaintiffs of the
7   infringing names.  Have you made any progress on injunctive
8   relief?
9            MR. KROLL:  No, your Honor.  We are in the process
10  -- I'm actually in the process of preparing a proposed
11  default judgment with injunctive relief, and I've not had
12  the opportunity yet to pass that on to Mr. Kronenberger and
13  his colleagues, but hopefully --
14           THE COURT:  All right.  Well, then, if that issue
15  is resolve between, you just tell me.  If it's not,
16  Plaintiffs can start theirs off on the same schedule, the
17  briefing schedule that we just outlined.
18           MR. KROLL:  Thank you.
19           THE COURT:  Attorneys' fees the same thing.  The
20  parties agree to $88,937 in costs related to the special
21  master.  So, there no need for briefing on that.
22      And then you -- you suggest that you may want to pursue
23  ADR.  What kind of ADR did you have in mind should you
24  choose to do it?
25           MR. KROLL:  Your Honor, we were looking at the

```
 1  idea of a private mediator --
 2          THE COURT:  Okay.
 3          MR. KROLL:  -- to handle the complex issues that
 4  are before us all.
 5          THE COURT:  And, Mr. Kronenberger, is that
 6  something that you and your colleagues have -- have
 7  considered?
 8          MR. KRONENBERGER:  Yes.  We've not just considered
 9  it.  We've -- we're interested in it.  We -- I think we've
10  had three or four Zooms with the Plaintiffs about this.  We
11  are working as hard as we can to get to an agreement to
12  mediate.
13          THE COURT:  Would be step one.  If you do, if --
14  well, let me ask you, Mr. Kroll.  When do you think would be
15  the best time to do a mediation in light of the schedule
16  we've just articulated?
17          MR. KROLL:  Your Honor, we're -- there are steps
18  that we're going through to see if we can actually agree on
19  whether to mediate.  My thought is that a mediation would
20  occur in January or February of next year, and if that were
21  the case, then we would -- I would suggest, your Honor, that
22  we would provide information to the Court that, in fact, a
23  mediation has been scheduled for whatever date it is and
24  then suggest an alternative briefing schedule in line with
25  the time frame that you have now but that it would occur
```

1 after the mediation.
2          THE COURT:  So, it's the thought that the
3 mediation, if it occurs, should occur prior to briefing?
4          MR. KROLL:  Yes.
5          THE COURT:  Okay.  And if you can agree on a
6 mediation, that would -- that would be splendid.  If you
7 can't, of course, the Court still has resources.  But we'll
8 just see what -- see what happens.
9     All right.  Well, then, that will be the briefing
10 schedule for the currently unresolved matters.  The -- if --
11 if, Mr. Kronenberger, you could tell your OnLineNic
12 colleagues what we've done today, and if there are any
13 issues they want to raise, they can -- they can do so.
14          MR. KROLL:  Your Honor, if I -- if I may, it may
15 be helpful to the parties to get a sense of the Court's
16 thoughts with respect to the views of each party with
17 respect to statutory damages and attorneys' fees.  I realize
18 we're not asking for an advisory opinion, but we did quickly
19 outline our general positions, and --
20          THE COURT:  So, the tricky issues that you want to
21 take to mediation but you'd like me to give you an off the
22 top of my head opinion or what?  Advisory would you say?
23          MR. KROLL:  I was afraid you were going to say
24 that, your Honor.  I was hoping that if you had any thoughts
25 for us, as we contemplate mediation, that would be helpful.

```
 1  If -- if the Court does not take my invitation, I fully
 2  understand.
 3          THE COURT:  All right.  Well, I'm not going to say
 4  anything except that I've issued -- well, Judge Van Keulen
 5  issued some orders and some recommendations.  I've issued
 6  some orders and some recommendations about which I feel
 7  quite strong, and most of those have been opinions
 8  concurring with either the special master or the position of
 9  the Plaintiffs in this case.
10      I have not studied the thorny issues that you set out
11  here.  So, I can't tell you really anything on that.  But in
12  the main, I've -- I have found OnLineNic's arguments
13  unpersuasive.  If that helps you, so bet it.  But I'm sorry.
14  As to the substantive issues, I do not have anything to add.
15          MR. KROLL:  All right.  Thank you, your Honor.
16          THE COURT:  Okay.  So, let me know about
17  mediation.  And, actually, if the talks stall or end on
18  mediation without having decided on one, please let me know
19  that too.
20          MR. KROLL:  Yes, your Honor.  We will do that.
21          THE COURT:  All right.  Thank you all.
22          ALL:  Thank you, your Honor.
23      (Proceedings concluded at 10:49 a.m.)
24
25
```

9

1                 CERTIFICATE OF TRANSCRIBER

2

3     I certify that the foregoing is a true and correct
4 transcript, to the best of my ability, of the above pages of
5 the official electronic sound recording provided to me by
6 the U.S. District Court, Northern District of California, of
7 the proceedings taken on the date and time previously stated
8 in the above matter.
9     I further certify that I am neither counsel for,
10 related to, nor employed by any of the parties to the action
11 in which this hearing was taken; and, further, that I am not
12 financially nor otherwise interested in the outcome of the
13 action.

14

15                 [signature]

16

17           Echo Reporting, Inc., Transcriber
18             Wednesday, December 27, 2023

19

20

21

22

23

24

25