**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Leah Rosa Vulić (Bar No. 343520)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
liana@kr.law
leah@kr.law

Defendant Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FACEBOOK, INC.**, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>**ONLINENIC INC.**, et al.,<br><br>        Defendants. | Case No. 3:19-cv-07071-SI<br><br>**NOTICE IN ACCORDANCE WITH DECEMBER 8, 2023 STATUS CONFERENCE RE. POTENTIAL MEDIATION**<br><br>Hon. Susan Illston |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

At the December 8, 2023 status conference in this case, during which the Parties discussed with the Court a briefing schedule for issues relating to a final judgment, the Parties also informed the Court that the Parties had spent significant time discussing a potential mediation of these final issues. At the status conference, the Court instructed the Parties to inform the Court if the discussions about scheduling a mediation stall. (Tr. at 8.)

Unfortunately, those talks have stalled. Both Defendant Xiamen 35.com Technology Co., Ltd., and the OnlineNIC Defendants are interested in mediating these final but complex issues involving a final judgment. However, Defendants have received mixed messages through confusing communications through counsel, despite multiple inquires dating back to mid-December 2023 and other discussions in January 2024. Specifically, **Defendants understand that all parties have a desire to settle the matter**, but Plaintiffs have not agreed to a mediation or similar process to expedite the discussions.

Defendants in this case seek any resources available through the Court to mediate, through a settlement conference or otherwise, both monetary and non-monetary issues relating to a final judgment in this case.

Respectfully Submitted,

Dated: January 29, 2024            **KRONENBERGER ROSENFELD, LLP**

By:   s/ Karl S. Kronenberger
        Karl S. Kronenberger

Attorneys for Defendant Xiamen 35.com Technology Co., Ltd.

Case No. 3:19-cv-07071-SI                1                NOTICE RE. MEDIATION