TUCKER ELLIS LLP
David J. Steele - SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen - SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone: 213.430.3400

Attorneys for Plaintiffs, META PLATFORMS, INC. f/k/a FACEBOOK, INC. and INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC., DOMAIN ID SHIELD SERVICE CO., LIMITED, and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANT 35.CN'S NOTICE IN ACCORDANCE WITH DECEMBER 8, 2023 STATUS CONFERENCE RE POTENTIAL MEDIATION [377]**<br><br>Hon. Susan Illston |

Plaintiffs file this response to Defendant Xiamen 35.com Internet Technology Co., Ltd.'s ("35.CN") Notice in Accordance with December 8, 2023 Status Conference re Potential Mediation ("Notice," ECF No. 377). Plaintiffs met and conferred with 35.CN on January 26, 2024 to discuss (1) the parties' status on settlement negotiations and potential mediation, and (2) filing a joint notice to the Court regarding the same. Despite stating it would send for Plaintiffs' review a draft notice to be filed jointly by the parties, 35.CN filed its Notice without notice to or further conferral with Plaintiffs.

In its Notice, 35.CN states that "Defendants . . . seek any resources available through the Court to mediate . . . issues relating to a final judgment in this case." *Id.* at 1. To the extent 35.CN is requesting that the Court order the parties to mediation or otherwise disrupt the briefing schedule the Court ordered, *see* ECF No. 373 (Civil Minutes setting briefing schedule), Plaintiffs object to and disagree with any such request. While Plaintiffs remain open to settling this action, 35.CN omitted from its Notice the fact that the parties have reached an impasse in their negotiations. Mediation therefore would be a waste of the parties' and the mediator's resources, as would any other formal ADR procedure.

Accordingly, Plaintiffs intend to file their motion for default judgment by the Court's January 31, 2024 deadline and respectfully request that the dates currently set for the opposition (February 28, 2024), reply (March 28, 2024), and hearing (April 19, 2024) remain unchanged.

DATED: January 29, 2024                      Tucker Ellis LLP

                                             By: /s/David J. Steele
                                                 David J. Steele

                                             Attorneys for Plaintiffs,
                                             META PLATFORMS, INC. (fka
                                             FACEBOOK, INC.) and INSTAGRAM, LLC

2

**PLAINTIFFS' RESPONSE TO 35.CN'S NOTICE**
Case No. 3:19-cv-07071-SI