TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street,
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

Attorneys for Plaintiffs, META PLATFORMS, INC. (fka FACEBOOK, INC.),
and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC., DOMAIN ID SHIELD SERVICE CO., LIMITED, and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI<br><br>**DECLARATION OF HELENA M. GUYE IN SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST ALL DEFENDANTS**<br><br>Date:        April 19, 2024<br>Time:        10:00 a.m.<br>Courtroom:    1 – 17th Floor<br><br>Hon. Susan Illston |

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

TUCKER ELLIS LLP

Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

I, Helena M. Guye, declare as follows:

1.      I am an attorney with the law firm of Tucker Ellis, LLP, counsel for Plaintiffs in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would competently testify thereto. I make this declaration in support of Plaintiffs' Motion For Entry of Default Judgment Against All Defendants.

2.      On or before January 16, 2024, I learned that Defendant Xiamen 35.Com Internet Technology Co., Ltd. ("35.CN") changed its name to Leascend Technology Co., Ltd. on September 8, 2023.

3.      On January 17, 2024, I emailed counsel for 35.CN asking that they confirm that 35.CN had formally changed its name and whether 35.CN would be notifying the Court of the name change. I did not receive a response to my email.

4.      On January 22, 2024, I sent another email to 35.CN's Counsel requesting that they respond to the questions from my January 17, 2024 email. I did not receive a response to my email.

5.      On January 25, 2024, I navigated to Defendant Xiamen 35.Com Internet Technology Co., Ltd.'s ("35.CN") profile on "Juchao Information Network," the statutory information disclosure platform of the Shenzhen Stock Exchange (available at cninfo.com.cn). I downloaded 35.CN's publicly filed announcement regarding the company's name change to "Leascend Technology Co., Ltd." dated September 8, 2023. A copy of 35.CN's September 8, 2023, announcement of its name change to Leascend Technology Co., Ltd., along with a certified translation, is attached to my declaration as **Exhibit 1**.

6.      On January 26, 2024, during a conference of counsel, counsel for Plaintiffs asked about 35.CN's name change and whether 35.CN would be notifying the Court of the name change.

7.      Despite these communications, 35.CN has failed to notify the Court of its name change.

8.      On January 31, 2024, I navigated to the Internet Corporation for Assigned Names and Numbers' ("ICANN") "Information for Privacy and Proxy Service Providers, Customers and Third-Party Requesters" webpage available at https://www.icann.org/resources/pages/pp-services-2017-08-31-en. This webpage includes the following language: "The proxy service provider is the registrant of record (the registered domain name holder) and provides alternative, reliable contact information. . . . The proxy

service provider licenses use of the domain name to the customer via its agreement with the customer." A screenshot of this ICANN webpage dated January 31, 2024 is attached to my declaration as **Exhibit 2**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on January 31, 2024 in Los Angeles, California.

_/s/Helena M. Guye_

TUCKER ELLIS LLP

Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

GUYE DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT
Case No. 3:19-cv-07071-SI