# Exhibit 1

证券代码：300051        证券简称：三五互联        公告编号：2023-088

# 厦门三五互联科技股份有限公司

## 关于变更公司名称、证券简称及经营范围

## 暨完成工商变更登记的公告

> 本公司及董事会全体成员保证公告内容真实、准确和完整，没有虚假记载、误导性陈述或重大遗漏。

**特别提示：**

1、公司中文名称由"厦门三五互联科技股份有限公司"变更为"琏升科技股份有限公司"，证券简称由"三五互联"变更为"琏升科技"。

2、公司英文名称由"Xiamen 35.Com Technology Co., Ltd"变更为"Leascend Technology Co., Ltd"，英文简称由"35.Com"变更为"Leascend"。

3、公司证券代码不变：仍为"300051"。

4、证券简称启用日期：2023年9月11日。

一、公司名称、证券简称及经营范围变更的说明

厦门三五互联科技股份有限公司（以下简称"公司"）于 2023 年 8 月 17 日召开了第六届董事会第十一次会议、第六届监事会第八次会议，于 2023 年 9 月 5 日召开了 2023 年第五次临时股东大会，审议通过了《关于拟变更公司名称、证券简称、经营范围暨修订<公司章程>的议案》。具体变更情况如下：

| 变更事项 | 变更前 | 变更后 |
| --- | --- | --- |
| 公司中文名称 | 厦门三五互联科技股份有限公司 | 琏升科技股份有限公司 |
| 公司英文名称 | Xiamen 35.Com Technology Co., Ltd | Leascend Technology Co., Ltd |
| 证券简称 | 三五互联 | 琏升科技 |
| 英文简称 | 35.Com | Leascend |

具体内容详见公司分别于 2023 年 8 月 18 日、2023 年 9 月 5 日披露于巨潮资讯网（www.cninfo.com.cn）的《关于拟变更公司名称、证券简称、经营范围暨修订<公司章程>的公告》（公告编号：2023-081）及《2023 年第五次临时股东大会决议公告》（公告编号：2023-087）。

二、公司名称、证券简称变更原因说明

公司于 2022 年 12 月 28 日控制权发生变更，海南琏升科技有限公司（以下简称"海南琏升科技"，原名"海南巨星科技有限公司"）成为公司控股股东，黄明良、欧阳萍夫妇成为公司实际控制人。

鉴于公司控股股东及实际控制人已发生变更，公司目前控股股东为"海南琏升科技"，根据公司经营发展需要，为从公司名称上明确上市公司目前的控股关系，塑造公司品牌，公司拟变更公司名称及证券简称，证券代码不变。

三、工商变更登记情况

近日，公司已完成公司名称及经营范围的工商变更登记备案手续，并取得了厦门市市场监督管理局换发的《营业执照》，具体登记信息如下：

1、企业名称：琏升科技股份有限公司

2、统一社会信用代码：91350200751642792T

3、类型：法人商事主体【其他股份有限公司(上市)】

4、法定代表人：黄明良

5、成立日期：2004年04月01日

6、注册资本：叁亿陆仟伍佰陆拾玖万捌仟陆佰玖拾元整

7、住所：厦门市火炬高新技术产业开发区软件园二期观日路8号一层

8、经营范围：一般项目：工程和技术研究和试验发展；数据处理和存储支持服务；软件开发；信息系统集成服务；信息技术咨询服务；信息咨询服务（不含许可类信息咨询服务）；数字内容制作服务（不含出版发行）；计算机软硬件及辅助设备批发；计算机软硬件及辅助设备零售；移动终端设备销售；非居住房地产租赁；物业管理；市场营销策划；光伏设备及元器件制造；光伏设备及元器件销售；电子专用材料制造；电子专用材料销售；电池制造；电池销售；技术进出口；货物进出口；进出口代理。（除依法须经批准的项目外，凭营业执照依法自主开展经营活动）许可项目：第一类增值电信业务；第二类增值电信业务；互联网信息服务；互联网域名注册服务。（依法须经批准的项目，经相关部门批准后方可开展经营活动，具体经营项目以相关部门批准文件或许可证件为准）

**四、其他事项说明**

公司已事先向深圳证券交易所提交了变更公司名称及证券简称事项的书面申请，深圳证券交易所对公司本次变更名称及证券简称事项无异议。自2023年9月11日起，公司证券简称由"三五互联"变更为"琏升科技"，证券代码保持不变，仍为"300051"。

**五、备查文件**

1、琏升科技股份有限公司《营业执照》

2、公司2023年第五次临时股东大会决议

特此公告！

厦门三五互联科技股份有限公司

董事会

二〇二三年九月八日

Stock code: 300051    Stock abbreviation: 35.com    Announcement number: 2023-088

# Xiamen 35.com Technology Co., Ltd.

## Regarding Changes to Company Name, Stock Abbreviation and Business Scope

## Announcement on Completion of Changes in Registration with the Industrial and Commercial Administration

> The Company and all members of the Board of Directors guarantee that the contents of the announcement are true, accurate and complete, and that there are no false records, misleading statements or major omissions.

Special Note:

1、 The Company's Chinese name was changed from "Xiamen 35.com Technology Co., Ltd." to "Leascend Technology Co., Ltd." and the stock abbreviation was changed from "35.com" to "Leascend Technology".

2、 The Company's English name was changed from "Xiamen 35.com Technology Co., Ltd." to "Leascend Technology Co., Ltd.", and its English abbreviation was changed from "35.Com" to "Leascend".

3、 **The Company's stock code remains unchanged:** It shall still be "300051".

4、 Stock abbreviation activation date: September 11, 2023.

I. Explanation of changes in company name, stock abbreviation and business scope

Xiamen 35.com Technology Co., Ltd. (hereinafter referred to as the "Company") held the 11th meeting of the 6th Board of Directors and the 8th meeting of the 6th Board of Supervisors on August 17, 2023. The fifth extraordinary general meeting in 2023 was held on September 5, 2023, and the "Proposal on the proposed change of the company's name, stock abbreviation, business scope and revision of the Articles of Association" was reviewed and approved. The specific changes are as follows:

| Change items | Before the change | After the change |
|---|---|---|
| Company's Chinese name | Xiamen 35.com Technology Co., Ltd. | Leascend Technology Co., Ltd. |
| Company's English name | Xiamen 35.Com Technology Co., Ltd | Leascend Technology Co., Ltd |
| Stock abbreviation | 35.com | Leascend Technology |
| English abbreviation | 35.Com | Leascend |

For details, please refer to the Announcement on the Proposed Change of Company Name, Stock Abbreviation and Business Scope and Revision of the Articles of Association (Announcement No.: 2023-081), as well as the Announcement on Resolutions of the Fifth Extraordinary General Meeting in 2023 (Announcement No.: 2023-087) disclosed by the Company on cninfo.com (www.cninfo.com.cn) on August 18, 2023 and September 5, 2023, respectively.

II. Explanation of reasons for changes in the company name and stock abbreviation

The Company's control changed on December 28, 2022. Hainan Leascend Technology Co., Ltd. (hereinafter referred to as "Hainan Leascend Technology", formerly known as "Hainan Juxing Technology Co., Ltd.") became the Company's controlling shareholder, and the couple Huang Mingliang and Ouyang Ping became the Company's actual controllers.

In view of the fact that the Company's controlling shareholder and actual controllers have changed, the Company's current controlling shareholder is "Hainan Leascend Technology", according to the Company's business development needs, in order to clarify the current holding relationship of the listed company from the company name and shape the Company's brand, the Company plans to change the company name and the stock abbreviation, and the stock code shall remain unchanged.

III. Change in registration with the Industrial and Commercial Administration

Recently, the Company has completed the registration and filing procedures with the Administration for Industry and Commerce for the change of the company name and business scope, and obtained the "Business License" renewed by the Xiamen Municipal Administration for Market Regulation. The specific registration information is as follows:

1、 Company name: Leascend Technology Co., Ltd.

2、 Unified social credit code: 91350200751642792T

3、 Type: Legal commercial entity [Other joint stock company (listed)]

4、 Legal representative: Huang Mingliang

5、 Date of establishment: April 1, 2004

6、 Registered capital: RMB three hundred and sixty-five million, six hundred and ninety-eight thousand, six hundred and ninety only.

7、 Address: Floor 1, No. 8, Guanri Road, Phase II, Software Park, Torch Development Zone for High Technology Industries, Xiamen City

8、 Business scope: General project: Engineering and technology research and experimental development; data processing and storage support services; software development; information system integration services; information technology consulting services; information consulting services (excluding licensing information consulting services); digital content production services (excluding publishing and distribution); wholesale of computer software, hardware and auxiliary equipment; retail sale of computer software, hardware and auxiliary equipment; sales of mobile terminal equipment; leasing of non-residential real estate; property management; marketing planning; manufacturing of photovoltaic equipment and components; sales of photovoltaic equipment and components; manufacturing of special electronic materials; sales of special electronic materials; battery manufacturing; battery sales; technology import and export; goods import and export; import and export agency. (Except for projects that require approval according to law, business activities can be carried out independently with a business license in accordance with the law) licensed projects: class I value-added telecommunications services; class II value-added telecommunications services; Internet information services; Internet domain name registration services. (Projects that require approval according to law can only be carried out with the approval of relevant departments. Specific business projects are subject to the approval documents or licenses of relevant departments)

IV. Description of other matters

The Company has submitted a written application to the Shenzhen Stock Exchange in advance to change the company name and stock abbreviation, and the Shenzhen Stock Exchange has no objection to the change in the Company's name and stock abbreviation. Starting from September 11, 2023, the Company's stock abbreviation will be changed from "35.com" to "Leascend Technology", and the stock code will remain unchanged to be "300051".

V. Documents available for review

1、 Business License of Leascend Technology Co., Ltd.

2、 Resolutions of the Company's Fifth Extraordinary General Meeting in 2023

Hereby noticed!

Xiamen 35.com Technology Co., Ltd.

Board of Directors

September 8, 2023

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**2023-09-08 - 35.cn Notice of Name Change**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_____
Jacqueline Yorke

Sworn to before me this
January 30, 2024

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE