# Exhibit 2



Get Started
ICANN Learn
Participate
Diversity at ICANN
Groups
Board Members
President's Corner
Staff
Careers
Public Responsibility

Locations
I Need Help
Report Security Issues
Certificate Authority
Registry Liaison
Ombuds
Complaints Office
Media Resources

TRANSPARENCY
Accountability Mechanisms
Document Disclosure
Independent Review Process
Request for Reconsideration
Empowered Community
Employee Anonymous Hotline Policy and Procedures

Governance Documents
Agreements
Organizational Reviews
Specific Reviews
Annual Report
Financials
Planning
RFPs
Litigation
Correspondence

Dispute Resolution
Domain Name Dispute Resolution
Name Collision
ICANN Lookup

PROTECTION
Data Privacy Practices
Privacy Policy
Terms of Service
Cookies Policy

© Internet Corporation for Assigned Names and Numbers.   Privacy Policy   Terms of Service   Cookies Policy