**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Leah Rosa Vulić (Bar No. 343520)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
liana@kr.law
leah@kr.law

Attorneys for Defendant 35.CN[1]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **FACEBOOK, INC.**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **ONLINENIC INC.**, et al., <br><br> Defendants. | Case No. 3:19-cv-07071-SI <br><br> **ADMINISTRATIVE UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS** |

---

[1] Counsel have been informed, and are providing notice, of a name change from Xiamen 35.com Technology Co., Ltd. to Leascend Technology Co. Ltd. (no change in corporate form). Defendant will be referred to as 35.CN or Defendant for ease of reference.

Pursuant to Civil L.R. 6-3 and 7-11, Defendant 35.CN, through counsel, submits this Unopposed Administrative Motion for Extension of Time to Respond to Plaintiffs' Motion for Default Judgment Against All Defendants [Dkt. No. 379] (the "Motion") as follows:

Defendant's response to the Motion is currently due on February 28, 2024. Plaintiffs' Motion raised several complex legal issues that will require more time to adequately address. Further, due to multiple recent and upcoming Chinese and U.S. federal holidays, there have been issues of availability of certain parties.

For the foregoing reasons, there is good cause for Defendant's request for an extension of two weeks for the opposition brief, making it due on **March 13, 2024**. Counsel for Plaintiffs and Defendant met and conferred via videoconference on February 15, 2024; Plaintiffs stated they do not oppose this request.

Defendant stated it would request a similar two-week extension for the deadline for Plaintiffs' reply brief, i.e., from March 28, 2024 to **April 11, 2024**.

The hearing on the Motion is currently set for April 19, 2024. If an extension is necessary, the parties are available to continue the hearing by two weeks to **May 3, 2024**.

Respectfully Submitted,

Dated: February 16, 2024

**KRONENBERGER ROSENFELD, LLP**

By:   s/ Karl S. Kronenberger
           Karl S. Kronenberger

Attorneys for Defendant 35.CN