**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Leah Rosa Vulić (Bar No. 343520)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
liana@kr.law
leah@kr.law

Attorneys for Defendant 35.CN[1]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **FACEBOOK, INC.**, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>**ONLINENIC INC.**, et al.,<br><br>  Defendants. | Case No. 3:19-cv-07071-SI<br><br>**DECLARATION OF KARL S. KRONENBERGE IN SUPPORT OF ADMINISTRATIVE UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS** |

---

[1] Counsel have been informed, and are providing notice, of a name change from Xiamen 35.com Technology Co., Ltd. to Leascend Technology Co. Ltd. (no change in corporate form). Defendant will be referred to as 35.CN or Defendant for ease of reference.

I, Karl S. Kronenberger, do hereby declare:

1. I am an attorney admitted to practice law before this Court. I am a partner at the law firm of Kronenberger Rosenfeld, LLP, counsel of record for Defendant 35.CN. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called as a witness I would testify to the facts contained in this declaration.

2. Plaintiffs' Motion for Default Judgment Against All Defendants (the "Motion") raised several complex legal issues, which will require additional time to properly address. Additionally, certain Chinese and U.S. federal holidays have impacted the availability of multiple people involved in the litigation. Therefore, 35.CN requests an extension of two weeks, making its response to the Motion due on March 13, 2024.

3. I met and conferred with Plaintiffs' counsel on this issue via videoconference on February 15, 2024. Plaintiffs' counsel stated they would not object to 35.CN's request for an extension, but would desire a similar extension of two weeks to file their reply, making their reply due on April 11, 2024.

4. Should it be deemed necessary to continue the currently scheduled hearing on the Motion, set for April 19, 2024, counsel for the parties discussed that they are available on May 3, 2024 for the hearing on the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16 day of February 2024 in San Francisco, CA.

By:   s/ Karl S. Kronenberger
       Karl S. Kronenberger

Case No. 3:19-cv-07071-SI     1     **DECL. OF K. KRONENBERGER ISO MTN FOR EXTENSION OF TIME**