**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
liana@KRInternetLaw.com

Attorneys for Defendant 35.CN

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **FACEBOOK, INC.**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **ONLINENIC INC.**, et al., <br><br> Defendants. | Case No. 3:19-cv-07071-SI <br><br> **AS AMENDED BY THE COURT** <br> [~~PROPOSED~~] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS |

Before the Court is Defendant Xiamen 35.Com Technology Co., Ltd. ("35.CN")'s administrative and unopposed motion for extension of time pursuant to Civil L.R. 6-3 and 7-11. Having reviewed and considered the motions and supporting documents, as well as the other related papers and pleadings on file herein, and finding good cause appearing, the Court hereby finds and orders as follows:

IT IS ORDERED THAT Defendant 35.CN's motion for extension of time is hereby GRANTED, and its opposition in response to Plaintiffs' Motion for Default Judgment Against All Defendants ("Motion") is due on March 13, 2024.

IT IS FURTHER ORDERED that Plaintiffs' reply in support of the Motion is due on **April 11, 2024** ~~March 13, 2024.~~

IT IS FURTHER ORDERED that the hearing on Plaintiffs' Motion is set for __**May 3, 2024**__ at __**10:00**__ a.m./~~p.m~~.

IT IS SO ORDERED.

DATED: February 20, 2024

_____
United States District Judge
for the Northern District of California

Case No. 3:19-cv-07071-SI     1     [PROP] ORDER GRANTING MOTION FOR EXTENSION OF TIME