1
2
3
4

Perry J. Narancic, CA SBN 206820
LEXANALYTICA, PC
3000 El Camino Real
Bldg. 4, Suite 200
Palo Alto, CA 94306
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

5
6
7

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE
CO., LIMITED

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10
11
12
13
14
15
16
17
18
19

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>        Plaintiffs,<br><br>    v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.<br><br>        Defendants. | Case No. 19-CV-07071-SI<br><br>**DEFENDANTS ONLINENIC, INC. AND DOMAIN ID SHIELD SERVICE CO., LIMITED'S ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS.** |

20
21
22

    Pursuant to Civil L.R. 6-3 and 7-11, Defendants OnlineNIC, Inc. and Domain ID Shield Service Co. ("OnlineNIC Defendants") respectfully move the Court for an extension to file a response to Plaintiff's pending Motion for Default as follows:

23
24
25
26
27
28

    Defendant Xiamen 35.com Internet Technology Co., Ltd.'s, now named Leascend Technology Co. Ltd. ("Leascend") filed an administrative motion for an extension of time to respond to Plaintiff's Motion for Default, which extension motion was granted at Dkt. No. 381. Leascend's motion inadvertently omitted to add the OnlineNIC Defendants, whose response is otherwise due on Feb. 28, 2024.

- 1-

1    OnlineNIC Defendants do not intend to file a separate opposition, but may join in

2    Leascend's opposition, which is due on March 13, 2024. The undersigned counsel has conferred

3    with Plaintiff's counsel, who do not oppose this motion for extension of time.

4    Accordingly, OnlineNIC Defendants respectfully seek permission to file a joinder, if any,

5    on March 13, 2024, upon filing of Leascend's opposition.

6
                                        Respectfully Submitted,
7

8                                       Respectfully Submitted,

9    DATED:  February 28, 2024          LEXANALYTICA, PC

10

11   By:

12                                      Attorneys for Defendants
                                        ONLINENIC, INC. and DOMAIN ID SHEILD
13                                      SERVICE CO., LIMITED

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Facebook, Inc. v. OnlineNIC, Inc.                              Case No. 19-cv-07071-SI
Administrative Motion for Extension of Time