Perry J. Narancic, CA SBN 206820
LEXANALYTICA, PC
3000 El Camino Real
Bldg. 4, Suite 200
Palo Alto, CA  94306
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE CO., LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>            Plaintiffs,<br>     v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.<br><br>            Defendants. | Case No. 19-CV-07071-SI<br><br>**DECLARATION IN SUPPORT OF DEFENDANTS ONLINENIC, INC. AND DOMAIN ID SHIELD SERVICE CO., LIMITED'S ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS.** |

I, Perry J. Narancic, do hereby declare:

1.      I am an attorney admitted to practice law before this Court and I serve as the attorney of record for Defendants OnlineNIC, Inc. and Domain ID Shield Service Co. Limited's ("OnlineNIC Defendants"). Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called as a witness I could testify to the facts contained in this declaration.

2.      I confirm that I conferred with opposing counsel on OnlineNIC Defendants' accompanying Administrative Motion to Extend Time to Respond to Plaintiff's Motion for Default, and that Plaintiff does not oppose the extension motion. The Court's schedule will not be

- 1-

Facebook, Inc. v. OnlineNIC, Inc.                                                                                           Case No. 19-cv-07071-SI
Decl. ISO OnlineNIC Defendants 'Administrative Motion for Extension of Time

- 2-

affected by OnlineNIC Defendant's motion since the requested response date is on the same date that Defendant Xiamen 35.com Internet Technology Co., Ltd.'s opposition to the Motion for Default is due.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 28, 2024  *Perry J. Narancic*
Palo Alto, CA