| | |
|---|---|
| 1<br>2<br>3<br>4 | Perry J. Narancic, CA SBN 206820<br>LEXANALYTICA, PC<br>3000 El Camino Real<br>Bldg. 4, Suite 200<br>Palo Alto, CA  94306<br>www.lexanalytica.com<br>pjn@lexanalytica.com<br>Tel: 650-655-2800 |
| 6<br>7 | Attorneys for Defendants<br>ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE CO., LIMITED |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>         Plaintiffs,<br>   v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.<br><br>         Defendants. | Case No. 19-CV-07071-SI<br><br>**[PROPOSED] ORDER ON DEFENDANTS ONLINENIC, INC. AND DOMAIN ID SHIELD SERVICE CO., LIMITED'S ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS.** |

Before the Court is Defendants OnlineNIC, Inc. and Domain ID Shield Service Co. Limited's ("OnlineNIC Defendants") administrative and unopposed motion for extension of time to file a response to Plaintiff's pending Motion for Default pursuant to Civil L.R. 6-3 and 7-11. Having reviewed and considered the motion and supporting documents, as well as the other related papers and pleadings on file herein, and finding good cause appearing, the Court hereby finds and orders as follows:

- 1-

Facebook, Inc. v. OnlineNIC, Inc.                                                                           Case No. 19-cv-07071-SI
[Proposed] Order on OnlineNIC Defendants 'Administrative Motion for Extension of Time

- 2 -

1  IT IS ORDERED THAT OnlineNIC Defendants may file a joinder, if any, to the opposition of
2  Defendant Xiamen 35.com Internet Technology Co., Ltd.'s, (now named Leascend Technology
3  Co. Ltd.) opposition to Plaintiff's Motion for Default no later than March 13, 2024.

**IT IS SO ORDERED.**

Dated: February 29, 2024

_____
United States District Court Judge