```
Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
3000 El Camino Real
Bldg. 4, Suite 200
Palo Alto, CA  94306
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800


Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE
CO., LIMITED
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC<br><br>               Plaintiffs,<br>      v.<br><br>ONLINENIC, INC. and DOMAIN ID SHIELD SERVICE CO., LIMITED and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.<br><br>               Defendants. | Case No. 19-CV-07071-SI<br><br>**DEFENDANTS ONLINENIC, INC. AND DOMAIN ID SHIELD SERVICE CO., LIMITED'S NOTICE OF JOINDER IN DEFENDANT XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD'S OPPOSITION TO PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS** |

Defendants OnlineNIC, Inc. and Domain ID Shield Service Co., Limited hereby join Defendant Xiamen 35.com Internet Technology Co., Ltd.'s Opposition to Plaintiffs' Motion for Default Judgment Against All Defendants (Dkt. No. 384), and the arguments and authorities found therein.

Plaintiffs' allegations in the operative complaint against OnlineNIC, Inc. ("OnlineNIC") and Domain ID Shield Service Co., Limited ("ID Shield") are substantively identical to the allegations it has asserted against Xiamen 35.com Internet Technology Co., Ltd. ("35.CN").  In fact, Plaintiffs allege that all of the Defendants are *alter egos* of one another.   Accordingly, OnlineNIC and ID Shield join 35.CN's Opposition.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| DATED: March 13, 2024 | LEXANALYTICA, PC |
|  | By: _/s/ Haroutioun/_ |
|  | Attorneys for Defendants<br>ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE CO., LIMITED |

- 2-

Facebook, Inc. v. OnlineNIC, Inc.  
Notice of Joinder

Case No. 19-cv-7071-SI