TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:        213.430.3400
Facsimile:        213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.) and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| FACEBOOK, INC. and INSTAGRAM, LLC, | Case No. 3:19-cv-07071-SI |
|---|---|
| Plaintiffs, | **STIPULATION REQUESTING IN-PERSON HEARING ON MOTION FOR DEFAULT JUDGMENT AND [PROPOSED] ORDER** |
| v. | |
| ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., | Hon. Susan Illston |
| Defendants. | |

Pursuant to Civil Local Rule 7-12 and Judge Illston's Scheduling Notes, Plaintiffs Meta Platforms, Inc. and Instagram, LLC, and Defendants Leascend Technology Co. Ltd. (fka Xiamen 35.com Internet Technology Co. Ltd.), OnlineNIC Inc., and Domain ID Shield Service Co., Ltd. hereby stipulate and respectfully request that the hearing currently calendared for May 3, 2024, at 10:00 a.m. (*see* ECF No. 381) be conducted in person. This stipulation is based on the following facts:

1. Plaintiffs filed a motion for default judgment on January 31, 2024. ECF No. 379.

2. Defendants requested to extend the deadline to file an opposition to March 13, 2024, which the Court granted. ECF Nos. 380-383.

3. The Court set a hearing for May 3, 2024, at 10:00 a.m. ECF No. 381.

4. Judge Illston's Scheduling Notes provide that civil motion matters will be held via Zoom unless the parties file a joint stipulation requesting an in-person hearing.

5. The parties believe that an in-person hearing would be the most effective manner to address the issues raised in Plaintiffs' motion.

NOW THEREFORE, based on the foregoing facts, the parties respectfully request that the Court approve this stipulation and enter an order that it will hold the previously scheduled hearing in person.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: March 25, 2024                    Tucker Ellis LLP

                                         By: /s/David J. Steele
                                            David J. Steele
                                            Howard A. Kroll
                                            Steven E. Lauridsen

                                         Attorneys for Plaintiffs,
                                         META PLATFORMS, INC. (fka FACEBOOK, INC.) and INSTAGRAM, LLC

| | |
|---|---|
| DATED: March 22, 2024 | Kronenberger Rosenfeld, LLP |
| | By: /s/ Karl S. Kronenberger |
| | Karl S. Kronenberger |
| | Attorneys for Defendant<br>LEASCEND TECHNOLOGY CO. LTD.<br>(fka XIAMEN 35.COM INTERNET<br>TECHNOLOGY CO., LTD.) |
| DATED: March 22, 2024 | LexAnalytica, PC |
| | By: /s/Perry J. Narancic |
| | Perry J. Narancic |
| | Attorneys for Defendants,<br>ONLINENIC, INC. and DOMAIN ID<br>SHIELD SERVICES CO., LIMITED |

### **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all other signatories listed and on whose behalf this filing is made concur in the filing of this document and have granted permission to use an electronic signature.

/s/David J. Steele

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 25, 2024

Susan Illston
United States District Judge