UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC, et al.,<br><br>Defendants. | Case No. 19-cv-07071-SI<br><br>**ORDER RE: MAY 3, 2024 HEARING** |

Plaintiffs' motion for default judgment against all defendants is set for an in-person hearing on May 3, 2024, at 10:00 a.m. The Court has concerns about the scope of the permanent injunction that plaintiffs seek. Defendants have raised concerns in particular about the breadth of the proposed injunction at ¶ 91(d), (e), (f). *See* Dkt. No. 379-4 ¶ 91; Dkt. No. 384 at 12-15.

Accordingly, the parties shall come to the hearing prepared to discuss line edits to the proposed permanent injunction and to explore where there is room for agreement. The parties may find it useful to meet and confer in advance of Friday's hearing.

**IT IS SO ORDERED**.

Dated: April 30, 2024

SUSAN ILLSTON
United States District Judge