**1** TUCKER ELLIS LLP
David J. Steele SBN 209797
**2** david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
**3** howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
**4** steven.lauridsen@tuckerellis.com
515 South Flower Street
**5** Forty-Second Floor
Los Angeles, CA 90071
**6** Telephone:    213.430.3400
Facsimile:    213.430.3409
**7**
Attorneys for Plaintiffs,
**8** META PLATFORMS, INC. (fka
FACEBOOK, INC.) and INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| FACEBOOK, INC. and INSTAGRAM, LLC, | Case No. 3:19-cv-07071-SI |
|---|---|
| Plaintiffs, | **NOTICE OF LODGING OF [PROPOSED] DEFAULT JUDGMENT** |
| v. | Date:        May 3, 2024 |
| ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., | Time:        10:00 a.m.<br>Courtroom:  1 – 17th Floor<br><br>Hon. Susan Illston |
| Defendants. | |

Pursuant to the Court's April 30, 2024 Order re: May 3, 2024 Hearing (ECF No. 389), the parties have met and conferred concerning paragraphs 91(d), (e), and (f) of the proposed injunction and have reached an agreement concerning those paragraphs. Plaintiffs are therefore hereby lodging a revised proposed default judgment incorporating the agreed-upon language to paragraphs 91(d), (e), and (f).

DATED: May 3, 2024                              Tucker Ellis LLP

                                                By: /s/Steven E. Lauridsen
                                                    David J. Steele
                                                    Howard A. Kroll
                                                    Steven E. Lauridsen

                                                Attorneys for Plaintiffs,
                                                META PLATFORMS, INC. (fka FACEBOOK, INC.) and INSTAGRAM, LLC