UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** May 3, 2024 | **Time:** 10:12 – 10:49<br>37 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 19-cv-07071-SI | **Case Name:** Facebook, Inc. v. OnLineNic Inc | |

**Attorney for Plaintiff:** David Steel, Howard Kroll
**Attorney for Defendant:** Karl Kronenberger, Liana Chen, Leah Vulic (35.CN) Perry Narancic (OnLineNic, Inc.)

**Deputy Clerk:** Esther Chung                **Court Reporter:** Stephen Franklin

## PROCEEDINGS

Motion for Default Judgment (Dkt. 379) – Held.

## SUMMARY

The Court provided its tentative ruling along with confirming receipt of the lodged document in response to the Order filed at Dkt. 389. The parties confirmed that they had met and conferred and agreed to the wording of paragraph D, E and F of the Proposed Order filed at Dkt. 390-1.

The Court questioned 35 CN's Defense counsel concerning the official name of their client and requested that counsel file a formal notice of the name change for their client.

35 CN's Defense counsel presented oral argument and rebuttal concerning the attorneys' fees.

OnLineNic's counsel confirmed on the record that they were submitting on the briefing.

Plaintiff's counsel presented argument and rebuttal in support of attorneys' fees.