TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:     213.430.3400
Facsimile:     213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC (fka FACEBOOK, INC.)
and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., <br><br> Defendants. | Case No. 3:19-cv-07071-SI <br><br> **DECLARATION OF DAVID J. STEELE IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** <br><br> DATE: None (pursuant to Court order) <br> TIME: None (pursuant to Court order) <br><br> Hon. Susan Illston |

I, David J. Steele, declare as follows:

1. I am a Partner at Tucker Ellis LLP ("Tucker Ellis"), attorneys of record for Plaintiffs in this action. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2. In the regular course of business, attorneys at Tucker Ellis keep contemporaneous time records for all time billed to client matters. Attorneys record their time to the nearest tenth of an hour in an electronic time recording system. Each record includes a narrative explanation of the work performed. Tucker Ellis' electronic time record system enables it to track all fees and costs incurred on behalf of its clients, and further allows for generation of monthly invoices detailing the hours worked on a particular matter, the nature of the work performed, and the fees and costs incurred for that work.

3. On a monthly basis, a preliminary invoice is generated from the computerized time entry records described above. These preliminary invoices are reviewed for accuracy by the partner responsible for the particular client. Any edits are incorporated into a final monthly invoice that is ultimately sent to the client for payment.

4. In this case, I am and have at all times been responsible for reviewing each of the monthly invoices reflecting time record entries billed to Plaintiffs to ensure accuracy and reasonableness.

5. Plaintiffs incurred and paid $2,201,992.25 in attorneys' fees related to the proceedings before the Special Master, the Motion for Sanctions, and the Motion for Default/Summary Judgment against 35.CN on the alter ego question (the "Relevant Proceedings") and costs of $51,045.16.

6. Plaintiffs incurred and paid attorneys' fees for Relevant Proceedings based on the work of:

   a. <u>David J. Steele:</u> I graduated from Loyola Law School in 2000 and have approximately 24 years of intellectual property litigation experience. For 22 years, I have been a Professor at Loyola Law School where I teach Trademark Law and Internet Law. Additionally, I am gold-band ranked in World Trademark Review's WTR 1000: The World's Leading Trademark Professionals ("WTR 1000"). Before attending law school, I earned a degree in electrical engineering with an emphasis in computer network engineering from California State Polytechnic University, Pomona. I possess significant expertise working with large-scale datasets within complex database environments. I also have a strong understanding of how domain name registrars operate (including the related computer systems

used and data collected and stored by registrars). I have significant experience forensically analyzing data collected and stored by registrars, including in numerous cybersquatting litigations. Related to the Relevant Proceedings, I billed 223.5 hours in 2021 at $684 per hour and 264.4 hours from 2022 to 2024 at $705 per hour.

      b.    <u>Howard A. Kroll:</u> Mr. Kroll is a Partner at Tucker Ellis. Mr. Kroll graduated from the University of Southern California, Gould School of Law in 1981 and has approximately 43 years of litigation experience and over 28 years of intellectual property litigation experience. Additionally, Mr. Kroll is silver-band ranked in the WTR 1000. Related to the Relevant Proceedings, Mr. Kroll billed 249.8 hours in 2021 at $705 per hour and 1,335.7 hours from 2022 to 2024 at $727 per hour.

      c.    <u>Steven E. Lauridsen:</u> Mr. Lauridsen is a Partner at Tucker Ellis. Mr. Lauridsen graduated from the University of Southern California, Gould School of Law in 2006 and has approximately 18 years of intellectual property litigation experience. Additionally, Mr. Lauridsen is bronze-band ranked in the WTR 1000. Related to the Relevant Proceedings, Mr. Lauridsen billed 116.7 hours in 2021 at $591 per hour and 212.9 hours from 2022 to 2024 at $609 per hour.

      d.    <u>Bart L. Kessel:</u> Mr. Kessel is a Partner at Tucker Ellis. Mr. Kessel graduated from the University of California, Davis School of Law in 1986 and has approximately 38 years of litigation experience. Related to the Relevant Proceedings, Mr. Kessel billed 66.1 hours in 2021 at $599 per hour.

      e.    <u>Jeffrey C. Sindelar:</u> Mr. Sindelar is Counsel at Tucker Ellis. Mr. Sindelar graduated from Harvard Law School in 2007 and has approximately 17 years of litigation experience. Related to the Relevant Proceedings, Mr. Sindelar billed 23.8 hours in 2021 at $365 per hour and 317.7 hours from 2022 to 2024 at $377 per hour.

      f.    <u>Dina Roumiantseva:</u> Ms. Roumiantseva is Counsel at Tucker Ellis. Ms. Roumiantseva graduated from the University of California, Berkeley School of Law in 2014 and has approximately 10 years of intellectual property litigation experience. Related to the Relevant Proceedings, Ms. Roumiantseva billed 307.4 hours from 2022 to 2024 at $467.50 per hour.

      g.    <u>Helena M. Guye:</u> Ms. Guye is an Associate at Tucker Ellis. Ms. Guye graduated from the University of Missouri, Columbia School of Law in 2020 and has approximately 4 years of intellectual property litigation experience. Related to the Relevant Proceedings, Ms. Guye billed 124.9

hours in 2021 at $177 per hour, 118.1 hours in 2022 at $241 per hour, and 459.7 hours from 2023 to 2024 at $289 per hour.

    h. <u>Carter S. Ostrowski</u>: Mr. Ostrowski is an Associate at Tucker Ellis. Mr. Ostrowski graduated from the University of Cincinnati College of Law in 2022 and has approximately 2 years of intellectual property litigation experience. Related to the Relevant Proceedings, Mr. Ostrowski billed 31.3 hours in 2023 at $255 per hour.

    i. <u>Jacqueline D. Relatores:</u> Ms. Relatores was an Associate at Tucker Ellis. Ms. Relatores graduated from the University of California, Los Angeles School of Law in 2021. Related to the Relevant Proceedings, Ms. Relatores billed 41.8 hours in 2022 at $280.50 per hour.

    j. <u>Kathryn R. Pacheco:</u> Ms. Pacheco worked as an Associate at Tucker Ellis. Ms. Pacheco graduated from the University of Southern California School of Law in 2021. Related to the Relevant Proceedings, Ms. Pacheco billed 6.7 hours in 2021 at $255 per hour and 3.1 hours in 2022 at $280.50.

7. The rates identified for the attorneys listed above all included a discount of at least 15% to their standard rates.

8. Although Tucker Ellis attorneys' standard rates increase each year, the hourly rates charged to Plaintiffs have not changed since 2022 (with the exception of Ms. Guye, whose rate increased in 2023 upon moving from Missouri to California).

9. Portions of the American Intellectual Property Law Association *2023 Report of the Economic Survey* listing rates for intellectual property trial attorneys in the San Francisco area are attached to this Declaration as Exhibit 1.

10. As shown in Exhibit 1, the median hourly rate for intellectual property trial attorneys at the partner level in San Francisco was $810 in 2022. The hourly rates charged in this action by Partners at Tucker Ellis are below this median.

11. As shown in Exhibit 1, the median hourly rate for partner-track attorneys with greater than 10 years of intellectual property experience was $515 in 2022. The median hourly rate for partner-track attorneys with fewer than 5 years of intellectual property law experience was $313 in 2022. The rates charged in this action by Counsel and Associates at Tucker Ellis are below the respective median hourly

rates for attorneys with similar levels of experience in this practice area.

12. Summaries of the time record entries for the Relevant Proceedings are attached as Exhibits 2-23. These time record entries were pulled directly from Tucker Ellis LLP's electronic billing system which contains contemporary time records for each attorney. The narrative explanation for these time record entries has been redacted where necessary to protect descriptions reflecting attorney client communications and/or attorney work product.

13. Each time record entry related to the Relevant Proceedings billed by the Tucker Ellis attorneys listed above has been reviewed and organized into one of the following subcategories identifying the nature of work performed:

    a. **Fees related to the proceedings before the Special Master.**

        (1) *Appointment of the Special Master*. This category includes time spent on filings with the Court requesting appointment of the Special Master, meeting and conferring with Defendants regarding the Special Master's appointment, interviews with prospective special masters, and initial meetings with the Special Master. A summary identifying the time record entries for work related to this category is attached to this Declaration as Exhibit 2. As shown in Exhibit 2, Plaintiffs incurred and paid $66,584.33 for work related to this category, reflecting 105.3 hours of attorney time. The attorneys responsible for this work include: Mr. Kessel (45 hours), me (36.6 hours), Mr. Lauridsen (18.7 hours), and Mr. Kroll (5 hours).

        (2) *Hearings related to the Special Master*. This category includes time spent preparing for and attending hearings regarding the appointment of the Special Master and the Special Master's reports such as the February 16, 2021 hearing on the Motion to Appoint the Special Master (ECF No. 66), the July 20, 2021 Case Management Conference (ECF No. 127),[1] and the August 10, 2021 Case Management Conference (ECF No. 150).[2] This category also includes time spent evaluating the

---

[1] The Court should be aware that at this hearing, Judge van Keulen reviewed the Special Master's Report and Recommendation, the Special Master's invoices, Plaintiff's Motion for Default, OnlineNIC's Statement of Non-opposition to that Motion, and OnlineNIC's counsel's motion to withdraw as counsel.

[2] The Court should also be aware that at this hearing, Judge van Keulen reviewed the adoption of the Special Master's finding, the status of the preliminary injunction, the pending motion for default, and OnlineNIC's counsel's motion to withdraw as counsel.

results of the hearings. A summary identifying the time record entries for work related to this category is attached to this Declaration as Exhibit 3. As shown in Exhibit 3, Plaintiffs incurred and paid $29,350.93 for work related to this category, reflecting 48.1 hours of attorney time. The attorneys responsible for this work include: me (18.3 hours), Mr. Kroll (12 hours), Mr. Lauridsen (11 hours), Ms. Guye (5.2 hours), and Mr. Kessel (1.6 hours).

(3)    ***Assist Special Master with review of Defendants' data***. This category includes time spent reviewing and communicating with Defendants and/or the Special Master regarding Defendants' Kayako Ticket Database (the subject of the spoliation concerns). A summary identifying the time record entries for work related to this category is attached to this Declaration as Exhibit 4. As shown in Exhibit 4, Plaintiffs incurred and paid $27,907.20 for work related to this category, reflecting 41.5 hours of attorney time. The attorneys responsible for this work include: me (33.5 hours), Mr. Kessel (4.8 hours), Mr. Kroll (1.9 hours), and Mr. Lauridsen (1.3 hours).

(4)    ***Analyzing the Special Master's Reports***. This category includes time spent analyzing the status reports of the Special Master, including the draft and final reports. *See, e.g.,* ECF Nos. 83, 86, 89, 105, 112, 115, and 119. A summary identifying the time record entries for work related to this category is attached to this Declaration as Exhibit 5. As shown in Exhibit 5, Plaintiffs incurred and paid $49,835.50 for work related to this category, reflecting 75.1 hours of attorney time. The attorneys responsible for this work include: me (35.8 hours), Mr. Kroll (17.9 hours), Mr. Lauridsen (13.3 hours), and Mr. Kessel (8.1 hours).

(5)    ***Enforcing payment of the Special Master***. This category includes time spent meeting and conferring with the OnlineNIC Defendants and preparing filings regarding their obligation to pay the Special Master. These fees were necessitated when the Defendants began dissipating assets and indicated they could not pay the Special Master (*see* ECF No. 118 at 4), requiring Plaintiffs to seek a Temporary Restraining Order (ECF No. 129) and resulting in a Stipulated Preliminary Injunction (ECF No. 143). A summary identifying the time record entries for work related to this category is attached to this Declaration as Exhibit 6. As shown in Exhibit 6, Plaintiffs incurred and paid $68,753.95 for work related to this category, reflecting 125 hours of attorney time. The attorneys responsible for this work include: me (39.5 hours), Mr. Kroll (33.8 hours), Ms. Guye (30.4 hours) and Mr. Lauridsen (21.3 hours).

b. **Fees related to the Motion for Sanctions.**

(1) ***Drafting Motion for Terminating Sanctions***. This category includes time spent researching, analyzing, and drafting the Motion for Terminating Sanctions as to the OnlineNIC Defendants and preparing supporting documents. ECF No. 117. This category also includes the re-noticed Motion for Terminating Sanctions and supporting documents. ECF No. 176. A summary identifying the time record entries for work related to this category is attached to this Declaration as Exhibit 7. As shown in Exhibit 7, Plaintiffs incurred and paid $119,060.78 for work related to this category, reflecting 233.9 hours of attorney time. The attorneys responsible for this work include: Mr. Kroll (80 hours), Ms. Guye (76.8 hours), me (39.3 hours), Mr. Lauridsen (35.8 hours), and Mr. Kessel (2 hours).

(2) ***Analyzing/responding to Defendants' filings in response to the Motion for Terminating Sanctions***. This category includes time spent analyzing Defendants' various documents filed in response to Plaintiffs' Motion for Terminating Sanctions as to the OnlineNIC Defendants, such as 35.CN's Opposition (ECF No. 183), the OnlineNIC Defendants' Motion to Withdraw their Non-Opposition (ECF Nos. 185-186), and the OnlineNIC Defendants' Opposition (ECF No. 201). This category also includes time spent researching, analyzing, and drafting Plaintiffs' Opposition to the OnlineNIC Defendants' Motion to Withdraw their Non-Opposition (ECF No. 194) and Plaintiffs' Replies in Support of the Motion for Terminating Sanctions (ECF Nos. 188, 206). A summary identifying the time record entries for work related to this category is attached to this Declaration as Exhibit 8. As shown in Exhibit 8, Plaintiffs incurred and paid $96,375.97 for work related to this category, reflecting 158.7 hours of attorney time. The attorneys responsible for this work include: Mr. Kroll (91.7 hours), Mr. Sindelar (23.8 hours), me (17.5 hours), Mr. Lauridsen (8.9 hours), Ms. Pacheco (6.7 hours), Ms. Guye (5.5 hours), and Mr. Kessel (4.6 hours).

(3) ***Hearings related to the Motion for Terminating Sanctions***. This category includes time spent preparing for and attending hearings related to the Motion for Terminating Sanctions as to the OnlineNIC Defendants, such as the March 1, 2022 in-person hearing on the Motion (ECF No. 219) and the June 17, 2022 hearing on Defendants' motions for de novo review (ECF No. 252). This category also includes time spent evaluating the results of the hearings. A summary identifying the time record entries for work related to this category is attached to this Declaration as Exhibit 9. As shown

in Exhibit 9, Plaintiffs incurred and paid $94,628.38 for work related to this category, reflecting 158.6 hours of attorney time. The attorneys responsible for this work include: Mr. Kroll (70.7 hours), me (26 hours), Ms. Guye (22.4 hours), Mr. Lauridsen (20.1 hours), and Mr. Sindelar (19.4 hours).

(4)     ***Analyzing Court Orders related to the Motion for Terminating Sanctions***. This category includes time spent analyzing (and, where necessary, responding to) the Court's various orders related to the Motion for Terminating Sanctions as to the OnlineNIC Defendants, such as the Order Reassigning Case to Judge Illston (ECF No. 173) (requiring Plaintiffs' analysis as to Judge van Keulen's ability to rule on Plaintiffs' Motion for Termination Sanctions and whether Plaintiffs would dismiss or otherwise sever 35.CN from this case (ECF No. 155 at 2:6-8)), the Report and Recommendation (ECF No. 225 ("R&R")), the Order Adopting the R&R (ECF No. 276), and the Order re: Default (ECF. No. 291). A summary identifying the time record entries for work related to this category is attached to this Declaration as Exhibit 10. As shown in Exhibit 10, Plaintiffs incurred and paid $65,669.98 for work related to this category, reflecting 123.9 hours of attorney time. The attorneys responsible for this work include: Mr. Lauridsen (32.2 hours), Mr. Kroll (29.6 hours), Ms. Guye (22.8 hours), Mr. Sindelar (18.3 hours), me (15.8 hours), Ms. Pacheco (3.1 hours), and Ms. Roumiantseva (2.1 hours).

(5)     ***Analyzing/responding to Defendants' Motions for De Novo Review.*** This category includes time spent analyzing Defendants' motions for de novo review of the R&R; researching, analyzing, and drafting Plaintiffs' opposition; and, analyzing Defendants' replies in support of their motions. *See* ECF Nos. 228-229, 231-233. A summary identifying the time record entries for work related to this category is attached to this Declaration as Exhibit 11. As shown in Exhibit 11, Plaintiffs incurred and paid $92,882.14 for work related to this category, reflecting 177.2 hours of attorney time. The attorneys responsible for this work include: Mr. Sindelar (98.6 hours), Mr. Kroll (60 hours), me (11.7 hours), Mr. Lauridsen (6.1 hours), and Ms. Guye (0.8 hours).

(6)     ***Analyzing/responding to Defendants' Motion for an Evidentiary Hearing***. This category includes time spent researching, analyzing, and drafting the opposition to 35.CN's Motion for an Evidentiary Hearing and to Augment the Record for the Report and Recommendation for Terminating Sanctions Against Defendants. *See* ECF Nos. 238, 241. A summary identifying the time record entries for work related to this category is attached to this Declaration as Exhibit 12. As shown in

8
DECLARATION OF DAVID J. STEELE IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES
CASE NO. 3:19-cv-07071-SI

Exhibit 12, Plaintiffs incurred and paid $72,659.53 for work related to this category, reflecting 134 hours of attorney time. The attorneys responsible for this work include: Mr. Kroll (43.4 hours), Mr. Sindelar (41.5 hours), Mr. Lauridsen (20.4 hours), Ms. Guye (15.4 hours), and me (13.3 hours).

(7) ***Revising the Proposed Default Judgment after issuance of the R&R***. Pursuant to the Court's order (ECF No. 225 at 33:16-23), this category includes time spent revising Plaintiffs' initial proposed default judgment, meeting and conferring with OnlineNIC's counsel regarding these revisions, and revising Plaintiffs' request for attorneys' fees. A summary identifying the time record entries for work related to this category is attached to this Declaration as Exhibit 13. As shown in Exhibit 13, Plaintiffs incurred and paid $21,020.67 for work related to this category, reflecting 51.6 hours of attorney time. The attorneys responsible for this work include: Ms. Guye (31.9 hours), me (14.1 hours), Mr. Lauridsen (3.2 hours), Mr. Kroll (1.6 hours), and Mr. Sindelar (0.8 hours).

(8) ***Supplemental Briefing regarding Entry of Default Judgment***. This category includes time spent researching, analyzing, and drafting supplemental briefing on the issue of entry of default judgment against the OnlineNIC Defendants as ordered by the Court. *See* ECF Nos. 276, 278-279. A summary identifying the time record entries for work related to this category is attached to this Declaration as Exhibit 14. As shown in Exhibit 14, Plaintiffs incurred and paid $49,738.51 for work related to this category, reflecting 98.1 hours of attorney time. The attorneys responsible for this work include: Mr. Sindelar (44.3 hours), Mr. Kroll (26 hours), Ms. Roumiantseva (22.4 hours), me (4.2 hours), and Mr. Lauridsen (1.2 hours).

c. **Fees related to the Motion for Default/Summary Judgment against 35.CN on the alter ego question.**

(1) ***Drafting Motion for Default/Summary Judgment against 35.CN***. This category includes time spent researching and analyzing the law surrounding alter ego liability as applied to the facts of this case (including examining Defendants' discovery responses, deposition testimony, communications with ICANN, tax returns, bank statements, contracts, and financial statements). This category also includes time spent researching, analyzing, and drafting the Motion for Default/Summary Judgment against 35.CN and preparing supporting documents. ECF No. 299. A summary identifying the time record entries for work related to this category is attached to this Declaration as Exhibit 15. As shown

DECLARATION OF DAVID J. STEELE IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES
CASE NO. 3:19-cv-07071-SI

in Exhibit 15, Plaintiffs incurred and paid $447,564.78 for work related to this category, reflecting 752.2 hours of attorney time. The attorneys responsible for this work include: Mr. Kroll (418 hours), Ms. Roumiantseva (184.2 hours), Ms. Guye (54.2 hours), Ms. Relatores (41.8), me (28.8 hours), Mr. Lauridsen (11.3 hours), Mr. Sindelar (9.1 hours), and Mr. Ostrowski (4.8 hours).

(2) ***Analyzing/responding to Defendants' filings in response to the Motion for Default/Summary Judgment***. This category includes time spent analyzing Defendants' various documents filed in response to Plaintiffs' Motion for Default/Summary Judgment against 35.CN, such as 35.CN's Opposition (ECF No. 318), Objections to Reply Evidence (ECF No. 327), and Sur-reply (ECF No. 335). This category also includes time spent researching, analyzing, and drafting Plaintiffs' Reply in Support of the Motion for Default/Summary Judgment (ECF No. 324) and Objections to Sur-reply Evidence (ECF No. 340). A summary identifying the time record entries for work related to this category is attached to this Declaration as Exhibit 16. As shown in Exhibit 16, Plaintiffs incurred and paid $256,790.10 for work related to this category, reflecting 438.8 hours of attorney time. The attorneys responsible for this work include: Mr. Kroll (227.5 hours), Ms. Guye (83.9 hours), Mr. Sindelar (42.8 hours), Mr. Lauridsen (35.4 hours), me (27.6 hours), and Ms. Roumiantseva (21.6 hours).

(3) ***Hearing related to the Motion for Default/Summary Judgment against 35.CN***. This category includes time spent preparing for and attending the July 11, 2023 in-person hearing on the Motion for Summary Judgment against 35.CN. *See* ECF No. 369. This category also includes time spent evaluating the results of the hearing. A summary identifying the time record entries for work related to this category is attached to this Declaration as Exhibit 17. As shown in Exhibit 17, Plaintiffs incurred and paid $106,137.22 for work related to this category, reflecting 192.5 hours of attorney time. The attorneys responsible for this work include: Mr. Kroll (70.8 hours), Ms. Guye (43.6 hours), Ms. Roumiantseva (34 hours), me (23.9 hours), Mr. Sindelar (12.7 hours), and Mr. Lauridsen (7.5 hours).

(4) ***Analyzing Court Orders related to the Motion for Default/Summary Judgment***. This category includes time spent analyzing (and, where necessary, responding to) the Court's various orders related to the Motion for Default/Summary Judgment against 35.CN, such as the Order Converting Plaintiffs' Motion to Strike to a Motion for Summary Judgment and Granting 35.CN Leave to File a Sur-Reply (ECF No. 329) and the Order Granting Summary Judgment (ECF No. 351). A summary

identifying the time record entries for work related to this category is attached to this Declaration as Exhibit 18. As shown in Exhibit 18, Plaintiffs incurred and paid $24,430.90 for work related to this category, reflecting 42.7 hours of attorney time. The attorneys responsible for this work include: Mr. Lauridsen (11.4 hours), me (9 hours), Mr. Kroll (8.7 hours), Ms. Roumiantseva (4 hours), Ms. Guye (7.5 hours), and Mr. Sindelar (2.1 hours).

(5) ***Joint Status Statement regarding Section IV of the R&R ("Relief")***. This category includes time spent meeting and conferring with Defendants regarding entry of default judgment and the issues raised in Judge van Keulen's R&R, Section IV ("Relief") as ordered by the Court. *See* ECF No. 351. This category also includes time spent drafting the Joint Status Statement addressing these issues as ordered by the Court. ECF No. 365. A summary identifying the time record entries for work related to this category is attached to this Declaration as Exhibit 19. As shown in Exhibit 19, Plaintiffs incurred and paid $33,766.89 for work related to this category, reflecting 52 hours of attorney time. The attorneys responsible for this work include: Mr. Kroll (21.3 hours), me (12.3 hours), Mr. Lauridsen (11.9 hours), Mr. Sindelar (5.7 hours), and Ms. Guye (0.8 hours).

(6) ***Sealing of filings and records***. This category includes time spent meeting and conferring with Defendants regarding the sealing of records related to these filings and re-filing redacted versions of records as ordered by the Court. *See* ECF No. 353. This category also includes time spent corresponding and conferring with 35.CN regarding its confidentiality designations to the transcript of the hearing on Plaintiffs' Motion for Summary Judgment. ECF Nos. 364, 365-366, 369. In addition, this category includes time spent drafting and filing Plaintiffs' Amended Proposed Orders for Motions to Seal. ECF Nos. 332-333. A summary identifying the time record entries for work related to this category is attached to this Declaration as Exhibit 20. As shown in Exhibit 20, Plaintiffs incurred and paid $107,755.36 for work related to this category, reflecting 213.6 hours of attorney time. The attorneys responsible for this work include: Ms. Guye (71.4 hours), Mr. Kroll (50.4 hours), me (33.8 hours), Mr. Lauridsen (27 hours), Mr. Ostrowski (18.2 hours), Ms. Roumiantseva (8.6 hours), and Mr. Sindelar (4.2 hours).

(7) ***Drafting Motion for Default Judgment***. This category includes time spent researching, analyzing, and drafting Plaintiffs' Motion for Default Judgment Against All Defendants and

Proposed Default Judgment, along with supporting documents. ECF No. 379. A summary identifying the time record entries for work related to this category is attached to this Declaration as Exhibit 21. As shown in Exhibit 21, Plaintiffs incurred and paid $130,989.80 for work related to this category, reflecting 257.5 hours of attorney time. The attorneys responsible for this work include: Mr. Kroll (107 hours), Ms. Guye (102.7 hours), me (12.9 hours), Ms. Roumiantseva (12.8 hours), Mr. Sindelar (8.8 hours), Mr. Ostrowski (8.3 hours), and Mr. Lauridsen (5 hours).

(8) *Analyzing/responding to Defendants' filings in response to the Motion for Default Judgment*. This category includes time spent analyzing Defendants' various documents filed in response to Plaintiffs' Motion for Default Judgment Against All Defendants and Proposed Default Judgment. ECF Nos. 380, 382, 384-385. This category includes time spent researching, analyzing, and drafting the Reply in support of Plaintiffs' Motion for Default Judgment Against All Defendants. ECF No. 388. A summary identifying the time record entries for work related to this category is attached to this Declaration as Exhibit 22. As shown in Exhibit 22, Plaintiffs incurred and paid $166,456.04 for work related to this category, reflecting 299.7 hours of attorney time. The attorneys responsible for this work include: Mr. Kroll (157.9 hours), Ms. Guye (105.6 hours), me (12.7 hours), Mr. Lauridsen (12.4 hours), Mr. Sindelar (6.1 hours), and Ms. Roumiantseva (5.3 hours).

(9) *Prepare for and attend hearing on Motion for Default Judgment*. This category includes time spent preparing for and attending the May 3, 2024 in-person hearing on Plaintiffs' Motion for Default Judgment Against All Defendants, including meeting and conferring with Defendants over the terms of the Proposed Permanent Injunction pursuant to this Court's April 30, 2024 Order (ECF No. 389). This category also includes time spent evaluating the results of the hearing. A summary identifying the time record entries for work related to this category is attached to this Declaration as Exhibit 23. As shown in Exhibit 23, Plaintiffs incurred and paid $73,633.31 for work related to this category, reflecting 123.6 hours of attorney time. The attorneys responsible for this work include: Mr. Kroll (50.3 hours), Ms. Guye (22.1 hours), me (21.3 hours), Mr. Lauridsen (14.2 hours), Ms. Roumiantseva (12.4 hours), and Mr. Sindelar (3.3 hours).

14. Tables summarizing Plaintiffs' attorneys' fees for each of the above categories are presented below.

| a. Fees related to the proceedings before the Special Master. | Sum of Hours | Sum of Bill Amount |
|---|---|---|
| Appointment of the Special Master | 105.3 | $66,584.33 |
| Hearings related to the Special Master | 48.1 | $29,350.93 |
| Assist Special Master with review of Defendants' data | 41.5 | $27,907.20 |
| Analyzing the Special Master's Reports | 75.1 | $49,835.50 |
| Enforcing payment of the Special Master | 125 | $68,753.95 |
| **Total** | **395** | **$242,431.91** |

| b. Fees related to the Motion for Sanctions. | Sum of Hours | Sum of Bill Amount |
|---|---|---|
| Drafting Motion for Terminating Sanctions | 233.9 | $119,060.78 |
| Analyzing/responding to Defendants' filings in response to the Motion for Terminating Sanctions | 158.7 | $96,375.97 |
| Hearings related to the Motion for Terminating Sanctions | 158.6 | $94,628.38 |
| Analyzing Court Orders related to the Motion for Terminating Sanctions | 123.9 | $65,669.98 |
| Analyzing/responding to Defendants' Motions for De Novo Review | 177.2 | $92,882.14 |
| Analyzing/responding to Defendants' Motion for an Evidentiary Hearing | 134 | $72,659.53 |
| Revising the Proposed Default Judgment after issuance of the R&R | 51.6 | $21,020.67 |
| Supplemental Briefing regarding Entry of Default Judgment | 98.1 | $49,738.51 |
| **Total** | **1,136** | **$612,035.96** |

| c. Fees related to the Motion for Default/Summary Judgment against 35.CN on the alter ego question. | Sum of Hours | Sum of Bill Amount |
|---|---|---|
| Drafting Motion for Default/Summary Judgment against 35.CN | 752.2 | $447,564.78 |
| Analyzing/responding to Defendants' filings in response to the Motion for Default/Summary Judgment | 438.8 | $256,790.10 |

13

DECLARATION OF DAVID J. STEELE IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES
CASE NO. 3:19-cv-07071-SI

| | | |
|---|---|---|
| Hearing related to the Motion for Default/Summary Judgment against 35.CN | 192.5 | $106,137.22 |
| Analyzing Court Orders related to the Motion for Default/Summary Judgment | 42.7 | $24,430.90 |
| Joint Status Statement regarding Section IV of the R&R ("Relief") | 52 | $33,766.89 |
| Sealing of filings and records | 213.6 | $107,755.36 |
| Drafting Motion for Default Judgment | 257.5 | $130,989.80 |
| Analyzing/responding to Defendants' filings in response to the Motion for Default Judgment | 299.7 | $166,456.04 |
| Prepare for and attend hearings on Motion for Default Judgment | 123.6 | $73,633.31 |
| **Total** | **2,372.6** | **$1,347,524.40** |

| | | |
|---|---|---|
| **Grand Total** | **3,903.6** | **$2,201,992.25** |

15.  In this case, I was primarily responsible for overseeing work related to the proceedings before the Special Master.

16.  Plaintiffs' initial request for appointment of the Special Master in 2021 was necessitated by severe problems associated with Defendants' production of ESI, "with a cumulative data size of 184 GB, a total of 545,013 files, and 442,680,623 database records." ECF No. 115 (Special Discovery Master's Data Destroyed or Withheld Report) at 2:7-8.

17.  As shown in Exhibits 2-6, Tucker Ellis attorneys spent hours examining and analyzing these problems, meeting and conferring with Defendants regarding the Special Master's appointment, attending hearings related to the Special Master, working with the Special Master on his analysis, analyzing the status reports of the Special Master, and arranging for the payment of the Special Master after the OnlineNIC Defendants failed to pay their share of the Special Master's fee.

18.  The hours spent related to the proceedings before the Special Master were reasonable based on the size of the data being examined, the complexities involved with determining whether data was spoliated or withheld, and the skills necessary to properly evaluate this data.

19.  Given the technical and legal experience necessary to properly evaluate deficiencies in

Defendants' ESI production and effectively work with the Special Master, the hours expended by the Tucker Ellis attorneys who worked on tasks related to this work were reasonable and justified.

20. On May 15, 2024, counsel for the parties met and conferred for the purpose of attempting to resolve any disputes with respect to the motion. At this time, no resolution has been reached.

21. Plaintiffs have necessarily and reasonably incurred in this case costs of $51,045.16. As detailed in the table below, these costs entail filing fees (Civil L.R. 54-3(a)(1)), service of process, including costs occurred in effecting service through the Hague Convention (Civil L.R. 54-3(a)(2)), fees related to the 30(b)(6) depositions of Defendants OnlineNIC and ID Shield (Civil L.R. 54-3(c)(1) and (c)(5)), and the cost of producing ESI (Civil L.R. 54-3(d)(2)). A summary identifying the record entries for these costs, redacted where necessary, is attached to this Declaration as Exhibit 24 (reflecting the filing fees, service of process and depositions costs incurred by Tucker Ellis and charged to Plaintiffs) and Exhibit 25 (reflecting the invoices from KPMG to Plaintiffs for professional services related to the production of ESI in this case).

| Category of Costs | Sum of Bill Amount |
|---|---|
| Filing fees | $400 |
| Service of process | $1,745 |
| Depositions | $21,550.50 |
| Document Production | $27,349.66 |
| **Total** | **$51,045.16** |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on May 17, 2024 in Atlanta, Georgia.

                                      /s/ David J. Steele