# Exhibit 1

# Average hourly billing rate in 2022 (Q33)
## Private Firm, Equity Partner

| | | Average hourly billing rate in 2022 | | | | |
|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 218 | $585 | $400 | $500 | $661 |
| Years of IP Law Attorney Experience | 7-9 | 3 | $643 | ISD | $500 | ISD |
| | 10-14 | 26 | $527 | $350 | $450 | $500 |
| | 15-24 | 75 | $545 | $395 | $475 | $687 |
| | 25-34 | 89 | $610 | $418 | $525 | $663 |
| | 35 or More | 19 | $694 | $500 | $610 | $700 |
| Location | Boston CMSA | 4 | $713 | $431 | $713 | $994 |
| | NYC CMSA | 17 | $761 | $500 | $670 | $1,025 |
| | Philadelphia CMSA | 8 | $620 | $481 | $575 | $825 |
| | Washington, DC CMSA | 20 | $702 | $478 | $603 | $995 |
| | Other East | 16 | $543 | $376 | $488 | $595 |
| | Metro Southeast | 11 | $557 | $400 | $500 | $540 |
| | Other Southeast | 8 | $433 | $377 | $435 | $483 |
| | Chicago CMSA | 14 | $630 | $494 | $623 | $654 |
| | Minne.-St. Paul PMSA | 16 | $495 | $353 | $468 | $614 |
| | Other Central | 38 | $441 | $341 | $403 | $513 |
| | Texas | 23 | $619 | $450 | $500 | $850 |
| | Los Angeles CMSA | 5 | $560 | $365 | $500 | $785 |
| | San Francisco CMSA | 6 | $993 | $534 | $810 | $1,546 |
| | Other West | 32 | $565 | $403 | $448 | $600 |
| IP Technical Specialization (>=50%) | Biotechnology | 10 | $631 | $405 | $560 | $813 |
| | Chemical | 9 | $495 | $358 | $450 | $580 |
| | Computer Hardware | 3 | $440 | ISD | $470 | ISD |
| | Computer Software | 25 | $596 | $400 | $495 | $700 |
| | Electrical | 17 | $596 | $400 | $550 | $710 |
| | Mechanical | 36 | $473 | $376 | $440 | $524 |
| | Medical/Health Care | 9 | $478 | $335 | $435 | $615 |
| | Pharmaceutical | 3 | $856 | ISD | $687 | ISD |
| Age | 35-39 | 16 | $486 | $350 | $445 | $494 |
| | 40-44 | 22 | $583 | $358 | $470 | $588 |
| | 45-49 | 24 | $581 | $400 | $485 | $784 |
| | 50-54 | 43 | $521 | $390 | $475 | $600 |
| | 55-59 | 57 | $636 | $425 | $550 | $685 |
| | 60 or Older | 51 | $595 | $420 | $520 | $650 |
| Gender | Male | 175 | $585 | $400 | $500 | $650 |
| | Female | 36 | $524 | $386 | $475 | $615 |
| | Prefer not to respond | 4 | $570 | $383 | $453 | $875 |
| Highest Non-Law Degree | Bachelor's Degree | 143 | $567 | $400 | $495 | $625 |
| | Master's Degree | 50 | $601 | $411 | $500 | $705 |
| | Doctorate Degree | 21 | $594 | $395 | $540 | $725 |
| Ethnicity | White/Caucasian | 178 | $569 | $400 | $500 | $650 |
| | Black/African American | 3 | $450 | ISD | $450 | ISD |
| | Hispanic/Latino | 3 | $1,050 | ISD | $850 | ISD |
| | Asian/Pacific Islander | 8 | $554 | $343 | $413 | $851 |
| | Mixed Race | 7 | $475 | $400 | $450 | $550 |
| | Prefer not to respond | 13 | $699 | $453 | $535 | $1,013 |
| | Other | 3 | $610 | ISD | $555 | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 24 | $441 | $356 | $423 | $499 |
| | 3-5 | 36 | $498 | $381 | $418 | $515 |
| | 6-10 | 21 | $449 | $393 | $440 | $550 |
| | 11-25 | 42 | $548 | $397 | $475 | $626 |
| | 26-50 | 25 | $562 | $438 | $500 | $640 |
| | 51-100 | 36 | $674 | $500 | $625 | $851 |
| | 101-150 | 11 | $656 | $360 | $650 | $850 |
| | More than 150 | 18 | $1,026 | $768 | $1,015 | $1,313 |

AIPLA Report of the Economic Survey 2023
I-34

**Private Firm, Partner-Track Attorney**

# Average hourly billing rate in 2022 (Q33)

*Private Firm, Partner-Track Attorney*

| | | Average hourly billing rate in 2022 | | | |
|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 54 | $459 | $325 | $400 | $506 |
| Years of IP Law Attorney Experience | Fewer than 5 | 18 | $373 | $220 | $313 | $469 |
| | 5-6 | 4 | $514 | $291 | $413 | $838 |
| | 7-9 | 7 | $460 | $330 | $418 | $585 |
| | 10-14 | 10 | $663 | $451 | $515 | $668 |
| | 15-24 | 9 | $427 | $345 | $400 | $423 |
| | 25-34 | 5 | $398 | $346 | $398 | $450 |
| Location | Washington, DC CMSA | 16 | $482 | $339 | $410 | $519 |
| | Other Southeast | 5 | $406 | $325 | $390 | $495 |
| | Chicago CMSA | 4 | $488 | $417 | $484 | $564 |
| | Minne.-St. Paul PMSA | 3 | $379 | ISD | $418 | ISD |
| | Other Central | 9 | $316 | $220 | $325 | $388 |
| | Other West | 5 | $680 | $283 | $305 | $1,266 |
| IP Technical Specialization (>=50%) | Biotechnology | 3 | $278 | ISD | $290 | ISD |
| | Chemical | 7 | $575 | $425 | $525 | $725 |
| | Computer Software | 7 | $695 | $325 | $530 | $755 |
| | Mechanical | 5 | $327 | $283 | $300 | $384 |
| | Pharmaceutical | 3 | $522 | ISD | $420 | ISD |
| Age | Younger than 35 | 14 | $385 | $220 | $313 | $476 |
| | 35-39 | 7 | $414 | $290 | $390 | $550 |
| | 40-44 | 13 | $415 | $345 | $418 | $475 |
| | 45-49 | 3 | $410 | ISD | $420 | ISD |
| | 50-54 | 5 | $663 | $325 | $350 | $1,159 |
| | 55-59 | 6 | $499 | $343 | $463 | $648 |
| Gender | Male | 37 | $472 | $315 | $390 | $515 |
| | Female | 13 | $421 | $308 | $425 | $513 |
| | Prefer not to respond | 3 | $485 | ISD | $400 | ISD |
| Highest Non-Law Degree | Bachelor's Degree | 32 | $448 | $306 | $395 | $492 |
| | Master's Degree | 11 | $492 | $325 | $418 | $750 |
| | Doctorate Degree | 11 | $459 | $325 | $425 | $550 |
| Ethnicity | White/Caucasian | 38 | $438 | $298 | $394 | $462 |
| | Hispanic/Latino | 3 | $483 | ISD | $350 | ISD |
| | Asian/Pacific Islander | 7 | $551 | $365 | $580 | $750 |
| | Prefer not to respond | 3 | $542 | ISD | $500 | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 3 | $337 | ISD | $340 | ISD |
| | 3-5 | 5 | $340 | $200 | $300 | $500 |
| | 6-10 | 7 | $327 | $280 | $330 | $400 |
| | 11-25 | 11 | $369 | $325 | $366 | $420 |
| | 26-50 | 9 | $485 | $303 | $330 | $668 |
| | 51-100 | 7 | $480 | $398 | $468 | $580 |
| | 101-150 | 3 | $360 | ISD | $345 | ISD |
| | More than 150 | 7 | $648 | $435 | $725 | $800 |