# Exhibit 2

**Meta v. OnlineNIC (TE No. 015949-007)**
**Appointment of the Special Master**

| Worked Date | Time Keeper | Time Narrative | Sum of Bill Hours | Sum of Bill Amount |
|---|---|---|---|---|
| 1/2/2021 | Kessel, Bart L. | Draft and revise Response to Defendant's Court Ordered Status Conference Report. | 3.6 | $ 2,157.30 |
| 1/3/2021 | Lauridsen, Steven E. | Prepare sections of response to Defendants' report to the Court concerning their document production. | 1.9 | $ 1,122.43 |
| 1/3/2021 | Kessel, Bart L. | Continued revisions to Response to Court Ordered Status Conference Report. | 2.1 | $ 1,258.43 |
| 1/3/2021 | Steele, David J. | Revise Response to Defendant's Declaration to Court (ECF 55). | 2.6 | $ 1,779.05 |
| 1/3/2021 | Kessel, Bart L. | Analysis of documents in Support Ticket Database relative to Defendants' response to Court Ordered Status Conference Report. | 4.1 | $ 2,456.93 |
| 1/4/2021 | Steele, David J. | Revise Decl. of Steele in Response to Defendant's Declaration to Court (ECF 55). | 0.4 | $ 273.70 |
| 1/4/2021 | Kroll, Howard A. | Attention to response seeking discovery referee. | 0.8 | $ 564.40 |
| 1/4/2021 | Steele, David J. | Revise Response to Defendant's Declaration to Court (ECF 55). | 1.4 | $ 957.95 |
| 1/4/2021 | Lauridsen, Steven E. | Revise response to P. Narancic report and declaration concerning de-duplication. | 1.8 | $ 1,063.35 |
| 1/4/2021 | Steele, David J. | Revise Steele Declaration exhibits in Support of Response to Defendant's Declaration to Court (ECF 55). | 2.4 | $ 1,642.20 |
| 1/5/2021 | Lauridsen, Steven E. | Revise response to Defendants' de-duplication report. | 4.1 | $ 2,422.08 |
| 1/5/2021 | Kessel, Bart L. | Attention to discovery disputes and Response to Defendants' Status Report. | 4.1 | $ 2,456.93 |
| 1/6/2021 | Steele, David J. | Finalize Response to Defendant's Declaration to Court (ECF 55). | 2.2 | $ 1,505.35 |
| 1/7/2021 | Kessel, Bart L. | Prepare Joint Discovery Briefs regarding Plaintiffs' First Set of Document Requests (Registration Database); Plaintiffs' Second Set of Requests for Admission, one for each defendant (Dec. 22 Demand Letters) and Defendants' First Set of Interrogatories to Facebook (Demand Letter #1). | 6.3 | $ 3,775.28 |
| 1/28/2021 | Lauridsen, Steven E. | Analyze Defendants' letter regarding Plaintiffs' request for a special master for discovery issues. | 0.4 | $ 236.30 |
| 1/28/2021 | Steele, David J. | Review letter from P. Narancic providing table names for certain responses to RFPs. | 0.4 | $ 273.70 |
| 1/28/2021 | Steele, David J. | Review letter from P. Narancic regarding ECF 56 (Decl. of Steele regarding problems with Trouble Ticket Database). | 0.6 | $ 410.55 |
| 1/29/2021 | Steele, David J. | Correspondence with Facebook litigation team regarding ▮▮▮▮▮ | 0.3 | $ 205.28 |
| 1/29/2021 | Kessel, Bart L. | Preparation of letter to P. Narancic regarding discovery disputes. | 4.3 | $ 2,576.78 |
| 1/30/2021 | Steele, David J. | Prepare Motion to Compel regarding Trouble Ticket Database. | 0.6 | $ 410.55 |
| 1/31/2021 | Kessel, Bart L. | Draft Joint Discovery Brief regarding Request for Special Technical Master and ▮▮▮▮▮ | 4.2 | $ 2,516.85 |
| 2/2/2021 | Steele, David J. | Correspondence with ▮▮ regarding ▮▮▮▮▮ | 0.2 | $ 136.85 |
| 2/2/2021 | Steele, David J. | Revise draft motion for appointment of special master for discovery. | 0.6 | $ 410.55 |
| 2/2/2021 | Kessel, Bart L. | Attention to Defendants updated Support Ticket Database production. | 2.1 | $ 1,258.43 |
| 2/2/2021 | Kessel, Bart L. | Draft and revise motion to appoint Special Technical Discovery Master. | 3.1 | $ 1,857.68 |
| 2/3/2021 | Steele, David J. | Correspondence with P. Narancic regarding motion regarding appointment of special master. | 0.4 | $ 273.70 |
| 2/3/2021 | Steele, David J. | Revise motion regarding appointment of special master ▮▮▮▮▮ | 0.7 | $ 478.98 |
| 2/3/2021 | Kessel, Bart L. | Attention to motion to appoint Special Technical Discovery Master. | 2.9 | $ 1,737.83 |
| 2/4/2021 | Steele, David J. | Correspondence with P. Narancic regarding Plaintiffs motion to appoint Special Master for discovery. | 0.2 | $ 136.85 |
| 2/5/2021 | Steele, David J. | Correspondence with database expert regarding accessing OnlineNIC's latest production of the trouble ticket database and potential searches of note. | 0.3 | $ 205.28 |
| 2/5/2021 | Steele, David J. | Telephone conference with P. Narancic regarding Plaintiffs motion to appoint Special Master for discovery and no settlement. | 0.7 | $ 478.98 |
| 2/5/2021 | Steele, David J. | Prepare draft [proposed] Order Appointing Special Master. | 1.8 | $ 1,231.65 |
| 2/5/2021 | Kessel, Bart L. | Participate in discovery conference with Defendants counsel regarding outstanding discovery issues including motion for special master. | 3.1 | $ 1,857.68 |
| 2/6/2021 | Steele, David J. | Review initial analysis by database expert regarding trouble ticket database. | 0.3 | $ 205.28 |
| 2/7/2021 | Steele, David J. | Correspondence with P. Narancic regarding Motion to Appoint Special Master. | 0.2 | $ 136.85 |
| 2/7/2021 | Steele, David J. | Revise Motion to Appoint Special Master. | 0.3 | $ 205.28 |
| 2/8/2021 | Lauridsen, Steven E. | Review Defendants' portion of motion to appoint special master. | 0.3 | $ 177.23 |
| 2/8/2021 | Steele, David J. | Review OnlineNIC's portion of letter brief for Plaintiffs' Motion to Appoint Special Master. | 0.7 | $ 478.98 |
| 2/8/2021 | Kessel, Bart L. | Attention to Joint Motion for Appointment of Special Technical Master. | 1.6 | $ 958.80 |
| 2/9/2021 | Steele, David J. | Review finalized Joint Discovery Statement from P. Narancic regarding Special Discovery Master. | 0.4 | $ 273.70 |
| 2/9/2021 | Steele, David J. | Research OnlineNIC's trouble ticket database productions for use in Supplemental Statement in Support of Motion to Appoint Special Master. | 1.7 | $ 1,163.23 |
| 2/10/2021 | Steele, David J. | Correspondence with P. Narancic regarding Special Discovery Master filing. | 0.4 | $ 273.70 |

| Worked Date | Time Keeper | Time Narrative | Sum of Bill Hours | Sum of Bill Amount |
|---|---|---|---|---|
| 2/10/2021 | Steele, David J. | Additional research of OnlineNIC's trouble ticket database productions for use in Supplemental Statement in Support of Motion to Appoint Special Master. | 1.4 | $ 957.95 |
| 2/10/2021 | Kessel, Bart L. | Attention to Joint Motion for Appointment of Special Technical Master. | 3.2 | $ 1,917.60 |
| 2/11/2021 | Lauridsen, Steven E. | Review order setting hearing on motion to appoint special master. | - | $ - |
| 2/11/2021 | Lauridsen, Steven E. | Report order setting hearing on motion to appoint special master. | 0.1 | $ 59.08 |
| 2/11/2021 | Steele, David J. | Revisions to Supplemental Statement in Support of Motion to Appoint Special Master. | 0.7 | $ 478.98 |
| 2/11/2021 | Steele, David J. | Prepare Suppl. Statement regarding Motion for Special Master. | 2.3 | $ 1,573.78 |
| 2/12/2021 | Lauridsen, Steven E. | Communicate with opposing counsel regarding Defendants re-production of its database. | 0.1 | $ 59.08 |
| 2/12/2021 | Steele, David J. | Correspondence with [redacted] regarding [redacted] | 0.2 | $ 136.85 |
| 2/14/2021 | Steele, David J. | Research possible Special Technical Master candidates. | 1.6 | $ 1,094.80 |
| 2/16/2021 | Lauridsen, Steven E. | Review minute entry for hearing on motion to appoint special master. | 0.1 | $ 59.08 |
| 2/16/2021 | Lauridsen, Steven E. | Communicate with opposing counsel regarding meeting and conferring on special master as ordered by the Court. | 0.1 | $ 59.08 |
| 2/16/2021 | Lauridsen, Steven E. | Analyze Defendants' supplemental filing regarding motion to appoint special master. | 0.3 | $ 177.23 |
| 2/16/2021 | Lauridsen, Steven E. | Prepare summary of [redacted] | 0.3 | $ 177.23 |
| 2/16/2021 | Steele, David J. | Research vendors of Kayko trouble ticket software for possible service as Special Master. | 0.4 | $ 273.70 |
| 2/16/2021 | Lauridsen, Steven E. | Facebook team meeting [redacted] | 0.5 | $ 295.38 |
| 2/16/2021 | Steele, David J. | Analysis of produced trouble ticket database confirming no attachments were produced. | 0.5 | $ 342.13 |
| 2/16/2021 | Steele, David J. | Revise [proposed] Order appointing Special Master. | 0.7 | $ 478.98 |
| 2/16/2021 | Steele, David J. | Review letter brief filed by P. Narancic regarding trouble ticket database. | 0.7 | $ 478.98 |
| 2/16/2021 | Steele, David J. | Telephone conference with T. Howe, potential Special Master regarding discovery dispute. | 0.9 | $ 615.83 |
| 2/16/2021 | Lauridsen, Steven E. | Prepare draft order appointing special master. | 2.6 | $ 1,535.95 |
| 2/17/2021 | Lauridsen, Steven E. | Communicate with opposing counsel regarding appointment of Special Master. | 0.3 | $ 177.23 |
| 2/17/2021 | Lauridsen, Steven E. | Communicate with [redacted] regarding [redacted] | 0.3 | $ 177.23 |
| 2/17/2021 | Steele, David J. | Correspondence with [redacted] regarding [redacted] | 0.3 | $ 205.28 |
| 2/17/2021 | Steele, David J. | Correspondence with E. Vaughan, possible Special Master, regarding matter. | 0.3 | $ 205.28 |
| 2/17/2021 | Lauridsen, Steven E. | Continue to vet potential Special Masters. | 0.5 | $ 295.38 |
| 2/17/2021 | Lauridsen, Steven E. | Meet with opposing counsel regarding appointment of Special Master. | 0.6 | $ 354.45 |
| 2/17/2021 | Steele, David J. | Telephone conference with P. Narancic regarding [proposed] Order Appointing Special Master. | 0.6 | $ 410.55 |
| 2/17/2021 | Lauridsen, Steven E. | Revise proposed order to appoint Special Master. | 0.9 | $ 531.68 |
| 2/17/2021 | Kroll, Howard A. | Attention to order for discovery master. | 1.3 | $ 917.15 |
| 2/18/2021 | Steele, David J. | Correspondence with S. Pachev regarding loading new database from OnlineNIC. | 0.2 | $ 136.85 |
| 2/18/2021 | Steele, David J. | Telephone conference with P. Harris, Special Master proposed by P. Narancic. | 0.4 | $ 273.70 |
| 2/18/2021 | Lauridsen, Steven E. | Analyze Defendants' proposed revisions to order appointing special master. | 0.6 | $ 354.45 |
| 2/18/2021 | Lauridsen, Steven E. | Meet and confer with opposing counsel regarding Defendants proposed changes to proposed order appointing special master. | 0.6 | $ 354.45 |
| 2/18/2021 | Steele, David J. | Revise [proposed] Order appointing Special Master. | 0.6 | $ 410.55 |
| 2/18/2021 | Kroll, Howard A. | Meeting with opposing counsel re special master. | 1.6 | $ 1,128.80 |
| 2/18/2021 | Steele, David J. | Meet and Confer conference with P. Narancic regarding proposed joint order re Special Master and outstanding discovery issues. | 1.6 | $ 1,094.80 |
| 2/19/2021 | Lauridsen, Steven E. | Communicate with [redacted] regarding [redacted] | 0.1 | $ 59.08 |
| 2/19/2021 | Steele, David J. | Correspondence with T. Howe, proposed Special Master, regarding Court's Order. | 0.2 | $ 136.85 |
| 2/19/2021 | Lauridsen, Steven E. | Finalize for filing proposed order appointing special discovery master. | 0.3 | $ 177.23 |
| 2/19/2021 | Lauridsen, Steven E. | Further revise proposed order appointing special discovery master. | 0.4 | $ 236.30 |
| 2/19/2021 | Lauridsen, Steven E. | Meet and confer with opposing counsel to revise and finalize proposed order appointing special discovery master. | 1.1 | $ 649.83 |
| 2/19/2021 | Steele, David J. | Meet and Confer conference with P. Narancic regarding proposed joint order re Special Master. | 1.2 | $ 821.10 |
| 2/19/2021 | Kroll, Howard A. | Attention to order for special master. | 1.3 | $ 917.15 |
| 2/23/2021 | Steele, David J. | Correspondence with T. Howe regarding whether the Court has entered its Order. | 0.2 | $ 136.85 |
| 2/24/2021 | Lauridsen, Steven E. | Email from CRD regarding status of proposed order to appoint special discovery master. | 0.1 | $ 59.08 |
| 2/24/2021 | Steele, David J. | Correspondence with P. Narancic regarding email from court about changes to the Court's Order Appointment Special Master. | 0.2 | $ 136.85 |
| 3/1/2021 | Lauridsen, Steven E. | Review order regarding proposed order appointing special master setting froth the Court's redline changes of proposed order. | 0.2 | $ 118.15 |

| Worked Date | Time Keeper | Time Narrative | Sum of Bill Hours | Sum of Bill Amount |
|---|---|---|---|---|
| 3/1/2021 | Steele, David J. | Correspondence with Facebook litigation team regarding ▮▮▮▮▮ | 0.3 | $ 205.28 |
| 3/1/2021 | Kessel, Bart L. | Review order appointing Special Technical Master. | 0.3 | $ 179.78 |
| 3/1/2021 | Steele, David J. | Review Order from Court Granting Motion to Appoint Special Master. | 0.5 | $ 342.13 |
| 3/3/2021 | Steele, David J. | Correspondence with P. Narancic regarding proposed edits to the Proposed Order re Special Master. | 0.2 | $ 136.85 |
| 3/3/2021 | Steele, David J. | Review Proposed Order re Special Master lodged by OnlineNIC. | 0.2 | $ 136.85 |
| 3/3/2021 | Steele, David J. | Review Order Appointing Special Master lodged by OnlineNIC entered by Court. | 0.2 | $ 136.85 |
| 3/9/2021 | Lauridsen, Steven E. | Review affidavit filed by special master stating there exist no grounds for disqualification. | 0.1 | $ 59.08 |
| 3/9/2021 | Steele, David J. | Review court filing from T. Howe regarding no disqualification as master. | 0.2 | $ 136.85 |
| | | **Totals** | **105.3** | **$ 66,584.33** |