# Exhibit 3

**Meta v. OnlineNIC (TE No. 015949-007)**
**Hearings related to the Special Master**

| Worked Date | Time Keeper | Time Narrative | Sum of Bill Hours | Sum of Bill Amount |
|---|---|---|---|---|
| 2/16/2021 | Kroll, Howard A. | Attend ███ team meeting. | 0.6 | $ 423.30 |
| 2/16/2021 | Lauridsen, Steven E. | Meeting with Facebook team ███ | 0.7 | $ 413.53 |
| 2/16/2021 | Kroll, Howard A. | Attend ███ team meeting. | 0.7 | $ 493.85 |
| 2/16/2021 | Steele, David J. | Conference with Facebook team regarding ███ | 0.7 | $ 478.98 |
| 2/16/2021 | Kroll, Howard A. | Attend hearing on motion for special master. | 1.3 | $ 917.15 |
| 2/16/2021 | Lauridsen, Steven E. | Attend hearing on motion to appoint special master. | 1.4 | $ 827.05 |
| 2/16/2021 | Steele, David J. | Prepare for hearing regarding Motion to Appoint Special Master. | 1.4 | $ 957.95 |
| 2/16/2021 | Steele, David J. | Attend hearing regarding Motion to Appoint Special Master. | 1.4 | $ 957.95 |
| 2/16/2021 | Kessel, Bart L. | Prepare for and monitor hearing on motion for Special Master. | 1.6 | $ 958.80 |
| 5/5/2021 | Steele, David J. | Correspondence with T. Howe regarding his attending the Court's scheduled hearing. | 0.2 | $ 136.85 |
| 7/7/2021 | Steele, David J. | Revise draft Case Management Statement for upcoming conference. | 0.4 | $ 273.70 |
| 7/7/2021 | Lauridsen, Steven E. | Further revise supplemental joint case management statement.+ | 0.6 | $ 354.45 |
| 7/8/2021 | Lauridsen, Steven E. | Communicate with Facebook team regarding ███ | 0.1 | $ 59.08 |
| 7/12/2021 | Steele, David J. | Correspondence with P. Narancic regarding Case Management Statement for upcoming hearing. | 0.3 | $ 205.28 |
| 7/12/2021 | Lauridsen, Steven E. | Further revise CMC statement. | 0.4 | $ 236.30 |
| 7/13/2021 | Lauridsen, Steven E. | Communicate with Facebook team regarding ███ | 0.1 | $ 59.08 |
| 7/13/2021 | Lauridsen, Steven E. | Communicate with opposing counsel regarding CMC statement. | 0.2 | $ 118.15 |
| 7/13/2021 | Lauridsen, Steven E. | Revise supplemental case management statement to include Defendants' proposed revisions. | 0.2 | $ 118.15 |
| 7/13/2021 | Steele, David J. | Review edits by P. Narancic to Case Management Statement. | 0.4 | $ 273.70 |
| 7/15/2021 | Kroll, Howard A. | Conference call with opposing counsel re Supplemental Case Management Statement. | 0.6 | $ 423.30 |
| 7/15/2021 | Kroll, Howard A. | Attention to Supplemental Case Management Statement. | 0.8 | $ 564.40 |
| 7/15/2021 | Lauridsen, Steven E. | Preparation of supplemental case management statement. | 1.3 | $ 767.98 |
| 7/15/2021 | Steele, David J. | Prepare Supplemental Case Management Statement to inform the Court of recent developments. | 1.3 | $ 889.53 |
| 7/15/2021 | Guye, Helena M. | Prepare supplemental case management statement. | 3.3 | $ 575.03 |
| 7/16/2021 | Lauridsen, Steven E. | Analyze Defendants proposed revisions to supplemental joint case management statement. | 0.1 | $ 59.08 |
| 7/16/2021 | Lauridsen, Steven E. | Report ███ | 0.1 | $ 59.08 |
| 7/16/2021 | Lauridsen, Steven E. | Communicate with opposing counsel regarding revisions to supplemental case management statement. | 0.2 | $ 118.15 |
| 7/16/2021 | Steele, David J. | Correspondence with P. Narancic regarding draft Supplemental Case Management Statement. | 0.3 | $ 205.28 |
| 7/16/2021 | Steele, David J. | Additional revisions to Supplemental Case Management Statement. | 0.4 | $ 273.70 |
| 7/16/2021 | Steele, David J. | Review revisions to draft Supplemental Case Management Statement by P. Narancic. | 0.4 | $ 273.70 |
| 7/16/2021 | Steele, David J. | Correspondence with Facebook litigation team regarding ███ | 0.4 | $ 273.70 |
| 7/16/2021 | Kroll, Howard A. | Attention to Defendants' revisions to Supplemental Case Management Conference. | 1.4 | $ 987.70 |
| 7/19/2021 | Lauridsen, Steven E. | ███ meeting with Facebook team. | 0.8 | $ 472.60 |
| 7/19/2021 | Steele, David J. | Conference with Facebook litigation team regarding ███ | 0.8 | $ 547.40 |
| 7/19/2021 | Kroll, Howard A. | Attention to preparation for Case Management Conference. | 1.6 | $ 1,128.80 |
| 7/19/2021 | Steele, David J. | Prepare for Case Management Conference. | 2.3 | $ 1,573.78 |
| 7/20/2021 | Lauridsen, Steven E. | Review civil minutes issued by Court following CMC. | 0.1 | $ 59.08 |
| 7/20/2021 | Lauridsen, Steven E. | Review order issued following CMC. | 0.1 | $ 59.08 |
| 7/20/2021 | Lauridsen, Steven E. | Report ███ | 0.1 | $ 59.08 |
| 7/20/2021 | Lauridsen, Steven E. | Review Defendants' statement of no objections to Special Master's report. | 0.1 | $ 59.08 |
| 7/20/2021 | Lauridsen, Steven E. | ███ with Facebook team. | 0.4 | $ 236.30 |
| 7/20/2021 | Lauridsen, Steven E. | Attend Case Management Conference. | 0.6 | $ 354.45 |
| 7/20/2021 | Kroll, Howard A. | Appear at Case Management Conference. | 0.6 | $ 423.30 |
| 7/20/2021 | Steele, David J. | Participate in Case Management conference. | 0.8 | $ 547.40 |
| 7/20/2021 | Steele, David J. | Conference with Facebook litigation team regarding ███ | 1.2 | $ 821.10 |
| 7/20/2021 | Steele, David J. | Prepare for Case Management Conference. | 1.4 | $ 957.95 |
| 7/21/2021 | Lauridsen, Steven E. | Review transcript of CMC. | 0.3 | $ 177.23 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 7/28/2021 | Lauridsen, Steven E. | Review order vacating preliminary injunction hearing and briefing and setting status conference. | 0.1 | $59.08 |
| 7/28/2021 | Lauridsen, Steven E. | Review Clerk's notice regarding CMC. | 0.1 | $59.08 |
| 7/28/2021 | Lauridsen, Steven E. | Report | 0.2 | $118.15 |
| 7/28/2021 | Steele, David J. | Review Order from Court vacating Preliminary Injunction hearing and setting status conference. | 0.3 | $205.28 |
| 8/5/2021 | Lauridsen, Steven E. | Assist with preparation for August 10, 2021 hearing. | 0.7 | $413.53 |
| 8/7/2021 | Steele, David J. | Correspondence with Facebook litigation team regarding | 0.2 | $136.85 |
| 8/7/2021 | Kroll, Howard A. | Revise | 0.7 | $493.85 |
| 8/7/2021 | Steele, David J. | Prepare | 0.8 | $547.40 |
| 8/8/2021 | Kroll, Howard A. | Prepare for Status Conference. | 0.4 | $282.20 |
| 8/9/2021 | Steele, David J. | Prepare for Case Management Conference. | 0.6 | $410.55 |
| 8/10/2021 | Lauridsen, Steven E. | Review Court's minute entry for status conference. | 0.1 | $59.08 |
| 8/10/2021 | Lauridsen, Steven E. | Report | 0.3 | $177.23 |
| 8/10/2021 | Lauridsen, Steven E. | with Facebook team regarding | 0.6 | $354.45 |
| 8/10/2021 | Kroll, Howard A. | Prepare for Status Conference. | 0.6 | $423.30 |
| 8/10/2021 | Kroll, Howard A. | Conference with opposing counsel re status conference. | 0.7 | $493.85 |
| 8/10/2021 | Kroll, Howard A. | Conference with Facebook litigation team regarding | 0.7 | $493.85 |
| 8/10/2021 | Steele, David J. | Attend Case Management Conference. | 0.8 | $547.40 |
| 8/10/2021 | Guye, Helena M. | Attend hearing regarding case status. | 0.8 | $139.40 |
| 8/10/2021 | Lauridsen, Steven E. | Attend status conference. | 0.9 | $531.68 |
| 8/10/2021 | Guye, Helena M. | Call with litigation team to discuss | 1.1 | $191.68 |
| 8/10/2021 | Kroll, Howard A. | Attend status conference. | 1.3 | $917.15 |
| 8/10/2021 | Steele, David J. | Prepare for Case Management Conference. | 1.5 | $1,026.38 |
| 8/11/2021 | Lauridsen, Steven E. | Review order issued following 2021-08-10 status conference. | 0.1 | $59.08 |
| | | **Totals** | **48.1** | **$29,350.93** |