# Exhibit 4

**Meta v. OnlineNIC (TE No. 015949-007)**
**Assist Special Master with review of Defendants' data**

| Worked Date | Time Keeper | Time Narrative | Sum of Bill Hours | Sum of Bill Amount |
|---|---|---|---|---|
| 3/5/2021 | Steele, David J. | Correspondence with T. Howe, Special Master, regarding Court's Order and coordinating call to discuss next steps. | 0.3 | $ 205.28 |
| 3/7/2021 | Steele, David J. | Correspondence with Special Master regarding Court's Order and next steps. | 0.4 | $ 273.70 |
| 3/9/2021 | Steele, David J. | Prepare package of information for T. Howe regarding prior RFPs and ESI search terms. | 0.5 | $ 342.13 |
| 3/10/2021 | Steele, David J. | Correspondence with T. Howe regarding kick off meeting and action items. | 0.3 | $ 205.28 |
| 3/10/2021 | Steele, David J. | Attention to Special Master's engagement letter. | 0.3 | $ 205.28 |
| 3/12/2021 | Steele, David J. | Correspondence with T. Howe regarding developing discovery search protocol. | 0.3 | $ 205.28 |
| 3/16/2021 | Steele, David J. | Conference with T. Howe regarding discovery protocol and information related to OnlineNIC's systems and backups. | 1.4 | $ 957.95 |
| 3/17/2021 | Steele, David J. | Correspondence with T. Howe regarding efforts to collect OnlineNIC's data. | 0.3 | $ 205.28 |
| 3/19/2021 | Steele, David J. | Correspondence with P. Narancic and T. Howe regarding searching protocol. | 0.2 | $ 136.85 |
| 3/19/2021 | Lauridsen, Steven E. | Communicate with special master regarding database productions. | 0.3 | $ 177.23 |
| 3/19/2021 | Steele, David J. | Prepare copies of OnlineNIC's database production per request from T. Howe. | 0.5 | $ 342.13 |
| 3/21/2021 | Steele, David J. | Correspondence with T. Howe and P. Narancic regarding database schema. | 0.3 | $ 205.28 |
| 3/23/2021 | Steele, David J. | Correspondence with T. Howe's regarding adding additional facts in report. | 0.2 | $ 136.85 |
| 3/24/2021 | Steele, David J. | Correspondence with P. Narancic regarding ex parte communication with T. Howe | 0.4 | $ 273.70 |
| 3/24/2021 | Kroll, Howard A. | Telephone conference with Special Master. | 1.9 | $ 1,340.45 |
| 3/24/2021 | Steele, David J. | Conference with T. Howe, Special Master, regarding Defendants' production of ESI. | 2.3 | $ 1,573.78 |
| 3/24/2021 | Kessel, Bart L. | Conference with Special Technical Master regarding Defendants' database productions. | 2.7 | $ 1,617.98 |
| 3/30/2021 | Lauridsen, Steven E. | Communicate with special master regarding search and production status as well as meetings with Defendants. | 0.2 | $ 118.15 |
| 3/30/2021 | Steele, David J. | Review correspondence from T. Howe regarding his Skype meeting with defendants to discuss Defendants servers, search syntax and backups before Dec. 16, 2020. | 0.2 | $ 136.85 |
| 3/30/2021 | Steele, David J. | Correspondence with P. Narancic regarding additional search strings for use by T. Howe. | 0.2 | $ 136.85 |
| 3/30/2021 | Steele, David J. | Develop draft search protocol for use by T. Howe. | 0.8 | $ 547.40 |
| 3/30/2021 | Steele, David J. | Prepare additional search strings for use by T. Howe. | 0.8 | $ 547.40 |
| 3/30/2021 | Steele, David J. | Conference with T. Howe and P. Narancic regarding search protocol. | 1.2 | $ 821.10 |
| 3/30/2021 | Kessel, Bart L. | Conference with Special Technical Master regarding Defendants' database productions. | 1.2 | $ 719.10 |
| 3/31/2021 | Steele, David J. | Correspondence with P. Narancic regarding additional search strings for use by T. Howe. | 0.2 | $ 136.85 |
| 4/1/2021 | Steele, David J. | Correspondence with T. Howe regarding prior formal search protocol for Defendants' searches. | 0.5 | $ 342.13 |
| 4/5/2021 | Steele, David J. | Correspondence with T. Howe and P. Narancic regarding discovery protocol for initial productions by defendants. | 0.8 | $ 547.40 |
| 4/5/2021 | Kessel, Bart L. | Attention to Discovery Master's draft protocol and Defendants' response. | 0.9 | $ 539.33 |
| 4/12/2021 | Steele, David J. | Correspondence with T. Howe and P. Narancic regarding data destruction in Support Ticket Database. | 0.4 | $ 273.70 |
| 4/14/2021 | Steele, David J. | Correspondence with T. Howe and P. Narancic regarding wildcard searches of search terms and proper agreements with Defendants regarding search terms. | 0.3 | $ 205.28 |
| 4/15/2021 | Steele, David J. | Correspondence with T. Howe regarding any previous agreements on prior searches. | 0.2 | $ 136.85 |
| 4/15/2021 | Steele, David J. | Review information from P. Narancic to T. Howe regarding Defendants' searching strategy and php code to execute searches. | 0.7 | $ 478.98 |
| 4/16/2021 | Steele, David J. | Revise T. Howe's template regarding search protocol for past searches. | 0.3 | $ 205.28 |
| 4/19/2021 | Steele, David J. | Correspondence with T. Howe regarding prior discovery search protocol. | 0.3 | $ 205.28 |
| 4/21/2021 | Steele, David J. | Correspondence with P. Narancic regarding additional descriptions of database tables. | 0.2 | $ 136.85 |
| 4/26/2021 | Steele, David J. | Correspondence with ▓▓▓▓▓▓ regarding ▓▓▓▓▓▓ | 0.2 | $ 136.85 |
| 4/26/2021 | Steele, David J. | Correspondence with T. Howe regarding developing search protocol for additional searches needed. | 0.3 | $ 205.28 |
| 4/26/2021 | Lauridsen, Steven E. | Analyze proposed search protocol provided by Special Master. | 0.8 | $ 472.60 |
| 5/7/2021 | Steele, David J. | Correspondence with P. Narancic regarding proposed written search protocol for trouble ticket database. | 0.3 | $ 205.28 |
| 5/7/2021 | Steele, David J. | Correspondence with T. Howe forwarding final written search protocol for trouble ticket database. | 0.3 | $ 205.28 |
| 5/7/2021 | Steele, David J. | Finalize written search protocol for trouble ticket database per comments from P. Narancic. | 0.5 | $ 342.13 |
| 5/7/2021 | Steele, David J. | Prepare ESI search terms for search protocol for trouble ticket database. | 0.6 | $ 410.55 |
| 5/7/2021 | Steele, David J. | Prepare proposed written search protocol for trouble ticket database. | 1.8 | $ 1,231.65 |

| 5/16/2021 | Steele, David J. | Correspondence with T. Howe and P. Narancic regarding Howe's proposed search protocol. | 0.4 | $ | 273.70 |
|---|---|---|---|---|---|
| 5/16/2021 | Steele, David J. | Review proposed search protocol from T. Howe and consider issues. | 0.7 | $ | 478.98 |
| 5/18/2021 | Steele, David J. | Correspondence with T. Howe regarding search protocol for additional domain names. | 0.4 | $ | 273.70 |
| 5/19/2021 | Steele, David J. | Analysis of ███████████████████████████████████ | 1.8 | $ | 1,231.65 |
| 6/2/2021 | Steele, David J. | Correspondence with ██████ regarding █████████████ | 0.2 | $ | 136.85 |
| 6/3/2021 | Steele, David J. | Correspondence with P. Narancic regarding production of new trouble tickets in native format. | 0.2 | $ | 136.85 |
| 6/3/2021 | Steele, David J. | Research ████████████████████ | 0.4 | $ | 273.70 |
| 6/4/2021 | Steele, David J. | Attention to FTP server for use by T. Howe to deliver Special Master Report and supporting documents and database. | 0.4 | $ | 273.70 |
| 6/6/2021 | Steele, David J. | Correspondence with T. Howe regarding search protocol for additional searches. | 0.3 | $ | 205.28 |
| 6/7/2021 | Steele, David J. | Correspondence with T. Howe regarding additional delay in report due to OnlineNIC's providing updated directory list for servers. | 0.4 | $ | 273.70 |
| 6/8/2021 | Steele, David J. | Analysis of ████████████████████████████ | 3.6 | $ | 2,463.30 |
| 6/16/2021 | Steele, David J. | Correspondence with P. Narancic and Special Master regarding trouble ticket attachments on FTP server. | 0.8 | $ | 547.40 |
| 7/2/2021 | Steele, David J. | Confer with Special Master regarding whether indexes will be created in the super-set database for searching. | 0.7 | $ | 478.98 |
| 7/2/2021 | Steele, David J. | Prepare revisions to Discovery Search Protocol based on additional information from Special Master regarding indexing and searches of indexes. | 0.8 | $ | 547.40 |
| 7/3/2021 | Steele, David J. | Review ██████████████████████ | 0.8 | $ | 547.40 |
| 7/6/2021 | Steele, David J. | Correspondence with Special Master and P. Narancic regarding final search protocol. | 0.4 | $ | 273.70 |
| 7/7/2021 | Steele, David J. | Correspondence with Special Master regarding file format of database production. | 0.3 | $ | 205.28 |
| 7/7/2021 | Steele, David J. | Review ████████ | 0.3 | $ | 205.28 |
| 7/16/2021 | Steele, David J. | Correspondence with T. Howe regarding his production of additional trouble ticket data pursuant to the ESI search protocol. | 0.4 | $ | 273.70 |
| 7/17/2021 | Steele, David J. | Review ██████████████████████████ | 1.4 | $ | 957.95 |

|  |  | **Totals** | **41.5** | **$** | **27,907.20** |
|---|---|---|---|---|---|