# Exhibit 5

**Meta v. OnlineNIC (TE No. 015949-007)**
**Analyzing the Special Master's Reports**

| Worked Date | Time Keeper | Time Narrative | Sum of Bill Hours | Sum of Bill Amount |
|---|---|---|---|---|
| 3/23/2021 | Lauridsen, Steven E. | Briefly review Special Master's draft status report. | 0.2 | $ 118.15 |
| 3/23/2021 | Steele, David J. | Review T. Howe's 21-Day status report. | 0.5 | $ 342.13 |
| 3/24/2021 | Steele, David J. | Correspondence with T. Howe regarding his draft report to the court. | 0.6 | $ 410.55 |
| 3/24/2021 | Kroll, Howard A. | Attention to special master's report. | 1.2 | $ 846.60 |
| 3/30/2021 | Kessel, Bart L. | Review draft status report of Special Technical Master and propose revisions. | 0.8 | $ 479.40 |
| 3/31/2021 | Lauridsen, Steven E. | Analyze draft report from Special Master. | 0.2 | $ 118.15 |
| 3/31/2021 | Kroll, Howard A. | Attention to special master's report. | 0.3 | $ 211.65 |
| 3/31/2021 | Steele, David J. | Review draft 30-day status report from T. Howe re his efforts to date. | 0.3 | $ 205.28 |
| 4/1/2021 | Steele, David J. | Review proposed draft Status Report of Special Master. | 0.7 | $ 478.98 |
| 4/2/2021 | Lauridsen, Steven E. | Review Special Master status report. | 0.3 | $ 177.23 |
| 4/2/2021 | Steele, David J. | Review Status Report filed by T. Howe. | 0.5 | $ 342.13 |
| 4/20/2021 | Steele, David J. | Correspondence with T. Howe and P. Narancic regarding draft Status Report. | 0.4 | $ 273.70 |
| 4/20/2021 | Steele, David J. | Review draft Status Report from T. Howe. | 0.5 | $ 342.13 |
| 4/21/2021 | Lauridsen, Steven E. | Report special master's report. | 0.1 | $ 59.08 |
| 4/21/2021 | Lauridsen, Steven E. | Analyze special master's report. | 0.2 | $ 118.15 |
| 4/21/2021 | Steele, David J. | Review Status Report as filed by T. Howe. | 0.2 | $ 136.85 |
| 5/3/2021 | Lauridsen, Steven E. | Communicate with client teams regarding [redacted] | 0.1 | $ 59.08 |
| 5/3/2021 | Lauridsen, Steven E. | Analyze special master's report. | 0.2 | $ 118.15 |
| 5/3/2021 | Kroll, Howard A. | Attention to correspondence from special master re extension of deadlines. | 0.3 | $ 211.65 |
| 5/3/2021 | Steele, David J. | Correspondence with T. Howe regarding his conference with Judge van Keulen and data destruction report, and pushing out deadlines. | 0.4 | $ 273.70 |
| 5/3/2021 | Lauridsen, Steven E. | Communicate with opposing counsel regarding change in special master deadlines and effects on case schedule. | 0.4 | $ 236.30 |
| 5/24/2021 | Lauridsen, Steven E. | Analyze Special Master's draft report. | 0.2 | $ 118.15 |
| 5/24/2021 | Steele, David J. | Review draft Status Report of Special Master [redacted] | 0.5 | $ 342.13 |
| 5/25/2021 | Lauridsen, Steven E. | Review Special Master's fourth status report. | 0.1 | $ 59.08 |
| 5/25/2021 | Lauridsen, Steven E. | Report Special Master's fourth status report and Clerk's notice continuing CMC. | 0.2 | $ 118.15 |
| 5/25/2021 | Steele, David J. | Review Status Report of Special Master as filed. | 0.2 | $ 136.85 |
| 6/1/2021 | Steele, David J. | Correspondence with Facebook litigation team regarding [redacted] | 0.2 | $ 136.85 |
| 6/1/2021 | Steele, David J. | Correspondence with T. Howe regarding further delay of his report and searching OnlineNIC's new database. | 0.3 | $ 205.28 |
| 6/1/2021 | Kroll, Howard A. | Attention to Special Master's correspondence regarding extension to file Report. | 0.3 | $ 211.65 |
| 6/8/2021 | Steele, David J. | Telephone conference with [redacted] regarding [redacted] | 0.4 | $ 273.70 |
| 6/9/2021 | Lauridsen, Steven E. | Communications with Special Master regarding data destruction report. | 0.2 | $ 118.15 |
| 6/9/2021 | Steele, David J. | Correspondence with T. Howe regarding FTP site and structure of report. | 0.3 | $ 205.28 |
| 6/9/2021 | Steele, David J. | Telephone conference with P. Narancic regarding draft Special Master report and findings. | 0.6 | $ 410.55 |
| 6/9/2021 | Kroll, Howard A. | Attention to Special Master's report re spoliation of evidence. | 4.4 | $ 3,104.20 |
| 6/10/2021 | Steele, David J. | Correspondence with P. Narancic regarding confidentiality of data in report. | 0.3 | $ 205.28 |
| 6/10/2021 | Steele, David J. | Attention to [redacted] | 0.3 | $ 205.28 |
| 6/10/2021 | Lauridsen, Steven E. | Analyze Special Master's Data Destruction Report and supporting exhibits. | 1.8 | $ 1,063.35 |
| 6/10/2021 | Kessel, Bart L. | Review draft Data Destruction Report. | 1.8 | $ 1,078.65 |
| 6/10/2021 | Steele, David J. | Review draft report from Special Master. | 2.3 | $ 1,573.78 |
| 6/10/2021 | Kroll, Howard A. | Attention to Special Master's report re spoliation. | 3.2 | $ 2,257.60 |
| 6/11/2021 | Steele, David J. | Attention to [redacted] | 0.4 | $ 273.70 |
| 6/11/2021 | Kroll, Howard A. | Attention to Special Master's report re spoliation. | 4.6 | $ 3,245.30 |
| 6/12/2021 | Steele, David J. | Review draft report from Special Master. | 0.8 | $ 547.40 |
| 6/12/2021 | Steele, David J. | Review [redacted] | 1.7 | $ 1,163.23 |
| 6/14/2021 | Steele, David J. | Correspondence with P. Narancic regarding confidentiality designations in Special Master report and Case Management Statement. | 0.3 | $ 205.28 |
| 6/14/2021 | Steele, David J. | Correspondence with Facebook litigation team regarding [redacted] | 0.4 | $ 273.70 |
| 6/14/2021 | Steele, David J. | Conference with P. Narancic regarding Special Master report and case management conference statement. | 1.1 | $ 752.68 |
| 6/14/2021 | Steele, David J. | Conference with P. Narancic and T. Howe regarding Special Master's report and issues and suggested edits to the report. | 1.3 | $ 889.53 |
| 6/15/2021 | Lauridsen, Steven E. | Review Special Master's fifth draft report. | 0.1 | $ 59.08 |
| 6/15/2021 | Lauridsen, Steven E. | Review court-filed version of Special Master's Fifth Status Report. | 0.1 | $ 59.08 |
| 6/15/2021 | Lauridsen, Steven E. | Report Special Master's Fifth Status Report. | 0.1 | $ 59.08 |
| 6/15/2021 | Steele, David J. | Review draft status report from Special Master. | 0.4 | $ 273.70 |
| 6/15/2021 | Steele, David J. | Telephone conference with P. Narancic and T. Howe regarding edits to draft report. | 0.7 | $ 478.98 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/16/2021 | Steele, David J. | Review OnlineNIC's letter to Special Master with comments on draft report. | 0.5 | $ 342.13 |
| 6/16/2021 | Steele, David J. | Prepare proposed edits to draft Special Master report for T. Howe. | 0.8 | $ 547.40 |
| 6/16/2021 | Kroll, Howard A. | Attention to correspondence with Special Master re report. | 0.9 | $ 634.95 |
| 6/16/2021 | Lauridsen, Steven E. | Attention to parties' proposed revisions to Special Master's Data Destruction Report. | 1.6 | $ 945.20 |
| 6/16/2021 | Steele, David J. | Research ■ | 2.7 | $ 1,847.48 |
| 6/16/2021 | Kessel, Bart L. | Review ■ and draft email to Special Master regarding ■ | 3.2 | $ 1,917.60 |
| 6/17/2021 | Lauridsen, Steven E. | Review order continuing CMC and deadline for Special Master to file Data Destroyed or Withheld Report. | 0.1 | $ 59.08 |
| 6/17/2021 | Lauridsen, Steven E. | Report ■ | 0.1 | $ 59.08 |
| 6/17/2021 | Steele, David J. | Correspondence with T. Howe regarding his conversation with the Court and new time line for report. | 0.3 | $ 205.28 |
| 6/17/2021 | Steele, David J. | Conference with Facebook litigation team regarding ■ | 1.1 | $ 752.68 |
| 6/23/2021 | Steele, David J. | Review Invoice for T. Howe for additional services. | 0.3 | $ 205.28 |
| 6/24/2021 | Steele, David J. | Conference with Facebook litigation team regarding ■ | 1.1 | $ 752.68 |
| 6/27/2021 | Steele, David J. | Analysis of ■ | 1.3 | $ 889.53 |
| 6/29/2021 | Lauridsen, Steven E. | Communicate with Special Master concerning timing of final report, comments to same, pending actions from Court. | 0.2 | $ 118.15 |
| 6/29/2021 | Steele, David J. | Conference with P. Narancic and T. Howe regarding additional evidence and revised report. | 0.4 | $ 273.70 |
| 6/29/2021 | Lauridsen, Steven E. | Meet and confer with opposing counsel regarding discovery disputes and regarding Special Master's report. | 1.8 | $ 1,063.35 |
| 6/29/2021 | Steele, David J. | Conference with P. Narancic regarding discovery issues and search protocol. | 1.9 | $ 1,300.08 |
| 6/29/2021 | Kessel, Bart L. | Participate in meeting with counsel for Defendants regarding outstanding discovery issues and Special Master's report. | 2.3 | $ 1,378.28 |
| 6/30/2021 | Lauridsen, Steven E. | Assist in preparing ■ | 0.3 | $ 177.23 |
| 7/1/2021 | Steele, David J. | Conference with Facebook litigation team regarding ■ | 1.2 | $ 821.10 |
| 7/2/2021 | Steele, David J. | Forward final Search Protocol to Special Master and P. Narancic. | 0.3 | $ 205.28 |
| 7/2/2021 | Steele, David J. | Telephone conference with P. Narancic regarding revisions to Discovery Search Protocol based on additional information from Special Master | 0.5 | $ 342.13 |
| 7/6/2021 | Lauridsen, Steven E. | Report ■ | 0.2 | $ 118.15 |
| 7/6/2021 | Steele, David J. | Telephone conference with ■ regarding ■ | 0.4 | $ 273.70 |
| 7/6/2021 | Lauridsen, Steven E. | Revise joint supplemental case management statement in light of revised Special Master's report, service updates, and updates on discovery disputes. | 0.7 | $ 413.53 |
| 7/6/2021 | Lauridsen, Steven E. | Analyze revised draft Data Withheld or Destroyed Report received from Special Master. | 1.8 | $ 1,063.35 |
| 7/6/2021 | Kroll, Howard A. | Attention to Special Masters' Report. | 2.2 | $ 1,552.10 |
| 7/6/2021 | Steele, David J. | Study final draft Data Destroyed or Withheld Report from T. Howe. | 2.8 | $ 1,915.90 |
| 7/7/2021 | Lauridsen, Steven E. | Communicate with ■ regarding ■ | 0.2 | $ 118.15 |
| 7/7/2021 | Kroll, Howard A. | Conference with opposing counsel re special masters report. | 0.5 | $ 352.75 |
| 7/7/2021 | Steele, David J. | Correspondence with P. Narancic regarding Special Master report and case developments. | 0.5 | $ 342.13 |
| 7/8/2021 | Steele, David J. | Review OnlineNIC's comments to draft report by Special Master. | 0.8 | $ 547.40 |
| 7/12/2021 | Steele, David J. | Correspondence with T. Howe regarding Plaintiffs' comments to the Data Destroyed or Withheld Report. | 0.6 | $ 410.55 |
| 7/12/2021 | Steele, David J. | Telephone conference with T. Howe and P. Narancic regarding inclusion of ECF 54.04 and its significance to the report. | 1.1 | $ 752.68 |
| 7/12/2021 | Lauridsen, Steven E. | Analyze final filed version of Special Master's Data Destroyed or Withheld Report. | 1.3 | $ 767.98 |
| 7/19/2021 | Lauridsen, Steven E. | Review draft of Special Master's most recent status report. | 0.1 | $ 59.08 |
| 7/19/2021 | Lauridsen, Steven E. | Communicate with Special Master regarding his sixth status report. | 0.1 | $ 59.08 |
| 7/19/2021 | Lauridsen, Steven E. | Review filed version of Special Master's Sixth Status Report. | 0.1 | $ 59.08 |
| 7/19/2021 | Lauridsen, Steven E. | Report ■ | 0.1 | $ 59.08 |
| 7/19/2021 | Steele, David J. | Review Special Master's Status Report to Court. | 0.3 | $ 205.28 |
| 7/20/2021 | Steele, David J. | Revise Statement to court re acceptance and adoption of Special Master report. | 0.3 | $ 205.28 |
| 8/10/2021 | Lauridsen, Steven E. | Review order adopting Special Master's Report. | 0.1 | $ 59.08 |
| | | **Totals** | 75.1 | $ 49,835.50 |

2