# Exhibit 6

**Meta v. OnlineNIC (TE No. 015949-007)**
**Enforcing Payment of the Special Master**

| Worked Date | Time Keeper | Time Narrative | Sum of Bill Hours | Sum of Bill Amount |
|---|---|---|---|---|
| 6/24/2021 | Steele, David J. | Correspondence with Facebook litigation team regarding ███████ | 0.3 | $ 205.28 |
| 6/29/2021 | Steele, David J. | Telephone conference with ██████ regarding ██████████ | 0.5 | $ 342.13 |
| 6/29/2021 | Steele, David J. | Attention to ████████████████████ | 0.8 | $ 547.40 |
| 7/1/2021 | Steele, David J. | Attention to ███████████ | 0.2 | $ 136.85 |
| 7/7/2021 | Steele, David J. | Correspondence with Special Master regarding receipt of payment of outstanding invoice for services per court's order. | 0.2 | $ 136.85 |
| 7/9/2021 | Steele, David J. | Correspondence with P. Narancic regarding OnlineNIC's payment of Special Master costs. | 0.3 | $ 205.28 |
| 7/13/2021 | Steele, David J. | Correspondence with T. Howe and P. Narancic regarding OnlineNIC's non-payment of Special Master. | 0.2 | $ 136.85 |
| 7/15/2021 | Steele, David J. | Telephone conference with ██████████ regarding ██████████ | 0.6 | $ 410.55 |
| 7/16/2021 | Steele, David J. | Review ██████████ | 0.4 | $ 273.70 |
| 7/19/2021 | Steele, David J. | Review invoice from Special Master T. Howe for additional services. | 0.3 | $ 205.28 |
| 7/19/2021 | Steele, David J. | Review ██████████ | 0.3 | $ 205.28 |
| 7/20/2021 | Steele, David J. | Revise Statement to court re Payment of Special Master. | 0.3 | $ 205.28 |
| 7/20/2021 | Steele, David J. | Attention to T. Howe invoice. | 0.4 | $ 273.70 |
| 7/20/2021 | Steele, David J. | Conference with P. Narancic regarding possible solutions to pay T. Howe. | 0.6 | $ 410.55 |
| 7/20/2021 | Steele, David J. | Prepare Decl. of Steele in support of ex parte application to freeze OnlineNIC assets. | 0.7 | $ 478.98 |
| 7/20/2021 | Steele, David J. | Research ██████████ | 0.8 | $ 547.40 |
| 7/20/2021 | Steele, David J. | Prepare ex parte application to freeze OnlineNIC assets. | 2.6 | $ 1,779.05 |
| 7/20/2021 | Guye, Helena M. | Prepare Statement Regarding Payment of Special Master. | 3.8 | $ 662.15 |
| 7/20/2021 | Steele, David J. | Analysis of ██████████ | 4.4 | $ 3,010.70 |
| 7/20/2021 | Kroll, Howard A. | Attention to ex parte application for temporary restraining order. | 5.7 | $ 4,021.35 |
| 7/20/2021 | Lauridsen, Steven E. | Prepare ex parte application for a TRO to prevent Defendants' dissipation of assets. | 6.9 | $ 4,076.18 |
| 7/21/2021 | Steele, David J. | Review letter from P. Narancic regarding Ex Parte Application. | 0.3 | $ 205.28 |
| 7/21/2021 | Steele, David J. | Revise Notice to Court regarding payment of Special Master's invoices by Plaintiff. | 0.4 | $ 273.70 |
| 7/21/2021 | Steele, David J. | Correspondence with P. Narancic regarding OnlineNIC's multi-part proposal regarding paying Special Master. | 0.5 | $ 342.13 |
| 7/21/2021 | Steele, David J. | Telephone conference with P. Narancic regarding OnlineNIC's dissipating assets and Plaintiffs' filing an Ex Parte Application and whether he will stipulate to it or not oppose it. | 0.6 | $ 410.55 |
| 7/21/2021 | Steele, David J. | Revise Ex Parte Emergency Application for TRO freezing assets. | 2.2 | $ 1,505.35 |
| 7/21/2021 | Steele, David J. | Prepare Decl. of Steele and supporting exhibits ISO Ex Parte TRO. | 3.2 | $ 2,189.60 |
| 7/21/2021 | Kroll, Howard A. | Attention to ex parte application for temporary restraining order. | 4.4 | $ 3,104.20 |
| 7/21/2021 | Guye, Helena M. | Prepare Application for a Temporary Restraining Order. | 6.5 | $ 1,132.63 |
| 7/22/2021 | Lauridsen, Steven E. | Revise ██████████ | 0.1 | $ 59.08 |
| 7/22/2021 | Steele, David J. | Correspondence with P. Narancic forwarding Plaintiffs' reply to OnlineNIC's "Statement." | 0.2 | $ 136.85 |
| 7/22/2021 | Lauridsen, Steven E. | Analyze Defendants' statement of intent to oppose ex parte application for TRO freezing Defendants' assets. | 0.3 | $ 177.23 |
| 7/22/2021 | Steele, David J. | Review OnlineNIC's "Statement" regarding the Ex Parte Application for TRO. | 0.4 | $ 273.70 |
| 7/22/2021 | Steele, David J. | Revise ██████████ | 0.5 | $ 342.13 |
| 7/22/2021 | Guye, Helena M. | Prepare Application for a Temporary Restraining Order. | 0.6 | $ 104.55 |
| 7/23/2021 | Lauridsen, Steven E. | Report ██████████ | 0.1 | $ 59.08 |
| 7/23/2021 | Steele, David J. | Review Statement of Assets filed by OnlineNIC underseal. | 0.3 | $ 205.28 |
| 7/23/2021 | Lauridsen, Steven E. | Review Defendants' opposition to application for TRO. | 0.4 | $ 236.30 |
| 7/23/2021 | Kroll, Howard A. | Attention to Court order re Plaintiffs' ex parte application for a temporary restraining order freezing defendants' assets. | 0.4 | $ 282.20 |
| 7/23/2021 | Steele, David J. | Revise ██████████ | 0.4 | $ 273.70 |
| 7/23/2021 | Steele, David J. | Review ██████████ | 0.4 | $ 273.70 |
| 7/23/2021 | Steele, David J. | Research ██████████ | 0.4 | $ 273.70 |
| 7/23/2021 | Steele, David J. | Telephone conference with ██████ regarding ██████████ | 0.5 | $ 342.13 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/23/2021 | Lauridsen, Steven E. | Communicate further with Facebook team regarding ███████ | 0.6 | $ 354.45 |
| 7/23/2021 | Steele, David J. | Review OnlineNIC's opposition to TRO. | 0.6 | $ 410.55 |
| 7/23/2021 | Kroll, Howard A. | Attention to Defendants' opposition to emergency motion for temporary restraining order freezing assets. | 0.7 | $ 493.85 |
| 7/23/2021 | Steele, David J. | Review Order issued by Court Granting in part TRO. | 0.7 | $ 478.98 |
| 7/23/2021 | Kroll, Howard A. | Attention to supplemental brief in support of Preliminary Injunction. | 0.9 | $ 634.95 |
| 7/23/2021 | Kroll, Howard A. | Attention to ████████ | 1.2 | $ 846.60 |
| 7/23/2021 | Guye, Helena M. | Prepare Supplemental Statement for a Preliminary Injunction. | 4.7 | $ 818.98 |
| 7/24/2021 | Steele, David J. | Conference with ██████ regarding ████████ | 0.6 | $ 410.55 |
| 7/24/2021 | Kroll, Howard A. | Attention to ████████ | 1.1 | $ 776.05 |
| 7/24/2021 | Steele, David J. | Prepare Supplemental Brief in Support of TRO. | 1.5 | $ 1,026.38 |
| 7/24/2021 | Kroll, Howard A. | Attention to supplemental brief in support of motion for preliminary injunction. | 2.4 | $ 1,693.20 |
| 7/24/2021 | Guye, Helena M. | Prepare Supplemental Statement for a Preliminary Injunction. | 7.6 | $ 1,324.30 |
| 7/25/2021 | Steele, David J. | Review Amended Statement of Assets filed by OnlineNIC underseal. | 0.3 | $ 205.28 |
| 7/25/2021 | Steele, David J. | Conference with P. Narancic regarding possible offer from Facebook regarding purchase of portfolio and his request that Facebook stipulate or non-oppose his motion to withdraw from the case. | 0.7 | $ 478.98 |
| 7/25/2021 | Kroll, Howard A. | Attention to ████████ | 1.1 | $ 776.05 |
| 7/25/2021 | Guye, Helena M. | Prepare Supplemental Statement for a Preliminary Injunction. | 1.4 | $ 243.95 |
| 7/25/2021 | Kroll, Howard A. | Attention to supplemental brief in support of motion for preliminary injunction. | 3.8 | $ 2,680.90 |
| 7/26/2021 | Lauridsen, Steven E. | Review ██████ by ██████ regarding ████████ | 0.1 | $ 59.08 |
| 7/26/2021 | Lauridsen, Steven E. | Review Clerk's notice re hearing on TRO/PI. | 0.1 | $ 59.08 |
| 7/26/2021 | Lauridsen, Steven E. | Report ████████ | 0.1 | $ 59.08 |
| 7/26/2021 | Steele, David J. | Correspondence with ██████ regarding ████████ | 0.3 | $ 205.28 |
| 7/26/2021 | Steele, David J. | Conference with ██████ regarding ████████ | 0.7 | $ 478.98 |
| 7/26/2021 | Steele, David J. | Revisions to Supplemental filing in support of Supplemental Brief in Support of converting TRO to PI. | 0.8 | $ 547.40 |
| 7/26/2021 | Lauridsen, Steven E. | ██████ with Facebook team regarding ████████ | 1.2 | $ 708.90 |
| 7/26/2021 | Steele, David J. | Research ████████ | 1.7 | $ 1,163.23 |
| 7/26/2021 | Kroll, Howard A. | Attention to ████████ | 3.1 | $ 2,187.05 |
| 7/26/2021 | Kroll, Howard A. | Attention to supplemental brief in support of motion for preliminary injunction. | 3.3 | $ 2,328.15 |
| 7/26/2021 | Lauridsen, Steven E. | Assist in preparation of supplemental brief in support of preliminary injunction freezing Defendants' assets. | 3.4 | $ 2,008.55 |
| 7/26/2021 | Guye, Helena M. | Prepare Supplemental Statement for a Preliminary Injunction. | 3.8 | $ 662.15 |
| 7/27/2021 | Lauridsen, Steven E. | Review order granting administrative motion to seal Defendants' amended asset report. | 0.1 | $ 59.08 |
| 7/27/2021 | Lauridsen, Steven E. | Review order granting administrative motion to seal Defendants' second amended asset report. | 0.1 | $ 59.08 |
| 7/27/2021 | Lauridsen, Steven E. | Report ████████ | 0.1 | $ 59.08 |
| 7/27/2021 | Lauridsen, Steven E. | Report ████████ | 0.1 | $ 59.08 |
| 7/27/2021 | Lauridsen, Steven E. | Report ████████ | 0.1 | $ 59.08 |
| 7/27/2021 | Lauridsen, Steven E. | ██████ with Facebook team regarding ████████ | 0.3 | $ 177.23 |
| 7/27/2021 | Steele, David J. | Further revisions to Supplemental brief in support of Preliminary Injunction. | 0.3 | $ 205.28 |
| 7/27/2021 | Steele, David J. | Correspondence with P. Narancic regarding Stipulation. | 0.3 | $ 205.28 |
| 7/27/2021 | Lauridsen, Steven E. | Confer with opposing counsel regarding stipulation for payment to special master. | 0.7 | $ 413.53 |
| 7/27/2021 | Steele, David J. | Additional conference with P. Narancic regarding Stipulation and proposed order re payment of Special Master and entry of PI. | 0.8 | $ 547.40 |
| 7/27/2021 | Lauridsen, Steven E. | Prepare stipulation for payment to special master. | 1.4 | $ 827.05 |
| 7/27/2021 | Kroll, Howard A. | Attention to supplemental brief in support of motion for preliminary injunction. | 1.5 | $ 1,058.25 |
| 7/27/2021 | Lauridsen, Steven E. | Further meeting with opposing counsel regarding stipulation concerning asset freeze. | 1.8 | $ 1,063.35 |
| 7/27/2021 | Lauridsen, Steven E. | Continue to revise brief in support of preliminary injunction freezing assets. | 1.9 | $ 1,122.43 |
| 7/27/2021 | Steele, David J. | Prepare Declaration of Steele and supporting exhibits for Supplemental brief in support of Preliminary Injunction. | 2.2 | $ 1,505.35 |
| 7/27/2021 | Steele, David J. | Prepare Stipulation and proposed order re payment of Special Master and entry of PI. | 2.7 | $ 1,847.48 |
| 7/27/2021 | Kroll, Howard A. | Attention to ████████ | 3.8 | $ 2,680.90 |
| 7/28/2021 | Lauridsen, Steven E. | Review order approving stipulation concerning payment of Special Master's invoices. | 0.1 | $ 59.08 |

| 7/28/2021 | Lauridsen, Steven E. | Contact CRD regarding missing exhibit to order approving stipulation concerning payment of Special Master's invoices. | | 0.1 | $ | 59.08 |
|---|---|---|---|---|---|---|
| 7/28/2021 | Lauridsen, Steven E. | Review amended order approving stipulation concerning payment of Special Master's invoices. | | 0.1 | $ | 59.08 |
| 7/28/2021 | Lauridsen, Steven E. | Report ███████████████████████████████████ | | 0.1 | $ | 59.08 |
| 7/28/2021 | Steele, David J. | Review Order from Court granting Stipulation as filed. | | 0.3 | $ | 205.28 |
| 7/28/2021 | Lauridsen, Steven E. | Communicate further with Facebook team regarding ████████████ | | 0.5 | $ | 295.38 |
| 7/30/2021 | Lauridsen, Steven E. | Report ████████████████████ | | 0.1 | $ | 59.08 |
| 7/30/2021 | Lauridsen, Steven E. | Analyze Defendants' notice of non-opposition to preliminary injunction. | | 0.2 | $ | 118.15 |
| 7/30/2021 | Steele, David J. | Attention to wiring funds to T. Howe, Special Master. | | 0.3 | $ | 205.28 |
| 7/30/2021 | Kroll, Howard A. | Attention to Defendants' Supplemental Brief. | | 0.4 | $ | 282.20 |
| 7/31/2021 | Lauridsen, Steven E. | Revise statement to Court regarding payment to Special Master. | | 0.1 | $ | 59.08 |
| 7/31/2021 | Steele, David J. | Correspondence with T. Howe confirmation receipt of final payment. | | 0.2 | $ | 136.85 |
| 7/31/2021 | Guye, Helena M. | Prepare Statement Regarding Payment of Special Master. | | 1.8 | $ | 313.65 |
| 8/2/2021 | Lauridsen, Steven E. | Communicate with ████████ regarding ████████████████ | | 0.1 | $ | 59.08 |
| 8/2/2021 | Guye, Helena M. | Prepare Plaintiffs' statement regarding payment of Special Master. | | 0.2 | $ | 34.85 |
| 8/2/2021 | Steele, David J. | Review Notice to Court re Payment of Special Master. | | 0.3 | $ | 205.28 |

|  | | | **Totals** | 125.0 | $ | 68,753.95 |
|---|---|---|---|---|---|---|

3