# Exhibit 7

**Meta v. OnlineNIC (TE No. 015949-007)**
**Drafting Motion for Terminating Sanctions**

| Worked Date | Time Keeper | Time Narrative | Sum of Bill Hours | Sum of Bill Amount |
|---|---|---|---|---|
| 6/9/2021 | Steele, David J. | Research | 0.5 | $ 342.13 |
| 6/9/2021 | Lauridsen, Steven E. | Further develop strategy concerning | 0.9 | $ 531.68 |
| 6/9/2021 | Steele, David J. | Conference with regarding | 1.2 | $ 821.10 |
| 6/10/2021 | Guye, Helena M. | Research | 1.0 | $ 174.25 |
| 6/10/2021 | Lauridsen, Steven E. | Investigate | 1.8 | $ 1,063.35 |
| 6/10/2021 | Guye, Helena M. | Conference with Facebook litigation team regarding | 2.0 | $ 348.50 |
| 6/10/2021 | Kessel, Bart L. | Conference with Facebook litigation team regarding | 2.0 | $ 1,198.50 |
| 6/10/2021 | Steele, David J. | Attention to Motion for Terminating Sanctions. | 2.3 | $ 1,573.78 |
| 6/11/2021 | Lauridsen, Steven E. | Prepare motion for terminating sanctions. | 0.6 | $ 354.45 |
| 6/11/2021 | Steele, David J. | Conference with Facebook litigation team regarding | 1.0 | $ 684.25 |
| 6/11/2021 | Lauridsen, Steven E. | Confer with Facebook team regarding | 1.4 | $ 827.05 |
| 6/11/2021 | Steele, David J. | Preparation of Motion for Terminating Sanctions. | 2.6 | $ 1,779.05 |
| 6/11/2021 | Lauridsen, Steven E. | Prepare motion for terminating sanctions. | 2.8 | $ 1,654.10 |
| 6/11/2021 | Guye, Helena M. | Prepare Motion for Default Judgment. | 7.6 | $ 1,324.30 |
| 6/12/2021 | Steele, David J. | Develop | 0.8 | $ 547.40 |
| 6/12/2021 | Lauridsen, Steven E. | Continue to prepare motion for terminating sanctions. | 2.2 | $ 1,299.65 |
| 6/12/2021 | Steele, David J. | Preparation of Motion for Terminating Sanctions. | 4.7 | $ 3,215.98 |
| 6/12/2021 | Guye, Helena M. | Prepare Motion for Default Judgment. | 4.8 | $ 836.40 |
| 6/13/2021 | Steele, David J. | Review draft Motion for Terminating Sanctions. | 2.3 | $ 1,573.78 |
| 6/13/2021 | Kroll, Howard A. | Attention to Motion for Terminating Sanctions. | 5.2 | $ 3,668.60 |
| 6/13/2021 | Lauridsen, Steven E. | Continue to prepare motion for terminating sanctions. | 6.8 | $ 4,017.10 |
| 6/13/2021 | Guye, Helena M. | Prepare Motion for Default Judgment. | 10.7 | $ 1,864.48 |
| 6/14/2021 | Kroll, Howard A. | Attention to Motion for Terminating Sanctions. | 1.4 | $ 987.70 |
| 6/14/2021 | Steele, David J. | Further edits to Motion for Terminating Sanctions. | 1.8 | $ 1,231.65 |
| 6/14/2021 | Lauridsen, Steven E. | Continue to prepare motion for terminating sanctions. | 7.7 | $ 4,548.78 |
| 6/14/2021 | Guye, Helena M. | Prepare Motion for Default Judgment. | 9.2 | $ 1,603.10 |
| 6/15/2021 | Steele, David J. | Revise draft [Proposed] Order Granting Plaintiffs' Motion for Default Judgment and Permanent Injunction. | 0.8 | $ 547.40 |
| 6/15/2021 | Steele, David J. | Review and review current draft of Motion for Default Judgment. | 1.3 | $ 889.53 |
| 6/15/2021 | Lauridsen, Steven E. | Continue to prepare motion for terminating sanctions. | 3.8 | $ 2,244.85 |
| 6/15/2021 | Guye, Helena M. | Prepare Motion for Default Judgment and Proposed Order of Default Judgment. | 10.4 | $ 1,812.20 |
| 6/16/2021 | Steele, David J. | Correspondence with regarding | 0.4 | $ 273.70 |
| 6/16/2021 | Kroll, Howard A. | Attention to [Proposed] Default Judgment. | 1.3 | $ 917.15 |
| 6/16/2021 | Guye, Helena M. | Prepare Proposed Order of Default Judgment. | 1.7 | $ 296.23 |
| 6/17/2021 | Steele, David J. | Review | 0.6 | $ 410.55 |
| 6/17/2021 | Lauridsen, Steven E. | Revisions to motion for terminating sanctions. | 0.7 | $ 413.53 |
| 6/17/2021 | Kroll, Howard A. | Attention to motion for default judgment. | 3.3 | $ 2,328.15 |
| 6/22/2021 | Kroll, Howard A. | Attention to motion for default judgment. | 3.1 | $ 2,187.05 |
| 6/23/2021 | Steele, David J. | Review caselaw on | 0.6 | $ 410.55 |
| 6/23/2021 | Kroll, Howard A. | Attention to [Proposed] Default Judgment. | 2.0 | $ 1,411.00 |
| 6/23/2021 | Guye, Helena M. | Prepare Proposed Order of Default Judgment. | 2.1 | $ 365.93 |
| 6/23/2021 | Guye, Helena M. | Research | 2.2 | $ 383.35 |
| 6/23/2021 | Kroll, Howard A. | Attention to motion for default judgment. | 4.3 | $ 3,033.65 |
| 6/24/2021 | Guye, Helena M. | Research | 1.9 | $ 331.08 |
| 6/24/2021 | Guye, Helena M. | Prepare Proposed Order of Default Judgment. | 2.0 | $ 348.50 |
| 6/24/2021 | Kroll, Howard A. | Attention to motion for default judgment. | 8.9 | $ 6,278.95 |
| 6/25/2021 | Guye, Helena M. | Prepare Motion for Default Judgment. | 0.5 | $ 87.13 |
| 6/25/2021 | Kroll, Howard A. | Attention to [Proposed] Default Judgment. | 1.9 | $ 1,340.45 |
| 6/25/2021 | Kroll, Howard A. | Attention to motion for default judgment. | 8.4 | $ 5,926.20 |
| 6/30/2021 | Lauridsen, Steven E. | Analyze | 0.2 | $ 118.15 |
| 6/30/2021 | Steele, David J. | Correspondence with regarding | 0.2 | $ 136.85 |
| 6/30/2021 | Steele, David J. | Review regarding | 0.4 | $ 273.70 |
| 6/30/2021 | Lauridsen, Steven E. | Further attention to motion for terminating sanctions. | 0.6 | $ 354.45 |
| 6/30/2021 | Kroll, Howard A. | Attention to motion for default judgment. | 2.8 | $ 1,975.40 |
| 7/1/2021 | Steele, David J. | Review | 0.4 | $ 273.70 |
| 7/1/2021 | Steele, David J. | Attention to | 0.5 | $ 342.13 |

1

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 7/2/2021 | Steele, David J. | Revise Motion for Default Judgment. | 0.3 | $205.28 |
| 7/2/2021 | Steele, David J. | Attention to [redacted] | 2.3 | $1,573.78 |
| 7/3/2021 | Steele, David J. | [redacted] | 2.0 | $1,368.50 |
| 7/4/2021 | Steele, David J. | Attention to [redacted] | 4.1 | $2,805.43 |
| 7/5/2021 | Kroll, Howard A. | Attention to Proposed Default Judgment | 1.7 | $1,199.35 |
| 7/5/2021 | Kroll, Howard A. | Attention to motion for default judgment. | 6.1 | $4,303.55 |
| 7/6/2021 | Kroll, Howard A. | Attention to motion for default judgment. | 5.9 | $4,162.45 |
| 7/7/2021 | Guye, Helena M. | Prepare Proposed Order Granting Motion for Default Judgment. | 0.4 | $69.70 |
| 7/7/2021 | Steele, David J. | Revise Motion for Default Judgment. | 0.8 | $547.40 |
| 7/7/2021 | Kroll, Howard A. | Attention to Proposed Order granting motion for default. | 1.2 | $846.60 |
| 7/7/2021 | Kroll, Howard A. | Attention to motion for default judgment. | 8.6 | $6,067.30 |
| 7/8/2021 | Steele, David J. | Review [redacted] regarding [redacted] | 0.3 | $205.28 |
| 7/8/2021 | Kroll, Howard A. | Attention to Proposed Default Judgment. | 0.8 | $564.40 |
| 7/8/2021 | Guye, Helena M. | Prepare Proposed Order Granting Motion for Default Judgment. | 3.6 | $627.30 |
| 7/9/2021 | Steele, David J. | Review time and cost entries for use in Decl. of Steele. | 0.5 | $342.13 |
| 7/9/2021 | Guye, Helena M. | Categorize time entries for Motion for Attorneys' Fees. | 4.1 | $714.43 |
| 7/10/2021 | Steele, David J. | Prepare draft Decl. of Steele in support of Plaintiffs' costs and fees in case.` | 1.7 | $1,163.23 |
| 7/10/2021 | Guye, Helena M. | Categorize time entries for Motion for Attorneys' Fees. | 3.4 | $592.45 |
| 7/11/2021 | Guye, Helena M. | Prepare Decl. of Steele in Support of Motion for Default Judgment. | 1.6 | $278.80 |
| 7/11/2021 | Steele, David J. | Analysis of [redacted] | 2.8 | $1,915.90 |
| 7/11/2021 | Kroll, Howard A. | Attention to motion for default judgment. | 4.3 | $3,033.65 |
| 7/11/2021 | Guye, Helena M. | Proof and revise Motion for Default Judgment. | 5.2 | $906.10 |
| 7/12/2021 | Steele, David J. | Review [redacted] by [redacted] | 0.3 | $205.28 |
| 7/12/2021 | Steele, David J. | Revise draft Decl. of Steele in support of Plaintiffs' costs and fees in case.` | 0.8 | $547.40 |
| 7/12/2021 | Guye, Helena M. | Assist in preparation of Steele Decl. in Support of Motion for Default Judgment. | 1.1 | $191.68 |
| 7/12/2021 | Kroll, Howard A. | Attention to motion for default judgment. | 2.4 | $1,693.20 |
| 7/13/2021 | Lauridsen, Steven E. | Report motion for terminating sanctions. | 0.2 | $118.15 |
| 7/13/2021 | Steele, David J. | Finalize Steele Decl. in Support of Motion for Default Judgment. | 0.6 | $410.55 |
| 7/13/2021 | Guye, Helena M. | Revise Motion for Default Judgment. | 1.3 | $226.53 |
| 7/13/2021 | Kroll, Howard A. | Attention to motion for default judgment. | 2.1 | $1,481.55 |
| 7/13/2021 | Lauridsen, Steven E. | Attention to motion for terminating sanctions to finalize for filing with supporting papers. | 5.3 | $3,130.98 |
| 8/7/2021 | Kroll, Howard A. | Revise [proposed] default judgment. | 2.2 | $1,552.10 |
| 8/9/2021 | Steele, David J. | Review revised [Proposed] Default Judgment adding content from Preliminary Injunction. | 0.4 | $273.70 |
| 8/12/2021 | Kroll, Howard A. | Revised proposed orders granting motion for terminating sanctions. | 1.4 | $987.70 |
| 9/30/2021 | Lauridsen, Steven E. | Begin preparing document renoticing motion for terminating sanctions. | 0.3 | $177.23 |
| 10/1/2021 | Lauridsen, Steven E. | Further prepare notice concerning refiling of motion for terminating sanctions. | 0.5 | $295.38 |
| 10/1/2021 | Kroll, Howard A. | Attention to refiling motion for default judgment. | 0.7 | $493.85 |
| | | **Totals** | **233.9** | **$119,060.78** |

2