# Exhibit 8

**Meta v. OnlineNIC (TE No. 015949-007)**
**Analyzing/responding to Defendants' filings in response to the Motion for Terminating Sanctions**

| Worked Date | Time Keeper | Time Narrative | Sum of Bill Hours | Sum of Bill Amount |
|---|---|---|---|---|
| 7/20/2021 | Lauridsen, Steven E. | Review Defendants' notice of non-opposition to motion for terminating sanctions. | 0.1 | $ 59.08 |
| 10/13/2021 | Steele, David J. | Correspondence with P. Narancic regarding OnlineNIC's intent to file additional papers in opposition to Motion for Terminating sanctions. | 0.3 | $ 205.28 |
| 10/13/2021 | Kroll, Howard A. | Telephone conference with P. Narancic re withdrawal of non-opposition to motion for terminating sanctions. | 0.4 | $ 282.20 |
| 10/13/2021 | Pacheco, Kathryn R. | Meeting with Howard regarding | 0.5 | $ 127.50 |
| 10/13/2021 | Kroll, Howard A. | Legal research re | 2.3 | $ 1,622.65 |
| 10/13/2021 | Pacheco, Kathryn R. | OnlineNic research regarding | 3.7 | $ 943.50 |
| 10/15/2021 | Steele, David J. | Review 35.CN's opposition to Motion for terminating sanctions. | 1.3 | $ 889.53 |
| 10/15/2021 | Steele, David J. | Review OnlineNIC's Motion to withdraw its non-Opposition to the motion for default and terminating sanction. | 1.3 | $ 889.53 |
| 10/15/2021 | Kroll, Howard A. | Analyze Defendants motions re withdrawing notice of non-opposition to motion for terminating sanctions. | 1.4 | $ 987.70 |
| 10/15/2021 | Kroll, Howard A. | Analyze 35.CN's opposition to motion for sanctions. | 1.8 | $ 1,269.90 |
| 10/16/2021 | Lauridsen, Steven E. | Report | 0.2 | $ 118.15 |
| 10/16/2021 | Steele, David J. | Review filed Decl. of P. Narancic in Support of Motion to Withdrawal non-opposition to terminating sanction. | 0.4 | $ 273.70 |
| 10/16/2021 | Lauridsen, Steven E. | Analyze motion to withdraw non-opposition to motion for sanctions. | 0.6 | $ 354.45 |
| 10/17/2021 | Steele, David J. | Analysis of OnlineNIC's Motion to withdraw its non-Opposition to the motion for default and terminating sanctions. | 0.7 | $ 478.98 |
| 10/17/2021 | Steele, David J. | Analysis of 35.CNs omnibus motion re terminating sanctions | 0.8 | $ 547.40 |
| 10/17/2021 | Lauridsen, Steven E. | Analysis of | 1.0 | $ 590.75 |
| 10/17/2021 | Sindelar, Jeffrey C. | Research | 2.4 | $ 877.20 |
| 10/17/2021 | Pacheco, Kathryn R. | Meeting with TE IP team regarding | 2.5 | $ 637.50 |
| 10/17/2021 | Sindelar, Jeffrey C. | Develop strategy | 3.6 | $ 1,315.80 |
| 10/18/2021 | Sindelar, Jeffrey C. | Research | 2.7 | $ 986.85 |
| 10/19/2021 | Kroll, Howard A. | Draft reply in support of motion for terminating sanctions. | 3.7 | $ 2,610.35 |
| 10/20/2021 | Steele, David J. | Conference with regarding | 0.6 | $ 410.55 |
| 10/20/2021 | Lauridsen, Steven E. | Preparation of reply in support of motion to terminating sanctions. | 0.7 | $ 413.53 |
| 10/20/2021 | Sindelar, Jeffrey C. | Research | 1.9 | $ 694.45 |
| 10/20/2021 | Sindelar, Jeffrey C. | Draft Rule 54(b) section of Reply to 35.CN's Opposition to Motion for Sanctions Against OnlineNIC and ID Shield. | 5.3 | $ 1,937.15 |
| 10/20/2021 | Kroll, Howard A. | Revise reply in support of motion for terminating sanctions. | 8.1 | $ 5,714.55 |
| 10/21/2021 | Steele, David J. | Revise Reply to 35.CN's Opposition to terminating sanctions motion. | 0.4 | $ 273.70 |
| 10/21/2021 | Lauridsen, Steven E. | Assist in preparation of reply in support of motion for sanctions, including preparation of under seal materials. | 0.5 | $ 295.38 |
| 10/21/2021 | Kroll, Howard A. | Revise reply in support of motion for terminating sanctions. | 3.4 | $ 2,398.70 |
| 10/21/2021 | Sindelar, Jeffrey C. | Revise draft of Reply to 35.CN's Opposition to Motion for Sanctions Against OnlineNIC and ID Shield. | 6.4 | $ 2,339.20 |
| 10/22/2021 | Steele, David J. | Revisions to Reply to 35.CN's Opposition to Motion to Strike and Terminating Sanctions. | 0.8 | $ 547.40 |
| 10/22/2021 | Sindelar, Jeffrey C. | Revise draft of Reply to 35.CN's Opposition to Sanction Motion. | 1.5 | $ 548.25 |
| 10/22/2021 | Lauridsen, Steven E. | Assistance with preparation of reply in support of motion for sanctions. | 2.2 | $ 1,299.65 |
| 10/22/2021 | Kroll, Howard A. | Revise reply in support of motion for terminating sanctions. | 4.2 | $ 2,963.10 |
| 10/22/2021 | Guye, Helena M. | Prepare Kroll Declaration and Exhibits in support of Reply. | 4.9 | $ 1,145.38 |
| 10/26/2021 | Steele, David J. | Telephone conference with regarding | 0.4 | $ 273.70 |
| 10/27/2021 | Kroll, Howard A. | Analyze opposition to motion to withdraw. | 0.4 | $ 282.20 |
| 10/27/2021 | Guye, Helena M. | Prepare Notice of Lodging of Carrie Yu's deposition transcripts. | 0.6 | $ 140.25 |
| 10/28/2021 | Steele, David J. | Revise Opposition to Defendants Motion to Withdraw Statement of Non-Opposition. | 0.6 | $ 410.55 |
| 10/28/2021 | Lauridsen, Steven E. | Propose revisions to opposition to motion to withdraw Defendants non-opposition to motion for sanctions. | 0.8 | $ 472.60 |
| 10/29/2021 | Lauridsen, Steven E. | Report | 0.1 | $ 59.08 |
| 10/29/2021 | Lauridsen, Steven E. | Finalize for filing opposition to motion to withdraw notice of non-opposition. | 0.2 | $ 118.15 |
| 10/29/2021 | Steele, David J. | Revise Opposition to Motion to Withdraw Statement of Non-Opposition by OnlineNIC and ID Shield. | 0.5 | $ 342.13 |
| 10/29/2021 | Kroll, Howard A. | Revise opposition to motion to withdraw statement of non-opposition. | 0.7 | $ 493.85 |
| 11/2/2021 | Lauridsen, Steven E. | Analyze Yu Declaration in support of Motion to Seal. | 0.2 | $ 118.15 |
| 11/2/2021 | Lauridsen, Steven E. | Report Yu Declaration in support of Motion to Seal. | 0.2 | $ 118.15 |
| 11/2/2021 | Kroll, Howard A. | Analyze Defendants' response to administrative motion to file documents under seal. | 0.4 | $ 282.20 |

| 11/3/2021 | Lauridsen, Steven E. | ████████████████████████████████ | 0.8 | $ | 472.60 |
|---|---|---|---|---|---|
| 11/24/2021 | Steele, David J. | Correspondence with P. Narancic regarding public filing of confidential information in Reply | 0.3 | $ | 205.28 |
| 11/24/2021 | Lauridsen, Steven E. | Review opposition to motion for default. | 0.5 | $ | 295.38 |
| 11/24/2021 | Steele, David J. | Review Reply to Motion for terminating sanctions. | 0.8 | $ | 547.40 |
| 11/24/2021 | Steele, David J. | Review Declaration of Leon in support of defendants' Reply. | 1.8 | $ | 1,231.65 |
| 11/24/2021 | Kroll, Howard A. | Analyze opposition to motion for terminating sanctions. | 2.4 | $ | 1,693.20 |
| 11/29/2021 | Steele, David J. | Prepare Reply to OnlineNIC's Opposition of Terminating sanctions | 1.6 | $ | 1,094.80 |
| 11/29/2021 | Kroll, Howard A. | Draft | 4.8 | $ | 3,386.40 |
| 11/30/2021 | Lauridsen, Steven E. | Analyze Defendants' motion to remove incorrectly filed document. | 0.1 | $ | 59.08 |
| 11/30/2021 | Lauridsen, Steven E. | Report | 0.1 | $ | 59.08 |
| 11/30/2021 | Lauridsen, Steven E. | Review motion to seal. | 0.1 | $ | 59.08 |
| 11/30/2021 | Lauridsen, Steven E. | Report | 0.1 | $ | 59.08 |
| 11/30/2021 | Kessel, Bart L. | Draft | 4.6 | $ | 2,756.55 |
| 11/30/2021 | Kroll, Howard A. | Attention to reply in support of motion for terminating sanctions. | 5.9 | $ | 4,162.45 |
| 12/1/2021 | Kroll, Howard A. | Draft reply in support of motion for terminating sanctions. | 3.8 | $ | 2,680.90 |
| 12/2/2021 | Steele, David J. | Attention to ██████████████████ from ████████████ | 0.5 | $ | 342.13 |
| 12/2/2021 | Kroll, Howard A. | Draft reply in support of motion for terminating sanctions. | 6.6 | $ | 4,656.30 |
| 12/3/2021 | Kroll, Howard A. | Revise reply in support of motion for terminating sanctions. | 7.1 | $ | 5,009.05 |
| 12/4/2021 | Kroll, Howard A. | Revise reply in support of motion for terminating sanctions. | 5.9 | $ | 4,162.45 |
| 12/6/2021 | Kroll, Howard A. | Revise reply in support of motion for terminating sanctions. | 9.3 | $ | 6,561.15 |
| 12/7/2021 | Steele, David J. | Revise reply in support of motion for terminating sanctions. | 2.6 | $ | 1,779.05 |
| 12/8/2021 | Steele, David J. | Review ████████████ from ██████████████ | 0.3 | $ | 205.28 |
| 12/8/2021 | Kroll, Howard A. | Revise reply in support of motion for terminating sanctions. | 8.2 | $ | 5,785.10 |
| 12/9/2021 | Steele, David J. | Review draft of Reply re terminating sanctions. | 0.4 | $ | 273.70 |
| 12/9/2021 | Kroll, Howard A. | Revise reply in support of motion for terminating sanctions. | 8.5 | $ | 5,996.75 |
| 12/10/2021 | Lauridsen, Steven E. | Report | 0.1 | $ | 59.08 |
| 12/10/2021 | Lauridsen, Steven E. | Finalize for filing reply in support of motion for terminating sanctions. | 0.3 | $ | 177.23 |
| 12/10/2021 | Steele, David J. | Revise final draft of Reply re terminating sanctions. | 0.9 | $ | 615.83 |
| 12/10/2021 | Kroll, Howard A. | Finalize reply in support of motion for terminating sanctions. | 2.4 | $ | 1,693.20 |
| 12/13/2021 | Steele, David J. | Correspondence with ████████ regarding ████████████████████ | 0.2 | $ | 136.85 |

|  |  | Totals | 158.7 | $ | 96,375.98 |
|---|---|---|---|---|---|