# Exhibit 9

## Meta v. OnlineNIC (TE No. 015949-007)
### Hearings related to the Motion for Terminating Sanctions

| Worked Date | Time Keeper | Time Narrative | Sum of Bill Hours | Sum of Bill Amount |
|---|---|---|---|---|
| 1/24/2022 | Lauridsen, Steven E. | Review clerk's notice setting hearing on motion for terminating sanctions. | 0.1 | $ 60.86 |
| 1/24/2022 | Lauridsen, Steven E. | Communicate with Courtroom Deputy Clerk regarding remote viewing of clerk's hearing on motion for terminating sanctions. | 0.1 | $ 60.86 |
| 1/24/2022 | Lauridsen, Steven E. | Report | 0.2 | $ 121.72 |
| 1/24/2022 | Steele, David J. | Review Order setting in-person briefing on motion for terminating sanctions. | 0.2 | $ 140.93 |
| 1/24/2022 | Steele, David J. | Telephone conference with          regarding | 0.3 | $ 211.40 |
| 2/22/2022 | Lauridsen, Steven E. | Communicate with P. Narancic regarding discovery issues, hearing on motion for terminating sanctions. | 0.5 | $ 304.30 |
| 2/22/2022 | Kroll, Howard A. | Video conference with Perry Narancic re motion for default judgment. | 0.5 | $ 363.38 |
| 2/23/2022 | Kroll, Howard A. | Prepare for hearing on motion for default judgment. | 1.6 | $ 1,162.80 |
| 2/24/2022 | Kroll, Howard A. | Further legal research on lesser sanctions available under FRCP 37. | 2.9 | $ 2,107.58 |
| 2/24/2022 | Guye, Helena M. | Research sanctions available under FRCP 37. | 6.2 | $ 1,491.41 |
| 2/25/2022 | Lauridsen, Steven E. | Communicate with CRD of Judge van Keulen regarding upcoming hearing on motion for terminating sanctions. | 0.2 | $ 121.72 |
| 2/25/2022 | Guye, Helena M. | Research | 2.3 | $ 553.27 |
| 2/25/2022 | Kroll, Howard A. | Prepare for hearing on motion for terminating sanctions. | 4.9 | $ 3,561.08 |
| 2/26/2022 | Kroll, Howard A. | Prepare for hearing on motion for terminating sanctions. | 4.2 | $ 3,052.35 |
| 2/27/2022 | Kroll, Howard A. | Prepare for hearing on motion for terminating sanctions. | 3.3 | $ 2,398.28 |
| 2/27/2022 | Steele, David J. | Prepare for | 3.3 | $ 2,325.35 |
| 2/28/2022 | Guye, Helena M. | Research | 2.9 | $ 697.60 |
| 2/28/2022 | Guye, Helena M. | Conference with litigation team to discuss | 5.6 | $ 1,347.08 |
| 2/28/2022 | Steele, David J. | Prepare for hearing on motion for terminating sanctions. | 5.7 | $ 4,016.51 |
| 2/28/2022 | Lauridsen, Steven E. | Assist in preparation for hearing regarding motion for terminating sanctions. | 8.4 | $ 5,112.24 |
| 2/28/2022 | Kroll, Howard A. | Prepare for hearing on motion for terminating sanctions. | 10.7 | $ 7,776.23 |
| 3/1/2022 | Lauridsen, Steven E. | Review minute entry for hearing on motion for terminating sanctions. | 0.1 | $ 60.86 |
| 3/1/2022 | Lauridsen, Steven E. | Report | 0.1 | $ 60.86 |
| 3/1/2022 | Steele, David J. | Telephone conference with         regarding | 0.3 | $ 211.40 |
| 3/1/2022 | Guye, Helena M. | Call | 0.5 | $ 120.28 |
| 3/1/2022 | Lauridsen, Steven E. | | 0.6 | $ 365.16 |
| 3/1/2022 | Kroll, Howard A. | Conference with Facebook litigation team regarding | 0.8 | $ 581.40 |
| 3/1/2022 | Guye, Helena M. | Prepare for hearing. | 1.1 | $ 264.61 |
| 3/1/2022 | Kroll, Howard A. | Prepare for hearing on motion for terminating sanctions. | 1.3 | $ 944.78 |
| 3/1/2022 | Kroll, Howard A. | Attend hearing on motion for terminating sanctions. | 1.5 | $ 1,090.13 |
| 3/1/2022 | Steele, David J. | Attend hearing on terminating sanctions. | 2.6 | $ 1,832.09 |
| 3/1/2022 | Steele, David J. | Prepare for hearing on terminating sanctions. | 2.8 | $ 1,973.02 |
| 3/2/2022 | Guye, Helena M. | Call | 1.5 | $ 360.83 |
| 3/3/2022 | Kroll, Howard A. | Analyze transcript of hearing before Judge Van Keulen on Meta's motion for terminating sanctions. | 0.4 | $ 290.70 |
| 3/9/2022 | Lauridsen, Steven E. | Further analyze | 1.8 | $ 1,095.48 |
| 4/14/2022 | Steele, David J. | Correspondence with K. Kronenberger regarding timing of hearing on de novo review. | 0.2 | $ 140.93 |
| 4/14/2022 | Kroll, Howard A. | Correspondence with K. Kronenberger re scheduling hearing date for motions for de novo review on June 17. | 0.4 | $ 290.70 |
| 4/15/2022 | Lauridsen, Steven E. | Communications with opposing counsel regarding hearing date for motion for de novo determination of report and recommendation to enter terminating sanctions. | 0.1 | $ 60.86 |
| 4/15/2022 | Steele, David J. | Correspondence with K. Kronenberger regarding noticed hearing date. | 0.2 | $ 140.93 |
| 6/3/2022 | Kroll, Howard A. | Prepare for hearing on report and recommendation re motion for terminating sanctions. | 2.4 | $ 1,744.20 |
| 6/6/2022 | Kroll, Howard A. | Prepare for hearing on report and recommendation on motion for terminating sanctions. | 2.7 | $ 1,962.23 |
| 6/8/2022 | Kroll, Howard A. | Prepare for hearing on motion for de novo review. | 3.8 | $ 2,761.65 |
| 6/10/2022 | Lauridsen, Steven E. | Review clerk's notice setting Zoom hearing for motion for de novo determination of report and recommendation to enter termination sanctions. | 0.1 | $ 60.86 |
| 6/10/2022 | Lauridsen, Steven E. | Report | 0.1 | $ 60.86 |
| 6/10/2022 | Lauridsen, Steven E. | Communicate with CRD concerning attorneys appearing for Plaintiffs at June 17, 2022 hearing. | 0.1 | $ 60.86 |
| 6/10/2022 | Sindelar, Jeffrey C. | Review recommendation for terminating sanctions | 2.3 | $ 866.07 |
| 6/10/2022 | Sindelar, Jeffrey C. | Review parties' briefing on motion for terminating sanctions | 3.2 | $ 1,204.96 |
| 6/10/2022 | Sindelar, Jeffrey C. | Review recommendation for terminating sanctions | 3.5 | $ 1,317.93 |
| 6/13/2022 | Sindelar, Jeffrey C. | Review parties briefing on motion for terminating sanctions | 5.8 | $ 2,183.99 |
| 6/13/2022 | Kroll, Howard A. | Prepare for hearing on motion for de novo review. | 6.9 | $ 5,014.58 |
| 6/14/2022 | Lauridsen, Steven E. | | 0.4 | $ 243.44 |
| 6/14/2022 | Steele, David J. | | 0.4 | $ 281.86 |

1

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/14/2022 | Lauridsen, Steven E. | ███ | 1.2 | $ 730.32 |
| 6/14/2022 | Steele, David J. | ███ | 1.2 | $ 845.58 |
| 6/14/2022 | Lauridsen, Steven E. | Prepare for ███ | 1.8 | $ 1,095.48 |
| 6/14/2022 | Sindelar, Jeffrey C. | Review parties briefing on motion for terminating sanctions ███ | 2.4 | $ 903.72 |
| 6/14/2022 | Steele, David J. | Prepare for ███ | 2.7 | $ 1,902.56 |
| 6/14/2022 | Kroll, Howard A. | Prepare for hearing on motion for de novo review. | 6.6 | $ 4,796.55 |
| 6/15/2022 | Lauridsen, Steven E. | ███ | 0.4 | $ 243.44 |
| 6/15/2022 | Steele, David J. | Correspondence with ███ regarding ███ | 0.4 | $ 281.86 |
| 6/15/2022 | Kroll, Howard A. | Prepare for hearing on motion for de novo review. | 5.7 | $ 4,142.48 |
| 6/16/2022 | Guye, Helena M. | Call with litigation team ███ | 0.7 | $ 168.39 |
| 6/16/2022 | Steele, David J. | Prepare for upcoming hearing on Motion for de novo review of R&R. | 2.7 | $ 1,902.56 |
| 6/16/2022 | Kroll, Howard A. | Prepare for hearing on motion for de novo review. | 8.3 | $ 6,032.03 |
| 6/17/2022 | Lauridsen, Steven E. | Order hearing transcript. | 0.1 | $ 60.86 |
| 6/17/2022 | Lauridsen, Steven E. | Review civil minutes issues for hearing. | 0.1 | $ 60.86 |
| 6/17/2022 | Lauridsen, Steven E. | Report ███ | 0.1 | $ 60.86 |
| 6/17/2022 | Lauridsen, Steven E. | ███ | 0.3 | $ 182.58 |
| 6/17/2022 | Sindelar, Jeffrey C. | ███ | 0.3 | $ 112.97 |
| 6/17/2022 | Guye, Helena M. | ███ | 0.4 | $ 96.22 |
| 6/17/2022 | Sindelar, Jeffrey C. | Review case documents to prepare for hearing on terminating sanctions motion. | 0.5 | $ 188.28 |
| 6/17/2022 | Kroll, Howard A. | Conference with Meta team re ███ | 0.5 | $ 363.38 |
| 6/17/2022 | Steele, David J. | Conference with Meta team regarding ███ | 0.6 | $ 422.79 |
| 6/17/2022 | Lauridsen, Steven E. | ███ | 0.7 | $ 426.02 |
| 6/17/2022 | Lauridsen, Steven E. | Prepare for hearing on Defendants' motions for de novo determination of report and recommendation to enter terminating sanctions. | 1.0 | $ 608.60 |
| 6/17/2022 | Lauridsen, Steven E. | Attend hearing on Defendants' motions for de novo determination of report and recommendation to enter terminating sanctions. | 1.1 | $ 669.46 |
| 6/17/2022 | Sindelar, Jeffrey C. | Attend hearing on terminating sanctions motion. | 1.1 | $ 414.21 |
| 6/17/2022 | Steele, David J. | Prepare for upcoming hearing on Motion for de novo review of R&R. | 1.2 | $ 845.58 |
| 6/17/2022 | Steele, David J. | Attend hearing on Motion for de novo review of R&R. | 1.2 | $ 845.58 |
| 6/17/2022 | Guye, Helena M. | Prepare for and attend hearing on Defendants' Motions for De Novo Review. | 1.2 | $ 288.66 |
| 6/17/2022 | Kroll, Howard A. | Attend hearing on motion for de novo review. | 1.3 | $ 944.78 |
| 6/20/2022 | Lauridsen, Steven E. | Report ███ | 0.1 | $ 60.86 |
| 6/20/2022 | Lauridsen, Steven E. | Analyze hearing transcript from 2022-06-17. | 0.3 | $ 182.58 |
| 6/21/2022 | Sindelar, Jeffrey C. | Review transcript of hearing on magistrate judge's recommendation for terminating sanctions. | 0.3 | $ 112.97 |
| | | **Totals** | **158.6** | **$ 94,628.38** |