# Exhibit 10

# Exhibit 10

**Meta v. OnlineNIC (TE No. 015949-007)**
**Analyzing Court Orders related to the Motion for Terminating Sanctions**

| Worked Date | Time Keeper | Time Narrative | Sum of Bill Hours | Sum of Bill Amount |
|---|---|---|---|---|
| 8/11/2021 | Steele, David J. | Review Court's Order regarding multiple issues raised at Status Conference. | 0.4 | $ 273.70 |
| 8/11/2021 | Steele, David J. | Conference with ▓▓▓ regarding ▓▓▓ | 0.7 | $ 478.98 |
| 8/11/2021 | Steele, David J. | Research ▓▓▓ | 0.8 | $ 547.40 |
| 8/11/2021 | Lauridsen, Steven E. | Research ▓▓▓ | 4.6 | $ 2,717.45 |
| 8/11/2021 | Guye, Helena M. | Research ▓▓▓ | 5.9 | $ 1,028.08 |
| 8/11/2021 | Kroll, Howard A. | Legal analysis of ▓▓▓ | 6.9 | $ 4,867.95 |
| 8/12/2021 | Lauridsen, Steven E. | Analyze transcript for August 10, 2021 hearing. | 0.3 | $ 177.23 |
| 8/12/2021 | Guye, Helena M. | Call with litigation team regarding ▓▓▓ | 0.4 | $ 69.70 |
| 8/12/2021 | Guye, Helena M. | Research ▓▓▓ | 0.7 | $ 121.98 |
| 8/13/2021 | Lauridsen, Steven E. | Prepare statement regarding 35.CN and decision not to sever. | 0.3 | $ 177.23 |
| 8/13/2021 | Lauridsen, Steven E. | Revise statement to Court regarding 35.CN. | 0.3 | $ 177.23 |
| 8/13/2021 | Lauridsen, Steven E. | Communicate further with Facebook team regarding ▓▓▓ | 0.3 | $ 177.23 |
| 8/13/2021 | Steele, David J. | Correspondence with Facebook litigation team regarding ▓▓▓ | 0.4 | $ 273.70 |
| 10/28/2021 | Lauridsen, Steven E. | Review order referring motion for terminating sanctions to Judge van Kuelen. | 0.1 | $ 59.08 |
| 10/28/2021 | Lauridsen, Steven E. | Report ▓▓▓ | 0.1 | $ 59.08 |
| 10/28/2021 | Steele, David J. | Review Order referring Plaintiffs Motion for Default and Terminating sanctions by Judge Illston to Judge van Keulen. | 0.3 | $ 205.28 |
| 10/28/2021 | Steele, David J. | Telephone call with ▓▓▓ re: ▓▓▓ | 0.4 | $ 273.70 |
| 11/2/2021 | Lauridsen, Steven E. | Review order taking hearing on motion for sanctions off calendar. | 0.1 | $ 59.08 |
| 11/2/2021 | Lauridsen, Steven E. | Report ▓▓▓ | 0.1 | $ 59.08 |
| 11/2/2021 | Lauridsen, Steven E. | Analyze order granting motion to withdraw notice of non-opposition and setting briefing schedule. | 0.1 | $ 59.08 |
| 11/2/2021 | Lauridsen, Steven E. | Report ▓▓▓ | 0.1 | $ 59.08 |
| 11/2/2021 | Kroll, Howard A. | Analyze Judge van Keulen's order re briefing schedule for motion for terminating sanctions. | 0.6 | $ 423.30 |
| 2/28/2022 | Lauridsen, Steven E. | Report ▓▓▓ | 0.1 | $ 60.86 |
| 2/28/2022 | Lauridsen, Steven E. | Analyze tentative ruling on motion for terminating sanctions. | 0.1 | $ 60.86 |
| 3/25/2022 | Lauridsen, Steven E. | Report ▓▓▓ | 0.1 | $ 60.86 |
| 3/25/2022 | Steele, David J. | Telephone conference with ▓▓▓ regarding ▓▓▓ | 0.4 | $ 281.86 |
| 3/25/2022 | Steele, David J. | Conference with P. Narancic regarding court's order, modified permanent injunction and next steps in case. | 0.8 | $ 563.72 |
| 3/25/2022 | Sindelar, Jeffrey C. | Review order granting terminating sanctions. | 0.9 | $ 338.90 |
| 3/25/2022 | Steele, David J. | Review Order by court granting motion to strike. | 1.4 | $ 986.51 |
| 3/25/2022 | Lauridsen, Steven E. | Analyze order granting motion for terminating sanctions. | 1.6 | $ 973.76 |
| 3/25/2022 | Guye, Helena M. | Research ▓▓▓ | 3.8 | $ 914.09 |
| 3/25/2022 | Lauridsen, Steven E. | Analyze ▓▓▓ | 4.4 | $ 2,677.84 |
| 3/25/2022 | Kroll, Howard A. | Analyze Court's order granting motion for terminating sanctions. | 6.6 | $ 4,796.55 |
| 3/26/2022 | Steele, David J. | Attention to ▓▓▓ | 1.4 | $ 986.51 |
| 3/26/2022 | Sindelar, Jeffrey C. | Research ▓▓▓ | 2.5 | $ 941.38 |
| 3/26/2022 | Kroll, Howard A. | Analyze Court's order granting motion for terminating sanctions. | 5.9 | $ 4,287.83 |
| 3/26/2022 | Lauridsen, Steven E. | Attention to ▓▓▓ | 6.3 | $ 3,834.18 |
| 3/26/2022 | Guye, Helena M. | Research ▓▓▓ | 7.7 | $ 1,852.24 |
| 3/27/2022 | Sindelar, Jeffrey C. | Research ▓▓▓ | 3.7 | $ 1,393.24 |
| 3/28/2022 | Lauridsen, Steven E. | Review order withdrawing order granting motion for terminating sanctions. | 0.1 | $ 60.86 |
| 3/28/2022 | Lauridsen, Steven E. | Report ▓▓▓ | 0.1 | $ 60.86 |
| 3/28/2022 | Lauridsen, Steven E. | Report ▓▓▓ | 0.1 | $ 60.86 |
| 3/28/2022 | Steele, David J. | Review Order from court withdrawing order and issuing report and recommendation. | 0.5 | $ 352.33 |
| 3/28/2022 | Kroll, Howard A. | Review Court's Report and Recommendation to grant motion for terminating sanctions. | 0.8 | $ 581.40 |
| 3/28/2022 | Kroll, Howard A. | Conference with Facebook litigation team regarding ▓▓▓ | 1.0 | $ 726.75 |
| 3/28/2022 | Lauridsen, Steven E. | Meeting with Meta team regarding ▓▓▓ | 1.1 | $ 669.46 |
| 3/28/2022 | Lauridsen, Steven E. | Analyze report and recommendation to grant motion for terminating sanctions. | 1.1 | $ 669.46 |
| 3/28/2022 | Sindelar, Jeffrey C. | Research ▓▓▓ | 1.2 | $ 451.86 |
| 3/28/2022 | Kroll, Howard A. | Further legal research on ▓▓▓ | 2.7 | $ 1,962.23 |
| 3/28/2022 | Lauridsen, Steven E. | Further research regarding ▓▓▓ | 2.8 | $ 1,704.08 |
| 3/29/2022 | Sindelar, Jeffrey C. | Review magistrate judge's newly issued R&R. | 0.5 | $ 188.28 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 3/30/2022 | Lauridsen, Steven E. | Meet and confer with opposing counsel regarding report and recommendation to enter default judgment. | 1.5 | $ 912.90 |
| 3/30/2022 | Pacheco, Kathryn R. | Legal research | 2.1 | $ 589.05 |
| 3/31/2022 | Pacheco, Kathryn R. | Legal research | 1.0 | $ 280.50 |
| 4/14/2022 | Lauridsen, Steven E. | Review order vacating deadlines in report and recommendation to issue terminating sanctions. | 0.1 | $ 60.86 |
| 4/14/2022 | Steele, David J. | Review Order from Judge van Keulen clarifying that the proposed deadlines in the previously stricken order are now recommendations from Judge Illston. | 0.3 | $ 211.40 |
| 10/17/2022 | Steele, David J. | Conference with ▓ regarding ▓ | 0.5 | $ 352.33 |
| 10/17/2022 | Steele, David J. | Analysis of Judge Illston's Order re Report and Recommendation. | 1.2 | $ 845.58 |
| 10/17/2022 | Sindelar, Jeffrey C. | Analyze court's order adopting terminating sanctions against OnlineNIC Defendants. | 1.4 | $ 527.17 |
| 10/17/2022 | Steele, David J. | Conference with TE team regarding ▓ | 1.4 | $ 986.51 |
| 10/17/2022 | Lauridsen, Steven E. | Analyze order adopting report and recommendation for terminating sanctions. | 2.3 | $ 1,399.78 |
| 10/17/2022 | Kroll, Howard A. | Analyze Judge Illston's ruling on motion for terminating sanctions. | 2.3 | $ 1,671.53 |
| 10/17/2022 | Guye, Helena M. | Analysis of Order adopting R&R. | 1.1 | $ 264.60 |
| 10/18/2022 | Lauridsen, Steven E. | ▓ with Meta team concerning ▓ | 1.0 | $ 608.60 |
| 10/18/2022 | Sindelar, Jeffrey C. | Participate in call with client regarding ▓ | 1.0 | $ 376.55 |
| 10/18/2022 | Steele, David J. | Conference with Meta litigation team regarding ▓ | 1.2 | $ 845.58 |
| 10/18/2022 | Sindelar, Jeffrey C. | Analyze ▓ | 4.9 | $ 1,845.10 |
| 10/18/2022 | Guye, Helena M. | ▓ | 0.8 | $ 192.44 |
| 10/24/2022 | Steele, David J. | Telephone conference with P. Narancic regarding Judge Illston's order and whether OnlineNIC would file any papers or file an appeal. | 0.6 | $ 422.79 |
| 12/16/2022 | Guye, Helena M. | Review order delaying default judgment. | 0.3 | $ 72.17 |
| 12/16/2022 | Kroll, Howard A. | Analyze Court's order re default judgment. | 0.4 | $ 290.70 |
| 12/16/2022 | Lauridsen, Steven E. | Analyze order to defer final entry of judgment. | 0.4 | $ 243.44 |
| 12/16/2022 | Steele, David J. | Review Judge Illston's Order regarding Default Judgment. | 0.5 | $ 352.33 |
| 12/19/2022 | Lauridsen, Steven E. | Review entry of default as to OnlineNIC Defendants. | 0.1 | $ 60.86 |
| 12/19/2022 | Lauridsen, Steven E. | Report ▓ | 0.1 | $ 60.86 |
| 12/19/2022 | Steele, David J. | Review Clerk's Entry of Default of OnlineNIC. | 0.2 | $ 140.93 |
| 12/19/2022 | Lauridsen, Steven E. | ▓ | 2.1 | $ 1,278.06 |
| 12/19/2022 | Roumiantseva, Dina | ▓ | 2.1 | $ 981.75 |
| 12/19/2022 | Guye, Helena M. | Review order delaying default judgment. | 2.1 | $ 505.16 |
| 12/19/2022 | Sindelar, Jeffrey C. | ▓ | 2.2 | $ 828.41 |
| 12/19/2022 | Kroll, Howard A. | ▓ | 2.4 | $ 1,744.20 |
| 12/19/2022 | Steele, David J. | Analysis of Order entering default but not final default judgment. | 2.4 | $ 1,691.16 |
| 12/22/2022 | Lauridsen, Steven E. | Analyze ▓ | 0.3 | $ 182.58 |
| | | **Totals** | 123.9 | $ 65,669.98 |