# Exhibit 11

Meta v. OnlineNIC (TE No. 015949-007)
Analyzing/responding to Defendants' Motions for De Novo Review

| Worked Date | Time Keeper | Time Narrative | Sum of Bill Hours | Sum of Bill Amount |
|---|---|---|---|---|
| 3/16/2022 | Sindelar, Jeffrey C. | Research | 1.1 | $ 414.21 |
| 3/31/2022 | Sindelar, Jeffrey C. | Research | 3.0 | $ 1,129.65 |
| 4/1/2022 | Sindelar, Jeffrey C. | Research | 2.0 | $ 753.10 |
| 4/3/2022 | Sindelar, Jeffrey C. | Research | 3.9 | $ 1,468.55 |
| 4/4/2022 | Lauridsen, Steven E. | Analysis | 0.3 | $ 182.58 |
| 4/4/2022 | Sindelar, Jeffrey C. | Research | 1.4 | $ 527.17 |
| 4/4/2022 | Steele, David J. | Analysis of | 1.7 | $ 1,197.91 |
| 4/11/2022 | Lauridsen, Steven E. | Report | 0.1 | $ 60.86 |
| 4/11/2022 | Kroll, Howard A. | Analyze 35.CN's motion for de novo determination. | 1.4 | $ 1,017.45 |
| 4/11/2022 | Lauridsen, Steven E. | Analyze 35.CN's objections to report and recommendation to issue terminating sanctions. | 1.6 | $ 973.76 |
| 4/11/2022 | Steele, David J. | Analysis of 35.CN's Motion for de Novo Review of R&R. | 1.7 | $ 1,197.91 |
| 4/12/2022 | Lauridsen, Steven E. | Report | 0.1 | $ 60.86 |
| 4/12/2022 | Steele, David J. | Telephone conference with [redacted] regarding [redacted] | 0.4 | $ 281.86 |
| 4/12/2022 | Steele, David J. | Review OnlineNIC and ID Shield's Motion for de Novo Review of R&R. | 0.6 | $ 422.79 |
| 4/12/2022 | Lauridsen, Steven E. | Analyze | 0.7 | $ 426.02 |
| 4/12/2022 | Sindelar, Jeffrey C. | Analyze | 0.7 | $ 263.59 |
| 4/12/2022 | Lauridsen, Steven E. | Further preparation of opposition to motion for de novo review of report and recommendation to issue terminating sanctions. | 0.8 | $ 486.88 |
| 4/12/2022 | Sindelar, Jeffrey C. | Analyze 35.CN's objections to magistrate judge's recommendations on terminating sanctions motion. | 0.8 | $ 301.24 |
| 4/12/2022 | Guye, Helena M. | Meeting to discuss | 0.8 | $ 192.44 |
| 4/12/2022 | Kroll, Howard A. | Analyze OnlineNIC's motion for de novo review. | 1.3 | $ 944.78 |
| 4/12/2022 | Steele, David J. | Attention to opposition to 35.CN's motion for Reconsideration of R&R. | 1.9 | $ 1,338.84 |
| 4/12/2022 | Kroll, Howard A. | Analyze | 2.8 | $ 2,034.90 |
| 4/12/2022 | Sindelar, Jeffrey C. | Analyze briefing documents regarding terminating sanctions motion to prepare to draft opposition to defendants' motions to object to magistrate judge's recommendations for terminating sanctions against OnlineNIC. | 4.2 | $ 1,581.51 |
| 4/13/2022 | Steele, David J. | Revise Objections to 35.CN's motion for review of R&R. | 0.7 | $ 493.26 |
| 4/13/2022 | Lauridsen, Steven E. | Research | 0.8 | $ 486.88 |
| 4/13/2022 | Sindelar, Jeffrey C. | Analyze magistrate judge's recommended disposition on Plaintiffs' motion for terminating sanctions to prepare to draft opposition to defendants' motions for de novo review. | 1.1 | $ 414.21 |
| 4/13/2022 | Sindelar, Jeffrey C. | Draft | 2.3 | $ 866.07 |
| 4/13/2022 | Sindelar, Jeffrey C. | Draft | 2.4 | $ 903.72 |
| 4/13/2022 | Kroll, Howard A. | Revise | 3.8 | $ 2,761.65 |
| 4/13/2022 | Sindelar, Jeffrey C. | Analyze briefing documents related to motion for terminating sanctions to prepare to draft opposition to defendants' motions for de novo review of Magistrate Judge's recommended disposition. | 3.9 | $ 1,468.55 |
| 4/14/2022 | Lauridsen, Steven E. | Analyze regarding | 0.2 | $ 121.72 |
| 4/14/2022 | Steele, David J. | Review | 0.3 | $ 211.40 |
| 4/14/2022 | Sindelar, Jeffrey C. | Draft introduction section of opposition to defendants' objections to magistrate judge's recommended disposition of plaintiffs' motion for terminating sanctions. | 1.1 | $ 414.21 |
| 4/14/2022 | Sindelar, Jeffrey C. | Research | 1.5 | $ 564.83 |
| 4/14/2022 | Sindelar, Jeffrey C. | Research | 1.6 | $ 602.48 |
| 4/14/2022 | Sindelar, Jeffrey C. | Revise | 2.1 | $ 790.76 |
| 4/15/2022 | Sindelar, Jeffrey C. | Revise | 0.5 | $ 188.28 |
| 4/15/2022 | Steele, David J. | Revise Opposition to Motion for reconsideration. | 0.9 | $ 634.19 |
| 4/15/2022 | Lauridsen, Steven E. | Preparation of opposition to motion for de novo determination of report and recommendation to enter terminating sanctions. | 1.0 | $ 608.60 |

1

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 4/15/2022 | Sindelar, Jeffrey C. | Draft procedural background section of opposition to defendants' objections to magistrate judge's recommended disposition of plaintiffs' motion for terminating sanctions. | 1.1 | $ 414.21 |
| 4/15/2022 | Sindelar, Jeffrey C. | Draft factual background section of opposition to defendants' objections to magistrate judge's recommended disposition of plaintiffs' motion for terminating sanctions. | 2.1 | $ 790.76 |
| 4/15/2022 | Sindelar, Jeffrey C. | Draft argument section regarding evidence that OnlineNIC Defendants spoliated evidence of opposition to defendants' objections to magistrate judge's recommended disposition of plaintiffs' motion for terminating sanctions. | 3.1 | $ 1,167.31 |
| 4/16/2022 | Sindelar, Jeffrey C. | Draft section of opposition to defendants' objections to magistrate judge's recommended disposition of plaintiffs' motion for terminating sanctions arguing that evidence destroyed was likely crucial to Plaintiffs' case. | 1.1 | $ 414.21 |
| 4/16/2022 | Sindelar, Jeffrey C. | Draft section of opposition to defendants' objections to magistrate judge's recommended disposition of plaintiffs' motion for terminating sanctions arguing that case cannot be decided on the merits due to discovery misconduct. | 1.1 | $ 414.21 |
| 4/16/2022 | Sindelar, Jeffrey C. | Draft section of opposition to defendants' objections to magistrate judge's recommended disposition of plaintiffs' motion for terminating sanctions arguing that OnlineNIC defendants spoliated evidence. | 1.5 | $ 564.83 |
| 4/16/2022 | Sindelar, Jeffrey C. | Draft section of opposition to defendants' objections to magistrate judge's recommended disposition of plaintiffs' motion for terminating sanctions arguing that OnlineNIC defendants spoliated evidence after the duty to preserve arose. | 3.1 | $ 1,167.31 |
| 4/16/2022 | Sindelar, Jeffrey C. | Draft section of opposition to defendants' objections to magistrate judge's recommended disposition of plaintiffs' motion for terminating sanctions arguing that lesser sanctions would be insufficient to cure prejudice caused by discovery misconduct. | 3.2 | $ 1,204.96 |
| 4/17/2022 | Steele, David J. | Review edits to draft opposition to 35.cn's motion for reconsideration. | 0.4 | $ 281.86 |
| 4/17/2022 | Sindelar, Jeffrey C. | Draft section of opposition to defendants' objections to magistrate judge's recommended disposition of plaintiffs' motion for terminating sanctions arguing that case cannot be decided on the merits due to discovery misconduct. | 2.1 | $ 790.76 |
| 4/17/2022 | Sindelar, Jeffrey C. | Draft section of opposition to defendants' objections to magistrate judge's recommended disposition of plaintiffs' motion for terminating sanctions arguing that there is no just reason to delay entering final judgment under Rule 54(b). | 2.8 | $ 1,054.34 |
| 4/17/2022 | Sindelar, Jeffrey C. | Revise draft of opposition to defendants' objections to magistrate judge's recommended disposition of plaintiffs' motion for terminating sanctions. | 4.3 | $ 1,619.17 |
| 4/17/2022 | Kroll, Howard A. | Revise opposition to motions for de novo review. | 13.4 | $ 9,738.45 |
| 4/18/2022 | Kroll, Howard A. | Revise opposition to motions for de novo review. | 10.2 | $ 7,412.85 |
| 4/19/2022 | Sindelar, Jeffrey C. | Revise introduction section of Plaintiffs' Opposition to Defendants' Objections to Magistrate Judge's Recommended Disposition of Plaintiffs' Motion for Terminating Sanctions. | 0.4 | $ 150.62 |
| 4/19/2022 | Sindelar, Jeffrey C. | Draft conclusion of Plaintiffs' Opposition to Defendants' Objections to Magistrate Judge's Recommended Disposition of Plaintiffs' Motion for Terminating Sanctions. | 0.5 | $ 188.28 |
| 4/19/2022 | Sindelar, Jeffrey C. | Revise lesser sanctions section of Plaintiffs' Opposition to Defendants' Objections to Magistrate Judge's Recommended Disposition of Plaintiffs' Motion for Terminating Sanctions. | 0.8 | $ 301.24 |
| 4/19/2022 | Sindelar, Jeffrey C. | Revise Rule 54(b) section of Plaintiffs' Opposition to Defendants' Objections to Magistrate Judge's Recommended Disposition of Plaintiffs' Motion for Terminating Sanctions. | 1.0 | $ 376.55 |
| 4/19/2022 | Sindelar, Jeffrey C. | Draft standard of review section of Plaintiffs' Opposition to Defendants' Objections to Magistrate Judge's Recommended Disposition of Plaintiffs' Motion for Terminating Sanctions. | 1.1 | $ 414.21 |
| 4/19/2022 | Sindelar, Jeffrey C. | Revise background section of Plaintiffs' Opposition to Defendants' Objections to Magistrate Judge's Recommended Disposition of Plaintiffs' Motion for Terminating Sanctions. | 1.2 | $ 451.86 |
| 4/19/2022 | Sindelar, Jeffrey C. | Revise timing of spoliation section of Plaintiffs' Opposition to Defendants' Objections to Magistrate Judge's Recommended Disposition of Plaintiffs' Motion for Terminating Sanctions. | 1.3 | $ 489.52 |
| 4/19/2022 | Sindelar, Jeffrey C. | Revise prejudice of ESI destruction section of Plaintiffs' Opposition to Defendants' Objections to Magistrate Judge's Recommended Disposition of Plaintiffs' Motion for Terminating Sanctions. | 1.4 | $ 527.17 |
| 4/19/2022 | Kroll, Howard A. | Revise opposition to motions for de novo review. | 4.4 | $ 3,197.70 |
| 4/20/2022 | Sindelar, Jeffrey C. | Analyze draft of opposition to Defendants' objections to magistrate judge's recommended disposition to prepare to revise same. | 1.7 | $ 640.14 |
| 4/22/2022 | Steele, David J. | Review additional edits to Opposition to R&R by 35.cn and OnlineNIC. | 0.6 | $ 422.79 |
| 4/22/2022 | Sindelar, Jeffrey C. | Review [redacted] | 1.8 | $ 677.79 |
| 4/22/2022 | Sindelar, Jeffrey C. | Research [redacted] | 1.9 | $ 715.45 |
| 4/22/2022 | Sindelar, Jeffrey C. | Revise [redacted] | 2.8 | $ 1,054.34 |
| 4/22/2022 | Kroll, Howard A. | Revise opposition to motions for de novo review. | 3.9 | $ 2,834.33 |
| 4/23/2022 | Steele, David J. | Review [redacted] | 0.3 | $ 211.40 |
| 4/23/2022 | Sindelar, Jeffrey C. | Research [redacted] | 1.2 | $ 451.86 |

2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 4/23/2022 | Sindelar, Jeffrey C. | Review ■■■ | 4.3 | $ 1,619.17 |
| 4/23/2022 | Sindelar, Jeffrey C. | Revise ■■■ | 4.5 | $ 1,694.48 |
| 4/23/2022 | Kroll, Howard A. | Revise opposition to motions for de novo review. | 12.7 | $ 9,229.73 |
| 4/24/2022 | Steele, David J. | Review revisions to Opposition to Motion for de novo review of R&R by 35.cn | 0.5 | $ 352.33 |
| 4/24/2022 | Kroll, Howard A. | Revise opposition to motions for de novo review. | 2.6 | $ 1,889.55 |
| 4/24/2022 | Sindelar, Jeffrey C. | Revise ■■■ | 5.9 | $ 2,221.65 |
| 4/25/2022 | Lauridsen, Steven E. | Report ■■■ | 0.1 | $ 60.86 |
| 4/25/2022 | Lauridsen, Steven E. | Assist in finalizing opposition to motions for de novo review of report and recommendation to enter terminating sanctions. | 0.4 | $ 243.44 |
| 4/25/2022 | Steele, David J. | Attention to final draft of Opposition to 35.CN's Motion for de novo review of R&R. | 0.4 | $ 281.86 |
| 4/25/2022 | Kroll, Howard A. | Revise opposition to motions for de novo review. | 2.2 | $ 1,598.85 |
| 4/25/2022 | Sindelar, Jeffrey C. | Finalize revisions to Plaintiffs' Opposition to Defendants' Objections to Magistrate Judge's Recommended Disposition of Plaintiffs' Motion for Terminating Sanctions. | 3.8 | $ 1,430.89 |
| 4/25/2022 | Sindelar, Jeffrey C. | Cite check draft of Plaintiffs' Opposition to Defendants' Objections to Magistrate Judge's Recommended Disposition of Plaintiffs' Motion for Terminating Sanctions. | 3.9 | $ 1,468.55 |
| 5/2/2022 | Steele, David J. | Review Reply filed by 35.CN in opposition of R&R. | 0.5 | $ 352.33 |
| 5/2/2022 | Steele, David J. | Review Reply filed by OnlineNIC and ID Shield in opposition of R&R. | 0.8 | $ 563.72 |
| 5/2/2022 | Kroll, Howard A. | Analyze replies in support of motions for de novo review. | 1.3 | $ 944.78 |
| | | **Totals** | **177.2** | **$ 92,882.14** |

3