Exhibit 12

**Meta v. OnlineNIC (TE No. 015949-007)**

**Analyzing/responding to Defendants' Motion for an Evidentiary Hearing**

| Worked Date | Time Keeper | Time Narrative | Sum of Bill Hours | Sum of Bill Amount |
|---|---|---|---|---|
| 5/26/2022 | Lauridsen, Steven E. | Report█████████████████ | 0.1 | $ 60.86 |
| 5/26/2022 | Steele, David J. | Conference with ████████████ regarding ██████████ | 0.6 | $ 422.79 |
| 5/26/2022 | Guye, Helena M. | Call with █████ to discuss ████████████████ | 0.6 | $ 144.33 |
| 5/26/2022 | Lauridsen, Steven E. | Analyze 35.CN's motion for evidentiary hearing. | 0.7 | $ 426.02 |
| 5/26/2022 | Lauridsen, Steven E. | Prepare email to opposing counsel regarding violation of local rules and of protective order. | 0.9 | $ 547.74 |
| 5/26/2022 | Steele, David J. | Analysis of Motion for Evidentiary Hearing filed by 35.CN. | 1.4 | $ 986.51 |
| 5/26/2022 | Lauridsen, Steven E. | Prepare opposition to 35.CN's motion for evidentiary hearing. | 1.7 | $ 1,034.62 |
| 5/26/2022 | Steele, David J. | Prepare Opposition to Motion for Evidentiary Hearing filed by 35.CN. | 2.4 | $ 1,691.16 |
| 5/26/2022 | Guye, Helena M. | Analyze motion for evidentiary hearing. | 2.7 | $ 649.49 |
| 5/26/2022 | Sindelar, Jeffrey C. | Analyze issues raised by 35.CN's Motion for Evidentiary Hearing. | 3.3 | $ 1,242.62 |
| 5/26/2022 | Kroll, Howard A. | Draft opposition to 35.CN's motion for evidentiary hearing. | 11.3 | $ 8,212.28 |
| 5/27/2022 | Lauridsen, Steven E. | Communicate with 35.CN's counsel regarding violations of protective order. | 0.1 | $ 60.86 |
| 5/27/2022 | Lauridsen, Steven E. | Communicate further with █████ regarding ████████████████ | 0.1 | $ 60.86 |
| 5/27/2022 | Guye, Helena M. | Assist in preparation of opposition to motion for evidentiary hearing. | 0.1 | $ 24.06 |
| 5/27/2022 | Steele, David J. | Revise correspondence to K. Kronenberger regarding improper filing of material designated confidential. | 0.4 | $ 281.86 |
| 5/27/2022 | Guye, Helena M. | Call to discuss ████████████ | 1.1 | $ 264.61 |
| 5/27/2022 | Sindelar, Jeffrey C. | Revise section of Opposition to 35.CN's Motion for Evidentiary Hearing addressing purported issues with notice in general. | 1.4 | $ 527.17 |
| 5/27/2022 | Steele, David J. | Revise draft Opposition to 35.cn's motion for evidentiary hearing. | 1.4 | $ 986.51 |
| 5/27/2022 | Sindelar, Jeffrey C. | Revise section of Opposition to 35.CN's Motion for Evidentiary Hearing addressing notice to third parties. | 1.7 | $ 640.14 |
| 5/27/2022 | Sindelar, Jeffrey C. | Revise section of Opposition to 35.CN's Motion for Evidentiary Hearing addressing issues not relevant to recommendation for terminating sanctions. | 1.8 | $ 677.79 |
| 5/27/2022 | Lauridsen, Steven E. | Preparation of opposition to motion for evidentiary hearing. | 2.3 | $ 1,399.78 |
| 5/27/2022 | Sindelar, Jeffrey C. | Revise section of Opposition to 35.CN's Motion for Evidentiary Hearing addressing argument that ID Shield is directly liable as a registrant. | 2.4 | $ 903.72 |
| 5/27/2022 | Sindelar, Jeffrey C. | Revise introduction to draft of Opposition to 35.CN's Motion for Evidentiary Hearing. | 2.7 | $ 1,016.69 |
| 5/27/2022 | Kroll, Howard A. | Revise opposition to motion for evidentiary hearing. | 6.9 | $ 5,014.58 |
| 5/28/2022 | Sindelar, Jeffrey C. | Revise conclusion to Opposition to 35.CN's Motion for Evidentiary Hearing. | 0.9 | $ 338.90 |
| 5/28/2022 | Sindelar, Jeffrey C. | Prepare draft declaration in support of Opposition to Motion for Evidentiary Hearing. | 1.9 | $ 715.45 |
| 5/28/2022 | Lauridsen, Steven E. | Revision to opposition to 35.CN's motion for evidentiary hearing. | 2.1 | $ 1,278.06 |
| 5/28/2022 | Kroll, Howard A. | Revise opposition to motion for evidentiary hearing. | 2.2 | $ 1,598.85 |
| 5/28/2022 | Sindelar, Jeffrey C. | Revise section of Opposition to 35.CN's Motion for Evidentiary Hearing addressing notice on additional Infringing Domain Names. | 2.9 | $ 1,092.00 |
| 5/28/2022 | Sindelar, Jeffrey C. | Revise section of Opposition to 35.CN's Motion for Evidentiary Hearing addressing communication of authorization to OnlineNIC. | 3.4 | $ 1,280.27 |
| 5/29/2022 | Sindelar, Jeffrey C. | Revise section of Opposition to 35.CN's Motion for Evidentiary Hearing addressing irrelevancy of Motion's arguments to recommendation for terminating sanctions. | 1.6 | $ 602.48 |
| 5/29/2022 | Sindelar, Jeffrey C. | Prepare draft declaration in support of Opposition to Motion for Evidentiary Hearing. | 1.7 | $ 640.14 |
| 5/29/2022 | Sindelar, Jeffrey C. | Revise introduction to Opposition to 35.CN's Motion for Evidentiary Hearing. | 2.8 | $ 1,054.34 |
| 5/29/2022 | Sindelar, Jeffrey C. | Revise section of Opposition to 35.CN's Motion for Evidentiary Hearing addressing why 35.CN's arguments in favor of evidentiary hearing are incorrect. | 3.9 | $ 1,468.55 |
| 5/29/2022 | Steele, David J. | Prepare draft Opposition to 35.cn's motion for evidentiary hearing. | 6.8 | $ 4,791.62 |
| 5/29/2022 | Lauridsen, Steven E. | Revise opposition to motion for evidentiary hearing. | 6.9 | $ 4,199.34 |
| 5/29/2022 | Guye, Helena M. | Prepare opposition to 35.CN's motion for evidentiary hearing. | 7.2 | $ 1,731.96 |
| 5/29/2022 | Kroll, Howard A. | Revise opposition to motion for evidentiary hearing. | 10.7 | $ 7,776.23 |
| 5/30/2022 | Steele, David J. | Telephone conference with █████ regarding ████████ | 0.3 | $ 211.40 |
| 5/30/2022 | Sindelar, Jeffrey C. | Revise █████████████████████████████ | 0.7 | $ 263.59 |
| 5/30/2022 | Sindelar, Jeffrey C. | Prepare declaration in support of Opposition to Motion for Evidentiary Hearing. | 1.2 | $ 451.86 |
| 5/30/2022 | Guye, Helena M. | Prepare opposition to 35.CN's motion for evidentiary hearing. | 2.0 | $ 481.10 |
| 5/30/2022 | Kroll, Howard A. | Revise opposition to motion for evidentiary hearing. | 3.9 | $ 2,834.33 |
| 5/31/2022 | Lauridsen, Steven E. | Report█████████████████ | 0.1 | $ 60.86 |
| 5/31/2022 | Sindelar, Jeffrey C. | Revise declaration in support of Opposition to Motion for Evidentiary Hearing. | 1.1 | $ 414.21 |
| 5/31/2022 | Guye, Helena M. | Prepare Opposition to Motion for Evidentiary Hearing. | 1.7 | $ 408.94 |
| 5/31/2022 | Lauridsen, Steven E. | Revise opposition to 35.CN's motion for an evidentiary hearing. | 5.4 | $ 3,286.44 |
| 5/31/2022 | Sindelar, Jeffrey C. | Revise ████████████████████████ | 6.1 | $ 2,296.96 |
| 5/31/2022 | Kroll, Howard A. | Revise opposition to motion for evidentiary hearing. | 7.7 | $ 5,595.98 |
| 6/2/2022 | Kroll, Howard A. | Review responses from Ben Barnes at OnlineNIC to notices from Meta's vendors. | 0.7 | $ 508.73 |

|  |  | **Totals** | **134.0** | **$ 72,659.53** |

1