# Exhibit 13

**Meta v. OnlineNIC (TE No. 015949-007)**
**Revising the Proposed Default Judgment after issuance of the R&R**

| Worked Date | Time Keeper | Time Narrative | Sum of Bill Hours | Sum of Bill Amount |
|---|---|---|---|---|
| 3/26/2022 | Kroll, Howard A. | Revise proposed Default Judgment pursuant to Court's order. | 1.0 | $ 726.75 |
| 3/28/2022 | Steele, David J. | Revise proposed default judgment per court's order. | 0.4 | $ 281.86 |
| 3/28/2022 | Sindelar, Jeffrey C. | Participate in team call regarding | 0.8 | $ 301.24 |
| 3/28/2022 | Steele, David J. | Conference with Meta litigation team regarding | 0.9 | $ 634.19 |
| 3/30/2022 | Lauridsen, Steven E. | Communicate with        regarding | 0.2 | $ 121.72 |
| 3/30/2022 | Steele, David J. | Review | 0.3 | $ 211.40 |
| 3/30/2022 | Steele, David J. | Conference with opposing counsel regarding revisions to permanent injunction and discovery. | 1.7 | $ 1,197.91 |
| 3/31/2022 | Steele, David J. | Revise proposed Default Judgment. | 0.5 | $ 352.33 |
| 4/1/2022 | Lauridsen, Steven E. | Preparation of attorneys' fees documentation. | 1.4 | $ 852.04 |
| 4/5/2022 | Guye, Helena M. | Review entries supporting request for attorneys' fees. | 0.5 | $ 120.28 |
| 4/5/2022 | Lauridsen, Steven E. | Preparation of attorneys' fees request. | 0.8 | $ 486.88 |
| 4/7/2022 | Steele, David J. | Revise new draft of Proposed Default Judgment in view of Court's Order. | 0.4 | $ 281.86 |
| 4/7/2022 | Kroll, Howard A. | Revise proposed Default Judgment. | 0.6 | $ 436.05 |
| 4/10/2022 | Guye, Helena M. | Review entries supporting request for attorneys' fees. | 4.3 | $ 1,034.37 |
| 4/11/2022 | Steele, David J. | Review edits to [Proposed] Default Judgment from Meta team. | 0.5 | $ 352.33 |
| 4/11/2022 | Lauridsen, Steven E. | Preparation of attorneys' fees documentation for default judgment. | 0.8 | $ 486.88 |
| 4/11/2022 | Guye, Helena M. | Review entries supporting request for attorneys' fees. | 1.0 | $ 240.55 |
| 4/12/2022 | Guye, Helena M. | Review entries supporting request for attorneys' fees. | 0.6 | $ 144.33 |
| 4/22/2022 | Guye, Helena M. | Review entries supporting request for attorneys' fees. | 1.6 | $ 384.88 |
| 4/27/2022 | Steele, David J. | Review first pass analysis of attorney fees | 0.8 | $ 563.72 |
| 4/27/2022 | Guye, Helena M. | Review entries supporting request for attorneys' fees. | 1.3 | $ 312.72 |
| 5/16/2022 | Guye, Helena M. | Review entries for request for attorneys' fees. | 1.7 | $ 408.94 |
| 5/17/2022 | Guye, Helena M. | Review entries for request for attorneys' fees. | 3.8 | $ 914.09 |
| 6/10/2022 | Steele, David J. | Analysis of billing entries for submission to court. | 1.5 | $ 1,056.98 |
| 6/13/2022 | Guye, Helena M. | Review time entries for request for attorneys' fees. | 1.2 | $ 288.66 |
| 6/14/2022 | Guye, Helena M. | Review time entries for request for attorneys' fees. | 0.4 | $ 96.22 |
| 6/15/2022 | Guye, Helena M. | Review time entries for request for attorneys' fees. | 0.4 | $ 96.22 |
| 6/16/2022 | Guye, Helena M. | Review time entries for request for attorneys' fees. | 0.3 | $ 72.17 |
| 6/23/2022 | Steele, David J. | Prepare exhibit to declaration of Steele regarding attorneys' fees. | 0.8 | $ 563.72 |
| 6/25/2022 | Steele, David J. | Analysis of attorneys' fees for submission to court. | 3.7 | $ 2,607.21 |
| 6/25/2022 | Guye, Helena M. | Review time entries for request for attorneys' fees. | 3.9 | $ 938.15 |
| 6/26/2022 | Steele, David J. | Revise declaration of Steele in support of attorneys' fees. | 0.7 | $ 493.26 |
| 6/26/2022 | Guye, Helena M. | Prepare Decl. of Steele in support of request for attorneys' fees. | 2.4 | $ 577.32 |
| 6/28/2022 | Steele, David J. | Prepare declaration of Steele and exhibits supporting request for attorneys' fees for submission to court. | 0.8 | $ 563.72 |
| 6/28/2022 | Guye, Helena M. | Review time entries for request for attorneys' fees. | 2.4 | $ 577.32 |
| 6/29/2022 | Guye, Helena M. | Review time entries for request for attorneys' fees. | 2.4 | $ 577.32 |
| 7/6/2022 | Steele, David J. | Analysis of attorneys' fees for supplemental declaration of Steele in support of attorney fees. | 0.3 | $ 211.40 |
| 7/7/2022 | Steele, David J. | Analysis of legal fees for use in Decl. of Steele. | 0.8 | $ 563.72 |
| 7/11/2022 | Guye, Helena M. | Review time entries for request for attorneys' fees. | 0.6 | $ 144.33 |
| 7/12/2022 | Guye, Helena M. | Review time entries for request for attorneys' fees. | 0.6 | $ 144.33 |
| 7/14/2022 | Guye, Helena M. | Review time entries for request for attorneys' fees. | 0.7 | $ 168.39 |
| 11/10/2022 | Guye, Helena M. | Review time entries to support request for attorneys' fees. | 1.8 | $ 432.99 |
| | | **Totals** | **51.6** | **$ 21,020.67** |

1