# EXHIBIT 14

Meta v. OnlineNIC (TE No. 015949-007)
Supplemental Briefing regarding Entry of Default Judgment

| Worked Date | Time Keeper | Time Narrative | Sum of Bill Hours | Sum of Bill Amount |
|---|---|---|---|---|
| 10/19/2022 | Sindelar, Jeffrey C. | Draft supplemental briefing to Court regarding entry of final judgment against OnlineNIC Defendants. | 6.5 | $ 2,447.58 |
| 10/20/2022 | Sindelar, Jeffrey C. | Research | 1.7 | $ 640.14 |
| 10/20/2022 | Sindelar, Jeffrey C. | Draft supplemental briefing to Court regarding entry of final judgment against OnlineNIC Defendants. | 7.8 | $ 2,937.09 |
| 10/20/2022 | Kroll, Howard A. | Revise brief in support of entering final judgment against the OnlineNIC Defendants because there is no just reason for delay. | 5.8 | $ 4,215.15 |
| 10/20/2022 | Roumiantseva, Dina | Assist with supplemental briefing on entry of final judgment | 6.8 | $ 3,179.00 |
| 10/21/2022 | Lauridsen, Steven E. | Attention to responsive brief on issue of final judgment ordered by Judge Illston. | 0.4 | $ 243.44 |
| 10/21/2022 | Sindelar, Jeffrey C. | Revise draft of court-ordered additional briefing regarding entry of final default judgment against OnlineNIC Defendants. | 3.1 | $ 1,167.31 |
| 10/21/2022 | Kroll, Howard A. | Revise brief in support of entering final judgment against the OnlineNIC Defendants because there is no just reason for delay. | 5.3 | $ 3,851.77 |
| 10/21/2022 | Steele, David J. | Prepare Supplemental Brief to Judge Illston. | 1.2 | $ 845.58 |
| 10/21/2022 | Roumiantseva, Dina | Assist with supplemental briefing on entry of final judgment | 4.9 | $ 2,290.75 |
| 10/24/2022 | Steele, David J. | Review | 0.4 | $ 281.86 |
| 10/24/2022 | Steele, David J. |  | 0.4 | $ 281.86 |
| 10/24/2022 | Steele, David J. | Additional revisions to Plaintiffs' Add'l Briefing re Final Default Judgement against OnlineNIC. | 0.8 | $ 563.72 |
| 10/24/2022 | Kroll, Howard A. | Revise brief in support of entering final judgment against the OnlineNIC Defendants because there is no just reason for delay. | 4.1 | $ 2,979.67 |
| 10/24/2022 | Sindelar, Jeffrey C. | Revise draft of court-ordered additional briefing regarding entry of final default judgment against OnlineNIC Defendants. | 9.7 | $ 3,652.53 |
| 10/24/2022 | Roumiantseva, Dina | Research | 5.8 | $ 2,711.50 |
| 10/25/2022 | Sindelar, Jeffrey C. | Analyze | 0.5 | $ 188.27 |
| 10/25/2022 | Sindelar, Jeffrey C. | Participate in call with client regarding | 0.5 | $ 188.27 |
| 10/25/2022 | Kroll, Howard A. | Revise brief in support of entering final judgment against the OnlineNIC Defendants because there is no just reason for delay. | 3.8 | $ 2,761.65 |
| 10/25/2022 | Sindelar, Jeffrey C. | Revise | 8.1 | $ 3,050.05 |
| 10/25/2022 | Steele, David J. | Revise Plaintiffs' Additional Brief In Support of Default Judgment. | 0.8 | $ 563.72 |
| 10/25/2022 | Roumiantseva, Dina | Research | 4.9 | $ 2,290.75 |
| 10/26/2022 | Sindelar, Jeffrey C. | Revise | 3.9 | $ 1,468.54 |
| 10/26/2022 | Kroll, Howard A. | Revise brief in support of entering final judgment against the OnlineNIC Defendants because there is no just reason for delay. | 4.2 | $ 3,052.35 |
| 10/28/2022 | Lauridsen, Steven E. | Assist in finalizing brief in support of motion for terminating sanctions. | 0.2 | $ 121.72 |
| 10/28/2022 | Lauridsen, Steven E. | Analyze OnlineNIC's brief regarding entry of final judgment on terminating sanctions. | 0.3 | $ 182.58 |
| 10/28/2022 | Lauridsen, Steven E. | Analyze 35.CN's brief regarding entry of final judgment on terminating sanctions. | 0.3 | $ 182.58 |
| 10/28/2022 | Kroll, Howard A. | Review OnlineNIC Defendants' 5-page submission to Judge Illston re entry of final judgment. | 0.5 | $ 363.37 |
| 10/28/2022 | Sindelar, Jeffrey C. | Revise draft of supplemental brief in support of final default judgment against OnlineNIC Defendants. | 0.7 | $ 263.58 |
| 10/28/2022 | Kroll, Howard A. | Review 35.CN's 5-page submission to Judge Illston re entry of final judgment. | 2.3 | $ 1,671.52 |
| 10/28/2022 | Steele, David J. | Attention to filing Plaintiffs Additional Brief in Support of Motion for Terminating Sanctions. | 0.6 | $ 422.79 |
| 10/29/2022 | Sindelar, Jeffrey C. | Review defendants' supplements briefing regarding entry of final default judgment against OnlineNIC Defendants. | 0.9 | $ 338.89 |
| 11/2/2022 | Sindelar, Jeffrey C. | Analyze defendants' briefing on final default judgment. | 0.9 | $ 338.90 |
| | | **Totals** | **98.1** | **$ 49,738.51** |