# EXHIBIT 15

Meta v. OnlineNIC (TE No. 015949-007)
Drafting Motion for Default/Summary Judgment against 35.CN

| Worked Date | Time Keeper | Time Narrative | Sum of Bill Hours | Sum of Bill Amount |
|---|---|---|---|---|
| 3/16/2022 | Relatores, Jacqueline D. | Research | 0.5 | $ 140.25 |
| 3/24/2022 | Relatores, Jacqueline D. | Research | 2.7 | $ 757.35 |
| 3/25/2022 | Guye, Helena M. | Review | 1.1 | $ 264.61 |
| 3/25/2022 | Relatores, Jacqueline D. | Research | 2.5 | $ 701.25 |
| 3/29/2022 | Kroll, Howard A. | Further legal research | 1.3 | $ 944.78 |
| 3/30/2022 | Relatores, Jacqueline D. | Research | 2.7 | $ 757.35 |
| 4/4/2022 | Relatores, Jacqueline D. | Research | 4.6 | $ 1,290.30 |
| 4/5/2022 | Relatores, Jacqueline D. | Prepare | 4.2 | $ 1,178.10 |
| 4/7/2022 | Relatores, Jacqueline D. | Prepare | 1.1 | $ 308.55 |
| 4/11/2022 | Relatores, Jacqueline D. | Prepare | 2.2 | $ 617.10 |
| 4/12/2022 | Relatores, Jacqueline D. | Prepare | 4.1 | $ 1,150.05 |
| 4/14/2022 | Relatores, Jacqueline D. | Draft | 3.7 | $ 1,037.85 |
| 4/15/2022 | Steele, David J. | Correspondence with Meta litigation team regarding | 0.4 | $ 281.86 |
| 4/15/2022 | Guye, Helena M. | Research | 0.8 | $ 192.44 |
| 4/25/2022 | Relatores, Jacqueline D. | Research | 3.3 | $ 925.65 |
| 4/30/2022 | Steele, David J. | Review | 0.5 | $ 352.33 |
| 5/4/2022 | Relatores, Jacqueline D. | Research | 4.9 | $ 1,374.45 |
| 5/6/2022 | Relatores, Jacqueline D. | Research | 2.7 | $ 757.35 |
| 5/10/2022 | Kroll, Howard A. | Legal research | 1.2 | $ 872.10 |
| 5/11/2022 | Relatores, Jacqueline D. | Prepare | 2.3 | $ 645.15 |
| 6/2/2022 | Kroll, Howard A. | Draft | 3.9 | $ 2,834.33 |
| 6/29/2022 | Relatores, Jacqueline D. | Provide update | 0.3 | $ 84.15 |
| 6/30/2022 | Guye, Helena M. | Research | 3.2 | $ 769.76 |
| 6/30/2022 | Kroll, Howard A. | Draft | 10.6 | $ 7,703.55 |
| 7/1/2022 | Kroll, Howard A. | Conference with        re | 1.0 | $ 726.75 |
| 7/1/2022 | Guye, Helena M. | Call with | 1.0 | $ 240.55 |
| 7/1/2022 | Steele, David J. | Conference with        re | 1.0 | $ 704.65 |
| 7/1/2022 | Sindelar, Jeffrey C. | Participate in        regarding | 1.2 | $ 451.86 |
| 7/1/2022 | Lauridsen, Steven E. | Conference with        regarding | 1.2 | $ 730.32 |
| 7/1/2022 | Steele, David J. | Revise | 1.8 | $ 1,268.37 |
| 7/1/2022 | Guye, Helena M. | Research | 1.9 | $ 457.05 |
| 7/1/2022 | Kroll, Howard A. | Draft | 9.4 | $ 6,831.45 |
| 7/5/2022 | Kroll, Howard A. | Revise | 4.7 | $ 3,415.73 |
| 7/6/2022 | Steele, David J. | Revise | 0.8 | $ 563.72 |
| 7/6/2022 | Kroll, Howard A. | Revise | 5.3 | $ 3,851.78 |
| 7/7/2022 | Sindelar, Jeffrey C. | Analyze | 0.5 | $ 188.28 |
| 7/7/2022 | Lauridsen, Steven E. | Research regarding | 0.6 | $ 365.16 |
| 7/7/2022 | Sindelar, Jeffrey C. | Analyze | 0.7 | $ 263.59 |
| 7/13/2022 | Steele, David J. | Review | 0.6 | $ 422.79 |
| 7/13/2022 | Guye, Helena M. | Research | 0.7 | $ 168.39 |
| 7/13/2022 | Kroll, Howard A. | Further legal research re | 4.8 | $ 3,488.40 |
| 7/29/2022 | Guye, Helena M. | Revise | 1.9 | $ 457.05 |
| 7/29/2022 | Kroll, Howard A. | Revise | 2.3 | $ 1,671.53 |
| 7/30/2022 | Kroll, Howard A. | Revise | 3.8 | $ 2,761.65 |
| 7/30/2022 | Guye, Helena M. | Revise | 3.9 | $ 938.15 |
| 7/31/2022 | Guye, Helena M. | Revise | 4.2 | $ 1,010.31 |
| 8/1/2022 | Steele, David J. | Review | 0.4 | $ 281.86 |
| 8/1/2022 | Guye, Helena M. | Revise | 3.1 | $ 745.71 |
| 8/1/2022 | Kroll, Howard A. | Revise | 6.6 | $ 4,796.55 |
| 8/8/2022 | Guye, Helena M. | Research | 0.7 | $ 168.39 |
| 8/22/2022 | Steele, David J. | Review | 0.5 | $ 352.33 |
| 8/22/2022 | Kroll, Howard A. | Revise | 3.6 | $ 2,616.30 |
| 8/30/2022 | Kroll, Howard A. | Draft motion for terminating sanctions against 35.CN. | 1.4 | $ 1,017.45 |
| 9/15/2022 | Guye, Helena M. | Review OnlineNIC bank statements. | 0.4 | $ 96.22 |
| 9/15/2022 | Kroll, Howard A. | Draft | 3.3 | $ 2,398.28 |
| 9/19/2022 | Steele, David J. | Revise | 0.8 | $ 563.72 |
| 9/19/2022 | Kroll, Howard A. | Revise | 2.6 | $ 1,889.55 |
| 9/21/2022 | Kroll, Howard A. | Analysis of | 0.6 | $ 436.05 |
| 9/28/2022 | Kroll, Howard A. | Review OnlineNIC's bank statements. | 2.2 | $ 1,598.85 |
| 10/3/2022 | Kroll, Howard A. | Analyze | 0.8 | $ 581.40 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/7/2022 | Kroll, Howard A. | Analyze facts supporting alter ego allegations. | 3.3 | $ 2,398.28 |
| 10/8/2022 | Kroll, Howard A. | Analyze facts supporting alter ego allegations. | 5.7 | $ 4,142.48 |
| 10/11/2022 | Lauridsen, Steven E. | Assist in preparation of [redacted] | 0.3 | $ 182.58 |
| 10/11/2022 | Kroll, Howard A. | Draft [redacted] | 2.6 | $ 1,886.58 |
| 10/11/2022 | Kroll, Howard A. | Draft [redacted] | 1.2 | $ 850.00 |
| 10/11/2022 | Kroll, Howard A. | Draft [redacted] | 3.6 | $ 2,641.37 |
| 10/12/2022 | Kroll, Howard A. | Draft [redacted] | 4.4 | $ 3,197.70 |
| 10/13/2022 | Kroll, Howard A. | Revise [redacted] | 2.4 | $ 1,744.20 |
| 10/13/2022 | Kroll, Howard A. | Review documents produced by OnlineNIC in continuing search for facts supporting alter ego claims. | 5.9 | $ 4,287.83 |
| 10/14/2022 | Steele, David J. | Correspondence with [redacted] regarding [redacted] | 0.2 | $ 140.93 |
| 10/15/2022 | Kroll, Howard A. | Revise [redacted] | 1.7 | $ 1,235.48 |
| 10/16/2022 | Kroll, Howard A. | Revise [redacted] | 6.8 | $ 4,941.90 |
| 10/17/2022 | Kroll, Howard A. | Revise [redacted] | 11.6 | $ 8,430.30 |
| 10/18/2022 | Steele, David J. | Revise [redacted] | 0.4 | $ 281.86 |
| 10/18/2022 | Guye, Helena M. | Analysis of documents supporting alter ego.` | 0.2 | $ 48.11 |
| 10/18/2022 | Guye, Helena M. | Analysis of documents supporting alter ego.` | 2.3 | $ 553.26 |
| 10/19/2022 | Kroll, Howard A. | Further analysis of facts supporting alter ego claim against 35.CN. | 7.4 | $ 5,377.95 |
| 10/19/2022 | Guye, Helena M. | Analysis of documents supporting alter ego.` | 0.3 | $ 72.16 |
| 10/20/2022 | Kroll, Howard A. | Review document productions to uncover more alter ego facts. | 4.4 | $ 3,197.70 |
| 10/20/2022 | Guye, Helena M. | Analysis of documents supporting alter ego. | 0.2 | $ 48.11 |
| 10/20/2022 | Steele, David J. | Review evidence regarding employees of 35.CN who loaned OnlineNIC money. | 0.3 | $ 211.39 |
| 10/21/2022 | Kroll, Howard A. | Review document productions to uncover more alter ego facts. | 3.3 | $ 2,398.27 |
| 10/21/2022 | Guye, Helena M. | Analysis of documents supporting alter ego.` | 0.2 | $ 48.11 |
| 10/23/2022 | Kroll, Howard A. | Review document productions to uncover more alter ego facts. | 3.6 | $ 2,616.30 |
| 10/27/2022 | Kroll, Howard A. | Revise [redacted] | 4.7 | $ 3,415.72 |
| 10/31/2022 | Guye, Helena M. | Analysis of documents supporting alter ego. | 0.2 | $ 48.11 |
| 10/31/2022 | Guye, Helena M. | Analysis of documents supporting alter ego. | 0.3 | $ 72.16 |
| 10/31/2022 | Kroll, Howard A. | Analyze facts supporting alter ego claims [redacted] | 5.6 | $ 4,069.80 |
| 10/31/2022 | Roumiantseva, Dina | Research [redacted] | 6.1 | $ 2,851.75 |
| 11/1/2022 | Guye, Helena M. | Assist with preparation of [redacted] | 0.2 | $ 48.11 |
| 11/1/2022 | Steele, David J. | Research regarding Employee records for OnlineNIC and 35.cn common names. | 0.8 | $ 563.72 |
| 11/1/2022 | Roumiantseva, Dina | Prepare analysis of [redacted] | 7.6 | $ 3,553.00 |
| 11/1/2022 | Kroll, Howard A. | Review documents produced by defendants for further proof of alter ego relationship between 35.CN and OnlineNIC. | 7.8 | $ 5,668.65 |
| 11/2/2022 | Steele, David J. | Revise [redacted] | 0.7 | $ 493.26 |
| 11/2/2022 | Guye, Helena M. | Assist with preparation of [redacted] | 1.1 | $ 264.61 |
| 11/2/2022 | Kroll, Howard A. | Draft [redacted] | 2.4 | $ 1,744.20 |
| 11/2/2022 | Roumiantseva, Dina | Prepare analysis of [redacted] | 5.4 | $ 2,524.50 |
| 11/2/2022 | Kroll, Howard A. | Revise [redacted] | 5.9 | $ 4,287.83 |
| 11/3/2022 | Steele, David J. | Attention to [redacted] | 0.6 | $ 422.79 |
| 11/3/2022 | Roumiantseva, Dina | Prepare outline for motion for terminating sanctions | 2.8 | $ 1,309.00 |
| 11/3/2022 | Kroll, Howard A. | Review [redacted] | 3.3 | $ 2,398.28 |
| 11/4/2022 | Kroll, Howard A. | Revise outline of motion for terminating sanctions against 35.CN. | 4.7 | $ 3,415.73 |
| 11/4/2022 | Roumiantseva, Dina | Analyze [redacted] | 6.8 | $ 3,179.00 |
| 11/7/2022 | Steele, David J. | Revise Outline of Motion for Terminating Sanctions. | 0.6 | $ 422.79 |
| 11/7/2022 | Roumiantseva, Dina | Prepare outline for motion for terminating sanctions | 2.9 | $ 1,355.75 |
| 11/8/2022 | Steele, David J. | Conference with Meta litigation team regarding [redacted] | 1.0 | $ 704.65 |
| 11/8/2022 | Kroll, Howard A. | Revise outline of motion for terminating sanctions against 35.CN. | 6.2 | $ 4,505.85 |
| 11/9/2022 | Steele, David J. | Prepare [redacted] | 0.8 | $ 563.72 |
| 11/9/2022 | Roumiantseva, Dina | Revise outline for motion for terminating sanctions | 4.7 | $ 2,197.25 |
| 11/9/2022 | Kroll, Howard A. | Revise outline for terminating sanctions against 35.CN. | 5.6 | $ 4,069.80 |
| 11/10/2022 | Steele, David J. | Revise draft outline of motion for terminating sanctions. | 1.8 | $ 1,268.37 |
| 11/10/2022 | Kroll, Howard A. | Revise outline on motion for terminating sanctions against 35.CN. | 5.6 | $ 4,069.80 |
| 11/11/2022 | Steele, David J. | Additional revisions to draft outline of motion for terminating sanctions. | 0.4 | $ 281.86 |
| 11/11/2022 | Kroll, Howard A. | Revise outline of motion for terminating sanctions against 35.CN. | 9.3 | $ 6,758.78 |
| 11/18/2022 | Sindelar, Jeffrey C. | Analyze outline of motion for terminating sanctions against 35.CN | 1.5 | $ 564.83 |
| 11/20/2022 | Kroll, Howard A. | Revise outline for terminating sanctions against 35.CN [redacted] | 5.4 | $ 3,924.45 |
| 11/21/2022 | Steele, David J. | Review [redacted] | 0.8 | $ 563.72 |
| 11/21/2022 | Roumiantseva, Dina | Call with Meta team re [redacted] | 1.0 | $ 467.50 |
| 11/21/2022 | Kroll, Howard A. | Conference with Meta litigation team re [redacted] | 1.6 | $ 1,162.80 |
| 11/22/2022 | Sindelar, Jeffrey C. | [redacted] | 0.3 | $ 118.41 |
| 11/22/2022 | Sindelar, Jeffrey C. | [redacted] | 0.8 | $ 295.80 |
| 11/23/2022 | Roumiantseva, Dina | Draft factual background for motion for terminating sanctions | 2.9 | $ 1,355.75 |
| 11/28/2022 | Roumiantseva, Dina | Draft motion for terminating sanctions against 35.CN | 5.2 | $ 2,431.00 |
| 11/29/2022 | Roumiantseva, Dina | Draft motion for terminating sanctions against 35.CN | 4.8 | $ 2,244.00 |
| 11/30/2022 | Roumiantseva, Dina | Draft motion for terminating sanctions against 35.CN | 2.9 | $ 1,355.75 |
| 12/1/2022 | Roumiantseva, Dina | Prepare motion for terminating sanctions against 35.CN | 5.8 | $ 2,711.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/2/2022 | Roumiantseva, Dina | Prepare motion for terminating sanctions against 35.CN | 5.2 | $ 2,431.00 |
| 12/5/2022 | Roumiantseva, Dina | Prepare motion for terminating sanctions against 35.CN | 3.4 | $ 1,589.50 |
| 12/5/2022 | Guye, Helena M. | Review | 1.8 | $ 432.99 |
| 12/6/2022 | Guye, Helena M. | Review | 0.8 | $ 192.44 |
| 12/6/2022 | Roumiantseva, Dina | Prepare motion for terminating sanctions against 35.CN | 3.1 | $ 1,449.25 |
| 12/7/2022 | Roumiantseva, Dina | Review | 2.9 | $ 1,355.75 |
| 12/7/2022 | Kroll, Howard A. | Revise motion for terminating sanctions. | 3.2 | $ 2,325.60 |
| 12/8/2022 | Roumiantseva, Dina | Research | 4.8 | $ 2,244.00 |
| 12/12/2022 | Roumiantseva, Dina | Develop arguments for motion for terminating sanctions against 35.CN with supporting evidence | 5.3 | $ 2,477.75 |
| 12/14/2022 | Kroll, Howard A. | Revise motion for terminating sanctions. | 7.3 | $ 5,305.27 |
| 12/15/2022 | Roumiantseva, Dina | Develop arguments for motion for terminating sanctions against 35.CN with supporting evidence | 5.8 | $ 2,711.50 |
| 12/15/2022 | Kroll, Howard A. | Revise motion for terminating sanctions. | 12.4 | $ 9,011.70 |
| 12/16/2022 | Roumiantseva, Dina | Develop brief for motion for terminating sanctions against 35.CN | 3.1 | $ 1,449.25 |
| 12/16/2022 | Kroll, Howard A. | Review and revise motion for terminating sanctions. | 3.6 | $ 2,616.30 |
| 12/17/2022 | Kroll, Howard A. | Revise motion for terminating sanctions. | 8.2 | $ 5,959.35 |
| 12/18/2022 | Steele, David J. | Revise draft Motion for Terminating Sanctions. | 4.8 | $ 3,382.32 |
| 12/18/2022 | Roumiantseva, Dina | Revise motion for terminating sanctions against 35.CN | 4.9 | $ 2,290.75 |
| 12/18/2022 | Kroll, Howard A. | Revise motion for terminating sanctions. | 10.4 | $ 7,558.20 |
| 12/20/2022 | Kroll, Howard A. | Further review of documents produced by Defendants to support alter ego allegations. | 1.2 | $ 872.10 |
| 12/20/2022 | Roumiantseva, Dina | Prepare declaration in support of motion for terminating sanctions and exhibits | 2.9 | $ 1,355.75 |
| 12/22/2022 | Steele, David J. | Review     from     regarding | 0.4 | $ 281.86 |
| 12/22/2022 | Kroll, Howard A. | Analyze | 0.6 | $ 436.05 |
| 12/22/2022 | Sindelar, Jeffrey C. | Analyze court orders regarding terminating sanctions against OnlineNIC Defendants | 1.5 | $ 564.83 |
| 12/27/2022 | Steele, David J. | Telephone conference with     regarding | 0.4 | $ 281.86 |
| 12/28/2022 | Kroll, Howard A. | Analyze revisions to Motion for Terminating Sanctions. | 2.4 | $ 1,744.20 |
| 12/29/2022 | Steele, David J. | Revise | 0.4 | $ 281.86 |
| 12/29/2022 | Guye, Helena M. | Review comments on motion for terminating sanctions. | 1.3 | $ 312.71 |
| 12/29/2022 | Kroll, Howard A. | Revise motion for terminating sanctions. | 1.8 | $ 1,308.15 |
| 12/30/2022 | Roumiantseva, Dina | Work on revising motion for terminating sanctions against 35.CN | 1.1 | $ 514.25 |
| 12/30/2022 | Kroll, Howard A. | Revise motion for terminating sanctions. | 1.5 | $ 1,090.12 |
| 1/3/2023 | Roumiantseva, Dina | Revise motion for terminating sanctions against 35.CN | 2.3 | $ 1,075.25 |
| 1/4/2023 | Roumiantseva, Dina | Revise motion for terminating sanctions against 35.CN | 2.1 | $ 981.75 |
| 1/5/2023 | Roumiantseva, Dina | Revise motion for terminating sanctions against 35.CN | 7.1 | $ 3,319.25 |
| 1/10/2023 | Kroll, Howard A. | Revise motion for terminating sanctions. | 6.7 | $ 4,869.23 |
| 1/11/2023 | Roumiantseva, Dina | Prepare declaration of H. Kroll in support of motion for terminating sanctions with exhibits | 3.1 | $ 1,449.25 |
| 1/11/2023 | Kroll, Howard A. | Revise motion for terminating sanctions. | 8.3 | $ 6,032.03 |
| 1/17/2023 | Guye, Helena M. | Collect 35.CN's RAAs for review. | 0.2 | $ 57.80 |
| 1/17/2023 | Steele, David J. | Telephone conference with     regarding | 1.0 | $ 704.65 |
| 1/18/2023 | Steele, David J. | Review     from | 0.7 | $ 493.26 |
| 1/19/2023 | Kroll, Howard A. | Revise motion for terminating sanctions. | 5.8 | $ 4,215.15 |
| 1/20/2023 | Steele, David J. | Prepare for | 0.8 | $ 563.72 |
| 1/20/2023 | Kroll, Howard A. | Conference with Meta team re | 1.0 | $ 726.75 |
| 1/20/2023 | Roumiantseva, Dina | Call with Meta team re | 1.0 | $ 467.50 |
| 1/20/2023 | Steele, David J. | Conference with     regarding | 1.1 | $ 775.12 |
| 1/20/2023 | Roumiantseva, Dina | Research | 3.1 | $ 1,449.25 |
| 1/20/2023 | Kroll, Howard A. | Revise motion for terminating sanctions. | 3.2 | $ 2,325.60 |
| 1/22/2023 | Sindelar, Jeffrey C. | Analyze | 0.8 | $ 301.24 |
| 1/23/2023 | Roumiantseva, Dina | Conduct comprehensive review of | 4.1 | $ 1,916.75 |
| 1/24/2023 | Roumiantseva, Dina | Conduct comprehensive review of | 3.1 | $ 1,449.25 |
| 1/24/2023 | Kroll, Howard A. | Revise motion for terminating sanctions. | 4.4 | $ 3,197.70 |
| 1/26/2023 | Roumiantseva, Dina | Call with Meta team to discuss | 0.5 | $ 233.75 |
| 1/26/2023 | Kroll, Howard A. | Revise motion for terminating sanctions. | 7.6 | $ 5,523.30 |
| 1/27/2023 | Kroll, Howard A. | Revise motion for terminating sanctions. | 9.3 | $ 6,758.78 |
| 1/30/2023 | Roumiantseva, Dina | Identify | 3.8 | $ 1,776.50 |
| 1/31/2023 | Ostrowski, Carter S. | Research | 3.1 | $ 790.50 |
| 1/31/2023 | Kroll, Howard A. | Revise motion for terminating sanctions. | 4.9 | $ 3,561.08 |
| 1/31/2023 | Roumiantseva, Dina | Revise motion for terminating sanctions with supporting declaration of H. Kroll with exhibits | 6.3 | $ 2,945.25 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 2/1/2023 | Ostrowski, Carter S. | Research | 1.7 | $ 433.50 |
| 2/2/2023 | Roumiantseva, Dina | Update Declaration of H. Kroll in support of motion for terminating sanctions against 35.CN with exhibits | 2.7 | $ 1,262.25 |
| 2/3/2023 | Roumiantseva, Dina | Revise Declaration of H. Kroll in support of motion for terminating sanctions against 35.CN with exhibits | 4.8 | $ 2,244.00 |
| 2/6/2023 | Kroll, Howard A. | Revise Kroll Declaration in support of motion for terminating sanctions. | 2.8 | $ 2,034.90 |
| 2/8/2023 | Sindelar, Jeffrey C. | Analyze | 1.8 | $ 677.79 |
| 2/8/2023 | Kroll, Howard A. | Revise Kroll Declaration in support of motion for terminating sanctions. | 3.4 | $ 2,470.95 |
| 2/8/2023 | Roumiantseva, Dina | Prepare Declaration of H. Kroll in support of motion for terminating sanctions against 35.CN with exhibits | 4.8 | $ 2,244.00 |
| 2/10/2023 | Steele, David J. | Review | 0.8 | $ 563.72 |
| 2/10/2023 | Kroll, Howard A. | Revise motion for terminating sanctions. | 6.7 | $ 4,869.23 |
| 2/11/2023 | Kroll, Howard A. | Revise motion for terminating sanctions. | 8.2 | $ 5,959.35 |
| 2/12/2023 | Kroll, Howard A. | Revise motion for terminating sanctions. | 7.6 | $ 5,523.30 |
| 2/13/2023 | Roumiantseva, Dina | Revise draft motion for terminating sanctions against 35.CN | 2.2 | $ 1,028.50 |
| 2/13/2023 | Kroll, Howard A. | Revise motion for terminating sanctions. | 8.4 | $ 6,104.70 |
| 2/14/2023 | Steele, David J. | Review | 0.6 | $ 422.79 |
| 2/14/2023 | Lauridsen, Steven E. | Assist in finalizing motion for terminating sanctions. | 0.8 | $ 486.88 |
| 2/14/2023 | Roumiantseva, Dina | Identify additional exhibits for motion for terminating sanctions against 35.CN | 2.1 | $ 981.75 |
| 2/14/2023 | Kroll, Howard A. | Revise motion for terminating sanctions. | 13.3 | $ 9,665.78 |
| 2/15/2023 | Steele, David J. | Revise draft UNREDACTED Motion for Terminating Sanctions. | 0.5 | $ 352.33 |
| 2/15/2023 | Roumiantseva, Dina | Call with Meta team re | 0.5 | $ 233.75 |
| 2/15/2023 | Kroll, Howard A. | Conference with Meta litigation team re | 0.7 | $ 508.73 |
| 2/15/2023 | Steele, David J. | Conference with Meta Litigation team regarding | 0.7 | $ 493.26 |
| 2/15/2023 | Roumiantseva, Dina | Further revise motion for terminating sanctions against 35.CN | 1.6 | $ 748.00 |
| 2/15/2023 | Kroll, Howard A. | Revise motion for terminating sanctions. | 2.2 | $ 1,598.85 |
| 2/15/2023 | Kroll, Howard A. | Revise Kroll Declaration in support of motion for terminating sanctions. | 3.8 | $ 2,761.65 |
| 2/16/2023 | Kroll, Howard A. | Revise motion for terminating sanctions. | 3.7 | $ 2,688.98 |
| 2/17/2023 | Steele, David J. | Review revisions to Motion for Terminating Sanctions. | 0.2 | $ 140.93 |
| 2/17/2023 | Kroll, Howard A. | Revise motion for terminating sanctions. | 6.6 | $ 4,796.55 |
| 2/20/2023 | Kroll, Howard A. | Revise Kroll Declaration in support of motion for terminating sanctions. | 5.8 | $ 4,215.15 |
| 2/21/2023 | Kroll, Howard A. | Revise proposed order granting motion for terminating sanctions. | 0.4 | $ 290.70 |
| 2/21/2023 | Roumiantseva, Dina | Prepare motion to seal portions of motion for terminating sanctions against 35.CN with supporting declaration, proposed order | 3.9 | $ 1,823.25 |
| 2/21/2023 | Kroll, Howard A. | Revise Kroll Declaration in support of motion for terminating sanctions. | 5.3 | $ 3,851.78 |
| 2/22/2023 | Kroll, Howard A. | Review motion to seal motion for terminating sanctions. | 1.6 | $ 1,162.80 |
| 2/27/2023 | Steele, David J. | Review | 0.3 | $ 211.40 |
| 2/27/2023 | Kroll, Howard A. | Revise motion for terminating sanctions. | 3.7 | $ 2,688.98 |
| 2/28/2023 | Kroll, Howard A. | Review exhibits to Kroll Declaration. | 1.8 | $ 1,308.15 |
| 2/28/2023 | Kroll, Howard A. | Revise motion for terminating sanctions. | 2.2 | $ 1,598.85 |
| 2/28/2023 | Guye, Helena M. | Finalize motion for terminating sanctions. | 2.3 | $ 664.70 |
| 2/28/2023 | Kroll, Howard A. | Revise declaration of Howard A. Kroll. | 3.0 | $ 2,180.25 |
| 2/28/2023 | Roumiantseva, Dina | Finalize motion for terminating sanctions cites, declaration, and exhibits for filing | 7.7 | $ 3,599.75 |
| 3/1/2023 | Kroll, Howard A. | Revise Kroll Declaration in support of motion for terminating sanctions. | 3.6 | $ 2,616.30 |
| 3/1/2023 | Kroll, Howard A. | Revise motion for terminating sanctions. | 4.3 | $ 3,125.03 |
| 3/1/2023 | Roumiantseva, Dina | Finalize motion for terminating sanctions against 35.CN with supporting materials for filing | 4.4 | $ 2,057.00 |
| 3/1/2023 | Guye, Helena M. | Revise motion for terminating sanctions. | 7.9 | $ 2,283.10 |
| 3/2/2023 | Steele, David J. | Review | 0.2 | $ 140.93 |
| 3/2/2023 | Steele, David J. | Attention to filing issues with Motion for Terminating Sanctions re 35.CN. | 0.7 | $ 493.26 |
| 3/2/2023 | Lauridsen, Steven E. | Assist in preparation of motion to seal. | 1.2 | $ 730.32 |
| 3/2/2023 | Kroll, Howard A. | Revise motion and related documents to file under seal. | 2.6 | $ 1,889.55 |
| 3/2/2023 | Kroll, Howard A. | Finalize Kroll Declaration in support of motion for terminating sanctions. | 3.3 | $ 2,398.28 |
| 3/2/2023 | Kroll, Howard A. | Finalize motion for terminating sanctions. | 3.8 | $ 2,761.65 |
| 3/2/2023 | Lauridsen, Steven E. | Assist in finalizing motion for terminating sanctions for filing. | 4.6 | $ 2,799.56 |
| 3/2/2023 | Guye, Helena M. | Finalize motion for terminating sanctions. | 8.9 | $ 2,572.10 |
| 3/2/2023 | Roumiantseva, Dina | Finalize redactions, file motion for terminating sanctions under seal with supporting documents | 9.4 | $ 4,394.50 |
| 3/3/2023 | Lauridsen, Steven E. | Communicate with Court Clerk regarding sealing of documents. | 0.4 | $ 243.44 |
| 3/3/2023 | Lauridsen, Steven E. | Preparation of supplemental administrative motion to seal. | 2.2 | $ 1,338.92 |
| 3/3/2023 | Roumiantseva, Dina | Prepare supplemental motion to seal, service packet | 2.2 | $ 1,028.50 |
| 3/3/2023 | Guye, Helena M. | Prepare supplemental motion to seal.` | 2.3 | $ 664.70 |
| 3/6/2023 | Guye, Helena M. | Report | 0.8 | $ 231.20 |
| | | **Totals** | 752.2 | $ 447,564.78 |