# EXHIBIT 16

Meta v. OnlineNIC (TE No. 015949-007)
Analyzing/responding to Defendants' filings in response to the Motion for Default/Summary Judgment

| Worked Date | Time Keeper | Time Narrative | Sum of Bill Hours | Sum of Bill Amount |
|---|---|---|---|---|
| 3/3/2023 | Steele, David J. | Correspondence with K. Kronenberger regarding his proposed briefing schedule for Motion for Terminating Sanctions. | 0.2 | $ 140.93 |
| 3/6/2023 | Kroll, Howard A. | Various correspondence with K. Kronenberger re briefing schedule on Plaintiffs' motion for terminating sanctions. | 1.0 | $ 726.75 |
| 3/7/2023 | Steele, David J. | Correspondence with K. Kronenberger regarding briefing schedule for Motion to Strike 35.cn's answer. | 0.2 | $ 140.93 |
| 3/7/2023 | Kroll, Howard A. | Negotiate briefing schedule for motion for terminating sanctions. | 0.6 | $ 436.05 |
| 3/8/2023 | Kroll, Howard A. | Correspondence with opposing counsel re briefing schedule for motion to strike. | 0.3 | $ 218.03 |
| 3/9/2023 | Lauridsen, Steven E. | Report ███ | 0.1 | $ 60.86 |
| 3/9/2023 | Lauridsen, Steven E. | Analyze 35.CN's declaration in support of motion to seal in connection with Meta's motion for terminating sanctions. | 0.2 | $ 121.72 |
| 3/9/2023 | Steele, David J. | Review Decl. supporting sealing of 35.cn documents filed by 35.cn | 0.2 | $ 140.93 |
| 3/9/2023 | Kroll, Howard A. | Conference with ███ re ███ | 0.4 | $ 290.70 |
| 3/9/2023 | Kroll, Howard A. | Conference with K. Kronenberger re briefing schedule for motion to strike. | 0.8 | $ 581.40 |
| 3/9/2023 | Kroll, Howard A. | Compare ███ | 2.2 | $ 1,598.85 |
| 3/10/2023 | Lauridsen, Steven E. | Report ███ | 0.2 | $ 121.72 |
| 3/10/2023 | Steele, David J. | Correspondence with ███ regarding ███ | 0.3 | $ 211.40 |
| 3/10/2023 | Steele, David J. | Review OnlineNIC's attorney Declarations supporting sealing of documents. | 0.3 | $ 211.40 |
| 3/10/2023 | Steele, David J. | Review Decl. of P. Narancic in support of sealing OnlineNIC's materials. | 0.3 | $ 211.40 |
| 3/10/2023 | Steele, David J. | Revise draft Stipulation re briefing schedule on Motion to Strike. | 0.3 | $ 211.40 |
| 3/10/2023 | Lauridsen, Steven E. | Analyze OnlineNIC Defendants' filings to maintain documents under seal. | 0.3 | $ 182.58 |
| 3/10/2023 | Kroll, Howard A. | Further correspondence re stipulated briefing schedule for motion to strike. | 0.4 | $ 290.70 |
| 3/10/2023 | Kroll, Howard A. | Review Defendants' declarations in support of motion to seal. | 2.8 | $ 2,034.90 |
| 3/11/2023 | Lauridsen, Steven E. | Prepare response to 35.CN's sealing declaration. | 1.2 | $ 730.32 |
| 3/12/2023 | Steele, David J. | Revise Response to 35.cn's Declaration to Seal. | 0.2 | $ 140.93 |
| 3/12/2023 | Sindelar, Jeffrey C. | Draft revisions to proposed response to 35.CN's declaration asserting Chinese law as a basis for sealing documents. | 0.9 | $ 338.90 |
| 3/12/2023 | Lauridsen, Steven E. | Continue to prepare response to 35.CN's sealing declaration. | 1.3 | $ 791.18 |
| 3/13/2023 | Lauridsen, Steven E. | Report ███ | 0.1 | $ 60.86 |
| 3/13/2023 | Lauridsen, Steven E. | Review stipulation filed by 35.CN to modify briefing schedule on motion for terminating sanctions. | 0.1 | $ 60.86 |
| 3/13/2023 | Lauridsen, Steven E. | Report ███ | 0.1 | $ 60.86 |
| 3/13/2023 | Sindelar, Jeffrey C. | Review draft of joint stipulation regarding briefing on motion to strike 35.CN's answer. | 0.1 | $ 37.66 |
| 3/13/2023 | Steele, David J. | Review draft stipulation regarding briefing schedule for Motion to Strike 35.cn's answer. | 0.2 | $ 140.93 |
| 3/13/2023 | Lauridsen, Steven E. | Communicate with ███ regarding ███ | 0.3 | $ 182.58 |
| 3/13/2023 | Lauridsen, Steven E. | Revise response to 35.CN's request to file under seal information based on Chinese law. | 0.6 | $ 365.16 |
| 3/13/2023 | Kroll, Howard A. | Revise stipulation to change briefing schedule for motion to strike. | 0.6 | $ 436.05 |
| 3/14/2023 | Lauridsen, Steven E. | Review order approving stipulated briefing schedule for motion for terminating sanctions. | 0.1 | $ 60.86 |
| 3/14/2023 | Lauridsen, Steven E. | Report ███ | 0.1 | $ 60.86 |
| 3/14/2023 | Steele, David J. | Review Order by Judge Illston granting Stipulation re Briefing Schedule. | 0.3 | $ 211.40 |
| 3/28/2023 | Guye, Helena M. | Research ███ | 0.4 | $ 115.60 |
| 4/4/2023 | Guye, Helena M. | Research ███ | 0.9 | $ 260.10 |
| 4/4/2023 | Kroll, Howard A. | Further legal research ███ | 1.6 | $ 1,162.80 |
| 4/12/2023 | Lauridsen, Steven E. | Report ███ | 0.2 | $ 121.72 |
| 4/12/2023 | Steele, David J. | Attention to issues with matter filed under seal by 35.cn. | 0.4 | $ 281.86 |
| 4/12/2023 | Steele, David J. | Review 35.cn's Opposition to Motion to Strike Answer and supporting declarations and exhibits. | 1.2 | $ 845.58 |
| 4/12/2023 | Guye, Helena M. | Analyze 35.CN's Opposition to Motion to Strike. | 2.6 | $ 751.40 |
| 4/12/2023 | Lauridsen, Steven E. | Analyze 35.CN's opposition to motion for terminating sanctions. | 3.2 | $ 1,947.52 |
| 4/12/2023 | Kroll, Howard A. | Review opposition to motion to strike 35.CN's answer. | 4.2 | $ 3,052.35 |
| 4/13/2023 | Lauridsen, Steven E. | Report ███ | 0.2 | $ 121.72 |
| 4/13/2023 | Lauridsen, Steven E. | Communicate repeatedly with opposing counsel regarding 35.CN's obligation to serve corrected version of documents filed under seal. | 0.3 | $ 182.58 |
| 4/13/2023 | Steele, David J. | Review 35.cn's confidential and redacted versions of K. Kronenberger Declaration. | 0.4 | $ 281.86 |
| 4/13/2023 | Steele, David J. | Multiple correspondence with 35.cn's counsel regarding problems with K. Kronenberger Declaration filed under seal. | 0.5 | $ 352.33 |
| 4/13/2023 | Guye, Helena M. | ███ | 0.7 | $ 202.30 |
| 4/13/2023 | Steele, David J. | Conference with Meta litigation team regarding ███ | 0.8 | $ 563.72 |
| 4/13/2023 | Guye, Helena M. | Prepare ███ | 0.9 | $ 260.10 |
| 4/13/2023 | Steele, David J. | Analysis of 35.cn's Opposition to Motion to Strike ███ | 1.4 | $ 986.51 |
| 4/13/2023 | Roumiantseva, Dina | Review opposition to motion for sanctions against 35.CN, ███ | 1.8 | $ 841.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 4/13/2023 | Guye, Helena M. | Analyze response to Motion for TS | 2.1 | $606.90 |
| 4/13/2023 | Guye, Helena M. | Prepare | 2.3 | $664.70 |
| 4/13/2023 | Sindelar, Jeffrey C. | Analyze | 2.6 | $979.03 |
| 4/13/2023 | Sindelar, Jeffrey C. | Review 35.CN's opposition to Motion for terminating sanctions. | 3.2 | $1,204.96 |
| 4/13/2023 | Lauridsen, Steven E. | Continue to analyze opposition to motion for terminating sanctions. | 3.4 | $2,069.24 |
| 4/13/2023 | Kroll, Howard A. | Analyze opposition to motion to strike 35.CN's answer, with supporting declarations. | 12.7 | $9,229.73 |
| 4/14/2023 | Lauridsen, Steven E. | Communicate with opposing counsel regarding identification of underlying documents for Plaintiffs' allegedly confidential material in 35.CN's opposition to motion to strike answer. | 0.2 | $121.72 |
| 4/14/2023 | Steele, David J. | Attention to 35.cn's designating certain statement it made as confidential based on document produced by Meta. | 0.3 | $211.40 |
| 4/14/2023 | Steele, David J. | Correspondence with K. Kronenberger regarding 35.cn's confidentiality designations. | 0.3 | $211.40 |
| 4/14/2023 | Lauridsen, Steven E. | Revisions to | 0.4 | $243.44 |
| 4/14/2023 | Lauridsen, Steven E. | Assist in preparation of reply brief in support of motion to strike answer. | 0.7 | $426.02 |
| 4/14/2023 | Lauridsen, Steven E. | Analysis of Plaintiffs' allegedly confidential information in 35.CN's opposition to motion to strike answer | 1.1 | $669.46 |
| 4/14/2023 | Guye, Helena M. | Analyze 35.CN's Opposition to Motion to Strike. | 1.6 | $462.40 |
| 4/14/2023 | Kroll, Howard A. | Revise | 2.4 | $1,744.20 |
| 4/14/2023 | Kroll, Howard A. | Analyze | 2.8 | $2,034.90 |
| 4/14/2023 | Kroll, Howard A. | Analyze evidence supporting 35.CN's opposition to motion to strike 35.CN's answer. | 3.3 | $2,398.28 |
| 4/14/2023 | Guye, Helena M. | Prepare | 3.6 | $1,040.40 |
| 4/15/2023 | Steele, David J. | Review | 0.4 | $281.86 |
| 4/15/2023 | Kroll, Howard A. | Draft reply in support of motion to strike. | 4.7 | $3,415.73 |
| 4/16/2023 | Kroll, Howard A. | Draft reply in support of motion to strike. | 7.3 | $5,305.28 |
| 4/17/2023 | Guye, Helena M. | Prepare ema | 0.2 | $57.80 |
| 4/17/2023 | Steele, David J. | Revise rec | 0.4 | $281.86 |
| 4/17/2023 | Kroll, Howard A. | Review 35.CN's confidential designations relating to Meta's documents or other information. | 1.3 | $944.78 |
| 4/17/2023 | Kroll, Howard A. | Draft | 1.4 | $1,017.45 |
| 4/17/2023 | Kroll, Howard A. | Draft reply in support of motion to strike. | 4.8 | $3,488.40 |
| 4/17/2023 | Guye, Helena M. | Research case | 6.2 | $1,791.80 |
| 4/18/2023 | Kroll, Howard A. | Conference with Tucker Ellis team re | 0.5 | $363.38 |
| 4/18/2023 | Steele, David J. | Revise Plaintiffs Statement re Motion to Seal. | 0.5 | $352.33 |
| 4/18/2023 | Lauridsen, Steven E. | Revise statement regarding 35.CN's motion to seal. | 1.8 | $1,095.48 |
| 4/18/2023 | Sindelar, Jeffrey C. | Research | 2.7 | $1,016.69 |
| 4/18/2023 | Guye, Helena M. | Research | 2.9 | $838.10 |
| 4/18/2023 | Sindelar, Jeffrey C. | Research | 3.1 | $1,167.31 |
| 4/18/2023 | Sindelar, Jeffrey C. | Research | 3.2 | $1,204.96 |
| 4/18/2023 | Guye, Helena M. | Prepare Response to 35.CN's Motion to Seal.` | 3.8 | $1,098.20 |
| 4/18/2023 | Roumiantseva, Dina | Prepare sections for reply brief in support of motion for terminating sanctions against 35.CN | 5.9 | $2,758.25 |
| 4/18/2023 | Kroll, Howard A. | Draft reply in support of motion to strike. | 6.7 | $4,869.23 |
| 4/19/2023 | Steele, David J. | Prepare | 0.3 | $211.40 |
| 4/19/2023 | Guye, Helena M. | Prepare Response to 35.CN's Motion to Seal.` | 0.3 | $86.70 |
| 4/19/2023 | Lauridsen, Steven E. | Finalize for filing statement regarding 35.CN's request to seal Plaintiffs' confidential information purportedly contained in 35.CN's opposition to motion for terminating sanctions. | 0.4 | $243.44 |
| 4/19/2023 | Sindelar, Jeffrey C. | Analyze | 0.5 | $188.28 |
| 4/19/2023 | Sindelar, Jeffrey C. | Research | 1.2 | $451.86 |
| 4/19/2023 | Kroll, Howard A. |  | 1.4 | $1,017.45 |
| 4/19/2023 | Sindelar, Jeffrey C. | Research | 1.8 | $677.79 |
| 4/19/2023 | Sindelar, Jeffrey C. | Research | 2.2 | $828.41 |
| 4/19/2023 | Sindelar, Jeffrey C. | Draft argument portion of Reply in Support of Motion for Terminating Sanctions address 35.CN's argument that Plaintiffs' Motion is an improper motion for summary judgment. | 2.7 | $1,016.69 |
| 4/19/2023 | Kroll, Howard A. | Draft outline of reply in support of motion to strike. | 3.2 | $2,325.60 |
| 4/19/2023 | Guye, Helena M. | Research | 3.2 | $924.80 |
| 4/19/2023 | Kroll, Howard A. | Draft reply in support of motion to strike. | 6.3 | $4,578.53 |
| 4/20/2023 | Guye, Helena M. | Research | 1.4 | $404.60 |
| 4/20/2023 | Sindelar, Jeffrey C. | Revise draft of arguments regarding 35.CN's contention that Plaintiffs' Motion for Terminating Sanctions is improper motion for summary judgment. | 2.3 | $866.07 |
| 4/20/2023 | Sindelar, Jeffrey C. | Research ca | 3.7 | $1,393.24 |
| 4/20/2023 | Kroll, Howard A. | Revise reply in support of motion to strike. | 5.9 | $4,287.83 |
| 4/21/2023 | Sindelar, Jeffrey C. | Analyze issues regarding Reply in Support of Motion for Terminating Sanctions. | 0.2 | $75.31 |
| 4/21/2023 | Steele, David J. | Review | 0.2 | $140.93 |
| 4/21/2023 | Guye, Helena M. | Research | 0.7 | $202.30 |
| 4/21/2023 | Kroll, Howard A. | Revise reply in support of motion to strike. | 5.2 | $3,779.10 |
| 4/22/2023 | Kroll, Howard A. | Revise reply in support of motion to strike. | 6.0 | $4,360.50 |
| 4/23/2023 | Guye, Helena M. | Research | 3.2 | $924.80 |
| 4/24/2023 | Lauridsen, Steven E. | Further assist in preparation of reply in support of motion to strike 35.CN's answer. | 0.3 | $182.58 |
| 4/24/2023 | Steele, David J. | Revise draft Reply ISO of Plaintiffs' Motion to Strike. | 0.8 | $563.72 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 4/24/2023 | Guye, Helena M. | Proof Reply ISO Motion to Strike. | 1.4 | $404.60 |
| 4/24/2023 | Sindelar, Jeffrey C. | Revise draft of Reply in support of Motion for Terminating Sanctions against 35CN. | 5.6 | $2,108.68 |
| 4/24/2023 | Roumiantseva, Dina | Revise reply in support of motion for terminating sanctions against 35.CN, add sections | 6.2 | $2,898.50 |
| 4/24/2023 | Kroll, Howard A. | Revise reply in support of motion for terminating sanctions. | 7.2 | $5,232.60 |
| 4/26/2023 | Steele, David J. | Review | 0.4 | $281.86 |
| 4/26/2023 | Guye, Helena M. | Research | 0.6 | $173.40 |
| 4/26/2023 | Kroll, Howard A. | Revise reply in support of motion to strike. | 4.9 | $3,561.08 |
| 4/27/2023 | Guye, Helena M. | Prepare | 0.7 | $202.30 |
| 4/27/2023 | Guye, Helena M. | Research | 1.6 | $462.40 |
| 4/27/2023 | Kroll, Howard A. | Revise reply in support of motion to strike. | 8.3 | $6,032.03 |
| 4/28/2023 | Guye, Helena M. | Research | 10.6 | $3,063.40 |
| 4/28/2023 | Kroll, Howard A. | Revise reply in support of motion to strike. | 11.6 | $8,430.30 |
| 4/29/2023 | Guye, Helena M. | Review draft Reply ISO Motion to Strike. | 0.4 | $115.60 |
| 4/29/2023 | Kroll, Howard A. | Revise reply in support of motion to strike. | 9.7 | $7,049.48 |
| 5/1/2023 | Kroll, Howard A. | Correspondence with [redacted] re [redacted] | 0.4 | $290.70 |
| 5/1/2023 | Steele, David J. | Correspondence with [redacted] regarding [redacted] | 0.4 | $281.86 |
| 5/2/2023 | Steele, David J. | Review | 0.5 | $352.33 |
| 5/2/2023 | Kroll, Howard A. | Review reply in support of motion to strike. | 4.7 | $3,415.73 |
| 5/3/2023 | Kroll, Howard A. | Prepare for conference with Meta litigation team regarding [redacted] | 0.5 | $363.38 |
| 5/3/2023 | Guye, Helena M. | Prepare for conference with Meta litigation team regarding [redacted] | 0.6 | $173.40 |
| 5/3/2023 | Steele, David J. | Prepare for conference with Meta litigation team regarding [redacted] | 0.7 | $493.26 |
| 5/3/2023 | Kroll, Howard A. | Revise reply in support of motion to strike. | 8.4 | $6,104.70 |
| 5/4/2023 | Lauridsen, Steven E. | Preparation of reply in support of motion to strike 35.CN's answer. | 0.4 | $243.44 |
| 5/4/2023 | Steele, David J. | Revise Reply ISO Motion to Strike. | 0.5 | $352.33 |
| 5/4/2023 | Steele, David J. | Conference with Meta litigation team regarding [redacted] | 0.7 | $493.26 |
| 5/4/2023 | Kroll, Howard A. | Draft administrative motion to strike. | 1.2 | $872.10 |
| 5/4/2023 | Kroll, Howard A. | Revise reply in support of motion to strike. | 6.6 | $4,796.55 |
| 5/5/2023 | Steele, David J. | Correspondence with L. Kroning regarding translation of Chinese documents. | 0.2 | $140.93 |
| 5/5/2023 | Lauridsen, Steven E. | Communicate further with translator concerning Chinese-language documents from 35.CN's recent production. | 0.4 | $243.44 |
| 5/8/2023 | Steele, David J. | Telephone conference with [redacted] regarding [redacted] | 0.2 | $140.93 |
| 5/8/2023 | Guye, Helena M. | Finalize exhibits to Reply ISO Motion to Strike. | 0.8 | $231.20 |
| 5/9/2023 | Guye, Helena M. | Finalize Reply ISO Motion to Strike. | 0.4 | $115.60 |
| 5/9/2023 | Sindelar, Jeffrey C. | Analyze latest draft of reply in support of sanctions against 35.CN. | 1.1 | $414.21 |
| 5/9/2023 | Kroll, Howard A. | Revise reply in support of motion to strike. | 6.9 | $5,014.58 |
| 5/10/2023 | Lauridsen, Steven E. | Correspondence with Meta litigation team regarding [redacted] | 0.2 | $121.72 |
| 5/10/2023 | Steele, David J. | Review Declaration of Kroll ISO of Motion to Strike Answer. | 0.2 | $140.93 |
| 5/10/2023 | Steele, David J. | Revise Reply ISO of Motion to Strike Answer. | 0.3 | $211.40 |
| 5/10/2023 | Guye, Helena M. | Prepare Reply ISO Motion to Strike. | 1.2 | $346.80 |
| 5/10/2023 | Kroll, Howard A. | Revise reply in support of motion to strike. | 11.8 | $8,575.65 |
| 5/11/2023 | Steele, David J. | Correspondence with [redacted] regarding [redacted] | 0.2 | $140.93 |
| 5/11/2023 | Kroll, Howard A. | Conference with Meta litigation team regarding [redacted] | 0.4 | $290.70 |
| 5/11/2023 | Steele, David J. | Revise Reply ISO of Motion to Strike. | 0.5 | $352.33 |
| 5/11/2023 | Steele, David J. | Conference with Meta litigation team regarding [redacted] | 0.5 | $352.33 |
| 5/11/2023 | Lauridsen, Steven E. | Preparation of motion to seal. | 0.7 | $426.02 |
| 5/11/2023 | Lauridsen, Steven E. | Prepare Reply in support of motion to strike answer. | 3.3 | $2,008.38 |
| 5/11/2023 | Guye, Helena M. | Prepare Reply ISO Motion to Strike. | 5.8 | $1,676.20 |
| 5/11/2023 | Kroll, Howard A. | Finalize Reply in support of Motion to strike. | 11.2 | $8,139.60 |
| 5/17/2023 | Lauridsen, Steven E. | Correspondence with Meta litigation team regarding [redacted] | 0.2 | $121.72 |
| 5/18/2023 | Lauridsen, Steven E. | Analysis [redacted] | 0.2 | $121.72 |
| 5/18/2023 | Sindelar, Jeffrey C. | Analyze [redacted] | 0.3 | $112.97 |
| 5/18/2023 | Sindelar, Jeffrey C. | Report [redacted] | 0.3 | $112.97 |
| 5/18/2023 | Steele, David J. | Analysis of 35.cn's Objections to Reply and Decl. of K. Kronenberger. | 0.8 | $563.72 |
| 5/18/2023 | Sindelar, Jeffrey C. | Analyze 35.CN's objections to Meta's reply evidence contained in Reply in Support of Motion to Strike. | 1.2 | $451.86 |
| 5/18/2023 | Guye, Helena M. | Analysis of 35.CN's Objections to Reply Evidence. | 1.9 | $549.10 |
| 5/23/2023 | Lauridsen, Steven E. | Correspondence with [redacted] regarding [redacted] | 0.2 | $121.72 |
| 5/23/2023 | Lauridsen, Steven E. | Analyze 35.CN's declaration in support of motion to seal. | 0.3 | $182.58 |
| 5/23/2023 | Lauridsen, Steven E. | Analyze 35.CN's objections to reply in support of motion to strike. | 0.6 | $365.16 |
| 6/21/2023 | Roumiantseva, Dina | Develop [redacted] | 2.0 | $935.00 |
| 6/22/2023 | Lauridsen, Steven E. | Develop [redacted] | 0.7 | $426.02 |
| 6/22/2023 | Steele, David J. | Analysis of [redacted] | 1.3 | $916.05 |
| 6/23/2023 | Steele, David J. | Review 35.Cn's Sur-Reply filing. | 1.6 | $1,127.44 |
| 6/23/2023 | Guye, Helena M. | Review 35.cn's Sur-Reply in response to converted motion for summary judgment. | 2.4 | $693.60 |
| 6/23/2023 | Lauridsen, Steven E. | Analyze sur-reply filed by 35.cn. | 3.4 | $2,069.24 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/23/2023 | Kroll, Howard A. | Analyze 35.CN's Sur-Reply. | 4.2 | $ 3,052.35 |
| 6/24/2023 | Steele, David J. | Telephone conference with ▮ regarding ▮ | 0.4 | $ 281.86 |
| 6/24/2023 | Guye, Helena M. | Review Defendants' production identifying OnlineNIC employees. | 0.4 | $ 115.60 |
| 6/25/2023 | Steele, David J. | Prepare outline of Objections to 35.cn's Sur Reply. | 0.8 | $ 563.72 |
| 6/25/2023 | Guye, Helena M. | Review Defendants' production identifying OnlineNIC employees. | 1.1 | $ 317.90 |
| 6/25/2023 | Lauridsen, Steven E. | Preparation of arguments for objections to sur-reply in opposition to motion for summary judgment. | 1.2 | $ 730.32 |
| 6/25/2023 | Lauridsen, Steven E. | Continue to analyze sur-reply in opposition to motion for summary judgment. | 1.4 | $ 852.04 |
| 6/25/2023 | Guye, Helena M. | Review 35.cn's Sur-Reply in response to converted motion for summary judgment. | 1.4 | $ 404.60 |
| 6/25/2023 | Roumiantseva, Dina | Formulate arguments in response to 35.CN sur-reply | 2.1 | $ 981.75 |
| 6/25/2023 | Sindelar, Jeffrey C. | Analyze 35.CN's sur-reply in opposition to motion for terminating sanctions ▮ | 3.4 | $ 1,280.27 |
| 6/25/2023 | Kroll, Howard A. | Analyze whether to file Objection to Sur-Reply Evidence. | 5.2 | $ 3,779.10 |
| 6/26/2023 | Steele, David J. | Correspondence with K. Kronenberger regarding bates number for Exhibit A to Decl. of Y. Hongxia | 0.2 | $ 140.93 |
| 6/26/2023 | Steele, David J. | Correspondence with K. Kronenberger regarding Wang's W-2 and production BATES number. | 0.4 | $ 281.86 |
| 6/26/2023 | Steele, David J. | Conference with Meta litigation team regarding ▮ | 0.8 | $ 563.72 |
| 6/26/2023 | Steele, David J. | Revise draft Objections to Sur Reply. | 0.8 | $ 563.72 |
| 6/26/2023 | Kroll, Howard A. | Conference with Meta litigation team re ▮ | 1.0 | $ 726.75 |
| 6/26/2023 | Kroll, Howard A. | Analyze ▮ | 1.4 | $ 1,017.45 |
| 6/26/2023 | Kroll, Howard A. | Draft outline of Objection to Sur-Reply Evidence. | 2.6 | $ 1,889.55 |
| 6/27/2023 | Steele, David J. | Correspondence with K. Kronenberger regarding Wang's W-2 and production BATES number. | 0.3 | $ 211.40 |
| 6/27/2023 | Steele, David J. | Correspondence with ▮ regarding ▮ | 0.3 | $ 211.40 |
| 6/27/2023 | Steele, David J. | Conference with Meta litigation team regarding ▮ | 0.8 | $ 563.72 |
| 6/27/2023 | Roumiantseva, Dina | Draft objections to sur-reply evidence. | 1.8 | $ 841.50 |
| 6/27/2023 | Guye, Helena M. | Review Defendants' production identifying OnlineNIC employees. | 3.6 | $ 1,040.40 |
| 6/27/2023 | Kroll, Howard A. | Draft Objection to Sur-Reply Evidence. | 5.6 | $ 4,069.80 |
| 6/28/2023 | Sindelar, Jeffrey C. | Analyze ▮ | 0.5 | $ 188.28 |
| 6/28/2023 | Guye, Helena M. | Review Defendants' production identifying OnlineNIC employees. | 1.2 | $ 346.80 |
| 6/28/2023 | Guye, Helena M. | Revise Plaintiffs' Objection to Sur-Reply Evidence. | 1.3 | $ 375.70 |
| 6/28/2023 | Kroll, Howard A. | Revise Objection to Sur-Reply Evidence. | 9.4 | $ 6,831.45 |
| 6/29/2023 | Steele, David J. | Review ▮ | 0.4 | $ 281.86 |
| 6/29/2023 | Guye, Helena M. | Review Defendants' production identifying OnlineNIC employees. | 0.4 | $ 115.60 |
| 6/29/2023 | Steele, David J. | Conference with ▮ regarding ▮ | 1.2 | $ 845.58 |
| 6/29/2023 | Roumiantseva, Dina | Update argument outline in light of sur-reply and objections | 1.8 | $ 841.50 |
| 6/29/2023 | Kroll, Howard A. | Revise Objection to Sur-Reply Evidence. | 6.6 | $ 4,796.55 |
| 6/30/2023 | Steele, David J. | Revise Motion to Seal confidential information filed in Objection. | 0.5 | $ 352.33 |
| 6/30/2023 | Steele, David J. | Revise Objections to 35.cn's Sur Reply. | 1.3 | $ 916.05 |
| 6/30/2023 | Lauridsen, Steven E. | Revise motion to seal sur-reply evidence. | 2.4 | $ 1,460.64 |
| 6/30/2023 | Lauridsen, Steven E. | Analyze confidential material in objection to sur-reply to determine de-designations for motion to seal. | 2.9 | $ 1,764.94 |
| 6/30/2023 | Kroll, Howard A. | Prepare Objection to Sur-Reply Evidence. | 6.9 | $ 5,014.58 |
| 6/30/2023 | Guye, Helena M. | Prepare Plaintiffs' Objection to Sur-Reply Evidence for filing. | 9.1 | $ 2,629.90 |
| | | **Totals** | **438.8** | **$ 256,790.10** |