# EXHIBIT 17

**Meta v. OnlineNIC (TE No. 015949-007)**
**Hearing related to the Motion for Default/Summary Judgment against 35.CN**

| Worked Date | Time Keeper | Time Narrative | Sum of Bill Hours | Sum of Bill Amount |
|---|---|---|---|---|
| 5/16/2023 | Guye, Helena M. | Prepare for hearing on motion to strike. | 0.3 | $ 86.70 |
| 5/17/2023 | Guye, Helena M. | Prepare for hearing on motion to strike. | 0.4 | $ 115.60 |
| 5/31/2023 | Kroll, Howard A. | Prepare for oral argument on motion to strike 35.CN's answer. | 2.4 | $ 1,744.20 |
| 6/1/2023 | Steele, David J. | Conference with Meta Litigation team regarding ■ | 0.6 | $ 422.79 |
| 6/2/2023 | Lauridsen, Steven E. | Preparation of ■ | 0.8 | $ 486.88 |
| 6/2/2023 | Sindelar, Jeffrey C. | Analyze ■ | 3.4 | $ 1,280.27 |
| 6/2/2023 | Roumiantseva, Dina | Research ■ | 4.8 | $ 2,244.00 |
| 6/2/2023 | Guye, Helena M. | Prepare non-confidential and confidential briefing materials for review. | 6.8 | $ 1,965.20 |
| 6/5/2023 | Lauridsen, Steven E. | Communicate with Judge Illston's CRD regarding upcoming hearing on motion to strike. | 0.2 | $ 121.72 |
| 6/5/2023 | Guye, Helena M. | Prepare AEO briefing materials for review. | 1.4 | $ 404.60 |
| 6/5/2023 | Kroll, Howard A. | Prepare outline for oral argument on Meta's motion to strike. | 4.4 | $ 3,197.70 |
| 6/5/2023 | Roumiantseva, Dina | Prepare outline for hearing on motion for terminating sanctions against 35.CN | 4.8 | $ 2,244.00 |
| 6/6/2023 | Roumiantseva, Dina | Develop outline for hearing on motion for terminating sanctions against 35.CN | 4.4 | $ 2,057.00 |
| 6/6/2023 | Kroll, Howard A. | Prepare outline for oral argument on Meta's motion to strike. | 5.7 | $ 4,142.48 |
| 6/7/2023 | Kroll, Howard A. | Review ■ | 2.3 | $ 1,671.53 |
| 6/8/2023 | Steele, David J. | Conference with Meta litigation team regarding ■ | 0.9 | $ 634.19 |
| 6/14/2023 | Steele, David J. | Research ■ | 0.5 | $ 352.33 |
| 6/15/2023 | Kroll, Howard A. | Conference with Meta litigation team re ■ | 0.5 | $ 363.38 |
| 6/15/2023 | Lauridsen, Steven E. | Research ■ | 0.6 | $ 365.16 |
| 6/16/2023 | Lauridsen, Steven E. | Communicate with opposing counsel regarding intent to use protected material at hearing. | 0.2 | $ 121.72 |
| 6/16/2023 | Lauridsen, Steven E. | Communicate with opposing counsel regarding intent to stipulate to in-person hearing on motion for summary judgment. | 0.2 | $ 121.72 |
| 6/16/2023 | Steele, David J. | Revise correspondence to P. Narancic and E. Enson regarding use of Protected Material at upcoming hearing. | 0.3 | $ 211.40 |
| 6/16/2023 | Steele, David J. | Revise correspondence to K. Kronenberger regarding stipulation to move hearing to in person. | 0.3 | $ 211.40 |
| 6/16/2023 | Kroll, Howard A. | Draft notice to opposing counsel that "Protected Materials" will be included in the hearing on Meta's motion for summary judgment. | 0.8 | $ 581.40 |
| 6/21/2023 | Steele, David J. | Correspondence with K. Kronenberger regarding filing stipulation to move hearing to in person. | 0.2 | $ 140.93 |
| 6/21/2023 | Guye, Helena M. | Prepare for hearing on converted motion for summary judgment. | 1.2 | $ 346.80 |
| 6/21/2023 | Kroll, Howard A. | Prepare for oral argument on motion to strike. | 2.2 | $ 1,598.85 |
| 6/22/2023 | Steele, David J. | Preparation for Stipulation for in person hearing. | 0.2 | $ 140.93 |
| 6/22/2023 | Lauridsen, Steven E. | Revise stipulation requesting in-person hearing for motion for summary judgment. | 0.6 | $ 365.16 |
| 6/22/2023 | Roumiantseva, Dina | Prepare stipulation requesting in-person hearing in accordance with local rules | 1.3 | $ 607.75 |
| 6/22/2023 | Steele, David J. | Conference with meta litigation team regarding ■ | 1.6 | $ 1,127.44 |
| 6/23/2023 | Lauridsen, Steven E. | Communicate with opposing counsel regarding stipulation for in-person hearing on motion for summary judgment as to alter ego liability. | 0.2 | $ 121.72 |
| 6/25/2023 | Lauridsen, Steven E. | Communicate with ■ regarding ■ | 0.2 | $ 121.72 |
| 6/25/2023 | Steele, David J. | Correspondence with ■ regarding ■ | 0.2 | $ 140.93 |
| 6/26/2023 | Lauridsen, Steven E. | Communicate with K. Kronenberger regarding stipulation for in-person hearing on Plaintiffs' converted motion for summary judgment. | 0.2 | $ 121.72 |
| 6/26/2023 | Lauridsen, Steven E. | Communicate further with ■ regarding ■ | 0.2 | $ 121.72 |
| 6/26/2023 | Roumiantseva, Dina | Research ■ | 3.8 | $ 1,776.50 |
| 6/27/2023 | Lauridsen, Steven E. | Review order converting Zoom hearing for motion for summary judgment into in-person hearing and advancing date. | 0.2 | $ 121.72 |
| 6/27/2023 | Lauridsen, Steven E. | Report order converting Zoom hearing for motion for summary judgment into in-person hearing and advancing date. | 0.2 | $ 121.72 |
| 6/27/2023 | Steele, David J. | Correspondence with K. Kronenberger regarding Stipulation re in person hearing. | 0.2 | $ 140.93 |
| 6/28/2023 | Lauridsen, Steven E. | Communicate with CRD regarding registering for hearing on motion for summary judgment. | 0.2 | $ 121.72 |
| 6/28/2023 | Steele, David J. | Correspondence with ■ regarding ■ | 0.2 | $ 140.93 |
| 6/28/2023 | Steele, David J. | Correspondence with K. Kronenberger regarding in person hearing. | 0.2 | $ 140.93 |
| 7/2/2023 | Guye, Helena M. | Prepare for hearing on motion for summary judgment. | 2.1 | $ 606.90 |
| 7/3/2023 | Steele, David J. | Telephone conference with ■ regarding ■ | 0.3 | $ 211.40 |
| 7/3/2023 | Guye, Helena M. | Prepare for hearing on motion for summary judgment. | 0.3 | $ 86.70 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/4/2023 | Guye, Helena M. | Prepare | 0.2 | $57.80 |
| 7/4/2023 | Steele, David J. | Prepare | 0.3 | $211.40 |
| 7/4/2023 | Kroll, Howard A. | Draft outline of oral argument for hearing on motion for summary judgment. | 5.3 | $3,851.78 |
| 7/5/2023 | Lauridsen, Steven E. | Communicate with Court room deputy regarding forthcoming hearing. | 0.2 | $121.72 |
| 7/5/2023 | Steele, David J. | Telephone conference with regarding | 0.3 | $211.40 |
| 7/5/2023 | Guye, Helena M. | Research | 0.8 | $231.20 |
| 7/5/2023 | Guye, Helena M. | Prepare | 1.4 | $404.60 |
| 7/5/2023 | Steele, David J. | Review Plaintiffs and Defendants briefs and declaration files | 3.4 | $2,395.81 |
| 7/5/2023 | Sindelar, Jeffrey C. | Analyze summary judgment briefing | 3.8 | $1,430.89 |
| 7/5/2023 | Roumiantseva, Dina |  | 3.9 | $1,823.25 |
| 7/5/2023 | Kroll, Howard A. | Draft outline for oral argument on motion for summary judgment. | 5.8 | $4,215.15 |
| 7/6/2023 | Lauridsen, Steven E. | Communicate further with CRD regarding forthcoming hearing. | 0.2 | $121.72 |
| 7/6/2023 | Lauridsen, Steven E. |  | 0.3 | $182.58 |
| 7/6/2023 | Steele, David J. | Prepare | 0.4 | $281.86 |
| 7/6/2023 | Lauridsen, Steven E. | Prepare | 0.6 | $365.16 |
| 7/6/2023 | Guye, Helena M. | Prepare | 1.2 | $346.80 |
| 7/6/2023 | Steele, David J. | Participate | 1.4 | $986.51 |
| 7/6/2023 | Kroll, Howard A. | Analyze | 1.8 | $1,308.15 |
| 7/6/2023 | Kroll, Howard A. | Participate in | 2.0 | $1,453.50 |
| 7/6/2023 | Roumiantseva, Dina |  | 2.0 | $935.00 |
| 7/6/2023 | Guye, Helena M. | Attend | 2.0 | $578.00 |
| 7/6/2023 | Lauridsen, Steven E. | Participate in | 2.2 | $1,338.92 |
| 7/6/2023 | Sindelar, Jeffrey C. | Participate in | 2.3 | $866.07 |
| 7/6/2023 | Sindelar, Jeffrey C. | Analyze summary judgment briefing | 3.2 | $1,204.96 |
| 7/6/2023 | Guye, Helena M. | Research | 4.6 | $1,329.40 |
| 7/6/2023 | Kroll, Howard A. | Prepare for oral argument on motion for summary judgment. | 6.4 | $4,651.20 |
| 7/7/2023 | Steele, David J. | Review Decl. of K. Kronenberger ISO of Motion to Seal information and cited material. | 0.6 | $422.79 |
| 7/7/2023 | Guye, Helena M. | Prepare for hearing on motion for summary judgment. | 1.7 | $491.30 |
| 7/7/2023 | Guye, Helena M. | Prepare | 4.6 | $1,329.40 |
| 7/7/2023 | Kroll, Howard A. | Prepare for oral argument on motion for summary judgment. | 6.6 | $4,796.55 |
| 7/8/2023 | Steele, David J. | Prepare | 1.4 | $986.51 |
| 7/8/2023 | Kroll, Howard A. | Analyze facts supporting alter ego | 2.4 | $1,744.20 |
| 7/8/2023 | Kroll, Howard A. | Revise | 3.3 | $2,398.28 |
| 7/8/2023 | Guye, Helena M. | Prepare | 6.2 | $1,791.80 |
| 7/9/2023 | Guye, Helena M. | Prepare | 0.2 | $57.80 |
| 7/9/2023 | Steele, David J. | Prepare for MSJ hearing. | 2.2 | $1,550.23 |
| 7/9/2023 | Kroll, Howard A. | Prepare for oral argument on motion for summary judgment. | 6.9 | $5,014.58 |
| 7/10/2023 | Steele, David J. | Correspondence with Court clerk regarding appearances of counsel at MSJ hearing. | 0.2 | $140.93 |
| 7/10/2023 | Roumiantseva, Dina | Meeting with Meta team | 1.2 | $561.00 |
| 7/10/2023 | Kroll, Howard A. | Conference with Meta litigation team regarding | 1.5 | $1,090.13 |
| 7/10/2023 | Guye, Helena M. | Prepare for hearing on motion for summary judgment. | 1.8 | $520.20 |
| 7/10/2023 | Guye, Helena M. | Prepare | 2.2 | $635.80 |
| 7/10/2023 | Steele, David J. |  | 2.5 | $1,761.63 |
| 7/10/2023 | Roumiantseva, Dina | Prepare for in-person hearing on motion for terminating sanctions against 35.CN | 3.8 | $1,776.50 |
| 7/10/2023 | Kroll, Howard A. | Preparation for oral argument on motion for summary judgment. | 4.3 | $3,125.03 |
| 7/11/2023 | Steele, David J. | Review Minute entry by Judge Illston regarding MSJ hearing. | 0.4 | $281.86 |
| 7/11/2023 | Guye, Helena M. |  | 1.0 | $289.00 |
| 7/11/2023 | Kroll, Howard A. | Attend hearing on motion for summary judgment. | 1.4 | $1,017.45 |
| 7/11/2023 | Kroll, Howard A. | Analyze | 1.4 | $1,017.45 |
| 7/11/2023 | Guye, Helena M. | Attend hearing on motion for summary judgment | 2.4 | $693.60 |
| 7/11/2023 | Steele, David J. |  | 2.5 | $1,761.63 |
| 7/11/2023 | Kroll, Howard A. | Prepare for oral argument on motion for summary judgment. | 2.9 | $2,107.58 |
| 7/11/2023 | Roumiantseva, Dina | In-person hearing on motion for terminating sanctions against 35.CN | 3.0 | $1,402.50 |
| 7/12/2023 | Guye, Helena M. | Report | 0.2 | $57.80 |
| 7/12/2023 | Steele, David J. | Correspondence with regarding | 0.4 | $281.86 |
| 7/12/2023 | Kroll, Howard A. | Analyze | 0.5 | $363.38 |
| 7/12/2023 | Steele, David J. | Preparation for meeting with Meta litigation team regarding | 1.2 | $845.58 |
| 7/13/2023 | Guye, Helena M. |  | 0.6 | $173.40 |
| 7/13/2023 | Steele, David J. | Meeting with Meta litigation team regarding | 1.0 | $704.65 |
| 7/13/2023 | Roumiantseva, Dina | Meeting with Meta team re | 1.0 | $467.50 |
| | | **Totals** | **192.5** | **$106,137.22** |