# EXHIBIT 18

**Meta v. OnlineNIC (TE No. 015949-007)**
**Analyzing Court Orders related to the Motion for Default/Summary Judgment**

| Worked Date | Time Keeper | Time Narrative | Sum of Bill Hours | Sum of Bill Amount |
|---|---|---|---|---|
| 6/6/2023 | Lauridsen, Steven E. | Report | 0.2 | $ 121.72 |
| 6/6/2023 | Lauridsen, Steven E. | Analyze order converting motion to strike into motion for summary judgment. | 0.8 | $ 486.88 |
| 6/6/2023 | Sindelar, Jeffrey C. | Analyze | 0.9 | $ 338.90 |
| 6/6/2023 | Guye, Helena M. | Review Court's order converting Plaintiffs' Motion to Strike to Motion for Summary Judgment. | 0.9 | $ 260.10 |
| 6/6/2023 | Steele, David J. | Study Order from court converting motion to MSJ and granting Defendant's motion for Sur Reply. | 1.3 | $ 916.05 |
| 6/6/2023 | Kroll, Howard A. | Analyze Court order from Court converting motion to strike into motion for summary judgment. | 1.4 | $ 1,017.45 |
| 6/7/2023 | Lauridsen, Steven E. | Communicate with          regarding | 0.3 | $ 182.58 |
| 6/7/2023 | Guye, Helena M. | Review Court's order converting Plaintiffs' Motion to Strike to Motion for Summary Judgment. | 0.4 | $ 115.60 |
| 6/7/2023 | Roumiantseva, Dina | Develop | 1.0 | $ 467.50 |
| 6/7/2023 | Lauridsen, Steven E. | Further analysis | 1.4 | $ 852.04 |
| 6/7/2023 | Kroll, Howard A. | Analyze orders from Judge Illston relating to Meta's motion to strike. | 2.2 | $ 1,598.85 |
| 6/8/2023 | Kroll, Howard A. | Conference with Meta litigation team re | 0.5 | $ 363.38 |
| 6/14/2023 | Roumiantseva, Dina | Develop | 0.5 | $ 233.75 |
| 6/14/2023 | Kroll, Howard A. | Analyze | 1.8 | $ 1,308.15 |
| 6/15/2023 | Lauridsen, Steven E. | Analyze | 0.3 | $ 182.58 |
| 6/21/2023 | Guye, Helena M. | Research | 0.2 | $ 57.80 |
| 7/12/2023 | Roumiantseva, Dina | Assist | 1.5 | $ 701.25 |
| 11/7/2023 | Steele, David J. | Telephone conference with          regarding | 0.4 | $ 281.86 |
| 11/7/2023 | Steele, David J. | Correspondence with Meta litigation team regarding | 0.4 | $ 281.86 |
| 11/7/2023 | Roumiantseva, Dina | Prepare for meeting with Meta team regarding | 0.5 | $ 233.75 |
| 11/7/2023 | Lauridsen, Steven E. | Report | 0.7 | $ 426.02 |
| 11/7/2023 | Sindelar, Jeffrey C. | Analyze Court Order granting summary judgment against 35.CN. | 1.2 | $ 451.86 |
| 11/7/2023 | Kroll, Howard A. | Analyze court order granting motion for summary judgment. | 1.6 | $ 1,162.80 |
| 11/7/2023 | Steele, David J. | Analysis of Court's Order granting Motion for Summary Judgment in Meta's favor. | 1.7 | $ 1,197.91 |
| 11/7/2023 | Guye, Helena M. | Analyze order granting summary judgment. | 4.2 | $ 1,213.80 |
| 11/7/2023 | Lauridsen, Steven E. | Analyze order granting motion for summary judgment on alter ego. | 4.9 | $ 2,982.14 |
| 11/8/2023 | Lauridsen, Steven E. | Review clerk's entry of default as to 35.CN. | 0.2 | $ 121.72 |
| 11/8/2023 | Lauridsen, Steven E. | Report | 0.2 | $ 121.72 |
| 11/8/2023 | Steele, David J. | Revise Clerks Entry of Default of Defendant 35.CN. | 0.4 | $ 281.86 |
| 11/8/2023 | Steele, David J. | Prepare for conference with Meta litigation team regarding | 0.8 | $ 563.72 |
| 11/8/2023 | Guye, Helena M. | Analyze order granting summary judgment. | 1.8 | $ 520.20 |
| 11/8/2023 | Lauridsen, Steven E. | Further analysis | 2.4 | $ 1,460.64 |
| 11/9/2023 | Kroll, Howard A. | Conference with Meta team re | 1.2 | $ 872.10 |
| 11/9/2023 | Steele, David J. | Conference with Meta litigation team regarding | 1.5 | $ 1,056.98 |
| 11/10/2023 | Steele, David J. | Conference with Meta litigation team regarding | 1.0 | $ 704.65 |
| 11/15/2023 | Roumiantseva, Dina | Prepare for meeting with Meta team regarding | 0.5 | $ 233.75 |
| 11/15/2023 | Steele, David J. | Prepare for conference with Meta litigation team | 0.7 | $ 493.26 |
| 11/16/2023 | Steele, David J. | Conference with Meta litigation team regarding | 0.8 | $ 563.72 |
| | | **Totals** | **42.7** | **$ 24,430.90** |