# EXHIBIT 19

Meta v. OnlineNIC (TE No. 015949-007)
Joint Status Statement regarding Section IV of the R&R ("Relief").

| Worked Date | Time Keeper | Time Narrative | Sum of Bill Hours | Sum of Bill Amount |
|---|---|---|---|---|
| 11/10/2023 | Steele, David J. | Correspondence with Opposing counsel regarding meeting and conferring per Court's Order. | 0.4 | $ 281.86 |
| 11/10/2023 | Kroll, Howard A. | Conference with opposing counsel re order granting motion for summary judgment. | 0.8 | $ 581.40 |
| 11/10/2023 | Kroll, Howard A. | Conference with Meta team re | 0.8 | $ 581.40 |
| 11/14/2023 | Lauridsen, Steven E. | Communicate with opposing counsel regarding Section IV from R&R as required by Court order. | 0.2 | $ 121.72 |
| 11/15/2023 | Lauridsen, Steven E. | Analyze | 0.7 | $ 426.02 |
| 11/21/2023 | Steele, David J. | Analyze Section IV of Report and recommendation regarding relief in preparation for meet and confer with opposing counsel. | 1.0 | $ 704.65 |
| 11/21/2023 | Kroll, Howard A. | Preparation for court-ordered conference with opposing counsel re judgment of default. | 1.0 | $ 726.75 |
| 11/21/2023 | Lauridsen, Steven E. | Prepare to meet and confer with opposing counsel concerning Section IV (Relief) from R&R for forthcoming case management statement. | 1.8 | $ 1,095.48 |
| 11/21/2023 | Lauridsen, Steven E. | Prepare analysis of potential issues for meet and confer with opposing counsel concerning Section IV (Relief) from R&R for forthcoming case management statement including with respect to how it relates to settlement. | 2.8 | $ 1,704.08 |
| 11/21/2023 | Kroll, Howard A. | Attend court-ordered conference with opposing counsel re judgment of default. | 2.8 | $ 2,034.90 |
| 11/21/2023 | Steele, David J. | Meet and confer with opposing counsel regarding Court Ordered Case Management Conference Statement and settlement. | 3.4 | $ 2,395.81 |
| 11/21/2023 | Sindelar, Jeffrey C. | Analyze remedies section of magistrate judge order to inform status report to court regarding entering of final judgment with remedies against defendants. | 3.6 | $ 1,355.58 |
| 11/26/2023 | Steele, David J. | Correspondence with Meta litigation team regarding | 0.5 | $ 352.33 |
| 11/27/2023 | Steele, David J. | Correspondence with       regarding | 0.3 | $ 211.40 |
| 11/27/2023 | Lauridsen, Steven E. | Revise case management statement. | 0.6 | $ 365.16 |
| 11/27/2023 | Steele, David J. | Further revisions to draft CMC statement due to 35.cn's draft portion. | 0.8 | $ 563.72 |
| 11/27/2023 | Steele, David J. | Revise draft CMC statement. | 1.4 | $ 986.51 |
| 11/27/2023 | Kroll, Howard A. | Draft Joint Status Report. | 4.3 | $ 3,125.03 |
| 11/28/2023 | Steele, David J. | Correspondence with       regarding | 0.2 | $ 140.93 |
| 11/28/2023 | Sindelar, Jeffrey C. | Revise draft joint statement to court regarding case management conference. | 0.4 | $ 150.62 |
| 11/28/2023 | Lauridsen, Steven E. | Further revise court-ordered joint status report concerning Section IV (Relief) of the Report and Recommendation issued by Judge van Keulen. | 0.6 | $ 365.16 |
| 11/28/2023 | Steele, David J. | Further revisions to draft CMC statement. | 0.7 | $ 493.26 |
| 11/28/2023 | Steele, David J. | Review 35.cn's draft portion of CMC statement. | 0.8 | $ 563.72 |
| 11/28/2023 | Kroll, Howard A. | Analyze 35.CN's inserts to Joint Status Statement. | 0.8 | $ 581.40 |
| 11/28/2023 | Kroll, Howard A. | Revise Joint Status Agreement. | 6.6 | $ 4,796.55 |
| 11/29/2023 | Steele, David J. | Review final draft CMC statement. | 0.5 | $ 352.33 |
| 11/29/2023 | Lauridsen, Steven E. | Revise CMC statement in light of 35.CN's substantive arguments. | 0.9 | $ 547.74 |
| 11/29/2023 | Sindelar, Jeffrey C. | Revise draft of joint status statement to Court regarding entry of default judgment. | 1.4 | $ 527.17 |
| 11/29/2023 | Kroll, Howard A. | Revise Joint Status Statement. | 2.7 | $ 1,962.23 |
| 11/30/2023 | Lauridsen, Steven E. | Communicate with Meta legal team regarding | 0.2 | $ 121.72 |
| 11/30/2023 | Lauridsen, Steven E. | Communicate with opposing counsel regarding joint status statement. | 0.3 | $ 182.58 |
| 11/30/2023 | Lauridsen, Steven E. | Draft | 0.3 | $ 182.58 |
| 11/30/2023 | Lauridsen, Steven E. | Analyze 35.CN's proposed revisions to CMC statement. | 0.4 | $ 243.44 |
| 11/30/2023 | Steele, David J. | Review | 0.4 | $ 281.86 |
| 11/30/2023 | Lauridsen, Steven E. | Further revisions to joint status report. | 1.4 | $ 852.04 |
| 11/30/2023 | Kroll, Howard A. | Revise Joint Status Statement. | 1.5 | $ 1,090.13 |
| 12/1/2023 | Lauridsen, Steven E. | Communicate with Meta legal team regarding | 0.2 | $ 121.72 |
| 12/1/2023 | Lauridsen, Steven E. | Communicate with opposing counsel regarding revisions to case management statement. | 0.2 | $ 121.72 |
| 12/1/2023 | Sindelar, Jeffrey C. | Revise draft of joint CMC Statement re entry of default judgment. | 0.3 | $ 112.97 |
| 12/1/2023 | Steele, David J. | Correspondence with       regarding | 0.3 | $ 211.40 |
| 12/1/2023 | Lauridsen, Steven E. | Analyze Defendants' revisions to case management statement. | 0.3 | $ 182.58 |
| 12/1/2023 | Steele, David J. | Revise Joint Status report to court regarding relief. | 0.8 | $ 563.72 |
| 12/1/2023 | Steele, David J. | Review 35.CN's proposed revisions to Joint Status report to court regarding relief. | 0.8 | $ 563.72 |
| 12/1/2023 | Lauridsen, Steven E. | Further revise case management statement. | 0.8 | $ 486.88 |
| 12/1/2023 | Guye, Helena M. | Finalize joint case management statement. | 0.8 | $ 231.20 |
| 12/11/2023 | Lauridsen, Steven E. | Review civil minutes issued by Court for December 8, 2023 Case Management Conference concerning relief section from R&R. | 0.2 | $ 121.72 |
| | | **Totals** | **52.0** | **$ 33,766.89** |