# EXHIBIT 20

Meta v. OnlineNIC (TE No. 015949-007)
Sealing of filings and records

| Worked Date | Time Keeper | Time Narrative | Sum of Bill Hours | Sum of Bill Amount |
|---|---|---|---|---|
| 6/6/2023 | Lauridsen, Steven E. | Analyze order regarding motions to seal. | 0.2 | $ 121.72 |
| 6/6/2023 | Lauridsen, Steven E. | Report | 0.2 | $ 121.72 |
| 6/6/2023 | Steele, David J. | Review Order from court regarding pending motions to seal material. | 0.6 | $ 422.79 |
| 6/6/2023 | Kroll, Howard A. | Analyze order of Court regarding the pending motions to seal. | 1.4 | $ 1,017.45 |
| 6/9/2023 | Roumiantseva, Dina | Prepare amended proposed orders re motions to seal | 4.7 | $ 2,197.25 |
| 6/9/2023 | Kroll, Howard A. | Draft Amended Proposed Orders to seal documents pursuant to Court orders. | 6.7 | $ 4,869.23 |
| 6/12/2023 | Steele, David J. | Prepare Proposed Order regarding sealing confidential information. | 0.3 | $ 211.40 |
| 6/12/2023 | Lauridsen, Steven E. | Preparation of amended proposed form of order on motion to seal documents designated as confidential by others as directed by court order. | 2.9 | $ 1,764.94 |
| 6/12/2023 | Roumiantseva, Dina | Prepare citations to confidential material in amended proposed order for filing. | 3.9 | $ 1,823.25 |
| 6/12/2023 | Guye, Helena M. | Prepare amended proposed orders on motions to seal. | 5.0 | $ 1,445.00 |
| 6/12/2023 | Kroll, Howard A. | Revise Amended Proposed Orders to seal documents pursuant to Court orders | 5.6 | $ 4,069.80 |
| 6/20/2023 | Lauridsen, Steven E. | Report | 0.2 | $ 121.72 |
| 6/20/2023 | Lauridsen, Steven E. | Analyze Narancic Declaration in Support of Motion to Seal. | 0.3 | $ 182.58 |
| 6/20/2023 | Steele, David J. | Review Decl. of P. Narancic regarding motion to seal portions of OnlineNIC's evidence. | 0.4 | $ 281.86 |
| 6/20/2023 | Kroll, Howard A. | Analyze OnlineNIC's counsel's declaration relating to Meta's administrative motion to seal. | 1.0 | $ 726.75 |
| 6/30/2023 | Steele, David J. | Correspondence with P. Narancic regarding OnlineNIC confidential information. | 0.2 | $ 140.93 |
| 7/12/2023 | Guye, Helena M. | Coordinate transcript order for sealed hearing. | 1.2 | $ 346.80 |
| 7/12/2023 | Kroll, Howard A. | Analyze Protective Order to determine how to unseal hearing transcript. | 1.3 | $ 944.78 |
| 7/13/2023 | Steele, David J. | Correspondence with K. Kronenberger regarding sealing of transcript and additional 35.cn domain names. | 0.2 | $ 140.93 |
| 7/13/2023 | Steele, David J. | Conference all with K. Kronenberger regarding sealing of transcript and registration of new domain names at 35.cn. | 0.5 | $ 352.33 |
| 7/13/2023 | Guye, Helena M. | Meet with K. Kronenberger to discuss sealing of hearing transcript. | 1.0 | $ 289.00 |
| 7/17/2023 | Steele, David J. | Analysis of protective order regarding unsealing sealed transcript of July 22 hearing. | 0.4 | $ 281.86 |
| 7/17/2023 | Guye, Helena M. | Review transcript from hearing on motion for summary judgment. | 0.4 | $ 115.60 |
| 7/17/2023 | Kroll, Howard A. | Draft correspondence to counsel for all Defendants requesting, pursuant to the Protective Order, that they identify the portions of the transcript that are to be treated as confidential. | 0.5 | $ 363.38 |
| 7/17/2023 | Kroll, Howard A. | Review transcript of hearing on motion for summary judgment. | 0.7 | $ 508.73 |
| 7/17/2023 | Guye, Helena M. | Analysis of confidential and attorneys' eyes only material in hearing transcript. | 1.9 | $ 549.10 |
| 7/20/2023 | Lauridsen, Steven E. | Analyze hearing transcript for motion for summary judgment. | 0.4 | $ 243.44 |
| 7/29/2023 | Sindelar, Jeffrey C. | Review transcript of hearing on converted motion for summary judgment against 35.CN based on alter ego. | 0.6 | $ 225.93 |
| 8/8/2023 | Steele, David J. | Review Amended sealed Hearing Transcript of MSJ hearing. | 0.9 | $ 634.19 |
| 8/28/2023 | Steele, David J. | Correspondence with Meta litigation team regarding | 0.2 | $ 140.93 |
| 8/28/2023 | Lauridsen, Steven E. | Analyze | 0.3 | $ 182.58 |
| 8/28/2023 | Lauridsen, Steven E. | Communicate with Meta Legal Team regarding | 0.5 | $ 304.30 |
| 8/28/2023 | Lauridsen, Steven E. | Analyze 35.CN's proposed MSJ transcript redactions. | 0.7 | $ 426.02 |
| 8/28/2023 | Steele, David J. | Analysis of 35.cn's designation of numerous portions of the oral argument transcript as AEO. | 1.1 | $ 775.12 |
| 8/29/2023 | Kroll, Howard A. | Review 35.CN's proposed redactions to hearing transcript. | 0.4 | $ 290.70 |
| 8/30/2023 | Guye, Helena M. | Analysis of 35.CN's confidentiality designations of transcript. | 0.4 | $ 115.60 |
| 8/30/2023 | Steele, David J. | Prepare report for Meta litigation team regarding | 0.8 | $ 563.72 |
| 8/30/2023 | Lauridsen, Steven E. | Analyze MSJ hearing transcript to determine which portions designated by 35.CN to challenge. | 1.1 | $ 669.46 |
| 8/30/2023 | Lauridsen, Steven E. | Analysis of procedures for unsealing MSJ hearing transcript. | 1.6 | $ 973.76 |
| 8/31/2023 | Lauridsen, Steven E. | Continue to analyze MSJ hearing transcript to determine which portions designated by 35.CN to challenge. | 0.6 | $ 365.16 |
| 8/31/2023 | Lauridsen, Steven E. | Conference with Meta Legal Team regarding | 0.6 | $ 365.16 |
| 8/31/2023 | Steele, David J. | Conference with Meta Litigation team regarding | 1.0 | $ 704.65 |
| 9/7/2023 | Lauridsen, Steven E. | Communicate with                                 regarding | 0.2 | $ 121.72 |
| 9/7/2023 | Steele, David J. | Correspondence with          regarding | 0.2 | $ 140.93 |
| 9/7/2023 | Steele, David J. | Telephone conference with          regarding | 0.3 | $ 211.40 |
| 9/12/2023 | Guye, Helena M. | Review 35.CN's confidentiality designations of the transcript of hearing on Plaintiffs' Motion for Summary Judgment. | 1.2 | $ 346.80 |
| 9/13/2023 | Steele, David J. | Review transcript for improper designation of AEO by 35.cn. | 1.8 | $ 1,268.37 |
| 9/13/2023 | Lauridsen, Steven E. | Further analysis of MSJ hearing transcript for determining challenges to 35.CN's confidentiality designations. | 3.4 | $ 2,069.24 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/13/2023 | Kroll, Howard A. | Conference with TE team re ██████████ ████████ | 3.8 | $ 2,761.65 |
| 9/13/2023 | Guye, Helena M. | Review 35.CN's confidentiality designations of the transcript of hearing on Plaintiffs' Motion for Summary Judgment. | 6.2 | $ 1,791.80 |
| 9/14/2023 | Steele, David J. | Correspondence with Meta litigation team regarding ████████████ | 0.2 | $ 140.93 |
| 9/14/2023 | Guye, Helena M. | Review 35.CN's confidentiality designations of the transcript of hearing on Plaintiffs' Motion for Summary Judgment. | 7.1 | $ 2,051.90 |
| 9/18/2023 | Steele, David J. | Research ████████████████████ | 0.7 | $ 493.26 |
| 9/19/2023 | Guye, Helena M. | Prepare letter challenging 35.CN's confidentiality designations of the transcript of hearing on Plaintiffs' Motion for Summary Judgment. | 1.2 | $ 346.80 |
| 9/20/2023 | Steele, David J. | Prepare for conference with Meta litigation team ████████ | 0.7 | $ 493.26 |
| 9/20/2023 | Lauridsen, Steven E. | Further assist in preparation of letter challenging 35.CN's confidentiality designations for MSJ hearing transcript. | 1.2 | $ 730.32 |
| 9/20/2023 | Guye, Helena M. | Prepare letter challenging 35.CN's confidentiality designations of the transcript of hearing on Plaintiffs' Motion for Summary Judgment. | 2.3 | $ 664.70 |
| 9/20/2023 | Kroll, Howard A. | Analyze challenge to 35.CN's proposed redactions of transcript of summary judgment hearing. | 3.3 | $ 2,398.28 |
| 9/21/2023 | Kroll, Howard A. | Revise letter to K. Kronenberger challenging 35.CN's redactions to transcript of hearing on summary judgment motion. | 6.7 | $ 4,869.23 |
| 9/21/2023 | Guye, Helena M. | Prepare letter regarding 35.CN's confidentiality designations of the transcript of the hearing on Plaintiffs' Motion for Summary Judgment. | 7.7 | $ 2,225.30 |
| 9/22/2023 | Lauridsen, Steven E. | Revisions to letter challenging 35.CN's MSJ hearing transcript designations. | 1.3 | $ 791.18 |
| 9/22/2023 | Steele, David J. | Prepare letter to K. Kronenberger regarding designating transcript of hearing. | 1.3 | $ 916.05 |
| 9/22/2023 | Kroll, Howard A. | Revise letter to K. Kronenberger challenging 35.CN's redactions to transcript of hearing on summary judgment motion. | 3.6 | $ 2,616.30 |
| 9/22/2023 | Guye, Helena M. | Prepare letter challenging 35.CN's confidentiality designations of the transcript of hearing on Plaintiffs' Motion for Summary Judgment. | 4.1 | $ 1,184.90 |
| 9/25/2023 | Steele, David J. | Telephone Conference with ████████ regarding ████████ | 0.3 | $ 211.40 |
| 9/26/2023 | Guye, Helena M. | Review 35.CN's confidentiality designations of the transcript of hearing on Plaintiffs' Motion for Summary Judgment. | 0.6 | $ 173.40 |
| 9/27/2023 | Steele, David J. | Prepare for conference with Meta litigation team regarding ████████ | 0.5 | $ 352.33 |
| 9/28/2023 | Steele, David J. | Correspondence with Meta litigation team regarding ████████████ | 0.2 | $ 140.93 |
| 9/28/2023 | Steele, David J. | Review revised letter to K. Kronenberger regarding 35.cn's improper designation of material and requesting it desedgnate the material. | 0.3 | $ 211.40 |
| 9/28/2023 | Guye, Helena M. | Prepare letter challenging 35.CN's confidentiality designations of the transcript of hearing on Plaintiffs' Motion for Summary Judgment. | 0.9 | $ 260.10 |
| 9/28/2023 | Kroll, Howard A. | Revise letter to K. Kronenberger challenging 35.CN's redactions to transcript of hearing on motion for summary judgment. | 1.4 | $ 1,017.45 |
| 10/4/2023 | Steele, David J. | Correspondence with Meta litigation team regarding ████████████ | 0.3 | $ 211.40 |
| 10/5/2023 | Steele, David J. | Review final draft letter to K. Kronenberger regarding improper designations of confidential material in transcript. | 0.8 | $ 563.72 |
| 10/5/2023 | Guye, Helena M. | Finalize and send letter to 35.cn regarding transcript designations. | 0.9 | $ 260.10 |
| 10/9/2023 | Steele, David J. | Correspondence with K. Kronenberger regarding meet and confer re improper designation of information as confidential. | 0.2 | $ 140.93 |
| 10/10/2023 | Steele, David J. | Correspondence with K. Kronenberger regarding M&C regarding improper confidential designations by 35.cn. | 0.2 | $ 140.93 |
| 10/15/2023 | Steele, David J. | Correspondence with K. Kronenberger regarding setting time for meet and confer regarding transcript designations. | 0.2 | $ 140.93 |
| 10/17/2023 | Steele, David J. | Correspondence with K. Kronenberger regarding meeting and conferring on transcript designations. | 0.2 | $ 140.93 |
| 10/19/2023 | Steele, David J. | Conference with K. Kronenberger regarding improper transcription designations. | 1.0 | $ 704.65 |
| 10/19/2023 | Kroll, Howard A. | Zoom conference with opposing counsel re whether motion for summary judgment hearing transcript should be redacted. | 1.4 | $ 1,017.45 |
| 10/20/2023 | Guye, Helena M. | Meet and confer with K. Kronenberger, counsel for 35.cn, regarding transcript designations. | 2.1 | $ 606.90 |
| 10/25/2023 | Guye, Helena M. | Analyze 35.cn's response regarding transcript designations. | 0.9 | $ 260.10 |
| 10/26/2023 | Steele, David J. | Correspondence with K. Kronenberger regarding needing additional time to respond regarding improper designations in transcript. | 0.3 | $ 211.40 |
| 10/26/2023 | Kroll, Howard A. | Review correspondence from counsel for 35.CN regarding transcript designations. | 0.4 | $ 290.70 |
| 10/26/2023 | Guye, Helena M. | Draft response to K. Kronenberger regarding 35.cn's transcript designations. | 0.6 | $ 173.40 |
| 10/31/2023 | Lauridsen, Steven E. | Analyze 35.CN's proposed de-designations of MSJ hearing transcript. | 0.3 | $ 182.58 |
| 10/31/2023 | Steele, David J. | Correspondence with K. Kronenberger regarding 35.cn's offer to unseal some but not all portions of the hearing transcript. | 0.4 | $ 281.86 |
| 10/31/2023 | Guye, Helena M. | Draft response to counsel for 35.CN regarding transcript designations. | 0.5 | $ 144.50 |
| 10/31/2023 | Guye, Helena M. | Analyze 35.cn's response regarding transcript designations. | 0.8 | $ 231.20 |
| 10/31/2023 | Kroll, Howard A. | Analyze letter from K. Kronenberger identifying those portions of the summary judgment hearing transcript 35.CN still wants keep sealed. | 1.8 | $ 1,308.15 |

| 11/1/2023 | Steele, David J. | Analysis of 35.CN's response regarding item by item designations of alleged confidential information. | 0.8 | $ | 563.72 |
|---|---|---|---|---|---|
| 11/1/2023 | Sindelar, Jeffrey C. | Analyze █████████████████████████████████ | 1.2 | $ | 451.86 |
| 11/1/2023 | Lauridsen, Steven E. | Further analysis of 35.CN's proposed de-designations and maintained designations for material to be sealed in MSJ hearing transcript. | 1.4 | $ | 852.04 |
| 11/1/2023 | Kroll, Howard A. | Analyze ███████████████████████████████ | 1.4 | $ | 1,017.45 |
| 11/1/2023 | Guye, Helena M. | Analyze 35.cn's response regarding transcript designations. | 2.4 | $ | 693.60 |
| 11/2/2023 | Kroll, Howard A. | Conference with Meta team re █████████████ | 0.5 | $ | 363.38 |
| 11/2/2023 | Steele, David J. | Conference with Meta regarding █████████████ | 0.8 | $ | 563.72 |
| 11/2/2023 | Guye, Helena M. | Analyze 35.cn's response regarding transcript designations. | 1.2 | $ | 346.80 |
| 11/3/2023 | Steele, David J. | Correspondence with K. Kronenberger regarding 35.CN's agreement to de-designate some but not all information in transcript. | 0.3 | $ | 211.40 |
| 11/6/2023 | Kroll, Howard A. | Zoom conference with K. Kronenberger re transcript designations. | 0.6 | $ | 436.05 |
| 11/6/2023 | Steele, David J. | Conference with K. Kronenberger regarding transcript designations per Court's Order. | 0.7 | $ | 493.26 |
| 11/7/2023 | Steele, David J. | Correspondence with K. Kronenberger and P. Narancic regarding meeting and conferring per Court's Order to discuss redaction of Order. | 0.3 | $ | 211.40 |
| 11/8/2023 | Lauridsen, Steven E. | Report ██████████████████████████████████ | 0.2 | $ | 121.72 |
| 11/8/2023 | Lauridsen, Steven E. | Analyze order on motions to seal papers filed in connection with motion for summary judgment. | 0.8 | $ | 486.88 |
| 11/8/2023 | Steele, David J. | Analysis of Court's Order regarding redacting and refiling Party's' documents in public record. | 1.5 | $ | 1,056.98 |
| 11/8/2023 | Sindelar, Jeffrey C. | ████████████████████████████████████ | 2.3 | $ | 866.07 |
| 11/8/2023 | Steele, David J. | Review documents filed in support of MSJ for proper redaction of material per Court's Order. | 2.4 | $ | 1,691.16 |
| 11/8/2023 | Kroll, Howard A. | Analyze order re administrative motion to seal. | 4.9 | $ | 3,561.08 |
| 11/9/2023 | Kroll, Howard A. | Apply order re administrative motion to seal documents to Court's order granting motion for summary judgment. | 0.4 | $ | 290.70 |
| 11/9/2023 | Kroll, Howard A. | Apply order re administrative motion to seal documents to transcript of hearing on motion for summary judgment. | 0.4 | $ | 290.70 |
| 11/9/2023 | Lauridsen, Steven E. | Further analyze Court's order regarding motions to seal to cross-check proposed redactions of final summary judgment order. | 0.7 | $ | 426.02 |
| 11/9/2023 | Steele, David J. | Correspondence with █████ regarding ███████████████ | 0.7 | $ | 493.26 |
| 11/9/2023 | Steele, David J. | Review redactions to Court's Order. | 0.8 | $ | 563.72 |
| 11/9/2023 | Lauridsen, Steven E. | Preparation of proposed redactions in order on motion for summary judgment. | 1.3 | $ | 791.18 |
| 11/10/2023 | Steele, David J. | Correspondence with Opposing counsel regarding final draft redacted Order consistent with Court's Order. | 0.2 | $ | 140.93 |
| 11/10/2023 | Steele, David J. | Review final draft redacted Order consistent with Court's Order. | 0.5 | $ | 352.33 |
| 11/10/2023 | Guye, Helena M. | Prepare redacted transcript of hearing on motion for summary judgment. | 0.8 | $ | 231.20 |
| 11/10/2023 | Lauridsen, Steven E. | Meet and confer with opposing counsel regarding redactions of Court order. | 1.2 | $ | 730.32 |
| 11/10/2023 | Guye, Helena M. | Prepare redacted Order. | 1.4 | $ | 404.60 |
| 11/10/2023 | Guye, Helena M. | Call with counsel for Defendants regarding redactions to order. | 2.1 | $ | 606.90 |
| 11/10/2023 | Steele, David J. | Conference with opposing counsel for 35.CN and OnlineNIC regarding redacting Court's Order and refiling Partys' documents in public record and possible settlement post the Court's MSJ ruling. | 2.3 | $ | 1,620.70 |
| 11/11/2023 | Steele, David J. | Review redacted final draft of hearing transcript. | 0.5 | $ | 352.33 |
| 11/11/2023 | Guye, Helena M. | Prepare redacted transcript of hearing on motion for summary judgment. | 0.6 | $ | 173.40 |
| 11/12/2023 | Lauridsen, Steven E. | Prepare stipulated notice of lodging redacted MSJ order. | 0.4 | $ | 243.44 |
| 11/13/2023 | Lauridsen, Steven E. | Revise stipulated notice of lodging redacted MSJ order. | 0.2 | $ | 121.72 |
| 11/13/2023 | Lauridsen, Steven E. | Communicate with Meta legal team regarding ████████████████ | 0.2 | $ | 121.72 |
| 11/13/2023 | Lauridsen, Steven E. | Communicate with opposing counsel regarding MSJ order and hearing transcript redactions. | 0.2 | $ | 121.72 |
| 11/13/2023 | Lauridsen, Steven E. | Communicate with opposing counsel regarding stipulated notice of lodging redacted MSJ order. | 0.2 | $ | 121.72 |
| 11/13/2023 | Steele, David J. | Revise draft Stipulated Notice of Lodging for redacted Order. | 0.2 | $ | 140.93 |
| 11/13/2023 | Steele, David J. | Correspondence with K. Kronenberger regarding agreement to redactions to Order. | 0.3 | $ | 211.40 |
| 11/13/2023 | Ostrowski, Carter S. | Prepare redacted documents for filing following the order to unseal documents. | 2.0 | $ | 510.00 |
| 11/14/2023 | Lauridsen, Steven E. | Communicate further with opposing counsel regarding approval of stipulated notice of lodging redacted MSJ order. | 0.2 | $ | 121.72 |
| 11/14/2023 | Lauridsen, Steven E. | Finalize for filing stipulated notice of lodging redacted MSJ order. | 0.2 | $ | 121.72 |
| 11/14/2023 | Lauridsen, Steven E. | Report ███████████████████████████ | 0.2 | $ | 121.72 |
| 11/14/2023 | Steele, David J. | Correspondence with opposing counsel regarding approval to file stipulation. | 0.2 | $ | 140.93 |
| 11/14/2023 | Ostrowski, Carter S. | Continue preparing redacted documents for filing following the order to unseal documents. | 5.2 | $ | 1,326.00 |
| 11/15/2023 | Lauridsen, Steven E. | Review entered redacted order granting Plaintiffs' motion for summary judgment. | 0.2 | $ | 121.72 |
| 11/15/2023 | Steele, David J. | Correspondence with opposing counsel regarding setting further meet and confer regarding redaction per Court's Order. | 0.2 | $ | 140.93 |
| 11/15/2023 | Steele, David J. | Review Redacted Order Granting Motion for Summary Judgment re Alter ego as filed. | 0.3 | $ | 211.40 |

| | | | | |
|---|---|---|---|---|
| 11/15/2023 | Steele, David J. | Correspondence with Meta litigation team ███████████ | 0.3 | $ | 211.40 |
| 11/15/2023 | Guye, Helena M. | Prepare partially-unredacted filings based on Court's order denying motions to seal. | 0.9 | $ | 260.10 |
| 11/15/2023 | Ostrowski, Carter S. | Continue preparing redacted documents for filing following the order to unseal documents. | 2.0 | $ | 510.00 |
| 11/16/2023 | Ostrowski, Carter S. | Continue preparing redacted documents for filing following the order to unseal documents. | 5.0 | $ | 1,275.00 |
| 11/17/2023 | Kroll, Howard A. | Analyze redacted version of Plaintiff's motion for summary judgment, with supporting declarations. | 2.2 | $ | 1,598.85 |
| 11/17/2023 | Ostrowski, Carter S. | Finalize redacted documents for filing following the order to unseal documents. | 4.0 | $ | 1,020.00 |
| 11/22/2023 | Guye, Helena M. | Prepare partially-unredacted filings based on Court's order denying motions to seal. | 3.2 | $ | 924.80 |
| 11/24/2023 | Steele, David J. | Review redactions to Meta's moving papers related to Motion for Summary Judgment. | 1.4 | $ | 986.51 |
| 11/29/2023 | Lauridsen, Steven E. | Communicate further with opposing counsel regarding unsealing of MSJ hearing transcript. | 0.2 | $ | 121.72 |
| 11/29/2023 | Steele, David J. | Correspondence with ████████████ | 0.2 | $ | 140.93 |
| 11/29/2023 | Steele, David J. | Correspondence with K. Kronenberger and P. Narancic regarding stipulation to redact transcript from hearing. | 0.2 | $ | 140.93 |
| 11/29/2023 | Steele, David J. | Correspondence with L. Chen approving stipulation to redact transcript from hearing. | 0.2 | $ | 140.93 |
| 11/30/2023 | Sindelar, Jeffrey C. | Revise draft stipulation to unseal transcript regarding motion for summary judgment on alter ego. | 0.1 | $ | 37.66 |
| 11/30/2023 | Lauridsen, Steven E. | Revise stipulation to unseal MSJ hearing transcript. | 0.2 | $ | 121.72 |
| 11/30/2023 | Steele, David J. | Review draft stipulation regarding unsealing hearing transcript. | 0.2 | $ | 140.93 |
| 11/30/2023 | Steele, David J. | Revise correspondence to K. Kronenberger regarding timing of filing for of redacted moving papers per court's order. | 0.2 | $ | 140.93 |
| 11/30/2023 | Guye, Helena M. | Finalize re-filing of papers relating to motion for summary judgment. | 0.8 | $ | 231.20 |
| 11/30/2023 | Guye, Helena M. | Prepare stipulation to unseal hearing transcript. | 2.1 | $ | 606.90 |
| 12/1/2023 | Steele, David J. | Revise draft Stipulation regarding redaction to hearing transcript. | 0.4 | $ | 281.86 |
| 12/1/2023 | Guye, Helena M. | Finalize joint stipulation to unseal hearing transcript. | 0.9 | $ | 260.10 |
| 12/1/2023 | Lauridsen, Steven E. | Finalize redacted MSJ papers per court order. | 2.2 | $ | 1,338.92 |
| 12/1/2023 | Guye, Helena M. | Finalize partially-redacted motion for summary judgment papers pursuant to court order. | 6.2 | $ | 1,791.80 |
| 12/4/2023 | Lauridsen, Steven E. | Review order approving stipulation for leave to file redacted MSJ hearing transcript. | 0.2 | $ | 121.72 |
| 12/4/2023 | Lauridsen, Steven E. | Report ████████████ | 0.2 | $ | 121.72 |
| 12/4/2023 | Steele, David J. | Review Court's Order granting Stipulation regarding redaction to hearing transcript. | 0.2 | $ | 140.93 |
| 12/5/2023 | Guye, Helena M. | Finalize joint stipulation to unseal hearing transcript. | 0.4 | $ | 115.60 |
| 12/6/2023 | Guye, Helena M. | Correspond with K. Kronenberger regarding improper redactions to unsealed filings. | 0.6 | $ | 173.40 |
| 12/7/2023 | Lauridsen, Steven E. | Review 35.CN's corrected MSJ filing. | 0.2 | $ | 121.72 |
| 12/7/2023 | Lauridsen, Steven E. | Report ████████████ | 0.2 | $ | 121.72 |
| 12/7/2023 | Steele, David J. | Review partially unsealed hearing transcript entered by Court. | 0.2 | $ | 140.93 |
| 12/7/2023 | Steele, David J. | Correspondence with L. Vulic regarding Defendant's incorrect redactions to hearing transcript. | 0.3 | $ | 211.40 |
| 12/7/2023 | Steele, David J. | Review Defendant's Notice of Errata regarding incorrect redactions to hearing transcript. | 0.3 | $ | 211.40 |
| 12/7/2023 | Guye, Helena M. | Finalize partially-unsealed hearing transcript. | 0.8 | $ | 231.20 |

|  | Totals | 213.6 | $ | 107,755.36 |
|---|---|---|---|---|