# EXHIBIT 21

Meta v. OnlineNIC (TE No. 015949-007)
Drafting Motion for Default Judgment

| Worked Date | Time Keeper | Time Narrative | Sum of Bill Hours | Sum of Bill Amount |
|---|---|---|---|---|
| 7/13/2023 | Guye, Helena M. | Revise request for attorneys' fees. | 1.10 | $ 317.90 |
| 7/17/2023 | Steele, David J. | Review | 0.50 | $ 352.33 |
| 7/17/2023 | Guye, Helena M. | Revise request for attorneys' fees. | 0.70 | $ 202.30 |
| 7/17/2023 | Kroll, Howard A. | Legal research | 0.80 | $ 581.40 |
| 7/19/2023 | Guye, Helena M. | Revise request for attorneys' fees. | 0.20 | $ 57.80 |
| 7/24/2023 | Guye, Helena M. | Revise request for attorneys' fees. | 0.20 | $ 57.80 |
| 7/31/2023 | Guye, Helena M. | Revise request for attorneys' fees. | 0.90 | $ 260.10 |
| 8/2/2023 | Lauridsen, Steven E. | Analyze | 1.30 | $ 791.18 |
| 8/2/2023 | Guye, Helena M. | Analysis of attorneys' fees request. | 1.70 | $ 491.30 |
| 11/8/2023 | Kroll, Howard A. |  | 1.30 | $ 944.78 |
| 11/8/2023 | Steele, David J. | Develop | 1.50 | $ 1,056.98 |
| 11/9/2023 | Lauridsen, Steven E. | Communicate with Meta legal team regarding | 1.10 | $ 669.46 |
| 11/9/2023 | Ostrowski, Carter S. | Research | 5.00 | $ 1,275.00 |
| 11/10/2023 | Lauridsen, Steven E. | Analysis of | 0.30 | $ 182.58 |
| 11/10/2023 | Roumiantseva, Dina | Review | 2.40 | $ 1,122.00 |
| 11/13/2023 | Roumiantseva, Dina | Review | 2.80 | $ 1,309.00 |
| 11/13/2023 | Guye, Helena M. | Analyze request for attorneys' fees. | 3.30 | $ 953.70 |
| 11/15/2023 | Ostrowski, Carter S. | Continue researching | 2.90 | $ 739.50 |
| 11/15/2023 | Roumiantseva, Dina | Research | 4.20 | $ 1,963.50 |
| 11/16/2023 | Ostrowski, Carter S. | Finalize researching | 0.40 | $ 102.00 |
| 11/16/2023 | Steele, David J. | Analysis of | 1.80 | $ 1,268.37 |
| 11/21/2023 | Kroll, Howard A. | Revise default judgment. | 1.80 | $ 1,308.15 |
| 11/21/2023 | Guye, Helena M. | Analyze request for attorneys' fees. | 4.30 | $ 1,242.70 |
| 11/28/2023 | Guye, Helena M. | Research | 4.10 | $ 1,184.90 |
| 11/29/2023 | Kroll, Howard A. | Revise proposed Default Judgment. | 3.20 | $ 2,325.60 |
| 11/29/2023 | Guye, Helena M. | Research | 3.90 | $ 1,127.10 |
| 12/2/2023 | Guye, Helena M. | Analyze 35.cn's recent public filings. | 0.40 | $ 115.60 |
| 12/6/2023 | Guye, Helena M. | Analysis of request for attorneys' fees. | 2.20 | $ 635.80 |
| 12/6/2023 | Roumiantseva, Dina | Research | 3.40 | $ 1,589.50 |
| 12/7/2023 | Guye, Helena M. | Analysis of request for attorneys' fees. | 2.50 | $ 722.50 |
| 12/8/2023 | Guye, Helena M. | Analyze 35.cn's recent public filings. | 0.30 | $ 86.70 |
| 12/14/2023 | Steele, David J. | Conference with Meta litigation team regarding | 0.60 | $ 422.79 |
| 12/29/2023 | Lauridsen, Steven E. | Communicate with regarding | 0.20 | $ 121.72 |
| 1/2/2024 | Kroll, Howard A. | Revise proposed Default Judgment. | 1.80 | $ 1,308.15 |
| 1/3/2024 | Steele, David J. | Prepare for conference with Meta litigation team regarding | 0.50 | $ 352.33 |
| 1/3/2024 | Sindelar, Jeffrey C. | Prepare | 0.80 | $ 301.24 |
| 1/3/2024 | Steele, David J. | Prepare supplemental brief regarding remedies per court order. | 0.80 | $ 563.72 |
| 1/3/2024 | Guye, Helena M. | Prepare draft default judgment. | 1.00 | $ 289.00 |
| 1/3/2024 | Kroll, Howard A. | Revise draft Default Judgment. | 2.30 | $ 1,671.53 |
| 1/4/2024 | Guye, Helena M. | Prepare Motion for Default Judgment. | 0.40 | $ 115.60 |
| 1/4/2024 | Kroll, Howard A. | Conference with Meta team re | 0.40 | $ 290.70 |
| 1/4/2024 | Steele, David J. | Conference with Meta Litigation team regarding | 0.60 | $ 422.79 |
| 1/4/2024 | Steele, David J. | Prepare for conference with Meta Litigation team regarding | 0.60 | $ 422.79 |
| 1/4/2024 | Guye, Helena M. | Analyze time entries for request for attorneys' fees. | 1.20 | $ 346.80 |
| 1/4/2024 | Kroll, Howard A. | Revise proposed Default Judgment. | 2.20 | $ 1,598.85 |
| 1/5/2024 | Guye, Helena M. | Analysis of request for attorneys' fees. | 0.40 | $ 115.60 |
| 1/5/2024 | Steele, David J. | Review draft Proposed Default judgment. | 0.50 | $ 352.33 |
| 1/5/2024 | Kroll, Howard A. | Analyze | 0.60 | $ 436.05 |
| 1/5/2024 | Kroll, Howard A. | Revise proposed Default Judgment. | 3.60 | $ 2,616.30 |
| 1/7/2024 | Guye, Helena M. | Analysis of request for attorneys' fees. | 2.20 | $ 635.80 |
| 1/8/2024 | Guye, Helena M. | Analysis of request for attorneys' fees. | 1.30 | $ 375.70 |
| 1/9/2024 | Kroll, Howard A. | Analyze attorneys' fees portion of motion for default judgment. | 3.20 | $ 2,325.60 |
| 1/9/2024 | Guye, Helena M. | Draft motion for default judgment section regarding Plaintiffs' entitlement to attorneys' fees. | 6.90 | $ 1,994.10 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/10/2024 | Sindelar, Jeffrey C. | Analyze | 0.20 | $75.31 |
| 1/10/2024 | Steele, David J. | Prepare Motion for Default Judgment. | 0.70 | $493.26 |
| 1/10/2024 | Kroll, Howard A. | Draft motion for default judgment. | 2.80 | $2,034.90 |
| 1/10/2024 | Guye, Helena M. | Draft motion for default judgment section regarding Plaintiffs' entitlement to attorneys' fees. | 4.80 | $1,387.20 |
| 1/11/2024 | Guye, Helena M. | Call with litigation team to discuss | 0.20 | $57.80 |
| 1/11/2024 | Kroll, Howard A. | Conference with Meta team re | 0.20 | $145.35 |
| 1/11/2024 | Steele, David J. | Prepare for conference with Meta litigation team to discuss | 0.20 | $140.93 |
| 1/11/2024 | Steele, David J. | Conference with Meta litigation team to discuss | 0.50 | $352.33 |
| 1/11/2024 | Guye, Helena M. | Draft motion for default judgment section regarding Plaintiffs' entitlement to attorneys' fees. | 1.90 | $549.10 |
| 1/11/2024 | Kroll, Howard A. | Draft motion for default judgment. | 3.30 | $2,398.28 |
| 1/12/2024 | Steele, David J. | Review revisions to draft Motion from J. Doan. | 0.30 | $211.40 |
| 1/12/2024 | Guye, Helena M. | Draft motion for default judgment section regarding Plaintiffs' entitlement to attorneys' fees. | 1.40 | $404.60 |
| 1/12/2024 | Kroll, Howard A. | Revise proposed Default Judgment. | 1.70 | $1,235.48 |
| 1/12/2024 | Kroll, Howard A. | Revise Motion for Default Judgment. | 2.70 | $1,962.23 |
| 1/13/2024 | Guye, Helena M. | Draft motion for default judgment section regarding Plaintiffs' entitlement to attorneys' fees. | 3.90 | $1,127.10 |
| 1/13/2024 | Kroll, Howard A. | Revise Motion for Default Judgment. | 5.10 | $3,706.43 |
| 1/14/2024 | Steele, David J. | Revise Motion for Default section regarding confusing similarity of domain names. | 0.50 | $352.33 |
| 1/14/2024 | Guye, Helena M. | Draft motion for default judgment section regarding Plaintiffs' entitlement to attorneys' fees. | 7.80 | $2,254.20 |
| 1/14/2024 | Kroll, Howard A. | Revise Motion for Default Judgment. | 8.70 | $6,322.73 |
| 1/15/2024 | Guye, Helena M. | Revise draft motion for default judgment. | 9.30 | $2,687.70 |
| 1/15/2024 | Kroll, Howard A. | Revise Motion for Default Judgment. | 9.70 | $7,049.48 |
| 1/17/2024 | Kroll, Howard A. | Analyze whether 35.CN has a new corporate name. | 0.40 | $290.70 |
| 1/17/2024 | Sindelar, Jeffrey C. | Analyze Motion for Default Judgment against Defendants. | 0.70 | $263.59 |
| 1/17/2024 | Guye, Helena M. | Correspondence with K. Kronenberger regarding 35.cn's name change. | 1.30 | $375.70 |
| 1/17/2024 | Kroll, Howard A. | Revise proposed Default Judgment. | 2.40 | $1,744.20 |
| 1/18/2024 | Steele, David J. | Review | 0.30 | $211.40 |
| 1/18/2024 | Kroll, Howard A. | Revise Motion for Default Judgment. | 1.50 | $1,090.13 |
| 1/19/2024 | Guye, Helena M. | Revise Motion for Default Judgment. | 0.20 | $57.80 |
| 1/19/2024 | Steele, David J. | Review | 0.30 | $211.40 |
| 1/19/2024 | Kroll, Howard A. | Revise proposed Default Judgment. | 1.80 | $1,308.15 |
| 1/19/2024 | Kroll, Howard A. | Revise Motion for Default Judgment. | 2.20 | $1,598.85 |
| 1/20/2024 | Guye, Helena M. | Revise Motion for Default Judgment. | 0.20 | $57.80 |
| 1/21/2024 | Guye, Helena M. | Revise Motion for Default Judgment. | 2.90 | $838.10 |
| 1/21/2024 | Kroll, Howard A. | Revise Motion for Default Judgment. | 4.60 | $3,343.05 |
| 1/22/2024 | Steele, David J. | Review preliminary information regarding 35.cn's name change. | 0.20 | $140.93 |
| 1/22/2024 | Lauridsen, Steven E. | Analysis of | 0.40 | $243.44 |
| 1/22/2024 | Kroll, Howard A. | Revise Motion for Default Judgment. | 3.80 | $2,761.65 |
| 1/22/2024 | Guye, Helena M. | Revise Motion for Default Judgment. | 3.80 | $1,098.20 |
| 1/23/2024 | Guye, Helena M. | Revise Motion for Default Judgment. | 5.80 | $1,676.20 |
| 1/23/2024 | Kroll, Howard A. | Revise Motion for Default Judgment. | 7.70 | $5,595.98 |
| 1/24/2024 | Sindelar, Jeffrey C. | Analyze draft of motion for default judgment. | 0.30 | $112.97 |
| 1/24/2024 | Steele, David J. | Prepare for conference with Meta litigation team regarding | 0.40 | $281.86 |
| 1/24/2024 | Guye, Helena M. | Review | 0.40 | $115.60 |
| 1/25/2024 | Steele, David J. | Conference with Meta litigation team regarding | 0.80 | $563.72 |
| 1/25/2024 | Kroll, Howard A. | Revise Motion for Default Judgment. | 2.20 | $1,598.85 |
| 1/25/2024 | Guye, Helena M. | Revise Motion for Default Judgment. | 6.10 | $1,762.90 |
| 1/26/2024 | Kroll, Howard A. | Revise proposed Default Judgment. | 1.20 | $872.10 |
| 1/26/2024 | Kroll, Howard A. | Revise motion for default judgment | 4.40 | $3,197.70 |
| 1/26/2024 | Guye, Helena M. | Revise Motion for Default Judgment. | 4.90 | $1,416.10 |
| 1/29/2024 | Steele, David J. | Research | 0.40 | $281.86 |
| 1/29/2024 | Guye, Helena M. | Revise Motion for Default Judgment. | 2.30 | $664.70 |
| 1/29/2024 | Kroll, Howard A. | Revise Motion for Default Judgment. | 4.00 | $2,907.00 |
| 1/30/2024 | Lauridsen, Steven E. | Analyze translated copy of 35.CN's name change document. | 0.30 | $182.58 |
| 1/30/2024 | Steele, David J. | Analysis of Defendant's Gong's sale of share of 35.cn's. | 0.60 | $422.79 |
| 1/30/2024 | Kroll, Howard A. | Analyze | 1.20 | $872.10 |
| 1/30/2024 | Lauridsen, Steven E. | Further analyze | 1.40 | $852.04 |
| 1/30/2024 | Guye, Helena M. | Research | 1.60 | $462.40 |
| 1/30/2024 | Kroll, Howard A. | Revise proposed Default Judgment. | 2.40 | $1,744.20 |
| 1/30/2024 | Kroll, Howard A. | Revise Motion for Default Judgment. | 4.30 | $3,125.03 |
| 1/30/2024 | Sindelar, Jeffrey C. | Revise memorandum in support of motion for default judgment. | 6.80 | $2,560.54 |
| 1/31/2024 | Steele, David J. | Correspondence with Meta Litigation team regarding | 0.30 | $211.40 |
| 1/31/2024 | Kroll, Howard A. | Revise Declaration of Helena Guye. | 0.80 | $581.40 |
| 1/31/2024 | Guye, Helena M. | Finalize motion for default judgment. | 4.70 | $1,358.30 |
| 1/31/2024 | Kroll, Howard A. | Revise Motion for Default Judgment. | 6.70 | $4,869.23 |
| | | **Totals** | **257.50** | **$130,989.80** |