# EXHIBIT 22

Meta v. OnlineNIC (TE No. 015949-007)
Analyzing/responding to Defendants' filings in response to the Motion for Default Judgment

| Worked Date | Time Keeper | Time Narrative | Sum of Bill Hours | Sum of Bill Amount |
|---|---|---|---|---|
| 2/12/2024 | Lauridsen, Steven E. | Communicate with opposing counsel regarding default judgment motion briefing schedule. | 0.2 | $ 121.72 |
| 2/12/2024 | Steele, David J. | Correspondence with K. Kronenberger regarding stipulating to a 2 week extension of time for 35.cn to file it's opposition to Meta's proposed judgment. | 0.3 | $ 211.40 |
| 2/12/2024 | Kroll, Howard A. | Review correspondence from K. Kronenberger requesting a 2 week extension of time to file 35.CN's opposition to Meta's motion for default judgment. | 0.3 | $ 218.03 |
| 2/13/2024 | Steele, David J. | Correspondence with ▓▓▓ regarding ▓▓▓ | 0.3 | $ 211.40 |
| 2/13/2024 | Kroll, Howard A. | Draft email to K. Kronenberger re 35.CN's request to extend the time to file its opposition to Meta's motion for default judgment. | 0.3 | $ 218.03 |
| 2/14/2024 | Guye, Helena M. | Review 35.cn's request for 2-week extension to briefing schedule. | 0.5 | $ 144.50 |
| 2/14/2024 | Kroll, Howard A. | Analyze potential acceptable dates for new briefing schedule, including new date for hearing on motion for default judgment. | 0.7 | $ 508.73 |
| 2/15/2024 | Lauridsen, Steven E. | Communicate with opposing counsel regarding default judgment briefing. | 0.3 | $ 182.58 |
| 2/15/2024 | Steele, David J. | Conference with K. Kronenberger regarding 35.cn's request for extension of time and related new dates. | 0.5 | $ 352.33 |
| 2/15/2024 | Guye, Helena M. | Call with K. Kronenberger regarding 35.cn's request for 2-week extension to briefing schedule. | 0.6 | $ 173.40 |
| 2/15/2024 | Kroll, Howard A. | Conference with opposing counsel re extensions of time relating to Meta's motion for default judgment. | 0.6 | $ 436.05 |
| 2/16/2024 | Steele, David J. | Review 35.cn's request for extension of time including related new dates. | 0.2 | $ 140.93 |
| 2/16/2024 | Kroll, Howard A. | Review administrative motion to extend time to file default judgment brief. | 0.3 | $ 218.03 |
| 2/16/2024 | Steele, David J. | Correspondence with K. Kronenberger regarding 35.cn's draft request for extension of time and related new dates. | 0.5 | $ 352.33 |
| 2/20/2024 | Lauridsen, Steven E. | Review order granting 35.CN's administrative motion to amend briefing schedule on motion for default judgment. | 0.2 | $ 121.72 |
| 2/20/2024 | Lauridsen, Steven E. | Report ▓▓▓ | 0.2 | $ 121.72 |
| 2/20/2024 | Lauridsen, Steven E. | Review 35.CN's administrative motion to amend briefing schedule on motion for default judgment. | 0.3 | $ 182.58 |
| 2/20/2024 | Steele, David J. | Review Order from court setting dates for Defendants' Reply and hearing on Motion. | 0.3 | $ 211.40 |
| 2/20/2024 | Kroll, Howard A. | Review Court Order amending default judgment briefing schedule. | 0.4 | $ 290.70 |
| 2/22/2024 | Steele, David J. | Telephone conference with ▓▓▓ regarding ▓▓▓ | 0.2 | $ 140.93 |
| 2/26/2024 | Steele, David J. | Correspondence with P. Narancic regarding OnlineNIC's request for extension to join 35.cn's opposition. | 0.2 | $ 140.93 |
| 2/27/2024 | Steele, David J. | Correspondence with ▓▓▓ regarding ▓▓▓ | 0.2 | $ 140.93 |
| 2/27/2024 | Steele, David J. | Correspondence with P. Narancic regarding OnlineNIC's request for extension of time to oppose. | 0.2 | $ 140.93 |
| 2/27/2024 | Kroll, Howard A. | Review correspondence from counsel for OnlineNIC requesting extension of time to join in opposition to motion for default. | 0.3 | $ 218.03 |
| 2/28/2024 | Lauridsen, Steven E. | Analyze OnlineNIC Defendants' motion to extend time to oppose motion for default judgment. | 0.2 | $ 121.72 |
| 3/13/2024 | Lauridsen, Steven E. | Report ▓▓▓ | 0.2 | $ 121.72 |
| 3/13/2024 | Lauridsen, Steven E. | Review OnlineNIC Defendants' notice of joinder in 35.CN's opposition. | 0.2 | $ 121.72 |
| 3/13/2024 | Lauridsen, Steven E. | Report ▓▓▓ | 0.2 | $ 121.72 |
| 3/13/2024 | Steele, David J. | Review 35.CNs Opposition to Motion for Default. | 1.4 | $ 986.51 |
| 3/13/2024 | Guye, Helena M. | Analyze 35.CN's Opposition to Motion for Default Judgment. | 2.2 | $ 635.80 |
| 3/13/2024 | Kroll, Howard A. | Review 35.CN's opposition to motion for default judgment, including Declaration of Karl Kronenberger. | 3.8 | $ 2,761.65 |
| 3/14/2024 | Steele, David J. | Review Court's Notice regarding OnlineNIC's filing. | 0.2 | $ 140.93 |
| 3/14/2024 | Sindelar, Jeffrey C. | Analyze ▓▓▓ | 2.4 | $ 903.72 |
| 3/14/2024 | Kroll, Howard A. | Review 35.CN's opposition to motion for default judgment, including Declaration of Karl Kronenberger. | 4.4 | $ 3,197.70 |
| 3/15/2024 | Guye, Helena M. | Analyze 35.CN's Opposition to Motion for Default Judgment. | 0.7 | $ 202.30 |
| 3/15/2024 | Roumiantseva, Dina | Prepare arguments in response to 35.CN's opposition to motion for default judgment | 2.2 | $ 1,028.50 |
| 3/15/2024 | Steele, David J. | Analysis of 35.cn's Opposition to Meta's Motion for Default Judgment. | 2.3 | $ 1,620.70 |
| 3/15/2024 | Lauridsen, Steven E. | Further analysis of 35.CN's opposition to motion for default judgment. | 2.8 | $ 1,704.08 |
| 3/15/2024 | Kroll, Howard A. | Analyze potential responses to 35.CN's opposition to motion for default judgment. | 3.7 | $ 2,688.98 |
| 3/16/2024 | Steele, David J. | Prepare Reply in support of Meta's Motion for Default Judgment. | 1.9 | $ 1,338.84 |
| 3/16/2024 | Guye, Helena M. | Analyze 35.CN's Opposition to Motion for Default Judgment. | 2.2 | $ 635.80 |
| 3/16/2024 | Kroll, Howard A. | Analyze potential responses to 35.CN's opposition to motion for default judgment. | 3.8 | $ 2,761.65 |
| 3/17/2024 | Guye, Helena M. | Prepare outline for reply in support of motion for default judgment. | 2.7 | $ 780.30 |
| 3/17/2024 | Kroll, Howard A. | Analyze potential arguments to use in reply in support of Meta's motion for default judgment. | 4.9 | $ 3,561.08 |
| 3/18/2024 | Guye, Helena M. | Draft outline for Reply in support of Motion for Default Judgment. | 7.6 | $ 2,196.40 |
| 3/18/2024 | Kroll, Howard A. | Draft outline of reply in support of motion for default judgment. | 9.3 | $ 6,758.78 |
| 3/19/2024 | Lauridsen, Steven E. | Assist in preparation of outline for reply in support of motion for default judgment. | 1.9 | $ 1,156.34 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 3/19/2024 | Guye, Helena M. | Draft outline of reply in support of motion for default judgment. | 6.4 | $1,849.60 |
| 3/19/2024 | Kroll, Howard A. | Revise outline of reply in support of motion for default judgment. | 6.6 | $4,796.55 |
| 3/20/2024 | Steele, David J. | Prepare for conference with Meta litigation team regarding [redacted] | 0.5 | $352.33 |
| 3/21/2024 | Kroll, Howard A. | Conference with Meta litigation team re [redacted] | 0.5 | $363.38 |
| 3/21/2024 | Guye, Helena M. | Revise outline of reply in support of motion for default judgment. | 1.1 | $317.90 |
| 3/21/2024 | Steele, David J. | Conference with Meta litigation team regarding [redacted] | 1.2 | $845.58 |
| 3/21/2024 | Kroll, Howard A. | Draft reply in support of motion for default judgment. | 2.2 | $1,598.85 |
| 3/21/2024 | Guye, Helena M. | Research [redacted] | 2.4 | $693.60 |
| 3/22/2024 | Kroll, Howard A. | Draft reply in support of motion for default judgment. | 4.9 | $3,561.08 |
| 3/24/2024 | Guye, Helena M. | Draft reply section regarding attorneys' fees. | 1.9 | $549.10 |
| 3/24/2024 | Guye, Helena M. | Research [redacted] | 6.6 | $1,907.40 |
| 3/24/2024 | Kroll, Howard A. | Draft reply in support of motion for default judgment. | 10.8 | $7,848.90 |
| 3/25/2024 | Kroll, Howard A. | Draft reply in support of motion for default judgment. | 9.4 | $6,831.45 |
| 3/25/2024 | Guye, Helena M. | Draft reply section regarding attorneys' fees. | 11.3 | $3,265.70 |
| 3/26/2024 | Lauridsen, Steven E. | Assist in preparation of reply in support of motion for default judgment. | 1.3 | $791.18 |
| 3/26/2024 | Guye, Helena M. | Revise reply in support of motion for default judgment. | 6.4 | $1,849.60 |
| 3/26/2024 | Kroll, Howard A. | Revise reply in support of motion for default judgment. | 16.6 | $12,064.05 |
| 3/27/2024 | Roumiantseva, Dina | Revise draft reply in support of motion for default judgment | 2.1 | $981.75 |
| 3/27/2024 | Guye, Helena M. | Revise reply in support of motion for default judgment. | 12.1 | $3,496.90 |
| 3/27/2024 | Kroll, Howard A. | Revise reply in support of motion for default judgment. | 13.3 | $9,665.78 |
| 3/28/2024 | Roumiantseva, Dina | Work on reply in support of motion for default judgment | 1.0 | $467.50 |
| 3/28/2024 | Sindelar, Jeffrey C. | Revise draft reply brief in support of default judgment against Defendants. | 1.5 | $564.83 |
| 3/28/2024 | Sindelar, Jeffrey C. | Review draft of reply brief in support of default judgment against Defendants to provide suggested revisions. | 2.2 | $828.41 |
| 3/28/2024 | Steele, David J. | Revise draft Reply ISO Motion for default judgment. | 2.3 | $1,620.70 |
| 3/28/2024 | Lauridsen, Steven E. | Revise reply in support of motion for default judgment. | 4.4 | $2,677.84 |
| 3/28/2024 | Guye, Helena M. | Revise reply in support of motion for default judgment. | 7.2 | $2,080.80 |
| 3/28/2024 | Kroll, Howard A. | Revise reply in support of motion for default judgment. | 9.7 | $7,049.48 |
| 4/2/2024 | Kroll, Howard A. | Revise reply in support of motion for default judgment. | 7.2 | $5,232.60 |
| 4/3/2024 | Kroll, Howard A. | Revise reply in support of motion for default judgment. | 8.2 | $5,959.35 |
| 4/4/2024 | Guye, Helena M. | Revise reply in support of motion for default judgment. | 12.3 | $3,554.70 |
| 4/4/2024 | Kroll, Howard A. | Revise reply in support of motion for default judgment. | 14.7 | $10,683.23 |
| 4/5/2024 | Guye, Helena M. | Revise reply in support of motion for default judgment. | 1.7 | $491.30 |
| 4/9/2024 | Guye, Helena M. | Revise reply in support of motion for default judgment. | 1.7 | $491.30 |
| 4/10/2024 | Guye, Helena M. | Revise reply in support of motion for default judgment. | 11.8 | $3,410.20 |
| 4/10/2024 | Kroll, Howard A. | Revise reply in support of motion for default judgment. | 14.4 | $10,465.20 |
| 4/11/2024 | Guye, Helena M. | Finalize and file Reply in support of Motion for Default Judgment. | 5.9 | $1,705.10 |
| 4/11/2024 | Kroll, Howard A. | Revise reply in support of motion for default judgment. | 6.6 | $4,796.55 |
| | | **Totals** | **299.70** | **$166,456.04** |