# EXHIBIT 23

**Meta v. OnlineNIC (TE No. 015949-007)**
**Prepare for and attend hearing on Motion for Default Judgment**

| Worked Date | Time Keeper | Time Narrative | Sum of Bill Hours | Sum of Bill Amount |
|---|---|---|---|---|
| 12/5/2023 | Lauridsen, Steven E. | Review Clerk's notice advancing CMC. | 0.2 | $ 121.72 |
| 12/5/2023 | Lauridsen, Steven E. | Report Clerk's notice advancing CMC. | 0.2 | $ 121.72 |
| 12/5/2023 | Steele, David J. | Review Order from court Advancing CMC hearing time. | 0.2 | $ 140.93 |
| 12/6/2023 | Lauridsen, Steven E. | Review order further advancing December 8, 2023 case management conference to 10:30 a.m. | 0.2 | $ 121.72 |
| 12/6/2023 | Lauridsen, Steven E. | Report ████████████████████████████████████████ | 0.2 | $ 121.72 |
| 12/6/2023 | Lauridsen, Steven E. | Communicate with courtroom deputy clerk as ordered by the Court concerning attendance at the forthcoming case management conference. | 0.2 | $ 121.72 |
| 12/6/2023 | Steele, David J. | Review Order further advancing hearing re damages. | 0.2 | $ 140.93 |
| 12/6/2023 | Sindelar, Jeffrey C. | Analyze ████ | 0.5 | $ 188.28 |
| 12/6/2023 | Sindelar, Jeffrey C. | Analyze ██████████ | 0.7 | $ 263.59 |
| 12/6/2023 | Sindelar, Jeffrey C. | Analyze ██████ | 0.9 | $ 338.90 |
| 12/6/2023 | Lauridsen, Steven E. | Analyze ████████████ | 2.7 | $ 1,643.22 |
| 12/7/2023 | Kroll, Howard A. | Draft correspondence to counsel for 35.CN re his proposal to cancel the Case Management Conference. | 0.3 | $ 218.03 |
| 12/7/2023 | Kroll, Howard A. | Prepare for Case Management Conference. | 5.3 | $ 3,851.78 |
| 12/8/2023 | Lauridsen, Steven E. | Prepare for hearing on default judgment. | 0.3 | $ 182.58 |
| 12/8/2023 | Sindelar, Jeffrey C. | Attend hearing on default judgment. | 0.3 | $ 112.97 |
| 12/8/2023 | Kroll, Howard A. | Conference with Meta team re ████████████ | 0.4 | $ 290.70 |
| 12/8/2023 | Steele, David J. | Attend hearing regarding damages. | 0.6 | $ 422.79 |
| 12/8/2023 | Steele, David J. | Conference with Meta litigation team regarding ██████ | 0.6 | $ 422.79 |
| 12/8/2023 | Guye, Helena M. | Attend Case Management Conference. | 0.6 | $ 173.40 |
| 12/8/2023 | Lauridsen, Steven E. | Participate in hearing on entry of default judgment. | 0.7 | $ 426.02 |
| 12/8/2023 | Lauridsen, Steven E. | ████████████ | 0.7 | $ 426.02 |
| 12/8/2023 | Kroll, Howard A. | Attend Case Management Conference. | 0.8 | $ 581.40 |
| 12/8/2023 | Roumiantseva, Dina | Attend hearing before Judge Illston. | 1.0 | $ 467.50 |
| 12/8/2023 | Roumiantseva, Dina | Conference with Meta team regarding ██████ | 1.0 | $ 467.50 |
| 12/8/2023 | Steele, David J. | Prepare for hearing regarding damages. | 1.8 | $ 1,268.37 |
| 12/11/2023 | Lauridsen, Steven E. | Order transcript for case management statement. | 0.2 | $ 121.72 |
| 12/11/2023 | Steele, David J. | Review Minute Entry for hearing. | 0.2 | $ 140.93 |
| 12/11/2023 | Lauridsen, Steven E. | Report ████████████ | 0.4 | $ 243.44 |
| 12/28/2023 | Steele, David J. | Review ECF notice regarding hearing transcript. | 0.2 | $ 140.93 |
| 12/29/2023 | Lauridsen, Steven E. | Review ECF Notice releasing transcript for 2023-12-08 CMC. | 0.2 | $ 121.72 |
| 12/29/2023 | Lauridsen, Steven E. | Communication with Meta lega team regarding ██████ | 0.2 | $ 121.72 |
| 12/29/2023 | Lauridsen, Steven E. | Communicate with court reporter supervisor regarding missing transcript despite order for 2023-12-08 CMC. | 0.3 | $ 182.58 |
| 12/29/2023 | Steele, David J. | Review transcript from Dec. 8, 2023 hearing. | 0.3 | $ 211.40 |
| 12/29/2023 | Lauridsen, Steven E. | Analyze 2023-12-08 CMC transcript. | 0.4 | $ 243.44 |
| 2/20/2024 | Lauridsen, Steven E. | Analyze ████ | 0.3 | $ 182.58 |
| 2/25/2024 | Steele, David J. | Correspondence with ██████ regarding ████████████ | 0.2 | $ 140.93 |
| 3/21/2024 | Kroll, Howard A. | Correspondence with opposing counsel requesting in-person hearing for motion for default judgment. | 0.2 | $ 145.35 |
| 3/21/2024 | Steele, David J. | Correspondence with K. Kronenberger regarding moving the hearing to in-person. | 0.2 | $ 140.93 |
| 3/22/2024 | Steele, David J. | Correspondence with K. Kronenberger regarding 35.cn's moving the hearing to in-person. | 0.2 | $ 140.93 |
| 3/22/2024 | Kroll, Howard A. | Revise stipulation for in-court hearing on motion for default judgment. | 0.4 | $ 290.70 |
| 3/22/2024 | Guye, Helena M. | Prepare joint stipulation for in-person hearing. | 1.3 | $ 375.70 |
| 3/25/2024 | Guye, Helena M. | Report ████████ | 0.3 | $ 86.70 |
| 04/03/2024 | Guye, Helena M. | Research ████ | 3.8 | $ 1,098.20 |
| 04/16/2024 | Steele, David J. | Correspondence with ██████ regarding ████████████ | 0.3 | $ 211.40 |
| 04/25/2024 | Kroll, Howard A. | Prepare for oral argument on Motion for Default Judgment. | 3.8 | $ 2,761.65 |
| 04/26/2024 | Kroll, Howard A. | Prepare for oral argument on Motion for Default Judgment. | 3.6 | $ 2,616.30 |
| 04/28/2024 | Kroll, Howard A. | Prepare for oral argument on Motion for Default Judgment. | 6.3 | $ 4,578.53 |
| 04/28/2024 | Guye, Helena M. | Research ████ | 1.3 | $ 375.70 |
| 04/29/2024 | Kroll, Howard A. | Prepare for oral argument on Motion for Default Judgment. | 3.4 | $ 2,470.95 |
| 04/30/2024 | Lauridsen, Steven E. | Analyze court's order regarding hearing on permanent injunction's scope. | 0.2 | $ 121.72 |
| 04/30/2024 | Guye, Helena M. | Analyze Court's order regarding scope of permanent injunction. | 0.9 | $ 260.10 |
| 04/30/2024 | Guye, Helena M. | Meet and confer with K. Kronenberger regarding line edits to permanent injunction. | 0.5 | $ 144.50 |
| 04/30/2024 | Kroll, Howard A. | Analyze Court order requesting the parties to discuss revisions to proposed Permanent Injunction. | 1.2 | $ 872.10 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 04/30/2024 | Kroll, Howard A. | Conference with Meta litigation team re [redacted] | 0.5 | $ 363.38 |
| 04/30/2024 | Kroll, Howard A. | Prepare for oral argument on Motion for Default Judgment. | 3.9 | $ 2,834.33 |
| 05/01/2024 | Lauridsen, Steven E. | Analyze proposed injunction language per court order in anticipation of meet and confer. | 0.3 | $ 182.58 |
| 05/01/2024 | Lauridsen, Steven E. | Communicate with opposing counsel regarding proposed injunction. | 0.2 | $ 121.72 |
| 05/01/2024 | Lauridsen, Steven E. | Communicate with [redacted] regarding [redacted] | 0.2 | $ 121.72 |
| 05/01/2024 | Lauridsen, Steven E. | Analyze proposed injunction language [redacted] | 0.3 | $ 182.58 |
| 05/01/2024 | Kroll, Howard A. | Review [redacted] | 4.3 | $ 3,125.03 |
| 05/01/2024 | Guye, Helena M. | Assist with preparation for oral argument on hearing on motion for default judgment. | 1.6 | $ 462.40 |
| 05/01/2024 | Guye, Helena M. | Revise preliminary injunction in light of Court's Order. | 0.3 | $ 86.70 |
| 05/01/2024 | Kroll, Howard A. | Revise proposed permanent injunction. | 1.6 | $ 1,162.80 |
| 05/01/2024 | Steele, David J. | Prepare for hearing on Motion for Summary Judgment. | 2.6 | $ 1,832.09 |
| 05/01/2024 | Steele, David J. | Prepare revisions to Paragraph 91 of Proposed Final Judgement per court's Order. | 1.1 | $ 775.12 |
| 05/02/2024 | Lauridsen, Steven E. | Analyze default judgment briefing [redacted] | 0.7 | $ 426.02 |
| 05/02/2024 | Lauridsen, Steven E. | Participate in [redacted] | 1.6 | $ 973.76 |
| 05/02/2024 | Lauridsen, Steven E. | Meet and confer with opposing counsel regarding revisions to proposed default judgment. | 0.9 | $ 547.74 |
| 05/02/2024 | Lauridsen, Steven E. | Revise proposed default judgment based on conference of counsel with Defendants. | 0.6 | $ 365.16 |
| 05/02/2024 | Guye, Helena M. | Attend [redacted] | 2.0 | $ 578.00 |
| 05/02/2024 | Kroll, Howard A. | Attend [redacted] | 2.2 | $ 1,598.85 |
| 05/02/2024 | Kroll, Howard A. | Conference with opposing counsel re revisions to proposed permanent injunction. | 1.5 | $ 1,090.13 |
| 05/02/2024 | Guye, Helena M. | Conference with opposing counsel to discuss revisions to preliminary injunction in light of Court's Order | 1.5 | $ 433.50 |
| 05/02/2024 | Kroll, Howard A. | Prepare for oral argument in support of motion for default judgment. | 2.9 | $ 2,107.58 |
| 05/02/2024 | Guye, Helena M. | Review documents for reference at hearing on motion for default judgment. | 0.9 | $ 260.10 |
| 05/02/2024 | Sindelar, Jeffrey C. | Attend [redacted] | 0.9 | $ 338.90 |
| 05/02/2024 | Steele, David J. | Prepare revisions to Paragraph 91 of Proposed Final Judgement. | 0.5 | $ 352.33 |
| 05/02/2024 | Steele, David J. | Meet and confer with opposing counsel per court's Order to revise Paragraph 91 of Proposed Final Judgement. | 1.6 | $ 1,127.44 |
| 05/02/2024 | Steele, David J. | Prepare for hearing on Motion for Summary Judgment. | 2.9 | $ 2,043.49 |
| 05/02/2024 | Steele, David J. | Correspondence with Meta litigation team regarding [redacted] | 0.3 | $ 211.40 |
| 05/02/2024 | Steele, David J. | Correspondence with K. Kronenberger and P. Narancic regarding draft revisions to Paragraph 91 of Proposed Final Judgement. | 0.2 | $ 140.93 |
| 05/02/2024 | Roumiantseva, Dina | Meet with Meta team [redacted] | 2.0 | $ 935.00 |
| 05/02/2024 | Roumiantseva, Dina | Prepare for hearing on motion for default judgment | 1.6 | $ 748.00 |
| 05/03/2024 | Lauridsen, Steven E. | Prepare revised proposed default judgment. | 0.4 | $ 243.44 |
| 05/03/2024 | Lauridsen, Steven E. | Prepare notice of lodging revised proposed default judgment. | 0.2 | $ 121.72 |
| 05/03/2024 | Lauridsen, Steven E. | Report [redacted] | 0.2 | $ 121.72 |
| 05/03/2024 | Lauridsen, Steven E. | Review civil minutes for hearing on motion for default judgment. | 0.2 | $ 121.72 |
| 05/03/2024 | Lauridsen, Steven E. | Review notice of name change filed by 35.CN. | 0.2 | $ 121.72 |
| 05/03/2024 | Lauridsen, Steven E. | Analyze order granting motion for default judgment. | 0.4 | $ 243.44 |
| 05/03/2024 | Lauridsen, Steven E. | Report [redacted] | 0.2 | $ 121.72 |
| 05/03/2024 | Kroll, Howard A. | Prepare for oral argument on Motion for Default Judgment. | 2.7 | $ 1,962.23 |
| 05/03/2024 | Guye, Helena M. | Assist with preparation for oral arguments on motion for default judgment. | 2.1 | $ 606.90 |
| 05/03/2024 | Kroll, Howard A. | Attend hearing on motion for default judgment. | 1.2 | $ 872.10 |
| 05/03/2024 | Guye, Helena M. | Attend hearing on motion for default judgment. | 1.2 | $ 346.80 |
| 05/03/2024 | Guye, Helena M. | Conference with Meta litigation team regarding [redacted] | 0.9 | $ 260.10 |
| 05/03/2024 | Kroll, Howard A. | Conference with Meta litigation team re [redacted] | 1.2 | $ 872.10 |
| 05/03/2024 | Kroll, Howard A. | Analyze court order granting motion for default judgment. | 2.6 | $ 1,889.55 |
| 05/03/2024 | Guye, Helena M. | Analyze Court's Order granting default judgment. | 2.6 | $ 751.40 |
| 05/03/2024 | Steele, David J. | Attend hearing on Motion for Summary Judgment. | 1.6 | $ 1,127.44 |
| 05/03/2024 | Steele, David J. | Analysis of Court's Order regarding Judgment. | 1.8 | $ 1,268.37 |
| 05/03/2024 | Steele, David J. | Meet and confer with opposing counsel per court's Order to revise Paragraph 91 of Proposed Final Judgement. | 0.7 | $ 493.26 |
| 05/03/2024 | Steele, David J. | Conference with Meta litigation team regarding [redacted] | 1.6 | $ 1,127.44 |
| 05/03/2024 | Roumiantseva, Dina | Attend hearing on motion for default judgment | 3.1 | $ 1,449.25 |
| 05/03/2024 | Roumiantseva, Dina | Meet with Meta team [redacted] | 1.2 | $ 561.00 |
| 05/03/2024 | Roumiantseva, Dina | Analyze court order on default judgment | 0.4 | $ 187.00 |
| 05/03/2024 | Roumiantseva, Dina | Analyze Judge Illston's prior orders on attorneys' fees | 2.1 | $ 981.75 |
| 05/05/2024 | Steele, David J. | Review attorneys' fees for Motion for attorneys fees per court's order. | 0.8 | $ 563.72 |
| 05/05/2024 | Steele, David J. | Further analysis of Court's Order regarding proper scope of attorneys' fee award. | 0.6 | $ 422.79 |
| 05/06/2024 | Guye, Helena M. | Analyze Court's Order granting motion for default judgment. | 0.3 | $ 86.70 |
| | | **Totals** | **123.60** | **$ 73,633.31** |