# Exhibit 24

Meta v. OnlineNIC (TE No. 015949-007)
Costs

| Work Date | Description | Sum of Bill Amount |
|---|---|---|
| 10/30/2019 | Third Party Cost Filing Fees - [redacted] 10/28/2019 - Filing Fee | $ 400.00 |
| 11/06/2019 | Third Party Cost Filing Fees - [redacted] 10/30/19 - Hong Kong Hague service fee | $ 595.00 |
| 11/06/2019 | Third Party Cost Filing Fees - [redacted] 11/01/19 - Domain ID Shield Service Co. | $ 100.00 |
| 07/20/2021 | Third Party Cost Amanda Lin; INV: 5:19-CV-07071-SVK - 07/20/21 RE: Fees for Interpreter: Amanda Lin. | $ 5,600.00 |
| 07/21/2021 | Third Party Cost - Veritext LLC -Deposition of Witness: PMQ, Carrie Yu, Volume I. | $ 3,976.60 |
| 07/21/2021 | Third Party Cost - Veritext LLC -Deposition of Witness: PMQ, Carrie Yu, Volume II. | $ 4,904.00 |
| 08/12/2021 | Third Party Cost - Veritext LLC -Witness: (CXLD) Carrie Yu. | $ 1,208.90 |
| 08/12/2021 | Third Party Cost - Veritext LLC -Witness: (CXLD) Carrie Yu; Video - Cancellation. | $ 395.00 |
| 08/20/2021 | Third Party Cost - Veritext LLC -Witness: PMQ, Carrie Yu, Volume I. | $ 1,988.00 |
| 08/24/2021 | Third Party Cost - Veritext LLC -Witness: PMQ, Carrie Yu, Volume II. | $ 1,988.00 |
| 08/25/2021 | Third Party Cost - Veritext LLC -Cancellation of Reporting Services; Concierge Tech Support; Exhibit Share Cancellation. | $ 945.00 |
| 08/26/2021 | Third Party Cost - Veritext LLC -Witness: Domain ID Shield Service Co., Limited. | $ 395.00 |
| 10/08/2021 | Third Party Cost - Crowe Foreign Services -Fees for professional services rendered re service of 35.CN | $ 1,050.00 |
| 10/13/2021 | Third Party Cost - Veritext LLC - Witness: Carrie Yu - Concierge Tech Support | $ 150.00 |
| Grand Total | | $ 23,695.50 |