UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>    Defendants. | Case No. 3:19-cv-07071-SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>DATE: None (pursuant to Court order)<br>TIME: None (pursuant to Court order)<br><br>Hon. Susan Illston |

Plaintiffs Meta Platforms, Inc. (fka Facebook, Inc.) and Instagram LLC's (collectively, "Plaintiffs") Motion for Attorneys' Fees is before the Court. Having considered the applicable law and the arguments of the parties, and finding that Plaintiffs' request for fees and costs is reasonable,

**IT IS HEREBY ORDERED** that Plaintiffs' motion is **GRANTED** and that Plaintiffs are awarded $2,201,992.25 in attorneys' fees as well as $51,045.16 in costs.

**IT IS FURTHER ORDERED** that Defendants Leascend Technology Co., Ltd. fka Xiamen 35.com Internet Technology Co., Ltd.; OnlineNIC Inc.; and Domain ID Shield Service Co., Limited are jointly and severally liable for the award of fees and costs to Plaintiffs.

**IT IS SO ORDERED.**

DATED: _____

_____
Susan Illston
United States District Judge