| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>Form CAND 133 (Rev. 10/2021) | **BILL OF COSTS**<br>*Please follow the instructions on page 3 when completing this form.* | **COURT USE ONLY**<br>OBJECTION DEADLINE:<br>OBJECTION FILED: YES ☐     No ☐ |
|---|---|---|
| 1. CASE NAME<br>FACEBOOK, INC. and INSTAGRAM, LLC v. ONLINENIC INC., DOMAIN ID SHIELD SERVICE CO., LIMITED, and XIAMEND 35.COM INTERNET TECHNOLOGY CO., LTD. | 2. CASE NUMBER<br>3:19-cv-07071-SI  —  3. DATE JUDGMENT ENTERED<br>May 3, 2024 pursuant to Order Granting Plaintiffs' Motion For Default Judgment (ECF No. 393) | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED<br>Defendants ONLINENIC INC., DOMAIN ID SHIELD SERVICE CO., LIMITED, and XIAMEND 35.COM INTERNET TECHNOLOGY CO., LTD. |
| 5. NAME OF CLAIMING PARTY<br>Plaintiffs FACEBOOK, INC. and INSTAGRAM, LLC | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE")<br>David J. Steele – SBN 209797<br>Howard A. Kroll – SBN 100987<br>Steven E. Lauridsen – SBN 246364 | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE<br>David.steele@tuckerellis.com     213.430.3400<br>Howard.kroll@tuckerellis.com     213.430.3400<br>Steven.lauridsen@tuckerellis.com  213.430.3400 |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:  (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason |
|---|---|---|---|---|---|
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | $400 | Declaration of David J. Steele in support of Plaintiffs' Motion for Attorneys' Fees, ¶ 21 and Exhibit 24 to the Declaration | | | |
| Service of Process, Civil LR 54-3(a)(2) | $1,745 | Declaration of David J. Steele in support of Plaintiffs' Motion for Attorneys' Fees ¶ 21, and Exhibit 24 to the Declaration | | | |
| **b. REPORTERS' TRANSCRIPTS** | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | | | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | | | | | |
| **c. DEPOSITIONS** | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | $20,605.50 | Declaration of David J. Steele in support of Plaintiffs' Motion for Attorneys' Fees ¶ 21, and Exhibit 24 to the Declaration | | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | | | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | $945 | Declaration of David J. Steele in support of Plaintiffs' Motion for Attorneys' Fees ¶ 21, and Exhibit 24 to the Declaration | | | |
| **d. REPRODUCTION, EXEMPLIFICATION** | | | | | |
| Government records, Civil LR 54-3(d)(1) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | $27,349.66 | Declaration of David J. Steele in support of Plaintiffs' Motion for Attorneys' Fees ¶ 21, and Exhibit 25 to the Declaration | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | | | | | |
| Visual aids, Civil LR 54(d)(5) | | | | | |
| **e. WITNESS FEES AND EXPENSES** | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | | | | | |
| **f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS** | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | | | | | |
| Court-appointed experts, 28 USC § 1920(6) | | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | | | | | |
| **g. MISCELLANEOUS COSTS** | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | | | | | |
| **TOTAL AMOUNT** | $51,045.16 | Declaration of David J. Steele in support of Plaintiffs' Motion for Attorneys' Fees, ¶ 21 and Exhibits 24 and 25 to the Declaration | $ 0.00 | $ 0.00 | |

9. ADDITIONAL COMMENTS, NOTES, ETC:

10. **AFFIDAVIT PURSUANT TO 28 USC § 1924**: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
**Name of Attorney/Claiming Party**: David J. Steele for Plaintiffs
SIGNATURE: *[signature]*    DATE: May 17, 2024

11. Costs are taxed in the amount of _____ and included in the judgment.
Mark B. Busby
Clerk of Court
BY: _____ Deputy Clerk    DATE:

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | | |
|---|---|---|---|---|---|---|---|
| WITNESS NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
| | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| | | | | | | | |
| TOTAL WITNESS FEES/EXPENSES | | | | | | | $ 0.00 |