TUCKER ELLIS LLP
David J. Steele - SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen - SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone: 213.430.3400

Attorneys for Plaintiffs, META PLATFORMS, INC. f/k/a
FACEBOOK, INC. and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ONLINENIC INC., DOMAIN ID SHIELD SERVICE CO., LIMITED, and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>　　　　　　　Defendants. | Case No. 3:19-cv-07071-SI<br><br>**PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Hon. Susan Illston |

Counsel for Plaintiffs Meta Platforms, Inc., f/k/a Facebook, Inc., and Instagram, LLC ("Plaintiffs") learned on May 21, 2024, that certain confidential information, including (1) bank account numbers, (2) unit and rate figures, and (3) client/engagement numbers contained in Exhibit 25 to Plaintiffs' Motion for Attorneys' Fees (ECF No. 395-26), was inadvertently e-filed in this case. All of this information is proprietary to KPMG and therefore is not publicly available. Public disclosure of KPMG's specific unit and rate figures charged to Plaintiffs for services related to this litigation would cause competitive harm to KPMG. Public disclosure of KPMG's bank account numbers[1] and client/engagement numbers would create a potential security risk for KPMG and Plaintiffs. KPMG has therefore designated all of this information CONFIDENTIAL pursuant to the terms of the protective order entered in this action. ECF No. 35.

Accordingly, pursuant to this Court's procedures for removing a sensitive e-filed document from the public docket,[2] Plaintiffs submit this Motion and respectfully ask that the Court order ECF No. 395-26 permanently removed from ECF. Plaintiffs have already complied with the procedures for contacting the ECF Helpdesk when a sensitive document is inadvertently e-filed, and ECF No. 395-26 has been locked from further public view. Contemporaneously with this Motion, Plaintiffs are filing a corrected version of ECF No. 395-26, seeking to file the document under seal, with the inadvertently filed sensitive information redacted from public view.

DATED: May 23, 2024                                    Tucker Ellis LLP

                                                       By: /s/David J. Steele
                                                           David J. Steele
                                                           Howard A. Kroll
                                                           Steven E. Lauridsen
                                                           Attorneys for Plaintiffs,
                                                           META PLATFORMS, INC. (fka FACEBOOK, INC.) and INSTAGRAM, LLC

---

[1] The private bank account numbers are also covered by the privacy protections of Fed. R. Civ. P. 5.2.

[2] Available at: www.cand.uscourts.gov/cases-e-filing/cm-ecf/support-and-troubleshooting/correcting-e-filing-mistakes/ (last accessed May 23, 2024).