|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FACEBOOK, INC. and INSTAGRAM, LLC, | Case No. 3:19-cv-07071-SI |
| --- | --- |
| Plaintiffs, | **[PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |
| v. | |
| ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and DOES 1-20, | Hon. Susan Illston |
| Defendants. | |

The Court, having read and considered Plaintiffs' Motion to Remove Incorrectly Filed Document, and good cause appearing, **ORDERS** that the motion is **GRANTED**.

It is further **ORDERED** that ECF No. 395-26 be permanently removed from ECF.

**IT IS SO ORDERED.**

_____
Susan Illston
Unites States District Court Judge