TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:        213.430.3400
Facsimile:        213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC (fka FACEBOOK, INC.)
and INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI<br><br>**CORRECTED EXHIBIT 25 TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>[FILED UNDER SEAL]<br><br>Hon. Susan Illston |

Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis

TUCKER ELLIS LLP

Exhibit 25



| | Date: | May 12, 2021 |
|---|---|---|
| | Invoice #: | 7000308474 |

| Facebook, Inc. | Please Remit Payment To: | | |
|---|---|---|---|
| | U.S. Mail | ACH/Wire | Overnight Delivery |
| | KPMG LLP<br>Dept 0922<br>P. O. Box 120922<br>Dallas, TX 75312-0922<br><br>TIN: 13-5565207 | The Bank of New York Mellon<br>500 Ross St., Rm 0940<br>Pittsburgh, PA 15262<br>ABA# REDACTED<br>Acct# REDACTED<br>Swift Code REDACTED<br>Swift Code REDACTED<br>(Foreign/International) | Dallas Regional Lockbox<br>KPMG LLP, Lockbox 0922<br>1501 North Plano Rd.<br>Richardson, TX 75081<br>972-680-1900 |

| Partner Name: | David Shin | Client Number: | REDACTED | B.A. Number: | 8206 |
|---|---|---|---|---|---|
| Manager Name: | Holly D Tant | Engagement Number: | REDACTED | | |

| Description of Services | Amount |
|---|---|
| Billing for Professional Services related to OnlineNIC from 03/01/21 through 03/31/21. | |
| Fees: | $ 1,102.30   USD |
| Expenses: | $ 0.00   USD |

| Payment Terms: | Due Upon Receipt / On Delivery | Total: | $ 1,102.30   USD |
|---|---|---|---|

**Please be mindful of potential network intrusion and invoice scams via email. If you receive a subsequent invoice or email providing different payment instructions, please consider it fraudulent and contact your KPMG partner/manager by phone to validate the suspected invoice.**

KPMG LLP is a Delaware limited liability partnership,
the U.S. member firm of KPMG International Cooperative
("KPMG International"), a Swiss entity.

Please reference our invoice number
within your remittance



**Invoice #7000308474**
**May 12, 2021**

### OnlineNIC

**Summary of Services provided from 3/01/2021 through 3/31/2021**

| Description | Units | Rate | Amount |
|---|---|---|---|
| *Collection and Processing* | | | |
| **Data Conversion** | | | |
| Processing ▮ GB | REDACTED | REDACTED | 757.80 |
| **Data Conversion Total** | | | **757.80** |
| | | | |
| **Collection and Processing Total** | | | **757.80** |
| *Fees and Expenses* | | | |
| **Professional Fees (Hours)** | | | |
| Pardon, Valerie/Senior Associate | REDACTED | REDACTED | 344.50 |
| **Professional Fees (Hours) Total** | | | **344.50** |
| | | | |
| **Fees and Expenses Total** | | | **344.50** |

**Total Invoice Due:  $1,102.30**



**Invoice #7000308474**
**May 12, 2021**

## OnlineNIC

**Description of Hours**

**for services provided from 3/01/2021 through 3/31/2021**

<u>**Hours**</u>

*Pardon, Valerie/Senior Associate*

| | | Hours |
|---|---|---|
| 3/5/2021 | Coordination with Counsel re: new data for processing and next steps.  Prepare data summary report. | REDACTED |
| 3/31/2021 | Custom privileged metadata overlays per request of Counsel. | REDACTED |

**Total Invoice Hours:** REDACTED

| Matter Code | Matter Name | FB Evidence ID | Date Processing Request Received | Post-Processing Volume (GB) |
|---|---|---|---|---|
| FBK_LIT005 | OnlineNIC | ONIC-0000015 | 3/5/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000018 | 3/5/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000019 | 3/5/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000020 | 3/5/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000021 | 3/5/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000022 | 3/5/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000023 | 3/5/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000024 | 3/5/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000027 | 3/8/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000028 | 3/8/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000029 | 3/8/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000030 | 3/8/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000031 | 3/8/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000032 | 3/8/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000033 | 3/9/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000034 | 3/16/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000035 | 3/24/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000036 | 3/24/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000037 | 3/24/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000038 | 3/24/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000039 | 3/25/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000040 | 3/25/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000041 | 3/25/2021 | |



| | Date: | August 12, 2021 |
| --- | --- | --- |
| | Invoice #: | 7000319921 |

| Facebook, Inc. | Please Remit Payment To: | | |
| --- | --- | --- | --- |
| | U.S. Mail | ACH/Wire | Overnight Delivery |
| | KPMG LLP<br>Dept 0922<br>P. O. Box 120922<br>Dallas, TX 75312-0922<br><br>TIN: 13-5565207 | The Bank of New York Mellon<br>500 Ross St., Rm 0940<br>Pittsburgh, PA 15262<br>ABA# REDACTED<br>Acct# REDACTED<br>Swift Code REDACTED<br>Swift Code REDACTED<br>(Foreign/International) | Dallas Regional Lockbox<br>KPMG LLP, Lockbox 0922<br>1501 North Plano Rd.<br>Richardson, TX 75081<br>972-680-1900 |

| Partner Name: | David Shin | Client Number: | REDACTED | B.A. Number: | 8206 |
| --- | --- | --- | --- | --- | --- |
| Manager Name: | Holly D Tant | Engagement Number: | REDACTED | | |

| Description of Services | Amount | |
| --- | --- | --- |
| Billing for Professional Services related to OnlineNIC from 05/01/21 through 05/31/21. | | |
| | | |
| Fees: | $ 111.40 | USD |
| Expenses: | $ 0.00 | USD |

| Payment Terms: | Due Upon Receipt / On Delivery | Total: | $ 111.40 | USD |
| --- | --- | --- | --- | --- |

***Please be mindful of potential network intrusion and invoice scams via email.  If you receive a subsequent invoice or email providing different payment instructions, please consider it fraudulent and contact your KPMG partner/manager by phone to validate the suspected invoice.***

KPMG LLP is a Delaware limited liability partnership,
the U.S. member firm of KPMG International Cooperative
("KPMG International"), a Swiss entity.

Please  reference our  invoice number
within your remittance



**Invoice #7000319921**
**August 12, 2021**

**OnlineNIC**

**Summary of Services provided from 5/01/2021 through 5/31/2021**

| Description | Units | Rate | Amount |
|---|---|---|---|
| *Collection and Processing* | | | |
| **Data Conversion** | | | |
| Processing REDACTED GB | REDACTED | REDACTED | 5.40 |
| **Data Conversion Total** | | | **5.40** |
| | | | |
| **Collection and Processing Total** | | | **5.40** |
| | | | |
| *Fees and Expenses* | | | |
| **Professional Fees (Hours)** | | | |
| Pardon, Valerie/Senior Associate | REDACTED | REDACTED | 106.00 |
| **Professional Fees (Hours) Total** | | | **106.00** |
| | | | |
| **Fees and Expenses Total** | | | **106.00** |

**Total Invoice <u>Due:  $111.40</u>**



Invoice #7000319921
August 12, 2021

## OnlineNIC

### Description of Hours
#### for services provided from 5/01/2021 through 5/31/2021

**Hours**

*Pardon, Valerie/Senior Associate*
5/4/2021       Coordination with Counsel on production specifications.



**Total Invoice Hours:**

| Matter Code | Matter Name | FB Evidence ID | Date Processing Request Received | Post-Processing Volume (GB) |
|---|---|---|---|---|
| FBK_LIT005 | OnlineNIC | ONIC-0000043 | 5/20/2021 | REDACTED |



| | Date: | December 30, 2020 |
| --- | --- | --- |
| | Invoice #: | 8003392469 |

| Facebook, Inc. | Please Remit Payment To: | | |
| --- | --- | --- | --- |
| | U.S. Mail | ACH/Wire | Overnight Delivery |
| | KPMG LLP<br>Dept 0922<br>P. O. Box 120922<br>Dallas, TX 75312-0922<br><br>TIN: 13-5565207 | The Bank of New York Mellon<br>500 Ross St., Rm 0940<br>Pittsburgh, PA 15262<br>ABA# REDACTED<br>Acct# REDACTED<br>Swift Code REDACT REDACTED<br>Swift Code REDACTED<br>(Foreign/International) | Dallas Regional Lockbox<br>KPMG LLP, Lockbox 0922<br>1501 North Plano Rd.<br>Richardson, TX 75081<br>972-680-1900 |

| Partner Name: | David Shin | Client Number: | REDACTED | B.A. Number: | 8206 |
| --- | --- | --- | --- | --- | --- |
| Manager Name: | Holly D Tant | Engagement Number: | REDACTED | | |

| Description of Services | Amount | |
| --- | --- | --- |
| Billing for Professional Services related to OnlineNIC from 10/01/20 through 11/30/20. | | |
| | | |
| Fees: | $ 32.40 | USD |
| Expenses: | $ 0.00 | USD |

| Payment Terms: | Due Upon Receipt / On Delivery | Total: | $ 32.40 | USD |
| --- | --- | --- | --- | --- |

***Please be mindful of potential network intrusion and invoice scams via email. If you receive a subsequent invoice or email providing different payment instructions, please consider it fraudulent and contact your KPMG partner/manager by phone to validate the suspected invoice.***

KPMG LLP is a Delaware limited liability partnership, the U.S. member firm of KPMG International Cooperative ("KPMG International"), a Swiss entity.

Please reference our invoice number within your remittance



**Invoice #8003392469**
**December 30, 2020**

**OnlineNIC**

**Summary of Services provided from 10/01/2020 through 11/30/2020**

| Description | Units | Rate | Amount |
|---|---|---|---|
| *Collection and Processing* | | | |
| **Data Conversion** | | | |
| Processing REDACTED GB | REDACTED | REDACTED | 32.40 |
| **Data Conversion Total** | | | **32.40** |
| **Collection and Processing Total** | | | **32.40** |

**Total Invoice Due:  $32.40**

| Matter Code | Matter Name | FB ID | Date Requested | Post-Processing Volume |
|---|---|---|---|---|
| FBK_LIT005 | OnlineNIC | ONIC-0000001 | 11/19/2020 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000002 | 11/19/2020 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000003 | 11/30/2020 | REDACTED |



| | | Date: | January 22, 2021 |
| | | Invoice #: | 8003421659 |

| Facebook, Inc. | **Please Remit Payment To:** | | |
| | **U.S. Mail** | **ACH/Wire** | **Overnight Delivery** |
| | KPMG LLP<br>Dept 0922<br>P. O. Box 120922<br>Dallas, TX 75312-0922<br><br>TIN: 13-5565207 | The Bank of New York Mellon<br>500 Ross St., Rm 0940<br>Pittsburgh, PA 15262<br>ABA# REDACTED<br>Acct# REDACTED<br>Swift Code REDACTED<br>Swift Code REDACTED<br>(Foreign/International) | Dallas Regional Lockbox<br>KPMG LLP, Lockbox 0922<br>1501 North Plano Rd.<br>Richardson, TX 75081<br>972-680-1900 |

| Partner Name: | David Shin | Client Number: | REDACTED | B.A. Number: | 8206 |
| Manager Name: | Holly D Tant | Engagement Number: | REDACTED | | |

| **Description of Services** | **Amount** |
| --- | --- |
| Billing for Professional Services related to OnlineNIC from 12/01/20 through 12/31/20. | |
| Fees: | $ 230.40  USD |
| Expenses: | $ 0.00  USD |
| **Payment Terms:**   Due Upon Receipt / On Delivery    **Total:** | **$ 230.40  USD** |

***Please be mindful of potential network intrusion and invoice scams via email.  If you receive a subsequent invoice or email providing different payment instructions, please consider it fraudulent and contact your KPMG partner/manager by phone to validate the suspected invoice.***

KPMG LLP is a Delaware limited liability partnership,
the U.S. member firm of KPMG International Cooperative
("KPMG International"), a Swiss entity.

Please  reference our  invoice number
within your remittance



**Invoice #8003421659**
**January 22, 2021**

## OnlineNIC

**Summary of Services provided from 12/01/2020 through 12/31/2020**

| Description | Units | Rate | Amount |
|---|---|---|---|
| *Collection and Processing* | | | |
| **Data Conversion** | | | |
| Processing REDACTED GB | REDACTED | REDACTED | 230.40 |
| **Data Conversion Total** | | | **230.40** |
| | | | |
| **Collection and Processing Total** | | | **230.40** |

**Total Invoice Due:  $230.40**

| Matter Code | Matter Name | FB ID | Date Requested | Post-Processing Value |
|---|---|---|---|---|
| FBK_LIT005 | OnlineNIC | ONIC-0000006 | 12/11/2020 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000007 | 12/11/2020 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000008 | 12/11/2020 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000004 | 12/18/2020 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000005 | 12/18/2020 | REDACTED |



| | Date: | February 25, 2021 |
|---|---|---|
| | Invoice #: | 8003480586 |

| Facebook, Inc. | Please Remit Payment To: | | |
|---|---|---|---|
| | U.S. Mail | ACH/Wire | Overnight Delivery |
| | KPMG LLP<br>Dept 0922<br>P. O. Box 120922<br>Dallas, TX 75312-0922<br><br>TIN: 13-5565207 | The Bank of New York Mellon<br>500 Ross St., Rm 0940<br>Pittsburgh, PA 15262<br>ABA# REDACTED<br>Acct# REDACTED<br>Swift Code REDACTED<br>Swift Code REDACTED<br>(Foreign/International) | Dallas Regional Lockbox<br>KPMG LLP, Lockbox 0922<br>1501 North Plano Rd.<br>Richardson, TX 75081<br>972-680-1900 |

| Partner Name: | David Shin | Client Number: | REDACTED | B.A. Number: | 8206 |
|---|---|---|---|---|---|
| Manager Name: | Holly D Tant | Engagement Number: | REDACTED | | |

| Description of Services | Amount | |
|---|---|---|
| Billing for Professional Services related to OnlineNIC from 01/01/21 through 01/31/21. | | |
| | | |
| Fees: | $ 144.00 | USD |
| Expenses: | $ 0.00 | USD |

| **Payment Terms:** | Due Upon Receipt / On Delivery | **Total:** | **$ 144.00** | **USD** |
|---|---|---|---|---|

*__**Please be mindful of potential network intrusion and invoice scams via email. If you receive a subsequent invoice or email providing different payment instructions, please consider it fraudulent and contact your KPMG partner/manager by phone to validate the suspected invoice.**__*

KPMG LLP is a Delaware limited liability partnership,
the U.S. member firm of KPMG International Cooperative
("KPMG International"), a Swiss entity.

Please reference our invoice number
within your remittance



**OnlineNIC**

**Summary of Services provided from 1/01/2021 through 1/31/2021**

| Description | Units | Rate | Amount |
|---|---|---|---|
| *Collection and Processing* | | | |
| **Data Conversion** | | | |
| Processing ▓▓ GB | REDACTED | REDACTED | 144.00 |
| **Data Conversion Total** | | | **144.00** |
| **Collection and Processing Total** | | | **144.00** |

**Total Invoice Due: $144.00**

| Matter Code | Matter Name | FB Evidence ID | Date Requested | Post-Processing Volume (GB) |
|---|---|---|---|---|
| FBK_LIT005 | OnlineNIC | ONIC-0000009 | 1/4/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000010 | 1/5/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000011 | 1/6/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000011 | 1/7/2021 | REDACTED |



| | | Date: | April 07, 2021 |
| | | Invoice #: | 8003549716 |

| **Facebook, Inc.** | **Please Remit Payment To:** | | |
| | **U.S. Mail** | **ACH/Wire** | **Overnight Delivery** |
| | KPMG LLP<br>Dept 0922<br>P. O. Box 120922<br>Dallas, TX 75312-0922<br><br>TIN: 13-5565207 | The Bank of New York Mellon<br>500 Ross St., Rm 0940<br>Pittsburgh, PA 15262<br>ABA# REDACTED<br>Acct# REDACTED<br>Swift Code REDACTED<br>Swift Code REDACTED<br>(Foreign/International) | Dallas Regional Lockbox<br>KPMG LLP, Lockbox 0922<br>1501 North Plano Rd.<br>Richardson, TX 75081<br>972-680-1900 |

| Partner Name: | David Shin | Client Number: | REDACTED | B.A. Number: | 8206 |
| Manager Name: | Holly D Tant | Engagement Number: | REDACTED | | |

| **Description of Services** | **Amount** |
| Billing for Professional Services related to OnlineNIC from 02/01/21 through 02/28/21. | |
| Fees: | $ 72.00   USD |
| Expenses: | $ 0.00   USD |

| **Payment Terms:** | Due Upon Receipt / On Delivery | **Total:** | **$ 72.00   USD** |

*\*\*Please be mindful of potential network intrusion and invoice scams via email. If you receive a subsequent invoice or email providing different payment instructions, please consider it fraudulent and contact your KPMG partner/manager by phone to validate the suspected invoice.\*\**

KPMG LLP is a Delaware limited liability partnership, the U.S. member firm of KPMG International Cooperative ("KPMG International"), a Swiss entity.

Please reference our invoice number within your remittance



**Invoice #8003549716**
**April 07, 2021**

**OnlineNIC**

**Summary of Services provided from 2/01/2021 through 2/28/2021**

| Description | Units | Rate | Amount |
|---|---|---|---|
| *Collection and Processing* | | | |
| **Data Conversion** | | | |
| Processing ▬ GB | REDACTED | REDACTED | 72.00 |
| **Data Conversion Total** | | | **72.00** |
| | | | |
| **Collection and Processing Total** | | | **72.00** |

**Total Invoice Due:  $72.00**

| Matter Code | Matter Name | FB Evidence ID | Date Requested | Post-Processing Volume (GB) |
|---|---|---|---|---|
| FBK_LIT005 | OnlineNIC | ONIC-0000012 | 2/3/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000013 | 2/3/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000014 | 2/3/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000017 | 2/8/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000017 | 2/8/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000018 | 2/10/2021 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000019 | 2/10/2021 | REDACTED |



| | Date: | July 28, 2021 |
| --- | --- | --- |
| | Invoice #: | 8003738170 |

**Facebook, Inc.**

| | Please Remit Payment To: | | |
| --- | --- | --- | --- |
| | U.S. Mail | ACH/Wire | Overnight Delivery |
| | KPMG LLP<br>Dept 0922<br>P. O. Box 120922<br>Dallas, TX 75312-0922<br><br>TIN: 13-5565207 | The Bank of New York Mellon<br>500 Ross St., Rm 0940<br>Pittsburgh, PA 15262<br>ABA# REDACTED<br>Acct# REDACTED<br>Swift Code REDACTED<br>Swift Code REDACTED<br>(Foreign/International) | Dallas Regional Lockbox<br>KPMG LLP, Lockbox 0922<br>1501 North Plano Rd.<br>Richardson, TX 75081<br>972-680-1900 |

| Partner Name: | David Shin | Client Number: | REDACTED | B.A. Number: | 8206 |
| --- | --- | --- | --- | --- | --- |
| Manager Name: | Holly D Tant | Engagement Number: | REDACTED | | |

| Description of Services | Amount |
| --- | --- |
| Billing for Professional Services related to OnlineNIC from 04/01/21 through 04/30/21. | |
| | |
| Fees: | $ 27.00 USD |
| Expenses: | $ 0.00 USD |

| **Payment Terms:** | Due Upon Receipt / On Delivery | **Total:** | **$ 27.00** USD |
| --- | --- | --- | --- |

***Please be mindful of potential network intrusion and invoice scams via email. If you receive a subsequent invoice or email providing different payment instructions, please consider it fraudulent and contact your KPMG partner/manager by phone to validate the suspected invoice.***

KPMG LLP is a Delaware limited liability partnership,
the U.S. member firm of KPMG International Cooperative
("KPMG International"), a Swiss entity.

Please reference our invoice number
within your remittance



**Invoice #8003738170**
**July 28, 2021**

**OnlineNIC**

**Summary of Services provided from 4/01/2021 through 4/30/2021**

| Description | Units | Rate | Amount |
|---|---|---|---|
| ***Collection and Processing*** | | | |
| **Data Conversion** | | | |
| Processing ⬛ GB | REDACTED | REDACTED | 27.00 |
| **Data Conversion Total** | | | 27.00 |
| | | | |
| **Collection and Processing Total** | | | 27.00 |

**Total Invoice Due:  $27.00**



**Description of Hours**

**Hours**

_____

| Matter Code | Matter Name | FB Evidence ID | Date Processing Request Received | Post-Processing Volume (GB) |
|---|---|---|---|---|
| FBK_LIT005 | OnlineNIC | ONIC-0000042 | 4/30/2021 | REDACTED |



|  | Date: | July 25, 2023 |
|---|---|---|
|  | Invoice #: | 7000414923 |

| Meta Platforms Inc. | Please Remit Payment To: | | |
|---|---|---|---|
|  | U.S. Mail | ACH/Wire | Overnight Delivery |
|  | KPMG LLP<br>Dept 0922<br>P. O. Box 120922<br>Dallas, TX 75312-0922<br><br>TIN: 13-5565207 | The Bank of New York Mellon<br>500 Ross St., Rm 0940<br>Pittsburgh, PA 15262<br>ABA# REDACTED<br>Acct# REDACTED<br>Swift Code REDACTED<br>Swift Code REDACTED<br>(Foreign/International) | Dallas Regional Lockbox<br>KPMG LLP, Lockbox 0922<br>1501 North Plano Rd.<br>Richardson, TX 75081<br>972-680-1900 |

| Partner Name: | David Shin | Client Number: | REDACTED | B.A. Number: | 8206 |
|---|---|---|---|---|---|
| Manager Name: | Brian Washington | Engagement Number: | REDACTED | | |

| Description of Services | Amount | |
|---|---|---|
| Billing for Professional Services related to OnlineNIC from 06/01/23 through 06/30/23. | | |
| Fees: | $ 3,627.25 | USD |
| Expenses: | $ 0.00 | USD |

| Payment Terms: | Due Upon Receipt / On Delivery | Total: | $ 3,627.25 | USD |
|---|---|---|---|---|

***Please be mindful of potential network intrusion and invoice scams via email. If you receive a subsequent invoice or email providing different payment instructions, please consider it fraudulent and contact your KPMG partner/manager by phone to validate the suspected invoice.***

KPMG LLP is a Delaware limited liability partnership,
the U.S. member firm of KPMG International Cooperative
("KPMG International"), a Swiss entity.

Please reference our invoice number
within your remittance



**Invoice #7000414923**
**July 25, 2023**

### OnlineNIC

**Summary of Services provided from 6/01/2023 through 6/30/2023**

| Description | Units | Rate | Amount |
|---|---|---|---|
| *Hosting* | | | |
| **Infrastructure Support** | | | |
| Bundled – Relativity Online Hosting Cost | REDACTED | REDACTED | 731.12 |
| **Infrastructure Support Total** | | | **731.12** |
| | | | |
| **Hosting Total** | | | **731.12** |
| *Managed Review* | | | |
| **Review** | | | |
| Second Level / QC Document Review | REDACTED | | 415.63 |
| Review Management | | | 1,537.50 |
| First Level Document Review | REDACTED | | 943.00 |
| **Review Total** | | | **2,896.13** |
| | | | |
| **Managed Review Total** | | | **2,896.13** |

**Total Invoice Due:  $3,627.25**

| Matter Code | Matter Name | FB Evidence ID | Date Processing Request Received | Pre-Processing Volume (GB) |
|---|---|---|---|---|
| FBK_LIT005 | OnlineNIC | ONIC-0000065 | 06/23/2023 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000065 | 06/23/2023 | REDACTED |



Date: August 22, 2023

Invoice #: 8004978194

| Meta Platforms Inc. | Please Remit Payment To: | | |
|---|---|---|---|
| | U.S. Mail | ACH/Wire | Overnight Delivery |
| | KPMG LLP<br>Dept 0922<br>P. O. Box 120922<br>Dallas, TX 75312-0922<br><br>TIN: 13-5565207 | The Bank of New York Mellon<br>500 Ross St., Rm 0940<br>Pittsburgh, PA 15262<br>ABA# REDACTED<br>Acct# REDACTED<br>Swift Code REDACTED<br>Swift Code REDACTED<br>(Foreign/International) | Dallas Regional Lockbox<br>KPMG LLP, Lockbox 0922<br>1501 North Plano Rd.<br>Richardson, TX 75081<br>972-680-1900 |

| | | | | | |
|---|---|---|---|---|---|
| Partner Name: | David Shin | Client Number: | REDACTED | B.A. Number: | 8206 |
| Manager Name: | Brian Washington | Engagement Number: | REDACTED | | |

| Description of Services | Amount | |
|---|---|---|
| Billing for Professional Services related to OnlineNIC from 07/01/23 through 07/31/23. | | |
| Fees: | $ 731.54 | USD |
| Expenses: | $ 0.00 | USD |

| Payment Terms: | Due Upon Receipt / On Delivery | Total: | $ 731.54 | USD |
|---|---|---|---|---|

**\*\*Please be mindful of potential network intrusion and invoice scams via email.  If you receive a subsequent invoice or email providing different payment instructions, please consider it fraudulent and contact your KPMG partner/manager by phone to validate the suspected invoice.\*\***

KPMG LLP is a Delaware limited liability partnership,
the U.S. member firm of KPMG International Cooperative
("KPMG International"), a Swiss entity.

Please  reference our  invoice number
within your remittance



**Invoice #8004978194**
**August 22, 2023**

### OnlineNIC

**Summary of Services provided from 7/01/2023 through 7/31/2023**

| Description | Units | Rate | Amount |
|---|---|---|---|
| *Hosting* | | | |
| **Infrastructure Support** | | | |
| Bundled – Relativity Online Hosting Cost | REDACTED | REDACTED | 731.54 |
| **Infrastructure Support Total** | | | 731.54 |
| **Hosting Total** | | | 731.54 |

**Total Invoice Due:  $731.54**



|  | Date: | August 16, 2022 |
|---|---|---|
|  | Invoice #: | 7000367056 |

| **Meta Platforms Inc.** | **Please Remit Payment To:** | | |
|---|---|---|---|
|  | **U.S. Mail** | **ACH/Wire** | **Overnight Delivery** |
|  | KPMG LLP<br>Dept 0922<br>P. O. Box 120922<br>Dallas, TX 75312-0922<br><br>TIN: 13-5565207 | The Bank of New York Mellon<br>500 Ross St., Rm 0940<br>Pittsburgh, PA 15262<br>ABA# REDACTED<br>Acct# REDACTED<br>Swift Code REDACTED<br>Swift Code REDACTED<br>(Foreign/International) | Dallas Regional Lockbox<br>KPMG LLP, Lockbox 0922<br>1501 North Plano Rd.<br>Richardson, TX 75081<br>972-680-1900 |

| Partner Name: | David Shin | Client Number: | REDACTED | B.A. Number: | 8206 |
|---|---|---|---|---|---|
| Manager Name: | Holly D Tant | Engagement Number: | REDACTED | | |

| **Description of Services** | **Amount** |
|---|---|
| Billing for Professional Services related to OnlineNIC from 06/01/22 through 06/30/22. | |
| Fees: | $ 313.54   USD |
| Expenses: | $ 0.00   USD |

| **Payment Terms:** | Due Upon Receipt / On Delivery | **Total:** | $ 313.54   USD |
|---|---|---|---|

**\*\*Please be mindful of potential network intrusion and invoice scams via email.  If you receive a subsequent invoice or email providing different payment instructions, please consider it fraudulent and contact your KPMG partner/manager by phone to validate the suspected invoice.\*\***

KPMG LLP is a Delaware limited liability partnership,
the U.S. member firm of KPMG International Cooperative
("KPMG International"), a Swiss entity.

Please  reference our  invoice number
within your remittance



**Invoice #7000367056**
**August 16, 2022**

## OnlineNIC

**Summary of Services provided from 6/01/2022 through 6/30/2022**

| Description | Units | Rate | Amount |
|---|---|---|---|
| ***Hosting*** | | | |
| **Infrastructure Support** | | | |
| Hosting Month 19-24 REDACTED GB | REDACTED | REDACTED | 48.54 |
| **Infrastructure Support Total** | | | **48.54** |
| | | | |
| **Hosting Total** | | | **48.54** |
| | | | |
| ***Fees and Expenses*** | | | |
| **Professional Fees (Hours)** | | | |
| Pak, Suhan/Senior Associate | REDACTED | REDACTED | 265.00 |
| **Professional Fees (Hours) Total** | | | **265.00** |
| | | | |
| **Fees and Expenses Total** | | | **265.00** |

**Total Invoice Due:  $313.54**

| Matter Code | Matter Name | FB Evidence ID | Date Processing Request Received | Post-Processing Volume (GB) |
|---|---|---|---|---|
| FBK_LIT005 | OnlineNIC | ONIC-0000026 | 6/1/2022 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000026 | 6/1/2022 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000026 | 6/1/2022 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000026 | 6/1/2022 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000027 | 6/2/2022 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000027 | 6/2/2022 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000027 | 6/2/2022 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000044 | 6/3/2022 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000045 | 6/3/2022 | REDACTED |



| | | Date: | June 27, 2023 |
|---|---|---|---|
| | | Invoice #: | 7000411004 |

| **Meta Platforms Inc.** | **Please Remit Payment To:** | | |
|---|---|---|---|
| | U.S. Mail | ACH/Wire | Overnight Delivery |
| | KPMG LLP<br>Dept 0922<br>P. O. Box 120922<br>Dallas, TX 75312-0922<br><br>TIN: 13-5565207 | The Bank of New York Mellon<br>500 Ross St., Rm 0940<br>Pittsburgh, PA 15262<br>ABA# REDACTED<br>Acct# REDACTED<br>Swift Code REDACTED<br>Swift Code REDACTED<br>(Foreign/International) | Dallas Regional Lockbox<br>KPMG LLP, Lockbox 0922<br>1501 North Plano Rd.<br>Richardson, TX 75081<br>972-680-1900 |

| Partner Name: | David Shin | Client Number: | REDACTED | B.A. Number: | 8206 |
|---|---|---|---|---|---|
| Manager Name: | Brian Washington | Engagement Number: | REDACTED | | |

| **Description of Services** | **Amount** |
|---|---|
| Billing for Professional Services related to OnlineNIC from 05/01/23 through 05/31/23. | |
| Fees: | $ 9,868.59  USD |
| Expenses: | $ 0.00  USD |

| **Payment Terms:** | Due Upon Receipt / On Delivery | **Total:** | **$ 9,868.59**  **USD** |
|---|---|---|---|

***Please be mindful of potential network intrusion and invoice scams via email. If you receive a subsequent invoice or email providing different payment instructions, please consider it fraudulent and contact your KPMG partner/manager by phone to validate the suspected invoice.***

KPMG LLP is a Delaware limited liability partnership,
the U.S. member firm of KPMG International Cooperative
("KPMG International"), a Swiss entity.

Please reference our invoice number
within your remittance



**OnlineNIC**

**Summary of Services provided from 5/01/2023 through 5/31/2023**

| Description | Units | Rate | Amount |
|---|---|---|---|
| *Hosting* | | | |
| **Infrastructure Support** | | | |
| Bundled – Relativity Online Hosting Cost | REDACTED | REDACTED | 743.09 |
| **Infrastructure Support Total** | | | **743.09** |
| **Hosting Total** | | | **743.09** |
| *Managed Review* | | | |
| **Review** | | | |
| First Level Document Review | | REDACTED | 4,889.25 |
| Second Level / QC Document Review | | REDACTED | 213.75 |
| Review Management | | | 3,870.00 |
| **Review Total** | | | **8,973.00** |
| **Managed Review Total** | | | **8,973.00** |
| *Fees and Expenses* | | | |
| **Professional Fees (Hours)** | | | |
| Roxas, Fallon/Director | | REDACTED | 152.50 |
| **Professional Fees (Hours) Total** | | | **152.50** |
| **Fees and Expenses Total** | | | **152.50** |

**Total Invoice Due:  $9,868.59**



## OnlineNIC

### Description of Hours
#### for services provided from 5/01/2023 through 5/31/2023

**Hours**

*Roxas, Fallon/Director*
5/23/2023      Conference call with OC and client regarding kick off of matter and next steps.



**Total Invoice Hours:**

     *Privileged and Confidential*     

| Matter Code | Matter Name | FB Evidence ID | Date Processing Request Received | Post-Processing Volume (GB) |
|---|---|---|---|---|
| FBK_LIT005 | OnlineNIC | ONIC-0000053 | 05/18/2023 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000054 | 05/18/2023 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000055 | 05/18/2023 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000056 | 05/18/2023 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000057 | 05/18/2023 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000058 | 05/18/2023 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000059 | 05/18/2023 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000060 | 05/18/2023 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000061 | 05/18/2023 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000062 | 05/18/2023 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000063 | 05/18/2023 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000064 | 05/18/2023 | REDACTED |



| | Date: | June 16, 2022 |
|---|---|---|
| | Invoice #: | 8004251559 |

| **Meta Platforms Inc.** | **Please Remit Payment To:** | | |
|---|---|---|---|
| | U.S. Mail | ACH/Wire | Overnight Delivery |
| | KPMG LLP<br>Dept 0922<br>P. O. Box 120922<br>Dallas, TX 75312-0922<br><br>TIN: 13-5565207 | The Bank of New York Mellon<br>500 Ross St., Rm 0940<br>Pittsburgh, PA 15262<br>ABA# REDACTED<br>Acct# REDACTED<br>Swift Code REDACTED<br>Swift Code REDACTED<br>(Foreign/International) | Dallas Regional Lockbox<br>KPMG LLP, Lockbox 0922<br>1501 North Plano Rd.<br>Richardson, TX 75081<br>972-680-1900 |

| Partner Name: | David Shin | Client Number: | REDACTED | B.A. Number: | 8206 |
|---|---|---|---|---|---|
| Manager Name: | Holly D Tant | Engagement Number: | REDACTED | | |

| **Description of Services** | **Amount** |
|---|---|
| Billing for Professional Services related to OnlineNIC from 04/01/22 through 04/30/22. | |
| Fees: | $ 1,912.30    USD |
| Expenses: | $ 0.00    USD |

| **Payment Terms:** | Due Upon Receipt / On Delivery | **Total:** | **$ 1,912.30**    **USD** |
|---|---|---|---|

***Please be mindful of potential network intrusion and invoice scams via email.  If you receive a subsequent invoice or email providing different payment instructions, please consider it fraudulent and contact your KPMG partner/manager by phone to validate the suspected invoice.***

KPMG LLP is a Delaware limited liability partnership,
the U.S. member firm of KPMG International Cooperative
("KPMG International"), a Swiss entity.

Please  reference our  invoice number
within your remittance



**OnlineNIC**

**Summary of Services provided from 4/01/2022 through 4/30/2022**

| Description | Units | Rate | Amount |
|---|---|---|---|
| ***Hosting*** | | | |
| **Infrastructure Support** | | | |
| Hosting Month 19-24 ▓▓▓ GB | ▓▓▓ | ▓▓▓ | 1,912.30 |
| **Infrastructure Support Total** | | | 1,912.30 |
| **Hosting Total** | | | 1,912.30 |

**Total Invoice Due:  $1,912.30**

*Privileged and Confidential*



| | Date: | November 09, 2022 |
|---|---|---|
| | Invoice #: | 8004479389 |

| **Meta Platforms Inc.** | **Please Remit Payment To:** | | |
|---|---|---|---|
| | **U.S. Mail** | **ACH/Wire** | **Overnight Delivery** |
| | KPMG LLP<br>Dept 0922<br>P. O. Box 120922<br>Dallas, TX 75312-0922<br><br>TIN: 13-5565207 | The Bank of New York Mellon<br>500 Ross St., Rm 0940<br>Pittsburgh, PA 15262<br>ABA# REDACTED<br>Acct# REDACTED<br>Swift Code REDACTED<br>Swift Code REDACTED<br>(Foreign/International) | Dallas Regional Lockbox<br>KPMG LLP, Lockbox 0922<br>1501 North Plano Rd.<br>Richardson, TX 75081<br>972-680-1900 |

| Partner Name: | David Shin | Client Number: | REDACTED | B.A. Number: | 8206 |
|---|---|---|---|---|---|
| Manager Name: | Brian Washington | Engagement Number: | REDACTED | | |

| **Description of Services** | **Amount** | |
|---|---|---|
| Billing for Professional Services related to OnlineNIC from 09/01/22 through 09/30/22. | | |
| Fees: | $ 178.34 | USD |
| Expenses: | $ 0.00 | USD |

| **Payment Terms:** | Due Upon Receipt / On Delivery | **Total:** | $ 178.34 | **USD** |
|---|---|---|---|---|

***Please be mindful of potential network intrusion and invoice scams via email.  If you receive a subsequent invoice or email providing different payment instructions, please consider it fraudulent and contact your KPMG partner/manager by phone to validate the suspected invoice.***

KPMG LLP is a Delaware limited liability partnership, the U.S. member firm of KPMG International Cooperative ("KPMG International"), a Swiss entity.

Please  reference our  invoice number within your remittance



**Invoice #8004479389**
**November 09, 2022**

**OnlineNIC**

**Summary of Services provided from 9/01/2022 through 9/30/2022**

| Description | Units | Rate | Amount |
|---|---|---|---|
| ***Hosting*** | | | |
| **Infrastructure Support** | | | |
| Hosting Month 19-24 ▓ GB | REDACTED | REDACTED | 178.34 |
| **Infrastructure Support Total** | | | 178.34 |
| **Hosting Total** | | | 178.34 |

**Total Invoice Due:  $178.34**

| Matter Code | Matter Name | FB Evidence ID | Date Processing Request Received | Post-Processing Volume (GB) |
|---|---|---|---|---|
| FBK_LIT005 | OnlineNIC | ONIC-0000027 | 09/24/2022 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000028 | 09/24/2022 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000029 | 09/24/2022 | REDACTED |
| FBK_LIT005 | OnlineNIC | ONIC-0000030 | 09/24/2022 | REDACTED |



| | Date: | December 09, 2022 |
|---|---|---|
| | Invoice #: | 8004528263 |

| **Meta Platforms Inc.** | **Please Remit Payment To:** | | |
|---|---|---|---|
| | **U.S. Mail** | **ACH/Wire** | **Overnight Delivery** |
| | KPMG LLP<br>Dept 0922<br>P. O. Box 120922<br>Dallas, TX 75312-0922<br><br>TIN: 13-5565207 | The Bank of New York Mellon<br>500 Ross St., Rm 0940<br>Pittsburgh, PA 15262<br>ABA# REDACTED<br>Acct# REDACTED<br>Swift Code REDACTED<br>Swift Code REDACTED<br>(Foreign/International) | Dallas Regional Lockbox<br>KPMG LLP, Lockbox 0922<br>1501 North Plano Rd.<br>Richardson, TX 75081<br>972-680-1900 |

| Partner Name: | David Shin | Client Number: | REDACTED | B.A. Number: | 8206 |
|---|---|---|---|---|---|
| Manager Name: | Brian Washington | Engagement Number: | REDACTED | | |

| **Description of Services** | **Amount** |
|---|---|
| Billing for Professional Services related to OnlineNIC from 10/01/22 through 10/31/22. | |
| Fees: | $ 2,720.90   USD |
| Expenses: | $ 0.00   USD |

| **Payment Terms:** | Due Upon Receipt / On Delivery | **Total:** | **$ 2,720.90**   **USD** |
|---|---|---|---|

***Please be mindful of potential network intrusion and invoice scams via email.  If you receive a subsequent invoice or email providing different payment instructions, please consider it fraudulent and contact your KPMG partner/manager by phone to validate the suspected invoice.***

KPMG LLP is a Delaware limited liability partnership, the U.S. member firm of KPMG International Cooperative ("KPMG International"), a Swiss entity.

Please  reference our  invoice number within your remittance



**Invoice #8004528263**
**December 09, 2022**

### OnlineNIC

**Summary of Services provided from 10/01/2022 through 10/31/2022**

| Description | Units | Rate | Amount |
|---|---|---|---|
| *Hosting* | | | |
| **Infrastructure Support** | | | |
| Hosting Month 25+ - ███ GB | █████ | REDACTED | 2,720.90 |
| **Infrastructure Support Total** | | | **2,720.90** |
| **Hosting Total** | | | **2,720.90** |

**Total Invoice Due:  $2,720.90**



| | Date: | March 28, 2023 |
| --- | --- | --- |
| | Invoice #: | 8004704835 |

| **Meta Platforms Inc.** | **Please Remit Payment To:** | | |
| --- | --- | --- | --- |
| | U.S. Mail | ACH/Wire | Overnight Delivery |
| | KPMG LLP<br>Dept 0922<br>P. O. Box 120922<br>Dallas, TX 75312-0922<br><br>TIN: 13-5565207 | The Bank of New York Mellon<br>500 Ross St., Rm 0940<br>Pittsburgh, PA 15262<br>ABA# REDACTED<br>Acct# REDACTED<br>Swift Code REDACTED<br>Swift Code REDACTED<br>(Foreign/International) | Dallas Regional Lockbox<br>KPMG LLP, Lockbox 0922<br>1501 North Plano Rd.<br>Richardson, TX 75081<br>972-680-1900 |

| Partner Name: | David Shin | Client Number: | REDACTED | B.A. Number: | 8206 |
| --- | --- | --- | --- | --- | --- |
| Manager Name: | Brian Washington | Engagement Number: | REDACTED | | |

| **Description of Services** | **Amount** |
| --- | --- |
| Billing for Professional Services related to OnlineNIC from 02/01/23 through 02/28/23. | |
| | |
| Fees: | $ 198.17   USD |
| Expenses: | $ 0.00   USD |
| **Payment Terms:**   Due Upon Receipt / On Delivery                    **Total:** | **$ 198.17**   **USD** |

***Please be mindful of potential network intrusion and invoice scams via email. If you receive a subsequent invoice or email providing different payment instructions, please consider it fraudulent and contact your KPMG partner/manager by phone to validate the suspected invoice.***

KPMG LLP is a Delaware limited liability partnership,
the U.S. member firm of KPMG International Cooperative
("KPMG International"), a Swiss entity.

Please reference our invoice number
within your remittance



**Invoice #8004704835**
**March 28, 2023**

**OnlineNIC**

**Summary of Services provided from 2/01/2023 through 2/28/2023**

| Description | Units | Rate | Amount |
|---|---|---|---|
| ***Hosting*** | | | |
| **Infrastructure Support** | | | |
| Hosting Month 25+ REDACTED GB - Monthly | REDACTED | REDACTED | 198.17 |
| **Infrastructure Support Total** | | | **198.17** |
| **Hosting Total** | | | **198.17** |

**Total Invoice Due:  $198.17**



| | Date: | May 01, 2023 |
|---|---|---|
| | Invoice #: | 8004779155 |

| Meta Platforms Inc. | Please Remit Payment To: | | |
|---|---|---|---|
| | **U.S. Mail** | **ACH/Wire** | **Overnight Delivery** |
| | KPMG LLP<br>Dept 0922<br>P. O. Box 120922<br>Dallas, TX 75312-0922<br><br>TIN: 13-5565207 | The Bank of New York Mellon<br>500 Ross St., Rm 0940<br>Pittsburgh, PA 15262<br>ABA# REDACTED<br>Acct# REDACTED<br>Swift Code REDACTED<br>Swift Code REDACTED<br>(Foreign/International) | Dallas Regional Lockbox<br>KPMG LLP, Lockbox 0922<br>1501 North Plano Rd.<br>Richardson, TX 75081<br>972-680-1900 |

| Partner Name: | David Shin | Client Number: | REDACTED | B.A. Number: | 8206 |
|---|---|---|---|---|---|
| Manager Name: | Brian Washington | Engagement Number: | REDACTED | | |

| Description of Services | Amount | |
|---|---|---|
| Billing for Professional Services related to OnlineNIC from 03/01/23 through 03/31/23. | | |
| Fees: | $ 1.79 | USD |
| Expenses: | $ 0.00 | USD |

| **Payment Terms:** | Due Upon Receipt / On Delivery | **Total:** | **$ 1.79** | **USD** |
|---|---|---|---|---|

***Please be mindful of potential network intrusion and invoice scams via email. If you receive a subsequent invoice or email providing different payment instructions, please consider it fraudulent and contact your KPMG partner/manager by phone to validate the suspected invoice.***

KPMG LLP is a Delaware limited liability partnership,
the U.S. member firm of KPMG International Cooperative
("KPMG International"), a Swiss entity.

Please reference our invoice number
within your remittance



**Invoice #8004779155**
**May 01, 2023**

**OnlineNIC**

**Summary of Services provided from 3/01/2023 through 3/31/2023**

| Description | Units | Rate | Amount |
|---|---|---|---|
| *Hosting* | | | |
| **Infrastructure Support** | | | |
| Bundled - Hosting | REDACTED | REDACTED | 1.79 |
| **Infrastructure Support Total** | | | **1.79** |
| **Hosting Total** | | | **1.79** |

**Total Invoice Due:  $1.79**

*Privileged and Confidential*

| Matter Code | Matter Name | FB Evidence ID | Date Processing Request Received | Post-Processing Volume (GB) |
|---|---|---|---|---|
| FBK_LIT005 | OnlineNIC | ONIC-0000046 | 03/04/2023 | REDACTED |



| | Date: | June 06, 2023 |
|---|---|---|
| | Invoice #: | 8004847873 |

| Meta Platforms Inc. | Please Remit Payment To: | | |
|---|---|---|---|
| | U.S. Mail | ACH/Wire | Overnight Delivery |
| | KPMG LLP<br>Dept 0922<br>P. O. Box 120922<br>Dallas, TX 75312-0922<br><br>TIN: 13-5565207 | The Bank of New York Mellon<br>500 Ross St., Rm 0940<br>Pittsburgh, PA 15262<br>ABA# REDACTED<br>Acct# REDACTED<br>Swift Code REDACTED<br>Swift Code REDACTED<br>(Foreign/International) | Dallas Regional Lockbox<br>KPMG LLP, Lockbox 0922<br>1501 North Plano Rd.<br>Richardson, TX 75081<br>972-680-1900 |

| Partner Name: | David Shin | Client Number: | REDACTED | B.A. Number: | 8206 |
|---|---|---|---|---|---|
| Manager Name: | Brian Washington | Engagement Number: | REDACTED | | |

| Description of Services | Amount |
|---|---|
| Billing for Professional Services related to OnlineNIC from 04/01/23 through 04/30/23. | |
| Fees: | $ 303.35   USD |
| Expenses: | $ 0.00   USD |

| Payment Terms: | Due Upon Receipt / On Delivery | Total: | $ 303.35   USD |
|---|---|---|---|

**\*\*Please be mindful of potential network intrusion and invoice scams via email.  If you receive a subsequent invoice or email providing different payment instructions, please consider it fraudulent and contact your KPMG partner/manager by phone to validate the suspected invoice.\*\***

KPMG LLP is a Delaware limited liability partnership,
the U.S. member firm of KPMG International Cooperative
("KPMG International"), a Swiss entity.

Please  reference our  invoice number
within your remittance



**Invoice #8004847873**
**June 06, 2023**

**OnlineNIC**

**Summary of Services provided from 4/01/2023 through 4/30/2023**

| Description | Units | Rate | Amount |
|---|---|---|---|
| *Hosting* | | | |
| **Infrastructure Support** | | | |
| Bundled – Relativity Online Hosting Cost | REDACTED | REDACTED | 303.35 |
| **Infrastructure Support Total** | | | **303.35** |
| **Hosting Total** | | | **303.35** |

**Total Invoice Due:  $303.35**



| | Date: | September 13, 2023 |
|---|---|---|
| | **Invoice #:** | 8005015730 |

| **Meta Platforms Inc.** | **Please Remit Payment To:** | | |
|---|---|---|---|
| | **U.S. Mail** | **ACH/Wire** | **Overnight Delivery** |
| | KPMG LLP<br>Dept 0922<br>P. O. Box 120922<br>Dallas, TX 75312-0922<br><br>TIN: 13-5565207 | The Bank of New York Mellon<br>500 Ross St., Rm 0940<br>Pittsburgh, PA 15262<br>ABA# REDACTED<br>Acct# REDACTED<br>Swift Code REDACTED<br>Swift Code REDACTED<br>(Foreign/International) | Dallas Regional Lockbox<br>KPMG LLP, Lockbox 0922<br>1501 North Plano Rd.<br>Richardson, TX 75081<br>972-680-1900 |

| Partner Name: | David Shin | Client Number: | REDACTED | B.A. Number: | 8206 |
|---|---|---|---|---|---|
| Manager Name: | Brian Washington | Engagement Number: | REDACTED | | |

| **Description of Services** | **Amount** |
|---|---|
| Billing for Professional Services related to OnlineNIC from 08/01/23 through 08/31/23. | |
| | |
| Fees: | $ 726.18   USD |
| Expenses: | $ 0.00   USD |

| **Payment Terms:** | Due Upon Receipt / On Delivery | **Total:** | $ 726.18   USD |
|---|---|---|---|

***Please be mindful of potential network intrusion and invoice scams via email. If you receive a subsequent invoice or email providing different payment instructions, please consider it fraudulent and contact your KPMG partner/manager by phone to validate the suspected invoice.***

KPMG LLP is a Delaware limited liability partnership,
the U.S. member firm of KPMG International Cooperative
("KPMG International"), a Swiss entity.

Please reference our invoice number
within your remittance



**Invoice #8005015730**
**September 13, 2023**

## OnlineNIC

**Summary of Services provided from 8/01/2023 through 8/31/2023**

| Description | Units | Rate | Amount |
|---|---|---|---|
| *Hosting* | | | |
| **Infrastructure Support** | | | |
| Bundled – Relativity Online Hosting Cost | REDACTED | REDACTED | 726.18 |
| **Infrastructure Support Total** | | | 726.18 |
| | | | |
| **Hosting Total** | | | 726.18 |

**Total Invoice Due:  $726.18**



Date:      October 23, 2023

Invoice #:      8005073025

**Meta Platforms Inc.**

| | Please Remit Payment To: | | |
|---|---|---|---|
| | U.S. Mail | ACH/Wire | Overnight Delivery |
| | KPMG LLP<br>Dept 0922<br>P. O. Box 120922<br>Dallas, TX 75312-0922<br><br>TIN: 13-5565207 | The Bank of New York Mellon<br>500 Ross St., Rm 0940<br>Pittsburgh, PA 15262<br>ABA# REDACTED<br>Acct# REDACTED<br>Swift Code REDACTED<br>Swift Code REDACTED<br>(Foreign/International) | Dallas Regional Lockbox<br>KPMG LLP, Lockbox 0922<br>1501 North Plano Rd.<br>Richardson, TX 75081<br>972-680-1900 |

| | | | | | |
|---|---|---|---|---|---|
| Partner Name: | David Shin | Client Number: | REDACTED | B.A. Number: | 8206 |
| Manager Name: | Brian Washington | Engagement Number: | REDACTED | | |

| Description of Services | Amount |
|---|---|
| Billing for Professional Services related to OnlineNIC from 09/01/23 through 09/30/23. | |
| Fees: | $ 721.35   USD |
| Expenses: | $ 0.00   USD |

| **Payment Terms:** | Due Upon Receipt / On Delivery | **Total:** | **$ 721.35**   **USD** |
|---|---|---|---|

***Please be mindful of potential network intrusion and invoice scams via email. If you receive a subsequent invoice or email providing different payment instructions, please consider it fraudulent and contact your KPMG partner/manager by phone to validate the suspected invoice.***

KPMG LLP is a Delaware limited liability partnership, the U.S. member firm of KPMG International Cooperative ("KPMG International"), a Swiss entity.

Please reference our invoice number within your remittance



**Invoice #8005073025**
**October 23, 2023**

### OnlineNIC

**Summary of Services provided from 9/01/2023 through 9/30/2023**

| Description | Units | Rate | Amount |
|---|---|---|---|
| *Hosting* | | | |
| **Infrastructure Support** | | | |
| Bundled – Relativity Online Hosting Cost | REDACTED | REDACTED | 721.35 |
| **Infrastructure Support Total** | | | 721.35 |
| **Hosting Total** | | | 721.35 |

**Total Invoice Due:  $721.35**



| | Date: | December 04, 2023 |
|---|---|---|
| | Invoice #: | 8005136112 |

**Meta Platforms Inc.**

| Please Remit Payment To: | | |
|---|---|---|
| U.S. Mail | ACH/Wire | Overnight Delivery |
| KPMG LLP<br>Dept 0922<br>P. O. Box 120922<br>Dallas, TX 75312-0922<br><br>TIN: 13-5565207 | The Bank of New York Mellon<br>500 Ross St., Rm 0940<br>Pittsburgh, PA 15262<br>ABA# REDACTED<br>Acct# REDACTED<br>Swift Code REDACTED<br>Swift Code REDACTED<br>(Foreign/International) | Dallas Regional Lockbox<br>KPMG LLP, Lockbox 0922<br>1501 North Plano Rd.<br>Richardson, TX 75081<br>972-680-1900 |

| | | | | | |
|---|---|---|---|---|---|
| Partner Name: | David Shin | Client Number: | REDACTED | B.A. Number: | 8206 |
| Manager Name: | Brian Washington | Engagement Number: | REDACTED | | |

| Description of Services | Amount | |
|---|---|---|
| Billing for Professional Services related to OnlineNIC from 10/01/23 through 10/31/23. | | |
| Fees: | $ 721.04 | USD |
| Expenses: | $ 0.00 | USD |

| Payment Terms: | Due Upon Receipt / On Delivery | Total: | $ 721.04 | USD |
|---|---|---|---|---|

**\*\*Please be mindful of potential network intrusion and invoice scams via email.  If you receive a subsequent invoice or email providing different payment instructions, please consider it fraudulent and contact your KPMG partner/manager by phone to validate the suspected invoice.\*\***

KPMG LLP is a Delaware limited liability partnership,
the U.S. member firm of KPMG International Cooperative
("KPMG International"), a Swiss entity.

Please  reference our  invoice number
within your remittance



**Invoice #8005136112**
**December 04, 2023**

### OnlineNIC

**Summary of Services provided from 10/01/2023 through 10/31/2023**

| Description | Units | Rate | Amount |
|---|---|---|---|
| *Hosting* | | | |
| **Infrastructure Support** | | | |
| Bundled – Relativity Online Hosting Cost | REDACTED | REDACTED | 721.04 |
| **Infrastructure Support Total** | | | **721.04** |
| **Hosting Total** | | | **721.04** |

**Total Invoice Due:  $721.04**



**Description of Hours**

**Hours**



| | Date: | December 22, 2023 |
|---|---|---|
| | Invoice #: | 8005175041 |

| Meta Platforms Inc. | Please Remit Payment To: | | |
|---|---|---|---|
| | U.S. Mail | ACH/Wire | Overnight Delivery |
| | KPMG LLP<br>Dept 0922<br>P. O. Box 120922<br>Dallas, TX 75312-0922<br><br>TIN: 13-5565207 | The Bank of New York Mellon<br>500 Ross St., Rm 0940<br>Pittsburgh, PA 15262<br>ABA# REDACTED<br>Acct# REDACTED<br>Swift Code REDACTED<br>Swift Code REDACTED<br>(Foreign/International) | Dallas Regional Lockbox<br>KPMG LLP, Lockbox 0922<br>1501 North Plano Rd.<br>Richardson, TX 75081<br>972-680-1900 |

| Partner Name: | David Shin | Client Number: | REDACTED | B.A. Number: | 8206 |
|---|---|---|---|---|---|
| Manager Name: | Brian Washington | Engagement Number: | REDACTED | | |

| Description of Services | Amount | |
|---|---|---|
| Billing for Professional Services related to OnlineNIC from 11/01/23 through 11/30/23. | | |
| Fees: | $ 721.25 | USD |
| Expenses: | $ 0.00 | USD |
| **Payment Terms:** Due Upon Receipt / On Delivery     **Total:** | **$ 721.25** | **USD** |

***Please be mindful of potential network intrusion and invoice scams via email. If you receive a subsequent invoice or email providing different payment instructions, please consider it fraudulent and contact your KPMG partner/manager by phone to validate the suspected invoice.***

KPMG LLP is a Delaware limited liability partnership,
the U.S. member firm of KPMG International Cooperative
("KPMG International"), a Swiss entity.

Please reference our invoice number
within your remittance



**Invoice #8005175041**
**December 22, 2023**

### OnlineNIC

**Summary of Services provided from 11/01/2023 through 11/30/2023**

| Description | Units | Rate | Amount |
|---|---|---|---|
| *Hosting* | | | |
| **Infrastructure Support** | | | |
| Bundled – Relativity Online Hosting Cost | REDACTED | REDACTED | 721.25 |
| **Infrastructure Support Total** | | | **721.25** |
| **Hosting Total** | | | **721.25** |

**Total Invoice Due:  $721.25**



**Description of Hours**

**Hours**



| | | Date: | January 24, 2024 |
| | | Invoice #: | 8005216606 |

| **Meta Platforms Inc.** | **Please Remit Payment To:** | | |
| --- | --- | --- | --- |
| | U.S. Mail | ACH/Wire | Overnight Delivery |
| | KPMG LLP<br>Dept 0922<br>P. O. Box 120922<br>Dallas, TX 75312-0922<br><br>TIN: 13-5565207 | The Bank of New York Mellon<br>500 Ross St., Rm 0940<br>Pittsburgh, PA 15262<br>ABA# REDACTED<br>Acct# REDACTED<br>Swift Code REDACTED<br>Swift Code REDACTED<br>(Foreign/International) | Dallas Regional Lockbox<br>KPMG LLP, Lockbox 0922<br>1501 North Plano Rd.<br>Richardson, TX 75081<br>972-680-1900 |

| Partner Name: | David Shin | Client Number: | REDACTED | B.A. Number: | 8206 |
| --- | --- | --- | --- | --- | --- |
| Manager Name: | Brian Washington | Engagement Number: | REDACTED | | |

| **Description of Services** | **Amount** |
| --- | --- |
| Billing for Professional Services related to OnlineNIC from 12/01/23 through 12/31/23. | |
| Fees: | $ 721.04   USD |
| Expenses: | $ 0.00   USD |

| **Payment Terms:** | Due Upon Receipt / On Delivery | **Total:** | $ 721.04   USD |
| --- | --- | --- | --- |

**\*\*Please be mindful of potential network intrusion and invoice scams via email.  If you receive a subsequent invoice or email providing different payment instructions, please consider it fraudulent and contact your KPMG partner/manager by phone to validate the suspected invoice.\*\***

KPMG LLP is a Delaware limited liability partnership,
the U.S. member firm of KPMG International Cooperative
("KPMG International"), a Swiss entity.

Please  reference our  invoice number
within your remittance



**Invoice #8005216606**
**January 24, 2024**

## OnlineNIC

**Summary of Services provided from 12/01/2023 through 12/31/2023**

| Description | Units | Rate | Amount |
|---|---|---|---|
| ***Hosting*** | | | |
| **Infrastructure Support** | | | |
| Bundled – Relativity Online Hosting Cost | REDACTED | REDACTED | 721.04 |
| **Infrastructure Support Total** | | | **721.04** |
| **Hosting Total** | | | **721.04** |

**Total Invoice Due:  $721.04**



| | | Date: | March 06, 2024 |
|---|---|---|---|
| | | Invoice #: | 8005293155 |

**Meta Platforms Inc.**

| | Please Remit Payment To: | | |
|---|---|---|---|
| | U.S. Mail | ACH/Wire | Overnight Delivery |
| | KPMG LLP<br>Dept 0922<br>P. O. Box 120922<br>Dallas, TX 75312-0922<br><br>TIN:  13-5565207 | The Bank of New York Mellon<br>500 Ross St., Rm 0940<br>Pittsburgh, PA 15262<br>ABA# REDACTED<br>Acct# REDACTED<br>Swift Code REDACTED<br>Swift Code REDACTED<br>(Foreign/International) | Dallas Regional Lockbox<br>KPMG LLP, Lockbox 0922<br>1501 North Plano Rd.<br>Richardson, TX 75081<br>972-680-1900 |

| Partner Name: | David Shin | Client Number: | REDACTED | B.A. Number: | 8206 |
|---|---|---|---|---|---|
| Manager Name: | Brian Washington | Engagement Number: | REDACTED | | |

| Description of Services | Amount |
|---|---|
| Billing for Professional Services related to OnlineNIC from 01/01/24 through 01/31/24. | |
| Fees: | $ 721.25  USD |
| Expenses: | $ 0.00  USD |

| Payment Terms: | Due Upon Receipt / On Delivery | Total: | $ 721.25  USD |
|---|---|---|---|

**\*\*Please be mindful of potential network intrusion and invoice scams via email.  If you receive a subsequent invoice or email providing different payment instructions, please consider it fraudulent and contact your KPMG partner/manager by phone to validate the suspected invoice.\*\***

KPMG LLP is a Delaware limited liability partnership,
the U.S. member firm of KPMG International Cooperative
("KPMG International"), a Swiss entity.

Please  reference our  invoice number
within your remittance



**Invoice #8005293155**
**March 06, 2024**

**OnlineNIC**

**Summary of Services provided from 1/01/2024 through 1/31/2024**

| Description | Units | Rate | Amount |
|---|---|---|---|
| ***Hosting*** | | | |
| **Infrastructure Support** | | | |
| Bundled – Relativity Online Hosting Cost | REDACTED | REDACTED | 721.25 |
| **Infrastructure Support Total** | | | **721.25** |
| **Hosting Total** | | | **721.25** |

**Total Invoice Due:  $721.25**



| | Date: | April 03, 2024 |
|---|---|---|
| | Invoice #: | 8005348040 |

| Meta Platforms Inc. | Please Remit Payment To: | | |
|---|---|---|---|
| | U.S. Mail | ACH/Wire | Overnight Delivery |
| | KPMG LLP<br>Dept 0922<br>P. O. Box 120922<br>Dallas, TX 75312-0922<br><br>TIN: 13-5565207 | The Bank of New York Mellon<br>500 Ross St., Rm 0940<br>Pittsburgh, PA 15262<br>ABA# REDACTED<br>Acct# REDACTED<br>Swift Code REDACTED<br>Swift Code REDACTED<br>(Foreign/International) | Dallas Regional Lockbox<br>KPMG LLP, Lockbox 0922<br>1501 North Plano Rd.<br>Richardson, TX 75081<br>972-680-1900 |

| Partner Name: | David Shin | Client Number: | REDACTED | B.A. Number: | 8206 |
|---|---|---|---|---|---|
| Manager Name: | Brian Washington | Engagement Number: | REDACTED | | |

| Description of Services | Amount | |
|---|---|---|
| Billing for Professional Services related to OnlineNIC from 02/01/24 through 02/29/24. | | |
| Fees: | $ 721.25 | USD |
| Expenses: | $ 0.00 | USD |

| Payment Terms: | Due Upon Receipt / On Delivery | Total: | $ 721.25 | USD |
|---|---|---|---|---|

**\*\*Please be mindful of potential network intrusion and invoice scams via email.  If you receive a subsequent invoice or email providing different payment instructions, please consider it fraudulent and contact your KPMG partner/manager by phone to validate the suspected invoice.\*\***

KPMG LLP is a Delaware limited liability partnership, the U.S. member firm of KPMG International Cooperative ("KPMG International"), a Swiss entity.

Please  reference our  invoice number within your remittance



**Invoice #8005348040**
**April 03, 2024**

**OnlineNIC**

**Summary of Services provided from 2/01/2024 through 2/29/2024**

| Description | Units | Rate | Amount |
|---|---|---|---|
| ***Hosting*** | | | |
| **Infrastructure Support** | | | |
| Bundled – Relativity Online Hosting Cost | REDACTED | REDACTED | 721.25 |
| **Infrastructure Support Total** | | | **721.25** |
| **Hosting Total** | | | **721.25** |

**Total Invoice Due:  $721.25**



| | | Date: | May 03, 2024 |
|---|---|---|---|
| | | Invoice #: | 8005412842 |

| **Meta Platforms Inc.** | **Please Remit Payment To:** | | |
|---|---|---|---|
| | U.S. Mail | ACH/Wire | Overnight Delivery |
| | KPMG LLP<br>Dept 0922<br>P. O. Box 120922<br>Dallas, TX 75312-0922<br><br>TIN: 13-5565207 | The Bank of New York Mellon<br>500 Ross St., Rm 0940<br>Pittsburgh, PA 15262<br>ABA# REDACTED<br>Acct# REDACTED<br>Swift Code REDACTED<br>Swift Code REDACTED<br>(Foreign/International) | Dallas Regional Lockbox<br>KPMG LLP, Lockbox 0922<br>1501 North Plano Rd.<br>Richardson, TX 75081<br>972-680-1900 |

| Partner Name: | David Shin | Client Number: | REDACTED | B.A. Number: | 8206 |
|---|---|---|---|---|---|
| Manager Name: | Brian Washington | Engagement Number: | REDACTED | | |

| Description of Services | Amount |
|---|---|
| Billing for Professional Services related to OnlineNIC from 03/01/24 through 03/31/24. | |
| Fees: | $ 721.04   USD |
| Expenses: | $ 0.00   USD |

| Payment Terms: | Due Upon Receipt / On Delivery | Total: | $ 721.04   USD |
|---|---|---|---|

**\*\*Please be mindful of potential network intrusion and invoice scams via email.  If you receive a subsequent invoice or email providing different payment instructions, please consider it fraudulent and contact your KPMG partner/manager by phone to validate the suspected invoice.\*\***

KPMG LLP is a Delaware limited liability partnership,
the U.S. member firm of KPMG International Cooperative
("KPMG International"), a Swiss entity.

Please  reference our  invoice number
within your remittance



**Invoice #8005412842**
**May 03, 2024**

### OnlineNIC

**Summary of Services provided from 3/01/2024 through 3/31/2024**

| Description | Units | Rate | Amount |
|---|---|---|---|
| *Hosting* | | | |
| **Infrastructure Support** | | | |
| Bundled – Relativity Online Hosting Cost | REDACTED | REDACTED | 721.04 |
| **Infrastructure Support Total** | | | **721.04** |
| **Hosting Total** | | | **721.04** |

**Total Invoice Due: $721.04**