TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:      213.430.3400
Facsimile:      213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.) and
INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ONLINENIC INC., et al.,<br><br>    Defendants. | Case No. 3:19-cv-07071-SI<br><br>**DECLARATION OF DAVID SHIN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>Hon. Susan Illston |

I, David Shin, declare:

1. I am a Principal at KPMG LLP. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently concerning each of the following facts.

2. Plaintiffs seek leave to file under seal portions of Exhibit 25 to Plaintiffs' Motion for Attorneys' Fees:

| Document | Text to be Sealed | Basis For Sealing Portion of Document |
|---|---|---|
| Exhibit 25 – KPMG Invoices | Bank account numbers, unit and rate figures, and client/engagement numbers throughout document. | Designated by Third-Party KPMG |

3. All of this information is proprietary to KPMG and therefore is not publicly available.

4. Public disclosure of KPMG's specific unit and rate figures charged to Plaintiffs for services related to this litigation would cause competitive harm to KPMG.

5. Public disclosure of KPMG's bank account numbers and client/engagement numbers would create a potential security risk for KPMG and Plaintiffs.

6. KPMG has therefore designated all of this information CONFIDENTIAL pursuant to the terms of the protective order entered in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on May 23, 2024 in Dallas, Texas.

_____
DAVID SHIN