1
2
3
4
5
6
7
8

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11  FACEBOOK, INC. and INSTAGRAM, LLC,   Case No. 3:19-cv-07071-SI

12          Plaintiffs,   **[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

13     v.

14  ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and DOES 1-20,   Hon. Susan Illston

15          Defendants.

16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having read and considered Plaintiffs' Administrative Motion to File Under Seal Portions of Exhibit 25 to Plaintiffs' Motion for Attorneys' Fees, and good cause appearing, **ORDERS** that the motion is **GRANTED**.

It is further **ORDERED** that Exhibit 25 to Plaintiffs' Motion for Attorneys' Fees is to be partially sealed as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 25 at Highlighted Portions of Pages 1–23, 25–57, 59–60, 62–69 | Shin Declaration ¶¶ 2-6 | |

**IT IS SO ORDERED.**

_____
Susan Illston
Unites States District Court Judge