1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC, | Case No. 3:19-cv-07071-SI |
| Plaintiffs, | [PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT |
| v. | |
| ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and DOES 1-20, | Hon. Susan Illston |
| Defendants. | |

     The Court, having read and considered Plaintiffs' Motion to Remove Incorrectly Filed Document, and good cause appearing, **ORDERS** that the motion is **GRANTED**.

     It is further **ORDERED** that ECF No. 395-26 be permanently removed from ECF.

**IT IS SO ORDERED.**

Date: <u>May 29, 2024</u>

                                        Susan Illston
                                        Unites States District Court Judge