UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>            Plaintiffs,<br><br>    v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and DOES 1-20,<br><br>            Defendants. | Case No. 3:19-cv-07071-SI<br><br>[~~PROPOSED~~] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>Hon. Susan Illston |

1  The Court, having read and considered Plaintiffs' Administrative Motion to File Under Seal
2  Portions of Exhibit 25 to Plaintiffs' Motion for Attorneys' Fees, and good cause appearing, **ORDERS**
3  that the motion is **GRANTED**.
4  It is further **ORDERED** that Exhibit 25 to Plaintiffs' Motion for Attorneys' Fees is to be partially
5  sealed as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 25 at Highlighted Portions of Pages 1–23, 25–57, 59–60, 62–69 | Shin Declaration ¶¶ 2-6 | GRANTED |

**IT IS SO ORDERED.**

Date: May 29, 2024

_____
Susan Illston
Unites States District Court Judge