Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
3000 El Camino Real
Bldg. 4, Suite 200
Palo Alto, CA 94306
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE CO., LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC., et al.<br><br>           Plaintiffs,<br>       v.<br><br>ONLINENIC, INC., et al.<br><br>           Defendants. | Case No. 19-CV-07071-SI<br><br>**DEFENDANTS ONLINENIC, INC. AND DOMAIN ID SHIELD SERVICE CO., LIMITED'S NOTICE OF JOINDER IN DEFENDANT LEASCEND TECHNOLOGY CO., LTD'S OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |

    Defendants OnlineNIC, Inc. and Domain ID Shield Service Co., Limited hereby join Defendant Leascend Technology Co., Ltd.'s ( f/k/a Xiamen 35.com Internet Technology Co., Ltd.) Opposition to Plaintiffs' Motion for Attorneys' Fees (Dkt. No. 395), and the arguments and authorities found therein.

    Plaintiffs' allegations in the operative complaint against OnlineNIC, Inc. ("OnlineNIC") and Domain ID Shield Service Co., Limited ("ID Shield") are substantively identical to the allegations it has asserted against Leascend Technology Co., Ltd.'s.  In fact, Plaintiffs allege that all of the Defendants are *alter egos* of one another.   Accordingly, OnlineNIC and ID Shield join Leascend's Opposition.

Respectfully Submitted,

DATED: May 31, 2024

LEXANALYTICA, PC

By: *[signature]*

Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHEILD SERVICE CO., LIMITED

- 2 -