1  TUCKER ELLIS LLP
2  David J. Steele SBN 209797
   david.steele@tuckerellis.com
3  Howard A. Kroll SBN 100981
   howard.kroll@tuckerellis.com
4  Steven E. Lauridsen SBN 246364
   steven.lauridsen@tuckerellis.com
5  515 South Flower Street,
   Forty-Second Floor
6  Los Angeles, CA 90071
7  Telephone:    213.430.3400
   Facsimile:    213.430.3409
8
9  Attorneys for Plaintiffs,
   META PLATFORMS, INC. (fka FACEBOOK, INC.),
10 and INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC, | Case No. 3:19-cv-07071-SI |
| Plaintiffs, | **DECLARATION OF HELENA M. GUYE IN SUPPORT OF PLAINTIFFS' EMERGENCY EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER FREEZING ASSETS OF DEFENDANT LEASCEND TECHNOLOGY CO., LTD. F/K/A XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.** |
| v. | |
| ONLINENIC INC., DOMAIN ID SHIELD SERVICE CO., LIMITED, and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., | |
| Defendants. | Hon. Susan Illston |

I, Helena M. Guye, declare as follows:

1. I am an attorney with the law firm of Tucker Ellis LLP, counsel for Plaintiffs in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would competently testify thereto. I make this declaration in support of Plaintiffs' Emergency Ex Parte Application for a Temporary Restraining Order Freezing Assets of Defendant Leascend Technology Co., Ltd. fka Xiamen 35.Com Internet Technology Co., Ltd. ("35.CN").

2. On or about December 11, 2024, I learned that 35.CN was preparing to sell its subsidiary, Xiamen 35.com Co., Ltd. ("35.com Info") to Chengdu Yuyuling Internet Technology Co., Ltd. ("Yuyuling").

3. On December 12, 2024, I navigated to 35.CN's profile on "Juchao Information Network," the statutory information disclosure platform of the Shenzhen Stock Exchange (available at cninfo.com.cn) and downloaded 35.CN's publicly filed "Announcement on progress of the Company's proposed public listing to transfer 100% equity and some trademarks of the wholly-owned subsidiary" dated December 12, 2024. A copy of 35.CN's December 12, 2024, "Announcement on progress of the Company's proposed public listing to transfer 100% equity and some trademarks of the wholly-owned subsidiary," along with a certified translation, is attached to my declaration as **Exhibit 1**. According to the public filing, 35.CN's Board of Directors on December 10, 2024, approved the sale of 35.com Info to Yuyuling for RMB 48.2389 million Yuan (which is approximately $6.6 million). Ex. 1 at 1-2. Yuyuling was established on November 25, 2024, and its controlling shareholder was established on November 22, 2024, "both of which have no financial data at present." Id. at 2. According to the announcement, "[t]his transaction still needs to be submitted to the Company's shareholders' meeting for consideration. The shareholders' meeting is requested to authorize the company's management to handle all subsequent matters related to the transaction including but not limited to signing the transaction agreement and handling the property rights transfer procedures." Id.

4. On December 12, 2024, I also downloaded 35.CN's "Asset Appraisal Report" that was publicly filed on December 12, 2024. A copy of 35.CN's "Asset Appraisal Report," along with a machine translation, is attached to my declaration as **Exhibit 2**. This public filing indicates 35.com Info was established on June 1, 2023, and appears to identify certain domain names and other tangible and

intangible assets relating to the domain name registration business held by 35.com Info to be sold to Yuyuling.

5. On December 12, 2024, I also downloaded 35.CN's "Trademark Asset Appraisal Report" that was publicly filed on December 12, 2024. A copy of 35.CN's "Trademark Asset Appraisal Report," along with a machine translation, is attached to my declaration as **Exhibit 3**. This public filing appears to identify certain trademarks relating to the domain name registration business held by 35.com Info to be sold to Yuyuling.

6. On December 12, 2024, I also downloaded 35.CN's "Announcement on the company's proposed public listing transfer of 100% equity and some trademarks of its wholly-owned subsidiary" dated August 30, 2024. A copy of 35.CN's August 30, 2024, "Announcement on the company's proposed public listing transfer of 100% equity and some trademarks of its wholly-owned subsidiary," along with a machine translation, is attached to my declaration as **Exhibit 4**. According to this public filing, "[t]he equity interests of [35.com Info] to be sold are clear and there is no mortgage, pledge or any other restrictions on transfer. There is no litigation, arbitration or judicial measures such as seizure and freezing, and there are no other circumstances that hinder the transfer of ownership."

7. On December 17, 2024, I again navigated to 35.CN's profile on "Juchao Information Network," and downloaded 35.CN's publicly filed "Supplementary Notice of the General Meeting of Shareholders" dated December 18, 2024. A copy of 35.CN's December 18, 2024, "Supplementary Notice of the General Meeting of Shareholders," along with a machine translation, is attached to my declaration as **Exhibit 5**. According to this public filing, shareholder approval of this sale is scheduled to be held on December 23, 2024, which is December 22, 2024, in California. Ex. 5 at 2.

8. On December 17, 2024, I queried the "List of Accredited Registrars" webpage provided by the Internet Corporation for Assigned Names and Numbers' ("ICANN") (available at https://www.icann.org/en/accredited-registrars) for 35.CN's registrar accreditation: IANA 4163. The result of this query indicates that 35.CN's registrar accreditation is currently owned by 35.com Info. A December 17, 2024, screenshot showing the result of my query is attached as **Exhibit 6**.

9. On December 14, 2024, counsel for Plaintiffs met and conferred with counsel for 35.CN and provided notice of Plaintiffs' intent to file this ex parte application. On December 17, 2024, counsel

for Plaintiffs provided notice of this ex parte application by email to counsel for Defendants OnlineNIC Inc. and Domain ID Shield Service Co., Limited.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on December 18, 2024, in Los Angeles, California.

/s/Helena M. Guye

DECLARATION OF HELENA M. GUYE IN SUPPORT OF EMERGENCY EX PARTE APPLICATION
Case No. 3:19-cv-07071-SI