Exhibit 4

证券代码：300051　　　　　证券简称：琏升科技　　　　　公告编号：2024-094

# 琏升科技股份有限公司
## 关于公司拟公开挂牌转让
## 全资子公司100%股权及部分商标的公告

> 本公司及董事会全体成员保证信息披露的内容真实、准确、完整，没有虚假记载、误导性陈述或重大遗漏。

### 一、本次交易概述

1、2023年琏升科技股份有限公司（以下简称"公司"）结合自身战略转型优势及我国光伏产业快速发展的机遇，切入光伏电池领域，投资建设光伏异质结（HJT）电池项目，目前公司已实现主营业务向光伏产业的战略转型升级。为进一步聚焦主业，根据公司战略发展的需要，公司拟在厦门产权交易中心（以下简称"交易中心"）公开挂牌转让公司全资子公司厦门三五互联信息有限公司（以下简称"三五信息"或"标的公司"）100%股权及部分商标，上述资产打包出售挂牌底价以资产评估机构出具的评估价格为基准，即挂牌底价为人民币4,111.31万元。

2、公司于2024年8月29日召开了第六届董事会第三十二次会议，审议通过了《关于公司拟公开挂牌转让厦门三五互联信息有限公司100%股权及部分商标的议案》，同时，授权公司管理层办理本次股权转让的相关事宜（包括但不限于办理转让挂牌手续、与交易对手方谈判、签署协议等事宜）。

3、由于本次交易方式为在交易中心公开挂牌转让，最终交易对手方不确定，目前无法判断是否构成关联交易。如经公开挂牌程序确定的受让方为本公司的关联方，公司将依法履行审议程序及信息披露义务。本次交易不构成《上市公司重大资产重组管理办法》所规定的重大资产重组。

### 二、交易对方的基本情况

公司本次股权转让将在产权交易机构以公开挂牌转让方式进行，交易受让方尚

不能确定。公司将根据公开挂牌进展情况，及时履行信息披露义务。

### 三、交易标的基本情况

#### （一）三五信息基本情况

**1、基本情况**

| | |
|---|---|
| 企业名称 | 厦门三五互联信息有限公司 |
| 统一社会信用代码 | 91350200MACKTQ1N08 |
| 企业类型 | 有限责任公司（自然人投资或控股的法人独资） |
| 成立日期 | 2023年6月1日 |
| 注册地址 | 厦门火炬高新区软件园二期观日路8号401室A01单元 |
| 法定代表人 | 章威炜 |
| 注册资本 | 2000万元人民币 |
| 经营范围 | 许可项目：互联网信息服务；第二类增值电信业务；第一类增值电信业务；互联网域名注册服务。（依法须经批准的项目，经相关部门批准后方可开展经营活动，具体经营项目以相关部门批准文件或许可证件为准）一般项目：数据处理和存储支持服务；软件开发；技术服务、技术开发、技术咨询、技术交流、技术转让、技术推广；技术进出口；信息系统集成服务；信息技术咨询服务；信息咨询服务（不含许可类信息咨询服务）；数字内容制作服务（不含出版发行）；计算机软硬件及辅助设备批发；计算机软硬件及辅助设备零售；移动终端设备销售；广告设计、代理；市场营销策划；项目策划与公关服务；摄像及视频制作服务。（除依法须经批准的项目外，凭营业执照依法自主开展经营活动）。 |
| 控股股东 | 公司持有三五信息100%股权 |

**2、主要财务数据**

单位：万元

| 项目 | 2024年5月31日（经审计） | 2023年12月31日（经审计） |
|---|---|---|
| 资产总额 | 5,375.39 | 4,289.87 |
| 负债总额 | 3,655.11 | 2,546.71 |
| 应收账款 | 500.96 | 237.18 |
| 归属于母公司所有者权益 | 1,653.58 | 1,640.76 |
| 项目 | 2024年1-5月（经审计） | 2023年度（经审计） |
| 营业收入 | 2,728.75 | 3,191.00 |
| 净利润 | 4.28 | -320.10 |
| 经营活动产生的现金流量净额 | 59.43 | 1,165.61 |

**3、业务情况**

三五信息为公司企业信息技术服务业务实施主体，通过SaaS模式重点面向中小

企业客户，提供企业邮箱、网站建设、网络域名（ICANN注册商认证）和办公自动化系统等软件产品及服务。

4、本次拟出售的三五信息股权清晰，不存在抵押、质押及其他任何限制转让情况，不涉及诉讼、仲裁事项或查封、冻结等司法措施，不存在妨碍权属转移其他情况。根据中国执行信息公开网的查询结果，三五信息不存在失信被执行的情形，不属于失信被执行人。

5、资产评估结果

截至资产评估基准日2024年5月31日，经资产基础法评估，三五信息股东全部权益价值为1,742.18万元，增值额为63.70万元，增值率3.79%；经收益法评估三五信息股东全部权益价值为4,081.00万元，增值额为2,402.51万元，增值率143.14%。本次评估取收益法评估结论为最终评估结论。

**（二）公司部分商标基本情况**

1、本次公司拟转让商标合计83项，具体情况详见附件。

2、资产评估结果

截至资产评估基准日2024年5月31日，经成本法评估后的公司拟转让的商标资产为30.31万元。

**四、本次交易的定价依据**

本次交易双方为了公平合理、定价公允，由具有证券、期货从业资格的第三方北方亚事资产评估有限责任公司对标的公司进行了评估，并出具了《评估报告》。厦门三五互联信息有限公司100%股权及部分商标经评估价值合计4,111.31万元，公司本次挂牌以评估价值为参考基准，确定首次挂牌转让价格为4,111.31万元。

**五、本次挂牌其他信息**

1、挂牌信息披露及报价网址：

（1）厦门产权交易中心网站：http://www.xemas.com.cn/

（2）权益云网站：https://www.unibid.cn/

（3）权益云竞价大厅网址：https://www.unibid.cn/portal/pro/hall.jsp?org=XM1

2、挂牌公示期：公司将在本公告披露后向交易中心申请挂牌，首次挂牌公示期期限为15个工作日；若首次挂牌公示期结束后，未征集到符合受让条件的意向受让方，不变更挂牌条件，延长本次挂牌时间共10个工作日；仍未征集到符合受让条件的意向受让方，公司将在公示期结束后的10个工作日内向交易中心申请启动下一轮挂牌转让程序，后续每轮公示期期限为10个工作日。

3、公司本次挂牌交易规则

（1）首次挂牌价格：不低于资产包评估值，确定为人民币4,111.31万元。；

（2）首次挂牌公示期及延长期内，只征集到1个合格的意向受让方，即按挂牌底价与意向受让方报价孰高原则确定成交价格及受让方；

（3）首次挂牌公示期及延长期内，征集到2家及以上合格的意向受让方，在公示期结束后3个工作日内，由交易中心负责以挂牌底价为竞价起始价组织竞价，依据网络竞价系统的结果确认成交价格和受让方。

（4）首次挂牌公告期及延长期结束后，仍未征集到符合受让条件的意向受让方，公司将在公示期结束后的10个工作日内向交易中心申请下一轮挂牌转让程序，交易规则同首次。后续每轮挂牌价格为前一次挂牌底价降价10%后的价格（即第二次挂牌价在初次挂牌价的基础上降价10%，第三次挂牌价在第二次挂牌价的基础上降价10%，依次类推）。每次挂牌公示期结束后，如无符合受让条件的意向受让方，公司保留终止挂牌的权利。

**六、交易协议主要内容**

公司将在确定交易对方后签署交易协议，最终交易对方、转让价格、交付和过户时间等协议主要内容以签署的交易协议为准。公司将根据本次股权及商标转让的进程，及时披露进展情况。

**七、本次交易的目的和对公司的影响**

公司本次转让部分非主营资产符合公司战略发展规划和长远利益，有利于优化

公司资产结构。未来公司将围绕发展战略，做大做强光伏电池领域，进一步夯实主业，增强公司整体盈利能力。因交易最终成交价格未确定，公司本次资产出售所取得的投资收益暂不确定，具体金额以最终售价和审计数据为准；公司企业邮箱、网站建设、网络域名（ICANN注册商认证）等相关产品及服务已由三五信息承接和运营，本次交易后，三五信息将不再纳入公司合并报表范围，公司不再持有三五信息股权，不再拥有三五信息控制权，公司不再从事前述业务，本次交易不会对公司持续经营能力造成较大影响。

### 八、备查文件

1、第六届董事会第三十二次会议决议；

2、其他相关文件。

特此公告！

珐升科技股份有限公司

董事会

二〇二四年八月三十日

**附件：拟转让商标明细**

| 序号 | 类别 | 注册号 | 商标图片 | 专用权（起） | 专用权（止） | 商品服务 |
|---|---|---|---|---|---|---|
| 1 | 38 | 3856046 | 三五 | 2006-05-21 | 2026-05-20 | 信息传送；电话业务；计算机终端通讯；电子信件；电子邮件；电信信息；光纤通讯；卫星传送；电子公告牌服务（通讯服务）；通过为计算机使用者提供聊天室的方式进行信息传送（截止） |
| 2 | 38 | 3856045 | 35 | 2006-05-21 | 2026-05-20 | 信息传送；电话业务；计算机终端通讯；电子信件；电子邮件；电信信息；光纤通讯；卫星传送；电子公告牌服务（通讯服务）；通过为计算机使用者提供聊天室的方式进行信息传送（截止） |
| 3 | 35 | 5099825 | 35互联 | 2010-06-28 | 2030-06-27 | 推销（替他人）；计算机数据库信息编入；商业专业咨询；在通讯媒体上出租广告空间；广告；数据通讯网络上的在线广告；工商管理辅助；商业信息；替他人作中介（替其他企业购买商品或服务），速记（截止） |
| 4 | 38 | 5099826 | 35互联 | 2009-09-14 | 2029-09-13 | 信息传送；电讯信息；计算机终端通讯；调制解调器出租；信息传输设备出租；电子公告牌服务（通讯服务）；电子邮件；计算机辅助信息和图像传送；提供全球计算机网络用户接入服务（服务商）（截止） |
| 5 | 42 | 5099823 | 三五 | 2013-08-07 | 2033-08-06 | 计算机系统设计；知识产权许可；计算机软件设计；主持计算机站（网站）；计算机软件出租；技术项目研究；替他人注册域名；为计算机用户间交换数据提供即时连接服务；替他人创建和维护网站；建设项目的开发（截止） |
| 6 | 42 | 5099828 | 35互联 | 2010-06-14 | 2030-06-13 | 计算机系统设计；知识产权许可；计算机软件设计；主持计算机站（网站）；计算机软件出租；技术项目研究；替他人注册域名；为计算机用户间交换数据提供即时连接服务；替他人创建和维护网站；建设项目的开发（截止） |
| 7 | 09 | 5099824 | 35互联 | 2009-06-28 | 2029-06-27 | 网络通讯设备；调制解调器（截止） |
| 8 | 35 | 5099852 | 35 | 2009-04-21 | 2029-04-20 | 推销（替他人）；计算机数据库信息编入；商业专业咨询；在通讯媒体上出租广告空间；广告；数据通讯网络上的在线广告；工商管理辅助；商业信息；速记；替他人作中介（替其它企业购买商品或服务）（截止） |
| 9 | 35 | 5099840 | 三五 | 2009-04-21 | 2029-04-20 | 推销（替他人）；计算机数据库信息编入；商业专业咨询；在通讯媒体上出租广告空间；广告；数据通讯网络上的在线广告；工商管理辅助；商业信息；速记；替他人作中介（替其它企业购买商品或服务）（截止） |
| 10 | 42 | 5099834 | 35 | 2013-11-07 | 2033-11-06 | 计算机系统设计；主持计算机站（网站）；计算机软件设计；知识产权许可；计算机软件出租；替他人注册域名；技术项目研究；建设项目的开发；替他人创建和维护网站；为计算机用户间交换数据提供即时连接服务（截止） |
| 11 | 41 | 5099842 | 三五 | 2009-06-14 | 2029-06-13 | （在计算机网络上）提供在线游戏；娱乐；培训；安排和组织会议；收费图书馆；提供在线电子出版物（非下载的）；游戏；节目制作；娱乐信息；数字成像服务（截止） |
| 12 | 38 | 5099841 | 三五 | 2009-09-14 | 2029-09-13 | 信息传送；电讯信息；计算机终端通讯；调制解调器出租；信息传输设备出租；电子公告牌服务（通讯服务）；电子邮件；计算机辅助信息和图像传送；提供全球计算机网络用户接入服务（服务商）（截止） |

| 13 | 09 | 5099839 | 三五 | 2009-06-28 | 2029-06-27 | 网络通讯设备；调制解调器（截止） |
| 14 | 41 | 5099827 | 35互联 | 2010-06-14 | 2030-06-13 | （在计算机网络上）提供在线游戏；娱乐；培训；安排和组织会议；收费图书馆；提供在线电子出版物（非下载的）；游戏；节目制作；娱乐信息；数字成像服务（截止） |
| 15 | 42 | 6570337 | 自推瓷邮 | 2011-01-14 | 2031-01-13 | 包装设计;无形资产评估;室内装饰设计(截止) |
| 16 | 38 | 6734744 | 35EQ | 2010-05-28 | 2030-05-27 | 信息传送；提供因特网聊天室；电话业务；远程会议服务;语音邮件服务;电子公告牌服务（通讯服务）；电子邮件；提供全球计算机网络用户接入服务(服务商)；提供与全球计算机网络的电讯联接服务；提供数据库接入服务（截止） |
| 17 | 42 | 7638246 | 35网商通 | 2013-10-14 | 2033-10-13 | 把有形的数据和文件转换成电子媒体；研究与开发（替他人）；计算机编程；计算机软件设计；计算机软件出租；计算机系统设计；替他人创建和维护网站；托管计算机站(网站);计算机程序和数据的数据转换（非有形转换）；网络服务器的出租（截止） |
| 18 | 45 | 8026848 | 三五互联 | 2011-03-14 | 2031-03-13 | 仲裁；知识产权咨询；版权管理；知识产权许可；知识产权监督；法律研究；诉讼服务；计算机软件许可（法律服务）；域名注册；调解（截止） |
| 19 | 09 | 8026871 | 三五互联 | 2011-03-07 | 2031-03-06 | 成套无线电话机；电话机；可视电话；车辆用导航仪器（随车计算机）；手提电话机；纤维光缆；卫星导航仪器；手提无线电话机；雷达设备；光通讯设备（截止） |
| 20 | 42 | 8132558 | 35CRM | 2013-11-21 | 2033-11-20 | 把有形的数据和文件转换成电子媒体；计算机编程；计算机病毒的防护服务；计算机软件出租；计算机软件的安装；计算机软件设计；计算机系统设计；提供互联网搜索引擎；替他人创建和维护网站；托管计算机站（网站）（截止） |
| 21 | 42 | 8132492 | EQ | 2013-02-07 | 2033-02-06 | 把有形的数据和文件转换成电子媒体；计算机编程；计算机病毒的防护服务；计算机软件出租；计算机软件的安装；计算机软件设计；计算机系统设计；提供互联网搜索引擎；替他人创建和维护网站；托管计算机站（网站）（截止） |
| 22 | 38 | 8132311 | EQ | 2013-03-07 | 2033-03-06 | 电讯信息；电子公告牌服务（通讯服务）；电子邮件；计算机辅助信息和图像传送；计算机终端通讯；提供计算机网络用户接入服务（服务商）；提供因特网聊天室；信息传送设备出租；信息传送；语音邮件服务（截止） |
| 23 | 09 | 8486569 | 三五刺猬 | 2011-07-28 | 2031-07-27 | 电话机；手提电话；网络通讯设备；计算机外围设备；计算机游戏软件；计算机软件（已录制）；动画片；电子出版物(可下载)；电话铃音(可下载)；调制解调器（截止） |
| 24 | 38 | 8491240 | 三五刺猬 | 2011-08-07 | 2031-08-06 | 信息传送；计算机终端通讯；计算机辅助信息和图像传送器；电子邮件；电讯信息；信息传输设备出租；电子公告牌服务（通讯服务）；提供全球计算机网络用户接入服务（服务商）；语音邮件服务；提供因特网聊天室（截止） |
| 25 | 42 | 8494590 | 三五刺猬 | 2011-07-28 | 2031-07-27 | 计算机编程；计算机软件设计；计算机软件出租；计算机系统设计；把有形的数据和文件转换成电子媒体；替他人创建和维护计算机站（网站）；计算机软件的安装；计算机病毒的防护服务；提供互联网搜索引擎（截止） |

| 26 | 28 | 8499954 | CIWEI | 2011-0<br>7-28 | 2031-0<br>7-27 | 玩具；长毛绒玩具；智能玩具；游戏机；棋；运动球类；锻炼身体器械；游泳池（娱乐用）；圣诞树装饰品（灯饰和糖果除外）；棋类游戏（截止） |
| 27 | 32 | 8499901 | CIWEI | 2011-0<br>7-28 | 2031-0<br>7-27 | 啤酒；水（饮料）；无酒精饮料；耐酸饮料；乳酸饮料（果制品，非奶）；饮料制剂；饮料香精；果汁；矿泉水；植物饮料（截止） |
| 28 | 30 | 8499883 | CIWEI | 2011-0<br>7-28 | 2031-0<br>7-27 | 咖啡；茶；糖；甜食；以谷物为主的零食小吃；方便米饭；谷类制品；豆浆；调味品；除香食精油外的饮料用调味品（截止） |
| 29 | 33 | 8499924 | CIWEI | 2011-0<br>7-28 | 2031-0<br>7-27 | 薄荷酒；开胃酒；烧酒；酒（饮料）；含水果的酒精饮料；汽酒；清酒；料酒；食用酒精；含酒精液体（截止） |
| 30 | 41 | 9698090 | 35应用市场 | 2012-0<br>8-21 | 2032-0<br>8-20 | 在线电子书籍和杂志的出版；提供在线电子出版物（非下载的）；（在计算机网络上）提供在线游戏；教育；组织教育或娱乐竞赛；节目制作；娱乐信息；现场表演；俱乐部服务（娱乐或教育）；文娱活动（截止） |
| 31 | 42 | 9703510 | | 2012-0<br>8-21 | 2032-0<br>8-20 | 计算机编程；计算机软件设计；计算机软件出租；计算机系统设计；托管计算机站（网站）；计算机软件的安装；计算机病毒的防护服务；提供互联网搜索引擎；把有形的数据和文件转换成电子媒体；替他人创建和维护网站（截止） |
| 32 | 42 | 9703529 | | 2012-0<br>8-21 | 2032-0<br>8-20 | 计算机编程;计算机软件设计;计算机软件出租;计算机系统设计;托管计算机站(网站);计算机软件的安装;计算机病毒的防护服务;提供互联网搜索引擎;把有形的数据和文件转换成电子媒体;替他人创建和维护网站(截止) |
| 33 | 42 | 9703541 | | 2012-0<br>8-21 | 2032-0<br>8-20 | 计算机编程；计算机软件设计；计算机软件出租；计算机系统设计；托管计算机站（网站）；计算机软件的安装；计算机病毒的防护服务；提供互联网搜索引擎；把有形的数据和文件转换成电子媒体；替他人创建和维护网站（截止） |
| 34 | 09 | 9703711 | | 2012-0<br>8-21 | 2032-0<br>8-20 | 已录制的计算机程序（程序）；计算机外围设备；计算机软件（已录制）；计算机程序（可下载软件）；计算机游戏软件；电脑软件（录制好的）；手提电话；电话机；网络通讯设备；动画片（截止） |
| 35 | 09 | 9703729 | | 2012-0<br>8-21 | 2032-0<br>8-20 | 已录制的计算机程序（程序）；计算机外围设备；计算机软件（已录制）；计算机程序（可下载软件）；计算机游戏软件；电脑软件（录制好的）；手提电话；电话机；网络通讯设备；动画片（截止） |
| 36 | 42 | 9703666 | | 2012-0<br>9-21 | 2032-0<br>9-20 | 计算机编程；计算机软件设计；计算机软件出租；计算机系统设计；托管计算机站（网站）；计算机软件的安装；计算机病毒的防护服务；提供互联网搜索引擎；把有形的数据和文件转换成电子媒体；替他人创建和维护网站（截止） |
| 37 | 09 | 9708915 | | 2013-0<br>1-28 | 2033-0<br>1-27 | 动画片（截止） |
| 38 | 38 | 9708569 | | 2012-0<br>8-21 | 2032-0<br>8-20 | 信息传送；电子邮件；电子公告牌服务（通讯服务）；电讯信息；计算机终端通讯；计算机辅助信息和图像传送；提供全球计算机网络用户接入服务商）；提供信息传输设备出租；提供因特网聊天室；语音邮件服务（截止） |
| 39 | 09 | 9709006 | 三五互联 | 2014-0<br>7-28 | 2034-0<br>7-27 | 电话机；手提电话；网络通讯设备；动画片（截止） |
| 40 | 38 | 9708664 | | 2012-1<br>1-07 | 2032-1<br>1-06 | 信息传送；电子邮件；电子公告牌服务（通讯服务）；电讯信息；计算机终端通讯；计算机辅助信息和图像传送；提供全球计算机网络用户接入服务（服务商）；信息传输设备出租；提供因特网聊天室；语音邮件服务（截止） |

| 41 | 09 | 10207136 | | 2013-01-21 | 2033-01-20 | 电话铃音（可下载）；电话机；可视电话；手提电话；计算机软件（已录制）；计算机程序（可下载软件）；计算机游戏软件；信息处理机（中央处理装置）；电子字典；数据处理设备（截止） |
| 42 | 42 | 13695397 | E企聊 | 2015-03-07 | 2025-03-06 | 计算机编程；计算机软件设计；计算机系统设计；计算机软件安装；计算机病毒的防护服务；把有形的数据或文件转换成电子媒体；造型（工业品外观设计）；技术研究；替他人研究和开发新产品；替他人创建和维护网站（截止） |
| 43 | 09 | 13695306 | E企聊 | 2015-02-21 | 2025-02-20 | 计算机程序（可下载软件）；可下载的音乐文件；电话铃音（可下载）；计算机存储装置；手提电话；可视电话；电话机；电池；计算机软件（已录制）；数据处理设备（截止） |
| 44 | 35 | 13695533 | E企聊 | 2015-02-21 | 2025-02-20 | 商业专业咨询；商业信息；工商管理辅助；在通讯媒体上出租广告时间；广告空间出租；替他人推销；为零售目的在通讯媒体上展示商品；计算机数据库信息系统化；替他人预订电讯服务；特许经营的商业管理（截止） |
| 45 | 41 | 13695438 | E企聊 | 2015-02-21 | 2025-02-20 | 在计算机网络上提供在线游戏；教育；图书出版；组织教育或娱乐竞赛；提供在线电子出版物（非下载）；节目制作；娱乐信息（消遣）；现场表演；俱乐部服务（娱乐或教育）；娱乐（截止） |
| 46 | 41 | 14210116 | 三五互联 | 2015-05-07 | 2025-05-06 | 培训；安排和组织会议；出借书籍的图书馆；提供在线电子出版物（非下载）；娱乐；在计算机网络上提供在线游戏；游戏厅服务；广播和电视节目制作；娱乐信息；摄影（截止） |
| 47 | 45 | 14210135 | 三五互联 | 2015-05-07 | 2025-05-06 | 域名注册（法律服务）；计算机软件许可（法律服务）；安全及防盗警报系统的监控；知识产权咨询；知识产权许可；版权管理；法律研究；诉讼服务；调解；仲裁（截止） |
| 48 | 42 | 14209905 | 三五互联 | 2015-06-14 | 2025-06-13 | 计算机软件设计；计算机系统设计；替他人创建和维护网站；托管计算机站（网站）；服务器托管；软件运营服务[SaaS]；技术项目研究；建设项目的开发；信息技术咨询服务；把有形的数据或文件转换成电子媒体（截止） |
| 49 | 09 | 14209952 | 三五互联 | 2016-06-28 | 2026-06-27 | 电话机；手提电话；网络通讯设备；动画片（截止） |
| 50 | 38 | 14210059 | 三五互联 | 2015-05-07 | 2025-05-06 | 信息传送；电话业务；计算机终端通讯；提供互联网聊天室；电子邮件；电子广告牌服务（通讯服务）；提供全球计算机网络用户接入服务；语音邮件服务；提供在线论坛；视频会议服务（截止） |
| 51 | 35 | 14209995 | 三五互联 | 2015-04-28 | 2025-04-27 | 替他人推销；替他人采购（替其他企业购买商品或服务）；计算机网络上的在线广告；计算机数据库信息系统化；广告；在通讯媒体上出租广告时间；工商管理辅助；商业信息；药品零售或批发服务；商业专业咨询（截止） |
| 52 | 38 | 14293025 | 邮洽 | 2015-05-14 | 2025-05-13 | 信息传送；电话业务；计算机终端通讯；电子邮件；光讯通讯；电子广告牌服务（通讯服务）；提供全球计算机网络用户接入服务；语音邮件服务；视频会议服务；提供在线论坛（截止） |
| 53 | 09 | 14292974 | 邮洽 | 2015-05-14 | 2025-05-13 | 已录制的计算机程序（程序）；计算机外围设备；计算机软件（已录制）；计算机程序（可下载软件）；计算机游戏软件；电池；电话机；手提电话；网络通讯设备；动画片（截止） |
| 54 | 35 | 16088482 | 三五企业邮箱 | 2016-03-14 | 2026-03-13 | 商业专业咨询；工商管理辅助；药品零售或批发服务；市场营销；将信息编入计算机数据库；为零售目的在通讯媒体上展示商品；在通讯媒体上出租广告时间；广告空间出租；替他人推销；替他人预订电讯服务（截止） |

| | | | | | | |
|---|---|---|---|---|---|---|
| 55 | 42 | 1608876 0 | 三五企业邮箱 | 2016-0 3-07 | 2026-0 3-06 | 计算机病毒的防护服务；计算机系统设计；计算机编程；计算机软件安装；服务器托管；把有形的数据或文件转换成电子媒体；替他人创建和维护网站；信息技术咨询服务；软件运营服务（SaaS）；替他人研究和开发新产品（截止） |
| 56 | 09 | 1608842 7 | 三五企业邮箱 | 2016-0 6-21 | 2026-0 6-20 | 可视电话；电话机；移动电话（截止） |
| 57 | 38 | 1608876 4 | 三五企业邮箱 | 2016-0 3-07 | 2026-0 3-06 | 移动电话通讯；信息传送；电话业务；电子邮件；提供全球计算机网络用户接入服务；计算机终端通讯；电子公告牌服务（通讯服务）；提供在线论坛；视频会议服务；光纤通讯（截止） |
| 58 | 41 | 1608867 1 | 三五企业邮箱 | 2016-0 3-14 | 2026-0 3-13 | 在计算机网络上提供在线游戏；教育；书籍出版；组织教育或娱乐竞赛；提供在线电子出版物（非下载）；广播和电视节目制作；娱乐；娱乐信息（消遣）；现场表演；俱乐部服务（娱乐或教育）（截止） |
| 59 | 09 | 2892842 7 | EQ | 2019-0 1-07 | 2029-0 1-06 | 计算机外围设备；计算机软件（已录制）；监视程序（计算机程序）；电子出版物（可下载）；已录制的计算机程序；计算机游戏软件；计算机程序（可下载软件）；电话铃音（可下载）；可下载的手机应用软件；智能眼镜（数据处理）（截止） |
| 60 | 42 | 3301836 3 | 即时语 | 2019-0 6-28 | 2029-0 6-27 | 计算机编程；计算机软件设计；计算机硬件设计和开发咨询；恢复计算机数据；包装设计；无形资产评估；把有形的数据或文件转换成电子媒体；托管计算机站（网站）；提供互联网搜索引擎；室内装饰设计（截止） |
| 61 | 42 | 3613738 9 | 云门户 | 2019-0 9-14 | 2029-0 9-13 | 计算机软件设计；软件即服务（SaaS）；气象信息；质量检测；计算机编程；云计算；艺术品鉴定；替他人研究和开发新产品；车辆性能检测；电子数据储存（截止） |
| 62 | 09 | 3614557 0 | 云门户 | 2019-0 9-14 | 2029-0 9-13 | 计算机软件（已录制）；计算机程序（可下载软件）；中央处理器（CPU）；计算机外围设备；可下载的手机应用软件；计算机存储装置；手提电话；网络通讯设备；人脸识别设备；电池（截止） |
| 63 | 42 | 3613990 8 | 35 云门户 | 2019-0 9-14 | 2029-0 9-13 | 计算机软件设计；软件即服务（SaaS）；气象信息；质量检测；计算机编程；云计算；艺术品鉴定；替他人研究和开发新产品；车辆性能检测；电子数据储存（截止） |
| 64 | 09 | 3613039 9 | 35 云门户 | 2019-0 9-14 | 2029-0 9-13 | 计算机软件（已录制）；计算机程序（可下载软件）；中央处理器（CPU）；计算机外围设备；可下载的手机应用软件；计算机存储装置；手提电话；网络通讯设备；人脸识别设备；电池（截止） |
| 65 | 07 | 4276880 8 | 刺猬宝宝 | 2020-0 8-28 | 2030-0 8-27 | 电池机械；蓄电池工业专用机械；上电池底机；电池芯加工机；风力发电设备；电子工业设备；交流发电机；清洗设备；自动售货机；电镀机（截止） |
| 66 | 40 | 4276478 7 | 刺猬宝宝 | 2020-0 8-28 | 2030-0 8-27 | 材料处理信息；金属处理；纸张加工；光学玻璃研磨；服装定制；印刷；废物和垃圾的回收利用；空调设备出租；能源生产；发电机出租（截止） |
| 67 | 09 | 5201591 3 | EQ | 2021-0 8-14 | 2031-0 8-13 | 微处理机；可下载的手机软件；磁性编码身份鉴别手环；计算机软件（已录制）；可下载的手机应用软件；计算机硬件；计算机外围设备；监视程序（计算机程序）；磁盘；电子出版物（可下载）（截止） |
| 68 | 31 | 5200298 5 | 刺猬 Ciwei | 2021-1 0-21 | 2031-1 0-20 | 谷（谷类）；酿酒麦芽；新鲜蔬菜；植物；芦荟（植物）；干草；蘑菇繁殖菌（截止） |
| 69 | 42 | 5250107 0 | 三五名片链 | 2021-0 9-28 | 2031-0 9-27 | 技术项目研究；替他人研究和开发新产品；质量体系认证；计算机编程；替他人创建和维护网站；软件即服务（SaaS）；云计算；计算机信息咨询；计算机系统分析；为他人创建和设计网络信息索引（信 |

| | | | | | | 息技术服务）（截止） |
|---|---|---|---|---|---|---|
| 70 | 35 | 65336154 | 35 企业邮箱 | 2022-12-14 | 2032-12-13 | 替他人推销；张贴广告；广告；广告宣传；商业橱窗布置；电视广告；广告版面设计；商业企业迁移的管理服务；进出口代理；市场营销（截止） |
| 71 | 42 | 70243790 | 三五营销邮 | 申请中 | / | 技术研究；材料测试；计算机软件设计；计算机系统设计；软件即服务(SaaS)；计算机平台的开发；通过网站提供计算机技术和编程信息；为他人创建和维护网站；平台即服务(PaaS)；平面美术设计 |
| 72 | 42 | 70232471 | 刺猬响站<br>website templates | 2023-10-28 | 2033-10-27 | 平台即服务（PaaS）；技术研究；材料测试；通过网站提供计算机技术和编程信息；计算机系统设计；计算机软件设计；计算机平台的开发；软件即服务（SaaS）；为他人创建和维护网站；平面美术设计（截止） |
| 73 | 09 | 70235081 | 三五主机 | 2024-1-21 | 2034-1-20 | 科学研究用具有人工智能的人形机器人（截止） |
| 74 | 42 | 70222994 | 三五主机 | 2024-3-28 | 2034-3-27 | 计算机软件设计；计算机系统设计；软件即服务（SaaS）；计算机平台的开发；通过网站提供计算机技术和编程信息；为他人创建和维护网站；平台即服务(PaaS)(截止） |
| 75 | 09 | 70228368 | （图形） | 2023-10-7 | 2033-10-6 | 计算机器；数据处理设备；计算机；已录制的计算机程序；计算机软件(已录制)；监视程序(计算机程序)；可下载的计算机游戏软件；便携式计算机；已录制的计算机游戏软件；科学研究用具有人工智能的人形机器人（截止） |
| 76 | 09 | 70224997 | 三五营销邮 | 2024-1-21 | 2034-1-20 | 科学研究用具有人工智能的人形机器人（截止） |
| 77 | 42 | 70222982 | （图形） | 2023-10-7 | 2033-10-6 | 平台即服务（PaaS）；技术研究；材料测试；通过网站提供计算机技术和编程信息；计算机平台的开发；计算机软件设计；软件即服务（SaaS）；为他人创建和维护网站；计算机系统设计；平面美术设计（截止） |
| 78 | 35 | 70239240 | 三五营销邮 | 2023-12-28 | 2033-12-27 | 张贴广告；广告；广告宣传；商业橱窗布置；电视广告；广告版面设计；商业企业迁移的管理服务；为他人推销；进出口代理；市场营销（截止） |
| 79 | 9 | 74258280 | 三五互联 | 申请中 | / | 计算机软件(已录制)；已录制的计算机程序；可下载的计算机应用软件；已录制的或可下载的数据集；数据处理设备；计算机；可下载的计算机游戏软件；科学研究用具有人工智能的人形机器人；计算机存储装置；光伏电池 |
| 80 | 09 | 301798570 | 35.com | 2011-12-27 | 2031-12-26 | 电话机；可视电话；手提电话；纤维光缆；卫星导航仪器；成套无线电话机；车辆用导航仪器（随车电脑）；雷达设备；手提无线电话机 |
| | 38 | 301798570 | 35.com | 2011-12-27 | 2031-12-26 | 资讯传送、电讯资讯；电脑终端通讯；数据传送；资讯传输设备出租；电子公告牌服务（通讯服务）；电子邮件；电脑辅助资讯和图像传送；提供全球电脑网络用户接入服务（服务商） |
| 81 | 09 | 1086868 | 35.com | 2011-4-27 | 2031-4-26 | telephones;video telephones;portable telephones;fibre(fiber(Am.))optic cables;satellite navigational apparatus;radiotelephony sts;navigation apparatus for vehicles(on-board computers);radar apparatus;walkie-talkies. |
| | 38 | 1086868 | 35.com | 2011-4-27 | 2031-4-26 | (message sending);informating about telecommunicationg;communications by computer terminals;rental of modems;rental of message sending apparatus;electronic bulletin board services(telecommunicationgs services);electronic mail;computer aided transmission of messages and |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | images;providing user access to a global computer network(service providers). |
| 82 | 09 | IDM000 355154 | 35.com | 2011-1 -7 | 2031-1 -6 | Peralatan telepon;video telepon;telepon yang mudah dibawa/portable;perangkat radiontelefoni;radio dua-arah. |
| 83 | 38 | IDM000 361883 | 35.com | 2011-1 -7 | 2031-1 -6 | Penglriman pesan(message sending);informasl mengenai telekomunikasl(information about telecommuincation);komunikasi melalui terminal komputer(communications by computer terminals);penyewaan modem(Rental of modems);penyewaan alat pengirim pesan(rental of message sending apparatus);jasa papan buletln elektronlk(jasa telekomunlkasi)(electronic bulletin board services {telecommunications services};pos elektronik(electronic mail);pengiriman berita dan gambar dengan bantuan komputer(computer sided transmission of messages and images);penyedlaan akses pengguna ke dalam jaringan komputer global(providing user access to a global computer network{service providers}) |

Stock code: 300051          Securities name: Liansheng Technology          Announcement No.: 2024-094

Liansheng Technology Co., Ltd.

About the company's proposed public listing transfer

Announcement of 100% equity and some trademarks of wholly-owned subsidiary

---

The company and all members of the board of directors guarantee that the information disclosed is true, accurate, complete and without any false information.

misleading statements or material omissions.

---

I. Overview of this transaction

1. In 2023, Liansheng Technology Co., Ltd. (hereinafter referred to as the "Company") combined its own strategic transformation advantages

Taking advantage of the rapid development of my country's photovoltaic industry, we entered the field of photovoltaic cells and invested in the construction of photovoltaic heterojunction (HJT)

Battery project, the company has achieved strategic transformation and upgrading of its main business to photovoltaic industry.

According to the needs of the company's strategic development, the company plans to open a new property rights trading center in Xiamen (hereinafter referred to as the "trading center")

Public listing and transfer of the company's wholly-owned subsidiary Xiamen Sanwu Internet Information Co., Ltd. (hereinafter referred to as "Sanwu Information")

or "Target Company") 100% equity and some trademarks, the above assets are packaged for sale at the lowest price to be determined by the asset appraisal agency

The appraisal price issued by the relevant institution is used as the basis, that is, the listing floor price is RMB 41.1131 million.

2. The company held the 32nd meeting of the 6th Board of Directors on August 29, 2024, and reviewed and approved the

"On the Company's Proposed Public Listing Transfer of 100% Equity and Certain Trademarks of Xiamen Sanwu Internet Information Co., Ltd."

At the same time, the company's management is authorized to handle matters related to this equity transfer (including but not limited to handling the transfer listing

formalities, negotiations with counterparties, signing of agreements, etc.).

3. Since this transaction is publicly listed and transferred in the trading center, the final counterparty is uncertain.

It is impossible to determine whether it constitutes a related-party transaction. If the transferee determined through the public listing procedure is a related party of the Company,

The company will perform the review procedures and information disclosure obligations in accordance with the law. This transaction does not constitute a major asset repurchase of a listed company.

Major asset reorganization as stipulated in the "Regulations on Group Management".

2. Basic information of the counterparty

The company's equity transfer will be conducted through public listing transfer in the property rights trading institution.

Unsure. The company will fulfill its information disclosure obligations in a timely manner based on the progress of the public listing.

III. Basic Information of the Transaction Subject

(I) Basic information on the three-five

1. Basic Information

| Company Name | Xiamen 35 Internet Information Co., Ltd. |
|---|---|
| Unified social credit code | 91350200MACKTQ1N08 |
| Company Type | Limited Liability Company (sole proprietorship of a legal person invested or controlled by a natural person) |
| Date of Establishment | June 1, 2023 |
| Registered Address | Unit A01, Room 401, No. 8 Guanri Road, Phase II, Software Park, Xiamen Torch Hi-Tech Zone |
| Legal representative | Zhang Weiwei |
| Registered capital | RMB 20 million |
| Business Scope | Licensed items: Internet information services; Category II value-added telecommunications services; Category I value-added telecommunications services; Internet Domain name registration services. (Projects that require approval according to law can only carry out business activities after approval by relevant departments. (The specific business projects shall be subject to the approval documents or licenses of relevant departments) General projects: data processing and storage support Services; software development; technical services, technical development, technical consultation, technical exchange, technology transfer, technology promotion technology import and export; information system integration services; information technology consulting services; information consulting services (excluding Information consulting services); digital content production services (excluding publishing and distribution); computer software and hardware and auxiliary Equipment wholesale; computer software and hardware and auxiliary equipment retail; mobile terminal equipment sales; advertising design and agency; Marketing planning; project planning and public relations services; photography and video production services. (Except for those that require approval according to law Projects, independently carry out business activities in accordance with the law with a business license). |
| Controlling Shareholder | The company holds 100% equity of Sanwu Information. |

2. Main financial data

Unit: Ten thousand yuan

| project | May 31, 2024 (audited) | December 31, 2023 (audited) |
|---|---|---|
| Total assets | 5,375.39 | 4,289.87 |
| Total liabilities | 3,655.11 | 2,546.71 |
| accounts receivable | 500.96 | 237.18 |
| Equity attributable to owners of the parent company | 1,653.58 | 1,640.76 |
| project | January-May 2024 (audited) | 2023 (audited) |
| Operating income | 2,728.75 | 3,191.00 |
| Net Profit | 4.28 | -320.10 |
| Cash flows from operating activities Net Amount | 59.43 | 1,165.61 |

3. Business situation

35 Information is the main body of the company's enterprise information technology service business implementation, focusing on small and medium-sized enterprises through the SaaS model.

For corporate customers, we provide corporate mailboxes, website construction, network domain names (ICANN registrar certification) and office automation

Software products and services such as digital systems.

4. The equity interests of Sanwu Information to be sold are clear and there is no mortgage, pledge or any other restrictions on transfer.

There is no litigation, arbitration or judicial measures such as seizure and freezing, and there are no other circumstances that hinder the transfer of ownership.

According to the query results of the China Enforcement Information Disclosure Network, there is no case of dishonesty being enforced in Sanwu Information.

He is a dishonest debtor.

5. Assets Appraisal Results

As of the asset valuation base date of May 31, 2024, after asset-based valuation, all equity interests of 35 Information shareholders

The profit value is RMB 17.4218 million, the added value is RMB 637,000, and the added value rate is 3.79%.

The total equity value of shareholders is RMB 40.81 million, the added value is RMB 24.0251 million, and the added value rate is 143.14%.

The valuation conclusion of the estimated income method is the final valuation conclusion.

(II) Basic information of some of the company's trademarks

1. This time the company intends to transfer a total of 83 trademarks. Please see the attachment for details.

2. Asset Appraisal Results

As of the asset valuation base date of May 31, 2024, the trademark assets that the company intends to transfer after cost method valuation

It is 303,100 yuan.

IV. Pricing Basis for This Transaction

In order to ensure fairness and reasonableness of the transaction and fair pricing, the two parties will be represented by a third party with securities and futures qualifications.

Northern Asia Asset Appraisal Co., Ltd. evaluated the target company and issued an "Appraisal Report".

The total assessed value of 100% equity and some trademarks of Xiamen Sanwu Internet Information Co., Ltd. is RMB 41.1131 million.

This listing uses the assessed value as a reference benchmark and determines the initial listing transfer price as RMB 41.1131 million.

5. Other information about this listing

1. Listing information disclosure and quotation website:

(1) Xiamen Property Rights Exchange Center website: http://www.xemas.com.cn/

Machine Translated by Google

(2) Equity Cloud Website: https://www.unibid.cn/

(3) Equity Cloud Bidding Hall URL: https://www.unibid.cn/portal/pro/hall.jsp?org=XM1

2. Publicity period for listing: The company will apply to the trading center for listing after the disclosure of this announcement.

The deadline is 15 working days; if after the first listing public notice period, no prospective transferee who meets the transfer conditions is found,

The transferor shall not change the listing conditions and extend the listing period for a total of 10 working days;

The company will apply to the trading center to initiate the next

The transfer procedure for the round of listing will be repeated, and the duration of each subsequent round of publicity will be 10 working days.

3. The company's listing and trading rules

(1) Initial listing price: not less than the assessed value of the asset package, which is RMB 41,113,100.

(2) During the initial listing publicity period and the extension period, if only one qualified potential transferee is found, the listing

The transaction price and the transferee shall be determined based on the higher of the reserve price and the offer price of the intended transferee;

(3) During the initial listing publicity period and the extension period, two or more qualified potential transferees are recruited.

Within 3 working days after the end of the demonstration period, the trading center will be responsible for organizing the bidding with the listing floor price as the starting price.

The results of the online bidding system confirm the transaction price and the transferee.

(4) After the initial listing announcement period and the extension period, no potential transferee meeting the transfer conditions has been found.

The company will apply to the trading center for the next round of listing transfer procedures within 10 working days after the end of the public announcement period.

The rules are the same as the first time. The price of each subsequent round of listing is the price after the previous listing floor price is reduced by 10% (i.e. the second listing

The first listing price is 10% lower than the first listing price, and the third listing price is 10% lower than the second listing price.

After each listing publicity period ends, if there is no intended transferee that meets the transfer conditions, the company reserves the right to

Right to terminate listing.

VI. Main contents of the transaction agreement

The company will sign a transaction agreement after confirming the counterparty, and the final transaction counterparty, transfer price, delivery and

The main contents of the agreement, such as user time, etc., shall be subject to the signed transaction agreement.

progress and disclose the progress in a timely manner.

VII. Purpose of this transaction and its impact on the company

The company's transfer of some non-core assets is in line with the company's strategic development plan and long-term interests, and is conducive to optimizing

In the future, the company will focus on the development strategy, expand and strengthen the photovoltaic battery field, and further consolidate its main

As the final transaction price has not been determined, the company's asset sale proceeds

The investment income is uncertain at present, and the specific amount is subject to the final selling price and audit data; the company's corporate email, website

Website construction, network domain name (ICANN registrar certification) and other related products and services have been undertaken and operated by Sanwu Information

After this transaction, Sanwu Information will no longer be included in the company's consolidated financial statements, and the company will no longer hold Sanwu Information

The company will no longer have control over Sanwu Information and will no longer engage in the aforementioned business. This transaction will not have any impact on the company's holdings.

The ability to continue operations has been significantly affected.

8. Documents for inspection

1. Resolution of the 32nd meeting of the 6th Board of Directors;

2. Other relevant documents.

This is to announce!

Liansheng Technology Co., Ltd.

Board of Directors

August 30, 2024

Attachment: Details of trademarks to be transferred

| Serial number | category | Registration Number | Trademark Image | Exclusive right (starting) | Exclusive right (stop) | Product Services |
|---|---|---|---|---|---|---|
| 1 | 38 | 3856046 | | 2006-05-21 | 2026-05-20 | Information transmission; Telephone service; Computer terminal communications; Electronic mail; Electronic mail; Telecommunications information; Fiber optic communications; Satellite transmission; Electronic bulletin board services (communications services); Information transmission by means of chat rooms for computer |
| 2 | 38 | 3856045 | 35 | 2006-05-21 | 2026-05-20 | users (closed) Information transmission; Telephone service; Computer terminal communications; Electronic mail; Electronic mail; Telecommunications information; Fiber optic communications; Satellite transmission; Electronic bulletin board services (communications services); Information transmission by means of |
| 3 | 35 | 5099825 | 35互联 | 2010-06-28 | 2030-06-27 | chat rooms for computer users (closed) Marketing (for others); Inclusion of information in computer databases; Business professional consulting; Rental of advertising space on communications media; Advertising; Online advertising on data communications networks; Business administration assistance; Business information; Intermediation (buying goods or services for |
| 4 | 38 | 5099826 | 35互联 | 2009-09-14 | 2029-09-13 | other businesses), shorthand (closed) Information transmission; Telecommunications information; Computer terminal communications; Rental of modems; Rental of information transmission equipment; Electronic bulletin board services (communications services); Electronic mail; Computer-assisted information and image transmission; Providing users with |
| 5 | 42 | 5099823 | 三五 | 2013-08-07 | 2033-08-06 | access to global computer networks (service provider) (closed) Computer system design; Intellectual property licensing; Computer software design; Hosting a computer station (website); renting out computer software; researching technical projects; registering domain names for others; providing instant connection services for data exchange between computer users; creating and |
| 6 | 42 | 5099828 | 35互联 | 2010-06-14 | 2030-06-13 | maintaining websites for others; development of construction projects (as of now) Computer system design; intellectual property licensing; computer software design; Hosting a computer station (website); renting out computer software; researching technical projects; registering domain names for others; providing instant connection services for data exchange between computer users; creating and maintaining websites for others; development of construction projects (as of now) |
| 7 | 09 | 5099824 | 35互联 | 2009-06-28 | 2029-06-27 | Network communications equipment; modems (discontinued) |
| 8 | 35 | 5099852 | 35 | 2009-04-21 | 2029-04-20 | Marketing (for others); entering information into computer databases; business professional consulting; renting advertising space on communications media; advertising; online advertising on data communications networks; business administration assistance; business information; shorthand; acting as an intermediary (buying goods or services for other businesses) (closed) |
| 9 | 35 | 5099840 | 三五 | 2009-04-21 | 2029-04-20 | Marketing (for others); entering information into computer databases; business professional consulting; renting advertising space on communications media; advertising; online advertising on data communications networks; business administration assistance; business information; shorthand; acting as an intermediary (buying goods or services for other businesses) (closed) |
| 10 | 42 | 5099834 | 35 | 2013-11-07 | 2033-11-06 | Computer system design; hosting computer stations (websites); computer software design; intellectual property licensing; computer software rental; domain name registration for others; technical project research; construction project development; creation and maintenance of websites for others; providing instant connection services for computer users to exchange data |
| 11 | 41 | 5099842 | 三五 | 2009-06-14 | 2029-06-13 | (closed) Providing online games (on computer networks); entertainment; training; arranging and organizing meetings; fee-charging libraries; providing online electronic publications (not downloaded); games; program production; entertainment information; digital imaging services (closed) |
| 12 | 38 | 5099841 | 三五 | 2009-09-14 | 2029-09-13 | Information transmission; telecommunications information; computer terminal communications; modem rental; information transmission equipment rental; electronic bulletin board services (communication services); e-mail; computer-assisted information and image transmission; providing global computer network user access services (service provider) (closed) |

| No. | Reg. No. | Mark | Reg. Date | Exp. Date | Goods/Services |
|---|---|---|---|---|---|
| 13 09 | 5099839 | 三五 | 2009-06-28 | 2029-06-27 | Network communications equipment; modems (discontinued) |
| 14 41 | 5099827 | 35互联 | 2010-06-14 | 2030-06-13 | Providing online games (on a computer network); entertainment; training; arranging and organizing meetings; fee-charging libraries; providing online electronic publications (not downloaded); games; program production; entertainment information; digital imaging services (closed) |
| 15 42 | 6570337 | 自推送邮 | 2011-01-14 | 2031-01-13 | Packaging design; Intangible asset evaluation; Interior decoration design (deadline) |
| 16 38 | 6734744 | 35EQ | 2010-05-28 | 2030-05-27 | Information transmission; providing Internet chat rooms; telephone services; teleconferencing services; voice mail services; electronic bulletin board services (communication services); electronic mail; providing user access to the global computer network (service provider); providing telecommunications connection services to the global computer |
| 17 42 | 7638246 | 35网商通 | 2013-10-14 | 2033-10-13 | network; providing database access services (closed); converting tangible data and files into electronic media; research and development (for others); computer programming; computer software design; computer software rental; computer system design; creating and maintaining websites for others; hosting computer stations (websites); data conversion of computer programs and data (non-tangible conversion); rental of network servers (closed) |
| 18 45 | 8026848 | 三五互联 | 2011-03-14 | 2031-03-13 | Arbitration; intellectual property consulting; copyright management; intellectual property licensing; intellectual property supervision; legal research; litigation services; computer software licensing (legal services); domain name registration; mediation (deadline) |
| 19 09 | 8026871 | 三五互联 | 2011-03-07 | 2031-03-06 | Complete wireless telephones; telephones; videophones; vehicle navigation equipment (on-board computers); mobile phones; fiber optic cables; satellite navigation equipment; portable wireless telephones; radar equipment; optical communication equipment (closed) |
| 20 42 | 8132558 | 35CRM | 2013-11-21 | 2033-11-20 | Converting tangible data and files into electronic media; computer programming; computer virus protection services; computer software rental; computer software installation; computer software design; computer system design; providing Internet search engines; creating and maintaining websites for others; hosting computer stations (websites) (closed) |
| 21 42 | 8132482 | EQ | 2013-02-07 | 2033-02-06 | Converting tangible data and files into electronic media; computer programming; computer virus protection services; computer software rental; computer software installation; computer software design; computer system design; providing Internet search engines; creating and maintaining websites for others; hosting computer stations (websites) (closed) |
| 22 38 | 8132311 | EQ | 2013-03-07 | 2033-03-06 | Telecommunications information; electronic bulletin board services (communication services); electronic mail; computer-aided information and image transmission; computer terminal communications; providing global computer network user access services (service provider); providing Internet chat rooms; information transmission equipment rental; |
| 23 09 | 8486569 | 三五刺猬 | 2011-07-28 | 2031-07-27 | information transmission; voice mail services (closed) Telephones; mobile phones; network communications equipment; computer peripherals; computer game software; computer software (recorded); cartoons; electronic publications (downloadable); telephone ring |
| 24 38 | 8491240 | 三五刺猬 | 2011-08-07 | 2031-08-06 | tones (downloadable); modems (closed) Information transmission; computer terminal communication; computer-aided information and image transmission; electronic mail; telecommunications information; rental of information transmission equipment; electronic bulletin board services (communication services); providing global computer network user |
| 25 42 | 8494590 | 三五刺猬 | 2011-07-28 | 2031-07-27 | access services (service provider); voice mail services; providing Internet chat rooms (closed) Computer programming; computer software design; computer software rental; computer system design; converting tangible data and files into electronic media; creating and maintaining websites for others; hosting computer stations (websites); installation of computer software; computer virus protection services; providing Internet search eng |

| | | | Mark | Reg. Date | Expiry | Goods / Services |
|---|---|---|---|---|---|---|
| 26 | 28 | 8499954 | CIWEI | 2011-07-28 | 2031-07-27 | Toys; plush toys; smart toys; game consoles; chess; sports balls; exercise equipment; swimming pools (for entertainment); Christmas tree decorations (except lights and candies); board games (limited); beer; water (beverages); |
| 27 | 32 | 8499901 | CIWEI | 2011-07-28 | 2031-07-27 | non-alcoholic beverages; acid-resistant beverages; lactic acid beverages (fruit products, not milk); beverage preparations; beverage flavors; fruit juices; mineral water; plant beverages (limited); coffee; tea; |
| 28 | 30 | 8499883 | CIWEI | 2011-07-28 | 2031-07-27 | sugar; sweets; snacks based on grains; instant rice; cereal products; soy milk; condiments; condiments for beverages other than essential oils (limited); mint liquor; aperitifs; shochu; wine |
| 29 | 33 | 8499924 | CIWEI | 2011-07-28 | 2031-07-27 | (beverages); alcoholic beverages containing fruits; sparkling wine; sake; cooking wine; edible alcohol; alcoholic liquids (limited); publication of online electronic books and |
| 30 | 41 | 9698090 | 35应用市场 | 2012-08-21 | 2032-08-20 | magazines; provision of online electronic publications (not downloaded); provision of online games (on computer networks); education; organization of educational or entertainment competitions; program production; entertainment information; live performances; club services (entertainment or education); cultural and recreational activities (limited) |
| 31 | 42 | 9703510 | | 2012-08-21 | 2032-08-20 | Computer programming; computer software design; computer software rental; computer system design; hosting computer stations (websites); computer software installation; computer virus protection services; providing Internet search engines; converting tangible data and files into electronic media; creating and maintaining websites for others |
| 32 | 42 | 9703529 | | 2012-08-21 | 2032-08-20 | (closed) Computer programming; computer software design; computer software rental; computer system design; hosting computer stations (websites); computer software installation; computer virus protection services; providing Internet search engines; converting tangible data and files into electronic media; |
| 33 | 42 | 9703541 | | 2012-08-21 | 2032-08-20 | creating and maintaining websites for others (closed) Computer programming; computer software design; computer software rental; computer system design; hosting computer stations (websites); computer software installation; computer virus protection services; providing Internet search engines; converting tangible data and files into electronic media; |
| 34 | 09 | 9703711 | | 2012-08-21 | 2032-08-20 | creating and maintaining websites for others (closed) Recorded computer programs (programs); computer peripherals; computer software (recorded); computer programs (downloadable software); computer game software; computer software (recorded); mobile phones; telephones; network |
| 35 | 09 | 9703729 | | 2012-08-21 | 2032-08-20 | communications equipment; cartoons (closed) Recorded computer programs (programs); computer peripherals; Computer software (recorded); computer programs (downloadable software); computer game software; computer software (recorded); mobile phones; telephones; network |
| 36 | 42 | 9703666 | | 2012-09-21 | 2032-09-20 | communication equipment; cartoons (closed) Computer programming; computer software design; computer software rental; computer system design; hosting computer stations (websites); computer software installation; computer virus protection services; providing Internet search engines; converting tangible data and files into electronic media; creating and maintaining websites for others (closed) |
| 37 | 09 | 9708915 | | 2013-01-28 | 2033-01-27 | Animation (deadline) |
| 38 | 38 | 9708569 | | 2012-08-21 | 2032-08-20 | Information transmission; electronic mail; electronic bulletin board services (communication services); telecommunications information; computer terminal communications; computer-assisted information and image transmission; providing global computer network user access services (service provider); information transmission equipment rental; providing Internet chat rooms; voice mail services (closed) |
| 39 | 09 | 9709006 | 三五互联 | 2014-07-28 | 2034-07-27 | Telephone; mobile phone; network communication equipment; cartoon (closed) |
| 40 | 38 | 9708664 | | 2012-11-07 | 2032-11-06 | Information transmission; electronic mail; electronic bulletin board services (communication services); telecommunications information; computer terminal communications; computer-assisted information and image transmission; providing global computer network user access services (service provider); information transmission equipment rental; providing Internet chat rooms; voice mail services (closed) |

| | | Mark | Start | End | Goods/Services |
|---|---|---|---|---|---|
| 41 09 | 1020713 6 |  | 2013 - 01 -21 | 2033 - 01 -20 | Telephone ringing tones (downloadable); telephone sets; videophones; cellular phones; computer software (recorded); computer programs (downloadable software); computer game software; information processors (central processing units); electronic dictionaries; data processing equipment (discontinued) Computer |
| 42 42 | 1369539 7 | E企聊 | 2015 - 03 -07 | 2025 - 03 -06 | programming; computer software design; computer system design; computer software installation; computer virus protection services; conversion of tangible data or files into electronic media; modeling (industrial design); technical research; research and development of new products for others; creation and maintenance of websites for others (discontinued) Computer |
| 43 09 | 1369530 6 | E企聊 | 2015 - 02 -21 | 2025 - 02 -20 | programs (downloadable software); downloadable music files; telephone ringing tones (downloadable); computer storage devices; cellular phones; videophones; telephone sets; batteries; computer software (recorded); data processing equipment (discontinued) Business professional |
| 44 35 | 1369553 3 | E企聊 | 2015 - 02 -21 | 2025 - 02 -20 | consulting; business information; business administration assistance; rental of advertising time on communication media; rental of advertising space; promotion for others; display of goods on communication media for retail purposes; systematization of computer database information; reservation of telecommunications services for others; business |
| 45 41 | 1369543 8 | E企聊 | 2015 - 02 -21 | 2025 - 02 -20 | management of franchises (discontinued) Provision of online games over computer networks; education; book publishing; Organizing educational or entertainment competitions; providing online electronic publications (not for download); program production; entertainment information (entertainment); live performances; |
| 46 41 | 1421011 6 | 三五互联 | 2015 - 05 -07 | 2025 - 05 -06 | club services (entertainment or education); entertainment (closed) Training; arranging and organizing conferences; library lending books; providing online electronic publications (not for download); entertainment; providing online games on a computer network; arcade services; radio and television |
| 47 45 | 1421013 5 | 三五互联 | 2015 - 05 -07 | 2025 - 05 -06 | program production; entertainment information; photography (closed) Domain name registration (legal services); computer software licensing (legal services); monitoring of security and anti-theft alarm systems; intellectual property consulting; intellectual property licensing; copyright |
| 48 42 | 1420990 5 | 三五互联 | 2015 - 06 -14 | 2025 - 06 -13 | management; legal research; litigation services; mediation; arbitration (closed) Computer software design; computer system design; creating and maintaining websites for others; hosting computer stations (websites); server hosting; software operating services [SaaS]; technical project research; development of construction projects; information technology consulting services; converting tangible data or files into electronic media (closed) |
| 49 09 | 1420995 2 | 三五互联 | 2016 - 06 -28 | 2026 - 06 -27 | Telephone; mobile phone; network communication equipment; cartoon (closed) |
| 50 38 | 1421005 9 | 三五互联 | 2015 - 05 -07 | 2025 - 05 -06 | Information transmission; telephone services; computer terminal communications; provision of Internet chat rooms; electronic mail; electronic billboard services (communication services); provision of global computer network user access services; voice mail services; provision of online forums; video conferencing |
| 51 35 | 1420999 5 | 三五互联 | 2015 - 04 -28 | 2025 - 04 -27 | services (closed) Marketing for others; purchasing for others (purchasing goods or services for other enterprises); online advertising on computer networks; computer database information systematization; advertising; leasing advertising time on communication media; business management assistance; business information; pharmaceutical retail or wholesale |
| 52 38 | 1429302 5 | 邮洽 | 2015 - 05 -14 | 2025 - 05 -13 | services; business professional consulting (closed) Information transmission; telephone services; computer terminal communications; electronic mail; optical fiber communications; electronic billboard services (communication services); provision of global computer network user access services; voice mail |
| 53 09 | 1429297 4 | 邮洽 | 2015 - 05 -14 | 2025 - 05 -13 | services; video conferencing services; provision of online forums (closed) Recorded computer programs (programs); computer peripherals; computer software (recorded); computer programs (downloadable software); computer game software; batteries; telephones; mobile phones; network |
| 54 35 | 1608848 2 | 三五企业邮箱 | 2016 - 03 -14 | 2026 - 03 -13 | communication equipment; cartoons (closed) Business professional consulting; business administration assistance; pharmaceutical retail or wholesale services; marketing; entering information into computer databases; displaying merchandise on communications media for retail purposes; renting advertising time on communications media; renting advertising space; merchandising for others; ordering telecommunications services for others (closed) |

| No. | Class | Reg. No. | Mark | Filed | Expires | Goods/Services |
|---|---|---|---|---|---|---|
| 55 | 42 | 1608876 0 | 三五企业邮箱 | 2016 - 03 -07 | 2026 - 03 -06 | Computer virus protection services; computer system design; computer programming; computer software installation; server hosting; converting tangible data or files into electronic media; creating and maintaining websites for others; information technology consulting services; software operation services (SaaS); researching and developing new products for others (as of now) |
| 56 | 09 | 1608842 7 | 三五企业邮箱 | 2016 - 06 -21 | 2026 - 06 -20 | Videophone; Telephone; Mobile phone (closed) |
| 57 | 38 | 1608876 4 | 三五企业邮箱 | 2016 - 03 -07 | 2026 - 03 -06 | Mobile phone communications; information transmission; telephone services; electronic mail; providing access to global computer networks; computer terminal communications; electronic bulletin board services (communication services); providing online forums; video conferencing services; |
| 58 | 41 | 1608867 1 | 三五企业邮箱 | 2016 - 03 -14 | 2026 - 03 -13 | fiber optic communications (closed); providing online games on computer networks; education; book publishing; organizing educational or entertainment competitions; providing online electronic publications (not downloadable); radio and television program production; entertainment; entertainment information |
| 59 | 09 | 2892842 7 | EQ | 2019 - 01 -07 | 2029 - 01 -06 | (pastime); live performances; club services (entertainment or education) (closed); computer peripherals; computer software (recorded); monitoring programs (computer programs); electronic publications (downloadable); recorded computer programs; computer game software; computer programs (downloadable software); telephone ring tones (downloadable); downloadable mobile phone |
| 60 | 42 | 3301836 3 | 即时语 | 2019 - 06 -28 | 2029 - 06 -27 | applications; smart glasses (data processing) (closed); computer programming; computer software design; computer hardware design and development consulting; recovering computer data; packaging design; intangible asset valuation; converting tangible data or files into electronic media; hosting computer stations (websites); providing Internet search |
| 61 | 42 | 3613738 9 | 云门户 | 2019 - 09 -14 | 2029 - 09 -13 | engines; interior decoration design (closed); computer software design; software as a service (SaaS); weather information; Quality testing; computer programming; cloud computing; artwork appraisal; research and development of new products for others; vehicle |
| 62 | 09 | 3614557 0 | 云门户 | 2019 - 09 -14 | 2029 - 09 -13 | performance testing; electronic data storage (as of now) Computer software (recorded); computer programs (downloadable software); central processing unit (CPU); computer peripherals; downloadable mobile phone applications; computer storage devices; mobile phones; network communication |
| 63 | 42 | 3613990 8 | 35 云门户 | 2019 - 09 -14 | 2029 - 09 -13 | equipment; face recognition equipment; batteries (as of now) Computer software design; software as a service (SaaS); weather information; Quality testing; computer programming; cloud computing; artwork appraisal; research and development of new |
| 64 | 09 | 3613039 9 | 35 云门户 | 2019 - 09 -14 | 2029 - 09 -13 | products for others; vehicle performance testing; electronic data storage (as of now) Computer software (recorded); computer programs (downloadable software); central processing unit (CPU); computer peripherals; downloadable mobile phone applications; computer storage devices; mobile phones; network communication equipment; face recognition equipment |
| 65 | 07 | 4276880 8 | 刺猬宝宝 | 2020 - 08 -28 | 2030 - 08 -27 | Battery machinery; machinery for the storage battery industry; battery bottom machine; battery core processing machine; wind power generation equipment; electronic industrial equipment; alternator; cleaning equipment; vending machine; electroplating machine (closed) |
| 66 | 40 | 4276478 7 | 刺猬宝宝 | 2020 - 08 -28 | 2030 - 08 -27 | Materials handling information; metal processing; paper processing; optical glass grinding; clothing customization; printing; waste and garbage recycling; air conditioning equipment rental; energy production; generator rental (closed) |
| 67 | 09 | 5201591 3 | EQ | 2021 - 08 -14 | 2031 - 08 -13 | Microprocessor; downloadable ringtones for mobile phones; magnetically coded identification bracelets; computer software (recorded); downloadable mobile phone application software; computer hardware; computer peripherals; monitoring program (computer program); diskette; electronic publication (downloadable) (closed) |
| 68 | 31 | 5200298 8 | 刺猬 Ciwei | 2021 - 10 -21 | 2031 - 10 -20 | Grains (cereals); brewing malt; fresh vegetables; plants; aloe vera (plant); hay; mushroom propagation fungi (closed) |
| 69 | 42 | 5250107 0 | 三五名片链 | 2021 - 09 -28 | 2031 - 09 -27 | Technical project research; research and development of new products for others; quality system certification; computer programming; creation and maintenance of websites for others; software as a service (SaaS); cloud computing; computer technology consulting; computer system analysis; creation and design of network information indexes (information management) for others |

| | | | | | | Information Technology Service) (Deadline) |
|---|---|---|---|---|---|---|
| 70 | 35 | 6533615 4 | 35 企业邮箱 | 2022-1 2-14 | 2032-1 2-13 | Selling for others; posting advertisements; advertising; advertising; commercial display Window arrangement; TV advertising; advertising layout design; commercial enterprise relocation Management services; import and export agency; marketing (as of now) |
| 71 | 42 | 7024379 0 | 三五营销邮 | Applying/ | | Technology research; Material testing; Computer software design; Computer science System design; Software as a Service (SaaS); Computer platform development; Communication Provide computer technology and programming information through the website; create and Website maintenance; Platform as a Service (PaaS); Graphic design; |
| 72 | 42 | 7023247 1 | 刺猬响站 website templates | 2023-1 0-28 | 2033-1 0-27 | Platform as a Service (PaaS); Technology Research; Material Testing; Website providing information on computer technology and programming; computer systems design; Computer software design; computer platform development; software as a service (SaaS); Creating and maintaining websites for others; Graphic design (Deadline) |
| 73 | 09 | 7023508 1 | 三五主机 | 2024-1 -21 | 2034-1 -20 | Humanoid robots with artificial intelligence for scientific research (deadline) |
| 74 | 42 | 7022299 4 | 三五主机 | 2024-3 -28 | 2034-3 -27 | Computer software design; Computer system design; Software as a Service (SaaS); development of computer platforms; provision of computing services through websites Computer technology and programming information; creating and maintaining websites for others; platforms Platform as a Service (PaaS) (as of now) |
| 75 | 09 | 7022836 8 | | 2023-1 0-7 | 2033-1 0-6 | computing machine; data processing equipment; computer; recorded computing Computer program; Computer software (recorded); Monitoring program (computer program downloadable computer game software; portable computers; Recorded computer game software; artificial intelligence for scientific research Humanoid Robot (Cutoff) |
| 76 | 09 | 7022499 7 | 三五营销邮 | 2024-1 -21 | 2034-1 -20 | Humanoid robots with artificial intelligence for scientific research (deadline) |
| 77 | 42 | 7022298 2 | | 2023-1 0-7 | 2033-1 0-6 | Platform as a Service (PaaS); Technology Research; Material Testing; The website provides information on computer technology and programming; development of computer platforms Development; Computer software design; Software as a Service (SaaS); Create and maintain websites; computer system design; graphic art design Calculation (cut-off) |
| 78 | 35 | 7023924 0 | 三五营销邮 | 2023-1 2-28 | 2033-1 2-27 | Posting advertisements; advertisements; advertising; commercial window display; television Advertising; advertising layout design; management services for the relocation of commercial enterprises; Selling for others; Import/export agent; Marketing (closed) |
| 79 | 9 | 7425828 0 | 三五互联 | Applying/ | | Computer software (recorded); recorded computer program; downloadable Computer applications; recorded or downloadable data sets; Data processing equipment; computers; downloadable computer game software; Humanoid robots with artificial intelligence for scientific research; computer storage Storage device; Photovoltaic cell; |
| 80 | 09 | 3017985 70 | 35.com | 2011-1 2-27 | 2031-1 2-26 | Telephone; Videophone; Cellular phone; Fiber optic cable; Satellite guide Navigation instruments; complete wireless telephone sets; vehicle navigation instruments (car Computers); radar equipment; portable radio telephones |
| | 38 | 3017985 70 | 35.com | 2011-1 2-27 | 2031-1 2-26 | Information transmission; telecommunications information; computer terminal communications; modem rental; Rental of information transmission equipment; electronic bulletin board services (communication services); Electronic mail; computer-assisted information and image transmission; providing global Brain network user access service (service provider) |
| 81 | 09 | 1086868 | 35.com | 2011-4 -27 | 2031-4 -26 | telephones;video telephones;portable telephones;fibre(fiber(Am.))optic cables;satellite navigational apparatus;radiotelephony sts;navigation apparatus for vehicles(on-board computers);radar apparatus;walkie-talkies. |
| | 38 | 1086868 | 35.com | 2011-4 -27 | 2031-4 -26 | (message sending);informationg about telecommunicating;communications by computer terminals;rental of modems;rental of message sending apparatus;electronic bulletin board services(telecommunications services);electronic mail;computer aided transmission of messages and |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | images;providing user access to a global computer network(service providers). |
| 8 2 09 | | IDM000 355154 | 35.com | 2011 - 1 - 7 | 2031 - 1 - 6 | Telephone equipment;video telephones;portable telephones;radiotelephony devices;two-way radios. |
| 8 3 38 | | IDM000 361883 | 35.com | 2011 - 1 - 7 | 2031 - 1 - 6 | Message sending; information about telecommunication; communications by computer terminals; rental of modems; rental of message sending apparatus; electronic bulletin board services {telecommunications services}; electronic mail; computer sided transmission of messages and images; providing user access to a global computer network {service providers} |