# Exhibit 5

证券代码：300051　　　　　证券简称：琏升科技　　　　　公告编号：2024-143

# 琏升科技股份有限公司

## 关于 2024 年第十次临时股东大会取消部分提案暨股东大会补充通知的公告

> 本公司及董事会全体成员保证信息披露的内容真实、准确、完整，没有虚假记载、误导性陈述或重大遗漏。

琏升科技股份有限公司（简称"公司"）于 2024 年 12 月 6 日在巨潮资讯网（www.cninfo.com.cn）披露了《关于召开 2024 年第十次临时股东大会的通知》（公告编号：2024-132），公司定于 2024 年 12 月 23 日下午 14:50 以现场表决与网络投票相结合的方式召开公司 2024 年第十次临时股东大会（以下简称"本次股东大会"）。

2024 年 12 月 10 日，公司董事会收到公司控股股东海南琏升科技有限公司（简称"海南琏升"）书面提交的《关于提请在琏升科技股份有限公司 2024 年第十次临时股东大会增加临时提案的函》，为提高会议效率，减少召开会议的成本，海南琏升提议将《关于公司拟公开挂牌转让厦门三五互联信息有限公司 100%股权及部分商标的进展的议案》以临时提案的方式提交本次股东大会审议。上述议案已经公司 2024 年 12 月 10 日召开的第六届董事会第三十八次会议审议通过。具体内容详见公司于 2024 年 12 月 12 日在巨潮资讯网披露的相关公告。

公司于 2024 年 12 月 17 日召开第六届董事会第三十九次会议，审议通过了《关于取消将〈关于公司为控股子公司提供担保的议案〉提交股东大会审议的议案》，根据公司业务发展需要及工作推进安排，公司董事会同意取消将《关于公司为控股子公司提供担保的议案》提交股东大会审议。具体内容详见公司于 2024 年 12 月 18 日在巨潮资讯网披露的相关公告。因取消上述提案后，本次股东大会仅审议一项议案，根据《深圳证券交易所上市公司股东大会网络投票实施细则》，本次股东大会不设置总议案。除上述调整外，公司 2024 年 12 月 6 日披露的《关于召开 2024 年第十次临时

股东大会的通知》中列明的各项股东大会事项未发生变更。现将关于召开 2024 年第十次临时股东大会的具体事项补充通知如下：

### 一、召开会议的基本情况

1、股东大会届次：2024 年第十次临时股东大会

2、股东大会召集人：公司董事会

3、会议召开的合法、合规性：本次股东大会的召开符合有关法律法规、规范性文件、业务规则和公司章程的规定；第六届董事会第三十七次会议已审议通过关于召开本次股东大会的议案

4、会议股权登记日：2024 年 12 月 17 日

5、会议召开日期、时间

（1）现场会议时间：2024 年 12 月 23 日下午 14:50

（2）网络投票时间：2024 年 12 月 23 日特定时间段

其中：

①通过深圳证券交易所交易系统进行网络投票的具体时间为 2024 年 12 月 23 日交易时间，即 9:15-9:25、9:30-11:30 和 13:00-15:00

②通过深圳证券交易所互联网投票系统进行网络投票的具体时间为 2024 年 12 月 23 日 9:15-15:00

6、会议召开方式：现场表决与网络投票相结合

本次股东大会将通过深圳证券交易所交易系统和互联网投票系统向公司股东提供网络形式的投票平台，公司股东可以在网络投票时间内通过深圳证券交易所交易系统或互联网投票系统对本次股东大会审议事项进行投票表决。公司股东可选择现场投票、网络投票中的一种方式，如果同一表决权出现重复投票表决的，以第一次投票表决结果为准。

7、出席对象：

（1）于 2024 年 12 月 17 日下午收市时在中国证券登记结算有限责任公司深圳分公司登记在册的公司全体股东均有权出席股东大会，并可以书面形式委托代理人出席会议和参加表决(非本公司股东亦可受托作为股东代理人)；

（2）公司董事、监事和高级管理人员；

（3）公司聘请的律师；

（4）根据相关法规应当出席股东大会的其他人员。

8、会议地点：厦门市思明区软件园二期观日路 8 号琏升科技股份有限公司会议室

二、会议审议事项

1、议案名称及提案编码表：

| 提案编码 | 提案名称 | 备注 该列打勾的栏目可以投票 |
|---|---|---|
| 非累积投票提案 | | |
| 1.00 | 《关于公司拟公开挂牌转让厦门三五互联信息有限公司 100%股权及部分商标的进展的议案》 | √ |

2、上述提案 1.00 为普通决议事项，须经出席会议的股东所持表决权的过半数通过。上述议案属于影响中小投资者利益的重大事项，公司将对中小投资者（指除单独或合计持有公司 5%以上股份的股东及公司董事、监事、高级管理人员以外的其他股东）表决单独计票，并根据计票结果进行公开披露。

3、上述议案已经第六届董事会第三十八次会议审议通过，议案具体内容见公司 2024 年 12 月 12 日披露于巨潮资讯网（www.cninfo.com.cn）的相关公告。

三、会议登记等事项

1、登记方式：

（1）法人股东应持股东账户卡、加盖公章的营业执照副本复印件、法定代表人证明书及身份证办理登记手续；法人股东委托代理人的，应持代理人本人身份证、授

权委托书〔附件 3〕、委托人股东账户卡、加盖公章的营业执照副本复印件办理登记手续。

（2）自然人股东应持本人身份证、股东账户卡办理登记手续；自然人股东委托代理人的，应持代理人身份证、授权委托书、委托人股东账户卡、身份证办理登记手续。

（3）异地股东可凭以上有关证件采取信函或传真方式登记（须在 2024 年 12 月 20 日下午 16:00 点之前送达或传真到公司，并与公司电话确认），传真方式登记的股东应在会前提交原件，不接受电话登记。

2、现场登记时间：2024 年 12 月 20 日上午 9:30-11:30，下午 14:00-16:30

3、登记地点：公司董事会办公室

邮寄地址：厦门软件园二期观日路 8 号琏升科技股份有限公司董事会办公室

4、注意事项：

出席现场会议的股东、股东代表、股东代理人请携带相关证件、资料原件于会前 1 小时到达会场办理登记手续。

5、联系方式：

（1）联 系 人：吴艳兰、胡谦

（2）联系电话：0592-2950819

（3）传真号码：0592-5392104

（4）电子邮箱：zqb@leasdgrp.com

6、会议费用：

（1）现场会议会期预计半天(下午 14:50 开始；请提前 1 小时到场)

（2）与会股东、股东代表、股东代理人的食宿及交通费自理

**四、参加网络投票的具体操作流程**

本次股东大会，股东可以通过深圳证券交易所交易系统和互联网投票系统（http://wltp.cninfo.com.cn）参加投票；具体操作流程详见附件 1。

**五、备查文件**

1、第六届董事会第三十七次、第三十八次及第三十九次会议决议

2、关于提请在琏升科技股份有限公司 2024 年第十次临时股东大会增加临时提案的函

3、其他相关文件

特此公告！


琏升科技股份有限公司

董事会

二〇二四年十二月十八日

〔附件 1〕

# 参加网络投票的具体操作流程

一、网络投票的程序

1、投票代码：350051

2、投票简称：琏升投票

3、填报表决意见：本次股东大会议案为非累积投票议案，填报表决意见：同意、反对、弃权

4、本次股东大会不设置总议案。

二、通过深圳证券交易所交易系统投票的程序

1、投票时间：2024 年 12 月 23 日交易时间，即 9:15-9:25、9:30-11:30 和 13:00-15:00

2、股东可以登录证券公司交易客户端通过交易系统投票。

三、通过深圳证券交易所互联网投票系统投票的程序

1、互联网投票系统投票时间为 2024 年 12 月 23 日上午 9:15-15:00

2、股东通过互联网投票系统进行网络投票，需按照《深圳证券交易所投资者网络服务身份认证业务指引（2016 年修订）》的规定办理身份认证，取得"深圳证券交易所数字证书"或"深圳证券交易所投资者服务密码"。具体的身份认证流程可登录互联网投票系统〔http://wltp.cninfo.com.cn〕规则指引栏目查阅。

3、股东可在规定时间内根据获取的服务密码或数字证书，登录股东大会网络投票系统平台〔http://wltp.cninfo.com.cn〕，通过深圳证券交易所互联网投票系统投票。

〔附件 2〕

# 琏升科技股份有限公司

# 2024 年第十次临时股东大会股东参会登记表

| 股东姓名/名称 | |
|---|---|
| 身份证号/营业执照号 | |
| 股东账号 | |
| 持股数量 | |
| 是否委托 | |
| 代理人姓名 | |
| 代理人身份证号码 | |
| 联系电话 | |
| 联系邮箱 | |
| 联系地址 | |

股东签字（法人股东加盖公章）：

年　　月　　日

〔附件 3〕

# 琏升科技股份有限公司
# 2024 年第十次临时股东大会授权委托书

**琏升科技股份有限公司：**

兹授权委托_____先生/女士代表本股东出席于 2024 年 12 月 23 日召开的琏升科技股份有限公司 2024 年第十次临时股东大会，并代表本股东依照以下指示对下列议案投票。本股东对本次会议表决事项未作具体指示的，受托人可代为行使表决权，其行使表决权的后果均由本股东承担。

委托方签字/盖章：_____

委托方身份证号码/营业执照号码：_____

委托方股东账户：_____  委托日期：2024 年___月___日

委托方持股数量：_____股；有效期限：自签署日至本次股东大会结束

受托人签字：_____受托人身份证号码：_____

本股东对本次股东大会议案的表决意见如下：

| 提案编码 | 提案名称 | 备注<br>该列打勾的栏目可以投票 | 表决意见 | | |
|---|---|---|---|---|---|
| | | | 同意 | 反对 | 弃权 |
| 非累积投票提案 | | | | | |
| 1.00 | 《关于公司拟公开挂牌转让厦门三五互联信息有限公司 100%股权及部分商标的进展的议案》 | √ | | | |

委托方签章：_____    受托人签字：_____

　　　　　2024 年　月　日　　　　　　　　　2024 年　月　日

Stock code: 300051              Securities name: Liansheng Technology              Announcement No.: 2024-143

Lian Sheng Technology Co., Ltd.

Regarding the cancellation of some proposals at the 10th Extraordinary General Meeting of Shareholders in **2024**

Announcement of Supplementary Notice of Shareholders' Meeting

> The Company and all members of the Board of Directors guarantee that the information disclosed is true, accurate, complete and contains no false information.
>
> False records, misleading statements or material omissions.

Liansheng Technology Co., Ltd. (hereinafter referred to as the "Company") was listed on Juchao Information Network on December 6, 2024

(www.cninfo.com.cn) disclosed the "Notice on Convening the Tenth Extraordinary General Meeting of Shareholders in 2024" (Announcement

No.: 2024-132), the company plans to hold a combined on-site and online voting at 14:50 on December 23, 2024.

The company's tenth extraordinary general meeting of shareholders in 2024 (hereinafter referred to as "this general meeting of shareholders") will be held in a combined manner.

On December 10, 2024, the company's board of directors received a letter from the company's controlling shareholder, Hainan Liansheng Technology Co., Ltd. (hereinafter referred to as

"Hainan Liansheng") submitted in writing the "Request for the Application for the Tenth Temporary Shareholding of Liansheng Technology Co., Ltd. in 2024"

In order to improve the efficiency of meetings and reduce the cost of holding meetings, Hainan Liansheng proposed

The Company's Proposed Public Listing Transfer of 100% Equity and Part of the Trademarks of Xiamen Sanwu Internet Information Co., Ltd.

The above proposal has been submitted to the shareholders' meeting for deliberation in the form of a temporary proposal.

The 38th meeting of the 6th Board of Directors held on October 10, 2020 was reviewed and approved.

Relevant announcement disclosed on Juchao Information Network on December 12.

The company held the 39th meeting of the 6th Board of Directors on December 17, 2024, and reviewed and approved the

Regarding the cancellation of the proposal to submit the "Proposal on the Company Providing Guarantees to its Controlling Subsidiaries" to the shareholders' meeting for deliberation,

According to the company's business development needs and work progress arrangements, the company's board of directors agreed to cancel the "Regarding the Company as a Holding Subsidiary"

The proposal to provide a guarantee for the company was submitted to the shareholders' meeting for deliberation. For details, please refer to the company's announcement on December 18, 2024

The relevant announcement disclosed by Juchao Information Network. After the cancellation of the above proposal, this shareholders' meeting only discussed one proposal.

According to the "Implementation Rules for Online Voting at Shareholders' Meetings of Listed Companies of Shenzhen Stock Exchange", this shareholders' meeting will not have a general meeting.

In addition to the above adjustments, the company disclosed on December 6, 2024 the "Notice on Convening the Tenth Interim Meeting in 2024"

The matters concerning the general meeting of shareholders listed in the Notice of the General Meeting of Shareholders have not changed.

The supplementary notice of the specific matters of the tenth extraordinary general meeting of shareholders is as follows:

I. Basic Information on the Meeting

1. Number of shareholders' meeting: 10th extraordinary shareholders' meeting in 2024

2. Convener of the shareholders' meeting: the company's board of directors

3. Legality and compliance of the meeting: The convening of this shareholders' meeting complies with relevant laws, regulations and norms.

The 37th meeting of the Sixth Board of Directors has reviewed and approved the convening of

Proposal for this shareholders' meeting

4. Meeting equity registration date: December 17, 2024

5. Date and time of the meeting

(1) On-site meeting time: 14:50 p.m., December 23, 2024

(2) Online voting time: a specific time period on December 23, 2024

in:

ÿ The specific time for online voting through the Shenzhen Stock Exchange trading system is December 23, 2024

Trading hours, i.e. 9:15-9:25, 9:30-11:30 and 13:00-15:00

ÿ The specific time for online voting through the Shenzhen Stock Exchange Internet Voting System is December 2024.

23rd 9:15-15:00

6. Meeting convening method: Combination of on-site voting and online voting

This shareholders' meeting will provide the company's shareholders with a vote through the Shenzhen Stock Exchange trading system and the Internet voting system.

Provide an online voting platform, during which shareholders of the company can vote through the Shenzhen Stock Exchange Trading System

The shareholders of the company can vote on the matters to be discussed at this shareholders' meeting through the voting system or the Internet voting system.

If the same voting right is voted on repeatedly, the first vote will be counted.

The decision result shall prevail.

7. Attendees:

(1) At the close of trading on December 17, 2024, the Shenzhen Branch of China Securities Depository and Clearing Corporation Limited

All shareholders of the company registered on the company register have the right to attend the general meeting of shareholders and may appoint an agent to attend in writing.

Meetings and participation in voting (non-shareholders of the Company may also be appointed as proxy shareholders);

(2) directors, supervisors and senior management of the company;

(3) Lawyers hired by the company;

(4) Other persons who are required to attend the general meeting of shareholders in accordance with relevant laws and regulations.

8. Meeting place: Liansheng Technology Co., Ltd., No. 8 Guanri Road, Phase II, Software Park, Siming District, Xiamen

room

II. Matters to be discussed at the meeting

1. Proposal name and proposal code table:

| Proposal Code | Proposal Name | Note: The checked columns can be voted |
|---|---|---|
| Non-cumulative voting proposals | | |
| 1.00 | "Proposal on the progress of the company's proposed public listing transfer of 100% equity and some trademarks of Xiamen Sanwu Internet Information Co., Ltd." | ÿ |

2. The above proposal 1.00 is an ordinary resolution and must be approved by a majority of the voting rights held by the shareholders present at the meeting.

The above proposals are major matters that affect the interests of small and medium-sized investors. The company will

Or shareholders who collectively hold more than 5% of the company's shares and other shareholders other than the company's directors, supervisors, and senior management personnel

The votes of all shareholders shall be counted separately and the results shall be disclosed publicly.

3. The above proposal has been reviewed and approved at the 38th meeting of the 6th Board of Directors. For details of the proposal, please refer to the Company

Relevant announcement disclosed on China Securities Information Network (www.cninfo.com.cn) on December 12, 2024.

3. Meeting registration and other matters

1. Registration method:

(1) Legal person shareholders should bring their shareholder account card, a copy of their business license with the company seal, and their legal representative's

If a corporate shareholder appoints an agent, the agent should bring his/her ID card, authorization certificate and ID card to complete the registration formalities.

The registration procedure is to submit the power of attorney (Appendix 3), the client's shareholder account card, and a copy of the business license with the official seal.

Continued.

(2) A natural person shareholder shall go through the registration procedures with his/her ID card and shareholder account card;

If the agent is a proxy, he/she should bring the agent's ID card, power of attorney, principal's shareholder account card, and ID card to complete the registration process.

Continued.

(3) Shareholders from other places may register by letter or fax with the above documents (must be registered by December 2024).

The shares registered by fax must be delivered or faxed to the company before 16:00 on the 20th, and confirmed by phone with the company).

Dong should submit original documents before the meeting. Telephone registration will not be accepted.

2. On-site registration time: 9:30-11:30 am and 14:00-16:30 pm, December 20, 2024

3. Registration location: Office of the Board of Directors of the Company

Mailing address: Office of the Board of Directors, Liansheng Technology Co., Ltd., No. 8 Guanri Road, Phase II, Xiamen Software Park

4. Notes:

Shareholders, shareholder representatives and shareholder agents attending the on-site meeting are requested to bring relevant certificates and original materials to the meeting.

Arrive at the venue 1 hour to complete registration procedures.

5. Contact information:

(1) Contact: Wu Yanlan, Hu Qian

(2) Contact number: 0592-2950819

(3) Fax number: 0592-5392104

(4) Email: zqb@leasdgrp.com

6. Conference expenses:

(1) The on-site meeting is expected to last half a day (starting at 14:50; please arrive 1 hour in advance)

(2) Shareholders, shareholder representatives and shareholder agents attending the meeting shall be responsible for their own accommodation and transportation expenses.

IV. Specific operation procedures for participating in online voting

At this shareholders' meeting, shareholders can vote through the Shenzhen Stock Exchange trading system and the Internet voting system (http://wltp.cninfo.com.cn) to participate in the voting; the specific operation process is detailed in Appendix 1.

V. Documents Available for Inspection

1. Resolutions of the 37th, 38th and 39th Meetings of the Sixth Board of Directors

2. Regarding the proposal to add a temporary proposal to the 10th Extraordinary General Meeting of Shareholders of Liansheng Technology Co., Ltd. in 2024 Letter

3. Other relevant documents

This is to announce!

Lian Sheng Technology Co., Ltd.

Board of Directors

December 18, 2024

[Appendix 1]

Specific operation procedures for participating in online voting

1. Online Voting Procedure

1. Voting code: 350051

2. Voting abbreviation: Liansheng Voting

3. Fill in voting opinions: The proposal of this shareholders' meeting is a non-cumulative voting proposal. Fill in voting opinions: Agree, Oppose, abstention

4. There will be no general agenda item at this shareholders' meeting.

II. Voting procedures through the Shenzhen Stock Exchange trading system

1. Voting time: Trading hours on December 23, 2024, i.e. 9:15-9:25, 9:30-11:30 and 13:00-15:00

2. Shareholders can log in to the securities company's trading client and vote through the trading system.

III. Procedures for voting through the Shenzhen Stock Exchange Internet Voting System

1. The voting time of the Internet voting system is 9:15-15:00 on December 23, 2024

2. Shareholders voting through the Internet voting system must follow the Shenzhen Stock Exchange Investor Network

The Shenzhen Stock Exchange

The specific identity authentication process can be found on the Internet.

Please refer to the Rules and Guidelines section of the Voting System [http://wltp.cninfo.com.cn].

3. Shareholders can log in to the shareholder meeting network and vote within the specified time using the service password or digital certificate they have obtained.

Voting system platform [http://wltp.cninfo.com.cn], vote through the Shenzhen Stock Exchange Internet Voting System.

[Appendix 2]

## Lian Sheng Technology Co., Ltd.

Registration Form for Shareholders to Attend the Tenth Extraordinary General Meeting of Shareholders in 2024

| | |
|---|---|
| Shareholder Name | |
| ID number/ Business license number | |
| Shareholder Account | |
| Number of shares held | |
| Whether to entrust | |
| Agent Name | |
| Agent ID number | |
| Contact Number | |
| Contact Email | |
| Contact Address | |

Shareholder signature (corporate shareholder with official seal):

years                day

[Appendix 3]

# Lian Sheng Technology Co., Ltd.

Power of Attorney for the 10th Extraordinary General Meeting of Shareholders in 2024

Liansheng Technology Co., Ltd.:

I hereby authorize Mr./Ms._____ to represent this shareholder in attending the meeting held on December 23, 2024.

Liansheng Technology Co., Ltd. held the 10th Extraordinary General Meeting of Shareholders in 2024, and on behalf of this shareholder, in accordance with the following instructions

If the shareholder does not give specific instructions on the matters to be voted on at this meeting, the trustee may exercise voting power on his behalf.

The consequences of exercising voting rights shall be borne by the shareholder.

Signature/Seal of the Client:_____

Client's ID number/business license number:_____

Entrusting shareholder account: _____ Entrustment date: 2024

Number of shares held by the client: _____ shares; Validity period: from the signing date to the end of this shareholders' meeting

Trustee's signature:_____Trustee's ID number:_____

The shareholders' voting opinions on the proposals of this shareholders' meeting are as follows:

| Proposal Code | Proposal Name | Remark — Tick this column The column can be By voting | Voting opinion — Agree | object | waive |
|---|---|---|---|---|---|
| Non-cumulative voting proposals | | | | | |
| 1.00 | "Proposal on the progress of the company's proposed public listing transfer of 100% equity and some trademarks of Xiamen Sanwu Internet Information Co., Ltd." | ÿ | | | |

Signature of the entrusting party:_____  Signature of the entrusting party:_____

Date: 2024                                              Date: 2024