Exhibit 1

**本报告依据中国资产评估准则编制**

# 珹升科技股份有限公司拟转让股权
# 事宜涉及的厦门三五互联信息有限公司
# 股东全部权益价值
# 资产评估报告

北方亚事评报字[2024]第 01-748 号

（共一册　第一册）



**北方亚事资产评估有限责任公司**
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

二〇二四年七月九日

珑升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

# 目　录

声　明 ................................................................ 1

资产评估报告摘要 ................................................ 3

资产评估报告正文 ................................................ 5

一、委托人、被评估单位和资产评估委托合同约定的其他资产评估报告使用人概况.....5

二、评估目的 ...................................................... 9

三、评估对象和评估范围 ........................................ 9

四、价值类型 ..................................................... 16

五、评估基准日 .................................................. 17

六、评估依据 ..................................................... 17

七、评估方法 ..................................................... 19

八、评估程序实施过程和情况 .................................. 25

九、评估假设 ..................................................... 27

十、评估结论 ..................................................... 29

十一、特别事项说明 ............................................ 30

十二、评估报告使用限制说明 ................................. 33

十三、资产评估报告日 ......................................... 34

十四、资产评估专业人员签名和资产评估机构印章 ........................ 35

资产评估报告附件 .............................................. 36

珑升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

# 声　明

本资产评估报告依据财政部发布的资产评估基本准则和中国资产评估协会发布的资产评估执业准则和职业道德准则编制。

（一）委托人或者其他资产评估报告使用人应当按照法律、行政法规规定及本资产评估报告载明的使用范围使用资产评估报告；委托人或者其他资产评估报告使用人违反前述规定使用资产评估报告的，本资产评估机构及资产评估师不承担责任。

本资产评估报告仅供委托人、资产评估委托合同中约定的其他资产评估报告使用人和法律、行政法规规定的资产评估报告使用人使用；除此之外，其他任何机构和个人不能成为资产评估报告的使用人。

本资产评估机构及资产评估师提示资产评估报告使用人应当正确理解评估结论，评估结论不等同于评估对象可实现价格，评估结论不应当被认为是对评估对象可实现价格的保证。

（二）本资产评估机构及资产评估师遵守法律、行政法规和资产评估准则，坚持独立、客观和公正的原则，并对所出具的资产评估报告依法承担责任。

（三）评估对象涉及的资产、负债清单由委托人、被评估单位申报并经其采用签名、盖章或法律允许的其他方式确认；委托人和其他相关当事人依法对其提供资料的真实性、完整性、合法性负责。

（四）本资产评估机构及资产评估师与资产评估报告中的评估对象没有现存或者预期的利益关系；与相关当事人没有现存或者预期的利益关系，对相关当事人不存在偏见。

（五）资产评估师已经对资产评估报告中的评估对象及其涉及资产进行现场调查；已经对评估对象及其涉及资产的法律权属状况给予必要的关注，对评估对象及其涉及资产的法律权属资料进行了查验，对已经发现的问题进行了如实披露，并且已提请委托人及其他相关当事人完善产权以满足出具资产评估报告的要求。

（六）本资产评估机构出具的资产评估报告中的分析、判断和结果受资产评估报告中假设和限制条件的限制，资产评估报告使用人应当充分考虑资产评估报告中载明的假设、限制条件、特别事项说明及其对评估结论的影响。

# 珄升科技股份有限公司拟转让股权
# 事宜涉及的厦门三五互联信息有限公司
# 股东全部权益价值
# 资产评估报告摘要

北方亚事评报字[2024]第 01-748 号

北方亚事资产评估有限责任公司接受珄升科技股份有限公司【以下简称：珄升科技】的委托，按照法律、行政法规的规定，坚持独立、客观和公正的原则，采用收益法和资产基础法，按照必要的评估程序，对珄升科技股份有限公司转让股权事宜涉及的厦门三五互联信息有限公司【以下简称：三五信息】股东全部权益在 2024 年 5 月 31 日的市场价值进行了评估。现将评估报告摘要如下：

一、评估目的：珄升科技股份有限公司拟转让股权，需对厦门三五互联信息有限公司于 2024 年 5 月 31 日的股东全部权益价值进行评估，为上述经济行为提供价值参考依据。

二、评估对象和评估范围：评估对象为三五信息股东全部权益价值；评估范围为三五信息除持有的厦门谊泰企业管理合伙企业(有限合伙)权益外的全部资产及负债，具体包括：流动资产、非流动资产（长期股权投资、固定资产、无形资产、递延所得税资产）、流动负债、非流动负债。

三、价值类型：市场价值。

四、评估基准日：2024 年 5 月 31 日。

五、评估方法：收益法和资产基础法。

六、评估结论：

本次评估采用收益法评估结果作为评估结论。

评估基准日三五信息资产总额账面价值为 5,244.36 万元，总负债账面价值为 3,565.87 万元，股东全部权益账面价值为 1,678.49 万元。

收益法评估后的厦门三五互联信息有限公司股东全部权益价值为 4,081.00 万元，增值额为 2,402.51 万元，增值率为 143.14%。

七、评估结论使用有效期：本评估结论使用有效期为自评估基准日起 1 年，即从 2024 年 5 月 31 日至 2025 年 5 月 30 日止的期限内有效，超过 1 年有效期需重新进行评估。

八、对评估结论产生影响的特别事项

根据《资产评估委托合同》的约定，本次评估范围不包括三五信息持有的厦门谊泰企业管理合伙企业(有限合伙)40%权益，评估基准日，三五信息对厦门谊泰企业管理合伙企业(有限合伙)投资的账面价值为 0 元。

九、资产评估报告日：本资产评估报告日为 2024 年 7 月 9 日。

**以上内容摘自资产评估报告正文，欲了解本评估业务的详细情况和正确理解评估结论，应当阅读资产评估报告正文。**

# 珽升科技股份有限公司拟转让股权
# 事宜涉及的厦门三五互联信息有限公司
# 股东全部权益价值
# 资产评估报告正文

北方亚事评报字[2024]第01-748号

**珽升科技股份有限公司：**

北方亚事资产评估有限责任公司接受贵公司的委托，按照法律、行政法规和资产评估准则的规定，坚持独立、客观和公正的原则，采用收益法和资产基础法，按照必要的评估程序，对厦门三五互联信息有限公司股东全部权益在 2024 年 5 月 31 日的市场价值进行了评估。现将资产评估情况报告如下。

**一、委托人、被评估单位和资产评估委托合同约定的其他资产评估报告使用人概况**

委托人为珽升科技股份有限公司，被评估单位为厦门三五互联信息有限公司。资产评估委托合同约定的其他资产评估报告使用人为法律法规规定的其他报告使用人。

（一）委托人概况

名称：珽升科技股份有限公司【以下简称：珽升科技】

统一社会信用代码：91350200751642792T

注册地址：南通高新技术产业开发区通甲东路 66 号

通信地址：厦门市火炬高新技术产业开发区软件园二期观日路 8 号一层

注册资本：36569.8690 万人民币

法定代表人：黄明良

成立日期：2004-04-01

企业性质：其他股份有限公司(上市)

经营范围：许可项目：基础电信业务；第一类增值电信业务；第二类增值电信业务；互联网信息服务；互联网域名注册服务(依法须经批准的项目,经相关部门批准后方可开展经营活动,具体经营项目以审批结果为准)一般项目：工程和技术研究和试验发展；数据处理和存储支持服务；软件开发；信息系统集成服务；信息技术咨询服务；信息咨询服务(不含许可类信息咨询服务)；数字内容制作服务(不含出版发行)；计算机软硬件及辅助设备批发；计算机软硬件及辅助设备零售；移动终端设备销售；非居住房地产租赁；物业管理；市场营销策划；光伏设备及元器件制造；光伏设备及元器件销售；电子专用材料制造；电子专用材料销售；电池制造；电池销售；技术进出口；货物进出口；进出口代理(除依法须经批准的项目外,凭营业执照依法自主开展经营活动)

（二）被评估单位概况

1、工商登记概况

名称：厦门三五互联信息有限公司

统一社会信用代码：91350200MACKTQ1N08

注册地址：厦门火炬高新区软件园二期观日路 8 号 401 室 A01 单元

注册资本：2000.0000 万人民币

法定代表人：章威炜

成立日期：2023-06-01

企业性质：有限责任公司(自然人投资或控股的法人独资)

经营范围：许可项目：互联网信息服务；第二类增值电信业务；第一类增值电信业务；互联网域名注册服务.(依法须经批准的项目,经相关部门批准后方可开展经营活动,具体经营项目以相关部门批准文件或许可证件为准)一般项目：数据处理和存储支持服务；软件开发；技术服务、技术开发、技术咨询、技术交流、技术转让、技术推广；技术进出口；信息系统集成服务；信息技术咨询服务；信息咨询服务(不含许可类信息咨询服务)；数字内容制作服务(不含出版发行)；计算机软硬件及辅助设备批发；计算机软硬件及辅助设备零售；移动终端设备销售；广告设计、代理；市场营销策划；项目策划与公关服务；摄像及视频制作服务.(除

琏升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

依法须经批准的项目外, 凭营业执照依法自主开展经营活动)。

（二）历史沿革

1、三五信息的设立

三五信息于 2023 年 6 月由琏升科技出资设立，设立时股权结构如下：

| 股东名称 | 出资额【万元】 | 出资比例(%) |
|---|---|---|
| 琏升科技 | 2,000.00 | 100 |
| 合计 | 2,000.00 | 100 |

截至评估基准日，三五信息股权结构未发生变更。

（三）近年来企业的资产、负债、权益状况和经营业绩

**近年资产负债表**

金额单位：人民币元

| 科　　目 | 2023 年 12 月 31 日 | 2024 年 5 月 31 日 |
|---|---|---|
| 流动资产： | | |
| 　　货币资金 | 1,829,397.57 | 1,147,801.14 |
| 　　应收账款 | 2,371,847.00 | 4,988,519.49 |
| 　　应收款项融资 | – | – |
| 　　预付款项 | 8,918,676.29 | 12,702,055.84 |
| 　　其他应收款 | 158,000.00 | 7,466,479.80 |
| 　　合同资产 | 12,831.65 | 50,872.69 |
| 　　其他流动资产 | 1,017,333.07 | 182,778.23 |
| 　　流动资产合计 | 14,308,085.58 | 26,538,507.19 |
| 非流动资产： | | |
| 　　长期股权投资 | 645,000.00 | 645,000.00 |
| 　　固定资产 | 4,509,250.41 | 4,108,391.65 |
| 　　无形资产 | 20,409,534.39 | 21,146,651.13 |
| 　　递延所得税资产 | 183.21 | 5,043.43 |
| 　　其他非流动资产 | 1,900,599.97 | – |
| 　　非流动资产合计 | 27,464,567.98 | 25,905,086.21 |
| 　　资产总计 | 41,772,653.56 | 52,443,593.40 |
| 流动负债： | | |
| 　　应付账款 | 1,015,094.11 | 3,082,715.58 |
| 　　预收款项 | – | – |
| 　　卖出回购金融负债 | | |
| 　　应付职工薪酬 | 2,059,017.56 | 1,600,149.12 |
| 　　应交税费 | 2,100.02 | 32,503.86 |
| 　　应付利息 | – | – |
| 　　应付股利 | – | – |
| 　　其他应付款 | 15,067,208.66 | 13,527,778.79 |
| 　　合同负债 | 6,777,730.07 | 16,737,919.02 |

琏升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

| 科　　目 | 2023 年 12 月 31 日 | 2024 年 5 月 31 日 |
|---|---|---|
| 其他流动负债 | 395,277.08 | 677,655.38 |
| 流动负债合计 | 25,316,427.50 | 35,658,721.75 |
| 非流动负债： | | |
| 非流动负债合计 | – | – |
| 负债合计 | 25,316,427.50 | 35,658,721.75 |
| 所有者权益（或股东权益）： | | |
| 实收资本（或股本） | 20,000,000.00 | 20,000,000.00 |
| 未分配利润 | -3,543,773.94 | -3,215,128.35 |
| 外币报表折算差额 | – | – |
| 归属于母公司所有者权益（或股东权益）合计 | 16,456,226.06 | 16,784,871.65 |
| 少数股东权益 | | |
| 所有者权益（或股东权益）合计 | 16,456,226.06 | 16,784,871.65 |
| 负债和所有者权益（或股东权益）总计 | 41,772,653.56 | 52,443,593.40 |

## 近年利润表

金额单位：人民币元

| 科　　目 | 2023 年 | 2024 年 1-5 月 |
|---|---|---|
| 一、营业收入 | 31,901,557.11 | 27,066,070.03 |
| 减：营业成本 | 17,953,450.39 | 14,190,289.40 |
| 税金及附加 | 10,589.70 | 7,043.20 |
| 销售费用 | 9,648,265.39 | 6,334,455.99 |
| 管理费用 | 3,419,205.31 | 3,018,770.53 |
| 研发费用 | 4,397,190.67 | 3,207,596.33 |
| 财务费用 | 18,995.04 | 15,197.86 |
| 其他收益 | 3,797.38 | 48,577.39 |
| 信用减值损失 | -2,988.84 | -14,507.35 |
| 资产减值损失 | -675.35 | -2,002.16 |
| 二、营业利润（亏损以"－"号填列） | -3,546,006.20 | 324,784.60 |
| 加：营业外收入 | 2,049.05 | 0.77 |
| 减：营业外支出 | – | 1,000.00 |
| 三、利润总额（亏损总额以"－"号填列） | -3,543,957.15 | 323,785.37 |
| 减：所得税费用 | -183.21 | -4,860.22 |
| 四、净利润（净亏损以"－"号填列） | -3,543,773.94 | 328,645.59 |
| 其中：被合并方在合并前实现的净利润 | | |
| 归属于母公司所有者的净利润 | -3,543,773.94 | 328,645.59 |

厦门三五互联信息有限公司 2023 年度会计报表经华兴会计师事务所(特殊普通合伙)审计，并出具了编号为"华兴审字[2024]23013420138 号"审计报告；2024年 5 月会计报表经华兴会计师事务所(特殊普通合伙)审计，并出具了编号为"华兴审字[2024]24008460016 号"审计报告。

璉升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

（三）委托人与被评估单位关系

被评估单位为委托人全资子公司。

（四）资产评估委托合同约定的其他资产评估报告使用人

其他评估报告使用人为法律法规规定的其他评估报告使用人。

# 二、评估目的

璉升科技股份有限公司拟转让持有的厦门三五互联信息有限公司股权，需对评估基准日厦门三五互联信息有限公司股东全部权益价值进行评估，为上述经济行为提供价值参考意见。

# 三、评估对象和评估范围

本次评估对象为厦门三五互联信息有限公司股东全部权益价值。

评估基准日纳入评估范围的是厦门三五互联信息有限公司的除持有的厦门谊泰企业管理合伙企业(有限合伙)权益外的全部资产及负债。具体包括：流动资产、非流动资产（长期股权投资、固定资产、无形资产、递延所得税资产）、流动负债。评估基准日三五信息资产总额账面价值为 5,244.36 万元，总负债账面价值为 3,565.87 万元，股东全部权益账面价值为 1,678.49 万元。

一、企业申报的账面记录的实物资产情况及特点

企业申报的纳入评估范围的实物资产包括：车辆、电子设备。实物资产的类型及特点如下：

1、实物资产的类型、数量、分布情况和存放地点

三五信息实物资产主要为固定资产。

固定资产包括车辆、电子设备，其中车辆共计 1 项，为现代轿车。电子设备共计 1212 项，其中账面记录的共计 255 项，账面未记录的共计 957 项【账面未记录的电子设备系购入时单位价值较低，购入当期直接费用化】。电子设备主要为台式电脑、笔记本电脑、打印机、服务器等，三五信息的电子设备主要存放在位

于福建省厦门市三五互联大厦第 4 层的办公场所内，部分服务器存放在位于北京惠普、北京苏仙桥、北京酒仙桥等地，固定资产管理制度比较完善，各项资产都能分配至具体使用部门进行管理及维护，可正常使用。

2、实物资产的技术特点、实际使用情况、大修理及改扩建情况等

部分固定资产由琏升科技股份有限公司转让至三五信息，截至评估基准日未发现大修理情况，按日常使用情况进行日常维护，无大修理及改扩建情况。

二、企业申报的账面记录或者未记录的无形资产情况

三五信息申报的无形资产为域名 114 项、计算机软件著作权 91 项、外购软件 26 项、发明专利 5 项，具体情况如下表所示：

账面记录的无形资产：

| 序号 | 无形资产名称和内容 | 无形资产类型 | 权证编号 | 取得日期 |
|---|---|---|---|---|
| 1 | 金仓数据库管理系统 V8.0 | 外购软件 | | 2023 年 12 月 |
| 2 | 金蝶 Apusic 负载均衡器软件（ALB） V2.0 | 外购软件 | | 2023 年 12 月 |
| 3 | 银河麒麟高级服务器操作系统 V10 | 外购软件 | | 2023 年 12 月 |
| 4 | NTKO OFFICE 控件 | 外购软件 | | 2023 年 7 月 |
| 5 | 信息安全管理软件 | 外购软件 | | 2023 年 7 月 |
| 6 | 亿邮智能运维平台 V2.0 | 外购软件 | | 2023 年 7 月 |
| 7 | 信息安全管理系统（含云主机管理系统） | 外购软件 | | 2023 年 7 月 |
| 8 | 数据库审计系统（安华金和 DAS 300A 软件版） | 外购软件 | | 2023 年 7 月 |
| 9 | McAfee 网络信誉库客户端开发包 | 外购软件 | | 2023 年 7 月 |
| 10 | 软件*卡巴斯基网络安全解决方案标准版软件 V10.0 | 外购软件 | | 2023 年 7 月 |
| 11 | 域名（eq.cn） | 域名 | | 2023 年 8 月 |
| 12 | 域名（jingtong.com） | 域名 | | 2023 年 8 月 |
| 13 | 域名（35.top） | 域名 | | 2023 年 10 月 |
| 14 | 企业移动商务建设系统 | 外购软件 | | 2023 年 7 月 |
| 15 | 移动商务社交邮件应用 | 外购软件 | | 2023 年 7 月 |
| 16 | 加密邮 | 外购软件 | | 2023 年 7 月 |
| 17 | KOA | 外购软件 | | 2023 年 7 月 |
| 18 | LM | 外购软件 | | 2023 年 7 月 |
| 19 | 智能发布系统 | 外购软件 | | 2023 年 7 月 |
| 20 | 网络 U 盘 | 外购软件 | | 2023 年 11 月 |
| 21 | 在线客服 | 外购软件 | | 2023 年 11 月 |
| 22 | 网关 | 外购软件 | | 2023 年 11 月 |
| 23 | IM | 外购软件 | | 2023 年 11 月 |
| 24 | CRM | 外购软件 | | 2023 年 11 月 |
| 25 | CRM2 | 外购软件 | | 2023 年 11 月 |
| 26 | 企业邮局 | 外购软件 | | 2023 年 11 月 |
| 27 | NEW CP | 外购软件 | | 2023 年 11 月 |

琏升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

| 序号 | 无形资产名称和内容 | 无形资产类型 | 权证编号 | 取得日期 |
|---|---|---|---|---|
| 28 | 智能安全增强型企业邮局 | 外购软件 | | 2023 年 11 月 |
| 29 | 云智能 OA | 外购软件 | | 2023 年 11 月 |
| 30 | 刺猬虚拟主机管理系统 | 著作权 | 2024SR0161587 | 2024 年 1 月 |
| 31 | 35 互联智能邮件系统 V1.0 | 著作权 | 2024SR0161559 | 2024 年 1 月 |
| 32 | 35 互联 DNS-DIY 域名解析系统 V2.0 | 著作权 | 2024SR0161641 | 2024 年 1 月 |
| 33 | 35 互联 Template4.0 系统 V4.0 | 著作权 | 2024SR0176915 | 2024 年 1 月 |
| 34 | 35 互联网站访问分析系统[简称：vhostlog] V1.0 | 著作权 | 2024SR0161400 | 2024 年 1 月 |
| 35 | 三五云名片系统 | 著作权 | 2024SR0299815 | 2024 年 2 月 |
| 36 | 35 云门户平台[简称：35 云门户]V1.0 | 著作权 | 2024SR0299824 | 2024 年 2 月 |
| 37 | 35 视频会议系统[简称：视频会议]V3.0 | 著作权 | 2024SR0299861 | 2024 年 2 月 |
| 38 | 叮叭来了顾客餐饮营销系统 | 著作权 | 2024SR0299900 | 2024 年 2 月 |
| 39 | 350KR 目标管理系统 V1.0 | 著作权 | 2024SR0299841 | 2024 年 2 月 |
| 40 | 三五互联企业综合应用管理平台【简称：35云管理平台】V8.4 | 著作权 | 2024SR0299753 | 2024 年 2 月 |
| 41 | 三五主机有害信息监测感知平台【简称：三五安全平台】V1.0.0 | 著作权 | 2024SR0299723 | 2024 年 2 月 |
| 42 | 三五互联定制建站管理系统【简称：35Dcms】V5.0 | 著作权 | 2024SR0299712 | 2024 年 2 月 |
| 43 | 35 企业微博软件[简称：35Ewave] V1.0 | 著作权 | 2023SR1370734 | 2023 年 11 月 |
| 44 | 三五互联 LiveChat2012 即时语在线客服系统[简称：LiveChat2012] V5.6 | 著作权 | 2023SR1370720 | 2023 年 11 月 |
| 45 | TaskFlow@35 任务管理系统[简称：TaskFlow] V1.0 | 著作权 | 2023SR1370716 | 2023 年 11 月 |
| 46 | 三五互联企业邮局系统[简称：企业邮局系统] V3.0 | 著作权 | 2023SR1370713 | 2023 年 11 月 |
| 47 | 35Ewave Mobile 软件[简称：35Ewave Mobile]V1.1.18 | 著作权 | 2023SR1370711 | 2023 年 11 月 |
| 48 | 35EQ Mobile 软件 | 著作权 | 2023SR1370692 | 2023 年 11 月 |
| 49 | 国际域名实时注册系统 V2.0 | 著作权 | 2023SR1370687 | 2023 年 11 月 |
| 50 | 三五互联即时邮(PushMail)邮件系统 | 著作权 | 2023SR1370679 | 2023 年 11 月 |
| 51 | 三五互联 LiveChat2010 即时语在线客服系统[简称：LiveChat2010] V5.0.0.3 | 著作权 | 2023SR1370672 | 2023 年 11 月 |
| 52 | 三五互联即时邮(WAPMAIL)邮件系统[简 称：即时邮(WAPMAIL)] V2.0 | 著作权 | 2023SR1370657 | 2023 年 11 月 |
| 53 | 35 互联 G 级企业邮箱系统[简称:35G 邮系统] V1.0 | 著作权 | 2023SR1370638 | 2023 年 11 月 |
| 54 | 三五互联企业日历系统[简称：企业日历系统]V1．0 | 著作权 | 2023SR1370631 | 2023 年 11 月 |
| 55 | 三五互联博客系统[简称：Blog@35] V1.0 | 著作权 | 2023SR1370622 | 2023 年 11 月 |
| 56 | 35LIVE 手机软件[简称：35LIVE] V1.0 | 著作权 | 2023SR1370614 | 2023 年 11 月 |
| 57 | 即时邮邮件系统[简称：即时邮] V1.0 | 著作权 | 2023SR1370608 | 2023 年 11 月 |
| 58 | 即时语在线客服系统 | 著作权 | 2023SR1370571 | 2023 年 11 月 |
| 59 | 35EQ 系统 v1.0[简称 35EQ] | 著作权 | 2023SR1370554 | 2023 年 11 月 |
| 60 | 三五互联 App 服务手机客户端软件[简称：35AppService]V1.6 | 著作权 | 2023SR1370531 | 2023 年 11 月 |
| 61 | 三五互联云办公安卓手机客户端软件[简称：35Cloudoffice]V1.2 | 著作权 | 2023SR1370518 | 2023 年 11 月 |
| 62 | 三五互联企业邮局安卓手机客户端软件［简 | 著作权 | 2023SR1370436 | 2023 年 11 月 |

珑升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

| 序号 | 无形资产名称和内容 | 无形资产类型 | 权证编号 | 取得日期 |
|---|---|---|---|---|
| | 称：35PushMail]V3.1 | | | |
| 63 | 三五互联市场精选安卓手机客户端软件［简称：35Market]V1.1 | 著作权 | 2023SR1370423 | 2023 年 11 月 |
| 64 | 三五互联邮洽手机邮箱系统[简称：邮洽Mailchat]V2.0 | 著作权 | 2023SR1370409 | 2023 年 11 月 |
| 65 | 三五互联个人关系管理安卓手机客户端软件[简称：35PRM Mobile]V1.3 | 著作权 | 2023SR1370400 | 2023 年 11 月 |
| 66 | 三五互联极速版企业邮局系统[简称：企业邮局极速版]V1.0 | 著作权 | 2023SR1370389 | 2023 年 11 月 |
| 67 | 三五互联企业邮局 IOS 手机客户端软件[简称：35PushMail IOS]V2.0 | 著作权 | 2023SR1370356 | 2023 年 11 月 |
| 68 | 三五互联企业中心系统[简称：35 企业中心]V1.2 | 著作权 | 2023SR1370303 | 2023 年 11 月 |
| 69 | 三五互联企业即时通软件[简称：35EQ]v2.0 | 著作权 | 2023SR1370252 | 2023 年 11 月 |
| 70 | 三五互联个人关系管理系统[简称：35PRM]V2.5 | 著作权 | 2023SR1370213 | 2023 年 11 月 |
| 71 | 三五互联邮洽软件(电脑版)【简称:邮 洽(电脑版)】V1.0 | 著作权 | 2023SR1370205 | 2023 年 11 月 |
| 72 | 三五互联智慧餐厅餐饮管理系统【简称：三五互联智慧餐厅】V3.0 | 著作权 | 2023SR1370179 | 2023 年 11 月 |
| 73 | 会经营系统【简称：35 会经营】V1.0 | 著作权 | 2023SR1370164 | 2023 年 11 月 |
| 74 | 域名（35.com） | 域名 | | 2023 年 10 月 |
| 75 | 域名（35.cn） | 域名 | | 2023 年 10 月 |

## 账面未记录的无形资产：

| 序号 | 无形资产名称和内容 | 无形资产类型 | 权证编号 | 取得日期 |
|---|---|---|---|---|
| 1 | netalls.com | 域名 | | 2023 年 10 月 |
| 2 | touchreadapp.com | 域名 | | 2023 年 10 月 |
| 3 | absolutee.com | 域名 | | 2023 年 10 月 |
| 4 | cn4e.com | 域名 | | 2023 年 10 月 |
| 5 | china-channel.com | 域名 | | 2023 年 10 月 |
| 6 | 35center.com | 域名 | | 2023 年 10 月 |
| 7 | dns-diy.com | 域名 | | 2023 年 10 月 |
| 8 | 35chain.com | 域名 | | 2023 年 10 月 |
| 9 | good35.cn | 域名 | | 2023 年 10 月 |
| 10 | 35test.cn | 域名 | | 2023 年 10 月 |
| 11 | 35demo.cn | 域名 | | 2023 年 10 月 |
| 12 | 35cs.cn | 域名 | | 2023 年 10 月 |
| 13 | 35promotion.cn | 域名 | | 2023 年 10 月 |
| 14 | mailchat.cn | 域名 | | 2023 年 10 月 |
| 15 | cn4e.net | 域名 | | 2023 年 10 月 |
| 16 | 一种 S/MIME 数字签名邮件防篡改认证及签名信息解析方法 | 发明专利 | 2023111488361 | 2023 年 9 月 |
| 17 | 一种基于 IP 归属地限定网站访问方法及本地模块 | 发明专利 | 2023111497869 | 2023 年 9 月 |
| 18 | 一种 OA 智能办公系统和方法 | 发明专利 | 2023115821753 | 2023 年 11 月 |
| 19 | 一种基于云平台的移动商务图文运维系统 | 发明专利 | 2023115824272 | 2023 年 11 月 |

珑升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

| 序号 | 无形资产名称和内容 | 无形资产类型 | 权证编号 | 取得日期 |
|---|---|---|---|---|
|  | 及方法 |  |  |  |
| 20 | 跨域批量邮件安全搬家系统及方法 | 发明专利 | 2023117235111 | 2023 年 12 月 |
| 21 | CRM@35 客户关系管理系统 V3.7 | 软件著作权 | 2023SR1370731 | 2023 年 11 月 |
| 22 | OA@35 老板签批系统 V3.1 | 软件著作权 | 2023SR1370728 | 2023 年 11 月 |
| 23 | 35PushOA 软件[简称: 35PushOA]V1.2.05 | 软件著作权 | 2023SR1370707 | 2023 年 11 月 |
| 24 | 35 视频会议系统[简称 35Emeeting]V2.0 | 软件著作权 | 2023SR1370703 | 2023 年 11 月 |
| 25 | 三五互联波尔多（Bordeaux@35）智能反垃圾邮件网关系统[简称：Bordeaux@35] V3 | 软件著作权 | 2023SR1370697 | 2023 年 11 月 |
| 26 | 智能建站系统 v1.0 | 软件著作权 | 2023SR1370649 | 2023 年 11 月 |
| 27 | 网络 U 盘软件[简称: 网络 U 盘] V1.0 | 软件著作权 | 2023SR1370643 | 2023 年 11 月 |
| 28 | OA@35 老板签批系统[简称: OA@35]  V3.0 | 软件著作权 | 2023SR1370600 | 2023 年 11 月 |
| 29 | 35CRM 客户关系管理系统[简称:35CRM] V1.0 | 软件著作权 | 2023SR1370587 | 2023 年 11 月 |
| 30 | 三五互联企业微博安卓手机客户端软件[简称: 35Eware Mobile]V3.1 | 软件著作权 | 2023SR1370507 | 2023 年 11 月 |
| 31 | 35 互联 64 位反垃圾邮件网关软件 V1.0 | 软件著作权 | 2024SR0161671 | 2024 年 1 月 |
| 32 | 三五互联智能反垃圾网关系统[简称: Bordeaux@35]V3.9 | 软件著作权 | 2023SR1370495 | 2023 年 11 月 |
| 33 | 三五互联老板签批系统[简称: OA@35]V5.8 | 软件著作权 | 2023SR1370415 | 2023 年 11 月 |
| 34 | 三五互联企业微博 IOS 手机客户端软件[简称: 35Eware Mobile IOS]V1.2 | 软件著作权 | 2023SR1370378 | 2023 年 11 月 |
| 35 | 三五互联企业综合应用管理平台[简称: 35 云管理平台]V1.7 | 软件著作权 | 2023SR1370345 | 2023 年 11 月 |
| 36 | 三五互联国内业务运营系统[简称: newCP]V2.0 | 软件著作权 | 2023SR1370338 | 2023 年 11 月 |
| 37 | 三五互联智能建站系统[简称: 刺猬建站]V4.5 | 软件著作权 | 2023SR1370323 | 2023 年 11 月 |
| 38 | 三五反垃圾反病毒邮件网关系统[简称: Bordeaux@35]V5.2 | 软件著作权 | 2023SR1370283 | 2023 年 11 月 |
| 39 | 三五互联刺猬建站系统[简称: 刺猬建站]V6.4 | 软件著作权 | 2023SR1370271 | 2023 年 11 月 |
| 40 | 三五互联视频会议安卓手机客户端软件[简称: 35Emeeting]V1.0 | 软件著作权 | 2023SR1370266 | 2023 年 11 月 |
| 41 | 三五互联企业邮局旗舰版系统[简称: 企业邮局旗舰版]V5.3 | 软件著作权 | 2023SR1370260 | 2023 年 11 月 |
| 42 | 老板签批系统[简称: 350A]V7.5 | 软件著作权 | 2023A1370240 | 2023 年 11 月 |
| 43 | 三五互联企业综合应用管理平台[简称: 35 云管理平台]V2.9 | 软件著作权 | 2023SR1370225 | 2023 年 11 月 |
| 44 | 三五互联定制建站管理系统【简称:35Dcms】V4.0 | 软件著作权 | 2023SR1370195 | 2023 年 11 月 |
| 45 | 三五互联刺猬站系统 V3.0 | 软件著作权 | 2023SR1370156 | 2023 年 11 月 |
| 46 | 三五互联企业邮局系统（旗舰版）[简称: 企业邮局（旗舰版）] V7.7 | 软件著作权 | 2023SR1370149 | 2023 年 11 月 |
| 47 | 35 云 OA 系统【简称: 35 云 OA】V2.0 | 软件著作权 | 2023SR1370118 | 2023 年 11 月 |
| 48 | 三五反垃圾反病毒邮件网关系统[简称: Bordeaux@35]V7.3 | 软件著作权 | 2023SR1370101 | 2023 年 11 月 |
| 49 | 三五互联企业综合应用管理平台[简称: 35 云管理平台]V7.7 | 软件著作权 | 2023SR1370081 | 2023 年 11 月 |
| 50 | 叩叩来了商家端餐饮营销系统 V1.0.0 | 软件著作权 | 2024SR0299873 | 2024 年 2 月 |
| 51 | 三五垃圾反病毒邮件网关系统 V8.4 | 软件著作权 | 2024SR0299742 | 2024 年 2 月 |
| 52 | 三五互联刺猬响站系统 V6.6 | 软件著作权 | 2024SR0299798 | 2024 年 2 月 |



珐升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

| 序号 | 无形资产名称和内容 | 无形资产类型 | 权证编号 | 取得日期 |
|---|---|---|---|---|
| 53 | 三五互联国内业务运营系统 V2.19 | 软件著作权 | 2024SR0299733 | 2024 年 2 月 |
| 54 | 三五互联老板签批系统 IOS 手机客户端软件 V1.1 | 软件著作权 | 2023SR1501657 | 2023 年 11 月 |
| 55 | 三五互联企业邮局系统（旗舰版）V8.4 | 软件著作权 | 2024SR0299772 | 2024 年 2 月 |
| 56 | 三五互联闪电建站系统【简称：闪电建站】V1.6 | 软件著作权 | 2024SR0299706 | 2024 年 2 月 |
| 57 | 三五互联闪电建站系统 V1.0 | 软件著作权 | 2024SR0299786 | 2024 年 2 月 |
| 58 | 三五智能名片软件 V1.0.0 | 软件著作权 | 2024SR0299855 | 2024 年 2 月 |
| 59 | 35 云 OA 系统【简称：35 云 OA】V3.0 | 软件著作权 | 2024SR0299653 | 2024 年 2 月 |
| 60 | 35 ITAM［简称：ITAM]V1.0 | 软件著作权 | 2023SR1130285 | 2023 年 9 月 |
| 61 | 三五互联企业邮局系统（旗舰版）[简称：企业邮局（旗舰版）] V9.2 | 软件著作权 | 2023SR1257088 | 2023 年 10 月 |
| 62 | 三五企业文化管理系统[简称：35 CCMS]V1.0 | 软件著作权 | 2023SR1777078 | 2023 年 12 月 |
| 63 | 三五信创猎来管理系统[简称：信创猎来]V2.0 | 软件著作权 | 2023SR1430222 | 2023 年 11 月 |
| 64 | 三五互联刺猬响站 2.0 系统[简称：响站 2.0]V1.20 | 软件著作权 | 2023SR1395747 | 2023 年 11 月 |
| 65 | 三五信创猎来企业邮箱系统 V1.0 | 软件著作权 | 2024SR0556535 | 2024 年 4 月 |
| 66 | 三五信创猎来云邮系统 V1.0 | 软件著作权 | 2024SR0623523 | 2024 年 5 月 |
| 67 | 三五互联业务运营系统 3.0 | 软件著作权 | 2024SR0643525 | 2024 年 5 月 |
| 68 | 35mail.com | 域名 | | 2023 年 10 月 |
| 69 | coolice.com | 域名 | | 2023 年 10 月 |
| 70 | jyliangu.com | 域名 | | 2023 年 10 月 |
| 71 | xmtangchen.com | 域名 | | 2023 年 10 月 |
| 72 | gongshaohui.com | 域名 | | 2023 年 10 月 |
| 73 | 35eq.com | 域名 | | 2023 年 10 月 |
| 74 | 35wst.com | 域名 | | 2023 年 10 月 |
| 75 | 中国频道.com | 域名 | | 2023 年 10 月 |
| 76 | 35market.com | 域名 | | 2023 年 10 月 |
| 77 | uu35.com | 域名 | | 2023 年 10 月 |
| 78 | fm1234567.com | 域名 | | 2023 年 10 月 |
| 79 | navlive.com | 域名 | | 2023 年 10 月 |
| 80 | 35eyou.com | 域名 | | 2023 年 10 月 |
| 81 | 35ezweb.com | 域名 | | 2023 年 10 月 |
| 82 | 35vhost.com | 域名 | | 2023 年 10 月 |
| 83 | lm35.com | 域名 | | 2023 年 10 月 |
| 84 | 35pass.com | 域名 | | 2023 年 10 月 |
| 85 | 35livechat.com | 域名 | | 2023 年 10 月 |
| 86 | 35fortune.com | 域名 | | 2023 年 10 月 |
| 87 | 微妹.com | 域名 | | 2023 年 10 月 |
| 88 | 35astonmartin.com | 域名 | | 2023 年 10 月 |
| 89 | 35vv.com | 域名 | | 2023 年 10 月 |
| 90 | 35center.cn | 域名 | | 2023 年 10 月 |
| 91 | navlive.cn | 域名 | | 2023 年 10 月 |
| 92 | fjcert.org.cn | 域名 | | 2023 年 10 月 |
| 93 | cp35.cn | 域名 | | 2023 年 10 月 |

璉升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

| 序号 | 无形资产名称和内容 | 无形资产类型 | 权证编号 | 取得日期 |
|---|---|---|---|---|
| 94 | namenic.com.cn | 域名 | | 2023 年 10 月 |
| 95 | dns-diy.cn | 域名 | | 2023 年 10 月 |
| 96 | dnsdiy.cn | 域名 | | 2023 年 10 月 |
| 97 | 35eq.cn | 域名 | | 2023 年 10 月 |
| 98 | fruitsonly.cn | 域名 | | 2023 年 10 月 |
| 99 | fruitsonly.com.cn | 域名 | | 2023 年 10 月 |
| 100 | netalls.cn | 域名 | | 2023 年 10 月 |
| 101 | 35wst.cn | 域名 | | 2023 年 10 月 |
| 102 | 三五云.cn | 域名 | | 2023 年 10 月 |
| 103 | 35ezweb.cn | 域名 | | 2023 年 10 月 |
| 104 | 35pass.cn | 域名 | | 2023 年 10 月 |
| 105 | 35livechat.cn | 域名 | | 2023 年 10 月 |
| 106 | 35eyou.cn | 域名 | | 2023 年 10 月 |
| 107 | yunbangong.cn | 域名 | | 2023 年 10 月 |
| 108 | 35cloud.cn | 域名 | | 2023 年 10 月 |
| 109 | 35market.cn | 域名 | | 2023 年 10 月 |
| 110 | liferegistry.cn | 域名 | | 2023 年 10 月 |
| 111 | 中国频道.cn | 域名 | | 2023 年 10 月 |
| 112 | gongshaohui.cn | 域名 | | 2023 年 10 月 |
| 113 | weemail.cn | 域名 | | 2023 年 10 月 |
| 114 | weemail.com.cn | 域名 | | 2023 年 10 月 |
| 115 | 微妹.cn | 域名 | | 2023 年 10 月 |
| 116 | mailsee.cn | 域名 | | 2023 年 10 月 |
| 117 | maillook.cn | 域名 | | 2023 年 10 月 |
| 118 | iyoujian.cn | 域名 | | 2023 年 10 月 |
| 119 | rockioo.cn | 域名 | | 2023 年 10 月 |
| 120 | rockioo.com.cn | 域名 | | 2023 年 10 月 |
| 121 | 35caifu.cn | 域名 | | 2023 年 10 月 |
| 122 | 35fortune.cn | 域名 | | 2023 年 10 月 |
| 123 | mastek.net | 域名 | | 2023 年 10 月 |
| 124 | fengyun.net | 域名 | | 2023 年 10 月 |
| 125 | 1th.net | 域名 | | 2023 年 10 月 |
| 126 | gongq.net | 域名 | | 2023 年 10 月 |
| 127 | 35eq.net | 域名 | | 2023 年 10 月 |
| 128 | 35wst.net | 域名 | | 2023 年 10 月 |
| 129 | 35center.net | 域名 | | 2023 年 10 月 |
| 130 | 35market.net | 域名 | | 2023 年 10 月 |
| 131 | navlive.net | 域名 | | 2023 年 10 月 |
| 132 | 35eyou.net | 域名 | | 2023 年 10 月 |
| 133 | 35vip.net | 域名 | | 2023 年 10 月 |
| 134 | 35fortune.net | 域名 | | 2023 年 10 月 |
| 135 | 中国频道.中国 | 域名 | | 2023 年 10 月 |
| 136 | 三五云.中国 | 域名 | | 2023 年 10 月 |
| 137 | navilive.mobi | 域名 | | 2023 年 10 月 |

YS 北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

璇升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

| 序号 | 无形资产名称和内容 | 无形资产类型 | 权证编号 | 取得日期 |
|---|---|---|---|---|
| 138 | china-channel.asia | 域名 | | 2023 年 10 月 |
| 139 | liferegistry.info | 域名 | | 2023 年 10 月 |
| 140 | chinachannel.com | 域名 | | 2023 年 10 月 |
| 141 | domainpricing.com | 域名 | | 2023 年 10 月 |
| 142 | 35caifu.com | 域名 | | 2023 年 10 月 |
| 143 | 35office.com | 域名 | | 2023 年 10 月 |
| 144 | 35phone.com | 域名 | | 2023 年 10 月 |
| 145 | namenic.cn | 域名 | | 2023 年 10 月 |
| 146 | 35phone.com.cn | 域名 | | 2023 年 10 月 |
| 147 | 35phone.cn | 域名 | | 2023 年 10 月 |
| 148 | 35pad.cn | 域名 | | 2023 年 10 月 |
| 149 | 35pad.net | 域名 | | 2023 年 10 月 |
| 150 | china-channel.net | 域名 | | 2023 年 10 月 |
| 151 | 35phone.net | 域名 | | 2023 年 10 月 |
| 152 | 三五互联.com | 域名 | | 2023 年 10 月 |
| 153 | 35 互联.com | 域名 | | 2023 年 10 月 |
| 154 | 35.com.cn | 域名 | | 2023 年 10 月 |
| 155 | 35.net.cn | 域名 | | 2023 年 10 月 |
| 156 | 三五互联.中国 | 域名 | | 2023 年 10 月 |
| 157 | 35 互联.中国 | 域名 | | 2023 年 10 月 |
| 158 | 三五互联.cn | 域名 | | 2023 年 10 月 |
| 159 | 35 互联.cn | 域名 | | 2023 年 10 月 |
| 160 | 三五.中国 | 域名 | | 2023 年 10 月 |
| 161 | 三五互联.cc | 域名 | | 2023 年 10 月 |

委托评估对象和评估范围与经济行为涉及的评估对象与评估范围一致。

## 四、价值类型

本次根据评估目的，确定评估对象的价值类型为市场价值。

市场价值是指自愿买方和自愿卖方，在各自理性行事且未受任何强迫的情况下，评估对象在评估基准日进行正常公平交易的价值估计数额。

## 五、评估基准日

（一）本业务评估基准日为 2024 年 5 月 31 日。

（二）按照评估基准日尽可能与资产评估应对的经济行为实现日接近的原则，由委托人确定评估基准日。

（三）本次资产评估的工作中，评估范围的界定、评估参数的选取、评估价值的确定等，均以评估基准日企业的财务报表、外部经济环境以及市场情况确定。本报告中一切取价标准均为评估基准日有效的价格标准。

## 六、评估依据

（一）经济行为依据

2024 年 6 月 11 日《琏升科技股份有限公司总经理办公会会议纪要》

（二）法律法规依据

1、《中华人民共和国民法典》（（2020 年 5 月 28 日第十三届全国人民代表大会第三次会议通过）；

2、《中华人民共和国资产评估法》(2016 年 7 月 2 日第十二届全国人民代表大会常务委员会第二十一次会议通过)；

3、《中华人民共和国公司法》（2018 年 10 月 26 日第十三届全国人民代表大会常务委员会第六次会议通过修正）；

4、《中华人民共和国证券法》（2019 年 12 月 28 日第十三届全国人民代表大会常务委员会第十五次会议第二次修订，于 2020 年 3 月 1 日起施行）；

5、《中华人民共和国车辆购置税法》（2018 年 12 月 29 日，第十三届全国人民代表大会常务委员会第七次会议通过，自 2019 年 7 月 1 日起施行）；

6、《中华人民共和国企业所得税法》（2007 年 3 月 16 日第十届全国人民代表大会第五次会议通过，2017 年 2 月 24 日第十二届全国人民代表大会常务委员会第二十六次会议通过修订）；

7、《中华人民共和国著作权法》（2020 年国家主席令第 62 号）

珑升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

8、《企业会计准则——基本准则》（财政部令第 33 号）；

9、《中华人民共和国专利法》(1984 年 3 月 12 日第六届全国人民代表大会常务委员会第四次会议通过)；

10、《关于深化增值税改革有关政策的公告》（财政部 税务总局 海关总署公告 2019 年第 39 号）；

11、《关于进一步完善研发费用税前加计扣除政策的公告》(2023 年第 7 号)；

12、其他法律法规；

13、其他会计相关准则。

（三）评估准则依据

1、《资产评估基本准则》（财资[2017]43 号）；

2、《资产评估职业道德准则》（中评协[2017]30 号）；

3、《资产评估执业准则—资产评估程序》（中评协[2018]36 号）；

4、《资产评估执业准则—资产评估报告》（中评协[2018]35 号）；

5、《资产评估执业准则—资产评估委托合同》（中评协[2017]33 号）；

6、《资产评估执业准则—资产评估档案》（中评协[2018]37 号）；

7、《资产评估执业准则—企业价值》（中评协[2018]38 号 36 号）；

8、《资产评估执业准则—无形资产》（中评协[2017]37 号）；

9、《资产评估执业准则—资产评估方法》（中评协[2019]35 号）；

10、《资产评估执业准则—机器设备》（中评协[2017]39 号）；

11、《资产评估机构业务质量控制指南》（中评协[2017]46 号）；

12、《资产评估价值类型指导意见》（中评协[2017]47 号）；

13、《资产评估对象法律权属指导意见》(中评协[2017]48 号)；

14、《资产评估准则术语 2020》（中评协[2020]31 号）；

15、《专利资产评估指导意见》（中评协〔2017〕49 号）；

16、《著作权资产评估指导意见》(中评协〔2017〕50 号)；

17、《中国资产评估协会资产评估业务报备管理办法》（中评协〔2021〕30 号）；

18、《资产评估执业准则—知识产权》中评协[2023]14 号；

珑升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

（四）权属依据

1、机动车行驶证；

2、有关资产购置协议、合同及与评估有关的其他资料；

3、商标证书、著作权证书、专利证书；

4、其它有关产权证明文件。

（五）取价依据

1、《资产评估常用数据与参数手册》；

2、评估基准日银行贷款利率；

3、企业提供的财务报表、审计报告；

4、企业有关部门提供的未来年度经营计划；

5、企业提供的主要产品目前及未来年度市场预测资料；

6、评估人员现场勘察记录及收集的其他相关估价信息资料；

7、评估机构收集的有关询价资料、参数资料；

8、同花顺系统提供的相关行业统计数据；

9、被评估单位提供的其它评估相关资料。

（六）其他参考依据

1、被评估单位提供的《资产评估申报表》、《未来收益预测表》。


# 七、评估方法


企业价值评估的基本方法主要有收益法、市场法和资产基础法。

企业价值评估中的收益法，是指将预期收益资本化或者折现，确定评估对象价值的评估方法。收益法常用的具体方法包括股利折现法和现金流量折现法。

企业价值评估中的市场法，是指将评估对象与可比上市公司或者可比交易案例进行比较，确定评估对象价值的评估方法。市场法常用的两种具体方法是上市公司比较法和交易案例比较法。

企业价值评估中的资产基础法，是指以被评估单位评估基准日的资产负债表为基础，合理评估企业表内及表外各项资产、负债价值，确定评估对象价值的评

估方法。

《资产评估执业准则——企业价值》规定，资产评估师执行企业价值评估业务，应当根据评估目的、评估对象、价值类型、资料收集情况等相关条件，分析收益法、市场法和资产基础法三种资产评估基本方法的适用性，恰当选择一种或者多种资产评估基本方法。

由于无法收集到与被评估单位可比的上市公司或交易案例的市场数据，不具备采用市场法评估的条件。被评估企业提供了评估范围内资产和负债的有关历史资料、历史年度的经营和财务资料以及未来经营收益预测的有关数据和资料，评估人员通过分析被评估企业提供的相关资料并结合对宏观经济形势、被评估企业所处行业的发展前景以及被评估企业自身的经营现状的初步分析，被评估企业可持续经营且运用资产基础法和收益法评估的前提和条件均具备，因此本次采用资产基础法和收益法进行评估。评估方法介绍如下：

（一）资产基础法

1、流动资产

评估范围内的流动资产主要包括货币资金、应收账款、预付款项、其他应收款、合同资产、其他流动资产。

(1)货币资金，核算内容为银行存款。对于银行存款，评估人员通过核实对账单、函证等，银行存款以核实无误后的账面价值作为评估值。其他货币资金核算内容为渠道采购存款，评估人员通过核实对账单，以核实无误后的账面价值作为估值。

(2)各种应收款项在核实无误的基础上，根据每笔款项可能收回的数额确定评估值。对于评估基准日后收回的款项，以收回的金额作为评估值；对于其他难以确定收不回账款的数额时，借助于历史资料和现场调查了解的情况，具体分析数额、欠款时间和原因、款项回收情况、欠款人资金、信用、经营管理现状等，按照账龄分析法，估计出这部分可能收不回的款项，作为风险损失扣除后计算评估值；账面上的"坏账准备"科目按零值计算。

(3)预付款项，根据所能收回的相应货物形成资产或权利的价值确定评估值。

(4)合同资产，评估人员对相应的合同进行了抽查，在核实无误的基础上，根

据核实后的账面价值确认评估值。

(5)其他流动资产,评估人员对相应的纳税申报表进行了抽查,在核实无误的基础上,根据核实后的账面价值确认评估值。

2、长期股权投资

厦门三五互联信息有限公司长期股权投资共 3 家,具体如下:

| 序号 | 被投资单位名称 | 投资日期 | 持股比例(%) | 是否控股 | 核算方法 | 投资成本 | 账面价值 |
|---|---|---|---|---|---|---|---|
| 1 | 厦门谊达企业管理合伙企业(有限合伙) | 2023/11/8 | 23.08 | | | | 45,000.00 |
| 2 | 厦门灵猫数智科技有限公司 | 2023/11/15 | 40.00 | | | | 600,000.00 |
| 3 | 厦门谊泰企业管理合伙企业(有限合伙) | 2023/8/29 | 40.00 | | | | 0.00 |
| | 长期股权投资合计 | | | | | | 645,000.00 |

根据《资产评估委托合同》的约定,本次评估范围不包含厦门谊泰企业管理合伙企业(有限合伙)。评估人员首先对长期股权投资形成的原因、账面值和被投资企业的实际经营状况进行核实,确认其实缴情况,并查阅投资协议、股东会决议、章程、和有关会计记录等资料,在此基础上,对被投资单位进行整体评估,并分析各种方法的适用性,选择适当的评估方法进行评估。以被投资企业评估基准日股权的评估值和所持有被投资企业股权比例的乘积确定评估值。

3、设备类资产

根据各类设备的特点、评估价值类型、资料收集情况等相关条件,主要采用成本法评估,部分采用市场法评估。

(1)成本法

成本法计算公式如下:

即:委估资产评估值=重置全价×综合成新率

1)电子设备重置全价的确定

根据当地市场信息及网上查询等近期市场价格资料,确定评估基准日的电子设备价格,一般生产厂家提供免费运输及安装调试,确定其重置全价:

重置全价=购置价-可抵扣的增值税

2）综合成新率确定

采用尚可使用年限法确定成新率。计算公式为：

成新率=尚可使用年限/(实际已使用年限+尚可使用年限)×100%

3）评估值的确定

委估资产评估值=重置全价×综合成新率

（2）市场法

1）车辆

市场法主要是在近期二手车交易市场中选择与估价对象处于同一供求范围内，具有较强相关性、替代性的汽车交易参考实例，根据估价对象和可比实例的状况，对尚可使用年限、尚可行驶里程、交易日期因素和交易车辆状况等影响二手车市场价格的因素进行分析比较和修正，评估出估价对象的市场价格。计算公式如下：

比准价格=可比实例价格×车辆行驶里程修正系数×车辆使用年限修正系数×车辆状况修正系数×车辆交易日期修正系数×车辆交易情况修正系数

比准价格=（案例一+案例二+案例三）÷3

车辆市场法评估值=比准价格-增值税+牌照费

2）电子设备

对于部分购置时间较早或目前市场上无相关型号已淘汰但仍在正常使用的电子设备，参照同类设备的二手市场价格直接确定其评估值。

4、无形资产-其他无形资产

（1）对于正常使用的域名、专利、软件著作权，具体采用销售收入分成法。

销售收入分成法即根据委估技术类产品经济年限内企业预测的销售收入，然后乘以技术分成率（委估技术在销售收入中的贡献率）得出未来各年的技术收益，再以适当的折现率对技术收益进行折现，得出的现值之和即为委估技术的评估价值，其基本计算模型如下：

$$P_s = \sum_{i=1}^{n} KR(1+r)^{-i}$$

式中：Ps----正常使用的域名、专利、软件著作权资产的评估值

　　　　Ri----第 i 年企业的预期销售收入

n————收益期限

K————销售收入分成率

r————折现率

（2）对于外购时间不久的软件，通过网络询价、是否升级，对于未有升级的软件以询价后的不含税价确认评估值；对于有升级的扣减升级费用的不含税价格作为评估值。

（3）对于未使用的域名，按照域名的申请费用、维护费用作为其评估值。

5、递延所得税资产

评估范围的递延所得税资产是企业核算资产或负债、以及未作为资产和负债确认，但按照税法规定可以确定其计税基础的项目，在后续计量过程中因企业会计准则规定，产生的账面价值与其计税基础的可抵扣暂时性差异，对企业未来所得税造成的影响。

企业按照可抵扣暂时性差异与适用所得税税率计算的结果，确认的递延所得税资产。评估人员就差异产生的原因、形成过程进行调查和了解，核实该差异在企业未来持续经营期间核算应纳税所得额时，是否将导致产生可抵扣金额，核实核算的金额是否符合企业会计制度及税法相关规定，在此基础上按核实后账面价值，综合考虑各类资产评估情况对相应的递延所得税资产的影响确定评估值。

6、负债

企业负债为流动负债，流动负债包括应付账款、合同负债、应付职工薪酬、应交税费、其他应付款、其他流动负债。根据企业提供的各项目明细表，检验核实各项负债在评估目的实现后的实际债务人、负债额，以评估目的实现后的产权所有者实际需要承担的负债项目及金额确定评估值。

（二）收益法

本评估报告选用现金流量折现法中的企业自由现金流折现模型。企业自由现金流折现模型的描述具体如下：

股东全部权益价值=企业整体价值－付息债务价值

1、企业整体价值

企业整体价值是指股东全部权益价值和付息债务价值之和。根据被评估单位

珑升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

的资产配置和使用情况，企业整体价值的计算公式如下：

企业整体价值=经营性资产价值+溢余资产价值+（或-）非经营性资产、负债价值

(1)经营性资产价值

经营性资产是指与被评估单位生产经营相关的，评估基准日后企业自由现金流量预测所涉及的资产与负债。经营性资产价值的计算公式如下：

$$P = \sum_{i=1}^{n} \frac{F_i}{(1+r)^i} + \frac{F_n \times (1+g)}{(r-g) \times (1+r)^n}$$

其中：P：评估基准日的企业经营性资产价值；

Fi：评估基准日后第 i 年预期的企业自由现金流量；

Fn：预测期末年预期的企业自由现金流量；

r：折现率(此处为加权平均资本成本,WACC)；

n：预测期；

i：预测期第 i 年；

g：永续期增长率。

其中，企业自由现金流量计算公式如下：

企业自由现金流量=净利润+折旧与摊销+税后利息支出-资本性支出-营运资金增加额

其中，折现率(加权平均资本成本,WACC)计算公式如下：

$$WACC = K_e \times \frac{E}{E+D} + K_d \times (1-t) \times \frac{D}{E+D}$$

其中：

ke：权益资本成本；

kd：付息债务资本成本；

E：权益的市场价值；

D：付息债务的市场价值；

t：所得税率。

其中，权益资本成本采用资本资产定价模型(CAPM)计算。计算公式如下：

珐升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

$$K_e = r_f + MRP \times \beta_L + r_c$$

其中：

rf：无风险收益率；

MRP：市场风险溢价；

βL：权益的系统风险系数；

rc：企业特定风险调整系数。

(2)溢余资产价值

溢余资产是指评估基准日超过企业生产经营所需，评估基准日后企业自由现金流量预测不涉及的资产。溢余资产单独分析和评估。

(3)非经营性资产、负债价值

非经营性资产、负债是指与被评估单位生产经营无关的，评估基准日后企业自由现金流量预测不涉及的资产与负债。非经营性资产、负债单独分析和评估。

2.付息债务价值

付息债务是指评估基准日三五信息需要支付利息的负债。

# 八、评估程序实施过程和情况

北方亚事资产评估有限责任公司接受珐升科技股份有限公司的委托，评估人员于 2024 年 6 月 17 日至 2024 年 6 月 21 日对纳入评估范围内的全部资产和负债进行了必要的核实及查对，查阅了有关账目、产权证明及其他文件资料，完成了必要的评估程序。在此基础上根据本次评估目的和委估资产的具体情况，采用收益法和资产基础法对厦门三五互联信息有限公司的股东全部权益价值进行了评定估算。整个评估过程包括接受委托、评估准备、现场清查核实、评定估算、评估汇总及提交报告等，具体评估过程如下：

（一）明确评估业务基本事项

由我公司业务负责人与委托人代表商谈明确委托人、被评估单位和委托人以外的其他评估报告使用者；评估目的；评估对象和评估范围；价值类型；评估基准日；评估报告使用限制；评估报告提交时间及方式；委托人配合和协助资产评

珐升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

估等其他重要事项。

（二）签订资产评估委托合同

根据评估业务具体情况，我公司对自身专业胜任能力、独立性和业务风险进行综合分析和评价，并由评估机构决定承接该评估业务。

（三）编制评估计划

我公司承接该评估业务后，立即组织资产评估师编制了评估计划。评估计划包括评估的具体步骤、时间进度、人员安排和技术方案等内容。

（四）现场调查

根据评估业务具体情况，我们对评估对象进行了适当的现场调查。包括：

要求委托人和被评估单位提供涉及评估对象和评估范围的详细资料；

要求委托人或者被评估单位对其提供的评估明细表及相关证明材料以签名、盖章或者其他方式进行确认；

资产评估师通过询问、函证、核对、监盘、勘查、检查等方式进行调查，获取评估业务需要的基础资料，了解评估对象现状，关注评估对象法律权属；

对无法或者不宜对评估范围内所有资产、负债等有关内容进行逐项调查的，根据重要程度采用抽查等方式进行调查。

（五）收集评估资料

我们根据评估业务具体情况收集评估资料，并根据评估业务需要和评估业务实施过程中的情况变化及时补充收集评估资料。这些资料包括：

直接从市场等渠道独立获取的资料，从委托人、被评估单位等相关当事方获取的资料，以及从各类专业机构和其他相关部门获取的资料；

查询记录、询价结果、检查记录、行业资讯、分析资料等形式；

资产评估师根据评估业务具体情况对收集的评估资料进行必要分析、归纳和整理形成的资料。

评估人员通过收集分析企业历史经营情况和未来经营规划以及与管理层访谈对企业的经营业务进行调查，主要内容如下：

1、了解企业历史年度权益资本的构成、权益资本的变化；

2、了解企业历史年度经营销售情况及其变化，分析销售收入变化的原因；

3、了解企业历史年度期间费用的构成及其变化；

4、了解企业主要的业务构成，分析业务对企业销售收入的贡献情况；

5、了解企业历史年度利润情况，分析利润变化的主要原因；

6、收集了解企业各项经营指标、财务指标，分析各项指标变动原因；

7、了解企业未来年度的经营计划等；

8、了解企业的税收政策；

9、收集企业所在行业的有关资料，了解行业现状、区域市场状况及未来发展趋势；

10、了解企业的溢余资产和非经营性资产负债的内容及其资产状况。

（六）评定估算

评估的主要工作：按资产类别进行价格查询和市场询价的基础上，选择合适的测算方法，估算各类资产评估值，并进行汇总分析，初步确定评估结果。

（七）编制和提交评估报告

在上述工作的基础上，起草资产评估报告初稿。我公司内部对评估报告初稿和工作底稿进行三级审核后，与委托人、被评估单位就评估报告有关内容进行必要沟通。在全面考虑有关意见后，对评估结论进行必要的调整、修改和完善，然后重新按我公司内部资产评估报告三审制度和程序对报告进行审核后，向委托人提交正式评估报告。


# 九、评估假设


由于企业所处运营环境的变化以及不断变化着的影响资产价值的种种因素，必须建立一些假设以便资产评估师对资产进行价值判断，充分支持我们所得出的评估结论。本次评估是建立在以下前提和假设条件下的：

（一）一般假设

1、企业持续经营假设

企业持续经营假设是假定被评估单位的经营业务合法，并不会出现不可预见的因素导致其无法持续经营，被评估资产现有用途不变并原地持续使用。

珑升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

2、交易假设

交易假设是假定所有待评估资产已经处在交易的过程中，评估师根据待评估资产的交易条件等模拟市场进行估价。交易假设是资产评估得以进行的一个最基本的前提假设。

3、公开市场假设

公开市场假设是假定在市场上交易的资产，或拟在市场上交易的资产，资产交易双方彼此地位平等，彼此都有获取足够市场信息的机会和时间，以便于对资产的功能、用途及其交易价格等做出理智的判断。公开市场假设以资产在市场上可以公开买卖为基础。

4、持续使用假设

持续使用假设首先设定被评估资产正处于使用状态，包括正在使用中的资产和备用的资产；其次根据有关数据和信息，推断这些处于使用状态的资产还将继续使用下去。

（二）特殊假设

1、假设国家宏观经济形势及现行的有关法律、法规、政策，无重大变化。

2、假设被评估单位所在的行业保持稳定发展态势，行业政策、管理制度及相关规定无重大变化。

3、假设国家有关赋税基准及税率、政策性征收费用等不发生重大变化。

4、假设无其他人力不可抗拒因素及不可预见因素，造成对企业重大不利影响。

5、假设本次评估测算的各项参数取值是按照现时价格体系确定的，未考虑基准日后通货膨胀因素的影响。

6、假设被评估单位提供的历年财务资料所采用的会计政策和进行收益预测时所采用的会计政策不存在重大差异。

7、假设企业经营现金流入、流出均匀发生；

8、假设企业管理层稳定、勤勉尽责，且不存在同业竞争；

9、假设研发费用加计扣除政策未来维持不变。

珑升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

# 十、评估结论

根据国家有关资产评估的规定，本着独立、客观、公正的原则及必要的评估程序，对厦门三五互联信息有限公司的股东全部权益价值采用收益法和资产基础法进行了评估。根据以上评估工作，评估结论如下：

（一）收益法评估结果

评估基准日三五信息资产总额账面价值为 5,244.36 万元，总负债账面价值为 3,565.87 万元，股东全部权益账面价值为 1,678.49 万元。

收益法评估后的厦门三五互联信息有限公司股东全部权益价值为 4,081.00 万元，增值额为 2,402.51 万元，增值率为 143.14%。

（二）资产基础法评估结果

评估基准日总资产账面价值为 5,244.36 万元，评估价值为 5,308.05 万元，增值额为 63.70 万元，增值率为 1.21%；总负债账面价值为 3,565.87 万元，评估价值为 3,565.87 万元，无评估增减值；股东全部权益账面价值为 1,678.49 万元，股东全部权益评估价值为 1,742.18 万元，增值额为 63.70 万元，增值率为 3.79%。资产基础法具体评估结果详见下列评估结果汇总表：

### 资产基础法评估结果汇总表

评估基准日：2024 年 5 月 31 日　　　　　　　　　　金额单位：人民币万元

| 项　　　　目 | | 账面价值 | 评估价值 | 增减值 | 增（减）值率% |
|---|---|---|---|---|---|
| | | A | B | C=B−A | D=C/A×100% |
| 流动资产 | 1 | 2,653.85 | 2,653.85 | 0.00 | 0.00 |
| 非流动资产 | 2 | 2,590.51 | 2,654.20 | 63.70 | 2.46 |
| 其中：长期股权投资 | 3 | 64.50 | 40.06 | −24.44 | −37.89 |
| 固定资产 | 4 | 410.84 | 474.21 | 63.37 | 15.43 |
| 无形资产 | 5 | 2,114.67 | 2,139.42 | 24.76 | 1.17 |
| 其他非流动资产 | 6 | 0.50 | 0.50 | 0.00 | 0.00 |
| 资产总计 | 7 | 5,244.36 | 5,308.05 | 63.70 | 1.21 |
| 流动负债 | 8 | 3,565.87 | 3,565.87 | 0.00 | 0.00 |
| 负债总计 | 9 | 3,565.87 | 3,565.87 | 0.00 | 0.00 |
| 净资产 | 10 | 1,678.49 | 1,742.18 | 63.70 | 3.79 |

（三）评估结论

收益法评估后的股东全部权益价值为 4,081.00 万元，资产基础法评估后的股



珑升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

东全部权益价值为 1,742.18 万元,两者相差 2,338.82 万元,差异率为 134.25%。

两种方法评估结果差异的主要原因是两种评估方法考虑的角度不同,资产基础法是从资产的再取得途径考虑的,反映的是企业现有资产的重置价值。收益法是从企业的未来获利能力角度考虑的,反映了企业各项资产的综合获利能力。

考虑到一般情况下,资产基础法模糊了单项资产与整体资产的区别。凡是整体性资产都具有综合获利能力。资产基础法仅能反映企业资产的自身价值,而不能全面、合理的体现企业的整体价值,并且采用资产基础法也无法涵盖诸如销售渠道、人力资源等无形资产的价值。虽然三五信息成立于 2023 年,但是业务及专业技术团队由珑升科技股份有限公司转让,经过近二十年的发展,公司已形成了自己特有的经营理念、经营策略、经营方法、技术团队等,同时也积累了较为深厚的客户资源。评估师经过对三五信息及母公司历史年度财务状况的调查及历史经营业绩分析,依据资产评估准则的规定,结合本次资产评估对象、评估目的,适用的价值类型,经过比较分析,认为收益法的评估结果能更全面、合理地反映三五信息的股东全部权益价值。

故本次评估最终结论采用收益法评估结果,即厦门三五互联信息有限公司股东全部权益价值为 4,081.00 万元。

# 十一、特别事项说明

本评估报告使用者应对特别事项对评估结论产生的影响予以关注。

（一）重要的利用专家工作及相关报告情况

厦门三五互联信息有限公司 2023 年度会计报表经华兴会计师事务所(特殊普通合伙)审计,并出具了编号为"华兴审字[2024]23013420138 号"审计报告;2024年 5 月会计报表经华兴会计师事务所(特殊普通合伙)审计,并出具了编号为"华兴审字[2024]24008460016 号"审计报告。

（二）权属等主要资料不完整或者存在瑕疵的情形

无



珑升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

（三）评估程序受到限制的情形

本次评估部分固定资产-电子设备托管于鹏博士大数据有限公司北京分公司、宸翊互联(上海)信息科技有限公司等，无法实地盘点勘察，本次评估对该类设备采用企业提供照片、设备运维记录托管服务协议及购置合同、发票等替代程序。

| 明细表序号 | 资产编号 | 设备名称 | 存放地点 |
|---|---|---|---|
| 70 | FSCQ0328 | DELL 服务器 | 厦门电信海峡机房 |
| 64 | FSCQ0361 | DELL 服务器 R740xd | 北京惠普 |
| 66 | FSCQ0365 | DELL 服务器 R740xd | 北京惠普 |
| 61 | FSCQ0353 | DELL 服务器 R740xd | 北京惠普 |
| 59 | FSCQ0342 | DELL 服务器 R740xd | 北京惠普 |
| 60 | FSCQ0344 | DELL 服务器 R740xd | 北京惠普 |
| 65 | FSCQ0362 | DELL 服务器 R740xd | 北京惠普 |
| 67 | FSCQ0366 | DELL 服务器 R740xd | 北京惠普 |
| 62 | FSCQ0354 | DELL 服务器 R740xd | 北京惠普 |
| 63 | FSCQ0356 | DELL 服务器 R740xd | 北京惠普 |
| 68 | FSCQ0375 | DELL 服务器 R740xd | 北京惠普 |
| 3 | FSCQ0379 | DELL 服务器 R640 | 北京惠普 |
| 69 | FSCQ0381 | DELL 服务器（DELLR730XD） | 厦门电信软二 |
| 45 | FSCQ0360 | DELL 服务器 R740xd | 北京苏州桥 |
| 49 | FSCQ0378 | DELL 服务器 R740xd | 北京苏州桥 |
| 51 | FSCQ0382 | DELL 服务器 R740xd | 北京苏州桥 |
| 46 | FSCQ0370 | DELL 服务器 R740xd | 北京苏州桥 |
| 48 | FSCQ0372 | DELL 服务器 R740xd | 北京苏州桥 |
| 54 | FSCQ0389 | DELL 服务器 R740xd | 北京苏州桥 |
| 56 | FSCQ0392 | DELL 服务器 R740xd | 北京苏州桥 |
| 58 | FSCQ0396 | DELL 服务器 R740xd | 北京苏州桥 |
| 50 | FSCQ0380 | DELL 服务器 R740xd | 北京酒仙桥 |
| 52 | FSCQ0384 | DELL 服务器 R740xd | 北京酒仙桥 |
| 47 | FSCQ0371 | DELL 服务器 R740xd | 北京酒仙桥 |
| 53 | FSCQ0388 | DELL 服务器 R740xd | 北京酒仙桥 |
| 55 | FSCQ0390 | DELL 服务器 R740xd | 北京酒仙桥 |
| 57 | FSCQ0394 | DELL 服务器 R740xd | 北京酒仙桥 |
| 2 | FSCQ0385 | DELL 服务器　R640 | 北京苏州桥 |
| 1 | FSCQ0374 | DELL 服务器　R640 | 北京酒仙桥 |
| 4 | FSCQ0001 | DELL 服务器 R740xd | 北京惠普 |
| 11 | FSCQ0011 | DELL 服务器 R740xd | 北京惠普 |
| 12 | FSCQ0012 | DELL 服务器 R740xd | 北京惠普 |
| 6 | FSCQ0003 | DELL 服务器 R740xd | 北京惠普 |
| 5 | FSCQ0002 | DELL 服务器 R740xd | 北京惠普 |
| 7 | FSCQ0004 | DELL 服务器 R740xd | 北京惠普 |
| 8 | FSCQ0005 | DELL 服务器 R740xd | 北京惠普 |
| 9 | FSCQ0006 | DELL 服务器 R740xd | 北京惠普 |
| 16 | FSCQ0007 | DELL 服务器 R740xd | 北京惠普 |

珐升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

| 明细表序号 | 资产编号 | 设备名称 | 存放地点 |
|---|---|---|---|
| 17 | FSCQ0008 | DELL 服务器 R740xd | 北京惠普 |
| 18 | FSCQ0009 | DELL 服务器 R740xd | 北京惠普 |
| 10 | FSCQ0010 | DELL 服务器 R740xd | 北京惠普 |
| 13 | FSCQ0401 | DELL 服务器 R740xd | 北京惠普 |
| 14 | FSCQ0402 | DELL 服务器 R740xd | 北京惠普 |
| 15 | FSCQ0403 | DELL 服务器 R740xd | 北京惠普 |
| 19 | FSCQ0404 | DELL 服务器 R740xd | 北京惠普 |
| 20 | FSCQ0405 | DELL 服务器 R740xd | 北京惠普 |
| 22 | FSCQ0408 | DELL 服务器 R740xd | 北京苏州桥 |
| 23 | FSCQ0409 | DELL 服务器 R740xd | 北京苏州桥 |
| 24 | FSCQ0410 | DELL 服务器 R740xd | 北京苏州桥 |
| 25 | FSCQ0411 | DELL 服务器 R740xd | 北京苏州桥 |
| 26 | FSCQ0412 | DELL 服务器 R740xd | 北京苏州桥 |
| 27 | FSCQ0413 | DELL 服务器 R740xd | 北京苏州桥 |
| 28 | FSCQ0414 | DELL 服务器 R740xd | 北京苏州桥 |
| 29 | FSCQ0415 | DELL 服务器 R740xd | 北京苏州桥 |
| 30 | FSCQ0416 | DELL 服务器 R740xd | 北京苏州桥 |
| 31 | FSCQ0417 | DELL 服务器 R740xd | 北京苏州桥 |
| 32 | FSCQ0418 | DELL 服务器 R740xd | 北京苏州桥 |
| 33 | FSCQ0419 | DELL 服务器 R740xd | 北京苏州桥 |
| 34 | FSCQ0420 | DELL 服务器 R740xd | 北京苏州桥 |
| 35 | FSCQ0421 | DELL 服务器 R740xd | 北京苏州桥 |
| 36 | FSCQ0422 | DELL 服务器 R740xd | 北京酒仙桥 |
| 37 | FSCQ0423 | DELL 服务器 R740xd | 北京酒仙桥 |
| 38 | FSCQ0424 | DELL 服务器 R740xd | 北京酒仙桥 |
| 39 | FSCQ0425 | DELL 服务器 R740xd | 北京酒仙桥 |
| 40 | FSCQ0426 | DELL 服务器 R740xd | 北京酒仙桥 |
| 41 | FSCQ0427 | DELL 服务器 R740xd | 北京酒仙桥 |
| 42 | FSCQ0428 | DELL 服务器 R740xd | 北京酒仙桥 |
| 43 | FSCQ0429 | DELL 服务器 R740xd | 北京酒仙桥 |
| 44 | FSCQ0430 | DELL 服务器 R740xd | 北京酒仙桥 |
| 21 | FSCQ0431 | DELL 服务器 R740xd | 北京酒仙桥 |

（四）评估基准日至评估报告日之间可能对评估结论产生影响的事项

1、评估基准日期后事项系评估基准日至评估报告日之间发生的重大事项；

2、在评估基准日后，当被评估资产因不可抗力而发生拆除、毁损、灭失，往来账款产生坏账等影响资产价值的期后事项时，不能直接使用评估结论；

3、发生评估基准日期后重大事项时，不能直接使用本评估结论。在本次评估结果有效期内若资产数量发生变化，应根据原评估方法对评估价值进行相应调整。

珐升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

（五）需要说明的其他问题

1、本评估报告是在独立、客观、公正的原则下做出的，遵循了有关的法律、法规的规定。我公司及所有参加评估的人员与委托人及有关当事人之间无任何特殊利害关系，评估人员在整个评估过程中，始终恪守职业道德和规范。

2、本评估报告中涉及的有关企业经营的一般资料、产权资料、政策文件及相关材料由委托人及被评估单位负责提供，对其真实性、合法性由委托人及被评估单位承担相关的法律责任，资产评估师执行资产评估业务的目的是对评估对象的价值进行估算并发表专业意见，对评估对象的法律权属确认或发表意见超出了资产评估的执业范围，因此评估机构不对评估对象的法律权属提供保证。

3、对企业存在的可能影响资产评估价值的瑕疵事项，在企业委托时未作特殊说明而评估人员已履行评估程序仍无法获知的情况下，评估机构及评估人员不承担相关责任。

4、评估报告附件与报告正文配套使用方为有效。

5、根据《资产评估委托合同》的约定，本次评估范围不包括三五信息持有的厦门谊泰企业管理合伙企业(有限合伙)40%权益，评估基准日，三五信息对厦门谊泰企业管理合伙企业(有限合伙)投资的账面价值为 0 元。

6、三五信息业务承接自股东珐升科技股份有限公司，公司开展业务以三五品牌的名义进行，收益预测中未考虑品牌使用所生产的费用。

# 十二、评估报告使用限制说明

（一）本评估报告只能用于评估报告载明的评估目的和用途，由评估报告载明的评估报告使用者使用；本公司不对报告使用者运用本报告于本次评估目的以外的经济行为所产生的后果负责。

（二）委托人或者其他资产评估报告使用人应按照法律、行政法规规定和资产评估报告载明的使用范围使用资产评估报告的，资产评估机构及其资产评估专业人员不承担责任。

（三）除委托人、资产评估委托合同中约定的其他资产评估报告使用人和法律、

行政法规规定的资产评估报告使用人之外，其他任何机构和个人不能成为资产评估报告的使用人。

本评估报告的全部或者部分内容被摘抄、引用或者被披露于公开媒体，需评估机构审阅相关内容，法律、法规规定以及相关当事方另有约定的除外。

（四）资产评估报告使用人应当正确理解和使用评估结论，评估结论不等同于评估对象可实现价格，评估结论不应当被认为是对评估对象可实现价格的保证。

# 十三、资产评估报告日

资产评估报告日为资产评估师最终专业意见形成日，本项目资产评估报告日为 2024 年 7 月 9 日。

*琏升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告*

# 十四、资产评估专业人员签名和资产评估机构印章

北方亚事资产评估有限责任公司　　　　　　资产评估师：

（盖章）　　　　　　　　　　　签名并盖章

资产评估师：

签名并盖章

二〇二四年七月九日

# 资产评估报告附件

(一)被评估单位审计报告;

(二)经济行为文件;

(三)委托人和被评估单位法人营业执照;

(四)评估对象涉及的主要权属证明资料;

(五)委托人和其他相关当事人的承诺函;

(六)签名资产评估师承诺函;

(七)资产评估机构备案文件;

(八)资产评估机构营业执照副本;

(九)资产评估师登记卡;

(十)资产评估委托合同。

This report is prepared in accordance with the Chinese Asset Valuation Standards

Liansheng Technology Co., Ltd. intends to transfer equity

Xiamen 35 Internet Information Co., Ltd.

Total shareholder equity value

Asset Appraisal Report

Northern Asian Affairs Review Report [2024] No. 01-748

(Volume 1 of 1)



北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

July 9, 2024

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

Table of contents

Statement ...............................................................1

Summary of Asset Appraisal Report......................................3

Asset Appraisal Report Content.......................................................5

1. Overview of the client, the assessed entity and other asset appraisal report users agreed upon in the asset appraisal contract.....5

2. Purpose of the Assessment................................................................9

III. Evaluation Object and Scope....................................................9

IV. Value Types..................................................16

V. Evaluation Base Date....................................................17

VI. Evaluation Basis....................................................................17

VII. Evaluation Methods....................................................................19

8. Evaluation Procedure Implementation Process and Situation....................................25

IX. Evaluation Assumptions....................................................27

10. Evaluation Conclusions....................................................29

XI. Special matters....................................................30

12. Restrictions on the use of the evaluation report.........................33

13. Asset Appraisal Report Date....................................................34

XIV. Signature of asset appraisal professionals and seal of asset appraisal agency.............35

Attachment to the Asset Appraisal Report..................................36

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

## Statement

This asset appraisal report is based on the basic asset appraisal standards issued by the Ministry of Finance and the China Asset Appraisal Association.

The asset valuation practice standards and professional ethics standards are compiled and published.

(1) The client or other user of the asset appraisal report shall comply with the provisions of laws, administrative regulations and

The scope of use of this asset appraisal report is as follows:

If the user violates the above provisions and uses the asset appraisal report, this asset appraisal agency and asset appraiser will not be responsible.

Take responsibility.

This asset appraisal report is only for the client and other asset appraisal reports agreed in the asset appraisal entrustment contract.

Users and users of asset appraisal reports specified by laws and administrative regulations; in addition, any other

Institutions and individuals cannot be users of asset appraisal reports.

This asset appraisal agency and asset appraiser remind the users of asset appraisal reports to correctly understand the appraisal results.

The valuation conclusion is not equivalent to the achievable price of the valuation object, and the valuation conclusion should not be regarded as

A guarantee of achievable prices.

(II) This asset appraisal institution and its asset appraisers shall comply with laws, administrative regulations and asset appraisal standards.

Adhere to the principles of independence, objectivity and impartiality, and assume legal responsibility for the asset appraisal reports issued.

(III) The list of assets and liabilities involved in the appraisal object shall be submitted by the client and the appraisal unit and shall be subject to the approval of the client and the appraisal unit.

Confirmed by signature, seal or other means permitted by law; the client and other relevant parties shall

Responsible for the authenticity, completeness and legality of the information provided.

(IV) The asset appraisal institution, asset appraiser and the appraisal object in the asset appraisal report do not have any existing

or expected interest relationship with the relevant parties; has no existing or expected interest relationship with the relevant parties;

People don't have prejudices.

(V) The asset appraiser has conducted on-site inspection of the subject of the asset appraisal report and the assets involved.

Investigation; have paid due attention to the legal ownership of the assessment object and its assets;

The legal ownership information of the relevant assets was checked and the problems found were disclosed truthfully.

The client and other relevant parties have been asked to improve the property rights to meet the requirements for issuing an asset appraisal report.


北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

(VI) The analysis, judgment and results in the asset appraisal report issued by this asset appraisal agency are subject to the

The user of the asset appraisal report shall fully consider the assumptions and restrictions in the asset appraisal report.

The assumptions, limitations, special matters stated in the report and their impact on the valuation conclusions.

Machine Translated by Google

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

Liansheng Technology Co., Ltd. intends to transfer equity

Xiamen 35 Internet Information Co., Ltd.

Total shareholder equity value

Summary of Asset Appraisal Report

Northern Asian Affairs Review Report [2024] No. 01-748

Northern Asia Asset Appraisal Co., Ltd. accepted Liansheng Technology Co., Ltd. [hereinafter referred to as: Liansheng

In accordance with the provisions of laws and administrative regulations, we adhere to the principles of independence, objectivity and fairness.

The transfer of Liansheng Technology Co., Ltd. was conducted using the income method and asset-based method and in accordance with the necessary evaluation procedures.

The equity issues involved all the rights of shareholders of Xiamen Sanwu Internet Information Co., Ltd. [hereinafter referred to as: Sanwu Information]

The market value of the benefit on May 31, 2024 was assessed. The summary of the assessment report is as follows:

1. Purpose of the evaluation: Liansheng Technology Co., Ltd. intends to transfer its equity and needs to

The Company will evaluate the value of all shareholders' equity as of May 31, 2024 to provide the above economic activities

Provide value reference.

II. Evaluation object and scope: The evaluation object is the total equity value of 35 Information shareholders;

The scope includes all assets of Sanwu Information except the equity interest in Xiamen Yitai Enterprise Management Partnership (Limited Partnership)

and liabilities, including: current assets, non-current assets (long-term equity investments, fixed assets, intangible assets

assets, deferred income tax assets), current liabilities, and non-current liabilities.

3. Value type: market value.

4. Assessment base date: May 31, 2024.

5. Valuation methods: income approach and asset-based approach.

VI. Evaluation Conclusion:

This evaluation adopts the results of income approach as the evaluation conclusion.

On the valuation base date, the book value of Sanwu Information's total assets was RMB 52.4436 million, and the book value of its total liabilities was RMB 2.386 million.

The book value of all shareholders' equity is RMB 35,658,700 and RMB 16,784,900.

 北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

The total equity value of Xiamen Sanwu Internet Information Co., Ltd. after the income method evaluation is 4,081.00

The value-added amount was RMB 24.0251 million, and the value-added rate was 143.14%.

VII. Validity period of the evaluation conclusion: The validity period of this evaluation conclusion is 1 year from the evaluation base date.

That is, it is valid from May 31, 2024 to May 30, 2025. If the validity period exceeds one year,

Re-evaluate.

8. Special matters affecting the evaluation conclusions

According to the Asset Appraisal Contract, the scope of this appraisal does not include the

40% equity interest in Xiamen Yitai Enterprise Management Partnership (Limited Partnership), valuation base date, Sanwu Information

The book value of the investment in the enterprise management partnership (limited partnership) is RMB 0.

IX. Asset appraisal report date: The asset appraisal report date is July 9, 2024.

The above content is extracted from the text of the asset appraisal report. If you want to know the details of this appraisal business and correctly understand it,

The appraisal conclusion should be read through the main text of the asset appraisal report.

Machine Translated by Google

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

Liansheng Technology Co., Ltd. intends to transfer equity

Xiamen 35 Internet Information Co., Ltd.

Total shareholder equity value

Asset Appraisal Report

Northern Asian Affairs Review Report [2024] No. 01-748

Liansheng Technology Co., Ltd.:

North Asia Asset Appraisal Co., Ltd. accepts your company's entrustment and

The asset valuation standards are in accordance with the principles of independence, objectivity and fairness, and the income approach and asset-based approach are adopted.

In accordance with the necessary evaluation procedures, all the equity interests of Xiamen Sanwu Internet Information Co., Ltd. shareholders will be repurchased in May 2024.

The asset valuation report is as follows.

I. Overview of the client, the entity being appraised and other users of the asset appraisal report agreed upon in the asset appraisal entrustment contract

The client is Liansheng Technology Co., Ltd. and the assessed entity is Xiamen Sanwu Internet Information Co., Ltd.

Other users of asset appraisal reports stipulated in the asset appraisal contract and other users of reports stipulated by laws and regulations

Hire people.

1. Overview of the Client

Name: Liansheng Technology Co., Ltd. [hereinafter referred to as: Liansheng Technology]

Unified social credit code: 91350200751642792T

Registered address: No. 66, Tongjia East Road, Nantong High-tech Industrial Development Zone

Mailing address: Floor 1, No. 8, Guanri Road, Software Park Phase II, Torch High-tech Industrial Development Zone, Xiamen

Registered capital: RMB 365,698,690

Legal representative: Huang Mingliang

Date of establishment: 2004-04-01


北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

Enterprise nature: Other joint stock limited companies (listed)

Business scope: Licensed items: basic telecommunications services; first-category value-added telecommunications services; second-category value-added telecommunications services;

Internet information services; Internet domain name registration services (projects that require approval according to law, approved by relevant departments)

Business activities can only be carried out after approval by the relevant departments. The specific business projects are subject to the approval results.) General projects: engineering and technical

Technical research and experimental development; data processing and storage support services; software development; information system integration services;

Information technology consulting services; information consulting services (excluding licensing information consulting services); digital content production services

Services (excluding publishing); wholesale of computer software, hardware and auxiliary equipment; computer software, hardware and auxiliary equipment retail

sales; mobile terminal equipment sales; non-residential real estate leasing; property management; marketing planning; photovoltaic equipment

Manufacturing of equipment and components; Sales of photovoltaic equipment and components; Manufacturing of special electronic materials; Sales of special electronic materials

sales; battery manufacturing; battery sales; technology import and export; goods import and export; import and export agency (except for those that require approval according to law)

Except for the approved projects, the company shall independently carry out business activities in accordance with the law with its business license

2. Overview of the assessed units

1. Overview of Industrial and Commercial Registration

Name: Xiamen 35 Internet Information Co., Ltd.

Unified social credit code: 91350200MACKTQ1N08

Registered address: Unit A01, Room 401, No. 8 Guanri Road, Software Park Phase II, Xiamen Torch Hi-Tech Zone

Registered capital: RMB 20,000,000

Legal representative: Zhang Weiwei

Date of establishment: 2023-06-01

Nature of enterprise: Limited Liability Company (sole proprietorship invested or controlled by a natural person)

Business scope: Licensed items: Internet information services; Category II value-added telecommunications services; Category I value-added

Telecommunications business; Internet domain name registration services. (Projects that require approval according to law can only be launched after approval by relevant departments.)

Carry out business activities, the specific business items shall be subject to the approval documents or licenses of relevant departments) General items: Data

Processing and storage support services; software development; technical services, technical development, technical consulting, technical exchanges,

Technology transfer, technology promotion; technology import and export; information system integration services; information technology consulting services;

Information consulting services (excluding licensing information consulting services); digital content production services (excluding publishing and distribution);

Wholesale of computer hardware and software and auxiliary equipment; retail of computer hardware and software and auxiliary equipment; sales of mobile terminal equipment;

Advertising design and agency; marketing planning; project planning and public relations services; photography and video production services. (Except


北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

Except for projects that require approval according to law, business activities can be carried out independently in accordance with the law with a business license).

2. Historical evolution

1. Establishment of 35 Information

Sanwu Information was established in June 2023 with capital provided by Liansheng Technology. The equity structure at the time of establishment was as follows:

| Shareholder Name | Amount of capital contribution (ten thousand yuan) | Investment ratio (%) |
|---|---|---|
| Liansheng Technology | 2,000.00 | 100 |
| total | 2,000.00 | 100 |

As of the valuation base date, there has been no change in the equity structure of Sanwu Information.

(III) The company's assets, liabilities, equity and operating performance in recent years

Balance Sheets in Recent Years

Amount unit: RMB

| Subject | December 31, 2023 | May 31, 2024 |
|---|---|---|
| Current assets: | | |
| Monetary funds | 1,829,397.57 | 1,147,801.14 |
| accounts receivable | 2,371,847.00 | 4,988,519.49 |
| Receivables Financing | | |
| Prepayments | 8,918,676.29 | 12,702,055.84 |
| Other receivables | 158,000.00 | 7,466,479.80 |
| Contract | 12,831.65 | 50,872.69 |
| assets Other current assets | 1,017,333.07 | 182,778.23 |
| Total current assets | 14,308,085.58 | 26,538,507.19 |
| Non-current assets: | | |
| Long-term equity | 645,000.00 | 645,000.00 |
| investment fixed assets | 4,509,250.41 | 4,108,391.65 |
| Intangible | 20,409,534.39 | 21,146,651.13 |
| assets Deferred income | 183.21 | 5,043.43 |
| tax assets Other non- | 1,900,599.97 | |
| current assets Total non-current assets | 27,464,567.98 | 25,905,086.21 |
| Total assets | 41,772,653.56 | 52,443,593.40 |
| Current liabilities: | | |
| Accounts | 1,015,094.11 | 3,082,715.58 |
| payable advances | | |
| Selling and repurchasing financial liabilities | | |
| Employee wages payable | 2,059,017.56 | 1,600,149.12 |
| Taxes payable | 2,100.02 | 32,503.86 |
| Interest payable | | |
| Dividends payable | | |
| Other payables | 15,067,208.66 | 13,527,778.79 |
| contract liabilities | 6,777,730.07 | 16,737,919.02 |

北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

| Item Other | December 31, 2023 | May 31, 2024 |
|---|---|---|
| current liabilities | 395,277.08 | 677,655.38 |
| Total current liabilities | 25,316,427.50 | 35,658,721.75 |
| Non-current liabilities: | | |
| Total non-current liabilities | | |
| Total liabilities | 25,316,427.50 | 35,658,721.75 |
| Owners' Equity (or Shareholders' Equity): | | |
| Paid-in capital (or share capital) | 20,000,000.00 | 20,000,000.00 |
| Retained earnings | -3,543,773.94 | -3,215,128.35 |
| Foreign currency translation | | |
| differences Equity (or shareholders' equity) attributable to the parent company | 16,456,226.06 | 16,784,871.65 |
| Total Minority interests | | |
| Total owners' equity (or shareholders' equity) | 16,456,226.06 | 16,784,871.65 |
| Total liabilities and owners' equity (or shareholders' equity) | 41,772,653.56 | 52,443,593.40 |

Profit and loss statements in recent years

Amount unit: RMB

| Subject | 2023 | January-May 2024 |
|---|---|---|
| 1. Operating income | 31,901,557.11 | 27,066,070.03 |
| minus: operating costs | 17,953,450.39 | 14,190,289.40 |
| Taxes and surcharges | 10,589.70 | 7,043.20 |
| Sales expenses | 9,648,265.39 | 6,334,455.99 |
| Administrative | 3,419,205.31 | 3,018,770.53 |
| expenses Research | 4,397,190.67 | 3,207,596.33 |
| and development | 18,995.04 | 15,197.86 |
| expenses Financial | 3,797.38 | 48,577.39 |
| expenses Other income Credit impairment losses | -2,988.84 | -14,507.35 |
| Asset impairment | -675.35 | -2,002.16 |
| loss 2. Operating profit (loss is indicated by "-") Plus: | -3,546,006.20 | 324,784.60 |
| Non-operating income | 2,049.05 | 0.77 |
| Less: Non-operating | | 1,000.00 |
| expenses 3. Total profit (total loss is indicated by "-") Less: | -3,543,957.15 | 323,785.37 |
| Income tax expense | -183.21 | -4,860.22 |
| IV. Net profit (net loss is indicated by "-") | -3,543,773.94 | 328,645.59 |
| Including: Net profit realized by the merged party before the merger | | |
| Net profit attributable to owners of the parent company | -3,543,773.94 | 328,645.59 |

Xiamen 35 Internet Information Co., Ltd.'s 2023 annual financial statements were audited by Huaxing Certified Public Accountants (Special

Tong Partnership) audited and issued an audit report numbered "Huaxing Audit [2024] No. 23013420138";

The accounting statements for May 2008 were audited by Huaxing Certified Public Accountants (Special General Partnership) and issued with the number "Huaxing

Xingshenzi [2024] No. 24008460016" audit report.



北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

3. Relationship between the client and the assessed entity

The assessed entity is a wholly owned subsidiary of the client.

(IV) Other users of the asset appraisal report as agreed upon in the asset appraisal entrustment contract

Other users of the assessment report are other users of the assessment report as stipulated by laws and regulations.

## 2. Purpose of the Assessment

Liansheng Technology Co., Ltd. intends to transfer its equity in Xiamen Sanwu Internet Information Co., Ltd.

The total equity value of Xiamen Sanwu Internet Information Co., Ltd. shareholders on the valuation base date is evaluated for the above economic

Behavior provides valuable reference opinions.

## III. Evaluation Object and Scope

The object of this valuation is the total equity value of the shareholders of Xiamen Sanwu Internet Information Co., Ltd.

The valuation base date includes the following shares of Xiamen Sanwu Internet Information Co., Ltd., except for the shares held by Xiamen Yi

All assets and liabilities other than the equity of Tai Enterprise Management Partnership (Limited Partnership). Specifically including: current assets,

Non-current assets (long-term equity investments, fixed assets, intangible assets, deferred income tax assets), current liabilities

On the valuation base date, the book value of Sanwu Information's total assets was RMB 52.4436 million, and the book value of its total liabilities was RMB 2.386 million.

The book value of all shareholders' equity is RMB 35,658,700 and RMB 16,784,900.

1. The physical assets recorded in the book reports of enterprises and their characteristics

The physical assets reported by the enterprise and included in the assessment scope include: vehicles, electronic equipment.

The types and features are as follows:

1. Type, quantity, distribution and storage location of physical assets

Sanwu Information's physical assets are mainly fixed assets.

Fixed assets include vehicles and electronic equipment, of which there is 1 vehicle, a Hyundai sedan.

A total of 1212 items, of which 255 items were recorded in the books and 957 items were not recorded in the books.

The electronic equipment recorded in the chart has a low unit value when purchased and is directly expensed in the current period.

Desktop computers, laptops, printers, servers, etc., Sanwu Information's electronic equipment is mainly stored in


北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

The office is located on the 4th floor of Sanwu Internet Building in Xiamen, Fujian Province. Some servers are stored in Beijing

HP, Beijing Suxianqiao, Beijing Jiuxianqiao and other places have relatively complete fixed asset management systems.

It can be allocated to specific departments for management and maintenance and can be used normally.

2. Technical characteristics, actual use, major repairs, renovation and expansion of physical assets, etc.

Part of the fixed assets were transferred from Liansheng Technology Co., Ltd. to Sanwu Information. As of the valuation base date,

If any major repairs were found, routine maintenance was carried out according to daily usage, and no major repairs or renovations or expansions were found.

II. Intangible assets recorded or not recorded in the books reported by the enterprise

The intangible assets reported by Sanwu Information are 114 domain names, 91 computer software copyrights, and purchased software.

26 patents and 5 invention patents, the details are shown in the following table:

Intangible assets recorded on the books:

| Serial number | Name and content of intangible assets | Intangible assets Type | Warrant Number | Acquisition date |
|---|---|---|---|---|
| 1 Jincang database management system V8.0 purchased software 2 Kingdee Apusic load balancer | | | | December 2023 |
| software (ALB) V2.0 purchased software | | | | December 2023 |
| 3 Kylin Advanced Server Operating System V10 | | Outsourced Software | | December 2023 |
| 4 | NTKO OFFICE Controls | Outsourced Software | | July 2023 |
| 5 Information Security Management Software 6 | | Purchased | | July 2023 |
| Yiyou Intelligent Operation and Maintenance Platform V2.0 | | software | | July 2023 |
| Purchased software 7 Information security management system (including cloud host management | | | | July 2023 |
| system) Purchased software 8 Database audit system (Anhua Jinhe DAS 300A software version) | | | | July 2023 |
| 9 | Purchased software McAfee network reputation database client development kit Purchased | | | July 2023 |
| 10 | software * Kaspersky Internet Security Solution Standard Edition software V10.0 11 | Outsourcing software | | July 2023 |
| Domain name (eq.cn) | | domain name | | August 2023 |
| 12 Domain name (jingtong.com) 13 Domain | | Domain name | | August 2023 |
| name (35.top) 14 Enterprise | | Domain name | | October 2023 |
| mobile business construction system 15 Mobile | | Outsourced Software | | July 2023 |
| business social email application 16 Encrypted | | Outsourced Software | | July 2023 |
| email | | Outsourced Software | | July 2023 |
| 17 | ALSO | Outsourced Software | | July 2023 |
| 18 LM | | Outsourced Software | | July 2023 |
| 19 Intelligent Publishing System | | Outsourced Software | | July 2023 |
| 20 Network USB Disk 21 | | Outsourced Software | | November 2023 |
| Online Customer Service | | Outsourced Software | | November 2023 |
| 22 Gateway | | Outsourced software | | November 2023 |
| 23 | IN THE | Outsourced software | | November 2023 |
| 24 CRM | | Outsourced software | | November 2023 |
| 25 CRM2 | | Outsourced software | | November 2023 |
| 26 Enterprise Post Office | | Outsourced software Outsourced software | | November 2023 |
| 27 NEW CP | | Outsourcing software | | November 2023 |

Machine Translated by Google

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

| Serial number | Name and content of intangible assets | Intangible assets Type | Warrant Number | Acquisition date |
|---|---|---|---|---|
| 28 Intelligent Security Enhanced Enterprise Post | | Purchased | | November 2023 |
| Office 29 Cloud Intelligent | | Software | | November 2023 |
| OA 30 Hedgehog Virtual Host Management | | Purchased | 2024SR0161587 | January 2024 |
| 31 | System 35 Interconnected Intelligent Mail System V1.0 | Software Copyright Copyright | 2024SR0161559 | January 2024 |
| 32 | 35 Internet DNS-DIY Domain Name Resolution System | Copyright | 2024SR0161641 | January 2024 |
| 33 | V2.0 35 Internet Template4.0 System V4.0 35 | Copyright | 2024SR0176915 | January 2024 |
| 34 | Internet Site Access Analysis System [Abbreviation: vhostlog] V1.0 35 | Copyright | 2024SR0161400 | January 2024 |
| Sanwuyun Business Card System | | Copyright | 2024SR0299815 | February 2024 |
| 36 | 35 Cloud Portal Platform [Abbreviation: 35 Cloud Portal] V1.0 Copyright 35 | Video | 2024SR0299824 | February 2024 |
| 37 | Conference System [Abbreviation: Video Conference] V3.0 Copyright Copyright | | 2024SR0298861 | February 2024 |
| 38 Knock Knock Customer-side Catering Marketing System | | Copyright | 2024SR0299900 | February 2024 |
| 39 | 350KR Target Management System V1.0 | | 2024SR0299841 | February 2024 |
| 40 | 350KR Target Management System V1.0 350KR Target Management System V1.0 Cloud Management Platform] V8.4 | Copyright | 2024SR0299753 | February 2024 |
| 41 | Sanwu Host Harmful Information Monitoring and Perception Platform [Abbreviation: Sanwu Five security platforms] V1.0.0 | Copyright | 2024SR0299723 | February 2024 |
| 42 | 35Dcms customized website management system [abbreviation: 35Dcms] V5.0 | Copyright | 2024SR0299712 | February 2024 |
| 43 | 35 Enterprise Microblog Software [Abbreviation: 35Ewave] V1.0 Copyright 35 | | 2023SR1370734 | November 2023 |
| 44 | LiveChat2012 Live Chat Online Customer Service System System [Abbreviation: LiveChat2012] V5.6 | Copyright | 2023SR1370720 | November 2023 |
| 45 | TaskFlow@35 Task Management System [Abbreviation: TaskFlow] V1.0 Sanwu.com | Copyright | 2023SR1370716 | November 2023 |
| 46 | Enterprise Post Office System [Abbreviation: Enterprise Post Office System System] V3.0 | Copyright | 2023SR1370713 | November 2023 |
| 47 | 35Ewave Mobile Software [Abbreviation: 35Ewave Mobile] V1.1.18 35EQ Mobile | Copyright | 2023SR1370711 | November 2023 |
| 48 | Software | Copyright | 2023SR1370692 | November 2023 |
| 49 International Domain Name Real-time Registration | | Copyright | 2023SR1370687 | November 2023 |
| System V2.0 50 35.com PushMail Email System | | Copyright | 2023SR1370679 | November 2023 |
| 51 | 35.com LiveChat2010 Instant Voice Online Customer Service System System [Abbreviation: LiveChat2010] V5.0.0.3 Sanwu | Copyright | 2023SR1370672 | November 2023 |
| 52 | Internet Instant Mail (WAPMAIL) Mail System [Abbreviation: Instant Mail (WAPMAIL)] V2.0 35G- | Copyright | 2023SR1370657 | November 2023 |
| 53 | class enterprise mailbox system [abbreviated as: 35G Mail System] V1.0 | Copyright | 2023SR1370638 | November 2023 |
| 54 | 35.com Enterprise Calendar System 55 35.com | Copyright | 2023SR1370631 | November 2023 |
| Blog System [Abbreviation: Blog@35] V1.0 Copyright 35LIVE Mobile Software | | | 2023SR1370622 | November 2023 |
| 56 | [Abbreviation: 35LIVE] V1.0 Copyright 57 Instant Mail System [Abbreviation: | | 2023SR1370614 | November 2023 |
| Instant Mail] V1.0 Copyright 58 Instant Voice Online Customer Service System | | | 2023SR1370608 | November 2023 |
| Copyright 35EQ System v1.0 [Abbreviation: 35EQ] Copyright 35.com App Service | | | 2023SR1370571 | November 2023 |
| 59 | Mobile Client Software [Abbreviation: | | 2023SR1370554 | November 2023 |
| 60 | 35AppService]V1.6 35 Cloud | Copyright | 2023SR1370531 | November 2023 |
| 61 | Office Android Mobile Client Software [Simplified Name: 35Cloudoffice]V1.2 | Copyright | 2023SR1370518 | November 2023 |
| 62 Sanwu Internet Enterprise Post Office Android Mobile Client Software [Simplified Copyright | | | 2023SR1370436 | November 2023 |

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

| Serial number | Name and content of intangible assets | Intangible assets type | Warrant Number | Acquisition date |
|---|---|---|---|---|
| | Name: 35PushMail]V3.1 | | | |
| 63 | 35 Internet Market Selected Android Mobile Client Software [Simplified 35Market] V1.1 35 Internet | Copyright | 2023SR1370423 | November 2023 |
| 64 | Mailbox Mobile Email System [Abbreviation: Mailbox Mailchat] V2.0 | Copyright | 2023SR1370409 | November 2023 |
| 65 | Sanwu.com personal relationship management Android mobile client software [Abbreviation: 35PRM Mobile] V1.3 35PRM | Copyright | 2023SR1370400 | November 2023 |
| 66 | Express Enterprise Post Office System [Abbreviation: Enterprise Post Office Express Edition] | Copyright | 2023SR1370389 | November 2023 |
| 67 | V1.0 Sanwu Internet Enterprise Post Office IOS Mobile Client Software [Simplified Name: 35PushMail IOS] V2.0 35 Internet | Copyright | 2023SR1370356 | November 2023 |
| 68 | Enterprise Center System [Abbreviation: 35 Enterprise Center] V1.2 | Copyright | 2023SR1370303 | November 2023 |
| 69 35EQ | Enterprise Instant Messenger Software v2.0 Copyright 35EQ Personal Relationship | | 2023SR1370252 | November 2023 |
| 70 | Management System 35PRM] V2.5 Sanwu | Copyright | 2023SR1370213 | November 2023 |
| 71 | Internet Mail Chat Software (Computer Version) [Abbreviation: Mail Chat (Electronic Computer version)] V1.0 | Copyright | 2023SR1370205 | November 2023 |
| 72 | Sanwu Internet Smart Restaurant Catering Management System [Abbreviation: Sanwu Wulian Smart Restaurant]V3.0 | Copyright | 2023SR1370179 | November 2023 |
| 73 Huiyingjing System [Abbreviation: 35 Huiyingjing] V1.0 74 Domain | | Copyright | 2023SR1370164 | November 2023 |
| name (35.com) 75 Domain name | | Domain | | October 2023 |
| (35.cn) | | Name | | October 2023 |

Intangible assets not recorded on the books:

| Serial number | Name and content of intangible assets | Intangible asset type | Warrant number | Acquisition date |
|---|---|---|---|---|
| 1 | netalls.com | Domain name | | October 2023 |
| 2 | touchreadapp.com | domain name | | October 2023 |
| 3 | absolutee.com | domain name | | October 2023 |
| 4 | cn4e.com | domain name | | October 2023 |
| 5 | china-channel.com | domain name | | October 2023 |
| 6 | 35center.com | domain name | | October 2023 |
| 7 | dns-diy.com | Domain name | | October 2023 |
| 8 | 35chain.com | Domain name | | October 2023 |
| 9 | good35.cn | domain name | | October 2023 |
| 10 | 35test.cn | Domain name | | October 2023 |
| 11 | 35demo.cn | domain name | | October 2023 |
| 12 | 35cs.cn | domain name | | October 2023 |
| 13 | 35promotion.cn | domain name | | October 2023 |
| 14 | mailchat.cn | Domain name | | October 2023 |
| 15 | cn4e.net | domain name | | October 2023 |
| 16 | A S/MIME digital signature mail tamper-proof authentication and signature Name information parsing | Invention Patent | 2023111488361 | September 2023 |
| 17 | method, a method for limiting website access based on IP location and the present invention Module 18 | Invention Patent | 2023111497869 | September 2023 |
| An OA intelligent office system and method invention patent 19 An invention patent for a mobile | | | 2023115821753 | November 2023 |
| business graphic operation and maintenance system based on a cloud platform | | | 2023115824272 | November 2023 |

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

| Serial number | Name and content of intangible assets | Intangible asset type | Warrant number | Acquisition date |
|---|---|---|---|---|
| | and methods | | | |
| 20 | Cross-domain bulk mail secure migration system and method | Invention | 2023117235111 | December 2023 |
| 21 | CRM@35 Customer Relationship Management System V3.7 | Patent Software Copyright | 2023SR1370731 | November 2023 |
| 22 | OA@35 Boss Approval System V3.1 Software Copyright 2023SR1370728 35PushOA Software [Abbreviation: 35PushOA] V1.2.05 | | | November 2023 |
| 23 | Software Copyright 2023SR1370707 | | | November 2023 |
| 24 | 35 Video Conference System [35Emeeting] V2.0 Software Copyright 2023SR1370703 Bordeaux@35 Intelligent Anti-spam | | | November 2023 |
| 25 | Spam Gateway System [Abbreviation: Bordeaux@35] V3 26 | Software Copyright | 2023SR1370697 | November 2023 |
| | Intelligent Website Building System v1.0 Software Copyright 2023SR1370649 27 Network USB Disk Software [Abbreviation: Network USB | | | November 2023 |
| | Disk] V1.0 Software Copyright 2023SR1370643 OA@35 Boss Approval System [Abbreviation: OA@35] V3.0 Software Copyright | | | November 2023 |
| 28 | 2023SR1370600 35CRM Customer Relationship Management System [Abbreviation: 35CRM] V1.0 Software Copyright | | | November 2023 |
| 29 | 2023SR1370587 35 Internet Enterprise Weibo Android Mobile Client Software [Abbreviation: | | | November 2023 |
| 30 | Name: 35Eware Mobile] V3.1 35 Internet | Software Copyright | 2023SR1370507 | November 2023 |
| 31 | 64-bit anti-spam gateway software V1.0 Software Copyright 2024SR0161671 35 Internet Intelligent Anti-spam Gateway System | | | January 2024 |
| 32 | [Abbreviation: Bordeaux@35]V3.9 | Software Copyright | 2023SR1370495 | November 2023 |
| 33 | 35.com Boss Approval System [Abbreviation: OA@35] V5.8 Software Copyright 2023SR1370415 | | | November 2023 |
| 34 | 35.com Enterprise Weibo IOS Mobile Client Software [Simplified 35Eware Mobile IOS] V1.2 35Eware Enterprise | Software Copyright | 2023SR1370378 | November 2023 |
| 35 | Comprehensive Application Management Platform Cloud Management Platform] | Software Copyright | 2023SR1370345 | November 2023 |
| 36 | V1.7 35.com Domestic Business Operation System [Abbreviation: newCP] V2.0 | Software Copyright | 2023SR1370338 | November 2023 |
| 37 | 35.com Intelligent Website Building System [Abbreviation: Hedgehog Website Building] V4.5 | Software Copyright | 2023SR1370323 | November 2023 |
| 38 | 35 Anti-spam and Anti-virus Mail Gateway System [Abbreviation: Bordeaux@35] V5.2 Sanwu.com | Software Copyright | 2023SR1370283 | November 2023 |
| 39 | Hedgehog Website Building System [Abbreviation: Hedgehog Building Site] V6.4 | Software Copyright | 2023SR1370271 | November 2023 |
| 40 | Sanwu Internet Video Conference Android Mobile Client Software [Simplified Name: 35Emeeting] V1.0 Sanwu | Software Copyright | 2023SR1370266 | November 2023 |
| 41 | Internet Enterprise Post Office Flagship System [Abbreviation: Enterprise Post Office Flagship Edition] | Software Copyright | 2023SR1370260 | November 2023 |
| | V5.3 42 Boss Approval System [Abbreviation: 35OA] V7.5 35 Internet | Software Copyright | 2023SR1370240 | November 2023 |
| 43 | Enterprise Comprehensive Application Management Platform [Abbreviation: 35 Cloud Management Platform] | Software Copyright | 2023SR1370225 | November 2023 |
| 44 | V2.9 35Dcms Customized Website Management System [Abbreviation: 35Dcms] V4.0 | Software Copyright | 2023SR1370195 | November 2023 |
| 45 | 35.com Hedgehog Sound Station System V3.0 35.com | Software Copyright | 2023SR1370156 | November 2023 |
| 46 | Enterprise Post Office System (Flagship Edition) [Abbreviation: Enterprise Post Office (Flagship Edition)] | Software Copyright | 2023SR1370149 | November 2023 |
| 47 | V7.7 35 Cloud OA System [Abbreviation: 35 Cloud OA] V2.0 Software Copyright 2023SR1370118 35 Anti-spam and Anti-virus Mail | | | November 2023 |
| 48 | Gateway System [Abbreviation: Bordeaux@35]V7.3 Sanwu Internet | Software Copyright | 2023SR1370101 | November 2023 |
| 49 | Enterprise Comprehensive Application Management Platform [Abbreviation: 35 Cloud Management Platform] V7.7 | Software Copyright | 2023SR1370081 | November 2023 |
| 50 | KOKOKUAILEI Merchant-side Catering Marketing System V1.0.0 Software Copyright 2024SR0299873 51 35 Anti-spam and Anti-virus | | | February 2024 |
| | Email Gateway System V8.4 Software Copyright 2024SR0299742 | | | February 2024 |
| 52 | 35.com Hedgehog Sound Station System V6.6 | Software Copyright | 2024SR0299798 | February 2024 |

北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

| No. 53 | Name and content of intangible assets | Intangible asset type | Certificate number | Acquisition date |
|---|---|---|---|---|
| 53 | 35.com Domestic Business Operation System V2.19 | Software copyright | 2024SR0299733 | February 2024 |
| 54 | 35.com boss approval system IOS mobile client software V1.1 | Software Copyright | 2024SR1501657 | November 2023 |
| 55 | 35.com Enterprise Post Office System (Flagship Edition) V8.4 | Software Copyright | 2024SR0299772 | February 2024 |
| 56 | 35.com Lightning Website Building System [Abbreviation: Lightning Website Building] V1.6 | Software Copyright | 2024SR0299706 | February 2024 |
| 57 | 35.com Lightning Website Building System V1.0 | Software | 2024SR0299786 | February 2024 |
| 58 | 35.com Smart Business Card Software V1.0.0 | Copyright | 2024SR0299455 | February 2024 |
| 59 | 35 Cloud OA System [Abbreviation: 35 Cloud OA] V3.0 | Software Copyright | 2024SR0299653 | February 2024 |
| 60 | 35 ITAM [abbreviation: ITAM] V1.0 | Software Copyright | 2023SR1130285 | September 2023 |
| 61 | 35.com Enterprise Post Office System (Flagship Edition) [abbreviation: Enterprise Post Office (Flagship Edition)] V9.2 | Software Copyright | 2023SR1257088 | October 2023 |
| 62 | 35 Corporate Culture Management System [Abbreviation: 35 CCMS] V1.0 | Software Copyright | 2023SR1777078 | December 2023 |
| 63 | Sanwu Xinchuang Hedgehog Management System [Abbreviation: Xinchuang Hedgehog V2.0 | Software Copyright | 2023SR1430222 | November 2023 |
| 64 | Sanwu.com Hedgehog Sound Station 2.0 System [Abbreviation: Sound Station 2.0]V1.20 | Software Copyright | 2023SR1395747 | November 2023 |
| 65 | Sanwuxinchuanghelai enterprise mailbox system V1.0 | Software Copyright | 2024SR0556535 | April 2024 |
| 66 | Sanwuxinchuanghelai cloud mail system V1.0 | Software | Copyright 2024SR0623523 | May 2024 |
| 67 | 35.com Business Operation System 3.0 | Software Copyright | 2024SR0643525 | May 2024 |
| 68 | 35mail.com | Domain name | | October 2023 |
| 69 | coolice.com | domain name | | October 2023 |
| 70 | jylianggu.com | domain name | | October 2023 |
| 71 | xmtangchen.com | domain name | | October 2023 |
| 72 | gongshaohui.com | domain name | | October 2023 |
| 73 | 35eq.com | domain name | | October 2023 |
| 74 | 35wst.com | domain name | | October 2023 |
| 75 | China Channel.com | Domain name | | October 2023 |
| 76 | 35market.com | Domain name | | October 2023 |
| 77 | uu35.com | domain name | | October 2023 |
| 78 | fm1234567.com | domain name | | October 2023 |
| 79 | navlive.com | domain name | | October 2023 |
| 80 | 35eyou.com | Domain name | | October 2023 |
| 81 | 35ezweb.com | domain name | | October 2023 |
| 82 | 35vhost.com | domain name | | October 2023 |
| 83 | lm35.com | Domain name | | October 2023 |
| 84 | 35pass.com | Domain name | | October 2023 |
| 85 | 35livechat.com | domain name | | October 2023 |
| 86 | 35fortune.com | domain name | | October 2023 |
| 87 | micro sister.com | domain name | | October 2023 |
| 88 | 35astonmartin.com | domain name | | October 2023 |
| 89 | 35vv.com | Domain name | | October 2023 |
| 90 | 35center.cn | Domain name | | October 2023 |
| 91 | navlive.cn | domain name | | October 2023 |
| 92 | fjcert.org.cn | domain name | | October 2023 |
| 93 | cp35.cn | domain name | | October 2023 |

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

| Serial number | Name and content of intangible assets | Intangible asset type Warrant number Domain name | | Acquisition date |
|---|---|---|---|---|
| 94 | namenic.com.cn | Domain | | October 2023 |
| 95 | dns-diy.cn | name | | October 2023 |
| 96 | dnsdiy.cn | Domain name | | October 2023 |
| 97 | 35eq.cn | Domain name | | October 2023 |
| 98 | fruitsonly.cn | Domain name | | October 2023 |
| 99 | fruitsonly.com.cn | Domain | | October 2023 |
| 100 | netalls.cn | name | | October 2023 |
| 101 | 35vst.cn | domain | | October 2023 |
| 102 | 35cloud.cn | name | | October 2023 |
| 103 | 35ezweb.cn | domain | | October 2023 |
| 104 | 35pass.cn | name | | October 2023 |
| 105 | 35livechat.cn | domain name domain name domain name | | October 2023 |
| 106 | 35eyou.cn | Domain name | | October 2023 |
| 107 | yunbangong.cn | Domain name | | October 2023 |
| 108 | 35cloud.cn | Domain name | | October 2023 |
| 109 | 35market.cn | domain name | | October 2023 |
| 110 | liferegistry.cn 111 | domain name | | October 2023 |
| China Channel.cn | | domain name | | October 2023 |
| 112 | gongshaohui.cn | Domain name | | October 2023 |
| 113 | weemail.cn | Domain name | | October 2023 |
| 114 | weemail.com.cn | Domain | | October 2023 |
| 115 | weimei.cn | name | | October 2023 |
| 116 | mailsee.cn | domain | | October 2023 |
| 117 | maillook.cn | name | | October 2023 |
| 118 | iyoujian.cn | domain | | October 2023 |
| 119 | rockioo.cn | name | | October 2023 |
| 120 | rockioo.com.cn | domain name domain name domain name | | October 2023 |
| 121 | 35caifu.cn | Domain name | | October 2023 |
| 122 | 35fortune.cn | Domain name | | October 2023 |
| 123 | mastek.net | Domain name | | October 2023 |
| 124 | fengyun.net | domain name | | October 2023 |
| 125 | 1th.net | domain name | | October 2023 |
| 126 | gongqq.net | domain name | | October 2023 |
| 127 | 35eq.net | Domain name | | October 2023 |
| 128 | 35vst.net | Domain name | | October 2023 |
| 129 | 35center.net | Domain name | | October 2023 |
| 130 | 35market.net | Domain name | | October 2023 |
| 131 | navlive.net | domain name | | October 2023 |
| 132 | 35eyou.net | Domain name | | October 2023 |
| 133 | 35vip.net | domain name | | October 2023 |
| 134 | 35fortune.net | domain name | | October 2023 |
| 135 | China Channel.China | domain name | | October 2023 |
| 136 | Sanwuyun.China | domain name | | October 2023 |
| 137 | navlive.mobi | Domain name | | October 2023 |

北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

| Serial number | Name and content of intangible assets | Intangible asset type Warrant number Domain name | | Acquisition date |
|---|---|---|---|---|
| 138 | china-channel.asia | Domain | | October 2023 |
| 139 | liferegistry.info | name | | October 2023 |
| 140 | chinachannel.com | Domain name | | October 2023 |
| 141 | domainpricing.com | Domain name | | October 2023 |
| 142 | 35daifu.com | Domain name | | October 2023 |
| 143 | 35office.com | Domain | | October 2023 |
| 144 | 35phone.com | name | | October 2023 |
| 145 | namenic.cn | domain | | October 2023 |
| 146 | 35phone.com.cn | name | | October 2023 |
| 147 | 35phone.cn | domain | | October 2023 |
| 148 | 35pad.cn | name | | October 2023 |
| 149 | 35pad.net | domain name domain name domain name | | October 2023 |
| 150 | china-channel.net | Domain name | | October 2023 |
| 151 | 35phone.net 152 | Domain name | | October 2023 |
| 35internet.com 35internet.com | | Domain name | | October 2023 |
| 153 | | domain name | | October 2023 |
| 154 | 35.com.cn | domain name | | October 2023 |
| 155 | 35.net.cn | domain name | | October 2023 |
| 156 | 35 Internet.China 35 | Domain name | | October 2023 |
| 157 | Internet.China | Domain name | | October 2023 |
| 158 | 35.cn 35.cn | Domain name | | October 2023 |
| 159 | | domain name | | October 2023 |
| 160 | 35.China | domain name | | October 2023 |
| 161 | 35internet.cc | domain name | | October 2023 |

The object and scope of the entrusted assessment shall be consistent with the object and scope of the assessment involved in the economic behavior.

# 4. Value Type

Based on the purpose of the appraisal, the value type of the appraisal object is determined to be market value.

Market value is the value of the market between willing buyers and willing sellers, acting rationally and without any coercion.

The estimated value of the subject of appraisal in normal and arm's length transactions on the valuation base date.

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

## V. Assessment Base Date

(1) The valuation base date for this business is May 31, 2024.

(II) In accordance with the principle that the valuation base date should be as close as possible to the date on which the economic activities to which the asset valuation relates are realized,

The valuation base date shall be determined by the client.

(III) In this asset appraisal, the definition of the appraisal scope, the selection of appraisal parameters, and the appraisal price

The determination of the value, etc. is based on the financial statements, external economic environment and market conditions of the enterprise on the valuation base date.

All pricing standards in this report are those effective on the valuation base date.

## VI. Evaluation Basis

1. Basis of economic behavior

Minutes of the General Manager's Office Meeting of Liansheng Technology Co., Ltd. on June 11, 2024

(II) Legal Basis

1. Civil Code of the People's Republic of China ((Promulgated by the Thirteenth National People's Congress on May 28, 2020)

adopted at its third session);

2. Asset Appraisal Law of the People's Republic of China (Promulgated by the 12th National People's Congress on July 2, 2016)

(adopted at the 21st meeting of the Standing Committee of the Congress);

3. Company Law of the People's Republic of China (Promulgated by the 13th National People's Congress on October 26, 2018)

(Amended by the Sixth Session of the Standing Committee of the CPPCC);

4. Securities Law of the People's Republic of China (Promulgated by the 13th National People's Congress on December 28, 2019)

(Revised for the second time at the 15th meeting of the Standing Committee of the CPPCC, effective March 1, 2020);

5. Vehicle Purchase Tax Law of the People's Republic of China (December 29, 2018, promulgated by the 13th National People's Congress)

Adopted at the 7th meeting of the Standing Committee of the National People's Congress and effective from July 1, 2019);

6. Enterprise Income Tax Law of the People's Republic of China (Promulgated by the Tenth National People's Congress on March 16, 2007)

Adopted at the Fifth Session of the National People's Congress, February 24, 2017

Revised at the 26th meeting);

7. Copyright Law of the People's Republic of China (Decree No. 62 of the President of the People's Republic of China in 2020)


北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

8. Enterprise Accounting Standards - Basic Standards (Ministry of Finance Order No. 33);

9. Patent Law of the People's Republic of China (Promulgated by the Standing Committee of the Sixth National People's Congress on March 12, 1984)

adopted at the fourth meeting of the Executive Committee);

10. Announcement on Policies Concerning Deepening Value-Added Tax Reform (Ministry of Finance, State Administration of Taxation, General Administration of Customs

Announcement No. 39 of 2019);

11. Announcement on Further Improving the Policy on Additional Tax Deductions for R&D Expenses (No. 7 of 2023);

12. Other laws and regulations;

13. Other accounting-related standards.

(III) Evaluation criteria

1. Basic Standards for Asset Valuation (Cai Zi [2017] No. 43);

2. Code of Ethics for Asset Appraisal (China Appraisal Association [2017] No. 30);

3. "Asset Valuation Practice Standards - Asset Valuation Procedures" (China Valuation Association [2018] No. 36);

4. "Asset Valuation Practice Standards - Asset Valuation Report" (China Valuation Association [2018] No. 35);

5. "Asset Appraisal Practice Standards - Asset Appraisal Contract" (China Appraisal Association [2017] No. 33);

6. "Asset Appraisal Practice Standards - Asset Appraisal Files" (China Appraisal Association [2018] No. 37);

7. "Asset Valuation Practice Standards - Enterprise Value" (China Valuation Association [2018] No. 38 No. 36);

8. "Asset Valuation Practice Standards - Intangible Assets" (China Valuation Association [2017] No. 37);

9. Asset Valuation Practice Standards - Asset Valuation Methods (China Valuation Association [2019] No. 35);

10. "Asset Valuation Practice Standards - Machinery and Equipment" (China Valuation Association [2017] No. 39);

11. "Guidelines for Business Quality Control of Asset Appraisal Institutions" (China Appraisal Association [2017] No. 46);

12. Guiding Opinions on Asset Appraisal Value Types (China Appraisal Association [2017] No. 47);

13. Guiding Opinions on the Legal Ownership of Asset Appraisal Objects (China Evaluation Association [2017] No. 48);

14. "Terms of Asset Valuation Standards 2020" (China Valuation Association [2020] No. 31);

15. Guiding Opinions on Patent Asset Valuation (China Evaluation Association [2017] No. 49);

16. Guiding Opinions on Copyright Asset Valuation (China Evaluation Association [2017] No. 50);

17. "Measures for the Administration of Reporting of Asset Appraisal Business of the China Appraisal Association" (China Appraisal Association [2021] 30

Number);

18. "Asset Valuation Practice Standards - Intellectual Property", China Valuation Association [2023] No. 14;


北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

(IV) Basis of ownership

1. Motor vehicle driving license;

2. Relevant asset purchase agreements, contracts and other materials related to the evaluation;

3. Trademark certificate, copyright certificate, patent certificate;

4. Other relevant property rights certification documents.

(V) Pricing Basis

1. Manual of Common Data and Parameters for Asset Valuation;

2. Bank loan interest rate on the assessment base date;

3. Financial statements and audit reports provided by the enterprise;

4. Future annual business plan provided by relevant departments of the enterprise;

5. Current and future annual market forecast information for major products provided by the enterprise;

6. On-site inspection records and other relevant valuation information collected by the appraiser;

7. Relevant inquiry information and parameter information collected by the evaluation agency;

8. Relevant industry statistics provided by the Tonghuashun system;

9. Other assessment-related information provided by the assessed unit.

(VI) Other references

1. "Asset Valuation Application Form" and "Future Income Forecast Form" provided by the assessed unit.


## VII. Evaluation Method


The basic methods of enterprise value assessment include income approach, market approach and asset-based approach.

The income method in enterprise value assessment refers to capitalizing or discounting the expected income to determine the valuation object.

The specific methods commonly used in the income approach include the dividend discount method and the cash flow discount method.

The market approach in enterprise valuation refers to comparing the valuation object with comparable listed companies or comparable transaction cases.

The two specific methods commonly used by the market method are:

Corporate comparative method and transaction case comparative method.

The asset-based method in enterprise valuation refers to the balance sheet of the assessed entity on the valuation base date.

Based on the assessment, the company reasonably assesses the value of its on-balance sheet and off-balance sheet assets and liabilities, and determines the value of the assessment object.

 北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

Estimation method.

The Asset Appraisal Practice Standards - Enterprise Value stipulates that asset appraisers perform enterprise value appraisals.

The business should be analyzed according to the relevant conditions such as the purpose of the assessment, the object of the assessment, the type of value, and the data collection situation.

The applicability of the three basic asset valuation methods: income approach, market approach and asset-based approach, and the appropriate choice of one or

Various basic methods for asset valuation.

Since it is impossible to collect market data on listed companies or transaction cases comparable to the assessed entity,

The conditions for adopting the market approach to valuation are met. The enterprise being assessed provides relevant historical records of assets and liabilities within the scope of the assessment.

data, historical operating and financial data, and future operating income forecasts,

The assessors analyze the relevant information provided by the assessed enterprise and combine it with the macroeconomic situation and the assessed enterprise.

A preliminary analysis of the development prospects of the industry and the operating status of the assessed enterprise itself.

The premise and conditions for the valuation of going concern and using the asset-based method and the income method are all met, so the asset-based method is used this time.

The valuation method is described as follows:

1. Asset-based approach

1. Current assets

Current assets within the scope of assessment mainly include monetary funds, accounts receivable, prepayments, other receivables

Payments, contract assets, and other current assets.

(1) Monetary funds: the accounting content is bank deposits. For bank deposits, the appraiser verifies and reconciles

The book value of bank deposits after verification is used as the valuation.

The content is the deposit of channel purchase. The appraiser verifies the statement and takes the book value after verification as the

Valuation.

(2) After verifying that all accounts receivable are correct, the valuation is determined based on the amount that each account may be recovered.

Valuation. For the funds recovered after the valuation base date, the recovered amount shall be used as the valuation; for other funds that are difficult to

When determining the amount of uncollectible accounts, we will make use of historical data and on-site investigations to analyze the data in detail.

amount, time and reason for the arrears, payment recovery, the debtor's funds, credit, business management status, etc.

According to the aging analysis method, the amount that may not be recovered is estimated and deducted as risk loss to calculate the evaluation.

The "bad debt provision" item on the books is calculated as zero.

(3) For prepaid items, the valuation is determined based on the value of the assets or rights formed by the corresponding goods that can be recovered.

(4) Contract assets: the appraisers conducted a spot check on the relevant contracts and, after verification,


北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

The appraisal value is confirmed based on the verified book value.

(5) For other current assets, the appraiser conducted a spot check on the corresponding tax returns and found that they were correct.

On this basis, the appraisal value is confirmed according to the verified book value.

2. Long-term equity investment

Xiamen Sanwu Internet Information Co., Ltd. has made long-term equity investments in 3 companies, as follows:

| No. | Name of Investee | Investment Date | | Shareholding ratio （%） | Whether holding company | Accounting method | Investment cost | Book value |
|---|---|---|---|---|---|---|---|---|
| 1 | Xiamen Yida Enterprise Management Co., Ltd. Partnership (Limited Partnership) | 2023/11/8 | | 23.08 | | | | 45,000.00 |
| 2 | Xiamen Lingmao Digital Technology Co., Ltd. Xiamen | 2023/11/15 | | 40.00 | | | | 600,000.00 |
| 3 | Yitai Enterprise Management Co., Ltd. Partnership (Limited Partnership) | 2023/8/29 | | 40.00 | | | | 0.00 |
| | Total long-term equity investments | | | | | | | 645,000.00 |

According to the Asset Appraisal Contract, the scope of this appraisal does not include Xiamen Yitai Enterprise Management

Partnership (limited partnership). The appraiser first examines the reasons for the formation of long-term equity investment, book value and the invested

Verify the actual operating conditions of the invested enterprise, confirm its actual capital contribution, and review the investment agreement, shareholders' meeting resolutions,

The company will review the documents such as the meeting of shareholders, articles of association, and relevant accounting records, and on this basis, conduct an overall assessment of the invested entity.

Analyze the applicability of various methods and select appropriate evaluation methods for evaluation.

The valuation is determined by multiplying the valuation of the quasi-daily equity by the proportion of equity held in the investee enterprise.

3. Equipment assets

According to the characteristics of various equipment, the type of assessment value, data collection and other related conditions, the main

Cost method is used for valuation, and market method is used for some valuations.

(1) Cost method

The cost method calculation formula is as follows:

That is: the assessed value of the entrusted asset = full replacement price × comprehensive newness rate

1) Determination of the full replacement price of electronic equipment

Determine the electronic price of the valuation base date based on local market information and online inquiries and other recent market price data.

Equipment price, generally manufacturers provide free transportation and installation and commissioning, determine its full replacement price:

Full replacement price = purchase price - deductible VAT


北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

2) Determination of comprehensive renewal rate

The remaining useful life method is used to determine the newness rate. The calculation formula is:

Newness rate = remaining useful life/(actual used life + remaining useful life) × 100%

3) Determination of evaluation value

The assessed value of the entrusted assets = the full replacement price × the comprehensive newness rate

(2) Market approach

1) Vehicle

The market method mainly selects the second-hand car market in the recent period that is within the same supply and demand range as the valuation object.

Reference examples of automobile transactions with strong relevance and substitution, based on the conditions of the valuation object and comparable examples,

The factors that affect the used car market include the remaining useful life, remaining mileage, transaction date and the condition of the transaction vehicle.

The market price of the valuation object is evaluated by analyzing, comparing and correcting the factors of the market price. The calculation formula is as follows:

Comparison price = comparable example price × vehicle mileage correction factor × vehicle age correction factor

× Vehicle condition correction factor × Vehicle transaction date correction factor × Vehicle transaction situation correction factor

Comparison price = (Case 1 + Case 2 + Case 3) ÷ 3

Vehicle market valuation = benchmark price - value-added tax + license fee

2) Electronic devices

For some batteries that were purchased earlier or have been eliminated but are still in normal use,

For sub-equipment, its appraisal value is directly determined by referring to the second-hand market price of similar equipment.

4. Intangible assets - other intangible assets

(1) For domain names, patents, and software copyrights that are in normal use, the sales revenue sharing method is adopted.

The sales revenue sharing method is based on the sales revenue predicted by the enterprise within the economic life of the entrusted technical product.

Then multiply it by the technology sharing rate (the contribution rate of the entrusted technology in sales revenue) to obtain the technology income in future years.

The technical benefits are then discounted at an appropriate discount rate, and the sum of the present values is the valuation of the entrusted technology.

The basic calculation model is as follows:

$$P_s = \sum_{i=1}^{n} KR(1+r)^{-i}$$

Where: Ps----the assessed value of domain names, patents, and software copyright assets in normal use

Ri----the expected sales revenue of the enterprise in the i-th year


北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

n----income period

K----Sales revenue sharing rate

r----discount rate

(2) For software purchased not long ago, inquire online about the price and whether it is upgraded.

The software is valued at the tax-exclusive price after inquiry; for upgrades, the tax-exclusive price is deducted from the upgrade fee.

as an evaluation value.

(3) For unused domain names, the application fee and maintenance fee of the domain name shall be used as the valuation.

5. Deferred tax assets

Deferred tax assets within the scope of the assessment are assets or liabilities of the enterprise accounting, as well as

However, the items whose tax base can be determined according to the tax law will be

The accounting standards stipulate that the deductible temporary difference between the book value and its tax base will have an impact on the company's future

The impact of income tax.

The deferred income recognized by the enterprise based on the calculation result of deductible temporary differences and applicable income tax rate is

The assessor investigates and understands the causes and formation process of the difference and verifies the difference in

Verify whether the enterprise will generate deductible amounts when calculating taxable income during its future continuous operation period.

Whether the calculated amount complies with the enterprise accounting system and relevant provisions of the tax law, on this basis, the verified book value

The valuation is determined by comprehensively considering the impact of various asset valuations on the corresponding deferred income tax assets.

6. Liabilities

Corporate liabilities are current liabilities, which include accounts payable, contract liabilities, employee salaries payable,

Taxes payable, other accounts payable, and other current liabilities. Check and verify the detailed list of each item provided by the enterprise.

The actual debtors and liabilities of each liability after the valuation purpose is achieved, and the property rights after the valuation purpose is achieved.

The valuation is determined by the liabilities and amounts that the owner actually needs to bear.

2. Income method

This evaluation report uses the enterprise free cash flow discount model in the cash flow discount method.

The cash flow discount model is described as follows:

Total shareholder equity value = overall enterprise value - interest-bearing debt value

1. Overall value of the enterprise

The overall value of an enterprise refers to the sum of the value of all shareholders' equity and the value of interest-bearing debt.



北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

The calculation formula for the overall value of an enterprise is as follows:

Overall value of the enterprise = operating asset value + surplus asset value + (or -) non-operating assets and liabilities

value

(1) Value of operating assets

Operating assets refer to the free cash flow of the enterprise after the valuation base date and related to the production and operation of the assessed unit.

The assets and liabilities involved in the flow forecast. The calculation formula for the value of operating assets is as follows:

$$P = \sum_{i=1}^{n} \frac{F_i}{(1+r)^i} + \frac{F_n(1+g)}{(r-g)\times(1+r)^n}$$

Where: P: the value of the enterprise's operating assets on the valuation base date;

Fi: the expected free cash flow of the enterprise in the i-th year after the valuation base date;

Fn: expected free cash flow of the enterprise at the end of the forecast period;

r: discount rate (here weighted average cost of capital, WACC);

n: forecast period;

i: the i-th year of the forecast period;

g: perpetual growth rate.

The formula for calculating the free cash flow of an enterprise is as follows:

Enterprise free cash flow = net profit + depreciation and amortization + interest expense after tax - capital expenditure - working capital

Increase in funds

The discount rate (weighted average cost of capital, WACC) is calculated as follows:

$$WACC = K_e \times \frac{E}{E+D} + K_d \times (1-t) \times \frac{D}{E+D}$$

in:

ke: cost of equity capital;

kd: cost of interest-bearing debt capital;

E: market value of equity;

D: market value of interest-bearing debt;

t: income tax rate.

The cost of equity capital is calculated using the Capital Asset Pricing Model (CAPM). The calculation formula is as follows:

北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Machine Translated by Google

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

## K ÿ r ÿ MRPÿÿ ÿ r

in:

rf: risk-free rate of return;

MRP: Market Risk Premium;

ÿL: systematic risk coefficient of equity;

rc: Enterprise-specific risk adjustment factor.

(2) Surplus asset value

Surplus assets refer to the excess of the enterprise's production and operation needs on the valuation base date, which are the free cash flow of the enterprise after the valuation base date.

Assets not included in cash flow forecasts. Excess assets are analyzed and evaluated separately.

(3) Value of non-operating assets and liabilities

Non-operating assets and liabilities refer to those assets and liabilities that are not related to the production and operation of the assessed unit and are not included in the valuation base date.

Assets and liabilities not included in the free cash flow forecast. Non-operating assets and liabilities are analyzed and evaluated separately.

2. Interest-bearing debt value

Interest-bearing debt refers to liabilities for which Sanwu Information needs to pay interest on the valuation base date.

8. Implementation process and status of the assessment procedure

Northern Asia Asset Appraisal Co., Ltd. accepted the commission of Liansheng Technology Co., Ltd., the appraiser

The members shall conduct a review of all assets and liabilities included in the assessment scope from June 17, 2024 to June 21, 2024.

The necessary verification and checking were carried out, and relevant accounts, property certificates and other documents were reviewed to complete the

On this basis, according to the purpose of this appraisal and the specific conditions of the entrusted assets, the

The value of all shareholders' equity of Xiamen Sanwu Internet Information Co., Ltd. was evaluated using the benefit method and the asset-based method.

The entire assessment process includes acceptance of commission, assessment preparation, on-site inspection and verification, assessment and estimation,

Summarize and submit reports, etc. The specific evaluation process is as follows:

1. Clarify the basic matters of assessment business

The business manager of our company will discuss with the client's representative to clarify the client, the assessed unit and the client.

Other users of the assessment report other than

approval date; restrictions on the use of the appraisal report; time and method for submitting the appraisal report; the client's cooperation and assistance in the asset appraisal



Machine Translated by Google

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

Assessment and other important matters.

(II) Signing of asset appraisal entrustment contract

Based on the specific circumstances of the business being assessed, our company conducts a thorough assessment of its professional competence, independence and business risks.

A comprehensive analysis and evaluation will be conducted, and the evaluation agency will decide to undertake the evaluation business.

3. Preparation of evaluation plan

After our company accepted the appraisal business, we immediately organized asset appraisers to prepare an appraisal plan.

It includes the specific steps of the evaluation, time schedule, personnel arrangements and technical solutions.

4. On-site investigation

According to the specific circumstances of the assessment business, we conducted appropriate on-site investigations on the assessment objects, including:

Require the client and the assessed entity to provide detailed information on the assessment object and scope;

Require the client or the assessed entity to sign the assessment details and related supporting materials provided by it.

Confirmation by stamping or other means;

The asset appraiser conducts investigation through inquiry, confirmation, verification, on-site inspection, investigation and examination, etc.

Obtain the basic information needed for the appraisal business, understand the current status of the appraisal object, and pay attention to the legal ownership of the appraisal object;

If it is impossible or inappropriate to conduct an item-by-item investigation of all assets, liabilities and other related contents within the scope of the assessment,

The investigation will be conducted through random sampling and other methods depending on the importance.

5. Collecting evaluation data

We collect assessment information based on the specific circumstances of the assessment business and

If the situation changes during the implementation process, timely collect additional assessment data. These data include:

Information obtained directly from the market and other channels, and from relevant parties such as the client and the assessed entity.

information obtained from various professional institutions and other relevant departments;

Inquiry records, inquiry results, inspection records, industry information, analytical data, etc.

The asset appraiser shall make necessary analysis, summary and

Organize the formed data.

The assessors collect and analyze the company's historical operating conditions and future operating plans and interview the management.

The main contents of the investigation on the business operations of enterprises are as follows:

1. Understand the composition and changes of the equity capital of the enterprise in historical years;

2. Understand the company's historical annual operating and sales situation and its changes, and analyze the reasons for changes in sales revenue;



北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

3. Understand the composition and changes of the company's historical annual expenses;

4. Understand the main business structure of the enterprise and analyze the contribution of the business to the enterprise's sales revenue;

5. Understand the company's historical annual profits and analyze the main reasons for profit changes;

6. Collect and understand the company's various operating and financial indicators, and analyze the reasons for changes in various indicators;

7. Understand the company's business plan for the coming year;

8. Understand the tax policies of enterprises;

9. Collect relevant information about the industry in which the enterprise is located, and understand the current status of the industry, regional market conditions and future development

trend;

10. Understand the content of the company's surplus assets and non-operating assets and liabilities as well as its asset status.

(VI) Assessment and estimation

The main work of the assessment is to select the appropriate

The measurement method is used to estimate the valuation of various types of assets, and a summary analysis is conducted to preliminarily determine the valuation results.

7. Preparation and submission of assessment reports

Based on the above work, we drafted the first draft of the asset appraisal report.

After the three-level review of the working papers, the client and the assessed entity shall have necessary discussions on the relevant contents of the assessment report.

After fully considering the relevant opinions, make necessary adjustments, modifications and improvements to the evaluation conclusions, and then

After re-examining the report according to our company's internal asset appraisal report three-review system and procedures,

Submit a formal evaluation report.

IX. Evaluating Assumptions

Due to changes in the business environment and the ever-changing factors that affect asset value,

Some assumptions must be made in order for the appraiser to make a judgment on the value of the asset and fully support the conclusion we have drawn.

Evaluation conclusion. This evaluation is based on the following premises and assumptions:

1. General assumptions

1. Going concern assumption

The going concern assumption is that the business of the assessed entity is legal and will not encounter any unforeseen circumstances.

If the factors cause it to be unable to continue operating, the current use of the assessed assets remains unchanged and they continue to be used in the original location.


北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

2. Transaction Assumptions

The transaction assumption is that all assets to be appraised are already in the process of being traded.

The transaction assumption is the most basic premise for asset valuation.

This premise assumption.

3. Open Market Hypothesis

The open market hypothesis is an asset that is assumed to be traded in the market, or to be traded in the market.

The two parties to the transaction are equal in status and have the opportunity and time to obtain sufficient market information to facilitate the capital

The public market hypothesis is based on the asset's market price.

Can be based on public buying and selling.

4. Continuous Use Assumption

The continuing use assumption first assumes that the asset being assessed is in use, including assets in use.

and spare assets; secondly, based on relevant data and information, it is inferred that these assets in use will continue to be used.

Continue to use it.

(II) Special assumptions

1. It is assumed that there will be no major changes in the national macroeconomic situation and the current laws, regulations and policies.

2. Assume that the industry in which the assessed unit is located maintains a stable development trend, and the industry policies, management systems and related

There are no major changes to the relevant regulations.

3. It is assumed that there will be no major changes in the country's tax bases, tax rates, policy-based collection fees, etc.

4. Assume that there are no other force majeure and unforeseen factors that cause significant adverse effects on the enterprise.

5. It is assumed that the values of various parameters in this evaluation are determined according to the current price system, without considering the basic

The impact of future inflation factors.

6. Assume that the accounting policies adopted in the financial information provided by the assessed entity in previous years and the income forecast

There are no significant differences in the accounting policies adopted.

7. Assume that the cash inflow and outflow from business operations occur evenly;

8. Assume that the management of the enterprise is stable, diligent and responsible, and there is no competition in the same industry;

9. Assume that the policy of additional deduction for R&D expenses will remain unchanged in the future.



北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

## 10. Evaluation Conclusion

According to the relevant provisions of the state on asset evaluation, in line with the principles of independence, objectivity, fairness and necessary evaluation

Procedure, using the income approach and asset-based approach to value the total equity of Xiamen Sanwu Internet Information Co., Ltd.

Based on the above evaluation work, the evaluation conclusions are as follows:

(I) Results of the Income Approach Valuation

On the valuation base date, the book value of Sanwu Information's total assets was RMB 52.4436 million, and the book value of its total liabilities was RMB 2.386 million.

The book value of all shareholders' equity is RMB 35,658,700 and RMB 16,784,900.

The total equity value of Xiamen Sanwu Internet Information Co., Ltd. after the income method evaluation is 4,081.00

The value-added amount was RMB 24.0251 million, and the value-added rate was 143.14%.

(II) Results of asset-based valuation

The book value of total assets on the valuation base date is RMB 52.4436 million, and the valuation is RMB 53.0805 million.

The value-added amount is RMB 637,000, with a value-added rate of 1.21%; the book value of total liabilities is RMB 35,658,700, and the valuation is

The value is RMB 35.6587 million, with no assessed increase or decrease; the book value of all shareholders' equity is RMB 16.7849 million.

The assessed value of all shareholders' equity was RMB 17.4218 million, with an added value of RMB 637,000 and an added value rate of 3.79%.

The specific evaluation results of the asset-based method are detailed in the following evaluation results summary table:

### Summary of asset-based valuation results

Assessment base date: May 31, 2024                                    Amount unit: RMB 10,000

| item | eye | Book value A | assessment value B | value increase/decrease C=B-A | value increase/decrease rate % D=C/A×100% |
|---|---|---|---|---|---|
| Current assets | 1 | 2,653.85 | 2,653.85 | 0.00 | 0.00 |
| Non-current assets | 2 | 2,590.51 | 2,654.20 | 63.70 | 2.46 |
| Including: Long-term equity | 3 | 64.50 | 40.06 | -24.44 | -37.89 |
| investment Fixed assets | 4 | 410.84 | 474.21 | 63.37 | 15.43 |
| Intangible | 5 | 2,114.67 | 2,139.42 | 24.76 | 1.17 |
| assets Other non-current assets | 6 | 0.50 | 0.50 | 0.00 | 0.00 |
| Total assets | 7 | 5,244.36 | 5,308.05 | 63.70 | 1.21 |
| Current liabilities | 8 | 3,565.87 | 3,565.87 | 0.00 | 0.00 |
| Total Liabilities | 9 | 3,565.87 | 3,565.87 | 0.00 | 0.00 |
| Net Assets | 10 | 1,678.49 | 1,742.18 | 63.70 | 3.79 |

(III) Evaluation conclusion

The total equity value of shareholders after the income method evaluation is RMB 40.81 million, and the total equity value of shareholders after the asset-based method evaluation is RMB 1.38 billion.


北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

The total equity value of Dong is RMB 17.4218 million, with a difference of RMB 23.3882 million and a difference rate of 134.25%.

The main reason for the difference in the evaluation results of the two methods is that the two evaluation methods consider different angles.

The income method considers the way of re-acquisition of assets and reflects the replacement value of the existing assets of the enterprise.

It is considered from the perspective of the company's future profitability and reflects the comprehensive profitability of the company's various assets.

Considering that in general, the asset-based approach blurs the distinction between individual assets and overall assets.

The asset-based approach can only reflect the value of the enterprise's assets, but not

It can fully and reasonably reflect the overall value of the enterprise, and the asset-based method cannot cover such as sales

The value of intangible assets such as channels and human resources. Although Sanwu Information was established in 2023, its business and expertise

The technical team of the company was transferred from Liansheng Technology Co., Ltd. After nearly 20 years of development, the company has formed

We have our own unique business philosophy, business strategy, business methods, technical team, etc., and we have also accumulated a relatively deep

The appraiser has a rich customer base. After investigating the historical financial status of Sanwu Information and its parent company,

The analysis of operating performance is based on the provisions of the asset valuation standards, combined with the asset valuation object and valuation purpose.

Applicable value types, after comparative analysis, it is believed that the evaluation results of the income method can more comprehensively and reasonably reflect

The total equity value of Sanwu Information's shareholders.

Therefore, the final conclusion of this evaluation adopts the results of the income method evaluation, that is, the shares of Xiamen Sanwu Internet Information Co., Ltd.

The total equity value of Dong is RMB 40.81 million.


# 11. Special matters


Users of this assessment report should pay attention to the impact of special matters on the assessment conclusions.

1. Important expert work and related reports

Xiamen 35 Internet Information Co., Ltd.'s 2023 annual financial statements were audited by Huaxing Certified Public Accountants (Special

Tong Partnership) audited and issued an audit report numbered "Huaxing Audit [2024] No. 23013420138";

The accounting statements for May 2008 were audited by Huaxing Certified Public Accountants (Special General Partnership) and issued with the number "Huaxing

Xingshenzi [2024] No. 24008460016" audit report.

(II) Situations where the main information such as ownership is incomplete or has defects

 北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

(III) Situations where the evaluation procedure is restricted

Part of the fixed assets in this assessment - electronic equipment is entrusted to Beijing Branch of Dr. Peng Big Data Co., Ltd.

Chenyi Internet (Shanghai) Information Technology Co., Ltd., etc., cannot be inspected and surveyed on site. This assessment is for such equipment

An alternative procedure is adopted in which the enterprise provides photographs, a trusteeship service agreement for equipment operation and maintenance records, and purchase contracts and invoices.

| Detailed List Number | Asset Number | Device Name | Storage location |
|---|---|---|---|
| 70 | FSCQ0328 | DELL Server | Xiamen Telecom Straits Data Center |
| 64 | FSCQ0361 | DELL Server R740xd | Beijing HP |
| 66 | FSCQ0365 | DELL Server R740xd | Beijing HP |
| 61 | FSCQ0353 | DELL Server R740xd | Beijing HP |
| 59 | FSCQ0342 | DELL Server R740xd | Beijing HP |
| 60 | FSCQ0344 | DELL Server R740xd | Beijing HP |
| 65 | FSCQ0362 | DELL Server R740xd | Beijing HP |
| 67 | FSCQ0366 | DELL Server R740xd | Beijing HP |
| 62 | FSCQ0354 | DELL Server R740xd | Beijing HP |
| 63 | FSCQ0356 | DELL Server R740xd | Beijing HP |
| 68 | FSCQ0375 | DELL Server R740xd | Beijing HP |
| 3 | FSCQ0379 | DELL Server R640 | Beijing HP |
| 69 | FSCQ0381 | DELL Server (DELLR730XD) | Xiamen Telecom Software 2 |
| 45 | FSCQ0360 | DELL Server R740xd | Beijing Suzhou Bridge |
| 49 | FSCQ0378 | DELL Server R740xd | Beijing Suzhou Bridge |
| 51 | FSCQ0382 | DELL Server R740xd | Beijing Suzhou Bridge |
| 46 | FSCQ0370 | DELL Server R740xd | Beijing Suzhou Bridge |
| 48 | FSCQ0372 | DELL Server R740xd | Beijing Suzhou Bridge |
| 54 | FSCQ0389 | DELL Server R740xd | Beijing Suzhou Bridge |
| 56 | FSCQ0392 | DELL Server R740xd | Beijing Suzhou Bridge |
| 58 | FSCQ0396 | DELL Server R740xd | Beijing Suzhou Bridge |
| 50 | FSCQ0380 | DELL Server R740xd | Beijing Jiuxianqiao |
| 52 | FSCQ0384 | DELL Server R740xd | Beijing Jiuxianqiao |
| 47 | FSCQ0371 | DELL Server R740xd | Beijing Jiuxianqiao |
| 53 | FSCQ0388 | DELL Server R740xd | Beijing Jiuxianqiao |
| 55 | FSCQ0390 | DELL Server R740xd | Beijing Jiuxianqiao |
| 57 | FSCQ0394 | DELL Server R740xd | Beijing Jiuxianqiao |
| 2 | FSCQ0385 | DELL Server R640 | Beijing Suzhou Bridge |
| 1 | FSCQ0374 | DELL Server R640 | Beijing Jiuxianqiao |
| 4 | FSCQ0001 | DELL Server R740xd | Beijing HP |
| 11 | FSCQ0011 | DELL Server R740xd | Beijing HP |
| 12 | FSCQ0012 | DELL Server R740xd | Beijing HP |
| 6 | FSCQ0003 | DELL Server R740xd | Beijing HP |
| 5 | FSCQ0002 | DELL Server R740xd | Beijing HP |
| 7 | FSCQ0004 | DELL Server R740xd | Beijing HP |
| 8 | FSCQ0005 | DELL Server R740xd | Beijing HP |
| 9 | FSCQ0006 | DELL Server R740xd | Beijing HP |
| 16 | FSCQ0007 | DELL Server R740xd | Beijing HP |

北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

| Detailed List Number | Asset Number | Device Name | Storage location |
|---|---|---|---|
| 17 | FSCQ0008 | DELL Server R740xd | Beijing HP |
| 18 | FSCQ0009 | DELL Server R740xd | Beijing HP |
| 10 | FSCQ0010 | DELL Server R740xd | Beijing HP |
| 13 | FSCQ0401 | DELL Server R740xd | Beijing HP |
| 14 | FSCQ0402 | DELL Server R740xd | Beijing HP |
| 15 | FSCQ0403 | DELL Server R740xd | Beijing HP |
| 19 | FSCQ0404 | DELL Server R740xd | Beijing HP |
| 20 | FSCQ0405 | DELL Server R740xd | Beijing HP |
| 22 | FSCQ0408 | DELL Server R740xd | Beijing Suzhou Bridge |
| 23 | FSCQ0409 | DELL Server R740xd | Beijing Suzhou Bridge |
| 24 | FSCQ0410 | DELL Server R740xd | Beijing Suzhou Bridge |
| 25 | FSCQ0411 | DELL Server R740xd | Beijing Suzhou Bridge |
| 26 | FSCQ0412 | DELL Server R740xd | Beijing Suzhou Bridge |
| 27 | FSCQ0413 | DELL Server R740xd | Beijing Suzhou Bridge |
| 28 | FSCQ0414 | DELL Server R740xd | Beijing Suzhou Bridge |
| 29 | FSCQ0415 | DELL Server R740xd | Beijing Suzhou Bridge |
| 30 | FSCQ0416 | DELL Server R740xd | Beijing Suzhou Bridge |
| 31 | FSCQ0417 | DELL Server R740xd | Beijing Suzhou Bridge |
| 32 | FSCQ0418 | DELL Server R740xd | Beijing Suzhou Bridge |
| 33 | FSCQ0419 | DELL Server R740xd | Beijing Suzhou Bridge |
| 34 | FSCQ0420 | DELL Server R740xd | Beijing Suzhou Bridge |
| 35 | FSCQ0421 | DELL Server R740xd | Beijing Suzhou Bridge |
| 36 | FSCQ0422 | DELL Server R740xd | Beijing Jiuxianqiao |
| 37 | FSCQ0423 | DELL Server R740xd | Beijing Jiuxianqiao |
| 38 | FSCQ0424 | DELL Server R740xd | Beijing Jiuxianqiao |
| 39 | FSCQ0425 | DELL Server R740xd | Beijing Jiuxianqiao |
| 40 | FSCQ0426 | DELL Server R740xd | Beijing Jiuxianqiao |
| 41 | FSCQ0427 | DELL Server R740xd | Beijing Jiuxianqiao |
| 42 | FSCQ0428 | DELL Server R740xd | Beijing Jiuxianqiao |
| 43 | FSCQ0429 | DELL Server R740xd | Beijing Jiuxianqiao |
| 44 | FSCQ0430 | DELL Server R740xd | Beijing Jiuxianqiao |
| 21 | FSCQ0431 | DELL Server R740xd | Beijing Jiuxianqiao |

(IV) Matters that may have an impact on the valuation conclusion between the valuation base date and the valuation report date

1. Events after the valuation base date are major events that occurred between the valuation base date and the valuation report date;

2. After the valuation base date, if the assessed assets are demolished, damaged or lost due to force majeure,

When there are post-period events that affect the value of assets, such as bad debts, etc., the valuation conclusion cannot be used directly;

3. If a major event occurs after the valuation base date, this valuation conclusion cannot be used directly.

If the number of assets changes during the validity period of the results, the assessed value should be adjusted accordingly based on the original assessment method.

北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

(V) Other issues that need to be explained

1. This evaluation report is made on the principles of independence, objectivity and fairness, and complies with relevant laws,

There is no special relationship between our company and all the personnel participating in the assessment and the client and the relevant parties.

In the entire evaluation process, the evaluators always abide by professional ethics and norms.

2. General information, property information, policy documents and other relevant information on business operations involved in this assessment report.

The client and the assessed entity are responsible for providing the relevant materials, and their authenticity and legality shall be verified by the client and the assessed entity.

The unit bears the relevant legal responsibilities. The purpose of the asset appraiser in performing asset appraisal business is to

The valuation is estimated and professional opinions are expressed, and the confirmation or opinion on the legal ownership of the assessed object exceeds the scope of the capital

The appraisal agency does not provide any guarantee for the legal ownership of the appraisal object.

3. No special consideration was given to the defects of the enterprise that may affect the asset valuation when the enterprise entrusted the project.

If the evaluator has completed the evaluation procedures but still cannot obtain the information, the evaluation agency and the evaluator shall not be liable.

Assume relevant responsibilities.

4. The appendix to the evaluation report is valid only when used in conjunction with the main body of the report.

5. According to the provisions of the Asset Appraisal Contract, the scope of this appraisal does not include

40% equity interest in Xiamen Yitai Enterprise Management Partnership (Limited Partnership).

The book value of the investment in Tai Enterprise Management Partnership (Limited Partnership) is RMB 0.

6. The business of Sanwu Information was taken over from the shareholder Liansheng Technology Co., Ltd. The company conducts business with Sanwu Products

The profit forecast is made in the name of the brand, and the costs incurred by using the brand are not taken into account in the profit forecast.

## 12. Restrictions on the Use of the Assessment Report

(I) This assessment report can only be used for the assessment purpose and use stated in the assessment report.

The Company will not use this report for any purpose other than the purpose of this assessment.

be responsible for the consequences of their economic actions.

(ii) The client or other user of the asset appraisal report shall comply with the provisions of laws, administrative regulations and the

The scope of use stated in the appraisal report. If an asset appraisal report is used, the asset appraisal institution and its asset appraisal professional

Personnel are not responsible.

(III) In addition to the client, other users of the asset appraisal report agreed upon in the asset appraisal entrustment contract, and legal persons,


北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Machine Translated by Google

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

Except for the users of asset appraisal reports specified in administrative regulations, no other institutions or individuals can become users of asset appraisal reports.

Users of the assessment report.

The entire or part of this evaluation report is excerpted, quoted or disclosed in the public media.

The appraisal institution shall review the relevant content, unless otherwise provided by laws, regulations or agreed upon by the relevant parties.

(IV) Users of asset appraisal reports shall correctly understand and use the appraisal conclusions.

The valuation subject can achieve a price, and the valuation conclusion should not be considered as a guarantee of the achievable price of the valuation subject.

## 13. Asset Appraisal Report Date

The asset appraisal report date is the date on which the asset appraiser's final professional opinion is formed.

It is July 9, 2024.


北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Machine Translated by Google

14. Signature of asset appraisal professionals and seal of asset appraisal institution

Northern Asia Asset Appraisal Co., Ltd.          Asset Appraiser:

(stamp)                                    Sign and stamp

Asset Appraiser:

Sign and stamp

July 9, 2024

Asset valuation report on the total equity value of Xiamen Sanwu Internet Information Co., Ltd. involved in the proposed equity transfer of Liansheng Technology Co., Ltd.

Asset Appraisal Report Attachment

(1) Audit report of the assessed entity;

(2) Economic behavior documents;

(3) Business licenses of the client and the entity being assessed;

(4) Documents proving the main ownership rights of the subject of the assessment;

(5) Letter of commitment from the client and other relevant parties;

(6) A signed letter of commitment from the asset appraiser;

(VII) Record filing documents of the asset appraisal agency;

(8) A copy of the business license of the asset appraisal agency;

(IX) Asset appraiser registration card;

(10) Asset appraisal entrustment contract.

北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

# Exhibit 2

**本报告依据中国资产评估准则编制**

# 琏升科技股份有限公司
# 拟转让商标事宜所涉及的该部分商标
# 资产评估报告

北方亚事评报字[2024]第 01-747 号

（共一册　第一册）



北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

二〇二四年七月九日

珵升科技股份有限公司拟转让商标事宜所涉及的该部分商标资产评估报告

# 目　录

声　　明 ................................................................................ 1

资产评估报告摘要 .................................................................... 3

资产评估报告正文 .................................................................... 4

一、委托人、产权持有人和资产评估委托合同约定的其他资产评估报告使用人概况.....4

二、评估目的 ........................................................................ 5

三、评估对象和评估范围 ............................................................ 5

四、价值类型 ........................................................................ 8

五、评估基准日 ...................................................................... 8

六、评估依据 ........................................................................ 8

七、评估方法 ....................................................................... 10

八、评估程序实施过程和情况 ...................................................... 11

九、评估假设 ....................................................................... 12

十、评估结论 ....................................................................... 13

十一、特别事项说明 ................................................................ 14

十二、评估报告使用限制说明 ...................................................... 15

十三、资产评估报告日 ............................................................. 15

十四、资产评估专业人员签名和资产评估机构印章 ........................... 16

资产评估报告附件 .................................................................. 17

# 声 明

本资产评估报告依据财政部发布的资产评估基本准则和中国资产评估协会发布的资产评估执业准则和职业道德准则编制。

（一）委托人或者其他资产评估报告使用人应当按照法律、行政法规规定及本资产评估报告载明的使用范围使用资产评估报告；委托人或者其他资产评估报告使用人违反前述规定使用资产评估报告的，本资产评估机构及资产评估师不承担责任。

本资产评估报告仅供委托人、资产评估委托合同中约定的其他资产评估报告使用人和法律、行政法规规定的资产评估报告使用人使用；除此之外，其他任何机构和个人不能成为资产评估报告的使用人。

本资产评估机构及资产评估师提示资产评估报告使用人应当正确理解评估结论，评估结论不等同于评估对象可实现价格，评估结论不应当被认为是对评估对象可实现价格的保证。

（二）本资产评估机构及资产评估师遵守法律、行政法规和资产评估准则，坚持独立、客观和公正的原则，并对所出具的资产评估报告依法承担责任。

（三）评估对象涉及的资产清单由委托人、产权持有人申报并经其采用签名、盖章或法律允许的其他方式确认；委托人和其他相关当事人依法对其提供资料的真实性、完整性、合法性负责。

（四）本资产评估机构及资产评估师与资产评估报告中的评估对象没有现存或者预期的利益关系；与相关当事人没有现存或者预期的利益关系，对相关当事人不存在偏见。

（五）资产评估师已经对资产评估报告中的评估对象及其涉及资产进行现场调查；已经对评估对象及其涉及资产的法律权属状况给予必要的关注，对评估对象及其涉及资产的法律权属资料进行了查验，对已经发现的问题进行了如实披露，并且已提请委托人及其他相关当事人完善产权以满足出具资产评估报告的要求。

（六）本资产评估机构出具的资产评估报告中的分析、判断和结果受资产评估

报告中假设和限制条件的限制，资产评估报告使用人应当充分考虑资产评估报告中载明的假设、限制条件、特别事项说明及其对评估结论的影响。

# 珽升科技股份有限公司
# 拟转让商标事宜所涉及的该部分商标
# 资产评估报告摘要

### 北方亚事评报字[2024]第 01-747 号

北方亚事资产评估有限责任公司接受珽升科技股份有限公司【以下简称：珽升科技】的委托，按照法律、行政法规的规定，坚持独立、客观和公正的原则，采用成本法，按照必要的评估程序，对珽升科技股份有限公司拟转让商标事宜所涉及的该部分商标在 2024 年 5 月 31 日的市场价值进行了评估。现将评估报告摘要如下：

一、评估目的：珽升科技股份有限公司拟转让持有的商标资产，需对评估基准日商标资产进行评估，为上述经济行为提供价值参考意见。

二、评估对象和评估范围：本次评估对象为珽升科技股份有限公司拟转让的商标资产价值。评估基准日纳入评估范围的是珽升科技股份有限公司拟转让的商标资产【具体以委托方申报为准】。

三、价值类型：市场价值。

四、评估基准日：2024 年 5 月 31 日。

五、评估方法：成本法。

六、评估结论：

成本法评估后的珽升科技股份有限公司拟转让的商标资产为 30.31 万元。

**以上内容摘自资产评估报告正文，欲了解本评估业务的详细情况和正确理解评估结论，应当阅读资产评估报告正文。**

# 琏升科技股份有限公司
# 拟转让商标事宜所涉及的该部分商标
# 资产评估报告正文

北方亚事评报字[2024]第 01-747 号

**琏升科技股份有限公司：**

北方亚事资产评估有限责任公司接受贵公司的委托，按照法律、行政法规和资产评估准则的规定，坚持独立、客观和公正的原则，采用成本法，按照必要的评估程序，对琏升科技股份有限公司拟转让商标事宜所涉及的该部分商标在 2024 年 5 月 31 日的市场价值进行了评估。现将资产评估情况报告如下。

## 一、委托人、产权持有人和资产评估委托合同约定的其他资产评估报告使用人概况

委托人、产权持有人均为琏升科技股份有限公司。资产评估委托合同约定的其他资产评估报告使用人为法律法规规定的其他报告使用人。

（一）委托人暨产权持有人概况

名称：琏升科技股份有限公司【以下简称：琏升科技】

统一社会信用代码：91350200751642792T

注册地址：南通高新技术产业开发区通甲东路 66 号

通信地址：厦门市火炬高新技术产业开发区软件园二期观日路 8 号一层

注册资本：36569.8690 万人民币

法定代表人：黄明良

成立日期：2004-04-01

企业性质：其他股份有限公司(上市)

经营范围：许可项目:基础电信业务；第一类增值电信业务；第二类增值电信

业务；互联网信息服务；互联网域名注册服务(依法须经批准的项目,经相关部门批准后方可开展经营活动,具体经营项目以审批结果为准)一般项目:工程和技术研究和试验发展；数据处理和存储支持服务；软件开发；信息系统集成服务；信息技术咨询服务；信息咨询服务(不含许可类信息咨询服务)；数字内容制作服务(不含出版发行)；计算机软硬件及辅助设备批发；计算机软硬件及辅助设备零售；移动终端设备销售；非居住房地产租赁；物业管理；市场营销策划；光伏设备及元器件制造；光伏设备及元器件销售；电子专用材料制造；电子专用材料销售；电池制造；电池销售；技术进出口；货物进出口；进出口代理(除依法须经批准的项目外,凭营业执照依法自主开展经营活动)。

（二）资产评估委托合同约定的其他资产评估报告使用人

其他评估报告使用人为法律法规规定的其他评估报告使用人。

# 二、评估目的

琏升科技股份有限公司拟转让持有的商标资产，需对评估基准日商标资产进行评估，为上述经济行为提供价值参考意见。

# 三、评估对象和评估范围

本次评估对象为琏升科技股份有限公司拟转让的商标资产价值。

评估基准日纳入评估范围的是琏升科技股份有限公司拟转让的商标资产【具体以委托方申报为准】。

申报的商标共 83 项，具体如下：

1、商标

| 序号 | 商标名称 | 申请国家/地区 | 国际分类 | 申请号 | 注册日期 |
|------|---------|--------------|---------|--------|---------|
| 1 | 35.com | 香港 | 9 | 301798570 | 2010-12-27 |
| 2 | 35.com | 香港 | 38 | | 2010-12-27 |
| 3 | 35.com | 马德里 | 9 | 1086868 | 2011-4-27 |
| 4 | 35.com | 马德里 | 38 | | 2011-4-27 |
| 5 | 35.com | 印度尼西亚 | 9 | IDM000355154 | 2011-1-7 |

璉升科技股份有限公司拟转让商标事宜所涉及的该部分商标资产评估报告

| 序号 | 商标名称 | 申请国家/地区 | 国际分类 | 申请号 | 注册日期 |
|---|---|---|---|---|---|
| 6 | 35.com | 印度尼西亚 | 38 | IDM000361883 | 2011-1-7 |
| 7 | 三五 | 中国 | 38 | 3856046 | 2006-05-21 |
| 8 | 35 | 中国 | 38 | 3856045 | 2006-05-21 |
| 9 | 互联;35 | 中国 | 35 | 5099825 | 2010-06-28 |
| 10 | 互联;35 | 中国 | 38 | 5099826 | 2009-09-14 |
| 11 | 三五 | 中国 | 42 | 5099823 | 2013-08-07 |
| 12 | 互联;35 | 中国 | 42 | 5099828 | 2010-06-14 |
| 13 | 互联;35 | 中国 | 09 | 5099824 | 2009-06-28 |
| 14 | 35 | 中国 | 35 | 5099852 | 2009-04-21 |
| 15 | 三五 | 中国 | 35 | 5099840 | 2009-04-21 |
| 16 | 35 | 中国 | 42 | 5099834 | 2013-11-07 |
| 17 | 三五 | 中国 | 41 | 5099842 | 2009-06-14 |
| 18 | 三五 | 中国 | 38 | 5099841 | 2009-09-14 |
| 19 | 三五 | 中国 | 09 | 5099839 | 2009-06-28 |
| 20 | 互联;35 | 中国 | 41 | 5099827 | 2010-06-14 |
| 21 | 自摧毁邮 | 中国 | 42 | 6570337 | 2011-01-14 |
| 22 | EQ;35 | 中国 | 38 | 6734744 | 2010-05-28 |
| 23 | 网商通 35 | 中国 | 42 | 7638246 | 2013-10-14 |
| 24 | 三五互联 | 中国 | 45 | 8026848 | 2011-03-14 |
| 25 | 三五互联 | 中国 | 09 | 8026871 | 2011-03-07 |
| 26 | EQ | 中国 | 42 | 8132492 | 2013-02-07 |
| 27 | EQ | 中国 | 38 | 8132311 | 2013-03-07 |
| 28 | 三五刺猬 | 中国 | 09 | 8486569 | 2011-07-28 |
| 29 | 三五刺猬 | 中国 | 38 | 8491240 | 2011-08-07 |
| 30 | 三五刺猬 | 中国 | 42 | 8494590 | 2011-07-28 |
| 31 | CIWEI | 中国 | 28 | 8499954 | 2011-07-28 |
| 32 | CIWEI | 中国 | 32 | 8499901 | 2011-07-28 |
| 33 | CIWEI | 中国 | 30 | 8499883 | 2011-07-28 |
| 34 | CIWEI | 中国 | 33 | 8499924 | 2011-07-28 |
| 35 | 应用市场 35 | 中国 | 41 | 9698090 | 2012-08-21 |
| 36 | 图形 | 中国 | 42 | 9703510 | 2012-08-21 |
| 37 | 图形 | 中国 | 42 | 9703529 | 2012-08-21 |
| 38 | 图形 | 中国 | 42 | 9703541 | 2012-08-21 |
| 39 | 图形 | 中国 | 09 | 9703711 | 2012-08-21 |
| 40 | 图形 | 中国 | 09 | 9703729 | 2012-08-21 |
| 41 | 35 即时邮 35 刺猬企业邮局 | 中国 | 42 | 9703666 | 2012-09-21 |
| 42 | 图形 | 中国 | 09 | 9708915 | 2013-01-28 |
| 43 | 图形 | 中国 | 38 | 9708569 | 2012-08-21 |
| 44 | 三五互联 | 中国 | 09 | 9709006 | 2014-07-28 |
| 45 | 35 即时邮 35 刺猬企业邮局 | 中国 | 38 | 9708664 | 2012-11-07 |
| 46 | 图形 | 中国 | 09 | 10207136 | 2013-01-21 |
| 47 | E 企聊 | 中国 | 42 | 13695397 | 2015-03-07 |
| 48 | E 企聊 | 中国 | 09 | 13695306 | 2015-02-21 |
| 49 | E 企聊 | 中国 | 35 | 13695533 | 2015-02-21 |



北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

珑升科技股份有限公司拟转让商标事宜所涉及的该部分商标资产评估报告

| 序号 | 商标名称 | 申请国家/地区 | 国际分类 | 申请号 | 注册日期 |
|------|----------|----------------|----------|--------|----------|
| 50 | E 企聊 | 中国 | 41 | 13695438 | 2015-02-21 |
| 51 | 三五互联 | 中国 | 41 | 14210116 | 2015-05-07 |
| 52 | 三五互联 | 中国 | 45 | 14210135 | 2015-05-07 |
| 53 | 三五互联 | 中国 | 42 | 14209905 | 2015-06-14 |
| 54 | 三五互联 | 中国 | 09 | 14209952 | 2016-06-28 |
| 55 | 三五互联 | 中国 | 38 | 14210059 | 2015-05-07 |
| 56 | 三五互联 | 中国 | 35 | 14209995 | 2015-04-28 |
| 57 | 邮洽 | 中国 | 38 | 14293025 | 2015-05-14 |
| 58 | 邮洽 | 中国 | 09 | 14292974 | 2015-05-14 |
| 59 | 三五企业邮箱 | 中国 | 35 | 16088482 | 2016-03-14 |
| 60 | 三五企业邮箱 | 中国 | 42 | 16088760 | 2016-03-07 |
| 61 | 三五企业邮箱 | 中国 | 09 | 16088427 | 2016-06-21 |
| 62 | 三五企业邮箱 | 中国 | 38 | 16088764 | 2016-03-07 |
| 63 | 三五企业邮箱 | 中国 | 41 | 16088671 | 2016-03-14 |
| 64 | EQ | 中国 | 09 | 28928427 | 2019-01-07 |
| 65 | 即时语 | 中国 | 42 | 33018363 | 2019-06-28 |
| 66 | 云门户 | 中国 | 42 | 36137389 | 2019-09-14 |
| 67 | 云门户 | 中国 | 09 | 36145570 | 2019-09-14 |
| 68 | 35 云门户 | 中国 | 42 | 36139908 | 2019-09-14 |
| 69 | 35 云门户 | 中国 | 09 | 36130399 | 2019-09-14 |
| 70 | 刺猬宝宝 | 中国 | 07 | 42768808 | 2020-08-28 |
| 71 | 刺猬宝宝 | 中国 | 40 | 42764787 | 2020-08-28 |
| 72 | EQ | 中国 | 09 | 52015913 | 2021-08-14 |
| 73 | 刺猬 | 中国 | 31 | 52002988 | 2021-10-21 |
| 74 | 三五名片链 | 中国 | 42 | 52501070 | 2021-09-28 |
| 75 | 35 企业邮箱 | 中国 | 35 | 65336154 | 2022-12-14 |
| 76 | 三五营销邮 | 中国 | 42 | 70243790 | 2023-03-16 |
| 77 | 刺猬响站 WEBSITE TEMPLATES | 中国 | 42 | 70232471 | 2023-03-16 |
| 78 | 三五主机 | 中国 | 09 | 70235081 | 2023-03-16 |
| 79 | 三五主机 | 中国 | 42 | 70222994 | 2023-03-16 |
| 80 | 图形 | 中国 | 09 | 70228368 | 2023-03-16 |
| 81 | 三五营销邮 | 中国 | 09 | 70224997 | 2023-03-16 |
| 82 | 图形 | 中国 | 42 | 70222982 | 2023-03-16 |
| 83 | 三五营销邮 | 中国 | 35 | 70239240 | 2023-03-16 |
| 84 | 三五互联 | 中国 | 9 | 74258280 | 2023-9-22 |
| 85 | 35 CRM | 中国 | 42 | 8132558 | 2013-11-21 |

委托评估对象和评估范围与经济行为涉及的评估对象与评估范围一致。

## 四、价值类型

本次根据评估目的，确定评估对象的价值类型为市场价值。

市场价值是指自愿买方和自愿卖方，在各自理性行事且未受任何强迫的情况下，评估对象在评估基准日进行正常公平交易的价值估计数额。

## 五、评估基准日

（一）本业务评估基准日为 2024 年 5 月 31 日。

（二）按照评估基准日尽可能与资产评估应对的经济行为实现日接近的原则，由委托人确定评估基准日。

（三）本次资产评估的工作中，评估范围的界定、评估参数的选取、评估价值的确定等，均以评估基准日企业的财务报表、外部经济环境以及市场情况确定。本报告中一切取价标准均为评估基准日有效的价格标准。

## 六、评估依据

（一）经济行为依据

《珐升科技股份有限公司总经理办公会会议纪要》

（二）法律法规依据

1、《中华人民共和国民法典》（（2020 年 5 月 28 日第十三届全国人民代表大会第三次会议通过）；

2、《中华人民共和国资产评估法》（2016 年 7 月 2 日第十二届全国人民代表大会常务委员会第二十一次会议通过）；

3、《中华人民共和国证券法》（2019 年 12 月 28 日第十三届全国人民代表大会常务委员会第十五次会议第二次修订，于 2020 年 3 月 1 日起施行）；

4、《中华人民共和国商标法》（中华人民共和国主席令第 29 号， 2019 年 11

月 01 日）；

　　5、《企业会计准则——基本准则》（财政部令第 33 号）；

　　6、其他法律法规；

　　7、其他会计相关准则。

　　（三）评估准则依据

　　1、《资产评估基本准则》（财资[2017]43 号）；

　　2、《资产评估职业道德准则》（中评协[2017]30 号）；

　　3、《资产评估执业准则—资产评估程序》（中评协[2018]36 号）；

　　4、《资产评估执业准则—资产评估报告》（中评协[2018]35 号）；

　　5、《资产评估执业准则—资产评估委托合同》（中评协[2017]33 号）；

　　6、《资产评估执业准则—资产评估档案》（中评协[2018]37 号）；

　　7、《资产评估执业准则—无形资产》（中评协[2017]37 号）；

　　8、《资产评估执业准则—资产评估方法》（中评协[2019]35 号）；

　　9、《商标资产评估指导意见》（中评协〔2017〕51 号）；

　　10、《资产评估机构业务质量控制指南》（中评协[2017]46 号）；

　　11、《资产评估价值类型指导意见》（中评协[2017]47 号）；

　　12、《资产评估对象法律权属指导意见》（中评协[2017]48 号）；

　　13、《资产评估执业准则——知识产权》中评协[2023]14 号；

　　14、《资产评估准则术语 2020》（中评协[2020]31 号）；

　　15、《中国资产评估协会资产评估业务报备管理办法》（中评协〔2021〕30 号）。

　　（四）权属依据

　　1、商标证书及相关申请文件等；

　　2、其它有关产权证明文件。

　　（五）取价依据

　　1、《资产评估常用数据与参数手册》；

　　2、评估人员现场勘察记录及收集的其他相关估价信息资料；

　　3、评估机构收集的有关询价资料、参数资料；

　　4、产权持有人提供的其它评估相关资料。



（六）其他参考依据

产权持有人提供的《资产评估申报表》。

# 七、评估方法

根据评估目的、评估对象、价值类型、资料收集情况等相关条件，以及收益法、成本法、市场法三种评估基本方法的适用条件，本次评估选用成本法进行评估。评估方法选择理由如下：

收益法是通过预测无形资产所产生的未来预期收益并将其折现来确定无形资产价值的方法。一般而言，采用收益法评估的无形资产需要对企业的营业收入产生贡献，带来稳定的现金流，且可以合理确定收益期限及折现率。纳入本次评估范围的商标共 83 项，均为普通商标，仅作日常标识使用，对于产品的销售等贡献不明显，故不适用收益法。

成本法是通过估算无形资产重置成本来评估无形资产价值的方法。无形资产的成本包括研制或取得、持有期间的全部物化劳动和活劳动的费用支出。根据调查了解，纳入本次评估范围的无形资产在研发及申请注册过程中发生的成本费用归集完整，即重置上述无形资产技术上可行，重置其所需要物化劳动易于计量，故适用成本法评估。

市场法是将被评估无形资产与可比无形资产的交易案例进行比较修正后确定无形资产价值的方法。由于纳入本次评估范围的无形资产是企业自主研发，具有独特性和不可复制性，缺乏充分发育、活跃的交易市场，难以从市场中选择参照物，故不适用市场法。

具体评估方法介绍如下：

商标资产价值=商标注册费用+商标设计费用+维护费+宣传费+合理利润+相关税费

# 八、评估程序实施过程和情况

北方亚事资产评估有限责任公司接受珐升科技股份有限公司的委托，评估人员于 2024 年 6 月 17 日至 2024 年 6 月 21 日对纳入评估范围内的全部资产进行了必要的核实及查对，查阅了有关账目、产权证明及其他文件资料，完成了必要的评估程序。在此基础上根据本次评估目的和委估资产的具体情况，采用成本法对珐升科技股份有限公司拟转让的商标资产进行了评定估算。整个评估过程包括接受委托、评估准备、现场清查核实、评定估算、评估汇总及提交报告等，具体评估过程如下：

（一）明确评估业务基本事项

由我公司业务负责人与委托人代表商谈明确委托人、产权持有人和委托人以外的其他评估报告使用者；评估目的；评估对象和评估范围；价值类型；评估基准日；评估报告使用限制；评估报告提交时间及方式；委托人配合和协助资产评估等其他重要事项。

（二）签订资产评估委托合同

根据评估业务具体情况，我公司对自身专业胜任能力、独立性和业务风险进行综合分析和评价，并由评估机构决定承接该评估业务。

（三）编制评估计划

我公司承接该评估业务后，立即组织资产评估师编制了评估计划。评估计划包括评估的具体步骤、时间进度、人员安排和技术方案等内容。

（四）现场调查

根据评估业务具体情况，我们对评估对象进行了适当的现场调查。包括：

要求委托人和产权持有人提供涉及评估对象和评估范围的详细资料；

要求委托人或者产权持有人对其提供的评估明细表及相关证明材料以签名、盖章或者其他方式进行确认；

资产评估师通过询问、函证、核对、勘查、检查等方式进行调查，获取评估业务需要的基础资料，了解评估对象现状，关注评估对象法律权属；

对无法或者不宜对评估范围内所有资产等有关内容进行逐项调查的，根据重

要程度采用抽查等方式进行调查。

（五）收集评估资料

我们根据评估业务具体情况收集评估资料，并根据评估业务需要和评估业务实施过程中的情况变化及时补充收集评估资料。这些资料包括：

直接从市场等渠道独立获取的资料，从委托人、产权持有人等相关当事方获取的资料，以及从各类专业机构和其他相关部门获取的资料；

查询记录、询价结果、检查记录、行业资讯、分析资料等形式；

资产评估师根据评估业务具体情况对收集的评估资料进行必要分析、归纳和整理形成的资料。

（六）评定估算

评估的主要工作：按资产类别进行价格查询和市场询价的基础上，选择合适的测算方法，估算各类资产评估值，并进行汇总分析，初步确定评估结果。

（七）编制和提交评估报告

在上述工作的基础上，起草资产评估报告初稿。我公司内部对评估报告初稿和工作底稿进行三级审核后，与委托人、产权持有人就评估报告有关内容进行必要沟通。在全面考虑有关意见后，对评估结论进行必要的调整、修改和完善，然后重新按我公司内部资产评估报告三审制度和程序对报告进行审核后，向委托人提交正式评估报告。

# 九、评估假设

由于企业所处运营环境的变化以及不断变化着的影响资产价值的种种因素，必须建立一些假设以便资产评估师对资产进行价值判断，充分支持我们所得出的评估结论。本次评估是建立在以下前提和假设条件下的：

（一）一般假设

1、交易假设

交易假设是假定所有待评估资产已经处在交易的过程中，评估师根据待评估资产的交易条件等模拟市场进行估价。交易假设是资产评估得以进行的一个最基

本的前提假设。

2、公开市场假设

公开市场假设是假定在市场上交易的资产，或拟在市场上交易的资产，资产交易双方彼此地位平等，彼此都有获取足够市场信息的机会和时间，以便于对资产的功能、用途及其交易价格等做出理智的判断。公开市场假设以资产在市场上可以公开买卖为基础。

3、持续使用假设

持续使用假设首先设定被评估资产正处于使用状态，包括正在使用中的资产和备用的资产；其次根据有关数据和信息，推断这些处于使用状态的资产还将继续使用下去。

（二）特殊假设

1、假设国家宏观经济形势及现行的有关法律、法规、政策，无重大变化。

2、假设产权持有人所在的行业保持稳定发展态势，行业政策、管理制度及相关规定无重大变化。

3、假设国家有关赋税基准及税率、政策性征收费用等不发生重大变化。

4、假设无其他人力不可抗拒因素及不可预见因素，造成对企业重大不利影响。

5、假设本次评估测算的各项参数取值是按照现时价格体系确定的，未考虑基准日后通货膨胀因素的影响。

# 十、评估结论

根据国家有关资产评估的规定，本着独立、客观、公正的原则及履行必要的评估程序，对珵升科技股份有限公司拟转让商标事宜所涉及的该部分商标采用成本法进行了评估。根据以上评估工作，评估结论如下：

成本法评估后的珵升科技股份有限公司拟转让的商标资产为30.31万元。

# 十一、特别事项说明

本评估报告使用者应对特别事项对评估结论产生的影响予以关注。

（一）重要的利用专家工作及相关报告情况

无。

（二）权属等主要资料不完整或者存在瑕疵的情形

无。

（三）评估基准日至评估报告日之间可能对评估结论产生影响的事项

1、评估基准日期后事项系评估基准日至评估报告日之间发生的重大事项；

2、在评估基准日后，当被评估资产因不可抗力而发生拆除、毁损、灭失，往来账款等产生坏账等影响资产价值的期后事项时，不能直接使用评估结论；

3、发生评估基准日期后重大事项时，不能直接使用本评估结论。在本次评估结果有效期内若资产数量发生变化，应根据原评估方法对评估价值进行相应调整。

（四）需要说明的其他问题

1、本评估报告是在独立、客观、公正的原则下做出的，遵循了有关的法律、法规的规定。我公司及所有参加评估的人员与委托人及有关当事人之间无任何特殊利害关系，评估人员在整个评估过程中，始终恪守职业道德和规范。

2、本评估报告中涉及的有关企业经营的一般资料、产权资料、政策文件及相关材料由委托人及产权持有人负责提供，对其真实性、合法性由委托人及产权持有人承担相关的法律责任，资产评估师执行资产评估业务的目的是对评估对象的价值进行估算并发表专业意见，对评估对象的法律权属确认或发表意见超出了资产评估的执业范围，因此评估机构不对评估对象的法律权属提供保证。

3、对企业存在的可能影响资产评估价值的瑕疵事项，在企业委托时未作特殊说明而评估人员已履行评估程序仍无法获知的情况下，评估机构及评估人员不承担相关责任。

5、评估报告附件与报告正文配套使用方为有效。

## 十二、评估报告使用限制说明

（一）本评估报告只能用于评估报告载明的评估目的和用途，由评估报告载明的评估报告使用者使用；本事务所不对报告使用者运用本报告于本次评估目的以外的经济行为所产生的后果负责。

（二）委托人或者其他资产评估报告使用人应按照法律、行政法规规定和资产评估报告载明的使用范围使用资产评估报告的，资产评估机构及其资产评估专业人员不承担责任。

（三）除委托人、资产评估委托合同中约定的其他资产评估报告使用人和法律、行政法规规定的资产评估报告使用人之外，其他任何机构和个人不能成为资产评估报告的使用人。

本评估报告的全部或者部分内容被摘抄、引用或者被披露于公开媒体，需评估机构审阅相关内容，法律、法规规定以及相关当事方另有约定的除外。

（四）资产评估报告使用人应当正确理解和使用评估结论，评估结论不等同于评估对象可实现价格，评估结论不应当被认为是对评估对象可实现价格的保证。

## 十三、资产评估报告日

资产评估报告日为资产评估师最终专业意见形成日，本资产评估报告日为2024 年 7 月 9 日。

# 十四、资产评估专业人员签名和资产评估机构印章

北方亚事资产评估有限责任公司       资产评估师：

（盖章）            签名并盖章

资产评估师：

签名并盖章

二〇二四年七月九日

# 资产评估报告附件

(一) 与评估目的相关的经济行为文件

(二) 委托人和产权持有人营业执照；

(三) 评估对象涉及的主要权属证明资料；

(四) 委托人和其他相关当事人的承诺函；

(五) 签名资产评估师承诺函；

(六) 资产评估机构备案文件；

(七) 资产评估机构营业执照副本；

(八) 资产评估师登记卡；

(九) 资产评估明细表。

This report is prepared in accordance with the Chinese Asset Valuation Standards

Liansheng Technology Co., Ltd.

The trademark asset valuation report for the

trademark to be transferred

Northern Asian Affairs Review Report [2024] No. 01-747

(Volume 1 of 1)



北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

July 9, 2024

Liansheng Technology Co., Ltd. intends to transfer trademarks involving the trademark asset valuation report

Table of contents

Statement ................................................................1

Summary of Asset Appraisal Report......................................3

Asset Appraisal Report Content.......................................................4

1. Overview of the client, property owner and other asset appraisal report users agreed in the asset appraisal entrustment contract.....4

2. Purpose of the Assessment....................................................................5

III. Evaluation Object and Scope....................................................5

IV. Value Types...............................................................8

V. Evaluation Base Date....................................................8

VI. Evaluation Basis...............................................................8

VII. Evaluation Methods....................................................10

8. Evaluation Procedure Implementation Process and Situation...................................11

IX. Evaluation Assumptions...................................................12

10. Evaluation Conclusions...................................................13

XI. Special matters...................................................14

12. Restrictions on the use of the assessment report...................................15

13. Asset Appraisal Report Date...................................................15

XIV. Signature of asset appraisal professionals and seal of asset appraisal agency........16

Attachment to the Asset Appraisal Report...................................17

北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Machine Translated by Google

## Statement

This asset appraisal report is based on the basic asset appraisal standards issued by the Ministry of Finance and the China Asset Appraisal Association.

The asset valuation practice standards and professional ethics standards are compiled and published.

(1) The client or other user of the asset appraisal report shall comply with the provisions of laws, administrative regulations and this

The scope of use stated in the asset appraisal report is the asset appraisal report; the client or other asset appraisal report

If the user violates the above provisions and uses the asset appraisal report, the asset appraisal agency and the asset appraiser will not be held responsible.

responsibility.

This asset appraisal report is only for the client and other asset appraisal reports agreed in the asset appraisal entrustment contract.

Users and users of asset appraisal reports specified by laws and administrative regulations; in addition, any other

Institutions and individuals cannot be users of asset appraisal reports.

This asset appraisal agency and asset appraiser remind the users of asset appraisal reports to correctly understand the appraisal results.

The valuation conclusion is not equivalent to the achievable price of the valuation object, and the valuation conclusion should not be regarded as

Achievable price guarantee.

(II) This asset appraisal agency and asset appraisers shall abide by laws, administrative regulations and asset appraisal standards, and

It adheres to the principles of independence, objectivity and impartiality, and bears legal responsibility for the asset appraisal reports it issues.

(III) The list of assets involved in the appraisal object shall be declared by the client and the property right holder and signed by them.

Stamp or other methods permitted by law to confirm; the client and other relevant parties provide information to it in accordance with the law

Responsible for authenticity, integrity and legality.

(IV) The asset appraisal institution, asset appraiser and the appraisal object in the asset appraisal report do not have any existing

or expected interest relationship with the relevant parties; there is no existing or expected interest relationship with the relevant parties;

There is no prejudice.

(V) The asset appraiser has conducted on-site inspection of the subject of the asset appraisal report and the assets involved.

Investigation; have paid due attention to the legal ownership of the subject of the assessment and its assets,

The legal ownership information of the assets involved was checked, and the problems found were disclosed truthfully.

The client and other relevant parties have been asked to improve the property rights to meet the requirements for issuing an asset appraisal report.

(VI) The analysis, judgment and results in the asset appraisal report issued by this asset appraisal agency are subject to the



Liansheng Technology Co., Ltd. intends to transfer trademarks involving the trademark asset valuation report

The user of the asset appraisal report should fully consider the limitations of the assumptions and restrictions in the asset appraisal report.

The assumptions, restrictions, special matters and their impact on the evaluation conclusions.

北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Machine Translated by Google

Liansheng Technology Co., Ltd.

The part of the trademark involved in the proposed transfer of the trademark

Summary of Asset Appraisal Report

Northern Asian Affairs Review Report [2024] No. 01-747

Northern Asia Asset Appraisal Co., Ltd. accepted Liansheng Technology Co., Ltd. [hereinafter referred to as: Liansheng

Science and Technology], in accordance with the provisions of laws and administrative regulations, adhere to the principles of independence, objectivity and impartiality, and adopt

Cost method, in accordance with the necessary evaluation procedures, to assess the trademark transfer matters of Liansheng Technology Co., Ltd.

The market value of these trademarks as of May 31, 2024 has been assessed. The assessment report is summarized as follows:

1. Purpose of the evaluation: Liansheng Technology Co., Ltd. intends to transfer the trademark assets it holds and needs to

The trademark assets of the day are evaluated to provide value reference opinions for the above economic activities.

II. Evaluation object and scope: The evaluation object is the property to be transferred by Liansheng Technology Co., Ltd.

The valuation base date includes the trademark that Liansheng Technology Co., Ltd. intends to transfer.

The specific target assets are subject to the declaration of the entrusting party.

3. Value type: market value.

4. Assessment base date: May 31, 2024.

5. Evaluation method: cost method.

VI. Evaluation Conclusion:

After the cost method evaluation, the trademark assets that Liansheng Technology Co., Ltd. intends to transfer are worth RMB 303,100.

The above content is extracted from the text of the asset appraisal report. If you want to know the details of this appraisal business and correctly understand it,

The appraisal conclusion should be read through the main text of the asset appraisal report.

北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

# Liansheng Technology Co., Ltd.

## The part of the trademark involved in the proposed transfer of the trademark

## Asset Appraisal Report

Northern Asian Affairs Review Report [2024] No. 01-747

Liansheng Technology Co., Ltd.:

North Asia Asset Appraisal Co., Ltd. accepts your company's entrustment and

According to the provisions of the property valuation standards, we adhere to the principles of independence, objectivity and fairness, adopt the cost method, and make necessary assessments.

Procedures for the transfer of trademarks by Liansheng Technology Co., Ltd. in May 2024

The asset valuation report is as follows.

1. Overview of the client, property rights holder and other asset appraisal report users agreed upon in the asset appraisal entrustment contract

The client and the property owner are Liansheng Technology Co., Ltd.

Other asset appraisal report users are other report users specified by laws and regulations.

1. Overview of the client and property rights holder

Name: Liansheng Technology Co., Ltd. [hereinafter referred to as: Liansheng Technology]

Unified social credit code: 91350200751642792T

Registered address: No. 66, Tongjia East Road, Nantong High-tech Industrial Development Zone

Mailing address: Floor 1, No. 8, Guanri Road, Software Park Phase II, Torch High-tech Industrial Development Zone, Xiamen

Registered capital: RMB 365,698,690

Legal representative: Huang Mingliang

Date of establishment: 2004-04-01

Enterprise nature: Other joint stock limited companies (listed)

Business scope: Licensed items: basic telecommunications services; first-category value-added telecommunications services; second-category value-added telecommunications services



北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Liansheng Technology Co., Ltd. intends to transfer trademarks involving the trademark asset valuation report

Business; Internet information services; Internet domain name registration services (projects subject to approval according to law, approved by relevant departments

Only after approval can business activities be carried out, and the specific business projects are subject to the approval results) General projects: engineering and technical research

Research and experimental development; data processing and storage support services; software development; information system integration services; information technology

Technical consulting services; information consulting services (excluding licensing information consulting services); digital content production services (excluding

Publishing and distribution); wholesale of computer hardware and software and auxiliary equipment; retail of computer hardware and software and auxiliary equipment; mobile

Terminal equipment sales; non-residential real estate leasing; property management; marketing planning; photovoltaic equipment and components

Manufacturing; Sales of photovoltaic equipment and components; Manufacturing of special electronic materials; Sales of special electronic materials; Battery manufacturing;

Battery sales; technology import and export; goods import and export; import and export agency (except for projects that require approval according to law,

business license to independently carry out business activities in accordance with the law).

(II) Other users of asset appraisal reports as agreed upon in the asset appraisal entrustment contract

Other users of the assessment report are other users of the assessment report as stipulated by laws and regulations.

## 2. Purpose of the Assessment

Liansheng Technology Co., Ltd. intends to transfer the trademark assets it holds and needs to conduct an assessment of the trademark assets on the valuation base date.

Conduct assessment and provide value reference opinions for the above economic behaviors.

## III. Evaluation Object and Scope

The object of this appraisal is the value of the trademark assets that Liansheng Technology Co., Ltd. intends to transfer.

The trademark assets to be transferred by Liansheng Technology Co., Ltd. are included in the valuation scope on the valuation base date.

The details shall be subject to the declaration of the entrusting party].

A total of 83 trademarks were applied for, as follows:

1. Trademark

| Serial number | Brand Name | Application Country/Region | International Classification | Application Number | Registration Date |
|---|---|---|---|---|---|
| 1 | 35.com | Hong Kong | 9 | 301798570 | 2010-12-27 |
| 2 | 35.com | Hong Kong | 38 | | 2010-12-27 |
| 3 | 35.com | Madrid | 9 | 1086868 | 2011-4-27 |
| 4 | 35.com | Madrid | 38 | | 2011-4-27 |
| 5 | 35.com | Indonesia | 9 | IDM000355154 | 2011-1-7 |


北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Liansheng Technology Co., Ltd. intends to transfer trademarks involving the trademark asset valuation report

| Serial number | Brand Name | Application Country/Region | International Classification | Application Number | Registration Date |
|---|---|---|---|---|---|
| 6 | 35.com | Indonesia China | 38 | IDM000361883 | 2011-1-7 |
| 7 | Three Five | China | 38 | 3856046 | 2006-05-21 |
| 8 | 35 | | 38 | 3856045 | 2006-05-21 |
| 9 | Internet;35 | China | 35 | 5099825 | 2010-06-28 |
| 10 | Internet;35 | China | 38 | 5099826 | 2009-09-14 |
| 11 | | China | 42 | 5099823 | 2013-08-07 |
| 12 | 35.com;35 | China | 42 | 5099828 | 2010-06-14 |
| 13 | Internet;35 | China | 09 | 5099824 | 2009-06-28 |
| 14 | 35 | China | 35 | 5099852 | 2009-04-21 |
| 15 | Three Five | China | 35 | 5099840 | 2009-04-21 |
| 16 | 35 | China | 42 | 5099834 | 2013-11-07 |
| 17 | Three Five | | 41 | 5099842 | 2009-06-14 |
| 18 | Three five | China | 38 | 5099841 | 2009-09-14 |
| 19 | three five | China | 09 | 5099839 | 2009-06-28 |
| 20 | Internet; 35 | China | 41 | 5099827 | 2010-06-14 |
| 21 | Self-destructing mail | China | 42 | 6570337 | 2011-01-14 |
| 22 | EQ;35 | China | 38 | 6734744 | 2010-05-28 |
| 23 | Online Business 35 | China | 42 | 7638246 | 2013-10-14 |
| 24 | Sanwu.com | China | 45 | 8026848 | 2011-03-14 |
| 25 | Sanwu.com | China | 09 | 8026871 | 2011-03-07 |
| 26 | EQ | China | 42 | 8132492 | 2013-02-07 |
| 27 | EQ | China | 38 | 8132311 | 2013-03-07 |
| 28 | Three five hedgehogs | China | 09 | 8486569 | 2011-07-28 |
| 29 | Three five hedgehogs | China | 38 | 8491240 | 2011-08-07 |
| 30 | Three five hedgehogs | China | 42 | 8494590 | 2011-07-28 |
| 31 | CIWEI | China | 28 | 8499954 | 2011-07-28 |
| 32 | CIWEI | China | 32 | 8499901 | 2011-07-28 |
| 33 | CIWEI | China | 30 | 8499883 | 2011-07-28 |
| 34 | CIWEI | China | 33 | 8499924 | 2011-07-28 |
| 35 | Application Market 35 | China | 41 | 9698090 | 2012-08-21 |
| 36 | Graphics | China | 42 | 9703510 | 2012-08-21 |
| 37 | Graphics | China | 42 | 9703529 | 2012-08-21 |
| 38 | Graphics | China | 42 | 9703541 | 2012-08-21 |
| 39 | Graphics | China | 09 | 9703711 | 2012-08-21 |
| 40 | Graphics | China | 09 | 9703729 | 2012-08-21 |
| 41 | 35 Instant Mail 35 Hedgehog Enterprise Post Office | China | 42 | 9703666 | 2012-09-21 |
| 42 | Graphics | China | 09 | 9708915 | 2013-01-28 |
| 43 | Graphics | China | 38 | 9708569 | 2012-08-21 |
| 44 | 35.com 35 | China | 09 | 9709006 | 2014-07-28 |
| 45 | Instant Mail 35 Hedgehog Enterprise Post | China | 38 | 9708664 | 2012-11-07 |
| 46 | Office Graphics | China | 09 | 10207136 | 2013-01-21 |
| 47 | E-Chat | China | 42 | 13695397 | 2015-03-07 |
| 48 | E-Chat | China | 09 | 13695306 | 2015-02-21 |
| 49 | E-Chat | China | 35 | 13695533 | 2015-02-21 |

北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Liansheng Technology Co., Ltd. intends to transfer trademarks involving the trademark asset valuation report

| Serial number | Brand Name | Application Country/Region | International Classification | Application Number | Registration Date |
|---|---|---|---|---|---|
| 50 | E Enterprise | China | 41 | 13695438 | 2015-02-21 |
| 51 | Chat Sanwu | China | 41 | 14210116 | 2015-05-07 |
| 52 | Internet Sanwu Internet | China | 45 | 14210135 | 2015-05-07 |
| 53 | Sanwu.com | China | 42 | 14209905 | 2015-06-14 |
| 54 | Sanwu.com | China | 09 | 14209952 | 2016-06-28 |
| 55 | Sanwu.com | China | 38 | 14210059 | 2015-05-07 |
| 56 | Sanwu.com | China | 35 | 14209995 | 2015-04-28 |
| 57 | Youqia | China | 38 | 14293025 | 2015-05-14 |
| 58 | Youqia | China | 09 | 14292974 | 2015-05-14 |
| 59 | 35 enterprise mailbox | China | 35 | 16088482 | 2016-03-14 |
| 60 | 35 enterprise mailbox | China | 42 | 16088760 | 2016-03-07 |
| 61 | 35 enterprise mailbox | | 09 | 16088427 | 2016-06-21 |
| 62 | 35 Enterprise Mailbox | China | 38 | 16088764 | 2016-03-07 |
| 63 | 35 Enterprise Mailbox | China | 41 | 16088671 | 2016-03-14 |
| 64 | EQ | China | 09 | 28928427 | 2019-01-07 |
| 65 | Instant | China | 42 | 33018363 | 2019-06-28 |
| 66 | Speech Cloud | China | 42 | 36137389 | 2019-09-14 |
| 67 | Portal Cloud Portal | China | 09 | 36145570 | 2019-09-14 |
| 68 | 35 Cloud | China | 42 | 36139908 | 2019-09-14 |
| 69 | Portal35 Cloud Portal | China | 09 | 36130399 | 2019-09-14 |
| 70 | Baby Hedgehog | China | 07 | 42768808 | 2020-08-28 |
| 71 | Baby Hedgehog | China | 40 | 42764787 | 2020-08-28 |
| 72 | EQ | China | 09 | 52015913 | 2021-08-14 |
| 73 | | China | 31 | 52002988 | 2021-10-21 |
| 74 | Hedgehog 35 business | China | 42 | 52501070 | 2021-09-28 |
| 75 | card chain 35 corporate | China | 35 | 65336154 | 2022-12-14 |
| 76 | mailbox 35 marketing mailbox | China | 42 | 70243790 | 2023-03-16 |
| 77 | Hedgehog Sound Station WEBSITE TEMPLATES Sanwu | China | 42 | 70232471 | 2023-03-16 |
| 78 | Host | China | 09 | 70235081 | 2023-03-16 |
| 79 | Three five host | China | 42 | 70222994 | 2023-03-16 |
| 80 | graphics | China | 09 | 70228368 | 2023-03-16 |
| 81 | Three five marketing | China | 09 | 70224997 | 2023-03-16 |
| 82 | mail graphics | China | 42 | 70222982 | 2023-03-16 |
| 83 | Sanwu Marketing | China | 35 | 70239240 | 2023-03-16 |
| 84 | Post Sanwu Internet | China | 9 | 74258280 | 2023-9-22 |
| 85 | 35 CRM | China | 42 | 8132558 | 2013-11-21 |

The object and scope of the entrusted assessment shall be consistent with the object and scope of the assessment involved in the economic behavior.

Liansheng Technology Co., Ltd. intends to transfer trademarks involving the trademark asset valuation report

## 4. Value Type

Based on the purpose of the appraisal, the value type of the appraisal object is determined to be market value.

Market value is the value of the market between willing buyers and willing sellers, acting rationally and without any coercion.

The estimated value of the subject of appraisal in normal and arm's length transactions on the valuation base date.

## V. Assessment Base Date

(1) The valuation base date for this business is May 31, 2024.

(II) In accordance with the principle that the valuation base date should be as close as possible to the date on which the economic activities to which the asset valuation relates are realized,

The valuation base date shall be determined by the client.

(III) In this asset appraisal, the definition of the appraisal scope, the selection of appraisal parameters, and the appraisal value

The determination of the valuation base date is based on the financial statements of the enterprise, the external economic environment and the market conditions.

All pricing standards in the report are those effective on the valuation base date.

## VI. Evaluation Basis

1. Basis of economic behavior

Minutes of the General Manager's Office Meeting of Liansheng Technology Co., Ltd.

(II) Legal Basis

1. Civil Code of the People's Republic of China ((Promulgated by the Thirteenth National People's Congress on May 28, 2020)

adopted at its third session);

2. Asset Appraisal Law of the People's Republic of China (Promulgated by the 12th National People's Congress on July 2, 2016)

(adopted at the 21st meeting of the Standing Committee of the Congress);

3. Securities Law of the People's Republic of China (Promulgated by the 13th National People's Congress on December 28, 2019)

(Revised for the second time at the 15th meeting of the Standing Committee of the CPPCC, effective March 1, 2020);

4. Trademark Law of the People's Republic of China (Decree of the President of the People's Republic of China No. 29, November 2019)


北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Liansheng Technology Co., Ltd. intends to transfer trademarks involving the trademark asset valuation report

Month 01st)

5. "Enterprise Accounting Standards - Basic Standards" (Ministry of Finance Order No. 33);

6. Other laws and regulations;

7. Other accounting related standards.

   (III) Evaluation criteria

1. Basic Standards for Asset Valuation (Cai Zi [2017] No. 43);

2. Code of Ethics for Asset Appraisal (China Appraisal Association [2017] No. 30);

3. "Asset Valuation Practice Standards - Asset Valuation Procedures" (China Valuation Association [2018] No. 36);

4. "Asset Valuation Practice Standards - Asset Valuation Report" (China Valuation Association [2018] No. 35);

5. "Asset Appraisal Practice Standards - Asset Appraisal Contract" (China Appraisal Association [2017] No. 33);

6. "Asset Appraisal Practice Standards - Asset Appraisal Files" (China Appraisal Association [2018] No. 37);

7. "Asset Valuation Practice Standards - Intangible Assets" (China Valuation Association [2017] No. 37);

8. "Asset Valuation Practice Standards - Asset Valuation Methods" (China Valuation Association [2019] No. 35);

9. Guiding Opinions on Trademark Asset Valuation (China Trademark Association [2017] No. 51);

10. "Guidelines for Business Quality Control of Asset Appraisal Institutions" (China Appraisal Association [2017] No. 46);

11. Guiding Opinions on Asset Valuation Types (China Valuation Association [2017] No. 47);

12. Guiding Opinions on the Legal Ownership of Asset Appraisal Objects (China Evaluation Association [2017] No. 48);

13. "Asset Valuation Practice Standards - Intellectual Property" China Valuation Association [2023] No. 14;

14. "Terms of Asset Valuation Standards 2020" (China Valuation Association [2020] No. 31);

15. "Measures for the Management of Reporting of Asset Appraisal Business of China Appraisal Association" (China Appraisal Association [2021] No. 30).

   (IV) Basis of ownership

1. Trademark certificate and related application documents;

2. Other relevant property rights certification documents.

   (V) Pricing Basis

1. Manual of Common Data and Parameters for Asset Valuation;

2. On-site inspection records and other relevant valuation information collected by the appraiser;

3. Relevant inquiry information and parameter information collected by the evaluation agency;

4. Other assessment-related information provided by the property owner.


北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Liansheng Technology Co., Ltd. intends to transfer trademarks involving the trademark asset valuation report

(VI) Other references

"Asset Valuation Declaration Form" provided by the property right holder.

## VII. Evaluation Method

According to the relevant conditions such as the purpose of the assessment, the object of the assessment, the type of value, the data collection situation, and the income method,

The cost method and market method are the three basic evaluation methods. This evaluation uses the cost method.

The reasons for choosing the estimation method are as follows:

The income approach determines the value of intangible assets by predicting the expected future income generated by the intangible assets and discounting it.

Generally speaking, intangible assets valued using the income approach need to have a significant impact on the company's operating income.

Contribution, bring stable cash flow, and can reasonably determine the income period and discount rate. Included in the scope of this assessment

There are 83 trademarks in total, all of which are ordinary trademarks, used only as daily logos, and their contribution to product sales is unclear.

Therefore, the income approach is not applicable.

The cost approach is a method of evaluating the value of intangible assets by estimating the replacement cost of intangible assets.

The cost of a product includes all materialized labor and living labor expenses during the period of development, acquisition, and holding.

Understand the cost of the intangible assets included in the scope of this assessment during the research and development and registration process.

The set is complete, that is, it is technically feasible to replace the above-mentioned intangible assets, and the materialized labor required for replacement is easy to measure, so it is suitable

Valuation using cost approach.

The market approach is to compare the intangible asset being assessed with the transaction cases of comparable intangible assets and then determine the

Since the intangible assets included in this assessment are independently developed by the enterprise, they have unique

The uniqueness and irreproducibility of the products, the lack of a fully developed and active trading market, and the difficulty in selecting references from the market.

Therefore, market approach is not applicable.

The specific evaluation methods are as follows:

Trademark asset value = trademark registration fee + trademark design fee + maintenance fee + publicity fee + reasonable profit + related

Taxes



北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Liansheng Technology Co., Ltd. intends to transfer trademarks involving the trademark asset valuation report

8. Implementation process and status of the assessment procedure

Northern Asia Asset Appraisal Co., Ltd. accepted the commission of Liansheng Technology Co., Ltd., the appraiser

The staff conducted a review of all assets included in the assessment scope from June 17, 2024 to June 21, 2024.

The necessary verification and checking were carried out, relevant accounts, property rights certificates and other documents were reviewed, and the necessary evaluation was completed.

On this basis, according to the purpose of this appraisal and the specific circumstances of the entrusted assets, the cost method is used to appraise the assets of Liansheng.

The entire evaluation process includes accepting the commission

The specific evaluation process includes entrustment, evaluation preparation, on-site inspection and verification, assessment and estimation, evaluation summary and report submission, etc.

as follows:

1. Clarify the basic matters of assessment business

The business manager of our company will discuss with the client's representative to clarify the client, property rights holder and client.

Other users of the assessment report; assessment purpose; assessment object and scope; value type; assessment benchmark

day; restrictions on the use of the appraisal report; time and method for submitting the appraisal report; client's cooperation and assistance in asset appraisal, etc.

Other important matters.

(II) Signing of asset appraisal entrustment contract

Based on the specific circumstances of the business being assessed, our company assesses its professional competence, independence and business risks.

After comprehensive analysis and evaluation, the assessment agency will decide whether to undertake the assessment business.

3. Preparation of evaluation plan

After our company accepted the appraisal business, we immediately organized asset appraisers to prepare an appraisal plan. The appraisal plan includes:

It includes the specific steps of the assessment, time schedule, personnel arrangements and technical solutions.

4. On-site investigation

According to the specific circumstances of the assessment business, we conducted appropriate on-site investigations on the assessment objects, including:

Require the client and property holder to provide detailed information on the appraisal object and scope of the appraisal;

Require the client or property owner to sign the appraisal details and related supporting documents provided by him/her.

Confirmation by stamping or other means;

Asset appraisers conduct investigations through inquiry, confirmation, verification, investigation, and inspection to obtain the appraisal results.

The basic information required for the business, understanding the current status of the assessment object, and paying attention to the legal ownership of the assessment object;

If it is impossible or inappropriate to conduct a detailed investigation of all assets and other related contents within the scope of the assessment,


北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Liansheng Technology Co., Ltd. intends to transfer trademarks involving the trademark asset valuation report

To a certain extent, investigations shall be conducted through random sampling and other methods.

5. Collecting evaluation data

We collect assessment information based on the specific circumstances of the assessment business and

If the situation changes during the implementation process, timely collect additional assessment data. These data include:

Information obtained independently from the market and other channels, and from relevant parties such as the client and property rights holder

and information obtained from various professional institutions and other relevant departments;

Inquiry records, inquiry results, inspection records, industry information, analytical data, etc.

The asset appraiser shall make necessary analysis, summary and

Organize the formed data.

(VI) Assessment and estimation

The main work of the assessment is to select the appropriate

The measurement method is used to estimate the valuation of various types of assets, and a summary analysis is conducted to preliminarily determine the valuation results.

7. Preparation and submission of assessment reports

Based on the above work, the first draft of the asset appraisal report was drafted.

After the three-level review of the working papers, necessary communication will be conducted with the client and the property owner on the contents of the appraisal report.

After fully considering the relevant opinions, make necessary adjustments, revisions and improvements to the evaluation conclusions, and then re-

After reviewing the report according to our company's internal asset appraisal report three-review system and procedures, we submit the final report to the client.

Evaluation report.

IX. Evaluating Assumptions

Due to changes in the business environment and the ever-changing factors that affect asset value,

Some assumptions must be made in order for the appraiser to make a judgment on the value of the asset and fully support the conclusion we have drawn.

Evaluation conclusion. This evaluation is based on the following premises and assumptions:

1. General assumptions

1. Transaction Assumptions

The transaction assumption is that all assets to be appraised are already in the process of being traded.

The transaction assumption is the most basic premise for asset valuation.


北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Machine Translated by Google

Liansheng Technology Co., Ltd. intends to transfer trademarks involving the trademark asset valuation report

This premise assumption.

2. Open Market Hypothesis

The open market hypothesis assumes that assets traded in the market, or assets intended to be traded in the market,

Both parties are equal in status and have the opportunity and time to obtain sufficient market information to facilitate the asset

The public market assumes that assets can be traded publicly in the market.

Opening trading is based on.

3. Continuous Use Assumption

The continuing use assumption first assumes that the asset being assessed is in use, including assets in use.

and spare assets; secondly, based on relevant data and information, it is inferred that these assets in use will continue to be used.

Keep using it.

(II) Special assumptions

1. It is assumed that there will be no major changes in the national macroeconomic situation and the current laws, regulations and policies.

2. Assuming that the industry in which the property rights holder is located maintains a stable development trend, the industry policies, management systems and related

There are no major changes to the relevant regulations.

3. It is assumed that there will be no major changes in the country's tax bases, tax rates, policy-based collection fees, etc.

4. Assume that there are no other force majeure and unforeseen factors that cause significant adverse effects on the enterprise.

5. It is assumed that the values of various parameters in this evaluation are determined according to the current price system, without considering the basic

The impact of future inflation factors.


## 10. Evaluation Conclusion


In accordance with the relevant national regulations on asset valuation, we will adhere to the principles of independence, objectivity and fairness and perform the necessary

The cost of using the trademark involved in the trademark transfer of Liansheng Technology Co., Ltd.

Based on the above evaluation work, the evaluation conclusions are as follows:

After the cost method evaluation, the trademark assets that Liansheng Technology Co., Ltd. intends to transfer are worth RMB 303,100.


北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Liansheng Technology Co., Ltd. intends to transfer trademarks involving the trademark asset valuation report

# 11. Special matters

Users of this assessment report should pay attention to the impact of special matters on the assessment conclusions.

1. Important expert work and related reports

none.

(II) Situations where the main information such as ownership is incomplete or has defects

none.

(III) Matters that may have an impact on the valuation conclusion between the valuation base date and the valuation report date

1. Events after the valuation base date are major events that occurred between the valuation base date and the valuation report date;

2. After the valuation base date, if the assessed assets are demolished, damaged or lost due to force majeure,

When there are post-period events that affect the value of assets, such as bad debts, etc., the valuation conclusion cannot be used directly;

3. If a major event occurs after the valuation base date, this valuation conclusion cannot be used directly.

If the number of assets changes during the validity period of the results, the assessed value should be adjusted accordingly based on the original assessment method.

(IV) Other issues that need to be explained

1. This evaluation report is made on the principles of independence, objectivity and fairness, and complies with relevant laws,

There is no special relationship between our company and all the personnel participating in the assessment and the client and the relevant parties.

In the entire evaluation process, the evaluators always abide by professional ethics and norms.

2. General information, property information, policy documents and other relevant information on business operations involved in this assessment report.

The client and the property owner are responsible for providing the relevant materials, and their authenticity and legality shall be verified by the client and the property owner.

The purpose of asset appraisers in performing asset appraisal business is to determine the value of the appraised object.

The valuation is estimated and professional opinions are expressed, and the confirmation or opinion on the legal ownership of the assessed object exceeds the asset value.

The appraisal agency does not guarantee the legal ownership of the appraisal object.

3. No special consideration was given to the defects of the enterprise that may affect the asset valuation when the enterprise entrusted the project.

If the evaluator has completed the evaluation procedures but still cannot obtain the information, the evaluation agency and the evaluator shall not be liable.

Assume relevant responsibilities.

5. The appendix to the evaluation report is valid only when used in conjunction with the main body of the report.


北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Machine Translated by Google

Liansheng Technology Co., Ltd. intends to transfer trademarks involving the trademark asset valuation report

## 12. Restrictions on the Use of the Assessment Report

(I) This assessment report can only be used for the assessment purpose and use stated in the assessment report.

The firm does not warrant that the user of the report will use this report for the purpose of this assessment.

Responsible for the consequences of external economic activities.

(ii) The client or other user of the asset appraisal report shall comply with the provisions of laws, administrative regulations and the

The scope of use stated in the appraisal report. If an asset appraisal report is used, the asset appraisal institution and its asset appraisal professional

Personnel are not responsible.

(III) In addition to the client, other users of the asset appraisal report agreed upon in the asset appraisal entrustment contract, and legal persons,

Except for the users of asset appraisal reports specified in administrative regulations, no other institutions or individuals can become users of asset appraisal reports.

Users of the assessment report.

All or part of the contents of this evaluation report have been excerpted, quoted or disclosed in the public media.

The agency reviews relevant content, except as otherwise provided by laws, regulations or agreed upon by relevant parties.

(IV) Users of asset appraisal reports shall correctly understand and use the appraisal conclusions.

The valuation subject can achieve a price, and the valuation conclusion should not be considered as a guarantee of the achievable price of the valuation subject.

## 13. Asset Appraisal Report Date

The asset appraisal report date is the date on which the asset appraiser's final professional opinion is formed.

July 9, 2024.

北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Machine Translated by Google

Liansheng Technology Co., Ltd. intends to transfer trademarks involving the trademark asset valuation report

14. Signature of asset appraisal professionals and seal of asset appraisal institution

Northern Asia Asset Appraisal Co., Ltd.                    Asset Appraiser:

(stamp)                                                    Sign and stamp

Asset Appraiser:

Sign and stamp

July 9, 2024

北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Liansheng Technology Co., Ltd. intends to transfer trademarks involving the trademark asset valuation report

## Asset Appraisal Report Attachment

(I) Economic behavior documents related to the assessment purpose

(2) Business licenses of the client and the property owner;

(3) Documents proving the main ownership rights of the subject of the assessment;

(iv) a letter of commitment from the client and other relevant parties;

(5) A signed letter of commitment from the asset appraiser;

(6) Record keeping documents of the asset appraisal institution;

(VII) A copy of the business license of the asset appraisal agency;

(8) Asset appraiser registration card;

(IX) Assets valuation details list.