# Exhibit 2

本报告依据中国资产评估准则编制

# 琏升科技股份有限公司
# 拟转让商标事宜所涉及的该部分商标
# 资产评估报告

北方亚事评报字[2024]第 01-747 号

（共一册　第一册）

YS
PARTNER
北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

二〇二四年七月九日

# 目 录

声 明 ........ 1
资产评估报告摘要 ........ 3
资产评估报告正文 ........ 4
一、委托人、产权持有人和资产评估委托合同约定的其他资产评估报告使用人概况 ........ 4
二、评估目的 ........ 5
三、评估对象和评估范围 ........ 5
四、价值类型 ........ 8
五、评估基准日 ........ 8
六、评估依据 ........ 8
七、评估方法 ........ 10
八、评估程序实施过程和情况 ........ 11
九、评估假设 ........ 12
十、评估结论 ........ 13
十一、特别事项说明 ........ 14
十二、评估报告使用限制说明 ........ 15
十三、资产评估报告日 ........ 15
十四、资产评估专业人员签名和资产评估机构印章 ........ 16
资产评估报告附件 ........ 17

# 声　明

本资产评估报告依据财政部发布的资产评估基本准则和中国资产评估协会发布的资产评估执业准则和职业道德准则编制。

（一）委托人或者其他资产评估报告使用人应当按照法律、行政法规规定及本资产评估报告载明的使用范围使用资产评估报告；委托人或者其他资产评估报告使用人违反前述规定使用资产评估报告的，本资产评估机构及资产评估师不承担责任。

本资产评估报告仅供委托人、资产评估委托合同中约定的其他资产评估报告使用人和法律、行政法规规定的资产评估报告使用人使用；除此之外，其他任何机构和个人不能成为资产评估报告的使用人。

本资产评估机构及资产评估师提示资产评估报告使用人应当正确理解评估结论，评估结论不等同于评估对象可实现价格，评估结论不应当被认为是对评估对象可实现价格的保证。

（二）本资产评估机构及资产评估师遵守法律、行政法规和资产评估准则，坚持独立、客观和公正的原则，并对所出具的资产评估报告依法承担责任。

（三）评估对象涉及的资产清单由委托人、产权持有人申报并经其采用签名、盖章或法律允许的其他方式确认；委托人和其他相关当事人依法对其提供资料的真实性、完整性、合法性负责。

（四）本资产评估机构及资产评估师与资产评估报告中的评估对象没有现存或者预期的利益关系；与相关当事人没有现存或者预期的利益关系，对相关当事人不存在偏见。

（五）资产评估师已经对资产评估报告中的评估对象及其涉及资产进行现场调查；已经对评估对象及其涉及资产的法律权属状况给予必要的关注，对评估对象及其涉及资产的法律权属资料进行了查验，对已经发现的问题进行了如实披露，并且已提请委托人及其他相关当事人完善产权以满足出具资产评估报告的要求。

（六）本资产评估机构出具的资产评估报告中的分析、判断和结果受资产评估

报告中假设和限制条件的限制，资产评估报告使用人应当充分考虑资产评估报告中载明的假设、限制条件、特别事项说明及其对评估结论的影响。

# 琏升科技股份有限公司
# 拟转让商标事宜所涉及的该部分商标
# 资产评估报告摘要

**北方亚事评报字[2024]第 01-747 号**

北方亚事资产评估有限责任公司接受琏升科技股份有限公司【以下简称：琏升科技】的委托，按照法律、行政法规的规定，坚持独立、客观和公正的原则，采用成本法，按照必要的评估程序，对琏升科技股份有限公司拟转让商标事宜所涉及的该部分商标在 2024 年 5 月 31 日的市场价值进行了评估。现将评估报告摘要如下：

一、评估目的：琏升科技股份有限公司拟转让持有的商标资产，需对评估基准日商标资产进行评估，为上述经济行为提供价值参考意见。

二、评估对象和评估范围：本次评估对象为琏升科技股份有限公司拟转让的商标资产价值。评估基准日纳入评估范围的是琏升科技股份有限公司拟转让的商标资产【具体以委托方申报为准】。

三、价值类型：市场价值。

四、评估基准日：2024 年 5 月 31 日。

五、评估方法：成本法。

六、评估结论：

成本法评估后的琏升科技股份有限公司拟转让的商标资产为 30.31 万元。

**以上内容摘自资产评估报告正文，欲了解本评估业务的详细情况和正确理解评估结论，应当阅读资产评估报告正文。**

# 琏升科技股份有限公司<br>拟转让商标事宜所涉及的该部分商标<br>资产评估报告正文

**北方亚事评报字[2024]第 01-747 号**

**琏升科技股份有限公司：**

北方亚事资产评估有限责任公司接受贵公司的委托，按照法律、行政法规和资产评估准则的规定，坚持独立、客观和公正的原则，采用成本法，按照必要的评估程序，对琏升科技股份有限公司拟转让商标事宜所涉及的该部分商标在 2024 年 5 月 31 日的市场价值进行了评估。现将资产评估情况报告如下。

## 一、委托人、产权持有人和资产评估委托合同约定的其他资产评估报告使用人概况

委托人、产权持有人均为琏升科技股份有限公司。资产评估委托合同约定的其他资产评估报告使用人为法律法规规定的其他报告使用人。

（一）委托人暨产权持有人概况

名称：琏升科技股份有限公司【以下简称：琏升科技】

统一社会信用代码：913502007516427927

注册地址：南通高新技术产业开发区通甲东路 66 号

通信地址：厦门市火炬高新技术产业开发区软件园二期观日路 8 号一层

注册资本：36569.8690 万人民币

法定代表人：黄明良

成立日期：2004-04-01

企业性质：其他股份有限公司(上市)

经营范围：许可项目:基础电信业务；第一类增值电信业务；第二类增值电信



业务；互联网信息服务；互联网域名注册服务(依法须经批准的项目,经相关部门批准后方可开展经营活动,具体经营项目以审批结果为准)一般项目:工程和技术研究和试验发展；数据处理和存储支持服务；软件开发；信息系统集成服务；信息技术咨询服务；信息咨询服务(不含许可类信息咨询服务)；数字内容制作服务(不含出版发行)；计算机软硬件及辅助设备批发；计算机软硬件及辅助设备零售；移动终端设备销售；非居住房地产租赁；物业管理；市场营销策划；光伏设备及元器件制造；光伏设备及元器件销售；电子专用材料制造；电子专用材料销售；电池制造；电池销售；技术进出口；货物进出口；进出口代理(除依法须经批准的项目外,凭营业执照依法自主开展经营活动)。

（二）资产评估委托合同约定的其他资产评估报告使用人

其他评估报告使用人为法律法规规定的其他评估报告使用人。

## 二、评估目的

琏升科技股份有限公司拟转让持有的商标资产，需对评估基准日商标资产进行评估，为上述经济行为提供价值参考意见。

## 三、评估对象和评估范围

本次评估对象为琏升科技股份有限公司拟转让的商标资产价值。

评估基准日纳入评估范围的是琏升科技股份有限公司拟转让的商标资产【具体以委托方申报为准】。

申报的商标共 83 项，具体如下：

1、商标

| 序号 | 商标名称 | 申请国家/地区 | 国际分类 | 申请号 | 注册日期 |
|---|---|---|---|---|---|
| 1 | 35.com | 香港 | 9 | 301798570 | 2010-12-27 |
| 2 | 35.com | 香港 | 38 | | 2010-12-27 |
| 3 | 35.com | 马德里 | 9 | 1086868 | 2011-4-27 |
| 4 | 35.com | 马德里 | 38 | | 2011-4-27 |
| 5 | 35.com | 印度尼西亚 | 9 | IDM000355154 | 2011-1-7 |

| 序号 | 商标名称 | 申请国家/地区 | 国际分类 | 申请号 | 注册日期 |
|---|---|---|---|---|---|
| 6 | 35.com | 印度尼西亚 | 38 | IDM000361883 | 2011-1-7 |
| 7 | 三五 | 中国 | 38 | 3856046 | 2006-05-21 |
| 8 | 35 | 中国 | 38 | 3856045 | 2006-05-21 |
| 9 | 互联;35 | 中国 | 35 | 5099825 | 2010-06-28 |
| 10 | 互联;35 | 中国 | 38 | 5099826 | 2009-09-14 |
| 11 | 三五 | 中国 | 42 | 5099823 | 2013-08-07 |
| 12 | 互联;35 | 中国 | 42 | 5099828 | 2010-06-14 |
| 13 | 互联;35 | 中国 | 09 | 5099824 | 2009-06-28 |
| 14 | 35 | 中国 | 35 | 5099852 | 2009-04-21 |
| 15 | 三五 | 中国 | 35 | 5099840 | 2009-04-21 |
| 16 | 35 | 中国 | 42 | 5099834 | 2013-11-07 |
| 17 | 三五 | 中国 | 41 | 5099842 | 2009-06-14 |
| 18 | 三五 | 中国 | 38 | 5099841 | 2009-09-14 |
| 19 | 三五 | 中国 | 09 | 5099839 | 2009-06-28 |
| 20 | 互联;35 | 中国 | 41 | 5099827 | 2010-06-14 |
| 21 | 自摧毁邮 | 中国 | 42 | 6570337 | 2011-01-14 |
| 22 | EQ;35 | 中国 | 38 | 6734744 | 2010-05-28 |
| 23 | 网商通 35 | 中国 | 42 | 7638246 | 2013-10-14 |
| 24 | 三五互联 | 中国 | 45 | 8026848 | 2011-03-14 |
| 25 | 三五互联 | 中国 | 09 | 8026871 | 2011-03-07 |
| 26 | EQ | 中国 | 42 | 8132492 | 2013-02-07 |
| 27 | EQ | 中国 | 38 | 8132311 | 2013-03-07 |
| 28 | 三五刺猬 | 中国 | 09 | 8486569 | 2011-07-28 |
| 29 | 三五刺猬 | 中国 | 38 | 8491240 | 2011-08-07 |
| 30 | 三五刺猬 | 中国 | 42 | 8494590 | 2011-07-28 |
| 31 | CIWEI | 中国 | 28 | 8499954 | 2011-07-28 |
| 32 | CIWEI | 中国 | 32 | 8499901 | 2011-07-28 |
| 33 | CIWEI | 中国 | 30 | 8499883 | 2011-07-28 |
| 34 | CIWEI | 中国 | 33 | 8499924 | 2011-07-28 |
| 35 | 应用市场 35 | 中国 | 41 | 9698090 | 2012-08-21 |
| 36 | 图形 | 中国 | 42 | 9703510 | 2012-08-21 |
| 37 | 图形 | 中国 | 42 | 9703529 | 2012-08-21 |
| 38 | 图形 | 中国 | 42 | 9703541 | 2012-08-21 |
| 39 | 图形 | 中国 | 09 | 9703711 | 2012-08-21 |
| 40 | 图形 | 中国 | 09 | 9703729 | 2012-08-21 |
| 41 | 35 即时邮 35 刺猬企业邮局 | 中国 | 42 | 9703666 | 2012-09-21 |
| 42 | 图形 | 中国 | 09 | 9708915 | 2013-01-28 |
| 43 | 图形 | 中国 | 38 | 9708569 | 2012-08-21 |
| 44 | 三五互联 | 中国 | 09 | 9709006 | 2014-07-28 |
| 45 | 35 即时邮 35 刺猬企业邮局 | 中国 | 38 | 9708664 | 2012-11-07 |
| 46 | 图形 | 中国 | 09 | 10207136 | 2013-01-21 |
| 47 | E 企聊 | 中国 | 42 | 13695397 | 2015-03-07 |
| 48 | E 企聊 | 中国 | 09 | 13695306 | 2015-02-21 |
| 49 | E 企聊 | 中国 | 35 | 13695533 | 2015-02-21 |



| 序号 | 商标名称 | 申请国家/地区 | 国际分类 | 申请号 | 注册日期 |
|---|---|---|---|---|---|
| 50 | E 企聊 | 中国 | 41 | 13695438 | 2015-02-21 |
| 51 | 三五互联 | 中国 | 41 | 14210116 | 2015-05-07 |
| 52 | 三五互联 | 中国 | 45 | 14210135 | 2015-05-07 |
| 53 | 三五互联 | 中国 | 42 | 14209905 | 2015-06-14 |
| 54 | 三五互联 | 中国 | 09 | 14209952 | 2016-06-28 |
| 55 | 三五互联 | 中国 | 38 | 14210059 | 2015-05-07 |
| 56 | 三五互联 | 中国 | 35 | 14209995 | 2015-04-28 |
| 57 | 邮洽 | 中国 | 38 | 14293025 | 2015-05-14 |
| 58 | 邮洽 | 中国 | 09 | 14292974 | 2015-05-14 |
| 59 | 三五企业邮箱 | 中国 | 35 | 16088482 | 2016-03-14 |
| 60 | 三五企业邮箱 | 中国 | 42 | 16088760 | 2016-03-07 |
| 61 | 三五企业邮箱 | 中国 | 09 | 16088427 | 2016-06-21 |
| 62 | 三五企业邮箱 | 中国 | 38 | 16088764 | 2016-03-07 |
| 63 | 三五企业邮箱 | 中国 | 41 | 16088671 | 2016-03-14 |
| 64 | EQ | 中国 | 09 | 28928427 | 2019-01-07 |
| 65 | 即时语 | 中国 | 42 | 33018363 | 2019-06-28 |
| 66 | 云门户 | 中国 | 42 | 36137389 | 2019-09-14 |
| 67 | 云门户 | 中国 | 09 | 36145570 | 2019-09-14 |
| 68 | 35 云门户 | 中国 | 42 | 36139908 | 2019-09-14 |
| 69 | 35 云门户 | 中国 | 09 | 36130399 | 2019-09-14 |
| 70 | 刺猬宝宝 | 中国 | 07 | 42768808 | 2020-08-28 |
| 71 | 刺猬宝宝 | 中国 | 40 | 42764787 | 2020-08-28 |
| 72 | EQ | 中国 | 09 | 52015913 | 2021-08-14 |
| 73 | 刺猬 | 中国 | 31 | 52002988 | 2021-10-21 |
| 74 | 三五名片链 | 中国 | 42 | 52501070 | 2021-09-28 |
| 75 | 35 企业邮箱 | 中国 | 35 | 65336154 | 2022-12-14 |
| 76 | 三五营销邮 | 中国 | 42 | 70243790 | 2023-03-16 |
| 77 | 刺猬响站 WEBSITE TEMPLATES | 中国 | 42 | 70232471 | 2023-03-16 |
| 78 | 三五主机 | 中国 | 09 | 70235081 | 2023-03-16 |
| 79 | 三五主机 | 中国 | 42 | 70222994 | 2023-03-16 |
| 80 | 图形 | 中国 | 09 | 70228368 | 2023-03-16 |
| 81 | 三五营销邮 | 中国 | 09 | 70224997 | 2023-03-16 |
| 82 | 图形 | 中国 | 42 | 70222982 | 2023-03-16 |
| 83 | 三五营销邮 | 中国 | 35 | 70239240 | 2023-03-16 |
| 84 | 三五互联 | 中国 | 9 | 74258280 | 2023-9-22 |
| 85 | 35 CRM | 中国 | 42 | 8132558 | 2013-11-21 |

委托评估对象和评估范围与经济行为涉及的评估对象与评估范围一致。

# 四、价值类型

本次根据评估目的，确定评估对象的价值类型为市场价值。

市场价值是指自愿买方和自愿卖方，在各自理性行事且未受任何强迫的情况下，评估对象在评估基准日进行正常公平交易的价值估计数额。

# 五、评估基准日

（一）本业务评估基准日为 2024 年 5 月 31 日。

（二）按照评估基准日尽可能与资产评估应对的经济行为实现日接近的原则，由委托人确定评估基准日。

（三）本次资产评估的工作中，评估范围的界定、评估参数的选取、评估价值的确定等，均以评估基准日企业的财务报表、外部经济环境以及市场情况确定。本报告中一切取价标准均为评估基准日有效的价格标准。

# 六、评估依据

（一）经济行为依据

《琏升科技股份有限公司总经理办公会会议纪要》

（二）法律法规依据

1、《中华人民共和国民法典》(（2020 年 5 月 28 日第十三届全国人民代表大会第三次会议通过）；

2、《中华人民共和国资产评估法》(2016 年 7 月 2 日第十二届全国人民代表大会常务委员会第二十一次会议通过)；

3、《中华人民共和国证券法》(2019 年 12 月 28 日第十三届全国人民代表大会常务委员会第十五次会议第二次修订，于 2020 年 3 月 1 日起施行)；

4、《中华人民共和国商标法》(中华人民共和国主席令第 29 号， 2019 年 11

月 01 日)；

5、《企业会计准则——基本准则》(财政部令第 33 号)；

6、其他法律法规；

7、其他会计相关准则。

（三）评估准则依据

1、《资产评估基本准则》（财资[2017]43 号）；

2、《资产评估职业道德准则》（中评协[2017]30 号）；

3、《资产评估执业准则—资产评估程序》（中评协[2018]36 号）；

4、《资产评估执业准则—资产评估报告》（中评协[2018]35 号）；

5、《资产评估执业准则—资产评估委托合同》（中评协[2017]33 号）；

6、《资产评估执业准则—资产评估档案》（中评协[2018]37 号）；

7、《资产评估执业准则—无形资产》（中评协[2017]37 号）；

8、《资产评估执业准则—资产评估方法》（中评协[2019]35 号）；

9、《商标资产评估指导意见》（中评协〔2017〕51 号）；

10、《资产评估机构业务质量控制指南》（中评协[2017]46 号）；

11、《资产评估价值类型指导意见》（中评协[2017]47 号）；

12、《资产评估对象法律权属指导意见》(中评协[2017]48 号)；

13、《资产评估执业准则——知识产权》中评协[2023]14 号；

14、《资产评估准则术语 2020》（中评协[2020]31 号）；

15、《中国资产评估协会资产评估业务报备管理办法》(中评协〔2021〕30 号)。

（四）权属依据

1、商标证书及相关申请文件等；

2、其它有关产权证明文件。

（五）取价依据

1、《资产评估常用数据与参数手册》；

2、评估人员现场勘察记录及收集的其他相关估价信息资料；

3、评估机构收集的有关询价资料、参数资料；

4、产权持有人提供的其它评估相关资料。

（六）其他参考依据

产权持有人提供的《资产评估申报表》。

# 七、评估方法

根据评估目的、评估对象、价值类型、资料收集情况等相关条件，以及收益法、成本法、市场法三种评估基本方法的适用条件，本次评估选用成本法进行评估。评估方法选择理由如下：

收益法是通过预测无形资产所产生的未来预期收益并将其折现来确定无形资产价值的方法。一般而言，采用收益法评估的无形资产需要对企业的营业收入产生贡献，带来稳定的现金流，且可以合理确定收益期限及折现率。纳入本次评估范围的商标共 83 项，均为普通商标，仅作日常标识使用，对于产品的销售等贡献不明显，故不适用收益法。

成本法是通过估算无形资产重置成本来评估无形资产价值的方法。无形资产的成本包括研制或取得、持有期间的全部物化劳动和活劳动的费用支出。根据调查了解，纳入本次评估范围的无形资产在研发及申请注册过程中发生的成本费用归集完整，即重置上述无形资产技术上可行，重置其所需要物化劳动易于计量，故适用成本法评估。

市场法是将被评估无形资产与可比无形资产的交易案例进行比较修正后确定无形资产价值的方法。由于纳入本次评估范围的无形资产是企业自主研发，具有独特性和不可复制性，缺乏充分发育、活跃的交易市场，难以从市场中选择参照物，故不适用市场法。

具体评估方法介绍如下：

商标资产价值=商标注册费用+商标设计费用+维护费+宣传费+合理利润+相关税费

## 八、评估程序实施过程和情况

北方亚事资产评估有限责任公司接受珑升科技股份有限公司的委托，评估人员于 2024 年 6 月 17 日至 2024 年 6 月 21 日对纳入评估范围内的全部资产进行了必要的核实及查对，查阅了有关账目、产权证明及其他文件资料，完成了必要的评估程序。在此基础上根据本次评估目的和委估资产的具体情况，采用成本法对珑升科技股份有限公司拟转让的商标资产进行了评定估算。整个评估过程包括接受委托、评估准备、现场清查核实、评定估算、评估汇总及提交报告等，具体评估过程如下：

（一）明确评估业务基本事项

由我公司业务负责人与委托人代表商谈明确委托人、产权持有人和委托人以外的其他评估报告使用者；评估目的；评估对象和评估范围；价值类型；评估基准日；评估报告使用限制；评估报告提交时间及方式；委托人配合和协助资产评估等其他重要事项。

（二）签订资产评估委托合同

根据评估业务具体情况，我公司对自身专业胜任能力、独立性和业务风险进行综合分析和评价，并由评估机构决定承接该评估业务。

（三）编制评估计划

我公司承接该评估业务后，立即组织资产评估师编制了评估计划。评估计划包括评估的具体步骤、时间进度、人员安排和技术方案等内容。

（四）现场调查

根据评估业务具体情况，我们对评估对象进行了适当的现场调查。包括：

要求委托人和产权持有人提供涉及评估对象和评估范围的详细资料；

要求委托人或者产权持有人对其提供的评估明细表及相关证明材料以签名、盖章或者其他方式进行确认；

资产评估师通过询问、函证、核对、勘查、检查等方式进行调查，获取评估业务需要的基础资料，了解评估对象现状，关注评估对象法律权属；

对无法或者不宜对评估范围内所有资产等有关内容进行逐项调查的，根据重

要程度采用抽查等方式进行调查。

（五）收集评估资料

我们根据评估业务具体情况收集评估资料，并根据评估业务需要和评估业务实施过程中的情况变化及时补充收集评估资料。这些资料包括：

直接从市场等渠道独立获取的资料，从委托人、产权持有人等相关当事方获取的资料，以及从各类专业机构和其他相关部门获取的资料；

查询记录、询价结果、检查记录、行业资讯、分析资料等形式；

资产评估师根据评估业务具体情况对收集的评估资料进行必要分析、归纳和整理形成的资料。

（六）评定估算

评估的主要工作：按资产类别进行价格查询和市场询价的基础上，选择合适的测算方法，估算各类资产评估值，并进行汇总分析，初步确定评估结果。

（七）编制和提交评估报告

在上述工作的基础上，起草资产评估报告初稿。我公司内部对评估报告初稿和工作底稿进行三级审核后，与委托人、产权持有人就评估报告有关内容进行必要沟通。在全面考虑有关意见后，对评估结论进行必要的调整、修改和完善，然后重新按我公司内部资产评估报告三审制度和程序对报告进行审核后，向委托人提交正式评估报告。

# 九、评估假设

由于企业所处运营环境的变化以及不断变化着的影响资产价值的种种因素，必须建立一些假设以便资产评估师对资产进行价值判断，充分支持我们所得出的评估结论。本次评估是建立在以下前提和假设条件下的：

（一）一般假设

1、交易假设

交易假设是假定所有待评估资产已经处在交易的过程中，评估师根据待评估资产的交易条件等模拟市场进行估价。交易假设是资产评估得以进行的一个最基

本的前提假设。

2、公开市场假设

公开市场假设是假定在市场上交易的资产，或拟在市场上交易的资产，资产交易双方彼此地位平等，彼此都有获取足够市场信息的机会和时间，以便于对资产的功能、用途及其交易价格等做出理智的判断。公开市场假设以资产在市场上可以公开买卖为基础。

3、持续使用假设

持续使用假设首先设定被评估资产正处于使用状态，包括正在使用中的资产和备用的资产；其次根据有关数据和信息，推断这些处于使用状态的资产还将继续使用下去。

（二）特殊假设

1、假设国家宏观经济形势及现行的有关法律、法规、政策，无重大变化。

2、假设产权持有人所在的行业保持稳定发展态势，行业政策、管理制度及相关规定无重大变化。

3、假设国家有关赋税基准及税率、政策性征收费用等不发生重大变化。

4、假设无其他人力不可抗拒因素及不可预见因素，造成对企业重大不利影响。

5、假设本次评估测算的各项参数取值是按照现时价格体系确定的，未考虑基准日后通货膨胀因素的影响。

# 十、评估结论

根据国家有关资产评估的规定，本着独立、客观、公正的原则及履行必要的评估程序，对珑升科技股份有限公司拟转让商标事宜所涉及的该部分商标采用成本法进行了评估。根据以上评估工作，评估结论如下：

成本法评估后的珑升科技股份有限公司拟转让的商标资产为 30.31 万元。

# 十一、特别事项说明

本评估报告使用者应对特别事项对评估结论产生的影响予以关注。

（一）重要的利用专家工作及相关报告情况

无。

（二）权属等主要资料不完整或者存在瑕疵的情形

无。

（三）评估基准日至评估报告日之间可能对评估结论产生影响的事项

1、评估基准日期后事项系评估基准日至评估报告日之间发生的重大事项；

2、在评估基准日后，当被评估资产因不可抗力而发生拆除、毁损、灭失，往来账款产生坏账等影响资产价值的期后事项时，不能直接使用评估结论；

3、发生评估基准日期后重大事项时，不能直接使用本评估结论。在本次评估结果有效期内若资产数量发生变化，应根据原评估方法对评估价值进行相应调整。

（四）需要说明的其他问题

1、本评估报告是在独立、客观、公正的原则下做出的，遵循了有关的法律、法规的规定。我公司及所有参加评估的人员与委托人及有关当事人之间无任何特殊利害关系，评估人员在整个评估过程中，始终恪守职业道德和规范。

2、本评估报告中涉及的有关企业经营的一般资料、产权资料、政策文件及相关材料由委托人及产权持有人负责提供，对其真实性、合法性由委托人及产权持有人承担相关的法律责任，资产评估师执行资产评估业务的目的是对评估对象的价值进行估算并发表专业意见，对评估对象的法律权属确认或发表意见超出了资产评估的执业范围，因此评估机构不对评估对象的法律权属提供保证。

3、对企业存在的可能影响资产评估价值的瑕疵事项，在企业委托时未作特殊说明而评估人员已履行评估程序仍无法获知的情况下，评估机构及评估人员不承担相关责任。

5、评估报告附件与报告正文配套使用方为有效。

# 十二、评估报告使用限制说明

（一）本评估报告只能用于评估报告载明的评估目的和用途，由评估报告载明的评估报告使用者使用；本事务所不对报告使用者运用本报告于本次评估目的以外的经济行为所产生的后果负责。

（二）委托人或者其他资产评估报告使用人应按照法律、行政法规规定和资产评估报告载明的使用范围使用资产评估报告的，资产评估机构及其资产评估专业人员不承担责任。

（三）除委托人、资产评估委托合同中约定的其他资产评估报告使用人和法律、行政法规规定的资产评估报告使用人之外，其他任何机构和个人不能成为资产评估报告的使用人。

本评估报告的全部或者部分内容被摘抄、引用或者被披露于公开媒体，需评估机构审阅相关内容，法律、法规规定以及相关当事方另有约定的除外。

（四）资产评估报告使用人应当正确理解和使用评估结论，评估结论不等同于评估对象可实现价格，评估结论不应当被认为是对评估对象可实现价格的保证。

# 十三、资产评估报告日

资产评估报告日为资产评估师最终专业意见形成日，本资产评估报告日为2024 年 7 月 9 日。

# 十四、资产评估专业人员签名和资产评估机构印章

北方亚事资产评估有限责任公司

（盖章）

资产评估师：

签名并盖章

资产评估师：

签名并盖章

二〇二四年七月九日

# 资产评估报告附件

(一)与评估目的相关的经济行为文件

(二)委托人和产权持有人营业执照;

(三)评估对象涉及的主要权属证明资料;

(四)委托人和其他相关当事人的承诺函;

(五)签名资产评估师承诺函;

(六)资产评估机构备案文件;

(七)资产评估机构营业执照副本;

(八)资产评估师登记卡;

(九)资产评估明细表。

Machine Translated by Google

This report is prepared in accordance with the Chinese Asset Valuation Standards

# Liansheng Technology Co., Ltd.

# The trademark asset valuation report for the trademark to be transferred

Northern Asian Affairs Review Report [2024] No. 01-747

(Volume 1 of 1)

YS
PARTNER
北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

July 9, 2024

Machine Translated by Google
Liansheng Technology Co., Ltd. intends to transfer trademarks involving the trademark asset valuation report

Table of contents

Statement ...............................................................1

Summary of Asset Appraisal Report......................................3

Asset Appraisal Report Content....................................................4

1. Overview of the client, property owner and other asset appraisal report users agreed in the asset appraisal entrustment contract.....4

2. Purpose of the Assessment.................................................................5

III. Evaluation Object and Scope.................................................5

IV. Value Types..............................................................8

V. Evaluation Base Date.................................................8

VI. Evaluation Basis..............................................................8

VII. Evaluation Methods.................................................10

8. Evaluation Procedure Implementation Process and Situation.................................11

IX. Evaluation Assumptions................................................12

10. Evaluation Conclusions.................................................13

XI. Special matters................................................14

12. Restrictions on the use of the assessment report..................................15

13. Asset Appraisal Report Date.................................................15

XIV. Signature of asset appraisal professionals and seal of asset appraisal agency........16

Attachment to the Asset Appraisal Report..................................17

北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD
Page 1

# Statement

This asset appraisal report is based on the basic asset appraisal standards issued by the Ministry of Finance and the China Asset Appraisal Association. The asset valuation practice standards and professional ethics standards are compiled and published.

(1) The client or other user of the asset appraisal report shall comply with the provisions of laws, administrative regulations and this The scope of use stated in the asset appraisal report is the asset appraisal report; the client or other asset appraisal report If the user violates the above provisions and uses the asset appraisal report, the asset appraisal agency and the asset appraiser will not be held responsible. responsibility.

This asset appraisal report is only for the client and other asset appraisal reports agreed in the asset appraisal entrustment contract. Users and users of asset appraisal reports specified by laws and administrative regulations; in addition, any other Institutions and individuals cannot be users of asset appraisal reports.

This asset appraisal agency and asset appraiser remind the users of asset appraisal reports to correctly understand the appraisal results. The valuation conclusion is not equivalent to the achievable price of the valuation object, and the valuation conclusion should not be regarded as Achievable price guarantee.

(II) This asset appraisal agency and asset appraisers shall abide by laws, administrative regulations and asset appraisal standards, and It adheres to the principles of independence, objectivity and impartiality, and bears legal responsibility for the asset appraisal reports it issues.

(III) The list of assets involved in the appraisal object shall be declared by the client and the property right holder and signed by them. Stamp or other methods permitted by law to confirm; the client and other relevant parties provide information to it in accordance with the law Responsible for authenticity, integrity and legality.

(IV) The asset appraisal institution, asset appraiser and the appraisal object in the asset appraisal report do not have any existing or expected interest relationship with the relevant parties; there is no existing or expected interest relationship with the relevant parties; There is no prejudice.

(V) The asset appraiser has conducted on-site inspection of the subject of the asset appraisal report and the assets involved. Investigation; have paid due attention to the legal ownership of the subject of the assessment and its assets, The legal ownership information of the assets involved was checked, and the problems found were disclosed truthfully. The client and other relevant parties have been asked to improve the property rights to meet the requirements for issuing an asset appraisal report.

(VI) The analysis, judgment and results in the asset appraisal report issued by this asset appraisal agency are subject to the

YS
北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Machine Translated by Google
Liansheng Technology Co., Ltd. intends to transfer trademarks involving the trademark asset valuation report

The user of the asset appraisal report should fully consider the limitations of the assumptions and restrictions in the asset appraisal report.

The assumptions, restrictions, special matters and their impact on the evaluation conclusions.

北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD
Page 2

Machine Translated by Google

Liansheng Technology Co., Ltd. intends to transfer trademarks involving the trademark asset valuation report

Liansheng Technology Co., Ltd.

The part of the trademark involved in the proposed transfer of the trademark

Summary of Asset Appraisal Report

Northern Asian Affairs Review Report [2024] No. 01-747

Northern Asia Asset Appraisal Co., Ltd. accepted Liansheng Technology Co., Ltd. [hereinafter referred to as: Liansheng Science and Technology], in accordance with the provisions of laws and administrative regulations, adhere to the principles of independence, objectivity and impartiality, and adopt Cost method, in accordance with the necessary evaluation procedures, to assess the trademark transfer matters of Liansheng Technology Co., Ltd. The market value of these trademarks as of May 31, 2024 has been assessed. The assessment report is summarized as follows:

1. Purpose of the evaluation: Liansheng Technology Co., Ltd. intends to transfer the trademark assets it holds and needs to The trademark assets of the day are evaluated to provide value reference opinions for the above economic activities.

II. Evaluation object and scope: The evaluation object is the property to be transferred by Liansheng Technology Co., Ltd. The valuation base date includes the trademark that Liansheng Technology Co., Ltd. intends to transfer. The specific target assets are subject to the declaration of the entrusting party.

3. Value type: market value.

4. Assessment base date: May 31, 2024.

5. Evaluation method: cost method.

VI. Evaluation Conclusion:

After the cost method evaluation, the trademark assets that Liansheng Technology Co., Ltd. intends to transfer are worth RMB 303,100.

The above content is extracted from the text of the asset appraisal report. If you want to know the details of this appraisal business and correctly understand it, The appraisal conclusion should be read through the main text of the asset appraisal report.

Page 3

北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

# Liansheng Technology Co., Ltd.

## The part of the trademark involved in the proposed transfer of the trademark

# Asset Appraisal Report

Northern Asian Affairs Review Report [2024] No. 01-747

Liansheng Technology Co., Ltd.:

North Asia Asset Appraisal Co., Ltd. accepts your company's entrustment and

According to the provisions of the property valuation standards, we adhere to the principles of independence, objectivity and fairness, adopt the cost method, and make necessary assessments.

Procedures for the transfer of trademarks by Liansheng Technology Co., Ltd. in May 2024

The asset valuation report is as follows.

1. Overview of the client, property rights holder and other asset appraisal report users agreed upon in the asset appraisal entrustment contract

The client and the property owner are Liansheng Technology Co., Ltd.

Other asset appraisal report users are other report users specified by laws and regulations.

1. Overview of the client and property rights holder

Name: Liansheng Technology Co., Ltd. [hereinafter referred to as: Liansheng Technology]

Unified social credit code: 91350200751642792T

Registered address: No. 66, Tongjia East Road, Nantong High-tech Industrial Development Zone

Mailing address: Floor 1, No. 8, Guanri Road, Software Park Phase II, Torch High-tech Industrial Development Zone, Xiamen

Registered capital: RMB 365,698,690

Legal representative: Huang Mingliang

Date of establishment: 2004-04-01

Enterprise nature: Other joint stock limited companies (listed)

Business scope: Licensed items: basic telecommunications services; first-category value-added telecommunications services; second-category value-added telecommunications services

Machine Translated by Google

Liansheng Technology Co., Ltd. intends to transfer trademarks involving the trademark asset valuation report

Business; Internet information services; Internet domain name registration services (projects subject to approval according to law, approved by relevant departments Only after approval can business activities be carried out, and the specific business projects are subject to the approval results) General projects: engineering and technical research Research and experimental development; data processing and storage support services; software development; information system integration services; information technology Technical consulting services; information consulting services (excluding licensing information consulting services); digital content production services (excluding Publishing and distribution); wholesale of computer hardware and software and auxiliary equipment; retail of computer hardware and software and auxiliary equipment; mobile Terminal equipment sales; non-residential real estate leasing; property management; marketing planning; photovoltaic equipment and components Manufacturing; Sales of photovoltaic equipment and components; Manufacturing of special electronic materials; Sales of special electronic materials; Battery manufacturing; Battery sales; technology import and export; goods import and export; import and export agency (except for projects that require approval according to law, business license to independently carry out business activities in accordance with the law).

(II) Other users of asset appraisal reports as agreed upon in the asset appraisal entrustment contract

Other users of the assessment report are other users of the assessment report as stipulated by laws and regulations.

## 2. Purpose of the Assessment

Liansheng Technology Co., Ltd. intends to transfer the trademark assets it holds and needs to conduct an assessment of the trademark assets on the valuation base date. Conduct assessment and provide value reference opinions for the above economic behaviors.

## III. Evaluation Object and Scope

The object of this appraisal is the value of the trademark assets that Liansheng Technology Co., Ltd. intends to transfer.

The trademark assets to be transferred by Liansheng Technology Co., Ltd. are included in the valuation scope on the valuation base date. The details shall be subject to the declaration of the entrusting party].

A total of 83 trademarks were applied for, as follows:

1. Trademark

| Serial number | Brand Name | Application Country/Region | International Classification | Application Number | Registration Date |
|---|---|---|---|---|---|
| 1 | 35.com | Hong Kong | 9 | 301798570 | 2010-12-27 |
| 2 | 35.com | Hong Kong | 38 | | 2010-12-27 |
| 3 | 35.com | Madrid | 9 | 1086868 | 2011-4-27 |
| 4 | 35.com | Madrid | 38 | | 2011-4-27 |
| 5 | 35.com | Indonesia | 9 | IDM000355154 | 2011-1-7 |

北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Page 5

Machine Translated by Google

Liansheng Technology Co., Ltd. intends to transfer trademarks involving the trademark asset valuation report

| Serial number | Brand Name | Application Country/Region | International Classification | Application Number | Registration Date |
|---|---|---|---|---|---|
| 6 | 35.com | Indonesia China | 38 | IDM000361883 | 2011-1-7 |
| 7 | Three Five | China | 38 | 3856046 | 2006-05-21 |
| 8 | 35 | | 38 | 3856045 | 2006-05-21 |
| 9 | Internet;35 | China | 35 | 5099825 | 2010-06-28 |
| 10 | Internet;35 | China | 38 | 5099826 | 2009-09-14 |
| 11 | | China | 42 | 5099823 | 2013-08-07 |
| 12 | 35.com;35 | China | 42 | 5099828 | 2010-06-14 |
| 13 | Internet;35 | China | 09 | 5099824 | 2009-06-28 |
| 14 | 35 | China | 35 | 5099852 | 2009-04-21 |
| 15 | Three Five | China | 35 | 5099840 | 2009-04-21 |
| 16 | 35 | China | 42 | 5099834 | 2013-11-07 |
| 17 | Three Five | | 41 | 5099842 | 2009-06-14 |
| 18 | Three five | China | 38 | 5099841 | 2009-09-14 |
| 19 | three five | China | 09 | 5099839 | 2009-06-28 |
| 20 | Internet; 35 | China | 41 | 5099827 | 2010-06-14 |
| 21 | Self-destructing mail | China | 42 | 6570337 | 2011-01-14 |
| 22 | EQ;35 | China | 38 | 6734744 | 2010-05-28 |
| 23 | Online Business 35 | China | 42 | 7638246 | 2013-10-14 |
| 24 | Sanwu.com | China | 45 | 8026848 | 2011-03-14 |
| 25 | Sanwu.com | China | 09 | 8026871 | 2011-03-07 |
| 26 | EQ | China | 42 | 8132492 | 2013-02-07 |
| 27 | EQ | China | 38 | 8132311 | 2013-03-07 |
| 28 | Three five hedgehogs | China | 09 | 8486569 | 2011-07-28 |
| 29 | Three five hedgehogs | China | 38 | 8491240 | 2011-08-07 |
| 30 | Three five hedgehogs | China | 42 | 8494590 | 2011-07-28 |
| 31 | CIWEI | China | 28 | 8499954 | 2011-07-28 |
| 32 | CIWEI | China | 32 | 8499901 | 2011-07-28 |
| 33 | CIWEI | China | 30 | 8499883 | 2011-07-28 |
| 34 | CIWEI | China | 33 | 8499924 | 2011-07-28 |
| 35 | Application Market 35 | China | 41 | 9698090 | 2012-08-21 |
| 36 | Graphics | China | 42 | 9703510 | 2012-08-21 |
| 37 | Graphics | China | 42 | 9703529 | 2012-08-21 |
| 38 | Graphics | China | 42 | 9703541 | 2012-08-21 |
| 39 | Graphics | China | 09 | 9703711 | 2012-08-21 |
| 40 | Graphics | China | 09 | 9703729 | 2012-08-21 |
| 41 | 35 Instant Mail 35 Hedgehog Enterprise Post Office | China | 42 | 9703666 | 2012-09-21 |
| 42 | Graphics | China | 09 | 9708915 | 2013-01-28 |
| 43 | Graphics | China | 38 | 9708569 | 2012-08-21 |
| 44 | 35.com 35 | China | 09 | 9709006 | 2014-07-28 |
| 45 | Instant Mail 35 Hedgehog Enterprise Post | China | 38 | 9708664 | 2012-11-07 |
| 46 | Office Graphics | China | 09 | 10207136 | 2013-01-21 |
| 47 | E-Chat | China | 42 | 13695397 | 2015-03-07 |
| 48 | E-Chat | China | 09 | 13695306 | 2015-02-21 |
| 49 | E-Chat | China | 35 | 13695533 | 2015-02-21 |

YS 北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD
Page 6

Machine Translated by Google

| Serial number | Brand Name | Application Country/Region | International Classification | Application Number | Registration Date |
|---|---|---|---|---|---|
| 50 | E Enterprise | China | 41 | 13695438 | 2015-02-21 |
| 51 | Chat Sanwu | China | 41 | 14210116 | 2015-05-07 |
| 52 | Internet Sanwu Internet | China | 45 | 14210135 | 2015-05-07 |
| 53 | Sanwu.com | China | 42 | 14209905 | 2015-06-14 |
| 54 | Sanwu.com | China | 09 | 14209952 | 2016-06-28 |
| 55 | Sanwu.com | China | 38 | 14210059 | 2015-05-07 |
| 56 | Sanwu.com | China | 35 | 14209995 | 2015-04-28 |
| 57 | Youqia | China | 38 | 14293025 | 2015-05-14 |
| 58 | Youqia | China | 09 | 14292974 | 2015-05-14 |
| 59 | 35 enterprise mailbox | China | 35 | 16088482 | 2016-03-14 |
| 60 | 35 enterprise mailbox | China | 42 | 16088760 | 2016-03-07 |
| 61 | 35 enterprise mailbox | | 09 | 16088427 | 2016-06-21 |
| 62 | 35 Enterprise Mailbox | China | 38 | 16088764 | 2016-03-07 |
| 63 | 35 Enterprise Mailbox | China | 41 | 16088671 | 2016-03-14 |
| 64 | EQ | China | 09 | 28928427 | 2019-01-07 |
| 65 | Instant | China | 42 | 33018363 | 2019-06-28 |
| 66 | Speech Cloud | China | 42 | 36137389 | 2019-09-14 |
| 67 | Portal Cloud Portal | China | 09 | 36145570 | 2019-09-14 |
| 68 | 35 Cloud | China | 42 | 36139908 | 2019-09-14 |
| 69 | Portal35 Cloud Portal | China | 09 | 36130399 | 2019-09-14 |
| 70 | Baby Hedgehog | China | 07 | 42768808 | 2020-08-28 |
| 71 | Baby Hedgehog | China | 40 | 42764787 | 2020-08-28 |
| 72 | EQ | China | 09 | 52015913 | 2021-08-14 |
| 73 | | China | 31 | 52002988 | 2021-10-21 |
| 74 | Hedgehog 35 business | China | 42 | 52501070 | 2021-09-28 |
| 75 | card chain 35 corporate | China | 35 | 65336154 | 2022-12-14 |
| 76 | mailbox 35 marketing mailbox | China | 42 | 70243790 | 2023-03-16 |
| 77 | Hedgehog Sound Station WEBSITE TEMPLATES Sanwu | China | 42 | 70232471 | 2023-03-16 |
| 78 | Host | China | 09 | 70235081 | 2023-03-16 |
| 79 | Three five host | China | 42 | 70222994 | 2023-03-16 |
| 80 | graphics | China | 09 | 70228368 | 2023-03-16 |
| 81 | Three five marketing | China | 09 | 70224997 | 2023-03-16 |
| 82 | mail graphics | China | 42 | 70222982 | 2023-03-16 |
| 83 | Sanwu Marketing | China | 35 | 70239240 | 2023-03-16 |
| 84 | Post Sanwu Internet | China | 9 | 74258280 | 2023-9-22 |
| 85 | 35 CRM | China | 42 | 8132558 | 2013-11-21 |

The object and scope of the entrusted assessment shall be consistent with the object and scope of the assessment involved in the economic behavior.

## 4. Value Type

Based on the purpose of the appraisal, the value type of the appraisal object is determined to be market value.

Market value is the value of the market between willing buyers and willing sellers, acting rationally and without any coercion.

The estimated value of the subject of appraisal in normal and arm's length transactions on the valuation base date.

## V. Assessment Base Date

(1) The valuation base date for this business is May 31, 2024.

(II) In accordance with the principle that the valuation base date should be as close as possible to the date on which the economic activities to which the asset valuation relates are realized,

The valuation base date shall be determined by the client.

(III) In this asset appraisal, the definition of the appraisal scope, the selection of appraisal parameters, and the appraisal value

The determination of the valuation base date is based on the financial statements of the enterprise, the external economic environment and the market conditions.

All pricing standards in the report are those effective on the valuation base date.

## VI. Evaluation Basis

1. Basis of economic behavior

Minutes of the General Manager's Office Meeting of Liansheng Technology Co., Ltd.

(II) Legal Basis

1. Civil Code of the People's Republic of China ((Promulgated by the Thirteenth National People's Congress on May 28, 2020)

adopted at its third session);

2. Asset Appraisal Law of the People's Republic of China (Promulgated by the 12th National People's Congress on July 2, 2016)

(adopted at the 21st meeting of the Standing Committee of the Congress);

3. Securities Law of the People's Republic of China (Promulgated by the 13th National People's Congress on December 28, 2019)

(Revised for the second time at the 15th meeting of the Standing Committee of the CPPCC, effective March 1, 2020);

4. Trademark Law of the People's Republic of China (Decree of the President of the People's Republic of China No. 29, November 2019)

Machine Translated by Google

Liansheng Technology Co., Ltd. intends to transfer trademarks involving the trademark asset valuation report

Month 01st)

5. "Enterprise Accounting Standards - Basic Standards" (Ministry of Finance Order No. 33);

6. Other laws and regulations;

7. Other accounting related standards.

(III) Evaluation criteria

1. Basic Standards for Asset Valuation (Cai Zi [2017] No. 43);

2. Code of Ethics for Asset Appraisal (China Appraisal Association [2017] No. 30);

3. "Asset Valuation Practice Standards - Asset Valuation Procedures" (China Valuation Association [2018] No. 36);

4. "Asset Valuation Practice Standards - Asset Valuation Report" (China Valuation Association [2018] No. 35);

5. "Asset Appraisal Practice Standards - Asset Appraisal Contract" (China Appraisal Association [2017] No. 33);

6. "Asset Appraisal Practice Standards - Asset Appraisal Files" (China Appraisal Association [2018] No. 37);

7. "Asset Valuation Practice Standards - Intangible Assets" (China Valuation Association [2017] No. 37);

8. "Asset Valuation Practice Standards - Asset Valuation Methods" (China Valuation Association [2019] No. 35);

9. Guiding Opinions on Trademark Asset Valuation (China Trademark Association [2017] No. 51);

10. "Guidelines for Business Quality Control of Asset Appraisal Institutions" (China Appraisal Association [2017] No. 46);

11. Guiding Opinions on Asset Valuation Types (China Valuation Association [2017] No. 47);

12. Guiding Opinions on the Legal Ownership of Asset Appraisal Objects (China Evaluation Association [2017] No. 48);

13. "Asset Valuation Practice Standards - Intellectual Property" China Valuation Association [2023] No. 14;

14. "Terms of Asset Valuation Standards 2020" (China Valuation Association [2020] No. 31);

15. "Measures for the Management of Reporting of Asset Appraisal Business of China Appraisal Association" (China Appraisal Association [2021] No. 30).

(IV) Basis of ownership

1. Trademark certificate and related application documents;

2. Other relevant property rights certification documents.

(V) Pricing Basis

1. Manual of Common Data and Parameters for Asset Valuation;

2. On-site inspection records and other relevant valuation information collected by the appraiser;

3. Relevant inquiry information and parameter information collected by the evaluation agency;

4. Other assessment-related information provided by the property owner.

北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Page 9

Machine Translated by Google

Liansheng Technology Co., Ltd. intends to transfer trademarks involving the trademark asset valuation report

(VI) Other references

"Asset Valuation Declaration Form" provided by the property right holder.

## VII. Evaluation Method

According to the relevant conditions such as the purpose of the assessment, the object of the assessment, the type of value, the data collection situation, and the income method, The cost method and market method are the three basic evaluation methods. This evaluation uses the cost method.

The reasons for choosing the estimation method are as follows:

The income approach determines the value of intangible assets by predicting the expected future income generated by the intangible assets and discounting it. Generally speaking, intangible assets valued using the income approach need to have a significant impact on the company's operating income. Contribution, bring stable cash flow, and can reasonably determine the income period and discount rate. Included in the scope of this assessment There are 83 trademarks in total, all of which are ordinary trademarks, used only as daily logos, and their contribution to product sales is unclear. Therefore, the income approach is not applicable.

The cost approach is a method of evaluating the value of intangible assets by estimating the replacement cost of intangible assets. The cost of a product includes all materialized labor and living labor expenses during the period of development, acquisition, and holding. Understand the cost of the intangible assets included in the scope of this assessment during the research and development and registration process. The set is complete, that is, it is technically feasible to replace the above-mentioned intangible assets, and the materialized labor required for replacement is easy to measure, so it is suitable Valuation using cost approach.

The market approach is to compare the intangible asset being assessed with the transaction cases of comparable intangible assets and then determine the Since the intangible assets included in this assessment are independently developed by the enterprise, they have unique The uniqueness and irreproducibility of the products, the lack of a fully developed and active trading market, and the difficulty in selecting references from the market. Therefore, market approach is not applicable.

The specific evaluation methods are as follows:

Trademark asset value = trademark registration fee + trademark design fee + maintenance fee + publicity fee + reasonable profit + related Taxes

Page 10

北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Machine Translated by Google

8. Implementation process and status of the assessment procedure

Northern Asia Asset Appraisal Co., Ltd. accepted the commission of Liansheng Technology Co., Ltd., the appraiser

The staff conducted a review of all assets included in the assessment scope from June 17, 2024 to June 21, 2024.

The necessary verification and checking were carried out, relevant accounts, property rights certificates and other documents were reviewed, and the necessary evaluation was completed.

On this basis, according to the purpose of this appraisal and the specific circumstances of the entrusted assets, the cost method is used to appraise the assets of Liansheng.

The entire evaluation process includes accepting the commission

The specific evaluation process includes entrustment, evaluation preparation, on-site inspection and verification, assessment and estimation, evaluation summary and report submission, etc.

as follows:

1. Clarify the basic matters of assessment business

The business manager of our company will discuss with the client's representative to clarify the client, property rights holder and client.

Other users of the assessment report; assessment purpose; assessment object and scope; value type; assessment benchmark

day; restrictions on the use of the appraisal report; time and method for submitting the appraisal report; client's cooperation and assistance in asset appraisal, etc.

Other important matters.

(II) Signing of asset appraisal entrustment contract

Based on the specific circumstances of the business being assessed, our company assesses its professional competence, independence and business risks.

After comprehensive analysis and evaluation, the assessment agency will decide whether to undertake the assessment business.

3. Preparation of evaluation plan

After our company accepted the appraisal business, we immediately organized asset appraisers to prepare an appraisal plan. The appraisal plan includes:

It includes the specific steps of the assessment, time schedule, personnel arrangements and technical solutions.

4. On-site investigation

According to the specific circumstances of the assessment business, we conducted appropriate on-site investigations on the assessment objects, including:

Require the client and property holder to provide detailed information on the appraisal object and scope of the appraisal;

Require the client or property owner to sign the appraisal details and related supporting documents provided by him/her.

Confirmation by stamping or other means;

Asset appraisers conduct investigations through inquiry, confirmation, verification, investigation, and inspection to obtain the appraisal results.

The basic information required for the business, understanding the current status of the assessment object, and paying attention to the legal ownership of the assessment object;

If it is impossible or inappropriate to conduct a detailed investigation of all assets and other related contents within the scope of the assessment,

Machine Translated by Google
Liansheng Technology Co., Ltd. intends to transfer trademarks involving the trademark asset valuation report

To a certain extent, investigations shall be conducted through random sampling and other methods.

5. Collecting evaluation data

We collect assessment information based on the specific circumstances of the assessment business and

If the situation changes during the implementation process, timely collect additional assessment data. These data include:

Information obtained independently from the market and other channels, and from relevant parties such as the client and property rights holder

and information obtained from various professional institutions and other relevant departments;

Inquiry records, inquiry results, inspection records, industry information, analytical data, etc.

The asset appraiser shall make necessary analysis, summary and

Organize the formed data.

(VI) Assessment and estimation

The main work of the assessment is to select the appropriate

The measurement method is used to estimate the valuation of various types of assets, and a summary analysis is conducted to preliminarily determine the valuation results.

7. Preparation and submission of assessment reports

Based on the above work, the first draft of the asset appraisal report was drafted.

After the three-level review of the working papers, necessary communication will be conducted with the client and the property owner on the contents of the appraisal report.

After fully considering the relevant opinions, make necessary adjustments, revisions and improvements to the evaluation conclusions, and then re-

After reviewing the report according to our company's internal asset appraisal report three-review system and procedures, we submit the final report to the client.

Evaluation report.

## IX. Evaluating Assumptions

Due to changes in the business environment and the ever-changing factors that affect asset value,

Some assumptions must be made in order for the appraiser to make a judgment on the value of the asset and fully support the conclusion we have drawn.

Evaluation conclusion. This evaluation is based on the following premises and assumptions:

1. General assumptions

1. Transaction Assumptions

The transaction assumption is that all assets to be appraised are already in the process of being traded.

The transaction assumption is the most basic premise for asset valuation.

YS
北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Page 12

Machine Translated by Google

Liansheng Technology Co., Ltd. intends to transfer trademarks involving the trademark asset valuation report

This premise assumption.

2. Open Market Hypothesis

The open market hypothesis assumes that assets traded in the market, or assets intended to be traded in the market,

Both parties are equal in status and have the opportunity and time to obtain sufficient market information to facilitate the asset

The public market assumes that assets can be traded publicly in the market.

Opening trading is based on.

3. Continuous Use Assumption

The continuing use assumption first assumes that the asset being assessed is in use, including assets in use.

and spare assets; secondly, based on relevant data and information, it is inferred that these assets in use will continue to be used.

Keep using it.

(II) Special assumptions

1. It is assumed that there will be no major changes in the national macroeconomic situation and the current laws, regulations and policies.

2. Assuming that the industry in which the property rights holder is located maintains a stable development trend, the industry policies, management systems and related

There are no major changes to the relevant regulations.

3. It is assumed that there will be no major changes in the country's tax bases, tax rates, policy-based collection fees, etc.

4. Assume that there are no other force majeure and unforeseen factors that cause significant adverse effects on the enterprise.

5. It is assumed that the values of various parameters in this evaluation are determined according to the current price system, without considering the basic

The impact of future inflation factors.

## 10. Evaluation Conclusion

In accordance with the relevant national regulations on asset valuation, we will adhere to the principles of independence, objectivity and fairness and perform the necessary

The cost of using the trademark involved in the trademark transfer of Liansheng Technology Co., Ltd.

Based on the above evaluation work, the evaluation conclusions are as follows:

After the cost method evaluation, the trademark assets that Liansheng Technology Co., Ltd. intends to transfer are worth RMB 303,100.

Page 13

北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Machine Translated by Google

Liansheng Technology Co., Ltd. intends to transfer trademarks involving the trademark asset valuation report

# 11. Special matters

Users of this assessment report should pay attention to the impact of special matters on the assessment conclusions.

1. Important expert work and related reports

none.

(II) Situations where the main information such as ownership is incomplete or has defects

none.

(III) Matters that may have an impact on the valuation conclusion between the valuation base date and the valuation report date

1. Events after the valuation base date are major events that occurred between the valuation base date and the valuation report date;

2. After the valuation base date, if the assessed assets are demolished, damaged or lost due to force majeure,

When there are post-period events that affect the value of assets, such as bad debts, etc., the valuation conclusion cannot be used directly;

3. If a major event occurs after the valuation base date, this valuation conclusion cannot be used directly.

If the number of assets changes during the validity period of the results, the assessed value should be adjusted accordingly based on the original assessment method.

(IV) Other issues that need to be explained

1. This evaluation report is made on the principles of independence, objectivity and fairness, and complies with relevant laws,

There is no special relationship between our company and all the personnel participating in the assessment and the client and the relevant parties.

In the entire evaluation process, the evaluators always abide by professional ethics and norms.

2. General information, property information, policy documents and other relevant information on business operations involved in this assessment report.

The client and the property owner are responsible for providing the relevant materials, and their authenticity and legality shall be verified by the client and the property owner.

The purpose of asset appraisers in performing asset appraisal business is to determine the value of the appraised object.

The valuation is estimated and professional opinions are expressed, and the confirmation or opinion on the legal ownership of the assessed object exceeds the asset value.

The appraisal agency does not guarantee the legal ownership of the appraisal object.

3. No special consideration was given to the defects of the enterprise that may affect the asset valuation when the enterprise entrusted the project.

If the evaluator has completed the evaluation procedures but still cannot obtain the information, the evaluation agency and the evaluator shall not be liable.

Assume relevant responsibilities.

5. The appendix to the evaluation report is valid only when used in conjunction with the main body of the report.

Page 14

北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Machine Translated by Google

Liansheng Technology Co., Ltd. intends to transfer trademarks involving the trademark asset valuation report

## 12. Restrictions on the Use of the Assessment Report

(I) This assessment report can only be used for the assessment purpose and use stated in the assessment report. The firm does not warrant that the user of the report will use this report for the purpose of this assessment. Responsible for the consequences of external economic activities.

(ii) The client or other user of the asset appraisal report shall comply with the provisions of laws, administrative regulations and the The scope of use stated in the appraisal report. If an asset appraisal report is used, the asset appraisal institution and its asset appraisal professional Personnel are not responsible.

(III) In addition to the client, other users of the asset appraisal report agreed upon in the asset appraisal entrustment contract, and legal persons, Except for the users of asset appraisal reports specified in administrative regulations, no other institutions or individuals can become users of asset appraisal reports. Users of the assessment report.

All or part of the contents of this evaluation report have been excerpted, quoted or disclosed in the public media. The agency reviews relevant content, except as otherwise provided by laws, regulations or agreed upon by relevant parties.

(IV) Users of asset appraisal reports shall correctly understand and use the appraisal conclusions. The valuation subject can achieve a price, and the valuation conclusion should not be considered as a guarantee of the achievable price of the valuation subject.

## 13. Asset Appraisal Report Date

The asset appraisal report date is the date on which the asset appraiser's final professional opinion is formed. July 9, 2024.

Page 15
北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Machine Translated by Google

Liansheng Technology Co., Ltd. intends to transfer trademarks involving the trademark asset valuation report

14. Signature of asset appraisal professionals and seal of asset appraisal institution

Northern Asia Asset Appraisal Co., Ltd.

(stamp)

Asset Appraiser:

Sign and stamp

Asset Appraiser:

Sign and stamp

July 9, 2024

YS 北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

Page 16

Machine Translated by Google
Liansheng Technology Co., Ltd. intends to transfer trademarks involving the trademark asset valuation report

# Asset Appraisal Report Attachment

(I) Economic behavior documents related to the assessment purpose

(2) Business licenses of the client and the property owner;

(3) Documents proving the main ownership rights of the subject of the assessment;

(iv) a letter of commitment from the client and other relevant parties;

(5) A signed letter of commitment from the asset appraiser;

(6) Record keeping documents of the asset appraisal institution;

(VII) A copy of the business license of the asset appraisal agency;

(8) Asset appraiser registration card;

(IX) Assets valuation details list.

北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD
Page 17