TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street,
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.),
and INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| FACEBOOK, INC. and INSTAGRAM, LLC, | Case No. 3:19-cv-07071-SI |
|---|---|
| Plaintiffs, | **NOTICE OF ERRATA** |
| v. | Hon. Susan Illston |
| ONLINENIC INC., DOMAIN ID SHIELD SERVICE CO., LIMITED, and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., | |
| Defendants. | |

TO THE COURT:

**PLEASE TAKE NOTICE** that Plaintiffs Meta Platforms, Inc. and Instagram, LLC (collectively, "Plaintiffs") filed ECF No. 408.08 ([Proposed] Order Granting Plaintiffs' Emergency Ex Parte Application for a Temporary Restraining Order Freezing Assets of Defendant Leascend Technology Co., Ltd. fka Xiamen 35.Com Internet Technology Co., Ltd., and Order to Show Cause Why a Preliminary Injunction Should Not Issue) without accompanying exhibits due to an inadvertent error. Plaintiffs separately filed the relevant exhibits at ECF No. 410, but that filing was rejected for failure to include a title page.

Plaintiffs have refiled a Corrected [Proposed] Order Granting Plaintiffs' Emergency Ex Parte Application for a Temporary Restraining Order Freezing Assets of Defendant Leascend Technology Co., Ltd. fka Xiamen 35.Com Internet Technology Co., Ltd., and Order to Show Cause Why a Preliminary Injunction Should Not Issue with its exhibits. That corrected filing is located on the docket in this action as ECF No. 413.

DATED: December 19, 2024

Tucker Ellis LLP

By: /s/David J. Steele

David J. Steele
Howard A. Kroll
Steven E. Lauridsen

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.)
and INSTAGRAM, LLC