**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Leah Rosa Vulić (Bar No. 343520)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
liana@kr.law
leah@kr.law

Attorneys for Defendant Leascend Technology Co., Ltd.
f/k/a Xiamen 35.com Technology Co., Ltd.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **FACEBOOK, INC.**, et al., | Case No. 3:19-cv-07071-SI |
| Plaintiffs, | |
| v. | **DECLARATION OF KARL S. KRONENBERGER IN SUPPORT OF DEFENDANT LEASCEND'S OPPOSITION TO PLAINTIFFS' EMERGENCY EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER FREEZING ASSETS OF DEFENDANT LEASCEND TECHNOLOGY CO., LTD. F/K/A XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.** |
| **ONLINENIC INC.**, et al., | |
| Defendants. | |

| | |
|---|---|
| **Date:** | December 20, 2024 |
| **Time:** | 12:00 p.m. |
| **Location:** | Zoom |
| **Judge:** | Hon. Susan Illston |

**DECL. OF K. KRONENBERGER ISO OPP TO PLAINTIFFS' MTN FOR TRO**

I, Karl S. Kronenberger, do hereby declare:

1.      I am an attorney admitted to practice law before this Court. I am a partner at the law firm of Kronenberger Rosenfeld, LLP, counsel of record for Defendant Leascend Technology Co., Ltd. f/k/a Xiamen 35.com Technology Co., Ltd. ("Defendant" or "Leascend"). Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called as a witness I would testify to the facts contained herein.

*Public Filings Showing Leascend's Equity*

2.      Leascend is a public company in China. Public records show that Leascend is a multi-million-dollar public company in China with over $118 million in equity,[1] e.g., $42 million for three quarters in 2024,[2] bolstered by over $47 million in net financing cash flow for same period of time. On December 19, 2024, I visited the website for Juchao Information Network (cninfo.com.cn), which is the statutory information disclosure platform for the Shenzhen Stock Exchange in China, and obtained a copy of Leascend's public 2024 Third Quarter Report. A true and correct copy of Leascend's public 2024 Third Quarter Report (in Chinese and with machine-translation of <u>select financial figures</u> into English with AI assistance, and Chinese currency converted to US dollars at the rate of <u>1 USD = 7.3 CNY</u>), is attached hereto as **Exhibit A**.

3.      The amounts identified above and in Exhibit A are generally consistent with prior filings (and documents produced during discovery at, e.g., 35CN006031-35CN008384) showing Defendant had $431 million in revenue over the time period between 2009 to 2019.

4.      I am informed that Leascend has various aspects of profitable business, including solar energy, with domain name registrations as a small part of its business.

---

[1] Based on public records, Leascend had $57,551,136.37 in current assets at the end of Q3 2024, which are assets that company expects to convert into cash or use within one year or less (i.e., for the company's day-to-day operations and immediate financial needs). Leascend's non-current assets are $326,012,839.63, which are fixed assets, intangible assets, construction in progress, and deferred tax assets. Leascend's liabilities are $127,048,051.05. This results in equity on Leascend's balance sheet of $118,020,438.29.
[2] All Leascend financial figures are provided in US dollars in this declaration.

1                    **DECL. OF K. KRONENBERGER ISO OPP TO PLAINTIFFS' MTN FOR TRO**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

*Plaintiffs' Prior Demands for Leascend to Exit the Domain Name Industry*

5.    The parties have been discussing settlement for months, including multiple rounds of back-and-forth on a detailed term sheet. I have spoken with counsel for Plaintiffs, including Howard Kroll, David Steele, and Helena Guye, numerous times on these issues. Relevant here, (1) for many months Plaintiffs demanded, verbally and in writing, that Leascend "exit the domain name business," (2) the parties agreed to this provision as part of a settlement agreement with terms that have been substantially approved, (3) Plaintiffs set a deadline of January 1, 2025 as the deadline for Leascend to get out of the "domain name business,"` (4) Leascend's counsel informed Plaintiffs multiple times about the impending sale of Leascend's domain name business, including providing Plaintiffs with an announcement of the sale, and (5) I am informed that Leascend relied on Plaintiffs' promises and demands and moved forward with the sale by listing the business, receiving bids including a top bid.

6.    In particular, Plaintiffs drafted the following provision in a settlement term sheet, on May 15, 2024, demanding that Leascend "exit the domain business," using the phrase "independently decided" apparently due to potential antitrust concerns:

e) The Leascend Entities represent and warrant that they have independently decide to exit the domain business and shall not own or operate or establish any registrar, registry, privacy, or proxy service provider, or reseller (collectively, a "Domain Name Business") on or after January 1, 2025.

(1) Failure to timely cease owning or operating all Domain Name Businesses, or establishing any Domain Name Business, will trigger the Liquidated Damages [clause].

7.    I am informed by Leascend's Chinese counsel that Plaintiffs' proposed relief would put Leascend in conflict with promises previously made to Chinese regulators about exiting the domain name business and frustrate duties to the buyer of the domain name business. Furthermore, I am informed by Leascend's Chinese counsel that asset freeze orders issued by U.S. courts would require review and approval by Chinese courts and regulatory authorities; nonetheless, if Plaintiffs obtain an asset freeze order before the sale transaction closes, it could potentially impact the transaction to Leascend's detriment. True

2

**DECL. OF K. KRONENBERGER ISO OPP TO PLAINTIFFS' MTN FOR TRO**

1  and correct copies of sale documents (specifically public announcements on the sale listing

2  and progress) translated by Leascend's Chinese counsel are attached as **Exhibit B**.

3          _Unavailability of Counsel_

4          8.      I am lead counsel for Leascend, and I will be traveling internationally from

5  the early evening on December 20, 2024 through January 5, 2025. I have often been the

6  only attorney for Leascend on conferences with opposing counsel and my client on these

7  issues, and I thus request that any future hearings and briefing schedules take into

8  consideration my planned absence, i.e., postpone any future hearings and significant

9  briefing deadlines until after January 6, 2025.

10         I declare under penalty of perjury under the laws of the United States of America

11  that the foregoing is true and correct.

12         Executed on this 19th day of December 2024 in San Francisco, CA.

13                                   By:   s/ Karl S. Kronenberger

14                                         Karl S. Kronenberger

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**KRONENBERGER ROSENFELD**
150 Post Street, Suite 520 San Francisco, CA 94108

Exhibit A

**Leascend Technology Co., Ltd.**

**2024 Third Quarter Report**

---

## I. Key Financial Data

### A. Main Accounting Data and Financial Indicators

| Item | Current Period ($) | Same Period Last Year ($) | Change (%) |
|------|------|------|------|
| Revenue | $20,143,988.42 | $6,021,303.31 | +234.50% |
| Net Profit Attributable to Shareholders | -$3,260,782.20 | $819,556.44 | -297.81% |
| Net Profit Excluding Non-Recurring Items | -$3,291,008.87 | $868,426.19 | -278.74% |
| Operating Cash Flow | $7,607,550.10 | $2,139,303.58 | +455.58% |

### B. Non-Recurring Profit and Loss Items

| Item | Amount ($) |
|------|------|
| Government Subsidies | $13,198.57 |
| Debt Restructuring Gains | $3,424.66 |
| Other Non-Operating Income | $65,899.98 |
| Less: Income Tax Effects | $17,673.25 |
| Minority Shareholders' Impact | $33,382.89 |
| **Total** | **$31,066.07** |

---

## II. Shareholder Information

### A. Ordinary Shareholders

| Shareholder Name | Nature | Shareholding (%) | Shares Held |
|------|------|------|------|
| Hainan Leascend Technology Co., Ltd. | Domestic Corporation | 13.91% | 51,601,566 |
| Wanjugen | Individual | 5.71% | 21,175,200 |
| Liang Chunyan | Individual | 4.93% | 18,284,900 |

---

## III. Consolidated Balance Sheet

**As of September 30, 2024**

| Item | Amount ($) |
|---|---|
| **Current Assets** | |
| Cash and Cash Equivalents | $12,973,488.67 |
| Accounts Receivable | $7,577,674.55 |
| Prepayments | $4,352,118.57 |
| Inventory | $12,548,507.94 |
| Other Current Assets | $20,099,346.64 |

| Non-Current Assets | |
|---|---|
| Fixed Assets | $201,110,896.51 |
| Intangible Assets | $23,099,562.93 |
| Construction in Progress | $94,113,561.64 |
| Deferred Tax Assets | $7,688,818.55 |

| Liabilities | |
|---|---|
| Short-Term Loans | $2,947,578.08 |
| Accounts Payable | $114,136,854.39 |
| Deferred Revenue | $9,963,618.58 |

| Equity | |
|---|---|
| Total Equity | $118,020,438.29 |

---

## IV. Consolidated Income Statement

| Item | Jan–Sept 2024 ($) | Jan–Sept 2023 ($) | Change (%) |
|---|---|---|---|
| Revenue | $42,618,904.41 | $20,056,646.64 | +112.47% |
| Operating Costs | $44,456,421.24 | $10,861,417.53 | +309.22% |
| Financial Expenses | $5,696,462.67 | $1,119,811.53 | +408.61% |
| Asset Impairment Loss | -$12,259,632.13 | -$838.12 | -1462141.84% |
| Operating Profit (Loss) | -$36,406,575.36 | -$3,638,202.42 | -899.49% |
| Total Profit (Loss) | -$34,139,515.08 | -$3,376,750.61 | -910.92% |
| Net Profit Attributable to Shareholders | -$9,071,247.55 | -$2,654,484.78 | -241.66% |

## V. Consolidated Cash Flow Statement

| Item | Jan–Sept 2024 ($) | Jan–Sept 2023 ($) | Change (%) |
|---|---|---|---|
| Net Operating Cash Flow | $7,607,550.10 | -$2,139,303.58 | +455.58% |

| Item | Jan–Sept 2024 ($) | Jan–Sept 2023 ($) | Change (%) |
|---|---|---|---|
| Net Investment Cash Flow | -$85,454,466.10 | -$50,767,636.99 | -68.29% |
| Net Financing Cash Flow | $47,479,656.51 | $74,474,392.47 | -36.27% |
| Cash and Cash Equivalents Change | -$30,346,195.77 | $21,586,130.34 | -240.57% |

证券代码：300051　　　　　　　　证券简称：琏升科技　　　　　　　　公告编号：2024-111

# 琏升科技股份有限公司
# 2024 年第三季度报告

| 本公司及董事会全体成员保证信息披露的内容真实、准确、完整，没有虚假记载、误导性陈述或重大遗漏。 |
| --- |

## 重要内容提示：

1.董事会、监事会及董事、监事、高级管理人员保证季度报告的真实、准确、完整，不存在虚假记载、误导性陈述或重大遗漏，并承担个别和连带的法律责任。

2.公司负责人、主管会计工作负责人及会计机构负责人(会计主管人员)声明：保证季度报告中财务信息的真实、准确、完整。

3.第三季度报告是否经过审计

□是 ☑否

## 一、主要财务数据

### （一）主要会计数据和财务指标

公司是否需追溯调整或重述以前年度会计数据

☑是 □否

追溯调整或重述原因

会计政策变更

| | 本报告期 | 上年同期 | | 本报告期比上年同期增减 | 年初至报告期末 | 上年同期 | | 年初至报告期末比上年同期增减 |
|---|---|---|---|---|---|---|---|---|
| | | 调整前 | 调整后 | 调整后 | | 调整前 | 调整后 | 调整后 |
| 营业收入（元） | 147,021,110.35 | 43,952,584.11 | 43,952,584.11 | 234.50% | 311,124,002.20 | 146,433,315.41 | 146,433,315.41 | 112.47% |
| 归属于上市公司股东的净利润（元） | -23,799,670.13 | -5,982,643.05 | -5,982,643.05 | -297.81% | -66,222,121.58 | -19,380,217.27 | -19,382,638.88 | -241.66% |
| 归属于上市公司股东的扣除非经常性损益的净利润（元） | -24,029,435.71 | -6,344,636.16 | -6,344,636.16 | -278.74% | -84,935,085.06 | -20,841,362.13 | -20,843,783.74 | -307.48% |
| 经营活动产生的现金流量净额（元） | - | - | - | - | 55,530,150.77 | -15,616,901.07 | -15,616,901.07 | 455.58% |
| 基本每股收益（元/股） | -0.06 | -0.02 | -0.02 | -200.00% | -0.18 | -0.05 | -0.05 | -260.00% |
| 稀释每股收益（元/股） | -0.06 | -0.02 | -0.02 | -200.00% | -0.18 | -0.05 | -0.05 | -260.00% |
| 加权平均净资产收益率 | -8.76% | -2.34% | -2.34% | -6.42% | -22.60% | -7.97% | -7.97% | -14.63% |

| | 本报告期末 | 上年度末 | | 本报告期末比上年度末增减 |
|---|---|---|---|---|
| | | 调整前 | 调整后 | 调整后 |
| 总资产（元） | 3,234,829,148.21 | 3,455,003,752.37 | 3,455,003,752.37 | -6.37% |
| 归属于上市公司股东的所有者权益（元） | 260,581,766.02 | 326,083,805.60 | 326,083,805.60 | -20.09% |

会计政策变更的原因及会计差错更正的情况

财政部于 2022 年 11 月 30 日发布了解释第 16 号，本公司自 2023 年 1 月 1 日起施行"关于单项交易产生的资产和负债相关的递延所得税不适用初始确认豁免的会计处理"的内容。对于在首次施行上述规定的财务报表列报最早期间的期初至本解释施行日之间发生的上述交易，公司应当按照上述规定，将累积影响数调整财务报表列报最早期间的期初留存收益及

2

其他相关财务报表项目，调增 2022 年度合并资产负债表递延所得税资产及未分配利润 4,194.86 元、调减 2022 年度利润表所得税费用 1,440.71 元；调增 2023 年 1-9 月利润表所得税费用 2,421.61 元。

### （二）非经常性损益项目和金额

☑适用 □不适用

单位：元

| 项目 | 本报告期金额 | 年初至报告期末金额 | 说明 |
|---|---|---|---|
| 非流动性资产处置损益（包括已计提资产减值准备的冲销部分） | | -1,077.66 | |
| 计入当期损益的政府补助（与公司正常经营业务密切相关、符合国家政策规定、按照确定的标准享有、对公司损益产生持续影响的政府补助除外） | 96,374.55 | 10,348,959.98 | |
| 单独进行减值测试的应收款项减值准备转回 | | 70,712.55 | |
| 债务重组损益 | 25,000.00 | 25,000.00 | |
| 除上述各项之外的其他营业外收入和支出 | 481,139.84 | 1,575,440.35 | |
| 其他符合非经常性损益定义的损益项目 | | 15,097,461.88 | |
| 减：所得税影响额 | 129,043.71 | 1,906,183.63 | |
| 少数股东权益影响额（税后） | 243,705.10 | 6,497,349.99 | |
| 合计 | 229,765.58 | 18,712,963.48 | -- |

其他符合非经常性损益定义的损益项目的具体情况：

□适用 ☑不适用

公司不存在其他符合非经常性损益定义的损益项目的具体情况。

将《公开发行证券的公司信息披露解释性公告第 1 号——非经常性损益》中列举的非经常性损益项目界定为经常性损益项目的情况说明

□适用 ☑不适用

公司不存在将《公开发行证券的公司信息披露解释性公告第 1 号——非经常性损益》中列举的非经常性损益项目界定为经常性损益的项目的情形。

### （三）主要会计数据和财务指标发生变动的情况及原因

☑适用 □不适用

1、合并资产负债表

| 项目 | 金额(人民币元) | | | |
|---|---|---|---|---|
| | 期末数 | 年初数 | 增减额 | 增减幅度 |
| 货币资金 | 94,721,337.29 | 563,025,597.63 | -468,304,260.34 | -83.18% |
| 应收款项融资 | 1,610,290.94 | 3,610,000.00 | -1,999,709.06 | -55.39% |

| 预付款项 | 31771460.42 | 19,550,886.36 | 12,220,574.06 | 62.51% |
|---|---|---|---|---|
| 合同资产 | 177,758.88 | 135,310.90 | 42,447.98 | 31.37% |
| 其他流动资产 | 146,720,345.36 | 94,876,686.35 | 51,843,659.01 | 54.64% |
| 其他权益工具投资 | 27,504.89 | 77,197.78 | -49,692.89 | -64.37% |
| 无形资产 | 168,576,789.38 | 100,244,717.59 | 68,332,071.79 | 68.17% |
| 长期待摊费用 | 7,741,992.08 | 11,733,225.50 | -3,991,233.42 | -34.02% |
| 递延所得税资产 | 56,132,420.36 | 13,632,284.86 | 42,500,135.50 | 311.76% |
| 短期借款 | 21,522,250.00 | 10,020,013.95 | 11,502,236.05 | 114.79% |
| 应付票据 | 111,350,022.05 | 314,271,575.58 | -202,921,553.53 | -64.57% |
| 预收款项 | 115,000,000.00 | - | 115,000,000.00 | - |
| 合同负债 | 63,042,271.49 | 36,538,319.66 | 26,503,951.83 | 72.54% |
| 应交税费 | 4,883,257.55 | 7,618,232.55 | -2,734,975.00 | -35.90% |
| 其他应付款 | 39,857,409.12 | 27,256,982.63 | 12,600,426.49 | 46.23% |
| 其他流动负债 | 34,025,227.57 | 9,179,076.58 | 24,846,150.99 | 270.68% |
| 预计负债 | 0.00 | 662,972.78 | -662,972.78 | -100.00% |
| 递延收益 | 72,749,320.67 | 6,746,408.58 | 66,002,912.09 | 978.34% |
| 递延所得税负债 | 54,247.26 | - | 54,247.26 | - |
| 其他非流动负债 | 13,447,248.00 | - | 13,447,248.00 | - |

说明:

A.货币资金：较年初减少 83.18%，主要系公司购建固定资产、无形资产和其他长期资产所支付的现金增加所致。

B.应收款项融资：较年初减少 55.39%，主要系公司本期票据背书转让及贴现所致。

C.预付款项：较年初增加 62.51%，主要系公司预付材料、能源采购款增加所致。

D.合同资产：较年初增加 31.37%，主要系公司本期合同资产增加所致。

E.其他流动资产：较年初增加 54.64%，主要系公司本期应交税费明细科目负数余额重分类至"其他流动资产"增加所致。

F.其他权益工具投资：较年初减少 64.37%，主要系公司本期其他权益工具投资公允价值变动所致。

G.无形资产：较年初增加 68.17%，主要系公司本期新增土地使用权所致。

H.长期待摊费用：较年初减少 34.02%，主要系公司本期长期待摊费用摊销所致。

I.递延所得税资产：较年初增加 311.76%，主要系孙公司眉山珑升本期确认递延所得税资产所致。

J.短期借款：较年初增加 114.79%，主要系公司本期新增银行短期借款所致。

K.应付票据：较年初减少 64.57%，主要系孙公司眉山珑升应付票据到期解付所致。

L.预收款项：较年初增加 11,500 万元，主要系公司旗下控股公司本期预收增资款所致。

M.合同负债：较年初增加 72.54%，主要系公司本期预收客户款项增加所致。

N.应交税费：较年初减少 35.90%，主要系公司本期缴纳企业所得税及契税所致。

O.其他应付款：较年初增加 46.23%，主要系孙公司眉山琏升本期其他应付款增加所致。

P.其他流动负债：较年初增加 270.68%，主要系公司本期取得控股股东海南琏升无息借款所致。

Q.预计负债：较年初减少 100.00%，主要系子公司三五数字支付预计负债款所致。

R.递延收益：较年初增加 978.34%，主要系公司本期收到与资产相关的政府补助所致。

S.递延所得税负债：较年初增加 5.42 万元，主要系孙公司江苏琏升确认递延所得税负债所致。

T.其他非流动负债：较年初增加 1,344.72 万元，主要系公司本期授予职工限制性股票认购款所致。

2、合并利润表

| 项目 | 金额(人民币元) | | | |
|---|---|---|---|---|
| | 年初至报告期末 | 上年同期 | 增减额 | 增减幅度 |
| 营业收入 | 311,124,002.20 | 146,433,315.41 | 164,690,686.79 | 112.47% |
| 营业成本 | 324,526,932.47 | 79,303,367.01 | 245,223,565.46 | 309.22% |
| 税金及附加 | 4,917,739.61 | 3,155,984.41 | 1,761,755.20 | 55.82% |
| 管理费用 | 78,659,014.57 | 47,323,790.09 | 31,335,224.48 | 66.21% |
| 研发费用 | 23,041,906.59 | 15,542,638.07 | 7,499,268.52 | 48.25% |
| 财务费用 | 41,587,181.43 | 8,176,609.03 | 33,410,572.40 | 408.61% |
| 其他收益 | 10,446,421.86 | 782,696.62 | 9,663,725.24 | 1234.67% |
| 投资收益 | -1,497,598.79 | 692,104.01 | -2,189,702.80 | -316.38% |
| 信用减值损失 | -1,510,871.61 | -1,056,387.46 | -454,484.15 | -43.02% |
| 资产减值损失 | -89,524,294.58 | -6,122.40 | -89,518,172.18 | -1462141.84% |
| 资产处置收益 | -187.34 | 20,722.76 | -20,910.10 | -100.90% |
| 营业外收入 | 16,643,074.61 | 1,967,277.21 | 14,675,797.40 | 746.00% |
| 营业外支出 | 68,524.58 | 44,743.98 | 23,780.60 | 53.15% |
| 所得税费用 | -39,482,612.64 | 3,921,381.24 | -43,403,993.88 | -1106.85% |

说明：

A.营业收入：较上年同期增加 112.47%，主要系公司本期太阳能电池业务营业收入增加所致。

B.营业成本：较上年同期增加 309.22%，主要系公司本期太阳能电池业务营业成本增加所致。

C.税金及附加：较上年同期增加 55.82%，主要系公司本期计提房产税及土地使用税增加所致。

D.管理费用：较上年同期增加 66.21%，主要系公司本期太阳能电池业务费用增加所致。

E.研发费用：较上年同期增加 48.25%，主要系公司本期太阳能电池业务费用增加所致。

F.财务费用：较上年同期增加 408.61%，主要系公司本期确认租赁负债未确认融资费用及金融机构贷款利息支出增加所致。

G.其他收益：较上年同期增加 1234.67%，主要系公司本期收到的政府补助增加所致。

H.投资收益：较上年同期减少 316.38%，主要系公司本期确认对联营企业的投资收益减少所致。

I.信用减值损失：较上年同期减少 43.02%，主要系公司本期坏账准备计提金额增加所致。

J.资产减值损失：较上年同期减少 1462141.84%，主要系公司本期计提存货跌价准备所致。

K.资产处置收益：较上年同期减少 100.90%，主要系公司本期确认处置非流动资产收益减少所致。

L.营业外收入：较上年同期增加 746.00%，主要系公司本期收到的政府补助增加所致。

M.营业外支出：较上年同期增加 53.15%，主要系公司本期营业外支出增加所致。

N.所得税费用：较上年同期减少 1106.85%，主要系孙公司眉山琏升本期确认递延所得税资产所致。

3、合并现金流量表

| 项目 | 金额(人民币元) | | | |
|---|---|---|---|---|
| | 年初至报告期末 | 上年同期 | 增长额 | 同比增减 |
| 经营活动产生的现金流量净额 | 55,530,150.77 | -15,616,901.07 | 71,147,051.84 | 455.58% |
| 投资活动产生的现金流量净额 | -623,647,667.46 | -370,588,784.84 | -253,058,882.62 | -68.29% |
| 筹资活动产生的现金流量净额 | 346,586,552.49 | 543,813,049.02 | -197,226,496.53 | -36.27% |
| 汇率变动对现金及现金等价物的影响 | -2,224.99 | -15,551.73 | 13,326.74 | 85.69% |
| 现金及现金等价物净增加额 | -221,533,189.19 | 157,591,811.38 | -379,125,000.57 | -240.57% |

说明：

A.本期经营活动产生的现金流量净额较上年同期增加 455.58%，主要系公司本期收到的政府补助款增加所致。

B.本期投资活动产生的现金流量净额较上年同期减少 68.29%，主要系公司本期购建固定资产、无形资产和其他长期资产支付的现金增加所致。

C.筹资活动产生的现金流量净额：较上年同期减少 36.27%，主要系公司旗下控股公司收到少数股东增资款减少所致。

D.汇率变动对现金及现金等价物的影响：较上年同期增加 85.69%，主要系公司本期受汇率变动影响所致。

E.现金及现金等价物净增加额：较上年同期减少 240.57%，主要系公司本期购建固定资产、无形资产和其他长期资产支付的现金增加以及旗下控股公司收到少数股东增资款减少所致。

## 二、股东信息

### （一）普通股股东总数和表决权恢复的优先股股东数量及前十名股东持股情况表

单位：股

| 报告期末普通股股东总数 | | 22,554 | 报告期末表决权恢复的优先股股东总数（如有） | | | 0 |
|---|---|---|---|---|---|---|
| 前 10 名股东持股情况（不含通过转融通出借股份） | | | | | | |
| 股东名称 | 股东性质 | 持股比例 | 持股数量 | 持有有限售条件的股份数量 | 质押、标记或冻结情况 | |
| | | | | | 股份状态 | 数量 |
| 海南琏升科技有限公司 | 境内非国有法人 | 13.91% | 51,601,566 | 0 | 不适用 | 0 |
| 万久根 | 境内自然人 | 5.71% | 21,175,200 | 0 | 质押 | 21,175,200 |
| 梁春燕 | 境内自然人 | 4.93% | 18,284,900 | 0 | 不适用 | 0 |
| 财达证券－招商银行－证券行业支持民企发展系列之财达证券5号集合资产管理计划 | 其他 | 4.92% | 18,246,300 | 0 | 不适用 | 0 |
| 蒋国祥 | 境内自然人 | 4.51% | 16,716,508 | 0 | 不适用 | 0 |
| 王小容 | 境内自然人 | 1.47% | 5,469,600 | 0 | 不适用 | 0 |
| 中国工商银行股份有限公司－华夏领先股票型证券投资基金 | 其他 | 1.35% | 5,000,000 | 0 | 不适用 | 0 |
| 粟建国 | 境内自然人 | 1.19% | 4,400,000 | 0 | 不适用 | 0 |
| 冯石根 | 境内自然人 | 1.15% | 4,248,317 | 0 | 不适用 | 0 |
| 四川海子投资管理有限公司－海子华灿6号私募证券投资基金 | 其他 | 0.97% | 3,605,100 | 0 | 不适用 | 0 |
| 前 10 名无限售条件股东持股情况（不含通过转融通出借股份、高管锁定股） | | | | | | |
| 股东名称 | | 持有无限售条件股份数量 | | 股份种类及数量 | | |
| | | | | 股份种类 | | 数量 |
| 海南琏升科技有限公司 | | 51,601,566 | | 人民币普通股 | | 51,601,566 |
| 万久根 | | 21,175,200 | | 人民币普通股 | | 21,175,200 |
| 梁春燕 | | 18,284,900 | | 人民币普通股 | | 18,284,900 |
| 财达证券－招商银行－证券行业支持民企发展系列之财达证券5号集合资产管理计划 | | 18,246,300 | | 人民币普通股 | | 18,246,300 |
| 蒋国祥 | | 16,716,508 | | 人民币普通股 | | 16,716,508 |
| 王小容 | | 5,469,600 | | 人民币普通股 | | 5,469,600 |
| 中国工商银行股份有限公司－华夏领先股票型证券投资基金 | | 5,000,000 | | 人民币普通股 | | 5,000,000 |
| 粟建国 | | 4,400,000 | | 人民币普通股 | | 4,400,000 |
| 冯石根 | | 4,248,317 | | 人民币普通股 | | 4,248,317 |
| 四川海子投资管理有限公司－海子华灿6号私募证券投资基金 | | 3,605,100 | | 人民币普通股 | | 3,605,100 |
| 上述股东关联关系或一致行动的说明 | | 万久根与海南琏升实际控制人黄明良之妹系夫妻关系，属于《上市公司收购管理办法》第八十三条规定的一致行动人情形。2022 年 8 月 26 日，万久根与海南琏升签署《表决权委托协议》，万久根将其持有的享有公司表决权的股份委托给海南琏升科技有限公司行使；根据《表决权委托协议》及万久根出具的说明函，委托 | | | | |

| | 期限内万久根主动增持公司股份亦委托至海南珐升行使。截至报告期末，海南珐升持有公司 51,601,566 股股份，占公司总股本的 13.91%；享有公司 72,776,766 股股份的表决权，占上市公司总股本的 19.62%。 |
|---|---|
| 前 10 名股东参与融资融券业务股东情况说明（如有） | 1、冯石根通过普通证券账户持股数量为 3,300,517 股，信用证券账户持股数量为 947,800 股；<br>2、四川海子投资管理有限公司－海子华灿 6 号私募证券投资基金通过普通证券账户持股数量为 0 股，信用证券账户持股数量为 3,605,100 股。 |

持股 5%以上股东、前 10 名股东及前 10 名无限售流通股股东参与转融通业务出借股份情况

□适用 ☑不适用

前 10 名股东及前 10 名无限售流通股股东因转融通出借/归还原因导致较上期发生变化

□适用 ☑不适用

## （二）公司优先股股东总数及前 10 名优先股股东持股情况表

□适用 ☑不适用

## （三）限售股份变动情况

☑适用 □不适用

单位：股

| 股东名称 | 期初限售股数 | 本期解除限售股数 | 本期增加限售股数 | 期末限售股数 | 限售原因 | 拟解除限售日期 |
|---|---|---|---|---|---|---|
| 章威炜 | 0 | 0 | 11,250 | 11,250 | 董监高限售股 | 执行董监高限售规定 |
| 汤璟蕾 | 0 | 0 | 20,025 | 20,025 | 董监高限售股 | 执行董监高限售规定 |
| 公司 2024 年限制性股票激励计划首次授予激励对象 | 0 | 0 | 5,228,000 | 5,228,000 | 股权激励限售股 | 自限制性股票首次授予登记完成之日起 12 个月、24 个月、36 个月分三期解除限售 |
| 合计 | 0 | 0 | 5,259,275 | 5,259,275 | -- | -- |

# 三、其他重要事项

☑适用 □不适用

| 重要事项概述 | 披露日期 | 临时报告披露网站查询索引 |
|---|---|---|
| 获得政府补助 | 2024 年 7 月 1 日 | 巨潮资讯网（http://www.cninfo.com.cn） |
| 公司及控股子公司提供担保、接受关联方无偿借款或担保 | 2024 年 7 月 8 日 | 巨潮资讯网（http://www.cninfo.com.cn） |
| | 2024 年 7 月 9 日 | 巨潮资讯网（http://www.cninfo.com.cn） |
| | 2024 年 7 月 13 日 | 巨潮资讯网（http://www.cninfo.com.cn） |

珵升科技股份有限公司 2024 年第三季度报告

| | 2024 年 8 月 8 日 | 巨潮资讯网（http://www.cninfo.com.cn） |
|---|---|---|
| | 2024 年 8 月 30 日 | 巨潮资讯网（http://www.cninfo.com.cn） |
| 2024 年限制性股票激励计划 | 2024 年 7 月 26 日 | 巨潮资讯网（http://www.cninfo.com.cn） |
| | 2024 年 8 月 8 日 | 巨潮资讯网（http://www.cninfo.com.cn） |
| 持股 5%以上股东权益变动或减持进展 | 2024 年 8 月 20 日 | 巨潮资讯网（http://www.cninfo.com.cn） |
| | 2024 年 8 月 28 日 | 巨潮资讯网（http://www.cninfo.com.cn） |
| 公司注册资本变更及章程修订 | 2024 年 8 月 30 日 | 巨潮资讯网（http://www.cninfo.com.cn） |
| 拟公开挂牌转让全资子公司 100%股权及部分商标 | 2024 年 8 月 30 日 | 巨潮资讯网（http://www.cninfo.com.cn） |
| | 2024 年 9 月 3 日 | 巨潮资讯网（http://www.cninfo.com.cn） |
| | 2024 年 9 月 24 日 | 巨潮资讯网（http://www.cninfo.com.cn） |

除本章节所述重要事项外，公司涉及的重大事项均在公司指定的信息披露媒体《证券时报》和巨潮资讯网（http://www.cninfo.com.cn）进行公开披露，公司所有信息均以在上述指定媒体刊登的公告为准。

## 四、季度财务报表

### （一）财务报表

#### 1、合并资产负债表

编制单位：珵升科技股份有限公司

单位：元

| 项目 | 期末余额 | 期初余额 |
|---|---|---|
| 流动资产： | | |
| 货币资金 | 94,721,337.29 | 563,025,597.63 |
| 结算备付金 | | |
| 拆出资金 | | |
| 交易性金融资产 | | |
| 衍生金融资产 | | |
| 应收票据 | | |
| 应收账款 | 55,312,064.16 | 41,440,231.71 |
| 应收款项融资 | 1,610,290.94 | 3,610,000.00 |
| 预付款项 | 31,771,460.42 | 19,550,886.36 |
| 应收保费 | | |
| 应收分保账款 | | |
| 应收分保合同准备金 | | |
| 其他应收款 | 18,308,671.20 | 22,164,839.91 |
| 　其中：应收利息 | | |
| 　　　　应收股利 | | |
| 买入返售金融资产 | | |

| | | |
|---|---|---|
| 存货 | 91,624,170.90 | 97,258,313.28 |
| 　其中：数据资源 | | |
| 合同资产 | 177,758.88 | 135,310.90 |
| 持有待售资产 | | |
| 一年内到期的非流动资产 | | |
| 其他流动资产 | 146,720,345.36 | 94,876,686.35 |
| 流动资产合计 | 440,246,099.15 | 842,061,866.14 |
| 非流动资产： | | |
| 发放贷款和垫款 | | |
| 债权投资 | | |
| 其他债权投资 | | |
| 长期应收款 | | |
| 长期股权投资 | 9,527,855.71 | 8,289,075.82 |
| 其他权益工具投资 | 27,504.89 | 77,197.78 |
| 其他非流动金融资产 | | |
| 投资性房地产 | | |
| 固定资产 | 1,468,163,304.51 | 1,291,847,216.37 |
| 在建工程 | 687,408,974.00 | 775,055,619.69 |
| 生产性生物资产 | | |
| 油气资产 | | |
| 使用权资产 | 394,290,425.32 | 408,955,951.40 |
| 无形资产 | 168,576,789.38 | 100,244,717.59 |
| 　其中：数据资源 | | |
| 开发支出 | | |
| 　其中：数据资源 | | |
| 商誉 | | |
| 长期待摊费用 | 7,741,992.08 | 11,733,225.50 |
| 递延所得税资产 | 56,132,420.36 | 13,632,284.86 |
| 其他非流动资产 | 2,713,782.81 | 3,106,597.22 |
| 非流动资产合计 | 2,794,583,049.06 | 2,612,941,886.23 |
| 资产总计 | 3,234,829,148.21 | 3,455,003,752.37 |
| 流动负债： | | |
| 短期借款 | 21,522,250.00 | 10,020,013.95 |
| 向中央银行借款 | | |
| 拆入资金 | | |
| 交易性金融负债 | | |
| 衍生金融负债 | | |
| 应付票据 | 111,350,022.05 | 314,271,575.58 |
| 应付账款 | 837,674,482.06 | 1,058,307,152.74 |
| 预收款项 | 115,000,000.00 | |
| 合同负债 | 63,042,271.49 | 36,538,319.66 |
| 卖出回购金融资产款 | | |
| 吸收存款及同业存放 | | |
| 代理买卖证券款 | | |
| 代理承销证券款 | | |
| 应付职工薪酬 | 16,548,390.39 | 15,924,515.28 |
| 应交税费 | 4,883,257.55 | 7,618,232.55 |
| 其他应付款 | 39,857,409.12 | 27,256,982.63 |
| 　其中：应付利息 | | |
| 　　　　应付股利 | | |
| 应付手续费及佣金 | | |
| 应付分保账款 | | |
| 持有待售负债 | | |
| 一年内到期的非流动负债 | 123,452,024.82 | 110,814,889.47 |
| 其他流动负债 | 34,025,227.57 | 9,179,076.58 |
| 流动负债合计 | 1,367,355,335.05 | 1,589,930,758.44 |

| 非流动负债： | | |
|---|---|---|
| 保险合同准备金 | | |
| 长期借款 | 464,054,805.09 | 363,722,829.48 |
| 应付债券 | | |
| 　其中：优先股 | | |
| 　　　永续债 | | |
| 租赁负债 | 442,926,882.60 | 426,624,275.01 |
| 长期应付款 | 7,502,000.00 | 7,502,000.00 |
| 长期应付职工薪酬 | | |
| 预计负债 | | 662,972.78 |
| 递延收益 | 72,749,320.67 | 6,746,408.58 |
| 递延所得税负债 | 54,247.26 | |
| 其他非流动负债 | 13,447,248.00 | |
| 非流动负债合计 | 1,000,734,503.62 | 805,258,485.85 |
| 负债合计 | 2,368,089,838.67 | 2,395,189,244.29 |
| 所有者权益： | | |
| 股本 | 370,926,690.00 | 365,698,690.00 |
| 其他权益工具 | | |
| 　其中：优先股 | | |
| 　　　永续债 | | |
| 资本公积 | 675,880,009.57 | 657,595,228.61 |
| 减：库存股 | 22,637,240.00 | |
| 其他综合收益 | -9,359,009.35 | -9,203,550.39 |
| 专项储备 | | |
| 盈余公积 | 18,214,273.46 | 18,214,273.46 |
| 一般风险准备 | | |
| 未分配利润 | -772,442,957.66 | -706,220,836.08 |
| 归属于母公司所有者权益合计 | 260,581,766.02 | 326,083,805.60 |
| 少数股东权益 | 606,157,543.52 | 733,730,702.48 |
| 所有者权益合计 | 866,739,309.54 | 1,059,814,508.08 |
| 负债和所有者权益总计 | 3,234,829,148.21 | 3,455,003,752.37 |

法定代表人：黄明良　主管会计工作负责人：杨莘　会计机构负责人：叶逸新

## 2、合并年初到报告期末利润表

单位：元

| 项目 | 本期发生额 | 上期发生额 |
|---|---|---|
| 一、营业总收入 | 311,124,002.20 | 146,433,315.41 |
| 　其中：营业收入 | 311,124,002.20 | 146,433,315.41 |
| 　利息收入 | | |
| 　已赚保费 | | |
| 　手续费及佣金收入 | | |
| 二、营业总成本 | 494,775,471.87 | 173,439,196.60 |
| 　其中：营业成本 | 324,526,932.47 | 79,303,367.01 |
| 　利息支出 | | |
| 　手续费及佣金支出 | | |
| 　退保金 | | |
| 　赔付支出净额 | | |
| 　提取保险责任准备金净额 | | |
| 　保单红利支出 | | |
| 　分保费用 | | |
| 　税金及附加 | 4,917,739.61 | 3,155,984.41 |

| | | |
|---|---|---|
| 销售费用 | 22,042,697.20 | 19,936,807.99 |
| 管理费用 | 78,659,014.57 | 47,323,790.09 |
| 研发费用 | 23,041,906.59 | 15,542,638.07 |
| 财务费用 | 41,587,181.43 | 8,176,609.03 |
| 其中：利息费用 | 42,240,802.87 | 14,054,510.00 |
| 利息收入 | 1,634,976.30 | 6,098,884.83 |
| 加：其他收益 | 10,446,421.86 | 782,696.62 |
| 投资收益（损失以"一"号填列） | -1,497,598.79 | 692,104.01 |
| 其中：对联营企业和合营企业的投资收益 | -748,000.11 | 487,100.14 |
| 以摊余成本计量的金融资产终止确认收益 | | |
| 汇兑收益（损失以"-"号填列） | | |
| 净敞口套期收益（损失以"一"号填列） | | |
| 公允价值变动收益（损失以"一"号填列） | | |
| 信用减值损失（损失以"-"号填列） | -1,510,871.61 | -1,056,387.46 |
| 资产减值损失（损失以"-"号填列） | -89,524,294.58 | -6,122.40 |
| 资产处置收益（损失以"-"号填列） | -187.34 | 20,722.76 |
| 三、营业利润（亏损以"一"号填列） | -265,738,000.13 | -26,572,867.66 |
| 加：营业外收入 | 16,643,074.61 | 1,967,277.21 |
| 减：营业外支出 | 68,524.58 | 44,743.98 |
| 四、利润总额（亏损总额以"一"号填列） | -249,163,450.10 | -24,650,334.43 |
| 减：所得税费用 | -39,482,612.64 | 3,921,381.24 |
| 五、净利润（净亏损以"一"号填列） | -209,680,837.46 | -28,571,715.67 |
| （一）按经营持续性分类 | | |
| 1.持续经营净利润（净亏损以"一"号填列） | -209,680,837.46 | -28,571,715.67 |
| 2.终止经营净利润（净亏损以"一"号填列） | | |
| （二）按所有权归属分类 | | |
| 1.归属于母公司股东的净利润（净亏损以"-"号填列） | -66,222,121.58 | -19,382,638.88 |
| 2.少数股东损益（净亏损以"-"号填列） | -143,458,715.88 | -9,189,076.79 |
| 六、其他综合收益的税后净额 | -155,458.96 | -1,151.41 |
| 归属母公司所有者的其他综合收益的税后净额 | -155,458.96 | -1,151.41 |
| （一）不能重分类进损益的其他综合收益 | -155,458.96 | -1,151.41 |
| 1.重新计量设定受益计划变动额 | | |
| 2.权益法下不能转损益的其他综合收益 | -113,220.00 | |
| 3.其他权益工具投资公允价值变动 | -42,238.96 | 5,137,985.29 |
| 4.企业自身信用风险公允价值 | | |

珐升科技股份有限公司 2024 年第三季度报告

| 项目 | | |
|---|---|---|
| 变动 | | |
| 5.其他 | | -5,139,136.70 |
| （二）将重分类进损益的其他综合收益 | | |
| 1.权益法下可转损益的其他综合收益 | | |
| 2.其他债权投资公允价值变动 | | |
| 3.金融资产重分类计入其他综合收益的金额 | | |
| 4.其他债权投资信用减值准备 | | |
| 5.现金流量套期储备 | | |
| 6.外币财务报表折算差额 | | |
| 7.其他 | | |
| 归属于少数股东的其他综合收益的税后净额 | | |
| 七、综合收益总额 | -209,836,296.42 | -28,572,867.08 |
| （一）归属于母公司所有者的综合收益总额 | -66,377,580.54 | -19,383,790.29 |
| （二）归属于少数股东的综合收益总额 | -143,458,715.88 | -9,189,076.79 |
| 八、每股收益： | | |
| （一）基本每股收益 | -0.18 | -0.05 |
| （二）稀释每股收益 | -0.18 | -0.05 |

本期发生同一控制下企业合并的，被合并方在合并前实现的净利润为：元，上期被合并方实现的净利润为：元。

法定代表人：黄明良    主管会计工作负责人：杨苹    会计机构负责人：叶逸新

## 3、合并年初到报告期末现金流量表

单位：元

| 项目 | 本期发生额 | 上期发生额 |
|---|---|---|
| 一、经营活动产生的现金流量： | | |
| 销售商品、提供劳务收到的现金 | 338,945,942.47 | 152,450,332.95 |
| 客户存款和同业存放款项净增加额 | | |
| 向中央银行借款净增加额 | | |
| 向其他金融机构拆入资金净增加额 | | |
| 收到原保险合同保费取得的现金 | | |
| 收到再保业务现金净额 | | |
| 保户储金及投资款净增加额 | | |
| 收取利息、手续费及佣金的现金 | | |
| 拆入资金净增加额 | | |
| 回购业务资金净增加额 | | |
| 代理买卖证券收到的现金净额 | | |
| 收到的税费返还 | 1,137,291.58 | |
| 收到其他与经营活动有关的现金 | 97,657,189.97 | 8,501,445.30 |
| 经营活动现金流入小计 | 437,740,424.02 | 160,951,778.25 |
| 购买商品、接受劳务支付的现金 | 221,839,607.69 | 81,893,506.03 |
| 客户贷款及垫款净增加额 | | |
| 存放中央银行和同业款项净增加额 | | |
| 支付原保险合同赔付款项的现金 | | |
| 拆出资金净增加额 | | |
| 支付利息、手续费及佣金的现金 | | |
| 支付保单红利的现金 | | |

| | | |
|---|---|---|
| 支付给职工及为职工支付的现金 | 115,251,466.81 | 57,219,135.38 |
| 支付的各项税费 | 15,104,620.50 | 9,777,498.63 |
| 支付其他与经营活动有关的现金 | 30,014,578.25 | 27,678,539.28 |
| 经营活动现金流出小计 | 382,210,273.25 | 176,568,679.32 |
| 经营活动产生的现金流量净额 | 55,530,150.77 | -15,616,901.07 |
| 二、投资活动产生的现金流量： | | |
| 收回投资收到的现金 | | |
| 取得投资收益收到的现金 | | |
| 处置固定资产、无形资产和其他长期资产收回的现金净额 | 1,700.00 | 55,630.00 |
| 处置子公司及其他营业单位收到的现金净额 | 5,871,250.00 | |
| 收到其他与投资活动有关的现金 | 17,440,000.00 | 39,556,530.00 |
| 投资活动现金流入小计 | 23,312,950.00 | 39,612,160.00 |
| 购建固定资产、无形资产和其他长期资产支付的现金 | 632,826,597.46 | 370,756,095.73 |
| 投资支付的现金 | 2,100,000.00 | |
| 质押贷款净增加额 | | |
| 取得子公司及其他营业单位支付的现金净额 | | |
| 支付其他与投资活动有关的现金 | 12,034,020.00 | 39,444,849.11 |
| 投资活动现金流出小计 | 646,960,617.46 | 410,200,944.84 |
| 投资活动产生的现金流量净额 | -623,647,667.46 | -370,588,784.84 |
| 三、筹资活动产生的现金流量： | | |
| 吸收投资收到的现金 | 158,865,740.00 | 942,112,500.00 |
| 其中：子公司吸收少数股东投资收到的现金 | 158,865,740.00 | 942,112,500.00 |
| 取得借款收到的现金 | 174,889,509.78 | 10,000,000.00 |
| 收到其他与筹资活动有关的现金 | 153,130,177.47 | 327,447,989.72 |
| 筹资活动现金流入小计 | 486,885,427.25 | 1,279,560,489.72 |
| 偿还债务支付的现金 | 61,180,000.00 | 14,280,000.00 |
| 分配股利、利润或偿付利息支付的现金 | 36,916,808.74 | 16,025,576.99 |
| 其中：子公司支付给少数股东的股利、利润 | 5,574,340.54 | 2,007,900.40 |
| 支付其他与筹资活动有关的现金 | 42,202,066.02 | 705,441,863.71 |
| 筹资活动现金流出小计 | 140,298,874.76 | 735,747,440.70 |
| 筹资活动产生的现金流量净额 | 346,586,552.49 | 543,813,049.02 |
| 四、汇率变动对现金及现金等价物的影响 | -2,224.99 | -15,551.73 |
| 五、现金及现金等价物净增加额 | -221,533,189.19 | 157,591,811.38 |
| 加：期初现金及现金等价物余额 | 234,059,276.74 | 26,512,420.15 |
| 六、期末现金及现金等价物余额 | 12,526,087.55 | 184,104,231.53 |

## （二）2024 年起首次执行新会计准则调整首次执行当年年初财务报表相关项目情况

□适用 ☑不适用

## （三）审计报告

第三季度报告是否经过审计

□是 ☑否

公司第三季度报告未经审计。

琏升科技股份有限公司董事会

2024 年 10 月 25 日

Exhibit B

**Stock Code**: 300051
**Stock Abbreviation**: Lian Sheng Technology
**Announcement Number**: 2024-128

**Leascend Technology Co., Ltd.**

**Announcement on the Progress and Completion of the Public Listing and Transfer of 100% Equity of a Wholly-Owned Subsidiary and Certain Trademarks**

# I. Overview of the Transaction

## (1) Basic Information on the Transaction

1. To further focus on its core business in line with the Company's strategic development plan, the Company convened its 32nd meeting of the sixth Board of Directors on August 29, 2024. The meeting approved the "Proposal on the Public Listing and Transfer of 100% Equity and Certain Trademarks of Xiamen 35 Internet Information Co., Ltd." (hereinafter referred to as "35 Internet"). The proposal authorized the Company to publicly list 100% equity of its wholly-owned subsidiary, 35 Internet, and certain trademarks on the Xiamen Property Rights Exchange Center (hereinafter referred to as the "Exchange"). The reserve price for the asset package was based on the valuation report provided by an appraisal institution, amounting to RMB 41.1131 million. After three rounds of public listing, no qualified transferees expressed interest, and the previous listing process was terminated.

2. On November 18, 2024, the Company convened its 35th meeting of the sixth Board of Directors, where the "Proposal on the Progress of the Public Listing and Transfer of 100% Equity and Certain Trademarks of 35 Internet" was approved. The Board authorized the Company to re-list the assets at the Exchange. The reserve price was based on the audited net assets of 35 Internet as of May 31, 2024, and the valuation of trademarks, with a total listing price of RMB 16.8389 million.

Details of the transaction were disclosed in related announcements published on the website of CNINFO (www.cninfo.com.cn) on August 30, 2024, and several dates thereafter.

The Company and its entire Board of Directors guarantee that the disclosed information is true, accurate, and complete, without any false statements, misleading content, or material omissions.

## (2) Progress of the Transaction

On December 5, 2024, the Company received a "Transaction Confirmation Letter" from the Exchange. Chengdu Yu Yu Ling Internet Technology Co., Ltd. (hereinafter referred to as "Yu Yu Ling Technology") won the bid during the public auction with a final transaction price of RMB 48.2389 million.

The Company will proceed with signing the transfer agreement and completing the asset handover with Yu Yu Ling Technology. The Company will comply with all applicable review and disclosure procedures based on the progress of this transaction. Investors are advised to pay attention to subsequent announcements and exercise caution regarding investment risks.

---

## II. Documents for Reference

1. "Transaction Confirmation Letter" issued by the Exchange.

This is hereby announced.

**Leascend Technology Co., Ltd.**
**Board of Directors**
**December 5, 2024**

**Stock Code: 300051**

**Stock Abbreviation: Leascend Technology**

**Announcement Number: 2024-121**

**Leascend Technology Co., Ltd.**

**Announcement on the Public Listing and Transfer of 100% Equity of a Wholly-Owned Subsidiary and Certain Trademarks**

---

## I. Overview of the Transaction

1. In 2023, Leascend Technology Co., Ltd. (hereinafter referred to as the "Company") leveraged its strategic transformation advantages and opportunities from the rapid growth of China's photovoltaic industry by entering the photovoltaic cell sector and investing in a photovoltaic heterojunction (HJT) cell project. The Company has since successfully transitioned its main business to the photovoltaic industry.

To further focus on its core business, the Company plans to publicly list 100% equity of its wholly-owned subsidiary, Xiamen 35 Internet Information Co., Ltd. (hereinafter referred to as "35 Internet" or the "Target Company"), and certain trademarks on the Xiamen Property Rights Exchange Center (hereinafter referred to as the "Exchange"). The reserve price for the asset package is based on the valuation report provided by an appraisal institution, amounting to RMB 41.1131 million.

2. On August 29, 2024, the Company convened its 32nd meeting of the sixth Board of Directors and approved the "Proposal on the Public Listing and Transfer of 100% Equity and Certain Trademarks of Xiamen 35 Internet Information Co., Ltd." The Board also authorized the management to handle matters related to the equity transfer (including listing procedures, negotiations with counterparties, and agreement signing).

3. As the transaction will proceed via a public listing process, the final transferee remains uncertain. If the transferee is identified as a related party, the Company will comply with review and disclosure requirements. The transaction does not constitute a major asset restructuring as defined by the "Administrative Measures for Major Asset Restructuring of Listed Companies."

## II. Basic Information on the Counterparty

The equity transfer will be conducted via public listing at the Exchange, and the transferee has not yet been determined. The Company will disclose further information as the process progresses.

## III. Basic Information on the Transaction Assets

### (1) Overview of 35 Internet

1. **Company Details**
   - Name: Xiamen 35 Internet Information Co., Ltd.
   - Unified Social Credit Code: 91350200MACKTQ1N08
   - Type: Limited liability company (wholly owned by a legal person with natural person investments or control)
   - Establishment Date: June 1, 2023
   - Registered Address: Unit A01, 4th Floor, No. 8 Guanri Road, Torch High-Tech Zone, Xiamen Software Park Phase II
   - Registered Capital: RMB 20 million
   - Business Scope: Internet information services; value-added telecom services (categories I and II); domain registration (ICANN accreditation); software development, IT consulting, digital content creation, and other services.

2. **Financial Data**
   (in RMB 10,000)

| Item | May 31, 2024 (Audited) | December 31, 2023 (Audited) |
|---|---|---|
| Total Assets | 5,375.39 | 4,289.87 |
| Total Liabilities | 3,655.11 | 2,546.71 |
| Accounts Receivable | 500.96 | 237.18 |
| Net Assets | 1,653.58 | 1,640.76 |
| Item | January – May 2024 (Audited) | 2023 (Audited) |
| Revenue | 2,728.75 | 3,191.00 |
| Net Profit | 4.28 | -320.10 |

| Net Cash Flow from Operations | 59.43 | 1,165.61 |
|---|---|---|

1. **Business Description**

   35 Internet focuses on providing enterprise IT services for SMEs through SaaS offerings. Its services include enterprise email, website development, domain registration (ICANN accreditation), and office automation systems.

2. **Ownership Status**

   The equity of 35 Internet is clear, with no mortgages, pledges, or other restrictions on transfer. There are no ongoing litigation, arbitration, or judicial measures affecting ownership transfer.

3. **Asset Valuation**

   As of May 31, 2024, the valuation of 35 Internet's equity was determined using the income approach, with a final valuation of RMB 40.81 million.

**(2) Trademarks**

1. A total of 83 trademarks are proposed for transfer, with details provided in the attachment.
2. As of May 31, 2024, the trademarks were valued at RMB 303,100.

---

## IV. Pricing Basis

The pricing is based on an independent valuation conducted by Beifang Yashi Asset Appraisal Co., Ltd., a third-party organization qualified in securities and futures. The valuation of 100% equity in 35 Internet and the trademarks totaled RMB 41.1131 million, which serves as the reserve price for the initial listing.

---

## V. Additional Listing Information

1. **Listing Information Disclosure and Quotation Websites**:
   - Xiamen Property Rights Exchange Center: http://www.xemas.com.cn/
   - UniBid Platform: https://www.unibid.cn/
   - UniBid Bidding Hall: https://www.unibid.cn/portal/pro/hall.jsp?org=XM1
2. **Public Listing Period**:

○ The initial public listing period is 15 business days. If no qualified transferees are identified, the listing period may be extended by an additional 10 business days without changes to the listing conditions. Subsequent listing periods will also be set at 10 business days each, with the reserve price reduced by 10% per round.

## VI. Key Terms of the Transaction Agreement

The Company will finalize the transaction agreement upon confirmation of the transferee. The details of the transferee, transfer price, and timelines for delivery and registration will be determined in the executed agreement.

## VII. Purpose and Impact of the Transaction

The transaction aligns with the Company's strategic development goals and long-term interests by optimizing its asset structure. The sale proceeds will enable the Company to further focus on its photovoltaic business. Post-transaction, 35 Internet will no longer be included in the Company's consolidated financial statements, and the Company will cease operations in the related business areas.

## VIII. Documents for Reference

1. Resolution of the 32nd meeting of the sixth Board of Directors.
2. Other related documents.

This is hereby announced.

**Leascend Technology Co., Ltd.**
**Board of Directors**
**August 30, 2024**

**Attachment: Details of Trademarks Proposed for Transfer**

| No. | Category | Registration Number | Trademark Image | Exclusive Rights (Start) | Exclusive Rights (End) | Goods/Services |
|-----|----------|---------------------|-----------------|--------------------------|------------------------|----------------|
| 1 | 38 | 3856046 | | 2006-05-21 | 2026-05-20 | 信息传送；电话业务；计算机终端通讯；电子信件；电子邮件；电信信息；光纤通讯；卫星传送；电子公告牌服务（通讯服务）；通过为计算机使用者提供聊天室的方式进行信息传送（截止） |
| 2 | 38 | 3856045 | | 2006-05-21 | 2026-05-20 | 信息传送；电话业务；计算机终端通讯；电子信件；电子邮件；电信信息；光纤通讯；卫星传送；电子公告牌服务（通讯服务）；通过为计算机使用者提供聊天室的方式进行信息传送（截止） |
| 3 | 35 | 5099825 | | 2010-06-28 | 2030-06-27 | 推销（替他人）；计算机数据库信息编入；商业专业咨询；在通讯媒体上出租广告空间；广告；数据通讯网络上的在线广告；工商管理辅助；商业信息；替他人作中介（替其他企业购买商品或服务），速记（截止） |
| 4 | 38 | 5099826 | | 2009-09-14 | 2029-09-13 | 信息传送；电讯信息；计算机终端通讯；调制解调器出租；信息传输设备出租；电子公告牌服务（通讯服务）；电子邮件；计算机辅助信息和图像传送；提供全球计算机网络用户接入服务（服务商）（截止） |
| 5 | 42 | 5099823 | | 2013-08-07 | 2033-08-06 | 计算机系统设计；知识产权许可；计算机软件设计；主持计算机站（网站）；计算机软件出租；技术项目研究；替他人注册域名；为计算机用户间交换数据提供即时连接服务；替他人创建和维护网站；建设项目的开发（截止） |

| | | | | | |
|---|---|---|---|---|---|
| 6 | 42 | 5099828 | 35互联 | 2010-06-14 | 2030-06-13 | 计算机系统设计；知识产权许可；计算机软件设计；主持计算机站（网站）；计算机软件出租；技术项目研究；替他人注册域名；为计算机用户间交换数<br><br>据提供即时连接服务；替他人创建和维护网站；建设项目的开发（截止） |
| 7 | 09 | 5099824 | 35互联 | 2009-06-28 | 2029-06-27 | 网络通讯设备；调制解调器（截止） |
| 8 | 35 | 5099852 | **35** | 2009-04-21 | 2029-04-20 | 推销（替他人）；计算机数据库信息编入；商业专业咨询；在通讯媒体上出租广告空间；广告；数据通讯网络上的在线广告；工商管理辅助；商业信息；速记；替他人作中介（替其它企业购买商品或服务）<br><br>（截止） |
| 9 | 35 | 5099840 | 三五 | 2009-04-21 | 2029-04-20 | 推销（替他人）；计算机数据库信息编入；商业专业咨询；在通讯媒体上出租广告空间；广告；数据通讯网络上的在线广告；工商管理辅助；商业信息；速记；替他人作中介（替其它企业购买商品或服务）<br><br>（截止） |
| 10 | 42 | 5099834 | **35** | 2013-11-07 | 2033-11-06 | 计算机系统设计；主持计算机站（网站）；计算机软件设计；知识产权许可；计算机软件出租；替他人注册域名；技术项目研究；建设项目的开发；替他人创建和维护网站；为计算机用户间交换数据提<br><br>供即时连接服务（截止） |
| 11 | 41 | 5099842 | 三五 | 2009-06-14 | 2029-06-13 | （在计算机网络上）提供在线游戏；娱乐；培训；安排和组织会议；收费图书馆；提供在线电子出版<br><br>物（非下载的）；游戏；节目制作；娱乐信息；数字成像服务（截止） |
| 12 | 38 | 5099841 | 三五 | 2009-09-14 | 2029-09-13 | 信息传送；电讯信息；计算机终端通讯；调制解调器出租；信息传输设备出租；电子公告牌服务（通讯服务）；电子邮件；计算机辅助信息和图像传送；<br><br>提供全球计算机网络用户接入服务（服务商）（截止） |

| 13 | 09 | 5099839 | 三 五 | 2009-0<br>6-28 | 2029-0<br>6-27 | 网络通讯设备；调制解调器（截止） |
|---|---|---|---|---|---|---|
| 14 | 41 | 5099827 | 35互联 | 2010-0<br>6-14 | 2030-0<br>6-13 | （在计算机网络上）提供在线游戏；娱乐；培训；安排和组织会议；收费图书馆；提供在线电子出版物（非下载的）；游戏；节目制作；娱乐信息；数字成像服务（截止） |
| 15 | 42 | 6570337 | 自推虎邮 | 2011-0<br>1-14 | 2031-0<br>1-13 | 包装设计;无形资产评估;室内装饰设计(截止) |
| 16 | 38 | 6734744 | 35EQ | 2010-0<br>5-28 | 2030-0<br>5-27 | 信息传送；提供因特网聊天室；电话业务；远程会议服务；语音邮件服务；电子公告牌服务(通讯服务)；电子邮件；提供全球计算机网络用户接入服务（服务商）；提供与全球计算机网络的电讯联接服务；提供数据库接入服务(截止) |
| 17 | 42 | 7638246 | 35网商通 | 2013-1<br>0-14 | 2033-1<br>0-13 | 把有形的数据和文件转换成电子媒体；研究与开发（替他人）；计算机编程；计算机软件设计；计算机软件出租；计算机系统设计；替他人创建和维护网站；托管计算机站(网站)；计算机程序和数据的数据转换（非有形转换）；网络服务器的出租（截止） |
| 18 | 45 | 8026848 |  | 2011-0<br>3-14 | 2031-0<br>3-13 | 仲裁；知识产权咨询；版权管理；知识产权许可；知识产权监督；法律研究；诉讼服务；计算机软件许可（法律服务）；域名注册；调解（截止） |
| 19 | 09 | 8026871 |  | 2011-0<br>3-07 | 2031-0<br>3-06 | 成套无线电话机；电话机；可视电话；车辆用导航仪器（随车计算机）；手提电话；纤维光缆；卫星导航仪器；手提无线电话机；雷达设备；光通讯设备（截止） |
| 20 | 42 | 8132558 | 35CRM | 2013-1<br>1-21 | 2033-1<br>1-20 | 把有形的数据和文件转换成电子媒体；计算机编程；计算机病毒的防护服务；计算机软件出租；计算机软件的安装；计算机软件设计；计算机系统设计；提供互联网搜索引擎；替他人创建和维护网站；托管计算机站（网站）（截止） |
| 21 | 42 | 8132492 | EQ | 2013-0<br>2-07 | 2033-0<br>2-06 | 把有形的数据和文件转换成电子媒体；计算机编程；计算机病毒的防护服务；计算机软件出租；计算机软件的安装；计算机软件设计；计算机系统设计；提供互联网搜索引擎；替他人创建和维护网站；托管计算机站（网站）（截止） |

| 22 | 38 | 8132311 | EQ | 2013-0<br>3-07 | 2033-0<br>3-06 | 电讯信息；电子公告牌服务（通讯服务）；电子邮件；计算机辅助信息和图像传送；计算机终端通讯；提供全球计算机网络用户接入服务（服务商）；提供因特网聊天室；信息传输设备出租；信息传送；语音邮件服务（截止） |
| 23 | 09 | 8486569 | 三五刺猬 | 2011-0<br>7-28 | 2031-0<br>7-27 | 电话机；手提电话；网络通讯设备；计算机外围设备；计算机游戏软件；计算机软件（已录制）；动画片；电子出版物（可下载）；电话铃音（可下载）；调制解调器（截止） |
| 24 | 38 | 8491240 | 三五刺猬 | 2011-0<br>8-07 | 2031-0<br>8-06 | 信息传送；计算机终端通讯；计算机辅助信息和图像传送器；电子邮件；电讯信息；信息传输设备出租；电子公告牌服务（通讯服务）；提供全球计算机网络用户接入服务（服务商）；语音邮件服务；提供因特网聊天室（截止） |
| 25 | 42 | 8494590 | 三五刺猬 | 2011-0<br>7-28 | 2031-0<br>7-27 | 计算机编程；计算机软件设计；计算机软件出租；计算机系统设计；把有形的数据和文件转换成电子媒体；替他人创建和维护网站；托管计算机站（网站）；计算机软件的安装；计算机病毒的防护服务；提供互联网搜索引擎（截止） |
| 26 | 28 | 8499954 | CIWEI | 2011-0<br>7-28 | 2031-0<br>7-27 | 玩具；长毛绒玩具；智能玩具；游戏机；棋；运动球类；锻炼身体器械；游泳池（娱乐用）；圣诞树装饰品（灯饰和糖果除外）；棋类游戏（截止） |
| 27 | 32 | 8499901 | CIWEI | 2011-0<br>7-28 | 2031-0<br>7-27 | 啤酒；水（饮料）；无酒精饮料；耐酸饮料；乳酸饮料（果制品，非奶）；饮料制剂；饮料香精；果汁；矿泉水；植物饮料（截止） |
| 28 | 30 | 8499883 | CIWEI | 2011-0<br>7-28 | 2031-0<br>7-27 | 咖啡；茶；糖；甜食；以谷物为主的零食小吃；方便米饭；谷类制品；豆浆；调味品；除香精油外的饮料用调味品（截止） |
| 29 | 33 | 8499924 | CIWEI | 2011-0<br>7-28 | 2031-0<br>7-27 | 薄荷酒；开胃酒；烧酒；酒（饮料）；含水果的酒精饮料；汽酒；清酒；料酒；食用酒精；含酒精液体（截止） |
| 30 | 41 | 9698090 | 35应用市场 | 2012-0<br>8-21 | 2032-0<br>8-20 | 在线电子书籍和杂志的出版；提供在线电子出版物（非下载的）；（在计算机网络上）提供在线游戏；教育；组织教育或娱乐竞赛；节目制作；娱乐信息； |

| | | | | | | 现场表演；俱乐部服务（娱乐或教育）；文娱活动（截止） |
|---|---|---|---|---|---|---|
| 31 | 42 | 9703510 |  | 2012-08-21 | 2032-08-20 | 计算机编程；计算机软件设计；计算机软件出租；计算机系统设计；托管计算机站（网站）；计算机软件的安装；计算机病毒的防护服务；提供互联网搜索引擎；把有形的数据和文件转换成电子媒体；替他人创建和维护网站（截止） |
| 32 | 42 | 9703529 |  | 2012-08-21 | 2032-08-20 | 计算机编程;计算机软件设计;计算机软件出租;计算机系统设计;托管计算机站(网站);计算机软件的安装;计算机病毒的防护服务;提供互联网搜索引擎;把有形的数据和文件转换成电子媒体;替他人创建和维护网站(截止) |
| 33 | 42 | 9703541 |  | 2012-08-21 | 2032-08-20 | 计算机编程；计算机软件设计；计算机软件出租；计算机系统设计；托管计算机站（网站）；计算机软件的安装；计算机病毒的防护服务；提供互联网搜索引擎；把有形的数据和文件转换成电子媒体；替他人创建和维护网站（截止） |
| 34 | 09 | 9703711 |  | 2012-08-21 | 2032-08-20 | 已录制的计算机程序（程序）；计算机外围设备；计算机软件（已录制）；计算机程序（可下载软件）；计算机游戏软件；电脑软件（录制好的）；手提电话；电话机；网络通讯设备；动画片（截止） |
| 35 | 09 | 9703729 |  | 2012-08-21 | 2032-08-20 | 已录制的计算机程序（程序）；计算机外围设备；计算机软件（已录制）；计算机程序（可下载软件）；计算机游戏软件；电脑软件（录制好的）；手提电话；电话机；网络通讯设备；动画片（截止） |
| 36 | 42 | 9703666 |  | 2012-09-21 | 2032-09-20 | 计算机编程；计算机软件设计；计算机软件出租；计算机系统设计；托管计算机站（网站）；计算机软件的安装；计算机病毒的防护服务；提供互联网搜索引擎；把有形的数据和文件转换成电子媒体；替他人创建和维护网站（截止） |
| 37 | 09 | 9708915 |  | 2013-01-28 | 2033-01-27 | 动画片（截止） |
| 38 | 38 | 9708569 |  | 2012-08-21 | 2032-08-20 | 信息传送；电子邮件；电子公告牌服务（通讯服务）；电讯信息；计算机终端通讯；计算机辅助信息和图像传送；提供全球计算机网络用户接入服务（服务 |

| | | | | | | 商）；信息传输设备出租；提供因特网聊天室；语音邮件服务（截止） |
|---|---|---|---|---|---|---|
| 39 | 09 | 9709006 | 三五互联 | 2014-07-28 | 2034-07-27 | 电话机；手提电话；网络通讯设备；动画片（截止） |
| 40 | 38 | 9708664 | | 2012-11-07 | 2032-11-06 | 信息传送；电子邮件；电子公告牌服务（通讯服务）；电讯信息；计算机终端通讯；计算机辅助信息和图像传送；提供全球计算机网络用户接入服务（服务商）；信息传输设备出租；提供因特网聊天室；语音邮件服务（截止） |
| 41 | 09 | 10207136 | | 2013-01-21 | 2033-01-20 | 电话铃音（可下载）；电话机；可视电话；手提电话；计算机软件（已录制）；计算机程序（可下载软件）；计算机游戏软件；信息处理机（中央处理装置）；电子字典；数据处理设备（截止） |
| 42 | 42 | 13695397 | E企聊 | 2015-03-07 | 2025-03-06 | 计算机编程；计算机软件设计；计算机系统设计；计算机软件安装；计算机病毒的防护服务；把有形的数据或文件转换成电子媒体；造型（工业品外观设计）；技术研究；替他人研究和开发新产品；替他人创建和维护网站（截止） |
| 43 | 09 | 13695306 | E企聊 | 2015-02-21 | 2025-02-20 | 计算机程序（可下载软件）；可下载的音乐文件；电话铃音（可下载）；计算机存储装置；手提电话；可视电话；电话机；电池；计算机软件（已录制）；数据处理设备（截止） |
| 44 | 35 | 13695533 | E企聊 | 2015-02-21 | 2025-02-20 | 商业专业咨询；商业信息；工商管理辅助；在通讯媒体上出租广告时间；广告空间出租；替他人推销；为零售目的在通讯媒体上展示商品；计算机数据库信息系统化；替他人预订电讯服务；特许经营的商业管理（截止） |
| 45 | 41 | 13695438 | E企聊 | 2015-02-21 | 2025-02-20 | 在计算机网络上提供在线游戏；教育；图书出版；组织教育或娱乐竞赛；提供在线电子出版物（非下载）；节目制作；娱乐信息（消遣）；现场表演；俱乐部服务（娱乐或教育）；娱乐（截止） |
| 46 | 41 | 14210116 | 三五互联 | 2015-05-07 | 2025-05-06 | 培训；安排和组织会议；出借书籍的图书馆；提供在线电子出版物（非下载）；娱乐；在计算机网络 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 上提供在线游戏;游戏厅服务;广播和电视节目制作;娱乐信息;摄影(截止) |
| 47 | 45 | 14210135 | 三五互联 | 2015-05-07 | 2025-05-06 | 域名注册(法律服务);计算机软件许可(法律服务);安全及防盗警报系统的监控;知识产权咨询;知识产权许可;版权管理;法律研究;诉讼服务;调解;仲裁(截止) |
| 48 | 42 | 14209905 | 三五互联 | 2015-06-14 | 2025-06-13 | 计算机软件设计;计算机系统设计;替他人创建和维护网站;托管计算机站(网站);服务器托管;软件运营服务[SaaS];技术项目研究;建设项目的开发;信息技术咨询服务;把有形的数据或文件转换成电子媒体(截止) |
| 49 | 09 | 14209952 | 三五互联 | 2016-06-28 | 2026-06-27 | 电话机;手提电话;网络通讯设备;动画片(截止) |
| 50 | 38 | 14210059 | 三五互联 | 2015-05-07 | 2025-05-06 | 信息传送;电话业务;计算机终端通讯;提供互联网聊天室;电子邮件;电子广告牌服务(通讯服务);提供全球计算机网络用户接入服务;语音邮件服务;提供在线论坛;视频会议服务(截止) |
| 51 | 35 | 14209995 | 三五互联 | 2015-04-28 | 2025-04-27 | 替他人推销;替他人采购(替其他企业购买商品或服务);计算机网络上的在线广告;计算机数据库信息系统化;广告;在通讯媒体上出租广告时间;工商管理辅助;商业信息;药品零售或批发服务;商业专业咨询(截止) |
| 52 | 38 | 14293025 | 邮洽 | 2015-05-14 | 2025-05-13 | 信息传送;电话业务;计算机终端通讯;电子邮件;光纤通讯;电子广告牌服务(通讯服务);提供全球计算机网络用户接入服务;语音邮件服务;视频会议;提供在线论坛(截止) |
| 53 | 09 | 14292974 | 邮洽 | 2015-05-14 | 2025-05-13 | 已录制的计算机程序(程序);计算机外围设备;计算机软件(已录制);计算机程序(可下载软件);计算机游戏软件;电池;电话机;手提电话;网络通讯设备;动画片(截止) |
| 54 | 35 | 16088482 | 三五企业邮箱 | 2016-03-14 | 2026-03-13 | 商业专业咨询;工商管理辅助;药品零售或批发服务;市场营销;将信息编入计算机数据库;为零售目的在通讯媒体上展示商品;在通讯媒体上出租广告时间;广告空间出租;替他人推销;替他人预订 |

| | | | | | | 电讯服务（截止） |
|---|---|---|---|---|---|---|
| 55 | 42 | 16088760 | 三五企业邮箱 | 2016-03-07 | 2026-03-06 | 计算机病毒的防护服务；计算机系统设计；计算机编程；计算机软件安装；服务器托管；把有形的数据或文件转换成电子媒体；替他人创建和维护网站；信息技术咨询服务；软件运营服务（SaaS）；替他人研究和开发新产品（截止） |
| 56 | 09 | 16088427 | 三五企业邮箱 | 2016-06-21 | 2026-06-20 | 可视电话；电话机；移动电话（截止） |
| 57 | 38 | 16088764 | 三五企业邮箱 | 2016-03-07 | 2026-03-06 | 移动电话通讯；信息传送；电话业务；电子邮件；提供全球计算机网络用户接入服务；计算机终端通讯；电子公告牌服务（通讯服务）；提供在线论坛；视频会议服务；光纤通讯（截止） |
| 58 | 41 | 16088671 | 三五企业邮箱 | 2016-03-14 | 2026-03-13 | 在计算机网络上提供在线游戏；教育；书籍出版；组织教育或娱乐竞赛；提供在线电子出版物（非下载）；广播和电视节目制作；娱乐；娱乐信息（消遣）；现场表演；俱乐部服务（娱乐或教育）（截止） |
| 59 | 09 | 28928427 | EQ | 2019-01-07 | 2029-01-06 | 计算机外围设备；计算机软件（已录制）；监视程序（计算机程序）；电子出版物（可下载）；已录制的计算机程序；计算机游戏软件；计算机程序（可下载软件）；电话铃音（可下载）；可下载的手机应用软件；智能眼镜（数据处理）（截止） |
| 60 | 42 | 33018363 | 即时语 | 2019-06-28 | 2029-06-27 | 计算机编程；计算机软件设计；计算机硬件设计和开发咨询；恢复计算机数据；包装设计；无形资产评估；把有形的数据或文件转换成电子媒体；托管计算机站（网站）；提供互联网搜索引擎；室内装饰设计（截止） |
| 61 | 42 | 36137389 | 云门户 | 2019-09-14 | 2029-09-13 | 计算机软件设计；软件即服务（SaaS)；气象信息；质量检测；计算机编程；云计算；艺术品鉴定；替他人研究和开发新产品；车辆性能检测；电子数据储存（截止） |
| 62 | 09 | 36145570 | 云门户 | 2019-09-14 | 2029-09-13 | 计算机软件（已录制）；计算机程序（可下载软件）；中央处理器（CPU）；计算机外围设备；可下载的 |

| | | | | | | 手机应用软件；计算机存储装置；手提电话；网络通讯设备；人脸识别设备；电池（截止） |
|---|---|---|---|---|---|---|
| 63 | 42 | 36139908 | 35 云门户 | 2019-09-14 | 2029-09-13 | 计算机软件设计；软件即服务（SaaS）；气象信息；质量检测；计算机编程；云计算；艺术品鉴定；替他人研究和开发新产品；车辆性能检测；电子数据储存（截止） |
| 64 | 09 | 36130399 | 35 云门户 | 2019-09-14 | 2029-09-13 | 计算机软件（已录制）；计算机程序（可下载软件）；中央处理器（CPU）；计算机外围设备；可下载的手机应用软件；计算机存储装置；手提电话；网络通讯设备；人脸识别设备；电池（截止） |
| 65 | 07 | 42768808 | 刺猬宝宝 | 2020-08-28 | 2030-08-27 | 电池机械；蓄电池工业专用机械；上电池底机；电池芯加工机；风力发电设备；电子工业设备；交流发电机；清洗设备；自动售货机；电镀机（截止） |
| 66 | 40 | 42764787 | 刺猬宝宝 | 2020-08-28 | 2030-08-27 | 材料处理信息；金属处理；纸张加工；光学玻璃研磨；服装定制；印刷；废物和垃圾的回收利用；空调设备出租；能源生产；发电机出租（截止） |
| 67 | 09 | 52015913 | EQ | 2021-08-14 | 2031-08-13 | 微处理机；可下载的手机铃音；磁性编码身份鉴别手环；计算机软件（已录制）；可下载的手机应用软件；计算机硬件；计算机外围设备；监视程序（计算机程序）；磁盘；电子出版物（可下载）（截止） |
| 68 | 31 | 52002988 | 刺猬 Ciwei | 2021-10-21 | 2031-10-20 | 谷（谷类）；酿酒麦芽；新鲜蔬菜；植物；芦荟（植物）；干草；蘑菇繁殖菌（截止） |
| 69 | 42 | 52501070 | 三五名片链 | 2021-09-28 | 2031-09-27 | 技术项目研究；替他人研究和开发新产品；质量体系认证；计算机编程；替他人创建和维护网站；软件即服务（SaaS）；云计算；计算机技术咨询；计算机系统分析；为他人创建和设计网络信息索引（信息技术服务）（截止） |
| 70 | 35 | 65336154 | 35 企业邮箱 | 2022-12-14 | 2032-12-13 | 替他人推销；张贴广告；广告；广告宣传；商业橱窗布置；电视广告；广告版面设计；商业企业迁移的管理服务；进出口代理；市场营销（截止） |
| 71 | 42 | 70243790 | 三五营销邮 | 申请中 | / | 技术研究；材料测试；计算机软件设计；计算机系统设计；软件即服务(SaaS)；计算机平台的开发；通过网站提供计算机技术和编程信息；为他人创建和维护网站；平台即服务(PaaS)；平面美术设计； |
| 72 | 42 | 70232471 | 刺猬响站 website templates | 2023-10-28 | 2033-10-27 | 平台即服务（PaaS）；技术研究；材料测试；通过网站提供计算机技术和编程信息；计算机系统设计；计算机软件设计；计算机平台的开发；软件即服务 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | （SaaS）；为他人创建和维护网站；平面美术设计（截止） |
| 73 | 09 | 70235081 | 三五主机 | 2024-1-21 | 2034-1-20 | 科学研究用具有人工智能的人形机器人（截止） |
| 74 | 42 | 70222994 | 三五主机 | 2024-3-28 | 2034-3-27 | 计算机软件设计；计算机系统设计；软件即服务（SaaS）；计算机平台的开发；通过网站提供计算机技术和编程信息；为他人创建和维护网站；平台即服务(PaaS)(截止) |
| 75 | 09 | 70228368 | | 2023-10-7 | 2033-10-6 | 计算机器；数据处理设备；计算机；已录制的计算机程序；计算机软件(已录制)；监程程序(计算机程序)；可下载的计算机游戏软件；便携式计算机；已录制的计算机游戏软件；科学研究用具有人工智能的人形机器人（截止） |
| 76 | 09 | 70224997 | 三五营销邮 | 2024-1-21 | 2034-1-20 | 科学研究用具有人工智能的人形机器人（截止） |
| 77 | 42 | 70222982 | | 2023-10-7 | 2033-10-6 | 平台即服务（PaaS）；技术研究；材料测试；通过网站提供计算机技术和编程信息；计算机平台的开发；计算机软件设计；软件即服务（SaaS）；为他人创建和维护网站；计算机系统设计；平面美术设计（截止） |
| 78 | 35 | 70239240 | 三五营销邮 | 2023-12-28 | 2033-12-27 | 张贴广告；广告；广告宣传；商业橱窗布置；电视广告；广告版面设计；商业企业迁移的管理服务；为他人推销；进出口代理；市场营销（截止） |
| 79 | 9 | 74258280 | 三五互联 | 申请中 | / | 计算机软件(已录制)；已录制的计算机程序；可下载的计算机应用软件；已录制的或可下载的数据集；数据处理设备；计算机；可下载的计算机游戏软件；科学研究用具有人工智能的人形机器人；计算机存储装置；光伏电池； |
| 80 | 09 | 30179857 0 | 35.com | 2011-12-27 | 2031-12-26 | 电话机；可视电话；手提电话；纤维光缆；卫星导航仪器；成套无线电话机；车辆用导航仪器（随车电脑）；雷达装置；手提无线电话机 |
| | 38 | 30179857 0 | 35.com | 2011-12-27 | 2031-12-26 | 资讯传送；电讯资讯；电脑终端通讯；数据机出租；资讯传送设备出租；电子公告牌服务（通讯服务）； |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 电子邮件；电脑辅助资讯和图像传送；提供全球电脑网络用户接入服务（服务商） |
| 81 | 09 | 1086868 | 35.com | 2011-4 -27 | 2031-4 -26 | telephones;video telephones;portable telephones;fibre(fiber(Am.))optic cables;satellite navigational apparatus;radiotelephony sts;navigation apparatus for vehicles(on-board computers);radar apparatus;walkie-talkies. |
| | 38 | 1086868 | 35.com | 2011-4 -27 | 2031-4 -26 | (message sending);informationg about telecommunicationg;communications by computer terminals;rental of modems;rental of message sending apparatus;electronic bulletin board services(telecommunicationgs services);electronic mail;computer aided transmission of messages and images;providing user access to a global computer network(service providers). |
| 82 | 09 | IDM000 355154 | 35.com | 2011-1 -7 | 2031-1 -6 | Peralatan telepon;video telepon;telepon yang mudah dibawa/portable;perangkat radiontelefoni;radio dua-arah. |
| 83 | 38 | IDM000 361883 | 35.com | 2011-1 -7 | 2031-1 -6 | Penglriman pesan(message sending);informasl mengenai telekomunikasl(information about telecommuincation);komunikasi melalui terminal komputer(communications by computer terminals);penyewaan modem(Rental of modems);penyewaan alat pengirim pesan(rental of message sending apparatus);jasa papan buletln elektronlk(jasa telekomunlkasi)(electronic bulletin board services {telecommunications services};pos elektronik(electronic mail);pengiriman berita dan gambar dengan bantuan komputer(computer sided transmission of messages and images);penyedlaan akses pengguna ke dalam jaringan komputer global(providing user access to a global computer network {service providers}) |

**Stock Code**: 300051

**Stock Abbreviation**: Leascend Technology

**Announcement Number**: 2024-097

**Leascend Technology Co., Ltd.**

**Announcement on the Progress of the Public Listing and Transfer of 100% Equity of a Wholly-Owned Subsidiary and Certain Trademarks**

Leascend Technology Co., Ltd. (hereinafter referred to as the "Company") convened its 32nd meeting of the sixth Board of Directors on August 29, 2024. The meeting approved the "Proposal on the Public Listing and Transfer of 100% Equity and Certain Trademarks of Xiamen 35 Internet Information Co., Ltd." The proposal authorized the Company to publicly list 100% equity of its wholly-owned subsidiary, Xiamen 35 Internet Information Co., Ltd., and certain trademarks. Details of the proposal were disclosed in the announcement published on CNINFO (www.cninfo.com.cn) on August 30, 2024 (Announcement Number: 2024-094).

---

## I. Progress

Today, the Company received notification from the Xiamen Property Rights Exchange Center (hereinafter referred to as the "Exchange") that the listing has been approved and the listing information has been published on the Exchange's website. The public listing period is 15 business days, starting from September 3, 2024. The listing price is RMB 41.1131 million.

Details of the listing can be found in the announcements published on the Xiamen Property Rights Exchange Center's website:

http://www.xemas.com.cn/

---

## II. Impact of the Transaction on the Company

As the transferee and final transaction price remain uncertain, the investment gains from the sale cannot be determined at this time. The final amount will depend on the sale price and audit results. This transaction is not expected to significantly impact the Company's ongoing operational capabilities.

The Company will continue to fulfill its disclosure obligations based on the progress of this transaction. Investors are advised to stay informed of further announcements.

The Company and its entire Board of Directors guarantee that the disclosed information is true, accurate, and complete, without any false statements, misleading content, or material omissions.

This is hereby announced.

**Leascend Technology Co., Ltd.**
**Board of Directors**
**September 3, 2024**

**Stock Code**: 300051
**Stock Abbreviation**: Leascend Technology
**Announcement Number**: 2024-121

**Leascend Technology Co., Ltd.**

**Announcement on the Progress of the Public Listing and Transfer of 100% Equity of a Wholly-Owned Subsidiary and Certain Trademarks**

---

## I. Overview and Progress of the Transaction

1. To further focus on its core business in line with the Company's strategic development plan, the Company convened its 32nd meeting of the sixth Board of Directors on August 29, 2024. The meeting approved the "Proposal on the Public Listing and Transfer of 100% Equity and Certain Trademarks of Xiamen 35 Internet Information Co., Ltd." (hereinafter referred to as "35 Internet" or the "Target Company"). As of now, the three rounds of public listing announcements have ended without attracting any qualified transferees, and the Company plans to terminate the previous listing process.

2. On November 18, 2024, the Company convened its 35th meeting of the sixth Board of Directors and approved the "Proposal on the Progress of the Public Listing and Transfer of 100% Equity and Certain Trademarks of Xiamen 35 Internet Information Co., Ltd." The Board authorized the Company to re-list 100% equity and certain trademarks of 35 Internet at the Xiamen Property Rights Exchange Center. The new listing price was determined based on the net assets of 35 Internet as of May 31, 2024 (audited), and the valuation of trademarks, amounting to RMB 16.8389 million. The Board also authorized the Company's management to handle matters related to the equity transfer (including listing procedures, negotiations with counterparties, and agreement signing).

3. As the transaction will proceed via a public listing process, the final transferee remains uncertain. If the transferee is identified as a related party, the Company will comply with review and disclosure requirements. The transaction does not constitute a major asset restructuring as defined by the "Administrative Measures for Major Asset Restructuring of Listed Companies."

---

## II. Basic Information on the Counterparty

The transferee for the equity transfer will be determined through a public listing process at the property rights exchange. Currently, the transferee has not been identified.

## III. Basic Information on the Transaction Assets

### (1) Overview of 35 Internet

1. **Company Details**
   - Name: Xiamen 35 Internet Information Co., Ltd.
   - Unified Social Credit Code: 91350200MACKTQ1N08
   - Type: Limited liability company (wholly owned by a legal person with natural person investments or control)
   - Establishment Date: June 1, 2023
   - Registered Address: Unit A01, 4th Floor, No. 8 Guanri Road, Torch High-Tech Zone, Xiamen Software Park Phase II
   - Legal Representative: Zhang Weiwei
   - Registered Capital: RMB 20 million
   - Business Scope: Internet information services; value-added telecom services (categories I and II); internet domain registration services (ICANN accreditation); data processing, software development, and related IT services.
2. **Financial Data**
   (in RMB 10,000)

| Item | May 31, 2024 (Audited) | December 31, 2023 (Audited) |
|---|---|---|
| Total Assets | 5,375.39 | 4,289.87 |
| Total Liabilities | 3,655.11 | 2,546.71 |
| Accounts Receivable | 500.96 | 237.18 |
| Net Assets | 1,653.58 | 1,640.76 |
| Item | January–May 2024 (Audited) | 2023 (Audited) |
| Revenue | 2,728.75 | 3,191.00 |
| Net Profit | 4.28 | -320.10 |
| Net Cash Flow from Operations | 59.43 | 1,165.61 |

1. **Business Description**
   35 Internet serves as the Company's enterprise IT services provider, primarily targeting SMEs through SaaS offerings. Its services include enterprise email, website construction, domain registration (ICANN accreditation), and office automation software.

2. **Ownership Status**
   The equity of 35 Internet is clear, with no mortgages, pledges, or other transfer restrictions. There are no ongoing litigation, arbitration, or judicial measures such as seizure or freezing that would affect the transfer of ownership.

**(2) Company Trademarks**

1. A total of 83 trademarks are proposed for transfer. Details can be found in the Company's announcement dated August 30, 2024, published on CNINFO (www.cninfo.com.cn).
2. Valuation Results: As of May 31, 2024, the assessed value of the trademark assets proposed for transfer was RMB 303,100.

---

## IV. Additional Information on the Listing

1. **Information Disclosure and Quotation Websites**:
   o  Xiamen Property Rights Exchange Center: http://www.xemas.com.cn/
   o  UniBid Platform: https://www.unibid.cn/
   o  UniBid Bidding Hall:
      https://www.unibid.cn/portal/pro/hall.jsp?org=XM1
2. **Public Listing Period**: After this announcement, the Company will apply for listing with the Exchange. The listing will be open for a period of ten business days. If no qualified transferee is identified, the Company reserves the right to terminate the listing.

---

## V. Key Terms of the Transaction Agreement

The Company will finalize the transaction agreement once the transferee is confirmed. The details of the counterparty, transfer price, delivery, and registration timeline will be subject to the executed agreement.

---

## VI. Purpose and Impact of the Transaction

The transaction aligns with the Company's strategic development goals and long-term interests by optimizing its asset structure. The sale will allow the Company to focus on its core photovoltaic cell business, improving overall profitability. Since the final transaction price is uncertain, the investment gains from the sale are yet to be determined. Post-transaction, 35 Internet will no longer be included in the Company's consolidated financial statements, and the Company will no longer be engaged in its

related business operations. This transaction will not have a significant impact on the Company's ongoing operational capabilities.

---

## VII. Documents for Reference

1. Resolution of the 35th meeting of the sixth Board of Directors.
2. Other related documents.

This is hereby announced.

**Leascend Technology Co., Ltd.**
**Board of Directors**
**November 19, 2024**

**Stock Code**: 300051
**Stock Abbreviation**: Leascend Technology
**Announcement Number**: 2024-137

**Leascend Technology Co., Ltd.**

**Announcement on the Progress of the Public Listing and Transfer of 100% Equity of a Wholly-Owned Subsidiary and Certain Trademarks**

# I. Overview of the Transaction

## (1) Basic Information on the Transaction

1.  To further focus on its core business in line with the Company's strategic development plan, Leascend Technology Co., Ltd. (hereinafter referred to as the "Company") convened its 32nd meeting of the sixth Board of Directors on August 29, 2024. The meeting approved the "Proposal on the Public Listing and Transfer of 100% Equity and Certain Trademarks of Xiamen 35 Internet Information Co., Ltd." (hereinafter referred to as "35 Internet"). The proposal authorized the Company to publicly list 100% equity of its wholly-owned subsidiary, 35 Internet, and certain trademarks on the Xiamen Property Rights Exchange Center (hereinafter referred to as the "Exchange"). The reserve price for the asset package was based on the valuation report provided by an appraisal institution, amounting to RMB 41.1131 million. However, after three rounds of public listing, no qualified transferees expressed interest, and the previous listing process was terminated.

2.  On November 18, 2024, the Company convened its 35th meeting of the sixth Board of Directors, where the "Proposal on the Progress of the Public Listing and Transfer of 100% Equity and Certain Trademarks of 35 Internet" was approved. The Board authorized the Company to re-list the assets at the Exchange. The reserve price was based on the audited net assets of 35 Internet as of May 31, 2024, and the valuation of trademarks, with a total listing price of RMB 16.8389 million.

3.  On December 5, 2024, the Company received a "Transaction Confirmation Letter" from the Exchange, confirming that Chengdu Yu Yu Ling Internet Technology Co., Ltd. (hereinafter referred to as "Yu Yu Ling Technology")

won the bid during the public auction with a final transaction price of RMB 48.2389 million.

The Company and its entire Board of Directors guarantee that the disclosed information is true, accurate, and complete, without any false statements, misleading content, or material omissions.

Details of the transaction were disclosed in related announcements published on the website of CNINFO ([www.cninfo.com.cn](www.cninfo.com.cn)) on August 30, 2024, and on several dates, thereafter, including December 5, 2024.

### (2) Approval Procedures for the Transaction

On December 10, 2024, the Company convened its 38th meeting of the sixth Board of Directors, which approved the "Proposal on the Progress of the Public Listing and Transfer of 100% Equity and Certain Trademarks of 35 Internet." The transaction is subject to approval by the Company's shareholders' meeting. The shareholders' meeting will authorize the management to handle subsequent matters related to the transaction, including signing the transaction agreement and completing property rights transfer procedures.

This transaction does not constitute a related-party transaction. Furthermore, it does not qualify as a major asset restructuring as defined under the "Administrative Measures for Major Asset Restructuring of Listed Companies."

---

## II. Basic Information on the Counterparty

1. Company Name: Chengdu Yu Yu Ling Internet Technology Co., Ltd.
2. Unified Social Credit Code: 91510106MAE4KL82X6
3. Business Type: Limited Liability Company (sole proprietorship with natural person investment or control)
4. Registered Address: Unit 6, 24th Floor, Building 1, No. 99, North Section 1, First Ring Road, Jinniu District, Chengdu, Sichuan Province
5. Date of Establishment: November 25, 2024

6. Legal Representative: Han Baochuan

7. Registered Capital: RMB 100,000

8. Business Scope: Provision of internet information services (subject to approval by relevant authorities for licensed activities).

9. Major Shareholders: Fully owned by Chengdu Yu Xiang Internet Technology Co., Ltd., ultimately controlled by He Lingxiang.

10. Relationship with the Company: Yu Yu Ling Technology has no ownership, business, asset, debt, or personnel relationship with the Company or its top ten shareholders that may lead to conflicts of interest.

11. Financial Data: Yu Yu Ling Technology and its controlling shareholder, Chengdu Yu Xiang Internet Technology Co., Ltd., were recently established (on November 25, 2024, and November 22, 2024, respectively) and do not yet have financial data.

12. Credit Status: Yu Yu Ling Technology is not listed as a defaulter in any public records.

---

## III. Basic Information on the Transaction Assets

Details of the transaction assets are provided in the Company's announcement published on CNINFO (www.cninfo.com.cn) on August 30, 2024, titled "Announcement on the Public Listing and Transfer of 100% Equity and Certain Trademarks of a Wholly-Owned Subsidiary" (Announcement Number: 2024-094).

---

## IV. Main Terms of the Equity and Trademark Transfer Agreement

### (1) Parties to the Agreement

Transferor (Party A): Leascend Technology Co., Ltd.
Transferee (Party B): Chengdu Yu Yu Ling Internet Technology Co., Ltd.
Target Company: Xiamen 35 Internet Information Co., Ltd.

### (2) Property Rights Transaction Contract

1. Subject Matter of the Equity Transfer

   1.1 Party A will transfer 100% of its equity in Xiamen 35 Internet Information Co., Ltd., corresponding to subscribed registered capital of RMB 20 million and fully paid registered capital of RMB 20 million.

   1.2 Ownership of certain trademarks related to the SaaS business.

   1.3 Party A has fully paid the RMB 20 million subscribed capital associated with the equity being transferred.

2. Asset Valuation

   2.1 According to the Asset Valuation Report (Report No. BFYS-PZ(2024)01-748) issued by Beifang Yashi Asset Appraisal Co., Ltd., the equity of the target company was valued at RMB 40.81 million (in words: Forty Million Eight Hundred and Ten Thousand Yuan) as of the valuation reference date, May 31, 2024. Additionally, the trademarks were valued at RMB 303,100 (in words: Three Hundred and Three Thousand One Hundred Yuan) according to the Asset Valuation Report (Report No. BFYS-PZ(2024)01-747).

   2.2 The assets to be transferred are detailed in the asset list in the Asset Valuation Report (Report No. BFYS-PZ(2024)01-747) issued by Beifang Yashi Asset Appraisal Co., Ltd.

3. Transaction Price and Payment Terms

   3.1 Transaction Price

   Based on the valuation results and the public auction results from the Xiamen Property Rights Exchange Center, the total transaction price for 100% equity in the target company and the trademark package is confirmed as RMB 48.2389 million.

   3.2 Payment Terms

   The security deposit paid by Party B to the Exchange, after deducting transaction commission and certification fees, will serve as part of the transaction price. Party B must pay the remaining balance within five business days after signing this agreement. The Exchange will transfer the total payment to Party A's designated account within five days after collecting the full payment.

4. Transaction Approval and Closing

4.1 Within 15 business days after obtaining the Property Rights Transaction Certificate from the Exchange, the target company will hold internal meetings to pass resolutions, amend its articles of association, and submit applications for changes in ownership registration to the relevant authorities. Both parties will cooperate as necessary.

4.2 The transfer of certain trademarks may take time and is subject to approval by administrative authorities. If a trademark cannot be transferred due to invalidation or rejection, the parties will negotiate separately. Until the registration of the trademark transfer is completed, Party A authorizes Party B or the target company to use the trademarks free of charge as specified in a separate licensing agreement.

4.3 The closing date will be the date when the administrative authority completes the registration of the equity transfer (hereinafter referred to as the "Closing Date").

4.4 During the transition period from the valuation date to the closing date, the agreed transaction terms and prices will not be adjusted based on the profits or losses incurred during this period.

5. Debt, Tax, and Fee Arrangements

5.1 The target company's existing debts and liabilities will be borne by the target company after the closing date. For the transferred trademarks, no additional costs or profit-sharing obligations will be borne by Party A.

5.2 Taxes incurred from the property rights transaction will be borne by each party in accordance with applicable laws. Other transaction-related fees, including those for third-party services, will be borne by Party B.

5.3 Unless otherwise specified, each party will bear its respective costs related to the transaction.

5.4 The transaction commission and certification fees payable to the Exchange will be borne by Party B.

6. Breach of Contract

6.1 Any party unilaterally terminating the contract without cause will pay 20% of the transaction price as liquidated damages to the other party and compensate for any additional losses.

6.2 Party B's failure to pay the transaction price on time will incur a penalty of

0.05% of the overdue amount per day. If the delay exceeds 30 days, Party A may terminate the contract and demand liquidated damages equivalent to 20% of the transaction price, along with compensation for losses.

6.3 Breaches of any terms or obligations will result in liability for damages. If both parties are at fault, they will bear their respective responsibilities proportionally.

7. Effectiveness of the Contract

7.1 This contract will take effect upon the signatures of the legal representatives or authorized representatives of both parties and the affixing of their official seals.

## (3) Supplementary Agreement to the Property Rights Transaction Contract

1. **Payment Terms for the Transfer Price**

   The security deposit previously paid by Party B to the Xiamen Property Rights Exchange Center, after deducting transaction commission and certification fees payable by Party B, will be used as part of the transfer price. The remaining balance of the transfer price must be paid by Party B to the Exchange within ten business days of signing this agreement. The Exchange will issue the property rights transaction certification and transfer the payment to Party A's designated account within ten business days of receiving the full payment and relevant transaction certification materials.

2. **Cooperation for Regulatory and Audit Requirements**

   As Party A is a listed company, after the completion of the equity transfer, if required by regulatory, audit, or other relevant institutions, Party B and the target company agree to cooperate promptly with Party A in providing access to the target company's relevant materials/data or arranging interviews with Party B and the target company personnel as notified by Party A.

3. **Handover of Assets and Materials**

   Upon receipt of the full transfer payment, Party A must complete the handover of the target company's seals, banking U-shields, and other relevant materials to Party B and the target company within five business days. The specific

items to be handed over will be confirmed in a transfer checklist signed by all parties.

4. **Trademark Adjustments**

(1) If any of the transferred trademarks are invalidated or revoked during the transfer process, making them non-transferable, such trademarks will be removed from the transfer list in the appraisal report, and the transaction price will be proportionately reduced based on the value of the affected trademarks.

(2) If any of the transferred trademarks cannot be transferred due to similarity or conflict with existing trademarks of Party A, such trademarks will also be removed from the transfer list in the appraisal report, and the transaction price will be proportionately reduced.

5. **Effectiveness of the Agreement**

This supplementary agreement is prepared in triplicate, with Party A, Party B, and the target company each retaining one copy. The agreement takes effect upon being signed and sealed by all parties. This agreement constitutes an integral part of the original contract and holds the same legal validity as the original contract.

---

## V. Other Explanatory Notes

1. After the transaction, there will be no financial assistance, guarantees, or entrusted investments provided by the Company to the target company. The remaining receivables from the target company amount to RMB 2.3978 million, and payables are RMB 0.1797 million. These will be handled fairly.

2. The transaction does not involve personnel arrangements, land leasing, or debt restructuring. The proceeds will be used to supplement working capital.

---

## VI. Purpose and Impact of the Transaction

This transaction aligns with the Company's strategic goals to focus on core photovoltaic cell businesses, optimize its asset structure, and enhance profitability.

Post-transaction, the Company will cease involvement in non-core businesses without significant impact on its operational stability.

---

## VII. Documents for Reference

1. Resolution of the 38th meeting of the sixth Board of Directors;
2. Audit report for Xiamen 35 Internet Information Co., Ltd. (January–May 2024);
3. Asset valuation report on the full equity interest in Xiamen 35 Internet Information Co., Ltd.;
4. Asset valuation report on the trademarks included in the transfer.