TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:        213.430.3400
Facsimile:         213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.)
and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| FACEBOOK, INC. and INSTAGRAM, LLC, | Case No. 3:19-cv-07071-SI |
|---|---|
| Plaintiffs, | **NOTICE OF LODGING OF AMENDED [PROPOSED] DEFAULT JUDGMENT** |
| v. | |
| ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., | |
| Defendants. | |

NOTICE OF LODGING OF AMENDED [PROPOSED] DEFAULT JUDGMENT
Case No. 3:19-cv-07071-SI

As explained in Plaintiffs' Emergency Ex Parte Application for a Temporary Restraining Order Freezing Assets of Defendant Leascend Technology Co., Ltd. fka Xiamen 35.Com Internet Technology Co., Ltd. ("35.CN") (ECF No. 408 ("Application") at 6 n.3): "Given the temporary nature of a TRO and Preliminary Injunction, any permanent injunction issued by the Court against Defendants should also include an injunction preventing Defendants' dissipation of assets." To that end, Plaintiffs are hereby lodging an Amended Proposed Default Judgment to include the prohibitions sought in Plaintiffs' Application in this Amended Proposed Default Judgment at Paragraphs 92-94.

Due to an inadvertent error, Plaintiffs lodged an Amended Proposed Default Judgment at ECF No. 409-1 that did not include revisions to three paragraphs (¶ 91(d), (e), (f)) to which the parties previously agreed. Plaintiffs are therefore refiling an Amended Proposed Default Judgment that includes the agreed-upon language. Counsel for Plaintiffs apologize for this error and any resulting confusion.

DATED: December 20, 2024            Tucker Ellis LLP

By: /s/David J. Steele
    David J. Steele
    Howard A. Kroll
    Steven E. Lauridsen

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.) and INSTAGRAM, LLC