UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ONLINENIC INC, et al.,<br><br>    Defendants. | Case No. 19-cv-07071-SI<br><br>**ORDER TO SUBMIT FEE RECORDS FOR *IN CAMERA* REVIEW** |

Plaintiffs' motion for attorneys' fees and costs is fully briefed. In opposition, defendants take issue, *inter alia*, with the redactions in some of the time entries that plaintiffs submitted, claiming attorney-client and work product privilege. Plaintiffs subsequently offered to submit their unredacted fee records for the Court's *in camera* review. Dkt. No. 405 at 1.

Given that the Court has indicated it will limit plaintiffs' fee award to three stages of the litigation in this multi-year case, *see* Dkt. No. 393 at 8-9, and many of the redactions preclude the Court from reviewing whether the records fall into the approved categories, the Court will order that plaintiffs submit their unredacted fee records for *in camera* review. **Plaintiffs shall provide the unredacted records no later than January 14, 2025.** The records may be submitted via mail to the undersigned's attention or may be hand-delivered to the Clerk's Office. Note that the Clerk's Office will be closed December 24 and 25, 2024, and January 1, 2025. The records shall be clearly marked as "NOT FOR FILING. IN CAMERA REVIEW ONLY."

**IT IS SO ORDERED**.

Dated: December 20, 2024

_____
SUSAN ILLSTON
United States District Judge