1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>        Defendants. | Case No. 3:19-cv-07071-SI<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' EMERGENCY EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER FREEZING ASSETS OF DEFENDANT LEASCEND TECHNOLOGY CO., LTD. FKA XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.**<br><br>Hon. Susan Illston |
|---|---|

1

The Court, having read and considered Plaintiffs' Emergency Ex Parte Application for a Temporary Restraining Order Freezing Assets of Defendant Leascend Technology Co., Ltd. fka Xiamen 35.Com Internet Technology Co., Ltd. ("35.CN"), 35.CN's opposition papers, and oral arguments presented at the December 20, 2024 hearing, and good cause appearing, **ORDERS:**

1. 35.CN shall deposit, on or before January 31, 2025, $5.5 million (USD) into an escrow account in the United States held by an escrow agent to be security to satisfy any judgment issued by the Court.

2. 35.CN shall provide Plaintiffs proof of the deposit into escrow, including the account information and name of the escrowing agent.

3. 35.CN shall not sell or transfer the registrar business or accreditation (IANA No. 4163), currently held by 35.CN's wholly-owned subsidiary Xiamen 35.com Information Co., Ltd. ("35.com Info"), including any assets of that registrar business, or sell, transfer, or dispose of the shares or ownership interests in 35.com Info, until 35.CN has deposited the $5.5 million into an escrow account pursuant to paragraph 1, and 35.CN has provided Plaintiffs notice pursuant to paragraph 2.

**IT IS SO ORDERED.**

DATED: _____    _____
Susan Illston
United States District Judge