**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| **Date:** December 20, 2024 | **Time:** 12:07 – 12:34<br>27 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 19-cv-07071-SI | **Case Name:** Facebook, Inc. v. OnLineNic Inc | |

**Attorney for Plaintiff:** David Steel, Howard Kroll, Helena Guye
**Attorney for Defendant:** Karl Kronenberger, Liana Chen, Leah Vulic (35.CN) Perry Narancic (OnLineNic, Inc.)

**Deputy Clerk:** Esther Chung          **Court Reporter:** Ana Dub

**PROCEEDINGS**

Motion for Temporary Restraining Order (Dkt. 408) – Held via Zoom webinar.

**SUMMARY**

The Court questioned the parties on the Temporary Restraining Order (TRO).

The Court orders that Xiamen 35.com Internet Technology Co., Ltd. also known as 35.CN deposit $5.5 Million USD in cash or liquid assets into an U.S. escrow account before the sale in question. If the money is not deposited then the sale cannot be executed.

Counsel are to provide a proposed order before close of business today.