TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:        213.430.3400
Facsimile:         213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.)
and INSTAGRAM, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>            Plaintiffs,<br><br>       v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>            Defendants. | Case No. 3:19-cv-07071-SI<br><br>**NOTICE OF LODGING OF UNREDACTED ATTORNEYS' FEES RECORDS FOR** *IN CAMERA* **REVIEW** |

Pursuant to the Court's Order to Submit Fee Records for *In Camera* Review (ECF No. 417), Plaintiffs Meta Platforms, Inc. and Instagram, LLC (collectively, "Plaintiffs") are hereby lodging with the Court for *in camera* review unredacted versions of their attorneys' fees records previously filed with partial redactions at ECF Nos. 395.03-395.24. Should the Court request, Plaintiffs will also provide these unredacted records in an Excel file. Plaintiffs are filing this Notice to document compliance with the Court's Order.

DATED: January 14, 2025              Tucker Ellis LLP

                                     By: /s/David J. Steele
                                         David J. Steele
                                         Howard A. Kroll
                                         Steven E. Lauridsen

                                     Attorneys for Plaintiffs,
                                     META PLATFORMS, INC. (fka FACEBOOK, INC.) and INSTAGRAM, LLC