UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>ONLINENIC INC, et al.,<br><br>        Defendants. | Case No. 19-cv-07071-SI<br><br>**CLERK'S NOTICE OF DEFICIENCY IN BILL OF COSTS** |

**NOTICE TO PARTY REQUESTING TAXATION OF COSTS:**

    This is to notify you that your bill of costs filed on **5/17/2024 at Dkt. 396** cannot be taxed for the following reason(s):

( )    Judgment has not been entered; bill of costs is filed prematurely.

( )    Bill of costs is untimely and deemed waived under Civil L.R. 54-1(a) and (c). A motion for administrative relief (Civil L.R. 7-11) seeking leave of court to file a late bill of costs must be filed no later than.

( )    No proof of service on opposing counsel.

( )    The verification required by 28 U.S.C. § 1924 (included in bill of costs Form CAND 133) is not signed or missing.

(X)    Supporting itemization and documentation required by Civil Local Rule 54-1(a) is missing or incomplete.

( )    The bill of costs is not submitted on Form CAND 133 approved for use in this court.

(X)    A copy of the bill of costs in Microsoft Word format (.docm) was not emailed to the Clerk (costbills@cand.uscourts.gov).

(X)    An amended bill of costs may be filed no later than: **2/7/2025.**

( )    Other:

Dated: 2/3/2025

                                                Mark B. Busby<br>
                                                Clerk of Court, United States District Court

                                                By: _____<br>
                                                Esther Chung, Deputy Clerk