TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street,
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.),
and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC, | Case No. 3:19-cv-07071-SI |
| Plaintiffs, | **DECLARATION OF HOWARD A. KROLL IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER HOLDING DEFENDANT LEASCEND TECHNOLOGY CO., LTD. F/K/A XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD. IN CIVIL CONTEMPT AND IMPOSING CONTEMPT SANCTIONS** |
| v. | |
| ONLINENIC INC., DOMAIN ID SHIELD SERVICE CO., LIMITED, and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., | |
| Defendants. | **DATE:       March 14, 2025**<br>**TIME:       10:00 a.m.**<br>**CTRM:      1 – 17th Floor** |
| | Hon. Susan Illston |

I, Howard A. Kroll, declare as follows:

1.      I am an attorney with the law firm of Tucker Ellis LLP, counsel for Plaintiffs in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would competently testify thereto. I make this declaration in support of Plaintiffs' Motion for an Order Holding Defendant Leascend Technology Co., Ltd. fka Xiamen 35.Com Internet Technology Co., Ltd. ("35.CN") in Civil Contempt and Imposing Contempt Sanctions.

2.      Plaintiffs previously moved the Court for an order freezing certain of 35.CN's assets, and the Court conducted a hearing on December 20, 2024. Excerpts of the transcript for that hearing are attached as **Exhibit 1**.

3.      A copy of an email from 35.CN's counsel of record, Karl Kronenberger, to the Courtroom Deputy Clerk confirming that he had reviewed and approved the proposed order Plaintiffs lodged with the Court on December 20, 2024 is attached as **Exhibit 2**. The Court later entered this order at ECF No. 420 (the "Escrow Order").

4.      On January 21, 2025, I contacted Mr. Kronenberger by email to request the status of 35.CN's compliance with the Escrow Order. A copy of this email is attached a **Exhibit 3**.

5.      As of January 27, 2025, I had not received a reply from Mr. Kronenberger, at which point I sent him another email, a copy of which is attached as **Exhibit 4**. Mr. Kronenberger replied that same day asking what I wanted to discuss. A copy of this email is attached as **Exhibit 5**. I responded with the email attached as **Exhibit 6**, asking again about the status of 35.CN's compliance with the Escrow Order.

6.      The next day, on January 28, 2025, when I had not heard back from Mr. Kronenberger, I again emailed him. A copy of this email is attached as **Exhibit 7**.

7.      Mr. Kronenberger replied on January 28, 2025, stating that he has been "tied up with other things" but intended to get some comments from 35.CN that day so that we could talk. A copy of this email is attached as **Exhibit 8**.

8.      When I had not heard anything further as the end of the day approached on January 29, 2025, I sent Mr. Kronenberger another email, a copy of which is attached as **Exhibit 9**.

9.      The January 31, 2025 deadline to deposit funds into escrow (ECF No. 420) passed without Mr. Kronenberger providing any update concerning his client's compliance with the Escrow Order.

10. On February 3, 2025, my co-counsel David Steele sent Mr. Kronenberger an email requesting to speak that day by phone or Zoom. A copy of this email is attached as **Exhibit 10**.

11. Mr. Kronenberger replied that same day in an email attached as **Exhibit 11**, stating that he did not have an update from his client.

12. Mr. Steele replied and reiterated his request to speak live. A copy of this email is attached as **Exhibit 12**.

13. About an hour later, after having received no response, Mr. Steele emailed Mr. Kronenberger and informed him that Plaintiffs intended to file a motion for contempt of court. A copy of this email is attached as **Exhibit 13**.

14. As of the signing of this declaration, neither my colleagues nor I have heard further from 35.CN's counsel.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on February 7, 2025, in Los Angeles, California.


    /s/Howard A. Kroll

DECLARATION OF HOWARD A. KROLL IN SUPPORT OF MOTION FOR CONTEMPT
Case No. 3:19-cv-07071-SI

# Exhibit 1

**Pages 1 - 20**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Susan Illston, Judge

| | | |
|---|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| VS. | ) ) | **NO. 3:19-CV-07071 SI** |
| ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., | ) ) ) ) | |
| Defendants. | ) ) ) | |

San Francisco, California
Friday, December 20, 2024


**TRANSCRIPT OF REMOTE ZOOM VIDEO CONFERENCE PROCEEDINGS**


**APPEARANCES VIA ZOOM**:

For Plaintiffs:
              TUCKER ELLIS LLP
              515 South Flower Street, 42nd Floor
              Los Angeles, California 90071-2223
    **BY:  HOWARD A. KROLL, ATTORNEY AT LAW**
          **DAVID J. STEELE, ATTORNEY AT LAW**
          **HELENA M. GUYE, ATTORNEY AT LAW**


**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**


REPORTED REMOTELY BY:  Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
                     CSR No. 7445, Official U.S. Reporter

```
 1   APPEARANCES VIA ZOOM:   (CONTINUED)

 2   For Defendant Leascend Technology:
                         KRONENBERGER ROSENFELD LLP
 3                       150 Post Street, Suite 520
                         San Francisco, California 94108
 4               BY:  KARL S. KRONENBERGER, ATTORNEY AT LAW
                      LIANA W. CHEN, ATTORNEY AT LAW
 5

 6

 7   For Defendant OnlineNIC:
                         LEXANALYTICA, PC
 8                       3000 El Camino Real
                         Building 4, Suite 200
 9                       Palo Alto, California 94303
                 BY:  PERRY J. NARANCIC, ATTORNEY AT LAW
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1       So I'm not giving any specific terms.  But there was a

2   requirement for an installment payment that would be made five

3   days after execution of the settlement agreement.

4       Mr. Kronenberger has repeatedly told us that the reason

5   35.CN has not signed the settlement agreement is that they

6   don't have the cash to be able to make those payments, which

7   sort of belies the argument in the opposition that 35.CN is a

8   multimillion dollar company and there's no problem with

9   satisfying any judgment when they don't even have --

10      **THE COURT:**  Okay.  So let me interrupt you there,

11  because what I actually wanted to talk to all of you about, and

12  mainly to the defendant, is money.

13      The opposition says:  Well, I don't know why they're all

14  so upset because we have $118 million in equity and so it's

15  really not a problem.

16      That was the gist of it; right, Mr. Kronenberger?

17      **MR. KRONENBERGER:**  Yes, Your Honor.

18      **THE COURT:**  Okay.  So I looked at some of the

19  documents in English that were provided.  And I'm looking now

20  at page 7 of 55 on Docket Number 415-1, which is a balance

21  sheet attached to Mr. Kronenberger's declaration; and it says

22  that as of September 30th, there's cash and cash equivalents of

23  12 million 973-plus in the bank.

24      Is that right, Mr. Kronenberger?

25      **MR. KRONENBERGER:**  Yes, Your Honor, correct.

1              **THE COURT:**  And that is accurate?

2              **MR. KRONENBERGER:**  I -- as of the end of the quarter.

3     This is a Q3 report that had information for Quarters 1

4     through 3.

5              **THE COURT:**  Okay.  Well, because what I'm prepared to

6     do today, which would be the easiest thing, I think, is order

7     that -- and I don't know what I'm going to award in attorney's

8     fees, but the maximum that would be coming from me would be

9     5.5 million -- that $5.5 million be set aside either in an

10    escrow or some kind of a frozen account out of the assets that

11    you say you have, and then I wouldn't have to interfere with

12    the sale.

13         So can you do that, Mr. Kronenberger?

14             **MR. KRONENBERGER:**  Perhaps.  If I could provide a

15    little more color, though.

16         The company has cash.  They also have, if you look at the

17    balance sheet, a significant amount of account payable --

18    accounts payable.

19             **THE COURT:**  Yeah.  Well, you've got a significant

20    amount of liability in this case as well.

21             **MR. KRONENBERGER:**  Yeah, in this case -- in this case

22    as well.

23         So the client needs to engage in, let's call it, cash

24    management.  And that's why we've worked out payment terms with

25    Meta because of these cash management issues, because there

1          **MR. KROLL:**  -- agreement --

2          **THE COURT:**  I'm so pleased that you are this close to

3    settling, but you haven't settled.  I can't make you settle.

4    And I'm not really -- I ought not be privy to who says what

5    about what the settlement terms are or are not.

6          I am very hopeful that you will go ahead and settle it.

7    It'll improve the lives of the lawyers, if not the clients,

8    immeasurably if the settlement goes through as planned.  That

9    probably will require that the sale go through as planned if

10   Mr. Kronenberger is to have a happy holiday.  So I'm loath to

11   interfere with that, except that I would like Facebook to be

12   paid a judgment that's owed to Facebook.

13         So what I'm going to order is this.  And I will ask --

14   well, I guess I'll ask counsel to send me something that will

15   do this, and you'd better do it today before -- I don't know

16   what -- midnight so that I can get it done.  But I'm going to

17   just order that $5 1/2 million U.S., in cash or liquid assets,

18   be escrowed in a U.S. account pending -- pending resolution of

19   this matter.

20         And then the sale can go forward, and you can -- so we

21   won't interfere with that, but the money will be in the bank in

22   the event that Facebook -- when we get the judgment entered.

23   So that'll be the order of the Court.

24         And, Mr. Kronenberger, I'm sorry that you don't know for

25   sure what the assets are, but I'm looking at the declaration

 1   with the balance sheet, and it ought not interfere in any way

 2   with your client, Leascend, as long as this is true.

 3        So that'll be the order of the Court.  And I would like

 4   you to get me a prepared order doing that today.  So it ought

 5   to be in just simple English.  I don't think we need a lot of

 6   really complex language.

 7        **MR. KROLL:**  Your Honor, I'm sorry.  I have an inquiry

 8   about that.  If the $5 1/2 million is not deposited in a U.S.

 9   account, then what?

10        **THE COURT:**  Well, then the defendants will be in

11   contempt of court.

12        **MR. STEELE:**  And, Your Honor, if I may, David Steele

13   for plaintiffs.

14        So should the order also prohibit the sale absent the

15   deposit of the 5.5 million, just to ensure that the money is

16   deposited as ordered?  Because, otherwise, the defendants

17   have -- if the order doesn't say that the sale should not go

18   through or the sale is prohibited to go through absent the

19   deposit of the funds, then the defendants, who are in China,

20   would have very little motivation or, more to the point,

21   the Court won't have any control over ensuring that the

22   defendants comply with the order.

23        **THE COURT:**  Well, I think --

24        **MR. KRONENBERGER:**  Your Honor --

25        **THE COURT:**  I think that's a good point.

1      **MR. KRONENBERGER:** Your Honor, I don't think the

2   client can deposit funds into a U.S. account before the sale.

3   I just -- things are too complicated, and there's board

4   approval that's needed.

5      If it's -- if it's after the sale, the proceeds from the

6   sale, they can work that into the board meeting that they have

7   coming up on Sunday.  But if it's -- I just don't think they

8   have -- they can put money in before a sale.

9      **THE COURT:** So do they have a board meeting at which

10   the sale would be approved?

11      **MR. KRONENBERGER:** Yes.  It is -- it is Sunday.  It's

12   Monday their time, Sunday our time.

13      **THE COURT:** Well, how about the order says that they

14   need to -- they need to approve the deposit of those funds in

15   the U.S. or else they can't approve the sale?

16      **MR. KRONENBERGER:** What if they don't have the funds?

17   I'm worried they don't have the funds to deposit.

18      And I can tell you, it's also complicated because funds

19   were going to come through our firm for the settlement.  And

20   it's complicated.  It has to go from a Chinese bank to a

21   Hong Kong bank, and then -- and there are fees and there's

22   regulatory approvals if it's over a certain amount.  It's

23   complicated.

24      And frankly, I don't think they can -- they can make any

25   payment before the sale.  The proceeds of the sale was what the

1        **MR. KROLL:**  Yes, Your Honor.  Thank you.

2        **THE COURT:**  Okay.  Thank you.  So that'll be the order

3   of the Court.

4        **THE CLERK:**  That concludes our civil law and motion

5   calendar for today.

6             (Proceedings adjourned at 12:35 p.m.)

7                      ---oOo---

8

9                 <u>**CERTIFICATE OF REPORTER**</u>

10        I certify that the foregoing is a correct transcript

11   from the record of proceedings in the above-entitled matter.

12

13   DATE:  Friday, December 27, 2024

14

15

16

17

18   _____

19        Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG

20        CSR No. 7445, Official United States Reporter

21

22

23

24

25

Exhibit 2

| | |
|---|---|
| **From:** | Karl Kronenberger |
| **To:** | Steele, David J. |
| **Cc:** | SI CRD; Guye, Helena M.; Kroll, Howard A.; pjn@lexanalytica.com; Liana Chen; Lauridsen, Steven E.; Guye, Helena M.; Kroll, Howard A.; Lauridsen, Steven E. |
| **Subject:** | Re: USDC# 19-CV-7071-SI - FACEBOOK V. ONLINENIC TRO |
| **Date:** | Friday, December 20, 2024 5:43:12 PM |

While we continue to have serious concerns about the ability to comply, yes, we have reviewed this proposed order.

_____

Karl S. Kronenberger

www.kr.law

> On Dec 20, 2024, at 5:40 PM, Steele, David J. <David.Steele@tuckerellis.com> wrote:
>
>
>
> Yes, the order submitted was reviewed and approved by both Meta's and 35.cn's counsel
>
> David
>
>
>
>
> > On Dec 20, 2024, at 5:35 PM, SI CRD <SICRD@cand.uscourts.gov> wrote:
> >
> >
> >
> > **<<< EXTERNAL EMAIL >>>**
> >
> > _____
> >
> > Dear Counsel:
> >
> > We see that a proposed Order was filed by Plaintiffs.  Can you please confirm if Defendants reviewed the proposed Order and approved it as to form?
> >
> >
> >
> > Respectfully yours,



**Esther Chung**

Courtroom Deputy to the Hon. Susan Illston

450 Golden Gate Avenue, 16th Floor

San Francisco, CA 94102

United States District Court

Northern District of California

https://cand.uscourts.gov

Esther_Chung@cand.uscourts.gov
Office: (415) 522-2028

Exhibit 3

| | |
|---|---|
| **From:** | Kroll, Howard A. |
| **To:** | Karl Kronenberger; Liana Chen; Steele, David J.; Guye, Helena M. |
| **Subject:** | Meta v. OnlineNIC - Court"s Order on December 20 |
| **Date:** | Tuesday, January 21, 2025 11:58:20 AM |

Karl,

Happy New Year and welcome back from Italy. Are you free to hop on a quick call today or tomorrow so you can let us know the status of Leascend's compliance with the Court's Order on December 20 (ECF No. 420)? Thanks.

Howard

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com        Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

# Exhibit 4

| | |
|---|---|
| **From:** | Kroll, Howard A. |
| **To:** | Karl Kronenberger; Liana Chen; Steele, David J.; Guye, Helena M. |
| **Subject:** | RE: Meta v. OnlineNIC - Court"s Order on December 20 |
| **Date:** | Monday, January 27, 2025 10:44:52 AM |

Karl,

Are you free today to talk?

Howard


**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com          Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or
confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by
return email.

---

**From:** Kroll, Howard A.
**Sent:** Tuesday, January 21, 2025 11:58 AM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J.
<David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** Meta v. OnlineNIC - Court's Order on December 20


Karl,

Happy New Year and welcome back from Italy. Are you free to hop on a quick call today or
tomorrow so you can let us know the status of Leascend's compliance with the Court's Order
on December 20 (ECF No. 420)? Thanks.

Howard


**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com          Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or
confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by
return email.

Exhibit 5

| | |
|---|---|
| **From:** | Karl Kronenberger |
| **To:** | Kroll, Howard A.; Liana Chen; Steele, David J.; Guye, Helena M. |
| **Subject:** | RE: Meta v. OnlineNIC - Court"s Order on December 20 |
| **Date:** | Monday, January 27, 2025 11:54:58 AM |

**<<< EXTERNAL EMAIL >>>**

In a deposition today. What do you want to discuss? I can check in with our client about it.

**From:** Kroll, Howard A. <Howard.Kroll@tuckerellis.com>
**Sent:** Monday, January 27, 2025 10:45 AM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

Karl,

Are you free today to talk?

Howard

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com        Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

**From:** Kroll, Howard A.
**Sent:** Tuesday, January 21, 2025 11:58 AM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** Meta v. OnlineNIC - Court's Order on December 20

Karl,

Happy New Year and welcome back from Italy. Are you free to hop on a quick call today or tomorrow so you can let us know the status of Leascend's compliance with the Court's Order on December 20 (ECF No. 420)? Thanks.

Howard


**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com       Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

Exhibit 6

| | |
|---|---|
| **From:** | Kroll, Howard A. |
| **To:** | Karl Kronenberger; Liana Chen; Steele, David J.; Guye, Helena M. |
| **Subject:** | RE: Meta v. OnlineNIC - Court"s Order on December 20 |
| **Date:** | Monday, January 27, 2025 12:24:58 PM |

We want you to advise us (1) was the registrar business sold, (2) whether you have received money from Leascend, and (3) what steps Leascend has done to comply with the Court order. We assume tonight is the last night you can speak to your client before the Chinese New Year begins, so we would like to discuss this all with you tonight after your deposition.

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com       Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

**From:** Karl Kronenberger <karl@kr.law>
**Sent:** Monday, January 27, 2025 11:55 AM
**To:** Kroll, Howard A. <Howard.Kroll@tuckerellis.com>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

**<<< EXTERNAL EMAIL >>>**

In a deposition today. What do you want to discuss? I can check in with our client about it.

**From:** Kroll, Howard A. <Howard.Kroll@tuckerellis.com>
**Sent:** Monday, January 27, 2025 10:45 AM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

Karl,

Are you free today to talk?

Howard

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com        Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or
confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by
return email.

**From:** Kroll, Howard A.
**Sent:** Tuesday, January 21, 2025 11:58 AM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J.
<David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** Meta v. OnlineNIC - Court's Order on December 20

Karl,

Happy New Year and welcome back from Italy. Are you free to hop on a quick call today or
tomorrow so you can let us know the status of Leascend's compliance with the Court's Order
on December 20 (ECF No. 420)? Thanks.

Howard

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com        Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or
confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by
return email.

# Exhibit 7

| From: | Kroll, Howard A. |
|---|---|
| To: | Karl Kronenberger; Liana Chen; Steele, David J.; Guye, Helena M. |
| Subject: | RE: Meta v. OnlineNIC - Court"s Order on December 20 |
| Date: | Tuesday, January 28, 2025 12:24:46 PM |

Karl???

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com        Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return e-mail.

**From:** Kroll, Howard A.
**Sent:** Monday, January 27, 2025 12:25 PM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

We want you to advise us (1) was the registrar business sold, (2) whether you have received money from Leascend, and (3) what steps Leascend has done to comply with the Court order. We assume tonight is the last night you can speak to your client before the Chinese New Year begins, so we would like to discuss this all with you tonight after your deposition.

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com        Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

**From:** Karl Kronenberger <karl@kr.law>
**Sent:** Monday, January 27, 2025 11:55 AM
**To:** Kroll, Howard A. <Howard.Kroll@tuckerellis.com>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

**<<< EXTERNAL EMAIL >>>**

---

In a deposition today. What do you want to discuss? I can check in with our client about it.

---

**From:** Kroll, Howard A. <Howard.Kroll@tuckerellis.com>
**Sent:** Monday, January 27, 2025 10:45 AM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

Karl,

Are you free today to talk?

Howard

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor | Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com    Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

---

**From:** Kroll, Howard A.
**Sent:** Tuesday, January 21, 2025 11:58 AM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** Meta v. OnlineNIC - Court's Order on December 20

Karl,

Happy New Year and welcome back from Italy. Are you free to hop on a quick call today or tomorrow so you can let us know the status of Leascend's compliance with the Court's Order on December 20 (ECF No. 420)? Thanks.

Howard

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com       Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

Exhibit 8

| | |
|---|---|
| **From:** | Karl Kronenberger |
| **To:** | Kroll, Howard A.; Liana Chen; Steele, David J.; Guye, Helena M. |
| **Subject:** | RE: Meta v. OnlineNIC - Court's Order on December 20 |
| **Date:** | Tuesday, January 28, 2025 12:29:55 PM |

**<<< EXTERNAL EMAIL >>>**

Howard – sorry, but I have been tied up with other things and am trying to dig out.

I want to get some comment from my client today, and then we can talk.

**From:** Kroll, Howard A. <Howard.Kroll@tuckerellis.com>
**Sent:** Tuesday, January 28, 2025 12:25 PM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

Karl???

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com        Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return e-mail.

**From:** Kroll, Howard A.
**Sent:** Monday, January 27, 2025 12:25 PM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

We want you to advise us (1) was the registrar business sold, (2) whether you have received money from Leascend, and (3) what steps Leascend has done to comply with the Court order. We assume tonight is the last night you can speak to your client before the Chinese New Year begins, so we would like to discuss this all with you tonight after your deposition.

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071

Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com        Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

---

**From:** Karl Kronenberger <karl@kr.law>
**Sent:** Monday, January 27, 2025 11:55 AM
**To:** Kroll, Howard A. <Howard.Kroll@tuckerellis.com>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

**<<< EXTERNAL EMAIL >>>**

---

In a deposition today. What do you want to discuss? I can check in with our client about it.

---

**From:** Kroll, Howard A. <Howard.Kroll@tuckerellis.com>
**Sent:** Monday, January 27, 2025 10:45 AM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

Karl,

Are you free today to talk?

Howard


**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com        Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

---

**From:** Kroll, Howard A.
**Sent:** Tuesday, January 21, 2025 11:58 AM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>

**Subject:** Meta v. OnlineNIC - Court's Order on December 20

Karl,

Happy New Year and welcome back from Italy. Are you free to hop on a quick call today or tomorrow so you can let us know the status of Leascend's compliance with the Court's Order on December 20 (ECF No. 420)? Thanks.

Howard

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com        Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

Exhibit 9

**From:**  Kroll, Howard A.
**To:**  Karl Kronenberger; Liana Chen; Steele, David J.; Guye, Helena M.
**Subject:**  RE: Meta v. OnlineNIC - Court"s Order on December 20
**Date:**  Wednesday, January 29, 2025 4:37:56 PM

Bueller? Bueller?

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com      Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or
confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by
return e-mail.

**From:** Kroll, Howard A.
**Sent:** Tuesday, January 28, 2025 12:25 PM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J.
<David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

Karl???

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com      Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or
confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by
return e-mail.

**From:** Kroll, Howard A.
**Sent:** Monday, January 27, 2025 12:25 PM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J.
<David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

We want you to advise us (1) was the registrar business sold, (2) whether you have received
money from Leascend, and (3) what steps Leascend has done to comply with the Court order.
We assume tonight is the last night you can speak to your client before the Chinese New Year

begins, so we would like to discuss this all with you tonight after your deposition.


**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com        Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

---

**From:** Karl Kronenberger <karl@kr.law>
**Sent:** Monday, January 27, 2025 11:55 AM
**To:** Kroll, Howard A. <Howard.Kroll@tuckerellis.com>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20


**<<< EXTERNAL EMAIL >>>**

---

In a deposition today. What do you want to discuss? I can check in with our client about it.

---

**From:** Kroll, Howard A. <Howard.Kroll@tuckerellis.com>
**Sent:** Monday, January 27, 2025 10:45 AM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20


Karl,

Are you free today to talk?

Howard


**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com        Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

**From:** Kroll, Howard A.
**Sent:** Tuesday, January 21, 2025 11:58 AM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J.
<David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** Meta v. OnlineNIC - Court's Order on December 20

Karl,

Happy New Year and welcome back from Italy. Are you free to hop on a quick call today or
tomorrow so you can let us know the status of Leascend's compliance with the Court's Order
on December 20 (ECF No. 420)? Thanks.

Howard

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com        Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or
confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by
return email.

Exhibit 10

| | |
|---|---|
| **From:** | Steele, David J. |
| **To:** | Kroll, Howard A.; Karl Kronenberger; Liana Chen; Guye, Helena M. |
| **Subject:** | RE: Meta v. OnlineNIC - Court"s Order on December 20 |
| **Date:** | Monday, February 3, 2025 12:55:00 PM |

Karl,

We would like to speak with you this afternoon. Please let us know what time you can be available for either a short zoom or telephone call.


**David Steele | Partner | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3360
david.steele@tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

---

**From:** Kroll, Howard A. <Howard.Kroll@tuckerellis.com>
**Sent:** Wednesday, January 29, 2025 4:38 PM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20


Bueller? Bueller?


**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor | Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com     Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return e-mail.

---

**From:** Kroll, Howard A.
**Sent:** Tuesday, January 28, 2025 12:25 PM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20


Karl???

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com        Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return e-mail.

---

**From:** Kroll, Howard A.
**Sent:** Monday, January 27, 2025 12:25 PM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

We want you to advise us (1) was the registrar business sold, (2) whether you have received money from Leascend, and (3) what steps Leascend has done to comply with the Court order. We assume tonight is the last night you can speak to your client before the Chinese New Year begins, so we would like to discuss this all with you tonight after your deposition.

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com        Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

---

**From:** Karl Kronenberger <karl@kr.law>
**Sent:** Monday, January 27, 2025 11:55 AM
**To:** Kroll, Howard A. <Howard.Kroll@tuckerellis.com>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

**<<< EXTERNAL EMAIL >>>**

---

In a deposition today. What do you want to discuss? I can check in with our client about it.

---

**From:** Kroll, Howard A. <Howard.Kroll@tuckerellis.com>

**Sent:** Monday, January 27, 2025 10:45 AM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

Karl,

Are you free today to talk?

Howard

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com        Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

---

**From:** Kroll, Howard A.
**Sent:** Tuesday, January 21, 2025 11:58 AM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** Meta v. OnlineNIC - Court's Order on December 20

Karl,

Happy New Year and welcome back from Italy. Are you free to hop on a quick call today or tomorrow so you can let us know the status of Leascend's compliance with the Court's Order on December 20 (ECF No. 420)? Thanks.

Howard

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com        Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by

return email.

Exhibit 11

| | |
|---|---|
| **From:** | Karl Kronenberger |
| **To:** | Steele, David J.; Kroll, Howard A.; Liana Chen; Guye, Helena M. |
| **Subject:** | RE: Meta v. OnlineNIC - Court"s Order on December 20 |
| **Date:** | Monday, February 3, 2025 4:33:26 PM |

**<<< EXTERNAL EMAIL >>>**

David,

Unfortunately, I am not getting any updates from our client. I just emailed now, but I don't think their legal holiday ends until Feb 4 (and I guess some people keep taking a holiday until Feb 12).

So, I don't have any updates for you at all.

I will let you know when I hear from my client.

Very best,

Karl

---

**From:** Steele, David J. <David.Steele@tuckerellis.com>
**Sent:** Monday, February 3, 2025 12:55 PM
**To:** Kroll, Howard A. <Howard.Kroll@tuckerellis.com>; Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

Karl,

We would like to speak with you this afternoon. Please let us know what time you can be available for either a short zoom or telephone call.

**David Steele | Partner | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3360
david.steele@tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

---

**From:** Kroll, Howard A. <Howard.Kroll@tuckerellis.com>

**Sent:** Wednesday, January 29, 2025 4:38 PM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J.
<David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

Bueller? Bueller?

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com      Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or
confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by
return e-mail.

---

**From:** Kroll, Howard A.
**Sent:** Tuesday, January 28, 2025 12:25 PM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J.
<David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

Karl???

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com      Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or
confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by
return e-mail.

---

**From:** Kroll, Howard A.
**Sent:** Monday, January 27, 2025 12:25 PM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J.
<David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

We want you to advise us (1) was the registrar business sold, (2) whether you have received
money from Leascend, and (3) what steps Leascend has done to comply with the Court order.

We assume tonight is the last night you can speak to your client before the Chinese New Year begins, so we would like to discuss this all with you tonight after your deposition.

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com        Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

**From:** Karl Kronenberger <karl@kr.law>
**Sent:** Monday, January 27, 2025 11:55 AM
**To:** Kroll, Howard A. <Howard.Kroll@tuckerellis.com>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

**<<< EXTERNAL EMAIL >>>**

In a deposition today. What do you want to discuss? I can check in with our client about it.

**From:** Kroll, Howard A. <Howard.Kroll@tuckerellis.com>
**Sent:** Monday, January 27, 2025 10:45 AM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

Karl,

Are you free today to talk?

Howard

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com        Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or

confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

---

**From:** Kroll, Howard A.
**Sent:** Tuesday, January 21, 2025 11:58 AM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** Meta v. OnlineNIC - Court's Order on December 20

Karl,

Happy New Year and welcome back from Italy. Are you free to hop on a quick call today or tomorrow so you can let us know the status of Leascend's compliance with the Court's Order on December 20 (ECF No. 420)? Thanks.

Howard

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com        Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

Exhibit 12

| | |
|---|---|
| **From:** | Steele, David J. |
| **To:** | Karl Kronenberger; Kroll, Howard A.; Liana Chen; Guye, Helena M. |
| **Subject:** | RE: Meta v. OnlineNIC - Court"s Order on December 20 |
| **Date:** | Monday, February 3, 2025 4:36:00 PM |

We appreciate that update. However, we still need to speak with you today. Please let us know when you will be available.

David

---

**From:** Karl Kronenberger <karl@kr.law>
**Sent:** Monday, February 3, 2025 4:33 PM
**To:** Steele, David J. <David.Steele@tuckerellis.com>; Kroll, Howard A. <Howard.Kroll@tuckerellis.com>; Liana Chen <Liana@kr.law>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

**<<< EXTERNAL EMAIL >>>**

---

David,

Unfortunately, I am not getting any updates from our client. I just emailed now, but I don't think their legal holiday ends until Feb 4 (and I guess some people keep taking a holiday until Feb 12).

So, I don't have any updates for you at all.

I will let you know when I hear from my client.

Very best,

Karl

---

**From:** Steele, David J. <David.Steele@tuckerellis.com>
**Sent:** Monday, February 3, 2025 12:55 PM
**To:** Kroll, Howard A. <Howard.Kroll@tuckerellis.com>; Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

Karl,

We would like to speak with you this afternoon. Please let us know what time you can be available for either a short zoom or telephone call.

**David Steele | Partner | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3360
david.steele@tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

---

**From:** Kroll, Howard A. <Howard.Kroll@tuckerellis.com>
**Sent:** Wednesday, January 29, 2025 4:38 PM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

Bueller? Bueller?

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com        Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return e-mail.

---

**From:** Kroll, Howard A.
**Sent:** Tuesday, January 28, 2025 12:25 PM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

Karl???

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com        Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return e-mail.

---

**From:** Kroll, Howard A.
**Sent:** Monday, January 27, 2025 12:25 PM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

We want you to advise us (1) was the registrar business sold, (2) whether you have received money from Leascend, and (3) what steps Leascend has done to comply with the Court order. We assume tonight is the last night you can speak to your client before the Chinese New Year begins, so we would like to discuss this all with you tonight after your deposition.

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com     Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

---

**From:** Karl Kronenberger <karl@kr.law>
**Sent:** Monday, January 27, 2025 11:55 AM
**To:** Kroll, Howard A. <Howard.Kroll@tuckerellis.com>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

**<<< EXTERNAL EMAIL >>>**

---

In a deposition today. What do you want to discuss? I can check in with our client about it.

---

**From:** Kroll, Howard A. <Howard.Kroll@tuckerellis.com>
**Sent:** Monday, January 27, 2025 10:45 AM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

Karl,

Are you free today to talk?

Howard


**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com      Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

---

**From:** Kroll, Howard A.
**Sent:** Tuesday, January 21, 2025 11:58 AM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** Meta v. OnlineNIC - Court's Order on December 20

Karl,

Happy New Year and welcome back from Italy. Are you free to hop on a quick call today or tomorrow so you can let us know the status of Leascend's compliance with the Court's Order on December 20 (ECF No. 420)? Thanks.

Howard


**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com      Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

Exhibit 13

| | |
|---|---|
| **From:** | Steele, David J. |
| **To:** | Karl Kronenberger; Kroll, Howard A.; Liana Chen; Guye, Helena M. |
| **Subject:** | RE: Meta v. OnlineNIC - Court"s Order on December 20 |
| **Date:** | Monday, February 3, 2025 5:22:00 PM |

Karl,

It's unfortunate that you would not have a phone call with Howard and me to discuss this (especially given the court's order).

As you know, the court ordered Leascend to deposit, on or before January 31, 2025, $5.5 million (USD) into an escrow account in the United States held by an escrow agent to be security to satisfy any judgment issued by the Court. The court further ordered Leascend to provide Plaintiffs proof of the deposit into escrow, including the account information and name of the escrowing agent.

We have requested information regarding the deposit into escrow numerous times over the past two weeks, and each time you have either ignored our request altogether or merely advised that "you are not getting any updates from [your] client."

Defendants' refusal to comply with the court's order, and its refusal to provide you (and thus Plaintiffs) with any further information regarding its compliance with the court's order, leave Plaintiffs no choice. Plaintiffs will move the court for an order of contempt.


**David Steele | Partner | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3360
david.steele@tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.




**From:** Karl Kronenberger <karl@kr.law>
**Sent:** Monday, February 3, 2025 4:33 PM
**To:** Steele, David J. <David.Steele@tuckerellis.com>; Kroll, Howard A. <Howard.Kroll@tuckerellis.com>; Liana Chen <Liana@kr.law>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20


**<<< EXTERNAL EMAIL >>>**

David,

Unfortunately, I am not getting any updates from our client. I just emailed now, but I don't think their legal holiday ends until Feb 4 (and I guess some people keep taking a holiday until Feb 12).

So, I don't have any updates for you at all.

I will let you know when I hear from my client.

Very best,

Karl

---

**From:** Steele, David J. <David.Steele@tuckerellis.com>
**Sent:** Monday, February 3, 2025 12:55 PM
**To:** Kroll, Howard A. <Howard.Kroll@tuckerellis.com>; Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

Karl,

We would like to speak with you this afternoon. Please let us know what time you can be available for either a short zoom or telephone call.

**David Steele | Partner | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor | Los Angeles, CA 90071
Direct: 213-430-3360
david.steele@tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

---

**From:** Kroll, Howard A. <Howard.Kroll@tuckerellis.com>
**Sent:** Wednesday, January 29, 2025 4:38 PM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

Bueller? Bueller?

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com       Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return e-mail.

---

**From:** Kroll, Howard A.
**Sent:** Tuesday, January 28, 2025 12:25 PM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

Karl???

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com       Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return e-mail.

---

**From:** Kroll, Howard A.
**Sent:** Monday, January 27, 2025 12:25 PM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

We want you to advise us (1) was the registrar business sold, (2) whether you have received money from Leascend, and (3) what steps Leascend has done to comply with the Court order. We assume tonight is the last night you can speak to your client before the Chinese New Year begins, so we would like to discuss this all with you tonight after your deposition.

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com       Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

**From:** Karl Kronenberger <karl@kr.law>
**Sent:** Monday, January 27, 2025 11:55 AM
**To:** Kroll, Howard A. <Howard.Kroll@tuckerellis.com>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

**<<< EXTERNAL EMAIL >>>**

In a deposition today. What do you want to discuss? I can check in with our client about it.

**From:** Kroll, Howard A. <Howard.Kroll@tuckerellis.com>
**Sent:** Monday, January 27, 2025 10:45 AM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** RE: Meta v. OnlineNIC - Court's Order on December 20

Karl,

Are you free today to talk?

Howard

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com      Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

**From:** Kroll, Howard A.
**Sent:** Tuesday, January 21, 2025 11:58 AM
**To:** Karl Kronenberger <karl@kr.law>; Liana Chen <Liana@kr.law>; Steele, David J. <David.Steele@tuckerellis.com>; Guye, Helena M. <Helena.Guye@tuckerellis.com>
**Subject:** Meta v. OnlineNIC - Court's Order on December 20

Karl,

Happy New Year and welcome back from Italy. Are you free to hop on a quick call today or tomorrow so you can let us know the status of Leascend's compliance with the Court's Order on December 20 (ECF No. 420)? Thanks.

Howard

**Howard A. Kroll | Attorney | Tucker Ellis LLP**
515 South Flower Street | Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3365 | Fax: 213-430-3409 |
howard.kroll@tuckerellis.com     Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.