TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:      213.430.3400
Facsimile:      213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.) and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI<br><br>**NOTICE OF NON-COMPLIANCE WITH ORDER RE: PLAINTIFFS' EMERGENCY EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER FREEZING ASSETS OF DEFENDANT LEASCEND TECHNOLOGY CO., LTD FKA XIAMEN 35.COM TECHNOLOGY CO., LTD. [420]**<br><br>Hon. Susan Illston |

**TO THE COURT:**

On December 20, 2024, the Court issued an order requiring Defendant Leascend Technology Co., Ltd. fka Xiamen 35.Com Internet Technology Co., Ltd. ("35.CN") to deposit $5.5 million (USD) into a United States escrow account by January 31, 2025. ECF No. 420 at 2 ¶ 1 ("Escrow Order"). 35.CN was also ordered to provide Plaintiffs proof of the deposit into escrow, including the account information and name of the escrowing agent. *Id.* ¶ 2.

As of the filing of this notice and as detailed in Plaintiffs' concurrently-filed motion for civil contempt, 35.CN has not provided Plaintiffs any proof of deposit, and clear and convincing evidence demonstrates that 35.CN violated the Escrow Order because 35.CN has not deposited $5.5 million into escrow on or by January 31, 2025.

DATED: February 7, 2025            Tucker Ellis LLP

By: /s/David J. Steele
    David J. Steele
    Howard A. Kroll
    Steven E. Lauridsen

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.) and INSTAGRAM, LLC