*Facebook, Inc. v. OnlineNIC Inc.*, No. 3:19-cv-07071-SI
**Itemization of Costs Documentation**

| Exhibit No. | Description | Invoice Date | Sum of Bill Amount |
|---|---|---|---|
| **Category: Fees of the Clerk and for Service of Process** | | | |
| 1 | Filing Fee for Civil Action | 10/28/2019 | $400.00 |
| 2 | Hong Kong Hague Service Fee for Defendant ID Shield Service Co. Limited ("ID Shield") | 10/30/2019 | $595.00 |
| 3 | Additional Hague Service Fee for ID Shield | 11/01/2019 | $100.00 |
| 4 | China Hague Service Fee for Defendant Xiamen 35.com Internet Technology Co., Ltd. | 10/08/2021 | $1,050.00 |
| **Category: Depositions** | | | |
| 5 | Fees for Interpreter Amanda Lin for Deposition of Carrie Yu as Rule 30(b)(6) for Defendant OnlineNIC Inc. ("Yu Dep.") on 07/12/2021 and 07/13/2021 and Deposition of Carrie Yu as Rule 30(b)(6) Witness for ID Shield (non-appearance by ID Shield) on 07/14/2021 and 07/15/2021 | 07/20/2021 | $5,600.00 |
| 6 | Veritext LLC – Yu Dep. Tr. Vol. I (07/12/2021) | 07/21/2021 | $3,976.60 |
| 7 | Veritext LLC – Yu Dep. Tr. Vol. II (07/13/2021) | 07/21/2021 | $4,904.00 |
| 8 | Veritext LLC – Non-Appearance of Carrie Yu for ID Shield (07/14/2021) | 08/12/2021 | $1,208.90 |
| 9 | Veritext LLC –Non-Appearance of Carrie Yu for ID Shield – Cancellation for Video (07/14/2021) | 08/12/2021 | $395.00 |
| 10 | Veritext LLC –Yu Dep. Vol. I Video Services (07/12/2021) | 08/20/2021 | $1,988.00 |
| 11 | Veritext LLC – Yu Dep. Vol. II Video Services (07/13/2021) | 08/24/2021 | $1,988.00 |
| 12 | Veritext LLC – Cancellation of Reporting Services; Concierge Tech Support; Exhibit Share Cancellation – Carrie Yu for ID Shield (07/15/2021) | 08/25/2021 | $945.00 |
| 13 | Veritext LLC -Witness: Carrie Yu for Domain ID Shield – Video Cancellation (07/15/2021) | 07/15/2021 | $395.00 |
| 14 | Veritext LLC - Witness: Carrie Yu - Concierge Tech Support (07/14/2021) | 10/13/2021 | $150.00 |
| **Category: Reproduction, Exemplification** | | | |
| 15 | KPMG LLP – Professional Services Related to ESI | Various | $27,349.66 |
| 16 | Stipulated Order Re: Discovery of Electronically Stored Information for Standard Litigation (ECF No. 36) | N/A | N/A |