TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:	213.430.3400
Facsimile:	213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC (fka FACEBOOK, INC.)
and INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>    Defendants. | Case No. 3:19-cv-07071-SI<br><br>**DECLARATION OF DAVID J. STEELE IN SUPPORT OF PLAINTIFFS' AMENDED BILL OF COSTS**<br><br>Hon. Susan Illston |

I, David J. Steele, declare as follows:

1. I am a Partner at Tucker Ellis LLP ("Tucker Ellis"), attorneys of record for Plaintiffs in this action. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2. Plaintiffs have necessarily and reasonably incurred in this case costs of $51,045.16. An itemization of these costs is attached to Plaintiffs' concurrently filed Amended Bill of Costs. As detailed in that itemization, these costs entail filing fees (Civil L.R. 54-3(a)(1)), service of process, including costs occurred in effecting service through the Hague Convention (Civil L.R. 54-3(a)(2)), fees related to the 30(b)(6) depositions of Defendants OnlineNIC and ID Shield (Civil L.R. 54-3(c)(1) and (c)(5)), and the cost of producing ESI (Civil L.R. 54-3(d)(2)). The costs listed in the itemization are correctly stated, were necessarily incurred in this action, and are allowable by law.

3. Attached as **Exhibit 1** is the filing receipt from the Clerk of Court for commencing this action.

4. Attached as **Exhibits 2-4** are invoices from Crowe Foreign Services for service of process on certain Defendants in Hong Kong and China.

5. Attached as **Exhibits 5-14** are invoices from Veritext LLC for deposition services.

6. Attached as **Exhibit 15** are invoices from KPMG LLC for ESI production services.

7. Attached as **Exhibit 16** is a copy of the ESI Order entered in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on February 7, 2025 in Los Angeles, California.

        /s/ David J. Steele