1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC, | Case No. 3:19-cv-07071-SI |
| Plaintiffs, | **[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and DOES 1-20, | Hon. Susan Illston |
| Defendants. | |

The Court, having read and considered Plaintiffs' Administrative Motion to File Under Seal Portions of Exhibit 15 to the Declaration of David J. Steel in Support of Plaintiffs' Amended Bill of Costs, and good cause appearing, **ORDERS** that the motion is **GRANTED**.

It is further **ORDERED** that Exhibit 15 to the Declaration of David J. Steel in Support of Plaintiffs' Amended Bill of Costs is to be partially sealed as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 15 at Highlighted Portions of Pages 1–23, 25–57, 59–60, 62–69 | Shin Declaration ¶¶ 2-6 | |

**IT IS SO ORDERED.**

DATED: _____    _____
Susan Illston
Unites States District Court Judge