**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Leah Rosa Vulić (Bar No. 343520)
548 Market Street #85399
San Francisco, CA 94104-5401
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
liana@kr.law
leah@kr.law

Attorneys for Defendant Leascend Technology Co., Ltd.
f/k/a Xiamen 35.com Technology Co., Ltd.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

FACEBOOK, INC., et al.,

        Plaintiffs,

v.

ONLINENIC INC., et al.,

        Defendants.

Case No. 3:19-cv-07071-SI

**DECLARATION OF YANRONG LI N SUPPORT OF DEFENDANT LEASCEND'S OPPOSITION TO PLAINTIFFS' MOTION FOR CONTEMPT AND SANCTIONS**

Date:    March 14, 2025
Time:   10:00 a.m.
Ctrm:  1 – 17th Floor
Before: Hon. Susan Illston

DECL. OF LI ISO OPP TO PLAINTIFFS' MTN
FOR CONTEMPT

I, Yanrong Li, do hereby declare:

1.      I am a Legal Manager of Defendant Leascend Technology Co., Ltd. f/k/a Xiamen 35.com Technology Co., Ltd. ("Defendant" or "Leascend"). Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called as a witness I would testify to the facts contained herein.

2.      On January 10, 2025, Leascend submitted an application for outward remittance to transfer $5,500,000 (USD) overseas to a United States account. A true and correct copy of the application for remittance is attached as **Exhibit A**.

3.      On or around January 13, 2025, the bank's audit department informed Leascend that its application for remittance was denied under China's foreign exchange control policies because the bank did not consider the December 20, 2024 Order to be legally sufficient grounds under Chinese law to authorize this transfer.

4.      However, the bank indicated that a party to the litigation (Leascend or Plaintiffs) could apply to the competent Intermediate People's Court for recognition and enforcement of a final judgment or formally recorded settlement agreement. Leascend arranged to consult with the Xiamen Intermediate People's Court to confirm if an application for recognition of December 20, 2024 Order could be made and was informed that a final judgment or formally recorded settlement agreement was needed.

5.      Leascend's domain name business was sold on December 5, 2024 through an auction. Specifically, under the applicable Xiamen Property Rights Exchange Network Auction Rules (the "Rules") that governed the auction process, the sale was effective with a binding contract under Chinese law at the time the Xiamen Property Rights Exchange Center gave notice of the winning bidder in the auction, styled as the "Confirmation Notice of Transaction" on December 5, 2024, i.e., prior to the Court's December 20, 2024 Order, even though ministerial acknowledgements by the parties had not taken place. A true and correct copy of the Rules, which I translated as I am proficient in both English and Chinese, is attached as **Exhibit B**.

6.      For example, Section 8 of the Rules state (as translated into English): "The

Case No. 3:19-cv-07071-SI

1

**DECL. OF LI ISO OPP TO PLAINTIFFS' MTN FOR CONTEMPT**

1  contract between the transferee and the transferor is deemed to be formed upon the

2  issuance of the notice of transaction. . . . The transferee should sign the contract with the

3  transferor at the time and location specified in these rules. However, whether the signing

4  procedures are completed does not affect the formation of the subject contract . . . If the

5  transferee fails to fulfill the contract signing obligations within the time frame specified in

6  these rules, it will not affect the formation of the contract between the transferee and the

7  transferor."

8       I declare under penalty of perjury under the laws of the United States of America

9  that the foregoing is true and correct.

10       Executed on this 21st day of February 2025 in Chengdu, Sichuan.

11                By: _Yanrong Li_

12                     Yanrong Li

Exhibit A



结算有礼活动火热进行中

单证通    结汇    外汇牌价查询

缴费    电子商务    数字人民币

当前位置：单证通 > 汇出汇款申请

## 单证通

工作台

国际汇款

国际信用证

国际贸易融资

国际保函

国际托收

即期结售汇

FICC汇率避险

资本项目数字化服务

☐ 购汇金额 | USD |

购汇账号：

☐ 其他金额 | USD |

其他账号：

汇款人：Remitter

1200362461

收款人：Bene iciary

是否SWIFT GO汇出：○是 ⦿否
s the remittance via SW    GO?    NO

是否进行预校验：○是 ⦿否 ⑦
s Pre-checking required?    NO

汇款人名称：Remitter's Name

XIAMEN 35.COM TECHNOLOGY CO.,LTD

*

收款人名称：Bene iciary's Name

Kronenberger Rosenfeld LLP

汇款人地址：Remitter's Address

8TH GUANRI ROAD, SOFTWARE PARK
XIAMEN
XIAMEN FUJIAN 361012 CHINA

*

收款人地址：Bene iciary's Address

Kronenberger Rosenfeld, LLP 150 Post Street, Suite 520 S
Francisco, CA 94108

全国统一客户服务热线：95561    客户投诉受理邮箱：95561@cib.com.cn    地址：福建省福州市台江区江滨中大道398号兴业银行大厦    兴业银行版权所有    闽ICP备050

收藏

兴业
管家

在线
客服

使用
手册

结算有礼活动火热进行中

单证通　结汇　外汇牌价查询

缴费　电子商务　数字人民币

当前位置：单证通 > 汇出汇款申请

## 单证通

工作台

国际汇款

国际信用证

国际贸易融资

国际保函

国际托收

即期结售汇

FICC汇率避险

资本项目数字化服务

XIAMEN
XIAMEN FUJIAN 361012 CHINA

Francisco, CA 94108

对公组织机构代码：　751642792

Corporate Organization Code

收款人账号：　████4149

Bene iciary Account Number

收款银行在其代理行账号：

Bene iciary Bank's Account Number with its Correspondent Bank

收款人开户行：Bene iciary's Account Bank

HECEUS61XXX

收款行代理行：Bene iciary Bank's Correspondent Bank

HERITAGE BANK OF COMMERCE 150 Almaden Blvd.SAN
JOSE,CA95113

付款行/收电行：

汇款附言：

跨境汇款业务 汇款附言建议输入英文！

全国统一客户服务热线：95561　　客户投诉受理邮箱：95561@cib.com.cn　　地址：福建省福州市台江区江滨中大道398号兴业银行大厦　　兴业银行版权所有　闽ICP备050

收藏

兴业
管家

在线
客服

使用
手册

单证通    结汇    外汇牌价查询

缴费    电子商务    数字人民币

当前位置：单证通 > 汇出汇款申请

## 单证通

工作台

国际汇款

国际信用证

国际贸易融资

国际保函

国际托收

即期结售汇

FICC汇率避险

资本项目数字化服务

| | | | |
|---|---|---|---|
| 收款人所在国家代码：<br>Bene iciary's Country Code | USA<br>USA | * 美利坚合众国 | |
| 业务种类编码：<br>Business   ype Code | | 是否为保税货物下付款：<br>s the payment  or bonded goods? | 否<br>NO |
| 合同号：<br>Contract Number | | 备案表号/业务编号：<br>iling   orm Number / Business Re erence Number | |
| 发票号：<br>nvoice Number | Case 3:19-cv-07071-S | 报关单经营单位代码：<br>Customs Declaration Business Entity Code | |
| 费用承担方：<br>Party Bearing the Cost | 汇款人 OUR<br>Remitter OUR | * | |
| 交易编码：<br> ransaction Code | | 相应币种及金额：<br>Corresponding Currency and Amount | USD |
| 交易附言：<br> ransaction Remark | | | |
| 交易编码：<br> ransaction Code | | 相应币种及金额：<br>Corresponding Currency and Amount | USD |
| 交易附言：<br> ransaction Remark | | | |

全国统一客户服务热线：95561    客户投诉受理邮箱：95561@cib.com.cn    地址：福建省福州市台江区江滨中大道398号兴业银行大厦    兴业银行版权所有    闽ICP备050

收藏

兴业
管家

在线
客服

使用
手册



兴业银行 企业网上银行

结算有礼活动火热进行中 | Q 搜索 | 琏升01 12003624

首页 查询 对账 转账 代发 财务室 投资理财 票据管家 贷款融资 兴享供应链 单证通 缴费 电子商务 数字人民币 《 》 ☆ 我的

单证通 | 结汇 ∨ | 外汇牌价查询

当前位置：单证通 > 汇出汇款申请

**单证通** 《

无数据显示

工作台

首页 上一页 | 0 | 共 0 页 下一页 末页 | 5条/页 ▼     无数据显示

国际汇款 ∨

国际信用证 ∨

新增 | 删除

申请人：
Applicant

电话：
Phone Number

国际贸易融资 ∨

申请人企业名称： 琏升科技股份有限公司

国际保函 ∨

Applicant's Company Name
历史备注： Historical Remarks

国际托收 ∨

| 051310 许清谋 20250108 20:34 银行退回（银行端）退回，请补充相关材料 | 051310 Xu Qingmou 2025-01-08 20 34 Bank Returned (Bank Side) Returned, please provide the relevant materials |
| 琏升01 张毓瑜 20250110 15:39 经办（企业端） | Leascend 01 Zhang Yuyu 2025-01-10 15 39 Processed (Enterprise Side) |
| 051310 许清谋 20250110 20:04 银行退回（银行端）不满足审核要求 | 051310 Xu Qingmou 2025-01-10 20 04 Bank Returned (Bank Side) Does not meet the und trans er requirements |

即期结售汇 ∨

FICC汇率避险 ∨

资本项目数字化服务 ∨

给下步操作人员的提示（不超过200字）：

SWIFT银企直通 ∨



Exhibit B

# 五、厦门产权交易中心网络竞价规则

# Section 5: Xiamen Property Rights Exchange Network Auction Rules

本次网络竞价采用中百信权益宝竞价云平台（以下简称"权益云"）网络竞价（或动态报价）方式，本规则所称的报价即为网络竞价。

This network auction uses the Zhongbai Xinquanyi Bao Auction Cloud Platform (hereinafter referred to as "Quanyi Cloud") for network auction (or dynamic bidding). The term "bidding" in these rules refers to the network auction.

一、报价组织方：　厦门产权交易中心（以下简称"中心"）

**1. Organizer of Bidding: Xiamen Property Rights Exchange (hereinafter referred to as "the Center")**

转让方：　琏升科技股份有限公司

**Transferor: Liansheng Technology Co., Ltd.**

报价标的：　厦门三五互联信息有限公司 100%股权及部分商标

**Bid Object: 100% equity and part of trademarks of Xiamen 35 Internet Information Co., Ltd.**

报价登记地点：　厦门产权交易中心

**Bidding Registration Location: Xiamen Property Rights Exchange**

合同签约时间：报价结束后 5 个工作日内

**Contract Signing Time: Within 5 working days after the bidding ends**

签约地点：　由转让方指定签约地点

**Contract Signing Location: To be designated by the transferor**

签约联系人：　汤璟蕾 联系电话：　13860169608

**Contract Contact: Tang Jinglei, Phone: 13860169608**

报价网站：

**Bidding Websites:**

1. 厦门产权交易中心网站：http://www.xemas.com.cn/
2. Xiamen Property Rights Exchange website: http://www.xemas.com.cn/
3. 权益云网站：https://www.unibid.cn/
4. Quanyi Cloud website: https://www.unibid.cn/
5. 权益云竞价大厅网址：https://www.unibid.cn/portal/pro/hall.jsp?org=XM1
6. Quanyi Cloud Auction Hall website:
   https://www.unibid.cn/portal/pro/hall.jsp?org=XM1

## 二、报价平台：权益云竞价大厅

**2. Bidding Platform: Quanyi Cloud Auction Hall**

## 三、报价期间

**3. Bidding Period**

（一）自由报价期间：详见《转让标的清单》（附件三）。

**(a) Free Bidding Period: See the "Transfer Object List" (Attachment 3).**

（二）限时报价周期：180 秒。

**(b) Timed Bidding Cycle: 180 seconds.**

报价活动以权益云网站服务器时间为计时标准。鉴于可能发生网络延迟，例如在进入限时报价期后短时间内报价人集中报价而造成服务器数据接收排队等候致使报价人无法成功出价，组织方提醒报价人尽早出价。

The bidding activity follows the server time of the Quanyi Cloud website. Due to potential network delays, such as when multiple bidders place bids in a short period after entering the timed bidding period, causing server data to queue, the organizer advises bidders to bid early.

## 四、报价标的

**4. Bid Object**

起始价与加价幅度、报价保证金详见《转让标的清单》（附件三）。

The starting price, bid increment, and bidding deposit are detailed in the "Transfer Object List" (Attachment 3).

## 五、报价登记
## 5. Bidding Registration

报价人在完成报价登记前称为意向买受人，在报价登记完成后即为报价人，无论其是否出价。

Before completing the bidding registration, the bidder is considered a prospective buyer. After completing the registration, they become the bidder, regardless of whether they place a bid.

本规则所称报价登记是指意向买受人在厦门产权交易中心网站公告规定的报价登记期间内办理完以下事项：

The "bidding registration" referred to in these rules means that the prospective buyer completes the following steps during the bidding registration period specified on the Xiamen Property Rights Exchange website:

（一）缴纳保证金。意向买受人应在报价登记期间内缴纳本次报价的报价保证金、提交加盖报价人签章的缴款凭证复印件（缴款凭证应注明报价人姓名或名称、报价标的名称并加上"保证金"字样，如未注明的应现场注明）并经中心财务人员确认到账（保证金到账在中心网银上显示的交易时间须在报价登记截止时间前）。意向买受人原缴中心的意向登记保证金，在意向买受人签署本规则后自动转为报价保证金。

(a) Payment of Deposit: The prospective buyer should pay the bidding deposit and submit a copy of the payment receipt stamped with the bidder's signature (the receipt must indicate the bidder's name or entity, the name of the bid object, and the word "Deposit." If not stated, it should be specified on-site). The center's finance staff will confirm the deposit after it is received (the deposit transaction time displayed on the center's online banking must be before the bidding registration deadline). The prospective buyer's initial registration deposit will be automatically converted to a bidding deposit upon signing these rules.

（二）签署材料。向中心提交签署完毕的报价材料。意向买受人应仔细阅读本报价规则、《资产转让合同范本 》（附件一，以下简称"合同"）及评估报告书等文件。在缴纳完报价保证金、签署认可本规则，即表示意向买受人完全认同以上文件的全部条款。

**(b) Signing Materials:** Submit the completed bidding documents to the center. The prospective buyer should carefully read these bidding rules, the "Asset Transfer Contract Template" (Attachment 1, hereinafter referred to as "Contract"), and the appraisal report. By paying the bidding deposit and signing to acknowledge these rules, the prospective buyer fully agrees to all the terms in these documents.

（三）确认权益云用户名。意向买受人收到权益云发出的用户名信息短信并向中心书面确认本次报价所使用的权益云登陆用户名。

**(c) Confirm Quanyi Cloud Username:** The prospective buyer should confirm the Quanyi Cloud login username used for the bid by replying in writing to the center after receiving the username information message from Quanyi Cloud.

意向买受人办理完成上述报价登记事项后即成为本次报价活动的报价人。报价人首次登陆权益云用户名时需自行找回密码。

After completing the above bidding registration steps, the prospective buyer becomes the bidder for this bidding activity. The bidder should retrieve their password upon the first login to Quanyi Cloud.

意向买受人向中心办理登记手续时应提供真实有效的登记信息，因意向买受人提供的信息不真实、不准确、不完整、意向买受人或报价人自身设备问题而造成无法接收到权益云用户名信息短信、无法登陆权益云或无法使用权益云进行报价的，由其自行承担责任，中心不承担任何责任。

The prospective buyer must provide accurate and valid registration information to the center. If they fail to receive the Quanyi Cloud username message, cannot log in to Quanyi Cloud, or cannot use it for bidding due to inaccurate, incomplete, or false information or issues with the bidder's own device, the responsibility falls on the bidder, and the center is not liable for any consequences.

六、激活用户名报价权限

**6. Activation of Username Bidding Rights**

已办理完报价登记的各报价人用于参与本次报价的权益云用户名将在报价登记完成后被中心激活报价权限。

The Quanyi Cloud username used by each bidder who has completed the bidding registration will be activated for bidding rights by the center after the registration is completed.

如用户名报价权限或优先权人行权权限未激活导致无法报价或无法行权的，报价人应立即书面告知中心予以解决，因报价人未及时告知中心所产生的责任由报价人自行承担，与中心无关。

If the username bidding rights or the rights of priority bidders are not activated, resulting in the inability to place a bid or exercise priority rights, the bidder should immediately notify the center in writing to resolve the issue. The responsibility for any consequences arising from the bidder's failure to notify the center in time rests with the bidder and is not the center's responsibility.

七、报价活动

**7. Bidding Activity**

（一）出价。除首个出价的报价人首次出价或按本条第（三）款优先权人行权可以起始出价出价外，普通报价人应在当前最高报价的基础上加价，报价金额为当前最高报价和加价金额的总和，该加价金额为加价幅度的可选整数倍。

**(a) Bidding:** Except for the first bidder who may bid at the starting price or a priority bidder exercising rights according to Section 3 of this article, ordinary bidders should raise the bid based on the current highest bid. The bid amount is the sum of the current highest bid and the increment, with the increment being an optional integer multiple of the increment range.

有效报价不得低于当前最高报价（当前最高报价的报价人不能在自己所报的最高报价上继续加价）。

Valid bids cannot be lower than the current highest bid (the bidder who placed the current highest bid cannot raise their own bid again).

特别提示，首个出价的报价人以起始价出价的，应在竞价项目页面点击"应起始价"按钮，点击其他按钮则表示在起始价上进行加价出价。

A special reminder: The first bidder who bids at the starting price should click the "Bid at Starting Price" button on the auction project page. Clicking other buttons will indicate bidding above the starting price.

各报价人在正式报价前，可通过权益云网站竞价大厅进入模拟大厅参与模拟网络竞价项目的报价，充分了解动态报价的流程。

Before placing a formal bid, each bidder can enter the simulation hall via the Quanyi Cloud website auction hall to participate in simulated network auction projects and fully understand the dynamic bidding process.

报价人在竞价项目页面出价或行权时，应仔细确认报价金额，一旦报价即表示本人已确认金额无误，该报价不可撤销。

When placing a bid or exercising rights on the auction project page, the bidder should carefully confirm the bid amount. Once placed, the bid is final and cannot be revoked.

各报价人在正式报价前有义务熟知竞价操作程序及风险，各报价人在完成报价后不得以"不熟悉程序"、"操作不当"为由主张报价无效、报价错误或要求撤回报价、调整报价。

Before placing a formal bid, each bidder is obligated to familiarize themselves with the bidding procedures and risks. After placing a bid, no bidder may claim the bid is invalid, erroneous, or request the withdrawal or adjustment of the bid due to "lack of familiarity with the procedures" or "improper operation."

（二）自由报价期和限时报价期。报价活动分为自由报价期和限时报价期。自由报价期开始即报价活动开始，自由报价期结束后自动进入限时报价期，限时报价期结束即报价活动结束。

**(b) Free Bidding Period and Timed Bidding Period:** The bidding activity is divided into a free bidding period and a timed bidding period. The bidding activity begins when the free bidding period starts, and it automatically enters the timed bidding period after the free bidding period ends. The bidding activity ends when the timed bidding period finishes.

自由报价期内是否出价不影响报价人在限时报价期内出价。

Whether or not a bid is placed during the free bidding period does not affect the bidder's ability to place a bid during the timed bidding period.

限时报价期可由多个限时报价周期组成，每个限时报价周期为 180 秒，如在当前限时报价周期内无人出价或加价，本次报价活动自动结束；如当前限时报价周期内有人加价，则以此报价时间为起始时间进入一个新的限时报价周期，以此类推，直至某个限时报价周期内无人加价时本次报价活动自动结束。

The timed bidding period may consist of multiple timed cycles, each lasting 180 seconds. If no bids or price increases are placed during the current cycle, the bidding activity automatically ends. If a bid increase occurs, the bidding time of that bid becomes the start time for a new timed bidding cycle, continuing until there is no further bid increase during a cycle, at which point the bidding activity automatically ends.

（三）优先权人行权。在自由报价期间和限时报价期间内，普通报价人为最高有效报价人时，优先权人可以等于当前最高有效报价的价格出价进行行权，也可对当前最高有效报价进行加价，行权或加价的优先权人成为当前最高有效报价人。

**(c) Priority Bidder Exercising Rights:** During both the free and timed bidding periods, when an ordinary bidder is the highest valid bidder, a priority bidder may place a bid equal to the current highest valid bid or increase the current highest bid. The priority bidder becomes the highest valid bidder after exercising their rights or increasing the bid.

优先权人行权后，普通报价人须在优先权人行权价上进行加价方为有效。

After a priority bidder exercises their rights, ordinary bidders must increase their bid above the priority bidder's bid for it to be valid.

低级别优先权人行权后，高级别优先权人可以以等于低级别优先权人行权价格的出价进行行权，行权的高级别优先权人成为当时最高有效报价人，低级别优先权人若要再出价，必须在高级别优先权人的行权价格上进行加价，方为有效出价。

After a lower-level priority bidder exercises their rights, a higher-level priority bidder may exercise their rights by bidding at the same price as the lower-level priority bidder's exercised price. The higher-level priority bidder becomes the highest valid bidder. If the lower-level priority bidder wishes to bid again, they must increase their bid above the higher-level priority bidder's exercised price for it to be valid.

优先权人在竞价项目页面上点击"我要行权"按钮则表示以当前的最高报价进行出价并行使优先权；优先权人点击其他按钮则表示在当前最高报价上进行加价出价。

Priority bidders clicking the "I Want to Exercise My Rights" button on the auction project page indicate they are bidding at the current highest bid price and exercising their rights. Clicking any other button indicates placing a bid with an increase above the current highest bid.

（四）确定受让方。限时报价期内，如在当前限时报价周期内未出现新的有效报价，本次报价活动自动结束，当前最高有效报价（中标价）的报价人成为最终买受人，即受让方，但发生本规则第十二条第（一）（二）（三）（四）款所列异常情况的除外。

**(d) Determining the Transferee:** If no new valid bids are placed during the current timed bidding cycle, the bidding activity automatically ends, and the bidder with the highest valid bid (winning bid) becomes the final buyer, i.e., the transferee, except in cases of the anomalies listed in Section 12, Items (a), (b), (c), and (d).

## 八、合同成立与签约

## 8. Formation of the Contract and Signing

受让方确定后，中心将发出成交通知书，中心不再另行通知。中心发出成交通知书之日起受让方与转让方之间的合同成立。

After the transferee is determined, the center will issue a confirmation notice of transaction, and no further notification will be given. The contract between the transferee and the transferor is deemed to be formed upon the issuance of the notice of transaction.

受让方应在本规则规定的合同签约时间、地点与转让方签订合同，但该签订手续是否完成不影响标的合同的成立。

The transferee should sign the contract with the transferor at the time and location specified in these rules. However, whether the signing procedures are completed does not affect the formation of the subject contract.

转让方与受让方签订合同的，双方的合同权利义务以双方签订的合同为准，双方如未签订合同的；自动成立的合同内容以受让方的成交价及附件一合同的条款为准。

When the transferor and transferee sign the contract, their contractual rights and obligations shall be governed by the signed contract. If the contract is not signed, the automatically formed contract shall be based on the transferee's transaction price and the terms of the contract in Attachment 1.

## 九、无人出价情形

**9. Situation of No Bids**

（一）如在报价期间内无人在起始价之上（含起始价）出价，报价人同意根据保证金缴纳的时间先后顺序（以保证金到账在中心网银上显示的交易时间为准）确定受让方。

**(a) If no bids are placed above (or including) the starting price during the bidding period, the bidder agrees that the transferee will be determined based on the order of the deposit payment time (the transaction time displayed in the center's online banking).**

中心向已有的或仅有的登记报价人中最先缴纳保证金的一方发出按起始价成交的成交通知书后，该报价人即成为受让方，并按起始价及合同（附件一）的条款受让转让标的。

After the center sends a notice of transaction based on the starting price to the first bidder who paid the deposit among the existing or only registered bidders, that bidder becomes the transferee and shall accept the transfer of the bid object at the starting price and in accordance with the terms of the contract (Attachment 1).

（二）按本条第（一）款规定的方式确定受让方的，中心可以下述任一方式向受让方发出成交通知书（包括签约时间、地点和有关报价的其他通知）：交由受让方当面签收；在中心网站上发布公告（包括但不限于报价结果公告、成交公告等）；登报；按报价人预留的联系地址邮寄。

**(b) After determining the transferee in accordance with item (a) of this section, the center may issue the notice of transaction to the transferee in any of the following ways (including details on signing time, location, and other bidding notifications): deliver it to the transferee for on-site signature; publish it on the center's website (including but not limited to bidding result announcements, transaction announcements, etc.); announce it in the newspaper; or mail it to the contact address provided by the bidder.**

采取当面签收成交通知书方式的，受让方与转让方之间的合同于受让方当面签收成交通知书时成立。

If the notice of transaction is delivered for on-site signature, the contract between the transferee and the transferor is formed upon the transferee's on-site receipt of the notice.

成交通知书在中心网站上发布、登报或邮寄方式发出的，受让方与转让方之间的合同于成交通知书发出之日起第三日成立。

If the notice of transaction is published on the center's website, announced in a newspaper, or mailed, the contract between the transferee and the transferor is formed on the third day after the issuance of the notice.

（三）按本条第（一）款的方式确定受让方后，受让方应于合同成立之日起三个工作日内与转让方正式签订合同，受让方未在该期限内与转让方签订合同的视为受让方违约。

**(c) After the transferee is determined as per item (a) of this section, the transferee should formally sign the contract with the transferor within three working days from the formation of the contract. If the transferee fails to sign the contract within this period, the transferee will be considered in breach of contract.**

合同是否签订完成不影响根据本条第（二)款合同的成立。

Whether the contract is fully signed does not affect the formation of the contract in accordance with item (b) of this section.

## 十、支付交易价款、产权交易佣金和交易鉴证费

## 10. Payment of Transaction Price, Property Rights Transaction Commission, and Transaction Authentication Fee

在合同成立或合同签订后，受让方原缴报价保证金扣除受让方按《厦门产权交易中心产权交易收费办法》（附件四)应缴的产权交易佣金和交易鉴证费后，余额作为部分交易价款，受让方应按合同约定将其余交易价款转入中心账户内。

After the contract is formed or signed, the bidding deposit originally paid by the transferee will be deducted by the property rights transaction commission and transaction authentication fee payable by the transferee as per the "Xiamen Property Rights Exchange Property Rights Transaction Fee Guidelines" (Attachment 4), and the remaining balance will be considered part of the transaction price. The transferee should transfer the remaining transaction price to the center's account as agreed in the contract.

受让方原缴报价保证金不足以支付其应缴的产权交易佣金和交易鉴证费的，受让方应在报价结束后五个工作日内将不足部分转入中心账户内，每逾期一日，中心可按应补缴金额的百分之五收取违约金。

If the transferee's original bidding deposit is insufficient to cover the property rights transaction commission and transaction authentication fee, the transferee should transfer the shortfall to the center's account within five working days after the bidding ends. A penalty of 5% of the outstanding amount will be charged for each overdue day.

中心在收齐上述款项及转让方应提交的鉴证申请材料后 10 个工作日内出具鉴证书，并将扣除产权交易佣金和交易鉴证费的款项转入转让方指定账户。

The center will issue the certification document within 10 working days after receiving the above payments and the certification application materials from the

transferor, and will transfer the funds (after deducting the property rights transaction commission and transaction authentication fee) to the transferor's designated account.

交易各方应按中心收费办法的规定及信息公告中的交易费用承担方式来缴纳产权交易佣金和交易鉴证费（具体详见信息公告）。

All parties involved in the transaction must pay the property rights transaction commission and transaction authentication fee according to the center's fee guidelines and the transaction cost allocation method specified in the information announcement (see the information announcement for details).

成交通知书发出后或报价结果公告发布后，不论何种原因，交易各方均不得拒缴或要求中心返还已缴中心的产权交易佣金和交易鉴证费。

After the issuance of the notice of transaction or the publication of the bidding results, for any reason, the parties involved in the transaction cannot refuse to pay or request the center to refund the property rights transaction commission and transaction authentication fee that have already been paid.

## 十一、违约责任
## 11. Liability for Breach of Contract

（一）报价人违反本规则规定或被确定为受让方后未按本规则规定签收成交通知书、履行签约义务或虽履行签约义务但未按合同规定履行付款义务的，均属于报价人或受让方违约，报价人已经缴交的报价保证金不予退还。

(a) If the bidder violates these rules or, after being determined as the transferee, fails to sign the notice of transaction, fulfill the contract signing obligations, or although signing the contract, fails to make payments as stipulated in the contract, the bidder or transferee will be considered in breach of contract, and the bidding deposit already paid by the bidder will not be refunded.

（二）受让方未按本规则规定的时间履行签约义务的，不影响受让方与转让方之间合同的成立。中心有权不予退还受让方已经缴交的报价保证金，该报价保证金扣除受让方应缴交的产权交易佣金和交易鉴证费后的余款转为受让方向中心支付的违约金，出让方与中心另有约定的从其约定。

(b) If the transferee fails to fulfill the contract signing obligations within the time

frame specified in these rules, it will not affect the formation of the contract between the transferee and the transferor. The center has the right to not refund the bidding deposit already paid by the transferee. The remaining deposit, after deducting the property rights transaction commission and transaction authentication fee payable by the transferee, will be converted into a penalty for breach of contract to be paid to the center. Any other arrangement agreed between the transferor and the center will prevail.

受让方延期签订合同超过 5 个工作日的，转让方可以单方解除合同，将交易标的重新组织竞价，并按前述规定追究该受让方的违约责任。

If the transferee delays signing the contract for more than 5 working days, the transferor may unilaterally terminate the contract, re-organize the auction for the bid object, and pursue the breach of contract liability from the transferee according to the above provisions.

## 十二、异常情况处理

## 12. Handling of Abnormal Situations

（一）报价登记期间或报价活动结束之前，报价标的发生毁损、灭失或发生重大变化使得信息公告内容与实际严重不符的，或者中心发现交易行为违反政策、报价标的依法不得转让或应当中止转让的，或者发生报价人报价存在违法或违规情形等可能影响竞价公开、公平、公正进行的，或者发生其他影响交易正常进行的，中心有权中止、终结竞价。

**(a)** If during the bidding registration period or before the bidding activity ends, the bid object is damaged, lost, or undergoes a significant change that makes the content of the information announcement seriously inconsistent with the actual situation, or if the center finds that the transaction violates policies, the bid object is legally not transferable or should be suspended, or if illegal or irregular bidding behavior is detected that might affect the fairness, openness, and justice of the auction, or if other factors arise that could disrupt the normal course of the transaction, the center has the right to suspend or terminate the auction.

（二）如发生权益云竞价系统故障（包括但不限于权益云服务器网络故障、软件或硬件故障），中心有权中止或终结竞价。权益云系统故障以北京中百信软

件技术有限公司发出的书面通知、网络公告或电子邮件为准。

**(b)** If a failure occurs in the Quanyi Cloud bidding system (including but not limited to network issues, software, or hardware failures), the center has the right to suspend or terminate the auction. System failure is confirmed based on written notifications, online announcements, or emails from Beijing Zhongbai Xin Software Technology Co., Ltd.

（三）因中心操作失误或报价平台错误导致关键属性（起始价、加价幅度、自由报价期结束时间和限时报价周期等）设置有误的，中心有权中止、终结竞价。

**(c)** If an error in setting key attributes (such as the starting price, increment, the end time of the free bidding period, or the timed bidding cycle) is caused by an operational error of the center or a mistake on the bidding platform, the center has the right to suspend or terminate the auction.

（四）报价登记期间或报价活动结束之前，公、检、法机关及相关行政管理部门依法发出中止或终结交易书面通知的，竞价应当中止或终结。

**(d)** If during the bidding registration period or before the bidding activity ends, any public, prosecution, or legal authority or relevant administrative department issues a written notice to suspend or terminate the transaction, the auction shall be suspended or terminated.

（五）依据本条第（一）（二）（三）（四）款中止竞价的，中心有权变更竞价方式并决定是否继续竞价或重新竞价，或在影响报价活动正常进行的因素消除后不变更竞价方式继续竞价或重新竞价。需要继续竞价或重新竞价时，中心在中心网站发布继续竞价的公告或重新竞价的公告，公告的发布无需征得报价人同意。

**(e)** If the auction is suspended according to items (a), (b), (c), or (d) of this section, the center has the right to change the auction method and decide whether to continue or re-auction, or continue with the same auction method after the factors affecting the normal course of the bidding activity are removed. When a continuation or re-auction is required, the center will issue an announcement on its website. The publication of the announcement does not require the bidders' consent.

如报价人未按照公告的要求办理有关事项，视其为放弃竞买，但依据本条第
（六）款规定被确定为买受人的除外。

If a bidder fails to comply with the requirements in the announcement, it will be
considered as giving up the bid, except for those who are determined as the buyer
according to item (f) of this section.

变更竞价方式的，竞价公告期不少于 5 个工作日。继续使用权益云竞价大厅报
价的，中止后继续报价的自由报价期间不少于 24 个小时。

If the auction method is changed, the bidding notice period will be no less than 5
working days. If the Quanyi Cloud Auction Hall is used again, the free bidding period
after suspension will last for at least 24 hours.

（六）继续竞价的，以在权益云竞价系统故障前服务器记载的最高有效报价的
基础上增加一个加价幅度作为底价继续竞价，如继续竞价期间内无人出价则权
益云竞价系统故障前最高有效报价的报价人为买受人。

**(f)** If the auction continues, the starting price for the continued auction will be based
on the highest valid bid recorded in the Quanyi Cloud system before the failure, with
an increment added. If no bids are placed during the continued auction, the bidder
who placed the highest valid bid before the failure will be deemed the buyer.

（七）中心根据本条第（一）（二）（三）款规定中止或终结竞价的，中心不
承担任何责任，报价人同意按中心发出的继续竞价或重新竞价的公告中的规定
继续参与竞价或重新参与竞价，不得提出异议，交易各方不对中心主张任何权
利。

**(g)** If the center suspends or terminates the auction according to items (a), (b), or (c)
of this section, the center will not be held liable. The bidders agree to continue or re-
participate in the auction according to the provisions in the center's announcement,
and cannot raise objections. No party to the transaction may assert any rights against
the center.

## 十三、报价人确认

## 13. Bidder Confirmation

（一）报价活动结束后，报价人按本规则未被确定为受让方且未违反本规则的，其报价保证金于报价结束后 7 个工作日内由中心按原缴款途径无息退还。

**(a)** After the bidding activity ends, if the bidder is not determined as the transferee and has not violated these rules, their bidding deposit will be refunded by the center within 7 working days using the same payment method as the original deposit, without interest.

（二）本次报价标的按现状出让，报价人确认在办理报价登记前已到标的现场或循其他途径详细了解了标的有关情况，一旦办理报价登记即表明接受该标的的现状（包括瑕疵）。

**(b)** The bid object is being transferred as-is. The bidder confirms that before completing the bidding registration, they have visited the site of the bid object or obtained detailed information through other means. By completing the bidding registration, the bidder accepts the current condition of the object (including any defects).

报价人应到标的所在现场认真核对，了解并监督标的的实际状况，直至完成交割时止。

The bidder should carefully verify and understand the actual condition of the bid object on-site and monitor the status until the completion of the transaction.

（三）本报价人认可：中心已向本报价人提供全部与本次报价内容一致的相关资料，对交易可能存在的风险也已经给本报价人进行了必要的提示。

**(c)** The bidder acknowledges that the center has provided all relevant materials consistent with the contents of this bid and has given the necessary risk warnings regarding the transaction.

本报价人承诺：本报价人对交易标的真实状况、转让方通过中心网站发布的交易信息公告等已经有清楚、完整的了解，对可能存在中心交易公告信息不完整、报价标的可能还存在其他不确定的法律风险等情形报价人已经全面了解、掌握并预估了风险，

The bidder commits that they have fully understood and assessed the actual condition of the transaction object, the transaction information announced by the transferor via

the center's website, and potential risks such as incomplete or uncertain legal risks related to the transaction announcement.

本报价人确认中心已尽可能提供其所能提供的资料信息，本报价人已经对报价标的及相关资料信息的完整性、真实性和合法性进行了充分了解及掌握，本报价人的竞价及报价均系本报价人综合各种信息及资料后对交易标的的价值及风险作出独立自主的评估、判断及自主行为，所有责任及风险均由本报价人自行承担。

The bidder confirms that the center has provided all available information, and the bidder has fully understood and assessed the completeness, authenticity, and legality of the bid object and related information. The bidder's bidding and offer are based on their independent assessment and judgment of the value and risks of the bid object after reviewing all information and materials. All responsibility and risks are to be borne by the bidder.

（四）因转让方披露的信息内容有误（包括但不限于标的权属不清或瑕疵）及其它争议引起的责任与中心无关，交易双方因履约等引起的纠纷由交易双方协商解决或依合同的约定解决，与中心无关。

**(d)** Any responsibility arising from the transferor's disclosure of incorrect information (including but not limited to unclear property rights or defects) or other disputes is not the responsibility of the center. Disputes arising between the parties regarding performance or other matters should be resolved by the parties through negotiation or according to the contract terms, and are not related to the center.

因交易所发生的变更、消防等报批、过户等手续由交易双方办理，风险及税费(房产转让税费包括但不限于契税、营业税、土地增值税)由交易双方按约定承担，与中心无关。

Changes to the transaction, such as approval processes, property transfer procedures, or tax and fee obligations (including but not limited to deed tax, business tax, and land value-added tax), should be handled by the transaction parties, and the risks and costs involved are to be borne by the transaction parties as agreed upon in the contract. These matters are not related to the center.

（五）权益云网站对竞价事项之表述与本规则规定有出入之处，以本规则为准。

**(e)** In case of any discrepancy between the statements on the Quanyi Cloud website regarding the bidding matters and the provisions of these rules, the provisions of these rules shall prevail.

（六）本规则所提及的一切公告（包括但不限于信息公告、报价结果公告、中止或终结竞价公告、以公告形式发出的通知）均在中心网站发布即可。如公告在多个网站发布的，以中心网站公告内容为准。

**(f)** All announcements mentioned in these rules (including but not limited to information announcements, bidding results announcements, suspension or termination of bidding announcements, and notifications issued in the form of announcements) are considered published upon release on the center's website. If the announcement is published on multiple websites, the content on the center's website shall prevail.

（七）本报价人已了解了报价标的所涉及的土地及房屋批准用途。本报价人承诺在受让报价标的后，不经营与国家批准用途不一致的项目，如需改变用途的，报价人自行向有关部门申请办理。

**(g)** The bidder has understood the approved land and property usage for the bid object. The bidder commits that after acquiring the bid object, they will not engage in activities inconsistent with the nationally approved usage. If a change of use is required, the bidder will apply to the relevant authorities for approval.

因报价标的所涉及的土地及房屋批准用途引起的纠纷与中心无关，报价人不得以此向中心提出任何主张。

Any disputes arising from the approved land and property usage of the bid object are not the responsibility of the center, and the bidder may not assert any claims against the center on these grounds.

（八）本报价人承诺在交易过程中若为失信被执行人或失信被执行人的法定代表人、主要负责人、实际控制人、影响债务履行的直接责任人员，本报价人愿承担一切责任，中心有权取消本报价人的交易资格，中心可不予返还本报价人

已交付中心的保证金和转让价款。

**(h)** If during the transaction process, the bidder is a dishonest person subject to enforcement or the legal representative, primary responsible person, actual controller, or directly responsible person who affects the performance of the debt of the dishonest entity, the bidder agrees to bear all responsibility. The center has the right to cancel the bidder's transaction qualifications, and may not refund any deposit or transaction price already paid by the bidder.

（九）本报价人已了解中心公告（包括但不限于报价结果公告、成交结果公告等）的内容中，权益云用户名的行为完全代表本报价人，本人并对此无异议。

**(i)** The bidder acknowledges that the actions performed under their Quanyi Cloud username, as stated in the center's announcements (including but not limited to bidding result announcements, transaction result announcements, etc.), fully represent the bidder, and they have no objections to this.

## 十四、其他
**14. Miscellaneous**

（一）报价人自身终端设备异常或故障，网络延迟，停电，未关注活动相关信息，未以权益云网站服务器时间为准或其他原因而影响报价的，中心不承担任何责任，报价人对报价结果亦不提出任何异议。

**(a)** The center will not be liable if the bidder's own terminal equipment malfunctions, if there are network delays, power outages, failure to pay attention to relevant event information, or failure to follow the Quanyi Cloud server time or other reasons that affect the bid. The bidder also waives any objections to the bidding result.

（二）报价人对自身的权益云用户名安全负责，任何使用报价人的权益云用户名在权益云竞价大厅的一切行为均视为该报价人本人的行为，因此产生的一切后果由报价人自行负责，中心不承担任何责任。

**(b)** The bidder is responsible for the security of their Quanyi Cloud username. Any action performed using the bidder's username in the Quanyi Cloud Auction Hall will be considered as the bidder's own action. All consequences arising from this are the bidder's responsibility, and the center will not be held liable.

（三）中心决定中止竞价或终结竞价的，自中止或终结竞价的公告发布之日起三十日内将报价人缴交的保证金无息退还报价人，中心不因竞价的中止或终结而承担任何责任。

**(c)** If the center decides to suspend or terminate the auction, it will refund the bidder's deposit without interest within thirty days from the date the suspension or termination notice is issued. The center will not be held liable for the suspension or termination of the auction.

（四）报价人应通过厦门产权交易中心网站持续关注交易标的的公告、通知、重要提示和成交情况（包括但不限于受让方违约、交易标的重新挂牌、重要提示公告等），因报价人未尽谨慎关注义务而造成的全部损失及风险（包括但不限于合同未能签订、未能履行或逾期风险等）由报价人自行承担。

(d) The bidder shall continuously monitor announcements, notices, important reminders, and transaction results (including but not limited to transferor default, relisting of transaction items, important notice announcements, etc.) on the Xiamen Property Rights Exchange Center website. Any losses and risks arising from the bidder's failure to fulfill the obligation of due diligence (including but not limited to failure to sign contracts, failure to perform, or risk of delay) shall be borne by the bidder.

（五）因本规则或因本报价标的产生的与中心、转让方、报价人、受让人等之间产生的一切争议及纠纷均由厦门市思明区所在地人民法院管辖。

(e) Any disputes or conflicts arising from this rule or from the subject of the bidding between the Center, the transferor, the bidder, and the transferee shall be under the jurisdiction of the People's Court in Siming District, Xiamen.

**十五、中心享有对本规则及未尽事宜的最终解释权。**

**15. The center reserves the final interpretation rights for these rules and any matters not covered here.**

**附件 (Attachments):**

**附件一**：资产转让合同范本
**Attachment 1**: Sample Asset Transfer Agreement

**附件二**：评估报告（北方亚事评报字[2024]第 01-748 号、北方亚事评报字[2024]第 01-747 号）
**Attachment 2**: Evaluation Report (Beifang Yashi Evaluation Report No. [2024] 01-748, Beifang Yashi Evaluation Report No. [2024] 01-747)

**附件三**：转让标的清单
**Attachment 3**: List of Transferred Assets

**附件四**：厦门产权交易中心产权交易收费办法
**Attachment 4**: Xiamen Property Rights Exchange Center Property Transaction Fee Structure

**本报价人已仔细阅读本规则所有内容并完全同意本规则所有条款，并确认本报价人参与上述标的报价的权益云用户名为 [insert username]。**

The bidder confirms that they have carefully read all the contents of these rules, fully agree with all the terms, and confirm that their Rights Cloud username for participation in the above auction is [insert username].

报价人签章：
Bidder's Signature:

联系电话：
Phone Number:

联系地址：
Address:

年 月 日
[Year] [Month] [Day]