TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.)
and INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI<br><br>**DECLARATION OF 麦铭辉 (MAI MING HUI) IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER HOLDING DEFENDANT LEASCEND TECHNOLOGY CO., LTD. F/K/A XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD. IN CIVIL CONTEMPT AND IMPOSING CONTEMPT SANCTIONS**<br><br>**DATE:** **March 14, 2025**<br>**TIME:** **10:00 a.m.**<br>**CTRM:** **1 – 17th Floor**<br><br>Hon. Susan Illston |

I, 麦铭辉 (Mai Ming Hui), declare as follows:

1. I am Managing Partner of MMLC Group, a law firm group, with an intellectual property agency registered in Beijing, People's Republic of China. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2. My firm was retained by Plaintiffs to provide an explanation of the People's Republic of China's ("China") foreign currency exchange policies and regulations. For over 20 years, I have assisted clients with navigating these policies and regulations and thus am familiar with the policies and procedures that govern such transfers.

3. In China, the State Administration of Foreign Exchange ("SAFE") is fully responsible for formulating and implementing foreign exchange control policies, as well as approving large-amount remittances.

4. SAFE requires evidence that large payments from Mainland China to the United States have a legitimate and reasonable purpose.

5. When a company wishes to send large sums abroad, it may be required to provide documentation, such as a contract and an invoice, to SAFE to confirm the legitimacy of the transaction.

6. Companies operating in Mainland China sometimes transfer Chinese yuan (RMB) to a Hong Kong bank because Hong Kong banks are not subject to the same foreign exchange control restrictions as banks in Mainland China. These companies can then use the Hong Kong bank to convert the yuan to United States Dollars and then transfer the money to a bank in the United States.

7. Chinese entities may also transfer large sums directly from Mainland China by obtaining approval from SAFE through their bank, a process that typically takes between one and thirty business days.

8. An entity ordered by a United States court to transfer large sums of money to the United States that wanted to attempt to send the money from Mainland China could apply for approval from SAFE through its bank at any time, including both the day the order issued and after an initial rejection by its bank.

[*signature appears on following page*]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 28, 2025 in Beijing, China.

麦铭辉 (Mai Ming Hui)