TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street,
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.),
and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ONLINENIC INC., DOMAIN ID SHIELD SERVICE CO., LIMITED, and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>　　　　　　Defendants. | Case No. 3:19-cv-07071-SI<br><br>**SUPPLEMENTAL DECLARATION OF HOWARD A. KROLL IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER HOLDING DEFENDANT LEASCEND TECHNOLOGY CO., LTD. F/K/A XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD. IN CIVIL CONTEMPT AND IMPOSING CONTEMPT SANCTIONS**<br><br>DATE:　　　March 14, 2025<br>TIME:　　　10:00 a.m.<br>CTRM:　　　1 – 17th Floor<br><br>Hon. Susan Illston |

I, Howard A. Kroll, declare as follows:

1. I am an attorney with the law firm of Tucker Ellis LLP, counsel for Plaintiffs in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would competently testify thereto. I make this declaration in support of Plaintiffs' Motion for an Order Holding Defendant Leascend Technology Co., Ltd. fka Xiamen 35.Com Internet Technology Co., Ltd. ("35.CN") in Civil Contempt and Imposing Contempt Sanctions.

2. Plaintiffs previously moved the Court for an order freezing certain of 35.CN's assets, and the Court conducted a hearing on December 20, 2024, which resulted in entry of the order requiring 35.CN to escrow $5.5 million. Excerpts of the transcript for that hearing are attached as **Exhibit 1**.

3. Attached as **Exhibit 2** is a certified translation of 35.CN's February 18, 2025, public announcement concerning this Court's February 14, 2025 judgment entered in this action.

4. Attached as **Exhibit 3** is a machine translation of 35.CN's December 23, 2024, public announcement concerning the results of a shareholders' meeting vote to approve the sale of 35.CN's domain name registrar business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on February 28, 2025, in Los Angeles, California.

                                              /s/Howard A. Kroll