# Exhibit 1

**Pages 1 - 20**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Susan Illston, Judge

```
FACEBOOK, INC. and INSTAGRAM,   )
LLC,                            )
                                )
            Plaintiffs,         )
                                )
   VS.                          )   NO. 3:19-CV-07071 SI
                                )
ONLINENIC INC.; DOMAIN ID       )
SHIELD SERVICE CO., LIMITED;    )
and XIAMEN 35.COM INTERNET      )
TECHNOLOGY CO., LTD.,           )
                                )
            Defendants.         )
_____)
```

San Francisco, California
Friday, December 20, 2024

**TRANSCRIPT OF REMOTE ZOOM VIDEO CONFERENCE PROCEEDINGS**

**APPEARANCES VIA ZOOM**:

For Plaintiffs:
        TUCKER ELLIS LLP
        515 South Flower Street, 42nd Floor
        Los Angeles, California 90071-2223
   **BY: HOWARD A. KROLL, ATTORNEY AT LAW**
        **DAVID J. STEELE, ATTORNEY AT LAW**
        **HELENA M. GUYE, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED REMOTELY BY:  Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
                      CSR No. 7445, Official U.S. Reporter

```
 1   APPEARANCES VIA ZOOM:   (CONTINUED)

 2   For Defendant Leascend Technology:
                             KRONENBERGER ROSENFELD LLP
 3                           150 Post Street, Suite 520
                             San Francisco, California 94108
 4                     BY:   KARL S. KRONENBERGER, ATTORNEY AT LAW
                             LIANA W. CHEN, ATTORNEY AT LAW
 5

 6


 7   For Defendant OnlineNIC:
                             LEXANALYTICA, PC
 8                           3000 El Camino Real
                             Building 4, Suite 200
 9                           Palo Alto, California 94303
                       BY:   PERRY J. NARANCIC, ATTORNEY AT LAW
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1   So I'm not giving any specific terms.  But there was a
2   requirement for an installment payment that would be made five
3   days after execution of the settlement agreement.
4       Mr. Kronenberger has repeatedly told us that the reason
5   35.CN has not signed the settlement agreement is that they
6   don't have the cash to be able to make those payments, which
7   sort of belies the argument in the opposition that 35.CN is a
8   multimillion dollar company and there's no problem with
9   satisfying any judgment when they don't even have --
10      **THE COURT:**  Okay.  So let me interrupt you there,
11  because what I actually wanted to talk to all of you about, and
12  mainly to the defendant, is money.
13      The opposition says:  Well, I don't know why they're all
14  so upset because we have $118 million in equity and so it's
15  really not a problem.
16      That was the gist of it; right, Mr. Kronenberger?
17      **MR. KRONENBERGER:**  Yes, Your Honor.
18      **THE COURT:**  Okay.  So I looked at some of the
19  documents in English that were provided.  And I'm looking now
20  at page 7 of 55 on Docket Number 415-1, which is a balance
21  sheet attached to Mr. Kronenberger's declaration; and it says
22  that as of September 30th, there's cash and cash equivalents of
23  12 million 973-plus in the bank.
24      Is that right, Mr. Kronenberger?
25      **MR. KRONENBERGER:**  Yes, Your Honor, correct.

1        **THE COURT:** And that is accurate?

2        **MR. KRONENBERGER:** I -- as of the end of the quarter.
3   This is a Q3 report that had information for Quarters 1
4   through 3.

5        **THE COURT:** Okay. Well, because what I'm prepared to
6   do today, which would be the easiest thing, I think, is order
7   that -- and I don't know what I'm going to award in attorney's
8   fees, but the maximum that would be coming from me would be
9   5.5 million -- that $5.5 million be set aside either in an
10  escrow or some kind of a frozen account out of the assets that
11  you say you have, and then I wouldn't have to interfere with
12  the sale.

13       So can you do that, Mr. Kronenberger?

14       **MR. KRONENBERGER:** Perhaps. If I could provide a
15  little more color, though.

16       The company has cash. They also have, if you look at the
17  balance sheet, a significant amount of account payable --
18  accounts payable.

19       **THE COURT:** Yeah. Well, you've got a significant
20  amount of liability in this case as well.

21       **MR. KRONENBERGER:** Yeah, in this case -- in this case
22  as well.

23       So the client needs to engage in, let's call it, cash
24  management. And that's why we've worked out payment terms with
25  Meta because of these cash management issues, because there

1           So that's the problem that we --
2           **THE COURT:** So what happens if the Court just orders:
3   "All right. Put it off for two weeks, put off the sale"?
4           **MR. KRONENBERGER:** Then we lose the sale. This is
5   important. It's a year-end thing, I believe.
6           **THE COURT:** Well, it's entirely unreasonable for these
7   issues to be discussed on December 20th if it's a year-end kind
8   of a thing, and I say that to both sides here.
9           We've gone long enough on this case that the Court has
10  found that Meta is entitled to somewhere south of $5.5 million,
11  and it's my plan to make it as possible for that to be realized
12  as I can.
13          And so I am inclined to disallow anything that's going to
14  make that impossible, which is what Meta says, but I am
15  disinclined to make your business model fail. And so that's
16  why I was suggesting the escrow notion because, if it's true
17  what you said, that there's all this cash money floating
18  around, why, just save some of it up and that would avoid the
19  problems you were just talking about with snooping into
20  people's records and whatnot.
21          **MR. KRONENBERGER:** Your Honor, if I could --
22          **THE COURT:** But I have to do something today because
23  it's entirely possible that we won't have a government
24  tomorrow. So I just need to make a decision on this.
25          **MR. KRONENBERGER:** If I could make a suggestion,

1          **MR. KROLL:**  -- agreement --

2          **THE COURT:**  I'm so pleased that you are this close to
3  settling, but you haven't settled.  I can't make you settle.
4  And I'm not really -- I ought not be privy to who says what
5  about what the settlement terms are or are not.

6          I am very hopeful that you will go ahead and settle it.
7  It'll improve the lives of the lawyers, if not the clients,
8  immeasurably if the settlement goes through as planned.  That
9  probably will require that the sale go through as planned if
10 Mr. Kronenberger is to have a happy holiday.  So I'm loath to
11 interfere with that, except that I would like Facebook to be
12 paid a judgment that's owed to Facebook.

13         So what I'm going to order is this.  And I will ask --
14 well, I guess I'll ask counsel to send me something that will
15 do this, and you'd better do it today before -- I don't know
16 what -- midnight so that I can get it done.  But I'm going to
17 just order that $5 1/2 million U.S., in cash or liquid assets,
18 be escrowed in a U.S. account pending -- pending resolution of
19 this matter.

20         And then the sale can go forward, and you can -- so we
21 won't interfere with that, but the money will be in the bank in
22 the event that Facebook -- when we get the judgment entered.
23 So that'll be the order of the Court.

24         And, Mr. Kronenberger, I'm sorry that you don't know for
25 sure what the assets are, but I'm looking at the declaration

1   with the balance sheet, and it ought not interfere in any way
2   with your client, Leascend, as long as this is true.
3       So that'll be the order of the Court.  And I would like
4   you to get me a prepared order doing that today.  So it ought
5   to be in just simple English.  I don't think we need a lot of
6   really complex language.
7           **MR. KROLL:**  Your Honor, I'm sorry.  I have an inquiry
8   about that.  If the $5 1/2 million is not deposited in a U.S.
9   account, then what?
10          **THE COURT:**  Well, then the defendants will be in
11  contempt of court.
12          **MR. STEELE:**  And, Your Honor, if I may, David Steele
13  for plaintiffs.
14      So should the order also prohibit the sale absent the
15  deposit of the 5.5 million, just to ensure that the money is
16  deposited as ordered?  Because, otherwise, the defendants
17  have -- if the order doesn't say that the sale should not go
18  through or the sale is prohibited to go through absent the
19  deposit of the funds, then the defendants, who are in China,
20  would have very little motivation or, more to the point,
21  the Court won't have any control over ensuring that the
22  defendants comply with the order.
23          **THE COURT:**  Well, I think --
24          **MR. KRONENBERGER:**  Your Honor --
25          **THE COURT:**  I think that's a good point.

1          **MR. KRONENBERGER:** Your Honor, I don't think the
2  client can deposit funds into a U.S. account before the sale.
3  I just -- things are too complicated, and there's board
4  approval that's needed.
5       If it's -- if it's after the sale, the proceeds from the
6  sale, they can work that into the board meeting that they have
7  coming up on Sunday.  But if it's -- I just don't think they
8  have -- they can put money in before a sale.
9          **THE COURT:** So do they have a board meeting at which
10 the sale would be approved?
11         **MR. KRONENBERGER:** Yes.  It is -- it is Sunday.  It's
12 Monday their time, Sunday our time.
13         **THE COURT:** Well, how about the order says that they
14 need to -- they need to approve the deposit of those funds in
15 the U.S. or else they can't approve the sale?
16         **MR. KRONENBERGER:** What if they don't have the funds?
17 I'm worried they don't have the funds to deposit.
18      And I can tell you, it's also complicated because funds
19 were going to come through our firm for the settlement.  And
20 it's complicated.  It has to go from a Chinese bank to a
21 Hong Kong bank, and then -- and there are fees and there's
22 regulatory approvals if it's over a certain amount.  It's
23 complicated.
24      And frankly, I don't think they can -- they can make any
25 payment before the sale.  The proceeds of the sale was what the

1        **MR. KROLL:** Yes, Your Honor.  Thank you.

2        **THE COURT:** Okay.  Thank you.  So that'll be the order
3  of the Court.

4        **THE CLERK:** That concludes our civil law and motion
5  calendar for today.

6              (Proceedings adjourned at 12:35 p.m.)

7                          ---o0o---


9                   **CERTIFICATE OF REPORTER**

10        I certify that the foregoing is a correct transcript
11  from the record of proceedings in the above-entitled matter.


13  DATE:  Friday, December 27, 2024






17                   *Ana Dub*
18        _____
19           Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
20         CSR No. 7445, Official United States Reporter