# Exhibit 3

2/26/25, 1:42 PM  Liansheng Technology (300051)_Company Announcement_Liansheng Technology Announcement of the Resolution of the Tenth E…

Case 3:19-cv-07071-SI   Document 433-5   Filed 02/28/25   Page 2 of 4



| | Finance Home Page | Sina Home Page | Sina Navigation |

Hot Recommendations

- Self-selected stocks – easily manage your thousands of stocks

Financial e-Route-Financial investment is easier

- Market Center-the door to wealth

| Shanghai Composite Index | 3380.2144 | 1.02% | 747.887 billion yuan | Shenzhen Component Index | 10955.65 | 0.93% |

More >>

代码/名称/拼音   Check

# Liansheng Technology  sz300051

2025-02-26 15:35:45

**7.340**
+0.20
(+2.80%)

| Yesterday's closing price: 7.140 | Today's opening price: 7.200 | Highest price:7.370 | Lowest price:7.110 |
| Transaction amount:88330326.240 | Volume:122070 | Buy Price:7.330 | Sell price:7.340 |
| Buy one quantity:288 | Buy Price:7.330 | Selling volume:1676 | Selling price:7.340 |



News and Announcements:   Stock Information   Company Announcement   Annual Report   Interim Report   First quarter report   Third quarter report

Liansheng Technology: Announcement of Resolutions of the Tenth Extraordinary General Meeting of Shareholders in 2024 ( Download Announcement )

Announcement date:2024-12-23

Stock Code: 300051 Stock Name: Liansheng Technology Announcement No.: 2024-145

Lian Sheng Technology Co., Ltd.

Announcement of Resolutions of the 10th Extraordinary General Meeting of Shareholders in 2024

Special tips:

1. No resolution was vetoed at this shareholders' meeting

2. This shareholders' meeting does not involve any changes to the resolutions of the previous shareholders' meeting

1. Meeting convening and attendance

1. Meeting convening

On December 6, 2024, December 12, 2024, and December 18, 2024, Liansheng Technology Co., Ltd. (hereinafter referred to as the "Company") issued a notice and supplementary notice of the 10th Extraordinary General Meeting of Shareholders in 2024 to all shareholders by way of announcement. For details, please refer to the "Notice on Convening the 10th Extraordinary General Meeting of Shareholders in 2024" (Announcement No.: 2024-132), "Announcement on Adding Extraordinary Proposals to the 10th Extraordinary General Meeting of Shareholders in 2024 and Supplementary Notice of the General Meeting of Shareholders" (Announcement No.: 2024-138), and "Announcement on Cancelling Some Proposals at the 10th Extraordinary General Meeting of Shareholders in 2024 and Supplementary Notice of the General Meeting of Shareholders" (Announcement No.: 2024-143) disclosed by the Company on the China Securities Information Network (www.cninfo.com.cn).

On December 23, 2024, the company's 10th extraordinary general meeting of shareholders in 2024 was held in a combination of on-site voting and online voting; among them:

1. The on-site meeting will be held at 14:50 on December 23, 2024 in the conference room of Liansheng Technology Co., Ltd., No. 8 Guanri Road, Phase II of Software Park, Siming District, Xiamen.

2. Online voting will be held during a specific time period on December 23, 2024:

Liansheng Technology: Announcement of Resolutions of the Tenth Extraordinary General Meeting of Shareholders in 2024
( Download Announcement )

The Company and all members of the Board of Directors guarantee that the information disclosed is true, accurate and complete, and contains no false records, misleading statements or major omissions.

(1) The specific time for online voting through the Shenzhen Stock Exchange trading system is the trading hours on December 23, 2024, namely 9:15-9:25, 9:30-11:30 and 13:00-15:00.

(2) The specific time for online voting through the Shenzhen Stock Exchange Internet Voting System is 9:15-15:00 on December 23, 2024.

This shareholders' meeting was convened by the board of directors and presided over by Mr. Huang Mingliang, chairman of the board of directors; shareholders, shareholder agents, directors, supervisors, senior management personnel, witness lawyers hired by the company and other relevant personnel attended this shareholders' meeting. The convening, holding and voting procedures of this shareholders' meeting were in compliance with the provisions of the Company Law and the Articles of Association.

(II) Shareholders' attendance

1. Overall situation of shareholders' attendance:

A total of 143 shareholders voted on-site and online, representing 139,541,877 shares, accounting for 37.5136% of the company's total voting shares.

Among them: 12 shareholders voted on-site, representing 94,446,266 shares, accounting for 25.3904% of the company's total voting shares.

There were 131 shareholders voting online, representing 45,095,611 shares, or 12.1232% of the company's total voting shares.

2. Overall attendance of small and medium shareholders:

There were 135 small and medium shareholders who voted on-site and online, representing 63,823,411 shares, accounting for 17.1579% of the company's total voting shares.

Among them: 4 small and medium shareholders voted on-site, representing 18,727,800 shares, accounting for 5.0347% of the company's total voting shares.

There were 131 small and medium shareholders who voted online, representing 45,095,611 shares, or 12.1232% of the company's total voting shares.

II. Review and voting of proposals

After deliberation by the shareholders' meeting, the following proposals were voted on by a combination of on-site registered voting and online voting:

vote:

1. Reviewed and approved the "Proposal on the Progress of the Company's Planned Public Listing Transfer of 100% Equity and Part of the Trademarks of Xiamen Sanwu Internet Information Co., Ltd." Total voting results:

139,274,375 shares were in favor, accounting for 139,274,375 shares of the total number of valid voting rights at the shareholders' meeting.

99.8083%; 193,502 shares opposed, accounting for the total number of valid voting shares attending the shareholders' meeting

0.1387%; 74,000 shares abstained (of which 0 shares were defaulted as they did not vote), accounting for 0.0530% of the total number of valid voting shares attending the shareholders' meeting.

Total voting results of minority shareholders:

63,555,909 shares were approved, accounting for 63,555,909 of the total number of valid voting shares of minority shareholders attending the shareholders' meeting.

2/26/25, 1:42 PM    Liansheng Technology (300051)_Company Announcement_Liansheng Technology Announcement of the Resolution of the Tenth E…

Case 3:19-cv-07071-SI    Document 433-5    Filed 02/28/25    Page 4 of 4

| Liansheng Technology: Announcement of Resolutions of the Tenth Extraordinary General Meeting of Shareholders in 2024 ( Download Announcement ) |
|---|
| 99.5809%; 193,502 shares opposed, accounting for 0.3032% of the total number of valid voting shares of small and medium shareholders attending the shareholders' meeting; 74,000 shares abstained (of which 0 shares were defaulted as they did not vote), accounting for 0.1159% of the total number of valid voting shares of small and medium shareholders attending the shareholders' meeting.<br><br>3. Legal Opinion<br><br>The shareholders' meeting was witnessed on site by lawyers Zhang Zhihan and Zhuo Manhua appointed by Fujian Jianda (Xiamen) Law Firm, who issued a "Legal Opinion". The witnessing lawyers believe that the convening and holding procedures of the company's 10th extraordinary shareholders' meeting in 2024 are in compliance with laws, regulations, the "Shareholders' Meeting Rules" and the "Articles of Association", the qualifications of the attendees and the convener of the meeting are legal and valid, the voting method and voting procedures are legal, and the resolutions passed are legal and valid. For details of the "Legal Opinion", please refer to the announcement on the same day.<br><br>IV. Documents available for inspection<br><br>1. Resolution of the 10th Extraordinary General Meeting of Shareholders in 2024;<br><br>2. Legal opinion from Fujian Jianda (Xiamen) Law Firm;<br><br>3. Other relevant documents.<br><br>This is to announce!<br><br>Lian Sheng Technology Co., Ltd.<br><br>Board of Directors December 23, 2024 |
| Attachment: Original announcement |
| ↑ Back to top ↑ |

Customer Service Hotline: 4000520066 Welcome to criticize and correct
FAQ  Report illegal and bad information on the Internet    Sina Finance Feedback Message Board

Sina Introduction | About Sina | Advertising Service | Contact Us | Recruitment Information | Website Lawyer | SINA English | Pass Registration | Product Q&

A Sina Corporation  All Rights Reserved

Sina Finance provides free stock, fund, bond, foreign exchange and other market data and other information from relevant partners. They are only for the purpose of users obtaining information and do not constitute investment advice.
Sina Finance and its partner institutions are not responsible for errors, incompleteness, delays in the information provided on this page or any actions taken in reliance on this information. The market is risky and investment should be cautious.

https://money.finance.sina.com.cn/corp/view/vCB_AllBulletinDetail.php?stockid=300051&id=10666403    3/3