**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Leah Rosa Vulić (Bar No. 343520)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
liana@kr.law
leah@kr.law

Defendant Leascend Technology Co., Ltd.
f/k/a Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **FACEBOOK, INC.**, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**ONLINENIC INC.**, et al.,<br><br>　　　　Defendants. | Case No. 3:19-cv-07071-SI<br><br>**DEFENDANT LEASCEND TECHNOLOGY CO., LTD. F/K/A XIAMEN 35.COM TECHNOLOGY CO., LTD.'S NOTICE OF ACCOUNTING** |

1  Pursuant to Paragraph 92 of the Amended Default Judgment entered by the Court
2  on February 14, 2025 [D.E. 431], Defendant Leascend Technology Co., Ltd. f/k/a Xiamen
3  35.com Technology Co., Ltd. hereby provides an accounting of its assets, attached hereto
4  as **Exhibit A**.

Respectfully Submitted,

Dated: March 11, 2025

**KRONENBERGER ROSENFELD, LLP**

By:   s/ Karl S. Kronenberger
        Karl S. Kronenberger

Attorneys for Defendant Leascend Technology Co., Ltd. f/k/a Xiamen 35.com Technology Co., Ltd.

# Exhibit A

**Leascend Technology Co., Ltd.**
**Quarterly Report Data in Response to Court Order**

The company and all members of the board of directors guarantee that the information disclosed is true, accurate, and complete, without any false records, misleading statements, or material omissions.

The company's legal representative, the person in charge of accounting work, and the head of the accounting department (chief accountant) declare: They guarantee the truthfulness, accuracy, and completeness of the financial information in this report.

Key Financial/Accounting Data

|  | Current Reporting Period |
|---|---|
| Operating Income (RMB) | 147,021,110.35 |
| Net Profit Attributable to Shareholders (RMB) | - 23,799,670.13 |
| Net Profit Attributable to Shareholders Excluding Non-Recurring Gains/Losses (RMB) | - 24,029,435.71 |
| Net Cash Flow From Operating Activities (RMB) | - |
| Basic Earnings Per Share (RMB/share) | -0.06 |
| Diluted Earnings Per Share (RMB/share) | -0.06 |
| Weighted Average Return on Equity (ROE) | -8.76% |
|  | End of Current Reporting Period |
| Total Assets (RMB) | 3,234,829,148.21 |
| Equity Attributable to Shareholders (RMB) | 260,581,766.02 |

Unit: RMB

| Item | Amount for Current Reporting Period |
|---|---:|
| Gains/Losses on Disposal of Non-Current Assets | |
| Government Grants Recognized in Current Profit/Loss | 96,374.55 |
| Reversal of Impairment Provisions for Receivables Tested Separately | |
| Gains/Losses from Debt Restructuring | 25,000.00 |
| Other Non-Operating Income and Expenses | 481,139.84 |
| Other Items Meeting the Definition of Non-Recurring Gains/Losses | |
| Less: Impact of Income Tax | 129,043.71 |
| Impact of Minority Interests (After Tax) | 243,705.10 |
| Total | 229,765.58 |

1. Consolidated Balance Sheet

| Item | Amount (RMB) End of Period Amount |
|---|---:|
| Cash and Cash Equivalents | 94,721,337.29 |
| Financing Receivables | 1,610,290.94 |
| Prepayments | 31771460.42 |
| Contract Assets | 177,758.88 |
| Other Current Assets | 146,720,345.36 |
| Investments in Other Equity Instruments | 27,504.89 |
| Intangible Assets | 168,576,789.38 |
| Long-term Prepaid Expenses | 7,741,992.08 |
| Deferred Tax Assets | 56,132,420.36 |
| Short-term Borrowings | 21,522,250.00 |
| Notes Payable | 111,350,022.05 |
| Advances From Customers | 115,000,000.00 |
| Contract Liabilities | 63,042,271.49 |
| Taxes Payable | 4,883,257.55 |
| Other Payables | 39,857,409.12 |
| Other Current Liabilities | 34,025,227.57 |

| | |
|---|---:|
| Provisions | 0.00 |
| Deferred Income | 72,749,320.67 |
| Deferred Tax Liabilities | 54,247.26 |
| Other Non-current Liabilities | 13,447,248.00 |

2. Consolidated Income Statement

| Item | Amount (RMB) Year-to-Date (YTD) |
|---|---:|
| Operating Income | 311,124,002.20 |
| Operating Costs | 324,526,932.47 |
| Taxes and Surcharges | 4,917,739.61 |
| Administrative Expenses | 78,659,014.57 |
| Research and Development Expenses | 23,041,906.59 |
| Financial Expenses | 41,587,181.43 |
| Other Income | 10,446,421.86 |
| Investment Income | -1,497,598.79 |
| Credit Impairment Losses | -1,510,871.61 |
| Asset Impairment Losses | -89,524,294.58 |
| Gains on Disposal of Assets | -187.34 |
| Non-operating Income | 16,643,074.61 |
| Non-operating Expenses | 68,524.58 |
| Income Tax Expenses | -39,482,612.64 |

3. Consolidated Cash Flow Statement

| Item | Amount (RMB) Year-to-Date (YTD) |
|---|---:|
| Net Cash Flow From Operating Activities | 55,530,150.77 |
| Net Cash Flow From Investing Activities | -623,647,667.46 |
| Net Cash Flow From Financing Activities | 346,586,552.49 |
| Effect of Exchange Rate Changes on Cash and Cash Equivalents | -2,224.99 |
| Net Increase in Cash and Cash Equivalents | -221,533,189.19 |

Quarterly Financial Statements

1. Consolidated Balance Sheet

   Unit：RMB

| Item | End of Period Balance |
|---|---|
| Current Assets: | |
| Cash and Cash Equivalents | 94,721,337.29 |
| Settlement Reserves | |
| Funds Lended | |
| Trading Financial Assets | |
| Derivative Financial Assets | |
| Notes Receivable | |
| Accounts Receivable | 55,312,064.16 |
| Financing Receivables | 1,610,290.94 |
| Prepayments | 31,771,460.42 |
| Insurance Premiums Receivable | |
| Reinsurance Receivables | |
| Reinsurance Contract Reserves | |
| Other Receivables | 18,308,671.20 |
| Including: Interest Receivable | |
| Dividends Receivable | |
| Financial Assets Purchased under Resale Agreements | |
| Inventories | 91,624,170.90 |
|   Including: Data Resources | |
| Contract Assets | 177,758.88 |
| Assets Held for Sale | |
|     Non-current Assets Due Within One Year | |
| Other Current Assets | 146,720,345.36 |
| Total Current Assets | 440,246,099.15 |
| Non-current Assets: | |
|   Loans and Advances | |
|   Debt Investments | |
|   Other Debt Investments | |
|   Long-term Receivables | |
|   Long-term Equity Investments | 9,527,855.71 |
|   Investments in Other Equity Instruments | 27,504.89 |
|   Other Non-current Financial Assets | |
|   Investment Properties | |
|   Fixed Assets | 1,468,163,304.51 |
|   Construction in Progress | 687,408,974.00 |
|   Productive Biological Assets | |
|   Oil and Gas Assets | |
|   Right-of-use Assets | 394,290,425.32 |

| | |
|---|---:|
| Intangible Assets | 168,576,789.38 |
|   Including: Data Resources | |
| Development Expenditures | |
|   Including: Data Resources | |
| Goodwill | |
| Long-term Prepaid Expenses | 7,741,992.08 |
| Deferred Tax Assets | 56,132,420.36 |
| Other Non-current Assets | 2,713,782.81 |
| Total Non-current Assets | 2,794,583,049.06 |
| Total Assets | 3,234,829,148.21 |
| Current Liabilities: | |
|   Short-term Borrowings | 21,522,250.00 |
|   Borrowings from Central Bank | |
|   Funds Borrowed | |
|   Trading Financial Liabilities | |
|   Derivative Financial Liabilities | |
|   Notes Payable | 111,350,022.05 |
|   Accounts Payable | 837,674,482.06 |
|   Advances from Customers | 115,000,000.00 |
|   Contract Liabilities | 63,042,271.49 |
|   Financial Assets Sold under Repurchase Agreements | |
|   Deposits and Interbank Placements | |
|   Securities Trading Proceeds Payable | |
|   Securities Underwriting Proceeds Payable | |
|   Employee Benefits Payable | 16,548,390.39 |
|   Taxes Payable | 4,883,257.55 |
|   Other Payables | 39,857,409.12 |
|     Including: Interest Payable | |
|       Dividends Payable | |
|   Fees and Commissions Payable | |
|   Reinsurance Payables | |
|   Liabilities Held for Sale | |
|     Non-current Liabilities Due Within One Year | 123,452,024.82 |
|   Other Current Liabilities | 34,025,227.57 |
| Total Current Liabilities | 1,367,355,335.05 |
| Non-Current Liabilities: | |
|   Insurance Contract Reserves | |
|   Long-term Borrowings | 464,054,805.09 |
|   Bonds Payable | |
|     Including: Preferred Shares | |
|       Perpetual Bonds | |
|   Lease Liabilities | 442,926,882.60 |
|   Long-term Payables | 7,502,000.00 |
|   Long-term Employee Benefits Payable | |
|   Provisions | |
|   Deferred Income | 72,749,320.67 |
|   Deferred Tax Liabilities | 54,247.26 |
|   Other Non-current Liabilities | 13,447,248.00 |

5

| | |
|---|---:|
| Total Non-current Liabilities | 1,000,734,503.62 |
| Total Liabilities | 2,368,089,838.67 |
| Owner's Equity: | |
|   Share Capital | 370,926,690.00 |
|   Other Equity Instruments | |
|     Including: Preferred Shares | |
|       Perpetual Bonds | |
|   Capital Reserve | 675,880,009.57 |
|   Less: Treasury Shares | 22,637,240.00 |
|   Other Comprehensive Income | -9,359,009.35 |
|   Special Reserves | |
|   Surplus Reserve | 18,214,273.46 |
|   General Risk Reserve | |
|   Retained Earnings | -772,442,957.66 |
| Total Equity Attributable to Owners of the Parent Company | 260,581,766.02 |
|   Non-controlling Interests | 606,157,543.52 |
| Total Owner's Equity | 866,739,309.54 |
| Total Liabilities and Owner's Equity | 3,234,829,148.21 |

2. Consolidated Income Statement from the Beginning of the Year to the End of the Reporting Period

| Item | Amount for the Current Period |
|---|---:|
| I. Total Operating Revenue | 311,124,002.20 |
|   Including: Operating Revenue | 311,124,002.20 |
|   Interest Income | |
|   Earned Premiums | |
|   Fee and Commission Income | |
| II. Total Operating Costs | 494,775,471.87 |
|   Including: Operating Costs | 324,526,932.47 |
|   Interest Expense | |
|   Fee and Commission Expense | |
|   Surrender Value | |
|   Net Claims Paid | |
|   Net Change in Insurance Contract Reserves | |
|   Policyholder Dividends | |
|   Reinsurance Expenses | |
|   Taxes and Surcharges | 4,917,739.61 |
|   Selling Expenses | 22,042,697.20 |
|   Administrative Expenses | 78,659,014.57 |
|   Research and Development Expenses | 23,041,906.59 |
|   Financial Expenses | 41,587,181.43 |
|     Including: Interest Expense | 42,240,802.87 |
|     Interest Income | 1,634,976.30 |

| | |
|---|---:|
| Add: Other Income | 10,446,421.86 |
| Investment Income (Losses marked with "-") | -1,497,598.79 |
| Including: Investment Income from Associates and Joint Ventures | -748,000.11 |
| Gains on Derecognition of Financial Assets Measured at Amortized Cost | |
| Exchange Gains (Losses marked with "-") | |
| Net Gains on Hedging (Losses marked with "-") | |
| Fair Value Change Gains (Losses marked with "-") | |
| Credit Impairment Losses (Losses marked with "-") | -1,510,871.61 |
| Asset Impairment Losses (Losses marked with "-") | -89,524,294.58 |
| Gains on Disposal of Assets (Losses marked with "-") | -187.34 |
| III. Operating Profit (Loss marked with "-") | -265,738,000.13 |
| Add: Non-operating Income | 16,643,074.61 |
| Less: Non-operating Expenses | 68,524.58 |
| V. Total Profit (Total Loss marked with "-") | -249,163,450.10 |
| Less: Income Tax Expense | -39,482,612.64 |
| V. Net Profit (Net Loss marked with "-") | -209,680,837.46 |
| (1) Classified by Business Continuity | |
| Net Profit from Continuing Operations (Net Loss marked with "-") | -209,680,837.46 |
| Net Profit from Discontinued Operations (Net Loss marked with "-") | |
| (2) Classified by Ownership | |
| Net Profit Attributable to Owners of the Parent Company (Net Loss marked with "-") | -66,222,121.58 |
| Net Profit Attributable to Non-controlling Interests (Net Loss marked with "-") | -143,458,715.88 |
| VI. Other Comprehensive Income (Net of Tax) | -155,458.96 |
| Other Comprehensive Income Attributable to Owners of the Parent Company (Net of Tax) | -155,458.96 |
| (1) Other Comprehensive Income That Will Not Be Reclassified to Profit or Loss | -155,458.96 |
| Re-measurement of Defined Benefit Plans | |
| Other Comprehensive Income Under Equity Method That Will Not Be Reclassified to Profit or Loss | -113,220.00 |
| Fair Value Changes of Other Equity Instrument Investments | -42,238.96 |
| Fair Value Changes Due to Changes in Own Credit Risk | |
| Others | |
| (2) Other Comprehensive Income That Will Be Reclassified to Profit or Loss | |

7

| | |
|---|---:|
| Other Comprehensive Income Under Equity Method That Will Be Reclassified to Profit or Loss | |
| Fair Value Changes of Other Debt Investments | |
| Amounts Reclassified to Other Comprehensive Income for Financial Assets | |
| Credit Impairment Reserves for Other Debt Investments | |
| Cash Flow Hedging Reserves | |
| Foreign Currency Translation Differences | |
| Others | |
| Other Comprehensive Income Attributable to Non-controlling Interests (Net of Tax) | |
| (1) Other Comprehensive Income That Will Not Be Reclassified to Profit or Loss | |
| VII. Total Comprehensive Income | -209,836,296.42 |
| Total Comprehensive Income Attributable to Owners of the Parent Company | -66,377,580.54 |
| Total Comprehensive Income Attributable to Non-controlling Interests | -143,458,715.88 |
| VIII. Earnings Per Share: | |
| Basic Earnings Per Share | -0.18 |
| Diluted Earnings Per Share | -0.18 |

3. Consolidated Cash Flow Statement from the Beginning of the Year to the End of the Reporting Period

| Item | Amount for the Current Period |
|---|---:|
| I. Cash Flows From Operating Activities: | |
| Cash Received From Sales of Goods and Rendering of Services | 338,945,942.47 |
| Net Increase in Customer Deposits and Interbank Deposits | |
| Net Increase in Borrowings from Central Bank | |
| Net Increase in Borrowings from Other Financial Institutions | |
| Cash Received From Premiums of Original Insurance Contracts | |
| Net Cash Received From Reinsurance Business | |
| Net Increase in Policyholder Deposits and Investment Funds | |
| Cash Received From Interest, Fees, and Commissions | |
| Net Increase in Funds Borrowed | |
| Net Increase in Repurchase Business Funds | |
| Net Cash Received from Agency Trading of Securities | |
| Refund of Taxes and Levies | 1,137,291.58 |
| Cash Received from Other Operating Activities | 97,657,189.97 |
| Subtotal of Cash Inflows from Operating Activities | 437,740,424.02 |

8

| | |
|---|---:|
| Cash Paid for Goods and Services | 221,839,607.69 |
| Net Increase in Customer Loans and Advances | |
| Net Increase in Deposits with Central Bank and Interbank | |
| Cash Paid for Claims of Original Insurance Contracts | |
| Net Increase in Funds Lent | |
| Cash Paid for Interest, Fees, and Commissions | |
| Cash Paid for Policyholder Dividends | |
| Cash Paid to and on Behalf of Employees | 115,251,466.81 |
| Cash Paid for Taxes and Levies | 15,104,620.50 |
| Cash Paid for Other Operating Activities | 30,014,578.25 |
| Subtotal of Cash Outflows from Operating Activities | 382,210,273.25 |
| Net Cash Flows From Operating Activities | 55,530,150.77 |
| II. Cash Flows From Investing Activities: | |
| Cash Received From Return on Investments | |
| Cash Received From Investment Income | |
| Net Cash Received From Disposal of Fixed Assets, Intangible Assets, and Other Long-term Assets | 1,700.00 |
| Net Cash Received From Disposal of Subsidiaries and Other Business Units | 5,871,250.00 |
| Cash Received From Other Investing Activities | 17,440,000.00 |
| Subtotal of Cash Inflows from Investing Activities | 23,312,950.00 |
| Cash Paid for Acquisition of Fixed Assets, Intangible Assets, and Other Long-term Assets | 632,826,597.46 |
| Cash Paid for Investments | 2,100,000.00 |
| Net Increase in Pledged Loans | |
| Net Cash Paid for Acquisition of Subsidiaries and Other Business Units | |
| Cash Paid for Other Investing Activities | 12,034,020.00 |
| Subtotal of Cash Outflows From Investing Activities | 646,960,617.46 |
| Net Cash Flows From Investing Activities | -623,647,667.46 |
| III. Cash Flows From Financing Activities: | |
| Cash Received From Capital Contributions | 158,865,740.00 |
| Including: Cash Received From Minority Shareholders of Subsidiaries | 158,865,740.00 |
| Cash Received From Borrowings | 174,889,509.78 |
| Cash Received From Other Financing Activities | 153,130,177.47 |
| Subtotal of Cash Inflows From Financing Activities | 486,885,427.25 |
| Cash Paid for Repayment of Debts | 61,180,000.00 |
| Cash Paid for Distribution of Dividends, Profits, or Interest Payments | 36,916,808.74 |
| Including: Dividends and Profits Paid to Minority Shareholders by Subsidiaries | 5,574,340.54 |
| Cash Paid for Other Financing Activities | 42,202,066.02 |
| Subtotal of Cash Outflows from Financing Activities | 140,298,874.76 |
| Net Cash Flows from Financing Activities | 346,586,552.49 |
| IV. Effect of Exchange Rate Changes on Cash and Cash Equivalents | -2,224.99 |
| V. Net Increase in Cash and Cash Equivalents | -221,533,189.19 |

| | |
|---|---:|
| Add: Beginning Balance of Cash and Cash Equivalents | 234,059,276.74 |
| VI. Ending Balance of Cash and Cash Equivalents | 12,526,087.55 |

Company's Ownership of Other Companies:
1. 厦门琏升新能源科技有限公司 (Xiamen Leascend New Energy Technology Co., Ltd.); Leascend owns 100%;
2. 厦门三五数字科技有限公司 (Xiamen 35 Digital Technology Co., Ltd.); Leascend owns 52%;
3. 深圳国牛教育培训有限公司 (Shenzhen Guoniu Education & Training Co., Ltd.); Leascend owns 4.942966%;
4. 福州网乐网络科技有限公司 (Fuzhou Wanle Network Technology Co., Ltd.); Leascend owns 9%;
5. 天津琏升科技有限公司 (Tianjin Leascend Technology Co., Ltd.); Leascend owns 33.69002%.