# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 3:19-cv-07071-SI

Date case was first filed in U.S. District Court: 10/28/2019

Date of judgment or order you are appealing: 11/7/23, 5/3/23, 12/20/24, 2/14/25

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Defendant Leascend Technology Co., Ltd. fka Xiamen 35.com Internet Technology Co., Ltd.

Is this a cross-appeal?  ○ Yes   ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

548 Market Street #85399

City: San Francisco   State: CA   Zip Code: 94104

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Karl S. Kronenberger   Date Mar 12, 2025

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                                   Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Defendant Leascend Technology Co., Ltd. fka Xiamen 35.com Internet Technology Co., Ltd. ("35.CN")

Name(s) of counsel (if any):
Karl S. Kronenberger, Jeffrey M. Rosenfeld, Liana Chen, Leah Rosa Vulic

Address: 548 Market Street #85399, San Francisco, CA 94104

Telephone number(s): 415-955-1155

Email(s): karl@kr.law, jeff@kr.law, liana@kr.law, leah@kr.law

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Meta Platforms, Inc. fka Facebook, Inc. and Instagram LLC

Name(s) of counsel (if any):
David Steele, Howard Kroll

Address: 515 S. Flower St., 42nd Floor, Los Angeles, CA 90071

Telephone number(s): 213-430-3400

Email(s): david.steele@tuckerellis.com, howard.kroll@tuckerellis.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                1                              *Rev. 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:
Meta Platforms, Inc. fka Facebook, Inc. and Instagram LLC

Name(s) of counsel (if any):
Steven Lauridson, Helena Guye

Address: 515 S. Flower St., 42nd Floor, Los Angeles, CA 90071

Telephone number(s): 213-430-3400

Email(s): steven.lauridson@tuckerllis.com, helena.guye@tuckerellis.com

Name(s) of party/parties:
Meta Platforms, Inc. fka Facebook, Inc. and Instagram LLC

Name(s) of counsel (if any):
Jeffrey Sindelar

Address: 515 S. Flower St., 42nd Floor, Los Angeles, CA 90071

Telephone number(s): 213-430-3400

Email(s): jeffrey.sindelar@tuckerellis.com

*Feedback or questions about this form? Email us at [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)*

**Form 6**                                    *2*                                    *Rev. 12/01/2018*

*Leascend Technology Co., Ltd. v. Meta Platforms, Inc.*                          *Form 6, cont'd.*

<u>Representing Appellee Meta Platforms, Inc. (fka Facebook, Inc. and Instagram LLC)</u>

Micah Gavin Block
Ashok Ramani
900 Middlefield Rd. #200
Redwood City, CA 94063
650-752-2000
micah.polk@davispolk.com
ashok.ramani@davispolk.com

Cristina M. Rincon
450 Lexington Ave
New York, NY 10017
212-450-4000
cristina.rincon@davispolk.com

Dina Roumiantseva
201 Mission St. #2310
San Francisco, CA 94105
415-617-2132
dina.roumiantseva@tuckerellis.com