UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** March 14, 2025 | **Time:** 10:59 – 11:24<br>25 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 19-cv-07071-SI | **Case Name:** Facebook, Inc. v. OnLineNic Inc | |

**Attorney for Plaintiff:** David Steel, Steven Lauridsen
**Attorney for Defendant:** Karl Kronenberger, Liana Chen, Leah Vulic

**Deputy Clerk:** Esther Chung         **Court Reporter:** April Brott

## PROCEEDINGS

Motion for Sanctions (Dkt. 426) – Held via Zoom webinar.

## SUMMARY

The Court questioned counsel to see if any payments have been made on the Judgment. The parties confirmed that no payment has been made on the Judgment. The Court ordered that Xiamen's counsel provided copies of the Purchase Agreement (including contingencies) to Plaintiffs within 14 days of today's date. Plaintiffs' counsel are to provide a proposed order to the Court. The Motion is further continued.

CASE CONTINUED: 4/4/2025 at 10:00 A.M. for Continued Motion.