TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:	213.430.3400
Facsimile:	213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.)
and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>　　　　　Defendants. | Case No. 3:19-cv-07071-SI<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER**<br><br>**DATE:**　　**March 14, 2025**<br>**TIME:**　　**10:00 a.m.**<br>**CTRM:**　　**1 – 17th Floor**<br><br>Hon. Susan Illston |

Pursuant to the Court's oral rulings during the March 14, 2025 hearing on Plaintiffs' Motion for an Order Holding Defendant Leascend Technology Co., Ltd. f/k/a Xiamen 35.Com Internet Technology Co., Ltd. ("35.CN") in Civil Contempt and Imposing Contempt Sanctions, Plaintiffs hereby lodge the attached proposed form of order, attached as Exhibit 1, for the Court's consideration. 35.CN objects to the proposed form of order and requests that Plaintiffs include 35.CN's counsel's email stating its objections, which is therefore also attached to this notice of lodging as Exhibit 2.

DATED: March 14, 2025　　　　　　　　　　　Tucker Ellis LLP

　　　　　　　　　　　　　　　　　　　　　　By:  /s/Steven E. Lauridsen
　　　　　　　　　　　　　　　　　　　　　　　　David J. Steele
　　　　　　　　　　　　　　　　　　　　　　　　Howard A. Kroll
　　　　　　　　　　　　　　　　　　　　　　　　Steven E. Lauridsen

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs,
　　　　　　　　　　　　　　　　　　　　　　META PLATFORMS, INC. (fka FACEBOOK, INC.) and INSTAGRAM, LLC