# Exhibit 1

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' MOTION FOR AN ORDER HOLDING DEFENDANT LEASCEND TECHNOLOGY CO., LTD. F/K/A XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD. IN CIVIL CONTEMPT AND IMPOSING CONTEMPT SANCTIONS**<br><br>**DATE:**    **March 14, 2025**<br>**TIME:**    **10:00 a.m.**<br>**CTRM:**    **1 – 17th Floor**<br><br>Hon. Susan Illston |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having read and considered Plaintiffs' Motion for an Order Holding Defendant Leascend Technology Co., Ltd. f/k/a Xiamen 35.Com Internet Technology Co., Ltd. ("35.CN") in Civil Contempt and Imposing Contempt Sanctions, the papers in opposition and reply, and the arguments presented at the March 14, 2025, hearing on that motion, **ORDERS** as follows:

It is **ORDERED** that the hearing on the motion is adjourned to April 4, 2025, at 10:00 a.m.

It is further **ORDERED** that the Court freezes the registrar business assets, including certain domain names listed in 35.CN's Asset Valuation Report attached to this Order as Exhibit A and as described below, and the Internet Corporation for Assigned Names and Numbers ("ICANN") registrar accreditation (IANA 4163) of Xiamen 35.com Information Co., Ltd., until the hearing in this matter currently set for April 4, 2025, at 10:00 a.m. To facilitate the asset freeze:

1.      Verisign, Inc. ("Verisign") is hereby **ORDERED** to lock any domain name listed in Exhibit A for which Verisign is the registry operator (the "Subject Domain Names"), while allowing use of the Subject Domain Names. To comply with this Order, for each of the Subject Domain Names, Verisign shall set the following Extensible Provisioning Protocol domain status codes: serverDeleteProhibited (to prevent deletion) and serverTransferProhibited (to prevent the transfer to another registrar);

2.      Verisign is hereby **ORDERED** to deposit with the Court documents sufficient to establish the Court's control and authority regarding the disposition of the registration and use of the Subject Domain Names; and

3.      ICANN is **ORDERED** to withhold its consent and affirmatively object to any request to assign to another party the registrar business and accreditation (IANA 4163), including as authorized under the 2013 Registrar Accreditation Agreement Sections 7.3.1 and 7.3.2 (relevant portions are attached to this Order as Exhibit B).

**IT IS SO ORDERED.**

DATED: _____          _____

Susan Illston
United States District Judge

# Exhibit A

本报告依据中国资产评估准则编制

# 琏升科技股份有限公司拟转让股权
# 事宜涉及的厦门三五互联信息有限公司
# 股东全部权益价值
# 资产评估报告

北方亚事评报字[2024]第 01-748 号

（共一册　第一册）



**北方亚事资产评估有限责任公司**
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

二○二四年七月九日

珐升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

# 目　录

声　明 ................................................................ 1

资产评估报告摘要 ...................................................... 3

资产评估报告正文 ...................................................... 5

一、委托人、被评估单位和资产评估委托合同约定的其他资产评估报告使用人概况 .....5

二、评估目的 .......................................................... 9

三、评估对象和评估范围 ................................................ 9

四、价值类型 ......................................................... 16

五、评估基准日 ....................................................... 17

六、评估依据 ......................................................... 17

七、评估方法 ......................................................... 19

八、评估程序实施过程和情况 ........................................... 25

九、评估假设 ......................................................... 27

十、评估结论 ......................................................... 29

十一、特别事项说明 ................................................... 30

十二、评估报告使用限制说明 ........................................... 33

十三、资产评估报告日 ................................................. 34

十四、资产评估专业人员签名和资产评估机构印章 ......................... 35

资产评估报告附件 ..................................................... 36

# 声 明

本资产评估报告依据财政部发布的资产评估基本准则和中国资产评估协会发布的资产评估执业准则和职业道德准则编制。

（一）委托人或者其他资产评估报告使用人应当按照法律、行政法规规定及本资产评估报告载明的使用范围使用资产评估报告；委托人或者其他资产评估报告使用人违反前述规定使用资产评估报告的，本资产评估机构及资产评估师不承担责任。

本资产评估报告仅供委托人、资产评估委托合同中约定的其他资产评估报告使用人和法律、行政法规规定的资产评估报告使用人使用；除此之外，其他任何机构和个人不能成为资产评估报告的使用人。

本资产评估机构及资产评估师提示资产评估报告使用人应当正确理解评估结论，评估结论不等同于评估对象可实现价格，评估结论不应当被认为是对评估对象可实现价格的保证。

（二）本资产评估机构及资产评估师遵守法律、行政法规和资产评估准则，坚持独立、客观和公正的原则，并对所出具的资产评估报告依法承担责任。

（三）评估对象涉及的资产、负债清单由委托人、被评估单位申报并经其采用签名、盖章或法律允许的其他方式确认；委托人和其他相关当事人依法对其提供资料的真实性、完整性、合法性负责。

（四）本资产评估机构及资产评估师与资产评估报告中的评估对象没有现存或者预期的利益关系；与相关当事人没有现存或者预期的利益关系，对相关当事人不存在偏见。

（五）资产评估师已经对资产评估报告中的评估对象及其涉及资产进行现场调查；已经对评估对象及其涉及资产的法律权属状况给予必要的关注，对评估对象及其涉及资产的法律权属资料进行了查验，对已经发现的问题进行了如实披露，并且已提请委托人及其他相关当事人完善产权以满足出具资产评估报告的要求。

珽升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

（六）本资产评估机构出具的资产评估报告中的分析、判断和结果受资产评估报告中假设和限制条件的限制，资产评估报告使用人应当充分考虑资产评估报告中载明的假设、限制条件、特别事项说明及其对评估结论的影响。

# 琏升科技股份有限公司拟转让股权
## 事宜涉及的厦门三五互联信息有限公司
## 股东全部权益价值
## 资产评估报告摘要

北方亚事评报字[2024]第 01-748 号

　　北方亚事资产评估有限责任公司接受琏升科技股份有限公司【以下简称：琏升科技】的委托，按照法律、行政法规的规定，坚持独立、客观和公正的原则，采用收益法和资产基础法，按照必要的评估程序，对琏升科技股份有限公司转让股权事宜涉及的厦门三五互联信息有限公司【以下简称：三五信息】股东全部权益在 2024 年 5 月 31 日的市场价值进行了评估。现将评估报告摘要如下：

　　一、评估目的：琏升科技股份有限公司拟转让股权，需对厦门三五互联信息有限公司于 2024 年 5 月 31 日的股东全部权益价值进行评估，为上述经济行为提供价值参考依据。

　　二、评估对象和评估范围：评估对象为三五信息股东全部权益价值；评估范围为三五信息除持有的厦门谊泰企业管理合伙企业(有限合伙)权益外的全部资产及负债，具体包括：流动资产、非流动资产（长期股权投资、固定资产、无形资产、递延所得税资产）、流动负债、非流动负债。

　　三、价值类型：市场价值。

　　四、评估基准日：2024 年 5 月 31 日。

　　五、评估方法：收益法和资产基础法。

　　六、评估结论：

　　本次评估采用收益法评估结果作为评估结论。

　　评估基准日三五信息资产总额账面价值为 5,244.36 万元，总负债账面价值为 3,565.87 万元，股东全部权益账面价值为 1,678.49 万元。

收益法评估后的厦门三五互联信息有限公司股东全部权益价值为 4,081.00 万元,增值额为 2,402.51 万元,增值率为 143.14%。

七、评估结论使用有效期:本评估结论使用有效期为自评估基准日起 1 年,即从 2024 年 5 月 31 日至 2025 年 5 月 30 日止的期限内有效,超过 1 年有效期需重新进行评估。

八、对评估结论产生影响的特别事项

根据《资产评估委托合同》的约定,本次评估范围不包括三五信息持有的厦门谊泰企业管理合伙企业(有限合伙)40%权益,评估基准日,三五信息对厦门谊泰企业管理合伙企业(有限合伙)投资的账面价值为 0 元。

九、资产评估报告日:本资产评估报告日为 2024 年 7 月 9 日。

**以上内容摘自资产评估报告正文,欲了解本评估业务的详细情况和正确理解评估结论,应当阅读资产评估报告正文。**

# 珹升科技股份有限公司拟转让股权
# 事宜涉及的厦门三五互联信息有限公司
# 股东全部权益价值
# 资产评估报告正文

北方亚事评报字[2024]第01-748号

**珹升科技股份有限公司：**

北方亚事资产评估有限责任公司接受贵公司的委托，按照法律、行政法规和资产评估准则的规定，坚持独立、客观和公正的原则，采用收益法和资产基础法，按照必要的评估程序，对厦门三五互联信息有限公司股东全部权益在 2024 年 5 月 31 日的市场价值进行了评估。现将资产评估情况报告如下。

## 一、委托人、被评估单位和资产评估委托合同约定的其他资产评估报告使用人概况

委托人为珹升科技股份有限公司，被评估单位为厦门三五互联信息有限公司。资产评估委托合同约定的其他资产评估报告使用人为法律法规规定的其他报告使用人。

（一）委托人概况

名称：珹升科技股份有限公司【以下简称：珹升科技】

统一社会信用代码：91350200751642792T

注册地址：南通高新技术产业开发区通甲东路 66 号

通信地址：厦门市火炬高新技术产业开发区软件园二期观日路 8 号一层

注册资本：36569.8690 万人民币

法定代表人：黄明良

成立日期：2004-04-01



企业性质：其他股份有限公司(上市)

经营范围：许可项目：基础电信业务；第一类增值电信业务；第二类增值电信业务；互联网信息服务；互联网域名注册服务(依法须经批准的项目,经相关部门批准后方可开展经营活动,具体经营项目以审批结果为准)一般项目：工程和技术研究和试验发展；数据处理和存储支持服务；软件开发；信息系统集成服务；信息技术咨询服务；信息咨询服务(不含许可类信息咨询服务)；数字内容制作服务(不含出版发行)；计算机软硬件及辅助设备批发；计算机软硬件及辅助设备零售；移动终端设备销售；非居住房地产租赁；物业管理；市场营销策划；光伏设备及元器件制造；光伏设备及元器件销售；电子专用材料制造；电子专用材料销售；电池制造；电池销售；技术进出口；货物进出口；进出口代理(除依法须经批准的项目外,凭营业执照依法自主开展经营活动)

（二）被评估单位概况

1、工商登记概况

名称：厦门三五互联信息有限公司

统一社会信用代码：91350200MACKTQ1N08

注册地址：厦门火炬高新区软件园二期观日路 8 号 401 室 A01 单元

注册资本：2000.0000 万人民币

法定代表人：章威炜

成立日期：2023-06-01

企业性质：有限责任公司(自然人投资或控股的法人独资)

经营范围：许可项目：互联网信息服务；第二类增值电信业务；第一类增值电信业务；互联网域名注册服务.(依法须经批准的项目,经相关部门批准后方可开展经营活动,具体经营项目以相关部门批准文件或许可证件为准)一般项目：数据处理和存储支持服务；软件开发；技术服务、技术开发、技术咨询、技术交流、技术转让、技术推广；技术进出口；信息系统集成服务；信息技术咨询服务；信息咨询服务(不含许可类信息咨询服务)；数字内容制作服务(不含出版发行)；计算机软硬件及辅助设备批发；计算机软硬件及辅助设备零售；移动终端设备销售；广告设计、代理；市场营销策划；项目策划与公关服务；摄像及视频制作服务.(除

琏升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

依法须经批准的项目外, 凭营业执照依法自主开展经营活动)。

（二）历史沿革

1、三五信息的设立

三五信息于 2023 年 6 月由琏升科技出资设立，设立时股权结构如下：

| 股东名称 | 出资额【万元】 | 出资比例(%) |
|---|---|---|
| 琏升科技 | 2,000.00 | 100 |
| 合计 | 2,000.00 | 100 |

截至评估基准日，三五信息股权结构未发生变更。

（三）近年来企业的资产、负债、权益状况和经营业绩

### 近年资产负债表

金额单位：人民币元

| 科　目 | 2023 年 12 月 31 日 | 2024 年 5 月 31 日 |
|---|---|---|
| 流动资产： | | |
| 　货币资金 | 1,829,397.57 | 1,147,801.14 |
| 　应收账款 | 2,371,847.00 | 4,988,519.49 |
| 　应收款项融资 | – | – |
| 　预付款项 | 8,918,676.29 | 12,702,055.84 |
| 　其他应收款 | 158,000.00 | 7,466,479.80 |
| 　合同资产 | 12,831.65 | 50,872.69 |
| 　其他流动资产 | 1,017,333.07 | 182,778.23 |
| 　　流动资产合计 | 14,308,085.58 | 26,538,507.19 |
| 非流动资产： | | |
| 　长期股权投资 | 645,000.00 | 645,000.00 |
| 　固定资产 | 4,509,250.41 | 4,108,391.65 |
| 　无形资产 | 20,409,534.39 | 21,146,651.13 |
| 　递延所得税资产 | 183.21 | 5,043.43 |
| 　其他非流动资产 | 1,900,599.97 | – |
| 　　非流动资产合计 | 27,464,567.98 | 25,905,086.21 |
| 　　资产总计 | 41,772,653.56 | 52,443,593.40 |
| 流动负债： | | |
| 　应付账款 | 1,015,094.11 | 3,082,715.58 |
| 　预收款项 | – | – |
| 　卖出回购金融负债 | | |
| 　应付职工薪酬 | 2,059,017.56 | 1,600,149.12 |
| 　应交税费 | 2,100.02 | 32,503.86 |
| 　应付利息 | – | – |
| 　应付股利 | – | – |
| 　其他应付款 | 15,067,208.66 | 13,527,778.79 |
| 　合同负债 | 6,777,730.07 | 16,737,919.02 |

珐升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

| 科　　目 | 2023 年 12 月 31 日 | 2024 年 5 月 31 日 |
|---|---|---|
| 　其他流动负债 | 395,277.08 | 677,655.38 |
| 　流动负债合计 | 25,316,427.50 | 35,658,721.75 |
| 非流动负债： | | |
| 　非流动负债合计 | － | － |
| 　负债合计 | 25,316,427.50 | 35,658,721.75 |
| 所有者权益（或股东权益）： | | |
| 　实收资本（或股本） | 20,000,000.00 | 20,000,000.00 |
| 　未分配利润 | -3,543,773.94 | -3,215,128.35 |
| 　外币报表折算差额 | － | － |
| 归属于母公司所有者权益（或股东权益）合计 | 16,456,226.06 | 16,784,871.65 |
| 　少数股东权益 | | |
| 所有者权益（或股东权益）合计 | 16,456,226.06 | 16,784,871.65 |
| 负债和所有者权益（或股东权益）总计 | 41,772,653.56 | 52,443,593.40 |

## 近年利润表

金额单位：人民币元

| 科　　目 | 2023 年 | 2024 年 1-5 月 |
|---|---|---|
| 一、营业收入 | 31,901,557.11 | 27,066,070.03 |
| 减：营业成本 | 17,953,450.39 | 14,190,289.40 |
| 　税金及附加 | 10,589.70 | 7,043.20 |
| 　销售费用 | 9,648,265.39 | 6,334,455.99 |
| 　管理费用 | 3,419,205.31 | 3,018,770.53 |
| 　研发费用 | 4,397,190.67 | 3,207,596.33 |
| 　财务费用 | 18,995.04 | 15,197.86 |
| 　其他收益 | 3,797.38 | 48,577.39 |
| 　信用减值损失 | -2,988.84 | -14,507.35 |
| 　资产减值损失 | -675.35 | -2,002.16 |
| 二、营业利润（亏损以"－"号填列） | -3,546,006.20 | 324,784.60 |
| 加：营业外收入 | 2,049.05 | 0.77 |
| 减：营业外支出 | － | 1,000.00 |
| 三、利润总额（亏损总额以"－"号填列） | -3,543,957.15 | 323,785.37 |
| 减：所得税费用 | -183.21 | -4,860.22 |
| 四、净利润（净亏损以"－"号填列） | -3,543,773.94 | 328,645.59 |
| 　其中：被合并方在合并前实现的净利润 | | |
| 　归属于母公司所有者的净利润 | -3,543,773.94 | 328,645.59 |

　　厦门三五互联信息有限公司 2023 年度会计报表经华兴会计师事务所(特殊普通合伙)审计，并出具了编号为"华兴审字[2024]23013420138 号"审计报告；2024年 5 月会计报表经华兴会计师事务所(特殊普通合伙)审计，并出具了编号为"华兴审字[2024]24008460016 号"审计报告。

（三）委托人与被评估单位关系

被评估单位为委托人全资子公司。

（四）资产评估委托合同约定的其他资产评估报告使用人

其他评估报告使用人为法律法规规定的其他评估报告使用人。

# 二、评估目的

珵升科技股份有限公司拟转让持有的厦门三五互联信息有限公司股权，需对评估基准日厦门三五互联信息有限公司股东全部权益价值进行评估，为上述经济行为提供价值参考意见。

# 三、评估对象和评估范围

本次评估对象为厦门三五互联信息有限公司股东全部权益价值。

评估基准日纳入评估范围的是厦门三五互联信息有限公司的除持有的厦门谊泰企业管理合伙企业(有限合伙)权益外的全部资产及负债。具体包括：流动资产、非流动资产（长期股权投资、固定资产、无形资产、递延所得税资产）、流动负债。评估基准日三五信息资产总额账面价值为 5,244.36 万元，总负债账面价值为 3,565.87 万元，股东全部权益账面价值为 1,678.49 万元。

一、企业申报的账面记录的实物资产情况及特点

企业申报的纳入评估范围的实物资产包括：车辆、电子设备。实物资产的类型及特点如下：

1、实物资产的类型、数量、分布情况和存放地点

三五信息实物资产主要为固定资产。

固定资产包括车辆、电子设备，其中车辆共计 1 项，为现代轿车。电子设备共计 1212 项，其中账面记录的共计 255 项，账面未记录的共计 957 项【账面未记录的电子设备系购入时单位价值较低，购入当期直接费用化】。电子设备主要为台式电脑、笔记本电脑、打印机、服务器等，三五信息的电子设备主要存放在位

珐升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

于福建省厦门市三五互联大厦第 4 层的办公场所内，部分服务器存放在位于北京惠普、北京苏仙桥、北京酒仙桥等地，固定资产管理制度比较完善，各项资产都能分配至具体使用部门进行管理及维护，可正常使用。

2、实物资产的技术特点、实际使用情况、大修理或改扩建情况等

部分固定资产由珐升科技股份有限公司转让至三五信息，截至评估基准日未发现大修理情况，按日常使用情况进行日常维护，无大修理及改扩建情况。

二、企业申报的账面记录或者未记录的无形资产情况

三五信息申报的无形资产为域名 114 项、计算机软件著作权 91 项、外购软件 26 项、发明专利 5 项，具体情况如下表所示：

账面记录的无形资产：

| 序号 | 无形资产名称和内容 | 无形资产类型 | 权证编号 | 取得日期 |
|---|---|---|---|---|
| 1 | 金仓数据库管理系统 V8.0 | 外购软件 | | 2023 年 12 月 |
| 2 | 金蝶 Apusic 负载均衡器软件（ALB） V2.0 | 外购软件 | | 2023 年 12 月 |
| 3 | 银河麒麟高级服务器操作系统 V10 | 外购软件 | | 2023 年 12 月 |
| 4 | NTKO OFFICE 控件 | 外购软件 | | 2023 年 7 月 |
| 5 | 信息安全管理软件 | 外购软件 | | 2023 年 7 月 |
| 6 | 亿邮智能运维平台 V2.0 | 外购软件 | | 2023 年 7 月 |
| 7 | 信息安全管理系统(含云主机管理系统) | 外购软件 | | 2023 年 7 月 |
| 8 | 数据库审计系统(安华金和 DAS 300A 软件版) | 外购软件 | | 2023 年 7 月 |
| 9 | McAfee 网络信誉库客户端开发包 | 外购软件 | | 2023 年 7 月 |
| 10 | 软件*卡巴斯基网络安全解决方案标准版软件 V10.0 | 外购软件 | | 2023 年 7 月 |
| 11 | 域名（eq.cn) | 域名 | | 2023 年 8 月 |
| 12 | 域名（jingtong.com) | 域名 | | 2023 年 8 月 |
| 13 | 域名（35.top) | 域名 | | 2023 年 10 月 |
| 14 | 企业移动商务建设系统 | 外购软件 | | 2023 年 7 月 |
| 15 | 移动商务社交邮件应用 | 外购软件 | | 2023 年 7 月 |
| 16 | 加密邮 | 外购软件 | | 2023 年 7 月 |
| 17 | KOA | 外购软件 | | 2023 年 7 月 |
| 18 | LM | 外购软件 | | 2023 年 7 月 |
| 19 | 智能发布系统 | 外购软件 | | 2023 年 7 月 |
| 20 | 网络 U 盘 | 外购软件 | | 2023 年 11 月 |
| 21 | 在线客服 | 外购软件 | | 2023 年 11 月 |
| 22 | 网关 | 外购软件 | | 2023 年 11 月 |
| 23 | IM | 外购软件 | | 2023 年 11 月 |
| 24 | CRM | 外购软件 | | 2023 年 11 月 |
| 25 | CRM2 | 外购软件 | | 2023 年 11 月 |
| 26 | 企业邮局 | 外购软件 | | 2023 年 11 月 |
| 27 | NEW CP | 外购软件 | | 2023 年 11 月 |

珐升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

| 序号 | 无形资产名称和内容 | 无形资产类型 | 权证编号 | 取得日期 |
|---|---|---|---|---|
| 28 | 智能安全增强型企业邮局 | 外购软件 | | 2023 年 11 月 |
| 29 | 云智能 OA | 外购软件 | | 2023 年 11 月 |
| 30 | 刺猬虚拟主机管理系统 | 著作权 | 2024SR0161587 | 2024 年 1 月 |
| 31 | 35 互联智能邮件系统 V1.0 | 著作权 | 2024SR0161559 | 2024 年 1 月 |
| 32 | 35 互联 DNS-DIY 域名解析系统 V2.0 | 著作权 | 2024SR0161641 | 2024 年 1 月 |
| 33 | 35 互联 Template4.0 系统 V4.0 | 著作权 | 2024SR0176915 | 2024 年 1 月 |
| 34 | 35 互联网站访问分析系统[简称：vhostlog] V1.0 | 著作权 | 2024SR0161400 | 2024 年 1 月 |
| 35 | 三五云名片系统 | 著作权 | 2024SR0299815 | 2024 年 2 月 |
| 36 | 35 云门户平台[简称：35 云门户]V1.0 | 著作权 | 2024SR0299824 | 2024 年 2 月 |
| 37 | 35 视频会议系统[简称：视频会议]V3.0 | 著作权 | 2024SR0299861 | 2024 年 2 月 |
| 38 | 叩叩来了顾客端餐饮营销系统 | 著作权 | 2024SR0299900 | 2024 年 2 月 |
| 39 | 350KR 目标管理系统 V1.0 | 著作权 | 2024SR0299841 | 2024 年 2 月 |
| 40 | 三五互联企业综合应用管理平台【简称：35 云管理平台】V8.4 | 著作权 | 2024SR0299753 | 2024 年 2 月 |
| 41 | 三五主机有害信息监测感知平台【简称：三五安全平台】V1.0.0 | 著作权 | 2024SR0299723 | 2024 年 2 月 |
| 42 | 三五互联定制建站管理系统【简称：35Dcms】V5.0 | 著作权 | 2024SR0299712 | 2024 年 2 月 |
| 43 | 35 企业微博软件[简称：35Ewave] V1.0 | 著作权 | 2023SR1370734 | 2023 年 11 月 |
| 44 | 三五互联 LiveChat2012 即时语在线客服系统[简称：LiveChat2012] V5.6 | 著作权 | 2023SR1370720 | 2023 年 11 月 |
| 45 | TaskFlow@35 任务管理系统[简称：TaskFlow] V3.0 | 著作权 | 2023SR1370716 | 2023 年 11 月 |
| 46 | 三五互联企业邮局系统[简称：企业邮局系统] V3.0 | 著作权 | 2023SR1370713 | 2023 年 11 月 |
| 47 | 35Ewave Mobile 软件[简称：35Ewave Mobile]V1.1.18 | 著作权 | 2023SR1370711 | 2023 年 11 月 |
| 48 | 35EQ Mobile 软件 | 著作权 | 2023SR1370692 | 2023 年 11 月 |
| 49 | 国际域名实时注册系统 V2.0 | 著作权 | 2023SR1370687 | 2023 年 11 月 |
| 50 | 三五互联即时邮(PushMail)邮件系统 | 著作权 | 2023SR1370679 | 2023 年 11 月 |
| 51 | 三五互联 LiveChat2010 即时语在线客服系统[简称：LiveChat2010] V5.0.0.3 | 著作权 | 2023SR1370672 | 2023 年 11 月 |
| 52 | 三五互联即时邮(WAPMAIL)邮件系统[简称：即时邮(WAPMAIL)] V2.0 | 著作权 | 2023SR1370657 | 2023 年 11 月 |
| 53 | 35 互联 G 级企业邮箱系统[简称：35G 邮系统] V1.0 | 著作权 | 2023SR1370638 | 2023 年 11 月 |
| 54 | 三五互联企业日历系统[简称：企业日历系统]V1．0 | 著作权 | 2023SR1370631 | 2023 年 11 月 |
| 55 | 三五互联博客系统[简称：Blog@35] V1.0 | 著作权 | 2023SR1370622 | 2023 年 11 月 |
| 56 | 35LIVE 手机软件[简称：35LIVE] V1.0 | 著作权 | 2023SR1370614 | 2023 年 11 月 |
| 57 | 即时邮邮件系统[简称：即时邮] V1.0 | 著作权 | 2023SR1370608 | 2023 年 11 月 |
| 58 | 即时语在线客服系统 | 著作权 | 2023SR1370571 | 2023 年 11 月 |
| 59 | 35EQ 系统 v1.0[简称 35EQ] | 著作权 | 2023SR1370554 | 2023 年 11 月 |
| 60 | 三五互联 App 服务手机客户端软件[简称：35AppService]V1.6 | 著作权 | 2023SR1370531 | 2023 年 11 月 |
| 61 | 三五互联云办公安卓手机客户端软件[简称：35Cloudoffice]V1.2 | 著作权 | 2023SR1370518 | 2023 年 11 月 |
| 62 | 三五互联企业邮局安卓手机客户端软件［简 | 著作权 | 2023SR1370436 | 2023 年 11 月 |


北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

琏升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

| 序号 | 无形资产名称和内容 | 无形资产类型 | 权证编号 | 取得日期 |
|---|---|---|---|---|
| | 称：35PushMail]V3.1 | | | |
| 63 | 三五互联市场精选安卓手机客户端软件［简称：35Market]V1.1 | 著作权 | 2023SR1370423 | 2023 年 11 月 |
| 64 | 三五互联邮洽手机邮箱系统[简称：邮洽 Mailchat]V2.0 | 著作权 | 2023SR1370409 | 2023 年 11 月 |
| 65 | 三五互联个人关系管理安卓手机客户端软件[简称：35PRM Mobile]V1.3 | 著作权 | 2023SR1370400 | 2023 年 11 月 |
| 66 | 三五互联极速版企业邮局系统[简称：企业邮局极速版]V1.0 | 著作权 | 2023SR1370389 | 2023 年 11 月 |
| 67 | 三五互联企业邮局 IOS 手机客户端软件[简称：35PushMail IOS]V2.0 | 著作权 | 2023SR1370356 | 2023 年 11 月 |
| 68 | 三五互联企业中心系统[简称：35 企业中心]V1.2 | 著作权 | 2023SR1370303 | 2023 年 11 月 |
| 69 | 三五互联企业即时通软件[简称：35EQ]v2.0 | 著作权 | 2023SR1370252 | 2023 年 11 月 |
| 70 | 三五互联个人关系管理系统[简称：35PRM]V2.5 | 著作权 | 2023SR1370213 | 2023 年 11 月 |
| 71 | 三五互联邮洽软件(电脑版)【简称：邮 洽(电脑版)】V1.0 | 著作权 | 2023SR1370205 | 2023 年 11 月 |
| 72 | 三五互联智慧餐厅餐饮管理系统【简称：三五互联智慧餐厅】V3.0 | 著作权 | 2023SR1370179 | 2023 年 11 月 |
| 73 | 会经营系统【简称：35 会经营】V1.0 | 著作权 | 2023SR1370164 | 2023 年 11 月 |
| 74 | 域名（35.com） | 域名 | | 2023 年 10 月 |
| 75 | 域名（35.cn） | 域名 | | 2023 年 10 月 |

账面未记录的无形资产：

| 序号 | 无形资产名称和内容 | 无形资产类型 | 权证编号 | 取得日期 |
|---|---|---|---|---|
| 1 | netalls.com | 域名 | | 2023 年 10 月 |
| 2 | touchreadapp.com | 域名 | | 2023 年 10 月 |
| 3 | absolutee.com | 域名 | | 2023 年 10 月 |
| 4 | cn4e.com | 域名 | | 2023 年 10 月 |
| 5 | china-channel.com | 域名 | | 2023 年 10 月 |
| 6 | 35center.com | 域名 | | 2023 年 10 月 |
| 7 | dns-diy.com | 域名 | | 2023 年 10 月 |
| 8 | 35chain.com | 域名 | | 2023 年 10 月 |
| 9 | good35.cn | 域名 | | 2023 年 10 月 |
| 10 | 35test.cn | 域名 | | 2023 年 10 月 |
| 11 | 35demo.co | 域名 | | 2023 年 10 月 |
| 12 | 35cs.cn | 域名 | | 2023 年 10 月 |
| 13 | 35promotion.cn | 域名 | | 2023 年 10 月 |
| 14 | mailchat.cn | 域名 | | 2023 年 10 月 |
| 15 | cn4e.net | 域名 | | 2023 年 10 月 |
| 16 | 一种 S/MIME 数字签名邮件防篡改认证及签名信息解析方法 | 发明专利 | 2023111488361 | 2023 年 9 月 |
| 17 | 一种基于 IP 归属地限定网站访问方法及本地模块 | 发明专利 | 2023111497869 | 2023 年 9 月 |
| 18 | 一种 OA 智能办公系统和方法 | 发明专利 | 2023115821753 | 2023 年 11 月 |
| 19 | 一种基于云平台的移动商务图文运维系统 | 发明专利 | 2023115824272 | 2023 年 11 月 |



珽升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

| 序号 | 无形资产名称和内容及方法 | 无形资产类型 | 权证编号 | 取得日期 |
|---|---|---|---|---|
| 20 | 跨域批量邮件安全搬家系统及方法 | 发明专利 | 2023117235111 | 2023 年 12 月 |
| 21 | CRM@35 客户关系管理系统 V3.7 | 软件著作权 | 2023SR1370731 | 2023 年 11 月 |
| 22 | OA@35 老板签批系统 V3.1 | 软件著作权 | 2023SR1370728 | 2023 年 11 月 |
| 23 | 35PushOA 软件[简称：35PushOA]V1.2.05 | 软件著作权 | 2023SR1370707 | 2023 年 11 月 |
| 24 | 35 视频会议系统[简称 35Emeeting]V2.0 | 软件著作权 | 2023SR1370703 | 2023 年 11 月 |
| 25 | 三五互联波尔多（Bordeaux@35）智能反垃圾邮件网关系统[简称：Bordeaux@35] V3 | 软件著作权 | 2023SR1370697 | 2023 年 11 月 |
| 26 | 智能建站系统 v1.0 | 软件著作权 | 2023SR1370649 | 2023 年 11 月 |
| 27 | 网络 U 盘软件[简称：网络 U 盘] V1.0 | 软件著作权 | 2023SR1370643 | 2023 年 11 月 |
| 28 | OA@35 老板签批系统[简称：OA@35] V3.0 | 软件著作权 | 2023SR1370600 | 2023 年 11 月 |
| 29 | 35CRM 客户关系管理系统[简称:35CRM] V1.0 | 软件著作权 | 2023SR1370587 | 2023 年 11 月 |
| 30 | 三五互联企业微博安卓手机客户端软件[简称：35Eware Mobile]V3.1 | 软件著作权 | 2023SR1370507 | 2023 年 11 月 |
| 31 | 35 互联 64 位反垃圾邮件网关软件 V1.0 | 软件著作权 | 2024SR0161671 | 2024 年 1 月 |
| 32 | 三五互联智能反垃圾网关系统[简称：Bordeaux@35]V3.9 | 软件著作权 | 2023SR1370495 | 2023 年 11 月 |
| 33 | 三五互联老板签批系统[简称：OA@35]V5.8 | 软件著作权 | 2023SR1370415 | 2023 年 11 月 |
| 34 | 三五互联企业微博 IOS 手机客户端软件[简称：35Eware Mobile IOS]V1.2 | 软件著作权 | 2023SR1370378 | 2023 年 11 月 |
| 35 | 三五互联企业综合应用管理平台[简称：35云管理平台]V1.7 | 软件著作权 | 2023SR1370345 | 2023 年 11 月 |
| 36 | 三五互联国内业务运营系统[简称：newCP]V2.0 | 软件著作权 | 2023SR1370338 | 2023 年 11 月 |
| 37 | 三五互联智能建站系统[简称：刺猬建站]V4.5 | 软件著作权 | 2023SR1370323 | 2023 年 11 月 |
| 38 | 三五垃圾反病毒邮件网关系统[简称：Bordeaux@35]V5.2 | 软件著作权 | 2023SR1370283 | 2023 年 11 月 |
| 39 | 三五互联刺猬建站系统[简称：刺猬建站]V6.4 | 软件著作权 | 2023SR1370271 | 2023 年 11 月 |
| 40 | 三五互联视频会议安卓手机客户端软件[简称：35Emeeting]V1.0 | 软件著作权 | 2023SR1370266 | 2023 年 11 月 |
| 41 | 三五互联企业邮局旗舰版系统[简称：企业邮局旗舰版]V5.3 | 软件著作权 | 2023SR1370260 | 2023 年 11 月 |
| 42 | 老板签批系统[简称：350A]V7.5 | 软件著作权 | 2023SR1370240 | 2023 年 11 月 |
| 43 | 三五互联企业综合应用管理平台[简称：35云管理平台]V2.9 | 软件著作权 | 2023SR1370225 | 2023 年 11 月 |
| 44 | 三五互联定制建站管理系统【简称：35Dcms】V4.0 | 软件著作权 | 2023SR1370195 | 2023 年 11 月 |
| 45 | 三五互联刺猬响站系统 V3.0 | 软件著作权 | 2023SR1370156 | 2023 年 11 月 |
| 46 | 三五互联企业邮局系统（旗舰版）[简称：企业邮局（旗舰版）] V7.7 | 软件著作权 | 2023SR1370149 | 2023 年 11 月 |
| 47 | 35 云 OA【简称：35 云 OA】V2.0 | 软件著作权 | 2023SR1370118 | 2023 年 11 月 |
| 48 | 三五反垃圾反病毒邮件网关系统[简称：Bordeaux@35]V7.3 | 软件著作权 | 2023SR1370101 | 2023 年 11 月 |
| 49 | 三五互联企业综合应用管理平台[简称：35云管理平台]V7.7 | 软件著作权 | 2023SR1370081 | 2023 年 11 月 |
| 50 | 叮叮来了商家端餐饮营销系统 V1.0.0 | 软件著作权 | 2024SR0299873 | 2024 年 2 月 |
| 51 | 三五反垃圾反病毒邮件网关系统 V8.4 | 软件著作权 | 2024SR0299742 | 2024 年 2 月 |
| 52 | 三五互联刺猬响站系统 V6.6 | 软件著作权 | 2024SR0299798 | 2024 年 2 月 |


北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

珵升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

| 序号 | 无形资产名称和内容 | 无形资产类型 | 权证编号 | 取得日期 |
|---|---|---|---|---|
| 53 | 三五互联国内业务运营系统 V2.19 | 软件著作权 | 2024SR0299733 | 2024 年 2 月 |
| 54 | 三五互联老板签批系统 IOS 手机客户端软件 V1.1 | 软件著作权 | 2023SR1501657 | 2023 年 11 月 |
| 55 | 三五互联企业邮局系统（旗舰版）V8.4 | 软件著作权 | 2024SR0299772 | 2024 年 2 月 |
| 56 | 三五互联闪电建站系统【简称：闪电建站】V1.6 | 软件著作权 | 2024SR0299706 | 2024 年 2 月 |
| 57 | 三五互联闪电建站系统 V1.0 | 软件著作权 | 2024SR0299786 | 2024 年 2 月 |
| 58 | 三五智能名片软件 V1.0.0 | 软件著作权 | 2024SR0299855 | 2024 年 2 月 |
| 59 | 35 云 OA 系统【简称：35 云 OA】V3.0 | 软件著作权 | 2024SR0299653 | 2024 年 2 月 |
| 60 | 35 ITAM[简称：ITAM]V1.0 | 软件著作权 | 2023SR1130285 | 2023 年 9 月 |
| 61 | 三五互联企业邮局系统（旗舰版）[简称：企业邮局（旗舰版）] V9.2 | 软件著作权 | 2023SR1257088 | 2023 年 10 月 |
| 62 | 三五企业文化管理系统[简称：35 CCMS]V1.0 | 软件著作权 | 2023SR1777078 | 2023 年 12 月 |
| 63 | 三五信创猾来管理系统[简称：信创猾来]V2.0 | 软件著作权 | 2023SR1430222 | 2023 年 11 月 |
| 64 | 三五互联刺猾响站 2.0 系统[简称：响站 2.0]V1.20 | 软件著作权 | 2023SR1395747 | 2023 年 11 月 |
| 65 | 三五信创猾来企业邮箱系统 V1.0 | 软件著作权 | 2024SR0556535 | 2024 年 4 月 |
| 66 | 三五信创猾来云邮系统 V1.0 | 软件著作权 | 2024SR0623523 | 2024 年 5 月 |
| 67 | 三五互联业务运营系统 3.0 | 软件著作权 | 2024SR0643525 | 2024 年 5 月 |
| 68 | 35mail.com | 域名 | | 2023 年 10 月 |
| 69 | coolice.com | 域名 | | 2023 年 10 月 |
| 70 | jylianggu.com | 域名 | | 2023 年 10 月 |
| 71 | xmtangchen.com | 域名 | | 2023 年 10 月 |
| 72 | gongshaohui.com | 域名 | | 2023 年 10 月 |
| 73 | 35eq.com | 域名 | | 2023 年 10 月 |
| 74 | 35wst.com | 域名 | | 2023 年 10 月 |
| 75 | 中国频道.com | 域名 | | 2023 年 10 月 |
| 76 | 35market.com | 域名 | | 2023 年 10 月 |
| 77 | uu35.com | 域名 | | 2023 年 10 月 |
| 78 | fm1234567.com | 域名 | | 2023 年 10 月 |
| 79 | navlive.com | 域名 | | 2023 年 10 月 |
| 80 | 35eyou.com | 域名 | | 2023 年 10 月 |
| 81 | 35ezweb.com | 域名 | | 2023 年 10 月 |
| 82 | 35vhost.com | 域名 | | 2023 年 10 月 |
| 83 | lm35.com | 域名 | | 2023 年 10 月 |
| 84 | 35pass.com | 域名 | | 2023 年 10 月 |
| 85 | 35livechat.com | 域名 | | 2023 年 10 月 |
| 86 | 35fortune.com | 域名 | | 2023 年 10 月 |
| 87 | 微妹.com | 域名 | | 2023 年 10 月 |
| 88 | 35astonmartin.com | 域名 | | 2023 年 10 月 |
| 89 | 35vv.com | 域名 | | 2023 年 10 月 |
| 90 | 35center.cn | 域名 | | 2023 年 10 月 |
| 91 | navlive.cn | 域名 | | 2023 年 10 月 |
| 92 | fjcert.org.cn | 域名 | | 2023 年 10 月 |
| 93 | cp35.cn | 域名 | | 2023 年 10 月 |



琏升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

| 序号 | 无形资产名称和内容 | 无形资产类型 | 权证编号 | 取得日期 |
|---|---|---|---|---|
| 94 | namenic.com.cn | 域名 | | 2023 年 10 月 |
| 95 | dns-diy.cn | 域名 | | 2023 年 10 月 |
| 96 | dnsdiy.cn | 域名 | | 2023 年 10 月 |
| 97 | 35eq.cn | 域名 | | 2023 年 10 月 |
| 98 | fruitsonly.cn | 域名 | | 2023 年 10 月 |
| 99 | fruitsonly.com.cn | 域名 | | 2023 年 10 月 |
| 100 | netalls.cn | 域名 | | 2023 年 10 月 |
| 101 | 35wst.cn | 域名 | | 2023 年 10 月 |
| 102 | 三五云.cn | 域名 | | 2023 年 10 月 |
| 103 | 35ezweb.cn | 域名 | | 2023 年 10 月 |
| 104 | 35pass.cn | 域名 | | 2023 年 10 月 |
| 105 | 35livechat.cn | 域名 | | 2023 年 10 月 |
| 106 | 35eyou.cn | 域名 | | 2023 年 10 月 |
| 107 | yunbangong.cn | 域名 | | 2023 年 10 月 |
| 108 | 35cloud.cn | 域名 | | 2023 年 10 月 |
| 109 | 35market.cn | 域名 | | 2023 年 10 月 |
| 110 | liferegistry.cn | 域名 | | 2023 年 10 月 |
| 111 | 中国频道.cn | 域名 | | 2023 年 10 月 |
| 112 | gongshaohui.cn | 域名 | | 2023 年 10 月 |
| 113 | weemail.cn | 域名 | | 2023 年 10 月 |
| 114 | weemail.com.cn | 域名 | | 2023 年 10 月 |
| 115 | 微妹.cn | 域名 | | 2023 年 10 月 |
| 116 | mailsee.cn | 域名 | | 2023 年 10 月 |
| 117 | maillook.cn | 域名 | | 2023 年 10 月 |
| 118 | iyoujian.cn | 域名 | | 2023 年 10 月 |
| 119 | rockioo.cn | 域名 | | 2023 年 10 月 |
| 120 | rockioo.com.cn | 域名 | | 2023 年 10 月 |
| 121 | 35caifu.cn | 域名 | | 2023 年 10 月 |
| 122 | 35fortune.cn | 域名 | | 2023 年 10 月 |
| 123 | mastek.net | 域名 | | 2023 年 10 月 |
| 124 | fengyun.net | 域名 | | 2023 年 10 月 |
| 125 | 1th.net | 域名 | | 2023 年 10 月 |
| 126 | gongq.net | 域名 | | 2023 年 10 月 |
| 127 | 35eq.net | 域名 | | 2023 年 10 月 |
| 128 | 35wst.net | 域名 | | 2023 年 10 月 |
| 129 | 35center.net | 域名 | | 2023 年 10 月 |
| 130 | 35market.net | 域名 | | 2023 年 10 月 |
| 131 | navlive.net | 域名 | | 2023 年 10 月 |
| 132 | 35eyou.net | 域名 | | 2023 年 10 月 |
| 133 | 35vip.net | 域名 | | 2023 年 10 月 |
| 134 | 35fortune.net | 域名 | | 2023 年 10 月 |
| 135 | 中国频道.中国 | 域名 | | 2023 年 10 月 |
| 136 | 三五云.中国 | 域名 | | 2023 年 10 月 |
| 137 | navilive.mobi | 域名 | | 2023 年 10 月 |



珽升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

| 序号 | 无形资产名称和内容 | 无形资产类型 | 权证编号 | 取得日期 |
|------|------|------|------|------|
| 138 | china-channel.asia | 域名 | | 2023 年 10 月 |
| 139 | liferegistry.info | 域名 | | 2023 年 10 月 |
| 140 | chinachannel.com | 域名 | | 2023 年 10 月 |
| 141 | domainpricing.com | 域名 | | 2023 年 10 月 |
| 142 | 35caifu.com | 域名 | | 2023 年 10 月 |
| 143 | 35office.com | 域名 | | 2023 年 10 月 |
| 144 | 35phone.com | 域名 | | 2023 年 10 月 |
| 145 | namenic.cn | 域名 | | 2023 年 10 月 |
| 146 | 35phone.com.cn | 域名 | | 2023 年 10 月 |
| 147 | 35phone.cn | 域名 | | 2023 年 10 月 |
| 148 | 35pad.cn | 域名 | | 2023 年 10 月 |
| 149 | 35pad.net | 域名 | | 2023 年 10 月 |
| 150 | china-channel.net | 域名 | | 2023 年 10 月 |
| 151 | 35phone.net | 域名 | | 2023 年 10 月 |
| 152 | 三五互联.com | 域名 | | 2023 年 10 月 |
| 153 | 35 互联.com | 域名 | | 2023 年 10 月 |
| 154 | 35.com.cn | 域名 | | 2023 年 10 月 |
| 155 | 35.net.cn | 域名 | | 2023 年 10 月 |
| 156 | 三五互联.中国 | 域名 | | 2023 年 10 月 |
| 157 | 35 互联.中国 | 域名 | | 2023 年 10 月 |
| 158 | 三五互联.cn | 域名 | | 2023 年 10 月 |
| 159 | 35 互联.cn | 域名 | | 2023 年 10 月 |
| 160 | 三五.中国 | 域名 | | 2023 年 10 月 |
| 161 | 三五互联.cc | 域名 | | 2023 年 10 月 |

委托评估对象和评估范围与经济行为涉及的评估对象与评估范围一致。

# 四、价值类型

本次根据评估目的，确定评估对象的价值类型为市场价值。

市场价值是指自愿买方和自愿卖方，在各自理性行事且未受任何强迫的情况下，评估对象在评估基准日进行正常公平交易的价值估计数额。

# 五、评估基准日

（一）本业务评估基准日为 2024 年 5 月 31 日。

（二）按照评估基准日尽可能与资产评估应对的经济行为实现日接近的原则，由委托人确定评估基准日。

（三）本次资产评估的工作中，评估范围的界定、评估参数的选取、评估价值的确定等，均以评估基准日企业的财务报表、外部经济环境以及市场情况确定。本报告中一切取价标准均为评估基准日有效的价格标准。

# 六、评估依据

（一）经济行为依据

2024 年 6 月 11 日《珑升科技股份有限公司总经理办公会会议纪要》

（二）法律法规依据

1、《中华人民共和国民法典》(（2020 年 5 月 28 日第十三届全国人民代表大会第三次会议通过）；

2、《中华人民共和国资产评估法》(2016 年 7 月 2 日第十二届全国人民代表大会常务委员会第二十一次会议通过)；

3、《中华人民共和国公司法》(2018 年 10 月 26 日第十三届全国人民代表大会常务委员会第六次会议通过修正)；

4、《中华人民共和国证券法》(2019 年 12 月 28 日第十三届全国人民代表大会常务委员会第十五次会议第二次修订，于 2020 年 3 月 1 日起施行)；

5、《中华人民共和国车辆购置税法》(2018 年 12 月 29 日，第十三届全国人民代表大会常务委员会第七次会议通过，自 2019 年 7 月 1 日起施行)；

6、《中华人民共和国企业所得税法》（2007 年 3 月 16 日第十届全国人民代表大会第五次会议通过，2017 年 2 月 24 日第十二届全国人民代表大会常务委员会第二十六次会议通过修订)；

7、《中华人民共和国著作权法》（2020 年国家主席令第 62 号）

8、《企业会计准则——基本准则》（财政部令第 33 号）；

9、《中华人民共和国专利法》(1984 年 3 月 12 日第六届全国人民代表大会常务委员会第四次会议通过)；

10、《关于深化增值税改革有关政策的公告》（财政部 税务总局 海关总署公告 2019 年第 39 号）；

11、《关于进一步完善研发费用税前加计扣除政策的公告》(2023 年第 7 号)；

12、其他法律法规；

13、其他会计相关准则。

（三）评估准则依据

1、《资产评估基本准则》（财资[2017]43 号）；

2、《资产评估职业道德准则》（中评协[2017]30 号）；

3、《资产评估执业准则—资产评估程序》（中评协[2018]36 号）；

4、《资产评估执业准则—资产评估报告》（中评协[2018]35 号）；

5、《资产评估执业准则—资产评估委托合同》（中评协[2017]33 号）；

6、《资产评估执业准则—资产评估档案》（中评协[2018]37 号）；

7、《资产评估执业准则—企业价值》（中评协[2018]38 号 36 号）；

8、《资产评估执业准则—无形资产》（中评协[2017]37 号）；

9、《资产评估执业准则—资产评估方法》（中评协[2019]35 号）；

10、《资产评估执业准则—机器设备》（中评协[2017]39 号）；

11、《资产评估机构业务质量控制指南》（中评协[2017]46 号）；

12、《资产评估价值类型指导意见》（中评协[2017]47 号）；

13、《资产评估对象法律权属指导意见》（中评协[2017]48 号）；

14、《资产评估准则术语 2020》（中评协[2020]31 号）；

15、《专利资产评估指导意见》（中评协〔2017〕49 号）；

16、《著作权资产评估指导意见》（中评协〔2017〕50 号）；

17、《中国资产评估协会资产评估业务报备管理办法》（中评协〔2021〕30 号）；

18、《资产评估执业准则—知识产权》中评协[2023]14 号；

（四）权属依据

1、机动车行驶证；

2、有关资产购置协议、合同及与评估有关的其他资料；

3、商标证书、著作权证书、专利证书；

4、其它有关产权证明文件。

（五）取价依据

1、《资产评估常用数据与参数手册》；

2、评估基准日银行贷款利率；

3、企业提供的财务报表、审计报告；

4、企业有关部门提供的未来年度经营计划；

5、企业提供的主要产品目前及未来年度市场预测资料；

6、评估人员现场勘察记录及收集的其他相关估价信息资料；

7、评估机构收集的有关询价资料、参数资料；

8、同花顺系统提供的相关行业统计数据；

9、被评估单位提供的其它评估相关资料。

（六）其他参考依据

1、被评估单位提供的《资产评估申报表》、《未来收益预测表》。

# 七、评估方法

企业价值评估的基本方法主要有收益法、市场法和资产基础法。

企业价值评估中的收益法，是指将预期收益资本化或者折现，确定评估对象价值的评估方法。收益法常用的具体方法包括股利折现法和现金流量折现法。

企业价值评估中的市场法，是指将评估对象与可比上市公司或者可比交易案例进行比较，确定评估对象价值的评估方法。市场法常用的两种具体方法是上市公司比较法和交易案例比较法。

企业价值评估中的资产基础法，是指以被评估单位评估基准日的资产负债表为基础，合理评估企业表内及表外各项资产、负债价值，确定评估对象价值的评

估方法。

《资产评估执业准则——企业价值》规定，资产评估师执行企业价值评估业务，应当根据评估目的、评估对象、价值类型、资料收集情况等相关条件，分析收益法、市场法和资产基础法三种资产评估基本方法的适用性，恰当选择一种或者多种资产评估基本方法。

由于无法收集到与被评估单位可比的上市公司或交易案例的市场数据，不具备采用市场法评估的条件。被评估企业提供了评估范围内资产和负债的有关历史资料、历史年度的经营和财务资料以及未来经营收益预测的有关数据和资料，评估人员通过分析被评估企业提供的相关资料并结合对宏观经济形势、被评估企业所处行业的发展前景以及被评估企业自身的经营现状的初步分析，被评估企业可持续经营且运用资产基础法和收益法评估的前提和条件均具备，因此本次采用资产基础法和收益法进行评估。评估方法介绍如下：

（一）资产基础法

1、流动资产

评估范围内的流动资产主要包括货币资金、应收账款、预付款项、其他应收款、合同资产、其他流动资产。

(1)货币资金，核算内容为银行存款。对于银行存款，评估人员通过核实对账单、函证等，银行存款以核实无误后的账面价值作为评估值。其他货币资金核算内容为渠道采购存款，评估人员通过核实对账单，以核实无误后的账面价值作为估值。

(2)各种应收款项在核实无误的基础上，根据每笔款项可能收回的数额确定评估值。对于评估基准日后收回的款项，以收回的金额作为评估值；对于其他难以确定收不回账款的数额时，借助于历史资料和现场调查了解的情况，具体分析数额、欠款时间和原因、款项回收情况、欠款人资金、信用、经营管理现状等，按照账龄分析法，估计出这部分可能收不回的款项，作为风险损失扣除后计算评估值；账面上的"坏账准备"科目按零值计算。

(3)预付款项，根据所能收回的相应货物形成资产或权利的价值确定评估值。

(4)合同资产，评估人员对相应的合同进行了抽查，在核实无误的基础上，根



据核实后的账面价值确认评估值。

（5）其他流动资产，评估人员对相应的纳税申报表进行了抽查，在核实无误的基础上，根据核实后的账面价值确认评估值。

2、长期股权投资

厦门三五互联信息有限公司长期股权投资共 3 家，具体如下：

| 序号 | 被投资单位名称 | 投资日期 | 持投比例（%） | 是否控股 | 核算方法 | 投资成本 | 账面价值 |
|------|----------------|----------|------|----------|----------|----------|----------|
| 1 | 厦门谊达企业管理合伙企业(有限合伙) | 2023/11/8 | 23.08 | | | | 45,000.00 |
| 2 | 厦门灵猫数智科技有限公司 | 2023/11/15 | 40.00 | | | | 600,000.00 |
| 3 | 厦门谊泰企业管理合伙企业(有限合伙) | 2023/8/29 | 40.00 | | | | 0.00 |
| 长期股权投资合计 | | | | | | | 645,000.00 |

根据《资产评估委托合同》的约定，本次评估范围不包含厦门谊泰企业管理合伙企业(有限合伙)。评估人员首先对长期股权投资形成的原因、账面价值和被投资企业的实际经营状况进行核实，确认其实缴情况，并查阅投资协议、股东会决议、章程、和有关会计记录等资料，在此基础上，对被投资单位进行整体评估，并分析各种方法的适用性，选择适当的评估方法进行评估。以被投资企业评估基准日股权的评估值和所持有被投资企业股权比例的乘积确定评估值。

3、设备类资产

根据各类设备的特点、评估价值类型、资料收集情况等相关条件，主要采用成本法评估，部分采用市场法评估。

（1）成本法

成本法计算公式如下：

即：委估资产评估值=重置全价×综合成新率

1）电子设备重置全价的确定

根据当地市场信息及网上查询等近期市场价格资料，确定评估基准日的电子设备价格，一般生产厂家提供免费运输及安装调试，确定其重置全价：

重置全价=购置价-可抵扣的增值税

Case 3:19-cv-07071-SI    Document 442-1    Filed 03/14/25    Page 28 of 87

珽升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

2）综合成新率确定

采用尚可使用年限法确定成新率。计算公式为：

成新率=尚可使用年限/(实际已使用年限+尚可使用年限)×100%

3）评估值的确定

委估资产评估值=重置全价×综合成新率

（2）市场法

1）车辆

市场法主要是在近期二手车交易市场中选择与估价对象处于同一供求范围内，具有较强相关性、替代性的汽车交易参考实例，根据估价对象和可比实例的状况，对尚可使用年限、尚可行驶里程、交易日期因素和交易车辆状况等影响二手车市场价格的因素进行分析比较和修正，评估出估价对象的市场价格。计算公式如下：

比准价格=可比实例价格×车辆行驶里程修正系数×车辆使用年限修正系数×车辆状况修正系数×车辆交易日期修正系数×车辆交易情况修正系数

比准价格=（案例一+案例二+案例三）÷3

车辆市场法评估值=比准价格-增值税+牌照费

2）电子设备

对于部分购置时间较早或目前市场上无相关型号已淘汰但仍在正常使用的电子设备，参照同类设备的二手市场价格直接确定其评估值。

4、无形资产-其他无形资产

（1）对于正常使用的域名、专利、软件著作权，具体采用销售收入分成法。

销售收入分成法即根据委估技术类产品经济年限内企业预测的销售收入，然后乘以技术分成率（委估技术在销售收入中的贡献率）得出未来各年的技术收益，再以适当的折现率对技术收益进行折现，得出的现值之和即为委估技术的评估价值，其基本计算模型如下：

$$P_s = \sum_{i=1}^{n} KR(1+r)^{-i}$$

式中：Ps————正常使用的域名、专利、软件著作权资产的评估值

　　　　Ri————第 i 年企业的预期销售收入

YS 北方亚事资产评估有限责任公司
NORTH ASIA ASSETS ASSESSMENT CO.,LTD

n————收益期限

K————销售收入分成率

r————折现率

（2）对于外购时间不久的软件，通过网络询价、是否升级，对于未有升级的软件以询价后的不含税价确认评估值；对于有升级的扣减升级费用的不含税价格作为评估值。

（3）对于未使用的域名，按照域名的申请费用、维护费用作为其评估值。

5、递延所得税资产

评估范围的递延所得税资产是企业核算资产或负债、以及未作为资产和负债确认，但按照税法规定可以确定其计税基础的项目，在后续计量过程中因企业会计准则规定，产生的账面价值与其计税基础的可抵扣暂时性差异，对企业未来所得税造成的影响。

企业按照可抵扣暂时性差异与适用所得税率计算的结果，确认的递延所得税资产。评估人员就差异产生的原因、形成过程进行调查和了解，核实该差异在企业未来持续经营期间核算应纳税所得额时，是否将导致产生可抵扣金额，核实核算的金额是否符合企业会计制度及税法相关规定，在此基础上按核实后账面价值，综合考虑各类资产评估情况对相应的递延所得税资产的影响确定评估值。

6、负债

企业负债为流动负债，流动负债包括应付账款、合同负债、应付职工薪酬、应交税费、其他应付款、其他流动负债。根据企业提供的各项目明细表，检验核实各项负债在评估目的实现后的实际债务人、负债额，以评估目的实现后的产权所有者实际需要承担的负债项目及金额确定评估值。

（二）收益法

本评估报告选用现金流量折现法中的企业自由现金流折现模型。企业自由现金流折现模型的描述具体如下：

股东全部权益价值=企业整体价值－付息债务价值

1、企业整体价值

企业整体价值是指股东全部权益价值和付息债务价值之和。根据被评估单位

的资产配置和使用情况，企业整体价值的计算公式如下：

企业整体价值=经营性资产价值+溢余资产价值+（或–）非经营性资产、负债价值

（1）经营性资产价值

经营性资产是指与被评估单位生产经营相关的，评估基准日后企业自由现金流量预测所涉及的资产与负债。经营性资产价值的计算公式如下：

$$P = \sum_{i=1}^{n} \frac{F_i}{(1+r)^i} + \frac{F_n \times (1+g)}{(r-g) \times (1+r)^n}$$

其中：P：评估基准日的企业经营性资产价值；

　　　Fi：评估基准日后第 i 年预期的企业自由现金流量；

　　　Fn：预测期末年预期的企业自由现金流量；

　　　r：折现率(此处为加权平均资本成本,WACC)；

　　　n：预测期；

　　　i：预测期第 i 年；

　　　g：永续期增长率。

其中，企业自由现金流量计算公式如下：

企业自由现金流量=净利润+折旧与摊销+税后利息支出–资本性支出–营运资金增加额

其中，折现率(加权平均资本成本,WACC)计算公式如下：

$$WACC = K_e \times \frac{E}{E+D} + K_d \times (1-t) \times \frac{D}{E+D}$$

其中：

ke：权益资本成本；

kd：付息债务资本成本；

E：权益的市场价值；

D：付息债务的市场价值；

t：所得税率。

其中，权益资本成本采用资本资产定价模型(CAPM)计算。计算公式如下：

珐升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

$$K_e = r_f + MRP \times \beta_L + r_c$$

其中：

rf：无风险收益率；

MRP：市场风险溢价；

βL：权益的系统风险系数；

rc：企业特定风险调整系数。

(2)溢余资产价值

溢余资产是指评估基准日超过企业生产经营所需，评估基准日后企业自由现金流量预测不涉及的资产。溢余资产单独分析和评估。

(3)非经营性资产、负债价值

非经营性资产、负债是指与被评估单位生产经营无关的，评估基准日后企业自由现金流量预测不涉及的资产与负债。非经营性资产、负债单独分析和评估。

2.付息债务价值

付息债务是指评估基准日三五信息需要支付利息的负债。

# 八、评估程序实施过程和情况

北方亚事资产评估有限责任公司接受珐升科技股份有限公司的委托，评估人员于 2024 年 6 月 17 日至 2024 年 6 月 21 日对纳入评估范围内的全部资产和负债进行了必要的核实及对寻，查阅了有关账目、产权证明及其他文件资料，完成了必要的评估程序。在此基础上根据本次评估目的和委估资产的具体情况，采用收益法和资产基础法对厦门三五互联信息有限公司的股东全部权益价值进行了评定估算。整个评估过程包括接受委托、评估准备、现场清查核实、评定估算、评估汇总及提交报告等，具体评估过程如下：

（一）明确评估业务基本事项

由我公司业务负责人与委托人代表商谈明确委托人、被评估单位和委托人以外的其他评估报告使用者；评估目的；评估对象和评估范围；价值类型；评估基准日；评估报告使用限制；评估报告提交时间及方式；委托人配合和协助资产评

估等其他重要事项。

（二）签订资产评估委托合同

根据评估业务具体情况，我公司对自身专业胜任能力、独立性和业务风险进行综合分析和评价，并由评估机构决定承接该评估业务。

（三）编制评估计划

我公司承接该评估业务后，立即组织资产评估师编制了评估计划。评估计划包括评估的具体步骤、时间进度、人员安排和技术方案等内容。

（四）现场调查

根据评估业务具体情况，我们对评估对象进行了适当的现场调查。包括：

要求委托人和被评估单位提供涉及评估对象和评估范围的详细资料；

要求委托人或者被评估单位对其提供的评估明细表及相关证明材料以签名、盖章或者其他方式进行确认；

资产评估师通过询问、函证、核对、监盘、勘查、检查等方式进行调查，获取评估业务需要的基础资料，了解评估对象现状，关注评估对象法律权属；

对无法或者不宜对评估范围内所有资产、负债等有关内容进行逐项调查的，根据重要程度采用抽查等方式进行调查。

（五）收集评估资料

我们根据评估业务具体情况收集评估资料，并根据评估业务需要和评估业务实施过程中的情况变化及时补充收集评估资料。这些资料包括：

直接从市场等渠道独立获取的资料，从委托人、被评估单位等相关当事方获取的资料，以及从各类专业机构和其他相关部门获取的资料；

查询记录、询价结果、检查记录、行业资讯、分析资料等形式；

资产评估师根据评估业务具体情况对收集的评估资料进行必要分析、归纳和整理形成的资料。

评估人员通过收集分析企业历史经营情况和未来经营规划以及与管理层访谈对企业的经营业务进行调查，主要内容如下：

1、了解企业历史年度权益资本的构成、权益资本的变化；

2、了解企业历史年度经营销售情况及其变化，分析销售收入变化的原因；



3、了解企业历史年度期间费用的构成及其变化；

4、了解企业主要的业务构成，分析业务对企业销售收入的贡献情况；

5、了解企业历史年度利润情况，分析利润变化的主要原因；

6、收集了解企业各项经营指标、财务指标，分析各项指标变动原因；

7、了解企业未来年度的经营计划等；

8、了解企业的税收政策；

9、收集企业所在行业的有关资料，了解行业现状、区域市场状况及未来发展趋势；

10、了解企业的溢余资产和非经营性资产负债的内容及其资产状况。

（六）评定估算

评估的主要工作：按资产类别进行价格查询和市场询价的基础上，选择合适的测算方法，估算各类资产评估值，并进行汇总分析，初步确定评估结果。

（七）编制和提交评估报告

在上述工作的基础上，起草资产评估报告初稿。我公司内部对评估报告初稿和工作底稿进行三级审核后，与委托人、被评估单位就评估报告有关内容进行必要沟通。在全面考虑有关意见后，对评估结论进行必要的调整、修改和完善，然后重新按我公司内部资产评估报告三审制度和程序对报告进行审核后，向委托人提交正式评估报告。

# 九、评估假设

由于企业所处运营环境的变化以及不断变化着的影响资产价值的种种因素，必须建立一些假设以便资产评估师对资产进行价值判断，充分支持我们所得出的评估结论。本次评估是建立在以下前提和假设条件下的：

（一）一般假设

1、企业持续经营假设

企业持续经营假设是假定被评估单位的经营业务合法，并不会出现不可预见的因素导致其无法持续经营，被评估资产现有用途不变并原地持续使用。

挺升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

2、交易假设

交易假设是假定所有待评估资产已经处在交易的过程中，评估师根据待评估资产的交易条件等模拟市场进行估价。交易假设是资产评估得以进行的一个最基本的前提假设。

3、公开市场假设

公开市场假设是假定在市场上交易的资产，或拟在市场上交易的资产，资产交易双方彼此地位平等，彼此都有获取足够市场信息的机会和时间，以便于对资产的功能、用途及其交易价格等做出理智的判断。公开市场假设以资产在市场上可以公开买卖为基础。

4、持续使用假设

持续使用假设首先设定被评估资产正处于使用状态，包括正在使用中的资产和备用的资产；其次根据有关数据和信息，推断这些处于使用状态的资产还将继续使用下去。

（二）特殊假设

1、假设国家宏观经济形势及现行的有关法律、法规、政策，无重大变化。

2、假设被评估单位所在的行业保持稳定发展态势，行业政策、管理制度及相关规定无重大变化。

3、假设国家有关赋税基准及税率、政策性征收费用等不发生重大变化。

4、假设无其他人力不可抗拒因素及不可预见因素，造成对企业重大不利影响。

5、假设本次评估测算的各项参数取值是按照现时价格体系确定的，未考虑基准日后通货膨胀因素的影响。

6、假设被评估单位提供的历年财务资料所采用的会计政策和进行收益预测时所采用的会计政策不存在重大差异。

7、假设企业经营现金流入、流出均匀发生；

8、假设企业管理层稳定、勤勉尽责，且不存在同业竞争；

9、假设研发费用加计扣除政策未来维持不变。



# 十、评估结论

根据国家有关资产评估的规定，本着独立、客观、公正的原则及必要的评估程序，对厦门三五互联信息有限公司的股东全部权益价值采用收益法和资产基础法进行了评估。根据以上评估工作，评估结论如下：

（一）收益法评估结果

评估基准日三五信息资产总额账面价值为 5,244.36 万元，总负债账面价值为 3,565.87 万元，股东全部权益账面价值为 1,678.49 万元。

收益法评估后的厦门三五互联信息有限公司股东全部权益价值为 4,081.00 万元，增值额为 2,402.51 万元，增值率为 143.14%。

（二）资产基础法评估结果

评估基准日总资产账面价值为 5,244.36 万元，评估价值为 5,308.05 万元，增值额为 63.70 万元，增值率为 1.21%；总负债账面价值为 3,565.87 万元，评估价值为 3,565.87 万元，无评估增减值；股东全部权益账面价值为 1,678.49 万元，股东全部权益评估价值为 1,742.18 万元，增值额为 63.70 万元，增值率为 3.79%。

资产基础法具体评估结果详见下列评估结果汇总表：

### 资产基础法评估结果汇总表

评估基准日：2024 年 5 月 31 日　　　　　　　　　　金额单位：人民币万元

| 项　　　目 | | 账面价值 | 评估价值 | 增减值 | 增（减）值率% |
|---|---|---|---|---|---|
| | | A | B | C=B−A | D=C/A×100% |
| 流动资产 | 1 | 2,653.85 | 2,653.85 | 0.00 | 0.00 |
| 非流动资产 | 2 | 2,590.51 | 2,654.20 | 63.70 | 2.46 |
| 其中：长期股权投资 | 3 | 64.50 | 40.06 | −24.44 | −37.89 |
| 固定资产 | 4 | 410.84 | 474.21 | 63.37 | 15.43 |
| 无形资产 | 5 | 2,114.67 | 2,139.42 | 24.76 | 1.17 |
| 其他非流动资产 | 6 | 0.50 | 0.50 | 0.00 | 0.00 |
| **资产总计** | 7 | 5,244.36 | 5,308.05 | 63.70 | 1.21 |
| 流动负债 | 8 | 3,565.87 | 3,565.87 | 0.00 | 0.00 |
| **负债总计** | 9 | 3,565.87 | 3,565.87 | 0.00 | 0.00 |
| **净资产** | 10 | 1,678.49 | 1,742.18 | 63.70 | 3.79 |

（三）评估结论

收益法评估后的股东全部权益价值为 4,081.00 万元，资产基础法评估后的股



东全部权益价值为 1,742.18 万元,两者相差 2,338.82 万元,差异率为 134.25%。

两种方法评估结果差异的主要原因是两种评估方法考虑的角度不同,资产基础法是从资产的再取得途径考虑的,反映的是企业现有资产的重置价值。收益法是从企业的未来获利能力角度考虑的,反映了企业各项资产的综合获利能力。

考虑到一般情况下,资产基础法模糊了单项资产与整体资产的区别。凡是整体性资产都具有综合获利能力。资产基础法仅能反映企业资产的自身价值,而不能全面、合理的体现企业的整体价值,并且采用资产基础法也无法涵盖诸如销售渠道、人力资源等无形资产的价值。虽然三五信息成立于 2023 年,但是业务及专业技术团队由珽升科技股份有限公司转让,经过近二十年的发展,公司已形成了自己特有的经营理念、经营策略、经营方法、技术团队等,同时也积累了较为深厚的客户资源。评估师经过对三五信息及母公司历史年度财务状况的调查及历史经营业绩分析,依据资产评估准则的规定,结合本次资产评估对象、评估目的,适用的价值类型,经过比较分析,认为收益法的评估结果能更全面、合理地反映三五信息的股东全部权益价值。

故本次评估最终结论采用收益法评估结果,即厦门三五互联信息有限公司股东全部权益价值为 4,081.00 万元。

# 十一、特别事项说明

本评估报告使用者应对特别事项对评估结论产生的影响予以关注。

(一)重要的利用专家工作及相关报告情况

厦门三五互联信息有限公司 2023 年度会计报表经华兴会计师事务所(特殊普通合伙)审计,并出具了编号为"华兴审字[2024]23013420138 号"审计报告;2024 年 5 月会计报表经华兴会计师事务所(特殊普通合伙)审计,并出具了编号为"华兴审字[2024]24008460016 号"审计报告。

(二)权属等主要资料不完整或者存在瑕疵的情形

无



（三）评估程序受到限制的情形

本次评估部分固定资产−电子设备托管于鹏博士大数据有限公司北京分公司、宸翊互联(上海)信息科技有限公司等，无法实地盘点勘察，本次评估对该类设备采用企业提供照片、设备运维记录托管服务协议及购置合同、发票等替代程序。

| 明细表序号 | 资产编号 | 设备名称 | 存放地点 |
|---|---|---|---|
| 70 | FSCQ0328 | DELL 服务器 | 厦门电信海峡机房 |
| 64 | FSCQ0361 | DELL 服务器 R740xd | 北京惠普 |
| 66 | FSCQ0365 | DELL 服务器 R740xd | 北京惠普 |
| 61 | FSCQ0353 | DELL 服务器 R740xd | 北京惠普 |
| 59 | FSCQ0342 | DELL 服务器 R740xd | 北京惠普 |
| 60 | FSCQ0344 | DELL 服务器 R740xd | 北京惠普 |
| 65 | FSCQ0362 | DELL 服务器 R740xd | 北京惠普 |
| 67 | FSCQ0366 | DELL 服务器 R740xd | 北京惠普 |
| 62 | FSCQ0354 | DELL 服务器 R740xd | 北京惠普 |
| 63 | FSCQ0356 | DELL 服务器 R740xd | 北京惠普 |
| 68 | FSCQ0375 | DELL 服务器 R740xd | 北京惠普 |
| 3 | FSCQ0379 | DELL 服务器 R640 | 北京惠普 |
| 69 | FSCQ0381 | DELL 服务器 （DELLR730XD） | 厦门电信软二 |
| 45 | FSCQ0360 | DELL 服务器 R740xd | 北京苏州桥 |
| 49 | FSCQ0378 | DELL 服务器 R740xd | 北京苏州桥 |
| 51 | FSCQ0382 | DELL 服务器 R740xd | 北京苏州桥 |
| 46 | FSCQ0370 | DELL 服务器 R740xd | 北京苏州桥 |
| 48 | FSCQ0372 | DELL 服务器 R740xd | 北京苏州桥 |
| 54 | FSCQ0389 | DELL 服务器 R740xd | 北京苏州桥 |
| 56 | FSCQ0392 | DELL 服务器 R740xd | 北京苏州桥 |
| 58 | FSCQ0396 | DELL 服务器 R740xd | 北京苏州桥 |
| 50 | FSCQ0380 | DELL 服务器 R740xd | 北京酒仙桥 |
| 52 | FSCQ0384 | DELL 服务器 R740xd | 北京酒仙桥 |
| 47 | FSCQ0371 | DELL 服务器 R740xd | 北京酒仙桥 |
| 53 | FSCQ0388 | DELL 服务器 R740xd | 北京酒仙桥 |
| 55 | FSCQ0390 | DELL 服务器 R740xd | 北京酒仙桥 |
| 57 | FSCQ0394 | DELL 服务器 R740xd | 北京酒仙桥 |
| 2 | FSCQ0385 | DELL 服务器　R640 | 北京苏州桥 |
| 1 | FSCQ0374 | DELL 服务器　R640 | 北京酒仙桥 |
| 4 | FSCQ0001 | DELL 服务器 R740xd | 北京惠普 |
| 11 | FSCQ0011 | DELL 服务器 R740xd | 北京惠普 |
| 12 | FSCQ0012 | DELL 服务器 R740xd | 北京惠普 |
| 6 | FSCQ0003 | DELL 服务器 R740xd | 北京惠普 |
| 5 | FSCQ0002 | DELL 服务器 R740xd | 北京惠普 |
| 7 | FSCQ0004 | DELL 服务器 R740xd | 北京惠普 |
| 8 | FSCQ0005 | DELL 服务器 R740xd | 北京惠普 |
| 9 | FSCQ0006 | DELL 服务器 R740xd | 北京惠普 |
| 16 | FSCQ0007 | DELL 服务器 R740xd | 北京惠普 |

珐升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

| 明细表序号 | 资产编号 | 设备名称 | 存放地点 |
|---|---|---|---|
| 17 | FSCQ0008 | DELL 服务器 R740xd | 北京惠普 |
| 18 | FSCQ0009 | DELL 服务器 R740xd | 北京惠普 |
| 10 | FSCQ0010 | DELL 服务器 R740xd | 北京惠普 |
| 13 | FSCQ0401 | DELL 服务器 R740xd | 北京惠普 |
| 14 | FSCQ0402 | DELL 服务器 R740xd | 北京惠普 |
| 15 | FSCQ0403 | DELL 服务器 R740xd | 北京惠普 |
| 19 | FSCQ0404 | DELL 服务器 R740xd | 北京惠普 |
| 20 | FSCQ0405 | DELL 服务器 R740xd | 北京惠普 |
| 22 | FSCQ0408 | DELL 服务器 R740xd | 北京苏州桥 |
| 23 | FSCQ0409 | DELL 服务器 R740xd | 北京苏州桥 |
| 24 | FSCQ0410 | DELL 服务器 R740xd | 北京苏州桥 |
| 25 | FSCQ0411 | DELL 服务器 R740xd | 北京苏州桥 |
| 26 | FSCQ0412 | DELL 服务器 R740xd | 北京苏州桥 |
| 27 | FSCQ0413 | DELL 服务器 R740xd | 北京苏州桥 |
| 28 | FSCQ0414 | DELL 服务器 R740xd | 北京苏州桥 |
| 29 | FSCQ0415 | DELL 服务器 R740xd | 北京苏州桥 |
| 30 | FSCQ0416 | DELL 服务器 R740xd | 北京苏州桥 |
| 31 | FSCQ0417 | DELL 服务器 R740xd | 北京苏州桥 |
| 32 | FSCQ0418 | DELL 服务器 R740xd | 北京苏州桥 |
| 33 | FSCQ0419 | DELL 服务器 R740xd | 北京苏州桥 |
| 34 | FSCQ0420 | DELL 服务器 R740xd | 北京苏州桥 |
| 35 | FSCQ0421 | DELL 服务器 R740xd | 北京苏州桥 |
| 36 | FSCQ0422 | DELL 服务器 R740xd | 北京酒仙桥 |
| 37 | FSCQ0423 | DELL 服务器 R740xd | 北京酒仙桥 |
| 38 | FSCQ0424 | DELL 服务器 R740xd | 北京酒仙桥 |
| 39 | FSCQ0425 | DELL 服务器 R740xd | 北京酒仙桥 |
| 40 | FSCQ0426 | DELL 服务器 R740xd | 北京酒仙桥 |
| 41 | FSCQ0427 | DELL 服务器 R740xd | 北京酒仙桥 |
| 42 | FSCQ0428 | DELL 服务器 R740xd | 北京酒仙桥 |
| 43 | FSCQ0429 | DELL 服务器 R740xd | 北京酒仙桥 |
| 44 | FSCQ0430 | DELL 服务器 R740xd | 北京酒仙桥 |
| 21 | FSCQ0431 | DELL 服务器 R740xd | 北京酒仙桥 |

（四）评估基准日至评估报告日之间可能对评估结论产生影响的事项

1、评估基准日期后事项系评估基准日至评估报告日之间发生的重大事项；

2、在评估基准日后，当被评估资产因不可抗力而发生拆除、毁损、灭失，往来账款产生坏账等影响资产价值的期后事项时，不能直接使用评估结论；

3、发生评估基准日期后重大事项时，不能直接使用本评估结论。在本次评估结果有效期内若资产数量发生变化，应根据原评估方法对评估价值进行相应调整。

（五）需要说明的其他问题

1、本评估报告是在独立、客观、公正的原则下做出的，遵循了有关的法律、法规的规定。我公司及所有参加评估的人员与委托人及有关当事人之间无任何特殊利害关系，评估人员在整个评估过程中，始终恪守职业道德和规范。

2、本评估报告中涉及的有关企业经营的一般资料、产权资料、政策文件及相关材料由委托人及被评估单位负责提供，对其真实性、合法性由委托人及被评估单位承担相关的法律责任，资产评估师执行资产评估业务的目的是对评估对象的价值进行估算并发表专业意见，对评估对象的法律权属确认或发表意见超出了资产评估的执业范围，因此评估机构不对评估对象的法律权属提供保证。

3、对企业存在的可能影响资产评估价值的瑕疵事项，在企业委托时未作特殊说明而评估人员已履行评估程序仍无法获知的情况下，评估机构及评估人员不承担相关责任。

4、评估报告附件与报告正文配套使用方为有效。

5、根据《资产评估委托合同》的约定，本次评估范围不包括三五信息持有的厦门谊泰企业管理合伙企业(有限合伙)40%权益，评估基准日，三五信息对厦门谊泰企业管理合伙企业(有限合伙)投资的账面价值为 0 元。

6、三五信息业务承接自股东珐升科技股份有限公司，公司开展业务以三五品牌的名义进行，收益预测中未考虑品牌使用所生产的费用。

# 十二、评估报告使用限制说明

（一）本评估报告只能用于评估报告载明的评估目的和用途，由评估报告载明的评估报告使用者使用；本公司不对报告使用者运用本报告于本次评估目的以外的经济行为所产生的后果负责。

（二）委托人或者其他资产评估报告使用人应按照法律、行政法规规定和资产评估报告载明的使用范围使用资产评估报告的，资产评估机构及其资产评估专业人员不承担责任。

（三）除委托人、资产评估委托合同中约定的其他资产评估报告使用人和法律、



挺升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告

行政法规规定的资产评估报告使用人之外，其他任何机构和个人不能成为资产评估报告的使用人。

本评估报告的全部或者部分内容被摘抄、引用或者被披露于公开媒体，需评估机构审阅相关内容，法律、法规规定以及相关当事方另有约定的除外。

（四）资产评估报告使用人应当正确理解和使用评估结论，评估结论不等同于评估对象可实现价格，评估结论不应当被认为是对评估对象可实现价格的保证。

# 十三、资产评估报告日

资产评估报告日为资产评估师最终专业意见形成日，本项目资产评估报告日为 2024 年 7 月 9 日。

*琏升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告*

# 十四、资产评估专业人员签名和资产评估机构印章

北方亚事资产评估有限责任公司                    资产评估师：

（盖章）                                        签名并盖章

资产评估师：

签名并盖章

二〇二四年七月九日

# 资产评估报告附件

(一)被评估单位审计报告;

(二)经济行为文件;

(三)委托人和被评估单位法人营业执照;

(四)评估对象涉及的主要权属证明资料;

(五)委托人和其他相关当事人的承诺函;

(六)签名资产评估师承诺函;

(七)资产评估机构备案文件;

(八)资产评估机构营业执照副本;

(九)资产评估师登记卡;

(十)资产评估委托合同。



**This report is prepared based on Chinese Valuation Standards**

# Asset Valuation Report
## on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer
### Bei Fang Ya Shi Ping Bao Zi [2024] No. 01-748

**(Volume 1 of 1)**



**NORTH ASIA ASSETS ASSESSMENT CO., LTD.**
NORTH ASIA ASSETS ASSESSMENT CO., LTD.

**July 09, 2024**

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

# Table of Contents

Statement ........................................................................................................................................... 1

Summary of the Asset Valuation Report ........................................................................................... 3

Body Text of the Asset Valuation Report .......................................................................................... 5

I. Overview of Client, Valuated Unit and Other Users of the Asset Valuation Report agreed upon in the Asset Valuation Entrustment Contract ... 5

II. Purpose of Valuation .................................................................................................................... 9

III. Object and Scope of Valuation .................................................................................................... 9

IV. Types of Value ............................................................................................................................ 16

V. Valuation Base Date .................................................................................................................... 17

VI. Basis of Valuation ...................................................................................................................... 17

VII. Valuation Approaches ............................................................................................................... 19

VIII. Process and Situation of Valuation Procedure Implementation ............................................. 25

IX. Valuation Assumptions .............................................................................................................. 27

X. Valuation Conclusion .................................................................................................................. 29

XI. Special Notes ............................................................................................................................. 30

XII. Description of Restrictions on the Use of the Valuation Report ............................................. 33

XIII. Date of Asset Valuation Report .............................................................................................. 34

XIV. Signatures of Asset Valuation Professionals and Seal of Asset Valuation Institution ......... 35

Appendixes to Asset Valuation Report .......................................................................................... 36

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

# Statement

This asset valuation report is prepared in accordance with the Basic Standards for Asset Valuation issued by the Ministry of Finance and the Asset Valuation Practice Standards and Code of Professional Ethics issued by China Appraisal Society.

(I) The client or other users of the asset valuation report should use the asset valuation report in accordance with the provisions of laws and administrative regulations and the scope of use specified in this asset valuation report; if the client or other users of the asset valuation report use the asset valuation report in violation of the aforementioned provisions, the asset valuation institution and the public valuers will not be liable.

This asset valuation report should only be used by the client, other users of the asset valuation report stipulated in the asset valuation contract and users of the asset valuation report stipulated by laws and administrative regulations; no other institutions and individuals may become the users of the asset valuation report.

The asset valuation institution and public valuers indicate that users of the asset valuation report should understand the valuation conclusion correctly. The valuation conclusion is not equivalent to the achievable price of the valuated object, and the valuation conclusion should not be considered as a guarantee for the achievable price of the valuated object.

(II) The asset valuation institution and public valuers should abide by laws, administrative regulations and asset valuation standards, adhere to the principles of independence, objectivity and impartiality, and assume responsibilities for the asset valuation report issued in accordance with the laws.

(III) The list of assets and liabilities involved by the valuated object should be declared by the client and the valuated unit and confirmed by their signatures, seals or other methods permitted by laws; the client and other relevant parties should be responsible for the authenticity, integrity and legality of the materials provided by them in accordance with the laws.

(IV) There are no existing or expected interest relationships between the asset valuation institution and public valuers and the valuated object in the asset valuation report; there are no existing or expected interest relationships between the asset valuation institution and public valuers and relevant parties, and there is no bias against relevant parties.

(V) The public valuers have conducted an on-site investigation on the valuated object and its related assets in the asset valuation report; have paid necessary attention to the legal ownership status of the valuated object and its related assets, checked the legal ownership information of the valuated object and its related assets, and truthfully disclosed the problems that have been discovered, and have asked the client and other relevant parties to make the property rights complete to meet the requirements for issuing the asset valuation report.



**NORTH ASIA ASSETS ASSESSMENT CO., LTD.**
NORTH ASIA ASSETS ASSESSMENT CO., LTD.

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

    (VI) The analysis, judgment and results in the asset valuation report issued by the asset valuation institution are subject to the assumptions and restrictions in the asset valuation report. The users of the asset valuation report should fully consider the assumptions, restrictions and special notes stated in the asset valuation report and their impact on the valuation conclusion.

NORTH ASIA ASSETS ASSESSMENT CO., LTD.
NORTH ASIA ASSETS ASSESSMENT CO., LTD.

Page 2

# Summary of the Asset Valuation Report
# on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd.
# Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

### Bei Fang Ya Shi Ping Bao Zi [2024] No. 01-748

North Asia Assets Assessment Co., Ltd. accepted the entrustment of Leascend Technology Co., Ltd. [hereinafter referred to as: Leascend Technology], and conducted a valuation on the market value of all equity of shareholders of Xiamen 35.com Co., Ltd. [hereinafter referred to as: 35.com] involved in Leascend Technology Co., Ltd.'s proposed equity transfer as of May 31, 2024 in accordance with the provisions of laws and administrative regulations, on the basis of the principles of independence, objectivity and impartiality, through the income approach and the asset-based approach, and in line with the necessary valuation procedures. The valuation report summary is as follows:

I. Purpose of Valuation: As Leascend Technology Co., Ltd. intended to transfer the equity, it is necessary to conduct a valuation on all equity value of shareholders of Xiamen 35.com Co., Ltd. as of May 31, 2024, so as to provide value references for the above economic behavior.

II. Valuated Object and Scope of Valuation: The valuated object is all equity value of shareholders of 35.com; the scope of valuation is all assets and liabilities of 35.com except the equity of Xiamen Yitai Enterprise Management Partnership (Limited Partnership) held by 35.com, specifically including: Current assets, non-current assets (long-term equity investments, fixed assets, intangible assets, deferred tax assets), current liabilities, and non-current liabilities.

III. Value Type: Market value.

IV. Valuation Base Date: May 31, 2024.

V. Valuation Method: Income approach and asset-based approach.

VI. Valuation Conclusion:

For the valuation, the valuation result based on the income approach is used as the valuation conclusion.

On the valuation base date, the total book value of assets of 35.com was RMB 52.4436 million, the total book value of liabilities was RMB 35.6587 million, and the book value of all equity of shareholders was RMB 16.7849 million.

**NORTH ASIA ASSETS ASSESSMENT CO., LTD.**
NORTH ASIA ASSETS ASSESSMENT CO., LTD.

Page 3

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

The all equity value of the shareholders of Xiamen 35.com Co., Ltd. after the valuation based on the income approach was RMB 40.81 million, with an appreciation value of RMB 24.0251 million, and an appreciation rate of 143.14%.

VII. Validity Period of Valuation Conclusion: The validity period of the valuation conclusion is one year from the valuation base date, that is, from May 31, 2024 to May 30, 2025. If the valuation goes beyond the one-year validity period, it is necessary to repeat the valuation.

VIII. Special Matters Affecting the Valuation Conclusion

In accordance with the stipulations of the Asset Valuation Entrustment Contract, the scope of the valuation does not include the 40% of the equity in Xiamen Yitai Enterprise Management Partnership (Limited Partnership) held by 35.com. As of the valuation base date, the book value of 35.com's investment in Xiamen Yitai Enterprise Management Partnership (Limited Partnership) was RMB 0.

IX. Date of Asset Valuation Report: The date of this asset valuation report is July 09, 2024.

**The above content is extracted from the body text of the asset valuation report. To understand the details of the valuation and correctly understand the valuation conclusion, you should read the body text of the asset valuation report.**

**NORTH ASIA ASSETS ASSESSMENT CO., LTD.**
NORTH ASIA ASSETS ASSESSMENT CO., LTD.

Page 4

# Body Text of the Asset Valuation Report
## on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd.
## Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

### Bei Fang Ya Shi Ping Bao Zi [2024] No. 01-748

**Leascend Technology Co., Ltd.:**

North Asia Assets Assessment Co., Ltd. accepted your entrustment, and valued the market value of all equity of shareholders of Xiamen 35.com Co., Ltd. as of May 31, 2024 in accordance with the provisions of laws, administrative regulations and asset valuation standards, on the basis of the principles of independence, objectivity and impartiality, through the income approach and the asset-based approach, and in line with the necessary valuation procedures. The asset valuation situation is reported as follows.

### I. Overview of Client, Valuated Unit and Other Users of the Asset Valuation Report agreed upon in the Asset Valuation Entrustment Contract

The client is Leascend Technology Co., Ltd., and the valuated unit is Xiamen 35.com Co., Ltd. Other users of the asset valuation report agreed upon in the asset valuation entrustment contract are other report users stipulated by laws and regulations.

(I) Profile of Client

Name: Leascend Technology Co., Ltd. [hereinafter referred to as: Leascend Technology]
Unified Social Credit Code: 91350200751642792T
Registered Address: No. 66, Tongjia East Road, Nantong Hi-Tech Industrial Development Zone

Mailing Address: Floor 1, No. 8, Guanri Road, Phase II, Software Park, Xiamen Torch Hi-Tech Industrial Development Zone,
Registered Capital: RMB 365.69869 million
Legal Representative: Huang Mingliang
Date of Establishment: April 01, 2004


**NORTH ASIA ASSETS ASSESSMENT CO., LTD.**
NORTH ASIA ASSETS ASSESSMENT CO., LTD.

Page 5

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

Nature of Enterprise: Other joint stock company limited (listed)

Scope of Business: Licensed items: Basic telecommunications services; Class I value-added telecommunications services; Class II value-added telecommunications services; Internet information services; Internet domain name registration services. (For items that shall be approved in accordance with the laws, operation activities may only be carried out after approvals from relevant departments have been obtained, and specific operation items shall be subject to the approval result) General items: Engineering and technology research and experimental development; data processing and storage support services; software development; information system integration services; information technology consulting services; information consulting services (excluding license information consulting services); digital content production services (excluding publication and distribution); wholesale of computer software and hardware and auxiliary equipment; retail of computer software and hardware and auxiliary equipment; mobile terminal equipment sales; non-residential real estate lease; property management; marketing planning; photovoltaic equipment and component manufacturing; photovoltaic equipment and component sales; manufacturing of electronic special materials; sales of electronic special materials; battery manufacturing; battery sales; technology import and export; import and export of goods; import and export agency (except for items that shall be approved in accordance with the laws, operation activities may be carried out independently with business license in accordance with the laws)

(II) Overview of Valuated Unit

1. Overview of Industrial and Commercial Registration

Name: Xiamen 35.com Co., Ltd.

Unified Social Credit Code: 91350200MACKTQ1N08

Registered Address: Unit A01, Room 401, No. 8, Guanri Road, Software Park Phase II, Xiamen Torch High-Tech Industrial Development Zone

Registered Capital: RMB 20 million

Legal Representative: Zhang Weiwei

Date of Establishment: June 01, 2023

Nature of Enterprise: Limited liability company (sole proprietorship of legal person invested or controlled by a natural person)

Scope of Business: Licensed items: Internet information services; Class II value-added telecommunications services; Class I value-added telecommunications services; Internet domain name registration services. (For items that shall be approved in accordance with the laws, operation activities may only be carried out after approvals from relevant departments have been obtained; specific operation items are subject to the approval documents or license certificates of relevant departments) General items: Data processing and storage support services; software development; technical services, technology development, technology consulting, technology exchange, technology transfer, technology promotion; technology import and export; information system integration services; information technology consulting services; information consulting services (excluding license information consulting services); digital content production services (excluding publication and distribution); wholesale of computer software and hardware and auxiliary equipment; retail of computer software and hardware and auxiliary equipment; mobile terminal equipment sales; advertisement design and agency; marketing planning; project planning and public relations services; photography and video production services. (Except for items that shall be approved in accordance with the laws, operation activities may be carried out independently with business license in accordance with the laws)

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

(II) Historical Development

1. Establishment of 35.com

35.com was invested and established by Leascend Technology on June 2023, with the equity structure at the time of establishment as follows:

| Name of Shareholder | Contribution Amount [RMB 10,000] | Contribution Ratio (%) |
|---|---|---|
| Leascend Technology | 2,000.00 | 100 |
| Total | 2,000.00 | 100 |

As of the valuation base date, the equity structure of 35.com has not changed.

(III) Assets, Liabilities, Equity and Operation Performance of the Enterprise in Recent Year

## Balance Sheet for Recent Year

Amount Unit: RMB

| Item | December 31, 2023 | May 31, 2024 |
|---|---|---|
| Current assets: | | |
| Cash and cash equivalents | 1,829,397.57 | 1,147,801.14 |
| Accounts receivable | 2,371,847.00 | 4,988,519.49 |
| Accounts receivable financing | - | - |
| Advance payment | 8,918,676.29 | 12,702,055.84 |
| Other receivables | 158,000.00 | 7,466,479.80 |
| Contract assets | 12,831.65 | 50,872.69 |
| Other current assets | 1,017,333.07 | 182,778.23 |
| Total current assets | 14,308,085.58 | 26,538,507.19 |
| Non-current assets: | | |
| Long-term equity investment | 645,000.00 | 645,000.00 |
| Fixed assets | 4,509,250.41 | 4,108,391.65 |
| Intangible assets | 20,409,534.39 | 21,146,651.13 |
| Deferred tax asset | 183.21 | 5,043.43 |
| Other non-current assets | 1,900,599.97 | - |
| Total non-current assets | 27,464,567.98 | 25,905,086.21 |
| Total assets | 41,772,653.56 | 52,443,593.40 |
| Current liabilities: | | |
| Accounts payable | 1,015,094.11 | 3,082,715.58 |
| Advance collection | - | - |
| Financial liabilities sold for repurchase | | |
| Employee benefits payable | 2,059,017.56 | 1,600,149.12 |
| Tax payable | 2,100.02 | 32,503.86 |
| Interest payable | - | - |
| Dividend payable | - | - |
| Other payables | 15,067,208.66 | 13,527,778.79 |
| Contract liabilities | 6,777,730.07 | 16,737,919.02 |

**NORTH ASIA ASSETS ASSESSMENT CO., LTD.**
NORTH ASIA ASSETS ASSESSMENT CO., LTD.

Page 7

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

| | | |
|---|---|---|
| Other current liabilities | 395,277.08 | 677,655.38 |
| Total current liabilities | 25,316,427.50 | 35,658,721.75 |
| Non-current liabilities: | | |
| Total non-current liabilities | - | - |
| Total liabilities | 25,316,427.50 | 35,658,721.75 |
| Owner's equity (or shareholder's equity): | | |
| Paid-in capital (or capital stock) | 20,000,000.00 | 20,000,000.00 |
| Undistributed profit | -3,543,773.94 | -3,215,128.35 |
| Translation difference in foreign currency statements | - | - |
| **Total owner's equity (or shareholder's equity) attributable to the parent company** | **16,456,226.06** | **16,784,871.65** |
| Minority interest | | |
| **Total owner's equity (or shareholder's equity)** | 16,456,226.06 | 16,784,871.65 |
| **Total liabilities and owner's equity (or shareholder's equity)** | 41,772,653.56 | 52,443,593.40 |

## Income Statement for Recent Year

Amount Unit: RMB

| Item | 2023 | January-May 2024 |
|---|---|---|
| I. Operating income | 31,901,557.11 | 27,066,070.03 |
| Less: Operating costs | 17,953,450.39 | 14,190,289.40 |
| Taxes and surcharges | 10,589.70 | 7,043.20 |
| Sales expenses | 9,648,265.39 | 6,334,455.99 |
| Overhead | 3,419,205.31 | 3,018,770.53 |
| R&D expenses | 4,397,190.67 | 3,207,596.33 |
| Financial expenses | 18,995.04 | 15,197.86 |
| Other income | 3,797.38 | 48,577.39 |
| Credit impairment loss | -2,988.84 | -14,507.35 |
| Asset impairment loss | -675.35 | -2,002.16 |
| II. Operating profit (loss is indicated with a mark of "-") | -3,546,006.20 | 324,784.60 |
| Plus: Non-operating income | 2,049.05 | 0.77 |
| Less: Non-operating expenses | - | 1,000.00 |
| III. Total profits (total loss is indicated with a mark of "-") | -3,543,957.15 | 323,785.37 |
| Less: Income tax expenses | -183.21 | -4,860.22 |
| IV. Net profit (net loss is indicated with a mark of "-") | -3,543,773.94 | 328,645.59 |
| Including: Net profit realized by the merged party prior to the merger | | |
| Net profit attributable to owners of the parent company | -3,543,773.94 | 328,645.59 |

The accounting statements for 2023 of Xiamen 35.com Co., Ltd. were audited by Huaxing Certified Public Accountants Firm (Special General Partnership), which issued the audit report (Hua Xing Shen Zi [2024] No. 23013420138); the accounting statements as of May 2024 were audited by Huaxing Certified Public Accountants Firm (Special General Partnership), which issued the audit report (Hua Xing Shen Zi [2024] No. 24008460016).

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

(III) Relationship between the Client and the Valuated Unit
The valuated unit is a wholly owned subsidiary of the client.
(IV) Other Users of the Asset Valuation Report Agreed upon In the Asset Valuation Entrustment Contract

Other users of the valuation report are other users of the valuation report as stipulated by laws and regulations.

## II. Purpose of Valuation

As Leascend Technology Co., Ltd. intends to transfer the equity of Xiamen 35.com Co., Ltd., it is necessary to conduct a valuation on all equity value of shareholders of Xiamen 35.com Co., Ltd. as of the valuation base date, so as to provide value references for the above economic behavior.

## III. Object and Scope of Valuation

The object of the valuation is all equity value of shareholders of Xiamen 35.com Co., Ltd.

All assets and liabilities of Xiamen 35.com Co., Ltd., except for the equity of Xiamen Yitai Enterprise Management Partnership (Limited Partnership) held were included in the valuation scope on the valuation base date. Specifically including: Current assets, non-current assets (long-term equity investment, fixed assets, intangible assets, deferred tax assets), and current liabilities. On the valuation base date, the total book value of assets of 35.com was RMB 52.4436 million, the total book value of liabilities was RMB 35.6587 million, and the book value of all equity of shareholders was RMB 16.7849 million.

 I. Information and characteristics of physical assets declared by the enterprise and recorded in the books
The physical assets declared by the enterprise and included in the valuation scope include: Vehicles, electronic devices. The types and characteristics of physical assets are as follows:
1. Type, quantity, distribution and storage location of physical assets
Physical assets of 35.com are mainly fixed assets.
The fixed assets include vehicles and electronic devices, of which there is a total of 1 vehicle, that is, a modern car. There are a total of 1,212 electronic devices, of which 255 were recorded in the books and 957 were not recorded in the books [electronic devices not recorded in the books were of lower unit value at the time of purchase and were directly expensed in the current period of purchase]. The electronic devices are mainly desktop computers, laptop computers, printers, servers, etc. The electronic devices of 35.com are mainly stored in the office space located on the

 **NORTH ASIA ASSETS ASSESSMENT CO., LTD.**
NORTH ASIA ASSETS ASSESSMENT CO., LTD.

Page 9

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

4th floor of 35.com Building in Xiamen City, Fujian Province, and some servers are stored at locations such as Beijing HP, Suxian [sic: Suzhou] Bridge, Beijing, and Jiuxian Bridge, Beijing. The fixed asset management system is relatively complete, and all assets can be assigned to specific departments for management and maintenance, and can be used normally.

2. Technical characteristics, actual use, major repairs, modifications and expansions, etc. of physical assets

Some fixed assets were transferred to 35.com by Leascend Technology Co., Ltd. As of the valuation base date, no major repairs were found. Routine maintenance was carried out according to daily use, and no major repairs or expansions were carried out.

II. Information of intangible assets declared by the enterprise and recorded or not recorded in the books

The intangible assets declared by the 35.com are 114 domain names, 91 computer software copyrights, 26 bought-in software, and 5 invention patents. The details are shown in the table below:

Intangible assets recorded in the books:

| S/N | Name and Content of Intangible Asset | Type of Intangible Asset | Certificate No. | Acquisition Date |
|-----|--------------------------------------|--------------------------|-----------------|------------------|
| 1 | KingbaseES V8.0 | Bought-in software | | December 2023 |
| 2 | Kingdee Apusic Load Balancer (ALB) V2.0 | Bought-in software | | December 2023 |
| 3 | KylinOS Advanced Server Operating System V10 | Bought-in software | | December 2023 |
| 4 | Ntko Office Controls | Bought-in software | | July 2023 |
| 5 | Information security management software | Bought-in software | | July 2023 |
| 6 | eYou Intelligent Operation and Maintenance Platform V2.0 | Bought-in software | | July 2023 |
| 7 | Information security management system (including cloud host management system) | Bought-in software | | July 2023 |
| 8 | Database audit system (DBSEC DAS 300A Software Version) | Bought-in software | | July 2023 |
| 9 | McAfee Network Credit Database Client Development Kit | Bought-in software | | July 2023 |
| 10 | Software*Kaspersky Network Security Solution Standard Version Software V10.0 | Bought-in software | | July 2023 |
| 11 | Domain name (eq.cn) | Domain name | | August 2023 |
| 12 | Domain name (jingtong.com) | Domain name | | August 2023 |
| 13 | Domain name (35.top) | Domain name | | October 2023 |
| 14 | Enterprise mobile business construction system | Bought-in software | | July 2023 |
| 15 | Mobile business social email app | Bought-in software | | July 2023 |
| 16 | Encrypted email | Bought-in software | | July 2023 |
| 17 | KOA | Bought-in software | | July 2023 |
| 18 | LM | Bought-in software | | July 2023 |
| 19 | Intelligent publishing system | Bought-in software | | July 2023 |
| 20 | Network USB drive | Bought-in software | | November 2023 |
| 21 | Online customer services | Bought-in software | | November 2023 |
| 22 | Gateway | Bought-in software | | November 2023 |
| 23 | IM | Bought-in software | | November 2023 |
| 24 | CRM | Bought-in software | | November 2023 |
| 25 | CRM2 | Bought-in software | | November 2023 |
| 26 | Enterprise post office | Bought-in software | | November 2023 |
| 27 | New CP | Bought-in software | | November 2023 |

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

| S/N | Name and Content of Intangible Asset | Type of Intangible Asset | Certificate No. | Acquisition Date |
|---|---|---|---|---|
| 28 | Intelligent security enhanced enterprise post office | Bought-in software | | November 2023 |
| 29 | Cloud intelligence OA | Bought-in software | | November 2023 |
| 30 | Ciwei virtual host management system | Copyright | 2024SR0161587 | January 2024 |
| 31 | 35.com Intelligent Email System V1.0 | Copyright | 2024SR0161559 | January 2024 |
| 32 | 35.com DNS-DIY Domain Name System V2.0 | Copyright | 2024SR0161641 | January 2024 |
| 33 | 35.com Template 4.0 System V4.0 | Copyright | 2024SR0176915 | January 2024 |
| 34 | 35.com Website Access Analysis System [Abbreviation: vhostlog] V1.0 | Copyright | 2024SR0161400 | January 2024 |
| 35 | 35 Card System | Copyright | 2024SR0299815 | February 2024 |
| 36 | 35 Cloud Portal Platform [Abbreviation: 35 Cloud Portal] V1.0 | Copyright | 2024SR0299824 | February 2024 |
| 37 | 35Emeeting System [Abbreviation: 35Emeeting] V3.0 | Copyright | 2024SR0299861 | February 2024 |
| 38 | Koukoulaile Client Catering Marketing System | Copyright | 2024SR0299900 | February 2024 |
| 39 | 350KR Target Management System V1.0 | Copyright | 2024SR0299841 | February 2024 |
| 40 | 35.com Enterprise Integrated Application Management Platform [Abbreviation: 35 Cloud Management Platform] V8.4 | Copyright | 2024SR0299753 | February 2024 |
| 41 | 35 Host Harmful Information Monitoring and Perception Platform [Abbreviation: 35 Security Platform] V1.0 | Copyright | 2024SR0299723 | February 2024 |
| 42 | 35.com Custom Website Building Management System [Abbreviation: 35Dcms] V5.0 | Copyright | 2024SR0299712 | February 2024 |
| 43 | 35 Enterprise Weibo Software [Abbreviation: 35Ewave] V1.0 | Copyright | 2023SR1370734 | November 2023 |
| 44 | 35.com LiveChat 2012 LiveChat Online Customer Service System [Abbreviation: LiveChat2012] V5.6 | Copyright | 2023SR1370720 | November 2023 |
| 45 | TaskFlow@35 Task Management System [Abbreviation: TaskFlow] V1.0 | Copyright | 2023SR1370716 | November 2023 |
| 46 | 35PushMail [Abbreviation: PushMail System] V3.0 | Copyright | 2023SR1370713 | November 2023 |
| 47 | 35Ewave Mobile Software [Abbreviation: 35Ewave Mobile] V1.1.18 | Copyright | 2023SR1370711 | November 2023 |
| 48 | 35EQ Mobile Software | Copyright | 2023SR1370692 | November 2023 |
| 49 | International Domain Name Real-Time Registration System V2.0 | Copyright | 2023SR1370687 | November 2023 |
| 50 | 35.com PushMail Email System | Copyright | 2023SR1370679 | November 2023 |
| 51 | 35.com LiveChat 2010 LiveChat Online Customer Service System [Abbreviation: LiveChat2010] V5.0.0.3 | Copyright | 2023SR1370672 | November 2023 |
| 52 | 35.com Wapmail Email System [Abbreviation: Wapmail] V2.0 | Copyright | 2023SR1370657 | November 2023 |
| 53 | 35.com Level G Enterprise Email System [Abbreviation: 35G Email System] V1.0 | Copyright | 2023SR1370638 | November 2023 |
| 54 | 35.com Enterprise Calendar System [Abbreviation: Enterprise Calendar System] V1.0 | Copyright | 2023SR1370631 | November 2023 |
| 55 | 35.com Blog System [Abbreviation: Blog@35] V1.0 | Copyright | 2023SR1370622 | November 2023 |
| 56 | 35LIVE Cell Phone Software [Abbreviation: 35LIVE] V1.0 | Copyright | 2023SR1370614 | November 2023 |
| 57 | Wapmail Email System [Abbreviation: Wapmail] V1.0 | Copyright | 2023SR1370608 | November 2023 |
| 58 | LiveChat Online Customer Service System | Copyright | 2023SR1370571 | November 2023 |
| 59 | 35EQ System V1.0 [Abbreviation: 35EQ] | Copyright | 2023SR1370554 | November 2023 |
| 60 | 35.com App Service Mobile Client Software [Abbreviation: 35AppService] V1.6 | Copyright | 2023SR1370531 | November 2023 |
| 61 | 35.com Cloud Office Android Mobile Client Software [Abbreviation: 35Cloudoffice] V1.2 | Copyright | 2023SR1370518 | November 2023 |
| 62 | 35PushMail Android Mobile Client Software [Abbreviation: 35PushMail] V3.1 | Copyright | 2023SR1370436 | November 2023 |

**YS** **NORTH ASIA ASSETS ASSESSMENT CO., LTD.**
NORTH ASIA ASSETS ASSESSMENT CO., LTD.

Page 11

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

| S/N | Name and Content of Intangible Asset | Type of Intangible Asset | Certificate No. | Acquisition Date |
|---|---|---|---|---|
| 63 | 35.com Market Selected Android Mobile Client Software [Abbreviation: 35Market] V1.1 | Copyright | 2023SR1370423 | November 2023 |
| 64 | 35.com Mailchat Mobile Email System [Abbreviation: Mailchat] V2.0 | Copyright | 2023SR1370409 | November 2023 |
| 65 | 35.com Personal Relationship Management Android Mobile Client Software [Abbreviation: 35PRM Mobile] V1.3 | Copyright | 2023SR1370400 | November 2023 |
| 66 | 35PushMail System Speed Version [Abbreviation: PushMail Speed Version] V1.0 | Copyright | 2023SR1370389 | November 2023 |
| 67 | 35PushMail iOS Mobile Client Software [Abbreviation: 35PushMail IOS] V2.0 | Copyright | 2023SR1370356 | November 2023 |
| 68 | 35.com Enterprise Center System [Abbreviation: 35 Enterprise Center] V1.2 | Copyright | 2023SR1370303 | November 2023 |
| 69 | 35EQ Instant Messenger [Abbreviation: 35EQ]v2.0 | Copyright | 2023SR1370252 | November 2023 |
| 70 | 35.com Personal Relationship Management System [Abbreviation: 35PRM] V2.5 | Copyright | 2023SR1370213 | November 2023 |
| 71 | 35.com MailChat Software (Computer Version) [Abbreviation: MailChat (Computer Version)] V1.0 | Copyright | 2023SR1370205 | November 2023 |
| 72 | 35.com Intelligent Restaurant Catering Management System [Abbreviation: 35.com Intelligent Restaurant] V3.0 | Copyright | 2023SR1370179 | November 2023 |
| 73 | 35.com Operation System [Abbreviation: 35.com Operation] V1.0 | Copyright | 2023SR1370164 | November 2023 |
| 74 | Domain name (35.com) | Domain name | | October 2023 |
| 75 | Domain name (35.cn) | Domain name | | October 2023 |

Intangible assets not recorded in the books:

| S/N | Name and Content of Intangible Asset | Type of Intangible Asset | Certificate No. | Acquisition Date |
|---|---|---|---|---|
| 1 | netalls.com | Domain name | | October 2023 |
| 2 | touchreadapp.com | Domain name | | October 2023 |
| 3 | absolutee.com | Domain name | | October 2023 |
| 4 | cn4e.com | Domain name | | October 2023 |
| 5 | china-channel.com | Domain name | | October 2023 |
| 6 | 35center.com | Domain name | | October 2023 |
| 7 | dns-diy.com | Domain name | | October 2023 |
| 8 | 35chain.com | Domain name | | October 2023 |
| 9 | good35.cn | Domain name | | October 2023 |
| 10 | 35test.cn | Domain name | | October 2023 |
| 11 | 35demo.cn | Domain name | | October 2023 |
| 12 | 35cs.cn | Domain name | | October 2023 |
| 13 | 35promotion.cn | Domain name | | October 2023 |
| 14 | mailchat.cn | Domain name | | October 2023 |
| 15 | cn4e.net | Domain name | | October 2023 |
| 16 | A method for tamper proof authentication and signature information parsing of S/MIME digital signature emails | Invention patent | 2023111488361 | September 2023 |
| 17 | A method and local module for limiting website access based on IP location | Invention patent | 2023111497869 | September 2023 |
| 18 | An OA smart office system and method | Invention patent | 2023115821753 | November 2023 |
| 19 | A cloud-based mobile commerce graphic and textual operation and maintenance system and method | Invention patent | 2023115824272 | November 2023 |

**NORTH ASIA ASSETS ASSESSMENT CO., LTD.**
NORTH ASIA ASSETS ASSESSMENT CO., LTD.

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

| S/N | Name and Content of Intangible Asset | Type of Intangible Asset | Certificate No. | Acquisition Date |
|-----|--------------------------------------|--------------------------|-----------------|------------------|
| 20 | Cross domain batch email secure moving system and method | Invention patent | 2023117235111 | December 2023 |
| 21 | CRM@35 Customer Relationship Management System V3.7 | Software copyright | 2023SR1370731 | November 2023 |
| 22 | OA@35 Boss Approval System V3.1 | Software copyright | 2023SR1370728 | November 2023 |
| 23 | 35PushOA Software [Abbreviation: 35PushOA] V1.2.05 | Software copyright | 2023SR1370707 | November 2023 |
| 24 | 35Emeeting System [Abbreviation: 35Emeeting] V2.0 | Software copyright | 2023SR1370703 | November 2023 |
| 25 | Bordeaux@35 Intelligent Anti-Spam Gateway System [Abbreviation: Bordeaux@35] V3 | Software copyright | 2023SR1370697 | November 2023 |
| 26 | Smart Website Building System v1.0 | Software copyright | 2023SR1370649 | November 2023 |
| 27 | Network USB Drive Software [Abbreviation: Network USB Drive] V1.0 | Software copyright | 2023SR1370643 | November 2023 |
| 28 | OA@35 Boss Approval System [Abbreviation: OA@35] V3.0 | Software copyright | 2023SR1370600 | November 2023 |
| 29 | 35CRM System [Abbreviation: 35CRM] V1.0 | Software copyright | 2023SR1370587 | November 2023 |
| 30 | 35.com Enterprise Weibo Android Mobile Client Software [Abbreviation: 35Eware Mobile] V1.0 | Software copyright | 2023SR1370507 | November 2023 |
| 31 | 35.com 64-Bit Anti-Spam Gateway Software V1.0 | Software copyright | 2024SR0161671 | January 2024 |
| 32 | 35.com Intelligent Anti-Spam Gateway System [Abbreviation: Bordeaux@35] V3.9 | Software copyright | 2023SR1370495 | November 2023 |
| 33 | 35.com Boss Approval System [Abbreviation: OA@35] V5.8 | Software copyright | 2023SR1370415 | November 2023 |
| 34 | 35Eware Mobile IOS [Abbreviation: 35Eware Mobile IOS] V1.2 | Software copyright | 2023SR1370378 | November 2023 |
| 35 | 35.com Enterprise Integrated Application Management Platform [Abbreviation: 35Cloud Management Platform] V1.7 | Software copyright | 2023SR1370345 | November 2023 |
| 36 | 35.com Domestic Business Operation System [Abbreviation: newCP] V2.0 | Software copyright | 2023SR1370338 | November 2023 |
| 37 | 35.com Smart Website Building System [Abbreviation: Ciwei Website Building] V4.5 | Software copyright | 2023SR1370323 | November 2023 |
| 38 | 35 Anti-Spam Anti-Virus Email Gateway System [Abbreviation: Bordeaux@35] V5.2 | Software copyright | 2023SR1370283 | November 2023 |
| 39 | 35.com Ciwei Website Building System [Abbreviation: Ciwei Website Building] V6.4 | Software copyright | 2023SR1370271 | November 2023 |
| 40 | 35Emeeting Android Mobile Client Software [Abbreviation: 35Emeeting] V1.0 | Software copyright | 2023SR1370266 | November 2023 |
| 41 | 35PushMail Flagship System [Abbreviation: Flagship PushMail] V5.3 | Software copyright | 2023SR1370260 | November 2023 |
| 42 | Boss Approval System [Abbreviation: 35OA] V7.5 | Software copyright | 2023SR1370240 | November 2023 |
| 43 | 35.com Enterprise Integrated Application Management Platform [Abbreviation: 35Cloud Management Platform] V2.9 | Software copyright | 2023SR1370225 | November 2023 |
| 44 | 35.com Custom Website Building Management System [Abbreviation: 35Dcms] V4.0 | Software copyright | 2023SR1370195 | November 2023 |
| 45 | 35.com Website Templates System V3.0 | Software copyright | 2023SR1370156 | November 2023 |
| 46 | 35PushMail System (Flagship Version) [Abbreviation: PushMail (Flagship)] V7.7 | Software copyright | 2023SR1370149 | November 2023 |
| 47 | 35 Cloud OA System [Abbreviation: 35 Cloud OA] V2.0 | Software copyright | 2023SR1370118 | November 2023 |
| 48 | 35 Anti-Spam Anti-Virus Email Gateway System [Abbreviation: Bordeaux@35] V7.3 | Software copyright | 2023SR1370101 | November 2023 |
| 49 | 35.com Enterprise Integrated Application Management Platform [Abbreviation: 35Cloud Management Platform] V7.7 | Software copyright | 2023SR1370081 | November 2023 |
| 50 | Koukoulaile Business Catering Marketing System V1.0.0 | Software copyright | 2024SR0299873 | February 2024 |
| 51 | 35 Anti-Spam Anti-Virus Email Gateway System V8.4 | Software copyright | 2024SR0299742 | February 2024 |
| 52 | 35.com Website Templates System V6.6 | Software copyright | 2024SR0299798 | February 2024 |

**YS** **NORTH ASIA ASSETS ASSESSMENT CO., LTD.**
NORTH ASIA ASSETS ASSESSMENT CO., LTD.

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

| S/N | Name and Content of Intangible Asset | Type of Intangible Asset | Certificate No. | Acquisition Date |
|---|---|---|---|---|
| 53 | 35.com Domestic Business Operation System V2.19 | Software copyright | 2024SR0299733 | February 2024 |
| 54 | 35.com Boss Approval System IOS Mobile Client Software V1.1 | Software copyright | 2023SR1501657 | November 2023 |
| 55 | 35PushMail System (Flagship Version) V8.4 | Software copyright | 2024SR0299772 | February 2024 |
| 56 | 35.com Lightning Website Building System [Abbreviation: Lightning Website Building] V1.6 | Software copyright | 2024SR0299706 | February 2024 |
| 57 | 35.com Lightning Website Building System V1.0 | Software copyright | 2024SR0299786 | February 2024 |
| 58 | 35 Smart Business Card Software V1.0.0 | Software copyright | 2024SR0299855 | February 2024 |
| 59 | 35 Cloud OA System [Abbreviation: 35 Cloud OA] V3.0 | Software copyright | 2024SR0299653 | February 2024 |
| 60 | 35 ITAM [Abbreviation: ITAM] V1.0 | Software copyright | 2023SR1130285 | September 2023 |
| 61 | 35PushMail System (Flagship Version) [Abbreviation: PushMail (Flagship)] V9.2 | Software copyright | 2023SR1257088 | October 2023 |
| 62 | 35 Corporate Culture Management System [Abbreviation: 35 CCMS] V1.0 | Software copyright | 2023SR1777078 | December 2023 |
| 63 | 35 Xinchuang Weilai Management System [Abbreviation: Xinchuang Weilai] 2.0 | Software copyright | 2023SR1430222 | November 2023 |
| 64 | 35.com Website Templates 2.0 System [Abbreviation: Website Templates 2.0] V1.20 | Software copyright | 2023SR1395747 | November 2023 |
| 65 | 35 Xinchuang Weilai Enterprise Email System V1.0 | Software copyright | 2024SR0556535 | April 2024 |
| 66 | 35 Xinchuang Weilai Cloud Mail System V1.0 | Software copyright | 2024SR0623523 | May 2024 |
| 67 | 35.com Business Operation System 3.0 | Software copyright | 2024SR0643525 | May 2024 |
| 68 | 35mail.com | Domain name | | October 2023 |
| 69 | coolice.com | Domain name | | October 2023 |
| 70 | jylianggu.com | Domain name | | October 2023 |
| 71 | xmtangchen.com | Domain name | | October 2023 |
| 72 | gongshaohui.com | Domain name | | October 2023 |
| 73 | 35eq.com | Domain name | | October 2023 |
| 74 | 35wst.com | Domain name | | October 2023 |
| 75 | China Channel.com | Domain name | | October 2023 |
| 76 | 35market.com | Domain name | | October 2023 |
| 77 | uu35.com | Domain name | | October 2023 |
| 78 | fm1234567.com | Domain name | | October 2023 |
| 79 | navlive.com | Domain name | | October 2023 |
| 80 | 35eyou.com | Domain name | | October 2023 |
| 81 | 35ezweb.com | Domain name | | October 2023 |
| 82 | 35vhost.com | Domain name | | October 2023 |
| 83 | lm35.com | Domain name | | October 2023 |
| 84 | 35pass.com | Domain name | | October 2023 |
| 85 | 35livechat.com | Domain name | | October 2023 |
| 86 | 35fortune.com | Domain name | | October 2023 |
| 87 | 35PushMail.com | Domain name | | October 2023 |
| 88 | 35astonmartin.com | Domain name | | October 2023 |
| 89 | 35vv.com | Domain name | | October 2023 |
| 90 | 35center.cn | Domain name | | October 2023 |
| 91 | navlive.cn | Domain name | | October 2023 |
| 92 | fjcert.org.cn | Domain name | | October 2023 |
| 93 | cp35.cn | Domain name | | October 2023 |

**YS** **NORTH ASIA ASSETS ASSESSMENT CO., LTD.**
NORTH ASIA ASSETS ASSESSMENT CO., LTD.

Page 14

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

| S/N | Name and Content of Intangible Asset | Type of Intangible Asset | Certificate No. | Acquisition Date |
|-----|--------------------------------------|--------------------------|-----------------|------------------|
| 94 | namenic.com.cn | Domain name | | October 2023 |
| 95 | dns-diy.cn | Domain name | | October 2023 |
| 96 | dnsdiy.cn | Domain name | | October 2023 |
| 97 | 35eq.cn | Domain name | | October 2023 |
| 98 | fruitsonly.cn | Domain name | | October 2023 |
| 99 | fruitsonly.com.cn | Domain name | | October 2023 |
| 100 | netalls.cn | Domain name | | October 2023 |
| 101 | 35wst.cn | Domain name | | October 2023 |
| 102 | cloud.35.cn | Domain name | | October 2023 |
| 103 | 35ezweb.cn | Domain name | | October 2023 |
| 104 | 35pass.cn | Domain name | | October 2023 |
| 105 | 35livechat.cn | Domain name | | October 2023 |
| 106 | 35eyou.cn | Domain name | | October 2023 |
| 107 | yunbangong.cn | Domain name | | October 2023 |
| 108 | 35cloud.cn | Domain name | | October 2023 |
| 109 | 35market.cn | Domain name | | October 2023 |
| 110 | liferegistry.cn | Domain name | | October 2023 |
| 111 | China Channel.cn | Domain name | | October 2023 |
| 112 | gongshaohui.cn | Domain name | | October 2023 |
| 113 | weemail.cn | Domain name | | October 2023 |
| 114 | weemail.com.cn | Domain name | | October 2023 |
| 115 | 35PushMail.cn | Domain name | | October 2023 |
| 116 | mailsee.cn | Domain name | | October 2023 |
| 117 | maillook.cn | Domain name | | October 2023 |
| 118 | iyoujian.cn | Domain name | | October 2023 |
| 119 | rockioo.cn | Domain name | | October 2023 |
| 120 | rockioo.com.cn | Domain name | | October 2023 |
| 121 | 35caifu.cn | Domain name | | October 2023 |
| 122 | 35fortune.cn | Domain name | | October 2023 |
| 123 | mastek.net | Domain name | | October 2023 |
| 124 | fengyun.net | Domain name | | October 2023 |
| 125 | 1th.net | Domain name | | October 2023 |
| 126 | gongq.net | Domain name | | October 2023 |
| 127 | 35eq.net | Domain name | | October 2023 |
| 128 | 35wst.net | Domain name | | October 2023 |
| 129 | 35center.net | Domain name | | October 2023 |
| 130 | 35market.net | Domain name | | October 2023 |
| 131 | navlive.net | Domain name | | October 2023 |
| 132 | 35eyou.net | Domain name | | October 2023 |
| 133 | 35vip.net | Domain name | | October 2023 |
| 134 | 35fortune.net | Domain name | | October 2023 |
| 135 | China Channel.China | Domain name | | October 2023 |
| 136 | cloud.35.China | Domain name | | October 2023 |
| 137 | navilive.mobi | Domain name | | October 2023 |

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

| S/N | Name and Content of Intangible Asset | Type of Intangible Asset | Certificate No. | Acquisition Date |
|---|---|---|---|---|
| 138 | china-channel.asia | Domain name | | October 2023 |
| 139 | liferegistry.info | Domain name | | October 2023 |
| 140 | chinachannel.com | Domain name | | October 2023 |
| 141 | domainpricing.com | Domain name | | October 2023 |
| 142 | 35caifu.com | Domain name | | October 2023 |
| 143 | 35office.com | Domain name | | October 2023 |
| 144 | 35phone.com | Domain name | | October 2023 |
| 145 | namenic.cn | Domain name | | October 2023 |
| 146 | 35phone.com.cn | Domain name | | October 2023 |
| 147 | 35phone.cn | Domain name | | October 2023 |
| 148 | 35pad.cn | Domain name | | October 2023 |
| 149 | 35pad.net | Domain name | | October 2023 |
| 150 | china-channel.net | Domain name | | October 2023 |
| 151 | 35phone.net | Domain name | | October 2023 |
| 152 | 35.com | Domain name | | October 2023 |
| 153 | 35.com | Domain name | | October 2023 |
| 154 | 35.com.cn | Domain name | | October 2023 |
| 155 | 35.net.cn | Domain name | | October 2023 |
| 156 | 35.com.China | Domain name | | October 2023 |
| 157 | 35.com.China | Domain name | | October 2023 |
| 158 | 35.com.cn | Domain name | | October 2023 |
| 159 | 35.com.cn | Domain name | | October 2023 |
| 160 | 35.China | Domain name | | October 2023 |
| 161 | 35.com.cc | Domain name | | October 2023 |

The object and scope of the entrusted valuation are consistent with the object and scope of valuation involved in the economic behavior.

## IV. Types of Value

In the valuation, based on the purpose of the valuation, the value type of the valuated object is determined to be market value.

Market value refers to the estimated value of the valuated object in a normal and fair transaction on the valuation base date, where both voluntary buyer and voluntary seller act rationally and without any coercion.

**NORTH ASIA ASSETS ASSESSMENT CO., LTD.**
NORTH ASIA ASSETS ASSESSMENT CO., LTD.

Page 16

## V. Valuation Base Date

(I) The valuation base date of the valuation is May 31, 2024.

(II) According to the principle of approaching the economic behavior realization date corresponding to the asset valuation as much as possible, the valuation base date should be determined by the client.

(III) In the asset valuation, the definition of the valuation scope, selection of valuation parameters, determination of valuation value, etc. are all determined based on the financial statements of the enterprise, external economic environment, and market conditions on the valuation base date. All pricing standards in this report are those valid on the valuation base date.

## VI. Basis of Valuation

(I) Basis of Economic Behavior

Minutes of the Meeting of the General Manager Office of Leascend Technology Co., Ltd. dated June 11, 2024

(II) Basis of Laws and Regulations

1. The Civil Code of the People's Republic of China (Passed at the Third Session of the 13th National People's Congress on May 28, 2020);

2. The Asset Valuation Law of the People's Republic of China (Passed at the 21st Session of the Standing Committee of the 12th National People's Congress on July 02, 2016);

3. The Company Law of the People's Republic of China (Amended at the 6th Session of the Standing Committee of the 13th National People's Congress on October 26, 2018);

4. The Securities Law of the People's Republic of China (Amended for the second time at the 15th Session of the Standing Committee of the 13th National People's Congress on December 28, 2019, and implemented as of March 01, 2020);

5. The Vehicle Purchase Tax Law of the People's Republic of China (Passed at the 7th Session of the Standing Committee of the 13th National People's Congress on December 29, 2018, and implemented as of July 01, 2019);

6. The Enterprise Income Tax Law of the People's Republic of China (Passed at the 5th Session of the 10th National People's Congress on March 16, 2007, and amended at the 26th Session of the Standing Committee of the 12th National People's Congress on February 24, 2017);

7. The Copyright Law of the People's Republic of China (Order No. 62 of the President of the People's Republic of China of 2020)

 **NORTH ASIA ASSETS ASSESSMENT CO., LTD.**
NORTH ASIA ASSETS ASSESSMENT CO., LTD.

Page 17

8. Accounting Standards for Business Enterprises - Basic Standards (Order No. 33 of the Ministry of Finance);

9. The Patent Law of the People's Republic of China (Passed at the 4th Session of the Standing Committee of the 6th National People's Congress on March 12, 1984);

10. Announcement on Deepening the Policies Related to Value-Added Tax Reform (Announcement 2019 No. 39 of the Ministry of Finance, State Taxation Administration and the General Administration of Customs of the People's Republic of China);

11. Announcement on Further Improving the Policy of Pre-Tax Additional Deduction of R&D Expenses (No. 7 2023);

12. Other laws and regulations;

13. Other accounting-related standards.

(III) Basis of Valuation Standards

1. Basic Standards for Asset Valuation (Cai Zi [2017] No. 43);

2. Code of Professional Ethics for Asset Valuation (Zhong Ping Xie [2017] No.30);

3. Asset Valuation Practice Standards - Asset Valuation Procedures (Zhong Ping Xie [2018] No. 36);

4. Asset Valuation Practice Standards - Asset Valuation Report (Zhong Ping Xie [2018] No. 35);

5. Asset Valuation Practice Standards - Asset Valuation Entrustment Contract (Zhong Ping Xie [2017] No. 33);

6. Asset Valuation Practice Standards - Asset Valuation Files (Zhong Ping Xie [2018] No. 37);

7. Asset Valuation Practice Standards - Enterprise Value (Zhong Ping Xie [2018] No. 36);

8. Asset Valuation Practice Standards - Intangible Assets (Zhong Ping Xie [2017] No. 37);

9. Asset Valuation Practice Standards - Asset Valuation Approach (Zhong Ping Xie [2019] No. 35);

10. Asset Valuation Practice Standards - Machine & Equipment (Zhong Ping Xie [2017] No. 39);

11. Guidelines for Business Quality Control of Asset Valuation Institution (Zhong Ping Xie [2017] No. 46);

12. Guiding Opinions for Asset Valuation Value Types (Zhong Ping Xie [2017] No. 47);

13. Guiding Opinions for the Legal Ownership of Asset Valuation Objects (Zhong Ping Xie [2017] No. 48);

14. Asset Valuation Standards Terminology 2020 (Zhong Ping Xie [2020] No. 31);

15. Guiding Opinions for Patent Asset Valuation (Zhong Ping Xie [2017] No. 49);

16. Guiding Opinions for Copyright Asset Valuation (Zhong Ping Xie [2017] No. 50);

17. Measures for Asset Valuation Business Reporting and Administration of China Appraisal Society (Zhong Ping Xie [2021] No. 30);

18. Asset Valuation Practice Standards - Intellectual Property Rights (Zhong Ping Xie [2023] No.14);

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

(IV) Basis of Ownership

1. Motor vehicle driving license;

2. Relevant asset purchase agreements, contracts and other materials related to valuation;

3. Trademark certificates, copyright certificates, and patent certificates;

4. Other relevant title certificates.

(V) Basis of Pricing

1. Manual of Common Data and Parameters for Asset Valuation;

2. The bank loan interest rate on the valuation base date;

3. Financial statements and audit reports provided by the enterprise;

4. The business plans for future years provided by the relevant departments of the enterprise;

5. The market forecast of the main products for current and future years provided by the enterprise;

6. Site survey records and other relevant valuation information and materials collected by the public valuers;

7. Information on inquiry and parameters collected by the valuation institution;

8. Relevant industry statistics provided by iFinD system;

9. Other valuation-related information provided by the valuated unit.

(VI) Other References

1. The Asset Valuation Declaration Form and the Future Income Forecast Form provided by the valuated unit.


## VII. Valuation Approaches

The basic methods of enterprise value valuation mainly include the income approach, market approach and asset-based approach.

The income approach in enterprise value valuation refers to the valuation method of capitalizing or discounting the expected income to determine the value of the valuated object. The specific methods commonly used in the income approach include the dividend discount model and the discounted cash flow model

The market approach in enterprise value valuation refers to the valuation method of comparing the valuated object with comparable listed companies or transaction cases to determine the value of the valuated object. Two specific methods commonly used in the market approach are public company comparison and transaction case comparison.

The asset-based approach in enterprise value valuation refers to the valuation method used to reasonably valuate the value of assets and liabilities on and off the balance sheet based on the valuated unit's balance sheet on the valuation base date to determine the value of the valuated object.

**NORTH ASIA ASSETS ASSESSMENT CO., LTD.**
NORTH ASIA ASSETS ASSESSMENT CO., LTD.

Page 19

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

In accordance with the Asset Valuation Practice Standards - Enterprise Value, the public valuers shall perform the enterprise value valuation business in light of relevant conditions such as the valuation purpose, valuated object, value type and information collection situation, by analyzing the serviceability of such three basic asset valuation approaches as income approach, market approach and asset-based approach and based on one or several basic asset valuation approaches.

As it is impossible to collect market data of listed companies or transaction cases comparable to the valuated unit, the conditions for using the market approach for valuation are not met. The valuated enterprise provided relevant historical information of assets and liabilities within the scope of the valuation, operation and financial information of historical years, and data and materials related to future operating income forecast. By analyzing relevant information provided by the valuated enterprise and combining with the preliminary analysis of the macroeconomic situation, the development prospects of the industry of the valuated enterprise and the situation of its own operations by the public valuers, the prerequisites and conditions for the ability to serve as a going concern and valuation based on the asset-based approach and the income approach of the valuated enterprise are met. Therefore, the asset-based approach and the income approach are used for the valuation this time. The valuation approaches are described as follows:

(I) Asset-based approach

1. Current assets

The current assets within the scope of valuation mainly include cash and cash equivalents, accounts receivable, advance payments, other receivables, contract assets, and other current assets.

(1) For cash and cash equivalents, the accounting content is bank deposits. For bank deposits, the public valuers verify the statements, letters, etc., and the book value of bank deposits, after being confirmed to be correct, is used as the valuation value. The accounting content of other cash and cash equivalents is channel purchase deposits, and the public valuers verify the statements and use the book value, after being confirmed to be correct, as the valuation value.

(2) For the various receivables, after being confirmed to be correct, the valuation value is determined based on the amount that may be recovered for each payment. For the amount recovered after the valuation base date, the amount recovered is used as the valuation value; for other amounts for which it is difficult to determine whether they will be recovered or not, based on historical information and on-site investigation results and the specific analysis on the amount, time and reasons of debts, payment collection situation, debtor's funds, credit, business management status, etc., the amount that is unlikely to be recovered is estimated according to the aging analysis method as the valuation value after the risk loss deduction; the "bad debt provision" account in the book is calculated at zero value.

(3) Advance payment, which is valuated based on the value of assets or rights generated from the corresponding goods that can be recovered.

(4) For contract assets, the public valuers have spot-checked the corresponding contracts, and after they are confirmed to be correct, the valuation value is determined based on the verified book value.

 **NORTH ASIA ASSETS ASSESSMENT CO., LTD.**
NORTH ASIA ASSETS ASSESSMENT CO., LTD.

Page 20

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

(5) For other current assets, the public valuers spot-checked the corresponding tax returns, and they are confirmed to be correct, the valuation value is determined based on the verified book value.

2. Long-term equity investment

Xiamen 35.com Co., Ltd. has a total of 3 long-term equity investments, as follows:

| S/N | Name of Investee | Investment Date | Shareholding Ratio （%） | Controlled or Not | Accounting Method | Investment Cost | Book Value |
|---|---|---|---|---|---|---|---|
| 1 | Xiamen Yida Enterprise Management Partnership (Limited Partnership) | 11/08/2023 | 23.08 | | | | 45,000.00 |
| 2 | Xiamen Lingmao Shuzhi Technology Co., Ltd. | 11/15/2023 | 40.00 | | | | 600,000.00 |
| 3 | Xiamen Yitai Enterprise Management Partnership (Limited Partnership) | 08/29/2023 | 40.00 | | | | 0.00 |
| Total long-term equity investment | | | | | | | 645,000.00 |

In accordance with the provisions of the Asset Valuation Entrustment Contract, the scope of the valuation does not include Xiamen Yitai Enterprise Management Partnership (Limited Partnership). The public valuers first verify the reasons for the formation of long-term equity investments, the book value and the actual operating conditions of the investees, confirm the paid-in capitals, and consult the investment agreements, shareholders' meeting resolutions, articles of association, relevant accounting records and other materials. On this basis, they conduct a general valuation of the investees, analyze the applicability of various methods, and select the appropriate valuation method for valuation. The valuation values are determined by multiplying the valuation values of the equity of the investees on the valuation base date and the proportions of equity held in the investees.

3. Equipment assets

According to the characteristics of various types of equipment, types of valuation values, data collection information and other relevant conditions, the cost method is mainly used for valuation, and the market approach is used for some valuation.

（1） Cost method

The calculation formula using the cost method is as follows:

Namely: The valuation value of the asset valuation under entrustment= full re-acquisition price × integrated depreciation rate

1) Determination of full price of electronic device re-acquisition

Based on local market information, online inquiries and recent market price information, determine the electronic device price on the valuation base date, and given that generally manufacturers provide free transportation and installation and commissioning, the full re-acquisition price is determined:

Full re-acquisition price = acquisition price - deductible VAT

**NORTH ASIA ASSETS ASSESSMENT CO., LTD.**
NORTH ASIA ASSETS ASSESSMENT CO., LTD.

Page 21

2) Determination of integrated depreciation rate

Integrated depreciation rate is determined using the useful life method. The calculation formula is:

Integrated depreciation rate = usable life/(actual used life + usable life) × 100%
3) Determination of valuation value
The valuation value of the asset valuation under entrustment = full re-acquisition price × integrated depreciation rate

（2） Market approach
1) Vehicles
The market approach is mainly to select reference cases of vehicle transactions that are within the same supply and demand range as the valuated object in the recent second-hand vehicle transaction market, with strong correlation and substitutability, and compare and correct based on the conditions of the valuated object and comparable cases, and factors that affect the second-hand vehicle market prices, such as useful life, useful mileage, transaction date, and transaction vehicle condition, to valuate the market price of the valuated object. The calculation formula is as follows:
Comparable and standardized price = comparable case price × vehicle mileage correction factor × vehicle service life correction factor × vehicle condition correction factor ×vehicle transaction date correction factor × vehicle transaction situation correction factor
Comparable and standardized price = (Case 1 + Case 2 + Case 3) ÷ 3
Valuation value based on the vehicle market method = comparable price - VAT + license fee
2) Electronic devices
For some electronic devices that have been purchased earlier or have no relevant models and have been obsolete on the market but are still in normal use, the valuation values are determined directly with reference to the second-hand market prices of the same type of devices.
4. Intangible assets - other intangible assets

（1） For domain names, patents and software copyrights in normal use, the sales revenue sharing method is specifically adopted.
The sales revenue sharing method is to multiply the estimated sales revenue of the enterprise in the economic life of the technology products valuated under entrustment by the technology sharing rate (the contribution rate of the technologies valuated under entrustment in sales revenue) to obtain the technical revenue in future years, and then discount the technical revenue at an appropriate discount rate to obtain the present values, of which the sum is the valuation value of the technologies valuated under entrustment, and its basic calculation model is as follows:

$$P_s = \sum_{i=1}^{n} KR(1+r)^{-i}$$

In the formula: Ps---Valuation value of domain name, patent and software copyright assets in normal use

Ri –- Expected sales revenue of Year i of the enterprise

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

n –- Period of earnings

K---Sales revenue sharing rate

r –- Discount rate

（2） For software that has been purchased for a short time, determine the valuation value of the software not upgraded based on the price excluding tax after the inquiries through online inquiries or whether to upgrade; for upgraded software, determine the valuation value based on the price excluding tax with deduction of the upgrade fee.

（3） For unused domain names, determine the valuation value based on the application and maintenance fees of the domain name.

5. Deferred tax assets

Deferred tax assets within the scope of valuation refer to the assets or liabilities accounted for by the enterprise, as well as items that have not been recognized as assets or liabilities but their tax basis can be determined in accordance with the tax laws. In the subsequent measurement process, due to the provisions of the enterprise accounting standards, the deductible temporary difference between the book value and its tax basis will have an impact on the future income tax of the enterprise.

The deferred tax assets recognized by the enterprise based on the calculation results of deductible temporary differences and applicable income tax rates. The public valuers investigate and understand the cause and formation process of the differences, verify whether the difference will lead to a deductible amount when accounting for taxable income during the future operation of the enterprise, verify whether the amount accounted for is in compliance with relevant provisions of the enterprise's accounting system and the tax law, and then determine the valuation value based on the verified book value and in comprehensive consideration of the impact of various asset valuations on corresponding deferred tax assets.

6. Liabilities

Enterprise liabilities are current liabilities, which include accounts payable, contract liabilities, employee compensation payable, taxes payable, other payables and other current liabilities. According to the schedules of items provided by the enterprise, verify the actual debtor and liability amount of each liability after the achievement of the valuation purpose, and determine the valuation value based on the actual liability items and amounts that the title owner needs to bear after the achievement of the valuation purpose.

(II) Income approach

This valuation report uses the FCFF model of the DCF method. The FCFF model is described as follows:

All equity value of shareholders = overall value of the enterprise - interest-bearing debt value

1. Overall enterprise value

The overall enterprise value refers to the sum of the total equity value and interest-bearing debt value of

 **NORTH ASIA ASSETS ASSESSMENT CO., LTD.**
NORTH ASIA ASSETS ASSESSMENT CO., LTD.

Page 23

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

shareholders. Based on the asset allocation and usage of the valuated unit, the overall enterprise value is calculated as follows:

Overall enterprise value = value of operating assets + value of surplus assets + (or -) value of non-operating assets and liabilities

(1) Value of operating assets

Operating assets refer to the assets and liabilities related to the production and operation of the valuated unit and involved by the forecast of the enterprise's free cash flow after the valuation base date. The formula for calculating the value of operating assets is as follows:

$$P = \sum_{i=1}^{n} \frac{F_i}{(1+r)^i} + \frac{F_n \times (1+g)}{(r-g) \times (1+r)^n}$$

Including: P: Value of operating assets of the enterprise on the valuation base date;
Fi: The enterprise's free cash flow expected in Year i after the valuation base date;
Fn: The enterprise's free cash flow expected at the end [sic] of the forecast period;
r: Discount rate (weighted average cost of capital, WACC);
n: Forecast period;
i: Year i of the forecast period;
g: Perpetual growth rate.

Among them, the calculation formula of the enterprise's free cash flow is as follows:

The enterprise's free cash flow = net profit + depreciation and amortization + after-tax interest expense - capital expenditure - working capital increase

Among them, the discount rate (weighted average cost of capital, WACC) is calculated as follows:

$$WACC = Ke \times \frac{E}{E+D} + K_d \times (1-t) \times \frac{D}{E+D}$$

Among them:
ke: Equity capital cost;
kd: Cost of capital for interest-bearing debt;
E: Market value of the equity;
D: Market value of the interest-bearing debt;
t: Income tax rate.

Among them, the cost of equity capital is calculated using the capital asset pricing model (CAPM). The calculation formula is as follows:

NORTH ASIA ASSETS ASSESSMENT CO., LTD.
NORTH ASIA ASSETS ASSESSMENT CO., LTD.

Page 24

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

$$K_e = r_f + MRP \times \beta_L + r_c$$

Including:

$r_f$: Risk-free rate of return;

MRP: Market risk premium;

$\beta_L$: Systematic risk factor of the equity;

$r_c$: Enterprise-specific risk adjustment factor. (2)

Value of surplus assets

Surplus assets refer to assets that exceed the production and operation needs of the enterprise on the valuation base date and are not involved in the enterprise's free cash flow forecast after the valuation base date. Surplus assets are analyzed and valuated separately.

(3) Value of non-operating assets and liabilities

Non-operating assets and liabilities refer to assets and liabilities that are unrelated to the production and operation of the valuated unit and are not involved in the enterprise's free cash flow forecast after the valuation base date. Non-operating assets and liabilities are analyzed and valuated separately.

2.Value of interest-bearing debt

Interest-bearing debt refers to the debt of which the interest needs to be paid by 35.com on the valuation base date.

**VIII. Process and Situation of Valuation Procedure Implementation**

North Asia Assets Assessment Co., Ltd. accepted the entrustment of Leascend Technology Co., Ltd. And the public valuers carried out the necessary verification and check of all assets and liabilities included in the scope of valuation, reviewed relevant accounts, title certificates and other documents and materials, and completed the necessary valuation procedures from June 17, 2024 to June 21, 2024. On this basis, according to the purpose of the valuation and the specific circumstances of the assets valuated under entrustment, the income approach and the asset-based approach were used to assess and estimate the value of the total equity of shareholders of Xiamen 35.com Co., Ltd. The entire valuation process includes entrustment acceptance, valuation preparation, on-site inspection and verification, assessment and estimation, valuation summary and submission of report. The specific valuation process is as follows:

(I) Specify the basic matters of the valuation business

Our business manager negotiated with the representative of the client to specify the client, the valuated unit and other users of the valuation report other than the client; the purpose of the valuation; the object and scope of the valuation; the type of value; the valuation base date; the restrictions on use of the valuation report; the time and method of submission of the valuation report; the client's cooperation and assistance in the valuation of assets and other important matters.



**NORTH ASIA ASSETS ASSESSMENT CO., LTD.**
NORTH ASIA ASSETS ASSESSMENT CO., LTD.

Page 25

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

(II) Sign the asset valuation entrustment contract

According to the specific circumstances of the valuation business, we conducted comprehensive analysis and assessment of our own professional competence, independence and business risk, and the valuation institution decided to undertake the valuation business.

(III) Prepare the valuation plan

After we undertook the valuation business, we immediately organized the public valuers to prepare a valuation plan. The valuation plan includes the specific steps, schedule, personnel arrangements, technical plans and other contents of the valuation.

(IV) On-site investigation

Based on the specific circumstances of the valuation business, we conducted an appropriate on-site investigation of the valuated object. Among them:

Request the client and the valuated unit to provide detailed materials involving the object and scope of the valuation;

Request the client and the valuated unit to confirm the valuation schedules and relevant supporting materials provided by them by signature, seal or other means;

The public valuers conducted investigations through inquiry, correspondence, verification, monitoring, inspection, examination and other methods to obtain the basic information necessary for the valuation business, understand the current status of the valuated object, and pay attention to the legal ownership of the valuated object;

For all the assets, liabilities and other relevant contents within the scope of valuation that are impossible or improper to investigate item by item, investigation was conducted using spot checks and other means according to the degree of importance.

(V) Collect valuation materials

We collected valuation materials according to the specific situation of the valuation business, and supplemented the valuation materials in a timely manner according to the valuation business needs and changes during the valuation business implementation process. These materials include:

Materials obtained directly and independently from the market and other channels, materials obtained from relevant parties such as the client and the valuated unit, and materials obtained from various professional institutions and other relevant departments;

Query records, inquiry results, inspection records, industry information, analysis materials, and other forms;

Materials generated after the public valuers analyzed, summarized and organized the collected valuation materials as necessary according to the specific situation of the valuation business.

The public valuers investigated the business operations of the enterprise by collecting and analyzing the historical operations and future operation plans of the enterprise and interviewing the management, of which the main contents are as follows:

1. Understand the composition and changes of equity capital in the historical years;

2. Understand the operations and sales of the enterprise and their changes in the historical years, and analyze the reasons for changes in sales revenue;

NORTH ASIA ASSETS ASSESSMENT CO., LTD.
NORTH ASIA ASSETS ASSESSMENT CO., LTD.

Page 26

3. Understand the composition and changes of expenses of the enterprise in the historical years;

4. Understand the main business composition of the enterprise, and analyze the contribution of business to the enterprise's sales revenue;

5. Understand the profits of the enterprise in the historical years, and analyze the main reasons for profit changes;

6. Collect and understand the operation and financial indicators of the enterprise, and analyze the reasons for changes in indicators;

7. Understand the operation plans for the future years of the enterprise, etc.;

8. Understand the tax policies of the enterprise;

9. Collect relevant information about the industry of the enterprise, understand the current situation of the industry, the regional market situation and future development trend;

10. Understand the contents of the enterprise's surplus assets and non-operating assets and liabilities and the asset status.

(VI) Assessment and estimation

Main tasks of the valuation: Based on the price and market inquiries by asset class, select appropriate calculation methods, estimate the valuation values of various types of assets, conduct summarization and analysis, and preliminarily determine the valuation results.

(VII) Prepare and submit the valuation report

Based on the above work, prepare the first draft of the asset valuation report. After the internal three-tiered review of the first draft of the valuation report and working paper, we conducted necessary communication with the client and the valuated unit on relevant contents of the valuation report. After comprehensive consideration of relevant opinions, we made necessary adjustments, modifications and improvements to the valuation conclusion, then reviewed the report in light of our internal three-tiered review system and procedures for the asset valuation report again, and submitted a formal valuation report to the client.

## IX. Valuation Assumptions

Due to the changing environment where the enterprise operates and the changing factors affecting the value of assets, it is important to establish assumptions that allow the public valuers to make value judgments about assets to fully support our conclusion. The valuation is established based on the following premises and assumptions:

(I) General Assumptions

1. Going Concern Assumption

The going concern assumption of the enterprise is that the valuated unit's business is legal, there are no unforeseen factors that will cause it to be unable to continue the operation, and that the existing purposes of the valuated assets will remain unchanged and such assets can continue to be used in place.



**NORTH ASIA ASSETS ASSESSMENT CO., LTD.**
NORTH ASIA ASSETS ASSESSMENT CO., LTD.

Page 27

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

2. Trading Assumption

The trading assumption is that all assets to be valued are already under trading, and the public valuers valuates them based on the simulated market such as trading conditions for the assets to be valued. The trading assumption is the most basic assumption that an asset valuation can take place.

3. Open Market Assumption

The open market assumption is to assume that for the assets traded in the market or the assets to be traded in the market, the two parties to an asset transaction are equal in status and have the opportunity and time to obtain sufficient market information to make a rational judgment on the function, use and transaction price of the asset. The open market assumption is based on the fact that the assets can be bought and sold publicly in the market.

4. Continued Use Assumption

The continuous use assumption is to firstly assume that the assets under valuation are in use, including in-use assets and standby assets, and then based on relevant data and information, infer that these assets in use will continue to be used.

(II) Special Assumptions

1. Assume that there are no major changes in the country's macroeconomic situation and existing relevant laws, regulations and policies.

2. Assume that the industry of the valuated unit maintains a stable development trend, and there are no major changes in industry policies, management systems and related regulations.

3. Assume that there will be no major changes in the relevant national tax bases, tax rates, policy levies, etc.

4. Assume that no other force majeure factors and unforeseeable factors will cause significant adverse impact on the enterprise.

5. Assume that the values of the parameters calculated in the valuation are determined according to the current price system, and the impact of inflation after the base date is not considered.

6. Assume that there are no significant differences between the accounting policies used for the financial materials provided by the valuated unit over the years and the accounting policies used for the revenue forecast.

7. Assume that the operating cash inflow and outflow of the enterprise occur evenly;

8. Assume that the enterprise management is stable and diligent, and there is no horizontal competition;

9. Assume that the R&D expenses plus the deduction policy will remain unchanged in the future.

**NORTH ASIA ASSETS ASSESSMENT CO., LTD.**
NORTH ASIA ASSETS ASSESSMENT CO., LTD.

Page 28

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

## X. Valuation Conclusion

In accordance with relevant national asset valuation provisions, the principles of independence, objectivity and impartiality and the necessary valuation procedures, the total equity value of shareholders of Xiamen 35.com Co., Ltd. was valuated using the income approach and the asset-based approach. Based on the above valuation work, the valuation conclusion is as follows:

(I) Valuation Result Based on the Income Approach

On the valuation base date, the total book value of assets of 35.com was RMB 52.4436 million, the total book value of liabilities was RMB 35.6587 million, and the book value of all equity of shareholders was RMB 16.7849 million.

The all equity value of the shareholders of Xiamen 35.com Co., Ltd. after the valuation based on the income approach was RMB 40.81 million, with an appreciation value of RMB 24.0251 million, and an appreciation rate of 143.14%.

(II) Valuation Result Based on the Asset-Based Approach

On the valuation base date, the book value of total assets was RMB 52.4436 million, the valuation value was RMB 53.0805 million, the appreciation value was RMB 637,000, and the appreciation rate was 1.21%; the book value of total liabilities was RMB 35.6587 million, and the valuation value was RMB 35.6587 million, without valuated appreciation and impairment; and the book value of all shareholders' equity was RMB 16.7849 million, and the valuation value of all shareholders' equity was RMB 17.4218 million, and the appreciation value was RMB 637,000, and the appreciation rate was 3.79%. The specific valuation results based on the asset-based approach are detailed in the following summary of valuation results:

### Summary of Valuation Results Based on the Asset-Based Approach

Valuation Base Date: May 31, 2024          Amount Unit: RMB 10,000

| Item | | Book Value | Valuation Value | Appreciation/Impairment | Appreciation (Impairment) Rate % |
|---|---|---|---|---|---|
| | | A | B | C=B-A | D=C/A×100% |
| Current assets | 1 | 2,653.85 | 2,653.85 | 0.00 | 0.00 |
| Non-current assets | 2 | 2,590.51 | 2,654.20 | 63.70 | 2.46 |
| Including: Long-term equity investment | 3 | 64.50 | 40.06 | -24.44 | -37.89 |
| Fixed assets | 4 | 410.84 | 474.21 | 63.37 | 15.43 |
| Intangible assets | 5 | 2,114.67 | 2,139.42 | 24.76 | 1.17 |
| Other non-current assets | 6 | 0.50 | 0.50 | 0.00 | 0.00 |
| **Total assets** | 7 | 5,244.36 | 5,308.05 | 63.70 | 1.21 |
| Current liabilities | 8 | 3,565.87 | 3,565.87 | 0.00 | 0.00 |
| **Total liabilities** | 9 | 3,565.87 | 3,565.87 | 0.00 | 0.00 |
| **Net assets** | 10 | 1,678.49 | 1,742.18 | 63.70 | 3.79 |

(III) Valuation Conclusion

The value of the total equity of shareholders after the valuation based on the income approach is RMB 40.81

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

million, and the value of the total equity of shareholders after the valuation based on the asset-based approach is RMB 17.4218 million, with a difference of RMB 23.3882 million and a difference rate of 134.25%.

The main reason for the difference in the valuation results based on the two approaches is that the two approaches use different perspectives. The asset-based approach starts from the perspective of asset re-acquisition channels and reflects the re-acquisition value of the enterprise's existing assets. The income approach starts from the perspective of the future profitability of the enterprise and reflects the integrated profitability of the assets of the enterprise.

Considering that in general, the asset-based approach blurs the distinction between individual asset and the overall asset. All overall assets have integrated profitability. The asset-based approach can only reflect the self-value of the enterprise's assets, but cannot fully and reasonably reflect the overall value of the enterprise, and the asset-based approach cannot cover the value of intangible assets such as sales channels and human resources. Although 35.com was founded in 2023, its business and professional technical team were transferred from Leascend Technology Co., Ltd. After nearly two decades of development, the company has formed its own unique operation concept, operation strategy, operation method, technical team, etc., and has also accumulated relatively deep customer resources. After the investigation of the historical financial status of 35.com and the parent company and the historical operating performance analysis, in accordance with the provisions of the asset valuation standards, in combination with the object of the asset valuation, valuation purpose and applicable value types, and after comparative analysis, it is believed that the valuation results based on the income approach can more comprehensively and reasonably reflect the total equity value of shareholders of 35.com.

Therefore, the final conclusion of the valuation is the valuation result based on the income approach, that is, the total equity value of the shareholders of Xiamen 35.com Co., Ltd. was RMB 40.81 million.

## XI. Special Notes

The users of this valuation report should pay attention to the impact of special matters on the valuation conclusion.

(I) Important use of expert work and related reports

The accounting statements for 2023 of Xiamen 35.com Co., Ltd. were audited by Huaxing Certified Public Accountants Firm (Special General Partnership), which issued the audit report (Hua Xing Shen Zi [2024] No. 23013420138); the accounting statements as of May 2024 were audited by Huaxing Certified Public Accountants Firm (Special General Partnership), which issued the audit report (Hua Xing Shen Zi [2024] No. 24008460016).

(II) Incomplete or defective main information such as ownership
None


**NORTH ASIA ASSETS ASSESSMENT CO., LTD.**
NORTH ASIA ASSETS ASSESSMENT CO., LTD.

Page 30

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

(III) Circumstances regarding restrictions on the valuation procedures

During the valuation, some of the fixed assets –- electronic devices –- were hosted by the Beijing Branch of Dr. Peng Big Data Co., Ltd., Chenyi Interconnection (Shanghai) Information Technology Co., Ltd., etc., and unable to be inspected on the site. During the valuation, alternative procedures such as the photos, equipment operation and maintenance records, hosting service agreements, acquisition contracts and invoices provided by the enterprise were adopted for such type of devices.

| Schedule No. | Asset No. | Device Name | Storage Location |
|---|---|---|---|
| 70 | FSCQ0328 | DELL Server | Straits Computer Room of Xiamen Branch of China Telecom |
| 64 | FSCQ0361 | DELL Server R740xd | Beijing HP |
| 66 | FSCQ0365 | DELL Server R740xd | Beijing HP |
| 61 | FSCQ0353 | DELL Server R740xd | Beijing HP |
| 59 | FSCQ0342 | DELL Server R740xd | Beijing HP |
| 60 | FSCQ0344 | DELL Server R740xd | Beijing HP |
| 65 | FSCQ0362 | DELL Server R740xd | Beijing HP |
| 67 | FSCQ0366 | DELL Server R740xd | Beijing HP |
| 62 | FSCQ0354 | DELL Server R740xd | Beijing HP |
| 63 | FSCQ0356 | DELL Server R740xd | Beijing HP |
| 68 | FSCQ0375 | DELL Server R740xd | Beijing HP |
| 3 | FSCQ0379 | DELL Server R640 | Beijing HP |
| 69 | FSCQ0381 | DELL Server (DELLR730XD) | Soft Park [Phase] II of Xiamen Branch of China Telecom |
| 45 | FSCQ0360 | DELL Server R740xd | Suzhou Bridge, Beijing |
| 49 | FSCQ0378 | DELL Server R740xd | Suzhou Bridge, Beijing |
| 51 | FSCQ0382 | DELL Server R740xd | Suzhou Bridge, Beijing |
| 46 | FSCQ0370 | DELL Server R740xd | Suzhou Bridge, Beijing |
| 48 | FSCQ0372 | DELL Server R740xd | Suzhou Bridge, Beijing |
| 54 | FSCQ0389 | DELL Server R740xd | Suzhou Bridge, Beijing |
| 56 | FSCQ0392 | DELL Server R740xd | Suzhou Bridge, Beijing |
| 58 | FSCQ0396 | DELL Server R740xd | Suzhou Bridge, Beijing |
| 50 | FSCQ0380 | DELL Server R740xd | Jiuxian Bridge, Beijing |
| 52 | FSCQ0384 | DELL Server R740xd | Jiuxian Bridge, Beijing |
| 47 | FSCQ0371 | DELL Server R740xd | Jiuxian Bridge, Beijing |
| 53 | FSCQ0388 | DELL Server R740xd | Jiuxian Bridge, Beijing |
| 55 | FSCQ0390 | DELL Server R740xd | Jiuxian Bridge, Beijing |
| 57 | FSCQ0394 | DELL Server R740xd | Jiuxian Bridge, Beijing |
| 2 | FSCQ0385 | DELL Server R640 | Suzhou Bridge, Beijing |
| 1 | FSCQ0374 | DELL Server R640 | Jiuxian Bridge, Beijing |
| 4 | FSCQ0001 | DELL Server R740xd | Beijing HP |
| 11 | FSCQ0011 | DELL Server R740xd | Beijing HP |
| 12 | FSCQ0012 | DELL Server R740xd | Beijing HP |
| 6 | FSCQ0003 | DELL Server R740xd | Beijing HP |
| 5 | FSCQ0002 | DELL Server R740xd | Beijing HP |
| 7 | FSCQ0004 | DELL Server R740xd | Beijing HP |
| 8 | FSCQ0005 | DELL Server R740xd | Beijing HP |
| 9 | FSCQ0006 | DELL Server R740xd | Beijing HP |
| 16 | FSCQ0007 | DELL Server R740xd | Beijing HP |

NORTH ASIA ASSETS ASSESSMENT CO., LTD.
NORTH ASIA ASSETS ASSESSMENT CO., LTD.

Page 31

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

| Schedule No. | Asset No. | Device Name | Storage Location |
|---|---|---|---|
| 17 | FSCQ0008 | DELL Server R740xd | Beijing HP |
| 18 | FSCQ0009 | DELL Server R740xd | Beijing HP |
| 10 | FSCQ0010 | DELL Server R740xd | Beijing HP |
| 13 | FSCQ0401 | DELL Server R740xd | Beijing HP |
| 14 | FSCQ0402 | DELL Server R740xd | Beijing HP |
| 15 | FSCQ0403 | DELL Server R740xd | Beijing HP |
| 19 | FSCQ0404 | DELL Server R740xd | Beijing HP |
| 20 | FSCQ0405 | DELL Server R740xd | Beijing HP |
| 22 | FSCQ0408 | DELL Server R740xd | Suzhou Bridge, Beijing |
| 23 | FSCQ0409 | DELL Server R740xd | Suzhou Bridge, Beijing |
| 24 | FSCQ0410 | DELL Server R740xd | Suzhou Bridge, Beijing |
| 25 | FSCQ0411 | DELL Server R740xd | Suzhou Bridge, Beijing |
| 26 | FSCQ0412 | DELL Server R740xd | Suzhou Bridge, Beijing |
| 27 | FSCQ0413 | DELL Server R740xd | Suzhou Bridge, Beijing |
| 28 | FSCQ0414 | DELL Server R740xd | Suzhou Bridge, Beijing |
| 29 | FSCQ0415 | DELL Server R740xd | Suzhou Bridge, Beijing |
| 30 | FSCQ0416 | DELL Server R740xd | Suzhou Bridge, Beijing |
| 31 | FSCQ0417 | DELL Server R740xd | Suzhou Bridge, Beijing |
| 32 | FSCQ0418 | DELL Server R740xd | Suzhou Bridge, Beijing |
| 33 | FSCQ0419 | DELL Server R740xd | Suzhou Bridge, Beijing |
| 34 | FSCQ0420 | DELL Server R740xd | Suzhou Bridge, Beijing |
| 35 | FSCQ0421 | DELL Server R740xd | Suzhou Bridge, Beijing |
| 36 | FSCQ0422 | DELL Server R740xd | Jiuxian Bridge, Beijing |
| 37 | FSCQ0423 | DELL Server R740xd | Jiuxian Bridge, Beijing |
| 38 | FSCQ0424 | DELL Server R740xd | Jiuxian Bridge, Beijing |
| 39 | FSCQ0425 | DELL Server R740xd | Jiuxian Bridge, Beijing |
| 40 | FSCQ0426 | DELL Server R740xd | Jiuxian Bridge, Beijing |
| 41 | FSCQ0427 | DELL Server R740xd | Jiuxian Bridge, Beijing |
| 42 | FSCQ0428 | DELL Server R740xd | Jiuxian Bridge, Beijing |
| 43 | FSCQ0429 | DELL Server R740xd | Jiuxian Bridge, Beijing |
| 44 | FSCQ0430 | DELL Server R740xd | Jiuxian Bridge, Beijing |
| 21 | FSCQ0431 | DELL Server R740xd | Jiuxian Bridge, Beijing |

(IV) Matters that may affect the valuation conclusion between the valuation base date and the valuation report date

1. Matters after the valuation base date refer to major matters that occurred between the valuation base date and the valuation report date;

2. After the valuation base date, when the valuated assets are dismantled, destroyed or lost due to force majeure, or matters that affect the asset value such as bad debts arise from current accounts, the valuation conclusion cannot be used directly;

3. The valuation conclusion cannot be used directly in case of major matters after the valuation base date. If the quantity of assets changes during the validity period of the valuation result, the valuation value should be adjusted accordingly according to the original valuation method.

 **NORTH ASIA ASSETS ASSESSMENT CO., LTD.**
NORTH ASIA ASSETS ASSESSMENT CO., LTD.

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

(V) Other issues that need to be explained

1. This valuation report is prepared under the principles of independence, objectivity and impartiality, and follows relevant laws and regulations. There is no special interest between our company and all participants in the valuation and the client and relevant parties, and the public valuers have always adhered to professional ethics and norms throughout the valuation process.

2. The client and the valuated unit are responsible for providing the general materials, title materials, policy documents and related materials related to the business operation of the enterprise involved in this valuation report, and bear relevant legal liabilities for their authenticity and legality. The purpose of the public valuers performing the asset valuation business is to estimate the value of the valuated object and to provide professional opinions. The confirmation or comment on the legal ownership of the valuated object is beyond the scope of practice of the asset valuation, therefore, the valuation institution does not guarantee the legal ownership of the valuated object.

3. The valuation institution and public valuers will not bear relevant liabilities for defects in the enterprise that may affect the valuation value of the assets if the enterprise has failed to specially explain at the time of entrustment and the public valuers have performed the valuation procedures and are still unable to know.

4. The appendixes to the valuation report are valid when used together with the body text of the report.

5. In accordance with the stipulations of the Asset Valuation Entrustment Contract, the scope of the valuation does not include the 40% of the equity in Xiamen Yitai Enterprise Management Partnership (Limited Partnership) held by 35.com. As of the valuation base date, the book value of 35.com's investment in Xiamen Yitai Enterprise Management Partnership (Limited Partnership) was RMB 0.

6. 35.com undertakes businesses from the shareholder, Leascend Technology Co., Ltd. The company conducts business in the name of the 35 brand, and the cost of the brand use is not considered in the revenue forecast.

## XII. Description of Restrictions on the Use of the Valuation Report

(I) This valuation report may only be used for the purpose and use of the valuation set forth in the valuation report, and by the users of the valuation report as set forth in the valuation report; the company will not be responsible for the consequences of economic behaviors arising from of the report users' use of this report beyond the purpose of the valuation.

(II) If the client or other users of the asset valuation report should use the asset valuation report in accordance with the laws, administrative regulations and the scope of use specified in the asset valuation report, the asset valuation institution and its asset valuation professionals will not be liable.

(III) Except for the client, other users of the asset valuation report stipulated in the asset valuation entrustment

 **NORTH ASIA ASSETS ASSESSMENT CO., LTD.**
NORTH ASIA ASSETS ASSESSMENT CO., LTD.

Page 33

contract and the users of the asset valuation report stipulated by laws and administrative regulations, no other institutions or individuals may become the users of the asset valuation report.

If all or part of the contents of this valuation report is extracted, quoted or disclosed on the public media, relevant contents should be reviewed by the valuation institution, unless otherwise specified by the laws and regulations and agreed upon by relevant parties.

(IV) The users of the asset valuation report should understand and use the valuation conclusion correctly. The valuation conclusion is not equivalent to the achievable price of the valuated object, and the valuation conclusion should not be considered as a guarantee for the achievable price of the valuated object.

## XIII. Date of Asset Valuation Report

The date of the asset valuation report is the date of the formation of the final professional opinion of the public valuers, and the date of the asset valuation report under this project is July 09, 2024.

**NORTH ASIA ASSETS ASSESSMENT CO., LTD.**
NORTH ASIA ASSETS ASSESSMENT CO., LTD.

Page 34

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

**XIV. Signatures of Asset Valuation Professionals and Seal of Asset Valuation Institution**

North Asia Assets Assessment Co., Ltd.

(Seal)

Public Valuer:
Signature and Seal

Public Valuer:
Signature and Seal

July 09, 2024

**NORTH ASIA ASSETS ASSESSMENT CO., LTD.**
NORTH ASIA ASSETS ASSESSMENT CO., LTD.

Page 35

Asset Valuation Report on All Equity Value of Shareholders of Xiamen 35.com Co., Ltd. Involved in Leascend Technology Co., Ltd.'s Proposed Equity Transfer

## Appendixes to the Asset Valuation Report

(I) Audit reports of the valuated unit;

(II) Documents of the economic behavior;

(III) Business licenses for legal person of the client and the valuated unit;

(IV) Main title certification documents involved in the valuated object;

(V) Letters of commitment from the client and other relevant parties;

(VI) Letters of commitment of the undersigned public valuers;

(VII) Filing documents of the asset valuation institution;

(VIII) A copy of the business license of the asset valuation institution;

(IX) Registration cards of the public valuers;

(X) Asset valuation entrustment contract.


**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the following documents are, to the best of my knowledge and belief, true and accurate translations from Chinese into English:

- 琏升科技：琏升科技股份有限公司拟转让股权事宜涉及的厦门三五互联信息有限公司股东全部权益价值资产评估报告
- 琏升科技：琏升科技股份有限公司拟转让商标事宜所涉及的该部份商标资产评估报告
- 琏升科技：关于公司拟公开挂牌转让全资子公司 100%股权及部分商标的公告

Jacqueline Yorke

Sworn to before me this
January 3, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

_____
Stamp, Notary Public

Exhibit B

## 2013 Registrar Accreditation Agreement

1. **Registrar Accreditation Agreement**

2. **Whois Accuracy Program Specification**

3. **Registration Data Directory Service (Whois) Specification**

4. **Consensus and Temporary Policy Specification**

5. **Specification on Privacy and Proxy Registrations**

6. **Data Retention Specification**

7. **Registrar Information Specification**

8. **Additional Registrar Operation Specification**

9. **Registrants' Benefits and Responsibilities**

10. **Logo License Specification**

11. **Compliance Certificate**

12. **Transition Addendum**

**Approved by the ICANN Board on 27 June 2013**



# Registrar Accreditation Agreement

This REGISTRAR ACCREDITATION AGREEMENT (this "Agreement") is by and between the Internet Corporation for Assigned Names and Numbers, a California non-profit, public benefit corporation ("ICANN"), and [Registrar Name], a [Organization type and jurisdiction] ("Registrar"), and shall be deemed made on _____, at Los Angeles, California, USA.

**1. DEFINITIONS.** For purposes of this Agreement, the following definitions shall apply:

1.1    "Account Holder" means the person or entity that is paying for the Registered Name or otherwise controls the management of the registered name, when that person or entity is not the Registered Name Holder.

1.2    "Accredited" or "Accreditation" means to identify and set minimum standards for the performance of registration functions, to recognize persons or entities meeting those standards, and to enter into an accreditation agreement that sets forth the rules and procedures applicable to the provision of Registrar Services.

1.3    "Affiliate" means a person or entity that, directly or indirectly, through one or more intermediaries, Controls, is controlled by, or is under common control with, the person or entity specified.

1.4    "Affiliated Registrar" is another Accredited registrar that is an Affiliate of Registrar.

1.5    "Applicable Registrar Family" means, with respect to Affiliated Registrars, such Affiliated Registrar as a group.

1.6    "Consensus Policy" has the meaning set forth in the Consensus Policies and Temporary Policies Specification attached hereto.

1.7    "Control" (including the terms "controlled by" and "under common control with") means the possession, directly or indirectly, of the power to direct or cause the direction of the management or policies of a person or entity, whether through the ownership of securities, as trustee or executor, by serving as an employee or a

## 2.   ICANN OBLIGATIONS.

2.1     <u>Accreditation</u>. During the Term of this Agreement and subject to the terms and conditions of this Agreement, Registrar is hereby Accredited by ICANN to act as a registrar (including to insert and renew registration of Registered Names in the Registry Database) for gTLDs.

2.2     <u>Registrar Use of ICANN Name, Website and Trademarks</u>.  ICANN hereby grants to Registrar a non-exclusive, worldwide, royalty-free license during the Term of this Agreement (a) to state that it is Accredited by ICANN as a registrar for gTLDs, and (b) to link to pages and documents within the ICANN website. Subject to the terms and conditions set forth in the Logo License Specification attached hereto, ICANN hereby grants to Registrar a non-exclusive, worldwide right and license to use the Trademarks (as defined in the Logo License Specification). No other use of ICANN's name, website or Trademarks is licensed hereby. This license may not be assigned or sublicensed by Registrar to any other party, including, without limitation, any Affiliate of Registrar or any Reseller.

2.3     <u>General Obligations of ICANN</u>. With respect to all matters that impact the rights, obligations, or role of Registrar, ICANN shall during the Term of this Agreement:

> 2.3.1    exercise its responsibilities in an open and transparent manner;

> 2.3.2    not unreasonably restrain competition and, to the extent feasible, promote and encourage robust competition;

> 2.3.3    not apply standards, policies, procedures or practices arbitrarily, unjustifiably, or inequitably and not single out Registrar for disparate treatment unless justified by substantial and reasonable cause; and

> 2.3.4    ensure, through its reconsideration and independent review policies, adequate appeal procedures for Registrar, to the extent it is adversely affected by ICANN standards, policies, procedures or practices.

2.4     <u>Use of ICANN Accredited Registrars</u>. In order to promote competition in the registration of domain names, and in recognition of the value that ICANN-Accredited registrars bring to the Internet community, ICANN has ordinarily required gTLD registries under contract with ICANN to use ICANN-Accredited registrars, and ICANN will during the course of this agreement abide by any ICANN adopted Specifications or Policies requiring the use of ICANN-Accredited registrars by gTLD registries.

enforce any of the provisions hereof shall be deemed or shall constitute a waiver of any other provision hereof, nor shall any such waiver constitute a continuing waiver unless otherwise expressly provided. For the avoidance of doubt, nothing in this Section 6 or Section 7.4 shall be deemed to limit Registrar's obligation to comply with Section 4.

6.10   Notwithstanding anything in this Section 6 to the contrary, (a) if Registrar provides evidence to ICANN's reasonable satisfaction that the Approved Amendment would materially increase the cost of providing Registrar Services, then ICANN will allow up to one-hundred eighty (180) calendar days for the Approved Amendment to become effective with respect to Registrar, and (b) no Approved Amendment adopted pursuant to Section 6 shall become effective with respect to Registrar if Registrar provides ICANN with an irrevocable notice of termination pursuant to Section 5.4.

## 7.    MISCELLANEOUS PROVISIONS.

7.1    <u>Specific Performance</u>. While this Agreement is in effect, either party may seek specific performance of any provision of this Agreement in the manner provided in Section 5.8, provided the party seeking such performance is not in material breach of its obligations.

7.2    <u>Handling by ICANN of Registrar-Supplied Data</u>. Before receiving any Personal Data from Registrar, ICANN shall specify to Registrar in writing the purposes for and conditions under which ICANN intends to use the Personal Data. ICANN may from time to time provide Registrar with a revised specification of such purposes and conditions, which specification shall become effective no fewer than thirty (30) days after it is provided to Registrar. ICANN shall not use Personal Data provided by Registrar for a purpose or under conditions inconsistent with the specification in effect when the Personal Data was provided. ICANN shall take reasonable steps to avoid uses of the Personal Data by third parties inconsistent with the specification.

7.3    <u>Assignment; Change of Ownership or Management</u>.

7.3.1     Except as set forth in this Section 7.3.1, either party may assign or transfer this Agreement only with the prior written consent of the other party, which shall not be unreasonably withheld. If ICANN fails to expressly provide or withhold its consent to any requested assignment (an "Assignment Request") of this Agreement by Registrar within thirty (30) calendar days of ICANN's receipt of notice of such Assignment Request (or, if ICANN has requested additional information from Registrar in connection with its review of such request, sixty (60) calendar days of the receipt of all requested written information regarding such request) from Registrar, ICANN shall be deemed to have consented to such requested assignment. Notwithstanding the foregoing, (i) ICANN may assign this Agreement without the consent of Registrar upon approval of the ICANN Board of Directors in conjunction with

a reorganization, reconstitution or re-incorporation of ICANN upon such assignee's express assumption of the terms and conditions of this Agreement, (ii) Registrar may assign this Agreement without the consent of ICANN to a wholly-owned subsidiary of Registrar upon such subsidiary's express assumption of the terms and conditions of this Agreement, and (iii) ICANN shall be deemed to have consented to an Assignment Request in which the assignee associated with such Assignment Request is a party to a Registrar Accreditation Agreement with ICANN on the terms set forth in this Agreement (provided that such assignee is then in compliance with the terms and conditions of such Registrar Accreditation Agreement in all material respects), unless ICANN provides to Registrar a written objection to such Assignment Request within ten (10) calendar days of ICANN's receipt of notice of such Assignment Request pursuant to this Section 7.3.1.

7.3.2    To the extent that an entity acquires a Controlling interest in Registrar's stock, assets or business, Registrar shall provide ICANN notice within seven (7) days of such an acquisition. Such notification shall include a statement that affirms that Registrar meets the Specification or Policy on Accreditation criteria then in effect, and is in compliance with its obligations under this Agreement. Within thirty (30) days of such notification, ICANN may request additional information from the Registrar establishing compliance with this Agreement, in which case Registrar must supply the requested information within fifteen (15) days. Any disputes concerning Registrar's continued Accreditation shall be resolved pursuant to Section 5.8.

7.4    Negotiation Process.

7.4.1    If either the Chief Executive Officer of ICANN ("CEO") or the Chairperson of the Registrar Stakeholder Group ("Chair") desires to discuss any revision(s) to this Agreement, the CEO or Chair, as applicable, shall provide written notice to the other person, which shall set forth in reasonable detail the proposed revisions to this Agreement (a "Negotiation Notice"). Notwithstanding the foregoing, neither the CEO nor the Chair may (i) propose revisions to this Agreement that modify any Consensus Policy then existing, (ii) propose revisions to this Agreement pursuant to this Section 7.4 on or before June 30, 2014, or (iii) propose revisions or submit a Negotiation Notice more than once during any twelve month period beginning on July 1, 2014.

7.4.2    Following receipt of the Negotiation Notice by either the CEO or the Chair, ICANN and the Working Group shall consult in good faith negotiations regarding the form and substance of the proposed revisions to this Agreement, which shall be in the form of a proposed amendment to this Agreement (the "Proposed Revisions"), for a period of at least ninety (90) calendar days (unless a resolution is earlier reached) and attempt to reach a mutually acceptable agreement relating to the Proposed Revisions (the "Discussion Period").