# Exhibit 2

| | |
|---|---|
| **From:** | Karl Kronenberger |
| **To:** | Lauridsen, Steven E. |
| **Cc:** | Liana Chen; Leah Vulic; Steele, David J.; Kroll, Howard A.; Guye, Helena M. |
| **Subject:** | Re: Meta v. OnlineNIC - Draft Proposed Order re: Motion for Contempt (TE No. 015949-012) |
| **Date:** | Friday, March 14, 2025 3:30:10 PM |

**<<< EXTERNAL EMAIL >>>**

Hello Steven,

We object to this proposed order, including because the provision regarding ICANN is not supported by the document that you have attached. ICANN does not have any approval right for any change in ownership of a company that is an accredited registrar based on the provisions that you have attached. Your proposed order is premised on this mistake of fact. We object to the proposed order for this reason.

Please provide this email to the court when you submit your proposed order. We will not be jointly submitting this proposed order.

Sincerely,

Karl

_____
Karl S. Kronenberger
www.kr.law

> On Mar 14, 2025, at 2:56 PM, Lauridsen, Steven E. <Steven.Lauridsen@tuckerellis.com> wrote:
>
> Karl and team,
>
> I am attaching a draft Proposed Order with Exhibits, along with a draft Notice of Lodging.
> Do we have permission to use your electronic signature on the Notice of Lodging?
> Please let us know as soon as possible.
>
> Thank you,

**Steven E. Lauridsen | Attorney | Tucker Ellis LLP**
515 South Flower Street, Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3308 | Fax: 213-430-3409
steven.lauridsen@tuckerellis.com
tuckerellis.com
<2025-03-14.03 - Proposed Order Granting Plaintiffs' Motion for Contempt.docx>
<Exhibit A - Asset Appraisal Report (certified).pdf>
<Exhibit B - RAA Portions.pdf>
<2025-03-14.01 - Meta-OnlineNIC - Joint Notice of Lodging Proposed Order.docx>