UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>         Plaintiffs,<br><br>   v.<br><br>ONLINENIC INC, et al.,<br><br>         Defendants. | Case No. 19-cv-07071-SI<br><br>**ORDER TO RE-FILE PROPOSED ORDER FREEZING ASSETS** |

The Court is in receipt of plaintiffs' proposed order following this morning's hearing on the motion for sanctions. As indicated at the hearing, the Court intends to approve an asset freeze to maintain the status quo until the April 4 hearing. However, the Court has concerns about the clarity of the proposed order and in particular of Exhibit A, which is 35.CN's Asset Valuation Report. Exhibit A was provided for the purpose of instructing Verisign, Inc. which domain names to "lock," but the document itself—written in both Chinese and English—is largely inscrutable and contains far more than simply a list of domain names. While there are domain names listed in various parts of the document, it is unclear which are the domain names to be locked.

The Court therefore ORDERS the parties to re-file a proposed order that either clearly lists the domain names to be locked, or else points to precisely where in Exhibit A the domain names at issue are located.

**IT IS SO ORDERED**.

Dated: March 14, 2025

_____
SUSAN ILLSTON
United States District Judge