| | |
|---|---|
| 1 | TUCKER ELLIS LLP |
| 2 | David J. Steele SBN 209797<br>david.steele@tuckerellis.com |
| 3 | Howard A. Kroll SBN 100981<br>howard.kroll@tuckerellis.com |
| 4 | Steven E. Lauridsen SBN 246364<br>steven.lauridsen@tuckerellis.com |
| 5 | 515 South Flower Street<br>Forty-Second Floor |
| 6 | Los Angeles, CA 90071<br>Telephone:      213.430.3400 |
| 7 | Facsimile:       213.430.3409 |
| 8 | Attorneys for Plaintiffs,<br>META PLATFORMS, INC. (fka FACEBOOK, INC.) |
| 9 | and INSTAGRAM, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>　　　　　Defendants. | Case No. 3:19-cv-07071-SI<br><br>**NOTICE OF LODGING OF [REVISED PROPOSED] ORDER**<br><br>DATE:　　March 14, 2025<br>TIME:　　10:00 a.m.<br>CTRM:　　1 – 17th Floor<br><br>Hon. Susan Illston |

Pursuant to the Court's oral rulings during the March 14, 2025 hearing on Plaintiffs' Motion for an Order Holding Defendant Leascend Technology Co., Ltd. f/k/a Xiamen 35.Com Internet Technology Co., Ltd. ("35.CN") in Civil Contempt and Imposing Contempt Sanctions, Plaintiffs hereby lodge the attached revised proposed form of order, attached as Exhibit 1, for the Court's consideration. 35.CN objects to the proposed form of order and requests that Plaintiffs include 35.CN's counsel's email stating its objections, which is therefore also attached to this notice of lodging as Exhibit 2.

DATED: March 14, 2025

Tucker Ellis LLP

By: /s/Steven E. Lauridsen
    David J. Steele
    Howard A. Kroll
    Steven E. Lauridsen

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.) and INSTAGRAM, LLC