UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>　　　　　Defendants. | Case No. 3:19-cv-07071-SI<br><br>**[REVISED PROPOSED] ORDER RE: PLAINTIFFS' MOTION FOR AN ORDER HOLDING DEFENDANT LEASCEND TECHNOLOGY CO., LTD. F/K/A XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD. IN CIVIL CONTEMPT AND IMPOSING CONTEMPT SANCTIONS**<br><br>**DATE:**　　March 14, 2025<br>**TIME:**　　10:00 a.m.<br>**CTRM:**　　1 – 17th Floor<br><br>Hon. Susan Illston |

1

The Court, having read and considered Plaintiffs' Motion for an Order Holding Defendant Leascend Technology Co., Ltd. f/k/a Xiamen 35.Com Internet Technology Co., Ltd. ("35.CN") in Civil Contempt and Imposing Contempt Sanctions, the papers in opposition and reply, and the arguments presented at the March 14, 2025, hearing on that motion, **ORDERS** as follows:

It is **ORDERED** that the hearing on the motion is adjourned to April 4, 2025, at 10:00 a.m.

It is further **ORDERED** that the Court freezes the registrar business assets, including the domain names attached to this Order as Exhibit A[1] (the "Subject Domain Names") and the Internet Corporation for Assigned Names and Numbers ("ICANN") registrar accreditation (IANA 4163) of Xiamen 35.com Information Co., Ltd., until the hearing in this matter currently set for April 4, 2025, at 10:00 a.m. To facilitate the asset freeze:

1. Verisign, Inc. ("Verisign") is hereby **ORDERED** to lock the Subject Domain Names, while allowing use of the Subject Domain Names. To comply with this Order, for each of the Subject Domain Names, Verisign shall set the following Extensible Provisioning Protocol domain status codes: serverDeleteProhibited (to prevent deletion) and serverTransferProhibited (to prevent the transfer to another registrar);

2. Verisign is hereby **ORDERED** to deposit with the Court documents sufficient to establish the Court's control and authority regarding the disposition of the registration and use of the Subject Domain Names; and

3. ~~ICANN is **ORDERED** to withhold its consent and affirmatively object to any request to assign to another party the registrar business and accreditation (IANA 4163), including as authorized under the 2013 Registrar Accreditation Agreement Sections 7.3.1 and 7.3.2 (relevant portions are attached to this Order as Exhibit B).~~

**IT IS SO ORDERED.**

DATED: March 15, 2025

Susan Illston
United States District Judge

---

[1] As ordered by the Court (ECF No. 443), the domain names listed in Exhibit A were selected from 35.CN's Asset Valuation Report, a certified translation of which is available at ECF No. 442-1 Ex. A.

# Exhibit A

| | |
|---|---|
| 1TH.NET | 35WST.COM |
| 35.COM | 35WST.NET |
| 35CAIFU.COM | ABSOLUTEE.COM |
| 35CENTER.COM | CHINA-CHANNEL.COM |
| 35CENTER.NET | CHINA-CHANNEL.NET |
| 35CHAIN.COM | CHINACHANNEL.COM |
| 35EQ.COM | CN4E.COM |
| 35EQ.NET | CN4E.NET |
| 35EYOU.COM | COOLICE.COM |
| 35EYOU.NET | DNS-DIY.COM |
| 35EZWEB.COM | DOMAINPRICING.COM |
| 35FORTUNE.COM | FENGYUN.NET |
| 35FORTUNE.NET | FM1234567.COM |
| 35LIVECHAT.COM | GONGQ.NET |
| 35MAIL.COM | GONGSHAOHUI.COM |
| 35MARKET.COM | LM35.COM |
| 35MARKET.NET | JINGTONG.COM |
| 35OFFICE.COM | JYLIANGGU.COM |
| 35PAD.NET | MASTEK.NET |
| 35PASS.COM | NAVLIVE.COM |
| 35PHONE.COM | NAVLIVE.NET |
| 35PHONE.NET | NETALLS.COM |
| 35VHOST.COM | TOUCHREADAPP.COM |
| 35VIP.NET | UU35.COM |
| 35VV.COM | XMTANGCHEN.COM |

# Exhibit 2

| | |
|---|---|
| **From:** | Karl Kronenberger |
| **To:** | Lauridsen, Steven E. |
| **Cc:** | Liana Chen; Leah Vulic; Steele, David J.; Kroll, Howard A.; Guye, Helena M. |
| **Subject:** | Re: Meta v. OnlineNIC - Draft Proposed Order re: Motion for Contempt (TE No. 015949-012) |
| **Date:** | Friday, March 14, 2025 3:30:10 PM |

**<<< EXTERNAL EMAIL >>>**

Hello Steven,

We object to this proposed order, including because the provision regarding ICANN is not supported by the document that you have attached. ICANN does not have any approval right for any change in ownership of a company that is an accredited registrar based on the provisions that you have attached. Your proposed order is premised on this mistake of fact. We object to the proposed order for this reason.

Please provide this email to the court when you submit your proposed order. We will not be jointly submitting this proposed order.

Sincerely,

Karl

_____
Karl S. Kronenberger
www.kr.law

> On Mar 14, 2025, at 2:56 PM, Lauridsen, Steven E. <Steven.Lauridsen@tuckerellis.com> wrote:
>
> Karl and team,
>
> I am attaching a draft Proposed Order with Exhibits, along with a draft Notice of Lodging.
> Do we have permission to use your electronic signature on the Notice of Lodging?
> Please let us know as soon as possible.
>
> Thank you,

**Steven E. Lauridsen | Attorney | Tucker Ellis LLP**
515 South Flower Street, Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3308 | Fax: 213-430-3409
steven.lauridsen@tuckerellis.com
tuckerellis.com

<2025-03-14.03 - Proposed Order Granting Plaintiffs' Motion for Contempt.docx>
<Exhibit A - Asset Appraisal Report (certified).pdf>
<Exhibit B - RAA Portions.pdf>
<2025-03-14.01 - Meta-OnlineNIC - Joint Notice of Lodging Proposed Order.docx>