TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:     213.430.3400
Facsimile:     213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.)
and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| FACEBOOK, INC. and INSTAGRAM, LLC, | Case No. 3:19-cv-07071-SI |
|---|---|
| Plaintiffs, | **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |
| v. | |
| ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., | Hon. Susan Illston |
| Defendants. | |

State of California, County of Orange

I, David J. Steele, hereby state under penalty of perjury that,

1. Judgment for $5,409,806.14 was entered on February 14, 2025 on the docket of the above-entitled action in the United States District Court, Northern District of California in favor of Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram, LLC as Judgment Creditors and against OnlineNIC Inc., Domain ID Shield Service Co., Ltd., and Leascend Technology Co., Ltd. f/k/a Xiamen 35.com Internet Technology Co., Ltd. as Judgment Debtors, and the Clerk taxed costs as awarded in the Judgment pursuant to Fed. R. Civ. P. 54(d)(1) in the amount of $51,046.16 on March 3, 2025, bringing the total Judgment amount to $5,460,851.30.

2. I am the attorney for said Judgment Creditors and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the Northern District of California are the following sums:

    $25,763.17 accrued interest, computed at 4.20% per annum

    $0.00 accrued post-judgment costs

No payments or partial satisfaction have been made.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Brea, State of California, this 27th date of March, 2025.

                                                                             /s/David J. Steele