TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street,
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.),
and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ONLINENIC INC., DOMAIN ID SHIELD SERVICE CO., LIMITED, and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>　　　　　　Defendants. | Case No. 3:19-cv-07071-SI<br><br>**DECLARATION OF STEVEN E. LAURIDSEN IN SUPPORT OF PLAINTIFFS' BRIEF RE: FURTHER CONTEMPT PROCEEDINGS [426, 441, 445]**<br><br>DATE:　　April 4, 2025<br>TIME:　　10:00 a.m.<br>CTRM:　　1 – 17th Floor<br><br>Hon. Susan Illston |

I, Steven E. Lauridsen, declare as follows:

1. I am an attorney with the law firm of Tucker Ellis LLP, counsel for Plaintiffs in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would competently testify thereto. I make this declaration in support of Plaintiffs' Brief re: Further Contempt Proceedings concerning Plaintiffs' previously filed Motion for an Order Holding Defendant Leascend Technology Co., Ltd. fka Xiamen 35.Com Internet Technology Co., Ltd. ("35.CN") in Civil Contempt and Imposing Contempt Sanctions.

2. On March 28, 2025 at 3:16 p.m., I received an email from 35.CN's counsel Karl Kronenberger attaching what appear to be the Chinese-language version of the Property Transfer Agreement as well as an English translation of the document. A copy of this document is attached as **Exhibit 1**.

3. On March 28, 2025, Mr. Kronenberger did not send any other documents, including any closing documents.

4. My colleague, Howard Kroll, promptly followed up on March 28, 2025 to request the closing documents.

5. One day before the hearing, on April 3, 2025, Mr. Kronenberger sent Plaintiffs an email attaching two additional documents. These documents consist of (1) a "Registration Notice"; and (2) an undated "Company Registration (Filing) Application Form." Copies of these documents are attached as **Exhibit 2** and **Exhibit 3**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on April 3, 2025, in Los Angeles, California.

       /s/Steven E. Lauridsen