# Exhibit 2

# Registration Notice

(Xia) Registration Change No. [2024] 2082024122730012

Xiamen 35 Internet Information Co., Ltd.:

Your application materials for registration change are complete and comply with the statutory requirements. Our bureau has approved the registration.

Xiamen Municipal Administration for Market Regulation (Seal)

January 27, 2024



Scan the QR code to access the "Xiamen Commercial Entity Registration and Credit Information Publicity Platform" for inquiries regarding registration, changes, filing, and regulatory information of commercial entities.

Seal for Archival Inquiry

Xiamen Municipal Administration for Market Regulation

# 登 记 通 知 书

（厦）登变字〔2024〕第2082024122730012号

厦门三五互联信息有限公司 ：

你单位提交的变更登记申请材料齐全，符合法定形式，我局予以登记。



（登记机关审批专用章）

2024年12月27日



扫描二维码可登陆"厦门市商事主体登记及信用信息公示平台"查询商事主体登记、变更、备案、监管信息。



档案查询专用章



1