# Exhibit 3

**Company Registration (Filing) Application Form**

| ☑ Basic Information (Mandatory Fields) | | | |
|---|---|---|---|
| Company Name | Xiamen 35 Internet Information Co., Ltd.<br>(For parent group companies, please fill in: Group Name: _____ Group Abbreviation: _____) | | |
| Unified Social Credit Code (Not required for initial registration) | 91350200MACKTQ1N08 | | |
| Registered Address | Room 401, Unit A01, No. 8 Guanri Road, Software Park Phase II, Xiamen Torch High-Tech Zone | | |
| Contact Number | 18011531174 | Postal Code | 361008 |
| Establishment (For initial registration only) | | | |
| Legal Representative's Name | | Company Type | ☐ Limited Liability Company<br><br>☐ Joint Stock Company<br><br>☐ Wholly Foreign-Owned Limited Liability Company<br><br>☐ Wholly Foreign-Owned Joint Stock Company |
| Registered Capital | _____million (Currency: ☐ RMB ☐ Other) | | |
| Total Investment (For foreign-invested companies) | _____ million (Currency: _____) Equivalent in USD: _____ million | | |
| Business Premises | | | |
| Establishment Method (For joint stock companies) | ☐ Founded by Initiators<br><br>☐ Founded by Public Subscription | Business Duration | ☐ Long-term<br><br>☐ _____ years |

| License Application | ☐ Apply for Paper License<br><br>(*For copies, electronic licenses are generated automatically; paper licenses should be selected manually.*) |
|---|---|
| Business Scope | *(To be registered according to the classification standards published by the registration authority)* *(For matters subject to "Multi-Certificate Integration," applicants must fill in the relevant "Government Shared Information Items" based on their own business circumstances.)* |

Note: 1. This application form applies to the establishment, modification, and filing of both domestic and foreign-invested companies.

| ☑ Changes (For registration changes only – fill in the relevant items for this application) | | |
|---|---|---|
| Change Item | Previous Registration | Updated Registration |
| Legal Representative | Zhang Weiwei | Han Baochuan |
| Investor/Shareholder | Leascend Technology Co., Ltd. | Chengdu Yuyu Jun Internet Technology Co., Ltd. |
| Change Item | Previous Registration | Updated Registration |

Note:
Changeable items include company name, registered address, legal representative (name), registered capital, company type, shareholders of a limited liability company (name of shareholder), and initiators of a joint stock company (name). If applying for a name change that includes "Group" or "(Group)," the Group Name and Group Abbreviation must be filled in (if applicable).

| ☑ Filing (For record filing only) | |
|---|---|
| Filing Matters | ☐ Business Premises (*A separate form may be attached*)<br><br>☐ Business Scope<br><br>☐ Business Duration<br><br>☑ Company Directors, Supervisors, and Senior Executives<br><br>☑ Articles of Association (Including Amendments) |

|  | ☐ Subscribed Capital Contribution Amount<br><br>☑ Contact Person<br><br>☐ Legal Document Service Recipient for Foreign-Invested Enterprises |  |  |
|---|---|---|---|
| Note: Senior executives include the general manager, deputy general manager, financial officer, secretary of the board of directors of listed companies, and other personnel specified in the articles of association. ||||
| ☑ Designated Representative / Authorized Agent (Mandatory Field) ||||
| Authorization Scope | 1. ☑ Agree ☐ Disagree to verify copies of registration materials and sign verification opinions.<br><br>2. ☑ Agree ☐ Disagree to correct errors in self-prepared documents.<br><br>3. ☑ Agree ☐ Disagree to correct errors in related forms.<br><br>4. ☑ Agree ☐ Disagree to collect the business license and relevant documents.<br><br>5. ☑ Agree ☐ Disagree to authorize China Postal Express & Logistics Co., Ltd. (Xiamen Branch) EMS to deliver the business license and relevant documents. |||
| Landline Phone: | 13950141620 | Mobile Phone | 13950141620 |
| Signature of Designated Representative/Authorized Agent<br><br>Seal for Archival Inquiry<br>Xiamen Municipal Administration for Market Regulation ||||

# 公司登记（备案）申请书

| ☑ 基本信息（必填项） | | | |
|---|---|---|---|
| 名　　称 | 厦门三五互联信息有限公司 <br> （集团母公司需填写：集团名称：　　　集团简称：　　　） | | |
| 统一社会信用代码 <br> （设立登记不填写） | 91350200MACKTQ1N08 | | |
| 住　　所 | 厦门火炬高新区软件园二期观日路8号401室A01单元 | | |
| 联系电话 | 18011531174 | 邮政编码 | 361008 |
| ☐ 设立（仅设立登记填写） | | | |
| 法定代表人姓名 | | 公司类型 | ☐有限责任公司　☐股份有限公司 <br> ☐外资有限责任公司　☐外资股份有限公司 |
| 注册资本 | ＿＿＿万元　（币种：☐人民币　☐其他＿＿＿） | | |
| 投资总额 <br> （外资公司填写） | ＿＿＿万元　（币种：＿＿＿）　折美元：＿＿＿万元 | | |
| 经营场所 | | | |
| 设立方式 <br> （股份公司填写） | ☐发起设立 <br> ☐募集设立 | 营业期限/ <br> 经营期限 | ☐长期　☐＿＿＿年 |
| 申领执照 | ☐申领纸质执照　其中：副本_个（电子执照系统自动生成，纸质执照自行勾选） | | |
| 经营范围 <br> （根据登记机关公布的经营项目分类标准办理经营范围备案） | （涉及"多证合一"事项办理的，申请人须根据商事主体自身情况填写《多证合一》政府部门共享信息项》相关内容。） | | |

注：1、本申请书适用于内资、外资公司申请设立、变更、备案。

| ☑ 变更（仅变更登记填写，只填写与本次申请有关的事项） |
|---|

| 变更事项 | 原登记内容 | 变更后登记内容 |
|---|---|---|
| 法定代表人变更 | 章威炜 | 韩保川 |
| 投资者成员（股东）变更 | 琏升科技股份有限公司 | 成都瑜与聆互联网科技有限公司 |
|  |  |  |

注：变更事项包括名称、住所、法定代表人（姓名）、注册资本、公司类型、有限责任公司股东（股东姓名或者名称）、股份有限公司发起人的姓名或者名称。

申请公司名称变更，在名称中增加"集团或（集团）"字样的，应当填写集团名称、集团简称（无集团简称的可不填）。

☑ **备案（仅备案填写）**

| 事项 | ☐ 经营场所（可另附表格）<br>☐ 经营范围<br>☐ 经营期限<br>☑ 公司董事、监事、高级管理人员<br>☑ 章程（含修正案）<br>☐ 认缴出资数额<br>☑ 联络人<br>☐ 外商投资企业法律文件送达接受人 |
|---|---|

注：高级管理人员包括"经理、副经理、财务负责人，上市公司董事会秘书和公司章程规定的其他人员"。

☑ **指定代表/委托代理人（必填项）**

| 委托权限 | 1、同意☑ 不同意☐ 核对登记材料中的复印件并签署核对意见；<br>2、同意☑ 不同意☐ 修改企业自备文件的错误；<br>3、同意☑ 不同意☐ 修改有关表格的填写错误；<br>4、同意☑ 不同意☐ 领取营业执照和有关文书；<br>5、同意☑ 不同意☐ 委托中国邮政速递物流股份有限公司厦门市分公司领取并通过EMS邮寄送达营业执照和有关文书。 | | | |
|---|---|---|---|---|
| 固定电话 | 13950141620 | 移动电话 | 13950141620 | 指定代表/委托代理人签字 |