UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** April 4, 2025 | **Time:** 10:02 – 10:41 39 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 19-cv-07071-SI | **Case Name:** Facebook, Inc. v. OnLineNic Inc | |

**Attorney for Plaintiff:** David Steel, Steven Lauridsen, Howard Kroll
**Attorney for Defendant:** Karl Kronenberger, Liana Chen, Leah Vulic

**Deputy Clerk:** Esther Chung          **Court Reporter:** Kendra Steppler

## PROCEEDINGS

Motion for Sanctions (Dkt. 450) – Held via Zoom webinar.

## SUMMARY

The Court questioned Defendant's counsel concerning documentation provided concerning the sale closing.  Both Counsel confirmed that no money has been paid towards the Judgment to date.   The Court granted the request to extend the freeze on the assets until further briefing could be done.

A briefing schedule was set for a Motion regarding remedies.  The Motion will be filed today, oppositions will be due 4/18/2025, replies due 4/25/2025, hearing will be noticed for 5/16/2025 at 10:00 a.m.