TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:      213.430.3400
Facsimile:       213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.) and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>　　　　　Defendants. | Case No. 3:19-cv-07071-SI<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING AND HEARING SCHEDULE RE CONTEMPT REMEDIES**<br><br>Hon. Susan Illston |

Plaintiffs Meta Platforms, Inc. and Instagram, LLC, and Defendant Leascend Technology Co. Ltd. (fka Xiamen 35.com Internet Technology Co. Ltd.) ("Leascend") hereby stipulate as follows:

1. On April 4, 2025, the Court entered an order finding Leascend in civil contempt, ordering further briefing on contempt remedies, and setting a hearing for May 16, 2025. ECF No. 460.

2. The parties have agreed to continue the hearing date and to a modified briefing schedule, as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Plaintiffs' Motion Due | April 11, 2025 | April 22, 2025 |
| Leascend's Opposition Due | April 25, 2025 | May 9, 2025 |
| Plaintiffs' Reply Due | May 2, 2025 | May 16, 2025 |
| Hearing | May 16, 2025 | May 30, 2025 |

3. This stipulation will not alter the date of any other event or any other deadline already fixed by the Court.

4. Plaintiffs and Leascend therefore respectfully request that the Court enter an order approving this stipulation and adopting the schedule set forth above

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: April 7, 2025                    Tucker Ellis LLP

                                        By: /s/David J. Steele
                                            David J. Steele
                                            Howard A. Kroll
                                            Steven E. Lauridsen

                                        Attorneys for Plaintiffs,
                                        META PLATFORMS, INC. (fka FACEBOOK, INC.) and INSTAGRAM, LLC

DATED: April 7, 2025						Kronenberger Rosenfeld, LLP

								By: /s/ Karl S. Kronenberger
								        Karl S. Kronenberger

								Attorneys for Defendant
								LEASCEND TECHNOLOGY CO. LTD.
								(fka XIAMEN 35.COM INTERNET
								TECHNOLOGY CO., LTD.)

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all other signatories listed and on whose behalf this filing is made concur in the filing of this document and have granted permission to use an electronic signature.

								  /s/David J. Steele

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____			_____
								Susan Illston
								United States District Judge