1  TUCKER ELLIS LLP
   David J. Steele SBN 209797
2  david.steele@tuckerellis.com
   Howard A. Kroll SBN 100981
3  howard.kroll@tuckerellis.com
   Steven E. Lauridsen SBN 246364
4  steven.lauridsen@tuckerellis.com
   515 South Flower Street
5  Forty-Second Floor
   Los Angeles, CA 90071
6  Telephone:     213.430.3400
   Facsimile:     213.430.3409
7
   Attorneys for Plaintiffs,
8  META PLATFORMS, INC. (fka
   FACEBOOK, INC.) and INSTAGRAM, LLC
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12  FACEBOOK, INC. and INSTAGRAM, LLC,        Case No. 3:19-cv-07071-SI

13                  Plaintiffs,               **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING AND HEARING SCHEDULE RE CONTEMPT REMEDIES**

14         v.

15  ONLINENIC INC.; DOMAIN ID SHIELD          Hon. Susan Illston
    SERVICE CO., LIMITED; and XIAMEN
16  35.COM INTERNET TECHNOLOGY CO.,
    LTD.,
17
                    Defendants.
18

Plaintiffs Meta Platforms, Inc. and Instagram, LLC, and Defendant Leascend Technology Co. Ltd. (fka Xiamen 35.com Internet Technology Co. Ltd.) ("Leascend") hereby stipulate as follows:

1. On April 4, 2025, the Court entered an order finding Leascend in civil contempt, ordering further briefing on contempt remedies, and setting a hearing for May 16, 2025. ECF No. 460.

2. The parties have agreed to continue the hearing date and to a modified briefing schedule, as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Plaintiffs' Motion Due | April 11, 2025 | April 22, 2025 |
| Leascend's Opposition Due | April 25, 2025 | May 9, 2025 |
| Plaintiffs' Reply Due | May 2, 2025 | May 16, 2025 |
| Hearing | May 16, 2025 | May 30, 2025 |

3. This stipulation will not alter the date of any other event or any other deadline already fixed by the Court.

4. Plaintiffs and Leascend therefore respectfully request that the Court enter an order approving this stipulation and adopting the schedule set forth above

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: April 7, 2025                    Tucker Ellis LLP

By: /s/David J. Steele
    David J. Steele
    Howard A. Kroll
    Steven E. Lauridsen

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.) and INSTAGRAM, LLC

DATED: April 7, 2025

Kronenberger Rosenfeld, LLP

By: /s/ Karl S. Kronenberger
     Karl S. Kronenberger

Attorneys for Defendant
LEASCEND TECHNOLOGY CO. LTD.
(fka XIAMEN 35.COM INTERNET
TECHNOLOGY CO., LTD.)

### ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all other signatories listed and on whose behalf this filing is made concur in the filing of this document and have granted permission to use an electronic signature.

/s/David J. Steele

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 8, 2025

_____
Susan Illston
United States District Judge