1  TUCKER ELLIS LLP
   David J. Steele SBN 209797
2  david.steele@tuckerellis.com
   Howard A. Kroll SBN 100981
3  howard.kroll@tuckerellis.com
   Steven E. Lauridsen SBN 246364
4  steven.lauridsen@tuckerellis.com
5  515 South Flower Street,
   Forty-Second Floor
6  Los Angeles, CA 90071
   Telephone:    213.430.3400
7  Facsimile:    213.430.3409
8
   Attorneys for Plaintiffs,
9  META PLATFORMS, INC. (fka FACEBOOK, INC.),
   and INSTAGRAM, LLC
10
                    **UNITED STATES DISTRICT COURT**
11
                    **NORTHERN DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>              Plaintiffs,<br><br>     v.<br><br>ONLINENIC INC., DOMAIN ID SHIELD SERVICE CO., LIMITED, and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>              Defendants. | Case No. 3:19-cv-07071-SI<br><br>**[REDACTED VERSION OF DOCUMENT FILED UNDER SEAL]**<br><br>**DECLARATION OF HELENA GUYE IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT REMEDIES AGAINST DEFENDANT LEASCEND TECHNOLOGY CO., LTD. FKA XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.**<br><br>DATE:     May 30, 2025<br>TIME:     10:00 a.m.<br>CTRM:     1 – 17th Floor<br><br>Hon. Susan Illston |

I, Helena Guye, declare as follows:

1.  I am an attorney with Tucker Ellis LLP, counsel for Plaintiffs in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would competently testify thereto. I make this declaration in support of Plaintiffs' Motion for Contempt Remedies Against Defendant Leascend Technology Co., Ltd. fka Xiamen 35.Com Internet Technology Co., Ltd ("Leascend").

2.  On April 16, 2025, in response to Plaintiffs' subpoena, the Internet Corporation for Assigned Names and Numbers ("ICANN") produced English and Chinese versions of a "Certificate" ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ Copies of the English and Chinese versions of 35 Info's Certificate (Bates stamp Nos. ICANN-METAONLINENIC-0000020-21) are attached to this declaration as **Exhibit 1**. 35 Info's Certificates are designated "CONFIDENTIAL" by ICANN.

3.  On April 21, 2025, I navigated to Leascend's profile on Juchao Information Network, and downloaded Leascend's "2024 Semi-Annual Report," which was publicly filed in August 2024. According to Leascend's 2024 Semi-Annual Report, Leascend's company website is available at www.leasdgrp.com. Relevant portions of Leascend's 2024 Semi-Annual Report, along with a machine translation, are attached to this declaration as **Exhibit 2**.

4.  On April 22, 2025, I navigated to Leascend's company website available at www.leasdgrp.com, and further navigated to Leascend's "Green Future" webpage available at www.leasdgrp.com/business-262.html (which can be found under the "Business Areas" tab on the home page). Leascend's Green Future webpage describes Leascend's "solar photovoltaic heterojunction cell production line" and provides a link to "Visit the official website of Meishan Liansheng Photovoltaic Technology Co., Ltd." Upon clicking that link, I was navigated to a website available at www.leascend.com. Screen captures of Leascend's Green Future webpage in Chinese and English (machine translation) taken on April 22, 2025, are attached to this declaration as **Exhibit 3**.

5. On April 22, 2025, I navigated to the website available at www.leascend.com, which I was able to view in either Chinese or English by toggling the "EN/CN" button in the upper right corner. I further navigated to the "About Us" webpage available at www.leascend.com/about-us.html (which can be found under the "About US" tab on the home page). According to the About Us webpage, "Liansheng Photovoltaic Technology Co., Ltd. is controlled by Liansheng Technology (300051)."[1] Copies of the leascend.com About Us webpage in Chinese and English (machine translation) accessed on April 22, 2025, are attached to this declaration as **Exhibit 4**.

6. On June 6, 2024, Leascend posted an article titled "Announcement on Change of Domain Name Registration Service Provider" on the webpage available at www.leasdgrp.com/news/show-100.html. According to this Announcement, "Due to the need for the adjustment of the company's business strategy, it is now decided to put the domain name registration business of [Leascend] to its subsidiary, [35 Info]. From the date of the announcement, [35 Info] will officially undertake the company's original domain name registration business and assume the corresponding operation and service responsibilities." Copies of Leascend's June 6, 2024, Announcement in Chinese and English (machine translation) are attached to this declaration as **Exhibit 5**.

7. A list of current and past ICANN-accredited registrars can be viewed at the website available at www.iana.org/assignments/registrar-ids/registrar-ids.xhtml (which is operated by Internet Assigned Numbers Authority ("IANA"), an ICANN affiliate). Leascend's ICANN accreditation (IANA No. 1316) was terminated between May 27, 2024, and June 23, 2024. Screen captures of the webpage available at www.iana.org/assignments/registrar-ids/registrar-ids.xhtml captured and archived by the Wayback Machine on May 27, 2024, and June 23, 2024, reflecting the termination of Leascend's accreditation (IANA No. 1316) between those two dates are attached to this declaration as **Exhibit 6**.

8. On April 22, 2025, I navigated to Leascend's company website available at www.leasdgrp.com, and further navigated to the "Leadership Team" webpage available at www.leasdgrp.com/leadership.html (which can be found under the "about Us" tab on the home page).

---

[1] Leascend's Chinese name, "琏升科技," translates directly to "Liansheng Technology." However, when Leascend changed its name, it selected the English name "Leascend." *See* ECF No. 379-2 at 7. Leascend's stock code, 300051, remained the same. *Id.* at 6.

According to Leascend's Leadership Team webpage, Zhang Weiwei is member of Leascend's "Senior Management" and holds the title "Deputy General Manager." Screen captures of Leascend's Leadership Team webpage in Chinese and English (machine translation) taken on April 22, 2025, are attached to this declaration as **Exhibit 7**.

9.  On July 14, 2023, an article titled "Setting sail for the future丨35 Information holds 2023 semi-annual business summary meeting" was published on the webpage available at www.35.com/news/important/MTA3MA. The article describes a 2023 semi-annual meeting held by 35 Info during the time it was a wholly owned subsidiary of Leascend. The article further identifies Zhang Weiwei as 35 Info's "General Manager," Sun Yifang as 35 Info's "Deputy General Manager," and Yu Hongxia (aka Carrie Yu) as 35 Info's "Digital Center Director." Copies of Leascend's July 14, 2023, article in Chinese and English (machine translation) are attached to this declaration as **Exhibit 8**.

10. 35 Info was accredited and assigned IANA No. 4163 between October 17, 2023, and October 29, 2023, when 35 Info was the wholly owned subsidiary of Leascend. Screen captures of the webpage available at www.iana.org/assignments/registrar-ids/registrar-ids.xhtml captured and archived by the Wayback Machine on October 17, 2023, and October 29, 2023, reflecting the addition of 35 Info between those two dates are attached to this declaration as **Exhibit 9**.

11. As of April 22, 2025, 35 Info's ICANN accreditation is active. A screen capture of the webpage available at www.iana.org/assignments/registrar-ids/registrar-ids.xhtml taken April 22, 2025 is attached to this declaration as **Exhibit 10**.

12. In response to Plaintiffs' subpoena, ICANN produced English and Chinese versions of 35 Info's Articles of Incorporation. ████████████████████████████████████████████████████████████████████████████████████████████ Copies of the English and Chinese versions of 35 Info's Articles of Incorporation (Bates stamp Nos. ICANN-METAONLINENIC-0000075-84) are attached to this declaration as **Exhibit 11**. 35 Info's Articles of Incorporation are designated "CONFIDENTIAL" by ICANN.

13. In response to Plaintiffs' subpoena, ICANN produced English and Chinese versions of

3
DECLARATION OF HELENA M. GUYE IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT REMEDIES
Case No. 3:19-cv-07071-SI

35 Info's "Enterprise Credit Information Publicity Report." ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ Copies of the English and Chinese versions of the 35 Info's Enterprise Credit Information Publicity Report (Bates Stamp Nos. ICANN-METAONLINENIC-0000085-115) are attached to this declaration as **Exhibit 12**. 35 Info's Enterprise Credit Information Publicity Reports are designated "CONFIDENTIAL" by ICANN.

14. In 35 Info's 2025 Registrar Information Specification (RIS) submitted to ICANN, ▮▮▮▮▮ ▮▮▮▮▮ A copy of 35 Info's 2025 RIS (Bates Stamp No. ICANN-METAONLINENIC-0000116_CONFIDENTIAL) is attached to this declaration as **Exhibit 13**. 35 Info's 2025 RIS is designated "CONFIDENTIAL" by ICANN.

15. Pursuant to this Court's March 15, 2025, Order Re: Plaintiffs' Motion for an Order Holding Defendant Leascend Technology Co., Ltd. F/K/A Xiamen 35.Com Internet Technology Co., Ltd. in Civil Contempt and Imposing Contempt Sanctions (ECF No. 445), Verisign, Inc. previously confirmed to the Court with respect to other .com and .net domain names in this case "that Verisign will comply with any other order issued by the Court that directs Verisign to take actions against the Subject Domain Names that are within its technical capabilities." A copy of Verisign's March 19, 2025, email to this Court's Courtroom Deputy is attached to this declaration as **Exhibit 14**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on April 22, 2025, in Los Angeles, California.

                                            /s/Helena Guye