# Exhibit 2

# 琏升科技股份有限公司

## 2024 年半年度报告



**2024 年 08 月**

# 第二节 公司简介和主要财务指标

## 一、公司简介

| 股票简称 | 珑升科技 | 股票代码 | 300051 |
|---|---|---|---|
| 股票上市证券交易所 | 深圳证券交易所 | | |
| 公司的中文名称 | 珑升科技股份有限公司 | | |
| 公司的中文简称（如有） | 珑升科技 | | |
| 公司的外文名称（如有） | Leascend Technology Co.,Ltd | | |
| 公司的外文名称缩写（如有） | Leascend | | |
| 公司的法定代表人 | 黄明良 | | |

## 二、联系人和联系方式

| | 董事会秘书 | 证券事务代表 |
|---|---|---|
| 姓名 | 吴艳兰 | 胡谦 |
| 联系地址 | 厦门软件园二期观日路 8 号 | 厦门软件园二期观日路 8 号 |
| 电话 | 0592-2950819 | 0592-2950819 |
| 传真 | 0592-5392104 | 0592-5392104 |
| 电子信箱 | zqb@leasdgrp.com | zqb@leasdgrp.com |

## 三、其他情况

**1、公司联系方式**

公司注册地址、公司办公地址及其邮政编码、公司网址、电子信箱等在报告期是否变化

☑适用 □不适用

| 公司注册地址 | 南通高新技术产业开发区通甲东路 66 号 |
|---|---|
| 公司注册地址的邮政编码 | 226300 |
| 公司办公地址 | 厦门市火炬高新技术产业开发区软件园二期观日路 8 号一层 |
| 公司办公地址的邮政编码 | 361008 |
| 公司网址 | https://www.leasdgrp.com |
| 公司电子信箱 | zqb@leasdgrp.com（自 2024 年 3 月 5 日起，公司证券部邮箱地址由 zqb@35.cn 变更为 zqb@leasdgrp.com） |
| 临时公告披露的指定网站查询日期（如有） | 2024 年 03 月 05 日 |
| 临时公告披露的指定网站查询索引（如有） | 详见巨潮资讯网（www.cninfo.com.cn）《关于公司完成注册地址工商变更登记并换发营业执照暨电子邮箱变更的公告》（公告编号：2024-022） |

**2、信息披露及备置地点**

信息披露及备置地点在报告期是否变化

7

Liansheng Technology Co., Ltd.

**2024** Semi-annual Report



**August 2024**

Liansheng Technology Co., Ltd. 2024 Semi-annual Report Full Text

## Section 2 Company Profile and Key Financial Indicators

### 1. Company Profile

| Stock abbreviation | Liansheng | Stock Code | 300051 |
|---|---|---|---|
| Stock listing stock exchange | Technology Shenzhen Stock Exchange | | |
| Chinese name of the company | Liansheng Technology Co., Ltd. | | |
| Chinese abbreviation of the company (if any) | Liansheng Technology | | |
| Foreign name of the company (if any) | Leascend Technology Co., Ltd | | |
| The company's foreign name abbreviation (such as have) | Leascend | | |
| Legal representative of the company | Huang Mingliang | | |

### 2. Contact Person and Contact Information

| | Secretary to the Board | Securities Affairs Representative |
|---|---|---|
| Name | Wu Yanlan | Hu Qian |
| Contact Address | No. 8 Guanri Road, Phase II, Xiamen Software Park | No. 8 Guanri Road, Phase II, Xiamen Software Park |
| Telephone | 0592-2950819 | 0592-2950819 |
| fax | 0592-5392104 | 0592-5392104 |
| E-mail | zqb@leasdgrp.com | zqb@leasdgrp.com |

### 3. Other situations

1. Company contact information

Whether the company's registered address, office address and postal code, company website, email address, etc. have changed during the reporting period

ÿApplicable ÿNot applicable

| Company registered address | No. 66, Tongjia East Road, Nantong High-tech Industrial Development Zone |
|---|---|
| Postal code of the company's registered address | 226300 |
| Company Office Address | No. 8, Guanri Road, Software Park Phase II, Torch High-tech Industrial Development Zone, Xiamen layer |
| Postal code of your company's office address | 361008 |
| Company website | https://www.leasdgrp.com |
| Company Email | zqb@leasdgrp.com (from March 5, 2024, the Securities Department of the Company shall The mailbox address is changed from zqb@35.cn to zqb@leasdgrp.com) |
| Date of inquiry on the designated website disclosed in the interim announcement (if any) | March 05, 2024 |
| Query index of designated website disclosed in temporary announcement (if any) | For details, please refer to the "About the Company's Completion of Registration" on the China Securities Information Network (www.cninfo.com.cn). Change of registered address and business license and change of email address Notice (Announcement No.: 2024-022) |

2. Information disclosure and storage location

Whether the information disclosure and storage location have changed during the reporting period

7