# Exhibit 3








## Meishan Liansheng Photovoltaic Technology Co., Ltd.

The Liansheng HJT photovoltaic project is invested and operated by Liansheng Technology's holding subsidiary Meishan Liansheng Photovoltaic Technology Co., Ltd., to build an 8GW high-efficiency solar photovoltaic heterojunction cell production line, which is currently the country's leading single-line high-efficiency solar photovoltaic heterojunction cell production project.

The project plans a total investment of 4 billion yuan and covers an area of 387 acres. The first piece will be completed on August 22, 2023. The main plant, substation, supporting facilities and 3.2GW equipment in the first phase have been installed and put into production. After all are completed and put into production, it can achieve an annual operating income of more than 10 billion yuan, an annual tax contribution of more than 500 million yuan, and provide more than 1,200 jobs. The project will drive Danleng's economic and social development, optimize Danleng's industrial structure, and make positive contributions to the comprehensive improvement of local living standards. It has good economic and social benefits.



Visit the official website of Meishan Liansheng Photovoltaic Technology Co., Ltd.

| about Us | Business areas | News | Investor Relations |
| --- | --- | --- | --- |
| Group Overview | Digital Technology | Company News | Stock Information |
| Message from the leadership | Green Future | Industry News | Temporary Announcement |
| Corporate Culture | | Media Coverage | Regular Reports |
| Development History | | | |
| Group Honors | | | |
| Leadership Team | | | |

No. 8, Guanri Road, Phase II, Xiamen Software Park,
Chinamail@leasdgrp.com

0592-2957000

Official WeChat Account

Copyright © 2023 Liansheng Technology All rights reserved ISP: A1.B1-20070139 | ICP: Min B2-20180134  Fujian Public Security Network No. 35020002001002