# Exhibit 4





关于琏升

ABOUT US

**关于琏升**   企业文化   管理团队

  琏升光伏科技有限公司由琏升科技(300051)控股，是一家专注于高效异质结(HJT)太阳能电池组件技术开发应用，以及规模量产的科创企业。琏升光伏以"成为世界一流的高效太阳能企业"为愿景;秉承"共赢发展、和谐共担、专注高效"的价值理念

  琏升光伏将立足眉山与南通两大基地，持续聚焦高效异质结(HJT)太阳能电池、组件生产研发，践行低成本、优质高效率的异质结电池、组件技术。目前琏升光伏已在全国多个地区及海外开拓市场，逐步形成多矩阵业务模块，创造更多琏升光芒。

  眉山琏升9.8GW高效异质结太阳能电池片项目，是四川省2023年重点建设项目。项目占地387亩，厂房建筑面积约10.6万平米，是国内单体建筑面积最大、单条生产线最长、单体产能最大的异质结电池片生产车间。总投资达45亿元，已于2023年8月正式投产，创造了当年开工、当年建设、当年投产的琏升速度，目前产能已达到3.8GW。

  江苏琏升20GW高效异质结太阳能电池片项目，位于江苏省南通市，总投资70亿元，已于2023年12月开工建设。项目分三期建设，;整体项目预计2027年产能达产。

关于琏升

琏升产品

琏升动态

联系我们

项目招标

 

 服务热线

028-37219672

sales@leascend.com



---

Copyright © 2023 www.leascend.com 版权所有 Powered by 琏升光伏科技有限公司
川公网安备 51142402000137号
蜀ICP备2023001497号-1

法律声明    隐私政策    廉洁承诺





# About Liansheng

ABOUT US

**About Liansheng**     Corporate Culture     Management Team

    Liansheng Photovoltaic Technology Co., Ltd. is controlled by Liansheng Technology (300051) and is a scientific and innovative enterprise focusing on the development and application of high-efficiency heterojunction (HJT) solar cell module technology and large-scale mass production. Liansheng Photovoltaic has the vision of "becoming a world-class high-efficiency solar energy company" and adheres to the value concept of "win-win development, harmonious sharing, focus on efficiency".

    Liansheng Photovoltaic will be based in Meishan and Nantong, and continue to focus on the production and development of high-efficiency heterojunction (HJT) solar cells and modules, and practice low-cost, high-quality and high-efficiency heterojunction cell and module technology. At present, Liansheng Photovoltaic has opened up markets in many regions across the country and overseas, gradually forming a multi-matrix business module to create more Liansheng light.

    Meishan Liansheng 9.8GW high-efficiency heterojunction solar cell project is a key construction project in Sichuan Province in 2023. The project covers an area of 387 acres, with a plant construction area of about 106,000 square meters. It is the largest single building area, the longest single production line, and the largest single production capacity heterojunction cell production workshop in China. The total investment reached 4.5 billion yuan, and it was officially put into production in August 2023, creating a Liansheng speed of starting construction, construction, and production in the same year. The current production capacity has reached 3.8GW.

    Jiangsu Liansheng 20GW high-efficiency heterojunction solar cell project, located in Nantong City, Jiangsu Province, with a total investment of 7 billion yuan, has started construction in December 2023. The project will be constructed in three phases: the overall project is expected to reach full capacity in 2027.

About Liansheng



Liansheng News

Contact Us

Project Bidding

Service Support

Service Hotline

028-37219672

sales@leascend.com

Copyright © 2023 www.leascend.com All rights reserved Powered by Liansheng Photovoltaic Technology Co., Ltd.

Sichuan Public Security Network No. 51142402000137
Sichuan ICP No. 2023001497-1

Legal Notice    Privacy Policy    Integrity Commitment