# Exhibit 5





新闻资讯
NEWS

# 域名注册服务主体变更公告

发布时间：2024-06-06 点击：1218   

尊敬的合作伙伴：

因公司经营战略调整需要，现决定将琏升科技股份有限公司域名注册业务放至子公司——厦门三五互联信息有限公司。自公告发布之日起，三五互联将正式承接本公司原有的域名注册业务，并承担相应的运营和服务职责。

如有任何疑问，请随时与本公司联系，我们将继续为广大合作伙伴提供优质的服务，衷心感谢您一直以来的信任与支持。

咨询热线：400-600-3535

特此公告！

琏升科技股份有限公司
2024年6月5日

上一篇：逐光向新 蓄势而来 | 琏升科技携系列新品重磅亮相上海SNEC

下一篇：琏升科技成功举办AIGC商业实操训练营



 ## 推荐新闻

2023-09-08
重要公告 | 关于厦门三五互联科技股份有限公司名称变更的通知

2023-09-04
喜报：链升光伏8GW异质结电池片项目正式投产！

2023-09-04
强强联合 携手共创丨三五互联与钉钉达成业务合作

2023-09-04
虚拟现实及元宇宙政策宣贯及产业创新交流活动在厦圆满举办

Copyright © 2023 链升科技 All rights reserved ISP：A1.B1-20070139号|ICP：闽B2-20180134 闽公网安备35020002001002



News
NEWS

## Announcement on Change of Domain Name Registration Service Provider

Release time: 2024-06-06 Click: 1218  

Dear partners:

Due to the need to adjust the company's business strategy, it is decided to transfer the domain name registration business of Liansheng Technology Co., Ltd. to its subsidiary, Xiamen Sanwu Internet Information Co., Ltd. From the date of the announcement, Sanwu Internet will officially take over the company's original domain name registration business and assume the corresponding operation and service responsibilities.

If you have any questions, please feel free to contact us. We will continue to provide high-quality services to our partners and sincerely thank you for your trust and support.

Hotline: 400-600-3535

This is to announce!

Liansheng Technology Co., Ltd.

June 5, 2024

**Previous article: Chasing light and moving towards the new | Liansheng Technology brought a series of new products to Shanghai SNEC**



## Recommended News

2023-09-08

Important Announcement | Notice on the Name Change of Xiamen 35 Internet Technology Co., Ltd.

2023-09-04

Good news: Liansheng Photovoltaic's 8GW heterojunction cell project is officially put into production!

2023-09-04

Strong alliance to create together丨35.com and DingTalk reach business cooperation

2023-09-04

Virtual reality and metaverse policy promotion and industry innovation exchange activities were successfully held in Xiamen

Copyright © 2023 Liansheng Technology All rights reservedISP: A1.B1-20070139 | ICP: Min B2-20180134
Fujian Public Security Network No. 35020002001002