# Exhibit 6

Registrar IDs

web.archive.org/web/20240527003632/https://www.iana.org/assignments/registrar-ids/registrar-ids.xhtml

INTERNET ARCHIVE Wayback Machine https://www.iana.org/assignments/registrar-ids/registrar-ids.xhtml Go
415 captures
2 Dec 2008 - 28 Mar 2025
APR MAY JUL
27
2023 2024 2025
About this capture

| | | | |
|---|---|---|---|
| 1302 | SNAPNAMES 40, LLC | Accredited | https://rdap.networksolutions.com/rdap/ |
| 1303 | SNAPNAMES 66, LLC | Accredited | https://rdap.networksolutions.com/rdap/ |
| 1304 | SNAPNAMES 42, LLC | Accredited | https://rdap.networksolutions.com/rdap/ |
| 1305 | SNAPNAMES 46, LLC | Accredited | https://rdap.networksolutions.com/rdap/ |
| 1306 | SNAPNAMES 67, LLC | Accredited | https://rdap.networksolutions.com/rdap/ |
| 1307 | SNAPNAMES 47, LLC | Accredited | https://rdap.networksolutions.com/rdap/ |
| 1308 | SNAPNAMES 50, LLC | Accredited | https://rdap.networksolutions.com/rdap/ |
| 1309 | SNAPNAMES 43, LLC | Accredited | https://rdap.networksolutions.com/rdap/ |
| 1310 | SNAPNAMES 44, LLC | Accredited | https://rdap.networksolutions.com/rdap/ |
| 1311 | SNAPNAMES 70, LLC | Accredited | https://rdap.networksolutions.com/rdap/ |
| 1312 | SNAPNAMES 59, LLC | Accredited | https://rdap.networksolutions.com/rdap/ |
| 1313 | SNAPNAMES 69, LLC | Accredited | https://rdap.networksolutions.com/rdap/ |
| 1314 | SNAPNAMES 64, LLC | Accredited | https://rdap.networksolutions.com/rdap/ |
| 1315 | USA Intra Corp. | Terminated | |
| 1316 | Leascend Technology Co., Ltd. | Accredited | https://rdap.35.com/rdap/ |
| 1317 | documentdata Anstalt | Terminated | |
| 1318 | Kaunas University of Technology | Accredited | https://rdap.domains.lt/ |
| 1319 | Mister Name SARL | Terminated | |
| 1320 | NGI SpA | Terminated | |
| 1321 | ATXDOMAINS Inc. | Terminated | |
| 1322 | GPDOMAINS Inc. | Terminated | |
| 1323 | IDNDOMAINS Inc. | Terminated | |
| 1324 | TLDOMAINS Inc. | Terminated | |
| 1325 | VentureDomains, Inc. | Terminated | |
| 1326 | Webair Internet Development, Inc. | Accredited | https://rdapserver.net/ |
| 1327 | Vitalwerks Internet Solutions, LLC DBA No-IP | Accredited | https://rdap.noip.com/rdap/ |
| 1328 | RegistryGate GmbH | Accredited | https://rdap.registrygate.com/ |
| 1329 | Intermedia.NET, Inc. | Terminated | |
| 1330 | Microsoft Corporation | Accredited | |
| 1331 | eName Technology Co., Ltd. | Accredited | https://whois.ename.com/rdap/ |
| 1332 | Onpassive Technologies L.L.C | Accredited | |
| 1333 | Samjung Data Service Co., Ltd | Accredited | https://rdap.directdomain.co.kr/rdap/domain/ |
| 1334 | #1 Internet Services International, Inc. dba 1ISI | Terminated | |

9:52 AM
4/22/2025

Registrar IDs

web.archive.org/web/20240623183755/https://www.iana.org/assignments/registrar-ids/registrar-ids.xhtml

INTERNET ARCHIVE WaybackMachine https://www.iana.org/assignments/registrar-ids/registrar-ids.xhtml Go MAY JUN JUL 23 2023 2024 2025 415 captures 2 Dec 2008 - 28 Mar 2025 About this capture

| | | | |
|---|---|---|---|
| 1302 | SNAPNAMES 40, LLC | Accredited | https://rdap.networksolutions.com/rdap/ |
| 1303 | SNAPNAMES 66, LLC | Accredited | https://rdap.networksolutions.com/rdap/ |
| 1304 | SNAPNAMES 42, LLC | Accredited | https://rdap.networksolutions.com/rdap/ |
| 1305 | SNAPNAMES 46, LLC | Accredited | https://rdap.networksolutions.com/rdap/ |
| 1306 | SNAPNAMES 67, LLC | Accredited | https://rdap.networksolutions.com/rdap/ |
| 1307 | SNAPNAMES 47, LLC | Accredited | https://rdap.networksolutions.com/rdap/ |
| 1308 | SNAPNAMES 50, LLC | Accredited | https://rdap.networksolutions.com/rdap/ |
| 1309 | SNAPNAMES 43, LLC | Accredited | https://rdap.networksolutions.com/rdap/ |
| 1310 | SNAPNAMES 44, LLC | Accredited | https://rdap.networksolutions.com/rdap/ |
| 1311 | SNAPNAMES 70, LLC | Accredited | https://rdap.networksolutions.com/rdap/ |
| 1312 | SNAPNAMES 59, LLC | Accredited | https://rdap.networksolutions.com/rdap/ |
| 1313 | SNAPNAMES 69, LLC | Accredited | https://rdap.networksolutions.com/rdap/ |
| 1314 | SNAPNAMES 64, LLC | Accredited | https://rdap.networksolutions.com/rdap/ |
| 1315 | USA Intra Corp. | Terminated | |
| 1316 | Leascend Technology Co., Ltd. | Terminated | |
| 1317 | documentdata Anstalt | Terminated | |
| 1318 | Kaunas University of Technology | Accredited | https://rdap.domains.lt/ |
| 1319 | Mister Name SARL | Terminated | |
| 1320 | NGI SpA | Terminated | |
| 1321 | ATXDOMAINS Inc. | Terminated | |
| 1322 | GPDOMAINS Inc. | Terminated | |
| 1323 | IDNDOMAINS Inc. | Terminated | |
| 1324 | TLDOMAINS Inc. | Terminated | |
| 1325 | VentureDomains, Inc. | Terminated | |
| 1326 | Webair Internet Development, Inc. | Accredited | https://rdapserver.net/ |
| 1327 | Vitalwerks Internet Solutions, LLC DBA No-IP | Accredited | https://rdap.noip.com/rdap/ |
| 1328 | RegistryGate GmbH | Accredited | https://rdap.registrygate.com/ |
| 1329 | Intermedia.NET, Inc. | Terminated | |
| 1330 | Microsoft Corporation | Accredited | |
| 1331 | eName Technology Co., Ltd. | Accredited | https://whois.ename.com/rdap/ |
| 1332 | Onpassive Technologies L.L.C | Accredited | https://rdap.odomain.com/ |
| 1333 | Samjung Data Service Co., Ltd | Accredited | https://rdap.directdomain.co.kr/rdap/domain/ |
| 1334 | #1 Internet Services International, Inc. dba 1ISI | Terminated | |

9:53 AM 4/22/2025



