# Exhibit 8

启锚扬帆 航向未来丨三五信息举行2023年半年度经营工作总结会






# 新闻资讯

首页 > 新闻资讯 > 启锚扬帆 航向未来丨三五信息举行2023年半年度经营工作总结会

## 启锚扬帆 航向未来丨三五信息举行2023年半年度经营工作总结会

2023-07-14    2708人已浏览



7月12日，以"启锚扬帆 航向未来"为主题的厦门三五互联信息有限公司（以下简称"三五信息"）2023年半年度经营工作总结会暨下半年重点工作计划会议在厦门三五互联大厦顺利举行。






总经理章威炜出席会议并致辞，副总经理孙艺芳、技术中心总监郑滋繁、数字认证中心总监于红霞等相关管理人员共计40余人参会。

副总经理孙艺芳、技术中心总监郑滋繁、数字中心总监于红霞、财务部经理张珍梅、综合部经理陈雪琴就各自负责部门逐一复盘2023年上半年工作完成情况，并对存在问题及解决思路、下半年重点工作计划等进行了详细汇报。特别就如何促进战略合作、提升产品维度、精细化管理与服务等进行了多维度分析与建议。





▲副总经理孙艺芳






▲技术中心总监郑滋繁



▲数字中心总监于红霞



▲财务部经理张珍梅



▲综合部经理陈雪琴

会议期间，各部门明确并坚定了奋斗目标。为激励全体员工砥砺奋发、笃行不怠，对三五信息月度、季度、半年度的最佳员工及优秀团队进行了表彰嘉奖。



▲2023半年度优秀员工郭珍珠、陈菲菲、刘瑞芳、叶牡丹



▲2023年Q2季度优秀员工李演、陈艳华、刘瑞芳、叶牡丹





章威炜对三五信息各职能部门上半年取得的工作成绩给予肯定，同时对三五信息下半年重点工作及经营发展提出要求。



章威炜要求，一是要锚定目标，高效执行。对下半年计划进行全面的实施分解，提升决策效率，发挥团队主观能动性，冲刺全年目标。二是要顺应市场，增强优势。加强用户需求关注，深入理解市场，紧贴用户需求进行产品升级，提升竞争优势。三是要强化思维，灵活创新。互联网迎来数智化时代，要拥抱变化，主动探索AI、数字人等人工智能相关前沿科技，培养"有创新、有落点、有呈现"的思维意识。四是要大力推进产业数字化、产品国产化建设以及构建网络安全体系，全面推动数字化经济发展和企业信息化进程。



启锚扬帆，航向未来。三五信息的半年会是坚定目标、激发信心的大会。此次会议的顺利召开，不仅是凝聚团队共识、提振团队信心，更是迈向未来的新起点。新蓝图开启新征程，新



关于三五互联 ｜ 联系我们
增值电信业务经营许可证: B1-20234594号 ｜ ICP备案号：闽ICP备2023011970号
域名注册服务批文号: 闽D3.1-20240007 ｜ EDI证: 闽B2-20231364
闽公网安备35020302035993号
Copyright©2012-2024 三五互联 版权所有



   

# News

front page > News > Setting sail for the future | 35 Information holds 2023 semi-annual business summary meeting

# Setting sail for the future | 35 Information holds 2023 semi-annual business summary meeting

2023-07-14      2708 people have viewed





On July 12, the 2023 semi-annual operating summary meeting and the second half of the year key work plan meeting of Xiamen Sanwu Internet Information Co., Ltd. (hereinafter referred to as "Sanwu Information") with the theme of "Setting Anchor and Sailing towards the Future" was successfully held in Xiamen Sanwu Internet Building.





General Manager Zhang Weiwei attended the meeting and delivered a speech. Deputy General Manager Sun Yifang, Technology Center Director Zheng Zifan, Digital Certification Center Director Yu Hongxia and other relevant management personnel, totaling more than 40 people, attended the meeting.

Deputy General Manager Sun Yifang, Technical Center Director Zheng Zifan, Digital Center Director Yu Hongxia, Finance Department Manager Zhang Zhenmei, and General Department Manager Chen Xueqin reviewed the work completed in the first half of 2023 for their respective departments, and reported in detail on existing problems and solutions, key work plans for the second half of the year, etc. In particular, multi-dimensional analysis and suggestions were made on how to promote strategic cooperation, enhance product dimensions, and refine management and services.





▲Deputy General Manager Sun Yifang



▲Zheng Zifan, Director of Technology Center








▲Zhang Zhenmei, Finance Manager



▲Chen Xueqin, General Manager

During the meeting, each department clarified and confirmed its goals. In order to motivate all employees to work hard and persevere, the best employees and excellent teams of Sanwu Information in the month, quarter and half year were commended and rewarded.



▲2023 Half-Year Outstanding Employees Guo Zhenzhu, Chen Feifei, Liu Ruifang, Ye Mudan



▲ Li Yan, Chen Yanhua, Liu Ruifang, Ye Mudan, outstanding employees in Q2 2023






Zhang Weiwei affirmed the work achievements made by the functional departments of Sanwu Information in the first half of the year, and at the same time put forward requirements for the key work and business development of Sanwu Information in the second half of the year.



Zhang Weiwei required that, first, we must anchor the goal and execute it efficiently. We must comprehensively implement and decompose the plan for the second half of the year, improve decision-making efficiency, give full play to the subjective initiative of the team, and sprint for the annual goal. Second, we must adapt to the market and enhance our advantages. We must pay more attention to user needs, deeply understand the market, upgrade products in line with user needs, and enhance our competitive advantages. Third, we must strengthen our thinking and innovate flexibly. The Internet is ushering in the digital era. We must embrace change, actively explore cutting-edge technologies related to artificial intelligence such as AI and digital humans, and cultivate a thinking consciousness of "innovation, landing points, and presentation." Fourth, we must vigorously promote the digitalization of industries, the localization of products, and the construction of a network security system to comprehensively promote the development of the digital economy and the process of enterprise informatization.




Set sail and head for the future. The semi-annual meeting of Sanwu Information is a meeting to strengthen goals and inspire confidence. The successful convening of this meeting not only builds team consensus and boosts team confidence, but also is a new starting point for the future. The new blueprint opens a new journey, and the new mission calls for new actions. Sanwu people are ready to go, work together, set sail for the future, and create brilliance together!

About 35.com  |  Contact Us
Value-added Telecommunications Business License: No. B1-20234594  |  ICP registration number: Fujian ICP No. 2023011970
Domain Name Registration Service Approval Number: 闽D3.1-20240007  |  EDI certificate: Fujian B2-20231364
Fujian Public Security Network No. 35020302035993

Copyright©2012-2024 35.com All Rights Reserved

