# Exhibit 9

Registrar IDs
web.archive.org/web/20231017222148/https://www.iana.org/assignments/registrar-ids/registrar-ids.xhtml
INTERNET ARCHIVE WaybackMachine https://www.iana.org/assignments/registrar-ids/registrar-ids.xhtml Go
415 captures
2 Dec 2008 - 28 Mar 2025
SEP OCT DEC
2022 17 2023 2024
About this capture

| | | | |
|---|---|---|---|
| 4139 | Gname 147 Inc | Accredited | https://rdap.gname.com/ |
| 4140 | Gname 148 Inc | Accredited | https://rdap.gname.com/ |
| 4141 | Gname 149 Inc | Accredited | https://rdap.gname.com/ |
| 4142 | Gname 150 Inc | Accredited | https://rdap.gname.com/ |
| 4143 | Zuffix, Inc. | Accredited | https://rdap.corenic.net/ |
| 4144 | C-Soft Oy dba NordName | Accredited | https://rdap.nordname.net/rdap/ |
| 4145 | Cluvit Corporation | Accredited | |
| 4146 | Neo Strive, LLC D/B/A Domtake | Accredited | https://rdap.domtake.com/ |
| 4147 | Navicosoft Pty Ltd | Accredited | https://manage.navicosoft.com/rdap/ |
| 4148 | Nomeo BV | Accredited | |
| 4149 | Dnsgulf Pte. Ltd. | Accredited | https://rdap.dnsgulf.com/domain/dnsgulf.com/ |
| 4150 | Nominus.com LLC | Accredited | https://rdapserver.net/nominus.com/ |
| 4151 | ZDNS Innovate International Limited | Accredited | https://rdap.zdns.hk/ |
| 4152 | Masterhost, LLC | Accredited | |
| 4155 | InfinitId (Beijing) Technology Co., Ltd. | Accredited | |
| 4156 | Nicnames, Inc. | Accredited | |
| 4157 | Yunnan Landui Cloud Computing Co., Ltd. | Accredited | https://www.landui.com/rdap/domain/ |
| 4158 | Bangning Digital Technology Co.,Ltd | Accredited | |
| 9994 | Reserved for Registry Operator acting as Registrar where directed by ICANN | Reserved | |
| 9995 | Reserved for Pre-Delegation Testing transactions #1 reporting | Reserved | |
| 9996 | Reserved for Pre-Delegation Testing transactions #2 reporting | Reserved | |
| 9997 | Reserved for ICANN's Registry SLA Monitoring System transactions reporting | Reserved | |
| 9998 | Reserved for billable transactions where Registry Operator acts as Registrar | Reserved | |
| 9999 | Reserved for non-billable transactions where Registry Operator acts as Registrar | Reserved | |
| 10007 | Domain The Net Technologies Ltd. | Accredited | https://rdap.domainthenet.com/ |
| 10009 | Internet Assigned Numbers Authority (IANA) | Reserved | |
| 4000001 | Reserved for Historic use by mTLD Registry Operator acting as Registrar | Reserved | |
| 8888888 | Reserved for historic use by Registry Operator acting as Registrar | Reserved | |

Licensing Terms

10:19 AM
4/22/2025

Registrar IDs

web.archive.org/web/20231029092725/https://www.iana.org/assignments/registrar-ids/registrar-ids.xhtml

INTERNET ARCHIVE WaybackMachine
https://www.iana.org/assignments/registrar-ids/registrar-ids.xhtml Go
415 captures
2 Dec 2008 - 28 Mar 2025
SEP OCT DEC
29
2022 2023 2024
About this capture

| | | | |
|---|---|---|---|
| 4142 | Gname 150 Inc | Accredited | https://rdap.gname.com/ |
| 4143 | Zuffix, Inc. | Accredited | https://rdap.corenic.net/ |
| 4144 | C-Soft Oy dba NordName | Accredited | https://rdap.nordname.net/rdap/ |
| 4145 | Cluvit Corporation | Accredited | |
| 4146 | Neo Strive, LLC D/B/A Domtake | Accredited | https://rdap.domtake.com/ |
| 4147 | Navicosoft Pty Ltd | Accredited | https://manage.navicosoft.com/rdap/ |
| 4148 | Nomeo BV | Accredited | |
| 4149 | Dnsgulf Pte. Ltd. | Accredited | https://rdap.dnsgulf.com/domain/dnsgulf.com/ |
| 4150 | Nominus.com LLC | Accredited | https://rdapserver.net/nominus.com/ |
| 4151 | ZDNS Innovate International Limited | Accredited | https://rdap.zdns.hk/ |
| 4152 | Masterhost, LLC | Accredited | https://rdap.masterhost.ru/ |
| 4154 | Patmos Hosting, Inc. | Accredited | |
| 4155 | Infinitld (Beijing) Technology Co., Ltd. | Accredited | |
| 4156 | Nicnames, Inc. | Accredited | |
| 4157 | Yunnan Landui Cloud Computing Co., Ltd. | Accredited | https://www.landui.com/rdap/domain/ |
| 4158 | Bangning Digital Technology Co.,Ltd | Accredited | |
| 4161 | SEO Domains EOOD | Accredited | |
| 4163 | Xiamen 35.com Information Co., Ltd. | Accredited | |
| 9994 | Reserved for Registry Operator acting as Registrar where directed by ICANN | Reserved | |
| 9995 | Reserved for Pre-Delegation Testing transactions #1 reporting | Reserved | |
| 9996 | Reserved for Pre-Delegation Testing transactions #2 reporting | Reserved | |
| 9997 | Reserved for ICANN's Registry SLA Monitoring System transactions reporting | Reserved | |
| 9998 | Reserved for billable transactions where Registry Operator acts as Registrar | Reserved | |
| 9999 | Reserved for non-billable transactions where Registry Operator acts as Registrar | Reserved | |
| 10007 | Domain The Net Technologies Ltd. | Accredited | https://rdap.domainthenet.com/ |
| 10009 | Internet Assigned Numbers Authority (IANA) | Reserved | |
| 4000001 | Reserved for Historic use by mTLD Registry Operator acting as Registrar | Reserved | |
| 8888888 | Reserved for historic use by Registry Operator acting as Registrar | Reserved | |

Licensing Terms

10:19 AM
4/22/2025



