# Exhibit 10

Registrar IDs

iana.org/assignments/registrar-ids/registrar-ids.xhtml

| | | | |
|---|---|---|---|
| 4142 | Gname 150 Inc | Accredited | https://rdap.gname.com/ |
| 4143 | Zuffix, Inc. | Accredited | https://rdapserver.net/ |
| 4144 | C-Soft Oy dba NordName | Accredited | https://rdap.nordname.net/rdap/ |
| 4145 | Cluvit Corporation | Accredited | |
| 4146 | Neo Strive, LLC D/B/A Domtake | Accredited | https://rdap.domtake.com/ |
| 4147 | Navicosoft Pty Ltd | Accredited | https://manage.navicosoft.com/rdap/ |
| 4148 | Nomeo BV | Accredited | https://rdap.nomeo.com/ |
| 4149 | Dnsgulf Pte. Ltd. | Accredited | https://rdap.dnsgulf.com/ |
| 4150 | Nominus.com LLC | Accredited | https://rdapserver.net/ |
| 4151 | ZDNS Innovate International Limited | Accredited | https://registrar.zdnsgtld.com/ |
| 4152 | Masterhost, LLC | Accredited | https://rdap.masterhost.ru/ |
| 4153 | Beijing Volcano Engine Technology Co., Ltd. | Accredited | https://rdap.volcengine.com/rdap/domain/baidu.com/ |
| 4154 | Patmos Hosting, Inc. | Accredited | https://rdapserver.net/patmos.tech/ |
| 4155 | Infinitld (Beijing) Technology Co., Ltd. | Accredited | https://rdap.xn--26qv08d.xn--3ds443g/ |
| 4156 | Nicnames, Inc. | Accredited | https://rdap.nicnames.com/v1/ |
| 4157 | Yunnan Landui Cloud Computing Co., Ltd. | Accredited | https://www.landui.com/rdap/domain/ |
| 4158 | Bangning Digital Technology Co.,Ltd | Accredited | https://rdap.com.top/v1/ |
| 4159 | Porto Software LLC | Accredited | https://rdap.vezra.com/v1/domain/VEZRA.COM/ |
| 4160 | LegalForce RAPC Worldwide, Professional Corporation | Accredited | https://rdap.domainmarkia.com/ |
| 4161 | SEO Domains EOOD | Accredited | https://rdap.seo.domains/ |
| 4162 | Global Name Pte. Ltd. | Accredited | https://rdap.wdomain.com/rdap/ |
| 4163 | Xiamen 35.com Information Co., Ltd. | Accredited | https://rdap.35.com/rdap/ |
| 4164 | Gname 151 Inc | Accredited | https://rdap.gname.com/ |
| 4165 | Gname 152 Inc | Accredited | https://rdap.gname.com/ |
| 4166 | Gname 153 Inc | Accredited | https://rdap.gname.com/ |
| 4167 | Gname 154 Inc | Accredited | https://rdap.gname.com/ |
| 4168 | Gname 155 Inc | Accredited | https://rdap.gname.com/ |
| 4169 | Gname 156 Inc | Accredited | https://rdap.gname.com/ |
| 4170 | Gname 157 Inc | Accredited | https://rdap.gname.com/ |
| 4171 | Gname 158 Inc | Accredited | https://rdap.gname.com/ |
| 4172 | Gname 159 Inc | Accredited | https://rdap.gname.com/ |
| 4173 | Gname 160 Inc | Accredited | https://rdap.gname.com/ |
| 4174 | Gname 161 Inc | Accredited | https://rdap.gname.com/ |
| 4175 | Gname 162 Inc | Accredited | https://rdap.gname.com/ |
| 4176 | Gname 163 Inc | Accredited | https://rdap.gname.com/ |
| 4177 | Gname 164 Inc | Accredited | https://rdap.gname.com/ |
| 4178 | Gname 165 Inc | Accredited | https://rdap.gname.com/ |
| 4179 | Gname 166 Inc | Accredited | https://rdap.gname.com/ |
| 4180 | Gname 167 Inc | Accredited | https://rdap.gname.com/ |
| 4181 | Gname 168 Inc | Accredited | https://rdap.gname.com/ |
| 4182 | Gname 169 Inc | Accredited | https://rdap.gname.com/ |

2:58 PM 4/22/2025

