# Exhibit 14

| | |
|---|---|
| **From:** | Runnels, Allison |
| **To:** | sicrd@cand.uscourts.gov |
| **Cc:** | Salzmann, Kirk; Steele, David J. |
| **Subject:** | Facebook, Inc., et al. v. OnlineNIC, Inc., et al. - Case No. 3:19-cv-07071 |
| **Date:** | Wednesday, March 19, 2025 6:37:14 AM |

**<<< EXTERNAL EMAIL >>>**

Hello,

I am writing to confirm that VeriSign, Inc. ("Verisign") has conferred with counsel for Plaintiffs and has complied with ¶1 of the Court's order dated March 15, 2025 in the above captioned case ("Order") by applying the EPP status codes "serverDeleteProhibited" and "serverTransferProhibited" to the Subject Domain Names listed in Exhibit A. In addition, per ¶2 of the Order, I can confirm that Verisign will comply with any other order issued by the Court that directs Verisign to take actions against the Subject Domain Names that are within its technical capabilities.

If there are any questions about Verisign's actions in response to the Court's Order, please do not hesitate to contact me.

Thank you,

**Allison Runnels**
Director and Senior Corporate Counsel
arunnels@verisign.com

Office: 703.948.3953
Mobile: 571.519.3529

12061 Bluemont Way
Reston, VA 20190

Verisign.com

This e-mail (and any attachments) may contain confidential and/or proprietary information and/or a privileged and confidential attorney-client communication and/or attorney work product intended solely for the recipient and, therefore, may not be retransmitted or otherwise disseminated to any other person without the prior written consent of the sender. If you have received this e-mail in error, please notify the sender immediately by telephone or reply e-mail and destroy the original message without making a copy or otherwise using, disseminating, or distributing the contents herein.