**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>        Plaintiffs,<br><br>   v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; ; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>        Defendants. | Case No. 3:19-cv-07071-SI<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH PLAINTIFFS' MOTION FOR CONTEMPT REMEDIES**<br><br>DATE:     May 30, 2025<br>TIME:     10:00 a.m.<br>CTRM:   1 – 17th Floor<br><br>Hon. Susan Illston |

The Court, having read and considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in Connection with Plaintiffs' Motion for Contempt Remedies, **ORDERS** as follows:

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Memorandum of Points and Authorities in Support of Motion for Contempt Remedies at Page 2, Lines 3-6;[1] 7:1-5, 7:7-12, 7:24-25, 7:28, 9:4-7, 18:13-14 | Forthcoming declaration by the Internet Corporation for Assigned Names and Numbers ("ICANN") | |
| Declaration of Helena Guye ("Guye Decl.") at Pages and Lines 1:9-12, 3:22-24, 4:1-3, 4:8-10 | Forthcoming declaration provided by ICANN | |
| Guye Decl. Ex. 1 (Entire Exhibit) | Forthcoming declaration provided by ICANN | |
| Guye Decl. Ex. 11 (Entire Exhibit) | Forthcoming declaration provided by ICANN | |
| Guye Decl. Ex. 12 (Entire Exhibit) | Forthcoming declaration provided by ICANN | |
| Guye Decl. Ex. 13 (Entire Exhibit) | Forthcoming declaration provided by ICANN | |

**IT IS SO ORDERED.**

DATED: _____            _____
                                                                    Susan Illston
                                                                    United States District Judge

---

[1] Citations to page and line numbers are in "xx:yy" format where "xx" is the page number and "yy" is the line number.