TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:     213.430.3400
Facsimile:     213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.) and
INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>  Defendants. | Case No. 3:19-cv-07071-SI<br><br>**DECLARATION OF STEVEN E. LAURIDSEN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH PLAINTIFFS' MOTION FOR CONTEMPT REMEDIES**<br><br>DATE:     May 30, 2025<br>TIME:     10:00 a.m.<br>CTRM:    1 – 17th Floor<br><br>Hon. Susan Illston |

I, Steven E. Lauridsen, declare as follows:

1. I am an attorney at Tucker Ellis LLP, counsel of record for Plaintiffs in this action. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2. Plaintiffs seek leave to file the following document partially under seal in connection with Plaintiffs' Motion for Contempt Remedies:

| Document | Text or Portion to be Sealed | Basis for Sealing |
|---|---|---|
| Memorandum of Points and Authorities in Support of Motion for Contempt Remedies | Page 2, Lines 3-6;[1] 7:1-5, 7:7-12, 7:24-25, 7:28, 9:4-7, 18:13-14 | Designated by the Internet Corporation for Assigned Names and Numbers ("ICANN") |
| Declaration of Helena Guye ("Guye Decl.") | Pages and Lines 1:9-12, 3:22-24, 4:1-3, 4:8-10 | Designated by ICANN |
| Guye Decl. Ex. 1 | Entire Exhibit | Designated by ICANN |
| Guye Decl. Ex. 11 | Entire Exhibit | Designated by ICANN |
| Guye Decl. Ex. 12 | Entire Exhibit | Designated by ICANN |
| Guye Decl. Ex. 13 | Entire Exhibit | Designated by ICANN |

3. The information listed above has been designated as "Confidential" by ICANN when produced in response to a subpoena. I have conducted an independent review of the documents using my own good faith judgment but am unable to definitively determine whether these documents should be maintained as "Confidential." I therefore conferred with ICANN's counsel concerning the documents, who requested that the documents be lodged under seal. I therefore do not see a basis to oppose the sealing of these documents at this time.

4. Pursuant to Civil Local Rule 7-11(a), Plaintiffs are filing the instant administrative motion rather than a stipulation given that, while Plaintiffs do not oppose ICANN's designations at this time,

---

[1] Citations to page and line numbers are in "xx:yy" format where "xx" is the page number and "yy" is the line number.

1  ICANN is still allowed seven days to submit a declaration to the Court supporting its designations pursuant
2  to Civil Local Rule 79-5(f)(3).

4      I declare under penalty of perjury under the laws of the United States that the foregoing is true and
5  correct and that this declaration was executed on April 22, 2025.

                                        /s/Steven E. Lauridsen
                                        STEVEN E. LAURIDSEN