1  TUCKER ELLIS LLP
   David J. Steele SBN 209797
2  david.steele@tuckerellis.com
   Howard A. Kroll SBN 100981
3  howard.kroll@tuckerellis.com
   Steven E. Lauridsen SBN 246364
4  steven.lauridsen@tuckerellis.com
   515 South Flower Street
5  Forty-Second Floor
   Los Angeles, CA 90071
6  Telephone:      213.430.3400
   Facsimile:      213.430.3409
7

8  Attorneys for Plaintiffs,
   META PLATFORMS, INC. (fka FACEBOOK, INC.) and
9  INSTAGRAM, LLC

10 **UNITED STATES DISTRICT COURT**

11 **NORTHERN DISTRICT OF CALIFORNIA**

12 | FACEBOOK, INC. and INSTAGRAM, LLC, | Case No. 3:19-cv-07071-SI |
   |---|---|
   | Plaintiffs, | **PROOF OF SERVICE OF DOCUMENTS FILED AND LODGED IN ASSOCIATION WITH PLAINTIFFS' MOTION FOR CONTEMPT REMEDIES** |
   | v. | |
   | ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., | DATE:   May 30, 2025<br>TIME:   10:00 a.m.<br>CTRM:   1 – 17th Floor |
   | Defendants. | Hon. Susan Illston |

PROOF OF SERVICE
CASE NO. 3:19-CV-07071-SI

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles. I am over the age of eighteen years and not a party to the within entitled action. My business address is 515 South Flower Street, Forty-Second Floor Los Angeles, CA 90071.

On April 22, 2025, I served the unredacted document(s) in connection with **PLAINTIFFS' MOTION FOR CONTEMPT REMEDIES** on the interested party(ies) in this action as follows:

CROWELL & MORING LLP
Eric P. Enson
eenson@crowell.com
Attorneys for Non-party
THE INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS

LEXANALYTICA, PC
Perry J. Narancic
pjn@lexanalytica.com
Attorneys for Defendants
ONLINENIC, INC. and DOMAIN ID SHIELD SERVICES CO., LIMITED

KRONENBERGER ROSENFELD, LLP
Karl S. Kronenberger
Liana W. Chen
Leah R. Vulic
Jeffrey M. Rosenfeld
karl@kr.law
liana@ kr.law
leah@kr.law
jeff@ kr.law
Attorneys for Defendant
LEASCEND TECHNOLOGY CO., LTD. FKA XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.

(X) **BY E-MAIL OR ELECTRONIC TRANSMISSION**: I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

(X) **FEDERAL**: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 22, 2025, at Los Angeles, California.

       /s/Steven E. Lauridsen
       Steven E. Lauridsen