# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>    Defendants. | Case No. 3:19-cv-07071-SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR APPEAL BOND PURSUANT TO FED. R. APP. P. 7**<br><br>DATE:   June 13, 2025<br>TIME:   10:00 a.m.<br>CTRM:   1 – 17th Floor<br><br>Hon. Susan Illston |

The Court, having read and considered Plaintiffs' Motion for Appeal Bond Pursuant to Fed. R. App. P. 7, and good cause appearing, **ORDERS** that the motion is **GRANTED**.

Accordingly, it is **ORDERED** that Defendant Leascend Technology Co., Ltd. fka Xiamen 35.Com Internet Technology Co., Ltd. post an appeal bond of $210,000 within fourteen days pursuant to Rule 7 of the Federal Rules of Appellate Procedure.

**IT IS SO ORDERED.**

DATED: _____

_____
Susan Illston
United States District Judge