TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
Helena M. Guye SBN 350417
helena.guye@tuckerellis.com
515 South Flower Street, Forty-Second Floor
Los Angeles, CA 90071
Telephone:      213.430.3400
Facsimile:       213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.) and
INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.,<br><br>　　　　　　Defendants. | Case No. 3:19-cv-07071-SI<br><br>**DECLARATION OF MICAH G. BLOCK IN SUPPORT OF MOTION FOR APPEAL BOND PURSUANT TO FED. R APP. P. 7**<br><br>DATE:　　　June 13, 2025<br>TIME:　　　10:00 a.m.<br>CTRM:　　　1 – 17th Floor<br><br>Hon. Susan Illston |

I, Micah G. Block, declare as follows:

1. I am an attorney licensed to practice in the state of California and am admitted to practice before this Court. I am a partner with Davis Polk & Wardwell LLP ("Davis Polk"), co-counsel for Plaintiffs Meta Platforms, Inc. fka Facebook, Inc. and Instagram LLC (collectively, "Plaintiffs"). I make this declaration in support of Plaintiffs' Motion for Appeal Bond Pursuant to Fed. R. App. P. 7. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would competently testify thereto.

2. I will be the lead counsel for Plaintiffs managing the appeals filed by Defendant Leascend Technology Co., Ltd. fka Xiamen 35.Com Internet Technology Co., Ltd ("Leascend"). ECF Nos. 438, 439, 468. I graduated from Stanford School of Law in 2009 and have approximately fifteen years of experience as a trial and appellate attorney.

3. Reasonable attorney rates in California exceed $1,000 per hour. For example, last year, a court found that rates ranging from $1,355 to $1,410 for partners and $710 to $1,185 for associates were reasonable, noting that "a $1,000 plus rate for a five to six year associate is reasonable." *Yuga Labs, Inc. v. Ripps*, No. 22-cv-04355-JFW-JEMx, 2024 WL 489248, at *4 (C.D. Cal. Jan. 11, 2024), *R&R adopted by* ECF No. 448 (Jan. 23, 2024) (collecting cases across California holding similar rates reasonable). Davis Polk's actual rates, on a blended average basis for the relevant attorneys working on this matter, are above $1,000 per hour.

4. Based on my firm's experience, and considering the size and procedural complexity of the district court record in this case, I anticipate my colleagues and I will spend at least 200 hours working on these appeals. This includes time for preparing briefs and other submissions to the Ninth Circuit in the two appeals and preparing for and attending oral arguments. In my experience, this is a reasonable number of hours for these tasks.

5. Using a conservative approach, based on a blended reasonable hourly rate of $1,000 and a 200-hour estimate, the total fees to be incurred on appeal are likely to exceed $200,000.

6. Based on my firm's experience in filing responses to and arguing similar appeals, I anticipate that the total costs recoverable for these two appeals will be approximately $10,000. Courts have found $10,000 to be within the range of costs courts have imposed for appeal bonds related to a

single appeal under Fed. R. App. P. 7. *See Senne v. Kansas City Royals Baseball Corp.*, No. 14-CV-00608-JCS, 2023 WL 4238509, at *2 (N.D. Cal. June 27, 2023) (surveying cases and stating "$10,000 estimate is on the high side but is, nonetheless, within the range of what district courts have found to be appropriate.").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on May 9, 2025, in Redwood City, California.

/s/ Micah G. Block
Micah G. Block