**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Leah Rosa Vulić (Bar No. 343520)
548 Market St. #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
liana@kr.law
leah@kr.law

Attorneys for Defendant Leascend Technology Co., Ltd.
f/k/a Xiamen 35.com Technology Co., Ltd.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ONLINENIC INC., et al.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI<br><br>**DECLARATION OF YANRONG LI IN SUPPORT OF DEFENDANT LEASCEND TECHNOLOGY CO., LTD.'S OPPOSITION TO PLAINTIFFS' MOTION RE: CONTEMPT REMEDIES** |

I, Yanrong Li, do hereby declare:

1.      I am a Legal Manager of Defendant Leascend Technology Co., Ltd. f/k/a Xiamen 35.com Technology Co., Ltd. ("Defendant" or "Leascend"). Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called as a witness I would testify to the facts contained herein.

2.      For years, the prior "35.CN" business included services such as cloud computing, application software, email hosting, and business homepage building services; as part of its services, 35.CN was an accredited registrar assisting with domain name registration for primarily Chinese domain names for customers in China.

3.      Leascend started separating its domain name registration business, including certain domain-related staff,[1] back in 2023 due to routine business strategy to pivot towards solar energy offerings and to separate from the domain name-related business. The domain name registration business was placed into a fully-owned subsidiary, 35.Com Information Co., Ltd. ("35 Info"). This process was not an attempt to drain assets. In fact, Leascend has maintained other profitable business and adequate finances as outlined in public records. Furthermore, based on the data in Leascend's 2024 semi-annual report, the 35 Info subsidiary accounted for only 1.31% of Leascend's total assets and just 5.67% of its net assets.

4.      The sale of the domain name business subsidiary, 35 Info, to a non-related third party Chengdu Yuyuling Internet Technology Co., Ltd. ("Yuyuling") was effective on December 5, 2024. (See my prior February 21, 2025 declaration filed as D.E. 432-1 and quoting and attaching applicable Xiamen Property Rights Exchange Network Auction Rules.) Information about the sale was chronicled in Chinese public records.

5.      When Leascend sold its subsidiary, 35 Info, Leascend received consideration that was reasonably equivalent to the value of the asset transfer. This transaction was conducted through a public listing and finalized after multiple rounds of open bidding, resulting in a transaction at fair market value. Leascend did not become insolvent due to the sale. Leascend did not retain any portion of the subject

---

[1] Staff included "Carrie Yu" who has since resigned.

1   domain name business or otherwise conceal any assets. Further, the buyer, Yuyuling,

2   did not agree to assume 35 Info's liabilities relating to this matter, and the sale was

3   not a merger or agreement that Yuyuling or 35 Info would assume these liabilities.

4         6.    I have reviewed the certificate to ICANN with a date of February 20,

5   2025, that is attached to the declaration in support of the opposing parties' motion

6   (stamped ICANN-METAONLINENIC-0000020-0000021). The certificate in Chinese

7   (and English) does not represent that the sale by 35 Info occurred on February 20,

8   2025, but, instead, it states that all steps in the acquisition process were finalized

9   before February 20, 2025. In fact, other documents filed in this case by Meta confirm

10  that the transfer occurred in December 2024.

11        7.    The domain name <leascend.com> is not owned or used by Leascend.

12  When visiting the website, there is a third-party logo "LPV HJT."

13        8.    While I speak English and Chinese, Leascend has engaged outside

14  legal counsel in China, TsingLaw Partners, for this matter, including for translation

15  assistance. TsingLaw Partners has been working with the U.S. law firm Kronenberger

16  Rosenfeld LLP.

17        I declare under penalty of perjury under the laws of the United States of

18  America that the foregoing is true and correct.

19        Executed on this __9__ day of May 2025 in Chengdu, Sichuan.

20                         By: ___Yanrong Li___

21                               Yanrong Li

22

23

24

25

26

27

28

KRONENBERGER ROSENFELD