UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **FACEBOOK, INC.**, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>**ONLINENIC INC.**, et al.,<br><br>　　　　Defendants. | Case No. 3:19-cv-07071-SI<br><br>**ORDER *AS AMENDED BY THE COURT* GRANTING DEFENDANT LEASCEND TECHNOLOGY CO., LTD.'S ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 6-3 AND 7-11 TO SHORTEN TIME FOR BRIEFING AND HEARING SCHEDULE ON MOTION TO STAY DISTRICT COURT PROCEEDINGS PENDING APPEAL**<br><br>Date:　　In Chambers<br>Time:　　In Chambers<br>Ctrm:　　1 – 17th Floor<br>Before:　Hon. Susan Illston |

Having considered Defendant Leascend Technology Co., Ltd. f/k/a Xiamen 35.com Technology Co., Ltd.'s ("Defendant") Motion to Shorten Time on Motion to Stay District Court Proceedings Pending Appeal, the supporting memorandum, declarations, the pleadings and papers on file, and any argument presented, and good cause appearing,

IT IS HEREBY ORDERED that:

1. Defendant's Motion to Shorten Time is GRANTED.

2. Defendant Leascend's Motion to Stay District Court Proceedings Pending Appeal shall proceed on the following schedule:

**Motion to Stay Due:** Monday, May 19, 2025

**Opposition to Motion to Stay Due:** *Tuesday, May 27, 2025*

**Reply ISO Motion to Stay Due:** Thursday, May 29, 2025, by 12:00pm

**Hearing:** May 30, 2025 (in lieu of or with hearing on Remedies Motion)

**IT IS SO ORDERED.**

DATED: May 20, 2025

_____
Hon. Susan Illston
United States District Judge