|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | JUN 10 2025 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

FACEBOOK, INC., A Delaware Limited Liability Company and INSTAGRAM, LLC,

      Plaintiffs - Appellees,

 v.

XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., 35.CN,

      Defendant - Appellant,

and

DOMAIN ID SHIELD SERVICE CO., LTD and ONLINENIC, INC.,

      Defendants.

No. 25-2886

D.C. No. 3:19-cv-07071-SI
Northern District of California, San Francisco

ORDER

The motion (Docket Entry No. 11) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.

                    FOR THE COURT:

                    MOLLY C. DWYER
                    CLERK OF COURT