**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Leah Rosa Vulić (Bar No. 343520)
548 Market Street #85399
San Francisco, CA 94101
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
liana@kr.law
leah@kr.law

Defendant Leascend Technology Co., Ltd.
f/k/a Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FACEBOOK, INC.**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**ONLINENIC INC.**, et al.,<br><br>Defendants. | Case No. 3:19-cv-07071-SI<br><br><br>**DEFENDANT LEASCEND TECHNOLOGY CO., LTD.'S NOTICE OF PAYMENT OF APPEAL BOND** |

1    Pursuant to the Court's order, dated July 1, 2025 (D.E. 487 at 13:13-14), the

2 required appeal bond in the amount of $7,500.00 USD was paid through Pay.gov on July

3 14, 2025.

4

5 Respectfully Submitted,

6 Dated: July 17, 2025

7                                                                    **KRONENBERGER ROSENFELD, LLP**

8                                                                    By:    s/ Karl S. Kronenberger
                                                                              Karl S. Kronenberger

9

10                                                                  Attorneys for Defendant Leascend Technology
                                                                    Co., Ltd. f/k/a Xiamen 35.com Technology Co.,
11                                                                  Ltd.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:19-cv-07071-SI                              1              **DEFENDANT'S NTC OF PAYMENT OF
                                                                      APPEAL BOND**