**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Leah Rosa Vulić (Bar No. 343520)
Elizabeth L. McDougall (Bar No. 336690)
548 Market Street #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
liana@kr.law
leah@kr.law
liz@kr.law

Defendant Leascend Technology Co., Ltd.
f/k/a Xiamen 35.com Technology Co., Ltd.
(erroneously sued as Xiamen 35.com Internet Technology Co., Ltd.)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **FACEBOOK, INC.**, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>**ONLINENIC INC.**, et al.,<br><br>  Defendants. | Case No. 3:19-cv-07071-SI<br><br>**DEFENDANT LEASCEND TECHNOLOGY CO., LTD.'S NOTICE OF APPEAL RE CONTEMPT ORDERS AND REPRESENTATION STATEMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Defendant Leascend Technology Co., Ltd. ("Defendant Leascend") appeals to the United States Court of Appeals for the Ninth Circuit from this Court's orders holding Defendant Leascend in civil contempt [Dkt. No. 460, issued April 4, 2025] and imposing contempt remedies (sanctions) on Defendant Leascend [Dkt. No. 487, issued July 1, 2025].

Both orders address Defendant Leascend's alleged noncompliance with the Court's order granting Plaintiffs' Ex Parte Application for TRO Freezing Assets of Defendant Leascend [Dkt. No. 420, issued December 20, 2024], already on appeal to the United States Court of Appeals for the Ninth Circuit (Appeal No. 25-1773).

Respectfully Submitted,

Dated: July 30, 2025                **KRONENBERGER ROSENFELD, LLP**

By:   s/ Karl S. Kronenberger
         Karl S. Kronenberger

Attorneys for Defendant Leascend Technology Co., Ltd. f/k/a Xiamen 35.com Technology Co., Ltd.

# REPRESENTATION STATEMENT
Ninth Circuit Rule 3-2(b)

Counsel for Defendant-Appellant Leascend Technology Co., Ltd. f/k/a Xiamen 35.com Technology Co., Ltd.:

Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
Leah Rosa Vulić (Bar No. 343520)
Elizabeth L. McDougall (Bar No. 336690)
548 Market St. #85399
San Francisco, CA 94104
415-955-115
karl@kr.law
jeff@kr.law
liana@kr.law
leah@kr.law
liz@kr.law

Counsel for Plaintiffs-Appellees Meta Platforms, Inc. f/k/a Facebook and Instagram LLC:

David Steele
Howard Kroll
Steven Lauridsen
Helena Guye
Jeffrey Sindelar
Dina Roumiantseva
Tucker Ellis LLP
515 S. Flower St., 42nd Floor
Los Angeles, CA 90071
213-430-3400
david.steele@tuckerellis.com
howard.kroll@tuckerellis.com
steven.lauridson@tuckerellis.com
helena.guye@tuckerellis.com
jeffrey.sindelar@tuckerellis.com
dina.roumiantseva@tuckerellis.com

Ashok Ramani
Micah G. Block
Cristina M. Rincon
1600 El Camino Real
Menlo Park, CA 94025
ashok.ramani@davispolk.com
micah.block@davispolk.com
cristina.rincon@davispolk.com

1  Counsel for Defendants OnlineNIC, Inc. and Domain ID Shield Service Co., Limited:

2  LEXANALYTICA, PC
3  Perry J. Narancic
   2225 E. Bayshore Road, Suite 200
4  Palo Alto, CA 94303
   pjn@lexanalytica.com
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I am a resident of the state of Texas, over the age of eighteen years and not a party to this action. My business address is 548 Market St. #85399, San Francisco, California, 94104.

On July 30, 2025 I served the following documents:

**1. DEFENDANT LEASCEND TECHNOLOGY CO., LTD.'S NOTICE OF APPEAL RE CONTEMPT ORDERS AND REPRESENTATION STATEMENT**

on the parties listed below as follows:

*Attorneys for Plaintiffs:*

TUCKER ELLIS LLP
David J. Steele
Howard A. Kroll
Steven E. Lauridsen
Jeffrey C. Sindelar
Dina Roumiantseva
Helena M. Guye
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
david.steele@tuckerellis.com
howard.kroll@tuckerellis.com
steven.lauridsen@tuckerellis.com
jeffrey.sindelar@tuckerellis.com
dina.roumiantseva@tuckerellis.com
helena.guye@tuckerellis.com

*Attorneys for Plaintiffs:*

DAVIS POLK & WARDWELL LLP
Ashok Ramani
Micah G. Block
Cristina M. Rincon
1600 El Camino Real
Menlo Park, CA 94025
ashok.ramani@davispolk.com
micah.block@davispolk.com
cristina.rincon@davispolk.com

*Attorneys for Defendants OnlineNIC, Inc. and Domain ID Shield Service Co., Limited:*

LEXANALYTICA, PC
Perry J. Narancic
2225 E. Bayshore Road, Suite 200
Palo Alto, CA 94303
pjn@lexanalytica.com

[X] BY ELECTRONIC SERVICE, to the electronic service address(es) of the persons listed above. My electronic service address is: jasper@kr.law.

[X] (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: July 30, 2025

*Jasper Eagleton*
Jasper Eagleton

Case No. 3:19-cv-07071-SI     4     DEFENDANT LEASCEND'S NTC OF APPEAL RE CONTEMPT ORDERS