TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:	213.430.3400
Facsimile:	213.430.3409

Attorneys for Plaintiffs,
META PLATFORMS, INC. (fka FACEBOOK, INC.)
and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC, <br><br>              Plaintiffs, <br><br>       v. <br><br> ONLINENIC INC.; DOMAIN ID SHIELD SERVICE CO., LIMITED; and XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., <br><br>              Defendants. | Case No. 3:19-cv-07071-SI <br><br> **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** <br><br> Hon. Susan Illston |

Plaintiffs Meta Platforms, Inc. and Instagram, LLC (collectively, "Plaintiffs"), and Defendant Leascend Technology Co. Ltd. (fka Xiamen 35.com Internet Technology Co. Ltd.) ("Leascend") hereby stipulate as follows:

1. On July 1, 2025, the Court entered an order requiring Leascend to pay Plaintiffs their reasonable attorneys' fees and costs expended in connection with the contempt proceedings. ECF No. 487 at 14:10-12.

2. The Court further ordered the parties to meet and confer in an attempt to reach a resolution on the attorneys' fees and costs and, if no resolution could be reached, to jointly propose an expedited briefing schedule on Plaintiffs' motion for attorneys' fees. *Id.* at 14:12-15.

3. The parties have met and conferred and were unable to reach an agreement regarding Plaintiffs' attorneys' fees and costs related to the contempt proceedings.

4. Accordingly, the parties have agreed to the following expedited briefing schedule:

| Event | Proposed Date |
|---|---|
| Plaintiffs' Motion Due | August 18, 2025 |
| Leascend's Opposition Due | August 29, 2025 |
| Plaintiffs' Reply Due | September 5, 2025 |

5. Plaintiffs and Leascend respectfully request Plaintiffs' motion be decided on the papers and waive oral argument.

6. This stipulation will not alter the date of any other event or any other deadline already fixed by the Court.

7. Plaintiffs and Leascend respectfully request that the Court enter an order approving this stipulation and adopting the schedule set forth above.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: August 11, 2025                    Tucker Ellis LLP

                                          By: /s/Howard A. Kroll
                                              Howard A. Kroll
                                              David J. Steele
                                              Steven E. Lauridsen

                                          Attorneys for Plaintiffs,
                                          META PLATFORMS, INC. (fka FACEBOOK, INC.) and INSTAGRAM, LLC

DATED: August 11, 2025                    Kronenberger Rosenfeld, LLP

                                          By: /s/Elizabeth L. McDougall
                                              Elizabeth L. McDougall

                                          Attorneys for Defendant
                                          LEASCEND TECHNOLOGY CO. LTD.
                                          (fka XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD.)

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all other signatories listed and on whose behalf this filing is made concur in the filing of this document and have granted permission to use an electronic signature.

                                                    /s/Howard A. Kroll

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____          _____
                                        Susan Illston
                                        United States District Judge