UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 27 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FACEBOOK, INC., A Delaware Limited Liability Company and INSTAGRAM, LLC,<br><br>   Plaintiffs - Appellees,<br><br> v.<br><br>XIAMEN 35.COM INTERNET TECHNOLOGY CO., LTD., 35.CN,<br><br>   Defendant - Appellant,<br><br>and<br><br>DOMAIN ID SHIELD SERVICE CO., LTD and ONLINENIC, INC.,<br><br>   Defendants. | No. 25-2886<br><br>D.C. No. 3:19-cv-07071-SI<br>Northern District of California, San Francisco<br><br>ORDER |

Before: S.R. THOMAS, SILVERMAN, and BENNETT, Circuit Judges.

  The motion (Docket Entry No. 15) to transfer consideration of attorneys fees on appeal to the district court is granted. *See* 9th Cir. R. 39-1.8